## AFFIDAVIT OF SERVICE

I, Robert T. Dillon of Double Eagle Process, address of P.O. Box 1577, Rohnert Park, California 94927, the State of California, MAKE OATH (OR SOLEMNLY AFFIRM) AND SAY AS FOLLOWS:

1. That the <u>Summons In A Civil Action; Class Action Complaint; Rule 7.1 Statement; Civil Case Cover Sheet; Individual Rules And Procedures; Joint Pre-Trial Order; Supplementary Instructions In Preparation For Trial; Consent To proceed Before A United States Magistrate Judge; Critical Instructions To Attorneys; 3rd Amended Instructions For Filing An Electronic Case Or Appeal; Sdny Guidelines For Electronic Case Filing; Procedures For Electronic Case Filing; Individual Practices Of Magistrate Judge Eaton; Concent To Proceed Before A United States Magistrate Judge; Appendix A To the Individual Practices Of Magistrate Judge Eaton.</u>

2. I Served Google Inc. At 1545 Charleston Rd. Mountainview, Ca 94043 On Friday September 23, 2005 At 4:00 pm I Left The Documents Listed in Item 1 With Ashok Ramani, Legal Representative. A male 20s, black hair, 160 lbs. Authorized To Accept Service Of Process

Dated: October 3, 2005

Robert T. Dillon
Santa Clara Registration # 966

## JURAT

State of California County of SANTA CLARA

Subscribed and sworn to (or affirmed) Before me on this 4 day of Oct, 2005, by Robert T Dillon personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

(Seal)

PHYLLIS I. ARMENTA
COMM. # 1598513
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Aug. 19, 2009