$pR1220,5,$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

------------------------------------------------ X

The Author's Guild, Associational Plaintiff,          :
Herbert Mitgang, Betty Miles and Daniel Hoffman,
Individually And On Behalf Of All Others              :
Similarly Situated,
                                                      :   05 CV 8136 (JES)
                        Plaintiffs,
                                                      :
            v.
                                                      :   STIPULATION AND ORDER
Google, Inc.,
                                                      :
                        Defendant.
                                                      :
------------------------------------------------ X


        IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs and defendant

that the time for defendant to respond to the complaint herein is extended twenty (20) days from

October 13, 2005 to and including November 2, 2005.

AGREED at New York, New York, this 6th day of October, 2005:


MILBERG WEISS BERSHAD                    THE LAW OFFICE OF
& SCHULMAN LLP                           ROBERT J. BERNSTEIN


By: Sanford P. Dumain (SD-8712)          By: Robert J. Bernstein (RB-4230)
One Pennsylvania Plaza                    488 Madison Avenue, 9th Floor
New York, NY 10119-0165                   New York, NY 10022
Telephone: (212) 594-5300                 Telephone: 212-705-4811
Facsimile: (212) 868-1229                 Facsimile: 212-593-9175

Counsel for Plaintiffs                    Counsel for Defendant

                                                AND

                                         Joseph M. Beck (JB-9494)
                                         KILPATRICK STOCKTON LLP
                                         1100 Peachtree Street

Suite 2800
Atlanta, GA 30309-4530
Telephone:  (404) 815-6406
Facsimile:  (404) 541-3126

Adam H. Charnes (AC-0161)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7382
Facsimile:  (336) 734-2602

Counsel for Defendant


**SO ORDERED** at New York, New York this ___7___ day of October, 2005:


THE HONORABLE JOHN E. SPRIZZO, U.S.D.J.

2