

Robert J. Bernstein (RB 4230)
THE LAW OFFICE OF ROBERT J. BERNSTEIN
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 705-4811

Attorneys for Defendant Google, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, Associational Plaintiff, and HERBERT MITGANG, BETTY MILES and DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CIV. NO: 05-CV-8136 (JES)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**TO:** SANFORD P. DUMAIN
MILBERG WEISS BERSHAD
& SCHULMAN
One Pennsylvania Plaza
New York, NY 1-119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

MICHAEL J. BONI
KATE REZNICK
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Counsel for Plaintiffs

PLEASE TAKE NOTICE that upon the annexed affidavit of Robert J. Bernstein and the annexed declaration of Adam H. Charnes in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before the Honorable John E. Sprizzo, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 40 Centre Street, New York, New York, for an order pursuant to Rule 1.3(c) of the Rules of this Court allowing the admission of Adam H. Charnes, a member of the firm of Kilpatrick Stockton LLP and a member in good standing of the Bars of the State of North Carolina and the District of Columbia, as attorney pro hac vice for defendant Google, Inc. to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Adam H. Charnes in any State or Federal court.

DATED: This 6th day of October, 2005.
New York, New York

Respectfully submitted,

Robert J. Bernstein

Robert J. Bernstein (RB 4230)
THE LAW OFFICE OF ROBERT J. BERNSTEIN
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 705-4811

Attorneys for Defendant Google, Inc.

Robert J. Bernstein (RB 4230)
THE LAW OFFICE OF ROBERT J. BERNSTEIN
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 705-4811

Attorneys for Defendant Google, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, Associational Plaintiff, and HERBERT MITGANG, BETTY MILES and DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

CIV. NO: 05-CV-8136 (JES)

**DECLARATION OF ADAM H. CHARNES IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

ADAM H. CHARNES hereby declares as follows:

1. I am a member of the law firm of Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, North Carolina 27101-2400, telephone number (337) 607-7300.

2. I submit this Declaration in support of my motion for admission to practice *pro hac vice* as counsel to defendant Google, Inc. in the above-captioned matter, for the purpose of appearing on behalf of defendant and to try this case in whole or in part on behalf of defendant.

3. I am a member in good standing of the Bars of the State of North Carolina, where I was admitted to practice in 2003, and the District of Columbia, where I was admitted to practice in 1994.

4. Attached hereto as Exhibit A are original certificates of good standing from the State of North Carolina and the District of Columbia, issued on September 30, 2005 and October 3, 2005, respectively.

5. I hereby certify that I have read and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

6. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of defendant Google, Inc. in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2005.

Adam H. Charnes

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that Adam H. Charnes (#32039) is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on November 26, 2003.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this 30th day of September, 2005.

L. Thomas Lunsford II

Secretary of the North Carolina State Bar




# District of Columbia Court of Appeals

Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ADAM H. CHARNES

was on the 2ND day of MAY, 1994

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 3, 2005.

GARLAND PINKSTON, JR., CLERK

By: C. Jackson
Deputy Clerk

Robert J. Bernstein (RB 4230)
THE LAW OFFICE OF ROBERT J. BERNSTEIN
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 705-4811

Attorneys for Defendant Google, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, Associational Plaintiff, and HERBERT MITGANG, BETTY MILES and DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

CIV. NO: 05-CV-8136 (JES)

**AFFIDAVIT OF ROBERT J. BERNSTEIN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

ROBERT J. BERNSTEIN, being duly sworn, deposes and says:

1. I am a member in good standing of the bar of this Court.

2. This affidavit is made in support of a motion seeking admission *pro hac vice* in this action, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York, of Adam H. Charnes.

3. I am aware Adam H. Charnes is a Partner of the law firm Kilpatrick Stockton LLP, and practices in its Winston-Salem office. I am advised that he is a member in good

standing of the bars of the State of North Carolina (admitted in 2003) and the District of Columbia (admitted in 1994).

4. I believe that Adam H. Charnes will conduct himself in a manner required of attorneys admitted to practice in this Court *pro hac vice*, and I therefore respectfully request that he be allowed to practice *pro hac vice* in this manner for the purposes of representing defendant Google, Inc. in this action.

Robert J. Bernstein

Sworn to and subscribed before me,

this 6TH day of OCTOBER, 2005.

Notary Public
My commission expires:

JEANNE KISPERT
Notary Public, State of New York
No. 31-4516960
Qualified in New York County
Commission Expires December 31, 2006

**CERTIFICATE OF SERVICE**

I declare, under penalty of perjury, that on October 7, 2005, the attached Notice of Motion to Admit Counsel Pro Hac Vice was served by Federal Express upon counsel for plaintiff at their addresse listed below:

SANFORD P. Dumain
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
New York, NY 10119-0165

and

MICHAEL J. BONI
KATE REZNICK KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Robert J. Bernstein