

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Google Inc.,<br><br>　　　　Defendant | **NO. 05 CV 8136-JES**<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the annexed affidavit of Sanford P. Dumain, a member of the law firm of Milberg Weiss Bershad & Schulman LLP, in support of this motion, and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable John Sprizzo at the United States Courthouse for the Southern District of New York, Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Michael J. Boni, a member of the law firm of Kohn, Swift, & Graf, P.C. and a member in good standing of the bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole

10169_1

or in part as counsel. There are no pending disciplinary proceedings against the applicant in any State or Federal court.

Dated: October 24, 2005

                                                **MILBERG WEISS BERSHAD & SCHULMAN LLP**

                                                _____
Sanford P. Dumain (SD-8712)
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Attorney for Plaintiff**

Sanford P. Dumain (SD-8712)
**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Google Inc.,<br><br>Defendant | NO. 05 CV 8136-JES<br><br>**AFFIDAVIT OF SANFORD P. DUMAIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, Sanford P. Dumain, being, being duly sworn, depose and say:

I am an attorney duly admitted to practice before the Courts of the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, counsel for Plaintiffs in this action. I submit this affidavit in support of the Motion to Admit Counsel *Pro Hac Vice* for attorney Michael J. Boni to appear and practice in this Court in this matter on behalf of plaintiff.

Michael J. Boni, of the office of Kohn, Swift, & Graf, P.C., is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. Annexed hereto is a

10170_1

copy of Mr. Boni's Certificate of Good Standing from the Supreme Court of the Commonwealth of Pennsylvania.

There are no disciplinary proceedings pending against Mr. Boni as member of the bar in any jurisdiction.

Mr. Boni has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York.

_____
Sanford P. Dumain (SD-8712)

Sworn to before me this
24th day of October, 2005

_____
Notary Public

REBECCA WERTZER
Notary Public, State of New York
No. 01WE6121008
Qualified in New York County
Commission Expires January 3, 2009

10170_1



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Michael J. Boni, Esq.*

#### DATE OF ADMISSION

*November 16, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 17, 2005

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Google Inc.,<br><br>Defendant | NO. 05 CV 8136-JES<br><br>**CERTIFICATE OF SERVICE** |

I, Sanford P. Dumain, hereby certify that on October 24, 2005, I caused a true and correct copy of the foregoing Notices of Motion to Admit Counsel Michael J. Boni *Pro Hac Vice*, Affidavits of Sanford P. Dumain in Support of Motion to Admit Counsel *Pro Hac Vice*, and [Proposed] Orders on Admission to Practice *Pro Hac Vice* via first class mail on the following counsel for Defendant:

Robert J. Bernstein
Law Offices of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, NY 10022

Joseph M. Beck
Adam H. Charnes
Kilpatrick Stockton LLP
1100 Peachtree Street N.W., Suite 2800
Atlanta, GA 30309

**Sanford P. Dumain (SD-8712)**
**MILBERG WEISS BERSHAD**
**& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

**Attorneys for Plaintiffs**

10477_1