IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE AUTHORS GUILD, Associational Plaintiff,
and HERBERT MITGANG, BETTY MILES and
DANIEL HOFFMAN, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiffs,

v.

GOOGLE, INC.,

        Defendant.

CIV. NO: 05-CV-8136 (JES)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/05

## ORDER GRANTING MOTION OF
## ADAM H. CHARNES, ESQ. TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court upon the Motion for Pro Hac Vice Admission of Adam H. Charnes, Esq. for permission to appear and participate *pro hac vice* in the above-captioned matter, and upon the Affidavit of Robert J. Bernstein, the Declaration of Adam H. Charnes and the exhibits thereto, it is ORDERED that said motion be and the same is GRANTED. Pursuant to Rule 1.3(c) of the Rules of the District Court for the Southern District of New York, Adam H. Charnes, Esq. shall be permitted to appear in this action and to try this case as a whole or in part on behalf of Google, Inc. as attorney for Defendant *pro hac vice*.

SO ORDERED at New York, New York, this 24 day of OCT, 2005.

                                  Hon. John E. Sprizzo
                                  United States District Judge