UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE AUTHOR'S GUILD, Associational
Plaintiff, HERBERT MITGANG, BETTY
MILES and DANIEL HOFFMAN,
Individually and On Behalf Of All
Others Similarly Situated

                    Plaintiff(s),

        - against -                           05 Civ. 8136 (JES)

GOOGLE, INC.,                                 **ORDER**

                    Defendant.

------------------------------------X

        Counsel to all parties in the above-captioned action having
appeared before the Court for a Pre-Motion Conference on October 25,
2005, and defendant having sought leave of the Court to submit a
Motion for Summary Judgment, and the Court having considered all
matters raised, it is

        **ORDERED** that, as discussed at the aforementioned Conference,
defendant shall be and hereby is granted leave to submit its Motion
for Summary Judgment, not to exceed twenty-five (25) pages, on or
before November 30, 2005; and it is further

        **ORDERED** that plaintiffs shall submit their Response to
defendant's Motion and any Cross-Motion, together not to exceed
twenty-five (25) pages, on or before January 6, 2006; and it is
further

        **ORDERED** that defendant shall submit its Reply to plaintiffs'
Cross-Motion, if any, limited to the issues raised therein, not to
exceed fifteen (15) pages, on or before January 24, 2006; and it is
further

        **ORDERED** that Oral Argument shall occur on January 30, 2006 at
3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
          October 26, 2005

                                        John E. Sprizzo
                                     United States District Judge