UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> Google Inc., <br><br> Defendant | Master File No. NO. 05 CV 8136-JES <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiffs in the above-captioned action. I was admitted to practice in this District on October 25, 2005. I hereby request that all notices, pleadings and other documents given or filed in these cases be given and served upon:

Laura Gundersheim
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Attorney For Plaintiff

Dated: November 18, 2005

By: _____
Laura Gundersheim (LG 8612)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance has been served upon the following parties via U.S. Mail and Facsimile on this 18th day of November, 2005:

Joseph M. Beck
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, Georgia  30309-4530
Telephone:  (404) 815-6406
Facsimile:  (404) 541-3126

Adam H. Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina  27101-2400
Telephone:  (336) 922-9286
Facsimile:  (336) 734-2602

*Lead Counsel for Google Inc.*

Robert Jay Bernstein
The Law Office of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, New York  10022
Telephone:  (212) 705-4881
Facsimile:  (212) 593-9175

*Local Counsel for Google Inc.*

Dated: November 18, 2005
New York, New York

_____
Laura Gundersheim

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300