UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AUTHOR'S GUILD, Associational Plaintiff, HERBERT MITGANG, BETTY MILES AND DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 05 CV 8136 (JES) |
| Plaintiffs, | ) ) | **RULE 7.1 STATEMENT OF** |
| v. | ) ) | **DEFENDANT GOOGLE INC.** |
| GOOGLE INC., | ) ) | |
| Defendant. | ) ) | |

Defendant Google Inc., by its undersigned attorneys, hereby states, pursuant to rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
November 30, 2005

Robert J. Bernstein (RB-4230)
Law Office of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, NY 10022
Telephone: (212) 705-4811
Facsimile:  (212) 593-9175
Email:  rjb@robert-bernsteinlaw.com

Joseph M. Beck (JB-9494)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, GA 30309-4530
Telephone: (404) 815-6406
Facsimile:  (404) 541-3126
Email:  JBeck@KilpatrickStockton.com

Adam H. Charnes (AC-0161)

Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7382
Facsimile:  (336) 734-2602
Email:  ACharnes@KilpatrickStockton.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Rule 7.1 Statement of Defendant Google Inc. was served

this 30th day of November, 2005, by e-mail on the following:

Sanford P. Dumain (sdumain@milbergweiss.com)
Laura Gundersheim (lgundersheim@milbergweiss.com)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Michael J. Boni (mboni@kohnswift.com)
Kate Reznick (kreznick@kohnswift.com)
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107


Robert J. Bernstein