# EXHIBIT 2

Sanford P. Dumain
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorney for Plaintiffs


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Associational Plaintiff, : <br> Herbert Mitgang, Betty Miles and : <br> Daniel Hoffman, Individually And On : <br> Behalf Of All Others Similarly Situated, : <br>                           : <br>        Plaintiffs,         : <br>                           : <br>           v.           : <br>                           : <br> Google Inc.,             : <br>                           : <br>        Defendant     : | **NO. 05 CV 8136-JES** <br><br> **DECLARATION OF** <br> **MICHAEL J. BONI** <br> **IN SUPPORT OF MOTION FOR** <br> **ADMISSION PRO HAC VICE** |

MICHAEL J. BONI hereby declares as follows:

      1.      I am a member of the law firm of Kohn, Swift & Graf, P.C., One South Broad Street, Suite 2100, Philadelphia, PA 19107, telephone number (215) 238-1700.

      2.      I submit this Declaration in support of my motion for admission to practice *pro hac vice* as counsel to plaintiffs The Author's Guild, Associational Plaintiff, and Herbert Mitgang, Betty Miles and Daniel Hoffman, individually, in the above-captioned matter, for the purpose of appearing on behalf of plaintiffs and to try this case in whole or in part on behalf of plaintiffs.

      3.      I am a member in good standing of the Bar of the State of Pennsylvania, where I was admitted to practice on November 16, 1988.

      4.      Annexed hereto as Exhibit A is an original certificate of good standing from the State of Pennsylvania, issued on October 17, 2005.

5.      I hereby certify that I have read and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

6.      I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~November~~ December 1 , 2005.

Michael J. ~~Boni~~