Sanford P. Dumain
Laura H. Gundersheim
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Google Inc.,<br><br>    Defendant | NO. 05 CV 8136-JES<br><br>**AFFIDAVIT OF SANFORD P. DUMAIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Sanford P. Dumain, being, being duly sworn, depose and say:

I am an attorney duly admitted to practice before the Courts of the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, counsel for Plaintiffs in this action. I submit this affidavit in support of the Motion to Admit Counsel *Pro Hac Vice* for attorney J. Kate Reznick to appear and practice in this Court in this matter on behalf of plaintiff.

10449 1

J. Kate Reznick, of the office of Kohn, Swift, & Graf, P.C., is a member of the bar in good standing in every jurisdiction where she has been admitted to practice. Annexed hereto is a copy of Ms. Reznick's Certificate of Good Standing from the Supreme Court of the Commonwealth of Pennsylvania.

There are no disciplinary proceedings pending against Ms. Reznick as member of the bar in any jurisdiction.

Ms. Reznick has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York.

                                                Sanford P. Dumain

Sworn to before me this
9th day of December, 2005

_____
Notary Public

JOSEPH JOHN SHEPHERD
Notary Public, State of New York
No. 01SH6120684
Qualified in New York County
Commission Expires December 27, 2008

10449_1

## CERTIFICATE OF SERVICE

I, Laura H. Gundersheim, hereby certify that on December 9, 2005, I caused a true and correct copy of the foregoing Notices of Motion to Admit counsel J. Kate Reznick *Pro Hac Vice*, Affidavit of Sanford P. Dumain in Support of Motion to Admit Counsel *Pro Hac Vice*, and [Proposed] Order on Admission to practice *Pro Hac Vice* via first class mail on the following counsel for Defendant:

Joseph M. Beck
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6406
Facsimile: (404) 541-3126

Adam H. Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Telephone: (336) 922-9286
Facsimile: (336) 734-2602

*Lead Counsel for Google Inc.*

Robert Jay Bernstein
The Law Office of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 705-4881
Facsimile: (212) 593-9175

*Local Counsel for Google Inc.*

Dated: December 9, 2005
　　　　New York, New York

Laura H. Gundersheim (LG-8612)
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300