# EXHIBIT 2

Sanford P. Dumain
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff,<br>Herbert Mitgang, Betty Miles and<br>Daniel Hoffman, Individually And On<br>Behalf Of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>Google Inc.,<br><br>      Defendant | NO. 05 CV 8136-JES<br><br>DECLARATION OF<br>J. KATE REZNICK<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE |

J. KATE REZNICK hereby declares as follows:

1.  I am an associate at the law firm of Kohn, Swift & Graf, P.C., One South Broad Street, Suite 2100, Philadelphia, PA 19107, telephone number (215) 238-1700.

2.  I submit this Declaration in support of my motion for admission to practice *pro hac vice* as counsel to plaintiffs The Author's Guild, Associational Plaintiff, and Herbert Mitgang, Betty Miles and Daniel Hoffman, individually, in the above-captioned matter, for the purpose of appearing on behalf of plaintiffs and to try this case in whole or in part on behalf of plaintiffs.

3.  I am a member in good standing of the Bar of the State of Pennsylvania, where I was admitted to practice on October 28, 2002.

4.  Annexed hereto as Exhibit A is an original certificate of good standing from the State of Pennsylvania, issued on October 17, 2005.

5.  I hereby certify that I have read and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

6.  I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2005.

*J. Kate Reznick*
J. Kate Reznick