AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

____SOUTHERN____ DISTRICT OF ____NEW YORK____

| The Authors Guild, et al |
|---|
| v. |
| Google Inc. |

APPEARANCE

Case Number: 05-CV-8136 (JES)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Google, Inc.

I certify that I am admitted to practice in this court, pro hac vice.

March 27, 2006
Date

*[signature]*
Signature

Alex S. Fonoroff | GA 267457
Print Name | Bar Number

1100 Peachtree Street; Suite 2800
Address

Atlanta, | GA | 30309
City | State | Zip Code

(404) 815-6500 | (404) 815-6555
Phone Number | Fax Number