AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, Associational Plaintiff, Herbert Mitgang, Betty Miles and Daniel Hoffman, Individually And On Behalf Of All Others Similarly Situated

v.

Google Inc.

**APPEARANCE**

Case Number: 05 CV 8136

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google Inc.

I certify that I am admitted to practice in this court.

April 12, 2006
Date

Signature

Jeffrey A. Conciatori   (JC-6858)
Print Name   Bar Number

Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor
Address

New York, NY   10017-4611
City   State   Zip Code

(212) 849-7000   (212) 849-7100
Phone Number   Fax Number