UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, Associational Plaintiff, and HERBERT MITGANG, BETTY MILES and DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | No. 05-CV-8136 (JES)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP be substituted as counsel for defendant in the place of The Law Offices of Robert J. Bernstein.

DATED:   New York, New York
            April 27, 2006

                                        QUINN EMANUEL URQUHART
                                        OLIVER &
                                        HEDGES, LLP

                                        By: _____
                                             Jeffrey A. Conciatori (JC-6858)

                                        335 Madison Avenue, 17th Floor
                                        New York, New York 10017-4611
                                        (212) 849-7000

                                              The Law Office of Robert J. Bernstein

By: _____
            Robert J. Bernstein (RB-4230)

488 Madison Avenue
9th Floor
New York, NY 10022
(212) 705-4811

SO ORDERED:

_____
           U.S.D.J.