UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE AUTHORS GUILD, Associational Plaintiff, and HERBERT MITGANG, BETTY MILES and DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

GOOGLE INC.,

        Defendant.

No. 05-CV-8136 (JES)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP be substituted as counsel for defendant in the place of The Law Offices of Robert J. Bernstein.

DATED:   New York, New York
             April 27, 2006

                           QUINN EMANUEL URQUHART
                              OLIVER &
                           HEDGES, LLP

By: _____
     Jeffrey A. Conciatori (JC-6858)

335 Madison Avenue, 17th Floor
New York, New York 10017-4611
(212) 849-7000

60760/1874859.1