UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE AUTHOR'S GUILD, Associational Plaintiff, HERBERT MITGANG, BETTY MILES AND DANIEL HOFFMAN, Individually and on the Behalf of All Others Similarly Situated,

                         Plaintiffs,

v.

GOOGLE INC.,

                         Defendant.

05 CV 8136 (JES)

**NOTICE OF CHANGE OF ADDRESS**

---

        PLEASE TAKE NOTICE that, effective May 15, 2006, our new address and contact numbers will be as follows:

        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        51 Madison Avenue
        New York, NY  10010-1601
        Telephone No.:    (212) 849-7000
        Facsimile No.:    (212) 849-7100

        Please make the appropriate changes in your records.

Dated:    New York, New York
           May 11, 2006

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
     Jeffrey A. Conciatori

*Attorneys for Google, Inc.,*
Jeffrey A. Conciatori
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
51 Madison Avenue
New York, NY  10010-1601
Telephone No.:  (212) 849-7000
Facsimile No.:  (212) 849-7100
www.jeffconciatori@quinnemanuel.com

TO: CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

*Attorneys for Plaintiffs*
Michael J. Boni
Kohn, Swift & Graft, P.C.
One South Broad Street
Philadelphia, PA 19107
Telephone No.: (215) 238-1968

*Attorneys for Plaintiffs,*
J. Kate Reznick
Kohn, Swift, & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone No.: (215) 238-1700
Facsimile No.: (215) 238-1968

*Attorneys for Plaintiffs,*
Laura Helen Gundersheim
Sanford P. Dumain
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone No.: (212) 594-5300
Faqcsimile No.: (212) 273-4481
lgundersheim@milbergweiss.com
sdumain@milbergweiss.com

*Attorneys for Google, Inc.,*
Joseph M. Beck
Kilpatrick Stockton, LLP
1100 Peachtree Street, Ste. 2800
Atlanta. GA 30309-4530
Telephone No.:   (404) 815-6406
Facsimile No.:   (404) 541-3126
www.jbeck@kilpatrickstockton.com