Michael J. Boni (pro hac vice)
J. Kate Reznick (pro hac vice)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Associational Plaintiff, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson and Joseph Goulden, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Google Inc.,<br><br>  Defendant. | Case No. 05 CV 8136-JES<br><br><br><br>**NOTICE OF MOTION FOR AN ORDER PURSUANT TO FED. R. CIV. P. 15(a)** |

PLEASE TAKE NOTICE THAT, upon the annexed Declaration of J. Kate Reznick, dated June 19, 2006, with exhibit, the accompanying Memorandum of Law, and all the prior pleadings and proceedings herein, Plaintiffs will move this Court, before the Honorable John E. Sprizzo, on a date and time to be set by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 15(a), allowing plaintiffs to amend their complaint to add Paul Dickson and Joseph Goulden as named plaintiffs. A proposed order granting this relief is attached hereto.

Dated: June 19, 2006

*Michael J. Boni/JKR*
Michael J. Boni (pro hac vice)
J. Kate Reznick (pro hac vice)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Sanford P. Dumain (SD-8712)
Shannon M. McKenna (not yet admitted in SDNY)
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

Counsel for Plaintiffs and the Class


To:   Joseph M. Beck
      Alex S. Fonoroff
      Ronald L. Raider
      Kilpatrick Stockton LLP
      1100 Peachtree Street, Suite 1100
      Atlanta, GA 30309
      Tel. (404) 815-6406
      Fax (404) 541-3126

      Adam H. Charnes
      Kilpatrick Stockton LLP
      1001 West Fourth Street
      Winston-Salem, NC 27101
      Tel. (336) 607-7382
      Fax (336) 734-2602

      Jeffrey A. Conciatori
      Quinn Emanuel Urquhart Oliver & Hedges
      335 Madison Avenue, 17th Floor
      New York, NY 10017
      Tel. (212) 849-7000

Fax (212) 849-7100

Bruce P. Keller
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel. (212) 909-6000
Fax (212) 909-6836