UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, et al. : | |
| : | |
| Plaintiffs, : | Case No. 05 CV 8136-JES |
| : | |
| v. : | |
| : | |
| Google Inc., : | |
| : | |
| Defendant. | |

### [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2006, after consideration of Plaintiffs' Motion to Amend the Complaint and all supporting documents thereto, it is hereby ORDERED that the motion is GRANTED.

THE HONORABLE JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE