Michael J. Boni (pro hac vice)
J. Kate Reznick (pro hac vice)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Associational Plaintiff, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson and Joseph Goulden, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Google Inc.,<br><br>Defendant. | Case No. 05 CV 8136-JES<br><br>**DECLARATION OF J. KATE REZNICK IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |

J. KATE REZNICK, being duly sworn, deposes and says as follows.

1. I am admitted pro hac vice to represent Plaintiffs in this action, pursuant to this Court's Order of December 12, 2005.

2. I submit this declaration in support of Plaintiffs' motion for an order pursuant to Fed. R. Civ. P. 15(a).

3. I submit this declaration to place before the Court true and correct copies of the following documents:

    EXHIBIT A: Amended Complaint

20606_1

Dated:        June 19, 2006

                                                                                               _____
                                                                                               J. Kate Reznick, Esq.