UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The Author's Guild, Associational Plaintiff, :
Herbert Mitgang, Betty Miles, :
Daniel Hoffman, Paul Dickson and Joseph :
Goulden, Individually And On :
Behalf Of All Others Similarly Situated, :
                               :
         Plaintiffs, :
                               :
            v. :
                               :
Google Inc., :
                               :
         Defendant :

**NO. 05 CV 8136-JES**

**CERTIFICATE OF SERVICE**

---

      I, J. Kate Reznick, hereby certify that on June 19, 2006 the foregoing Notice of Motion

for an Order Pursuant to Rule 15(a), Plaintiffs' Memorandum in Support of Motion to Amend

the Complaint, Proposed Order, Declaration of J. Kate Reznick, and Amended Complaint were

electronically filed with the Clerk of Court using the CM/ECF system that will automatically

send electronic copies to the following counsel of record:

Joseph M. Beck
Alex S. Fonoroff
Ronald L. Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, GA 30309
Tel.  (404) 815-6406
Fax  (404) 541-3126

Adam H. Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Tel.  (336) 607-7382
Fax  (336) 734-2602

Jeffrey A. Conciatori

20532_1

Quinn Emanuel Urquhart Oliver & Hedges
335 Madison Avenue, 17th Floor
New York, NY 10017
Tel.  (212) 849-7000
Fax  (212) 849-7100

Bruce P. Keller
James J. Pastore, Jr.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel.  (212) 909-6000
Fax  (212) 909-6836

J/Kate Reznick, Esq.

20532_1