UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, et al., | : |
| Plaintiffs, | : Case No. 05 CV 8136-JES |
| v. | : |
| Google Inc., | : |
| Defendant. | : |

## STIPULATION AND ORDER

Whereas, on June 19, 2006 plaintiffs filed a motion to amend the complaint; and

Whereas, defendant does not oppose the motion;

Now Therefore, the parties agree as follows:

1. Plaintiffs may amend their complaint as set forth in their moving papers, and the Amended Class Action Complaint attached to the moving papers is deemed filed on June 19, 2006;

2. Defendant shall file a responsive pleading within thirty days of the date of this Stipulation and Order.

IT IS SO AGREED.

Michael J. Boni
J. Kate Reznick
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

Attorneys for Plaintiffs

20728_1

*[signature: Adam H. Charnes]*

Adam H. Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone (336) 607-7382

Attorneys for Defendant

IT IS SO ORDERED.

Dated: 6-28-06

*[signature]*

THE HONORABLE JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE

20728_1

2