AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, et al
v.
Google Inc.

APPEARANCE

Case Number: 05 CV 8136-JES

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Google Inc.

(Admitted pro hac vice)

I certify that I am admitted to practice in this court.

September 14, 2006
Date

*Ronald L. Raider* (signature)

Ronald L. Raider | pro hac vice
Print Name | Bar Number

1100 Peachtree Street, Suite 2800
Address

Atlanta | GA | 30309
City | State | Zip Code

(404) 815-6500 | (404) 541-3354
Phone Number | Fax Number