UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE MCGRAW-HILL COMPANIES, INC., PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and WILEY & SONS, INC. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05 CV 8881-JES |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| THE AUTHOR'S GUILD, Associational Plaintiff, HERBERT MITGANG, BETTY MILES AND DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05 CV 8136 (JES) |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF INTENT TO SERVE SUBPOENA</u>**

Defendant Google hereby provides notice that it intends to serve the attached subpoena directed to Amazon.com, Inc.

US2000 9527683.1

Dated: October 4, 2006.

              s/Ronald L. Raider
              Joseph M. Beck (JB 9494)
              Alex S. Fonoroff (AF 2533)
              Ronald L. Raider (RR 5307)
              Kilpatrick Stockton LLP
              1100 Peachtree Street, Suite 1100
              Atlanta, GA 30309-4530
              Telephone:  (404) 815-6406
              Facsimile:  (404) 541-3126

              Adam H. Charnes (AC 0161)
              Kilpatrick Stockton LLP
              1001 West Fourth Street
              Winston-Salem, NC 27101-2400
              Telephone:  (336) 607-7382
              Facsimile:  (336) 734-2602

              Jeffrey A. Conciatori
              Quinn Emanuel Urquhart Oliver & Hedges
              51 Madison Avenue, 22nd Floor
              New York, NY 10010
              Telephone: (212) 849-7000
              Facsimile:  (212) 849-7100

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF INTENT TO SERVE SUBPOENA was served this 4th day of October, 2006, by email, on the following:

>Bruce P. Keller (bpkeller@debevoise.com)
>Jeffrey P. Cunard (jpcunard@debevoise.com)
>James J. Pastore, Jr. (jjpastor@debevoise.com)
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022
>
>Counsel for the Publisher Plaintiffs
>
>Sanford P. Dumain (sdumain@milbergweiss.com)
>Laura Gundersheim (lgundersheim@milbergweiss.com)
>Milberg Weiss Bershad & Schulman LLP
>One Pennsylvania Plaza
>New York, NY 10119-0165
>
>Michael J. Boni (mboni@kohnswift.com)
>Kate Reznick (kreznick@kohnswift.com)
>Kohn, Swift & Graf, P.C.
>One South Broad Street, Suite 2100
>Philadelphia, PA 19107
>
>Counsel for the Authors Guild Plaintiffs

                                           s/Ronald L. Raider
                                           Ronald L. Raider

US2000 9527683.1