UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


ORIGINAL

The Author's Guild, Associational Plaintiff,  :
Herbert Mitgang, Betty Miles and Daniel Hoffman, :
Individually And On Behalf Of All Others Similarly: 
Situated,                                       :
      Plaintiffs,                              :
                                                :
      v.                                       :    CIVIL ACTION NO. 05-8136 (JES)
                                                :
Google Inc.,                                    :
                                                :
      Defendant.                               :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## NOTICE OF WITHDRAWAL

Please take notice that Shannon M. McKenna, an attorney at Milberg Weiss Bershad & Schulman LLP and one of the attorneys for Plaintiff-The Author's Guild, hereby withdraws as counsel for the said plaintiff. Milberg Weiss Bershad & Schulman LLP continues to serve as counsel for Plaintiff-The Author's Guild through its attorney Sanford P. Dumain who requests that all future correspondence and papers in this action continue to be directed to him.


Dated: September 29, 2006

Respectfully submitted,

By: _____

Shannon M. McKenna (not yet admitted in SDNY)
Sanford P. Dumain (SD-8712)
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Phone: 212-594-5300
Fax: 212-868-1229
*smckenna@milbergweiss.com*
*sdumain@milbergweiss.com*

Michael J. Boni (pro hac vice)
Kate Reznick (pro hac vice)
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968

*Counsel For Plaintiffs*

**SO ORDERED:**

_____
U.S.D.J.

10-3-06

## CERTIFICATE OF SERVICE

I, Shannon M. McKenna, hereby certify that on September 29, 2006, I caused a true and correct copy of the foregoing Notice of Withdrawal via first class mail on the following counsel for Defendants:

Joseph M. Beck
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6406
Facsimile: (404) 541-3126

Adam H. Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Telephone: (336) 922-9286
Facsimile: (336) 734-2602

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges
35 Madison Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 849 7000
Facsimile: (212) 849 7100

*Lead Counsel for Google Inc.*

Robert Jay Bernstein
The Law Office of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 705-4881
Facsimile: (212) 593-9175

*Local Counsel for Google Inc.*

Dated: September 29, 2006
New York, New York

Shannon M. McKenna (not yet admitted in SDNY)
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300