UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 10/16/06
```

The Authors Guild, Associational Plaintiff, and
Herbert Mitgang, Betty Miles and Daniel Hoffman,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

v.

Google Inc.,

      Defendant.

NO. 05 CV 8136-JES

**[PROPOSED] ORDER ON
ADMISSION TO PRACTICE
*PRO HAC VICE***

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney Hadley Perkins Roeltgen is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Officer with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: 10-12-06

                 THE HONORABLE JOHN SPRIZZO
                 UNITED STATES DISTRICT JUDGE

DOCS\379551v1