UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild, Associational Plaintiff, :<br>Herbert Mitgang, Betty Miles, :<br>Daniel Hoffman, Paul Dickson and Joseph :<br>Goulden, Individually And On :<br>Behalf Of All Others Similarly Situated, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>Google Inc., :<br>:<br>Defendant : | **NO. 05 CV 8136-JES** |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION
## AND ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Michael J. Boni and Kate Reznick, counsel for all

Plaintiffs in the above-captioned matter, are no longer affiliated with Kohn, Swift & Graf,

P.C.  Mr. Boni and Ms. Reznick are now affiliated with the law firm of Boni & Zack,

LLC, located at 15 St. Asaphs Road, Bala Cynwyd, PA 19004, tel.  (610) 822-0200, fax

(610) 822-0206.  The law firm of Kohn, Swift & Graf, P.C., will remain as one of

counsel for Plaintiffs.

Please enter the appearance of Boni & Zack, LLC and attorney Joanne Zack as

counsel for all Plaintiffs in the above-captioned matter.  Ms. Zack is admitted to practice

before the Southern District of New York.

Dated: April 3, 2007


Respectfully Submitted,


_Kate Reznick_

Michael J. Boni (PA Bar No. 52983)
Joanne Zack (PA Bar No. 46336)
Kate Reznick (PA Bar No. 89327)
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200 tel.
(610) 822-0206 fax
mboni@bonizack.com
jzack@bonizack.com
kreznick@bonizack.com


Counsel for Plaintiffs The Authors Guild,
Herbert Mitgang, Betty Miles, Daniel Hoffman,
Paul Dickson and Joseph Goulden

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of April, 2007, the foregoing was electronically filed and served on the parties via the ECF system, and is available for viewing and downloading via the ECF system.


_____
Kate Reznick