Michael J. Boni, Esq.
Joanne Zack, Esq.
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

10/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
   The Authors Guild, Inc., Association of American
   Publishers, Inc., et al.,

       Plaintiffs,

            v.

   Google Inc.,

       Defendant.
-----------------------------------------------------------------------x

Case No. 05 CV 8136-JES

**FILED ELECTRONICALLY**

## STIPULATION AND ORDER FOR AMENDMENT OF PLEADINGS

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties to the above-captioned case and to *The McGraw-Hill Companies, Inc., et al. v. Google Inc.*, No. 05 CV 8881, by and through their undersigned counsel, hereby agree that plaintiffs may

file a Second Amended Class Action Complaint, a copy of which is attached as Exhibit 1 hereto.

DATED: October 28, 2008                Respectfully submitted,

_____            _____
Michael J. Boni (pro hac vice)         Joseph M. Beck (JB-9494)
BONI & ZACK LLC                        Kilpatrick Stockton LLP
15 St. Asaphs Road                     1100 Peachtree Street, Suite 1100
Bala Cynwyd, PA 19004                  Atlanta, GA 30309-4530

*Attorneys for Plaintiffs The Authors Guild*   *Attorneys for Defendant Google Inc.*
*Inc., Herbert Mitgang, Betty Miles, Daniel*
*Hoffman, Paul Dickson, Joseph Goulden*
*and the Author Sub-Class*

_____
Bruce P. Keller (BK 9300)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

*Attorneys for Plaintiffs The McGraw-Hill*
*Companies, Inc., Pearson Education, Inc.,*
*Penguin Group (USA) Inc., Simon &*
*Schuster, Inc., John Wiley & Sons, Inc.,*
*Association of American Publishers, Inc.*
*and the Publisher Sub-Class*

IT IS SO ORDERED.

Dated: _____            _____
                                       John E. Sprizzo, U.S.D.J.