UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., et al., Plaintiff,

- against -

Google Inc. Defendant.

U.S. DISTRICT COURT FILED
OCT 29 2008
S.D. OF N.Y.

5 cv 8136 (JES)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

05cv8136 JES

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Asim M. Bhansali, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David J. Silbert
Firm Name: Keker & Van Nest LLP
Address: 710 Sansome Street
City/State/Zip: San Francisco, CA 94111
Phone Number: (415) 391-5400
Fax Number: (415) 397-7188

David J. Silbert is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against David J. Silbert in any State or Federal court.

Dated: 10/24/2008
City, State: San Francisco, California

Respectfully submitted,

Asim M. Bhansali
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA
Phone Number: (415) 391-5400
Fax Number: (415) 397-7188

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Google Inc,

Defendant.

**No. 05 CV 8136**

**AFFIDAVIT OF ASIM M. BHANSALI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Asim M. Bhansali, being duly sworn, hereby deposes and says as follows:

1. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit David J. Silbert as counsel *pro hac vice* to represent Google Inc. in this matter.

2. I am a member in good standing of the bars of New York, California, and Texas. I was first admitted to practice law in New York in July, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David J. Silbert since I joined Keker & Van Nest in 2004.

4. I have found Mr. Silbert to be a skilled attorney and a person of integrity. She is familiar with federal practice and the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of David J. Silbert, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of David J. Silbert, *pro hac vice*, which was previously provided to the Court.

WHEREFORE it is respectfully requested that the motion to admit David J. Silbert, *pro hac vice*, to represent Google Inc. in the above captioned matter, be granted.

Dated: October 24, 2008

San Francisco, California

Respectfully submitted,

ASIM M. BHANSALI

THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 24, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JASON SILBERT, #173128 was admitted to the practice of law in this state by the Supreme Court of California on December 8, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **October 28, 2008**, I served the following document(s):

**Motion to Admit Counsel Pro Hac Vice (David J. Silbert);**
**Affidavit of Asim M. Bhansali in Support of Motion to Admit Counsel Pro Hac Vice;**
**[Proposed] Order for Admission Pro Hac Vice;**
**Certificate of Good Standing; Proof of Service**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

by **EMAIL** by transmitting a PDF of a true and correct copy of the documents to the email addresses shown below.

Michael J. Boni, Esquire
Boni & Zack LLC
15 Saint Asaphs Road
Bala Cynwyd, PA 19004
*Email: MBoni@bonizack.com*

Jeffrey P. Cunard, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Email: jpcunard@debevoise.com*

Executed on October 28, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Robert W. Thomas

Robert W. Thomas

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Google Inc,

Defendant.

**No. 05 CV 8136**

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

Upon the motion of Asim M. Bhansali, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Keker & Van Nest

Dated:

By: ______________________________
JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE