```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE AUTHOR'S GUILD, Associational
Plaintiff, HERBERT MITGANG, BETTY
MILES and DANIEL HOFFMAN,
Individually and On Behalf Of All
Others Similarly Situated

                        Plaintiff(s),

        - against -                         05 Civ. 8136 (JES)

GOOGLE, INC.,                               ORDER

                        Defendant.
------------------------------------------X
```

The above-captioned action having come before the Court, and Claudia Pearson having filed a Motion requesting a change of date of the Fairness Hearing dated November 21, 2008, and plaintiffs and defendant having filed a joint Opposition to the Motion dated December 4, 2008, and the Court having considered all matters raised, it is

**ORDERED** that Claudia Pearson's Motion shall be and hereby is denied; and it is further

**ORDERED** that the Fairness Hearing shall occur on June 11, 2009 at 1:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         December 9, 2008

                                        _____
                                            John E. Sprizzo
                                        United States District Judge