Bruce P. Keller (BK9300)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua D. Snyder, Esq.
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al., | : : | Case No. 05 CV 8136-JES |
| Plaintiffs, | : : | **NOTICE OF MOTION ON CONSENT FOR** |
| v. | : : | **APPROVAL OF CLAIM FORMS** |
| Google Inc., | : : | **ECF CASE** |
| Defendant. | : | |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion on Consent for Approval of Claim Forms, the undersigned in the above-captioned action will move, pursuant to Federal Rule of Civil Procedure 23(e), before the Hon. Barbara S. Jones, U.S. District Judge, Part I, at the earliest date and time convenient for the Court, in Courtroom 18B at the United States District Courthouse, 500

Pearl Street, New York, New York 10007, for an Order approving the Claim Forms for the Settlement Class.

Dated: New York, New York
December 18, 2008

/s/ Michael J. Boni
Michael J. Boni (pro hac vice)
Joanne Zack  (JZ6432)
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA  19004
MBoni@bonizack.com
JZack@bonizack.com
JSnyder@bonizack.com

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden and the Author Sub-Class*


/s/ Bruce P. Keller
Bruce P. Keller (BK9300)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
bpkeller@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., John Wiley & Sons, Inc,. Association of American Publishers, Inc. and the Publisher Sub-Class*