**Exhibit C**

# Google Book Settlement

Contact us | Help | Sign in

English

| **INFORMATION** | **CLAIM FORM** |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

This is the settlement administration website for the Google Book Search Copyright Class Action Settlement. The purpose of this website is to inform you of a proposed Settlement of a class action lawsuit brought by authors and publishers, claiming that Google has violated their copyrights and those of other Rightsholders of Books and Inserts (click for definitions), by scanning their Books, creating an electronic database and displaying short excerpts without the permission of the copyright holders. Google denies the claims. The lawsuit is entitled The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.) The Court has preliminarily approved the Settlement. For further information, please review the Notice.

- **Claim your Books and Inserts:** You can do this at any time, but in order to be eligible for Cash Payments for Books, you must complete your Claim Form on or before January 5, 2010.
- **Opt out of the Settlement:** Must be submitted online or postmarked on or before May 5, 2009
- **File an objection or notice of intent to appear at the Fairness Hearing:** Must be postmarked on or before May 5, 2009
- **Fairness Hearing:** June 11, 2009

[ Claim books and Inserts » ]

This website is maintained by Rust Consulting, Inc., the Settlement Administrator, with technical support and hosting provided by Google Inc., the defendant in the lawsuit. Please review the Privacy Policy for information concerning the use of any information that you provide through this website. **This is the Only Authorized Website for the Settlement.** Please do not rely upon other sites that may set out different and unauthorized information.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Create a Registry account

In order to participate in and make claims under the Settlement, you must first create an account with the Book Rights Registry ("Registry").

Account-type:
- ○ Author or author's heir
- ○ Publisher
- ○ Agent claiming on behalf of one or more authors

[Create account]

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

## Google Book Settlement

Contact the Registry Sign in

English

| INFORMATION | CLAIM FORM |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

### Create a Registry account
In order to participate and make claims under the Settlement, you must first create an account with the Book Rights Registry ("Registry").

Account-type:
- ○ Author or author's heir
- ● Publisher
- ○ Agent claiming on behalf of one or more authors

**SIGN IN WITH YOUR ACCOUNT**

If you have already created an account, sign in to claim and manage your books and Inserts.

**PAPER CLAIM FORM**

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

**CONTACT INFORMATION**

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

### Company information
The Registry may need to contact publisher if others claim publisher's books and Inserts and regarding cash payments, management of publisher's books and Inserts and revenue models relating to use of publisher's books and Inserts.

Name of company: [          ]
Address: [          ]
         [          ]
City: [          ]
State/Province/Region: [          ]
Postal/Zip code: [          ]
Country/Territory: [          ]

### Contact information
This person is the Registry's contact person at this publisher.

Given/First name: [          ]
Middle name (optional): [          ]
Family/Last name: [          ]
Title at company: [          ]
Telephone: [          ]
Email address: [          ]
Confirm email address: [          ]
  Email address required for online claiming. Otherwise please file a paper Claim Form.
Time zone: [(GMT-05:00) Eastern Time ▾]

### Tax identification information
This information is not required to complete the publisher's claim, but may be required by the Registry prior to issuing any payments to the publisher.

○ U.S. Tax Identification Number: [          ]
    e.g. SSN/ITIN/EIN
○ Non-U.S. tax identifying number: [          ]
    Country: [          ]
● I elect to not give this information at this time.

### Sign in information
Each time you sign in, you will be asked for your username and password.

Username: [          ]
Password: [          ]
Confirm password: [          ]
Security question: [Choose a question... ▾]
Answer: [          ]

### Granting others at your company access to this account
You may allow more than one person from your company to sign into your company's Registry account through individual account sign-ins.

☑ Enable multiple sign-ins for this Registry account.
  Note: By selecting this option, it may take up to 8 hours for the publisher's account to become active.

The multiple sign-ins related to this account will require a master account name.

Master account name: [          ]

Master account names cannot contain spaces or other non-alphanumeric characters and cannot be more than 12 characters. Ex. Seaside Publishing might use "seaside" for its master account name.

You will receive an email with instructions on how to add sign-ins to the master account.

Please update with any changes in company account and contact information.

[Create account]

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

HOME  |  SETTLEMENT AGREEMENT  |  NOTICE  |  SUMMARY NOTICE  |  FAQS  |  OPT OUT

## Create a Registry account

In order to participate in and make claims under the Settlement, you must first create an account with the Book Rights Registry ("Registry").

Account-type:
- ⦿ Author or author's heir
- ○ Publisher
- ○ Agent claiming on behalf of one or more authors

### Contact information

The Registry may need to contact you if others claim your books and Inserts and regarding cash payments, management of your books and Inserts and revenue models relating to use of your books and Inserts.

- Given/First name: [         ]
- Middle name (optional): [         ]
- Family/Last name: [         ]
- Address: [         ]
  [         ]
- City: [         ]
- State/Province/Region: [         ]
- Postal/Zip code: [         ]
- Country/Territory: [         ]
- Telephone: [         ]
- Email address: [         ]
- Confirm email address: [         ]

Email address required for online claiming. Otherwise please file a paper Claim Form.

- Time zone: [(GMT−05:00) Eastern Time ▾]

### Tax identification information

This information is not required to complete your claim, but may be required by the Registry prior to issuing any payments to you.

- ○ U.S. Tax Identification Number: [         ]
  e.g. SSN/ITIN/EIN
- ○ Non-U.S. tax identifying number: [         ]
  Country: [         ]
- ⦿ I elect to not give this information at this time.

### Sign in information

Each time you sign in, you will be asked for your username and password.

- Username: [         ]
- Password: [         ]
- Confirm password: [         ]
- Security question: [Choose a question... ▾]
- Answer: [         ]

Please edit your account information whenever you move or change your email address.

[Create account]

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Create a Registry account

In order to participate in and make claims under the Settlement, you must first create an account with the Book Rights Registry ("Registry").

**Account-type:**
- ○ Author or author's heir
- ○ Publisher
- ● Agent claiming on behalf of one or more authors

### Contact information

The Registry may need to contact you if others claim your clients' books and Inserts and regarding cash payments, management of your clients' books and Inserts and revenue models relating to use of your clients' books and Inserts.

- Given/First name: [      ]
- Middle name (optional): [      ]
- Family/Last name: [      ]
- Company organization: [      ]
- Title at company: [      ]
- Address: [      ]
  [      ]
- City: [      ]
- State/Province/Region: [      ]
- Postal/Zip code: [      ]
- Country/Territory: [      ]
- Telephone: [      ]
- Email address: [      ]
- Confirm email address: [      ]

Email address required for online claiming. Otherwise please **file a paper Claim Form**.

- Time zone: [(GMT-05:00) Eastern Time ▼]

### Sign in information

Each time you sign in, you will be asked for your username and password.

- Username: [      ]
- Password: [      ]
- Confirm password: [      ]
- Security question: [Choose a question... ▼]
- Answer: [      ]

Please edit your account information whenever you move or change your email address.

[ Create account ]

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, **sign in** to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please **download a paper Claim Form**, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
**booksettlement@rustconsulting.com**

---

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement

Contact us | Help | Sign in

English

| **INFORMATION** | **CLAIM FORM** |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | **OPT OUT**

## Opt out of the Google Book Settlement

If you do not want to be included in the Settlement, you must opt out. By opting out, you retain the right to file your own lawsuit or join a separate lawsuit against Google. If you opt out, you will not be entitled to receive any payments under the Settlement, or take advantage of other Settlement benefits.

In order to opt out, please provide the following information:

Sub-class:
- ○ Author Sub-Class
- ○ Publisher Sub-Class

[ Opt out of the Settlment ]

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

| INFORMATION | CLAIM FORM |
|---|---|
| HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT |

## Opt out of the Google Book Settlement

If you do not want to be included in the Settlement, you must **opt out.** By opting out, you retain the right to file your own lawsuit or join a separate lawsuit against Google. If you opt out, you will not be entitled to receive any payments under the Settlement, or take advantage of other Settlement benefits.

In order to opt out, please provide the following information:

Sub-class:
- ○ Author Sub-Class
- ● Publisher Sub-Class

### Company completing this opt-out form

- Name of company:
- Address:
- City:
- State/Province/Region:
- Postal/Zip code:
- Country/Territory:

Names of all imprints for books for which the publisher currently owns a U.S. copyright interest:

One imprint per line.

### Contact at company

- Given/First name:
- Middle name (optional):
- Family/Last name:
- Title at company:
- Telephone (optional):
- Email address (optional):

### Book and Insert information (optional)

To help the Registry identify your books and Inserts, please provide the following information.

Titles of books and Inserts (if appropriate):

One title per line.

Books published between: [  ] and [  ]
e.g. 1980 and 1984

[Opt out of the Settlement]

---

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

---

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

[English ▼]

| **INFORMATION** | **CLAIM FORM** |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Opt out of the Google Book Settlement

If you do not want to be included in the Settlement, you must opt out. By opting out, you retain the right to file your own lawsuit or join a separate lawsuit against Google. If you opt out, you will not be entitled to receive any payments under the Settlement, or take advantage of other Settlement benefits.

In order to opt out, please provide the following information:

Sub-class:
- ◉ Author Sub-Class
- ◯ Publisher Sub-Class

### Person completing this opt-out form

- Given/First name: [          ]
- Middle name (optional): [          ]
- Family/Last name: [          ]
- Capacity: [Author ▼]

### Contact information

- Address: [          ]
  [          ]
- City: [          ]
- State/Province/Region: [          ]
- Postal/Zip code: [          ]
- Country/Territory: [          ]
- Telephone (optional): [          ]
- Email address (optional): [          ]

### Book and Insert information (optional)

To help the Registry identify your books and Inserts, please provide the following information.

Names/pseudonyms under which books and Inserts (if appropriate) were published:

[text area]

One name per line.

Titles of books and Inserts (if appropriate):

[text area]

One title per line.

Books published between: [    ] and [    ]
e.g. 1980 and 1984

[ Opt out of the Settlement ]

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

---

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

## The Registry has received your information

Your opt-out information has been received.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

| INFORMATION | **CLAIM FORM** |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Edit account information

### Company information
The Registry may need to contact publisher if others claim publisher's books and Inserts and regarding cash payments, management of publisher's books and Inserts and revenue models relating to use of publisher's books and Inserts.

| | |
|---|---|
| Name of company: | Francois Publishing |
| Address: | 25 Orange St |
| | Suite 300 |
| City: | Brooklyn |
| State/Province/Region: | NY |
| Postal/Zip code: | 11201 |
| Country/Territory: | USA |

### Multiple sign-ins for this account
You may allow more than one person from the publisher to sign into the publisher's Registry account through individual account sign-ins. Contact the Settlement Administrator to add another sign-in or to make changes to these accounts.

| | |
|---|---|
| Master account name: | francois |
| Other sign-ins: | Noah Whale (noahwhale) |
| | Laura Marling (lauramarling) |
| | Jesse Malin (jessem) |
| | Johnny Flynn (jflynn) |

### Contact information
Person who is the Registry's contact person at the publisher.

| | |
|---|---|
| Given/First name: | Frank |
| Middle name (optional): | Cook |
| Family/Last name: | Harris |
| Title at company: | Assistant to the Account Executive |
| Telephone: | 212-333-3333 |
| Time zone: | (GMT-05:00) Eastern Time |
| Email address: | frank@francois-publishing.com - change email |

Change password

Change security question

### Tax identification information
This information is not required to complete the publisher's claim, but may be required by the Registry prior to issuing any payments to the publisher.

○ U.S. Tax Identification Number: [_____]
   e.g. SSN/ITIN/EIN

○ Non-U.S. tax identifying number: [_____]
   Country: [_____]

● I elect to not give this information at this time.

[Save]  [Cancel]

---

### PAPER CLAIM FORM
If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION
The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

---

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

| INFORMATION | **CLAIM FORM** |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Edit account information

### Contact information

The Registry may need to contact you if others claim your books and Inserts and regarding cash payments, management of your books and Inserts and revenue models relating to use of your books and Inserts.

| | |
|---|---|
| Given/First name: | Frank |
| Middle name (optional): | Cook |
| Family/Last name: | Harris |
| Address: | 26 Shad River Rd |
| | |
| City: | Savannah |
| State/Province/Region: | GA |
| Postal/Zip code: | 30601 |
| Country/Territory: | US |
| Telephone: | 706-111-1111 |
| Time zone: | (GMT-05:00) Eastern Time |
| Email address: | frank@hirefrank.com - change email |

Change password

Change security question

### Tax identification information

This information is not required to complete your claim, but may be required by the Registry prior to issuing any payments to you.

○ U.S. Tax Identification Number: [          ]
   e.g. SSN/ITIN/EIN

○ Non-U.S. tax identifying number: [          ]
   Country: [          ]

⦿ I elect to not give this information at this time.

[ Save ] [ Cancel ]

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

---

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Edit account information

### Contact information

The Registry may need to contact you if others claim your clients' books and Inserts and regarding cash payments, management of your clients' books and Inserts and revenue models relating to use of your clients' books and Inserts.

| | |
|---|---|
| Given/First name: | Frank |
| Middle name (optional): | Cook |
| Family/Last name: | Harris |
| Company organization: | East Coast Representation |
| Title at company: | Agent |
| Address: | 26 Shad River Rd |
| | |
| City: | Savannah |
| State/Province/Region: | GA |
| Postal/Zip code: | 30601 |
| Country/Territory: | US |
| Telephone: | 706-111-1111 |
| Time zone: | (GMT-05:00) Eastern Time |
| Email address: | frank@hirefrank.com - change email |

Change password

Change security question

( Save )  ( Cancel )

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in



**INFORMATION** | **CLAIM FORM**

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Account creation pending

We will be emailing instructions on how to access your account within 8 hours. If you have any questions contact the Settlement Administrator.

---

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English

**INFORMATION** | **CLAIM FORM**

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Confirm account

Please check your email and enter the confirmation code below to confirm your account. Have you received the email containing the confirmation code? If not, resend email.

Confirmation code: [          ]

[ Submit ]

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Change email address

Current email address: fcharris@gmail.com

New email address: [          ]

Confirm new email address: [          ]

(Save)  or back to edit account information

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

| INFORMATION | **CLAIM FORM** |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

Your changes have been saved. - back to edit account information

## Change password

Current password: [          ]

New password: [          ]

Confirm new password: [          ]

(Save)  or back to edit account information

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

[English]

| INFORMATION | CLAIM FORM |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

Your changes have been saved. - back to edit account information

## Change security question

Current password: [            ]

Security question: [ Choose a question... ]

Answer: [            ]

(Save)   or back to edit account information

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com