# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | **FIND AND CLAIM** | MANAGE | FAQS | OPT OUT

**Your account has been created.** Next, start finding and claiming books and Inserts.

## Tools for finding and claiming books and Inserts

You can find and claim books and Inserts using any of the tools below. You can only use one tool at a time; please return to this page to use another tool.

○ **Upload a file of books** (recommended for a large number of books)
  Find multiple books at once by uploading a spreadsheet file. You cannot claim Inserts by this method. See alternatives below.

⦿ **Search for books** (recommended for a small number of books)
  Find a book by title, author or other information.

○ **Search for books that contain Inserts** (recommended for publishers that know where their Inserts are located)
  Find books that contain your Inserts. Search by title, author or other information about those books.

○ **Search digitized books to find Inserts** (recommended for publishers that do **not** know where their Inserts are located)
  Find an Insert by providing information about the content you wish to claim as an Insert.

[ Continue » ]

© 2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**fcharris** | Contact us | Help | Sign out

English

| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT  |  **FIND AND CLAIM**  |  MANAGE  |  FAQS  |  OPT OUT

**Your account has been created.** Next, start finding and claiming books and Inserts.

## Tools for finding and claiming books and Inserts

You can find and claim books and Inserts using any of the tools below. You can only use one tool at a time; please return to this page to use another tool.

⊙ **Search for books** (recommended for most authors, heirs, successors or assignees)
  Find a book by title, author or other information.

◯ **Upload a file of books** (recommended for authors with a large number of books)
  Find multiple books at once by uploading a spreadsheet file. You cannot claim Inserts by this method. See alternatives below.

◯ **Search for books that contain Inserts** (recommended for authors who know where their Inserts are located)
  Find books that contain your Inserts. Search by title, author or other information about those books.

◯ **Search digitized books to find Inserts** (recommended for authors who do **not** know where their Inserts are located)
  Find an Insert by providing information about the content you wish to claim as an Insert.

( Continue » )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**fcharris** | Contact us | Help | Sign out

[ English ]

| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT  |  **FIND AND CLAIM**  |  MANAGE  |  FAQS  |  OPT OUT

**Your account has been created.** Next, start finding and claiming books and Inserts.

## Tools for finding and claiming books and Inserts

You can find and claim books and Inserts using any of the tools below. You can only use one tool at a time; please return to this page to use another tool.

○ **Search for books** (recommended for a small number of books)
   Find a book by title, author or other information.

○ **Upload a file of books** (recommended for a large number of books)
   Find multiple books at once by uploading a spreadsheet file. You cannot claim Inserts by this method. See alternatives below.

○ **Search for books that contain Inserts** (recommended for agents who know where their clients' Inserts are located)
   Find books that contain your clients' Inserts. Search by title, author or other information about those books.

○ **Search digitized books to find Inserts** (recommended for agents who do **not** know where their clients' Inserts are located)
   Find an Insert by providing information about the content you wish to claim as an Insert.

[ Continue » ]

---

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

English ▲▼

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Search for a book

For each book, please provide as much information as you can.

Title:

Author or other contributor:

Identifier:    ISBN ▲▼

10 or 13 digit ISBN are accepted.

⊟ Search by ISBN prefix

Publisher or Imprint:

Published between the years:    and

e.g. 1980 and 1984

Search »    or return to finding tools

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Results for author: Roy Blount

These are the results of your search.

**If you are claiming a Book:** please check the box next to the book you wish to claim.

**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.

If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                                Download results as a spreadsheet

| | Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|---|
| ☐ | New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Paperback | Algonquin Books of Chapel Hill, Algonquin Books | ISBN:1565123956 LCCN:88648611 OCLC:52547038 |
| ☐ | A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | book | Folio Society | OCLC:225136949 |
| ☑ | Up from Methodism | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Paperback | Thunder's Mouth Press, Basic Books | ISBN:1560255706 LCCN:2003063377 OCLC:226088453 |
| ⊟ Similar results for **About Three Bricks Shy of a Load** - select all | | | | | | |
| ☐ | About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Paperback | Ballantine Books | ISBN:0345341066 OCLC:233532272 |
| ☐ | About Three Bricks Shy of ... | Roy Blount | 1974 | hardback | Little, Brown | ISBN:0316100064 LCCN:74012080 OCLC:6883559 OCLC:960224 |
| ☐ | About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | paperback | Ballantine Books | ISBN:0345291107 LCCN:74012080 OCLC:960224 |
| ⊞ Similar results for **If Only You Knew How Much I Smell You** | | | | | | |
| ☑ | O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | paperback | HarperCollins, Harper Paperbacks | ISBN:0061567132 LCCN:2007044899 OCLC:176888439 OCLC:180190916 |
| ✓ | Photography in Motion | Roy Blount | 2002 | Paperback | Oxford University | ISBN:0061567133 |

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                                Download results as a spreadsheet

If you cannot find a book or would like more results, please change your search, using less information. If there are too many results, please provide more information. For example, restricting the date range can limit the number of results.

( Finish claim form for selected books (2) » )     or change your search

⊞ Add a book

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

English ▾

| **INFORMATION** | CLAIM FORM |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Results for author: Roy Blount

These are the results of your search.

**If you are claiming a Book:** please check the box next to the book you wish to claim.

**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.

If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Results **1-25** of 125 | Page: **1** 2 3 4 5 Next ›                                    Download results as a spreadsheet

| | Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|---|
| ☐ | New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Paperback | Algonquin Books of Chapel Hill, Algonquin Books | ISBN:1565123956 LCCN:88648611 OCLC:52547038 |
| ☐ | A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | book | Folio Society | OCLC:225136949 |
| ☑ | Up from Methodism | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Paperback | Thunder's Mouth Press, Basic Books | ISBN:1560255706 LCCN:2003063377 OCLC:226088453 |

⊟ Similar results for **About Three Bricks Shy of a Load** - select all

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Paperback | Ballantine Books | ISBN:0345341066 OCLC:233532272 |
| ☐ | About Three Bricks Shy of ... | Roy Blount | 1974 | hardback | Little, Brown | ISBN:0316100064 LCCN:74012080 OCLC:6883559 OCLC:960224 |
| ☐ | About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | paperback | Ballantine Books | ISBN:0345291107 LCCN:74012080 OCLC:960224 |

⊞ Similar results for **If Only You Knew How Much I Smell You**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ | O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | paperback | HarperCollins, Harper Paperbacks | ISBN:0061567132 LCCN:2007044899 OCLC:176888439 OCLC:180190916 |
| ✓ | Photography in Motion | Roy Blount | 2002 | Paperback | Oxford University | ISBN:0061567133 |

Results **1-25** of 125 | Page: **1** 2 3 4 5 Next ›                                    Download results as a spreadsheet

If you cannot find a book or would like more results, please change your search, using less information. If there are too many results, please provide more information. For example, restricting the date range can limit the number of results.

( Finish claim form for selected books (2) » )     or change your search

⊟ Add a book if it is not listed above

If the book you are searching for did not appear in the search results, you may add it by providing the information below or as much information as possible.

Title:            [                    ]

Author(s):        [                    ]

Identifier:       [ ISBN ▾ ] [              ]

Publisher or Imprint:  [                    ]

Year:             [                    ]

( Add book )  ( Cancel )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion** | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| Asserted rights to **book**. Edit details - Delete entry | | | | | |
| **The inside story of the outside** | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| Asserted rights to an **Insert in the book**. Edit details - Delete entry | | | | | |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |
| Type:   ○ Book   ○ Insert | | | | | |
| (Save and continue) (Defer claim) | | | | | |
| **Practical design** | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
| Assert rights - Delete entry | | | | | |

By certifying below, publisher will be entitled to receive some or all of the cash payment for each of publisher's books and Inserts that Google has digitized without permission on or before May 5, 2009, and publisher may manage and receive revenues for use of its books and Inserts.

☐ I certify that:

1. publisher owns a U.S. copyright interest in the books and Inserts for which rights have been asserted above,

2. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),

3. use of any Inserts claimed required publisher's permission and publisher did not give permission for their online use after June 1, 2003, and

4. all of the information submitted on this Claim Form is true to the best of publisher's knowledge, information and belief.

(Submit claim »)   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
|---|---|

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion**<br>Asserted rights to **book**. Edit details - Delete entry | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| **The inside story of the outside**<br>Asserted rights to an **Insert in the book**. Edit details - Delete entry | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |
| Type:        ○ Book<br>                ○ Insert<br><br>( Save and continue )  ( Defer claim ) | | | | | |
| **Practical design**<br>Assert rights - Delete entry | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |

By certifying below, you will be entitled to receive some or all of the cash payment for each of your books and Inserts Google has digitized without permission on or before May 5, 2009 and you may manage and receive revenues for use of your books and Inserts.

☐ I certify that:

1. I own a U.S. copyright interest in the books and Inserts for which I have asserted rights above,
2. none of the books or Inserts are works for hire
3. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),
4. use of any Inserts claimed required my permission and I did not give permission for their online use after June 1, 2003, and
5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

( Submit claim » )   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion** | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| Asserted rights to **book**. Edit details - Delete entry | | | | | |
| **The inside story of the outside** | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| Asserted rights to an **Insert in the book**. Edit details - Delete entry | | | | | |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |
| Type:  ○ Book  ○ Insert | | | | | |
| (Save and continue) (Defer claim) | | | | | |
| **Practical design** | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
| Assert rights - Delete entry | | | | | |

By certifying below, your clients will be entitled to receive some or all of the cash payment for each of your clients' books and Inserts Google has digitized without permission on or before May 5, 2009 and your clients may manage and receive revenues for use of your clients' books and Inserts.

☐ I certify that:

1. my clients own a U.S. copyright interest in the books and Inserts for which I have asserted rights above on behalf of my clients,
2. none of the books or Inserts are works for hire
3. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),
4. use of any Inserts claimed required my client's permission and my client did not give permission for their online use after June 1, 2003, and
5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

(Submit claim ») or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion** <br> Asserted rights to **book**. Edit details - Delete entry | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| **The inside story of the outside** <br> Asserted rights to an **Insert in the book**. Edit details - Delete entry | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

Type:    ⦿ Book    ○ Insert

Work made for hire: ☐ This book is a work for hire.
  If this box is not checked, this book will be claimed as not a work for hire.

Rights:    ⦿ I am confident that the rights to the book have not reverted (based, e.g., on the type of book or type of contract for the book).
  ○ I am highly confident that the rights to the book have not reverted (based, e.g., on the individual book or contract for the book).

[ Save and continue ]  [ Defer claim ]

| **Practical design** <br> Assert rights - Delete entry | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
|---|---|---|---|---|---|

By certifying below, publisher will be entitled to receive some or all of the cash payment for each of publisher's books and Inserts that Google has digitized without permission on or before May 5, 2009, and publisher may manage and receive revenues for use of its books and Inserts.

☐ I certify that:

1. publisher owns a U.S. copyright interest in the books and Inserts for which rights have been asserted above,

2. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),

3. use of any Inserts claimed required publisher's permission and publisher did not give permission for their online use after June 1, 2003, and

4. all of the information submitted on this Claim Form is true to the best of publisher's knowledge, information and belief.

[ Submit claim » ]  or back to search results

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
| --- | --- |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
| --- | --- | --- | --- | --- | --- |
| **Photography in Motion** | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| Asserted rights to **book**. Edit details - Delete entry | | | | | |
| **The inside story of the outside** | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| Asserted rights to an **Insert in the book**. Edit details - Delete entry | | | | | |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

Type:    ⦿ Book
         ○ Insert

Rights:   ○ Rights have reverted to me (or my predecessor in this interest) from the publisher
          ○ Rights have not reverted to me (or my predecessor in this interest) from the publisher
          ○ I do not know if the rights have reverted

[ Save and continue ]   [ Defer claim ]

| **Practical design** | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
| --- | --- | --- | --- | --- | --- |
| Assert rights - Delete entry | | | | | |

By certifying below, you will be entitled to receive some or all of the <u>cash payment</u> for each of your books and Inserts Google has digitized without permission on or before May 5, 2009 and you may <u>manage</u> and receive <u>revenues</u> for use of your books and Inserts.

☐ I certify that:

1. I own a U.S. copyright interest in the books and Inserts for which I have asserted rights above,
2. none of the books or Inserts are works for hire
3. all of the books and Inserts, if <u>United States works</u>, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),
4. use of any Inserts claimed required my permission and I did not give permission for their <u>online</u> use after June 1, 2003, and
5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

[ Submit claim » ]   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement

INFORMATION | **CLAIM FORM**

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion**<br>Asserted rights to **book**. Edit details - Delete entry | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| **The inside story of the outside**<br>Asserted rights to an **Insert in the book**. Edit details - Delete entry | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

| | |
|---|---|
| Type: | ⦿ Book<br>◯ Insert |
| Rights: | ◯ Rights have reverted to client (or predecessor in this interest) from the publisher<br>◯ Rights have not reverted to client (or predecessor in this interest) from the publisher<br>◯ I do not know if the rights have reverted |

( Save and continue )   ( Defer claim )

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Practical design**<br>Assert rights - Delete entry | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |

By certifying below, your clients will be entitled to receive some or all of the cash payment for each of your clients' books and Inserts Google has digitized without permission on or before May 5, 2009 and your clients may manage and receive revenues for use of your clients' books and Inserts.

☐ I certify that:

1. my clients own a U.S. copyright interest in the books and Inserts for which I have asserted rights above on behalf of my clients,

2. none of the books or Inserts are works for hire

3. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),

4. use of any Inserts claimed required my client's permission and my client did not give permission for their online use after June 1, 2003, and

5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

( Submit claim » )   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
|---|---|

MY ACCOUNT | FIND AND MANAGE | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion** <br> Asserted rights to **book**.  Edit details - Delete entry | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| **The inside story of the outside** <br> Asserted rights to an **Insert in the book**.  Edit details - Delete entry | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

| | |
|---|---|
| Type: | ○ Book <br> ⦿ Insert |
| Insert type: | ☐ This is an Entire Insert. <br> If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | Pages ⬍  34 - 46 |
| Description: | A chapter on software development for the web. |

( Save and continue )   ( Defer claim )

| **Practical design** | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
|---|---|---|---|---|---|
| Assert rights - Delete entry | | | | | |

By certifying below, publisher will be entitled to receive some or all of the cash payment for each of publisher's books and Inserts that Google has digitized without permission on or before May 5, 2009, and publisher may manage and receive revenues for use of its books and Inserts.

☐ I certify that:

1. publisher owns a U.S. copyright interest in the books and Inserts for which rights have been asserted above,
2. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),
3. use of any Inserts claimed required publisher's permission and publisher did not give permission for their online use after June 1, 2003, and
4. all of the information submitted on this Claim Form is true to the best of publisher's knowledge, information and belief.

( Submit claim » )   or back to search results

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion**<br>Asserted rights to **book**.  Edit details - Delete entry | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| **The inside story of the outside**<br>Asserted rights to an **Insert in the book**.  Edit details - Delete entry | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

| | |
|---|---|
| Type: | ○ Book<br>⦿ Insert |
| Insert type: | ☐ This is an Entire Insert.<br>If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | [ Pages ⬦ ]  [ 34 ] - [ 46 ] |
| Description: | A chapter on software development for the web. |

( Save and continue )  ( Defer claim )

| **Practical design**<br>Assert rights - Delete entry | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |

By certifying below, you will be entitled to receive some or all of the cash payment for each of your books and Inserts Google has digitized without permission on or before May 5, 2009 and you may manage and receive revenues for use of your books and Inserts.

☐ I certify that:

1. I own a U.S. copyright interest in the books and Inserts for which I have asserted rights above,

2. none of the books or Inserts are works for hire,

3. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),

4. use of any Inserts claimed required my permission and I did not give permission for their online use after June 1, 2003, and

5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

( Submit claim » )   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Review pending claims and submit claims

These are your pending claims. For each book you wish to claim, you must assert rights and provide information about the reversion status and whether the book was a work for hire. For each book for which you wish to claim an Insert in the book, you must provide information describing the Insert. To complete your claims, please check the certification below.

| Title | Author | Year | Format | Publisher/Imprint | Identifier |
|---|---|---|---|---|---|
| **Photography in Motion** | Frank Harris | 2002 | Paperback | Oxford University | ISBN 232343234232 |
| Asserted rights to **book**.  Edit details - Delete entry | | | | | |
| **The inside story of the outside** | Andy Samberg | 2005 | Paperback | Oxford University | ISBN 232343234266 |
| Asserted rights to an **Insert in the book**.  Edit details - Delete entry | | | | | |
| **The New Encyclopedia** | Pedro the Lion | 2001 | Paperback | Random House | ISBN 232343234244 |

| | |
|---|---|
| Type: | ○ Book<br>● Insert |
| Insert type: | ☐ This is an Entire Insert<br>If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | Pages ▾  34 - 46 |
| Description: | A chapter on software development for the web. |

( Save and continue )   ( Defer claim )

| **Practical design** | Jeffrey Zeldman | 2003 | Paperback | New Rivers Press | ISBN 232345734266 |
|---|---|---|---|---|---|
| Assert rights - Delete entry | | | | | |

By certifying below, your clients will be entitled to receive some or all of the cash payment for each of your clients' books and Inserts Google has digitized without permission on or before May 5, 2009 and your clients may manage and receive revenues for use of your clients' books and Inserts.

☐ I certify that:

1. my clients own a U.S. copyright interest in the books and Inserts for which I have asserted rights above on behalf of my clients,

2. none of the books or Inserts are works for hire

3. all of the books and Inserts, if United States works, were registered with the United States Copyright Office on or before January 5, 2009 (and, if Inserts from United States works, the works, alone or as part of another work, were registered by such date),

4. use of any Inserts claimed required my client's permission and my client did not give permission for their online use after June 1, 2003, and

5. all of the information submitted on this Claim Form is true to the best of my knowledge, information and belief.

( Submit claim » )   or back to search results

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Claim confirmation

Please review the status of the books and Inserts you just submitted for claiming.

✓ **2 books** claimed

✓ **1 Insert** claimed
Print a copy of this claim

⚠ **2 books** pending claim

## Next steps

View account and manage books and Inserts »
You may review account and select among the options for managing books and Inserts.

Claim additional books and Inserts »
You may find and claim additional books and Inserts.

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement



| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Upload a spreadsheet

If you have an electronic listing of books, you may use a spreadsheet to claim books. (If you have an ONIX file of your books, the Registry can reformat the file into a Registry compliant spreadsheet. Upload an ONIX file to reformat.)

The Registry recommends you review how to claim books using spreadsheets before using the spreadsheet upload tool.

*1.* Download spreadsheet.

*2.* Complete the spreadsheet

*3.* Select the spreadsheet: ⟨Choose File⟩ no file selected

☐ I certify that I believe in good faith that 1) the publisher owns a U.S. copyright interest in each book included in the spreadsheet, 2) all such books, if United States works, were registered with the United States Copyright Office on or before January 5, 2009, and 3) all of the information submitted on the spreadsheet is true to the best of the publisher's knowledge, information and belief.

⟨Upload and claim books »⟩    or return to finding tools

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement



| INFORMATION | **CLAIM FORM** |

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Upload an ONIX file

If your company has an ONIX file of books, the Registry can convert that file into a Registry compliant spreadsheet format.

( Choose File )  no file selected

( Convert ONIX file to spreadsheet » )   or back to the previous step

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement

English

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Download spreadsheet template

The Registry has successfully created a spreadsheet from your ONIX file.

✓ **1,900 books** have been pre-filled in your spreadsheet template
Download and complete the spreadsheet to claim books.

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement



| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## We are processing your spreadsheet

This could take several minutes depending on the size of your spreadsheet. This page will automatically refresh when we are done. Or, if you prefer, you can leave the web site and we will notify you via email when we are done processing your request.

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement

| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## Claim status for your spreadsheet upload

Please review the status of the books you just submitted for claiming. The spreadsheet you submitted contained **650 entries**.

The following books are claimed to the publisher's account: (For each of these books eligible for a cash payment, the publisher's claim is complete.)

✔ **400 books** just claimed

✔ **20 books** previously claimed had details changed

✔ **50 books** previously claimed were not changed
   Download a ZIP archive containing list of above books.

The following books are not claimed to the publisher's account:

✖ **50** books have multiple matches

✖ **100** books could not be identified in our database from the information you provided

✖ **30** claims were incomplete
   Download a ZIP archive containing a list of above books to complete claim. You will need to provide additional information in order to complete publisher's claim.

## Next steps

View account and manage books and Inserts »
You may review the publisher's books and select among the options for managing publisher's books and Inserts.

Claim additional books and Inserts »
You may find and claim additional books and Inserts.

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

**INFORMATION**  **CLAIM FORM**

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Claim status for your spreadsheet upload

Please review the status of the books you just submitted for claiming. The spreadsheet you submitted contained **650 entries**.

The following books are claimed to your account: (For each of these books eligible for a cash payment, the claim is complete.)

✓ **400 books** just claimed

✓ **20 books** previously claimed had details changed

✓ **50 books** previously claimed were not changed
  Download a ZIP archive containing list of above books.

The following books are not claimed to your account:

✗ **50** books have multiple matches

✗ **100** books could not be identified in our database from the information you provided

✗ **30** claims were incomplete
  Download a ZIP archive containing a list of above books to complete claim. You will need to provide additional information in order to complete your claim.

## Next steps

View account and manage books and Inserts »
You may review your account and select among the options for managing books and Inserts.

Claim additional books and Inserts »
You may find and claim additional books and Inserts.

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com