# Google Book Settlement

English

**INFORMATION**   **CLAIM FORM**

MY ACCOUNT   |   FIND AND CLAIM   |   MANAGE   |   FAQS   |   OPT OUT

## Supply content

If you cannot identify the book containing content that may be an Insert, you may provide the Registry with your content or other information identifying your content. The Registry will search digitized books and contact you if a potential match is found.

A brief description to identify the content:

Your content will be referred to by this description in the claiming process.

**Please fill in one or both of the boxes below.**

Please type or copy below the text of your content that may be an Insert:

Other information about your content to help identify it as an Insert:

e.g. author, author's pseudonym, title or publisher of work in which your content was first published (if any).

Submit content »   or back to the previous step

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | **CLAIM FORM** |
| --- | --- |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

## The Registry has received your information.

The Registry will contact you as to whether or not any matches were found for books digitized on or before May 5, 2009, so that you will have an opportunity to file a claim for any Inserts by January 5, 2010, the deadline by which you must file a claim to receive cash payments for books and Inserts.

For books digitized after May 5, 2009, you will receive notifications regarding any potential matches that are found in those books so that you may file claims for such matches as Inserts.

## Next steps

View account and manage books and Inserts »
You may review account and select among the options for managing books and Inserts.

Claim additional books and Inserts »
You may find and claim additional books and Inserts.

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | **MANAGE** | FAQS | OPT OUT

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page.

| Title | Author | Year | Imprint | Other registrants | Last updated |
|---|---|---|---|---|---|
| | | | | | |

You have not claimed any books or Inserts. Find and claim »

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English

**INFORMATION**    **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | **MANAGE** | FAQS | OPT OUT

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page. View claiming history »

Search claimed books and Inserts

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                    Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
|-------|--------|------|---------|-------------------|--------------|
| New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | Folio Society | Mark Twain Rod Waters | 11/1/08, 2:35pm |
| Up from Methodism (Insert: Pages 34-36) | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Thunder's Mouth Press, Basic Books | Herbert Asbury Thunder's Mouth Press | 09/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Ballantine Books | Ballantine Books Mel Blount | 10/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Blount | 1974 | Little, Brown | | 10/11/08, 10:35pm |
| About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | Ballantine Books | Ballantine Books | 10/19/08, 6:05pm |
| O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | HarperCollins, Harper Paperbacks | Harper Paperbacks | 07/1/08, 4:35pm |
| A poem I wrote in 3rd grade (Uploaded content) | | | | | 08/08/08, 12:00pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                    Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

fcharris | Contact us | Help | Sign out

English �the

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

**Your changes have been saved.**

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States. |

AVAILABILITY BEING CONTESTED

☑ I challenge the Commercial Availability status of this book.

> Please include any information that might aid the Registry in determining the commercial availability of your book.

| | |
|---|---|
| Rightsholders: | Frank Harris (author) - Contact |
| | Oxford University (publisher) - this is your claim |

## Edit claim

You made the following assertions when you submitted publisher's claim to this book. You may edit this information now. By saving your changes, you certify that they are true to the best of publisher's knowledge, information and belief.

| | |
|---|---|
| Work for hire: | ☐ This book is a work for hire. |
| | If this box is not checked, this book will be claimed as not a work for hire. |
| Rights: | ⊙ Publisher is confident that the rights to the book have not reverted (based, e.g., on the type of book or type of contract for the book). |
| | ○ Publisher is highly confident that the rights to the book have not reverted (based, e.g., on the individual book or contract for the book). |

## Manage book

| | |
|---|---|
| Display Uses: | ⊙ Display Uses authorized |
| | ○ Display Uses not authorized |
| | Learn more |
| Removal: | ☐ Remove from Google Book Search and Library Digital Copies |
| | Learn more |

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this book )

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**fcharris** | Contact us | Help | Sign out

English ▾

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

Your changes have been saved.

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States. |

AVAILABILITY BEING CONTESTED

☑ I challenge the Commercial Availability status of this book.

> Please include any information that might aid the Registry in determining the commercial availability of your book.

| | |
|---|---|
| Rightsholders: | Frank Harris (author) - this is your claim |
| | Oxford University (publisher) - Contact |

## Edit claim

You made the following assertions when you submitted your claim to this book. You may edit this information now. By saving your changes, you certify that they are true to the best of your knowledge, information and belief.

Rights:
- ⦿ Rights have reverted to me (or my predecessor in this interest) from the publisher
- ◯ Rights have not reverted to me (or my predecessor in this interest) from the publisher
- ◯ I do not know if the rights have reverted

## Manage book

Display Uses:
- ⦿ Display Uses authorized
- ◯ Display Uses not authorized
- Learn more

Removal:
- ☐ Remove from Google Book Search and Library Digital Copies
- Learn more

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this book )

© 2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

**Your changes have been saved.**

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States. |

AVAILABILITY BEING CONTESTED

☑ I challenge the Commercial Availability status of this book.

> Please include any information that might aid the Registry in
> determining the commercial availability of your book.

| Rightsholders: | Frank Harris (agent on behalf of author) - this is your claim |
|---|---|
| | Oxford University (publisher) - Contact |

## Edit claim

You made the following assertions when you submitted your client's claim to this book. You may edit this information now. By saving your changes, you certify that they are true to the best of your knowledge, information and belief.

Rights:
- ⦿ Rights have reverted to my client (or predecessor in this interest) from the publisher
- ⦾ Rights have not reverted to my client (or predecessor in this interest) from the publisher
- ⦾ I do not know if the rights have reverted

## Manage book

Display Uses:
- ⦿ Display Uses authorized
- ⦾ Display Uses not authorized

Learn more

Removal:
- ☐ Remove from Google Book Search and Library Digital Copies

Learn more

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this book )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

Your changes have been saved.

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States.<br>AVAILABILITY BEING CONTESTED |
| Rightsholders: | Frank Harris (author) - Contact<br>Oxford University (publisher; Insert) - this is your claim |

## Edit Insert claim

You made the following assertions when you submitted publisher's claim to this Insert. You may edit this information now. By saving your changes, you certify that they are true to the best of publisher's knowledge, information and belief.

| | |
|---|---|
| Insert type: | ☐ This is an Entire Insert.<br>If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | Pages ▼   34 - 46 |
| Description: | A chapter on software development for the web. |

## Manage Insert

| | |
|---|---|
| Display Uses: | ⦿ Display Uses authorized<br>○ Display Uses not authorized<br>Learn more |

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this Insert )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION**    **CLAIM FORM**

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

Your changes have been saved.

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States. |
| | AVAILABILITY BEING CONTESTED |
| Rightsholders: | Frank Harris (author) - this is your claim |
| | Oxford University (publisher) - Contact |

## Edit Insert claim

You made the following assertions when you submitted your claim to this Insert. You may edit this information now. By saving your changes, you certify that they are true to the best of your knowledge, information and belief.

| | |
|---|---|
| Insert type: | ☐ This is an Entire Insert. |
| | If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | Pages      34  -  46 |
| Description: | A chapter on software development for the web. |

## Manage Insert

| | |
|---|---|
| Display Uses: | ◉ Display Uses authorized |
| | ○ Display Uses not authorized |
| | Learn more |

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this Insert )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION**  |  **CLAIM FORM**

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

Your changes have been saved.

« View all of your claimed books and Inserts

## Book details

| | |
|---|---|
| Title: | Photography in Motion |
| Author: | Frank Harris |
| Imprint or Publisher: | Oxford University |
| Year: | 2002 |
| Format: | Paperback |
| Identifier: | ISBN 232343234232 |
| Digitization status: | Digitized at a library - View on Google Book Search |
| Commercial Availability: | This book is classified as **not Commercially Available** in the United States. AVAILABILITY BEING CONTESTED |
| Rightsholders: | Frank Harris (agent on behalf of author; Insert) - this is your claim Oxford University (publisher) - Contact |

## Edit Insert claim

You made the following assertions when you submitted your client's claim to this Insert. You may edit this information now. By saving your changes, you certify that they are true to the best of your knowledge, information and belief.

| | |
|---|---|
| Insert type: | ☐ This is an Entire Insert. If this box is not checked, this Insert will be claimed as a Partial Insert. |
| Location: | Pages ▾   34  -  46 |
| Description: | A chapter on software development for the web. |

## Manage Insert

| | |
|---|---|
| Display Uses: | ⦿ Display Uses authorized ◯ Display Uses not authorized Learn more |

Additional options for managing books and Inserts are available under the Settlement. The Registry will notify you when you will be able to further manage your books and Inserts.

( Save )  ( Unclaim this Insert )

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT  |  FIND AND CLAIM  |  MANAGE  |  FAQS  |  OPT OUT

## Edit content that may be an Insert

If you cannot identify the book containing content that may be an Insert, you may provide the Registry with your content or other information identifying your content. The Registry will search digitized books and contact you if a potential match is found.

A brief description to identify the content:

A poem I wrote in 3rd Grade

Your content will be referred to by this description in the claiming process.

### Please fill in one or both of the boxes below.

Please type or copy below the text of your content that may be an Insert:

I hate work, I hate class. I like lunch.

Other information about your content to help identify it as an Insert:

Francois Harris

e.g. author, author's pseudonym, title or publisher of work in which your content was first published (if any).

[ Save content ]  [ Delete content ]

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**fcharris** | Contact us | Help | Sign out

English

| INFORMATION | CLAIM FORM |
| --- | --- |

MY ACCOUNT  |  FIND AND CLAIM  |  **MANAGE**  |  FAQS  |  OPT OUT

**« View all your claimed books and Inserts**

photography                                    [ Search claimed books and Inserts ]

Results **1-2** of **2**  |  Page: **1**                                    Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
| --- | --- | --- | --- | --- | --- |
| New Photography from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-2** of **2**  |  Page: **1**                                    Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at **booksettlement@rustconsulting.com**

# Google Book Settlement

| INFORMATION | CLAIM FORM |

MY ACCOUNT  |  FIND AND CLAIM  |  **MANAGE**  |  FAQS  |  OPT OUT

You have 3 books pending claim. Claim them now »

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page. View claiming history »

[                    ]   ( Search claimed books and Inserts )

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                                              Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
|-------|--------|------|---------|-------------------|--------------|
| New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | Folio Society | Mark Twain Rod Waters | 11/1/08, 2:35pm |
| Up from Methodism (Insert: Pages 34-36) | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Thunder's Mouth Press, Basic Books | Herbert Asbury Thunder's Mouth Press | 09/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Ballantine Books | Ballantine Books Mel Blount | 10/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Blount | 1974 | Little, Brown | | 10/11/08, 10:35pm |
| About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | Ballantine Books | Ballantine Books | 10/19/08, 6:05pm |
| O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | HarperCollins, Harper Paperbacks | Harper Paperbacks | 07/1/08, 4:35pm |
| A poem I wrote in 3rd grade (Uploaded content) | | | | | 08/08/08, 12:00pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-25** of **125**  |  Page: **1**  2  3  4  5  Next ›                                              Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

English

| INFORMATION | CLAIM FORM |

MY ACCOUNT | FIND AND CLAIM | MANAGE | FAQS | OPT OUT

« Manage your claimed books and Inserts

## Claiming history

Results **1-25** of **125** | Page: **1** 2 3 4 5 Next ›

Download results as a spreadsheet

| Claim | Last updated |
|---|---|
| ✓ **400 books** claimed (50 books were previously claimed)<br>✓ **20 books** had setting details changed<br>Print a copy of this claim | 10/1/08, 4:35pm |
| ✗ **100 books** could not be identified and 50 books have multiple matches.<br>Download the report as a spreadsheet and verify the information to continue. Learn more | |
| ✓ **2 books** claimed<br>✓ **1 Insert** claimed<br>Print a copy of this claim | 10/1/08, 4:35pm |

Results **1-25** of **125** | Page: **1** 2 3 4 5 Next ›

Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**INFORMATION**   **CLAIM FORM**

MY ACCOUNT  |  FIND AND CLAIM  |  **MANAGE**  |  FAQS  |  OPT OUT

You have deleted the content "A poem I wrote in 3rd grade".

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page. View claiming history »

Search claimed books and Inserts

Results **1-25** of 125  |  Page: 1  2  3  4  5  Next ›

Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
|-------|--------|------|---------|-------------------|--------------|
| New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | Folio Society | Mark Twain Rod Waters | 11/1/08, 2:35pm |
| Up from Methodism (Insert: Pages 34-36) | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Thunder's Mouth Press, Basic Books | Herbert Asbury Thunder's Mouth Press | 09/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Ballantine Books | Ballantine Books Mel Blount | 10/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Blount | 1974 | Little, Brown | | 10/11/08, 10:35pm |
| About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | Ballantine Books | Ballantine Books | 10/19/08, 6:05pm |
| O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | HarperCollins, Harper Paperbacks | Harper Paperbacks | 07/1/08, 4:35pm |
| A poem I wrote in 3rd grade (Uploaded content) | | | | | 08/08/08, 12:00pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-25** of 125  |  Page: 1  2  3  4  5  Next ›

Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | **MANAGE** | FAQS | OPT OUT

> You have unclaimed the book "The Many Lives of Thomas the Cat".

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page. View claiming history »

[                    ]  ( Search claimed books and Inserts )

Results **1-25** of **125**  |  Page: 1  2  3  4  5  Next ›                    Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
|---|---|---|---|---|---|
| New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | Folio Society | Mark Twain Rod Waters | 11/1/08, 2:35pm |
| Up from Methodism (Insert: Pages 34-36) | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Thunder's Mouth Press, Basic Books | Herbert Asbury Thunder's Mouth Press | 09/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Ballantine Books | Ballantine Books Mel Blount | 10/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Blount | 1974 | Little, Brown | | 10/11/08, 10:35pm |
| About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | Ballantine Books | Ballantine Books | 10/19/08, 6:05pm |
| O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | HarperCollins, Harper Paperbacks | Harper Paperbacks | 07/1/08, 4:35pm |
| A poem I wrote in 3rd grade (Uploaded content) | | | | | 08/08/08, 12:00pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-25** of **125**  |  Page: 1  2  3  4  5  Next ›                    Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

**fcharris** | Contact us | Help | Sign out

English ▾

| INFORMATION | CLAIM FORM |
|---|---|

MY ACCOUNT | FIND AND CLAIM | **MANAGE** | FAQS | OPT OUT

**You have unclaimed an Insert in the book "The Many Lives of Thomas the Cat".**

## Manage your claimed books and Inserts

Below is a list of all of the books and Inserts you have claimed. Click on the title of the book for a detail page. The detail page includes information about the book, including whether it has been digitized by Google and its Commercial Availability status. You also can change claim-related information, including your assertions of rights, Remove the book or turn off Display Uses. In the future, you will be able to set additional preferences through the detail page. View claiming history »

[                    ]  Search claimed books and Inserts

Results **1-25** of **125** | Page: 1  2  3  4  5  Next ›                    Download results as a spreadsheet

| Title | Author | Year | Imprint | Other registrants | Last updated |
|---|---|---|---|---|---|
| New Stories from the South | Shannon Ravenel, Roy Blount | 2003 | Algonquin Books of Chapel Hill, Algonquin Books | Algonquin Publishing | 10/1/08, 4:35pm |
| A Treasury of Mark Twain | Mark Twain, Roy Blount, Rod Waters, Folio Society (London, England) | 1999 | Folio Society | Mark Twain Rod Waters | 11/1/08, 2:35pm |
| Up from Methodism (Insert: Pages 34-36) | Herbert Asbury, Foreword by Roy Blount Jr, Roy Blount, Jr. | 2003 | Thunder's Mouth Press, Basic Books | Herbert Asbury Thunder's Mouth Press | 09/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Jr Blount, Mel Blout, Roy Blount, Jr. | 1986 | Ballantine Books | Ballantine Books Mel Blount | 10/1/08, 4:35pm |
| About Three Bricks Shy of ... | Roy Blount | 1974 | Little, Brown | | 10/11/08, 10:35pm |
| About 3 Bricks Shy Load | Roy Blount, Mel Blount | 1980 | Ballantine Books | Ballantine Books | 10/19/08, 6:05pm |
| O Holy Cow! | Phil Rizzuto, Tom Peyer, Hart Seely, Bobby Murcer, Roy Blount, Jr. | 2008 | HarperCollins, Harper Paperbacks | Harper Paperbacks | 07/1/08, 4:35pm |
| A poem I wrote in 3rd grade (Uploaded content) | | | | | 08/08/08, 12:00pm |
| Photography in Motion | Roy Blount | 2002 | Oxford University | Oxford University | 08/08/08, 12:00pm |

Results **1-25** of **125** | Page: 1  2  3  4  5  Next ›                    Download results as a spreadsheet

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English ▼

| **INFORMATION** | CLAIM FORM |
| --- | --- |

HOME | **SETTLEMENT AGREEMENT** | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Settlement Agreement

- **Settlement Agreement - Without Attachments** (PDF file, 0.5 mb)
- **Full Settlement Agreement - Including Attachments** (ZIP file, 1.7 mb)
- List of Attachments
  - A. Author-Publisher Procedures
  - B. Form of Library-Registry Agreements
    1. Form of Library-Registry (Fully Participating) Agreement
    2. Form of Library-Registry (Cooperating) Agreement
    3. Form of Library-Registry (Public Domain) Agreement

  - C. Plan of Allocation
  - D. Security Standard
  - E. Public Domain
  - F. Preview Uses
  - G. Approved Libraries
  - H. [Proposed] Order Granting Preliminary Settlement Approval
  - I. Notice of Class Action Settlement
  - J. Summary Notice of Class Action Settlement
  - K. Paid Media Schedule
  - L. [Proposed] Final Judgment and Order of Dismissal
  - M. Settlement Agreement Between Publishers and Google

Please note - To view these documents, you will need the Adobe Acrobat Reader. Download the free Acrobat Reader, if this software is not yet installed on your computer.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English

| INFORMATION | CLAIM FORM |
|---|---|

HOME | SETTLEMENT AGREEMENT | NOTICE | **SUMMARY NOTICE** | FAQS | OPT OUT

## Summary Notice

**View the Summary Notice**

Please note - To view these documents, you will need the Adobe Acrobat Reader. **Download the free Acrobat Reader**, if this software is not yet installed on your computer.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English

| INFORMATION | CLAIM FORM |

HOME  |  SETTLEMENT AGREEMENT  |  NOTICE  |  SUMMARY NOTICE  |  FAQS  |  OPT OUT

## Notice

### View the Notice

Please note - To view these documents, you will need the Adobe Acrobat Reader. Download the free Acrobat Reader, if this software is not yet installed on your computer.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English

| **INFORMATION** | CLAIM FORM |

HOME  |  SETTLEMENT AGREEMENT  |  NOTICE  |  SUMMARY NOTICE  |  FAQS  |  OPT OUT

## Sign in with your account

If you have already created an account, sign in to claim and manage your books and Inserts.

Does your account have multiple sign-ins?
- ○ Yes
- ● No

Username: [                    ]

Password: [                    ]

[ Sign in ]

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English

| **INFORMATION** | CLAIM FORM |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

## Sign in with your account

If you have already created an account, sign in to claim and manage your books and Inserts.

Does your account have multiple sign-ins?

⦿ Yes
◯ No

Master account name: [                    ]

[ Continue ]

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English ▲▼

| **INFORMATION** | CLAIM FORM |
|---|---|

HOME  |  SETTLEMENT AGREEMENT  |  NOTICE  |  SUMMARY NOTICE  |  FAQS  |  OPT OUT

## Sign in with your account

If you have already created an account, sign in to claim and manage your books and Inserts.

Does your account have multiple sign-ins?
◉ Yes
◯ No

Master account name:   francois

Username:   [                    ]

Password:   [                    ]

[ Sign in ]

© 2008 Book Rights Registry. All Rights Reserved.   Have questions? Please email the Registry at booksettlement@rustconsulting.com

# Google Book Settlement

Contact us | Help | Sign in

English ▼

| INFORMATION | CLAIM FORM |
| --- | --- |

HOME | SETTLEMENT AGREEMENT | NOTICE | SUMMARY NOTICE | FAQS | OPT OUT

**You have been successfully signed out of your Registry account.**

This is the settlement administration website for the Google Book Search Copyright Class Action Settlement. The purpose of this website is to inform you of a proposed Settlement of a class action lawsuit brought by authors and publishers, claiming that Google has violated their copyrights and those of other Rightsholders of Books and Inserts (click for definitions), by scanning their Books, creating an electronic database and displaying short excerpts without the permission of the copyright holders. Google denies the claims. The lawsuit is entitled The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.) The Court has preliminarily approved the Settlement. For further information, please review the Notice.

- **Claim your Books and Inserts:** You can do this at any time, but in order to be eligible for Cash Payments for Books, you must complete your Claim Form on or before January 5, 2010.
- **Opt out** of the Settlement: Must be submitted online or postmarked on or before May 5, 2009
- **File an objection or notice of intent to appear at the Fairness Hearing:** Must be postmarked on or before May 5, 2009
- **Fairness Hearing:** June 11, 2009

( Claim books and Inserts » )

This website is maintained by Rust Consulting, Inc., the Settlement Administrator, with technical support and hosting provided by Google Inc., the defendant in the lawsuit. Please review the Privacy Policy for information concerning the use of any information that you provide through this website. **This is the Only Authorized Website for the Settlement.** Please do not rely upon other sites that may set out different and unauthorized information.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

The Settlement Administrator can be contacted at:

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
booksettlement@rustconsulting.com

© 2008 Book Rights Registry. All Rights Reserved.  Have questions? Please email the Registry at booksettlement@rustconsulting.com