UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
The Authors Guild, Inc., Association of American Publishers, Inc., et al.,

    Plaintiffs,

        v.

Google Inc.,

    Defendant.

-----------------------------------------------------------------x

Case No. 05 CV 8136-JES

## ORDER APPROVING CLAIM FORMS

This matter is before the Court pursuant to the unopposed motion of Plaintiffs in the above-captioned class action for approval of Claim Forms (the "Motion"). The Court having read and considered the Motion, it is herby ORDERED as follows:

1. The Motion is GRANTED. The Court approves as to form and content the paper Claim Forms and online Claim Forms substantially in the forms attached to the Motion as Exhibits B and C, respectively.

DATED this _____ day of _____, 2008.

_____
Honorable Barbara S. Jones,
United States District Judge