UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated,

  Plaintiffs,

   v.

Google Inc,

  Defendant.

No. 05 CV 8136

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-09

**DEFENDANT GOOGLE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

429195.01

1

TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Google, Inc. hereby substitutes Daralyn J. Durie and Joseph Gratz of Durie Tangri Lemley Roberts & Kent LLP, 332 Pine Street, Suite 200, San Francisco, CA 94104, Telephone: (415) 362-6666 as its attorney of record in place of Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111, Telephone: (415) 391-5400. All notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

DURIE TANGRI LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Daralyn J. Durie
ddurie@durietangri.com
Joseph Gratz
jgratz@durietangri.com

I, the undersigned, consent to the above substitution.

Dated: February 2, 2009

By: _____
Hilary E. Ware for Defendant Google, Inc.

We, the undersigned, consent to the above substitution.

Dated: February 2, 2009                KEKER & VAN NEST, LLP

By: _____
Asim Bhansali
Attorneys for Defendant Google, Inc.

I, the undersigned, accept the above substitution.

Dated: February 2, 2009                DURIE TANGRI LEMLEY ROBERTS & KENT LLP

By: _____
Daralyn J. Durie

**IT IS SO ORDERED.**

Dated: 3/24, 2009                _____
Hon. Denny Chin
United States District Judge