SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, et al.,   Plaintiff,

- against -

Google, Inc.          Defendant.

<u>  5  </u> cv <u>  8136  </u> (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Johanna Calabria,          a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Daralyn J. Durie |
| Firm Name: | Durie, Tangri, et al. |
| Address: | 332 Pine Street, Suite 200 |
| City/State/Zip: | San Francisco, CA 94104 |
| Phone Number: | (415) 362-6666 |
| Fax Number: | (415) 236-6300 |

Daralyn J. Durie                is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against   Daralyn J. Durie
in any State or Federal court.

Dated:      4/3/2009
City, State: San Francisco, CA

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name: Calabria Law Group
Address: 332 Pine Street, Suite 200
City/State/Zip: San Francisco, CA
Phone Number: (415) 362-6666
Fax Number: (415) 236-6300

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated, ) ) ) ) ) ) ) ) ) | **No. 05 CV 8136** |

The Authors Guild, Inc., Association of American
Publishers, Inc., Associational Plaintiffs, and
Herbert Mitgang, Betty Miles, Daniel Hoffman,
Paul Dickson, Joseph Goulden, The McGraw-Hill
Companies, Inc., Pearson Education, Inc., Penguin
Group (USA) Inc., Simon & Schuster, Inc., and
John Wiley & Sons, Inc., individually and on
behalf of all others similarly situated,

      Plaintiffs,

          v.

Google Inc,

      Defendant.

ORIGINAL

## AFFIDAVIT OF DARALYN J. DURIE IN SUPPORT OF
## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Daralyn J. Durie declares as follows:

1.     I am a partner in Durie Tangri Page Lemley Roberts & Kent LLP, 332 Pine

Street, Suite 200, San Francisco, California 94104.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac*

*vice* in the above-referenced case.

3.     As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a

member in good standing of the Bar of the State of California.

4.     There are no pending disciplinary proceedings against me in any state or federal

court.

5.     Wherefore, I respectfully request that I be permitted to appear as counsel for

Google Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Dated: April 1, 2009

San Francisco, California

DARALYN J. DURIE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated, | **No. 05 CV 8136** |

Plaintiffs,

v.

Google Inc,

Defendant.

**ORIGINAL**

## AFFIDAVIT OF JOHANNA CALABRIA IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Johanna Calabria, being duly sworn, hereby deposes and says as follows:

1.      I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Daralyn J. Durie as counsel *pro hac vice* to represent Google Inc. in this matter.

2.      I am a member in good standing of the bars of New York and California. I was first admitted to practice law in New York in November, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Daralyn J. Durie since 2005.

4.      I have found Ms. Durie to be a skilled attorney and a person of integrity. She is familiar with federal practice and the Federal Rules of Civil Procedure.

5.      Accordingly, I am pleased to move the admission of Daralyn J. Durie, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Daralyn J. Durie, *pro hac vice*, which was previously provided to the Court.

WHEREFORE it is respectfully requested that the motion to admit Daralyn J. Durie, *pro hac vice*, to represent Google Inc. in the above captioned matter, be granted.

Dated: 4/1/09

San Francisco, California

Respectfully submitted,

JOHANNA CALABRIA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| The Authors Guild, Inc., Association of American ) Publishers, Inc., Associational Plaintiffs, and ) Herbert Mitgang, Betty Miles, Daniel Hoffman, ) Paul Dickson, Joseph Goulden, The McGraw-Hill ) Companies, Inc., Pearson Education, Inc., Penguin ) Group (USA) Inc., Simon & Schuster, Inc., and ) John Wiley & Sons, Inc., individually and on ) behalf of all others similarly situated, ) <br> ) <br>      Plaintiffs, ) <br> ) <br>          v. ) <br> ) <br> Google Inc, ) <br> ) <br>      Defendant. ) <br> ) | **No. 05 CV 8136** |

**ORIGINAL**

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Johanna Calabria and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Daralyn J. Durie
Durie Tangri Page Lemley Roberts & Kent LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
ddurie@durietangri.com

is admitted to practice pro hac vice as counsel for in the above-captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of Court.

Dated:


By: _____
         DENNY CHIN
         UNITED STATES DISTRICT JUDGE

## THE STATE BAR
## OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                TELEPHONE: 888-800-3400

ORIGINAL

March 24, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DARALYN
JEANNINE DURIE, #169825 was admitted to the practice of law in this state
by the Supreme Court of California on February 9, 1994; and has been since
that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

**PROOF OF SERVICE**

1

2   I am employed in the City and County of San Francisco, State of California in the offices of a
    member of the bar of this court at whose direction the following service was made. I am over the

3   age of eighteen years and not a party to the within action. My business address is Durie, Tangri,
    et al, 332 Pine Street, Suite 200, San Francisco, California 94104

4   On April 7, 2009, I served the following documents:

5           **MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF**

6           **JOHANNA CALABRIA IN SUPPORT OF MOTION TO ADMIT COUNSEL**
            **PRO HAC VICE; AFFIDAVIT OF JOSEPH C. GRATZ IN SUPPORT OF**

7           **MOTION TO ADMIT COUNSEL PRO HAC VICE; STATE OF CALIFORNIA-**
            **NOTICE OF GOOD STANDING; [PROPOSED] ORDER FOR ADMISSION**

8           **PRO HAC VICE**

9   by **FEDERAL EXPRESS** by placing a true and correct copy in a sealed envelope addressed as

10  shown below. I am readily familiar with the practice of Durie, Tangri, et al. for correspondence
    for delivery by FedEx Corporation. I will deposit the Federal Express envelopes at the Federal

11  Express office, located at 369 Pine Street, San Francisco, CA for overnight delivery.

12  Michael J. Boni, Esq.                    Laura Helen Gundersheim, Esq.

13  Boni & Zack LLC                          Bernstein Litowitz Berger & Grossman LLP
    15 St. Asaphs Road                       1285 Avenue of the Americas

14  Bala Cynwyd, PA 19004                    New York, New York 10019
    (610) 822-0200                           (212) 554-1463

15  mboni@bonizack.com                       Laurag@blbglaw.com

16
    Sanford P. Dumain, Esq.                  Bruce B. Keller, Esq.

17  Milberg LLP (NYC)                        Debevoise & Plimpton, LLP (NYC)
    One Pennsylvania Plaza                   919 Third Avenue, 31st Floor

18  New York, New York 10119                 New York, New York 10022
    (212) 594-5300                           (212) 909-6836

19  sdumain@milberg.com                      bpkeller@debevoise.com

20  Hadley Perkins Roeltgen, Esq.

21  Kohn, Swift & Graf, P.C.
    One South Broad Street, Suite 2100

22  Philadelphia, PA 19107
    (215) 238-1700

23  hroeltgen@kohnswift.com

24  Executed on April 7, 2009, at San Francisco, California

25  I declare under penalty of perjury under the laws of the State of California that the above is true

26  and correct.
                                *Craig A. Schillig*

27                              _____
                                    Craig A. Schillig

28

---