UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of American )
Publishers, Inc., Associational Plaintiffs, and )
Herbert Mitgang, Betty Miles, Daniel Hoffman, )
Paul Dickson, Joseph Goulden, The McGraw-Hill )
Companies, Inc., Pearson Education, Inc., Penguin )
Group (USA) Inc., Simon & Schuster, Inc., and )
John Wiley & Sons, Inc., individually and on )
behalf of all others similarly situated, )

     Plaintiffs,

        v.

Google Inc,

     Defendant.

**No. 05 CV 8136**



**ORIGINAL**

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of Johanna Calabria and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Daralyn J. Durie
Durie Tangri Page Lemley Roberts & Kent LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
ddurie@durietangri.com

is admitted to practice pro hac vice as counsel for in the above-captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

1

vice fee to the Clerk of Court.

Dated: 4/14/09

By: _____

DENNY CHIN
UNITED STATES DISTRICT JUDGE