05-CV-8136

Hope Ryden
345 East 81st Street
New York City, NY 10028
April 17, 2009

Jay Michael Mc Mahon
Office of Clerk
U.S District Court,
Southern District of New York
500 Pearl Street.,
New York City, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-09

Dear Mr Mc Mahon,

I am raising an objection to language in your Google Book Search Settlement.

I am a nature writer and author of 23 books --- all of which were illustrated with my photography of wild animals. My pictures were taken in the wild at great expense and hardship to me and are unique in that they capture unusual behavior of coyotes, wild horses, bobcats, bald eagles, beavers and animals in Africa and South America. Many of my books have won awards and have remained in print for many years.

Because I am no longer young (79 years old) and can no longer enjoy the rugged field research that I once found so satisfying, I rely, in part, on revenue from my life's work in the form of requests for use of my wildlife photographs in various ways. Imagine my surprise to learn that these photographs are no longer my private property but have been designated as "inserts" in the language of your settlement. ["Inserts do not include pictorial content except for children's book illustrations"] You have given away a resource that I am depending on to augment my social security.

Not only does your settlement language deny me the right to protect my own property, it also allows anyone to use my life's work as they see fit ...even if such use vilifies the wildlife I spent my life trying to help the public come to understand and protect.

For this reason, I object to the Settlement, unless it is somehow amended to protect me and others, in my field.

Sincerely,

*Hope Ryden*

Hope Ryden

CC: Council for Authors Subclass
     Authors Guild