



Matrix Editions
MatrixEditions.com
214 University Ave.
Ithaca NY 14850
Tel. (815) 642-0504
Fax (815) 642 0504
hubbard@matrixeditions.com

April 6, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York
New York 10007

05-CV-8136

Re: The Authors Guild et al., vs Google, Inc.

Dear Mr. McMahon,

On March 8, 2009 I opted out of the Google settlement at

http://www.googlebooksettlement.com/r/_opt_out

However, I have received no confirmation, so I am taking the precaution of writing to confirm that I wish to opt out:

I, Barbara Ann Burke, publisher and author, owner of Matrix Editions, 214 University Ave., Ithaca, NY 14850, Tel. 607 272-7562, wish to opt out of the proposed settlement. I hereby instruct Google not to include copies of any of my work, in whole or in part, including but not limited to the following list in any of its databases:

- *Vector Calculus, Linear Algebra, and Differential Forms: A Unified Approach*, 3rd edition, by John Hubbard and B. Burke Hubbard. ISBN 9780971576636.
- *Teichmuller theory and applications to geometry, topology, and dynamics*, by John Hubbard. ISBN 9780971576629
- *Functional Analysis vol. 1 A Gentle Introduction*, by Dzung Ha, ISBN 9780971576612
- *Student Solution Manual* by John Hubbard and B. Burke Hubbard. ISBN 9780971576643
- *Student Solution Manual*, by John Hubbard and B. Burke Hubbard. ISBN 0-9715766-0-2 (isbn 10: 9780971576605)

1

- *Vector Calculus, Linear Algebra, and Differential Forms: A Unified Approach*, 1st edition (originally published by Prentice Hall (Pearson) but rights returned to authors), ISBN 0-13-657466-7
- *Vector Calculus, Linear Algebra, and Differential Forms: A Unified Approach*, 2nd edition (originally published by Prentice Hall (Pearson) but rights returned to authors), ISBN 0-13-041408-5
- The Greek translation of *Vector Calculus, Linear Algebra, and Differential Forms: A Unified Approach*, 2nd edition, ISBN 960-530-077-X

In addition, contracts for the following books, of which I am the author, stipulate that should the books go out of print, rights revert to me. Therefore, I forbid Google to make, store, or sell copies of these books, whole or in part, on grounds that they are "out of print":

- *The World According to Wavelets: The Story of a Mathematical Technique in the Making*, by Barbara Burke Hubbard, published by AK Peters, ISBN 1-56881-047-4.
- *The World According to Wavelets: The Story of a Mathematical Technique in the Making*, 2nd edition, by Barbara Burke Hubbard, published by AK Peters, ISBN 978-1568810720
- *Ondes et ondelettes*, by Barbara Burke Hubbard, published by Pour la Science, Paris, ISBN 978-2902918904
- The Japanese and German translations of *Ondes et ondelettes*.

Sincerely,

Barbara Burke

Barbara Burke, AKA Barbara Burke Hubbard

2