AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Authors Guild et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:05-cv-08136 (DC) |
| Google Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

New York Law School, amicus curiae.

Date:   04/27/2009

*Attorney's signature*

Daniel J. Kornstein (DK-3264)
*Printed name and bar number*

Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue, 18th Floor
New York, NY 10017
*Address*

dkornstein@kvwmail.com
*E-mail address*

(212) 418-8600
*Telephone number*

(212) 826-3640
*FAX number*