AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Authors Guild et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Case No.   1:05-cv-08136 (DC) |
| Google Inc. ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

New York Law School, amicus curiae.

Date:   04/27/2009

_Mikaela A. McDermott_
_Attorney's signature_

Mikaela A. McDermott (MM-6833)
_Printed name and bar number_

Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue, 18th Floor
New York, NY 10017
_Address_

mmcdermott@kvwmail.com
_E-mail address_

(212) 418-8600
_Telephone number_

(212) 826-3640
_FAX number_