

**Lee Killough**  PO Box 1167, Manhattan KS 66505-1167
klkillo@cox.net   785-776-6584

April 20, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

05-CV-8136

Dear Mr. McMahon

I am writing to object to one provision of the Google settlement. That objection is to Google keeping "hosted copies" of my digitized books solely in its possession. I feel that as an author, I should receive a copy of each of Google's digitized copies of my work for myself, and receive it in a common manipulable format.

Authors should not have to duplicate Google's efforts to make competitive personal electronic usage of our own books.

While many people will still go to Google for one-stop shopping for many books, giving me a digital copy of my own will open the door to other options for my work.

Thank you.

Sincerely,

Lee Killough

Lee Killough

e-mail copies to: Counsel for the Author sub-class, Counsel for the Publisher sub-class, Counsel for Google

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-09