```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,        :

                Plaintiffs,      :

       - against -               :          ORDER

GOOGLE, INC.,                    :          05 Civ. 7384 (DC)

                Defendant.       :          05 Civ. 8136 (DC)

- - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      The Court has received requests for pre-motion conferences by the Internet Archive, Lewis Hyde, Harry Lewis, and the Open Access Trust, Inc. (the "proposed interveners"), seeking leave to intervene in this action. I have construed their letters as motions to intervene, and the motions are denied. The proposed interveners are, however, free to file objections to the proposed settlement or amicus briefs, either of which must be filed by the May 5, 2009 objection deadline.

      SO ORDERED.

Dated:    New York, New York
          April 24, 2009

                                            DENNY CHIN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-09