


Mayer Brenner
6522 Whitworth Drive
Los Angeles, CA 90035
323-933-3446
mayer@brennerfam.com

April 24, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-09

Dear sirs:      05-CV-8136

I am the author and rights holder of multiple previous published works that would be affected by the terms of the proposed Google Book Search Copyright Class Action Settlement. I wish to object to several provisions of the Settlement.

The Settlement states that Google will make a "hosted copy" of my digitized books, which digital copies are kept in Google's possession. I believe that, as a part of the Settlement, I should be given a copy of Google's digitized version of each and every of my works in a common, standard format that may be manipulated, edited, formatted, and displayed.

Furthermore, the published versions of my works contain various typographical and editing errors in their text. Before Google makes available its version of these works, I wish to have the opportunity to submit a re-edited and definitive text to be used in any distribution. If Google, for whatever reason, wishes to continue to make its original digitized version available, this original should be identified as "Originally Published Version," or equivalent, while the re-edited version should be identified as "Author's Preferred Version," or equivalent.

Thank you for your attention to these points.

Mayer Brenner

cc:

bookclaims@bonizack.com
bookclaims@debevoise.com
bookclaims@kvn.com
JABagent@aol.com