8527 Crum Road
Walkersville, MD 21793-7502
23 April 2009

301 845-8353

RECEIVED
APR 29 2009
CLERK'S OFFICE
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Office of the Clerk,
J. Michael McMahon
U.S. District Court for the Southern
  District of New York
500 Pearl Street
New York, New York 10007

05-CV-8136

Dear Sir:

On February 20, 2009, I received a letter from the Rust Consulting, Inc., Court-approved Settlement Administrator for Google Book Search.

I am the author and publisher of my book entitled **Bits and Pieces**, Copyright©1998, Library of Congress Catalog Card Number 98-96136.

I object to Google scanning or displaying any part of my book and it is so noted on the cover page that all rights reserved including the rights to reproduce this book or parts thereof in any form without prior written permission from the author.

The Author's Guild et al v. Google Inc.                                    Doc. 95

My book is a genealogy book researched by me which includes letters, family pictures, and biographical information. I feel it should be my decision as to how my book is reproduced.

Thank you for your consideration.

Sincerely,

*Shirley A. Young*
SHIRLEY A. YOUNG

CF:
Counsel for the Author Sub-Class, 15 St. Asaphs Road, Bala Cynwyd, PA 19004
Counsel for the Publisher Sub-Class, 919 Third Avenue, New York, NY 10022
Counsel for Google, 710 Sansome Street, San Francisco, CA 94111