USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

John Moore
7906 Glover Street
Houston, TX   77012-3620
April 22, 2009

RECEIVED
APR 2 9 2009
CLERK'S OFFICE
S.D.N.Y.

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  Objection to the Google Library Project Settlement

Gentlebeings,                      05-CV-8136

I object to the "opt-out" provision of the settlement and request that the
court reject the settlement unless it is modified to "opt-in." The "opt-out"
provision demands that the artist enter a contractual agreement with a
private corporation in order to preserve the artist's copyright. This is
contrary to copyright law and to contract law in general.

> Best regards,
>
> John Moore

The Author's Guild et al v. Google Inc.                                    Doc. 96

Writer
"A Fate Worse than Dragons" Penguin 2007
"Bad Prince Charlie" Penguin 2006
"The Unhandsome Prince" Penguin 2005
"Heroics for Beginners" Penguin 2004
"Slay and Rescue" Simon and Schuster 1994

CC:
Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq.(Boni and Zack,
LLC) Jeffrey P. Cunard, Esq., Bruce P. Keller, Esq. (Debevoise & Plimpton LLP)
Daralyn J. Durie, Esq., David J. Silbert, Esq., Joseph C. Gratz, Esq., (Keker &
Van Nest LLP)