

April 22, 2009

Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 9364
Minneapolis, MN 55440-9364

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
APR 2 9 2009
CLERK'S ~
S.D.N.Y.

Re: opting out of Google Settlement ("Author SubClass")

Dear Settlement Administrator:                05-CV-8136

This letter will serve as official notice that on behalf of my brother David Eddings, I am opting out of the Google Settlement for works by David Eddings, per the attached sheet.   The copyrights are all registered and held by David Eddings.

Any of these works currently available from Google should be removed immediately.

Thank you for your attention.

The Author's Guild et al v. Google Inc.                Doc. 97

Sincerely,

*Dennis Eddings* (signature)

Dennis Eddings
Power of Attorney for David Eddings
4560 18th Place South
Salem, OR 97302

Cc: Eleanor Wood, Spectrum Literary Agency,, 320 Central Park West, suite 1-D, New York, New York 10025

Cc: Office of the Clerk, J. Michael McMahon, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007.

David Eddings holds copyright to the following works. He is opting out of the Google Settlement and any of these works should be removed immediately:

By David Eddings

| | |
|---|---|
| *High Hunt* | 1973 |

The Belgariad

| | |
|---|---|
| *Pawn of Prophecy* | 1982 |
| *Queen of Sorcery* | 1982 |
| *Magician's Gambit* | 1983 |
| *Castle of Wizardry* | 1984 |
| *Enchanter's End Game* | 1984 |

The Mallorean

| | |
|---|---|
| *Guardians of the West* | 1987 |
| *King of the Murgos* | 1988 |
| *Demon Lord of Karanda* | 1988 |
| *Sorceress of Darshiva* | 1989 |
| *The Seeress of Kell* | 1991 |

The Elenium

| | |
|---|---|
| *The Diamond Throne* | 1989 |
| *The Ruby Knight* | 1990 |
| *The Sapphire Rose* | 1991 |

The Tamuli

| | |
|---|---|
| *Domes of Fire* | 1992 |
| *The Shining Ones* | 1993 |
| *The Hidden City* | 1994 |
| *The Losers* | 1992 |

By David and Leigh Eddings

| | |
|---|---|
| *Belgarath the Sorcerer* | 1995 |
| *Polgara the Sorceress* | 1997 |
| *The Rivan Codex* | 1998 |
| *The Redemption of Althalus* | 2000 |
| *Regina's Song* | 2002 |

The Dreamers

| | |
|---|---|
| *The Elder Gods* | 2003 |
| *The Treasured One* | 2004 |
| *Crystal Gorge* | 2005 |
| *The Younger Gods* | 2006 |