UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google Inc., <br><br> Defendant. | Case No. 05 CV 8136-JES |

## NOTICE OF APPEARANCE

To: The Clerk of Court and All Parties of Record

Please take notice that the undersigned hereby appears as counsel for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, and the Author Sub-Class in the above-captioned action and is admitted to practice in this District.

Dated: May 6, 2009

Respectfully submitted,

_____
Joanne Zack (JZ 6432)
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
Fax: (610) 822-0206
Email: jzack@bonizack.com

*Counsel for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden and the Author Sub-Class*