May 5, 2009




Michael J. McMahon
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
*via certified mail*

05-CV-8136

Copies of the opt-out letters signed by authors and estate proprietors, as well as their lists of published works, are available upon request.

Sincerely,

Eleanor Wood
EW: mk

The Author's Guild et al v. Google Inc.     Doc. 101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-09

Encls.

## spectrum literary agency

320 Central Park West, Suite 1-D
New York, New York 10025
Telephone (212) 362-4323 Fax (212) 362-4562
www.spectrumliteraryagency.com

May 5, 2009

Settlement Administrator
c/o Rust Consulting, Inc.
P.O. Box 9364
Minneapolis, MN 55440-9364



Re: opting out of the Google/Authors Guild Settlement ("Author SubClass")

Dear Settlement Administrator:

Enclosed with this letter are letters from authors and proprietors of estates represented by Spectrum Literary Agency opting out of the Google Settlement, a list of these authors (including estates), and lists of their published works (whether or not the material is currently displayed on Google's site). In all cases, the authors and proprietors of authors' estates are opting out of any participation in the Settlement. All works by these authors that appear on Google's site should be removed immediately.

We reject Google's willful misinterpretation of "fair use" in copyright law to mask outright piracy. In addition, we urge the US District Court to dismiss Google's attempt to redefine copyright, in that their literature defines in-copyright work as that registered with the copyright office. Current copyright law in the U.S. lists copyright from the time of creation of the literary work. While I try to make sure that literary works I represent are registered by the publisher or author with the copyright office to insure extra protections, registration with the US copyright office for literary works has not been required for about thirty years now. The US courts should not allow Google to ignore US copyright law in this regard, nor should the courts tolerate Google's assertion that authors and other proprietors of literary works must let Google utilize their works indefinitely if they do not opt out of this Google/Authors Guild Settlement by a specified date.

Google's one-size-fits-all opt-out forms can only lead to confusion and error. Depending on the work, the author may control all rights, or have licensed print rights to a publisher (though sometimes with approval of sublicense

## spectrum literary agency

320 Central Park West, Suite 1-D
New York, New York 10025
Telephone (212) 362-4323 Fax (212) 362-4562
www.spectrumliteraryagency.com

deals) but the author may control electronic and foreign rights. If Google's plans are worldwide, then electronic and print rights in each territory or language must be negotiated separately. (Google's own literature mentions print-on-demand as a possible future use, and Google has not confined its request to electronic rights.)

We hope that the appropriate arm of the U.S. courts will not sanction Google's immense copyright violations.

Thank you for your attention.

Sincerely,

Eleanor Wood
Agent, Spectrum Literary Agency

Cc: Office of the Clerk, J. Michael McMahon, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007

Cc: Andrew Cuomo
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Cc: Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



# Authors/Proprietors of In-Copyright Literary Works Opting Out of Google Settlement

Roger MacBride Allen
Steven Barnes
Leigh Brackett (Estate)
Lois McMaster Bujold
Brenda Cooper
David Dary
David Eddings (Power of Attorney signed by Dennis Eddings)
Daniel Galouye (Estate)
Ken Goddard
Roland J. Green
Edmond Hamilton (Estate)
Robert A. Heinlein (Estate)
    Pseudonyms used: *Anson MacDonald, Caleb Saunders, John Riverside, Simon York and Lyle Monroe.*
Corson Hirschfeld
James P. Hogan
David S. Lavender (Estate)
Edward M. Lerner
Larry Niven
Mike Resnick
John Maddox Roberts
Spider Robinson
Charles Sheffield (Estate)
Mary Stanton and pseudonymn *Claudia Bishop*
Christopher Stasheff
George Sullivan
Jack Williamson (Estate)

## spectrum literary agency

320 Central Park West, Suite 1-D
New York, New York 10025
Telephone (212) 362-4323 Fax (212) 362-4562
www.spectrumliteraryagency.com