05-CV-8136

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-18-09

Notice of Opt Out
The Author's Guild, et al., vs. Google, Inc., case number 1:2005cv08136

To: Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

To: Google Book Search Settlement Administrator
C/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364



I, Linda D. Delgado have decided to opt-out of the proposed settlement and any and all Google database or book scanning projects.

address: 1239 W. 11th Street Tempe, Arizona 85281
phone number: 480-894-6014
email address: woodad@mindspring.com

I hereby request that Google not include copies of any of my work, in whole or in part, including but not limited to the following in any of its databases. (list work with ISBNs)

Print format Books that I have copyright ownership, ownership of book cover designs, illustrations and interior layout designs:

The Author's Guild et al v. Google Inc                                                                                          Doc. 103

A Muslim's Guide to Publishing and Marketing ISBN: 978-0-9767861-0-8
The Visitors ISBN: 978-0-9767861-1-5
Hijab-Ez Friends ISBN: 978-0-9767861-6-0
Stories ISBN: 978-0-9767861-7-7
Saying Goodbye ISBN: 978-0-9767861-8-4
Halal Food, Fun and Laughter ISBN: 978-0-9767861-5-3
Grandma & Hijab-Ez Family Activity Book ISBN: 978-0-9793577-8-7

Print format Books that I have ownership through work-for-hire purchase of book cover designs, illustrations and interior layout designs:

Star Writers ISBN: 978-0-9767861-2-2
Echoes ISBN: 978-0-9767861-9-1
Rebounding ISBN: 978-0-9767861-3-9
Turbulence ISBN: 978-0-9793577-0-1
Ripples ISBN: 978-0-9793577-6-3
Sophia's Journal: Time Warp 1857 ISBN: 978-0-9793577-2-5
Muslim Teens in Pitfalls and Pranks ISBN: 978-0-9793577-3-2
The Beautiful Names ISBN: 978-0-9793577-5-6
Power Poetry For Wide Awake Youth ISBN: 978-0-9793577-1-8
The Runaway Scarf ISBN: 978-0-9793577-4-9

Ebooks in pdf format I own by work-for-hire payment for pdf layout designs, illustrations, and book cover designs:

| ISBN | Title |
|---|---|
| 978-0-9557403-2-9 | Echoes |
| 978-0-9557403-3-6 | Rebounding |
| 978-0-9557403-4-3 | Turbulence |
| 978-0-9557403-5-0 | Ripples |
| 978-0-9557403-6-7 | Sophia's Journal: Time Warp 1857 |
| 978-0-9557403-7-4 | Muslim Teens in Pitfalls and Pranks |

Out of Print books I own copyright to which were republished:.

Published by iUniverse and out of print
The Visitors ISBN: 0-595-29222-4
Hijab-Ez Friends ISBN: 0-595-29226-7
Stories ISBN: 0-595-29228-3
Saying Goodbye ISBN: 0-595-29231-3

Republished by Heliographic and now out of print
The Visitors ISBN: 0-9753233-8-5
Hijab-Ez Friends ISBN: 0-9753233--6-9
Stories ISBN: 0-9753233-7-7
Saying Goodbye ISBN: 0-9753233-5-0

but then republished by Muslim Writers Publishing and currently in print:

Translated and republished books in Indonesia by Tiga Serangkai for which I have copyright ownership are:

Islamic Rose Books 1: The Visitors ISBN: 0-979-668-567-1
Islamic Rose Books 2: Hijab-Ez Friends ISBN: 0-979-668-652-x
Islamic Rose Books 3: Stories ISBN: 0-979-668-653-8
Islamic Rose Books 4: Saying Goodbye ISBN: 0-979-668-654-6

I have sent a copy of this document to counsel for the parties by mailing by first class mailing it to the names and addresses listed below on the 15 April 2009.

Counsel for the Author Sub-Class:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zac LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizac.com

Counsel for the Publisher Sub-Class:
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
James J. Pastore, Esq.

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
bookclaims@debevoise.com

Counsel for Google:
Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
bookclaims@kvn.com

Regards,

*[signature]*

<u>Linda D. Delgado</u>
April 15, 2009