Notice of Opt Out
The Author's Guild, et al., vs. Google, Inc., case number 1:2005cv08136

I, Habibullah Saleem, have decided to opt-out of the proposed settlement.

Address: 6737 N. 16th St. unit 11
Phoenix, AZ 85016
Phone number: 602 265-7913
Email address: hscrtal@aol.com

I hereby request that Google not include copies of any of my work, in whole or in part, including but not limited to the following in any of its databases. (list work with ISBNs)

Power Poetry for Wide Awake Youth, ISBN: 978-0-9793577-1-8

I have sent a copy of this document to counsel for the parties by mailing by first class mail to the names and addresses listed below on the 07 of April 2009.

Counsel for the Author Sub-Class:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zac LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizac.com

Counsel for the Publisher Sub-Class:
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
James J. Pastore, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
bookclaims@debevoise.com

Counsel for Google:
Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
bookclaims@kvn.com

Sincerely,
*Habibullah Saleem* (signature)
Habibullah Saleem