Notice of Opt Out
The Author's Guild, et al, vs. Google, Inc., case number 1:2005cv08136

4200 Y Street
Lincoln, NE 68503

April 6, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-15-09

I, Maryam Mahmoodian, have decided to opt out of the proposed settlement.

I hereby request that Google not include copies of any of my work, in whole or in part, including but not limited to the following, in any of its databases:
Muslim Teens in Pitfalls and Pranks
ISBN: 978-0-9793577-3-2

I have sent a copy of this document to counsel for the parties by mailing it by first class mail to the names and addresses listed on the enclosed page.

Thank you very much.

The Author's Guild et al v. Google Inc.                                                             Doc. 105

Sincerely,

Maryam Mahmoodian