Notice of Opt Out

The Author's Guild, et al., vs. Google, Inc., case number 1:2005cv08136

I, Linda Kay Jitmoud have decided to opt-out of the proposed settlement.



address:    3460 Greenlawn Drive, Lexington, KY 40517
phone number:    (859) 245-0843
email address:    writermom6@yahoo.com

I hereby request that Google not include copies of any of my work, in whole or in part, including but not limited to the following in any of its databases. (list work with ISBNs)

Echoes, ISBN:        0-9767861-9-2
Rebounding, ISBN:  0-9767861-3-3
Turbulence, ISBN:  978-0-9793577-0-1
Ripples, ISBN:        978-0-9793577-6-3

I have sent a copy of this document to counsel for the parties by mailing by first class mail it to the names and addresses listed below on the 15 April 2009.

Counsel for the Author Sub-Class:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zac LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Counsel for the Publisher Sub-Class:
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
James J. Pastore, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Counsel for Google:
Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Sincerely,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-15-09