Notice of Opt Out
The Author's Gulid, et al., vs Google, Inc., case number 1:2005cv08136

I, Shirley Gavin Anjum, have decided to opt out of the proposed settlement.

Business name: Zatoon.
Address:        Killeen, Rathcabbin, Roscrea. Co. Tipperary, Ireland
Phone number: 05791 23865
Email address: Shirley@zatoon.com

I hereby request that Google not include copies of any of my work, in whole or in part, including but not limited to the following in any of its databases.

Grandma & Hijab-Ez Family Activity Book, ISBN 978-0-9793577-8-7

I have sent a copy of this document to counsel for the parties by mailing by first class mail it to the names and addresses listed below on the         of

Counsel for the Author Sub-Class:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zac LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizac.com

Counsel for the Publisher Sub-Class:
The Author's Guild et al. v. Google Inc.    Doc. 107
Bruce P. Keller, Esq.
James J. Pastore, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
bookclaims@debevoise.com

Counsel for Google:
Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Fancisco, CA 94111
bookclaims@kvn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-18-09

SIGNED: