UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-09

The Authors Guild, Inc., Association of American Publishers, Inc., et al.,

    Plaintiffs,

v.

Google, Inc.

    Defendant.

Case No. 05 CV 8136-JES

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of attorney Rachel Schwartz, attorney for class member David Meininger, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: John W. Davis
Firm Name: Law Office of John W. Davis
Address: 501 W. Broadway, Suite 800
City/State/Zip: San Diego, CA 92101
Telephone/Fax: (619) 400-4870 / (619) 342-7170
Email Address: john@johnwdavis.com

is admitted to practice pro hac vice as counsel for David Meininger in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/15/09
City, State: NY NY

_____
United States District/Magistrate Judge

Order for Admission *Pro Hac Vice* on Written Motion
05 CV 8136-JES