Dr. Else Maria Wischermann
Rutkamp 79
24111 KIEL

GERMANY

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
USA

05-CV-8136

Kiel, den 5.5.2009

Protest gegen das Google Settlement Agreement

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-09

Sehr geehrte Damen und Herren,

als Autor aus Deutschland melde ich hiermit gegen das Google Settlement Agreement als solches Protest an und mache geltend, dass wissenschaftlichen Autoren die Möglichkeit erhalten bleiben soll, den „Google-Bock-Search"-Dienst zu unterstützen und ihre Werke freizugeben, aber nur unter der Bedingung, dass diese im Sinne des **Open-Access**-Prinzips frei zugänglich bleiben. Dabei müssen Einnahmen über Werbung nicht ausgeschlossen sein.

Mit freundlichen Grüßen

*[signature]*

(Dr. Else Maria Wischermann)