Daniel J. Kornstein (DK 3264)
Mikaela McDermott (MM 6833)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-8600
Attorneys for Amicus New York Law School,
Institute for Information Law and Policy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

THE AUTHORS GUILD, et al.

        Plaintiffs,

    v.

GOOGLE, INC.,

        Defendant.

-----------------------------------------------------X

CIV. NO: 05-CV-8136 (DC)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Daniel J. Kornstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: James Grimmelmann

Firm Name: New York Law School, Institute for Information Law and Policy

Address: 57 Worth Street

City/State/Zip: New York, NY 10013

Phone Number: (212) 431-2368

Fax Number: (212) 791-2144

Email address: james.grimmelmann@nyls.edu

James Grimmelmann is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceedings against James Grimmelmann in any State or Federal Court.

Dated: June 22, 2009
       New York, New York

                    KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                    By: _____
                          Daniel J. Kornstein (DK-3264)
                    757 Third Avenue
                    New York, New York 10017
                    (212) 418-8600

                    Attorneys for Amicus Curiae New York Law School

TO:

J. Kate Reznick
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Laura Helen Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
Attorneys for Plaintiff Authors Guild

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Attorneys for Plaintiff Authors Guild

Bruce P. Keller
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
31st Floor
New York, NY 10022
Attorneys for Plaintiff Authors Guild

Hadley Perkins Roeltgen
KOHN, SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Attorneys for Plaintiff Authors Guild

Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Nathan Z. Dershowitz
DERSHOWITZ, EIGER & ADELSON, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001
Attorneys for Appellant Lewis Hyde

David J. Silbert
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Melissa J. Miksch
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Robert Jay Bernstein
THE LAW OFFICES OF ROBERT J. BERNSTEIN
488 Madison Avenue
9th Floor
New York, NY 10022
Attorneys for Defendant Google Inc.

Ronald Lee Raider
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Adam Howard Charnes
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Alex Seth Fonoroff
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Daralyn Jeannine Durie
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

Jeffrey A. Conciatori
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Attorneys for Defendant Google Inc.

Joseph M. Beck
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Joseph C. Gratz
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

Daniel J. Kornstein (DK 3264)
Mikaela McDermott (MM 6833)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue, 18th Floor
New York, NY 10017
(212) 418-8600
Attorneys for Amicus New York Law School,
Institute for Information Law and Policy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THE AUTHORS GUILD, et al.             :
                                      :
                Plaintiffs,           :   CIV. NO: 05-CV-8136 (DC)
                                      :
        v.                            :   **AFFIDAVIT OF**
                                      :   **DANIEL J. KORNSTEIN IN**
GOOGLE, INC.,                         :   **SUPPORT OF MOTION TO ADMIT**
                                      :   **COUNSEL PRO HAC VICE**
                Defendant.            :
                                      :
-----------------------------------------------------X

State of New York    )
                     )   ss:
County of New York   )

DANIEL J. KORNSTEIN, being duly sworn, hereby deposes and says as follows:

1.  I am a member of Kornstein Veisz Wexler & Pollard, LLP, counsel for amicus curiae New York Law School, Institute for Information Law and Policy, in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth and in support of New York Law School's motion to admit James Grimmelmann as counsel pro hac vice to represent New York Law School in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in March 1974. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James Grimmelmann since 1992.

4. Mr. Grimmelmann is Associate Professor of Law at New York Law School in New York, New York.

5. I have found Mr. Grimmelmann to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James Grimmelmann, pro hac vice.

7. I submit a proposed order granting the admission of James Grimmelmann, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE I request that the motion to admit James Grimmelmann, pro hac vice, to represent amicus curiae in this matter, be granted.

DANIEL J. KORNSTEIN

Sworn to before me this
22nd day of June, 2009

Notary Public

CIELO RENTA
Notary Public, State of New York
No. 01RE6130705
Certified in Queens County
Commission Expires July 18, 2009

Daniel J. Kornstein (DK 3264)
Mikaela McDermott (MM 6833)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-8600
Attorneys for Amicus New York Law School,
Institute for Information Law and Policy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THE AUTHORS GUILD, et al.           :
                                    :
             Plaintiffs,            :      CIV. NO: 05-CV-8136 (DC)
                                    :
        v.                          :      **ORDER FOR ADMISSION**
                                    :      **PRO HAC VICE**
GOOGLE, INC.,                       :      **ON WRITTEN MOTION**
                                    :
             Defendant.             :
-----------------------------------------------------X

Upon the motion of Daniel J. Kornstein, attorney for amicus curiae New York Law

School and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: James Grimmelmann

Firm Name: New York Law School, Institute for Information Law and Policy

Address: 57 Worth Street

City/State/Zip: New York, NY 10013

Phone Number: (212) 431-2368

Fax Number: (212) 791-2144

Email address: james.grimmelmann@nyls.edu

is admitted to practice pro hac vice as counsel for amicus curiae New York Law School in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

New York, New York

_____
United States District Judge

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JAMES GRIMMELMANN**
*(No.* **029072005** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 13, 2005** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **29TH** *day of* **May** *, 20* **09**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THE AUTHORS GUILD, et al.         :
                                  :
                    Plaintiffs,   :       CIV. NO: 05-CV-8136 (DC)
                                  :
        v.                        :       **AFFIRMATION OF SERVICE**
                                  :
GOOGLE, INC.,                     :
                                  :
                    Defendant.    :
-----------------------------------------------------X

I, Mikaela A. McDermott, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice, Affidavit of Daniel J. Kornstein in Support of Motion to Admit Counsel Pro Hac Vice, and proposed Order for Admission Pro Hac Vice on Written Motion upon:

J. Kate Reznick
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Laura Helen Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
Attorneys for Plaintiff Authors Guild

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Attorneys for Plaintiff Authors Guild

Bruce P. Keller
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
31st Floor
New York, NY 10022
Attorneys for Plaintiff Authors Guild

Hadley Perkins Roeltgen
KOHN, SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Attorneys for Plaintiff Authors Guild

Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Nathan Z. Dershowitz
DERSHOWITZ, EIGER & ADELSON, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001
Attorneys for Appellant Lewis Hyde

David J. Silbert
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Melissa J. Miksch
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Robert Jay Bernstein
THE LAW OFFICES OF ROBERT J. BERNSTEIN
488 Madison Avenue
9th Floor
New York, NY 10022
Attorneys for Defendant Google Inc.

Ronald Lee Raider
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Adam Howard Charnes
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Alex Seth Fonoroff
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Daralyn Jeannine Durie
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

Jeffrey A. Conciatori
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Attorneys for Defendant Google Inc.

Joseph M. Beck
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Joseph C. Gratz
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

by mailing the same by regular mail in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, by regular mail, within the State of New York on June 22, 2009.

Dated: June 22, 2009

*Mikaela A. McDermott*

Mikaela A. McDermott (MM-6833)
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017
(212) 418-8600
Attorneys for Amicus Curiae New York
  Law School