Daniel J. Kornstein (DK 3264)
Mikaela McDermott (MM 6833)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, NY 10017
(212) 418-8600
Attorneys for Amicus New York Law School,
Institute for Information Law and Policy

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
THE AUTHORS GUILD, et al.               :
                                        :
              Plaintiffs,               :        CIV. NO: 05-CV-8136 (DC)
                                        :
       v.                               :        **ORDER FOR ADMISSION**
                                        :        **PRO HAC VICE**
GOOGLE, INC.,                           :        **ON WRITTEN MOTION**
                                        :
              Defendant.                :
-----------------------------------------------------X

Upon the motion of Daniel J. Kornstein, attorney for amicus curiae New York Law School and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

<u>Applicant's Name</u>: James Grimmelmann

<u>Firm Name</u>: New York Law School, Institute for Information Law and Policy

<u>Address</u>: 57 Worth Street

<u>City/State/Zip</u>: New York, NY 10013

<u>Phone Number</u>: (212) 431-2368

<u>Fax Number</u>: (212) 791-2144

<u>Email address</u>: james.grimmelmann@nyls.edu

The Author's Guild et al v. Google Inc.                                                                Doc. 121

is admitted to practice pro hac vice as counsel for amicus curiae New York Law School in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/2/09

New York, New York

United States District Judge