Google Book Search Settlement Administrator
C/O Rust Consulting, Inc.
P. O. Box 9364
Minneapolis, MN 55440-9364



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-09

Greetings Administrator:                                July 12. 2009

I have a few questions, but first I will point out a few facts so you can have some info to base your answers on.

05-CV-8136

## Statement Of Facts

1. I, John Larry Ray am a co-author of a book called Truth At Last, which was published in April of 2008 by Globe Pequot Press.
2. That Globe Pequot Press without my knowledge, without my consent granted Google, among others, permission to use more than 50% of the book pages as a preview of the book (Using the first 118 pages of the 196 pages of the book).
3. That Globe Pequot Press without my knowledge, without my consent granted Google, among others, digitalizing rights to Google, and one of the biggest digitalizing of books in Europe, which is www.bookdepository.co.uk.
4. That even after the Goggle book settlement, Google is still running 43 consecutive preview pages of the Truth At Last book, and still digitizing the book without permission from author John Larry Ray, which is violating the agreement of statement 10 in the Google book settlement.
5. That in April of 2009, associate publisher Eugene Brissie of Lyons Press who is a spokesperson for Globe Pequot Press refused to make available a true, and correct copy of the Royalty Statement for the Truth At Last book, thus, author John Larry Ray do not know what is going on with their relationship with Google.

The Author's Guild et al v. Google Inc. et al                                Doc. 124

## Questions

Google has spent years running amok violating authors copyrights, and they are still doing so after the book settlement thus why are the Plaintiffs in the Google book settlement don't put a stop to it?

The Authors representatives, and the Author guild recommended that all Authors join in the Google's lawsuit settlement. Why are the Authors selling out their copyrights infringement to white-collar criminals for a few dollars to Google (who are running a continuous criminal enterprise right in a federal courtroom in the southern district of New York)?

The deadline for checking in or out of the Google settlement is not to far away, thus, I hope you expedite your answers to my questions so I know what direction to take in the Google settlement.

I remain,

*John Larry Ray*
John Larry Ray
P.O. Box 447
Quincy, Illinois 62306

CC:

Office of the Clerk
J. Michael McMahon
U. S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Counsels for the Authors
Michael J. Boni & Joanne Zack
15 St. Asaphs Road
Bala CYNWYD, pa 19004

Counsel for the Publishers
Bruce P. Keller
919 Third Avenue
New York, New York 10022

Counsel for Google
Daralyn J. Durie
332 Pine Street, suite 200
San Francisco, CA 94104

Morris Communications Company, LLC
725 Broad Street
Augusta, Georgia 30901

Globe Pequot Press
246 Goose Lane
P. O. Box 480
Guilford, CT 06437

Co-Author of the Truth At Last Book
Lyndon Barsten
812 Nebraska Avenue
East St. Paul, MN 55106

And to Parties of Interest