![AAPD logo] American Association of People with Disabilities

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-09

July 27, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

05-1V-8136

Re: **Authors Guild, Inc. et al. v. Google, Inc.**
   **Case No. cv- 8136-DC**

Dear Judge Chin:

   I write on behalf of The American Association of People with Disabilities (AAPD) to respectfully ask that the Court approve the proposed settlement between the Authors Guild and Google in the above captioned case. In particular, AAPD supports the provisions in the proposed the settlement agreement that enable people with disabilities to reap the benefits of the technology that makes the contents of many of the world's books only one or two clicks away and in a form accessible to many people with disabilities.

   AAPD is the largest national nonprofit cross-disability member organization in the United States, dedicated to ensuring economic self-sufficiency and political empowerment for the more than 50 million Americans with disabilities. AAPD's principal concerns about technology and communications services are accessibility and usability, although affordability is equally important.

   The settlement's benefits for readers with disabilities are extraordinary. People for whom transportation to a library or bookstore is difficult, unavailable or expensive would have access to these books through their computer. People with vision loss will be able to search for books through the Google Books interface and purchase, borrow, or read at a public library any of the books that are available to the general public in accessible formats. As a result, vast numbers of books will be opened up for many people for the first time ever.

   Affordability is also an integral component of accessibility, and in that regard the free services provided under the agreement are very important. People with disabilities are among the least employed and under employed individuals in this country and require affordable options for accessing the world's information, including books. Under the settlement, anyone will be able to freely search and preview many books. Public libraries will be able to provide free access to millions of books at a designated terminal, and we

The Author's Guild et al v. Google Inc.     Doc. 125

believe researchers, students, and others with disabilities will be significant beneficiaries of this availability.

AAPD is conscious that the marketplace for digitized books is continuing to evolve. In order for users with disabilities to have their unique needs met, it is important that there be a variety of service providers. Therefore, we are pleased that the settlement not only allows Google to create new, accessible services but also makes it easier for other providers to develop book services.

From our viewpoint and understanding, Google appears committed to accessibility, usability, and affordability with respect to Google Book Search. Recently, we met with some Google representatives and they conveyed Google's commitment to exploring ways in which the company can further enhance accessibility of this product for people with disabilities that would be consistent with the proposed settlement.

AAPD is very encouraged by the steps being taken by Google to make digitized books available to more and more people, including people with disabilities. AAPD asks that the Court approve the proposed settlement agreement so that this important tool can become immediately more widely available.

Respectfully submitted,

*Andrew J. Imparato*

Andrew J. Imparato
President and Chief Executive Officer

**American Association of People with Disabilities**
1629 K Street NW, Suite 950 • Washington, DC 20006
phone 202-457-0046 (V/TTY) • 800-840-8844 (V/TTY) • fax 202-457-0473 • www.aapd.com