

Kathy Rowland
15 Soaring Hawk
Irvine, CA 92614
(949) 551-5204

August 3, 2009

Office of the Clerk
J. Michael McMahon
U.S. District for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

RE: *The Authors Guild, Inc. et. al. v. Google Inc.*, No. 05 CV 8136

Dear J. Michael McMahon:

Objection is made to the proposed settlement on the following grounds.

The settlement is not fair, adequate and reasonable. See Exhibits A and B hereto, which are incorporated herein by reference.

Putting aside the fairness of the settlement, the attorneys' fees and expenses sought by the counsel for the Author sub-class are excessive and should be disapproved. The settlement notice says "Google will pay those fees and expenses in addition to the amounts it has agreed to pay the Sub-Class members and Rightholders." How did counsel negotiate such a good deal for themselves? The Court should scrutinize how this attorneys' fee provision was negotiated to ensure no conflicts or collusion was present.

Sincerely,

*Kathleen P. Rowland*

Kathy Rowland
15 Soaring Hawk
Irvine, CA 92614
(949) 551-5204

cc: Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esp.
     Boni & Zack LLC
     15 St. Asaphs Road
     Bala Cynwyd, PA 19004
05-CU-8136

The Author's Guild v. Google Inc. Doc. 126

UNITED STATES OF AMERICA
bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
UNITED STATES OF AMERICA
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Ste. 200
San Francisco, California 94104
UNTIED STATES OF AMERICA
bookclaims@durietangri.com