

# mischa vetere

poesie

dear mr. obama
dear ms. clinton



zurich, 28th of july 2009

05-CV-8136

at the beginning of the year I have sent to both of you "sputnik (von der läuterung)" – helmut schmidt, bundeskanzler ad as well as pascal couchepin, (ex) cultural minister of switzerland, thanked me for it. but it's with concern that I see, while the financial world is seen being saved for thousand of billions of EUR and USD, that *we still want to continue to permit ourselves "the luxury of hunger"* (while it only would cost approx. USD 35 billion per year to eliminate it worldwide) – what a shame and endless shame on human being! therefore, please follow bill gates' example regarding vacination (as a private man) and make the US again a great nation by starting to do something in this direction regarding famine - for the world and far beyond national interest. hunger should not be tolerated anymore in this century, please NOW, meaning yesterday!

in these days a new poetry collection of mine is out, being "post-trauma", mainly talking about the after gw b.-era started. I have in this connection made a portrait of you, dear mr. president (being part of post trauma no. 9/17; no. 4 has been sent to the library of the MOMA in new york) – still in my possession, it is offered to the "collection de l'art brut" in lausanne. the part in the title poem concerning you two (but talking about the fact that poetry does not count much in our days): "they do not wish young correspondents at the time window of erika\*, not always clintons and obamas, sometimes dirt (with frenetic re-election an a. h.\*\* experience with gw b.) and plunging into a century depression!" "post trauma" mainly was created to bear the *"HUMANISTIC PROGRAM (essay about collective guilt)"* - this 'poem', going far further on the consequent existentialistic track given by jean paul sartre, is in my view *the solution for humanity going forward* with responsibility and therefore definitely seeks wide publication ... - to be published for schoolbooks in the USA together with "chain reaction" [the later has won a prize in the US by the poet society in the year 2000]?

→ please permit me one word regarding the google 'agreement', currently worldwide in discussion: since google's unfriendly action (of scanning 7 mio [in words seven million] books without permission) totally reverts international existing copyright - in my understanding you would seek permission for use before use, no? - wouldn't it be far time to encourage an international user passport (let's call it "world wide web pass" – 3w-p) for let's say usd 10 to 20 per year and user (which is also WITHOUT DOUBT affordable for pupils and students!), computer / internet companies such as google, microsoft, yahoo, facebook to pay one to three percent of their revenue, depending of the involvement. the funds so collected in a copyright society being distributed to copyright holders world wide according to electronical keys, already existing in the copyright societies of each country. in exchange all use / copying of music and texts in the world wide web would be for free for the users! it seems not correct to me that ridicoulous usd 60 million are offered by google in the current agreement for 7 million books scanned with commercial intention while private pirates in sweden are at the same time condemned (by us-conglomerates) to pay EUR 2.7 million for (compared to the mentioned google attack to international copyright) a relatively minor copyright infraction.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

lyon zürich

may I kindly invite you to take my thoughts into consideration, followed by appropriate action (feel free to let me know if I can be of help to further elaborate my idea) since it helps to create a new industry (located in the USA), not only regularising the "free zone" in an appropriate way to our time, since it permits artists to receive remuneration for their work and first of all invites them to distribute it without hesitation. since quite a moment i already discuss with friends a world where *china* would not respect any copyright / trademark / licence right anymore, using the argumentation that the rest of the world is as well not very keen in respecting it. a licence lawyer, working for phillip morris in switzerland said to me that this, meaning if china would not pay anymore for its licence, would most probably be the end for said company.

i remain at your disposal – best regards,

*M. vetere*

mischa vetere
*member of the ads* (swiss writers society), *p.e.n. association,*
*prolitteris* (swiss copyright society for literature / image copyright) *and*
*suisa* (the swiss equivalent for music)


copy to ads, prolitteris & swiss cultural ministry / pascal couchepin


\* erika burkart, 87 years old, poet, great-schiller prize, friend of mine since 22 years, to whom the poem mainly is addressed to; compare "Geheimbrief" (secret letter), Zurich, february 2009 / my "rimbaud dreaming", Zurich december 2008

\*\* adolf hitler