

# National Association of Federally Impacted Schools

Hall of the States, Suite 419, 444 North Capitol St. N.W., Washington, DC 20001
Phone: (202) 624-5455 • Fax: (202) 624-5468 • Home Page: http://www.nafisdc.org

BY FAX (212) 805-7906

August 7, 2009

The Honorable Denny Chin
United States District
Judge Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-09

**Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)**

Dear Judge Chin:

On behalf of the National Association of Federally Impacted Schools (NAFIS), I request this court's permission to submit this letter in support of final settlement approval in the aforementioned case.

NAFIS is a non-profit, non-partisan corporation of school districts from throughout the United States, organized primarily to educate Congress on the importance of Impact Aid. Founded in 1973, the association works to ensure the needs of federally connected children are met with adequate federal funds. NAFIS represents children residing on Indian Lands, military children, children residing in low-rent housing projects, and children whose parents are civilian but work and/or live on federal property.

The Author's Guild et al v. Google Inc.     Doc. 128

Federally impacted communities face many unique challenges, which are compounded by devastating budget shortfalls and limited resources. Many of the students in these areas have inadequate libraries, or have access to library resources shared by both the public and school on Indian lands or military bases. The isolation engendered by longstanding and current funding inequities and the discrepancies in curricular opportunities limit the success of millions of children in the classroom, and weakens our nation's ability to maintain its global economic strength.

We support the settlement between Google, authors, and publishers because it will provide unprecedented access to information essential to educational learning and discovery. The combined benefits of this agreement and advances in technology will help bridge the funding gap and revolutionize student learning and teaching.

*The NAFIS Family*

| MISA | NIISA | Section 8002 Districts | Low/Mid LOT |
|---|---|---|---|
| *Military Impacted Schools Association* | *National Indian Impacted Schools Association* | *Federal Property Districts* | *Association of Low/Mid LOT Schools* |

Page 2

The approval of this agreement and the subsequent free and affordable electronic access to the world's most prestigious libraries at the stroke of a key removes substantial financial and resource barriers to learning for a diverse and underserved community. Federally impacted schools and communities will be able to narrow the achievement gap and access an innovative solution to give educators and students alike an opportunity for educational enrichment and professional advancement.

We urge this court to approve the settlement.

Sincerely,

John B. Forkenbrock, Executive Director
National Association of Federally Impacted Schools