USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-09

**NATIONAL PRESIDENT**
Rosa Rosales

**EXECUTIVE DIRECTOR**
Brent A. Wilkes

**NATIONAL OFFICERS**
Hector Flores
Immediate Past President
Jaime P. Martinez
Treasurer
Jessica I Martinez
Youth President
Richard Fimbres
VP for Elderly
Regla Gonzalez
VP for Women
Berta Urteaga
VP for Youth
Michelle M. Pelayo
VP for Young Adults
Angel G. Luevano
VP for Farwest
Alicia Diaz
VP for Midwest
Tonia Politis Lage
VP for Northeast
Vivian Feliciano
VP for Southeast
Ray Mancera
VP for Southwest

**STATE DIRECTORS**
Ana Valenzuela
Estrada Arizona
Carlos F. Cervantes
Arkansas
Argentina Davila-
Luevano
California
Tom Duran
Colorado
Ada Peña
District of Columbia
Bettina Rodriguez
Aguilera
Florida
Pedro Nuria
Georgia
Maggie Rivera
Illinois
Trinidad Alfaro, Jr.
Indiana
Gilbert Sierra
Iowa
Elias I. Garcia
Kansas
Annabelle Guerra
Massachusetts
Augustin Sanchez
Michigan
Rene Orozco
Nevada
Paul A. Martinez
New Mexico
Peter Fontanez
New York
Juron Rivello
Ohio
Rey Madrid
Oklahoma
Haydee Rivera
Puerto Rico
Joey Cardenas, III
Texas
Samuel McTyre
Virginia
Pedro De La Torre
Washington
Darryl D. Morin
Wisconsin

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: **The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)**

Dear Judge Chin:

The League of United Latin American Citizens (LULAC) wishes to formally submit this letter as amicus curiae in support of the final settlement approval in the case referenced above.

LULAC is the largest and oldest Hispanic organization in the United States. Historically, LULAC has focused heavily on education, civil rights, and employment for Hispanics. The proposed settlement between Google and the Authors Guild and the Association of American Publishers is of interest to LULAC as the equalization of educational opportunity is at stake.

The Hispanic community, in particular students, stand to gain considerably. The settlement under review will expand access to millions of books through Google Book Search and the programs established through the settlement.

Hispanic students often face unique challenges in the pursuit of an education. Many Hispanic students must overcome linguistic and socioeconomic barriers to succeed in school. Although Hispanic children are the largest minority group in America's schools today, they lag behind non-Hispanics in almost all categories of education. Hispanic children are also twice as likely to live in families with incomes below the poverty line.

Educators, the government and the community must do everything possible to ensure gaps in student achievement are closed and that students receive the tools and resources they need to overcome the obstacles they face. The proposed settlement can help remove some of these barriers and equalize educational opportunities and access to information for Hispanic students.

First, Book Search gives Hispanic students broad access to the same kind of library resources once available only at the world's most resourced universities and libraries. Seventy percent of Hispanic youth attend

The Author's Guild et al. v. Google Inc.          Doc. 130

segregated, urban, underfunded public schools that often have comparatively inadequate libraries. Through designated terminals at public and university libraries, the settlement will allow students everywhere to search and view the full text of millions of books for free.

Additionally, while the Web has become an incredible source of information in English, Web resources in Spanish are often much less well developed, particularly when it comes to highly-specialized topics like medical information. With hundreds of thousands of Spanish-language books in its database, Book Search enhances the Web for Spanish speakers by opening up the knowledge stored in these books. Enabling students to read and learn in their native language will enrich their education and encourage them to continue to embrace their cultural and linguistic heritage.

We urge the court to keep the opinion of LULAC in mind as the agreement is considered.

Sincerely,

Brent Wilkes
LULAC National Executive Director