DUANE MORRIS LLP
John Dellaportas (JD 5427)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Amicus Curiae Computer
and Communications Industry Association

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

        Plaintiffs,

v.

GOOGLE, INC.

        Defendants.

Civil Action No. 05-cv-8136 (DC)

(ECF Case)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts

The Author's Guild et al v. Google Inc.     Doc. 133

for the Southern and Eastern Districts of New York, I, John Dellaportas, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of:

| | |
|---|---|
| Applicant's Name: | Matthew Christian Schruers |
| Firm Name: | Computer and Communications Industry Association |
| Address: | 900 17th Street, Suite 1100 |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-783-0070 |
| Fax Number: | 202-783-0534 |
| Email: | MSchruers@ccianet.org |

MATTHEW CHRISTIAN SCHRUERS is a member in good standing of the District of

Columbia Bar. There is no pending disciplinary proceeding against Matthew Christian Schruers

in any State or Federal court.

Dated: New York, New York

Wednesday, July 29, 2009

                                    Respectfully Submitted,
                                    DUANE MORRIS LLP

                                By: _____
                                    JOHN DELLAPORTAS
                                    Duane Morris LLP
                                    1540 Broadway
                                    New York, New York 10036-4086
                                    Telephone: (212) 692-1052
                                    Fax: (212) 692-1020
                                    Dellajo@duanemorris.com

                                    *Attorneys for Amicus Curiae*
                                    *Computer and Communications*
                                    *Industry Association*

DUANE MORRIS LLP
John Dellaportas (JD 5427)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Amicus Curiae Computer
and Communications Industry Association

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AUTHORS GUILD, et al., | : | Civil Action No. 05-cv-8136 (DC) |
| Plaintiffs, | : | (ECF Case) |
| v. | : | **AFFIDAVIT OF JOHN DELLAPORTAS** |
| GOOGLE, INC. | : | **IN SUPPORT OF MOTION TO ADMIT COUNSEL** |
| Defendants. | : | **PRO HAC VICE** |

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

JOHN DELLAPORTAS, being duly sworn, deposes and says:

1. I am a member of the firm Duane Morris LLP, counsel for amicus curiae Computer and Communications Industry Association in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Computer and Communications Industry Association's Motion to admit Matthew Christian Schruers, Esq. as counsel pro hac vice to represent Computer and Communications Industry Association in this matter.

2. I was admitted to practice law in the State of New York in 1995 and am a member in good standing of the Bar of the State of New York. I was admitted to the Bar of the United

States District Court for the Southern District of New York in 1995, and am in good standing with this Court.

3. Mr. Schruers is Senior Counsel for Litigation & Legislative Affairs at Computer and Communications Industry Association.

4. Mr. Schruers is a member in good standing of the bar of the District of Columbia (admitted January 29, 2004). (Good standing certificate is annexed hereto as Exhibit A.) Mr. Schruers is admitted to practice before the United States District Courts for the District of Columbia (admitted March 1, 2004), and the Eastern District of Virginia (admitted April 4, 2003). Mr. Schruers is also admitted to practice before the United States Court of Appeals for the Federal Circuit (admitted May 31, 2004), Ninth Circuit (admitted November 28, 2003), and D.C. Circuit (admitted May 15, 2004).

5. Mr. Schruers has advised me that he has read the Local Civil Rules of this Court and acknowledges that if admitted, he will be bound thereby.

6. I respectfully submit a proposed order granting the admission of Matthew Christian Schruers, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Matthew Christian Schruers, pro hac vice, to represent Computer and Communications Industry Association in the above captioned matter, be granted.

Dated: July 29, 2009
New York, New York

                        Respectfully submitted,

                        _____
                        JOHN DELLAPORTAS (JD 5427)

Sworn to before me this
29th day of July, 2009

_____
Notary Public

JULIE L. WATTS
NOTARY PUBLIC, State of New York
No. 01WA5014288
Qualified in Nassau County
Commission Expires July 15, 19/ 20 11

- 3 -



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW CHRISTIAN SCHRUERS

was on the 9TH day of JANUARY, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 24, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al., | Civil Action No. 05-cv-8136 (DC) |
| Plaintiffs, | (ECF Case) |
| v. | **ORDER FOR ADMISSION** |
| GOOGLE, INC. | **PRO HAC VICE** |
| | **ON WRITTEN MOTION** |
| Defendants. | |

Upon the motion of John Dellaportas, attorney for amicus curiae Computer and Communications Industry Association, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew Christian Schruers |
| Firm Name: | Computer and Communications Industry Association |
| Address: | 900 17th Street, Suite 1100 |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-783-0070 |
| Fax Number: | 202-783-0534 |
| Email: | MSchruers@ccianet.org |

is admitted to practice pro hac vice as counsel for Computer and Communications Industry Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on July 29, 2009, I caused copies of Amicus Curiae Computer and Communications Industry Association's Motion to Admit Counsel Pro Hac Vice and the accompanying Affidavit of John Dellaportas to be served via first class mail, addressed to the following:

J. Kate Reznick
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff, Authors Guild

Laura Helen Gundersheim
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019
Attorneys for Plaintiff, Authors Guild

Michael J. Boni
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff, Authors Guild

Sanford P. Dumain
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
Attorneys for Plaintiff, Authors Guild

Bruce P. Keller
Debevoise & Plimpton, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
Attorneys for Plaintiff, Authors Guild

Hadley Perkins Roeltgen
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Attorneys for Plaintiff, Authors Guild

Joanne Zack
Boni & Zack LLC
15 St. Asaphs Road

Bala Cynwyd, PA 19004
Attorneys for Plaintiff, Authors Guild

Nathan Z. Dershowitz
Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001
Attorneys for Appellant, Lewis Hyde

David J. Silbert
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant, Google Inc.

Melissa J. Miksch
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant, Google Inc.

Robert Jay Bernstein
The Law offices of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, NY 10022
Attorneys for Defendant, Google Inc.

Ronald Lee Raider
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorneys for Defendant, Google Inc.

Adam Howard Charnes
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorneys for Defendant, Google Inc.

Alex Seth Fonoroff
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorneys for Defendant, Google Inc.

Daralyn Jeannine Durie
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Attorneys for Defendant, Google Inc.

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attorneys for Defendant, Google Inc.

Joseph M. Beck
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Attorneys for Defendant, Google Inc.

Joseph C. Gratz
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Attorneys for Defendant, Google Inc.

Spensyr Ann Krebsbach

Sworn to before me this
29th day of July, 2009

Notary Public

JULIE L. WATTS
NOTARY PUBLIC, State of New York
No. 01WA5014286
Qualified in Nassau County
Commission Expires July 15, 2011

- 3 -