# MANDATE

SDNY / NYNY
05-cv-8136
Chin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **AUG 1 8 2009**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*THE AUTHOR'S GUILD*

v.

*GOOGLE, INC.*

Docket No. 09-2224-cv

UNITED STATES COURT OF
FILED
AUG 14 2009
Catherine O'Hagan Wolfe, Clerk
CIRCUIT

## STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant
K.A.D. Camara
CAMARA + SIBLEY LLP

Attorney for Appellee
Joseph Gratz
Durie Tangri LLP
Attorneys for Appellee Google Inc.

*Bruce P. Keller*
Attorney for Appellee
Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue
N.Y. N.Y. 10022
Counsel for Publisher Sub-Class

Attorney for Appellee
Michael J. Boni
Boni + Zack LLC
Counsel For The Author Sub-Class

SO ORDERED
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *Stanley A. Bass*
Stanley A. Bass, Staff Counsel
Aug 13, 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

CERTIFIED: AUG 1 7 2009