USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al., : Civil Action No. 05-cv-8136 (DC)
: 
Plaintiffs, : (ECF Case)
:
v. : **ORDER FOR ADMISSION**
: **PRO HAC VICE**
GOOGLE, INC. : **ON WRITTEN MOTION**
:
Defendants. : 05-CV-8136

Upon the motion of John Dellaportas, attorney for amicus curiae Computer and Communications Industry Association, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew Christian Schruers |
| Firm Name: | Computer and Communications Industry Association |
| Address: | 900 17th Street, Suite 1100 |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-783-0070 |
| Fax Number: | 202-783-0534 |
| Email: | MSchruers@ccianet.org |

is admitted to practice pro hac vice as counsel for Computer and Communications Industry Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/18/09
New York, New York

_____
United States District Judge

The Author's Guild et al v. Google Inc.   Doc. 137