

### UNITED STATES DISTANCE LEARNING ASSOCIATION

August 17, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09
```

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv.8136 (S.D.N.Y.)

Dear Judge Chin:

The United States Distance Learning Association (USDLA) requests the court's permission to submit this letter as an amicus curiae supporting final settlement approval in The Authors Guild et al. v. Google, Inc. Case.

The United States Distance Learning Association (USDLA) is a 501(c) (3) non-profit organization. The mission of USDLA is to provide national leadership in distance learning and professional growth in the industry. USDLA has developed national distance learning standards and a process of expert accreditation and certification. Since its' founding in 1987, USDLA has consistently emphasized the importance of professional growth within the distance education community and has expanded leadership and guidance to improve distance learning. USDLA believes that approval of the aforementioned settlement agreement will dramatically support these goals. Approval will also have a powerful impact on the critical issues of quality standards, research, teacher preparedness, and new technologies as well as the sharing and dissemination of the professional efforts and successes of professionals in all fields. Additionally, approval of the final settlement will increase and improve the educational resources of schools and universities that exemplify the dynamic nature of distance learning by expanding access to millions of books through Google Book Search and other services. These services will have a forceful impact on research and scholarship through distance learning. Moreover, approval of the settlement will support teacher preparedness and increase use of new technologies from kindergarten to the university.

USDLA supports an industry that is expanding exponentially as the number of schools and universities that exemplify the dynamic nature of distance learning increase daily. It is dedicated to ensure the success in quality distance learning among its current education, business, healthcare, and government members. Approval of the settlement will support USDLA's, and many national distance learning associations' and organizations', efforts to address the critical issues of quality standards, research, and new technologies, as well as the dissemination of past and current members' professional efforts.

On behalf of the USDLA Board of Directors and leadership team at the national office, we pledge our commitment to serve the needs of the distance learning industry by providing advocacy, information, networking and opportunity. The approval of the final settlement agreement will support USDLA and its members in this ambitious effort.

Sincerely,

John G. Flores, Ph.D.
Executive Director

8 Winter Street, Suite 508 • Boston, MA 02108-4705
Telephone: 800.275.5162   Fax: 617.399.1771
Website: www.usdla.org

The Author's Guild et al v. Google Inc.                                                             Doc. 139