UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

   Plaintiff,

v.

GOOGLE, INC.,

   Defendants.

05 cv 08136 (DC)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., is hereby entering an appearance of counsel of record for Plaintiff Author's Guild, et al.

Dated: August 24, 2009

          KELLOGG, HUBER, HANSEN, TODD,
           EVANS & FIGEL, P.L.L.C.

         By: /s/ Joseph S. Hall

          Joseph S. Hall
          SDNY Bar Code: JH-2612
          KELLOGG, HUBER, HANSEN,
           TODD EVANS & FIGEL, P.L.L.C.
          1615 M Street, N.W., Suite 400
          Washington, D.C. 20036
          Tel: (202) 326-7900
          Fax: (202) 326-7999
          jhall@khhte.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 24, 2009. Any other counsel of record will be served via electronic and first class mail.

/s/ Joseph S. Hall
Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
 TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com