UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

        Plaintiff,

v.

GOOGLE, INC.,

        Defendants.

05 cv 08136 (DC)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., is hereby entering an appearance of counsel of record for putative plaintiffs' class members Harold Bloom, Elliot Abrams, Charlotte Allen, Phyllis Ammons, Dick Armey, Jacques Barzun, Nicholas A. Basbanes, Stephen Bates, Shawn J. Bayern, Jack Beerman, Michael Behe, Michael Cox, Douglas Crase, Frank Gonzalez-Crussi, Midge Decter, John Derbyshire, The Estate of Thomas M. Disch, Gerald Early, Mel Eisenberg, Richard A. Epstein, Henry Fetter, David D. Friedman, David Gelernter, Gabrielle Glaser, Mary Ann Glendon, Victor Davis Hanson, Robert Herbold, Arthur Herman, Charles Hill, Manuela Hoelterhoff, Richard Howard, Donald Kagan, David Kuo, Michael Ledeen, Susan Lee, Mary Lefkowitz, David Lehman, John Lehman, Howard Markel, Sherwin B. Nuland, Steven Ozment, Michael Perry, Norman Podhoretz, Diane Ravitch, Ralph Reed, Harriet Rubin, Sarah Ruden, Peter Schweizer, Roger Simon, Roy Spencer, Geoffrey R. Stone, Charles Sykes, Terry Teachout, Paco Underhill, Ruth Wisse, Elizabeth Wurtzel, and John Yoo.

Dated: August 25, 2009

                                                                                   KELLOGG, HUBER, HANSEN, TODD,
                                                                                     EVANS & FIGEL, P.L.L.C.

                                         By: */s/ Joseph S. Hall*

                                                Joseph S. Hall
                                                SDNY Bar Code: JH-2612
                                                KELLOGG, HUBER, HANSEN,
                                                  TODD EVANS & FIGEL, P.L.L.C.
                                                1615 M Street, N.W., Suite 400
                                                Washington, D.C. 20036
                                                Tel: (202) 326-7900
                                                Fax: (202) 326-7999
                                                jhall@khhte.com

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 24, 2009. Any other counsel of record will be served via electronic and first class mail.

                /s/ *Joseph S. Hall*
                Joseph S. Hall
                SDNY Bar Code: JH-2612
                KELLOGG, HUBER, HANSEN,
                 TODD EVANS & FIGEL, P.L.L.C.
                1615 M Street, N.W., Suite 400
                Washington, D.C. 20036
                Tel: (202) 326-7900
                Fax: (202) 326-7999
                jhall@khhte.com