

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-09
```

Jennifer B. Coplan
(212) 479-6123
jcoplan@cooley.com

VIA FACSIMILE & U.S. MAIL

August 26, 2009

*Application granted, but the amicus brief must be filed by September 4, 2009.*

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED
[signature]
RICHARD J. SULLIVAN
8/27/09 U.S.D.J. Part I

RE: The Author's Guild, et al. v. Google Inc. (Case # 1:05-cv-08136-DC)

Dear Judge Chin:

We write to request permission for Sony Electronics Inc. ("Sony Electronics") to file an *amicus curiae* brief in support of approval of the proposed settlement (the "Settlement") in the above-captioned matter. The brief will be no longer than 15 pages in length and will be filed no later than September 4, 2009 -- the deadline for class member opt-outs and objections to the Settlement.

**Statement of Interest**

Sony Electronics is a leading provider of audio/video, information technology and other electronic products for both the consumer and professional markets. Its operations include research and development, design, engineering, manufacturing, sales, marketing, distribution and customer service. For decades, the company has been at the forefront of technological innovation and has played a key role in the development of many widely-used technologies, including CD, DVD and Blu-ray Disc media.

One of the products the company markets and sells is the "Reader," a family of electronic book or "e-book" readers that allow users to download and read electronic copies of books on a hand-held device. In Sony Electronics' view, the cooperative and mutually beneficial relationship the Settlement forges between Google and the copyright holders in the proposed class may have a profoundly positive impact on the market for e-book readers and related devices. For this reason, Sony Electronics believes the Settlement should be approved.

**The Proposed Brief is Desirable**

The Settlement, including the creation of the Registry and the Google Book Search, raises a number of complex and important issues in the marketplace for digitized books and e-book readers. Sony Electronics believes it has a unique perspective on the various ways in which the Settlement will foster competition, spur innovation and create efficiencies that will substantially benefit consumers. With the Court's permission, Sony Electronics will address these issues in detail and explain why it is confident that numerous and significant procompetitive effects will flow from the Settlement's approval.

08/27/2009 08:50 FAX 212 479 6255   KRONISH LIEB WEINER&HELL   ☒003



The Honorable Denny Chin
August 26, 2009
Page Two

    Sony Electronics appreciates the opportunity to be heard on these issues and respectfully requests permission to file an *amicus* brief.

Respectfully yours,

Jennifer B. Coplan

cc:    Michael J. Boni, Esq. (by U.S. Mail)
       Laura Helen Gundersheim, Esq. (by U.S. Mail)
       Sanford P. Dumain, Esq. (by U.S. Mail)
       Jeffrey P. Cunard, Esq. (by U.S. Mail)
       Hadley Perkins Roeltgen, Esq. (by U.S. Mail)
       Ronald Lee Raider, Esq. (by U.S. Mail)
       Daralyn Jeannine Durie, Esq. (by U.S. Mail)
       Jeffrey A. Conciatori, Esq. (by U.S. Mail)

1565629 v1/NY