UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
The Authors Guild, Inc., *et al.*,    :
    Plaintiffs,    :    Case No. 05 CV 8136-DC
    vs.    :    NOTICE OF MOTION FOR ADMISSION PRO HAC VICE
Google, Inc.,    :
    Defendant.    :
-----------------------------------------------------------x

AUG 2 6 2009

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David A. Zapolsky, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of David Nimmer of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067, 310-277-1010.

David Nimmer is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against David Nimmer in any State or Federal court.

The Author's Guild et al v. Google Inc.    Doc. 151

Dated:
August 21, 2009
Seattle, Washington

>Respectfully submitted,
>
>*/s/ David A. Zapolsky*
>
>David A. Zapolsky
>
>SDNY Bar: DZ-8058
>Amazon.com, Inc.
>1200 12th Avenue South
>Suite 1200
>Seattle, Washington 98144
>Phone: (206) 266-1323
>Facsimile: (206) 266-7010
>davidz@amazon.com
>
>-and-
>
>Alexander F. Wiles (to be admitted pro hac vice)
>David Nimmer (to be admitted pro hac vice)
>Irell & Manella LLP
>1800 Avenue of the Stars
>Suite 900
>Los Angeles, California 90067-4276
>Telephone:    (310) 277-1010
>Facsimile:    (310) 203-7199
>awiles@irell.com
>dnimmer@irell.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
The Authors Guild, Inc., *et al.*,

    Plaintiffs,

vs

Google, Inc.,

    Defendant.
------------------------------------------------------------x

Case No. 05 CV 8136-DC

DECLARATION OF DAVID
A. ZAPOLSKY IN SUPPORT
OF MOTION FOR
ADMISSION PRO HAC VICE

David A. Zapolsky, being duly sworn and pursuant to 28 U.S.C. § 1746, hereby declares:

    1.    I am a member of the bar of this Court and counsel for Class Member, Amazon.com, Inc. I am familiar with the proceedings in this case. I make this Declaration based on my personal knowledge of the facts set forth herein and in support of the admission pro hac vice of David Nimmer as an attorney for Class Member Amazon.com, Inc. in the above-captioned action, pursuant to Rule 1.3(c) of the Local Rules of the Southern District of New York.

    2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

    3.    Mr. Nimmer is admitted to practice law in the State of California. He is of counsel to the law firm of Irell & Manella LLP and works in its Los Angeles, California office, located at 1800 Avenue of the Stars, Suite 900, Los Angeles, California, (310) 277-1010.

    4.    Attached hereto as Exhibit "A" is a Certificate of Good Standing attesting to Mr. Nimmer's membership in good standing with the California State Bar. I am informed that since his admission to the California State Bar, Mr. Nimmer has never been reprimanded, nor has he had a grievance, complaint or order of discipline of any kind filed against him in any state or jurisdiction.

5. Granting of this application will not delay the trial of this matter or any proceedings presently pending before the Court, as all are fully familiar with the facts herein.

6. I respectfully submit a proposed order granting the admission of David Nimmer, pro hac vice, which is attached hereto.

**WHEREFORE,** Class Member Amazon.com, Inc. respectfully requests that the Court admit David Nimmer to represent Amazon.com, Inc. for all purposes before this Court in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 21st day of August, 2009.

David A. Zapolsky
SDNY Bar: DZ-8058

# EXHIBIT A



| THE STATE BAR OF CALIFORNIA | MEMBER SERVICES CENTER |
|---|---|
| 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

August 18, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID OBADIAH NIMMER, #097170 was admitted to the practice of law in this state by the Supreme Court of California on March 6, 1981; that at his request, on January 23, 2003, his name was changed to DAVID NIMMER on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
The Authors Guild, Inc., *et al.*,  :
:
    Plaintiffs,  : Case No. 05 CV 8136-DC
:
    vs.  : [PROPOSED] ORDER FOR
: ADMISSION PRO HAC VICE
Google, Inc.,  :
:
    Defendant.  :
-------------------------------------------------------------x

    Upon the motion of David A. Zapolsky, attorney for Class Member Amazon.com, Inc., and said sponsor attorney's declaration in support;

    IT IS HEREBY ORDERED THAT
David Nimmer
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199
dnimmer@irell.com

is admitted to practice pro hac vice as counsel for Class Member Amazon.com, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

                                            SO ORDERED.

Dated: New York, New York
[        ]                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

THE AUTHORS GUILD, et al.

               Plaintiffs,

               v.

GOOGLE, INC.,

               Defendant.

---------------------------------------- X

CIV. NO: 05-CV-8136 (DC)

**AFFIRMATION OF SERVICE**

I, Priscilla Bradley, declare under penalty of perjury that I have served a copy of the attached Notice of Motion for Admission Pro Hac Vice for David Nimmer, Declaration of David A. Zapolsky in Support of Motion for Admission Pro Hac Vice and [Proposed] Order for Admission Pro Hac Vice upon:

| | |
|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004 | *Counsel for the Author Sub-Class* |
| Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | *Counsel for the Publisher Sub-Class* |
| Daralyn J. Durie, Esq.<br>Joseph C. Gratz, Esq.<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street, Suite 200<br>San Francisco, CA 94104 | *Counsel for Google* |

by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing documents in sealed envelopes or packages designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

Dated: August 25, 2009

                                                                     *Priscilla Bradley*
                                                                     Priscilla Bradley