UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild et al    Plaintiff,

- against -

Google Inc.    Defendant.

__5__ cv __08136__ (DC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

AUG 2 0 2009

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David I. Pankin a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Jennifer Lynch
Firm Name:         UC Berkeley School of Law, Samuelson Clinic
Address:           389 Simon Hall
City/State/Zip:    Berkeley, CA 94720
Phone Number:      (510) 642-7515
Fax Number:        (510) 643-4625

Jennifer Lynch is a member in good standing of the Bar of the States of California

The Author's Guild et al v. Google Inc.    Doc. 154

There are no pending disciplinary proceeding against Jennifer Lynch in any State or Federal court.

Dated:       8/19/2009
City, State: Melville, NY

Respectfully submitted,

Sponsor's DP-2762
SDNY Bar
Firm Name: The Law Offices of David I. Pankin, P.C.
Address: 999 Walt Whitman Road, Suite 100
City/State/Zip: Melville, New York 11747
Phone Number: 631-271-3505
Fax Number: 631-271-3405

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

**The Author's Guild et al**

                     Plaintiff

   -against-                                            05 cv 08136 (DC)

**Google, Inc.**

                     Defendant

AFFIDAVIT OF
DAVID I. PANKIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York   )
                      ) ss:
County of Suffolk    )

David I. Pankin, being duly sworn, hereby deposes and says as follows:

1. I am a member of the Law Offices of David I. Pankin, P.C., an attorney licensed in the State of New York and admitted to practice before this Court. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Jennifer Lynch as counsel pro hac vice to represent Class Member Objectors in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Jennifer Lynch is a supervising attorney with the Samuelson Law, Technology & Public Policy Clinic at UC Berkeley School of Law.

4. I have found Jennifer Lynch to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Jennifer Lynch, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Jennifer Lynch, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jennifer Lynch, pro hac vice, to represent Class Member Objectors in the above captioned matter, be granted.

Dated: August 19, 2009
City, State: Melville, NY
Notarized:

                                                            Respectfully submitted,

                                                            David I. Pankin
                                                            The Law Offices of David I. Pankin, P.C.
                                                             999 Walt Whitman Road, Suite 100
                                                             Melville, NY 11747
                                                             631-271-3505
                                                             Fax # 631-271-3405



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JENNIFER ANN LYNCH

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **JENNIFER ANN LYNCH** *was on the 14th day of December 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of August, 2009.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _Joseph Cornetta_
Joseph Cornetta, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild et al     Plaintiff,

5   cv 08136   (DC)

- against -

Google, Inc     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David I. Pankin    attorney for Author Sub-Class Member Objectors

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jennifer Lynch |
| Firm Name: | UC Berkeley School of Law, Samuelson Clinic |
| Address: | 389 Simon Hall |
| City/State/Zip: | Berkeley, CA 94720 |
| Telephone/Fax: | (510) 642-7515 |
| Email Address: | jlynch@law.berkeley.edu |

is admitted to practice pro hac vice as counsel for Author Sub-Class Member Objectors in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, David I. Pankin, hereby certify that on August 19, 2009, I caused a true and correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Affidavit Of David I. Pankin In Support Of The Motion To Admit Counsel Pro Hac Vice; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to all counsel of record in the current action.

David I. Pankin