# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

The Author's Guild et al    Plaintiff,

- against -

Google Inc.    Defendant.

5 cv 08136 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

AUG 2 0 2009

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David I. Pankin a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Cindy Cohn |
| Firm Name: | Electronic Frontier Foundation |
| Address: | 454 Shotwell Street |
| City/State/Zip: | San Francisco, CA 94110 |
| Phone Number: | (415) 436-9333 |
| Fax Number: | (415) 436-9993 |

Cindy Cohn is a member in good standing of the Bar of the States of California.

The Author's Guild et al v. Google Inc.    Doc. 156

There are no pending disciplinary proceeding against Cindy Cohn in any State or Federal court.

Dated: 8/19/2009
City, State: Melville, NY

Respectfully submitted,

Sponsor's SDNY Bar DP-2762
Firm Name: The Law Offices of David I. Pankin, P.C.
Address: 999 Walt Whitman Road, Suite 100
City/State/Zip: Melville, NY 11747
Phone Number: 631-271-3505
Fax Number: 631-271-3405

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

**The Author's Guild et al**

        Plaintiff

  -against-

**Google, Inc.**

        Defendant

State of New York  )
                   ) ss:
County of Suffolk  )

05 cv 08136 (DC)

AFFIDAVIT OF
**David I. Pankin**
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

David I. Pankin, being duly sworn, hereby deposes and says as follows:

1. I am a member of the Law Offices of David I. Pankin, P.C., an attorney licensed in the State of New York and admitted to practice before this Court. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Cindy Cohn as counsel pro hac vice to represent Class Member Objectors in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Cindy Cohn is the Legal Director at the Electronic Frontier Foundation in San Francisco, California.

4. I have found Cindy Cohn to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Cindy Cohn, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Cindy Cohn, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Cindy Cohn, pro hac vice, to represent Class Member Objectors in the above captioned matter, be granted.

Dated: August 19, 2009
City, State: Melville, NY
Notarized:

                                    Respectfully submitted,

                                      David I. Pankin
                                    The Law Offices of David I. Pankin, P.C.
                                    999 Walt Whitman Road, Suite 100
                                    Melville, NY 11747
                                    631-271-3505
                                    Fax # 631-271-3405



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### CINDY ANN COHN

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **CINDY ANN COHN** *was on the 3d day of May 1990, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of August, 2009.*

FREDERICK K. OHLRICH
                              *Clerk of the Supreme Court*

By *[signature]*
               Joseph Cornetta, Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

The Author's Guild et al      Plaintiff,

5   cv 08136   (DC)

- against -

Google, Inc      Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David I. Pankin    attorney for Author Sub-Class Member Objectors

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cindy Cohn |
| Firm Name: | Electronic Frontier Foundation |
| Address: | 454 Shotwell Street |
| City/State/Zip: | San Francisco, CA 94110 |
| Telephone/Fax: | (415) 436-9333 |
| Email Address: | cindy@eff.org |

is admitted to practice pro hac vice as counsel for Author Sub-Class Member Objectors in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, David I. Pankin, hereby certify that on August 19, 2009, I caused a true and correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Affidavit Of David I. Pankin In Support Of The Motion To Admit Counsel Pro Hac Vice; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to all counsel of record in the current action.

David I. Pankin