

Association of Independent
California Colleges and Universities

1100 Eleventh Street
Suite 10, Lower Level
Sacramento, CA 95814
Phone: 916-446-7626
Fax: 916-446-7948
Web: aiccu.edu

August 14, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)

Dear Judge Chin:

In behalf of the independent colleges and universities in the states of California, Arkansas, Florida, Iowa, and South Carolina, that serve more than 400,000 undergraduate and graduate students across the country, we are writing in support of the proposed settlement agreement.

Since its first announcement independent colleges have been supportive of the Google project on digitizing libraries. As educational institutions we are faced with a number of issues that constrain our ability to maintain and improve common library resources. While librarians in academic and public libraries have worked hard to encourage the interchange of resources the cost pressures facing educational institutions have limited the ability of these traditional solutions to continue to increase content available for students and scholars. We believe creating a wide supply of digitized resources has the possibility for reducing costs while simultaneously expanding the universe of resources.

We understand the countervailing interests raised by authors and publishers. We believe that the proposed settlement balances the interests of academic institutions with content creators and publishers. In the end the settlement would make more public domain material available universally, while allowing previews to a wide audience of materials that are still under copyright.

Part of our strength in the global economy comes from the vibrancy of our educational resources. We believe the proposed settlement will offer benefits to users of content in colleges and universities large and small. We hope that the proposed settlement will be approved.

Sincerely,

Jonathan Brown
President, AICCU

Signed with the concurrence of the following State Associations - Arkansas Independent Colleges and Universities, Kearney Dietz (President); Independent Colleges and Universities of Florida, Ed Moore, President; Iowa Association of Independent Colleges and Universities, Gary Steinke, President; South Carolina Independent Colleges and Universities, Mike LeFever, President

*Independence Creates the Vision • Cooperation Steers the Course*