Arthur J. Ramous
575 Redding Road
West Redding, CT 06896
(September 11, 2001 a day we shall not forget)

August 21, 2009

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007



Dear Mr. McMahon,       05-CV-8136

Re: Google Book Settlement Comment

I'm staying in the Settlement; however I have the following comment to make.

Google now becomes *Keeper of the Knowledge*, which is an awesome position to be in. Of course, someone must assume this role at this time. I would like to suggest that Google transmit the *Google book* data base electronically to the copyright office or to some other designated governmental office on a regular basis, say semi-annually or annually.

If Google should go out of business or some other calamity occurs that destroys *Google's book* data base the government would have a fairly updated backup version of Google's data. This knowledge is an accumulated legacy that ultimately belongs to all the people not a profit making company.

The Author's Guild et al v. Google Inc.                                                              Doc. 160

Sincerely,

*Arthur Ramous*
Arthur Ramous

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-09
```

CC: Boni & Zack LLC, Debevoise & Plimpton LLP, Durie Tangri Lemley Roberts & Kent LLP
    Barack H. Obama, Pres, Arne Duncan, Dept. Ed,