Virginia Aronson
974 SW 11th Court
Boca Raton, Florida 33486
www.VirginiaAronsonWriter.com



August 19, 2009

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007    05-CV-8136

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-19

To whom it may concern:

I am writing to file my objection to the settlement by Google Books with copyright holders (case NO 05CV8136 (SDNY). I am a writer with more than 30 titles for which I am the author or coauthor. Two of these titles have already been scanned and added to Google's electronic database without my knowledge or permission. I am the copyright holder in both cases.

I object to this infringement of copyright and I object to the settlement on my behalf undertaken without my knowledge.

Writers in the U.S. receive 10% or less on royalty earnings for their books. Publishers, notably the conglomerates, have been taking advantage of poorly paid writers for many years. Talk to almost any professional writer and you will hear the same sordid tales of unpaid and underreported earnings, remaindered titles, and copyright infringement. All of this is contributing to the reduction in the overall quality of our literary works. The Google Books settlement will make writing books an act of masochism, guaranteeing that authors will never be paid for their time and effort.

Right now I have a new book in press and wonder what will be the result of all my hard work. What will be done to this new book by Google and other internet companies undeterred by copyright laws? I can be sure I will not benefit economically.

Sincerely,

*Virginia Aronson*

Virginia Aronson

cc: Counsel for the Author Michael J. Boni, Esq., Boni and Zack LLC, 15 St. Asaphs Road, Bala Cynwyd, PA 19004

The Author's Guild et al v. Google Inc.    Doc. 161