UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

    Plaintiffs,

    v.

Google Inc.,

    Defendant.
------------------------------------------------------------------x

Case No. 05 CV 8136-DC
(ECF)

## NOTICE OF APPEARANCE AND INTENT TO APPEAR

Please take notice that the undersigned, of the law firm Macht, Shapiro, Arato & Isserles LLP, are hereby entering an appearance of counsel of record for foreign rightsholders Harrasowitz, Media24, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, and Svenska Förläggareföreningen.

Dockets.Justia.com

Please take further notice that the undersigned intend to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009.

Dated: August 31, 2009
New York, New York

MACHT, SHAPIRO, ARATO & ISSERLES LLP

By: Alexandra A.E. Shapiro (AS 4816)
Cynthia S. Arato (CA 8350)
1114 Avenue of the Americas
45th Floor
New York, New York 10036
Tel: (212) 479-6724
Fax: (212) 202-6417
ashapiro@machtshapiro.com
carato@machtshapiro.com

*Attorneys for Harrasowitz, Media24, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger – Verband SBVV, Hauptverband des Österreichischen Buchhandels, and Svenska Förläggareföreningen*