AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Authors Guild, Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  Case No. 05 CV 8136-DC |
| Google, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Consumer Watchdog, amicus curiae                                      .

Date:  08/31/2009                                    /s/ Daniel J. Fetterman
*Attorney's signature*

Daniel J. Fetterman (DF-9093)
*Printed name and bar number*

1633 Broadway
New York, New York  10019
*Address*

dfetterman@kasowitz.com
*E-mail address*

(212) 506-1700
*Telephone number*

(212) 506-1800
*FAX number*