AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Authors Guild, Inc., et al., ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | Case No. 05 CV 8136-DC |
| Google, Inc., ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Consumer Watchdog, amicus curiae .

Date: 08/31/2009

/s/ Peter J. Toren
*Attorney's signature*

Peter J. Toren (PT-7662)
*Printed name and bar number*

1633 Broadway
New York, New York 10019
*Address*

ptoren@kasowitz.com
*E-mail address*

(212) 506-1700
*Telephone number*

(212) 506-1800
*FAX number*