APPENDIX A

## MEDIA24 BOOK DIVISION / VIA AFRIKA BOOK PUBLISHING GROUP

Media24

| | |
|---|---|
| Company name: | Media24 Limited |
| Company registration no: | 1950/038385/06 |
| Street address: | 40 Heerengracht, Cape Town, 8001 |
| Postal address: | P.O. Box 2271, Cape Town, 8000 |

Via Afrika Book Publishing Group

Publishing companies/divisions:

*Format of presentation:*

*Company/Business Unit*      *Registered Company Name*

*Company Registration Number*

Via Afrika      Via Afrika Limited

Reg no 1949/035471/06

Jonathan Ball Publishers      Jonathan Ball Publishers (Pty) Ltd

Reg no 1984/003543/07

NB Publishers      NB Publishers (Pty) Ltd



Reg no 1951/002378/07

| | |
|---|---|
| Lux Verbi –BM | Lux Verbi (Pty) Ltd |

Reg no 1953/000037/07

| | |
|---|---|
| Nasou Via Afrika (NVA) | Nasou Via Afrika (Pty) Ltd. |

Reg no 1996/012379/07

| | |
|---|---|
| Collegium (Botswana) | Via Afrika International (Pty) Ltd |

Reg no 2006/023443/07

| | |
|---|---|
| Pollination (Namibia) | Via Afrika International (Pty) Ltd |

Reg no 2006/023443/07

| | |
|---|---|
| Mwajionera (Zambia) | Via Afrika International (Pty) Ltd |

Reg no 2006/023443/07

| | |
|---|---|
| Stimela | Not a registered company (part of NVA) |
| Idem Smile | Not a registered company (part of NVA) |
| Van Schaik Publishers | Not a registered company (part of NVA) |
| Leserskring | |

Imprints used by companies/business units:

**Via Afrika: Imprints**

Nasionale Boekhandel

Nasionale Pers Beperk

Via Afrika




Blom

Flower

Pollination

Mwajionera

Contentlot

Content Solutions

Crink

Nasboek

Owl

Thukulela

**Jonathan Ball Publishers: Imprints**

Jonathan Ball Publishers

AD Donker

Delta

Sunbird Publishers

**NB Publishers: Imprints**

Tafelberg

Human & Rousseau

Kwela

Kwela Boeke

Kwela Books

Pharos

Pharos Dictionaries



Pharos Woordeboeke

Best Books

Jasmyn

Mirre

Melodie

Hartklop

Satyn

Queillerie

JL van Schaik

Delos

Ametis

Academica

Taurus

Adamastor

Chameleon Press

Diamond Press

Ruby Press

Emerald Press

Sapphire Press

**Lux Verbi-BM: Imprints**

Lux Verbi

NG Kerk-Uitgewers

Waterkant-Uitgewers

**Nasou Via Afrika (NVA): Imprints**

Acacia

Action

Afritech

Afro

Atlas

Bateleur Books

Collegium

Gariep

Idem

JL van Schaik

Juta

Juta/Gariep

KZN Books

Nasou

Nasou Via Afrika

Protea-Uitgewers

Stimela

Via Afrika

Van Schaik

Y-Press

Acacia Books

NVA

**Van Schaik Publishers: Imprints**

Van Schaik

Van Schaik Publishers

Van Schaik-Uitgewers

Academica

**Collegium: Imprints**

Collegium

**Pollination: Imprints**

Pollination

**Mwajionera: Imprints**

Mwajionera

**Stimela: Imprints**

Stimela

**Leserskring: Imprints**

Prisma





```
>From: Eunice Kenyon [mailto:es_kenyon@yahoo.com]
>Sent: 27 May 2009 03:02 AM
>To: NB-Uitgewers Internet
>Subject: Kennisgewing _ Google Books Settlement
>
>
>
>Geagte leser,
>
>
>
>Ek kontak julle in behalf van Kinselle Media in die VSA in verband met die kennisgewing
program vir die afrekening van die Google boek hof saak.
>
>
>
>Dit is moontlik dat julle organisasie lede deur die saak kan geafekteer wees. Google het
boek afdrukke of scans gemaak van materiaal sonder toestemming of kopieregte. Daar is tans
hof goedgekeurde dokumentasie wat Kinsella Media graag wil he moet julle lede bereik.
Julle organisasie kan self die materiaal na julle lede stuur en die koste daarvan sal
gedek word. OF, as julle verkies, kan julle die organisasie se kontak lys na Kinsella
Media stuur. 'n Streng vertroulikheid ooreenkoms is beskikbaar. Kinsella Media is bereid
om te doen wat ook al die beste is vir julle organisasie.
>
>
>
>*     'n Elektroniese verklaring van die kennisgewing is beskikbaar wat per e-pos gestuur
kan word.
>*     Afdrukke van die kennisgewing kan na julle oraganisasie gestuur word.
>*     Die kennisgewings kan na jul organisasie gestuur word reeds in koeverte.
>*     Posgeld, kopies en enige ander billike onkostes met fakture sal gedek word.
>
>
>
>Tyd Sensitief: Die sperdatum vir die saak is tans verleng na die 4de September 2009. Ons
hoop dat al die lede wat deur die saak geafekteer mag wees so gou as moontlik gekontak
word - nie later as die 30ste Junie 2009. Dit behoort dan vir hulle gnoeg tyd gee om deur
die inligting te gaan en om hulle opsies te oorweeg.
>
>
>
>Laat weet asseblief so gou as moontlik of julle organisasie belang stel. As julle besluit
om deel te neem sal ons vir julle verder kontak om die besonderhede te finaliseer.
>
>
>
>Met opregte dank en vriendelike groete,
>
>
>
>Eunice Kenyon
>
>Kinsella Media, LLC
>2120 L Street, NW Suite 860
>Washington, DC 20037
>
>
>
>
>
>Eloise Wessels
>Chief Executive Officer
>Uitvoerende hoof
>ewessels@nb.co.za
>Tel: +27 21 406-3033/2263
```

2

```
>Fax: +27 21 406-3812
>www.nb.co.za
>
>
>
>
>
>
>
>
>_____
>       This email and its contents are subject to an email legal notice
>that can be viewed at: http://www.naspers.com/email/disclaimer.html. Should you be unable
to access the link provided, please email us for a copy at Helpdesk@Media24.com.
>Hierdie e-pos en sy inhoud is onderhewig aan 'n regskennisgewing oor elektroniese pos wat
gelees kan word by http://www.naspers.com/epos/vrywaring.html. 'n Afskrif kan aangevra
word by Helpdesk@Media24.com.
>_____
>
>
>

= = = = = = = = = = = = = = = = = = = =


Carlo Scollo Lavizzari
Attorney registered with the Basel bar, Switzerland, Intellectual Property & Entertainment
Consultant,
(Non-Practising) South African Attorney LLM (Cape Town)

In Switzerland (office and postal address):
Lenz & Caemmerer, Elisabethenstrasse 15, 4010 Basel, Switzerland, Tel Mobile +41 79 358
0109, Tel +41 61 272 1330, Fax +41 61 272 15 95, Email: csl@lclaw.ch

South African contact details:
Mobile: +27 82 572 9440
Email: csl@csllaw.ch
PO Box 43927, Scarborough 7975,
Cape Town, Western Cape, RSA

****
2009-08-25
****
```

