UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Authors Guild Inc., Association of American Publishers Inc., et al.,

                Plaintiffs,

- v. -

Google Inc.,

                Defendant.

Case No. 05-cv-8136 (DC)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Sheppard, Mullin, Richter & Hampton LLP, is hereby entering an appearance as counsel of record for amicus curiae the Federal Republic of Germany.

Dated: New York, New York
        August 31, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Theodore C. Max, Esq. (TM-1742)
30 Rockefeller Plaza, Suite 2400
New York, NY 10112
Tel.: (212) 332-3602
Fax: (212) 332-1201
Counsel for the Federal Republic of Germany