# Exhibit A

BUNDESBEZIRKSGERICHT DER VEREINIGTEN STAATEN VON AMERIKA FÜR DEN SÜDLICHEN BEZIRK VON NEW YORK

# Wenn Sie ein Buchautor, Buchverleger oder eine andere Person sind, die Urheberrechte an Büchern oder anderen Schriftstücken besitzt,

# kann der Vergleich der Sammelklage Auswirkungen auf Ihre Rechte bzgl. des Digitalisierens von Büchern und anderen Schriftstücken seitens Google haben.

**Wichtiger Hinweis an Autoren und Verleger außerhalb der Vereinigten Staaten von Amerika:**
**Der Vergleich könnte auch auf Ihre Rechte Auswirkungen haben.**
**Lesen Sie bitte diese Mitteilung sorgfältig.**

- Gemäß einer Sammelklage soll Google die Urheberrechte von Autoren, Herausgebern und anderen Rechteinhabern von U.S. Urheberrechten an Büchern und anderen Schriftstücken durch die Digitalisierung (Scannen) verletzen, wodurch eine elektronischeBuchdatenbank geschaffen wird und indem kurze Auszüge davon ohne die Genehmigung der Urheberrechtsinhaber angezeigt werden.

- Einem vorgeschlagenem Vergleich zur Klage (im weiteren dieser Mitteilung der „Vergleich" genannt) wurde im Namen aller Gruppen aller Rechteinhaber der U.S.-Urheberrechte an Büchern und Schriftstücken bzgl. Büchern und anderen Werken, die vor dem 5. Januar 2009 veröffentlicht wurden, zugestimmt. **Bücher, die nach dem 5. Januar 2009 veröffentlicht wurden, sind nicht Teil des Vergleichs.** (Siehe bitte Frage 6 unten bzgl. einer Beschreibung von „Bücher", wie der Begriff in dieser Mitteilung verwendet wird.)  Es gibt zwei Unterklassen:

    - Die „Unterklasse Autor" (Autoren von Büchern und anderen Schriftstücken, deren Erben, Nachfolger oder Rechtsnachfolger und alle Gruppenmitglieder des Vergleichs, die kein Mitglied der Unterklasse Herausgeber sind, und

    - Die „Unterklasse Herausgeber" (Herausgeber von Büchern und Zeitschriften und deren Nachfolger und Rechtsnachfolger)

- Die Sachzuwendungen des Vergleichs für die Gruppen fallen wie folgt aus:

    - 63% der Einnahmen durch die Verkäufe von Google für Abonnements für den Zugang zu einer elektronischen Buchdatenbank, Verkäufe von Online-Zugängen zu den Büchern, Werbeeinnahmen und andere kommerzielle Verwertungen.

    - US $ 34,5 werden von Google gezahlt, um die Registrierungsstelle („Registrierungsstelle") für Buch-Urheberrechte zu etablieren und aufrechtzuerhalten, um diese Einnahmen von Google einzunehmen und sie an die Rechteinhaber zu verteilen.

- Das Recht der Urheberrechtsinhaber zu bestimmen, ob und in welchem Maße Google deren Werke verwerten darf.

- US $ 45 Millionen wird Google an Urheberrechtsinhaber zahlen, deren Bücher und Inserts Google am oder vor dem 5. Mai 2009 ohne Genehmigung digitalisiert hat.

**Vermerk**: Um an dem Vergleich teilzunehmen, müssen Sie das **Anspruchsformular** ausfüllen. Es ist verfügbar unter http://www.googlebooksettlement.com. Wenn Sie auf das Internet keinen Zugriff haben, können Sie das **Anspruchsformular** auch vom Vergleichs-Verwalter anfordern. (Siehe Frage 24 unten bzgl. der Kontaktinformationen des Vergleichs-Verwalters.)

## Ihre Rechte und Optionen
## – und die Fristen, um diese in Anspruch zu nehmen –
## werden in dieser Mitteilung erklärt

# WAS DIESE MITTEILUNG BEINHALTET

**GRUNDLEGENDE INFORMATIONEN** — 4
1. Warum haben Sie diese Mitteilung erhalten? — 4
2. Worum geht es bei der Klage? — 4
3. Was ist eine Sammelklage? — 4
4. Warum gibt es einen Vergleich? — 5
5. Wer ist ein Gruppenmitglied? — 5
6. Was sind „Bücher" und „Inserts", wie der Begriff im Vergleich und dieser Mitteilung verwendet wird? — 8
7. Wer sind die teilnehmenden Bibliotheken? — 9

**SACHZUWENDUNGEN DES VERGLEICHS** — 10
8. Übersicht der Vergleichs-Sachzuwendungen — 10
9. Was sind die Rechte von Rechteinhabern bezüglich ihrer Bücher und Inserts? — 12
10. Was sind die Rechte von Autoren und Herausgebern gemäß dem Autor-Herausgeber-Verfahren? — 23

**DIE TEILNAHME AM VERGLEICH** — 27
11. Was geschieht, wenn ich nichts tue? — 27
12. Welche Rechtsträger entbinde ich? — 27
13. Wenn ich am Vergleich teilnehme, welche Ansprüche gebe ich ausdrücklich auf? — 27

**NICHT-TEILNAHME AM VERGLEICH** — 28
14. Was tue ich, wenn ich am Vergleich nicht teilnehmen möchte? — 28
15. Wie widerspreche ich dem Vergleich? — 29

**WIDERSPRUCH ODER KOMMENTARE GEGEN DEN VERGLEICH** — 29
16. Kann ich gegen den Vergleich Widerspruch einlegen und Kommentare abgeben? — 29
17. Was ist der Unterschied zwischen Protestieren gegen den Vergleich und Nicht-Teilnahme am oder Widerspruch gegen den Vergleich? — 30

**DIE RECHTSANWÄLTE, DIE SIE VERTRETEN** — 30
18. Habe ich einen Rechtsanwalt, der meine Interessen in diesen Klagen vertritt? — 30
19. Wie werden die Rechtsanwälte bezahlt? — 31
20. Sollte ich mir einen eigenen Rechtsanwalt nehmen? — 31

**DIE LETZTE ANHÖRUNG DES GERICHTS** — 31
21. Wann und wo wird das Gericht entscheiden, ob es den Vergleich genehmigt? — 31
22. Muss ich der Fairness-Anhörung beiwohnen? — 31
23. Kann ich bei der Fairness-Anhörung sprechen? — 32

**WEITERE INFORMATIONEN** — 32
24. Wo erhalte ich weitere Informationen? — 32

> Diese Mitteilung ist nur eine Zusammenfassung der Vergleichs-Vereinbarung und Ihrer Rechte. Sie sollten sich die vollständige Vergleichs-Vereinbarung sorgfältig durchlesen. Sie ist verfügbar unter http://www.googlebooksettlement.com/agreement.html oder vom Vergleichs-Verwalter. (Siehe Frage 24 unten bzgl. der Kontaktinformationen des Vergleichs-Verwalters.)

## GRUNDLEGENDE INFORMATIONEN

### 1. Warum haben Sie diese Mitteilung erhalten?

Sie haben diese Mitteilung erhalten, da Sie möglicherweise von dem Vergleich betroffen sind. Möglicherweise sind Sie ein Buchautor, Herausgeber oder eine andere Person, die Urheberrechte an Büchern oder anderen Werken in den U.S.A. hat, oder an anderen Schriftstücken, die sich in Büchern, Gemeingut oder Regierungsarbeiten (im weiteren im Vergleich „Inserts" genannt) befinden und die Google ohne Genehmigung digitalisiert.

Diese Mitteilung erklärt:

- Worum es bei der Klage und dem Vergleich geht.
- Wer von dem Vergleich betroffen ist.
- Woraus die Unterklassen bestehen.
- Ihre gesetzlichen Rechte.
- Wie und bis wann Sie darauf reagieren sollten.

### 2. Worum geht es bei der Klage?

Diese Klage betrifft Googles weithin bekannt gemachtes Google Bibliotheksprojekt („GBP"). Im Jahr 2004 hatte Google bekannt gegeben, dass man Verträge mit einigen Bibliotheken getroffen hatte, Bücher und andere Schriftstücke der Bibliotheksbestände zu digitalisieren. Google hat schon über sieben Millionen Bücher digitalisiert, einschließlich Millionen Bücher, die noch in den Vereinigten Staaten von Amerika dem Urheberrecht unterliegen. Nutzer von Google können Googles „digitale Bibliothek" durchsuchen und sich „Ausschnitte" (mehrere Zeilen Text aus einem Buch) anzeigen lassen.

GBP ist ein Weg mit dem Google Bücher für das „Google Buchsuche"-Programm digitalisiert (siehe http://books.google.com). Das Google Partnerprogramm (gemäß dem Google eine Genehmigung von Herausgebern und Autoren erhält, deren urheberrechtlich geschützten Werke zu verwenden (siehe https://books.google.com/partner), trägt auch zum Google-Buchsuche-Programm bei. Obwohl das Partnerprogramm nichts mit dem Vergleich zu tun hat, könnte der Vergleich Auswirkungen auf Mitglieder des Partnerprogramms haben.

### 3. Was ist eine Sammelklage?

Bei einer Sammelklage klagt ein „Gruppenrepräsentant" oder klagen mehrere „Gruppenrepräsentanten" im Namen von anderen, die gleiche Ansprüche haben. All solche Personen zusammengenommen machen eine „Gruppe" aus, und jeder ist ein „Gruppenmitglied". Das Gericht muss festlegen, ob es die Klage als Sammelklage zulässt. Wenn dem so ist, wird der Vergleich auf jeden, der ein Mitglied der Gruppe ist, Auswirkungen haben. Um herauszufinden, ob Sie ein Mitglied der Gruppe in diesem Vergleich sind, siehe bitte Frage 5 weiter unten.

In dieser Klage haben die Personen, die die Klage erhoben haben („Antragsteller"), und Google Inc. („Google" der „Angeklagte") diesem Vergleich zugestimmt. Als Teil des Vergleichs haben mehrere Bibliotheken („teilnehmende Bibliotheken"), die Google es genehmigt haben oder es genehmigen werden, dass Google Bücher und andere Werke aus ihren Buchbeständen digitalisiert, zugestimmt, Teil des Vergleichs zu sein. Das Gericht hat den Vergleich vorläufig für die Gruppe und zwei Unterklassen der betroffenen Personen, die Unterklasse Autor und die Unterklasse Herausgeber, genehmigt.

Fünf Herausgeber haben eine separate Klage gegen Google bzgl. GBP (GLP) eingereicht, wobei es um identische Angelegenheiten wie in der Sammelklage geht. Die Klage der Herausgeber wird nach dem Tag („Datum des Inkrafttretens"), an dem der Vergleich dieser Klage genehmigt wird, verworfen werden. Bzgl. weiterer Informationen über die Klage der Herausgeber siehe Frage 19 weiter unten.

### 4. Warum gibt es einen Vergleich?

Nach sehr langen Untersuchungen der Antragsteller und Google, einschließlich der Durchsicht von Millionen von Seiten von den Dokumenten, die von den Parteien erstellt wurden, und nach mehr als zwei Jahren Verhandlungen zu diesem Vergleich, haben die Parteien diesem Vergleich zugestimmt.

Ein Vergleich ist eine Vereinbarung zwischen dem Kläger und dem Angeklagten, um die Klage beizulegen. Vergleiche legen Rechtsstreitigkeiten bei, ohne dass eine Gerichtsentscheidung oder ein Urteil einer Jury, zugunsten des Klägers oder des Angeklagten, erlassen wird. Ein Vergleich ermöglicht es den Parteien, die Kosten und Risiken eines Gerichtsverfahrens zu vermeiden. In diesem Vergleich der Sammelklage ersuchten die Repräsentanten der Gruppen und deren Rechtsvertreter das Gericht um die Erteilung der Genehmigung des Vergleichs als fair, vernünftig und angemessen. Im Falle, dass das Gericht den Vergleich genehmigt, wird Google keine rechtliche Verantwortung mehr bzgl. der Ansprüche in der Klage haben.

Google bestreitet jegliche Missetat oder Haftung und bestreitet, dass irgendein Mitglied der Gruppe berechtigt ist, einen Schadensersatz zu erhalten. Das Gericht hat bisher noch kein Urteil für irgendeine der Parteien gefällt.

### 5. Wer ist ein Gruppenmitglied?

Die Gruppe besteht aus allen Personen (und deren Erben, Nachfolger und Rechtsnachfolger), die zum 5. Januar 2009 (dem Tag des Inkrafttretens der Mitteilung), U.S.-Urheberrechte an einem Buch oder Insert oder an mehreren Büchern oder Inserts, die „aufgrund Verwendung betroffen sind" besitzen und die Genehmigung durch den Vergleich (die „Gruppe") haben. (Siehe Frage 9 weiter unten bzgl. einer Beschreibung der Verwendungen).

Sie besitzen ein „U.S.-Urheberrecht-Interesse", wenn Sie das alleinige Urheberrecht gemäß dem Urheberrecht der Vereinigten Staaten von Amerika an einem Werk besitzen. Zum Beispiel, wenn Sie ein Autor sind, besitzen Sie das Urheberrecht an Ihrem Buch (außer wenn Sie all Ihre Urheberrechte an eine andere Person vollständig übertragen haben oder wenn Sie das Buch nur „im Auftrag" geschrieben haben.) Sie besitzen auch ein U.S.-Urheberrecht an einem Buch, wenn Sie das alleinige Recht zur Veröffentlichung des Buches in den Vereinigten Staaten von Amerika haben oder wenn Sie das gesetzliche Recht haben, einen anderen für Verletzung der Rechte am Buch zu verklagen. Mehrere Personen können auch ein U.S.-Urheberrecht-Interesse am gleichen Buch besitzen, wie etwa Co-Autoren, ein Autor und ein Herausgeber und Erben eines Autors.

**<u>WICHTIGER HINWEIS: AUTOREN UND HERAUSGEBER AUSSERHALB DER VEREINIGTEN STAATEN VON AMERIKA:</u>** Wenn Sie ein Rechteinhaber sind, der sich in einem anderen Land als den Vereinigten Staaten von Amerika befindet, besitzen Sie sehr wahrscheinlich ein U.S.-Urheberrecht-Interesse, wenn (a) Ihr Buch in den Vereinigten Staaten von Amerika veröffentlicht wurde oder (b) Ihr Buch nicht in den Vereinigten Staaten von Amerika veröffentlicht wurde, aber Ihr Land Urheberrechtsbeziehungen zu den Vereinigten Staaten von Amerika aufrechterhält, da es ein

5

Mitglied der „Berner Übereinkunft zum Schutz von Werken der Literatur und Kunst" ist oder (c) Ihr Land Urheberrechtsbeziehungen mit den Vereinigten Staaten von Amerika zum Zeitpunkt der Veröffentlichung des Buches hatte. **Sie sollten annehmen, dass Sie ein U.S.-Urheberrecht-Interesse an Ihrem Buch besitzen, außer wenn Sie sicher sind, dass Ihr Buch in einem der wenigen Länder veröffentlicht wurde oder Sie sich in einem der wenigen Länder befinden, die keine Urheberrechtsbeziehungen zu den Vereinigten Staaten von Amerika aufrechterhalten. Das U.S. Copyright Office hat eine Liste der Länder veröffentlicht, mit denen die Vereinigten Staaten von Amerika Urheberrechtsbeziehungen aufrechterhalten, verfügbar unter http://www.copyright.gov/circs/circ38a.html oder vom Vergleichs-Verwalter. Wenn Sie ein Urheberrecht an einem Buch oder Insert besitzen, das außerhalb den Vereinigten Staaten von Amerika veröffentlicht wurde, wird Ihnen angeraten sich Rat von einem Rechtsanwalt oder einer Herausgabe-Rechte-Organisation einzuholen, wenn Sie Fragen dazu haben, ob Sie an dem Vergleich teilnehmen sollten oder nicht. Sie können auch die Telefonnummer in der beiliegenden Liste zu dieser Mitteilung für weitere Auskunft anrufen.**

**WICHTIGER HINWEIS AN ERBEN VON AUTOREN:** Da der Vergleich die Digitalisierung und Verwendung von Büchern betrifft, die vor Jahrzehnten veröffentlicht wurden, wird davon ausgegangen, dass eine nicht unbeträchtliche Gruppe aus Erben von Autoren, deren Nachfolger und Rechtsnachfolger besteht. Unabhängig davon, dass die Mitteilung sich auf „Autoren" bezieht, bezieht sie sich auch auf Erben, Nachfolger und Rechtsnachfolger, die U.S.-Urheberrecht-Interesse an einem Werk eines Autors besitzen.

**Alle Gruppenmitglieder sollten auf der Webseite http://www.googlebooksettlement.com nachsehen, um in der durchsuchbaren Buchdatenbank nach Werken zu suchen, die von diesem Vergleich betroffen sind.** Diese Datenbank listet auch Regierungsarbeiten und Gemeingut-Bücher, die Google digitalisiert hat und die möglicherweise Inserts beinhalten. Es wurde versucht, in der Liste alle urheberrechtlich geschützten Bücher aufzunehmen, die vor oder am 5. Januar 2009 veröffentlicht wurden. Trotzdem wird es einige Bücher geben, die von diesem Vergleich betroffen sind, aber nicht in der Liste aufgeführt sind. Deshalb, selbst wenn Ihr Buch nicht in der Liste erscheint, Sie aber ein U.S.-Urheberrecht-Interesse an einem Buch besitzen, welches vor oder am 5. Januar 2009 veröffentlicht wurde, sollten Sie sich als Mitglied der Gruppe betrachten.

- „Bücher" und „Inserts" sind wichtige Begriffe, die in Frage 6 weiter unten definiert werden.

- Ein U.S.-Urheberrecht-Interesse, welches "aufgrund einer Verwendung" gemäß dem Vergleich entsteht, ist ein Urheberrecht-Interesse am geistigen Eigentum für Reproduktion und Anzeige von Büchern und Inserts für Anzeige-Nutzung, Nicht-Anzeige-Nutzung und genehmigte Bibliotheksverwendungen, was in Frage 9(F), 9(G) und 9(I) weiter unten und in der Vergleichs-Vereinbarung in Artikel VII beschrieben wird. „Anzeige-Nutzung" und „Nicht-Anzeige-Nutzung" werden in Fragen 9(F) und 9(G) weiter unten beschrieben.

Die Gruppe ist in zwei Unterklassen unterteilt: die Unterklasse Autor und die Unterklasse Herausgeber.

*Unterklasse Autor*

Die Unterklasse Autor besteht aus Gruppenmitgliedern, die Autoren sind, sowie deren Erben, Nachfolger und Rechtsnachfolger, sowie auch aus anderen Gruppenmitgliedern, die weder Herausgeber noch Nachfolger oder Rechtsnachfolger sind.

Die folgenden Personen sind Repräsentanten der Unterklasse Autor: Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson und Joseph Goulden. Diese Interessen der Unterklasse Autor werden auch repräsentiert von The Authors Guild (http://www.authorsguild.org). Alle Unterklasse Autor Antragsteller-Repräsentanten und The Authors Guild befürworten den Vergleich und empfehlen, dass andere Mitglieder der Unterklasse Autor an dem Vergleich teilnehmen sollten.

*Unterklasse Herausgeber*

Die Unterklasse Herausgeber besteht aus allen Mitgliedern einer Gruppe von Herausgebern von Büchern und Zeitschriften (z.B. Zeitungen, Magazinen, Journalen), Herausgeber, die ein U.S.-Urheberrecht-Interesse an einem Insert besitzen oder ein Buch veröffentlicht haben und deren entsprechenden Nachfolger und Rechtsnachfolger.

Die folgenden Personen sind Repräsentanten der Unterklasse Herausgeber: Die McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., und John Wiley & Sons, Inc. Diese Interessen der Unterklasse Herausgeber werden auch von der Association of American Publishers (http://www.publishers.org) vertreten. Alle Unterklasse Herausgeber Antragsteller-Repräsentanten und die Association of American Publishers befürworten den Vergleich und empfehlen, dass andere Mitglieder der Unterklasse Herausgeber an dem Vergleich teilnehmen sollten.

*Rechteinhaber*

Mitglieder der Unterklasse Autor und Unterklasse Herausgeber, die nicht rechtzeitig und angemessen dem Vergleich widersprechen (siehe Frage 15 weiter unten) werden im Vergleich und der Mitteilung „Rechteinhaber" genannt.

*Bücher, die Bildwerke beinhalten*

Fotos, Illustrationen, (Land)-Karten, Gemälde und andere Bildwerke in Büchern sind NUR VON DEM VERGLEICH BETROFFEN, wenn entweder (a) das U.S.-Urheberrecht-Interesse an dem Bildwerk eine Person inne hat, die auch das Urheberrecht an dem entsprechenden Buch besitzt, in dem das Bildwerk enthalten ist oder (b) das Bildwerk eine Illustration in einem Kinderbuch (siehe weiter unten) ist. Zum Beispiel, wenn ein Urheberrechtsinhaber eines Buches auch das Urheberrecht an den Fotos in dem Buch besitzt, sind diese Fotos von dem Vergleich betroffen. Aber, der Vergleich deckt nicht andere Fotos in dem Buch ab, wenn die Person des Urheberrechts an dem Foto nicht auch der Urheberrechtsinhaber des Buches ist. Gleichermaßen, wenn ein Geschichtsbuch eine Reihe von Landkarten enthält, wobei das Urheberrecht an den Karten eine andere Person inne hat, die das Urheberrecht an dem Geschichtsbuch selbst nicht besitzt, dann sind diese (Land)-Karten nicht von dem Vergleich betroffen.

*Kinderbuchillustrationen*

Kinderbuchillustrationen sind vom Vergleich betroffen. Wenn Sie ein Kinderbuch-Illustrator sind und ein Urheberrechts-Interesse an einem Buch haben, in dem Illustrationen sind, sollten Sie Ihre Rechte des geistigen Eigentums für diese Illustrationen gemäß dem Anspruchsformular in Anspruch nehmen. Wenn Sie ein Urheberrechts-Interesse an Illustrationen in einem Buch haben, aber nicht das Urheberrecht-Interesse an dem Buch selbst, in dem diese Illustrationen enthalten sind, dann sollten Sie Ihre Rechte des geistigen Eigentums für diese Illustrationen gemäß dem Anspruchsformular als „Inserts" in Anspruch nehmen.

*Ausgeschlossen von der Gruppe*

Fotos, Illustrationen, Landkarten, Gemälde und andere Bildwerke in Büchern werden nicht als Inserts betrachtet (außer Kinderbuchillustrationen). Diese Bildwerke sind von dem Vergleich nicht betroffen, **AUSSER** ein U.S.-Urheberrechts-Interesse an diesen Werken ist im Besitz eines Rechteinhabers eines Buches, welches diese Bildwerke enthält (wie oben erklärt). Deshalb sind Personen, die nur Urheberrechte an diesen Bildwerken besitzen und nicht an einem Buch oder Insert, *nicht* Mitglieder einer Gruppe. Im Vergleich wird es Google weder erlaubt noch verboten solche Bildwerke anzuzeigen, und es werden keine Ansprüche in Bezug auf die Verwendung solcher Bildwerke aufgegeben.

*Autor-Herausgeber-Verfahren*

Berater der Unterklasse Autor und Berater der Unterklasse Herausgeber haben Autor-Herausgeber-Verfahren etabliert, die ein wichtiger Teil des Vergleichs sind. Unter anderem legen die Autor-Herausgeber-Verfahren die Rechte der Autoren und Herausgeber hinsichtlich Googles Verwendung dar – und wer gemäß dem Vergleich bezahlt wird für im Druck befindliche oder im Handel erhältliche und vergriffene oder im Handel nicht erhältliche Bücher. Die Autor-Herausgeber-Verfahren werden in Frage 10 weiter unten zusammengefasst und Sie sollten sich den gesamten Text der Autor-Herausgeber-Verfahren ansehen, der unter http://www.googlebooksettlement.com/agreement.html verfügbar ist (siehe Anhang A zur Vergleichs-Vereinbarung) oder erhältlich vom Vergleichs-Verwalter.

## 6. Was sind „Bücher" und „Inserts", wie der Begriff im Vergleich und dieser Mitteilung verwendet wird?

*Bücher*

Für Zwecke des Vergleichs, ist ein „Buch" ein geschriebenes oder gedrucktes Werk auf Blättern, die in Hardcopy-Form am oder vor dem 5. Januar 2009 gebunden wurden:

- Und welches an die Öffentlichkeit veröffentlicht oder verteilt oder der Öffentlichkeit gemäß der Genehmigung für Werke von U.S.-Urheberrechtinhabern verfügbar gemacht wurde; und

- Welches bei dem U.S. Copyright Office registriert wurde, AUSSER das Werk ist kein Werk der Vereinigten Staaten von Amerika gemäß dem Copyright Act (Urheberrechtsgesetz), und deshalb eine Registrierung nicht erforderlich ist; und

- Welches einem U.S.-Urheberrecht unterliegt (entweder aufgrund einer Eigentümerschaft, gemeinsamen Eigentümerschaft oder einer Alleinlizenz) und betroffen aufgrund genehmigter Verwendung gemäß dem Vergleich. Siehe Frage 9 bzgl. solcher Verwendungen.

**AUSGENOMMEN** von der Definition „Buch" ist Folgendes:

- Zeitschriften (z.B. Zeitungen, Magazine oder Journale). Siehe Abschnitt 1.102 der Vergleichs-Vereinbarung bzgl. einer vollständigen Definition für „Zeitschriften".

- Persönliche Schriftstücke (z.B. nicht veröffentlichte Tagebücher oder Stapel mit Notizen oder Briefe).

- Notenblätter und andere Werke, die hauptsächlich zum Musizieren verwendet werden. Siehe Abschnitt 1.16 der Vergleichs-Vereinbarung bzgl. einer detaillierten Beschreibung dieser Werke.

- Mit Gemeingut sind Werke gemeint, die gemäß dem U.S.-Urheberrechtsgesetz lizenzfrei oder im öffentlichen Besitz sind.

- Mit Regierungsarbeiten sind schriftliche Werke gemeint, die nicht dem Urheberrecht unterliegen, da diese von der U.S. Regierung geschrieben wurden oder die gleicher Behandlung gemäß jedem Landesrecht unterliegen, wie es in Abschnitt 1.64 der Vergleichs-Vereinbarung beschrieben ist.

*Inserts*

Für Zwecke dieses Vergleichs muss ein „Insert":

- Entweder aus (1) Text bestehen, wie etwa Vorwörter, Nachworte, Prologe, Epiloge, Gedichte, Zitate, Briefe, Textausschnitte aus Büchern, Zeitschriften oder andere Werke oder Liedtexte; oder

8