**Sie können Ihr Recht, Ansprüche gegen Google für eine Nicht-Anzeige-Nutzung Ihrer Bücher oder Inserts nur stellen, wenn Sie dem Vergleich insgesamt widersprechen. Frage 15 weiter unten, informiert darüber, wie man dem Vergleich widersprechen kann.**

## H.    Werbungsverwendungen

Google kann Werbeanzeigen auf Vorschau-Verwendungs-Seiten und auf Webseiten, die einem einzelnen Buch gewidmet sind, einschließlich Seiten, die Ausschnitte anzeigen, bibliografische Information anzeigen, und Suchresultate aus Suchen von Nutzern und Ergebnisse anzeigen einblenden. Der Rechteinhaber von Büchern wird 63 % der Einnahmen von solchen Anzeigen verdienen. Google kann auch Werbeanzeigen auf anderen Google Produkten und Dienstleistungen (z.B. Suchergebnis-Seiten, Google Karten) platzieren, aber Rechteinhaber von Büchern werden keine Einnahmen von solchen Werbeanzeigen haben.

**Die Rechteinhaber von Büchern werden das Recht haben, Google anzuweisen, Werbeanzeigen nicht auf den Seiten, die dem Buch gewidmet sind, zu schalten, aber dies gilt nicht für Seiten, die aus Suchen nach mehreren Büchern von Nutzern resultieren oder einen anderen Inhalt haben. Um auszuschließen, dass eine Werbung auf Seiten eingeblendet wird, die einem Ihrer Bücher gewidmet ist, müssen Sie das Anspruchsformular ausfüllen.**

## I.    Verwendungen von vollständig teilnehmenden Bibliotheken

Der Vergleich erlaubt es Google vollständig teilnehmenden Bibliotheken eine Digitalkopie aller Bücher in dem Buchbestand dieser Bibliothek (eine „Digitale Bibliothekskopie" oder „DBK") zur Verfügung zu stellen, vorausgesetzt, dass Google eine bestimmte Anzahl an Büchern dieser Bibliothek digitalisiert. Vollständig teilnehmende Bibliotheken sind autorisiert deren DBK zu verwenden: (a) um Kopien zu machen, um die DBK aufzubewahren, zu managen und aktuell zu halten; (b) um Zugriff zu Bücher im DBK Nutzern zur Verfügung zu stellen, die Körperbehinderungen haben, die es ihnen nicht mehr ermöglichen, gedruckte Versionen von Büchern zu verwenden; (c) um eine Ersatzdruckkopie eines Buches zu schaffen, welches sich verschlechtert, verloren gegangen ist oder gestohlen wird; (d) um Indizes und Suchwerkzeuge zu verwenden und Ausschnitte anzuzeigen in Verbindung mit den Suchwerkzeugen (außer wenn ein Rechteinhaber eines Buches, für das eine „Anzeige-Nutzung" nicht autorisiert wird, wird die vollständig teilnehmende Bibliothek angewiesen dies auch nicht zu tun; (e) um es Fakultät und Personal zu erlauben, bis zu fünf Seiten eines Buches zu verwenden, das für den persönlichen wissenschaftlichen Gebrauch und Klassenzimmer-Gebrauch nicht erhältlich ist, wenn diese Bücher nicht im Institutionsabonnement sind; (f) für die „Nichtverbrauchende Forschung" (abhängig von den Einschränkungen beschrieben in Frage 9 (J) weiter unten); (g) wenn das U.S.-Urheberrecht-Gesetz geändert wird, um verwaiste Werke verwenden zu dürfen, Bücher von ihrem DBK in Übereinstimmung mit der geänderten Satzung zu verwenden; und (h) für andere gesetzlich zulässige Verwendungen, die der Rechteinhaber und die Registrierungsstelle genehmigen (die Registrierungsstelle kann nur Verwendungen genehmigen, die nicht mit den Rechten der Rechteinhaber kollidieren). Die Vergleichs-Vereinbarung verbietet auch vollständig teilnehmenden Bibliotheken, bestimmte Verwendungen derer DBKs; jedoch wird angemessene Verwendung von Büchern, die nicht kommerziell erhältlich sind, nicht verboten, wenn kein Institutionsabonnement verfügbar ist.

## J.    Recherche-Sammlung

Außerdem werden Digitalkopien aller Bücher, die durch Google für Bibliotheken digitalisiert sind, in einer „Recheche-Sammlung" eingebunden. Die Recheche-Sammlung kann an zu zwei getrennten Seiten („Host-Seiten") zu jeder gegebenen Zeit verwendet werden. Mit der Genehmigung der Registrierungsstelle könnte Google eine zusätzliche Host-Seite werden (d.h., eine dritte Host-Seite, wenn zwei bereits bestehen). Die Recheche-Sammlung wird nur für „qualifizierte Nutzer" verfügbar gemacht, um spezifische Suchen durchzuführen, einschließlich: (a) berechnende Analysen von digitalisierten Bilder, um das Bild entweder zu verbessern oder Text- oder Strukturinformation vom Bild zu extrahieren; (b) das Extrahieren der Information, um Beziehungen unter oder innerhalb von Büchern zu verstehen oder zu entwickeln; (c) Sprachanalyse, um Sprache, Sprachgebrauch, Semantik und Syntax besser zu verstehen, weil sie sich mit der Zeit und über Genres von Büchern entwickeln; (d) automatisierte Übersetzung (ohne wirklich Übersetzungen von Büchern für Anzeige-Zwecke) zu produzieren; und (e) Entwicklung neuer Indexieren- und Suchtechniken. Für weitere Informationen

18

bezüglich der Arten der im Zusammenhang mit dem Forschungskorpus erlaubten Forschung, siehe Abschnitt 7.2 (d) von der Vergleichs-Vereinbarung. Außerdem kann solche Forschung auch auf DBKs in vollständig teilnehmenden Bibliotheken durchgeführt werden. **Bücher werden von der Recheche-Sammlung und den DBKs ausgeschlossen, wenn sie entfernt werden (siehe Frage 9 (D) oben).**

**Rechteinhaber von Buchern oder Inserts können nur ihre Ansprüche gegen Google und vollständig teilnehmende Bibliotheken für die Verwendung von Büchern und Inserts in der Recheche-Sammlung stellen, indem Sie die Nicht-Teilnahme an der Vergleichs-Vereinbarung erklären. Siehe Frage 15 für weitere Informationen bezüglich, wie man Widerspruch einlegt.**

**Für jegliche Bücher, die am 5. Januar 2009, oder innerhalb von zwei Jahren danach kommerziell erhältlich sind, hat der Rechteinhaber das Recht, die Bücher von der Recheche-Sammlung zurückzuziehen, so lange sie kommerziell erhältlich ist. Wenn Ihr Buch kommerziell erhältlich ist, und Sie gern Ihr Buch von der Recheche-Sammlung zurückzögen, müssen Sie das Anspruchsformular ausfüllen.**

Die Recheche-Sammlung und Ihre Verwendung hängt von ausführlichen Voraussetzungen und Beschränkungen ab, die alle in der Vergleichs-Vereinbarung dargelegt sind unter http://www.googlebooksettlement.com/agreement.html, (siehe Abschnitt 7.2 (d) von der Vergleichs-Vereinbarung) oder vom Vergleichs-Verwalter, sowie in Vereinbarungen zwischen der Registrierungsstelle und jeder Host-Seite.

### K.    Verteilungsplan /nicht beanspruchte Gelder

(1)    Verteilungsplan

Rechteinhaber, die sich bei der Registrierungsstelle registrieren, erhalten Zahlungen in US-Dollars für die kommerzielle Verwertungen von Google für ihre Bücher und Inserts. Die Grundsätze für die Entschädigung werden in einem Verteilungsplan dargelegt, unter http://www.googlebooksettlement.com/agreement.html verfügbar (siehe angehängte Datei C zur Vergleichs-Vereinbarung), oder vom Vergleichs-Verwalter. Die Entschädigung an die Rechteinhaber wird für tatsächliche Verwendung von Büchern ("Verwendungs-Gebühren") und für die Aufnahme der Bücher und Inserts in der Institutionsabonnement-Datenbank ("Einschließungsgebühren") beruhen.

(a)    Verwendungs-Gebühren. Verwendungs-Gebühren werden den Buch-Rechteinhabern für alle Einnahmenmodelle bezahlt. Für die Verwendung eines Buches in Abonnements wird die Registrierungsstelle eine „Verwertung" basierend auf mehrere Faktoren berechnen, einschließlich der Anzahl der Aufrufe durch Nutzer, d.h. Anzahl der Aufrufe des Buches, und des im Vergleich festgelegten kontrollierten Preises hinsichtlich der Verwertung des Buches, relativ zur Verwertung von anderen Büchern in der gleichen Berichtsperiode. Für andere Verwertungen werden Verwendungs-Gebühren auf einem Preis beruhen, zu dem das Buch verkauft wird, die Anzahl von gedruckten Seiten oder die Werbeeinnahmen, die das Buch erreicht hat. Die Registrierungsstelle wird Verwendungs-Gebühren auf einer Basis pro Buch in jeder Berichtsperiode berechnen und die Berichtsperiode wird durch Registrierungsstelle basierend auf die Effektivität festgelegt. Für Inserts werden keine Verwendungs-Gebühren bezahlt.

(b)    Einschließungsgebühren. Einschließungsgebühren werden für berechtigte Bücher und Inserts von Einnahmen der Registrierungsstelle bezahlt, die durch Verkäufe von Abonnements entstanden sind. Die Zieleinschließungsgebühr für Bücher beträgt in den Vereinigten Staaten US $ 200/Buch und die minimale Einschließungsgebühr für Inserts ist US $ 50/Insert (vollständig) und US $ 25/Insert (teilweise). Für Inserts werden die Einschließungsgebühren für den ganzen Inhalt von einem einzelnen Werk, die in anderen Werken erscheint, begrenzt auf US $ 500, egal wie viele Inserts vom Inhalt und ganz gleich in wie vielen anderen Werken das Insert erscheint. Rechteinhaber sind für eine

19

Einschließungsgebühr berechtigt, so lange ihre Bücher oder Inserts von Abonnements von ihnen oder keinem anderen Rechteinhaber desselben Buches oder Insertes ausgeschlossen werden. (Wenn Google beschließt, ein Buch in die Abonnement-Datenbank aus beliebigem Grund nicht einzuschließen, ist der Buch- und Inserts-Rechteinhaber an diesem Buch immer noch berechtigt, die Einschließungsgebühren zu erhalten.) **Sobald Rechteinhaber ihre Einschließungsgebühren erhalten haben, wird ihnen nicht mehr erlaubt, ihre Bücher oder Inserts von Abonnements auszuschließen, es sei denn, dass die Einschließungsgebühren an die Registrierungsstelle zurückgegeben werden.**

Der Verkauf von Abonnements durch Google zu einer Buchdatenbank ist ein neues Geschäftsmodell. Entsprechend kann die Entschädigung für die Einschließung und die Verwertung von Büchern und Inserts in Abonnements mit keinem Grad der Gewissheit gemessen werden. Das ist besonders der Fall in Bezug auf die Einschließungsgebühren, und es ist möglich, dass die Einschließungsgebühr-Geldsumme nach zehn Jahren nicht ausreichen könnte, um alle Einschließungsgebühren an alle berechtigten Rechteinhaber zu bezahlen. Der Antragsteller hofft, dass Verkäufe von Abonnements stabil sein werden und dass es mehr als genug geben wird, um alle Einschließungsgebühren zu bezahlen. Wenn dies am Ende der zehn Jahre der Fall ist, nachdem die Registrierungsstelle zuerst Abonnements-Einnahmen erhält, dann werden die Rechteinhaber mehr erhalten als die Einschließungsgebühren, die oben angegeben sind. Wenn, am Ende der zehn Jahre, das Kapital jedoch ungenügend ist, wird der Registrierungsstellenvorstand festlegen, ob es im besten Interesse der Rechteinhaber ist, Zahlungen von Einschließungsgebühren für Bücher fortzusetzen oder jene Gebühren nur noch für die Verwertung zu zahlen, wobei Einschließungsgebühren nicht mehr gezahlt würden. Wenn eine Mehrheit der Vorstandsstimmen dafür stimmt, die Finanzierung von Einschließungsgebühren für Bücher zu beenden bevor die Zieleinschließungsgebühr US $ 200/Buch erreicht hat, dann können Buch-Rechteinhaber nicht die US $ 200 für Einschließungsgebühren erhalten, die verfügbaren Mittel werden an berechtigte Rechteinhaber zu diesem Zeitpunkt verteilt und danach werden Buch-Rechteinhaber nur noch Verwendungs-Gebühren erhalten. (Wenn der Registrierungsstelle-Vorstand nicht zustimmt, dass die Finanzierung der Einschließungsgebühren für Bücher beendet wird, dann wird diese Finanzierung wie in Frage 9 (K) (1) (b) und (c) weiter unten beschrieben, weitergeführt. Auf jeden Fall werden Einschließungsgebühren für Inserts fortgesetzt, bis die Registrierungsstelle US $ 50/Insert (vollständig) und US $ 25/Insert (teilweise) bezahlt.

**Um eine Einschließungsgebühr für einige Ihrer Bücher oder Inserts zu erhalten, müssen Sie sie bei der Registrierungsstelle registrieren, indem Sie das Anspruchsformular innerhalb von fünf Jahren des Datums des Inkrafttretens ausfüllen. Die Website http://www.googlebooksettlement.com wird das Datum des Inkrafttretens anzeigen, aber inzwischen werden Sie dazu ermuntert, Ihre Bücher und Inserts so bald wie möglich zu registrieren.**

(c)     Zuteilung von Abonnement-Einnahmen zwischen Verwendung und Einschließung. Von den Nettoeinnahmen erhält die Registrierungsstelle von Abonnements (d.h., nach der Zahlung der Verwaltungsgebühren der Registrierungsstelle), 75 % werden in einen Verwendungs-Gebühr-Fonds eingezahlt, und 25 % werden in einen Einschließungsgebühr-Fonds eingezahlt. Der Einschließungsgebühr-Fonds selbst wird in zwei Subfonds geteilt: 80 % (der 25 %) werden in einen Buchsubfonds und 20 % (der 25 %) werden in einen Einsatz-Subfonds gehen. Wenn am oder vor dem zehnten Jahrestag des Datums, an dem die Registrierungsstelle zuerst Abonnement-Einnahmen erhält, es genügend Kapital im Einschließungsgebühr-Fonds gibt, um US $ 200/Buch zahlen zu können, US $ 50/Insert (vollständig) und US $ 25/Insert (teilweise) zu bezahlen, dann wird der ganze Einschließungsgebührenfonds zu diesem Zeitpunkt verteilt werden.

20

Wenn es nicht genug Kapital am zehnten Jahrestag gibt, um solche Summen zu zahlen, dann, danach, werden 10 % der Nettoeinnahmen, die die Registrierungsstelle von Abonnements erhält, in den Einschließungsgebühr-Fonds dafür eingezahlt, so lange notwendig ist, um US $ 200/Buch zahlen zu können, US $ 50/Insert (vollständig) und US $ 25/Insert (teilweise) zahlen zu können, es sei denn, dass, in Bezug auf Bücher, eine Mehrheit des Vorstands der Registrierungsstelle zustimmt, damit aufzuhören Abonnement-Einnahmen in den Buchsubfonds zu zahlen.

Die Zuteilung zwischen Verwendungs-Gebühren und Einschließungsgebühren, die oben beschrieben sind, spiegelt den Versuch der Antragsteller wider, um fair und gerecht die folgenden im Gegensatz stehenden Überlegungen auszugleichen: (1) der Wert eines Buches, das tatsächlich „gebraucht" ist, und (2) den Wert, den das Buch oder Insert zum gesamten Wert der Abonnement-Datenbank auf Grund dessen beiträgt, dass es in die Datenbank aufgenommen Benutzern bereitgestellt wurde.

(d)     Zusammenfassung anderer Bestimmungen. (1) es werden keine Verwendungs-Gebühren oder Einschließungsgebühren für ein bestimmtes Buch oder Insert gezahlt, bis die Registrierungsstelle Streitigkeiten unter den Rechteinhabern in Bezug auf dieses Buch oder Insert geklärt hat. (2) Für jeden eingetragenen Rechteinhaber wird die Registrierungsstelle ein Konto für die eingetragenen Bücher und Inserts des Rechteinhabers aufrechterhalten, und von einem solchen werden Verwendungs-Gebühren und Einschließungsgebühren oder eine Kombinationen solcher Gebühren nur bezahlt wenn dem Rechteinhaber eine Mindestsumme (z.B. US $ 25) geschuldet wird, unter der es nicht effektiv wäre, wenn die Registrierungsstelle Zahlungen vornehmen würde. (3) Ein Insert-Rechteinhaber kann eine höhere Einschließungsgebühr erhalten, wenn er der Registrierungsstelle aufzeigen kann, dass der Vertrag mit dem Buch-Rechteinhaber eine höhere Zahlungssumme als die Einschließungsgebühren für Inserts bringt. (4) Alle Rechtsstreitigkeiten bezüglich der Zuteilung von Einnahmen unter den Buch-Rechteinhabern werden gemäß dem Autor-Herausgeber-Verfahren (abgesehen von Rechtsstreitigkeiten zwischen mehreren Herausgebern desselben Buches oder Hauptwerkes) gelöst, und alle Rechtsstreitigkeiten bezüglich der Zuteilung von Einnahmen für Inserts werden im verbindlichen Schiedsverfahren gemäß dem Artikel IX der in der Vergleichs-Vereinbarung angeführten Regeln gelöst.

(2)     Nicht beanspruchtes Kapital

Die Registrierungsstelle wird wahrscheinlich Einnahmen von Google erhalten, die aufgrund von Rechteinhabern entstehen, die sich bei der Registrierungsstelle nicht gemeldet haben und die ihre Gelder bei der Registrierungsstelle innerhalb von fünf Jahren nach dem Datum des Inkrafttretens (für Einschließungsgebühren), oder innerhalb von fünf Jahren, nachdem ihre Bücher (für Verwendungs-Gebühren) („Nicht beanspruchtes Kapital") verwendet werden, nicht in Anspruch genommen haben. Nicht beanspruchtes Kapital wird wie folgt verteilt: (a) **Nicht beanspruchtes Kapital von Abonnement-Einnahmen** wird zuerst verwendet, um betriebliche Ausgaben der Registrierungsstelle zu tragen und Reserven für die Registrierungsstelle aufrechtzuerhalten, und jedes restliche Nicht beanspruchte Kapital wird auf einer proportionalen Basis dem eingetragenen Rechteinhaber bezahlt, dessen Bücher Abonnement-Verwendungs-Gebühren während der Berichtsperiode verdienten, in der das Nicht beanspruchte Kapital verdient wurde; und b) **Nicht beanspruchtes Kapital von Buch-Verwendungs-Einnahmen** wird zuerst verwendet, um betriebliche Ausgaben der Registrierungsstelle zu tragen und Reserven für die Registrierungsstelle aufrechtzuerhalten; dann wird jedes restliche Nicht beanspruchte Kapital auf einer proportionalen Basis dem eingetragenen Rechteinhaber bezahlt, dessen Bücher Buch-Verwendungs-Einnahmen während der Berichtsperiode verdienten, in der das Nicht beanspruchte Kapital verdient wurde, bis der Rechteinhaber eines einzelnen Buches insgesamt 70 % der von Google erhaltenen Einnahmen für den Buchgebrauch dieses Buches erhalten hat; und dann, für

21

jedes Nicht beanspruchte Kapital, das danach gemeinnützigen Rechtsträgern bleibt, die direkt oder indirekt den Rechteinhabern und dem lesenden Publikum zugute kommen.

**L.    Sicherheitsvorkehrungen**

Google und die Antragsteller (einschließlich der Experten von den Antragstellern) haben einen Sicherheitsstandard entwickelt, um sicherzustellen, dass Bücher und Inserts mit angemessenen Sicherheitsmaßnahmen („Sicherheitsstandards") geschützt werden. Die Sicherheitsstandards beziehen sich auf mehrere Bereiche der Sicherheit: Verletzungen der Sicherheit in Bezug auf Bücher bei Google, Verletzungen der Sicherheit der DBKs der vollständig teilnehmenden Bibliotheken, Verletzungen der Sicherheit bei Recherche-Sammlungs-Host-Seiten und Anstrengungen, unberechtigten Zugriff auf Bücher einzuschränken. Der Sicherheitsstandard erfordert, dass Google, jede vollständig teilnehmende Bibliothek und jede Host-Seite ihren eigenen Sicherheits-Durchführungsplan entwickeln, der dem Sicherheitsstandard entspricht und der von der Registrierungsstelle genehmigt werden muss. Der Sicherheitsstandard, Anhang D zur Vergleichs-Vereinbarung, kann unter http://www.googlebooksettlement.com/agreement.html eingesehen werden oder vom Vergleichs-Verwalter angefordert werden. Außerdem sorgen die Vergleichs-Vereinbarung und die Vereinbarungen der Registrierungsstelle mit den vollständig teilnehmenden Bibliotheken und den Host-Seiten für Rechtsmittel gegen Sicherheitsverletzungen. Weitere Informationen über jene Rechtsmittel sind in Artikel VIII der Vergleichs-Vereinbarung dargelegt, verfügbar unter http://www.googlebooksettlement.com/agreement.html oder vom Vergleichs-Verwalter.

**M.    Streitfallbeilegung**

Google, die Registrierungsstelle, die Rechteinhaber, die teilnehmenden Bibliotheken und die Host-Seiten werden versuchen, die meisten Rechtsstreite bezüglich des Vergleichs informell zu lösen. Wenn, nach dreißig Tagen, solche Beilegungsversuche erfolglos sind, dann wird der Streit zum Schiedsverfahren gehen, und die Entscheidung des Schiedsrichters wird endgültig und für die Streitparteien bindend sein. Beispiele von Streitigkeiten, die dem Schiedsverfahren unterworfen sein werden, sind: (a) Meinungsverschiedenheiten über die Preiskalkulation und andere wirtschaftliche Bedingungen; (b) Meinungsverschiedenheiten über behauptete Sicherheits-Verletzungen; (c) Meinungsverschiedenheiten, darüber, ob ein Buch im Druck oder vergriffen oder im Handel nicht erhältlich ist (nur, wenn der Streit zwischen einem Autor und einem Herausgeber ist) oder Meinungsverschiedenheiten, darüber, ob ein Buch lizenzfrei ist; und (d) Meinungsverschiedenheiten, darüber, ob Google oder eine vollständig teilnehmende Bibliothek von einem Buch Gebrauch gemacht haben, welches gemäß dem Vergleich nicht autorisiert ist. Das ist eine Veranschaulichung und keine vollständige Liste der möglichen Arten von Streitigkeiten für ein Schiedsverfahren. Sie sollten Artikel IX der Vergleichs-Vereinbarung, die Autor-Herausgeber-Verfahren (Anhang A zur Vergleichs-Vereinbarung) und die Vereinbarungen der Bibliothek-Registrierungsstelle (Anhang B zur Vergleichs-Vereinbarung), alle lesen, die unter http://www.googlebooksettlement.com/agreement.html oder vom Vergleichs-Verwalter verfügbar sind, um eine Beschreibung der Streitarten für ein bindendes Schiedsverfahren zu erhalten.

Das Gericht wird ständige Hoheitsgewalt haben, um alle anderen Streite bezüglich der Verpflichtungen der Parteien unter der Vergleichs-Vereinbarung und den anderen Vereinbarungen zu lösen. Außerdem, für die schnellere Abhilfe oder wenn eine wiederholte, absichtliche Verletzung, vorliegt, behalten sich die Parteien ihr Recht vor, um bei dem Gericht eine vorläufige Unterlassungsklage einzureichen ohne vorher ein Schiedsverfahren einzuleiten.

**N.    Nicht exklusive Rechte**

Rechte, die Google und den teilnehmenden Bibliotheken gewährt sind, sind nur nicht-exklusiv, und Rechteinhaber haben das Recht, durch die Registrierungsstelle oder in anderer Weise, jede Person oder Rechtsträger, einschließlich direkte Mitbewerber von Google zu autorisieren, ihre Werke in jeder Weise zu verwenden, einschließlich Wege, die Google und der autorisierten Verwendung von teilnehmenden Bibliotheken identisch sind. Rechte und Autorisierungen, die Google und den teilnehmenden Bibliotheken gewährt sind, sind nicht Übertragungen des Urheberrechts/Eigentumsrechts zu jenen Werken und nichts in der Vergleichs-

22

Vereinbarung soll so ausgelegt werden, um irgendwelche Urheberrechts/Eigentumsrecht-Interessen an den Werken von Rechteinhabern zu übertragen.

## 10. Was sind die Rechte von Autoren und Herausgebern gemäß dem Autor-Herausgeber-Verfahren?

Sowohl ein Autor als auch ein Herausgeber können U.S.-Urheberrecht-Interessen an demselben Buch haben. Die jeweiligen Rechte von Mitgliedern der Autor-Unterklasse und der Herausgeber-Unterklasse werden im Autor-Herausgeber-Verfahren dargelegt, verfügbar unter http://www.googlebooksettlement.com/agreement.html (siehe Anhang A zur Vergleichs-Vereinbarung), oder vom Vergleichs-Verwalter. Das Folgende ist eine Zusammenfassung des Autor-Herausgeber-Verfahrens:

(1)    Im Druck befindliche oder im Handel erhältliche Bücher

Um es Google zu ermöglichen, die „Anzeige-Nutzung" für jedes im Druck befindliche Buch anzuwenden, muss sich der Autor (anders als ein Autor „der ein Werk im Auftrag" erstellt hat) und der Herausgeber einverstanden erklären, Google zu bevollmächtigen, eine „Anzeige-Nutzung" in Übereinstimmung mit einem im Autor-Herausgeber-Verfahren dargelegten Prozess zu autorisieren. Die Registrierungsstelle wird für die Verwendung eines im Druck befindlichen Buches durch Google, verdiente Einnahmen (einschließlich Barzahlungen für ein Buch, das von Google am oder vor dem 5. Mai 2009 digitalisiert wurde) dem Herausgeber auszahlen, der dann Autoren in Übereinstimmung mit den Richtlinien des Vertrages für Autoren-Herausgeber dieses Buches bezahlen wird. Wenn der Autor mit der Summe der vom Herausgeber geleisteten Zahlung nicht zufrieden ist, dann kann der Streit mit der Hilfe der Registrierungsstelle im Schiedsverfahren gelöst werden. Dieses Schiedsrecht gilt für Autoren und Herausgeber von Bildungsbüchern nicht (d.h., Bücher, die, wenn veröffentlicht, in erster Linie zum Verkauf an Bildungsmärkte beabsichtigt waren (d.h. K-12, Hochschulbildung, Weiterbildung, berufliche, und ähnliche Bildungsmärkte zum Selbststudium) für den Gebrauch in Bildungsprogrammen; Streitigkeiten zwischen jenen Parteien müssen gemäß dem einzelnen Vertrag des Autors-Herausgebers des Bildungsbuchs gelöst werden.

Für jedes im Druck befindliche Buch, für das Google bevollmächtigt wird, die „Anzeige-Nutzung" anzuwenden, haben sowohl der Autor als auch der Herausgeber das Recht, um Entfernung des Buches zu bitten oder das Buch von irgendeiner Anzeige-Nutzung auszuschließen. In jenen Fällen werden die restriktiveren Anweisungen (egal ob vom Autor oder dem Herausgeber erhalten) Vorrang haben. Wenn der Autor und der Herausgeber zustimmen, dass Google „Verwendung für Verbraucher" eines im Druck befindlichen Buches anwendet, hat der Herausgeber das Recht, die Preiskalkulation des Buches zu kontrollieren. Wenn jedoch der Autor gegen den Preis protestiert und außer Stande ist, den Herausgeber zu überzeugen, den Preis zu ändern, kann der Autor das Buch vom Verbrauchergebrauch ausschließen.

(2)    Vergriffene oder im Handel nicht erhältliche Bücher

(a)    Entfernung aus und Nicht-Teilnahme an der Anzeige-Nutzung. Wie oben beschrieben, legt die Vergleichs-Vereinbarung fest, dass alle vergriffenen oder im Handel nicht erhältlichen Bücher automatisch in jede Anzeige-Nutzung eingeschlossen werden. Rechteinhaber können Entscheidungen betreffs der Entfernung, Nicht-Teilnahme und Preiskalkulation jedes vergriffenen oder im Handel nicht erhältlichen Buches wie folgt treffen: (a) für Bücher, die als „Werke im Auftrag" erstellt sind, kann nur der Herausgeber die Entfernung, Nicht-Teilnahme und Preiskalkulationsentscheidungen treffen; (b) für Bücher, für die Rechte zum Autor zurückgekehrt sind, oder wo solche Bücher „als Autor kontrolliert" betrachtet werden (siehe den folgenden Paragrafen), kann nur der Autor Entfernung, Nicht-Teilnahme und Preiskalkulationsentscheidungen treffen; und (c) für alle anderen unzurückgekehrten Bücher können entweder der Autor oder der

23

Herausgeber für die artikulierte gute Sache, Entfernungs- und Nicht-Teilnahme-Entscheidungen treffen, und können irgendeine Preiskalkulationsentscheidung treffen (die restriktiveren Anweisungen bzgl. des Zugangs, und der höhere Preis haben Vorrang.

Zum Zwecke des Vergleiches (und nur zu solchen Zwecken wird ein Buch „als Autor kontrolliert" betrachtet, wenn das Buch für den Rückfall unter dem Vertrag des Autors-Herausgebers berechtigt ist, hat der Autor gesandt (oder sendet) eine Anfrage bzgl. des Rückfalls an den Herausgeber und der Herausgeber hat auf diese Anfrage entweder innerhalb von neunzig Tagen oder innerhalb einer schriftlich im Vertrag des Autors-Herausgebers angegebenen Antwortfirst zu antworten, die längere Periode hat Vorrang. Wenn jene Bedingungen erfüllt werden, kann der Autor eine Anfrage zur Registrierungsstelle (mit einer Kopie des Herausgebers) senden, um das Buch, als „Autor kontrolliert", zu behandeln. In dieser Anfrage muss der Autor versichern, dass das Buch nicht mehr „im Druck" ist, wie definiert im Test 1 ist (siehe Frage 10 (3) (a) weiter unten), und dass die Antwortperiode des Herausgebers (d.h., die längere von neunzig Tagen oder der im Vertrag des Autors-Herausgebers angeführten Periode) abgelaufen ist; die Anfrage muss eine Kopie der Anfrage über den Rückfall einschließen, die vorher an den Herausgeber mit einer Kopie des anwendbaren Vertrags des Autors-Herausgebers gesandt wurde (wenn der Autor ihn hatte).

Wenn der Herausgeber dem schriftlichen Antrag innerhalb von 120 Tagen nicht widerspricht, soll die Registrierungsstelle das Buch als „Autor kontrolliert" führen. Wenn der Herausgeber rechtzeitig der Anfrage widerspricht, sollen die Parteien die Angelegenheit der Registrierungsstelle für eine Entscheidung vorlegen.

(b)     Zuteilung von Barzahlungen und Einnahmen. Die Registrierungsstelle wird alle Zahlungen in Bezug auf ein vergriffenes oder im Handel nicht erhältliches Buch getrennt dem Autor des Buches und Herausgeber wie folgt leisten: (a) 100 % dem Autor für jedes Buch, das zurückgekehrt ist oder „Autor kontrolliert" ist; (b) 100 % dem Herausgeber für jedes Buch, das ein „Werk im Auftrag" ist; und (c) für alle anderen unzurückgekehrten Bücher, 65 % dem Autor und 35 % dem Herausgeber, wenn das Buch vor 1987, und 50 % dem Autor und 50 % dem Herausgeber veröffentlicht wurde, wenn das Buch 1987 oder danach veröffentlicht wurde.

(3)     Festlegung, ob ein Buch im Druck oder vergriffen oder im Handel nicht erhältlich ist

Zum Zwecke des Vergleiches (und nur zu solchen Zwecken wird ein Buch als „im Druck" betrachtet, wenn es einem der folgenden zwei Tests entspricht:

(a)     Test 1. Das Buch ist gemäß dem Vertrag des Autors-Herausgebers „im Druck" oder der Vertrag sieht Rückfall unter keinen Umständen vor. Für diesen Zweck kann das Buch „im Druck" sein, selbst wenn der Vertrag den Begriff „im Druck oder im Handel erhältlich" nicht gebraucht. Wenn der Vertrag „im Druck oder im Handel erhältlich" bezüglich Einnahmen misst, und mehr als 50 % der Einnahmen, die einem Herausgeber von der Verwendung eines Buches bezahlt werden, von Google durch die Verwendung im Einnahmemodel generiert werden, welches im Vergleich genehmigt ist, dann sollen jene Einnahmen NICHT dazu verwendet werden, um zu bestimmen, ob dieser Test 1 erfüllt wurde. Wenn der Vertrag „im Druck oder im Handel erhältlich" durch verkaufte Einheiten misst oder eine andere Methode als Einnahmen, dann wird ein gleichwertiger Grundsatz in der Bestimmung angewandt, ob diesem Test 1 entsprochen worden ist. Dass ein Buch oder Informationen über ein Buch in eine Datenbank eingeschlossen werden, oder dass Informationen über das Buch in Suchprogramm-Ergebnissen angegeben werden, bedeutet alleine nicht, dass das Buch „im Druck" ist. Ein Buch ist nicht „im Druck", wenn der Vertrag Rückfall vorsieht und allen Kriterien für den

24

Rückfall entsprochen worden ist (außer wenn eine Anfrage bzgl. des Rückfalls vom Autor an den Herausgeber gemäß Vertrag nicht erforderlich ist); oder

(b)     Test 2: Der Herausgeber, im Einklang mit jeglichen Rechten, die er an einem Buch gemäß Vertrag des Autors-Herausgebers haben kann, hat öffentlich dem Handel bekannt gegeben, dass konkrete Schritte unternommen wurden, um bestehende und neue Ausgaben des Buches zu veröffentlichen, und diese Ausgabe innerhalb von zwölf Monaten nach der Mitteilung veröffentlicht wird.

(4)     Streitigkeiten, ob ein Buch im Druck oder vergriffen oder im Handel nicht erhältlich ist

Mitglieder der Autor-Unterklasse und Herausgeber-Unterklasse oder ihre Vertreter des Vorstands der Registrierungsstelle können dem Status eines Buches als „im Druck" oder „vergriffen" widersprechen, indem sie der Registrierungsstelle Beweise (wie Verträge, Lizenzabrechnungen, Handelsmitteilungen oder beeidigte Erklärungen) vorlegen, die ausreichen, um dies zu begründen, ungeachtet dessen ob das Buch einem der zwei Tests im Paragrafen (3) oben entspricht. Die andere Partei wird das Recht haben zu entgegnen, aber, wenn sie es innerhalb von 120 Tagen unterlässt, wird der Status des Buches geändert. Wenn sowohl der Autor als auch der Herausgeber konkurrierende Beweise vorlegen und nicht im Stande sind, die Angelegenheit mittels Vereinbarung zu lösen, dann wird die Registrierungsstelle oder ein durch die Registrierungsstelle ausgewählter Schiedsrichter, den Streit lösen, die Beweise jeder Partei, sowie irgendwelche anderen relevanten Beweise und Argumente, vorgelegt von den Parteien, einschließlich Verlaufs des Geschäfts zwischen den Parteien und Industrienormen und Praktiken werden dann geprüft. Die Entscheidung der Registrierungsstelle (oder Schiedsrichters) wird bindend sein, obwohl die Entscheidung nur den Vergleich betrifft und keinem anderen Zweck, wie etwa ein Präzedenzfall in einem Nichtvergleich verwandten Streit zwischen dem Autor und Herausgeber desselben Buches verwendet werden darf.

(5)     Andere Streitigkeiten

Alle Streitigkeiten zwischen Co-Autoren oder zwischen Erben eines Autors, oder zwischen mehreren Rechteinhabern, die Mitglieder der Autor-Unterklasse sind, müssen im Schiedsverfahren gelöst werden. Streitigkeiten zwischen mehreren Rechteinhabern, die Mitglieder der Herausgeber-Unterklasse sind, aber es nicht sein müssen, können im Schiedsverfahren gelöst werden.

(6)     Zuteilung von Nicht beanspruchtem Kapital zwischen Autoren und Herausgeber

Abhängig von den Bedingungen über „Nicht beanspruchtes Kapital", beschrieben in Frage 9 (K) (2) oben, werden alle nicht beanspruchte Einnahmen, die unter dem Autor-Herausgeber-Verfahren an die Mitglieder der Autor-Unterklasse zugeteilt werden, an die beanspruchenden Mitglieder der Autor-Unterklasse verteilt; und alle nicht beanspruchte Einnahmen, die an die Mitglieder der Herausgeber-Unterklasse zugeteilt werden, werden an die beanspruchenden Mitglieder der Herausgeber-Unterklasse verteilt.

(7)     Google Partnerprogramm

Ein Rechteinhaber könnte sich dafür entscheiden, ein Buch ins Partnerprogramm statt in der Anzeige-Nutzung gemäß der Vergleichs-Vereinbarung zu nehmen, da er glaubt, dass es dadurch bessere wirtschaftliche Bedingungen mit Google aushandeln kann oder aus einem anderen Grund. Der Vergleich mit Google bezieht sich nur auf die Anzeige-Nutzung gemäß der Vergleichs-Vereinbarung, und nicht auf das Partnerprogramm. Das Autor-Herausgeber-Verfahren stattet Rechteinhaber eines „im Druck" befindlichen Buches mit bestimmten Rechten aus, wenn ein

25

anderer Rechteinhaber an demselben Buch, das Buch ins Partnerprogramm (oder irgendein anderes Google Programm stellt, das den Einnahmenmodellen gemäß der Vergleichs-Vereinbarung ähnlich ist) statt in den Einnahmenmodellen gemäß der Vergleichs-Vereinbarung. Diese Rechte beziehen sich nur auf Bücher, die unter einem vor 1992 durchgeführten Vertrag des Autors-Herausgebers veröffentlicht wurden, und der danach nicht geändert wurde, um ihn an elektronische Rechte anzupassen. Sie werden wie folgt zusammengefasst:

(a)     Entfernung oder Übertragungsanfragen. Ein Rechteinhaber, der glaubt Google verwendet ein im Druck befindliches Buch im Partnerprogramm (oder jedes andere Google Programm ähnlich der Vergleichs-Vereinbarung mit ähnlichem Einnahmenmodell) ohne die notwendige Genehmigung des Rechteinhabers zu haben, kann von Google verlangen, dass Buch entweder aus dem anderen Google Programm zu entfernen oder das Buch vom anderen Google Programm ins Vergleichs-Vereinbarungsprogramm zu übertragen. **Die Anfrage muss an die Registrierungsstelle und Google gerichtet werden, wobei das Mitteilungsformular unter http://www.googlebooksettlement.com verwendet werden sollte, dieses Formular ist auch vom Vergleichs-Verwalter erhältlich. Google wird die Person oder den Rechtsträger benachrichtigen, der Google erlaubte, das Buch im Partnerprogramm oder in anderen Google Programmen zu verwenden. Wenn diese Person oder dieser Rechtsträger gegen die Entfernung oder Übertragung innerhalb von dreißig Tagen Widerspruch einlegt, muss diese Person oder dieser Rechtsträger das Mitteilungsformular verwenden und die Registrierungsstelle und auch Google benachrichtigen, Formular erhältlich unter http://www.googlebooksettlement.com oder vom Vergleichs-Verwalter.**

(b)     Unbestrittene Anfragen. Wenn die Person oder der Rechtsträger, der den Gebrauch durch Google im Partnerprogramm oder anderen Programmen von Google erlaubte, nicht innerhalb von dreißig Tagen antwortet, dann wird Google das Buch entfernen oder es zum Vergleichs-Vereinbarungsprogramm übertragen, wie vom Rechteinhaber erbeten. Wenn ins Vergleich-Vereinbarungsprogramm übertragen, wird das Buch der Vergleichs-Vereinbarung unterworfen sein und Zahlungen werden in Übereinstimmung mit dem Autor-Herausgeber-Verfahren geleistet.

(c)     Umstrittene Entfernungsbitten. Wenn die Anfrage beinhaltet, dass Google, das Buch vom Partnerprogramm oder anderen Google Programmen (im Vergleich mit dem Übertragen des Buches zum Vergleichs-Vereinbarungsprogramm) entfernt und wenn der Anfrage durch den anderen Rechteinhaber widersprochen wird, dann wird Google entscheiden, ob die Anfrage erfüllt wird oder nicht. Jede Partei, die sich bemüht, der Entscheidung von Google zu widersprechen, kann die andere Partei verklagen, um festlegen zu lassen, wer das Recht hat, Google zu bevollmächtigen, das Buch im Partnerprogramm oder anderen Programmen zu verwenden. Es werden keine Rechte gegen Google in Bezug auf irgendeine Entscheidung von Google, das Buch zu verwenden oder es zu entfernen, aufgegeben.

(d)     Umstrittene Übertragungsanfragen. Wenn die Anfrage an Google gerichtet ist, um das Buch vom Partnerprogramm oder anderen Google Programmen zum Vergleich-Vereinbarungsprogramm zu übertragen, dann wird Google aufhören, das Buch in solchem anderem Google Programm zu verwenden, bis der konkurrierende Rechteinhaber den Streit löst. Jeder der Rechteinhaber kann den anderen verklagen, um zu bestimmen, wer das Recht hat, Google zu bevollmächtigen, das Buch im Partnerprogramm oder in einem anderen Google Programm zu verwenden. Auf jeden Fall wird Google nur das Buch ins Vergleich-Vereinbarungsprogramm einschließen, wenn die konkurrierenden Rechteinhaber gemeinsam Google bevollmächtigen, dies zu

26