*Inserts*

Für Zwecke dieses Vergleichs muss ein „Insert":

- Entweder aus (1) Text bestehen, wie etwa Vorwörter, Nachworte, Prologe, Epiloge, Gedichte, Zitate, Briefe, Textausschnitte aus Büchern, Zeitschriften oder andere Werke oder Liedtexte; oder (2) Tabellen, Karten, Grafiken, Musiknoten (d.h. Noten in einem Notensystem oder Tablatur) oder (3) Kinderbuchillustrationen; und

- In einem Buch, Regierungsarbeit oder einem lizenzfreien Buch enthalten sein, welches am oder vor dem 5. Januar 2009 veröffentlicht wurde; und

- Gemäß dem U.S.-Urheberrecht dessen Schutz unterliegen, wobei das U.S.-Urheberrecht-Interesse an dem Insert jemand *anders inne hat als* der Rechteinhaber des Buches „Hauptwerk". „Hauptwerk" wird weiter unten unter Frage 8(C) definiert. Zum Beispiel, wenn Sie Rechte an einem Gedicht besitzen, das in einem Buch enthalten ist, für das Sie auch das U.S.-Urheberrecht besitzen, dann ist das Gedicht, wie es in dem Buch erscheint, kein Insert; aber, es wäre ein Insert, wenn das Gedicht in einem Buch enthalten wäre, dessen U.S.-Urheberrechte jemand anders inne hat; und

- Alleine oder als Teil eines anderen Werkes beim U.S. Copyright Office am oder vor dem 5. Januar 2009 registriert ist, AUSSER das Insert oder Werk ist kein Werk der Vereinigten Staaten von Amerika im Sinne des U.S.-Urheberrechtsgesetzes und eine Registrierung nicht erforderlich wäre.

**AUSGENOMMEN** von der Definition „Insert" sind:

- Bildwerke wie Fotografien, Illustrationen (außer Kinderbuchillustrationen), Landkarten und Gemälde.

- Werke, die gemäß dem U.S.-Urheberrechtsgesetz lizenzfrei oder im öffentlichen Besitz sind.

Für Zwecke des Erhalts der Zahlungen für die Verwendung von Inserts, unterteilt der Vergleich Inserts in zwei Arten:

„Vollständiges Insert" ist ein Insert, die ein vollständiges Werk darstellt, z.B. Vorwörter, Nachworte, Einleitungen, vollständige Arbeiten umfassen Anthologien, vollständige Gedichte, vollständige Kurzgeschichten, der gesamte Text eines Liedes und vollständige Aufsätze.

„Teilinsert" ist jegliche andere Art von Insert, z.B. Ausschnitte von einem Buch oder Magazinartikel, Zitate, Strophen von Gedichten oder Teile eines Liedes.

**Um nach Inserts zu suchen, gehen Sie bitte auf http://www.googlebooksettlement.com/intl/de/, oder kontaktieren Sie den Vergleichs-Verwalter oder rufen Sie die entsprechende Nummer am Ende dieser Mitteilung (Anhang) an.**

### 7. Wer sind die teilnehmenden Bibliotheken?

Die Vergleichs-Vereinbarung identifiziert mehrere Kategorien der teilnehmenden Bibliotheken, basierend auf dem Grad der Teilnahme am Vergleich: Vollständige teilnehmende Bibliotheken, kooperierende Bibliotheken, öffentliche Bibliotheken und andere Bibliotheken. Weitere Informationen bezüglich der Rechte, Obligationen und Verzicht auf Ansprüche gegen diese Bibliotheken sind in Fragen 12 und 13 weiter unten enthalten oder im Artikel VII der Vergleichs-Vereinbarung. Bezüglich der Form der Vereinbarung zwischen der Registrierungsstelle und den vollständig teilnehmenden Bibliotheken, den kooperierenden Bibliotheken und den

öffentlichen Bibliotheken, siehe Anhang B zu dieser Vergleichs-Vereinbarung oder kontaktieren Sie den Vergleichs-Verwalter. Die Vergleichs-Vereinbarung ist verfügbar unter http://www.googlebooksettlement.com/intl/de/agreement.html.

Vollständig teilnehmende Bibliotheken sind Bibliotheken, die es Google ermöglichen, Bücher in deren Buchbeständen zu digitalisieren and für die Google eine „Digitale Bibliothekskopie" (DBK) für diese Bücher zur Verfügung stellt. Die Vergleichs-Vereinbarung sieht vor, dass vollständig teilnehmende Bibliotheken in der Lage sind die DBKs in gewisser Weise zu verwenden. Um so viele Bücher wie möglich im GBP (GLP) mit einzuschließen, wird Google versuchen, die Liste der teilnehmenden Bibliotheken zu erweitern, einschließlich Bibliotheken die:

- Kooperierende Bibliotheken sind. Diese Bibliotheken erhalten die gleichen Teilnahmerechte und Obligationen gemäß der Vergleichs-Vereinbarung wie vollständig teilnehmende Bibliotheken, außer wenn diese keinen Zugriff auf die Digitale Bibliothekskopie haben oder haben werden und sie zustimmen jegliche digitalen Kopien von Büchern, die sie von Google haben, zu löschen.

- Öffentliche Bibliotheken. Diese Bibliotheken stimmen zu, Google nur lizenzfreie Bücher für die Digitalisierung zur Verfügung zu stellen, und sie stimmen zu jegliche digitalen Kopien, die sie von Google erhalten haben, zu löschen und dass sie keinen Zugriff auf Digitale Bibliothekskopien haben oder haben werden.

- Andere Bibliotheken. Diese Bibliotheken stimmen zu , Google Bücher zur Verfügung zu stellen, aber stimmen nicht zu, vollständig teilnehmende Bibliotheken zu werden, eine kooperierende Bibliothek oder öffentliche Bibliothek. Einige dieser Bibliotheken haben möglicherweise schon digitale Kopien von Büchern von Google erhalten oder werden solche erhalten. Es werden keine Ansprüche hinsichtlich der Verwendung von digitalen Kopien bei anderen Bibliotheken aufgegeben.

- Bezüglich einer Liste von Bibliotheken, denen von den Antragstellern gegenwärtig erlaubt wurde, vollständig teilnehmende Bibliotheken und kooperierende Bibliotheken zu werden, siehe http://www.googlebooksettlement.com/intl/de/agreement.html (siehe Anhang G der Vergleichs-Vereinbarung) oder kontaktieren Sie den Vergleichs-Verwalter.

## SACHZUWENDUNGEN DES VERGLEICHS

### 8. Übersicht der Vergleichs-Sachzuwendungen

**Hauptsächliche Bestimmungen der Vergleichs-Vereinbarung werden weiter unten zusammengefasst. Sie sollten die gesamte Vergleichs-Vereinbarung unter http://www.googlebooksettlement.com/intl/de/agreement.html lesen. Sie können sich die Vergleichs-Vereinbarung von dieser Webseite herunterladen oder Sie können auch eine schriftliche Kopie vom Vergleichs-Verwalter anfordern oder die entsprechende Telefonnummer am Ende dieser Mitteilung anrufen (Anhang).**

A.   Googles Verwendung und Zahlung für Bücher

Die Antragsteller betrachten den Vergleich als eine hervorragende Möglichkeit neues kommerzielles Leben in potentiell vielen zehn Millionen vergriffenen oder im Handel nicht mehr erhältlichen Büchern einzuhauchen und es als innovatives Marketingmittel für Autoren und Herausgeber von im Druck befindlichen oder im Handel erhältlichen Büchern zu verwenden. Gemäß dem Vergleich, hat Google das Recht 1) weiterhin Bücher und Inserts zu digitalisieren, 2) an Institutionen Abonnements für eine elektronische Buchdatenbank zu verkaufen, 3) Online-Zugriff zu einzelnen Büchern zu verkaufen, 4) Werbung auf Seiten von Büchern zu verkaufen, und 5) diese anderweitig zu verwenden, wie es unter „Zugriffsverwendungen" in Frage 9(F)(1) weiter

unten beschrieben ist. Google wird den Rechteinhabern über die Registrierungsstelle 63% aller Einnahmen von solchen Verwendungen zukommen lassen. Die Registrierungsstelle wird diese Einnahmen an die Rechteinhaber gemäß dem Verteilungsplan und den Autor-Herausgeber-Verfahren, die in Frage 9(K) und 10 weiter unten beschrieben sind, verteilen.

Rechteinhaber können Bücher von einer solchen Verwendung ausschließen, wie in Frage 9 weiter unten beschrieben. Rechteinhaber können auch Ihre Bücher insgesamt von der elektronischen Buchdatenbank entfernen (wenn diese schon digitalisiert wurden), wenn dieser Wunsch am oder vor dem 5. April 2011 geäußert wird. Rechteinhaber können jederzeit von Google verlangen, dass Ihre Bücher nicht digitalisiert werden und Google wird diesen Wünschen nachkommen, wenn das Buch noch nicht digitalisiert wurde.

### B. Die Buchrechte-Registrierungsstelle

Der Vergleich etabliert eine gemeinnützige Buchrechte-Registrierungsstelle, die eine Datenbank von Rechteinhabern führt, und die deren Kontaktinformationen und Informationen bzgl. der Anfragen hinsichtlich der Verwendung von Büchern und Inserts sammelt und die Zahlungen an die Rechteinhaber abwickelt. Die Registrierungsstelle wird die Interessen der Rechteinhaber repräsentieren, und zwar in Zusammenhang mit dem Vergleich, sowie auch bei anderen kommerziellen Arrangements, einschließlich mit anderen Firmen als Google (abhängig von der ausdrücklichen Genehmigung der Rechteinhaber von Büchern, die mit solchen kommerziellen Arrangements zu tun haben).

Um diese Einrichtung zu finanzieren und den anfänglichen Betrieb der Registrierungsstelle zu ermöglichen, hat Google zugestimmt, US $ 34,5 Millionen zu zahlen. Ein Teil dieser Zahlungen wird verwendet für die Kosten der Mitteilungen an die Gruppen (einschließlich der Verteilung dieser Mitteilung) und für Anspruchsverwaltung bis die Registrierungsstelle vollständig betriebsfähig ist.

Alle Gelder, die die Registrierungsstelle erhält, werden direkt oder indirekt den Rechteinhabern zugute kommen. Nach der Finanzierung des anfänglichen Betriebs durch Googles Zahlungen, wird die Registrierungsstelle durch Verwaltungsgebühren finanziert, die einen prozentualen Anteil der Einnahmen von Google sein werden.

Die Registrierungsstelle wird von einem Vorstand, bestehend zu gleichen Teilen aus Repräsentanten der Unterklasse Autor und Unterklasse Herausgeber - mindestens vier Autoren-Direktoren und mindestens vier Herausgeber-Direktoren - geleitet. Alle Entscheidungen des Vorstands werden die Mehrheitsentscheidung der Direktoren erfordern, wobei solche Mehrheitsentscheidungen mindestens einen Autor-Direktor und einen Herausgeber-Direktor beinhalten müssen. Bestimmte Angelegenheiten werden die überwiegende Mehrheit an Stimmen des Vorstands erfordern.

### C. Zahlungen für Bücher, die schon digitalisiert wurden

Google hat zugestimmt mindestens US $ 45 Millionen zu zahlen, um Barzahlungen für alle Bücher und Inserts zu leisten, die Google ohne Genehmigung am oder vor dem 5. Mai 2009 digitalisiert hat (d.h. die Widerspruchsfrist) („Barzahlung"). Google wird eine Barzahlung von mindestens US $ 60 pro „Hauptwerk" leisten, US $ 15 pro vollständiges Insert, und US $ 5 pro Teilinsert, für die mindestens ein Rechteinhaber einen Anspruch am oder vor dem 5. Januar 2010 eingereicht hat. Es wird nur eine Barzahlung für den gleichen Inhalt, den Google digitalisiert hat, geleistet, unabhängig von der Anzahl der Bücher oder Inserts, die einen solchen Inhalt beinhalten. Zum Beispiel, wird nur eine Barzahlung für eine Hardcover - oder Softcover-Ausgabe eines Buches geleistet, selbst wenn Google beide Ausgaben separat digitalisiert hat und nur eine Barzahlung wird geleistet für mehrere Digitalisierungen des gleichen Buches oder für den gleichen Inhalt desselbigen, wie etwa Inserts in mehreren Büchern. Zusätzlich wird es nur eine US $ 60 Barzahlung geben für einen solchen Inhalt, der in einem Buch und auch in einem Insert in einem anderen Buch erscheint (z.B. weil ein Teil des ersten Buches im zweiten Buch zitiert wurde). Jedes Buch beinhaltet nur ein Hauptwerk. Zum Beispiel, ein Buch des Romans *Der alte Mann und das Meer* beinhaltet eine Einleitung, Fußnoten und ein Nachwort. Der Roman selbst wäre das Hauptwerk; alle anderen Materialien wären Inserts (wenn das U.S.-Urheberrecht an diesen Materialien jemand anderes besitzt, als der Rechteinhaber des Hauptwerkes). In gleicher Weise, könnte ein Buch mehrere

11

Kurzgeschichten von mehreren Autoren enthalten (z.B. die *Besten Kurzgeschichten 2008*). Das Hauptwerk des Buches wäre das gesamte gemeinsame Werk (die Sammlung der Kurzgeschichten), und jede einzelne Kurzgeschichte (sowie jeder einleitende Essay) würden als Insert betrachtet werden (wenn das U.S.-Urheberrecht an einer solchen Geschichte ein anderer Rechteinhaber inne hat, als der Rechteinhaber des Hauptwerkes). Siehe Abschnitt 1.111 der Vergleichs-Vereinbarung bzgl. einer vollständigen Definition für „Hauptwerk".

- Abhängig von der Anzahl von Hauptwerken und Inserts, für die Rechteinhaber Ansprüche stellen, und wenn der gesamte verteilte Betrag an solche Rechteinhaber weniger als US $ 45 Millionen ausfällt, wird die Registrierungsstelle den Restbetrag an solche Rechteinhaber bis zu einer maximalen Summe von US $ 300 pro Hauptwerk verteilen, US $ 75 pro vollständiges Insert und US $ 25 pro Teilinsert. Jegliche danach übrig gebliebene Gelder werden gemäß dem Verteilungsplan weiter unten verteilt.

- Wenn mehr als US $ 45 Millionen erforderlich sind, um alle berechtigten Ansprüche für Barzahlungen auszuzahlen, wird Google zusätzliche Gelder bereitstellen, um all solche Barzahlungen zu ermöglichen.

Die Antragsteller glauben, dass Rechteinhaber von Büchern und Inserts, die Google am oder vor dem 5. Mai 2009 ohne Genehmigung digitalisiert hat, Anspruch auf Barauszahlungen haben, da diese einen zusätzlichen Anspruch haben, den andere Rechteinhaber nicht haben, d.h. einen Anspruch auf Schadenersatz für Urheberrechtsverletzungen, für die ein geldlicher Ausgleich in der Klage ersucht wird. Gemäß dem Vergleich, können andere Rechteinhaber Google anweisen, Ihre Bücher nicht zu digitalisieren, aber Rechteinhaber, deren Bücher und Inserts schon digitalisiert wurden, haben eine solche Möglichkeit nicht gehabt. Die Antragsteller glauben, dass die Barzahlungen ein fairer und vernünftiger Ausgleich für den Verzicht auf die Ansprüche der Rechteinhaber gegen Google für die nicht genehmigte Digitalisierung sind.

**Um Barzahlungen für schon digitalisierte Bücher und Inserts zu erhalten, müssen Sie das Anspruchsformular am oder vor dem 5. Januar 2010 ausfüllen.**

### D. Gehostete Version eines Buches für Rechteinhaber

Auf Anfrage der Rechteinhaber wird Google eine gehostete Version der Bücher für Verwendung auf der Webseite der Rechteinhaber zur Verfügung stellen. Siehe Abschnitt 3.11 der Vergleichs-Vereinbarung bzgl. weiterer Details.

### E. Zeitberechnung der Vergleich-Sachzuwendungen

Es wird längere Zeit in Anspruch nehmen, um die unter dem Vergleich genehmigten kommerziellen Verwertungen zu implementieren, die getroffene Auswahl der Rechteinhaber für deren Bücher und Inserts zu implementieren und die Barzahlungen umzusetzen. Die kommerziellen Verwertungen und anderen Vergleichs-Sachzuwendungen, die in dieser Mitteilung beschrieben sind, werden nicht vor dem Datum des Inkrafttretens umgesetzt werden, und weitere Zeit wird nach diesem Datum erforderlich sein, um die Registrierungsstelle zu etablieren und um Rechte klarzustellen, so dass die richtigen Rechteinhaber ihre fälligen und geschuldeten Sachzuwendungen erhalten. Seien Sie bitte geduldig und besuchen Sie die Vergleich-Website http://www.googlebooksettlement.com/intl/de/ regelmäßig, um über aktuelle Vorgänge informiert zu sein.

## 9. Was sind die Rechte von Rechteinhabern bezüglich ihrer Bücher und Inserts?

Unter GBP hat Google Bücher von teilnehmenden Bibliotheken und anderen Quellen digitalisiert und wird solche Bücher weiterhin digitalisieren. Google entwickelt eine durchsuchbare elektronische Datenbank mit vielen Millionen Büchern (sowie lizenzfreie Bücher und Regierungsarbeiten). Der Vergleich legt fest, dass Google Abonnements für diese Datenbank und Onlinezugriff zu einzelnen Büchern Verbrauchern verkaufen wird. Außerdem wird Google Einnahmen über Werbung auf den Webseiten erhalten, die den einzelnen Büchern gewidmet sind. Wie in Frage 8 (A) oben beschrieben, werden alle jene Einnahmen zu 63 %/37 % zwischen den

Rechteinhabern und Google aufgeteilt. Das Folgende ist eine Zusammenfassung der Autorisierung von Google, Bücher und Inserts zu verwerten, und der Rechte der Rechteinhaber in Bezug auf all diese Verwertungen. **Die vollständige Beschreibung aller Rechte und Verpflichtungen ist in der Vergleich-Vereinbarung dargelegt, verfügbar unter http://www.googlebooksettlement.com/intl/de/agreement.html oder vom Vergleichs-Verwalter.**

### A. Klassifikation von Büchern als „gewerblich erhältlich" oder nicht „gewerblich erhältlich" und als „im Druck" oder „vergriffen oder im Handel nicht erhältlich"

Der Vergleich legt fest, dass alle Bücher entweder als „gewerblich **erhältlich** " oder als „nicht gewerblich **erhältlich** " zum 5. Januar 2009 klassifiziert sind. Google wird am Anfang ein Buch als „gewerblich **erhältlich** " klassifizieren, wenn Google festlegt, dass der Rechteinhaber oder der benannte Agent des Rechteinhabers (z.B. ein literarischer Agent oder Herausgeber) zurzeit (d.h. zum Zeitpunkt, zu dem Google den anfänglichen Entschluss trifft), das Buch zum Verkauf durch einen oder mehr als einen Handelsweg in den Vereinigten Staaten von Amerika anbietet.

Diese Klassifikation hat zwei Zwecke:

- Google wird das Recht haben, die „Anzeige-Nutzung" für alle Bücher anzuwenden, die als „nicht gewerblich **erhältlich**" klassifiziert werden. Die Rechteinhaber eines Buches haben jedoch das Recht, das Buch von GBP (GLP) (auf Verlangen bis oder vor dem 5. April 2011) zu entfernen oder es jederzeit von einigen oder der ganzen Anzeige-Nutzung auszuschließen. Google hat nicht das Recht, jede „Anzeige-Nutzung" bei Büchern anzuwenden, die als „gewerblich **erhältlich** " klassifiziert werden, es sei denn, dass der Rechteinhaber Google bevollmächtigt, das Buch für eine oder mehrere „Anzeige-Nutzung(en)" zu verwenden; der Rechteinhaber hat auch das Recht, das Buch insgesamt von allen Verwendungen durch Google (auf Verlangen bis zum oder vor dem 5. April 2011) zu entfernen. Nach dem 5. April 2011 empfangene Entfernungsbitten, werden nur beachtet, wenn das Buch, für das um Entfernung gebeten wird, zum Zeitpunkt noch nicht digitalisiert worden ist.

- Gemäß dem Autor-Herausgeber-Verfahren wird ein Buch, welches als „gewerblich **erhältlich** " klassifiziert ist, vermutlich auch als „im Druck" klassifiziert und ein Buch, klassifiziert als „nicht gewerblich **erhältlich** " wird vermutlich als „vergriffen oder im Handel nicht erhältlich" klassifiziert. Die Klassifikation eines Buches als „im Druck oder im Handel erhältlich" oder „vergriffen oder im Handel nicht erhältlich" hat bestimmte wichtige Konsequenzen, wie weiter unten beschrieben. **Die Verwendung der Begriffe „im Druck oder im Handel erhältlich" und „vergriffen oder im Handel nicht erhältlich" in dieser Mitteilung dient lediglich der Einfachheit halber und nur für Zwecke des Vergleichs und für Googles Verwertung und Zahlung für Bücher und hat keinen Einfluss auf die Verwendung der Begriffe, wie sie im Handel und in Verträgen zwischen Autoren und Herausgebern verwendet werden.** Potenziell können zwei Rechteinhaber mit U.S.-Urheberrecht-Interessen an demselben Buch (z.B, sowohl der Autor als auch der Herausgeber) nicht zustimmen, ob ein Buch, für Zwecke dieses Vergleiches, „im Druck" oder „vergriffen oder im Handel nicht erhältlich" ist. Das Autor-Herausgeber-Verfahren beinhaltet eine Verfahrensweise, um solche Streitigkeiten zu lösen, und beinhaltet präzise Begriffe für "im Druck" und „vergriffen oder im Handel nicht erhältlich". Siehe Frage 10 weiter unten bzgl. weiterer Details des Autor-Herausgeber-Verfahrens.

Rechteinhaber und die Registrierungsstelle werden das Recht haben, die anfängliche Klassifikation von Google eines Buches als „gewerblich erhältlich" oder „nicht gewerblich Erhältlich" anzufechten. Jegliche Streitigkeiten mit Google über korrekte Klassifikation eines Buches werden durch den Schlichtungsprozess, beschrieben in Frage 9(M), gelöst.

Um herauszufinden, ob Ihr Buch anfänglich als „kommerziell erhältlich" oder „kommerziell nicht erhältlich" festgelegt wurde, besuchen Sie bitte http://www.googlebooksettlement.com/intl/de/ oder setzen Sie sich mit dem Vergleichs-Verwalter in Verbindung.

### B. Vergriffene oder im Handel nicht erhältliche Bücher

Der Vergleich bevollmächtigt Google jedes „vergriffene oder im Handel nicht erhältliche" Buch als eine „Anzeige-Nutzung" und „Nicht-Anzeige-Nutzung" für die Zeitdauer des U.S.-Urheberrechtsanspruches dieses Buches zu verwenden, ohne weitere Aktionen oder Anweisungen vom Rechteinhaber des Buches, ES SEI DENN, DASS der Rechteinhaber des Buches Google anleitet, dies nicht zu tun. Ein Rechteinhaber, der Google so anleitet, kann später Google bevollmächtigen, solche Verwertungen von Teilen oder des gesamten Buches zu machen. „Anzeige-Nutzung" wird beschrieben in Frage 9 (F) weiter unten und „Nicht-Anzeige-Nutzung" wird beschrieben in Frage 9 (G) weiter unten. Für weitere Informationen über das Entfernen eines Buches, siehe Frage 9 (D) unten.

Wenn ein Rechteinhaber ein Buch ausschließt, welches „nicht kommerziell erhältlich" für „Institutions-Abonnements" ist (siehe Frage 9 (F) (1) (a) weiter unten), dann wird dieses Buch auch von Verkäufen an einzelne Verbraucher ausgeschlossen. Außerdem ist ein Rechteinhaber, der ein Buch von einer „Institutions-Abonnement"-Verwendung ausschließt, nicht berechtigt, eine Einschließungsgebühr zu erhalten (siehe Frage 9 (K) weiter unten für Details).

Das Autor-Herausgeber-Verfahren legt fest, dass der Autor oder aus triftigem Grund der Herausgeber eines „vergriffenen oder im Handel nicht erhältlichen Buches" (außer dem zurückgefallenen Buch, ein „Autor kontrolliertes Buch" oder ein Buch „erstellt im Auftrag" ("work-for-hire")) ein Buch aus einer oder mehreren Verwendung(en) für eine „Anzeige-Nutzung" ausschließen kann. Siehe Frage 10 weiter unten für eine Zusammenfassung des Autor-Herausgeber-Verfahrens.

**Um am Vergleich teilzunehmen, Sachzuwendungen für die Verwendung Ihres „vergriffen und nicht mehr im Handel erhältlichen" Buches innerhalb GBP (GLP) zu erhalten oder, um Ihre Bücher von einer oder mehreren Verwendung(en) für eine „Anzeige-Nutzung" auszuschließen, müssen Sie das Anspruchsformular ausfüllen. Es gibt keine Frist, um Ihre Bücher von jeglicher „Anzeige-Nutzung" auszuschließen und Sie können jede „Nicht-Teilnahme-Entscheidung" jederzeit ändern.**

### C. Im Druck befindliche oder im Handel erhältliche Bücher

Der Vergleich legt fest, dass Google keine „Anzeige-Nutzung" für irgendwelche „im Druck befindliche oder im Handel erhältliche" Bücher anwenden kann, ES SEI DENN, DASS der Rechteinhaber dieses Buches Google bevollmächtigt, das Buch in solcher Weise zu verwenden. Wenn sich der Rechteinhaber dafür entscheidet, die „Anzeige-Nutzung" zu genehmigen, wird das Buch den wirtschaftlichen Bedingungen des Vergleichs unterworfen sein; jedoch kann ein Rechteinhaber, anders lautende Bestimmungen mit Google über das Partnerprogramm aushandeln. Gemäß dem Vergleich hat Google das Recht, die „Nicht-Anzeige-Nutzung" eines „im Druck befindlichen oder im Handel erhältlichen Buches" für die Dauer des U.S.-Urheberrechtes dieses Buches anzuwenden, ES SEI DENN, DASS der Rechteinhaber das Buch rechtzeitig entfernt. Für Informationen bzgl. des Entfernens eines Buches, siehe Frage 9 (D) weiter unten. Für die Information über die „Nicht-Anzeige-Nutzung" siehe Frage 9 (G) unten.

Das Autor-Herausgeber-Verfahren legt fest, dass sich sowohl der Autor als auch der Herausgeber eines „im Druck befindlichen oder im Handel erhältlichen" Buches (anders als ein Buch „im Auftrag erstellt" ("work-for-hire")) sich einverstanden erklären müssen, irgendeine „Anzeige-Nutzung" zu autorisieren. Siehe Frage 10 weiter unten für eine Zusammenfassung des Autor-Herausgeber-Verfahrens.

**Um eine „Anzeige-Nutzung" für irgendeines Ihrer „im Druck befindlichen oder im Handel erhältlichen" Bücher für das GBP (GLP) zu autorisieren, müssen Sie das Anspruchsformular ausfüllen. Nachdem Google bevollmächtigt worden ist von einer „Anzeige-Nutzung" für eines Ihrer „im Druck**

14

befindlichen oder im Handel erhältlichen Bücher" Gebrauch zu machen, können Sie diese Anweisungen jederzeit ändern.

### D. Vollständige Löschung von Büchern

Rechteinhaber haben das Recht, ihre Bücher zu entfernen, d.h. zu verlangen, dass alle Digitalkopien dieser Bücher, von allen Servern oder Quellen gelöscht werden, von denen Google oder vollständig teilnehmende Bibliotheken Gebrauch machen könnten. Entfernungsbitten müssen am oder vor dem 5. April 2011 empfangen worden sein. Nach diesem Datum empfangene Entfernungsbitten werden nur beachtet, wenn das Buch zum Zeitpunkt des Erhalts der Bitte noch nicht digitalisiert worden ist.

Beachten Sie, dass jede vollständig teilnehmende Bibliothek bestimmten Gebrauch von Büchern machen kann, die Teil deren Digitaler Bibliothekskopien sind (siehe Frage 9 (I) weiter unten). Rechteinhaber können ihre Bücher von der insgesamten Verwendung ausschließen, wenn sie rechtzeitig ihre Bücher entfernen.

Eine Entfernungsbitte kann nicht verlangen, dass Google oder eine vollständig teilnehmende Bibliothek Sicherungsbänder oder andere Sicherungsmedien zerstört, die Kopien von in anderer Weise entfernten Büchern enthalten können. **Die einzige Weise, wie ein Rechteinhaber Rechte bewahren kann, Ansprüche gegen Google und vollständig teilnehmende Bibliotheken für die Beibehaltung von entfernten Büchern auf Sicherungsbändern oder anderen Sicherungsmedien zu stellen, ist, dem Vergleich zu widersprechen. Frage 15 weiter unten, informiert, wie man dem Vergleich widersprechen kann.**

Selbst wenn ein Rechteinhaber ein Buch entfernt, kann es möglich sein, sich mit Google nachher in Verbindung zu setzen, um zu versuchen, einen separaten Vertrag für die Aufnahme des Buches im Partnerprogramm zu verhandeln.

**Wenn Sie am Vergleich teilnehmen und auch Ihre Bücher entfernen möchten, müssen Sie das Anspruchsformular am oder vor dem 5. April 2011 ausfüllen. Danach wird Google „bitte nicht digitalisieren"-Anfragen nur noch beachten, wenn ein Buch am Tag der Anfrage noch nicht digitalisiert wurde.**

### E. Inserts

Die Inhaber von Insert-Rechten haben das Recht, Inserts von allen – aber nicht weniger als allen „Anzeige-Nutzungen" auszuschließen. Dieses Recht beschränkt sich auf das Insert selbst und nicht irgendeinen anderen Teil des Buches, einer Regierungsarbeit oder lizenzfreien Buches, welches das Insert enthält.

**Wenn Sie ein U.S.-Urheberrechts-Interesse an einem Insert besitzen und Ihre Rechte an dem Insert registrieren möchten, müssen Sie das Anspruchsformular ausfüllen.**

Wenn die Bücher, Regierungsarbeiten oder lizenzfreien Bücher, die Ihr Insert enthalten, durch Google noch nicht digitalisiert worden sind, dann wird Google nach Ihrem Inhalt suchen, bis die Digitalisierung von Büchern für GBP abgeschlossen ist. Wenn Google findet, was der Inhalt eines Buches, Regierungsarbeit oder lizenzfreien Buches zu sein scheint, wird Google Sie benachrichtigen. Sie werden dann gebeten, zu bestätigen, dass der Inhalt, der im Buch, der Regierungsarbeit oder dem lizenzfreien Buch ist, ein Insert ist. Nach Ihrer Bestätigung werden Sie (1) berechtigt sein, eine Einschließungsgebühr gemäß dem Verteilungsplan zu erhalten (siehe Frage 9 (K) weiter unten); und (2) das Recht haben, Ihr Insert von der „Anzeige-Nutzung" auszuschließen.

Sie werden für eine Einschließungsgebühr berechtigt sein, wenn Sie Ihr Insert von der „Anzeige-Nutzung" nicht ausschließen, und wenn Sie in anderer Weise die Eignungskriterien im Anspruchsformular erfüllen. Wenn Sie Ihr Insert von der „Anzeige-Nutzung" ausschließen möchten, nachdem Sie Ihre Einschließungsgebühr erhalten haben, werden Sie zuerst die Gebühr zurückgeben müssen.

**Wenn Sie am Vergleich teilnehmen, aber einige Ihrer Inserts von der Anzeige-Nutzung ausschließen wollen, müssen Sie das Anspruchsformular ausfüllen. Es gibt keine Frist für Sie, um einige**

Ihrer Inserts von allen – aber nicht weniger als jegliche Anzeige-Nutzung – auszuschließen, und Sie können jede Nicht-Teilnahme-Entscheidung jederzeit ändern.

Der Rechteinhaber des Buches, das Ihr Insert enthält, und in einigen Fällen, Google, können Ihre Nicht-Teilnahme-Anfrage ablehnen, wenn sie glauben, dass sie das gesetzliche oder vertragliche Recht haben, Ihr Insert als ein Teil eines Buches anzuzeigen. Irgendwelche Rechtsstreitigkeiten bzgl. der Nicht-Teilnahme eines Insertes wird gemäß des Vergleichs-Schlichtungsprozesses gelöst, wie in Frage 9 (M) weiter unten beschrieben. In Bezug auf Inserts in Regierungsarbeiten und lizenzfreien Büchern, kann Google auf Ihre Anfrage Ihr Insert von der Regierungsarbeit oder dem lizenzfreien Buch auszuschließen, zurückweisen. Wenn dies geschieht, werden Sie das Recht haben entweder (1) Google zu verklagen oder (2) sich mit Google entsprechend dem Schlichtungs-Prozess des Vergleiches zu einigen.

Gemäß dem Vergleich hat Google das Recht, Inserts für eine „Nicht-Anzeige-Nutzung" für die Dauer des U.S.-Urheberrechtes für jene Inserts zu verwenden. Inhaber von Insert-Rechten können Inserts nicht „entfernen". **Die einzige Weise, wie Sie Ihr Recht bewahren können, Ansprüche gegen Google und vollständig teilnehmende Bibliotheken für die Nicht-Anzeige-Nutzung zu stellen und Ihre Inserts auf Sicherungsbändern oder anderen Sicherungsmedien zu erhalten, ist, dem Vergleich insgesamt zu widersprechen. Frage 15 weiter unten, informiert darüber, wie man dem Vergleich widersprechen kann.**

F.  **Anzeige-Nutzung**

Abhängig von den Rechten des Rechteinhabers hinsichtlich der Entfernung, wie oben beschrieben, autorisiert der Vergleich Google, die folgenden Verwendungen für die „Anzeige-Nutzung" aller vergriffenen oder im Handel nicht erhältlichen Bücher und, auf die ausdrückliche Autorisierung des Rechteinhabers, aller im Druck befindlichen oder im Handel erhältlichen **Bücher**, anzuwenden:

(1) Zugriffsverwendungen: Zugriffsverwendungen sind das Betrachten und Kommentieren des kompletten Buches, sowie Drucken und Kopieren/Ausschneiden von Teilen des Buches, was einer Beschränkung auf eine bestimmte Seitenanzahl unterliegt. Das Folgende sind Zugriffsverwendungen, für die Google bevollmächtigt ist und bevollmächtigt werden kann:

   (a) Institutions-Abonnements: Bildungeinrichtungen, Behörden, und Unternehmens werden zeitbeschränkte Abonnements (z.B. pro Semester oder pro Jahr) für deren Studenten und Mitarbeiter kaufen können, damit diese den vollständigen Inhalt der Institutions-Abonnement-Datenbank verwenden können. Google kann auch Abonnements beschränkt auf Fachgebiets-Sammlungen anbieten. Die Preiskalkulation des Institutionsabonnements kann sich mit der Zeit ändern, einschließlich, um Zunahmen in der Größe der Institutionsabonnement-Datenbank widerzuspiegeln. Bzgl. Informationen, wie Abonnements kalkuliert werden, siehe Abschnitt 4.1 der Vergleichs-Vereinbarung.

   (b) Verkauf für Verbraucher: Einzelne Benutzer werden das Recht haben, den Zugriff auf einzelne Bücher online zu kaufen. Rechteinhaber werden zwei Optionen für die Festlegung des Verkaufspreises Ihrer Bücher haben: Sie können den Preis selbst festlegen oder sie können Google den Preis basierend auf einem Multiplikationsfaktor festlegen lassen, der ausgelegt ist, um die Einnahmen der Verkäufe eines Buches zu maximieren (der „Vergleich Kontrollierter Preis").

   (c) Zugriff der Öffentlichkeit bei Bibliotheken und sonstwo: Google wird, auf Anfrage, einen „Öffentlichen Zugriffsdienst" in jeder öffentlichen Bibliothek und über eine vorher festgelegte Anzahl von Computerterminalen in gemeinnützigen Fachhochschulen und Universitäten in den Vereinigten Staaten von Amerika zur Verfügung stellen. Der öffentliche Zugriffsdienst wird denselben Umfang haben, wie der Zugriff den Google für Institutionelle Abonnements zur Verfügung stellt, außer, dass Benutzer nicht kopieren/einfügen und Teile des Buches kommentieren können. In öffentlichen Bibliotheken, die in der Lage sind, für den Druck Zahlungen zu verlangen, und in allen

16

Fachhochschulen und Universitätsbibliotheken, werden Benutzer für ausgedruckte Seiten pro ausgedruckter Seite zahlen können. Nach Registrierungsstellen-Genehmigung können öffentliche Zugriffsdienstterminale für eine Betrachtung und Druck pro Seite (gegen Gebühr) an kommerzielle Geschäfte, wie etwa Kopiercenter bereitgestellt werden, die diese Gebühren mit Google und dem Rechteinhaber teilen werden. Einnahmen vom öffentlichen Zugriffsdienst werden basierend auf Druck pro Seite entstehen, wobei Google die Einnahmen von den öffentlichen Bibliotheken und Hochschulbibliotheken oder Kopiercentern sammelt und 63 % dieser Einnahmen an die Registrierungsstelle im Namen der Rechteinhaber weiterleitet.

(d)   <u>Andere potentielle kommerzielle Verwertungen</u>: In Zukunft können sich Google und die Registrierungsstelle einverstanden erklären, andere Zugriffsverwendungen, einschließlich Verbraucherabonnements (ähnlich im Konzept zu den Institutionsabonnements) zu entwickeln; On-Demand gedruckte Bücher; Kunden-Buchausgaben (pro Seite Preisgestaltung des Inhalts für Kursmaterialien oder andere Formen von Kunden-Buchausgaben für Lehrzwecke und für Fachleute); PDF-Downloads (Verbraucher könnten eine PDF-Version eines Buches herunterladen); und Zusammenfassungen, Auszüge oder Kompilationen von Büchern. **Rechteinhaber bekommen eine Mitteilung, entweder direkt oder über die Webseite der Registrierungsstelle über alle neuen kommerziellen Verwertungen, für die Google bevollmächtigt ist, die Rechteinhaber haben die Möglichkeit jederzeit einige ihrer Bücher von der Verwertung auszuschließen.**

(2)   <u>Vorschau-Verwendung</u>: Als Antwort auf eine Suche eines Nutzers, kann Google dem Benutzer erlauben, bis zu 20 % eines Buches (nicht mehr als fünf angrenzende Seiten) sich anzeigen zu lassen, bevor der Nutzer eine Kaufentscheidung trifft, aber Kopieren/Einfügen/Kommentieren oder Ausdrucken von Seiten aus dem Buch („Standard Voransicht") ist nicht möglich. Bei Fiktion Büchern wird Google die letzten 5 % des Buches (oder mindestens die letzten fünfzehn Seiten des Buches) blockieren. Außerdem, kann Google bis zu 5 % oder fünfzehn Seiten neben dem Bereich auf den ein Nutzer landet von Fiktion Büchern anzeigen (das geringere gilt). Rechteinhaber können auch eine andere Vorschau-Option wählen, bei der die Vorschau vorbestimmt ist (bis zu 10% der Seiten des Buches, wie durch Google gewählt und, wenn ein solcher Mechanismus entwickelt wird, kann er vom Rechteinhaber gewählt werden) („vorbestimmte Vorschau"). Die Seiten, die dem Benutzer bei der vorbestimmten Vorschau präsentiert werden, hängen dann nicht von der Suche des Nutzers ab. Rechteinhaber werden in der Lage sein, die Art der Vorschau für jedes Ihrer Bücher jederzeit zu ändern. Vorschau-Verwendungen wurden entwickelt, um als Marktwerkzeug zu dienen, um dann das Buch an Verbraucher zu verkaufen. Von den Rechteinhabern wird erwartet, dass sie Werbeeinnahmen von Anzeigen in der Vorschau von Seiten für ein Buch erhalten. Siehe Abschnitt 4.3 der Vergleichs-Vereinbarung für eine vollständige Beschreibung der Vorschau-Verwendungs-Optionen, die den Rechteinhabern zur Verfügung stehen.

(3)   <u>Anzeige von Ausschnitten</u>: Als Antwort auf eine Suche eines Nutzers, kann Google ungefähr drei oder vier Zeilen Text aus einem Buch anzeigen (einen „Ausschnitt", wobei ein Nutzer sich bis zu drei Ausschnitten aus einem Buch anzeigen lassen kann. Von Rechteinhabern wird erwartet, dass sie Werbeeinnahmen von Anzeigen in Webseiten – die einem einzelnen Buch gewidmet sind – und die einen Ausschnitt oder mehrere Ausschnitte aus einem Buch anzeigen, erhalten.

(4)   <u>Anzeige von bibliographischen Seiten</u>: Google kann Nutzern die Titelseite eines Buches anzeigen, sowie die Urheberrechts-Seite, Inhaltsübersicht und Index.

**Um einige Ihrer Bücher und Inserts von der Anzeige-Nutzung auszuschließen, siehe Frage 9 (B-E) oben.**

17