gegen Google in Bezug auf irgendeine Entscheidung von Google, das Buch zu verwenden oder es zu entfernen, aufgegeben.

    (d)    <u>Umstrittene Übertragungsanfragen.</u> Wenn die Anfrage an Google gerichtet ist, um das Buch vom Partnerprogramm oder anderen Google Programmen zum Vergleich-Vereinbarungsprogramm zu übertragen, dann wird Google aufhören, das Buch in solchem anderem Google Programm zu verwenden, bis der konkurrierende Rechteinhaber den Streit löst. Jeder der Rechteinhaber kann den anderen verklagen, um zu bestimmen, wer das Recht hat, Google zu bevollmächtigen, das Buch im Partnerprogramm oder in einem anderen Google Programm zu verwenden. Auf jeden Fall wird Google nur das Buch ins Vergleich-Vereinbarungsprogramm einschließen, wenn die konkurrierenden Rechteinhaber gemeinsam Google bevollmächtigen, dies zu tun oder wenn einer der konkurrierenden Rechteinhaber einen Gerichtsentscheid erwirkt, der ihm die Vollmacht gibt, Google zu bitten, dies zu tun.

> **Das oben genannte ist nur eine Zusammenfassung des Autor-Herausgeber-Verfahrens, und Sie werden dazu ermuntert, jene Verfahren vollständig zu lesen unter http://www.googlebooksettlement.com/intl/de/agreement.html (siehe Anhang A zur Vergleichs-Vereinbarung) oder vom Vergleichs-Verwalter anfordern.**

## DIE TEILNAHME AM VERGLEICH

### 11. Was geschieht, wenn ich nichts tue?

**Wenn Sie ein Mitglied der Autor-Unterklasse oder Herausgeber-Unterklasse sind, müssen Sie gegenwärtig nichts tun, wenn Sie am Vergleich teilnehmen möchten.** Wenn Sie beschließen, am Vergleich teilzunehmen, werden Ihre Rechte in dieser Streitigkeit von den Unterklasse-Vertretern und vom Sammelklagenanwalt vertreten. Sie werden die Sachzuwendungen des Vergleiches, wenn genehmigt, durch das Gericht erhalten (wenn Sie rechtzeitig die entsprechenden Formulare vorlegen), und Ihre Ansprüche gegen Google und die teilnehmenden Bibliotheken aufgegeben und vom Gericht abgewiesen werden. Wenn Sie am Vergleich teilnehmen, werden Sie durch jedes Urteil oder Entschluss des Gerichts im Zusammenhang mit dem Vergleich, entweder günstig oder ungünstig betroffen sein.

### 12. Welche Rechtsträger entbinde ich?

Vom Datum des Inkrafttretens an, werden die Rechteinhaber gegen Google und alle teilnehmenden Bibliotheken, und jede ihrer vergangenen, gegenwärtigen und zukünftigen Eltern, Vorgänger, Nachfolger, Tochtergesellschaften und Abteilungen und jedes ihrer jeweiligen Beamten, Direktoren, Angestellter und andere, die im Abschnitt X der Vergleichs-Vereinbarung verzeichnet sind, alle Ansprüche aufgeben. Für die spezifischen Ansprüche, die gegen jeden dieser Rechtsträger aufgegeben werden, siehe Frage 13 weiter unten. Für weitere Details bezüglich der befreiten Rechtsträger, siehe bitte den ganzen Text der Veröffentlichungen, die im Abschnitt X der Vergleichs-Vereinbarung enthalten sind.

### 13. Wenn ich am Vergleich teilnehme, welche Ansprüche gebe ich ausdrücklich auf?

Das folgende ist eine Zusammenfassung der Ansprüche, die die Rechteinhaber nach dem Datum des Inkrafttretens aufgeben werden. Für weitere Details bezüglich der aufgegeben Ansprüche siehe bitte den gesamten Text der Veröffentlichungen, die im Abschnitt X der Vergleichs-Vereinbarung enthalten sind.

Rechteinhaber verzichten auf alle Ansprüche gegen Google und jede teilnehmende Bibliothek, die aus bestimmtem Verhalten entstehen, das vor dem Datum des Inkrafttretens, einschließlich des Digitalisierens von Büchern und Inserts durch Google; die Verwendung von Google von Digitalkopien in den Google Produkten und Dienstleistungen; die Bereitstellung jeder Bibliothek von Büchern und Inserts für die Digitalisierung seitens

Google; die Vorkehrung von Google Digitalkopien an Bibliotheken zu senden und der Empfang selbiger durch die Bibliotheken (außer der Vorkehrung von Google Digitalkopien an andere Bibliotheken nach dem 27. Dezember 2008 zu senden); und die Verwendung durch die Bibliotheken (abgesehen von den anderen Bibliotheken) von digitalen Kopien in einer Weise, die der Vergleichs-Vereinbarung entspricht. Wenn jedoch eine andere Bibliothek Digitalkopien in einer ungesetzlichen Weise verwendet, werden keine Ansprüche gegen solche anderen Bibliotheken für solche Vorkehrungen von Büchern an Google oder Entgegennahmen irgendwelcher Digitalkopien aufgegeben.

Rechteinhaber verzichten auf alle Ansprüche gegen Google, und jede vollständig teilnehmende Bibliothek, zusammenarbeitende Bibliothek und öffentliche Bibliothek, die, nach dem Datum des Inkrafttretens, die aus Unterlassung oder Tat gemäß der Vergleichs-Vereinbarung entstehen oder aufgrund einer entsprechenden Vereinbarung der Bibliothek-Registrierungsstelle. Es werden keine Ansprüche, die nach dem Datum des Inkrafttretens entstehen, gegen andere Bibliotheken aufgegeben.

**Jedoch:**

1. Keine der Ansprüche von Gruppenmitgliedern, die rechtzeitig dem Vergleich widersprechen, werden aufgegeben oder aufgrund des Vergleichs negativ beeinflusst.

2. Der Vergleich legt fest, dass Google und vollständig teilnehmende Bibliotheken bevollmächtigt werden, Bücher und Inserts nur in Übereinstimmung mit dem Vergleich und jeder anwendbaren Vereinbarung der Bibliothek-Registrierungsstelle zu verwenden und keine Ansprüche aufgeben werden, die auf der Verwendung von Büchern und Inserts beruhen, die nicht durch die Vergleichs-Vereinbarung oder eine entsprechende Vereinbarung der Bibliothek-Registrierungsstelle autorisiert sind.

3. Es werden keine Ansprüche wegen Verletzungen der Obligationen von Google und den teilnehmenden Bibliotheken gemäß der Vergleichs-Vereinbarung oder einer anwendbaren Vereinbarung der Bibliothek-Registrierungsstelle aufgegeben.

4. Es werden keine Ansprüche wegen der nicht autorisierten Verwendung von Büchern und Inserts außer gemäß dem Vergleichs-Vereinbarungsprogramm aufgegeben.

5. Es werden keine Ansprüche in Bezug auf die Verwendung durch Google von Inserts in Regierungsarbeiten und lizenzfreien Büchern aufgegeben, wenn Google eine Nicht-Teilnahme-Anfrage eines Rechteinhabers zurückweist. Siehe Abschnitt 3.5 (b) (vii) der Vergleichs-Vereinbarung für weitere Details.

6. Es werden keine Ansprüche in Bezug auf irgendwelche Taten oder Unterlassungen nach dem 28. Oktober 2008 aufgegeben, wenn diese nach dem Datum des Inkrafttretens vorkommen und nicht gemäß der Vergleichs-Vereinbarung autorisiert würden.

7. Es werden keine Ansprüche in Bezug auf die Verwendung von Digitalkopien durch andere Bibliotheken aufgegeben.

8. Es werden keine Ansprüche in Bezug auf die Verwendung von Büchern und Inserts außerhalb der Vereinigten Staaten von Amerika oder in Bezug auf irgendeine Digitalisierung außerhalb der Vereinigten Staaten von Amerika aufgegeben.

9. Es werden keine Ansprüche in Bezug auf irgendwelche Taten von Google in den Vereinigten Staaten von Amerika als Antwort auf eine Anfrage eines Benutzers außerhalb der Vereinigten Staates von Amerika aufgegeben, was auf eine Bildschirmanzeige von Teilen eines Buches oder Insertes in der Gerichtsbarkeit des Benutzers hinausläuft, es sei denn, dass die Anzeige der Teile legitim ist oder Google Genehmigung für diese Anzeige erhalten hat.

## NICHT-TEILNAHME AM VERGLEICH

### 14. Was tue ich, wenn ich am Vergleich nicht teilnehmen möchte?

Wenn Sie am Vergleich nicht teilnehmen möchten und Ihre Recht behalten wollen, Google und die teilnehmenden Bibliotheken zu verklagen, müssen Sie Schritte unternehmen, um dem Vergleich zu „widersprechen". Indem Sie ihm widersprechen, behalten Sie das Recht, Ihre eigene Klage einzureichen oder sich einer anderen Klage gegen Google bzgl. Ansprüche in dieser Klage anzuschließen.

Wenn Sie dem Vergleich widersprechen, werden Sie für Barzahlungen nicht berechtigt sein oder an den Einnahmenmodellen gemäß dem Vergleich nicht teilnehmen können. Sie werden jedoch das Recht haben, Ihre eigene Klage einzureichen. Außerdem, selbst wenn Sie dem Vergleich widersprechen, können Sie sich immer noch mit der Registrierungsstelle oder Google zu einem späteren Zeitpunkt in Verbindung setzen, um zu versuchen, einen separaten Vertrag für die Einschließung Ihrer Bücher in einigen der Vergleichs-Vereinbarungsprogramme zu verhandeln.

### 15. Wie widerspreche ich dem Vergleich?

Sie können dem Vergleich widersprechen, indem Sie:

1) auf http://www.googlebooksettlement.com/intl/de/ gehen und die dortigen Anweisungen befolgen, um am oder vor dem 5. Mai 2009 zu widersprechen, oder

2) indem Sie einen Widerspruch schriftlich per Einschreiben (frankiert) am oder vor dem 5. Mai 2009 an den Vergleichs-Verwalter senden: Google Book Search Settlement Administrator, c/o Rust Consulting, PO Box 9364, Minneapolis, MN 55440-9364, UNITED STATES OF AMERICA  Der Poststempel gilt als Einsendedatum.

Für den Widerspruch müssen Sie keinen Grund angeben. Jedoch muss Ihre Widerspruchsanfrage unterzeichnet sein oder wenn online, von einer befugten Person aus der Unterklasse, aus der Sie austreten möchten ausgefüllt werden (entweder die Autor-Unterklasse oder Herausgeber-Unterklasse), und Ihr Name und Anschrift müssen angegeben sein oder, wenn Sie einen Agent eines Autors sind, muss der Name des Autor-Unterklasse-Mitgliedes angegeben werden, in dessen Namen Sie handeln (d.h., die Person, deren Name als der Autor des Buches oder Insertes erscheint), und jedes Pseudonym, das vom Autor für die Bücher, verwendet wird. Um sicherzustellen, dass Google klar versteht, welche Bücher und/oder Inserts von dem Widerspruch betroffen sind, sollen Mitglieder der Herausgeber-Unterklasse alle Impressums unter denen Sie veröffentlichen oder veröffentlicht haben angeben, sowie Bücher, an denen ein U.S.-Urheberrecht-Interesse besteht. Beide Google und die Antragsteller fordern (aber nicht erforderlich), dass alle Mitglieder der Autor-Unterklasse oder Herausgeber-Unterklasse die folgenden Angaben in Hinsicht eines jeden Buches oder Insertes machen an dem ein U.S.-Urheberrecht besteht: Titel, Autor, Herausgeber und ISBN (wenn das Buch eine ISBN hat).

## WIDERSPRUCH ODER KOMMENTARE GEGEN DEN VERGLEICH

### 16. Kann ich gegen den Vergleich Widerspruch einlegen und Kommentare abgeben?

Ja. Wenn Sie dem Vergleich nicht widersprechen möchten, haben Sie das Recht, sich gegen den Vergleich zu äußern oder Kommentare abzugeben, einschließlich des letztlichen Urteils, welches den Rechtsstreit ohne Vorurteil verwirft, sowie Anwaltsgebühren und Kosten für Beratung der Autor-Unterklasse. Wenn Sie dem Vergleich widersprechen möchten, müssen Sie am oder vor dem 5. Mai 2009 am Gericht eine Erklärung hinsichtlich Ihres Widerspruchs oder Ihren Standpunkt abgeben, sowie die Gründe des Widerspruchs mit einer Kopie irgendwelcher unterstützenden Dokumenten oder Notizen an:

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

Sie müssen auch eine Kopie solcher Papiere per E-Mail oder Post per Einschreiben an die folgenden Rechtsanwälte senden:

| Berater für die Unterklasse Autor: | Berater für die Unterklasse Herausgeber: | Berater für Google: |
|---|---|---|
| Michael J. Boni, Esq. Joanne Zack, Esq. Joshua Snyder, Esq. Boni & Zack LLC 15 St. Asaphs Road Bala Cynwyd, PA 19004 UNITED STATES OF AMERICA bookclaims@bonizack.com | Jeffrey P. Cunard, Esq. Bruce P. Keller, Esq. Debevoise & Plimpton LLP 919 Third Avenue New York, NY 10022 UNITED STATES OF AMERICA bookclaims@debevoise.com | Daralyn J. Durie, Esq. David J. Silbert, Esq. Joseph C. Gratz, Esq. Keker & Van Nest LLP 710 Sansome Street San Francisco, CA 94111 UNITED STATES OF AMERICA bookclaims@kvn.com |

Sie können bei der Verhandlung persönlich erscheinen oder, wenn Sie von einem Rechtsanwalt vertreten werden, kann Ihr Rechtsanwalt persönlich erscheinen, und erklären, warum der Vergleich oder ein Teil des Vergleiches nicht genehmigt werden sollten. Sie müssen Ihre oder die Absicht Ihres Rechtsanwalts ankündigen, und diesbezüglich beim Gericht eine Erklärung abgeben.

Außer wenn Sie gemäß dieser Mitteilung protestieren, werden Sie nicht berechtigt sein, gegen die Geschäftsbedingungen des Vergleiches auszusagen und zu klagen, einschließlich der Anwaltskosten und -Gebühren für die Autor-Unterklasse und Personen, die es versäumen zu protestieren, werden als Personen betrachtet, die Ihren Protest verwirkt haben und können einen solchen Protest nicht mehr vorbringen.

### 17. Was ist der Unterschied zwischen Protestieren gegen den Vergleich und Nicht-Teilnahme am oder Widerspruch gegen den Vergleich?

Sie können gegen den Vergleich protestieren, wenn Sie ein Gruppenmitglied bleiben und dem Vergleich, wenn genehmigt, unterworfen sind, aber mit einem Aspekt des Vergleiches nicht übereinstimmen. Ein Einwand erlaubt Ihnen Stellungnahmen, die im Gericht angehört werden können.

Im Gegensatz dazu bedeutet Widerspruch/Nicht-Teilnahme, dass Sie nicht mehr ein Mitglied der Gruppe sind und dass Sie den Geschäftsbedingungen des Vergleiches nicht unterworfen sein wollen. Sobald Sie wählen nicht teilzunehmen/zu widersprechen, verlieren Sie jedes Recht, gegen den Vergleich zu protestieren, weil der Vergleich Sie nicht mehr betreffen wird.

## DIE RECHTSANWÄLTE, DIE SIE VERTRETEN

### 18. Habe ich einen Rechtsanwalt, der meine Interessen in diesen Klagen vertritt?

Ja. Das Gericht hat die folgenden Anwaltskanzleien ernannt, um Sie und andere Gruppenmitglieder zu vertreten:

| Berater für die Unterklasse Autor | Berater für Unterklasse Herausgeber: |
|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA |

### 19. Wie werden die Rechtsanwälte bezahlt?

Anwälte für die Unterklasse Autor werden bitten, dass das Gericht Anwaltsgebühren und Ausgaben von US $ 30 Millionen zuerkennt. Abhängig von der Gerichtsentscheidung, wird Google diese Anwaltsgebühren und Ausgaben übernehmen. (Die Anwälte der Unterklasse Autor haben etwa US $ 140.000 an Ausgaben zum Tag der Vergleichs-Vereinbarung.) Google wird diese Gebühren und Ausgaben zusätzlich zu den Summen zahlen, die Google sich schon einverstanden erklärt hat zu zahlen, d.h. für Unterklasse-Mitglieder und Rechteinhaber.

Die Anwälte der Unterklasse Herausgeber haben sich einverstanden erklärt, für Anwaltsgebühren oder Kostenerstattung nicht das Sammelklagen-Vergleichs-Kapital zu verwenden. Stattdessen, werden die Anwälte der Unterklasse Herausgeber vom Vergleich zwischen Google und den Herausgebern in einem verwandten Fall bezahlt, *The McGraw-Hill Companies, Inc. et al. v. Google Inc.*, Case No. 05 CV 8881 (S.D.N.Y.). Die fünf Herausgeber-Ankläger in diesem Fall sind Unterklasse-Vertreter im Auftrag der Herausgeber-Unterklasse. Abhängig davon, dass die Vergleich-Vereinbarung für gültig erklärt wird, werden sie deren separate Klage gegen Google nach dem Datum des Inkrafttretens zurückziehen. Google hat sich einverstanden erklärt US $ 15,5 Millionen für den Vergleich dieser Klage zu zahlen. Die Anwälte der Herausgeber-Unterklasse werden deren Gebühren und Kosten von dieser Summe gezahlt und der Rest wird von dem amerikanischen Verlegerverband verwendet, um einen Fonds zu gründen, um den Interessen sowohl der Herausgeber als auch der Autoren zu dienen. Die Verwendung des restlichen Kapitals ist abhängig von der vorherigen Genehmigung der Mehrzahl der Mitglieder des Vorstands der Registrierungsstelle, einschließlich mindestens eines Autor-Direktors und eines Herausgeber-Direktors.

### 20. Sollte ich mir einen eigenen Rechtsanwalt nehmen?

Sie brauchen sich nicht um einen eigenen Rechtsanwalt zu kümmern, aber wenn Sie wollen, dass Ihr eigener Rechtsanwalt für Sie vor Gericht spricht oder vor Gericht erscheint, müssen Sie eine Mitteilung der Absicht „zu erscheinen" abgeben. Siehe Frage 23 weiter unten, um herauszufinden, wie man eine Mitteilung der Absicht „zu erscheinen" vorlegt. Wenn Sie einen Rechtsanwalt nehmen, um für Sie in der Klage zu erscheinen, werden Sie für Ihren Rechtsanwalt zahlen müssen.

## DIE LETZTE ANHÖRUNG DES GERICHTS

### 21. Wann und wo wird das Gericht entscheiden, ob es den Vergleich genehmigt?

Das Gericht wird eine Fairness-Anhörung am 11. Juni 2009 um 13:00 Uhr EDT im Gerichtssaal 14C des United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007 abhalten, um zu entscheiden, ob der Vergleich fair, angemessen und vernünftig ist. Nach der Fairness-Anhörung wird das Gericht entscheiden, ob der Vergleich genehmigt und dem Antrag für die Anwaltsgebühren und Ausgaben zugestimmt wird. Wenn Anmerkungen oder Einwände erhalten wurden, wird das Gericht diese zu diesem Zeitpunkt berücksichtigen.

Der Zeitpunkt und das Datum der Anhörung können durch das Gericht ohne weitere Mitteilung geändert werden. **Wenn Sie wünschen, am Vergleich teilzunehmen, ist es nicht erforderlich, gegenwärtig irgendetwas weiteres zu tun.**

### 22. Muss ich der Fairness-Anhörung beiwohnen?

Nein. Anwesenheit ist nicht erforderlich. Der Sammelklagenanwalt ist bereit, auf die Fragen des Gerichtes in Ihrem Interesse zu antworten. Wenn Sie oder Ihr eigener Rechtsanwalt der Fairness-Anhörung beiwohnen möchten, können Sie dies auf ihre eigenen Kosten tun.

### 23. Kann ich bei der Fairness-Anhörung sprechen?

Ja. Sie können bei der Fairness-Anhörung sprechen oder Ihren eigenen Rechtsanwalt für Sie sprechen lassen. Wenn Sie dies tun möchten, müssen Sie dem Gericht vorher eine Mitteilung Ihrer Absicht „zu erscheinen" zukommen lassen. Die Mitteilung der Absicht „zu erscheinen" muss den Namen und die Nummer dieser Klage angeben (*The Authors Guild, Inc., et al. v. Google Inc.*, No. 05 CV 8136), und Sie müssen angeben, dass Sie während der Fairness-Anhörung sprechen möchten. Die Mitteilung muss auch Ihren Namen, Adresse, Telefonnummer und Unterschrift sowie den Namen und Anschrift Ihres Rechtsanwalts angeben, wenn ein Rechtsanwalt für Sie erscheint. Sie können nicht während der Fairness-Anhörung sprechen, wenn Sie an dem Vergleich nicht teilnehmen oder ihm widersprochen haben. Ihre Mitteilung der Absicht „z erscheinen" muss dem Gericht am oder vor dem 5. Mai 2009 vorliegen:

> Office of the Clerk
> J. Michael McMahon
> U.S. District Court for the Southern District of New York
> 500 Pearl Street
> New York, New York 10007
> UNITED STATES OF AMERICA

Kopien der Mitteilung der Absicht „zu erscheinen" müssen per E-Mail oder per Post frankiert am oder vor dem 5. Mai 2009 gesandt werden an:

| Berater für die Unterklasse Autor: | Berater für die Unterklasse Herausgeber: | Berater für Google: |
|---|---|---|
| Michael J. Boni, Esq. | Jeffrey P. Cunard, Esq. | Daralyn J. Durie, Esq. |
| Joanne Zack, Esq. | Bruce P. Keller, Esq. | David J. Silbert, Esq. |
| Joshua Snyder, Esq. | Debevoise & Plimpton LLP | Joseph C. Gratz, Esq. |
| Boni & Zack LLC | 919 Third Avenue | Keker & Van Nest LLP |
| 15 St. Asaphs Road | New York, NY 10022 | 710 Sansome Street |
| Bala Cynwyd, PA 19004 | UNITED STATES OF AMERICA | San Francisco, CA 94111 |
| UNITED STATES OF AMERICA | bookclaims@debevoise.com | UNITED STATES OF AMERICA |
| bookclaims@bonizack.com | | bookclaims@kvn.com |

## WEITERE INFORMATIONEN

### 24. Wo erhalte ich weitere Informationen?

Die Vergleich-Vereinbarung, ihre Anhänge und die anderen Rechtsdokumente, die dem Gericht in dieser Klage vorgelegt wurden, enthalten weitere Informationen über den Vergleich. Sie können diese Rechtsdokumente während der üblichen Bürozeiten einsehen oder kopieren: Office of the Clerk, J. Michael McMahon, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. Diese Dokumente sind auch auf der Vergleich-Website http://www.googlebooksettlement.com/intl/de/ verfügbar.

Außerdem, wenn Sie irgendwelche Fragen über die Klage oder diese Mitteilung haben, können Sie:

- Die Vergleich-Website http://www.googlebooksettlement.com/intl/de/ besuchen,

- Sich mit der Autor-Gilde unter http://www.authorsguild.org, oder dem amerikanischen Verlegerverband unter http://www.publishers.org in Verbindung setzen,

- Die entsprechende Nummer am Ende dieser Mitteilung anrufen, oder

- Schreiben Sie an:

    Administrator des Google Buchsuche-Vergleiches
    c/o Rust Consulting, Inc.
    PO Box 9364
    Minneapolis, Minnesota 55440-9364
    UNITED STATES OF AMERICA

Wenn Sie Ihre Adresse ändern, oder wenn diese Mitteilung nicht an Ihre richtige Adresse versandt wurde, sollten Sie den Vergleichs-Verwalter benachrichtigen. Wenn der Vergleichs-Verwalter Ihre richtige Adresse nicht hat, erhalten Sie möglicherweise Ihre Sachzuwendungen gemäß dem Vergleich nicht und werden nicht über wichtige Entwicklungen auf dem Laufenden gehalten.

## ANHANG: VERGLEICH-ADMINISTRATOR-TELEFONNUMMERN

Vollständige Information über den Vergleich, und das Anspruchsformular, sind unter http://www.googlebooksettlement.com/intl/de/ verfügbar. Gruppenmitglieder können um Hilfe bitten und Fragen über diese Website stellen.

Für Gruppenmitglieder, die keinen Zugriff zur Website haben, oder die zusätzliche Hilfe benötigen, sollten sich mit dem Vergleichs-Verwalter in Verbindung setzen; die Telefonnummern ist auf den folgenden Seiten angegeben. Wo möglich sind diese Telefonnummern gebührenfrei. In Ländern, in denen gebührenfreie Telefonnummern nicht verfügbar sind, verwenden Sie die internationale Nummer (+1.612.359.8600) und, wenn Sie wünschen, wird der Vergleichs-Verwalter Sie zurückrufen.

| Land | Telefonnummer |
|---|---|
| Ägypten | Gebührenfrei 2510 0200 (auf das Freizeichen warten) 888.839.1909 (Kairo); gebührenfrei 02 2510 0200 (auf das Freizeichen warten) 888.839.1909 |
| Albanien | Gebührenfrei 00 800 0010 (auf das Freizeichen warten) 888.839.1909 |
| Algerien | 00 1.612.359.8600 |
| Andorra | 00 1.612.359.8600 |
| Angola | Gebührenfrei 808 000 011 (auf das Freizeichen warten) 888.839.1909 |
| Anguilla | Gebührenfrei 1.888.839.1909 |
| Antigua und Barbuda | Gebührenfrei 1.800.988.7132 |
| Äquatorialguinea | 00 1.612.359.8600 |
| Argentinien | Gebührenfrei 0800.666.1520 |
| Armenien | Gebührenfrei 0 800 10 111 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Aruba | 00 1.612.359.8600 |
| Aserbaidschan | 00 1.612.359.8600 |
| Australien | Gebührenfrei 1.800.669.201 |
| Bahamas | Gebührenfrei 1.888.762.3775 |
| Bahrain | Gebührenfrei 800.19.908 |
| Bangladesch | Gebührenfrei 157 0011 (auf das Freizeichen warten) 888.839.1909; oder 00 1.612.359.8600 |
| Barbados | Gebührenfrei 1.800.988.7146 |
| Belarus | Gebührenfrei 8 (auf das Freizeichen warten) 800 101 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Belgien | Gebührenfrei 00 800 8000 3300 |
| Belize | Gebührenfrei 811 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Benin | Gebührenfrei 102 (auf das Freizeichen warten) 888.839.1909 |
| Bermuda | Gebührenfrei 1.800.988.7139 |
| Bolivien | Gebührenfrei 800.10.0675 |
| Bosnien und Herzegowina | Gebührenfrei 00 800 0010 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Botsuana | 00 1.612.359.8600 |
| Brasilien | Gebührenfrei 0800.891.7626 |
| Britische Jungferninseln | Gebührenfrei 1.800.988.7149 |
| Brunei Darussalam | Gebührenfrei 800 1111 (auf das Freizeichen warten) 888.839.1909 |
| Bulgarien | Gebührenfrei 00 800 8000 3300 |
| Burkina Faso | 00 1.612.359.8600 |
| Burundi | 00 1.612.359.8600 |

| Land | Telefonnummer |
|---|---|
| Chile | Gebührenfrei 1230.020.9265 |
| China | Gebührenfrei 00 800 8000 3300 |
| Cookinseln | Gebührenfrei 09 111 (auf das Freizeichen warten) 888.839.1909 |
| Costa Rica | Gebührenfrei 0800.044.0102 |
| Cote d'Ivoire | 00 1.612.359.8600 |
| Dänemark | Gebührenfrei 00 800 8000 3300 |
| Demokratische Republik Kongo | 00 1.612.359.8600 |
| Deutschland | Gebührenfrei 00 800 8000 3300 |
| Dominica | Gebührenfrei 1.800.988.7130 |
| Dominikanische Republik | Gebührenfrei 1.888.751.8874 |
| Dschibuti | 00 1.612.359.8600 |
| Ecuador | Gebührenfrei 1.800.010.575 |
| El Salvador | Gebührenfrei 800.6599 |
| Estland | Gebührenfrei 00 800 8000 3300 |
| Falklandinseln | 00 1.612.359.8600 |
| Färöer-Inseln | 00 1.612.359.8600 |
| Fidschi | Gebührenfrei 004 890 1001 (auf das Freizeichen warten) 888.839.1909 |
| Finnland | Gebührenfrei 00 800 8000 3300 |
| Frankreich | Gebührenfrei 00 800 8000 3300 |
| Französisch-Guyana | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| Französisch-Polynesien | 00 1.612.359.8600 |
| Gabun | 00 1.612.359.8600 |
| Gambia | 00 1.612.359.8600 |
| Georgien | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Ghana | Gebührenfrei 0191 (auf das Freizeichen warten) 888.839.1909 |
| Gibraltar | Gebührenfrei 8800 (auf das Freizeichen warten) 888.839.1909 |
| Grenada | Gebührenfrei 1.800.988.7159 |
| Griechenland | Gebührenfrei 00.8004.414.6186 |
| Grönland | 00 1.612.359.8600 |
| Guadeloupe | 00 1.612.359.8600 |
| Guam | Gebührenfrei 1.888.356.0248 |
| Guatemala | Gebührenfrei 138 120 (auf das Freizeichen warten) 888.839.1909; oder gebührenfrei 999 91 90 (auf das Freizeichen warten) 888.839.1909 |
| Guinea | 00 1.612.359.8600 |
| Guinea-Bissau | 00 1.612.359.8600 |
| Guyana | Gebührenfrei 159 (auf das Freizeichen warten) 888.839.1909 |
| Haiti | Gebührenfrei 183 (auf das Freizeichen warten) 888.839.1909 (Englisch); oder gebührenfrei 181 (auf das Freizeichen warten) 888.839.1909 (Kreolisch) |

| Land | Telefonnummer |
|---|---|
| Honduras | Gebührenfrei 800 0123 (auf das Freizeichen warten) 888.839.1909 |
| Hongkong | Gebührenfrei 3071.5077 |
| Indien | Gebührenfrei 000.800.440.1709 |
| Indonesien | Gebührenfrei 001.803.017.7714 |
| Irland | Gebührenfrei 00 800 8000 3300 |
| Island | Gebührenfrei 00 800 8000 3300 |
| Isle of Man | +1.612.359.8600 |
| Israel | Gebührenfrei 00 800 8000 3300 |
| Italien | Gebührenfrei 00 800 8000 3300 |
| Jamaika | Gebührenfrei 1.800.988.7135 |
| Japan | Gebührenfrei 0120.948.079 |
| Jemen | 00 1.612.359.8600 |
| Jordanien | Gebührenfrei 18 800 000 (auf das Freizeichen warten) 888.839.1909 |
| Kaiman-Inseln | Gebührenfrei 1.800.988.7151 |
| Kambodscha | Gebührenfrei 1 800 881 001 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 001 1.612.359.8600 |
| Kamerun | 00 1.612.359.8600 |
| Kanada | Gebührenfrei 1.888.356.0248 |
| Kanalinseln Jersey und Guernsey | +1.612.359.8600 |
| Kap Verde | 0 1.612.359.8600 |
| Kasachstan | Gebührenfrei 8 (auf das Freizeichen warten) 800 121 4321 (auf das Freizeichen warten) 888.839.1909 |
| Katar | 00 1.612.359.8600 |
| Kenia | 000 1.612.359.8600 |
| Kirgisistan | 00 1.612.359.8600 |
| Kiribati | 00 1.612.359.8600 |
| Kolumbien | Gebührenfrei 01800.700.2137 |
| Komoren | 00 1.612.359.8600 |
| Kroatien | Gebührenfrei 0800.222.460 |
| Kuwait | 00 1.612.359.8600 |
| Laos | 00 1.612.359.8600 |
| Lesotho | 00 1.612.359.8600 |
| Lettland | Gebührenfrei 00 800 8000 3300 |
| Libanon | 00 1.612.359.8600 |
| Liberia | 00 1.612.359.8600 |
| Libyen | 00 1.612.359.8600 |
| Liechtenstein | 00 1.612.359.8600 |
| Litauen | Gebührenfrei 00 800 8000 3300 |
| Luxemburg | Gebührenfrei 00 800 8000 3300 |
| Macau | Gebührenfrei 0800 111 (auf das Freizeichen warten) 888.839.1909 |
| Madagaskar | 00 1.612.359.8600 |
| Malawi | 00 1.612.359.8600 |
| Malaysia | Gebührenfrei 1.800.88.0895 |
| Malediven | 00 1.612.359.8600 |
| Mali | 00 1.612.359.8600 |
| Malta | Gebührenfrei 00 800 8000 3300 |
| Marokko | Gebührenfrei 002 11 0011 (auf das Freizeichen warten) 888.839.1909 |
| Marshallinseln | 011 1.612.359.8600 |
| Martinique | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| Mauretanien | 00 1.612.359.8600 |
| Mauritius | Gebührenfrei 802.044.0053 |
| Mayotte | 00 1.612.359.8600 |
| Mazedonien | Gebührenfrei 0 8000 4288 (auf das Freizeichen warten) 888.839.1909 |
| Mexiko | Gebührenfrei 01.800.681.1853 |
| Mikronesien | Gebührenfrei 288 (auf das Freizeichen warten) 888.839.1909 |
| Moldawien (Moldau) | 00 1.612.359.8600 |
| Monaco | Gebührenfrei 800.93412 |
| Mongolei | 001 1.612.359.8600 |
| Montenegro | 00 1.612.359.8600 |
| Montserrat | Gebührenfrei 1.888.839.1909 |
| Mosambik | 00 1.612.359.8600 |
| Namibia | 00 1.612.359.8600 |
| Nauru | 00 1.612.359.8600 |
| Neukaledonien | 00 1.612.359.8600 |
| Neuseeland | Gebührenfrei 0800.447.916 |
| Nicaragua | Gebührenfrei 1 800 0164 (auf das Freizeichen warten) 888.839.1909 |
| Niederlande | Gebührenfrei 00 800 8000 3300 |
| Niederländische Antillen | Gebührenfrei 1.888.839.1909 |
| Niger | 00 1.612.359.8600 |
| Nigeria | 009 1.612.359.8600 |
| Niue | 00 1.612.359.8600 |
| Nördliche Marianen | 1.612.359.8600 |
| Norwegen | Gebührenfrei 00 800 8000 3300 |
| Oman | 00 1.612.359.8600 |
| Österreich | Gebührenfrei 00 800 8000 3300 |
| Pakistan | Gebührenfrei 00800.900.44023 |
| Palästinensische Gebiete | 00 1.612.359.8600 |
| Palau | 011 1.612.359.8600 |
| Panama | Gebührenfrei 00.1.800.203.1978 |
| Papua-Neuguinea | 05 1.612.359.8600 |
| Paraguay | 002 1.612.359.8600 |
| Peru | Gebührenfrei 0800.54026 |
| Philippinen | Gebührenfrei 1.800.1.441.0425 |
| Polen | Gebührenfrei 00 800 8000 3300 |
| Portugal | Gebührenfrei 00 800 8000 3300 |
| Puerto Rico | Gebührenfrei 1.888.356.0248 |
| Republik Kongo | 00 1.612.359.8600 |
| Réunion | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| Ruanda | 00 1.612.359.8600 |
| Rumänien | Gebührenfrei 08008.94930 |

| Land | Telefonnummer |
|---|---|
| Russische Föderation | Gebührenfrei 8 10 (auf das Freizeichen warten) 800 8000 3300 (Moscow); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Sambia | Gebührenfrei 00 899 (auf das Freizeichen warten) 888.839.1909 |
| Samoa | 0 1.612.359.8600 |
| São Tomé und Principe | 00 1.612.359.8600 |
| Saudi-Arabien | Gebührenfrei 800.844.6841 |
| Schweden | Gebührenfrei 00 800 8000 3300 |
| Schweiz | Gebührenfrei 00 800 8000 3300 |
| Senegal | Gebührenfrei 800 103 073 (auf das Freizeichen warten) 888.839.1909 |
| Serbien | 00 1.612.359.8600 |
| Seychellen | 00 1.612.359.8600 |
| Sierra Leone | Gebührenfrei 1100 (auf das Freizeichen warten) 888.839.1909 |
| Simbabwe | Gebührenfrei 110 989 90 (auf das Freizeichen warten) 888.839.1909; oder Gebührenfrei 00-899 (auf das Freizeichen warten) 888-839-1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Singapur | Gebührenfrei 800.130.1602 |
| Slowakei | Gebührenfrei 00 800 8000 3300 |
| Slowenien | Gebührenfrei 0800.80419 |
| Solomon-Inseln | 00 1.612.359.8600 |
| Somalia | 00 1.612.359.8600 |
| Spanien | Gebührenfrei 00 800 8000 3300 |
| Sri Lanka | 00 1.612.359.8600 |
| St. Helena | 00 1.612.359.8600 |
| St. Kitts und Nevis | Gebührenfrei 1.800.988.7156 |
| St. Lucia | 1.612.359.8600 |
| St. Pierre und Miquelon | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| St. Vincent und die Grenadinen | Gebührenfrei 1.800.988.7134 |
| Südafrika | Gebührenfrei 0.800.981.216 |
| Sudan | 00 1.612.359.8600 |
| Südkorea | Gebührenfrei 00.308.13.1762 |
| Suriname | Gebührenfrei 156 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Swasiland | 00 1.612.359.8600 |
| Syrien | Gebührenfrei 0 801 (auf das Freizeichen warten) 888.839.1909 |
| Tadschikistan | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |

| Land | Telefonnummer |
|---|---|
| Taiwan | Gebührenfrei 0800666907 |
| Tansania | 000 1.612.359.8600 |
| Thailand | Gebührenfrei 001.800.13.203.2853 |
| Timor-Leste | 00 1.612.359.8600 |
| Togo | 00 1.612.359.8600 |
| Tokelau | 00 1.612.359.8600 |
| Tonga | 00 1.612.359.8600 |
| Trinidad und Tobago | Gebührenfrei 1.800.205.9433 |
| Tschad | 15 1.612.359.8600 |
| Tschechische Republik | Gebührenfrei 00 800 8000 3300 |
| Tunesien | 00 1.612.359.8600 |
| Türkei | Gebührenfrei (90)212.414.2697 |
| Turkmenistan | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Turks- und Caicos-Inseln | Gebührenfrei 0.1.888.839.1909 |
| Tuvalu | 00 1.612.359.8600 |
| Uganda | 000 1.612.359.8600 |
| Ukraine | Gebührenfrei 8 (auf das Freizeichen warten) 100 11 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Ungarn | Gebührenfrei 00 800 8000 3300 |
| Uruguay | Gebührenfrei 000.401.902.14 |
| Usbekistan | Gebührenfrei 8 (auf das Freizeichen warten) 641 7440010 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| US-Jungferninseln | Gebührenfrei 1.888.356.0248 |
| Vanuatu | 00 1.612.359.8600 |
| Venezuela | Gebührenfrei 0.800.100.9129 |
| Vereinigte Arabische Emirate | Gebührenfrei 8000.441.6842 |
| Vereinigte Staaten | Gebührenfrei 1.888.356.0248 |
| Vereinigtes Königreich | Gebührenfrei 00 800 8000 3300 |
| Vietnam | Gebührenfrei 1 201 0288 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Wallis und Futuna | 19 1.612.359.8600 |
| Zentralafrikanische Republik | 00 1.612.359.8600 |
| Zypern | Gebührenfrei 00 800 8000 3300 |