- sie unterliegt nach dem US-Urheberrecht dessen Schutz, wobei das US-Urheberrecht an der Einfügung jemand *anders inne hat als* der Inhaber der Rechte am „Hauptwerk". „Hauptwerk" wird in Punkt 8 (C) definiert. Zum Beispiel ist ein Gedicht, an dem Sie die Rechte innhaben, das aber in einem Buch enthalten ist, für das Sie auch das US-Urheberrecht innehaben, keine Einfügung in das Buch; es gilt nur dann als Einfügung, wenn das Gedicht in einem Buch steht, dessen US-Urheberrecht jemand anders innehat

- es wurde einzeln oder als Teil eines anderen Werkes beim US Copyright Office am oder vor dem 5. Januar 2009 registriert, ES SEI DENN, die Einfügung bzw. das Werk ist kein US-Werk im Sinne des US-Urheberrechtsgesetzes und eine Registrierung daher nicht erforderlich.

**AUSGENOMMEN** von der Definition „Einfügung" sind:

- Bildwerke wie Fotografien, Illustrationen (außer Kinderbuchillustrationen), Karten und Gemälde.

- Werke, die gemäß dem US-Urheberrechtsgesetz gemeinfrei sind.

In Bezug auf die Zahlung von Tantiemen für die Nutzung von Einfügungen unterscheidet der Vergleich zwischen zwei Arten von Einfügungen:

„ganzen Einfügungen", die ein vollständiges Werk darstellen, z. B. Vorworte, Nachworte, Einleitungen, in Anthologien enthaltene ganze Werke, ganze Gedichte, ganze Kurzgeschichten, ganze Liedtexte und ganze Essays

„Teileinfügungen", d. h. jegliche sonstigen Einfügungen, z. B. Ausschnitte aus einem Buch oder Zeitschriftenartikel, Zitate, Gedichtstrophen und Teile von Liedtexten.

**Um nach Einfügungen zu suchen bzw. ihre eigenen Einfügungen zu identifizieren, besuchen Sie bitte http://www.googlebooksettlement.com/intl/de/, wenden Sie sich an den Settlement Administrator oder wählen Sie die für Ihr Land geltende Nummer am Ende dieser Mitteilung (Anhang).**

## 7. Wer sind die teilnehmenden Bibliotheken?

Der Vergleichstext kennt je nach Ausmaß der Teilnahme mehrere Kategorien teilnehmender Bibliotheken: Vollständig teilnehmende Bibliotheken, kooperierende Bibliotheken, gemeinfreie Bibliotheken und andere Bibliotheken. Weitere Informationen über die Rechte und Pflichten der Bibliotheken sowie den Verzicht auf Ansprüche gegen diese Bibliotheken sind in Punkt 12 und 13 enthalten sowie im Artikel VII des Vergleichstextes. Zur Form der Vereinbarung zwischen der Registrierstelle und den vollständig teilnehmenden Bibliotheken, den kooperierenden Bibliotheken und den gemeinfreien Bibliotheken siehe Anhang B des Vergleichstextes, oder wenden Sie sich an den Settlement Administrator. Der Vergleichstext ist unter http://www.googlebooksettlement.com/intl/de/agreement.html abrufbar.

Vollständig teilnehmende Bibliotheken sind Bibliotheken, die es Google ermöglichen, Bücher in ihren Beständen zu digitalisieren, und die Google eine digitale Bibliothekskopie dieser Bücher zur Verfügung stellen. Der Vergleichstext sieht vor, dass vollständig teilnehmende Bibliotheken die digitale Bibliothekskopie auf bestimmte Weise nutzen können. Um so viele Bücher wie möglich ins GLP aufzunehmen, versucht Google, die Liste der teilnehmenden Bibliotheken zu erweitern, indem Google unter anderem folgende Bibliotheken aufnimmt:

- kooperierende Bibliotheken. Diese Bibliotheken haben nach dem Vergleichstext dieselben Teilnahmerechte und -verpflichtungen wie vollständig teilnehmende Bibliotheken, außer dass sie keinen Zugriff auf eine digitale Bibliothekskopie erhalten bzw. besitzen und sie sich verpflichten, jegliche von Google erhaltenen digitalen Kopien zu löschen.

9

- gemeinfreie Bibliotheken. Diese Bibliotheken verpflichten sich, Google nur gemeinfreie Bücher für die Digitalisierung zur Verfügung zu stellen; sie verpflichten sich, jegliche von Google erhaltenen digitalen Buchexemplare zu löschen, und haben bzw. erhalten keinen Zugriff auf eine digitale Bibliothekskopie.

- Andere Bibliotheken. Diese Bibliotheken verpflichten sich, Google Bücher zur Verfügung zu stellen, aber verpflichten sich nicht im Ausmaß einer vollständigen, kooperierenden oder gemeinfreien Bibliothek. Einige dieser Bibliotheken haben oder werden möglicherweise digitale Buchexemplare von Google erhalten. Es erfolgt kein Verzicht auf Ansprüche bezüglich der Nutzung von digitalen Kopien seitens anderer Bibliotheken.

- Eine Liste von Bibliotheken, denen die Kläger zurzeit gestatten, vollständig teilnehmende Bibliotheken und kooperierende Bibliotheken zu werden, finden Sie unter http://www.googlebooksettlement.com/intl/de/agreement.html (siehe Anhang G des Vergleichstextes), oder wenden Sie sich an den Settlement Administrator.

## VERGLEICHSLEISTUNGEN

### 8. Übersicht über die Vergleichsleistungen

Im Folgenden werden die Hauptbestimmungen des Vergleichstextes zusammengefasst. Lesen Sie bitte unter http://www.googlebooksettlement.com/intl/de/agreement.html den gesamten Vergleichstext. Sie können ihn sich von der Webseite herunterladen bzw. ein Exemplar vom Settlement Administrator beziehen oder telefonisch unter der für Ihr Land geltenden Nummer am Ende dieser Mitteilung anfordern (Anhang).

#### A. Die Buchnutzungsrechte und Zahlungen von Google

Die Kläger betrachten den Vergleich als eine hervorragende Möglichkeit, Millionen von vergriffenen Büchern möglicherweise neues kommerzielles Leben einzuhauchen, und Autoren und Verlegern von lieferbaren Büchern ein innovatives Marketing-Werkzeug an die Hand zu geben. Laut Vergleich besitzt Google das Recht 1) weiterhin Bücher und Einfügungen zu digitalisieren, 2) an Institutionen Abonnements einer elektronischen Buch-Datenbank zu verkaufen, 3) den Online-Zugriff auf einzelne Bücher zu verkaufen, 4) Werbung auf den digitalisierten Buchseiten zu verkaufen und 5) diese anderweitig zu nutzen, wie unter „Internet-Nutzungen" in Punkt 9 (F) (1) beschrieben. Google zahlt den Rechteinhabern über die Registrierstelle 63 % aller Einnahmen aus diesen Nutzungsrechten. Die Registrierstelle verteilt diese Einnahmen gemäß dem Verteilungsplan und der in Punkt 9 (K) und 10 beschriebenen Beziehung zwischen Autoren und Verlegern an die Rechteinhaber.

Die Rechteinhaber können ihre Bücher von diesen Nutzungen ganz und teilweise ausschließen, wie in Punkt 9 beschrieben. Rechteinhaber können auch ihre Bücher als Ganzes aus der elektronischen Buch-Datenbank löschen lassen (wenn diese schon digitalisiert wurden), sofern sie dies bis zum 5. April 2011 einschließlich beantragen. Rechteinhaber können jederzeit von Google verlangen, dass ihre Bücher nicht digitalisiert werden, und Google erfüllt diese Anträge, solange das Buch noch nicht digitalisiert wurde.

#### B. Die Buchrechte-Registrierstelle

Laut Vergleich wird eine gemeinnützige Book Rights Registry („Buchrechte-Registrierstelle") eingerichtet, die eine Datenbank von Rechteinhabern pflegt, deren Kontaktdaten sowie Informationen über ihre Anträge zur Nutzung von Büchern und Einfügungen sammelt und die Tantiemenzahlungen an die Rechteinhaber identifiziert, findet und koordiniert. Die Registrierstelle vertritt die Interessen der Rechteinhaber, und zwar im Zusammenhang mit dem Vergleich sowie in Bezug auf andere kommerzielle Absprachen, etwa mit anderen Firmen als Google (vorbehaltlich der ausdrücklichen Genehmigung der Rechteinhaber der Bücher, die an diesen Absprachen beteiligt sind).

10

Um diese Einrichtung zu finanzieren und der Registrierstelle den anfänglichen Betrieb zu ermöglichen, verpflichtet sich Google, 34,5 Millionen USD zu zahlen. Ein Teil dieser Summe fließt in die Kosten für die Mitteilungen an die Gruppe (einschließlich des Versands dieser Mitteilung) und die Claim Administration, bis die Registrierstelle betriebsbereit ist.

Alle an die Registrierstelle fließenden Gelder kommen direkt oder indirekt den Rechteinhabern zugute. Nach der Finanzierung des anfänglichen Betriebs durch die Zahlung von Google finanziert sich die Registrierstelle aus einer Verwaltungsgebühr, die einen bestimmten Prozentsatz der von Google gezahlten Tantiemen ausmachen.

Die Registrierstelle wird von einem Vorstand geleitet, der paritätisch besetzt ist und aus mindestens 4 Vertretern der Untergruppe Autoren und mindestens 4 Vertretern der Untergruppe Verleger besteht. Alle Entscheidungen des Vorstands erfolgen mit Mehrheit der Direktoren, wobei jede Mehrheit mindestens einen Autor und einen Verleger umfassen muss. Bestimmte Angelegenheiten erfordern Zweidrittel- oder höhere Mehrheiten.

### C.  Tantiemen für Bücher, die bereits digitalisiert wurden

Google verpflichtet sich, mindestens 45 Millionen USD an Bartantiemen für die Bücher und Einfügungen zu zahlen, die das Unternehmen bis zum 5. Mai 2009 einschließlich ohne Genehmigung digitalisiert hat (d. h. bis zur Ausscheidungsfrist) („Bartantieme"). Google zahlt Bartantiemen von mindestens 60 USD pro „Hauptwerk", 15 USD pro ganzer Einfügung, und 5 USD pro Teileinfügung, wenn mindestens ein Rechteinhaber bis spätestens zum 5. Januar 2010 einen diesbezüglichen Anspruch geltend gemacht hat. Pro digitalisiertem Inhalt wird nur eine Bartantieme gezahlt, unabhängig von der Anzahl der Bücher und Einfügungen, die den Inhalt enthalten. Zum Beispiel, wird für die gebundene und die Taschenbuchausgabe eines Buches nur eine Bartantieme gezahlt, selbst wenn Google beide Ausgaben separat digitalisiert, und für mehrere Digitalisierungen desselben Buches bzw. für Digitalisierungen desselben Inhalts in mehreren Büchern wird nur eine Bartantieme gezahlt. Ferner gibt es nur eine Bartantieme von 60 USD für Inhalte, die sowohl in einem Buch als auch als Einfügung in einem anderen Buch erscheinen (z. B. weil ein Teil des ersten Buches im zweiten Buch zitiert wird). Jedes Buch enthält ein einziges Hauptwerk. Zum Beispiel enthält der Roman *Der alte Mann und das Meer* Einleitung, Fußnoten und Nachwort. Der Roman selbst ist das Hauptwerk; alle anderen Teile sind Einfügungen (wenn jemand das US-Urheberrecht an diesen Schriften besitzt, der nicht Rechteinhaber des Hauptwerkes ist). Gleichermaßen kann ein Buch mehrere Kurzgeschichten von mehreren Autoren enthalten (z. B. *Beste Kurzgeschichten 2008*). Das Hauptwerk ist in diesem Fall das gesamte gemeinsame Werk (die Kurzgeschichtensammlung), während jede einzelne Kurzgeschichte (sowie etwaige einleitende Essays) als Einfügungen gelten (wenn jemand das US-Urheberrecht an diesen Schriften besitzt, der nicht Rechteinhaber des Hauptwerkes ist). Siehe Absatz 1.111 des Vergleichstextes für eine vollständige Definition des Begriffs „Hauptwerk".

- Je nach der Anzahl von Hauptwerken und Einfügungen, die die Grundlage von Ansprüchen der Rechteinhaber bilden, verteilt die Registrierstelle, wenn der gesamte verteilte Betrag an diese Rechteinhaber weniger als 45 Millionen USD beträgt, den Restbetrag an diese Rechteinhaber bis zu einer Höchstsumme von 300 die RegistrierstelleUSD pro Hauptwerk, 75 USD pro ganzer Einfügung und 25 USD pro Teileinfügung. Alle danach übrig gebliebenen Gelder werden gemäß dem weiter unten besprochenen Verteilungsplan verteilt.

- Wenn mehr als 45 Millionen USD erforderlich sind, um alle berechtigten Ansprüche auf Bartantiemen zu befriedigen, stellt Google die Summen bereit, die zur Zahlung aller dieser Bartantiemen erforderlich sind.

Die Kläger sind der Ansicht, dass Rechteinhaber von Büchern und Einfügungen, die Google bis zum 5. Mai 2009 einschließlich ohne Genehmigung digitalisierte, Anspruch auf Bartantiemen haben, weil sie einen Zusatzanspruch besitzen, den andere Rechteinhaber nicht haben, d. h. einen Anspruch auf Schadenersatz für die Urheberrechtsverletzungen, der in der Klage beantragt wird. Gemäß dem Vergleich können andere Rechteinhaber Google anweisen, ihre Bücher nicht zu digitalisieren, aber Rechteinhaber, deren Bücher und Einfügungen schon digitalisiert wurden, besitzen diese Möglichkeit nicht. Die Kläger gehen davon aus, dass die Bartantiemen ein

11

fairer und gerechter Ausgleich dafür sind, dass diese Rechteinhaber auf ihre sich aus der nicht genehmigten Digitalisierung ergebenden Ansprüche gegen Google verzichten.

**Um Bartantiemen für schon digitalisierte Bücher und Einfügungen zu erhalten, müssen Sie das Claim Form spätestens bis zum 5. Januar 2010 ausfüllen.**

### D. Gehostete Version eines Buches für Rechteinhaber

Auf Anforderung der Rechteinhaber stellt Google eine gehostete Version der Bücher zur Nutzung auf der Webseite der Rechteinhaber zur Verfügung. Absatz 3.11 des Vergleichstextes enthält weitere Details dazu.

### E. Zeitplan für die Vergleichsleistungen

Es wird erhebliche Zeit dauern, die nach dem Vergleich genehmigten gewerblichen Nutzungsrechte umzusetzen, die Entscheidungen der Rechteinhaber über ihre Bücher und Einfügungen umzusetzen und Bartantiemen zu zahlen. Die gewerblichen Nutzungsrechte und andere in dieser Mitteilung genannte Vergleichsleistungen werden nicht vor dem Tag des Inkrafttretens umgesetzt, und danach verstreicht weitere Zeit mit der Einrichtung der Registrierstelle und der Klärung von Rechten, sodass die tatsächlichen Rechteinhaber ihre fälligen und die ihnen geschuldeten Leistungen erhalten. Seien Sie bitte geduldig, und besuchen Sie regelmäßig die Settlement Website http://www.googlebooksettlement.com/intl/de/, um auf dem neuesten Stand zu bleiben.

## 9. Welche Rechte haben Rechteinhaber an ihren Büchern und Einfügungen?

In Verfolg des GLP digitalisierte Google Bücher aus teilnehmenden Bibliotheken und anderen Quellen und digitalisiert diese Bücher auch weiterhin. Google entwickelte eine durchsuchbare elektronische Datenbank mit vielen Millionen Büchern (sowie gemeinfreien Büchern und staatseigenen Werken). Der Vergleich sieht vor, dass Google Abonnements dieser Datenbank und Verbrauchern auch den Online-Zugriff auf einzelne Bücher verkaufen kann. Außerdem erhält Google Einnahmen aus der Werbung auf Webseiten, die einem einzigen Buch gewidmet sind. Wie in Punkt 8 (A) beschrieben, werden diese Einnahmen im Verhältnis 63 % zu 37 % zwischen den Rechteinhabern und Google geteilt. Im Folgenden werden die Google gewährte Nutzungsrechte an Büchern und Einfügungen und die korrespondierenden Verwertungsrechte der Rechteinhaber zusammengefasst. **Die vollständige Beschreibung aller Rechte und Pflichten ist im Vergleichstext enthalten, der unter http://www.googlebooksettlement.com/intl/de/agreement.html abrufbar bzw. vom Settlement Administrator beziehbar ist.**

### A. Die Klassifizierung von Büchern als „gewerblich erhältlich" bzw. „nicht gewerblich erhältlich" und als „lieferbar" bzw. „vergriffen"

Der Vergleich sieht vor, dass alle Bücher mit Stand vom 5. Januar 2005 entweder als gewerblich erhältlich („commercially available") oder als nicht gewerblich erhältlich („not commercially available") klassifiziert werden. Google klassifiziert jedes Buch anfänglich als „gewerblich erhältlich", wenn Google feststellt, dass der Rechteinhaber bzw. der vom Rechteinhaber benannte Agent (z. B. ein literarischer Agent oder Verleger) zurzeit (d. h. zum Zeitpunkt, an dem Google die anfängliche Feststellung trifft) das Buch zum Verkauf durch einen oder mehrere übliche Handelskanäle in den USA anbietet.

Diese Klassifizierung erfüllt zwei Zwecke:

- Google hat die Nutzungsrechte für Display-Uses an allen Büchern, die als „nicht gewerblich erhältlich" gelten. Die Rechteinhaber dieser Bücher haben jedoch bis zum 5. April 2011 einschließlich das Recht, deren Löschung aus der GLP zu verlangen bzw. jederzeit einige Arten der Nutzung des Angezeigten oder alle zu untersagen. Google besitzt nicht das Recht, alle Arten von Display-Uses bei gewerblich erhältlichen Büchern auszuüben, es sei denn, dass der Rechteinhaber Google Google das Nutzungsrecht an dem Buch für einen oder mehrere Display-Uses übertragen hat; der Rechteinhaber hat bis zum 5. April 2011 einschließlich das Recht, Google die Nutzung des Buches in allen Spielarten zu untersagen. Nach dem 5. April 2011

eingehende Anträge auf Löschung des Buches werden nur beachtet, wenn das betreffende Buch zum Zeitpunkt des Eingangs des Antrags noch nicht digitalisiert ist.

- In der Beziehung zwischen Autoren und Verlegern wird ein gewerblich erhältliches Buch mutmaßlich als „lieferbar" und ein nicht gewerblich erhältliches Buch mutmaßlich als „vergriffen" bezeichnet. Die Klassifizierung eines Buches als „lieferbar" oder „vergriffen" hat bestimmte wichtige Folgen, wie unten beschrieben. **Die Verwendung der Begriffe „lieferbar" und „vergriffen" erfolgt in dieser Mitteilung der Einfachheit halber und im Sinne des Vergleiches bzw. im Hinblick auf die Zahlungen von Google für die Nutzungsrechte an den Büchern; sie wirkt sich nicht auf die Verwendung der Begriffe in der Branche bzw. in Verträgen zwischen Autoren und Verlegern aus.** Potenziell können zwei Rechteinhaber mit US-Urheberrechten am selben Buch (z. B sowohl der Autor als auch der Verleger) nicht zustimmen, ob ein Buch, für Zwecke dieses Vergleiches, lieferbaren oder „vergriffen oder im Handel nicht erhältlich" ist. In der Beziehung zwischen Autoren und Verlegern ist geregelt, wie solche Streitigkeiten beizulegen sind, und präzise definiert, was die Begriffe „lieferbar" und „vergriffen" beinhalten. Siehe Punkt 10 bzgl. weiterer Details der Beziehung zwischen Autoren und Verlegern.

Rechteinhaber und Registrierstelle haben das Recht, die anfängliche Klassifizierung von Google eines Buches als „gewerblich erhältlich" bzw. „nicht gewerblich erhältlich" anzufechten. Jegliche Rechtsstreitigkeiten mit Google über die ordentliche Klassifizierung von Büchern werden durch das in Punkt 9 (M) ausgeführte Streitbeilegungsverfahren geregelt.

**Um herauszufinden, ob Ihr Buch anfänglich als „gewerblich erhältlich" oder „nicht gewerblich erhältlich" festgelegt wurde, besuchen Sie bitte http://www.googlebooksettlement.com/intl/de/, oder setzen Sie sich mit dem Settlement Administrator in Verbindung.**

### B.   Vergriffene Bücher

Der Vergleich erteilt Google das Nutzungsrecht in Form von Display-Uses und Non-Display-Uses an allen vergriffenen Büchern für den Zeitraum, über den jeweils das US-Urheberrecht an diesen Büchern gilt, ohne dass die Rechteinhaber eingreifen können, ES SEI DENN, DASS die Rechteinhaber an den Büchern Google anweisen, sie nicht zu nutzen. Ein Rechteinhaber, der Google entsprechend anweist, kann Google später entsprechende Nutzungsrechte am ganzen bzw. an einem Teil des jeweiligen Buches zugestehen. Display-Uses werden in Punkt 9 (F) und Non-Display-Uses in Punkt 9 (G) beschrieben. Weitere Informationen über das Löschen von Büchern erhalten Sie unter Punkt 9 (D).

Schließen Rechteinhaber ein nicht gewerblich erhältliches Buch von der Nutzung für institutionelle Abonnements (siehe Punkt 9 (F) (1) (a)) aus, dann wird das Buch auch von Verkäufen an einzelne Verbraucher ausgeschlossen. Außerdem haben Rechteinhaber, die ein Buch von der Nutzung für das institutionelle Abonnement ausschließen, kein Recht auf die Einbeziehungsgebühr (Einzelheiten siehe unter Punkt 9 (K)).

In der Beziehung zwischen Autoren und Verlegern ist geregelt, dass die Autoren bzw. aus gutem Grund auch die Verleger von vergriffenen Büchern (außer Büchern, deren Rechte an den Autor zurückgefallen sind, „vom Autor kontrollierte" Bücher und Auftragsarbeiten) Bücher von einer oder mehreren Display-Uses ausschließen können. Siehe die Zusammenfassung der Beziehung zwischen Autoren und Verlegern in Punkt 10.

**Um am Vergleich teilnehmen, Leistungen für die Nutzung Ihrer vergriffenen Bücher im Rahmen des GLP erhalten und Ihre Bücher von einer oder mehreren Display Uses ausschließen zu können, müssen Sie das Claim Form ausfüllen. Für den Ausschluss Ihrer Bücher von bestimmten Display Uses gibt es keine Frist, und Sie können Ihre Entscheidung zum Ausschluss jederzeit ändern.**

### C. Lieferbare Bücher

Der Vergleich sieht vor, dass Google keine Nutzungsrechte für lieferbare Bücher besitzt, ES SEI DENN, DASS die Rechteinhaber von Büchern Google Nutzungsrechte im Hinblick auf die Einbeziehung dieser Bücher in die Display-Uses erteilen. Entscheidet sich ein Rechteinhaber dafür, die Display-Uses zu genehmigen, unterliegt das Buch den vom Vergleich vorgesehenen wirtschaftlichen Bedingungen; jedoch kann ein Rechteinhaber unter Umständen über das Partnerprogramm anders lautende Bedingungen mit Google aushandeln. Der Vergleich erteilt Google das Nutzungsrecht in Form von Non-Display-Uses an allen lieferbaren Büchern für den Zeitraum, über den jeweils das US-Urheberrecht an diesen Büchern gilt, ohne dass die Rechteinhaber eingreifen können, ES SEI DENN, DASS die Rechteinhaber an den Büchern Google das Nutzungsrecht auf ihre Bücher fristgerecht verweigern. Weitere Informationen über das Löschen von Büchern erhalten Sie unter Punkt 9 (D). Non-Display-Uses werden in Punkt 9 (G) beschrieben.

Die Beziehung zwischen Autoren und Verlegern legt fest, dass sowohl der Autor als auch der Verleger eines lieferbaren Buches (außer von Auftragsarbeiten) sich mit der Vergabe von Nutzungsrechten im Hinblick auf Display-Uses einverstanden erklären müssen. Siehe die Zusammenfassung der Beziehung zwischen Autoren und Verlegern in Punkt 10.

**Um einen oder mehrere Display-Uses für Ihre lieferbaren Bücher im GLP zu genehmigen, müssen Sie das Claim Form ausfüllen. Nachdem Sie Google Nutzungsrechte für Display-Uses Ihrer lieferbaren Bücher erteilt haben,, können Sie diese Anweisungen jederzeit ändern.**

### D. Vollständige Löschung von Büchern

Rechteinhaber sind berechtigt, ihre Bücher löschen zu lassen, d. h. zu verlangen, dass die Digitalexemplare dieser Bücher von allen Servern und Quellen gelöscht werden, die Google bzw. die vollständig teilnehmenden Bibliotheken nutzen können. Löschanweisungen müssen spätestens am 5. April 2011 einschließlich eingehen. Danach eingehende Löschanweisungen werden nur beachtet, wenn das Buch zum Zeitpunkt ihres Eingangs noch nicht digitalisiert ist.

Beachten Sie, dass jede vollständig teilnehmende Bibliothek Bücher in gewisser Weise nutzen kann, die Teil ihrer digitalen Bibliothekskopie sind (siehe Punkt 9 (I) weiter unten). Rechteinhaber können ihre Bücher von der gesamten Nutzung ausschließen, wenn sie rechtzeitig ihre Bücher löschen lassen.

Eine Löschanweisung bedeutet nicht, dass Google bzw. eine vollständig teilnehmende Bibliothek Sicherungsbänder oder andere Speichermedien vernichten muss, die Kopien von anderweitig gelöschten Büchern enthalten können. **Ein Rechteinhaber kann seine Rechte auf die Geltendmachung von Ansprüchen gegenüber Google und die vollständig teilnehmenden Bibliotheken auf die Aufbewahrung von gelöschten Büchern auf Sicherungsbändern bzw. anderen Speichermedien nur wahren, wenn er aus der Vergleichsgruppe austritt. Punkt 15 informiert Sie darüber, wie Sie aus der Vergleichsgruppe austreten können.**

Selbst wenn ein Rechteinhaber ein Buch löschen lässt, kann er Google unter Umständen später kontaktieren und versuchen, einen eigenen Vertrag über die Einbeziehung des Buches in das Partnerprogramm auszuhandeln.

**Wenn Sie am Vergleich teilnehmen, aber Ihre Bücher löschen lassen möchten, müssen Sie das Claim Form spätestens bis zum 5. April 2011 ausfüllen. Danach wird Google Anweisungen, nicht zu digitalisieren, nur noch beachten, wenn das betreffende Buch am Tag der Anweisung noch nicht digitalisiert ist.**

### E. Einfügungen

Die Inhaber von Rechten an Einfügung haben das Recht, Einfügungen von allen Display Uses auszuschließen, können sie aber nicht nur von einigen Display Uses auszuschließen. Dieses Recht ist auf die

14

Einfügung selbst beschränkt und betrifft keine anderen Teile eines Buches, keine staatseigenen Werke und keine gemeinfreien Bücher, die die Einfügung enthalten.

**Wenn Sie ein US-Urheberrecht an einer Einfügung besitzen und Ihre Rechte an der Einfügung registrieren lassen möchten, müssen Sie das Claim Form ausfüllen.**

Wenn Google die Bücher, staatseigenen Werke oder gemeinfreien Bücher, die Ihre Einfügung enthalten, noch nicht digitalisiert hat, sucht Google nach Ihrem Inhalt, bis die Digitalisierung von Büchern für das GLP abgeschlossen ist. Findet Google einen Inhalt, bei dem es sich um ihre Einfügung in dem Buch, staatseigenen Werk oder gemeinfreien Buch zu handeln scheint, werden Sie benachrichtigt. Google fordert Sie dann auf zu bestätigen, dass der Inhalt in dem Buch, staatseigenen Werk oder gemeinfreien Buch Ihre Einfügung ist. Nach Ihrer Bestätigung steht Ihnen (1) eine Einbeziehungsgebühr gemäß dem Verteilungsplan zu (siehe Punkt 9 (K)) und (2) besitzen Sie das Recht, Ihre Einfügung von den Display-Uses auszuschließen.

Sie sind zum Erhalt einer Einbeziehungsgebühr berechtigt, wenn Sie Google das Nutzungsrecht für Ihre Einfügung im Hinblick auf die Display-Uses erteilen und wenn Sie in anderer Weise die Eignungskriterien im Claim Form erfüllen. Wenn Sie Ihre Einfügung von den Display-Uses ausschließen möchten, nachdem Sie Ihre Einbeziehungsgebühr erhalten haben, müssen Sie zunächst die Gebühr zurückerstatten.

**Wenn Sie am Vergleich teilnehmen, aber einige Ihrer Einfügungen von den Display-Uses ausschließen möchten, müssen Sie das Claim Form ausfüllen. Für den Ausschluss Ihrer Einfügungen von allen – und nicht weniger als allen – Display-Uses gibt es keine Frist, und Sie können Ihre Entscheidung zum Ausschluss jederzeit ändern.**

Die Rechteinhaber von Büchern, die von Ihnen verfasste Einfügungen enthalten, und in einigen Fällen Google können Ihren Forderung nach Ausschluss ablehnen, wenn sie ihrer Auffassung nach das gesetzliche bzw. vertragliche Recht besitzen, Ihre Einfügung als Teil eines Buches anzuzeigen. Rechtsstreitigkeiten über den Ausschluss einer Einfügung aus einem Buch werden in dem im Vergleich vorgeschriebenen Streitbeilegungsverfahren geregelt, wie in Punkt 9 (M) beschrieben. In Bezug auf Einfügungen in staatseigene Werke und gemeinfreien Büchern kann Google Ihren Antrag auf Ausschluss ihrer Einfügung aus staatseigenen bzw. gemeinfreien Büchern zurückweisen. In diesem Fall können Sie (1) Google verklagen oder (2) mit Google über das im Vergleich vorgesehene Streitbeilegungsverfahren zu einer Einigung kommen.

Gemäß dem Vergleich hat Google das Recht, Einfügungen über die Dauer des US-Urheberrechtes für jene Einfügungen für Display-Uses zu verwenden. Inhaber von Einfügung-Rechten können Einfügungen nicht „löschen" lassen. **Ein Rechteinhaber kann seine Rechte auf die Geltendmachung von Ansprüchen gegenüber Google und die vollständig teilnehmenden Bibliotheken auf die Aufbewahrung von gelöschten Einfügungen auf Sicherungsbändern bzw. anderen Speichermedien nur wahren, wenn er aus der Vergleichsgruppe austritt. Punkt 15 informiert Sie darüber, wie Sie aus der Vergleichsgruppe austreten können.**

F.  **Display-Uses**

Vorbehaltlich der Rechte des Rechteinhabers auf Ausschluss und Löschung erteilt der Vergleich Google folgende Nutzungsrechte bezüglich Display-Uses von vergriffenen Büchern und nach ausdrücklicher Genehmigung der Rechteinhaber von lieferbaren Büchern:

(1) Internet-Nutzungen: Internet-Nutzungen umfassen das Betrachten und Annotieren des ganzen Buches sowie vorbehaltlich der Beschränkung der Seitenzahl das Drucken und Kopieren bzw. Ausschneiden von Teilen des Buches. Das Folgende sind Internet-Nutzungen, für die Google die Nutzungsrechte erhält bzw. erhalten kann:

(a) Institutionelle Abonnements: Bildungeinrichtungen, Behörden, und Unternehmen können zeitlich beschränkte Abonnements (z. B. pro Semester oder pro Jahr) für ihre Studenten bzw. Mitarbeiter kaufen, damit diese den vollständigen Inhalt der institutionellen

15

Abonnementsdatenbank nutzen können. Google darf auch auf Fachgebiete beschränkte Abonnements anbieten. Die Preiskalkulation des institutionellen Abonnements kann sich mit der Zeit ändern, auch um Erweiterungen der institutionellen Abonnementsdatenbank Rechnung zu tragen. Informationen darüber, wie Abonnements kalkuliert werden, finden sich in Absatz 4.1 des Vergleichstextes.

(b) <u>Verbraucherkäufe</u>: Einzelne Benutzer können das Recht auf den Online-Zugriff auf einzelne Bücher kaufen. Rechteinhaber haben zwei Möglichkeiten, um den Verkaufspreis für ihre Bücher festzulegen: Sie können den Preis selbst festlegen, oder Sie können Google den Preis auf Basis einer Mehrfaktorenformel festlegen lassen, die darauf angelegt ist, die Einnahmen aus dem Verkauf des Buches zu maximieren („vergleichskontrollierter Preis").

(c) <u>Zugriff der Öffentlichkeit in Bibliotheken und anderswo</u>: Google richtet auf Anfrage kostenlose „öffentliche Zugriffspunkte", d. h. Computerterminale in allen öffentlichen Bibliotheken und in vorher festgelegter Anzahl Computerterminale in gemeinnützigen Fachhochschulen und Universitäten in den USA ein. Mit dem öffentlichen Zugriffspunkt bietet Google den gleichen Zugang zu Büchern wie im institutionellen Abonnement, außer dass die Nutzer nicht Teile eines Buches kopieren bzw. einfügen oder annotieren können. In öffentlichen Bibliotheken, die für den Druck Gebühren verlangen können, und in allen Fachhochschulen und Universitätsbibliotheken können Nutzer Buchseiten auf Basis einer Gebühr pro Seite ausdrucken. Nach erfolgter Genehmigung der Registrierstelle können öffentliche Zugriffspunkt-Terminale für eine Betrachtung und Druck pro Seite (gegen Gebühr) an kommerzielle Geschäfte, wie etwa Kopierzentren bereitgestellt werden, die diese Gebühren mit Google und dem Rechteinhaber teilen werden. Erlöse aus öffentlichen Zugriffspunkten basieren **auf Druckgebühren pro Seite,** wobei Google die Erlöse in den öffentlichen Bibliotheken und Universitätsbliotheken und Kopierzentren sammelt und 63 % dieser Erlöse im Namen der Rechteinhaber an die Registrierstelle weiterleitet.

(d) <u>Andere mögliche gewerbliche Nutzungen</u>: In Zukunft können sich Google und die Registrierstelle vereinbaren, andere Internet-Nutzungen zu entwickeln, einschließlich Verbraucherabonnements (konzeptuell ähnlich den institutionellen Abonnements), Books on-Demand (Bücher auf Abruf), maßgeschneiderte Veröffentlichungen (pro Seite berechnete Inhalte von Kursmaterialien für den Bildungs- und Ausbildungsmarkt), PDF-Downloads (Verbraucher laden PDF-Versionen von Büchern herunter) und Zusammenfassungen, Auszüge und Kompilationen von Büchern. **Rechteinhaber werden direkt oder über die Webseite der Registrierstelle über alle neuen gewerblichen Nutzungen benachrichtigt, für die Google die Rechte besitzt, und die Rechteinhaber haben die Möglichkeit, jederzeit ihre Bücher ganz oder teilweise von der Nutzung auszuschließen.**

(2) <u>Preview-Use (Vorschau-Nutzung)</u>: Als Antwort auf die Suche von Nutzern kann Google dem Nutzer gestatten, bis zu 20 % eines Buches (nicht mehr als fünf angrenzende Seiten) anzuzeigen, bevor er eine Kaufentscheidung trifft, wobei das Kopieren und Einfügen, Annotieren und Ausdrucken von Seiten aus einem Buch („Standard-Vorschau") nicht möglich ist. Bei Belletristik blockiert Google die letzten 5 % des Buches (bzw. mindestens dessen letzte fünfzehn Seiten). Außerdem darf Google bis zu 5 % bzw. fünfzehn an die vom Nutzer angeklickte Seite angrenzende Seiten anzeigen (je nachdem welcher Umfang geringer ist). Rechteinhaber können auch eine andere Vorschau-Option wählen, bei der die für die Vorschau verfügbaren Seiten fixiert sind (bis zu 10 % der Seiten des Buches, die Google auswählt bzw. die nach Entwicklung eines entsprechenden Verfahrens der Rechteinhaber auswählt) („fixierte Vorschau"). Die dem Nutzer bei der fixierten Vorschau vorgelegten Seiten hängen dann nicht von der Suche des Nutzers ab. Rechteinhaber können die Art der Vorschau für jedes Ihrer Bücher jederzeit ändern. Preview-

16

       Uses sind als Marketing-Werkzeuge konzipiert, um Verkauf von Büchern an Verbraucher zu fördern. Die Rechteinhaber erhalten auch Erlöse aus auf den vorangezeigten Seiten eingeblendeten Werbeanzeigen. Absatz 4.3 des Vergleichstextes enthält eine vollständige Beschreibung der Möglichkeiten der Preview-Uses, die den Rechteinhabern zur Verfügung stehen.

(3)     Snippets-Displays (Anzeige von Ausschnitten): Als Antwort auf die Suche von Nutzern kann Google ungefähr drei bis vier Zeilen Text aus einem Buch anzeigen (den „Snippet" bzw. „Ausschnitt"), wobei ein Nutzer sich bis zu drei Ausschnitte aus einem Buch anzeigen lassen kann. Die Rechteinhaber erhalten auch Erlöse aus auf den Webseiten mit Ausschnitten aus einem einzigen Buch eingeblendeten Werbeanzeigen.

(4)     Anzeige von bibliographischen Seiten: Google darf Nutzern Titelseite, Urheberrechtsseite, Inhaltsverzeichnis und Register von Büchern anzeigen.

**Zum Ausschluss einiger Ihrer Bücher und Einfügungen von den Display-Uses siehe Punkt 9 (B-E).**

**G.    Non-Display-Uses (Nicht-Anzeige-Nutzungen)**

Vorbehaltlich der Löschrechte der Rechteinhaber, wie in Punkt 9 (D) beschrieben, ist es Google gestattet, Bücher und Einfügungen für Non-Display-Uses zu nutzen. Non-Display-Uses sind Nutzungen, bei denen die Inhalte von Büchern der Öffentlichkeit nicht angezeigt wird. Beispiele umfassen die Anzeige bibliografischer Informationen, die Volltext-Indexierung (ohne die Anzeige von Text), die geografische Indexierung von Büchern, die algorithmische Auflistung von Schlüsselwörtern für Buchkapitel und die interne Forschung und Entwicklung bei Google. Rechteinhaber können Bücher und Einfügungen nicht von den Non-Display-Uses ausschließen.

**Sie können Google nur davon abhalten, Bücher im Sinne der Non-Display-Uses zu nutzen, wenn Sie fristgerecht einen Antrag auf Löschung der betreffenden Bücher stellen. Siehe Punkt 9 (D) oben.**

**Sie können Ihr Recht, Ansprüche gegen Google wegen Non-Display-Uses geltend zu machen, nur wahren, wenn Sie aus der Vergleichsgruppe insgesamt austreten. Punkt 15 informiert darüber, wie man aus der Vergleichsgruppe austritt.**

**H.    Werbenutzungen**

Google kann Werbeanzeigen auf Preview-Use-Seiten und auf einem einzelnen Buch gewidmeten Webseiten schalten, auch auf Seiten, die Ausschnitte, bibliografische Information und Suchergebnisse aus der Suche eines Nutzers in einem einzigen Buch anzeigen. Der Rechteinhaber von Büchern erhalten 63 % der Erlöse aus diesen Anzeigen. Google kann auch Werbeanzeigen auf anderen Google-Produkten und Dienstleistungen (z. B. Suchergebnisseiten, Google-Karten) platzieren, aber daraus erhalten Rechteinhaber von Büchern keine Erlöse.

**Die Rechteinhaber von Büchern haben das Recht, Google anzuweisen, Werbeanzeigen nicht auf den ihrem Buch gewidmeten Seiten zu schalten, aber dies gilt nicht für Seiten, die aus Suchen des Nutzers in mehreren Büchern bzw. anderen Inhalten resultieren. Um auszuschließen, dass Werbungen auf einem Ihrer Bücher gewidmeten Seiten eingeblendet werden, müssen Sie das Claim Form ausfüllen.**

**I.    Nutzungen seitens vollständig teilnehmender Bibliotheken**

Laut Vergleich darf Google jeder vollständig teilnehmenden Bibliothek eine Digitalkopie aller Bücher in ihrem Buchbestand („digitale Bibliothekskopie") zur Verfügung stellen, vorausgesetzt, dass Google eine bestimmte Anzahl von Büchern dieser Bibliothek digitalisiert. Vollständig teilnehmende Bibliotheken sind zu folgenden Nutzungen ihrer digitalen Bibliothekskopie berechtigt: (a) zur Erstellung von Kopien, mit deren Hilfe sie die digitale Bibliothekskopie aufzubewahren, verwalten und aktualisieren, (b) um Nutzern den Zugriff auf Bücher in der digitalen Bibliothekskopie zu geben, deren Körperbehinderungen ihnen die Nutzung von