genehmigten Handlungen und Unterlassungen entstehen. Ansprüche, die nach dem Tag des Inkrafttretens gegen andere Bibliotheken entstehen, werden nicht aufgegeben.

**Jedoch:**

1. Ansprüche von Gruppenmitgliedern, die fristgerecht aus der Vergleichsgruppe austreten, werden nicht aufgegeben oder durch den Vergleich beeinträchtigt.

2. Der Vergleich legt fest, dass Google und vollständig teilnehmende Bibliotheken gemäß dem Vergleich und einschlägigen Vereinbarungen zwischen Bibliotheken und Registrierstelle Nutzungsrechte für Bücher und Einfügungen erhalten und dass auf keine Ansprüche verzichtet wird, die auf Nutzung von Büchern und Einfügungen basieren, die nicht durch den Vergleichstext oder eine entsprechende Vereinbarung zwischen Bibliothek und Registrierstelle genehmigt ist.

3. Ansprüche auf Grund von Verstößen von Google und den teilnehmenden Bibliotheken gegen ihre Verpflichtungen gemäß dem Vergleichstext oder einer einschlägigen Vereinbarung zwischen Bibliotheken und Registrierstelle werden nicht aufgegeben.

4. Ansprüche auf Grund der unberechtigten, nicht dem Vergleichstext entsprechenden Nutzung von Büchern und Einfügungen werden nicht aufgegeben.

5. Ansprüche in Bezug auf die Nutzung von Einfügungen in staatseigene Werke und gemeinfreie Bücher seitens Google werden nicht aufgegeben, wenn Google einen Antrag der Rechteinhaber auf Ausschluss zurückweist. Siehe Absatz 3.5 (b) (vii) des Vergleichstextes für weitere Details.

6. Ansprüche in Bezug auf irgendwelche Handlungen und Unterlassungen nach dem 28. Oktober 2008 werden nicht aufgegeben, wenn diese nach dem Tag des Inkrafttretens entstehen und nicht durch den Vergleich gedeckt sind.

7. Ansprüche in Bezug auf die Nutzung von Digitalexemplaren durch andere Bibliotheken werden nicht aufgegeben.

8. Ansprüche in Bezug auf die Nutzung von Büchern und Einfügungen außerhalb der USA oder in Bezug auf Digitalisierungen außerhalb der USA werden nicht aufgegeben.

9. Ansprüche in Bezug auf Handlungen von Google in den USA als Antwort auf einen Antrag eines Nutzers außerhalb der USA werden nicht aufgegeben, wenn diese Antwort zur Bildschirmanzeige von Teilen eines Buches oder einer Einfügung im Land des Nutzers führt, es sei denn, dass die Anzeige rechtmäßig ist bzw. Google eine Genehmigung für diese Anzeige erhalten hat.

## DAS AUSTRETEN AUS DER VERGLEICHSGRUPPE

**14. Was tue ich, wenn ich nicht in der Vergleichsgruppe bleiben möchte?**

Wenn Sie aus der Vergleichsgruppe austreten („opt out") möchten und Ihre Rechte behalten wollen, Google und die teilnehmenden Bibliotheken zu verklagen, müssen aktiv etwas unternehmen, um aus der Vergleichsgruppe auszuscheiden. Indem Sie austreten, behalten Sie das Recht auf Einreichung Ihrer eigenen Klage gegen Google bzw. darauf, sich einer anderen Klage gegen Google auf Grund der im Vergleich behandelten Ansprüche anzuschließen.

Wenn Sie aus der Gruppe austreten, haben Sie kein Recht auf Barantiemen und auf andere Beteiligungen an den Umsatzmodellen gemäß dem Vergleich. Sie erwerben damit jedoch das Recht, Ihre eigene Klage einzureichen. Sie können auch, selbst wenn Sie aus der Gruppe austreten, zu einem späteren Zeitpunkt mit der

Registrierstelle oder Google in Verbindung treten und versuchen, einen eigenen Vertrag über die Einbeziehung Ihrer Bücher in eine im Vergleich vorgesehene Lösung auszuhandeln.

### 15. Wie scheide ich aus der Vergleichsgruppe aus?

Sie können aus der Vergleichsgruppe austreten, indem Sie:

1) http://www.googlebooksettlement.com/intl/de/ besuchen und die dortigen Anweisungen befolgen, um am oder vor dem 5. Mai 2009 auszuscheiden oder

2) Ihr Austreten schriftlich per Einschreiben (frankiert) am oder vor dem 5. Mai 2009 an den Settlement Administrator senden: Google Book Search Settlement Administrator, c/o Rust Consulting, PO Box 9364, Minneapolis, MN 55440-9364, UNITED STATES OF AMERICA. Als Einsendetag gilt der Poststempel.

Für Ihren Austritt müssen Sie keinen Grund angeben. Jedoch muss Ihre Austrittsantrag unterzeichnet sein, und – wenn Sie online austreten - von einer befugten Person aus der Untergruppe, aus der Sie austreten möchten, ausgefüllt werden (entweder aus der Untergruppe Autoren oder der Untergruppe Verleger); Ferner müssen Ihr Name und Ihre Anschrift angegeben sein, oder wenn Sie der Agent eines Autors sind, muss der Name des Mitgliedes der Untergruppe Autoren angegeben werden, in dessen Namen Sie handeln (d. h. die Person, deren Name als der Autor des Buches oder der Einfügung erscheint), sowie gegebenenfalls die Pseudonyme, unter dem der Autor schreibt. Um zu gewährleisten, dass Google klar versteht, welche Bücher und/oder Einfügungen von dem Austritt betroffen sind, geben Mitglieder der Untergruppe Verleger alle Impressums an, unter denen Sie veröffentlichen oder veröffentlicht haben, sowie die Bücher, die dem US-Urheberrecht unterliegen. Google und die Kläger bitten darum (schreiben es aber nicht vor), dass alle Mitglieder der Untergruppe Autoren und der Untergruppe Verleger folgende Angaben über die Bücher und Einfügungen machen, die dem US-Urheberrecht unterliegen: Titel, Autor, Verleger und ISBN (wenn eine ISBN vorhanden ist).

## ANFECHTUNG DES VERGLEICHES BZW. STELLUNGNAHMEN DAZU

### 16. Kann ich den Vergleich anfechten bzw. Stellungnahmen dazu abgeben?

Ja. Wenn Sie nicht aus der Gruppe austreten möchten, haben Sie das Recht, den Vergleich anzufechten bzw. Stellungnahmen abzugeben, auch gegen das Rechtskraft erlangende Urteil, das den Rechtsstreit ohne Vorbehalt zurückweist, sowie den Antrag der Untergruppe Autoren auf Anwaltshonorare und Anwaltskosten. Wenn Sie den Vergleich anfechten möchten, müssen Sie am oder vor dem 5. Mai 2009 bei Gericht eine entsprechende Erklärung Ihrer Anfechtung bzw. Ihres Standpunktes einreichen sowie die Gründe der Anfechtung mit Kopien von Belegdokumenten und Instruktionen an folgende Anschrift senden:

Office of the Clerk
J. Michael McMahon
US District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

Sie müssen auch den folgenden Anwälten eine Kopie dieser Papiere per E-Mail oder Briefpost zustellen:

| Berater für die Untergruppe Autoren: | Berater für die Untergruppe Verleger: | Berater für Google: |
|---|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA<br>bookclaims@bonizack.com | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA<br>bookclaims@debevoise.com | Daralyn J. Durie, Esq.<br>David J. Silbert, Esq.<br>Joseph C. Gratz, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>UNITED STATES OF AMERICA<br>bookclaims@kvn.com |

Sie können bei der Verhandlung persönlich erscheinen, oder wenn Sie von einem Rechtsanwalt vertreten werden, kann Ihr Rechtsanwalt persönlich erscheinen, und erklären, warum der Vergleich oder ein Teil des Vergleiches nicht genehmigt werden sollten. Sie müssen Ihre Absicht bzw. die Absicht Ihres Rechtsanwalts in der Erklärung ankündigen, die Sie bei Gericht einreichen,.

Außer wenn Sie den Vergleich nicht gemäß dieser Mitteilung anfechten, können Sie seine Bedingungen gar nicht anzufechten, auch nicht den Antrag des Anwalts der Untergruppe Autoren auf Anwaltshonorare und – kosten; Personen, die den Vergleich nicht wie vorgegeben anfechten, gelten als Personen, die auf ihr Recht auf Anfechtung verzichtet haben und sind für immer daran gehindert, den Vergleich anzufechten.

**17. Was ist der Unterschied zwischen der Anfechtung des Vergleiches und dem Austritt aus der Vergleichsgruppe?**

Sie können den Vergleich anfechten, wenn Sie Gruppenmitglied bleiben und sich dem Vergleich, wenn er genehmigt wird, unterwerfen, aber mit einem Aspekt des Vergleiches nicht übereinstimmen. Eine Anfechtung gestattet Ihnen Stellungnahmen, die vor Gericht gehört werden.

Im Gegensatz dazu bedeutet der Austritt, dass Sie nicht mehr ein Mitglied der Gruppe sind und dass Sie sich den Bedingungen des Vergleiches nicht unterwerfen wollen. Sobald Sie sich für den Austritt entscheiden, verlieren Sie jedes Recht, den Vergleich anzufechten, weil Sie von dem Vergleich nicht mehr betroffen sind.

## IHRE PROZESSVERTRETER

**18. Habe ich einen Rechtsanwalt, der meine Interessen in diesen Klagen vertritt?**

Ja. Das Gericht hat folgenden Anwaltskanzleien bestellt, um Sie und die anderen Gruppenmitglieder zu vertreten:

| Prozessvertreter für die Untergruppe Autoren | Prozessvertreter für Untergruppe Verleger: |
|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA |

**19. Wie werden die Rechtsanwälte bezahlt?**

Der Prozessvertreter für die Untergruppe Autoren beantragt, dass das Gericht den Anwälten Anwaltshonorare und Auslagen von 30 Millionen USD zuerkennt. Vorbehaltlich der Gerichtsentscheidung,

übernimmt Google diese Anwaltsgebühren und Auslagen. (Den Anwälten der Untergruppe Autoren sind zum Tag des Vergleiches etwa 140.000 USD an Auslagen entstanden.) Google zahlt diese Honorare und Auslagen zusätzlich zu den Summen zahlen, zu deren Zahlung an die Mitglieder der Untergruppen und Rechteinhaber Google sich bereits verpflichtet hat.

Der Prozessvertreter der Untergruppe Verleger haben sich verpflichtet, für Anwaltshonorare und Auslagenerstattung nicht die Mittel aus dem Vergleich der Sammelklage zu verwenden. Stattdessen wird der Prozessvertreter der Untergruppe Verleger aus der Vergleichssumme des Vergleichs zwischen Google und den Verlegern in einem verwandten Fall, *The McGraw-Hill Companies, Inc. et al. v. Google Inc.*, Case No. 05 CV 8881 (Southern District of New York), bezahlt. Die fünf Kläger in diesem Fall aus den Reihen der Verleger sind die repräsentierenden Kläger der Untergruppe im Auftrag der Untergruppe Verleger. Vorbehaltlich der Tatsache, dass der Vergleich Rechtskraft erlangt, werden sie deren separate Klage gegen Google nach dem Tag des Inkrafttretens zurückziehen. Google verpflichtet sich, 15,5 Millionen USD für den Vergleich dieser Klage zu zahlen. Der Prozessvertreter der Untergruppe Verleger erhält seine Honorare und Auslagen aus dieser Summe, und der Rest wird von der Association of American Publishers zur Gründung eines Fonds verwendet, der den Interessen sowohl der Verleger als auch der Autoren dienen soll. Die Nutzung des restlichen Kapitals unterliegt der vorherigen Genehmigung einer Mehrheit des Vorstandes der Registrierstelle, wobei diese Mehrheit mindestens einen Vertreter der Autoren und einen der Verleger im Vorstand einschließen muss.

### 20.  Sollte ich mir einen eigenen Rechtsanwalt nehmen?

Sie brauchen keinen eigenen Rechtsanwalt zu beauftragen, aber wenn Sie wollen, dass Ihr eigener Rechtsanwalt vor Gericht für Sie spricht und erscheint, müssen Sie eine Absichtserklärung zu Ihrem Erscheinen abgeben („Notice of Intent to Appear"). Im Punkt 23 ist erklärt, wie man diese Erklärung seiner Absicht zu erscheinen einreicht. Wenn Sie einen Rechtsanwalt beauftragen, der für Sie in dem Prozess erscheint, müssen Sie die Kosten für diesen Rechtsanwalt selbst zahlen.

## DIE LETZTE GENEHMIGUNGSANHÖRUNG DES GERICHTS

### 21.  Wann und wo entscheidet das Gericht, ob es den Vergleich genehmigt?

Das Gericht hält am 11. Juni 2009 um 13.00 Uhr EDT im Gerichtssaal 14C des United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007 eine Fairness-Anhörung ab, um zu entscheiden, ob der Vergleich fair, angemessen und vernünftig ist. Nach der Fairness-Anhörung entscheidet das Gericht, ob es den Vergleich genehmigt und dem Antrag auf Anwaltshonorare und Auslagen zustimmt. Wenn Stellungnahmen eingegangen sind oder der Vergleich angefochten wird, geht das Gericht zu diesem Zeitpunkt darauf ein.

Das Gericht kann Uhrzeit und Tag der Anhörung ohne weitere Mitteilung ändern. **Wenn Sie am Vergleich teilnehmen möchten, ist es nicht erforderlich, zurzeit irgendetwas zu unternehmen.**

### 22.  Muss ich der Fairness-Anhörung beiwohnen?

Nein. Ihre Anwesenheit ist nicht erforderlich. Der Leitanwalt ist bereit, die Fragen des Gerichtes in Ihrem Interesse zu beantworten. Wenn Sie oder Ihr eigener Rechtsanwalt der Fairness-Anhörung beiwohnen möchten, können Sie dies auf eigene Kosten tun.

### 23.  Kann ich bei der Fairness-Anhörung sprechen?

Ja. Sie können bei der Fairness-Anhörung sprechen oder Ihren eigenen Rechtsanwalt für sich sprechen lassen. In diesem Fall reichen Sie bei Gericht vorher eine „Notice of Intent to Appear", d. h. eine Erklärung Ihrer Erscheinungsabsicht ein. Auf dieser Absichtserklärung geben Sie Namen und Nummer dieser Klage an (*The Authors Guild, Inc., et al. v. Google Inc.*, No. 05 CV 8136), und Sie geben an, dass Sie während der Fairness-Anhörung sprechen möchten. Die Erklärung muss auch Ihren Namen, Anschrift, Telefonnummer und Unterschrift

sowie den Namen und die Anschrift Ihres Rechtsanwalts enthalten, wenn ein Rechtsanwalt für Sie erscheint. Sie können nicht während der Fairness-Anhörung sprechen, wenn Sie aus der Vergleichsgruppe austreten. Ihre Erklärung Ihrer Erscheinungsabsicht **muss** das Gericht am oder vor dem 5. Mai 2009 erreichen:

> Office of the Clerk
> J. Michael McMahon
> US District Court for the Southern District of New York
> 500 Pearl Street
> New York, New York 10007
> UNITED STATES OF AMERICA

Kopien der Erklärung Ihrer Erscheinungsabsicht müssen per E-Mail oder per Post frankiert am oder vor dem 5. Mai 2009 folgenden Anwaltskanzleien zugestellt werden:

| Prozessvertreter für die Untergruppe Autoren: | Prozessvertreter für die Untergruppe Verleger: | Prozessvertreter für Google: |
|---|---|---|
| Michael J. Boni, Esq. | Jeffrey P. Cunard, Esq. | Daralyn J. Durie, Esq. |
| Joanne Zack, Esq. | Bruce P. Keller, Esq. | David J. Silbert, Esq. |
| Joshua Snyder, Esq. | Debevoise & Plimpton LLP | Joseph C. Gratz, Esq. |
| Boni & Zack LLC | 919 Third Avenue | Keker & Van Nest LLP |
| 15 St. Asaphs Road | New York, NY 10022 | 710 Sansome Street |
| Bala Cynwyd, PA 19004 | UNITED STATES OF AMERICA | San Francisco, CA 94111 |
| UNITED STATES OF AMERICA | bookclaims@debevoise.com | UNITED STATES OF AMERICA |
| bookclaims@bonizack.com | | bookclaims@kvn.com |

## WEITERE INFORMATIONEN

### 24. Wo erhalte ich weitere Informationen?

Der Vergleich, seine Anhänge und die sonstige rechtserhebliche Dokumente, die dem Gericht in dieser Klage vorgelegen haben, enthalten weitere Informationen über den Vergleich. Sie können diese rechtserheblichen Dokumente während der üblichen Bürozeiten einsehen und kopieren: Office of the Clerk, J. Michael McMahon, US District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. Diese Dokumente sind auch auf der Settlement Website http://www.googlebooksettlement.com/intl/de/ erhältlich.

Außerdem können Sie bei Fragen zum Prozess bzw. zu dieser Mitteilung folgendermaßen Auskünfte einholen:

- auf der Settlement Website http://www.googlebooksettlement.com/intl/de/

- auf der Website der Authors Guild unter http://www.authorsguild.org bzw. des US-Verlegerverbandes unter http://www.publishers.org

- telefonisch unter der Nummer am Ende dieser Mitteilung

- schriftlich an:

  > Settlement Administrator Google Booksearch
  > c/o Rust Consulting, Inc.
  > PO Box 9364
  > Minneapolis, Minnesota 55440-9364
  > UNITED STATES OF AMERICA

Wenn Sie Ihre Anschrift ändern bzw. diese Mitteilung nicht an Ihre richtige Anschrift versandt wird, sollten Sie den Settlement Administrator benachrichtigen. Wenn der Settlement Administrator Ihre richtige

Anschrift nicht hat, erhalten Sie möglicherweise Ihre Ihnen im Vergleich zugesprochenen Leistungen nicht und werden nicht über wichtige Entwicklungen auf dem Laufenden gehalten.

## ANHANG: TELEFONNUMMERN DES SETTLEMENT ADMINISTRATOR

Vollständige Informationen über den Vergleich und das Claim Form können Sie unter http://www.googlebooksettlement.com/intl/de/ abrufen. Gruppenmitglieder können sich helfen lassen und Fragen über diese Website stellen.

Gruppenmitglieder, die keinen Zugriff zur Website haben oder die zusätzliche Hilfe benötigen, sollten sich mit dem Settlement Administrator in Verbindung setzen; die in Ihrem Land geltende Telefonnummer ist auf den folgenden Seiten angegeben. Wo möglich, sind diese Telefonnummern gebührenfrei. In Ländern, in denen es keine gebührenfreien Telefonnummern gibt, wählen Sie die internationale Nummer (+1 (612) 359-8600); auf Wunsch ruft der Settlement Administrator Sie zurück.

| Land | Telefonnummer |
|---|---|
| Ägypten | Gebührenfrei 2510 0200 (auf das Freizeichen warten) 888.839.1909 (Kairo); gebührenfrei 02 2510 0200 (auf das Freizeichen warten) 888.839.1909 |
| Albanien | Gebührenfrei 00 800 0010 (auf das Freizeichen warten) 888.839.1909 |
| Algerien | 00 1.612.359.8600 |
| Andorra | 00 1.612.359.8600 |
| Angola | Gebührenfrei 808 000 011 (auf das Freizeichen warten) 888.839.1909 |
| Anguilla | Gebührenfrei 1.888.839.1909 |
| Antigua und Barbuda | Gebührenfrei 1.800.988.7132 |
| Äquatorialguinea | 00 1.612.359.8600 |
| Argentinien | Gebührenfrei 0800.666.1520 |
| Armenien | Gebührenfrei 0 800 10 111 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Aruba | 00 1.612.359.8600 |
| Aserbaidschan | 00 1.612.359.8600 |
| Australien | Gebührenfrei 1.800.669.201 |
| Bahamas | Gebührenfrei 1.888.762.3775 |
| Bahrain | Gebührenfrei 800.19.908 |
| Bangladesch | Gebührenfrei 157 0011 (auf das Freizeichen warten) 888.839.1909; oder 00 1.612.359.8600 |
| Barbados | Gebührenfrei 1.800.988.7146 |
| Belarus | Gebührenfrei 8 (auf das Freizeichen warten) 800 101 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Belgien | Gebührenfrei 00 800 8000 3300 |
| Belize | Gebührenfrei 811 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Benin | Gebührenfrei 102 (auf das Freizeichen warten) 888.839.1909 |
| Bermuda | Gebührenfrei 1.800.988.7139 |
| Bolivien | Gebührenfrei 800.10.0675 |
| Bosnien und Herzegowina | Gebührenfrei 00 800 0010 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Botsuana | 00 1.612.359.8600 |
| Brasilien | Gebührenfrei 0800.891.7626 |
| Britische Jungferninseln | Gebührenfrei 1.800.988.7149 |
| Brunei Darussalam | Gebührenfrei 800 1111(auf das Freizeichen warten) 888.839.1909 |
| Bulgarien | Gebührenfrei 00 800 8000 3300 |
| Burkina Faso | 00 1.612.359.8600 |
| Burundi | 00 1.612.359.8600 |

| Land | Telefonnummer |
|---|---|
| Chile | Gebührenfrei 1230.020.9265 |
| China | Gebührenfrei 00 800 8000 3300 |
| Cookinseln | Gebührenfrei 09 111 (auf das Freizeichen warten) 888.839.1909 |
| Costa Rica | Gebührenfrei 0800.044.0102 |
| Cote d'Ivoire | 00 1.612.359.8600 |
| Dänemark | Gebührenfrei 00 800 8000 3300 |
| Demokratische Republik Kongo | 00 1.612.359.8600 |
| Deutschland | Gebührenfrei 00 800 8000 3300 |
| Dominica | Gebührenfrei 1.800.988.7130 |
| Dominikanische Republik | Gebührenfrei 1.888.751.8874 |
| Dschibuti | 00 1.612.359.8600 |
| Ecuador | Gebührenfrei 1.800.010.575 |
| El Salvador | Gebührenfrei 800.6599 |
| Estland | Gebührenfrei 00 800 8000 3300 |
| Falklandinseln | 00 1.612.359.8600 |
| Färöer-Inseln | 00 1.612.359.8600 |
| Fidschi | Gebührenfrei 004 890 1001 (auf das Freizeichen warten) 888.839.1909 |
| Finnland | Gebührenfrei 00 800 8000 3300 |
| Frankreich | Gebührenfrei 00 800 8000 3300 |
| Französisch-Guyana | Gebührenfrei 0800 99 0011(auf das Freizeichen warten) 888.839.1909 |
| Französisch-Polynesien | 00 1.612.359.8600 |
| Gabun | 00 1.612.359.8600 |
| Gambia | 00 1.612.359.8600 |
| Georgien | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Ghana | Gebührenfrei 0191 (auf das Freizeichen warten) 888.839.1909 |
| Gibraltar | Gebührenfrei 8800 (auf das Freizeichen warten) 888.839.1909 |
| Grenada | Gebührenfrei 1.800.988.7159 |
| Griechenland | Gebührenfrei 00.8004.414.6186 |
| Grönland | 00 1.612.359.8600 |
| Guadeloupe | 00 1.612.359.8600 |
| Guam | Gebührenfrei 1.888.356.0248 |
| Guatemala | Gebührenfrei 138 120 (auf das Freizeichen warten) 888.839.1909; oder gebührenfrei 999 91 90 (auf das Freizeichen warten) 888.839.1909 |
| Guinea | 00 1.612.359.8600 |
| Guinea-Bissau | 00 1.612.359.8600 |
| Guyana | Gebührenfrei 159 (auf das Freizeichen warten) 888.839.1909 |
| Haiti | Gebührenfrei 183 (auf das Freizeichen warten) 888.839.1909 (Englisch); oder gebührenfrei 181 (auf das Freizeichen warten) 888.839.1909 (Kreolisch) |

| Land | Telefonnummer |
|---|---|
| Honduras | Gebührenfrei 800 0123 (auf das Freizeichen warten) 888.839.1909 |
| Hongkong | Gebührenfrei 3071.5077 |
| Indien | Gebührenfrei 000.800.440.1709 |
| Indonesien | Gebührenfrei 001.803.017.7714 |
| Irland | Gebührenfrei 00 800 8000 3300 |
| Island | Gebührenfrei 00 800 8000 3300 |
| Isle of Man | +1.612.359.8600 |
| Israel | Gebührenfrei 00 800 8000 3300 |
| Italien | Gebührenfrei 00 800 8000 3300 |
| Jamaika | Gebührenfrei 1.800.988.7135 |
| Japan | Gebührenfrei 0120.948.079 |
| Jemen | 00 1.612.359.8600 |
| Jordanien | Gebührenfrei 18 800 000 (auf das Freizeichen warten) 888.839.1909 |
| Kaiman-Inseln | Gebührenfrei 1.800.988.7151 |
| Kambodscha | Gebührenfrei 1 800 881 001 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 001 1.612.359.8600 |
| Kamerun | 00 1.612.359.8600 |
| Kanada | Gebührenfrei 1.888.356.0248 |
| Kanalinseln Jersey und Guernsey | +1.612.359.8600 |
| Kap Verde | 0 1.612.359.8600 |
| Kasachstan | Gebührenfrei 8 (auf das Freizeichen warten) 800 121 4321 (auf das Freizeichen warten) 888.839.1909 |
| Katar | 00 1.612.359.8600 |
| Kenia | 000 1.612.359.8600 |
| Kirgisistan | 00 1.612.359.8600 |
| Kiribati | 00 1.612.359.8600 |
| Kolumbien | Gebührenfrei 01800.700.2137 |
| Komoren | 00 1.612.359.8600 |
| Kroatien | Gebührenfrei 0800.222.460 |
| Kuwait | 00 1.612.359.8600 |
| Laos | 00 1.612.359.8600 |
| Lesotho | 00 1.612.359.8600 |
| Lettland | Gebührenfrei 00 800 8000 3300 |
| Libanon | 00 1.612.359.8600 |
| Liberia | 00 1.612.359.8600 |
| Libyen | 00 1.612.359.8600 |
| Liechtenstein | 00 1.612.359.8600 |
| Litauen | Gebührenfrei 00 800 8000 3300 |
| Luxemburg | Gebührenfrei 00 800 8000 3300 |
| Macau | Gebührenfrei 0800 111 (auf das Freizeichen warten) 888.839.1909 |
| Madagaskar | 00 1.612.359.8600 |
| Malawi | 00 1.612.359.8600 |
| Malaysia | Gebührenfrei 1.800.88.0895 |
| Malediven | 00 1.612.359.8600 |
| Mali | 00 1.612.359.8600 |
| Malta | Gebührenfrei 00 800 8000 3300 |
| Marokko | Gebührenfrei 002 11 0011 (auf das Freizeichen warten) 888.839.1909 |
| Marshallinseln | 011 1.612.359.8600 |
| Martinique | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| Mauretanien | 00 1.612.359.8600 |
| Mauritius | Gebührenfrei 802.044.0053 |
| Mayotte | 00 1.612.359.8600 |
| Mazedonien | Gebührenfrei 0 8000 4288 (auf das Freizeichen warten) 888.839.1909 |
| Mexiko | Gebührenfrei 01.800.681.1853 |
| Mikronesien | Gebührenfrei 288 (auf das Freizeichen warten) 888.839.1909 |
| Moldawien (Moldau) | 00 1.612.359.8600 |
| Monaco | Gebührenfrei 800.93412 |
| Mongolei | 001 1.612.359.8600 |
| Montenegro | 00 1.612.359.8600 |
| Montserrat | Gebührenfrei 1.888.839.1909 |
| Mosambik | 00 1.612.359.8600 |
| Namibia | 00 1.612.359.8600 |
| Nauru | 00 1.612.359.8600 |
| Neukaledonien | 00 1.612.359.8600 |
| Neuseeland | Gebührenfrei 0800.447.916 |
| Nicaragua | Gebührenfrei 1 800 0164 (auf das Freizeichen warten) 888.839.1909 |
| Niederlande | Gebührenfrei 00 800 8000 3300 |
| Niederländische Antillen | Gebührenfrei 1.888.839.1909 |
| Niger | 00 1.612.359.8600 |
| Nigeria | 009 1.612.359.8600 |
| Niue | 00 1.612.359.8600 |
| Nördliche Marianen | 1.612.359.8600 |
| Norwegen | Gebührenfrei 00 800 8000 3300 |
| Oman | 00 1.612.359.8600 |
| Österreich | Gebührenfrei 00 800 8000 3300 |
| Pakistan | Gebührenfrei 00800.900.44023 |
| Palästinensische Gebiete | 00 1.612.359.8600 |
| Palau | 011 1.612.359.8600 |
| Panama | Gebührenfrei 00.1.800.203.1978 |
| Papua-Neuguinea | 05 1.612.359.8600 |
| Paraguay | 002 1.612.359.8600 |
| Peru | Gebührenfrei 0800.54026 |
| Philippinen | Gebührenfrei 1.800.1.441.0425 |
| Polen | Gebührenfrei 00 800 8000 3300 |
| Portugal | Gebührenfrei 00 800 8000 3300 |
| Puerto Rico | Gebührenfrei 1.888.356.0248 |
| Republik Kongo | 00 1.612.359.8600 |
| Réunion | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| Ruanda | 00 1.612.359.8600 |
| Rumänien | Gebührenfrei 08008.94930 |

| Land | Telefonnummer |
|---|---|
| Russische Föderation | Gebührenfrei 8 10 (auf das Freizeichen warten) 800 8000 3300 (Moscow); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Sambia | Gebührenfrei 00 899 (auf das Freizeichen warten) 888.839.1909 |
| Samoa | 0 1.612.359.8600 |
| São Tomé und Príncipe | 00 1.612.359.8600 |
| Saudi-Arabien | Gebührenfrei 800.844.6841 |
| Schweden | Gebührenfrei 00 800 8000 3300 |
| Schweiz | Gebührenfrei 00 800 8000 3300 |
| Senegal | Gebührenfrei 800 103 073 (auf das Freizeichen warten) 888.839.1909 |
| Serbien | 00 1.612.359.8600 |
| Seychellen | 00 1.612.359.8600 |
| Sierra Leone | Gebührenfrei 1100 (auf das Freizeichen warten) 888.839.1909 |
| Simbabwe | Gebührenfrei 110 989 90 (auf das Freizeichen warten) 888.839.1909; oder Gebührenfrei 00-899 (auf das Freizeichen warten) 888-839-1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Singapur | Gebührenfrei 800.130.1602 |
| Slowakei | Gebührenfrei 00 800 8000 3300 |
| Slowenien | Gebührenfrei 0800.80419 |
| Solomon-Inseln | 00 1.612.359.8600 |
| Somalia | 00 1.612.359.8600 |
| Spanien | Gebührenfrei 00 800 8000 3300 |
| Sri Lanka | 00 1.612.359.8600 |
| St. Helena | 00 1.612.359.8600 |
| St. Kitts und Nevis | Gebührenfrei 1.800.988.7156 |
| St. Lucia | 1.612.359.8600 |
| St. Pierre und Miquelon | Gebührenfrei 0800 99 0011 (auf das Freizeichen warten) 888.839.1909 |
| St. Vincent und die Grenadinen | Gebührenfrei 1.800.988.7134 |
| Südafrika | Gebührenfrei 0.800.981.216 |
| Sudan | 00 1.612.359.8600 |
| Südkorea | Gebührenfrei 00.308.13.1762 |
| Suriname | Gebührenfrei 156 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Swasiland | 00 1.612.359.8600 |
| Syrien | Gebührenfrei 0 801 (auf das Freizeichen warten) 888.839.1909 |
| Tadschikistan | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Taiwan | Gebührenfrei 0800666907 |
| Tansania | 000 1.612.359.8600 |
| Thailand | Gebührenfrei 001.800.13.203.2853 |
| Timor-Leste | 00 1.612.359.8600 |
| Togo | 00 1.612.359.8600 |
| Tokelau | 00 1.612.359.8600 |
| Tonga | 00 1.612.359.8600 |
| Trinidad und Tobago | Gebührenfrei 1.800.205.9433 |
| Tschad | 15 1.612.359.8600 |
| Tschechische Republik | Gebührenfrei 00 800 8000 3300 |
| Tunesien | 00 1.612.359.8600 |
| Türkei | Gebührenfrei (90)212.414.2697 |
| Turkmenistan | 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Turks- und Caicos-Inseln | Gebührenfrei 0.1.888.839.1909 |
| Tuvalu | 00 1.612.359.8600 |
| Uganda | 000 1.612.359.8600 |
| Ukraine | Gebührenfrei 8 (auf das Freizeichen warten) 100 11 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| Ungarn | Gebührenfrei 00 800 8000 3300 |
| Uruguay | Gebührenfrei 000.401.902.14 |
| Usbekistan | Gebührenfrei 8 (auf das Freizeichen warten) 641 7440010 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 8 (auf das Freizeichen warten) 10 1.612.359.8600 |
| US-Jungferninseln | Gebührenfrei 1.888.356.0248 |
| Vanuatu | 00 1.612.359.8600 |
| Venezuela | Gebührenfrei 0.800.100.9129 |
| Vereinigte Arabische Emirate | Gebührenfrei 8000.441.6842 |
| Vereinigte Staaten | Gebührenfrei 1.888.356.0248 |
| Vereinigtes Königreich | Gebührenfrei 00 800 8000 3300 |
| Vietnam | Gebührenfrei 1 201 0288 (auf das Freizeichen warten) 888.839.1909 (Ort auswählen); oder 00 1.612.359.8600 |
| Wallis und Futuna | 19 1.612.359.8600 |
| Zentralafrikanische Republik | 00 1.612.359.8600 |
| Zypern | Gebührenfrei 00 800 8000 3300 |