# Exhibit G

Gerichtsbekanntmachung

**Aktualisierte zusammenfassende Mitteilung: Neuer Stichtag für das Austreten/Austritt (aus der Gruppe) ist der 4. September 2009**

# Wenn Sie ein Buchautor, Buchverleger oder eine andere Person sind, die Urheberrechte an einem Buch oder anderen Schriftstücken besitzt,

kann der Sammelklage-Vergleich Auswirkungen auf Ihre Rechte bzgl. des Scannens durch Google und bzgl. der Verwendung von Büchern und anderen Schriftstücken haben.

Personen außerhalb der Vereinigten Staaten von Amerika: Dieser Vergleich betrifft Sie möglicherweise, da es um U.S.-Urheberrechte bzgl. Büchern geht, die außerhalb den Vereinigten Staaten von Amerika veröffentlicht wurden. Wenn Sie an Urheberrechten bzgl. eines Buches oder anderer Materialien in einem Buch beteiligt sind, wird dieser Vergleich Sie verpflichten, außer, wenn Sie rechtzeitig widersprechen.

Autoren und Verleger haben eine Sammelklage eingereicht, worin sie Google beschuldigen, die Rechte von Autoren, Verlegern und anderen Urheberrechtsinhabern („Rechteinhaber") zu verletzen, indem Google urheberrechtsgeschützte Bücher und Beilagen einscannt und Auszüge davon, ohne Genehmigung, veröffentlicht. Google bestreitet diese Anklagepunkte. Die Parteien haben sich auf einen Vergleich geeinigt. Diese Zusammenfassung enthält grundlegende Informationen über den Vergleich. „Bücher" und „Beilagen" werden wie folgt beschrieben.

## Was beinhaltet der Vergleich?

Der Vergleich, sobald er vom Gericht genehmigt wird, berechtigt Google, urheberrechtlich geschützte Bücher und Beilagen in den Vereinigten Staaten von Amerika einzuscannen und eine elektronische Datenbank von Büchern zu verwalten. Bei vergriffenen Büchern und, wenn es die Rechteinhaber erlauben, auch noch erhältliche Bücher, wird Google die Möglichkeit haben, Zugriff auf einzelne Bücher und institutionelle Abonnements zur Datenbank zu verkaufen, sowie beziehen, einzublenden und die Bücher in anderer Weise kommerziell zu verwenden. Die Rechteinhaber können jederzeit, Google gegenüber, die Verwendungsweise ändern. Mittels eines Buchrechteregisters ("Register"), welches gemäß dem Vergleich eingerichtet wird, wird Google den Rechteinhabern 63% aller Einnahmen von dieser Verwendung auszahlen.

Google wird auch 34,5 Millionen Dollar zahlen, um den anfänglichen Betrieb des Registers, sowie die Bekanntmachungs- und Vergleichsverwaltungskosten zu finanzieren; und mindestens 45 Millionen Dollar werden für Rechteinhaber von Büchern und Beilagen, die Google am oder vor dem 5. Mai 2009 einscannt, für Auszahlungen bereitgestellt.

## Wen betrifft es?

Der Vergleich betrifft alle Personen weltweit, die U.S.-Urheberrechtsinteressen an einem Buch oder einer Beilage besitzen. **Die Bedeutung von „U.S.-Urheberrechtsinteressen" ist weitreichend. Unabhängig davon, wo sich Ihr Aufenthaltsort befindet, lesen Sie bitte die vollständige Bekanntmachung, um herauszufinden, ob der Vergleich Sie betrifft.**

Es gibt zwei Unter-Klassifizierungen:

- Die „*Autoren Unter-Klassifizierung*" (Autoren von Büchern und anderen Schriftstücken und deren Erben, Nachfolger und Rechtsnachfolger) und
- Die „*Verleger-Unter-Klassifizierung*" (Verleger von Büchern und Zeitschriften und deren Nachfolger und Rechtsnachfolger).

## Welche Materialien sind betroffen?

„Bücher" umfasst urheberrechtlich geschützte Werke, wie Romane, Lehrbücher, wissenschaftliche Arbeiten und andere Schriftstücke, die im Hardcopy-Format am oder vor dem 5. Januar 2009 veröffentlicht wurden. U.S.-Werke müssen im U.S. Copyright Office eingetragen sein, um von dem Vergleich betroffen zu sein. „Bücher" umfassen nicht Zeitschriften, persönliche Dokumente, Notenblätter und öffentliches Eigentum oder Regierungswerke.

„Beilagen" umfassen jeglichen Text und andere Materialien, wie etwa Vorwörter, Essays, Gedichte, Zitate, Briefe, Liedertexte, Kinderbuchillustrationen, Notenblätter, Karten und Grafiken, die unabhängig gemäß U.S.-Urheberrecht geschützt sind und Teil eines Buches, eines Regierungswerks oder eines Buches des öffentlichen Eigentums sind und am oder vor dem 5. Januar 2009 veröffentlicht wurden und, wenn es sich um U.S.-Werke handelt, beim U.S. Copyright Office alleine oder als Teil eines anderen Werkes registriert sind. Beilagen umfassen nicht Bildinhalte (außer in Kinderbuchillustrationen) oder jegliche Werke des öffentlichen Eigentums oder Regierungswerke.

Die Bekanntmachung beinhaltet eine detailliertere Beschreibung dieser Bedingungen und andere wichtige Informationen über den Vergleich.

## Was sollten Sie tun?

Lesen Sie bitte die vollständige Bekanntmachung, die unter http://www.googlebooksettlement.com verfügbar ist. Entscheiden Sie sich, ob Sie:

- Teil des Vergleichs sein möchten. Wenn dem so ist, sind Sie an die Urteile des Gerichts gebunden, einschließlich des Verzichts der Anklagepunkte gegen Google.
- Dem Vergleich widersprechen oder dazu einen Kommentar abgeben möchten. Sie müssen bis zum 4. September 2009 schriftlich widersprechen/kommentieren.
- Wahlweise aus dem Vergleich austreten und weiterhin Ihr Recht behalten, einzeln rechtlich gegen Google vorzugehen. Sie müssen bis zum 4. September 2009 schriftlich austreten.
- Einen Antrag auf Auszahlung stellen (wenn Sie dazu berechtigt sind). Sie müssen Ihren Antrag bis zum 5. Januar 2010 einreichen.

Das Gericht hat einen Sammelklage-Vertreter ernannt, der die zwei Unter-Klassifizierungen repräsentieren wird. Wenn der Vergleich genehmigt wird, wird die Sammelklagenvertretung für die Autoren-Unter-Klassifizierung Rechtsanwaltsgebühren und Ausgabenersatz verlangen, die Google gemäß Vereinbarung übernehmen wird. Sie können auch Ihren eigenen Rechtsanwalt, auf eigene Kosten, beauftragen.

Das Gericht wird den Vergleich bei einem Fairness Hearing am 7. Oktober 2009 um 10:00 Uhr entweder genehmigen oder verwerfen.

**Für vollständige Informationen, einschließlich der vollständigen Bekanntmachung:**

**Besuchen Sie:** http://www.googlebooksettlement.com   **Telefon:** +1.612.359.8600

Anschrift: Google Book Search Settlement Administrator, c/o Rust Consulting
P.O. Box 9364, Minneapolis, MN 55440-9364 UNITED STATES OF AMERICA