# Exhibit H

Avis légal

> Avis condensé mis à jour : la nouvelle date limite de retrait/d'objection est le 4 septembre 2009

## Si vous êtes l'auteur ou l'éditeur d'un livre ou si vous détenez un droit d'auteur sur un livre ou autre texte,

vos droits peuvent être affectés par le règlement d'un recours collectif concernant la numérisation et l'utilisation de livres et autres textes par Google.

**Personnes à l'extérieur des États-Unis :** ce règlement peut vous concerner, car il a trait aux intérêts dans le droit d'auteur américain sur les ouvrages publiés hors des États-Unis. Si vous avez un intérêt dans un droit d'auteur sur un livre ou sur d'autres matériaux d'un livre, ce règlement vous engagera, sauf si vous choisissez de vous retirer dans les délais.

Des auteurs et éditeurs ont intenté un procès collectif au motif que Google a violé leur droit, ainsi que celui d'autres détenteurs du droit d'auteur (« détenteurs de droits ») en numérisant des livres et hors-textes protégés par le droit d'auteur et en affichant des extraits sans autorisation. Google nie les allégations. Les parties ont convenu d'un règlement. Ce résumé fournit des informations de base sur le règlement. Les termes « Livres » et « Hors-textes » sont décrits ci-dessous.

### À quoi donne droit le règlement ?

Si le règlement est approuvé par la Cour, il autorisera Google à numériser des livres et hors-textes protégés par le droit d'auteur aux États-Unis et à conserver une base de données électronique des livres. Pour ce qui concerne les livres épuisés et si les détenteurs des droits des livres parus en librairie l'autorisent, Google pourra vendre l'accès aux livres individuels et aux abonnements des institutions à la base de données, placer des publicités sur une page quelconque consacrée à un livre et faire d'autres usages commerciaux des livres. Les détenteurs des droits pourront à tout moment modifier les instructions données à Google concernant ces usages. Par l'intermédiaire d'un registre des droits sur les livres (« registre ») établi par le règlement, Google paiera aux détenteurs des droits 63 % de toutes les recettes provenant de ces usages.

Google paiera également 34,5 millions de dollars pour établir et financer les opérations initiales du registre, pour les coûts afférents aux avis et pour les coûts administratifs du règlement, et au moins 45 millions de dollars en espèces aux détenteurs des droits sur les livres et hors-textes que Google aura numérisés d'ici le 5 mai 2009 au plus tard.

### Qui est inclus ?

Le groupe ayant droit au règlement comprend toutes les personnes dans le monde détenant un intérêt dans un droit d'auteur américain sur un livre ou hors-texte. **La signification de « intérêt dans un droit d'auteur américain » est large.** Où que vous soyez situé, veuillez lire intégralement cet avis pour établir si vous êtes inclus dans le règlement.

Il y a deux sous-catégories :
- La « *sous-catégorie des auteurs* » (les auteurs de livres et autres textes, ainsi que leurs héritiers, successeurs et ayants droit), et
- La « *sous-catégorie des éditeurs* » (les éditeurs de livres et périodiques, ainsi que leurs successeurs et ayants droit).

### Quels sont les matériaux couverts ?

Les « livres » comprennent les ouvrages écrits protégés par le droit d'auteur, entre autres les romans, les manuels scolaires, les dissertations et autres écrits, qui ont été publiés ou distribués en format imprimé jusqu'au 5 janvier 2009. Les ouvrages américains doivent être enregistrés au Copyright Office américain pour être inclus dans le règlement. Les « livres » ne comprennent pas les périodiques, les documents personnels, les partitions musicales, les ouvrages dans le domaine public ou les ouvrages émanant du gouvernement.

Les « hors-textes » comprennent les textes et autres matériaux, entre autres les préfaces, les essais, les poèmes, les citations, les lettres, les paroles de chansons, les illustrations des livres d'enfants, les partitions musicales, les tableaux et les graphiques, s'ils sont protégés indépendamment par le droit d'auteur américain, quand ils sont contenus dans un livre, dans un ouvrage émanant du gouvernement ou dans un ouvrage faisant partie du domaine public publié jusqu'au 5 janvier 2009 et, s'il s'agit d'ouvrages américains, lorsqu'ils sont enregistrés au Copyright Office américain (seuls ou dans le cadre d'un autre ouvrage). Les hors-textes ne comprennent pas de contenu illustré (sauf pour les illustrations des livres d'enfants) les ouvrages faisant partie du domaine public ou les ouvrages émanant du gouvernement.

L'avis contient une description plus détaillée de ces termes, ainsi que d'autres informations essentielles sur le règlement.

### Que dois-je faire ?

Veuillez lire l'intégralité de l'avis, disponible à http://www.googlebooksettlement.com. Décidez si vous devez :

- rester dans le groupe ayant droit au règlement. Dans ce cas, vous serez tenu par la décision de la Cour et vous devrez notamment renoncer à vos revendications contre Google.
- émettre des objections ou adresser des commentaires sur le règlement. Vous devez émettre vos objections/adresser vos commentaires par écrit le 4 septembre 2009 au plus tard.
- vous retirer du règlement et conserver votre droit d'intenter un procès individuel à l'encontre de Google. Vous devez vous retirer par écrit le 4 septembre 2009 au plus tard.
- déposer une demande de paiement en espèces (si vous êtes admissible). Vous devez déposer votre demande le 5 janvier 2010 au plus tard.

La Cour a nommé un avocat qui représentera les deux sous-catégories du groupe. Si le règlement est approuvé, l'avocat de la sous-catégorie des auteurs demandera ses honoraires et frais, que Google a convenu de payer. Vous pouvez également engager un avocat à vos propres frais.

La Cour établira si elle doit ou non approuver le règlement lors d'une audience impartiale qui aura lieu le 7 octobre 2009 à 10 h.

**Procurez-vous des informations complètes, y compris l'avis intégral :**

Visitez : http://www.googlebooksettlement.com
Appelez : **Numéro vert 00 800 8000 3300**

Écrivez : Google Book Search Settlement Administrator, c/o Rust Consulting
P.O. Box 9364, Minneapolis, MN 55440-9364 UNITED STATES OF AMERICA

Avis légal

GOOGLE BOOK SEARCH SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC.
PO BOX 9364
MINNEAPOLIS, MN 55440-9364
UNITED STATES OF AMERICA

Börsenverein des Deutschen Buchhandels
Grosser Hirschgraben 17-21
Postfach 10 04 42
Frankfurt 60004
GERMANY