# Exhibit J

## Für Publikationsfreiheit und die Wahrung der Urheberrechte

Das verfassungsmäßig verbürgte Grundrecht von Urhebern auf freie und selbstbestimmte Publikation ist derzeit massiven Angriffen ausgesetzt und nachhaltig bedroht.

*International* wird durch die nach deutschem Recht illegale Veröffentlichung urheberrechtlich geschützter Werke geistiges Eigentum auf Plattformen wie GoogleBooks und YouTube seinen Produzenten in ungeahntem Umfang und ohne strafrechtliche Konsequenzen entwendet.

Gleichzeitig propagiert *national* die »Allianz der deutschen Wissenschaftsorganisationen« (Mitglieder: Wissenschaftsrat, Deutsche Forschungsgemeinschaft, Leibniz-Gesellschaft, Max Planck-Institute u. a.) weitreichende Eingriffe in die Presse- und Publikationsfreiheit, deren Folgen grundgesetzwidrig wären.

Autoren und Verleger lehnen alle Versuche und Praktiken ab, das für Literatur, Kunst und Wissenschaft fundamentale Urheberrecht, das Grundrecht der Freiheit von Forschung und Lehre sowie die Presse- und Publikationsfreiheit zu untergraben. Es muß auch künftig der Entscheidung von Schriftstellern, Künstlern, Wissenschaftlern, kurz: allen Kreativen freigestellt bleiben, ob und wo ihre Werke veröffentlicht werden sollen. Jeder Zwang, jede Nötigung zur Publikation in einer bestimmten Form ist ebenso inakzeptabel wie die politische Toleranz gegenüber Raubkopien, wie sie Google derzeit massenhaft herstellt.

Noch nie in der Geschichte war die Zahl der Publikationen, von Büchern, Zeitschriften und elektronischen Veröffentlichungen so groß wie heute, war die Entscheidungsfreiheit der Autoren in einem so hohen Maß gewährleistet. Die »Allianz der deutschen Wissenschaftsorganisationen« will die Autoren auf eine bestimmte Publikationsform verpflichten. Dies dient nicht der Verbesserung der wissenschaftlichen Information.

Die Unterzeichner appellieren nachdrücklich an die Bundesregierung und die Regierungen der Länder, das bestehende Urheberrecht, die Publikationsfreiheit und die Freiheit von Forschung und Lehre entschlossen und mit allen zu Gebote stehenden Mitteln zu verteidigen. Die Politik steht in der Pflicht, den individualrechtlichen Ansprüchen, die sich an die Herstellung von künstlerischen und wissenschaftlichen Werken knüpfen, auf nationaler wie internationaler Ebene Geltung zu verschaffen. Die Freiheit von Literatur, Kunst und Wissenschaft ist ein zentrales Verfassungsgut. Verlieren wir sie, verlieren wir unsere Zukunft.

Bitte unterstützen Sie unsere Initiative durch Ihre Unterschrift und machen Sie Autoren, die Sie kennen, auf die Problematik aufmerksam. Unterzeichnungen bitte über <urheberrecht@textkritik.de>

# The Freedom to Publish and the Protection of Copyright

Currently the fundamental right of authors vouched for in the constitution to publish freely and of their own volition is under considerable attack and sustained threat.

At the *international* level, intellectual property is being stolen from its producers to an unimagined degree and without criminalisation through the illegal publication of works protected by German copyright law on platforms such as GoogleBooks and YouTube.

At *national* level, the so-called "Alliance of German Scientific Organisations" (members: Wissenschaftsrat, Deutsche Forschungsgemeinschaft, Leibniz-Gesellschaft, Max Planck-Institute etc.) is propagandising for wide-ranging interference with the freedom of the press and the freedom to publish, the consequences of which are contrary to the basic law.

Authors and publishers reject all attempts to, and practices that, undermine copyright. That copyright is fundamental for literature, art and science, for the basic right to freedom of research and teaching, as well as for press freedom and the freedom to publish. In the future too, it must be writers, artists, scientists, in brief, all creative people themselves, who decide if and where their works should be published. Any constraint or coercion to publish in a certain form is as unacceptable as the political toleration of pirate copies, currently being produced in huge numbers by Google.

Never in history has the number of publications, books, magazines and electronic publications been as large as it is today, and never has the freedom of decision of authors been guaranteed to such a high degree. The "Alliance of German Scientific Organisations" wants to obligate authors to use a specified mode of publication. This is not conducive to the improvement of scientific information.

The undersigned appeal emphatically to the Federal Government and to the governments of the federal states for a resolute defence, with all the means at their disposal, of existing copyright and of the freedom to publish, to research and to teach. Politicians have the obligation to enforce, at national and international level, the individual rights and aspirations linked with the production of artistic and scientific works. The freedom of literature, art and science is a major constitutional asset. If we lose it, we lose our future.

**Please support our initiative with your signature and draw the attention of any authors you know to the problem. Please sign at**
<urheberrecht@textkritik.de>

*(Translation by Pauline Cumbers)*

http://www.textkritik.de/urheberrecht/index_engl.htm