# Exhibit A

**Redacted**

| | |
|---|---|
| **From:** | Belinda Bulger [B.Bulger@kinsella-novak.com] |
| **Sent:** | Friday, January 30, 2009 8:49 AM |
| **To:** | Pia Janné Nyberg |
| **Cc:** | Kristina Ahlinder |
| **Subject:** | Re: SV: For your review - direct notice recipients in Sweden |
| **Attachments:** | DirectNotice-Sweden.xls |

I'm so sorry! It should be attached now.


On 1/30/09 3:30 AM, "Pia Janné Nyberg" <PiaJ@forlaggare.se> wrote:

Belinda,

There is no list attached to the e-mail.

Kind regards,

Pia Janné Nyberg

-----Ursprungligt meddelande-----
Från: Belinda Bulger [mailto:B.Bulger@kinsella-novak.com]
Skickat: den 29 januari 2009 21:08
Till: Pia Janné Nyberg; christer.johansson@b-pk.se
Kopia: Kristina Ahlinder; West, Danielle
Ämne: For your review - direct notice recipients in Sweden

Hello again,

Per your request on our online participation survey, attached please find the list of direct notice recipients in Sweden that we currently have in our database. If you would like a particular recipient removed because you are certain the individual or company is within your membership and will be receiving the notice directly from you, please highlight all such rows and we will not send them the notice. (Please note that we think duplication is fine - even encouraged - from a notice perspective, but we just don't want to be communicating with your members if you think it will be confusing.) We will be sending these notices out by email and postal mail next Wednesday, February 4th, so please let us know of any recipients to remove before then or let me know if you need more time.

Thank you very much,
Belinda


----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC 20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com <b.bulger@kinsella-novak.com>

*************************************************************************
The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized

8/22/2009

use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email

----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC  20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com

************************************************************************

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

| ID | Category | Country | Language | # | Name | Address | City | Phone | Fax | Email | Title | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rust 71 | International Literary Agents | Sweden | Swedish | 71 | Ann-Christine Danielsson Agency | Haeggstigen 17 | 247 72 Genarp | (040) 482380 | (040) 482190 | acd.agency@swipnet.se | | |
| Rust 217 | International Literary Agents | Sweden | Swedish | 217 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | asa.bergman@norstedtsagency.se | Rights Dir, Children & Juvenile | Asa Bergman |
| Rust 216 | International Literary Agents | Sweden | Swedish | 216 | Bengt Nordin Agency | Tinewaldsgrand 2 | 111 28 Stockholm | (08) 5716852? | (08) 57168524 | bengt.nordin@nordinagency.se | President | Bengt Nordin |
| Rust 216 | International Literary Agents | Sweden | Swedish | 216 | Bengt Nordin Agency | Tinewaldsgrand 2 | 111 28 Stockholm | (08) 57168525 | (08) 57168524 | info@nordinagency.se | President | Bengt Nordin |
| Rust 163 | International Literary Agents | Sweden | Swedish | 163 | Kerstin Kvint Literary & Co-Production A | Bergviksvagen 64 | 167 63 Bromma (Stockho | (08) 107014 | (08) 107606 | k.kvint@telia.com | | |
| Rust 259 | International Literary Agents | Sweden | Swedish | 259 | Lennart Sane Agency AB | Hollandareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | lina.hammarling@lennartsaneagency.c | Agent | Lina Hammarling |
| Rust 218 | International Literary Agents | Sweden | Swedish | 218 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | linda.altrovberg@norstedtsagency.se | Rights Dir, Fiction | Linda Altrov-Berg |
| Rust 219 | International Literary Agents | Sweden | Swedish | 219 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | magdalena.hedlund@norstedtsagency. | Rights Dir, Fiction | Magdalena Hedlund |
| Rust 120 | International Literary Agents | Sweden | Swedish | 120 | Monica Heyum Agency | PO Box 3300, Vendelso | 138 03 Haninge | (08) 7451934 | (08) 7771470 | monica@heyum-agency.a.se | Dir & Literary Agent | Monica Heyum |
| Rust 260 | International Literary Agents | Sweden | Swedish | 260 | Lennart Sane Agency AB | Hollandareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | philip.sane@lennartsaneagency.com | Agent | Philip Sane |
| Rust 262 | International Literary Agents | Sweden | Swedish | 262 | Sane Toregard Agency | Hollaendareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | toregard@algonet.se | Dir | Ulf Toregard |
| Rust 262 | International Literary Agents | Sweden | Swedish | 262 | Sane Toregard Agency | Hollaendareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | ulf.toregard@sanetoregard.se | Dir | Ulf Toregard |
| Rust 217 | International Literary Agents | Sweden | Swedish | 217 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | | Rights Dir, Children & Juvenile | Asa Bergman |
| Rust 259 | International Literary Agents | Sweden | Swedish | 259 | Lennart Sane Agency AB | Hollandareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | | Agent | Lina Hammarling |
| Rust 218 | International Literary Agents | Sweden | Swedish | 218 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | | Rights Dir, Fiction | Linda Altrov-Berg |
| Rust 219 | International Literary Agents | Sweden | Swedish | 219 | Norstedts Agency | Tryckerigatan 4 | 111 28 Stockholm | (08) 769 87 00 | (08) 769 88 04 | | Rights Dir, Fiction | Magdalena Hedlund |
| Rust 120 | International Literary Agents | Sweden | Swedish | 120 | Monica Heyum Agency | PO Box 3300, Vendelso | 138 03 Haninge | (08) 7451934 | (08) 7771470 | | Dir & Literary Agent | Monica Heyum |
| Rust 260 | International Literary Agents | Sweden | Swedish | 260 | Lennart Sane Agency AB | Hollandareplan 9 | 374 34 Karlshamn | (0454) 123 56 | (0454) 149 20 | | Agent | Philip Sane |
| Rust 718 | International Publishers | Sweden | Swedish | 440 | Apotekarsocietetens Forlag | Box 1136 | 111 81 Stockholm | (08) 723 50 00 | (08) 20 55 11 | andersson.y@swepharm.se | Man Dir | Yvonne Andersson |
| Rust 560 | International Publishers | Sweden | Swedish | 261 | Alfabeta Bokforlag AB | Bondegatan 21 | Stockholm | (08) 714 36 30 | (08) 643 24 31 | anna.rytterholm@alfabeta.com | Publisher | Dag Hernried |
| Rust 2135 | International Publishers | Sweden | Swedish | 1963 | Damm Forlag AB | Sallerupsvagen 9 | 205 75 Malmo | (040) 38 06 00 | (040) 933708 | anne.scholdtz@damm.se | Publishing Dir & Marketing Dir | Anne Scholdtz |
| Rust 1274 | International Publishers | Sweden | Swedish | 1043 | Bokforlaget Semic AB | Esplanaden 3B | 172 25 Sundbyberg | (08) 799 30 50 | (08) 799 30 64 | annelie.lindqvist@semic.se | Foreign Rights | Annelie Lindqvist |
| Rust 7377 | International Publishers | Sweden | Swedish | 7597 | Piratforlaget AB | Kaptensgatan 6 | 114 57 Stockholm | (08) 412 13 50 | (08) 545 678 58 | ann-marie@piratforlaget.se | Man Dir | Ann-Marie Skarp |
| Rust 718 | International Publishers | Sweden | Swedish | 440 | Apotekarsocietetens Forlag | Box 1136 | 111 81 Stockholm | (08) 723 50 00 | (08) 20 55 11 | apotekarsocieteten@swepharm.se | Man Dir | Yvonne Andersson |
| Rust 8480 | International Publishers | Sweden | Swedish | 8806 | Streiffert Forlag AB | PO Box 5334 | 102 47 Stockholm | (08) 661 58 80 | (08) 783 04 33 | bo@streiffert.se | Man Dir | Bo Streiffert |
| Rust 4940 | International Publishers | Sweden | Swedish | 4977 | ICA bokforlag | Port-Anders Gata T3 | 721 85 Vasteras | (021) 19 40 00 | (021) 19 41 54 | bok@forlaget.ica.se | Rights Manager | Ulla Joneby |
| Rust 4061 | International Publishers | Sweden | Swedish | 4006 | Fischer & Co | Nas Gard | 762 93 Rimbo | (0175) 620 52 | (0175) 620 54 | bokforlaget@fischer-co.se | Man Dir | Sara Nilsson |
| Rust 5345 | International Publishers | Sweden | Swedish | 5404 | Jannersten Forlag AB | Banergatan 15 | 752 37 Uppsala | (018) 52 13 03 | (018) 52 13 00 | bridge@jannersten.com; order@janner | Dir | Per Jannersten |
| Rust 1172 | International Publishers | Sweden | Swedish | 930 | Bibliotekstjaenst AB | Traktorvagen 11 | 221 82 Lund | (046) 18 00 00 | (046) 18 01 25 | btj@btj.se; info@btj.se | Press Contact | Martin Petri |
| Rust 879 | International Publishers | Sweden | Swedish | 614 | Assessio Sverige AB | Arstaangsvagen 1C | 100 74 Stockholm | (08) 775 09 00 | (08) 775 09 20 | c.mabon@assesio.se | Man Dir | Catharina Mabon |
| Rust 1188 | International Publishers | Sweden | Swedish | 946 | Bilda Forlag | Vastberga Alle 5 | 126 13 Stockholm | (08) 709 05 00 | (08) 709 05 31 | carin.walldin@bildaforlag.se | Manager Publishing | Carin Walldin |
| Rust 1480 | International Publishers | Sweden | Swedish | 1283 | C E Fritzes AB | Fritzes/Norstedts Jurd k AB | 106 47 Stockholm | (08) 690 91 80 | (08) 690 91 91 | christer.bunge-meyer@liber.se | Man Dir | Christer Bunge-Meyer |
| Rust 1353 | International Publishers | Sweden | Swedish | 1128 | Bra Bocker AB | Angbatsbron 1 | 201 80 Malmo | (040) 665 46 00 | (040) 665 46 22 | christin.hansson@bbb.se | Contact | Christin Hansson |
| Rust 1288 | International Publishers | Sweden | Swedish | 1058 | Bonnier Audio | Box 3159 | 103 63 Stockholm | (08) 696 87 60 | (08) 696 87 57 | christina.andersson@bonnieraudio.se | President & Publisher | Christina Andersson |
| Rust 560 | International Publishers | Sweden | Swedish | 261 | Alfabeta Bokforlag AB | Bondegatan 21 | Stockholm | (08) 714 36 30 | (08) 643 24 31 | dag@alphabeta.se | Publisher | Dag Hernried |
| Rust 2126 | International Publishers | Sweden | Swedish | 1954 | Dahlia Books HB | Fack 1025 | 751 40 Uppsala | (018) 133511 | | dahlia@comhem.se | | |
| Rust 3766 | International Publishers | Sweden | Swedish | 3689 | Ekelunds Forlag AB | PO Box 2050 | 169 02 Solna | (08) 82 13 20 | (08) 83 29 56; ( | education@ekelunds.se | Contact | Marit Ekelund Maitland |
| Rust 7068 | International Publishers | Sweden | Swedish | 7270 | Ordfront Foerlag AB | Beilmansgatan 30 | 118 91 Stockholm | (08) 462 44 00 | (08) 462 44 90 | eva@ordfront.se | Editorial, Rights & Permissions | Eva Stenberg |
| Rust 1264 | International Publishers | Sweden | Swedish | 1030 | Bokforlaget Cordia AB | Ostra Bangatan 28 | 701 17 Orebro | (019) 33 38 50 | (019) 33 38 59 | forlaget@cordia.se | Publisher | Goran Rask |
| Rust 6768 | International Publishers | Sweden | Swedish | 6936 | Nautiska Forlaget AB | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 80 | (08) 769 89 84 | forlaget@nautiska.com | Publisher | Johanna Kullman |
| Rust 7068 | International Publishers | Sweden | Swedish | 7270 | Ordfront Foerlag AB | Beilmansgatan 30 | 118 91 Stockholm | (08) 462 44 00 | (08) 462 44 90 | forlaget@ordfront.se; info@ordfront.se | Editorial, Rights & Permissions | Eva Stenberg |
| Rust 591 | International Publishers | Sweden | Swedish | 297 | Allt om Hobby AB | Orby Slottsvag 21 | 120 21 Stockholm | (08) 999 333 | (08) 998 868 | freddy.stenbom@hobby.se | Publisher | Freddy Stenbom |
| Rust 4117 | International Publishers | Sweden | Swedish | 4069 | Foreningen Svenska Laromedel FSL | Drottninggatan 97, 2nd floor | 113 60 Stockholm | (08) 736 19 40 | (08) 736 19 44 | fsl@fsl.se | Dir | Mona Hillman Pinheiro |
| Rust 1264 | International Publishers | Sweden | Swedish | 1030 | Bokforlaget Cordia AB | Ostra Bangatan 28 | 701 17 Orebro | (019) 33 38 50 | (019) 33 38 59 | g.rask@verbum.se | Publisher | Goran Rask |
| Rust 4323 | International Publishers | Sweden | Swedish | 4293 | Gedins Forlag | Tysta gatan 10 | 115 20 Stockholm | (08) 662 15 51 | (08) 663 70 73 | gedins@perigab.se | Publisher | Par I Godin |
| Rust 3769 | International Publishers | Sweden | Swedish | 3692 | Ekonomibok Forlag AB | Grontevagen 7 | 252 85 Helsingborg | (042) 929 50 | (042) 929 50 | hallgren@ekonomibok.se | Man Dir | Maj-Britt Hallgren |
| Rust 1262 | International Publishers | Sweden | Swedish | 1028 | Bokforlaget Atlantis AB | Sturegatan 24 | 114 36 Stockholm | (08) 545 660 70 | (08) 545 660 71 | hans.bjornell@atlantisbok.se | Marketing Dir & Rights & Permissio | Hans Bjornell |
| Rust 4801 | International Publishers | Sweden | Swedish | 4352 | Gidlunds forlag | Box 123 | 776 23 Hedemora | (0225) 77 11 55 | (0255) 77 11 65 | hedemora@gidlunds.se | Man Dir | Gertrud Gidlund |
| Rust 4801 | International Publishers | Sweden | Swedish | 4823 | Hillelforlaget | Box 7427 | 103 91 Stockholm | (08) 587 858 04 | (08) 587 858 58 | hillelforlaget@jfst.se | Man Dir | Marina Burstein |
| Rust 5163 | International Publishers | Sweden | Swedish | 5207 | International Bible Society | Fabriksgatan 17 | 524 23 Herrljunga | (0513) 25040 | (0513) 25039 | ibs.europe@eur.ibs.og | Executive Dir | Hans-Lennart Raask |
| Johan 9242 | International Publishers | Sweden | Swedish | 9623 | Verbum Forlag AB | Gotgatan 22 A | Stockholm | (08) 743 65 00 | (08) 641 45 85 | info.forlag@verbum.se | Man Dir | Johan F Dalman |
| Rust 1480 | International Publishers | Sweden | Swedish | 1283 | C E Fritzes AB | Fritzes/Norstedts Jurdik AB | 106 47 Stockholm | (08) 690 91 90 | (08) 690 91 91 | info.fritzes@nj.se | Man Dir | Christer Bunge-Meyer |
| Rust 546 | International Publishers | Sweden | Swedish | 244 | Albert Bonniers Forlag AB | PO Box 3159 | 103 63 Stockholm | (08) 696 86 20 | (08) 696 83 61 | info@abforlag.bonnier.se | Rights & Permissions & Production | Arne Bjoerkman |
| Rust 560 | International Publishers | Sweden | Swedish | 261 | Alfabeta Bokforlag AB | Bondegatan 21 | Stockholm | (08) 714 36 30 | (08) 643 24 31 | info@alfabeta.se | Publisher | Dag Hernried |
| Rust 343 | International Publishers | Sweden | Swedish | 25 | AB Arcanum | Box 5045 | 402 21 Goteborg | (031) 15 78 00 | (031) 15 78 10 | info@arcanum-utbildning.se | Man Dir | Bo Ramme |
| Rust 879 | International Publishers | Sweden | Swedish | 614 | Assessio Sverige AB | Arstaangsvagen 1C | 100 74 Stockholm | (08) 775 09 00 | (08) 775 09 20 | info@assessio.se | Man Dir | Catharina Mabon |
| Rust 1262 | International Publishers | Sweden | Swedish | 1028 | Bokforlaget Atlantis AB | Sturegatan 24 | 114 36 Stockholm | (08) 545 660 70 | (08) 545 660 71 | info@atlantisbok.se | Marketing Dir & Rights & Permissio | Hans Bjornell |
| Rust 1139 | International Publishers | Sweden | Swedish | 892 | Bhaktivedanta Book Trust (BBT) | Korsnas Gard | 147 92 Grodinge | (08) 53029800 | (08) 53025062 | info@bbt.se | | |
| Rust 1109 | International Publishers | Sweden | Swedish | 859 | Berghs Forlag AB | Observatoriegatan 10 | 104 30 Stockholm | (08) 31 65 59 | (08) 32 77 45 | info@berghsforlag.se | Man Dir | Carl Hafstroem |
| Rust 1188 | International Publishers | Sweden | Swedish | 946 | Bilda Forlag | Vastberga Alle 5 | 126 13 Stockholm | (08) 709 05 00 | (08) 709 05 31 | info@bildaforlag.se | Manager Publishing | Carin Walldin |
| Rust 1288 | International Publishers | Sweden | Swedish | 1058 | Bonnier Audio | Box 3159 | 103 63 Stockholm | (08) 696 87 60 | (08) 696 87 57 | info@bonnieraudio.se | President & Publisher | Christina Andersson |
| Rust 1291 | International Publishers | Sweden | Swedish | 1061 | Bonnier Utbildning AB | Sveavagen 56 | 103 63 Stockholm | (08) 696 85 90 | (08) 696 86 55 | info@bonnierutbildning.se | Publisher | Lars Malmius |
| Rust 1398 | International Publishers | Sweden | Swedish | 1175 | Brombergs Bokforlag AB | Hantverkargatan 26 | 112 98 Stockholm | (08) 562 62 080 | (08) 562 62 085 | info@brombergs.se | Production, Rights & Permissions | Ylva Aaberg |
| Rust 1472 | International Publishers | Sweden | Swedish | 1255 | Byggforlaget | PO Box 5456 | 114 81 Stockholm | (08) 665 36 50 | (08) 667 39 49 | info@byggforlaget.se | Publisher | Rebecka Millhagen |
| Rust 1289 | International Publishers | Sweden | Swedish | 1059 | Bonnier Carlsen Bokforlag | Box 3159 | 103 63 Stockholm | (08) 696 89 30 | (08) 696 89 31 | info@carlsen.bonnier.se | Man Dir | Pentti Molander |
| Rust 1586 | International Publishers | Sweden | Swedish | 1378 | Carlsson Bokforlag AB | Stora Nygatan 31 | 111 27 Stockholm | (08) 545 254 80 | (08) 657 95 00 | info@carlssonbokforlag.se | Man Dir | Trygve Carlsson |
| Rust 2135 | International Publishers | Sweden | Swedish | 1963 | Damm Forlag AB | Sallerupsvagen 9 | 205 75 Malmo | (040) 38 06 00 | (040) 933708 | info@damm.se | Publishing Dir & Marketing Dir | Anne Scholdtz |
| Rust 3794 | International Publishers | Sweden | Swedish | 3718 | Ellerstroms | Fredsgatan 6 | 222 20 Lund | (046) 32 32 95 | (046) 32 32 95 | info@ellerstroms.se | Editor | Vilhelm Ekelund |
| Rust 3878 | International Publishers | Sweden | Swedish | 3810 | Eriksson & Lindgren Bokforlag | Tryckerig 4 | 103 12 Stockholm | (08) 769 88 50 | (08) 769 88 07 | info@eriksson-lindgren.se | Publisher | Marianne Eriksson |
| Rust 4099 | International Publishers | Sweden | Swedish | 4049 | Folkuniversitetets forlag | Magle Lilla Kyrkogata 4 | 223 51 Lund | (046) 14 87 20 | (046) 13 29 04 | info@folkuniversitetsforlag.se | Publisher | Kristin Nilsson |
| Rust 4145 | International Publishers | Sweden | Swedish | 4101 | Forsbergs Forlag AB | Sodra Tullgatan 4 | 211 40 Ma'moe | (040) 783 20 | (040) 303939 | info@forsbergsforlag.se | Rights | Claes Forsberg |
| Ingela 4449 | International Publishers | Sweden | Swedish | 4427 | Gothia Forlag AB | Box 15169 | 104 65 Stockholm | (08) 462 26 60 | (08) 462 03 22 | info@gothiaforlag.se | President, Publisher & Man Dir | Ingela Skantze |
| Rust 4634 | International Publishers | Sweden | Swedish | 4636 | Hallgren och Fallgren Studieforlag AB | Larsasen 8C | 753 11 Uppsala | (018) 50 71 00 | (018) 12 72 70 | info@hallgren-fallgren.se | Man Dir, Editorial, Rights & Permiss | Daniel Aberg |
| Rust 1287 | International Publishers | Sweden | Swedish | 1033 | Bokforlaget Hegas AB | Box 201 | 263 23 Hoganas | (042) 33 03 40 | (042) 33 01 41 | info@hegas.se | Contact | Lena Hultberg |
| Rust 5038 | International Publishers | Sweden | Swedish | 5081 | Industrilitteratur Vindex, Forlags AB | PO Box 72001 | 181 72 Lidingo | (08) 522 253 00 | (08) 660 59 11 | info@industrilitteratur.com | | |
| Rust 5189 | International Publishers | Sweden | Swedish | 5237 | Interskol Forlag AB | Schaktugnsgatan 2 | 216 16 Limhamn | (040) 51 01 95 | (040) 15 08 25 | info@interskol.se | Dir | Kenneth Arvidsson |
| Rust 5718 | International Publishers | Sweden | Swedish | 5803 | Kungl Ingenjorsvetenskapsakademien | Grev Turegatan 14 | 102 42 Stockholm | (08) 791 29 00 | (08) 611 56 23 | info@iva.se | President | Lena Treschow Torell |
| Birgitta 1273 | International Publishers | Sweden | Swedish | 1040 | Bokforlaget Robert Larson AB | Malmovagen 59 | 121 53 Johanneshov | (08) 732 84 60 | (08) 732 71 76 | info@larsonforlag.se; order@larsonforl | Dir | Birgitta Larson |
| Rust 1268 | International Publishers | Sweden | Swedish | 1034 | Bokforlaget Natur och Kultur | Karlavagen 31 | 102 54 Stockholm | (08) 453 86 00 | (08) 453 87 90 | info@nok.se | Rights & Permissions, Children's Bo | Johanna Ringertz |
| Rust 6759 | International Publishers | Sweden | Swedish | 6925 | Natur och Kultur Fakta etc | Karlavagen 31 | 102 54 Stockholm | (08) 453 86 00 | (08) 453 87 90 | info@nok.se | Permissions | Viveka Pettersson |

| ID | Category | Country | Language | Num | Publisher | Address | City/Postal | Phone | Fax | Email | Role | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rust 6904 | International Publishers | Sweden | Swedish | 7088 | Norstedts Forlag | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 50 | (08) 769 88 64 | info@norstedts.se | Man Dir | Viveca Ekelund |
| Rust 6903 | International Publishers | Sweden | Swedish | 7087 | Norstedts Akademiska Forlag | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 50 | (08) 769 89 62 | info@norstedtsakademiska.se | Publishing Dir | Peter Wilcke |
| Rust 1289 | International Publishers | Sweden | Swedish | 1033 | Nordicforlag AB | Kungsgatan 8 | 715 279 20 | (08) 769 89 00 | (08) 769 88 64 | info@nk.se | International Rights | Karina Klok Madsen |
| Rust 6984 | International Publishers | Sweden | Swedish | 7172 | Odins Forlag | Tranhusgatan 29 | 621 55 Visby | (0498) 24 95 18 | (0498) 24 95 18 | info@odinsforlag.se | Chief Executive | Thorbjoern Odin |
| Rust 7149 | International Publishers | Sweden | Swedish | 7358 | Pagina Forlags AB | Vegagatan 2 | 172 34 Sundbyberg | (08) 564 218 19 | (08) 564 218 19 | info@pagina.se | President | Lauri Peppinen |
| Rust 7377 | International Publishers | Sweden | Swedish | 7597 | Piratforlaget AB | Kaptensgatan 6 | 114 57 Stockholm | (08) 412 13 50 | (08) 545 678 58 | info@piratforlaget.se | Man Dir | Ann-Marie Skarp |
| Rust 1271 | International Publishers | Sweden | Swedish | 1038 | Bokforlaget Prisma | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 00 | (08) 769 88 64 | info@prismabok.se | Man Dir | Viveca Ekelund |
| Rust 1272 | International Publishers | Sweden | Swedish | 1039 | Bokforlaget Rediviva | Brodema Grimms vag 6 | 167 63 Bromma | (08) 25 70 07 | | info@rediviva.nu | Man Dir | Karin Skrutkowska |
| Rust 4654 | International Publishers | Sweden | Swedish | 4663 | Hans Richter Laromedel | Box 100 | 645 22 Strangnas | (0152) 150 60 | (0152) 151 40 | info@richbook.se | Dir | Hans Richter |
| Rust 1274 | International Publishers | Sweden | Swedish | 1043 | Bokforlaget Semic AB | Esplanaden 3B | 172 25 Sundbyberg | (08) 799 30 50 | (08) 799 30 64 | info@semic.se | Foreign Rights | Annelie Lindqvist |
| Rust 4177 | International Publishers | Sweden | Swedish | 4133 | Frank Stenvalls Forlag | Foreningsgatan 12 Oppet mand- | 211 44 Malmo | (040) 127703 | (040) 127708 | info@stenvalls.com | Man Dir | Frank Stenvall |
| Rust 8480 | International Publishers | Sweden | Swedish | 8306 | Streiffert Forlag AB | PO Box 5334 | 102 47 Stockholm | (08) 661 58 80 | (08) 783 04 33 | info@streiffert.se | Man Dir | Bo Streiffert |
| Rust 8487 | International Publishers | Sweden | Swedish | 8813 | Studentlitteratur AB | Akergraenden 1 | 226 60 Lund | (046) 31 20 00 | (046) 30 53 38 | info@studentlitteratur.se | Rights Manager | Kerstin Berglund |
| Rust 8855 | International Publishers | Sweden | Swedish | 9202 | Timbro | Kungsgatan 60 | 111 22 Stockholm | (08) 587 898 00 | | info@timbro.se | Permissions & International Rights | Kristina von Unge |
| Rust 5671 | International Publishers | Sweden | Swedish | 5753 | Konsultforlaget AB | PO Box 2070 | 750 02 Uppsala | (018) 55 50 80 | (018) 55 50 81 | info@uppsala-publishing.se | Man Dir | Mats Josephson |
| Rust 1001 | International Publishers | Sweden | Swedish | 743 | B Wahlstroms Bokforlag AB | Halsingegatan 49 | 113 84 Stockholm | (08) 728 23 00 | (08) 618 97 61 | info@wahlstroms.se | Editor-In-Chief & Permissions | Brit-Marie Johansson |
| Rust 9580 | International Publishers | Sweden | Swedish | 10003 | Wahlstrom & Widstrand | Kungsgatan 60 | 111 22 Stockholm | (08) 696 84 80 | (08) 696 82 34 | info@wwd.se | Rights & Permissions | Jaana Gronlund |
| Rust 4449 | International Publishers | Sweden | Swedish | 4427 | Gothla Forlag AB | Box 15169 | 104 65 Stockholm | (08) 462 28 60 | (08) 462 03 22 | ingela.skantze@gothiaforlag.se | President, Publisher & Man Dir | Ingela Skantze |
| Rust 5969 | International Publishers | Sweden | Swedish | 6075 | Liber AB | Rasundavagen 18 | 169 67 Solna | (08) 690 90 00 | (08) 690 90 59 | jerker.nilsson@liber.se | Chief Executive Officer | Jerker Nilsson |
| Rust 6768 | International Publishers | Sweden | Swedish | 6936 | Nautiska Forlaget AB | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 80 | (08) 769 89 84 | johanna.kullman@norstedts.se | Publisher | Johanna Kullman |
| Rust 1268 | International Publishers | Sweden | Swedish | 1034 | Bokforlaget Natur och Kultur | Karlavagen 31 | 102 54 Stockholm | (08) 453 86 00 | (08) 453 87 90 | johanna.ringertz@nok.se | Rights & Permissions, Children's Books | Johanna Ringertz |
| Rust 4834 | International Publishers | Sweden | Swedish | 4636 | Hallgren och Fallgren Studieforlag AB | Lersgatan 8C | 753 11 Uppsala | (018) 50 71 00 | (018) 12 72 70 | karin.hallgren@hallgren-fallgren.se | Man Dir, Editorial, Rights & Permiss | Daniel Aberg |
| Rust 1268 | International Publishers | Sweden | Swedish | 1034 | Bokforlaget Natur och Kultur | Karlavagen 31 | 102 54 Stockholm | (08) 453 86 00 | (08) 453 87 90 | katarina.grip@nok.se | Rights & Permissions, Children's Books | Johanna Ringertz |
| Rust 5971 | International Publishers | Sweden | Swedish | 6077 | Liber Hermods AB | Rasundavagen 15 | 113 98 Solna, Stockholm | (08) 690 94 00 | (08) 690 90 54 | keith.fransson@liber.se | Executive Dir | Keith Fransson |
| Rust 8487 | International Publishers | Sweden | Swedish | 8813 | Studentlitteratur AB | Akergraenden 1 | 226 60 Lund | (046) 31 20 00 | (046) 30 53 38 | kerstin.berglund@studentlitteratur.se | Rights Manager | Kerstin Berglund |
| Rust 5615 | International Publishers | Sweden | Swedish | 5692 | Klassikerforlaget Steniq AB | Blaklocksvagen 19 | 139 35 Varmdo | (08) 716 35 28 | (08) 716 35 28 | klassiker@steniq.se | Editor | Stefan Mattsson |
| Rust 8487 | International Publishers | Sweden | Swedish | 8813 | Studentlitteratur AB | Akergraenden 1 | 226 60 Lund | (046) 31 20 00 | (046) 30 53 38 | kristina.karlsson@studentlitteratur.se | Rights Manager | Kerstin Berglund |
| Rust 8855 | International Publishers | Sweden | Swedish | 9202 | Timbro | Kungsgatan 60 | 111 22 Stockholm | (08) 587 898 00 | | kristinau@timbro.se | Permissions & International Rights | Kristina von Unge |
| Rust 5969 | International Publishers | Sweden | Swedish | 6075 | Liber AB | Rasundavagen 18 | 169 67 Solna | (08) 690 90 00 | (08) 690 90 59 | kundservice.liber@liber.se | Chief Executive Officer | Jerker Nilsson |
| Rust 1353 | International Publishers | Sweden | Swedish | 1128 | Bra Bocker AB | Angbatsbron 1 | 201 80 Malmo | (040) 665 46 00 | (040) 685 46 22 | kundservice@bbb.se | Contact | Christin Hansson |
| Rust 515 | International Publishers | Sweden | Swedish | 208 | Akademiforlaget Corona AB | Celsiusgatan, 29 | 201 20 Malmo | (040) 28 61 61 | (040) 28 61 62 | kundservice@cor.se | Man Dir | Lars Welinder |
| Rust 6906 | International Publishers | Sweden | Swedish | 7090 | Norstedts Juridik AB | Rasundavagen 18-20 | 169 67 Solna | (08) 690 91 00 | (08) 690 90 70 | kundservice@nj.se | | |
| Rust 8053 | International Publishers | Sweden | Swedish | 8346 | Schibsted Forlagen AB | Tavastgatan 26 B | 104 62 Stockholm | (08) 429 15 00 | (08) 411 41 30 | kundservice@svenskaforlaget.se | Publisher | Peter Stenson |
| Rust 5248 | International Publishers | Sweden | Swedish | 5299 | Iustus Forlag AB | Ostra Agatan 9 | 753 22 Uppsala | (018) 65 03 30 | (018) 69 30 99 | kundtjanst@iustus.se | Man Dir | Eva Thorell |
| Rust 6017 | International Publishers | Sweden | Swedish | 6125 | Libris Bokforlaget | Verkstadsgatan 2 | 701 12 Orebro | (019) 20 84 00 | (019) 20 84 30 | kundtjanst@libris.se | Rights & Permissions | Inger Lundin |
| Rust 8489 | International Publishers | Sweden | Swedish | 8816 | Studieforlaget/Stiftelsen Kursverksamhe | Aschebergsgatan 24 | 411 33 Gothenburg | (031) 106580 | (031) 135359 | kursbokhandein@folkuniversitetet.se | Contact | Bo Nordell |
| Rust 515 | International Publishers | Sweden | Swedish | 208 | Akademiforlaget Corona AB | Celsiusgatan, 29 | 201 20 Malmo | (040) 28 61 61 | (040) 28 61 62 | lars.welinder@cor.se | Man Dir | Lars Welinder |
| Rust 7679 | International Publishers | Sweden | Swedish | 7928 | Raben och Sjogren Bokforlag | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 88 00 | (08) 769 88 13 | lena.lindstrom@raben.se | Secretary | Lena Lindstrom |
| Rust 408 | International Publishers | Sweden | Swedish | 93 | Acta Universitatis Gothoburgensis | Renstroemsgatan 4 | 405 30 Gothenburg | (031) 7861000 | (031) 16 37 97 | library@ub.gu.se | Contact | AnnaLena Bergquist |
| Rust 6028 | International Publishers | Sweden | Swedish | 6137 | Lidman Production AB | Vartavagen 8 | 115 24 Stockholm | (09) 6633615 | (08) 6633590 | lidman@canit.se | Publisher | Sven Lidman |
| Rust 8959 | International Publishers | Sweden | Swedish | 9312 | Tryckeriforlaget AB | Tumstocksvagen 19 | 183 07 Taby | (08) 756 74 45 | (08) 758 03 85 | lief.lindberg@home.se | Dir | Leif Lindberg |
| Rust 6905 | International Publishers | Sweden | Swedish | 7089 | Norstedts Forlagsgrupp AB | PO Box 2052 | 103 12 Stockholm | (08) 769 87 00 | (08) 21 40 08 | lise-lott.olofsson@norstedts.se | Contact | Lise-Lott Olofsson |
| Rust 8083 | International Publishers | Sweden | Swedish | 8383 | Schultz Forlag AB | Ludvigsbergsgatan 43 | 118 23 Stockholm | (08) 668 65 43 | (08) 668 65 43 | lundast@attglobal.net | Dir | Barbro Schultz-Lundest |
| Rust 1275 | International Publishers | Sweden | Swedish | 1044 | Bokforlaget Settem AB | Florshult | 286 92 Orkelljunga | (0435) 804 00 | (0435) 804 00 | magdalena@settern.se | Man Dir | Magdalena Roenneholm |
| Rust 8483 | International Publishers | Sweden | Swedish | 8809 | Stromberg Brunnhages | PO Box 65 | 162 11 Vallingby | (08) 620 19 00 | (08) 739 98 36 | marcus@stromberg.se | Publisher | Hanserik Tonnheim |
| Rust 783 | International Publishers | Sweden | Swedish | 510 | Arkitektur Forlag AB | Fiskargatan 8 | 102 68 Stockholm | (09) 7027850 | (08) 6115270 | marianne.lundqvist@arkitektur.se | Contact | Marianne Lundqvist |
| Rust 4801 | International Publishers | Sweden | Swedish | 4823 | Hillelforlaget | Box 7427 | 103 91 Stockholm | (08) 587 858 04 | (08) 587 858 58 | marina.burstein@jfst.se | Man Dir | Marina Burstein |
| Rust 3766 | International Publishers | Sweden | Swedish | 3689 | Ekelunds Forlag AB | PO Box 2050 | 169 02 Solna | (08) 82 13 20 | (08) 83 29 56 | marit.ekelund@ekelunds.se | Contact | Marit Ekelund Maitland |
| Rust 1172 | International Publishers | Sweden | Swedish | 930 | Bibliotekstjaanst AB | Traktorvagen 11 | 221 82 Lund | (046) 18 00 00 | (046) 18 01 25 | martin.petri@btj.se | Press Contact | Martin Petri |
| Rust 5193 | International Publishers | Sweden | Swedish | 5241 | Invandrarforlaget | Katrinedalsgatan 43 | 504 51 Boras | (033) 13 60 70 | (033) 13 60 75 | migrant@immi.se | Editor | Miguel Benito |
| Rust 4117 | International Publishers | Sweden | Swedish | 4069 | Foreningen Svenska Laromedel FSL | Drottninggatan 97, 2nd floor | 113 60 Stockholm | (08) 736 19 44 | (08) 736 19 44 | mona@fsl.se | Dir | Mona Hillman Pinheiro |
| Rust 3835 | International Publishers | Sweden | Swedish | 3764 | Energica Forlag AB | Box 8 | 794 21 Orsa | (0250) 55 20 00 | (0250) 431 91 | monica@energica.se | Man Dir | Monica Katarina Frisk |
| Rust 1270 | International Publishers | Sweden | Swedish | 1037 | Bokforlaget Opal AB | Box 20113 | 161 02 Bromma | (08) 28 21 79 | (08) 29 66 23 | opal@opal.se | Joint Publisher | Valborg Segerhjelm |
| Rust 597 | International Publishers | Sweden | Swedish | 303 | Almqvist och Wiksell International | c/o Akademibokhandelsgruppen | 104 65 Stockholm | (040) 35 21 70 | (040) 35 21 04 | order@akademibokhandein.se; export | Manager | Wojtek Boguslaw |
| Rust 3835 | International Publishers | Sweden | Swedish | 3764 | Energica Forlag AB | Box 8 | 794 21 Orsa | (0250) 55 20 00 | (0250) 431 91 | order@energica.se | Man Dir | Monica Katarina Frisk |
| Rust 591 | International Publishers | Sweden | Swedish | 297 | Allt om Hobby AB | Orby Slottsvag 21 | 120 21 Stockholm | (08) 999 333 | (08) 998 866 | order@hobby.se; redaktion@hobby.se | Publisher | Freddy Stenbom |
| Rust 1275 | International Publishers | Sweden | Swedish | 1044 | Bokforlaget Settem AB | Florshult | 286 92 Orkelljunga | (0435) 800 70 | (0435) 804 00 | order@settern.se; info@settern.se | Man Dir | Magdalena Roenneholm |
| Rust 8315 | International Publishers | Sweden | Swedish | 8633 | SNS Forlag | Jakobsbergsgatan 18 | 111 44 Stockholm | (08) 507 025 00 | (08) 507 025 25 | order@sns.se | Publisher | Torgny Wadensjoe |
| Rust 8053 | International Publishers | Sweden | Swedish | 8346 | Schibsted Forlagen AB | Tavastgatan 26 B | 104 62 Stockholm | (08) 429 15 00 | (08) 411 41 30 | peter.stenson@schibstedforlagen.se | Publisher | Peter Stenson |
| Rust 1263 | International Publishers | Sweden | Swedish | 1029 | Bokforlaget Axplock | Eskilsgatan 12B | 645 30 Strangnas | (0152) 150 60 | (0152) 151 40 | post@axplock.se | Publisher | Hans Richter |
| Rust 5248 | International Publishers | Sweden | Swedish | 5299 | Iustus Forlag AB | Ostra Agatan 9 | 753 22 Uppsala | (018) 65 03 30 | (018) 69 30 99 | produktion@iustus.se | Man Dir | Eva Thorell |
| Rust 7879 | International Publishers | Sweden | Swedish | 7928 | Raben och Sjogren Bokforlag | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 88 00 | (08) 769 88 13 | raben-sjogren@raben.se | Secretary | Lena Lindstrom |
| Rust 5043 | International Publishers | Sweden | Swedish | 5086 | Informationsforlaget AB | Sveavagen 61 | 113 86 Stockholm | (08) 545 560 50 | (08) 31 39 03 | red@informationsforlaget.se | Man Dir | Ulf Heimdahl |
| Rust 783 | International Publishers | Sweden | Swedish | 510 | Arkitektur Forlag AB | Fiskargatan 8 | 102 68 Stockholm | (09) 7027850 | (08) 6115270 | redaktionen@arkitektur.se | Contact | Marianne Lundqvist |
| Rust 5048 | International Publishers | Sweden | Swedish | 5091 | Ingenjorsforlaget AB | Master Samuelsgatan 56 | 111 21 Stockholm | (08) 796 66 90 | (08) 22 77 44 | redaktionen@miljorapporten.se | Man Dir | Hakan Ryden |
| Rust 4327 | International Publishers | Sweden | Swedish | 4297 | Gehrmans Musikforlag AB | Vastberga alle 5, SE | 126 30 Hagersten | (08) 610 06 10 | (08) 610 06 27 | sales@gehrmans.se; info@gehrmans | Man Dir | Kettil Skarby |
| Rust 4081 | International Publishers | Sweden | Swedish | 4006 | Fischer & Co | Nas Gard | 762 93 Rimbo | (0175) 620 52 | (0175) 620 54 | sara@fischer-co.se | Man Dir | Sara Nillson |
| Rust 8536 | International Publishers | Sweden | Swedish | 8865 | Svenska Institutet | Skeppsbron 2 | 103 91 Stockholm | (08) 453 78 00 | (08) 20 72 48 | si@si.se | General Dir | Olle Wastberg |
| Rust 8316 | International Publishers | Sweden | Swedish | 8634 | Sober Forlag AB | Gammelgardsvagen 38 | 112 97 Stockholm | (08) 672 80 00 | (08) 672 60 01 | sober@iogt.se; info@iogt.se | Man Dir | Kjell E Johanson |
| Rust 5615 | International Publishers | Sweden | Swedish | 5692 | Klassikerforlaget Steniq AB | Blaklocksvagen 19 | 139 35 Varmdo | (08) 716 35 28 | (08) 716 35 28 | stefan.mattsson@steniq.se | Editor | Stefan Mattsson |
| Rust 8959 | International Publishers | Sweden | Swedish | 9312 | Tryckeriforlaget AB | Tumstocksvagen 19 | 183 07 Taby | (08) 756 74 45 | (08) 758 03 85 | tidkort@tidkort.se | Dir | Leif Lindberg |
| Rust 1586 | International Publishers | Sweden | Swedish | 1378 | Carlsson Bokforlag AB | Stora Nygatan 31 | 111 27 Stockholm | (08) 545 254 80 | (08) 657 95 00 | trygve.carlsson@carlssonbokforlag.se | Man Dir | Trygve Carlsson |
| Rust 5043 | International Publishers | Sweden | Swedish | 5086 | Informationsforlaget AB | Sveavagen 61 | 113 86 Stockholm | (08) 545 560 50 | (08) 31 39 03 | ulf.heimdahl@informationsforlaget.se | Man Dir | Ulf Heimdahl |
| Rust 4940 | International Publishers | Sweden | Swedish | 4977 | iCA bokforlag | Port-Anders Gata T3 | 721 85 Vasteras | (021) 19 40 00 | (021) 19 41 38 | ulla.joneby@formapg.se | Rights Manager | Ulla Joneby |
| Rust 9221 | International Publishers | Sweden | Swedish | 9801 | Var Skola Forlag | Riddargatan 17 | 114 57 Stockholm | (08) 662 33 51 | (08) 6621843 | var.skola@pi.se | Man Dir | Stig Radahl |
| Rust 6904 | International Publishers | Sweden | Swedish | 7088 | Norstedts Forlag | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 50 | (08) 769 88 64 | viveca.ekelund@norstedts.se | Man Dir | Viveca Ekelund |
| Rust 1271 | International Publishers | Sweden | Swedish | 1038 | Bokforlaget Prisma | Tryckerigatan 4 | 103 12 Stockholm | (08) 769 89 00 | (08) 769 88 64 | viveca.ekelund@prismabok.se | Man Dir | Viveca Ekelund |
| Rust 6759 | International Publishers | Sweden | Swedish | 6925 | Natur och Kultur Fakta etc | Karlavagen 31 | 102 54 Stockholm | (08) 453 86 00 | (08) 453 87 90 | viveka.pettersson@nok.se | Permissions | Viveka Pettersson |
| Rust 597 | International Publishers | Sweden | Swedish | 303 | Almqvist och Wiksell International | c/o Akademibokhandelsgruppen | 104 65 Stockholm | (040) 35 21 70 | (040) 35 21 04 | wojtek.boguslaw@ademibokhandein.se | Manager | Wojtek Boguslaw |
| Rust 1398 | International Publishers | Sweden | Swedish | 1175 | Brombergs Bokforlag AB | Hantverkargatan 28 | 112 98 Stockholm | (08) 562 62 080 | (08) 582 62 085 | ylva.aberg@brombergs.se | Production, Rights & Permissions | Ylva Asberg |

| ID | Category | Country | Language | Num | Publisher | Address | City | Phone 1 | Phone 2 | | Role | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rust 3769 | International Publishers | Sweden | Swedish | 3692 | Ekonomibok Forlag AB | Grontevagen 7 | 252 85 Helsingborg | (042) 929 50 | (042) 929 50 | | Man Dir | Maj-Britt Hallgren |
| Rust 5971 | International Publishers | Sweden | Swedish | 6077 | Liber Hermods AB | Rasundavagen 15 | 113 98 Solna, Stockholm | (08) 690 94 00 | (08) 690 90 54 | | Executive Dir | Keith Fransson |
| Rust 6905 | International Publishers | Sweden | Swedish | 7029 | Norstedts forlagsgrupp AB | PO Box 2052 | 103 12 Stockholm | (08) 789 86 00 | (08) 20 25 30 | | Contact | Lise-Lott Olofsson |
| Rust 8083 | International Publishers | Sweden | Swedish | 8333 | Schultz Forlag AB | Ludvigsbergsgatan 4S | 118 23 Stockholm | (08) 668 65 00 | (08) 668 65 05 | | Dir | Barbro Schultz-Lundest |
| Rust 1265 | International Publishers | Sweden | Swedish | 1031 | Bokforlaget Fingraf AB | Forradsvagen 8 | Sodertalje | (08) 550 300 23 | (08) 550 695 70 | | Man Dir | Ossi Nikula |
| Rust 1266 | International Publishers | Sweden | Swedish | 1032 | Bokforlaget Forum AB | Manusavdelningen | 107 23 Stockholm | (08) 696 84 40 | (08) 696 83 67 | | Rights & Permissions | Birgitta Lindgren |
| Rust 4118 | International Publishers | Sweden | Swedish | 4070 | Foreningen Svenskt naringsliv | | 114 82 Stockholm | (08) 553 430 00 | (08) 553 430 99 | | Manager | Kjell Frykhammar |
| Rust 4122 | International Publishers | Sweden | Swedish | 4075 | Forlaget By och Bygd | PO Box 22087 | 104 22 Stockholm | (08) 652 09 55 | | | Man Dir | Asa-Britt Karlsson |
| Rust 4141 | International Publishers | Sweden | Swedish | 4096 | Forlagshuset Norden AB | PO Box 305 | 201 23 Malmo | (040) 93 42 50 | (040) 93 01 56 | | | |
| Rust 5409 | International Publishers | Sweden | Swedish | 5473 | Johnston Editions | Sodermalmsgaten 35 | 431 69 Molndal | (031) 82 61 60 | (031) 82 51 50 | | Contact | Eleonore Wagner |
| Rust 6899 | International Publishers | Sweden | Swedish | 7083 | Nordiska Bokhandelns Forlag | Broetvaegen 32 | 161 39 Bromma | (08) 26 11 69 | (08) 25 42 46 | | Man Dir | Hans Molander |
| Rust 7991 | International Publishers | Sweden | Swedish | 8278 | Samsprak Forlags AB | Box 247 | 701 44 Orebro | (019) 13 24 45 | (019) 18 72 55 | | Contact | Sven Olov Stalfelt |
| Rust 8290 | International Publishers | Sweden | Swedish | 8605 | Sjostrands Forlags AB | Box 1305 | 172 26 Sundbyberg | (08) 29 99 32 | (08) 98 46 45 | | Man Dir | Ulla-Britt Sjostrand |
| Rust 8460 | International Publishers | Sweden | Swedish | 8785 | Stenstrom Interpublishing AB | Box 24086 | 104 50 Stockholm | (08) 6637601; ( | (08) 6632201 | | Publisher | Bengt Stenstrom |
| Rust 8535 | International Publishers | Sweden | Swedish | 8864 | Svenska alliansmissionens (SAM) forla | Box 11054 | 550 11 Jonkoping | (036) 71 98 70 | (036) 71 98 20 | | Man Dir | Torbjoern Wetteroe |
| Rust 9863 | International Publishers | Sweden | Swedish | 10317 | Zindermans Forlag | Box 31029 | 400 32 Gothenburg | (031) 775 04 00 | (031) 12 06 60 | | Man Dir | Leif Stigsjooe |

Certain fields truncated for space reasons