# Exhibit B

FÖRENTA STATERNAS FEDERALA DOMSTOL FÖR NEW YORKS SÖDRA DISTRIKT

# Om du är en författare, förläggare eller annan person som innehar en upphovsrätt av böcker eller andra skriftliga publikationer,

## kan dina rättigheter påverkas av en förlikning genom grupptalan, på grund av Googles digititalisering av böcker och andra skriftliga publikationer.

**Observera: bokförfattare och förläggare utanför USA: Denna förlikning kan även påverka dina rättigheter. Var god och läs noga igenom kungörelsen.**

- Via en grupprättegång yrkar man att Google överträtt bokförfattares, förläggares och andra upphovsrättsinnehavares amerikanska upphovsrätter för böcker och andra skriftliga publikationer, genom att digitalisera (skanna) dem och därmed skapa en elektronisk bokdatabas samt uppvisning av korta utdrag, utan upphovsrättsinnehavarnas tillstånd.

- Man har kommit fram till ett förslag till förlikning av stämningsansökan (vilken i denna kungörelse refereras till som en "Förlikning") för den grupp innehavare vilka innehar en amerikansk upphovsrätt för böcker och tillägg i böcker och annat matarial som publicerades den eller före den 5 januari, 2009. **Böcker som publicerades efter den 5 januari, 2009, inkluderas ej i förlikningen.** (Referera till fråga 6 nedan, för en beskrivning av "Böcker," eftersom denna benämning används i kungörelsen.) Det finns två undergrupper:

    - "Författarnas undergrupp" (författare av böcker och annat material, deras arvingar, efterträdare och rättsinnehavare, samt alla andra förlikningsgruppmedlemmar som ej är medlemmar av förläggarnas undergrupp), och

    - "Förläggarnas undergrupp" (företag som publicerar böcker och tidskrifter samt deras efterträdare och rättsinnehavare)

- Förlikningsförmånerna för gruppen inkluderar:

    - 63% av intäkterna av Googles sålda prenumerationer till dess elektroniska bokdatabas, försäljning för åtkomst av böcker, reklamintäkter samt för andra kommersiella bruk.

    - 34.5 miljoner dollar som betalats av Google för att etablera och underhålla ett bokrättighetsregister ("Register") för inkassering av Googles intäkter och för distribuering av dessa intäkter till upphovsrättsinnehavare.

    - Upphovsrättsinnehavarnas rätt att besluta hur och till vilken utsträckning Google kan använda deras material.

- 45 miljoner dollar som Google utbetalar till upphovsrättsinnehavare vilkas böcker och tillägg Google digitaliserat utan tillstånd den eller före den 5 maj, 2009.

**OBS:** För att delta i förlikningen, måste du komplettera **fordringsformuläret**. Det finns tillgängligt på http://www.googlebooksettlement.com/intl/sv/. Om du inte har tillgång till Internet, kan du erhålla **fordringsformuläret** från förlikningsadministratören. (Se fråga 24 nedan för förliknings-administratörens kontaktinformation.)

## Dina rättigheter och valmöjligheter
## – och förfallodatumen för att utöva dem –
## beskrivs i denna kungörelse

# VAD DENNA KUNGÖRELSE INNEFATTAR

**GRUNDLÄGGANDE INFORMATION**     **4**

1. Varför fick jag denna kungörelse? ................................................................. 4
2. Vad handlar rättegången om? ......................................................................... 4
3. Vad menas med en grupptalan? ...................................................................... 4
4. Varför vill man förlika? ................................................................................... 5
5. Vem anses vara en gruppmedlem? ................................................................. 5
6. Vad betyder "Böcker" och "Tillägg" enligt förlikningen och denna kungörelse? ....... 8
7. Vilka bibliotek medverkar? ............................................................................. 9

**FÖRLIKNINGSFÖRMÅNER**     **10**

8. Sammanfattning av förlikningsförmånerna ................................................. 10
9. Vilka är upphovsrättsinnehavarnas rättigheter gällande deras böcker och tillägg? .... 12
10. Vilka är författarnas och förläggarnas rättigheter enligt författarnas/förläggarnas procedurer? ............................................................. 21

**ATT KVARSTÅ I FÖRLIKNINGEN**     **25**

11. Vad händer om jag inte gör någonting? ....................................................... 25
12. Vilka enheter låter jag offentliggöra? .......................................................... 25
13. Om jag kvarstår i förlikningen, vilka specifika rättsanspråk avsäger jag mig då? ..... 25

**ATT AVBÖJA FÖRLIKNINGEN**     **26**

14. Vad gör jag om jag inte vill medverka i förlikningen? ................................ 26
15. Hur avböjer jag förlikningen? ....................................................................... 27

**ATT INVÄNDA EMOT ELLER KRITISERA FÖRLIKNINGEN**     **27**

16. Kan jag invända emot eller kritisera förlikningen? ..................................... 27
17. Vad är skillnaden mellan att invända emot eller att avböja förlikningen? ............... 28

**ADVOKATERNA SOM REPRESENTERAR DIG**     **28**

18. Har jag en advokat som representerar mina intressen i dessa ärenden? ............... 28
19. Hur kompenseras advokaterna? .................................................................... 28
20. Bör jag skaffa en egen advokat? ................................................................... 29

**DOMSTOLENS SLUTLIGA BIFALLSYTTRING**     **29**

21. När och var kommer domstolen att bestämma om de kommer att bevilja ett slutligt bifall av förlikningen? ........................................................... 29
22. Måste jag delta i det opartiska förhöret? ...................................................... 29
23. Kan jag föra min talan på det opartiska förhöret? ....................................... 29

**FÖR MER INFORMATION**     **30**

24. Vart kan jag erhålla mer information? ......................................................... 30

> Denna kungörelse är endast ett sammandrag av förlikningsavtalet och dina rättigheter. Du bör noga läsa igenom det kompletta förlikningsavtalet. Det finns tillgängligt på http://www.googlebooksettlement.com/intl/sv/agreement.html eller kan erhållas från förlikningsadministratören. (Se fråga 24 för förlikningsadministratörens information.)

## GRUNDLÄGGANDE INFORMATION

### 1. Varför fick jag denna kungörelse?

Du fick denna kungörelse eftersom förlikningen kan påverka dig. Du kanske är en bokförfattare, förläggare, eller en annan person som innehar ett amerikanskt upphovsrättsintresse i böcker, eller i andra skriftliga publikationer som inkluderas i böcker, eller material som är allmän eller statlig egendom (vilka har benämningen "Tillägg" i förlikningen), som Google digitaliserar utan tillstånd.

Denna kungörelse förklarar:

- Vad rättegången och förlikningen handlar om.
- Vem som påverkas av förlikningen.
- Vilka som representerar undergrupperna.
- Dina lagliga rättigheter.
- Hur och när du bör handla.

### 2. Vad handlar rättegången om?

Denna rättegång avser Googles vida publicerade Googlebiblioteksprojekt (Google Library Project, "GLP"). År 2004, påannonserade Google att man hade ingått ett avtal med flertalet bibliotek för digitalisering av böcker och andra publikationer i dessa bibliotekssamlingar. Google har redan digitaliserat över sju miljoner böcker, inklusive miljontals böcker som fortfarande är upphovsrättsskyddade i USA. Googleanvändare kan söka i Googles "digitala bibliotek" och se "snuttar," d.v.s. flera textrader från böcker.

GLP är ett tillvägagångssätt som Google använder för att digitalisera böcker på för dess "Googlebokssökningsprogram" (se http://books.google.com). Googles partnerprogram (där Google erhåller tillstånd från förläggare och författare att använda deras upphovsrättsskyddade material, se https://books.google.com/partner) tillhandahåller även material till Googlebokssökningen. Även om partnerprogrammet inte är föremål för denna förlikning, kan förlikningen påverka medlemmar i partnerprogrammet.

### 3. Vad menas med en grupptalan?

I en grupprättegång, stämmer en eller flertalet "grupprepresentanter" å andra personers vägnar vilka har liknande anspråk. Alla dessa personer bildar tillsammans en "grupp" där var och en är en "gruppmedlem". Domstolen måste fastställa om den ska tillåta rättegången att fortskrida som en grupprättegång. Om den gör det, påverkar förlikningen alla de personer som är gruppmedlemmar. För att ta reda på om du är en gruppmedlem i denna förlikning, gå till fråga 5 nedan.

I denna rättstvist har de personer som lämnat in stämningsansökan ("Käranden") och Google Inc. ("Google, "svaranden") samtyckt till förlikningen. Som en del av förlikningen, kan flertalet bibliotek som har

godkänt eller som kommer att godkänna att Google digitaliserar böcker och annat material i deras samling även de delta i förlikningen ("Medverkande bibliotek"). Domstolen har preliminärt godkänt förlikningen för gruppen och de personer som påverkas i de två undergrupperna – författarnas och förläggarnas undergrupper.

Fem förlag har lämnat in en separat stämningsansökan gentemot Google gällande GLP, vilken tar upp frågor identiska till de som tas upp i denna grupprättegång. Förlagens stämningsansökan kommer att avslås efter det datum när förlikningen av denna rättegång har blivit gällande ("Gällande datum"). För mer information om förlagens stämningsansökan, gå till fråga 19 nedan.

### 4. Varför vill man förlika?

Efter kärandens och Googles tidskrävande utredningar, granskning av miljontals dokument som båda parterna framställt och efter mer än två års förlikningsförhandlingar, har parterna samtyckt till att förlika.

En förlikning är ett avtal mellan käranden och svaranden för att lösa en stämningsansökan. Förlikningar avgör rättstvister utan att domstolen eller juryn fäller ett avgörande beslut i förmån för käranden eller svaranden. En förlikning gör det möjligt för parterna att undvika kostnaden och risken för en rättegång. När det gäller en förlikning för en stämningsansökan vid grupptalan, ber grupprepresentanterna och deras advokater domstolen att godkänna förlikningen som rättvis, skälig och lämplig. I detta fall, om domstolen godkänner förlikningen, kommer Google inte längre anses vara juridiskt ansvariga för fordringarna i stämningsansökan.

Google förnekar till alla förseelser eller till ansvarsskyldighet, samt att någon av gruppmedlemmarna är berättigade till kompensation för någon skada skedd. Domstolen har ej tagit ställning å någon av parternas rättsanspråk.

### 5. Vem anses vara en gruppmedlem?

Gruppen består av alla de personer (och deras arvingar, efterträdare och rättsinnehavare) som den 5 januari, 2009 (kungörelsens begynnelsedatum) innehar ett "amerikanskt upphovsrättsintresse" i en eller fler böcker eller tillägg som "omfattas av ett bruk" vilka är godkända av förlikningen ("Gruppen") (Se fråga 9 nedan för en beskrivning av sådana bruk).

Du innehar ett "amerikanskt upphovsrättsintresse" om du äger eller har ensamrätt att licensiera en upphovsrätt som är skyddad av amerikanska upphovsrättslagar. Till exempel, om du är en författare äger du upphovsrätten till din bok (om du inte helt och fullt har överlåtit alla dina upphovsrättsintressen till en annan person eller om du skrev boken som ett "work for hire" d.v.s. arbete efter ersättning). Du äger även en amerikansk upphovsrätt till en bok om du har ensamrätt att publicera boken i USA, eller om du har laglig rätt att stämma en annan person för kränkning av dina rättigheter för den boken. Flera personer kan ha amerikanska upphovrättsintressen för samma bok, såsom medförfattare, en författare och dess förläggare, samt en författares arvtagare.

**OBS: FÖR FÖRFATTARE OCH FÖRLÄGGARE BOSATTA UTANFÖR USA:** Om du är en rättighetsinnehavare som är en medborgare i, eller är på annat sätt bosatt i ett land utanför USA, innehar du troligen ett amerikanskt upphovsrättsintresse om (a) din bok publicerades i USA, eller (b) din bok publicerades inte i USA, men ditt land har relationer med USA gällande upphovsrätten, eftersom det är en medlem av Bernkonventionen, eller (c) att ditt land hade relationer med USA gällande upphovsrätten vid den tidpunkt boken publicerades. **Du bör anta att du äger ett amerikanskt upphovsrättsintresse i din bok, förutom om du är säker på att din bok publicerades i och att du bor och befinner dig i ett av de få länder som inte har haft eller har relationer med USA gällande dess upphovsrättsintressen. USA:s upphovsrättsavdelning (U.S. Copyright Office) har publicerat en lista över de länder USA har upphovsrättsrelationer med, den finns tillgänglig på http://www.copyright.gov/circs/circ38a.html eller kan erhållas från förlikningsadministratören.**

5

**Om du innehar en upphovsrätt i en bok eller ett tillägg som publicerats i ett land utanför USA, bör du rådfråga en advokat eller en reproduktionsrättighetsorganisation, om du har några frågor gällande vare sig du kan medverka i eller avböja förlikningen. Du kan även erhålla mer information genom att ringa lämpligt telefonnummer i listan som är bifogad med denna kungörelse.**

<u>OBS: FÖRFATTARES ARVINGAR:</u> Eftersom förlikningen involverar digitalisering och bruk av böcker som publicerades flera årtionden sedan, förväntas det att en del av förlikningsgruppen kommer att bestå av författares arvingar, efterträdare och rättsinnehavare. Varhelst denna kungörelse refererar till "författare", refererar den även till alla av dennes arvingar, efterträdare och rättsinnehavare, vilka innehar ett amerikanskt upphovsrättsintresse i författarens material.

<u>Alla gruppmedlemmar</u> **bör gå till http://www.googlebooksettlement.com/intl/sv/ för att få åtkomst till en sökbar bokdatabas som denna förlikning gäller.** Denna databas har även en förteckning över statliga material och böcker som är allmän egendom vilka Google har digitaliserat, vilka även kan innehålla tillägg. Förteckningen strävar efter att inkludera alla upphovsrättsskyddade böcker publicerade den eller före den 5 januari, 2009. Det kommer även att finnas böcker som förlikningen täcker, men som inte är upptagna i förteckningen. Så om din bok inte är med på listan, men så länge som om du innehar ett amerikanskt upphovsrättsintresse i en bok som är publicerad den eller före den 5 januari 2009, bör du anse dig vara en gruppmedlem.

- "Böcker" och "Tillägg" är viktiga benämningar vilka definieras under fråga 6 nedan.

- Ett amerikanskt upphovsrättsintresse som "omfattas av ett bruk" vilket förlikningen täcker, är ett upphovsrättsintresse att kunna reproducera och visa böcker och tillägg som visningsbruk, icke-visningsbruk och för godkända biblioteksbruk, vilka beskrivs under frågorna 9(F), 9(G) och 9(I) nedan och i förlikningsavtalet under artikel VII. "Visningsbruk" och "Icke-visningsbruk" definieras under frågorna 9(F) och 9(G) nedan.

Gruppen är uppdelad i två undergrupper: författarnas undergrupp och förläggarnas undergrupp.

*Författarnas undergrupp*

Författarnas undergrupp består av gruppmedlemmar som är författare, samt deras arvingar, efterträdare och rättsinnehavare och andra gruppmedlemmar som inte är förläggare eller dess efterträdare och rättsinnehavare.

Följande personer representerar författarnas undergrupp: Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson och Joseph Goulden. Författarnas undergrupps intressen representeras även av The Authors Guild (http://www.authorsguild.org). Alla representanter för författarnas undergrupp och The Authors Guild, stöder förlikningen och rekommenderar att andra medlemmar av författarnas undergrupp deltar i förlikningen.

*Förläggarnas undergrupp*

Förläggarnas undergrupp består av gruppmedlemmar vilka är bokförlag eller förlag som publicerar tidskrifter (d.v.s., tidningar, magasin och nyhetsmagasin) vilka innehar ett amerikanskt upphovsrättsintresse för ett tillägg eller vilka har publicerat en bok, samt deras respektive efterträdare och rättsinnehavare.

Följande enheter representerar förläggarnas undergrupp: The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc. och John Wiley & Sons, Inc. Förläggarnas undergrupps intressen representeras även av Association of American Publishers (http://www.publishers.org). Alla representanter för förläggarnas undergrupp och Association of American Publishers, stöder förlikningen och rekommenderar att andra medlemmar av förläggarnas undergrupp deltar i förlikningen.

*Rättighetsinnehavare*

Medlemmar av författarnas och förläggarnas undergrupper som inte på tillämpligt eller tidsenligt sett avböjer förlikningen (se fråga 15 nedan), refereras till i förlikningen och kungörelsen som "Rättighetsinnehavare".

*Böcker som innehåller bildmaterial*

Fotografier, illustrationer, kartor, målningar och annat bildmaterial som ingår i böcker täcks av förlikningen, men ENDAST om a) det amerikanska upphovsrättsintresset av bildmaterialet innehas av en person som även är upphovsrättsinnehavaren av boken som bildmaterialet ingår i eller (b) om bildmaterialet är en illustration i en barnbok (se nedan). Till exempel, om en upphovsrättsinnehavare av en fotobok även är upphovsrättsinnehavaren av fotografierna i boken, täcks de fotografierna av förlikningen. Men förlikningen täcker inte övriga fotografier i boken där upphovsrättsintresset innehas av en person som inte är upphovsrättsinnehavaren av boken. Jämförelsevis, om en historiebok innehåller olika kartor där upphovsrätten till de kartorna innehas endast av andra personer än upphovsrättsinnehavaren av historieboken, så täcker förlikningen inte de kartorna.

*Barnboksillustrationer*

Barnboksillustrationer tacks av förlikningen. Om du är en barnboksillustratör och innehar ett upphovsrättsintresse i en barnbildbok där dina illustrationer ingår, ska du göra anspråk på dina rättigheter för de illustrationerna som en bok i fordringsformuläret. Om du innehar upphovsrättsintresse i illustrationer som ingår i en bok, men inte upphovsrättsintresse av boken där illustrationerna ingår, ska du göra anspråk på dina rättigheter för de illustrationerna som tillägg i fordringsformuläret.

*Gruppundantag*

Fotografier, illustrationer, kartor, målningar och annat bildmaterial i böcker anses inte vara tillägg (förutom banrboksillustrationer). Dessa bildmaterial tacks inte av förlikningen, **FÖRUTOM** om det amerikanska upphovsrättsintresset av detta material innehas av rättighetsinnehavaren av boken där bildmaterialet ingår (enligt förklaringen ovan). Därför anses *inte* personer som endast innehar upphovsrättsintresse av dessa bildmaterial och inte i boken eller tillägget, som gruppmedlemmar. Förlikningen varken godkänner eller förbjuder Google från att visa dessa bildmaterial under förlikningsprocessen och inga rättsanspråk offentliggörs gällande något bruk av dessa bildmaterial.

*Författarens/förläggarens procedurer*

Advokaterna för författarnas och förläggarnas undergrupper har etablerat författarens/förläggarens procedurer, vilka är en viktig del av förlikningen. Bland annat, så fastställer författarens/förläggarens procedurer deras respektive rättigheter i förlikningen gällande Googles bruk av – vilka har betalats för -- tillgängliga och utgångna bokförlagor. Författarens/förläggarens procedurer har sammanställts under fråga 10 nedan och du bör även läsa om författarens/förläggarens procedurer i dess helhet, vilka finns tillgängliga på http://www.googlebooksettlement.com/intl/sv/agreement.html (se bilaga A i förlikningsavtalet) eller vilka kan erhållas från förlikningsadministratören.

## 6. Vad betyder "Böcker" och "Tillägg" enligt förlikningen och denna kungörelse?

*Böcker*

"Böcker" betyder i enlighet med förlikningen, ett skriftligt eller tryckt material på pappersark vilka har bundits samman till en hårdkopia, den eller före den 5 januari, 2009 och:

- Publicerades eller distribuerades till allmänheten eller vilka gjordes tillgängliga för allmänheten efter godkännande från den/de amerikanska upphovsrättsinnehavaren/upphovsrättsinnehavarna; och

- Som var registrerade med U.S. Copyright Office, FÖRUTOM om materialet inte anses vara ett amerikanskt material i enlighet med USA:s upphovsrättslag, vilket i sådant fall en sådan registrering inte är nödvändig; och

- Vilka är föremål för ett amerikanskt upphovsrättsintresse (antingen genom ägarskap, delägarskap, eller genom en ensamrättslicens) och omfattas av ett bruk godkänt genom förlikningen. Se fråga 9 för mer information om sådana bruk.

**UNDANTAG** till definitionen "Bok" är enligt följande:

- Tidskrifter (d.v.s., tidningar, magasin eller nyhetsmagasin). Se avsnitt 1.102 i förlikningsavtalet för en komplett beskrivining av "Tidskrifter".

- Personliga dokument (d.v.s. opublicerade dagböcker, anteckningar eller brev).

- Noter och annat material som övervägande används för musikframställning. Se avsnitt 1.16 i förlikningsavtalet för en mer detaljerad beskrivining av dessa material.

- Material som är allmän egendom, vilket betyder att materialet tillhör allmänheten enligt amerikansk upphovsrättslag.

- Statliga material, vilket betyder skriftliga material som inte är föremål för upphovsrättsinnehav, eftersom de framställts av USA:s regering eller vilka är föremål för en jämbördig framställan enligt amerikanska statslagar, vilka beskrivs i avsnitt 1.64 i förlikningsavtalet.

*Tillägg*

I enlighet med denna förlikning, så måste ett "Tillägg":

- Bestå antingen av (1) text, såsom förord, efterord, prologer, epiloger, dikter, citat, brev, skriftliga utdrag från andra böcker, tidskrifter eller annat material eller sångtexter; eller (2) tabeller, diagram, grafisk framställning, noter (d.v.s., noter på ett notsystem eller tablatur) eller (3) barnboksillustrationer; och

- Innefattas i en bok, statligt material eller en bok som är allmän egendom som publicerats den eller före den 5 januari, 2009; och

- Vara skyddad av amerikansk upphovsrättslag, där det amerikanska upphovsrättsintresset för tillägget innehas av någon *annan än* rättighetsinnehavaren av bokens "Huvudsakliga material". "Huvudsakliga material" förklaras närmare under fråga 8(C) nedan. Till exempel, om du innehar rättigheterna till en dikt i en bok och innehar ett amerikanskt upphovsrättsintresse även för boken, anses din dikt i din bok inte att vara ett tillägg; men den skulle anses vara ett tillägg om den innefattas i en bok som någon annan innehar ett amerikanskt upphovsrättsintresse för; och