- Vara registrerad, antingen enskilt eller som en del av ett annat material, med U.S. Copyright Office den eller före den 5 januari, 2009, FÖRUTOM om tillägget eller materialet inte är ett amerikanskt material enligt amerikansk upphovsrättslag, vilket i det fallet en registrering inte är nödvändig.

**UNDANTAG** från definitionen "Tillägg" är:

- Bildmaterial, såsom fotografier, illustrationer (förutom barnboksillustrationer), kartor och målningar.

- Material som är allmän egendom enligt amerikansk upphovsrättslag.

Med anledning av ersättning för bruk av tillägg, ingår i förlikningen två sorters tillägg:

"Fullständigt tillägg", vilket är ett tillägg som är ett fullständigt material, d.v.s förord, efterord, introduktion, fullständiga material inkluderade i antologier, fullständiga dikter, fullständiga korta historier, fullständiga sångtexter och fullständiga uppsatser.

"Delvist tillägg", vilket är ett annat sorts tillägg, d.v.s., utdrag från en bok eller en artikel i ett magasin, citat, versrader från dikter eller delar av en sångtext.

**För sökning efter eller för att identifiera dina tillägg, gå till http://www.googlebooksettlement.com/intl/sv/, eller kontaka förlikningsadministratören, eller ring lämpligt telefonnummer i slutet av denna kungörelse (Appendix).**

## 7. Vilka bibliotek medverkar?

Förlikningsavtalet identifierar flertalet kategorier av medverkande bibliotek, baserat på dess medverkan i förlikningen: Fullständigt medverkande bibliotek, samverkande bibliotek, bibliotek som är allmän egendom samt övriga bibliotek. För mer information gällande dessa biblioteks rättigheter och skyldigheter samt offentliggjorda fordringar gentemot dessa bibliotek, se frågorna 12 och 13 nedan, eller artikel VII i förlikningsavtalet. För avtalens utformande mellan Registret och de fullt medverkande biblioteken, de samverkande biblioteken och biblioteken som är allmän egendom, se bilaga B i förlikningsavtalet eller kontakta förlikningsadministratören. Förlikningsavtalet finns tillgängligt på http://www.googlebooksettlement.com/intl/sv/agreement.html.

Fullständigt medverkande bibliotek är bibliotek vilka tillåter Google att digitalisera böcker i deras samling och för vilka Google tillhandahåller en "Digital bibliotekskopia" (Library Digital Copy eller "LDC"). Förlikningsavtalet godkänner att fullständigt medverkande bibliotek har vissa rättigheter gällande bruk av deras digitala bibliotekskopior (GLP). För att kunna inkludera så många böcker som möjligt i GLP, kommer Google att försöka expandera listan av medverkande bibliotek, samt lägga till bibliotek som är:

- Samverkande bibliotek. Dessa bibliotek har samma medverkande rättigheter och skyldigheter enligt förlikningsavtalet som fullständigt medverkande bibliotek, förutom att de inte erhåller eller har tillgång till en digital bibliotekskopia, samt att de samtycker till att avlägsna alla digitala bokkopior som de erhållit från Google.

- Bibliotek som är allmän egendom. Dessa bibliotek har samtyckt till att endast tillhandahålla böcker till Google för digitalisering som är allmän egendom, samt att de samtyckt till att avlägsna alla digitala bokkopior som de erhållit från Google, samt att de inte erhåller eller har tillgång till en digital bibliotekskopia.

- Övriga bibliotek. Dessa bibliotek har samtyckt till att tillhandahålla Google med böcker, men samtycker ej till att bli ett fullständigt medverkande bibliotek, ett samverkande bibliotek eller ett bibliotek som är allmän egendom. Några av dessa bibliotek har eventuellt erhållit, eller kommer

9

att erhålla digitala bokkopior från Google. Inga fordringar har offentliggjorts gällande bruk av digitala kopior av övriga bibliotek.

- För en förteckning av bibliotek som käranden för närvarande har godkänt att bli fullständigt medverkande bibliotek och samverkande bibliotek, gå till http://www.googlebooksettlement.com/intl/sv/agreement.html (se bilaga G i förlikningsavtalet) eller kontakta förlikningsadministratören.

# FÖRLIKNINGSFÖRMÅNER

## 8. Sammanfattning av förlikningsförmånerna

Huvudvillkoren av förlikningsavtalet har sammanställts nedan. Du bör läsa igenom det fullständiga förlikningsavtalet på http://www.googlebooksettlement.com/intl/sv/agreement.html. Du kan även ladda ner en kopia av förlikningsavtalet från webbsidan eller så kan du begära en hårdkopia från förlikningsadministratören eller genom att ringa lämpligt telefonnummer, vilket finns upptaget i slutet av denna kungörelse (Appendix).

### A. Googles bruk av och betalning för böcker

Käranden ser förlikningen som en enorm möjlighet att etablera ett nytt kommersiellt bruk av potentiellt tiotusen miljoner utgångna bokförlagor och för att tillgodose ett innovativt marknadsföringsredskap för författare och förläggare för tillgängliga bokförlagor. Enligt förlikningen har Google tillstånd att 1) fortsätta att digitalisera böcker och tillägg, 2) sälja till institutioner prenumerationer till en elektronisk bokdatabas, 3) sälja åtkomst till individuella böcker online, 4) sälja reklamannonser på boksidor, och 5) utföra annat bruk, som vidare beskrivs under "Åtkomstbruk" under fråga 9(F)(1) nedan. Google kommer att betala rättighetsinnehavarna via Registret, 63% av alla intäkter erhållna från dessa bruk. Registret kommer att distribuera de intäkterna till rättighetsinnehavarna i enlighet med allokeringsplanen och författarens/förläggarens procedurer, vilka beskrivs under frågorna 9(K) och 10 nedan.

Rättighetsinnehavarna kan välja att utesluta deras böcker från vissa eller alla av dessa bruk, enligt beskrivningen under fråga 9 nedan. Rättighetsinnehavarna kan även avlägsna alla sina böcker från den elektroniska databasen (om de redan digitaliserats), så länge som begäran har lämnats in den eller före den 5 april, 2011. Rättighetsinnehavarna kan vid vilken tidpunkt som helst begära att Google inte digitaliserar deras böcker. Google kommer att infria begäran, om de inte redan digitaliserat boken.

### B. Bokrättighetsregistret

Förlikningen kommer att etablera ett ideellt bokrättighetsregister, vilket upprätthåller en databas av rättighetsinnehavarna, samlar in deras kontaktinformation samt information om deras fordringar gällande bruk av böcker och tillägg, samt för indentifiering, lokalisering och samordning av utbetalningar till rättighetsinnehavarna. Registret kommer att representera rättighetsinnehavarnas intressen, både i samband med förlikningen samt för andra kommersiella arrangemang, inklusive med andra företag förutom Google (vilka är föremål för rättighetsinnehavarnas omedelbara godkännande för de böcker som är involverade i sådana andra kommersiella arrangemang).

För att kunna finansiera etableringen av Registret och dess initiala verksamhetskostnader, har Google samtyckt till att betala 34.5 miljoner dollar. En del av den betalningen kommer att användas till kungörelsen till gruppen (inklusive distributionen av denna kungörelse), samt för fordringsadministration tills dess att Registret fungerar fullständigt.

Alla de betalningar som Registret erhåller, kommer att vara till direkt eller indirekt fördel för rättighetsinnehavarna. Efter det att den initiala verskamheten finansierats av Google, kommer Registret att finansieras genom en procentuell administrationsavgift för de intäkter Google erhåller.

Registret kommer att gemensamt skötas av en styrelse innehållande ett likvärdigt antal representanter från författarnas och förläggarnas undergrupper – med minst fyra styrelsemedlemmar som är författare och fyra styrelsemedlemmar som är förläggare. Alla beslut som styrelsen tar kommer att kräva en majoritet av styrelsemedlemmarnas röster, där en sådan majoritet måste inkludera minst en styrelsemedlem som är författare och en styrelsemedlem som är förläggare. Särskilda punkter kommer att kräva en majoritet röster från styrelsen.

### C.   Ersättning för böcker som redan digitaliserats

Google har samtyckt till att betala ett minimum av 45 miljoner dollar i kontantbetalningar för alla böcker och tillägg som Google digitaliserat utan tillstånd den eller före den 5 maj, 2009 (d.v.s., senaste datum för att avböja förlikningen) ("Kontantbetalning"). Google kommer att betala åtminstone 60 dollar kontant per huvudsakligt material, 15 dollar per fullständigt tillägg och 5 dollar per delvist tillägg, för vilket åtminstone en rättighetsinnehavare har registrerat en godkänd fordran för den eller före den 5 januari, 2010. Endast en kontantbetalning kommer att göras för samma innehåll som Google digitaliserats, oavsett det antal böcker och tillägg som innefattar sådant innehåll. Till exempel, endast en kontantbetalning kommer att göras för hård- och mjukkopian av en bok, även om Google digitaliserat båda av dem separat, och endast en kontantbetalning kommer att göras för flertalet digitaliseringar av samma bok eller för dess innehåll, såsom tillägg, i flertalet böcker. Endast en kontantbetalning på 60 dollar kommer att utbetalas för innehåll som anses vara både en bok och ett tillägg i en annan bok (d.v.s., en del av den första boken citerad i en annan bok). Varje bok innehåller endast ett enskilt huvudsakligt material. Till exempel, en bok efter novellen *The Old Man and the Sea* kanske består av en introduktion, fotnoteringar och efterord. Novellen i sig självt anses vara bokens huvudsakliga material, övrigt material anses vara ett tillägg (om ett amerikanskt upphovsrättsintresse i de övriga materialen innehas av någon annan än rättighetsinnehavaren av det huvudsakliga materialet). Likaledes, kan en bok bestå av flertalet korta historier från olika författare (d.v.s., *Best Short Stories of 2008*). Bokens huvudsakliga material är då det fullständiga kollektiva materialet (samlingen av korta historier), och varje separat kort historia (samt eventuell inledande uppsats), anses vara ett tillägg (om det amerikanska upphovsrättsintresset för en sådan historia innehas av en rättighetsinnehavare annat än rättighetsinnehavaren av det huvudsakliga materialet). Se avsnitt 1.111 i förlikningsavtalet för en komplett beskrivning av "Huvudsakliga material."

- Beroende på det antal huvudsakliga material och tillägg som rättighetsinnehavaren yrkar rättsanspråk för, om den totala summan som distribueras till alla sådana rättighetsinnehavare är mindre än 45 miljoner dollar, kommer Registret att distribuera saldot till dessa rättighetsinnehavare till upp till maximalt 300 dollar per huvudsakligt material, 75 dollar per fullständigt tillägg och 25 dollar per delvist tillägg. Alla återstående summor därefter kommer att utbetalas enligt allokeringsplanen.

- Om mer än 45 miljoner dollar krävs för att betala alla berättigande fordringar för kontantbetalningar, kommer Google att betala återstående summa som är nödvändig för att utföra alla sådana kontantbetalningar.

Käranden anser att rättighetsinnehavare av böcker och tillägg som Google digitaliserat utan godkännande den eller före den 5 maj, 2009, är berättigade kontantbetalningar, eftersom de har övriga fordringar som andra rättighetsinnehavare inte har, d.v.s., en fordring för upphovsrättskränkning för vilken monetär lättnad begärs i enlighet med denna rättstvist. Enligt förlikningen, kommer övriga rättighetsinnehavare ha rätten att begära att Google inte digitaliserar deras böcker, men de rättighetsinnehavare vilkas böcker och tillägg redan har digitaliserats, har ej den möjligheten. Käranden anser att kontantbetalningarna är skäliga och rimliga för rättighetsinnehavarnas överlåtna fordringar gällande monetär lättnad av Googles orättmätiga digitalisering.

**För att erhålla en kontantbetalning för böcker och tillägg som redan digitaliserats, måste du komplettera fordringsformuläret den eller före den 5 januari, 2010.**

**D.    Värdbaserad version av rättighetsinnehavares bok**

Enligt rättighetsinnehavarnas begäran, kommer Google att tillhandahålla en värdbaserad version av rättighetsinnehavarens bok eller böcker för användning på rättighetsinnehavarens webbsida. Se avsnitt 3.11 i förlikningsavtalet för mer information.

**E.    Beräknad tidpunkt för förlikningsförmåner**

Det kommer att ta en ansenlig tid att införa de kommersiella bruk vilka godkänts i denna förlikning och de val som rättighetsinnehavarna gjort för sina böcker och tillägg samt för att kunna utföra kontantbetalningar. Kommersiellt bruk och andra förlikningsförmåner vilka beskrivs i denna kungörelse, kommer inte att sättas i bruk förrän efter gällande datum och ytterligare en tidsperiod därefter kommer att krävas för att kunna etablera Registret samt för att godkänna rättigheter, så att lämplig rättighetsinnehavare erhåller sin andel och upphovsrättsförmåner. Vi ber er att ha tålamod samt besök förlikningens webbsida med jämna mellanrum på http://www.googlebooksettlement.com/intl/sv/ för uppdateringar.

## 9.    Vilka är rättighetsinnehavarnas rättigheter gällande deras böcker och tillägg?

I enlighet med GLP så har Google digitaliserat – och kommer att fortsätta att digitalisera – böcker från medverkande bibliotek och andra källor. Google utvecklar en sökbar elektronisk databas av miljontals böcker (samt böcker som är allmän egendom och statliga material). Förlikningen tillåter Google att sälja prenumerationer till databasen, samt åtkomst online till individuella böcker. Utöver det, kommer Google att erhålla intäkter från reklamannonser på webbsidor som är dedikerade en enskild bok. Enligt vad som beskrivs i fråga 8(A) ovan, kommer alla de intäkterna att delas 63%/37% mellan rättighetsinnehavarna och Google. Följande är en sammanfattning av Googles auktorisering att kunna använda böcker och tillägg och rättighetsinnehavarens rättigheter vad gäller alla sådana bruk. **En fullständig beskrivning av alla rättigheter och skyldigheter kan du läsa om i förlikningsavtalet, vilken finns tillgänglig på http://www.googlebooksettlement.com/intl/sv/agreement.html eller kan erhållas från förlikningsadministratören.**

**A.    Klassificering av böcker som "Kommersiellt tillgängliga" eller "Kommersiellt otillgängliga" och som "Tryckta bokförlagor" eller "Utgångna bokförlagor"**

Förlikningen innebär att alla böcker först kommer att klassificeras som antingen "Kommersiellt tillgängliga" eller "Kommersiellt otillgängliga" den 5 januari, 2009. Google kommer först att klassificera en bok som "Kommersiellt tillgänglig", om Google anser att rättighetsinnehavaren, eller rättighetsinnehavarens utnämnda agent (d.v.s., en litterär agent eller förläggare) för närvarande (d.v.s., vid den tidpunkt Google gör dess första bedömning) erbjuder boken för försäljning via en eller flertalet sedvanliga försäljningskanaler i USA.

Denna klassificering har två syften:

- Google kommer att kunna utföra visningsbruk av alla böcker som klassificeras som kommersiellt otillgängliga. Men rättighetsinnehavaren av en bok har rätt att avlägsna boken från GLP (genom begäran anhållen den eller före den 5 april, 2011) eller att utesluta den när som helst från vissa eller alla visningsbruk. Google kommer inte att ha rätt att utföra visningsbruk av böcker som klassificerats som kommersiellt tillgängliga böcker, om inte rättighetsinnehavaren godkänner att Google inkluderar boken i ett eller flertalet visningsbruk; rättighetsinnehavaren har även rätt att avlägsna boken från alla Googlebruk (genom en begäran som ska vara tillhandahållen den eller före den 5 april, 2011). En uteslutningsbegäran som erhålls efter den 5 april, 2011, kommer endast att godkännas om boken för vilken uteslutning begärts, inte har digitaliserats vid tidpunkten för begäran.

- Enligt författarens/förläggarens procedurer, anses en bok som klassificerats som kommersiellt tillgänglig att vara klassificerad som "en tryckt bokförlaga" och en bok som klassificerats som

12

kommersiellt otillgänglig, anses vara klassificerad som "en utgången bokförlaga". Klassificering av en bok som en tryckt bokförlaga eller en utgången bokförlaga, kan medföra ansenliga konsekvenser, enligt vad som beskrivs nedan. **Benämningarna för "en tryckt bokförlaga" och "en utgången bokförlaga" som används i detta avsnitt i kungörelsen är endast till för bekvämlighet och gäller endast förlikningen, samt är till för Googles eget bruk och betalning för böcker och påverkar inte hur dessa benämningar används i branschen eller i författarens och förläggarens kontrakt.** Potentiellt kan det hända att två rättighetsinnehavare med amerikanska upphovsrättsintressen för samma bok (d.v.s., både författaren och förläggaren) eventuellt inte samtycker att en bok är, med anledning av denna förlikning, "en tryckt bokförlaga" eller en "utgången bokförlaga". Författarens/förläggarens procedurer fastställer en process hur man löser dessa tvister samt exakta definitioner av benämningarna "en tryckt bokförlaga" och "en utgången bokförlaga". Se Fråga 10 nedan för mer information om författarens/förläggarens procedurer.

Rättighetsinnehavare och Registret kommer att kunna ifrågasätta Googles initiala klassificering av en bok som kommersiellt tillgänglig eller kommersiellt otillgänglig. Alla tvister med Google angående rätt klassificering av en bok, kommer att lösas genom förlikningens tvistlösningprocess, vilken beskrivs i Fråga 9(M) nedan.

**För att ta reda på om din bok till initialt bedömts att vara kommersiellt tillgänglig eller kommersiellt otillgänlig, gå till http://www.googlebooksettlement.com/intl/sv/ eller kontakta förlikningsadministratören.**

**B.     Utgångna bokförlagor**

Förlikningen ger Google rätten att utföra visningsbruk och icke-visningsbruk av varje utgången bokförlaga under den villkorstid den amerikanska upphovsrätten gäller för den boken, utan vidare agerande eller direktiv från bokens rättighetsinnehavare, FÖRUTOM om bokens rättighetsinnehavare instruerar att Google gör detta. En rättighetsinnehavare som instruerar Google, kan senare godkänna Google att utföra sådana bruk av vissa delar eller hela boken. Visningsbruk beskrivs i fråga 9(F) nedan och icke-visningsbruk beskrivs i fråga 9(G) nedan. För mer information om uteslutning av en bok, se fråga 9(D) nedan.

Om en rättighetsinnehavare utesluter en bok som är kommersiellt otillgänglig från det institutionella prenumerationsbruket (se fråga 9(F)(1)(a) nedan), kommer boken även att uteslutas från försäljning till individuella kunder. Utöver detta, är en rättighetsinnehavare som utesluter en bok från ett institutionellt prenumerationsbruk, inte berättigad att erhålla en inkluderingsavgift (se fråga 9(K) nedan för mer information).

Författarens/förläggarens procedurer tillgodoser att författaren eller, av en rimlig anledning, förläggaren av en ugången bokförlaga (förutom för en återgående bok, en "författarkontrollerad" bok eller en bok som skrivits som ett uppdragsarbete d.v.s ett arbete efter ersättning), kan utesluta en bok från en eller flera visningsbruk. Se fråga 10 nedan för en sammanfattning av författarens/förläggarens procedurer.

**För att kunna delta i förlikningen och för att erhålla förmåner för bruk av din utgångna bokförlaga i GLP, eller för att utesluta dina böcker från ett eller flertalet visningsbruk, måste du komplettera fordringsformuläret. Det finns ingen tidsbegränsning för när du kan utesluta dina böcker från något visningsbruk och du kan ändra ditt beslut när som helst.**

**C.     Tryckta bokförlagor**

Förlikningen innebär att Google inte kan utföra några visningsbruk av tryckta bokförlagor, FÖRUTOM om rättighetsinnehavaren av den boken ger Google rätten att kunna inkludera boken för en eller flertalet sådana bruk. Om rättighetsinnehavaren beslutar sig för att godkänna visningsbruk, kommer boken att bli föremål för de finansiella villkoren i förlikningen; men rättighetsinnehavaren kan även förhandla fram andra villkor med Google via partnerprogrammet. Enligt förlikningen har Google rätt att utföra icke-visningsbruk av tryckta bokförlagor under den villkorstid den amerikanska upphovsräten gäller för den boken, FÖRUTOM om rättighetsinnehavaren

13

utesluter boken inom rimlig tid. För mer information om uteslutning av en bok, se fråga 9(D) nedan. För mer information on icke-visningsbruk, se fråga 9(G) nedan.

Enligt författarens/förläggarens procedurer måste både författaren och förläggaren för en tryckt bokförlaga (förutom för en bok som är ett uppdragsarbete) samtycka till alla sorters visningsbruk. Se fråga 10 nedan för en sammanfattning av författarens/förläggarens procedurer.

**För att godkänna en eller flertalet visningsbruk av någon av dina tryckta bokförlagor i GLP, måste du komplettera fordringsformuläret. Efter det att Google fått tillstånd att utföra visningsbruk av dina tryckta bokförlagor, har du rätt att ändra det beslutet när som helst.**

### D.  Fullständig uteslutning av böcker

Rättighetsinnehavare har rätten att utesluta sina böcker, vilket betyder att alla digitala kopior av de böckerna raderas från alla servrar eller från de källor Google eller de fullständigt medverkande biblioteken kan använda. Uteslutningsbegäran måste vara tillhandahållen den eller före den 5 april, 2011. Efter förfallodatumet för en uteslutningsbegäran, kommer begäran endast att godkännas om boken inte var digitaliserad vid den tidpunkt begäran erhölls.

Observera att alla fullständigt medverkande bibliotek har rätt att utföra vissa bruk av böcker i deras bibliotek vilka de har en digital kopia av (se fråga 9(I) nedan). Rättighetsinnehavare kan endast utesluta sina böcker för sådant bruk, om de gör detta inom rimlig tid.

En uteslutningsbegäran innebär inte att Google eller ett fullständigt medverkande bibliotek är skyldiga att förstöra säkerhetskassetter eller andra säkerhetsmedia vilka eventuellt innehåller kopior av uteslutna böcker. **Det enda sättet en rättighetsinnehavare kan bibehålla rätten till rättsanspråk gentemot Google och det fullständigt medverkande biblioteket för kopior av uteslutna böcker på säkerhetskassetter eller annan säkerhetsmedia, är att avböja förlikningen. Mer information om hur du avböjer förlikningen kan du hitta under fråga 15 nedan.**

Även om en rättighetsinnehavare utesluter en bok, kan han/hon kontakta Google därefter för att försöka förhandla ett separat avtal för inkludering av boken i partnerprogrammet.

**Om du vill medverka i förlikningen men vill att din bok utesluts, måste du komplettera fordringsformuläret den eller före den 5 april, 2011. Därefter kommer Google endast att godkänna en begäran att "inte digitalisera" en bok vilken inte har digitaliserats det datum då begäran lämnades in.**

### E.  Tillägg

Rättighetsinnehavare av tillägg, har rätten att utesluta tillägg från alla – men ej färre än alla – visningsbruk. Denna rättighet är endast begränsad till tillägget och ingen annan del av boken, eller ett statligt material eller böcker som är allmän egendom vilka innehåller tillägg.

**Om du innehar ett amerikanskt upphovsrättsintresse för ett tillägg och vill registrera dina rättigheter för tillägget, måste du komplettera fordringsformuläret.**

Om böcker, statliga material eller böcker som är allmän egendom innehåller dina tillägg och som Google ännu inte har digitaliserat, kommer Google att söka efter ditt innehåll tills de avslutar digitaliseringen av böcker för GLP. Om Google hittar vad som kan framstå vara ditt innehåll i en bok, ett statligt material eller en bok som är allmän egendom, kommer de att meddela dig. Du kommer sedan att ombedas att bekräfta att innehållet i boken, eller det statliga materialet eller boken som är allmän egendom, är ett tillägg. Efter din bekräftelse, kommer du att (1) bli berättigad att erhålla en inkluderingsavgift enligt allokeringsplanen (se fråga 9(K) nedan); och (2) erhålla rätten att utesluta ditt/dina tillägg från visningsbruk.

Du kommer att bli berättigad till en inkluderingsavgift om du inte utesluter ditt tillägg från visningsbruk och om du på annat sätt uppfyller behörighetskriteriumen i fordringsformuläret. Om du vill utesluta ditt tillägg från visningsbruk efter att du erhållit din inkluderingsavgift, måste du först returnera avgiften.

**Om du vill medverka i förlikningen, men vill utesluta något av dina tillägg från visningsbruk, måste du komplettera fordringsformuläret. Det finns ingen särskild tidsgräns att utesluta något av dina tillägg från alla – men ej färre än alla – visningsbruk och du kan ändra ditt beslut för ett uteslutande när som helst.**

Rättighetsinnehavaren till boken som innehåller ditt tillägg och i vissa fall Google, kan ifrågasätta din uteslutningsbegäran om de anser att de har laglig eller avtalsenlig rätt att visa ditt tillägg som en del av boken. Alla tvister gällande uteslutande av ett tillägg i en bok, kommer att lösas genom förlikningens tvistlösningsprocess, som beskrivs i fråga 9(M) nedan. Med anledning av tillägg i statliga material och böcker som är allmän egendom, kan Google neka till din begäran att utesluta ditt tillägg från statliga material eller böcker som är allmän egendom. Om detta sker, har du rätt att antingen (1) stämma Google eller (2) framföra en skiljedom gentemot Google i enlighet med förlikningens tvistlösningsprocess.

Enligt förlikningen har Google rätt till icke-visningsbruk av tillägg under den villkorstid den amerikanska upphovsrätten gäller för dessa tillägg. Rättighetsinnehavare av tillägg kan inte "utesluta" ett tillägg. **Det enda sätt du kan bibehålla din rätt att framlägga rättsanspråk gentemot Google och de fullständigt medverkande biblioteken för icke-visningsbruk och för att bibehållning av dina tillägg på säkerhetskassetter eller andra säkerhetsmedia, är att avböja förlikningen i dess helhet. Fråga 15 nedan beskriver hur du avböjer förlikningen.**

F.   Visningsbruk

Enligt rättighetsinnehavarens rätt till uteslutning och avlägsning, vilket diskuterats ovan, ger förlikningen Google rätt till följande visningsbruk av alla utgångna bokförlagor och, enligt godkännande av rättighetsinnehavaren, för tryckta bokförlagor:

(1)   Åtkomstbruk: Åtkomstbruk betyder att man kan granska och kommentera hela boken, samt utskrift och kopiera/klistra delar av boken, till ett visst begränsat antal boksidor. Följande är de åtkomstbruk som Google kan eller eventuellt kan få godkännande till:

(a)   Institutionella prenumerationer: Utbildnings-, statliga och företagsinstitutioner kan köpa tidsbegränsade prenumerationer (d.v.s., per halvår eller per år) till deras studenter eller anställda vilka kan få fullständig åtkomst till innehåll på institutionens prenumerationsdatabas. Google kan även erbjuda prenumerationer till ämnesbaserade samlingar. Kostnaden för den institutionella prenumerationen kan variera med tiden, samt reflektera den institutionella prenumerationsdatabasens storleksökning. För mer information om hur prenumerationer kommer att kostnadsbeläggas, se avsnitt 4.1 i förlikningsavtalet.

(b)   Konsumentinköp: Individuella användare kommer att kunna köpa sig rätten till åtkomst av böcker online. Rättighetsinnehavarna kommer att ha två valmöjligheter att bestämma försäljningspriset för sina böcker på: de kan bestämma priset själva eller tillåta Google att bestämma priset baserat på en flerfaktorsformel som har utformats för att maximera intäkterna för försäljningen av boken ("Kontrollerat förlikningspris").

(c)   Åtkomst av allmänheten av bibliotek och andra platser: Google kommer att tillhandahålla, enligt begäran, en gratis "Åtkomsservice för allmänheten" via en dataterminal i alla offentliga bibliotek, samt genom ett antal överenskomna dataterminaler på ideella skolor och universitet i USA. Åtkomstservicen för allmänheten kommer att tillgodose samma tillgång till böcker som Google erbjuder för institutionella

15

      prenumerationer, förutom att användarna inte har tillgång att kunna kopiera/klistra eller kommentera några delar av boken. För allmänna bibliotek som kan debitera utskriftskostnader och på alla skol- och universitetsbibliotek, kan användare skriva ut boksidor för en kostnad per sida. I enlighet med Registrets godkännande, kan åtkomstserviceterminalerna för allmänheten göras tillgängliga för granskning och en utskriftskostnad per boksida på kommersiella företag, såsom kopieringscenter, vilka kommer att dela intäkterna med Google och rättighetsinnehavarna. Intäkter från allmän åtkomsservice kommer att baseras på en utskriftsavgift per boksida där Google insamlar intäkterna från allmänna bibliotek och bibliotek där en högre utbildning sker eller från kopieringscenter. 63% av intäkterna kommer att gå till Registret å rättighetsinnehavarnas vägnar.

      (d)    Övriga potentiella kommersiella bruk: I framtiden kan Google och Registret eventuellt samtycka till att utveckla andra åtkomstbruk, inklusive kundprenumerationer (liknande konceptet för institutionella prenumerationer); utskrift av böcker genom efterfrågan; beställningspublicering (kostnad per sida av innehåll för kurspaket eller andra former av beställningspublikationer för utbildnings- och professionella branscher); nedladdning av PDF-filer (kunden kan ladda ner en PDF-version av en bok); samt sammanfattningar, referat eller boksammanställningar. **Rättighetsinnehavarna kommer ej att bli underrättade, vare sig direkt eller via Registrets webbsida, för alla nya kommersiella bruk som Google har rätt till, men de kommer att ha rätt att vid vilken tidpunkt som helst att kunna utesluta deras böcker från något eller alla av dessa bruk.**

(2)    Förhandsgranskningsbruk: Med anledning av en användares sökning, kan Google tillåta att användaren kan granska upp till 20% av boken (men inte fler än fem intilliggande sidor) innan kunden bestämmer sig för sitt köp, men ej för att kopiera/klistra, kommentera eller skriva ut några sidor av boken ("Standard förhandsgranskning"). För skönlitteratur, kommer Google att blockera de sista 5% av boken (eller ett minimum av de sista femton sidorna av boken). För skönlitteratur kan Google eventuellt visa upp till 5% eller femton intilliggande sidor (det antal som är minst), intilliggande där en användare landar på en given sida. Rättighetsinnehavare kan även välja ett annat förhandsgranskningsval, där sidorna som förhandsgranskas är förutbestämda (upp till 10% av bokens sidor, som Google väljer ut och om en mekanism utvecklas för att göra detta, ska det förutbestämda valet utses av rättighetsinnehavaren) ("Förutbestämd förhandsgranskning"). De förutbestämda förhandsgranskningssidorna som visas för användaren, förutbestäms inte genom användarens sökval. Rättighetsinnehavarna kommer att kunna ändra förhandsgranskningsvalet som är tillgängligt för alla deras böcker vid vilken tidpunkt som helst. Förhandsgranskning fungerar som ett marknadsföringsverktyg att sälja boken till kunden eller på annat sätt . Rättighetsinnehavare förväntas även att erhålla reklamintäkter från annonser som placeras på förhandsgranskningssidorna för boken. Se avsnitt 4.3 i förlikningsavtalet för en komplett beskrivning av de förhandsgranskningsanvändarval som finns tillgängliga för rättighetsinnehavarna.

(3)    Snuttvisning: Med anledning av användarens sökning, kan Google visa cirka tre eller fyra textrader från en bok (en "snutt"), med upp till tre snuttar per användare. Rättighetsinnehavare förväntas även att erhålla reklamintäkter från annonser som placeras på webbsidor vilka visar en eller fler snuttar från en enskild bok.

(4)    Visning av bibliografi: Google kan eventuellt visa användarna bokens titelsida, upphovsrättssida, innehållsförteckning och index.

**För att utesluta någon av dina böcker och tillägg från visningsbruk, se fråga 9(B-E) ovan.**

G.    Icke-visningsbruk

Vad det gäller rättighetsinnehavarens uteslutningsrättigheter, vilka diskuterats i fråga 9(D) ovan, kommer Google att tillåtas att göra icke-visningsbruk av böcker och tillägg. Icke-visningsbruk är bruk som inte involverar visning av något innehåll i en bok för allmänheten. Exempel inkluderar visning av bibliografisk information, index med fullständig text (utan att visa texten), geografiskt index av böcker, algoritmförteckningar av huvudbenämningar för kapitel av böcker, samt för Googles interna forskning och utveckling. Rättighetsinnehavare kan utesluta sina böcker och tillägg från icke-visningsbruk.

**Du kan endast förhindra Google att erhålla icke-visningsbruk av dina böcker om du inom rimlig tid begär uteslutning av dina böcker. Se fråga 9(D) ovan.**

**Du kan endast bibehålla rätten att lägga fram ett rättsanspråk gentemot Googles icke-visningsbruk av dina böcker eller tillägg, om du avböjer förlikningen i dess helhet. Fråga 15 nedan beskriver hur du avböjer att delta i förlikningen.**

H.    Reklambruk

Google kan eventuellt inkludera reklam på förhandsgranskningssidor och på webbsidor som är tillägnade en enskild bok, inklusive sidor som visar snuttar, bibliografisk information, samt för en användares sökresultat för en enskild bok. Rättighetsinnehavare av böcker kommer att erhålla 63% av intäkterna från sådan reklam. Google kan även komma att placera reklam för andra Google-produkter och tjänster (d.v.s., sökresultatsidor, Googlekartor etc), men rättighetsinnehavare av böcker kommer ej att erhålla någon del av de reklamintäkterna.

**Rättighetsinnehavare av böcker kommer att ha rätt att hänvisa Google att inte inkludera någon reklam på de sidor som är tillägnade en enskild bok, men ej på sidor som hänvisar till en användares sökresultat av flera böcker eller för annat innehåll. För att kunna förebygga att reklam visas på de webbsidor som är tillägnade någon av dina böcker, måste du komplettera fordringsformuläret.**

I.    Fullständigt medverkande biblioteks bruk

Förlikningen ger Google rätten att tillhandahålla varje fullständigt medverkande bibliotek en digital kopia av alla böcker i deras bibliotekssamling (en "Digital bibliotekskopia" eller "Library Digital Copy (LDC)"), förutsatt att Google digitaliserar ett visst antal böcker i det biblioteket. Fullständigt medverkande bibliotek har tillstånd att använda deras digitala bibliotekskopior (LDC): (a) för att göra kopior för att skydda, upprätthålla, hantera och för uppdatering av sin LDC; (b) att tillhandahålla åtkomst till böcker i dess LDC till användare som har handikapp vilket gör det omöjligt för dem att kunna använda tryckta kopior av böckerna; (c) att skapa en ny tryckt kopia av en bok som skadats, försämrats, har förlorats eller stulits; (d) för att använda index eller sökverktyg, samt för att visa snuttar i anslutning till sökverktyg (förutom om en rättighetsinnehavare av en bok för vilken visningsbruk inte godkänt fullständigt medverkande bibliotek att kunna utföra detsamma); (e) att tillåta fakultet och personal att kunna använda upp till fem sidor av en bok för personligt skolarbete och klassrumsbruk vilken inte är kommersiellt tillgänglig och om de böckerna inte ingår i den insitutionella prenumerationen; (f) för forskning som ej används (vilken är föremål för de undantag som beskrivs i fråga 9(J) nedan); (g) och om den amerikanska upphovsrättslagen ändras till att tillåta bruk av okända författarmaterial, att kunna använda böcker från deras LDC i enlighet med den ändrade författningen; och (h) för andra lagliga bruk som en rättighetsinnehavare eller Registret godkänner (Registret kan endast godkänna bruk som inte försämrar någon av rättighetsinnehavarens rättigheter). Förlikningsavtalet förbjuder även fullständigt medverkande bibliotek från att använda deras LDC på vissa sätt; men ansenligt bruk av böcker som inte är kommersiellt tillgängliga är godkända om ingen institutionell prenumeration finns tillgänglig.

J.    Forskningsdel

Utöver detta, kommer digitala kopior av alla böcker som digitaliserats av Google till bibliotek kombineras med en "Forskningsdel". Forskningsdelen kan hanteras av två värdar på två separata sidor ("Värdsidor") vid

17