vilken tidpunkt som helst. Med Registrets godkännande, kan Google bli ytterligare en värdsida (d.v.s., en tredje värdsida om två redan existerar). Forskningsdelen kommer att göras tillgänglig endast för "kvalificerade användare" som medverkar i särskilda typer av forskning, inklusive: (a) kalkylanalys av digitaliserade bilder, för att antingen förbättra bilden eller för att extrahera text eller strukturell information ifrån bilden; (b) extrahering av information för att förstå eller utveckla relationer mellan eller inom böcker; (c) språkvetenskapliga analyser, för att bättre förstå språk, språkligt bruk, semantik och syntax under utveckling under en tidsperiod samt mellan olika boktyper; (d) automatiserad översättning (utan att producera översättningar av böcker för visningssyften); och (e) att utveckla nya index och söktekniker. För mer information gällande godkända söktyper i samband med forskningsdelen, se avsnitt 7.2(d) i förlikningsavtalet. I övrigt kan sådan forskning utföras genom LDC för fullständigt medverkande bibliotek. **Böcker kommer att uteslutas från forskningsdelen och LDC ifall de avlägsnas (se fråga 9(D) ovan).**

**Rättighetsinnehavare av böcker eller tillägg kan endast upprätthålla deras rättsanspråk gentemot Google och det fullständigt medverkande biblioteket för användning av böcker och tillägg i forskningsdelen, genom att avböja förlikningsavtalet. Se fråga 15 för mer information om hur man avböjer.**

**För de böcker som är kommersiellt tillgängliga den 5 januari, 2009, eller inom två år därefter, har rättighetsinnehavaren rätt att utesluta från forskningsdelen, så länge som de kvarstår som kommersiellt tillgängliga. Om din bok är kommersiellt tillgänglig och du vill utesluta din bok från forskningsdelen, måste du komplettera fordringsformuläret.**

Forskningsdelen och dess användning är föremål för detaljerade behörighetskrav och begränsningar, vilka har fastställts i förlikningsavtalet vilket finns tillgängligt på http://www.googlebooksettlement.com/intl/sv/agreement.html (se avsnitt 7.2(d) i förlikningsavtalet) eller så kan du erhålla det från förlikningsadministratören, samt hitta information i avtal mellan Registret och varje värdsida.

K.  **Allokeringsplan/medel utan anspråk**

(1)  Allokeringsplan

Rättighetsinnehavare som registrerar sig med Registret kommer att kompenseras i dollar för Googles kommersiella bruk av deras böcker och tillägg. Principerna för kompensering är har fastställts i en allokeringsplan, som finns tillgänglig på http://www.googlebooksettlement.com/intl/sv/agreement.html (se bilaga C i förlikningsavtalet) eller så kan dessa erhållas från förlikningsadministratören. Rättighetsinnehavarens kompensation kommer att baseras både på det faktiska användandet av böcker ("Bruksavgifter") och de böcker och tillägg som inkluderas i den institutionella prenumerationsdatabasen ("Inkluderingsavgifter").

(a)  Bruksavgifter. Bruksavgifter kommer att betalas ut till rättighetsinnehavare av böcker för alla intäktsmodeller. För bruk av böcker genom prenumerationer, kommer Registret att kalkulera "bruket" baserat på ett antal olika faktorer, inklusive det antal gånger användare granskar boken, hur stor del av boken som granskas och bokens kontrollerade förlikningspris, jämfört med bruket av andra böcker under samma rapporteringsperiod. För övriga bruk, kommer bruksavgifter baseras på bokens försäljningspris, det antal sidor som trycks, eller reklamintäkterna som den tjänar in. Registret kommer att kalkulera bruksavgiften baserat på en per-bok-basis för varje rapporteringsperiod, den fastställda rapporteringsperioden kommer att fastställas av Registret baserat på verkningsgrad. Inga bruksavgifter utbetalas för tillägg.

(b)  Inkluderingsavgifter. Inkluderingsavgifter kommer att betalas för kvalificerade böcker och tillägg från intäkter som Registret erhåller från prenumerationsförsäljning. Den maximala inluderingsavgiften för böcker är 200 dollar/bok och den minimala inkluderingsavgiften för tillägg är 50 dollar/fullständigt tillägg och 25 dollar/delvist

18

tillägg. För tillägg är inkluderingsavgiften för allt innehåll från ett enskilt material som kan hittas i annat material maximalt 500 dollar, oberoende på antal tillägg i innehållet och i hur många andra material tillägget används. Rättighetsinnehavare är berättigade att erhålla en inkluderingsavgift, så länge som de eller någon annan rättighetsinnehavare av samma bok eller tillägg utesluter dem från prenumerationer. (Om Google beslutar att inte inkludera en bok i en prenumerationsdatabas av någon anledning, är rättighetsinnehavaren av boken och tillägget fortfarande berättigad att erhålla en inkluderingsavgift.) **När väl rättighetsinnehavaren erhållit sin inkluderingsavgift, är han eller hon inte längre berättigad att utesluta sina böcker eller tillägg från prenumerationer, om inte inkluderingsavgiften returneras till Registret.**

Googles försäljning av prenumerationer till en bokdatabas är en ny affärsmodell. Därmed kan ersättning för inkludering och användning av böcker och tillägg för prenumerationer inte kvantifieras med någon säkerhet. Detta gäller särskilt inkluderingsavgifter och det kan hända att inkluderingsavgiftens intäkt inte är tillräcklig efter tio år för att kunna betala alla berättigade rättighetsinnehavares dess fullständiga inkluderingsavgift. Käranden hoppas att försäljningen av prenumerationer kommer att bli framgångsrik och att det kommer finnas tillräckligt med kapital att kunna betala ut alla inkluderingsavgifter. Om detta är fallet efter tio år efter det att Registret erhåller de första prenumerationsintäkterna, kommer rättighetsinnehavarna att erhålla mer än de inkluderingsavgifter som specificerats ovan. Om kapitalet i slutet av tioårsperioden inte är tillräckligt, kommer Reigstrets styrelse att fastställa om rättighetsinnehavarnas bästa intresse iakttas genom att fortskrida att utbetala inkluderingsavgifter för böcker, eller om det är bättre att upphöra med dessa avgifter i förmån för utbetalning av endast bruksavgifter. Om en majoritet av styrelsen röstar för att upphöra med att betala ut inkluderingsavgifter för böcker innan den högsta inkluderingsavgiften av 200 dollar/bok har uppnåtts, kan rättighetsinnahavare av böcker eventuellt sluta erhålla 200 dollar i inkluderingsavgifter, och det tillgängliga kapitalet kommer att distribueras till berättigade rättighetsinnehavare vid den tidpunkten och därefter kommer rättighetsinnehavare av böcker endast erhålla bruksavgifter. (Om Reigstrets styrelse inte röstar för att upphöra med utbetalning av inkluderingsavgifter för böcker, kommer utbetalningen att fortskrida, enligt vad som beskrivits i fråga 9(K)(1)(b) och (c) nedan.) I vilket fall som helst, kommer inkluderingsavgifter för tillägg att forsättningsvis betalas, tills Registret betalar 50 dollar/fullständigt tillägg och 25 dollar/delvist tillägg.

**För att kunna erhålla en inkluderingsavgift för dina böcker och tillägg, måste du registrera dem med Registret och genom att komplettera fordringsformuläret inom fem år efter gällande datum. Webbsidan, http://www.googlebooksettlement.com/intl/sv/ , kommer att underrätta dig om gällande datum, men under tiden bör du registrera dina böcker och tillägg snarast möjligt.**

(c) <u>Allokering av prenumerationsintäkter mellan bruk och inkludering</u>. Från prenumerationernas nettointäkter erhåller Registret (d.v.s., efter betalning av Registrets administrationsavgifter) 75% vilka betalas till en bruksavgiftsfond och 25% in till en inkluderingsavgiftsfond. Inkluderingsavgiftsfonden kommer att delas upp i två under-fonder: 80% (av 25%) kommer att gå till en bokunderfond och 20% (av 25%) kommer att gå till en tilläggsunderfond. Om, på den eller före den tionde årsdagen då Registret först erhöll prenumerationsintäkter, finns tillräckligt med kapital i inkluderingsavgiftsfonden att kunna utbetala 200 dollar/bok, 50 dollar/fullständigt tillägg och 25 dollar/delvist tillägg, kommer alla inkluderingsavgiftstillgångar att distribueras vid det tillfället. Om det inte finns tillräckligt med kapital den tionde årsdagen för att kunna betala de summorna, då kommer därefter 10% av nettointäkterna som Registret erhåller från prenumerationer att betalas in till inkluderingsavgiftsfonden, så länge det anses nödvändigt att kunna

betala 200 dollar/bok, 50 dollar/fullständigt tillägg och 25 dollar/delvist tillägg, förutom med hänsyn till böcker, om en majoritet av Registrets styrelse röstar för att upphöra med att betala prenumerationsintäkter till bokunderfonden.

Allokering mellan bruksavgifter och inkluderingsavgifter som beskrivs ovan, återspeglar kärandens försök att rimligen och skäligen uppväga följande konkurrensvederlag: (1) bokens värde som i själva verket "används" och (2) om bokens värde eller tillägg bidrar till helhetsvärdet av prenumerationsdatabasen och ses som en fördel att inkluderas i databasen och finns tillgänglig för användare.

(d) Sammanställning av övriga villkor. (1) Ingen bruksavgift eller inkluderingsavgift för en särskild bok eller ett tillägg kommer att betalas ut förrän Registret har utrett tvister mellan rättighetsinnehavare till boken eller tillägget. (2) Registret kommer att upprätthålla ett konto för varje rättighetsinnehavares registrerade böcker och tillägg och kommer att utbetala bruksavgifter och inkluderingsavgifter, eller en kombination av sådana avgifter, men endast då rättighetsinnehavaren är behörig att erhålla en summa (d.v.s., 25 dollar) som är mindre än det skulle vara ändamålsenligt för Registret att betala ut. (3) En rättighetsinnehavare av ett tillägg kan erhålla en högre inkluderingsavgift, genom att demonstrera till Registret att avtalet med rättighetsinnehavaren av boken tillhandahåller en högre utbetalning av inkluderingsavgiften för tillägg. (4) Alla tvister gällande allokeringen av intäkter mellan rättighetsinnehavare av böcker kommer att lösas under författarens/förläggarens procedurer (förutom tvister mellan flertalet förlag av samma bok eller huvudmaterial) och alla tvister gällande allokering av intäkter för tillägg, kommer att lösas genom en bindande skiljedom enligt de bestämmelser som fastställts i artikel IX i förlikningsavtalet.

(2) Medel utan anspråk

Registret kommer troligen med all förmodan att erhålla intäkter från Google vilka ska betalas ut till rättighetsinnehavare vilka inte har registrerat sig med Registret, eller vilka inte gör några anspråk på dessa intäkter inom fem år efter gällande datum (för inkluderingsavgifter), eller inom fem år efter att deras böcker har använts (för bruksavgifter) ("Medel utan anspråk"). Medel utan anspråk kommer att distribueras enligt följande: (a) **Medel utan anspråk från prenumerationsintäkter** kommer först att användas till att bekosta Registrets verksamhetskostnader och för bibehållning av reserver till Registret, samt att alla andra medel utan anspråk kommer att utbetalas på en proportionell basis till registrerade rättighetsinnehavare vilkas böcker har tjänat in prenumerationsbruksavgifter under den rapporteringsperiod då medlen utan anspråk förvärvades; och (b) **Medel utan anspråk från bokbruksintäkter** kommer att bekosta Registrets verksamhetskostnader och för bibehållning av reserver till Registret; efter det kommer alla återstående medel utan anspråk att betalas ut på en proportionell basis till registrerade rättighetsinnehavare vilkas böcker har tjänat in bokbruksintäkter under den rapporteringsperiod då medlen utan anspråk förvärvades, tills rättighetsinnehavarna av en enskild bok har erhållit totalt 70% av intäkterna Google erhållit för bokens bruk, och därefter för eventuella medel utan anspråk, till ideella enheter som direkt eller indirekt gagnar rättighetsinnehavarna och läsarna.

**L.    Säkerhetsföreskrifter**

Google och käranden (inklusive kärandens experter) har utvecklat en säkerhetsstandard för att säkerställa att böcker och tillägg är föremål för lämplig säkerhetsnivå ("Säkerhetsstandard"). Säkerhetsstandarden innefattar flertalet säkerhetsområden: kränkning av säkerheten vad det gäller böcker som Google innehar, kränkning av säkerheten för fullständigt medverkande biblioteks digitala bibliotekskopior, kränkning av säkerheten på värdsidor för forskning samt satsningar att förhindra oauktoriserad åtkomst av böcker. Säkerhetsstandarden kräver att Google, alla fullständigt medverkande bibliotek och att varje värdsida, utvecklar dess egen implementering av

en säkerhetsplan, vilken måste uppfylla säkerhetsstandarden och vilken är föremål för Registrets godkännande. Säkerhetsstandaren, bilaga D i förlikningsavtgalet, kan erhållas från http://www.googlebooksettlement.com/intl/sv/agreement.html eller från förlikningsadministratören. Utöver detta, så tillgodoser förlikningsavtalet och Registrets avtal, de fullständigt medverkande biblioteken och värdsidorna, kompensation för kränkning av säkerheten. Mer information om denna kompensation finns att erhålla i artikel VIII i förlikningsavtalet, vilken finns tillgängligt på http://www.googlebooksettlement.com/intl/sv/agreement.html eller som kan erhållas av förlikningsadministratören.

### M.   Tvistlösning

Google, Registret, rättighetsinnehavarna, de medverkande biblioteken och värdsidorna, kommer att försöka att informellt lösa de flesta tvister som gäller förlikningen. Om de ej lyckas komma fram till ett beslut efter trettio dagar, kommer tvisten att gå till skiljedom och skiljedomstolens avgörande kommer att bli det slutliga bindande beslutet för parterna i tvistemålet. Exempel på tvister som kan vara föremål för skiljedom är (a) oenighet gällande prissättning och andra finansiella villkor; (b) oenighet gällande påstådda säkerhetskränkningar; (c) oenighet vare sig en bok är en tryckt bokförlaga eller en utgången bokförlaga (endast om tvisten uppstår mellan en författare och en förläggare) eller oenighet vare sig en bok är allmän egendom eller ej, samt (d) oenighet vare sig Google eller ett fullständigt medverkande bibliotek har godkänt en bok för bruk med vilken inte har godkänts enligt förlikningen. Detta är en illustrativ men inte en fullständig lista av potentiella typer av tvister som kan vara föremål för en skiljedom. Läs artikel IX i förlikningsavtalet, författarens/förläggarens procedurer (bilaga A i förlikningsavtalet) och bibliotekets/registrets avtal (bilaga B i förlikningsavtalet), vilka finns tillgängliga på http://www.googlebooksettlement.com/intl/sv/agreement.html eller som kan erhållas från förlikningsadministratören, för en närmare beskrivning av vilka tvister som är föremål för en bindande skiljedom eller rättstvist.

Domstolen kommer att ha forsatt jurisdiktion att kunna lösa alla andra tvister gällande parternas skyldigheter i förlikningsavtalet samt för övriga avtal. Utöver detta, för påskyndat utfärdande av lättnad, eller där kränkningen har upprepats, uppsåtligt eller medvetet, har parterna rätt att inlämna en stämningsansökan till domstol för omedelbar lättnad utan att först gå till en skiljedomstol.

### N.   Icke-exklusiva rättigheter

Rättigheterna som beviljats Google och de medverkande biblioteken är endast icke-exklusiva och rättighetsinnehavarna har all rätt att godkänna, via Registret eller på annat sätt, alla enskilda individer eller enheter, inklusive direkta konkurrenter till Google, att använda deras material på alla sätt, inklusive de sätt som är identiska till Googles och de medverkande bibliotekens godkända bruk. De rättigheter och godkännanden som Google och det medverkande biblioteken beviljats, medför inga överföringar av upphovsrätten till detta material, och inget i förlikningsavtalet skall anses vara en överföring av upphovsrättsintressen till rättighetsinnehavarnas material.

## 10.   Vilka är författarnas och förläggarnas rättigheter enligt författarnas/förläggarnas procedurer?

Både en författare och en förläggare kan ha ett amerikanskt upphovsrättsintresse i samma bok. Respektive rättigheterna för medlemmar av författarnas undergrupp och förläggarnas undergrupp tas upp i författarnas/förläggarnas procedurer, vilka finns tillgängliga på http://www.googlebooksettlement.com/intl/sv/agreement.html (se bilaga A i förlikningsavtalet) eller kan erhållas från förlikningsadministratören. Följande är en sammanfattning av författarnas/förläggarnas procedurer:

(1)   <u>Tryckta bokförlagor</u>

För att Google ska kunna utföra visningsbruk av tryckta bokförlagor, måste både författaren (annat än en författare som utfört ett arbete efter ersättning, dvs "work-for-hire") och förläggaren samtycka till att Google kan utföra visningsbruk, i enlighet med den process som fastställts i

författarens/förläggarens procedurer. Registret kommer att betala ut intäkter intjänade från Googles bruk av tryckta bokförlagor (inklusive kontantbetalningar för en bok som digitaliserats av Google den eller före den 5 maj, 2009) till förläggare som vidare betalar författarna enligt de villkor som fastställts i författarnas/förläggarnas avtal för den boken. Om författaren inte är nöjd med den ersättning förläggaren betalar, kan tvisten lösas med hjälp av Registret genom skiljedom. Denna skiljedomsrättighet gäller inte författare och förläggare av studieböcker (d.v.s., böcker som, när de publicerades, hade som huvudsaklig uppgift att säljas till utbildningsbranschen (d.v.s., K-12, högre utbildning, fortsatta studier, yrkesutbildning, professionella studier, självstudier och liknande utbildningsbranscher) för bruk i utbildningsprogram; tvister mellan dessa parter måste lösas under de villkor som fastställts i författarens/förläggarens avtal för utbildningsmaterialet.

För tryckta bokförlagor som Google har rätt att göra visningsbruk av, har både författaren och förläggaren rätt att utesluta eller låta utesluta boken från vissa eller alla visningsbruk. I detta fall kommer de striktare anvisningarna att gälla (vare sig de erhållits från författaren eller förläggaren). Om författaren och förläggaren samtycker till att Google eventuellt utför kundbruk av en tryckt bokförlaga, har förläggaren rätt att kontrollera prissättningen av boken. Men om författaren invänder mot priset och är oförmögen att övertala förläggaren att ändra priset, kan författaren utesluta boken från kundbruk.

(2)    Utgångna bokförlagor

 (a)    Avlägsning och uteslutning av visningsbruk. Enligt vad som beskrivits ovan, tillgodoser förlikningsavtalet att alla utgångna bokförlagor automatiskt inkluderas för alla visningsbruk. Rättighetsinnehavare kan fastställa avlägsning, uteslutning och prissättning av alla utgånga bokförlagor enligt följande: (a) för böcker som är arbete efter ersättning, d.v.s. "works-for-hire", kan endast förläggaren utföra avlägsnings-, uteslutnings- och prissättningsbeslut för; (b) för böcker där rättigheterna har återgått till författaren eller där sådana böcker anses vara "författar-kontrollerade" (se följande paragraf), kan endast författaren utföra avlägsnings-, uteslutnings- och prissättningsbeslut för; och (c) för alla övriga böcker som ej återgått kan antingen författaren eller föläggaren, genom skälig anledning, utföra avlägsnings-, uteslutnings- och prissättningsbeslut för (ju striktare anvisningar för åtkomstnivå, ju högre prissättning kommer att gälla).

 Med anledning av förlikningen (och endast med anledning till detta), kommer en bok att anses vara "författar-kontrollerad", om boken är berättigad återgång enligt författarens/förläggarens avtal och författaren har skickat (eller skickar) en begäran om återgång till förläggaren och denne inte har svarat på begäran under nittio dagar eller under annan skriftlig svarsperiod som specificerats i författarens/förläggarens avtal, vilken period som än anses vara längre. Om dessa förhållanden har uppfyllts, kan författaren skicka en begäran till Registret (och en kopia till förläggaren) att behandla boken som "författar-kontrollerad". I detta fall måste författaren säkerställa att boken inte längre är en "tryckt bokförlaga", enligt vad som fastställt i Test 1 (se fråga 10(3)(a) nedan) och att förläggaren svarsperiod (d.v.s., överskrider nittio dagar eller den tidsperiod som fastställts i författarens/förläggarens avtal) har utgått; samt att begäran måste innehålla en kopia av ett anspråk om återgång som tidigare skickats till förläggaren, samt en kopia av författarens/förläggarens gällande avtal (om författaren har det i sin ägo).

 Om förläggaren inte bestrider begäran inom 120 dagar, ska Registret anse boken som "författar-kontrollerad". Om förläggaren inom tidsramen bestrider begäran, ska parterna skicka punkterna som bestrids till Registret för ett beslut.

 (b)    Allokering av kontantbetalningar och intäkter. Registret kommer att utföra alla betalningar vad gäller en utgången bokförlaga, separat till bokens författare och

förläggare, enligt följande: (a) 100% till författaren för alla böcker som har återgått eller som är "författar-kontrollerade"; (b) 100% till förläggaren för alla böcker som anses vara arbete efter ersättning, d.v.s. "work-for-hire"; och (c) för alla andra böcker som ej återgått, 65% till författaren och 35% till förläggaren, om boken publicerades före 1987, och 50% till författaren och 50% till förläggaren, om boken publicerades 1987 eller senare.

(3) <u>Fastställande om en bok är en tryckt bokförlaga eller utgången bokförlaga</u>

Enligt förlikningen (och endast för sådant bruk), anses en bok vara "en tryckt bokförlaga", om den uppfyller ett av följande två test:

(a) <u>Test 1</u>. Boken ases vara en "tryckt bokförlaga" enligt villkoren i författarens/förläggarens avtal eller om avtalet inte tillgodoser en återgång under några som helst förhållanden. I detta fall kan boken vara en "tryckt bokförlaga", även om avtalet inte använder benämningen "tryckt bokförlaga". Om avtalet utvärderar en "tryckt bokförlaga" i relation till de intäkter som erhållits och mer än 50% av intäkterna som betalats till förläggaren för exploatering av boken har genererats genom Googles exploatering enligt de intäktsmodeller som godkänts i förlikningen, ska dessa intäkter INTE anses fastställa om Test 1 har uppfyllts eller ej. Om avtalet utvärderar "tryckta bokförlagor" enligt sålda förlagor eller utvärdering av annat än intäkter, ska en jämbördig princip fastställas för om Test 1 har uppfyllts eller ej. Att en bok eller information om en bok har inkluderats i en databas, eller om informationen om boken har tillhandahållits via resultat från sökmotorer, ska inte betyda att boken är en "tryckt bokförlaga". En bok är inte en "tryckt bokförlaga" om avtalet tillhandahåller en återgång och om alla kriterium för återgång har uppfyllts (även om författaren inte skickat in en begäran om återgång till förläggaren, även om detta krävs via avtalet); eller

(b) <u>Test 2</u>. Om förläggaren, förenligt med alla dess rättigheter de har gällande boken enligt författarens/förläggarens avtal, offentligt har meddelat branschen att förlaget utfört konkreta steg för att publicera en existerande eller ny bokutgåva och att utgåvan har publicerats inom tolv månader efter meddelandet.

(4) <u>Tvister om en bok är en tryckt bokförlaga eller en utgången bokförlaga</u>

Medlemmar av författarnas undergrupp och förläggarnas undergrupp, eller deras representanter i Registrets styrelse, kan bestrida en boks status från att vara en "tryckt bokförlaga" eller en "utgången bokförlaga", genom att tillgodose Registret med bevis (såsom avtal, royaltyutdrag, meddelande till branschen eller genom affidavit), vilka anses tillräckliga att kunna etablera vare sig en bok uppfyller ett av de två testen i paragraf (3) ovan eller ej. Den andra parten har rätt att svara, men om denna inte gör detta inom 120 dagar kommer bokens status att ändras. Om både författaren och förläggaren skickar motstridiga bevis och inte lyckas lösa frågan genom ett samtycke, kommer Registret eller en skiljeman som utsetts av Registret, att lösa tvisten genom att granska båda partersnas bevismaterial, annat relevant bevismaterial, argument som skickats av parterna, inklusive genom handlingsförfarandet mellan parterna samt industristandarder och praxis. Registrets (eller skiljemannen) beslut kommer att bli gällande, även om beslutet endast gäller avtalet och eventuellt inte avser andra ändamål, såsom ett prejudikat i en annan, icke-förlikningsrelaterad tvist mellan författaren och förläggaren av samma bok.

(5) <u>Övriga tvister</u>

Alla tvister mellan medförfattare, eller mellan en författares arvtagare, eller mellan flertalet andra rättighetsinnehavare vilka är medlemmar av författarnas undergrupp, måste lösas via skiljedom.

23

Tvister mellan flertalet rättighetsinnehavare som är medlemmar av förläggarnas undergrupp kan, men är inte tvunget, lösas genom skiljedom.

(6) <u>Allokering av medel utan anspråk mellan författare och förläggare</u>

I enlighet med villkoren för medel utan anspråk, vilka beskrivits i fråga 9(K)(2) ovan, kommer alla intäkter utan anspråk till medlemmar av författarens undergrupp och vilka är allokerade enligt författarens/förläggarens procedurer, att distribueras till medlemmar av författarnas undergrupp vilka gör anspråk på dessa medel och alla intäkter som är allokerade till medlemmar av förläggarnas undergrupp vilka ej gjorts anspråk på, kommer att distribueras till medlemmar av författarnas ungergrupp vilka gör anspråk på dessa medel.

(7) <u>Googles partnerprogram</u>

En rättighetsinnehavare kanske beslutar sig för att placera en bok i partnerprogrammet istället för att användas till visningsbruk i enlighet med förlikningsavtalet, eftersom han eller hon anser att eventuellt kan förhandla fram bättre finansiella villkor med Google, eller på grund av någon annan anledning. Förlikningen med Google gäller endast visningsbruk i enligh medet förlikningsavtalet och ej för partnerprogrammet. Författarens/förläggarens procedurer tillhandahåller rättighetsinnehavarna av en tryckt bokförlaga vissa rättigheter, om en annan rättighetsinnehavare av samma bok placerar boken i partnerprogrammet (eller i ett annat Google-program jämbördigt till intäktsmodellen enligt förlikningsavtalet) istället för i intäktsmodellerna i förlikningsavtalet. Dessa rättigheter gäller endast böcker som publicerats i enlighet med förläggarens/författarens avtal vilken utfärdats innan 1992 och som inte har ändrats därefter för att även inkludera elektroniska rättigheter. De har sammanställts enligt följande:

(a) <u>Begäran om avlägsning eller överföring</u>. En rättighetsinnehavare som anser att Google använder en tryckt bokförlaga i partnerprogrammet (eller i något annat Google-program med intäktsmodeller jämbördiga till förlikningsavtalet) utan tillstånd från rättighetsinnehavaren, kan begära att Google antingen avlägsnar boken från det andra Google-programmet eller överför boken från det andra Google-programmet till förlikningsavtalets program. **Begäran måste skickas till Registret och Google via underrättelseformuläret som finns på http://www.googlebooksettlement.com/intl/sv/ eller vilken kan erhållas från förlikningsadministratören. Google kommer att underrätta den person eller enhet som gav Google rätten att använda boken i partnerprogrammet eller för ett annat Google-program. Om personen eller enheten bestrider begäran om avlägsning eller överföring inom trettio dagar, måste detta göras genom att underrätta Registret och Google via underrättelseformuläret som finns på http://www.googlebooksettlement.com/intl/sv/ eller vilken kan erhållas från förlikningsadministratören.**

(b) <u>Obestridd begäran</u>. Om personen eller enheten som godkände Googles bruk i partnerprogrammet eller i ett annat Google-program, inte svarar på underrättelsen inom trettio dagar, kommer Google att avlägsna boken eller överföra den till förlikningsavtalets program enligt begäran av rättighetsinnehavaren. Om boken överförs till förlikningsavtalets program, blir boken föremål för förlikningsavtalet och utbetalningar kommer att ske i enlighet med författarens/förläggarens procedurer.

(c) <u>Bestridd avlägsningsbegäran</u>. Om begäran är till för att Google ska avlägsna boken från partnerprogrammet eller ett annat Google-program (istället för att överföra boken till förlikningsavtalets program), och om begäran bestrids av den andra rättighetsinnehavaren, kommer Google att besluta om de ska bevilja begäran eller inte. Den part som vill bestrida Googles beslut, kan stämma den andra parten för att fastställa vem som har rätt att godkänna Google att kunna använda boken i partnerprogrammet

24

eller i ett annat program. Google förlorar inga rättigheter vad det gäller det beslut Google tar i samband med bokens bruk eller avlägsning.

    (d)    <u>Bestridd överföringsbegäran</u>. Om begäran är till för att Google ska överföra boken från partnerprogrammet eller ett annat Google-program till förlikningsavtalets program, kommer Google att sluta använda boken i något sådant annat Google-program tills de bestridande rättighetsinnehavarna löser sin tvist. Båda rättighetsinnehavarna har rätt att stämma den andre, för att fastställa vem som har rätt att godkänna Google att kunna använda boken i partnerprogrammet eller i ett annat Google-program. I händelse att Google endast vill inkludera boken i förlikningsavtalets program, om de bestridande rättighetsinnehavarna tillsammans godkänner Google att göra detsamma, eller om en av de bestridande rättighetsinnehavarna erhåller ett domstolsutslag för att erhålla ett godkännande att begära att Google kan göra detta.

> Ovanstående är endast en sammanfattning av författarens/förläggarens procedurer och du bör läsa igenom dessa procedurer, vilka finns tillgängliga på http://www.googlebooksettlement.com/intl/sv/agreement.html (se bilaga A i förlikningsavtalet) eller vilka kan erhållas från förlikningsadministratören.

## ATT KVARSTÅ I FÖRLIKNINGEN

### 11. Vad händer om jag inte gör någonting?

**Om du är en medlem av författarnas undergrupp eller förläggarnas undergrupp, behöver du inte göra något för närvarande ifall du vill kvarstå i förlikningen.** Om du väljer att kvarstå i förlikningen, kommer dina rättigheter i rättstvisten att representeras av undergruppsrepresentanterna och gruppens advokat. Du kommer att erhålla förlikningsförmånerna, om de godkänns av domstolen (och om du i god tid skickar in ansökningsformuläret), samt att dina fordringar gentemot Google och de medverkande biblioteken kommer att offentliggöras och avslås av domstolen. Om du kvarstår i förlikningen, kommer du att binda dig till de domslut som görs i samband med förlikningen, vare sig de är fördelaktiga eller ofördelaktiga.

### 12. Vilka enheter låter jag offentliggöra?

Vid gällande datum, kommer rättighetsinnehavarna att offentliggöra fordringar gentemot Google och alla medverkande bibliotek och alla av dess föregående, nuvarande och framtida moderbolag, företrädare, efterträdare, underordnade, dotterbolag och avdelningar, och alla av dess respektive VDs, chefer, anställda och alla andra vilka är upptagna i artikel X i förlikningsavtalet. För att läsa om de särskilda fordringar som offentliggjorts gentemot vart och ett av dessa enheter, se fråga 13 nedan. För mer information gällande de enheter som offentliggörs, var god läs den fullständiga texten angående offentliggjorda enheter, vilka finns i artikel X i förlikningsavtalet.

### 13. Om jag kvarstår i förlikningen, vilka specifika rättsanspråk avsäger jag mig då?

Följande är en sammanfattning av de fordringar rättighetsinnehavare kommer att avsäga sig vid gällande datum. För mer information gällande de avsagda fordringarna, var god läs den fullständiga texten angående avsagda fordringar, vilken kan hittas i artikel X i förlikningsavtalet.

Rättighetsinnehavarna avsäger sig alla fordringar gentemot Google och alla medverkande bibliotek, vilka härrör från särskild förrättning som tog plats innan det gällande datumet, inklusive Googles digitalisering av böcker och tillägg; Googles bruk av digitala kopior för Googles produkter och tjänster; alla av bibliotekens villkor för böcker och tillägg för Googles digitalisering; Googles villkor för digitala kopior till bibliotk och biblioteks erhållan av sådana kopior (förutom Googles villkor för digitala kopior till övriga bibliotek efter den 27 december, 2008); och bibliotekens (förutom övriga biblioteks) bruk av dessa digitala kopior på det sätt som överensstämmer

25

med förlikningsavtalet. Om något av de övriga biblioteken utför olaga bruk av några digitala kopior, avsägs inte några fordringar gentemot ett sådant övrigt bibliotek för dess villkor gentemot Googles böcker, eller erhållan av några digitala kopior.

Rättighetsinnehavarna avsäger sig alla fodringar gentemot Google och alla fullständigt medverkande bibliotek, medverkande bibliotek och bibliotek dom är allmän egendom, vilka, efter gällande datum, uppstår genom någon handling eller ändring godkänd via förlikningsavtalet eller genom ett gällande bibliotek/register-avtal. Inga fordringar som uppstår efter gällande datum kommer att avsägas gentemot övriga bibliotek.

**Däremot:**

1. Inga av gruppmedlemmarnas fordringar vilka avböjer medverkan i förlikningen inom rimlig tid avsägs eller påverkas negativt på något annat sätt genom förlikningen.

2. Förlikniknngen förutsätter att Google och de fullständigt medverkande biblioteken har tillstånd att använda böcker och tillägg endast i enlighet med förlikningen och alla gällande bibliotek/register-avtal, och inga fordringar avsägs som är baserade på något bruk av böcker och tillägg som ej godkänts genom förlikningsavtalet eller gällande bibliotek/register-avtal.

3. Inga fordringar avsägs för överträde av någon av Googles eller de medverkande bibliotekens skyldigheter enligt förlikningsavtalet eller gällande bibliotek/register-avtal.

4. Inga fordringar avsägs för icke godkänt bruk av Google för böcker och tillägg, förutom det som nämns i förlikningsavtalets program.

5. Inga fordringar avsägs vad gäller Googles bruk av tillägg i statliga material och böcker som är allmän egendom, om Google nekar till en rättighetsinnehavares uteslutningsbegäran. Se avsnitt 3.5(b)(vii) i förlikningsavtalet för mer information.

6. Inga fordringar avsägs vad det gäller allt handlande eller de ändringar gjorda efter den 28 oktober, 2008, vilka uppstår efter gällande datum, och kommer inte att godkännas genom förlikningsavtalet.

7. Inga fordringar avsägs för allt bruk av digitala kopior av övriga bibliotek.

8. Inga fordringar avsägs för bruk av böcker och tillägg utanför USA, eller för all digitalisering utanför USA.

9. Inga fordringar avsägs vad gäller något av Googles handlande i USA, som en respons till en begäran av en användare utanför USA, vilket resulterar i visning av delar av en bok eller ett tillägg, till användarens jurisdiktion, om inte visningen är laglenlig eller om Google erhållit tillstånd för den visningen.

## ATT AVBÖJA FÖRLIKNINGEN

### 14. Vad gör jag om jag inte vill medverka i förlikningen?

Om du inte vill medverka i förlikningen och vill bibehålla rätten att stämma Google och de medverkande biblioteken, måste du vidta vissa åtgärder för att "avböja" förlikningen. Genom att avböja, bibehåller du rätten att lämna in en egen stämningsansökan eller att medverka i en annan stämningsansökan gentemot Google för fordringarna i denna rättstvist.

Om du avböjer förlikningen, har du inte rätt till kontantbetalningar eller att kunna medverka i någon intäktsmodell i förlikningen. Men du har rätt att lämna in en egen stämningsansökan. Utövar det, även om du