avböjer förlikningen, kan du eventuellt fortfarande kunna kontakta Registret eller Google vid ett senare tillfälle för att försöka förhandla ett separat avtal för inkludering av dina böcker i något av förlikningsavtalets program.

### 15. Hur avböjer jag förlikningen?

Du kan avböja förlikningen genom att:

1) gå online till http://www.googlebooksettlement.com/intl/sv/ och följa instruktionerna hur man avböjer den eller före den 5 maj, 2009, eller

2) genom att skicka en skriftlig underrättelse med första klass, porto betalt, den eller före den 5 maj, 2009, till förlikningsadministratören på adress: Google Book Search Settlement Administrator, c/o Rust Consulting, PO Box 9364, Minneapolis, MN 55440-9364, USA. Poststämpeln kommer att avgöra vilket datum brevet skickades.

Du måste framlägga anledningen till varför du avböjer förlikningen. Din begäran att avböja måste skrivas under, eller om du skickar den online, måste den kompletteras med en auktoriserad person, det måste framgå vilken undergrupp du avböjer ifrån (antingen författarnas undergrupp eller förläggarnas undergrupp), du måste fylla i ditt namn och adress, eller om du är författarens agent måste du tillgodose namnet på medlemmen i författarnas undergrupp å den persons vägnar du representerar (d.v.s den person som står som författare för boken eller tillägget), samt eventuell pseudonym som författaren av boken använder, om detta är aktuellt. För att tillförsäkra att Google är fullt medvetna om vilka böcker och/eller tillägg som innefattas av ett avböjningsbeslut, måste medlemmar av förläggarnas undergrupp identifiera alla tryckeriprodukter som de publicerar, eller har publicerat och de böcker de innehar ett amerikanskt upphovsrättsintresse för. Google och käranden begär (men kräver inte) att alla medlemmar av författarnas undergrupp eller förläggarnas undergrupp tillhandahåller följande information vad det gäller varje bok och tillägg i vilka de innehar ett amerikanskt upphovsrättsintresse: titel, författare, förläggare och ISBN (om boken har ett ISBN).

## ATT INVÄNDA EMOT ELLER KRITISERA FÖRLIKNINGEN

### 16. Kan jag invända emot eller kritisera förlikningen?

Ja. Om du inte avböjer förlikningen, har du rätt att invända emot eller kritisera en del eller hela förlikningen, inklusive anmälan av slutligt beslut att avslå rättstvisten med förfång, och begäran av advokatkostnader för författarnas undergrupp. Om du vill invända mot förlikningen, måste du den eller före den 5 maj, 2009, inlämna till domstolen en utsaga av din invändning eller position att kunna hävda dig och grunderna till din invändning, tillsammans med kopior av understödjande dokument eller sammandrag till:

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

Du måste även expediera en kopia av sådant dokument per e-post eller första klass till följande advokater:

| Advokat för författarnas undergrupp: | Advokat för förläggarnas undergrupp: | Googles advokat: |
|---|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA<br>bookclaims@bonizack.com | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA<br>bookclaims@debevoise.com | Daralyn J. Durie, Esq.<br>David J. Silbert, Esq.<br>Joseph C. Gratz, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>UNITED STATES OF AMERICA<br>bookclaims@kvn.com |

Du kan närvara på förhöret, eller om du representeras av en advokat, kan din advokat vara närvarande och svara för varför förlikningen eller delar av den inte bör godkännas. Du måste anmäla din eller din advokats uppsåt att göra detta i din utsaga som du inlämnar till domstolen.

Om du kritiserar förlikningen i denna kungörelse, har du inte rätt att bestrida villkoren och bestämmelserna i förlikningen, inklusive anmälan av advokatarvodet för författarnas undergrupp, och de personer som ej invänder skall anses ha avsagt sig den rätten och skall därefter förevigt utestängas ifrån att ta upp en sådan invändnng.

### 17.  Vad är skillnaden mellan att invända emot eller att avböja förlikningen?

Du kan invända emot förlikningen om du kvarstår som gruppmedlem och är föremål för förlikningen, om detta godkänns, med inte samtycker till vissa aspekter av förlikningen. En invändning tillåter din talan att bli hörd i domstol.

Skillnaden är, avböja betyder att du inte längre är en gruppmedlem och att du inte vill bli föremål för förlikningens villkor och bestämmelser. När du avböjer förlorar du din rättighet att invända emot förlikningen, eftersom förlikningen inte längre påverkar dig.

## ADVOKATERNA SOM REPRESENTERAR DIG

### 18.  Har jag en advokat som representerar mina intressen i dessa ärenden?

Ja. Domstolen har utsett följande advokatfirmor att representera dig och andra gruppmedlemmar:

| Advokat för författarnas undergrupp | Advokat för förläggarnas undergrupp |
|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA |

### 19.  Hur kompenseras advokaterna?

Advokaten för författarnas undergrupp kommer att begära att domstolen tilldömer advokatkostnader och avgifter på 30 miljoner dollar. Enligt domstolens godkännande kommer Google att betala dessa advokatkostnader

och utgifter. (Advokaten för författarnas undergrupp har ådragit sig cirka 140 000 dollar i utgifter enligt förlikningsavtalets datum.) Google kommer att betala de avgifterna och kostnaderna utöver den summa de har samtyckt till att betala till undergruppsmedlemmar och rättighetsinnehavare.

Advokaten för förläggarnas undergrupp har samtyckt till att inte söka ersättning för advokatkostnaderna eller för utgifter från grupptalans förlikningsfond. Istället kommer advokaten för förläggarnas undergrupp att bli ersatt via förlikningen mellan Google och förläggarna för relaterat mål, *The McGraw-Hill Companies, Inc. et al. k. Google Inc.*, Målnr. 05 CV 8881 (S.D.N.Y.). De fem förlag som är käranden i detta mål är undergruppsrepresentanter å förläggarnas undergrupps vägnar. Eventuellt efter förlikningsavtalets slutliga godkännande, kommer de att lägga ner dess separata stämningsansökan gentemot Google efter gällande datum. Google har samtyckt till att betala 15.5 miljoner dollar i förlikningskostnader för det målet. Advokaten för förläggarens undergrupp kommer att erhålla advokatkostnader och avgifter från den summan och resten kommer att användas av The Association of American Publishers, för att etablera en fond att kunna tillgodose både förläggarnas och författarnas intressen. Användningen av den återstående summan är föremål för förgodkännande av en majoritet av Registrets styrelsemedlemmar, inklusive minst en författarmedlem och en förläggarmedlem.

### 20. Bör jag skaffa en egen advokat?

Du behöver inte skaffa en egen advokat, men om du **vill** ha en egen advokat som för din talan eller närvarar i domstol, måste du skicka in en anmälan med Avsikt att inställa sig. Se fråga 23 nedan hur du skickar in en anmälan med Avsikt att inställa sig. Om du anlitar en advokat att närvara i ditt ställe under rättegången, måste du själv stå för de advokatkostnaderna.

## DOMSTOLENS SLUTGILTIGA BIFALLSYTTRING

### 21. När och var kommer domstolen att bestämma om de kommer att bevilja ett slutligt bifall av förlikningen?

Domstolen kommer att hålla ett opartisk förhör den 11 juni, 2009 kl 13:00. EDT i rättssal 14C i USA:s federala domstol i New Yorks södra distrikt, United States Courthouse, 500 Pearl Street, New York, NY 10007, för att fastställa om förlikningen är rättvis, korrekt samt rimlig. Vid eller efter det opartiska förhöret, kommer domstolen att fastställa om de kommer att godkänna förlikningen och motionen för advokatkostnader och utgifter. Om kritik eller invändningar erhållits, kommer domstolen att ta upp dem vid det tillfället.

Tid och datum för förhöret kan ändras av domstolen utan förvarning. **Om du önskar delta i förlikningen, är du inte skyldig att vidta övriga åtgärder vid denna tidpunkt.**

### 22. Måste jag delta i det opartiska förhöret?

Nej. Att delta är inte obligatoriskt. Gruppadvokaten är förberedd att svara på någon av domstolens frågor å dina vägnar. Om du eller din egen advokat vill närvara på det opartiska förhöret, kan ni göra det på egen bekostnad.

### 23. Kan jag föra min talan på det opartiska förhöret?

Ja. Du kan föra din talan på det opartiska förhöret eller anlita en egen advokat att föra din talan. Om du vill göra detta, måste du lämna in en "Anmälan med avsikt att inställa sig" till rätten. Anmälan med avsikt att inställa sig måste inkludera namn och målnummer (*The Authors Guild, Inc., et al. k. Google Inc.*, Nr. 05 CV 8136), och indikera att du önskar delta i det opartiska förhöret. Det måste även inkludera ditt namn, adress, telefonnummer och underskrift samt din advokats namn och adress, om du utnämnt en advokat att inställa sig å dina vägnar. Du kan inte föra din talan i det opartiska förhöret om du har avböjt förlikningen. Din anmälan med avsikt att inställa sig **måste** vara inlämnad till domstolen den eller före den 5 maj, 2009, på adress:

29

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

Kopior av anmälan med avsikt att inställa sig måste skickas, per e-post eller brevledes och vara datumstämplad den eller före den 5 maj, 2009, till:

| Advokat för författarnas undergrupp: | Advokat för förläggarnas undergrupp: | Googles advokat: |
|---|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>UNITED STATES OF AMERICA<br>bookclaims@bonizack.com | Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>UNITED STATES OF AMERICA<br>bookclaims@debevoise.com | Daralyn J. Durie, Esq.<br>David J. Silbert, Esq.<br>Joseph C. Gratz, Esq.<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>UNITED STATES OF AMERICA<br>bookclaims@kvn.com |

## FÖR MER INFORMATION

### 24. Vart kan jag erhålla mer information?

Förlikningsavtalet, bilagorna och andra juridiska dokument som lämnats in till domstolen för denna stämningsansökan innehåller övrig information om förlikningen. Du kan granska alla dessa juridiska dokumentkopior när som helst under normal arbetstid på tingsnotariens kontor, J. Michael McMahon, USA:s federala domstol för New Yorks södra distrikt, 500 Pearl Street, New York, New York 10007. Dessa dokument finns även tillgängliga på förlikningens webbsida på http://www.googlebooksettlement.com/intl/sv/.

Utöver detta, ifall du har några frågor om stämningsansökan eller denna kungörelse, så kan du även:

- Besöka förlikningens hemsida på http://www.googlebooksettlement.com/intl/sv/,

- Kontakta The Authors Guild på http://www.authorsguild.org, eller The Association of American Publishers på http://www.publishers.org,

- Ring lämpligt nummer vilka finns upptagna i slutet av denna kungörelse (Appendix), eller

- Skriv till:

    Google Book Search Settlement Administrator
    c/o Rust Consulting, Inc.
    PO Box 9364
    Minneapolis, MN 55440-9364
    UNITED STATES OF AMERICA

Om du adressändrar eller om denna kungörelse inte skickades till din korrekt adress, bör du underrätta förlikningsadministratören. Om förlikningsadministratören inte har din korrekta adress, kan du eventuellt inte erhålla några förlikningsförmåner eller underrättelser om viktiga tilldragelser.

# APPENDIX: FÖRLIKNINGSADMINISTRATÖRENS TELEFONNUMMER

Komplett information om förlikningen samt fordringsformuläret, finns tillgängliga på http://www.googlebooksettlement.com/intl/sv/. Gruppmedlemmar kan begära hjälp och ställa frågor via webbsidan.

För gruppmedlemmar som inte har tillgång till webbsidan eller som kräver ytterligare hjälp, var god kontakta förlikningsadministratören på de telefonnummer som finns upptagna på följande sidor. Därhelst det är möjligt, är dessa telefonnummer avgiftsfria. I de länder där avgiftsfria telefonnummer inte är tillgängliga, var god och ring det internationella avgiftsfria telefonnumret (+1.612.359.8600) och, om du så önskar, kan förlikningsadministratören ringa upp dig.

| Country | Telefonnummer |
|---|---|
| Albania | Avgiftsfritt 00 800 0010 (vänta på tonen) 888.839.1909 |
| Algeria | 00 1.612.359.8600 |
| Andorra | 00 1.612.359.8600 |
| Angola | Avgiftsfritt 808 000 011 (vänta på tonen) 888.839.1909 |
| Anguilla | Avgiftsfritt 1.888.839.1909 |
| Antigua and Barbuda | Avgiftsfritt 1.800.988.7132 |
| Argentina | Avgiftsfritt 0800.666.1520 |
| Armenia | Avgiftsfritt 0 800 10 111 (vänta på tonen) 888.839.1909 (välj platser); eller 00 1.612.359.8600 |
| Aruba | 00 1.612.359.8600 |
| Australia | Avgiftsfritt 1.800.669.201 |
| Austria | Avgiftsfritt 00 800 8000 3300 |
| Azerbaijan | 00 1.612.359.8600 |
| Bahamas | Avgiftsfritt 1.888.762.3775 |
| Bahrain | Avgiftsfritt 800.19.908 |
| Bangladesh | Avgiftsfritt 157 0011 (vänta på tonen) 888.839.1909; eller 00 1.612.359.8600 |
| Barbados | Avgiftsfritt 1.800.988.7146 |
| Belarus | Avgiftsfritt 8 (vänta på tonen) 800 101 (vänta på tonen) 888.839.1909 (välj platser); eller 8 (vänta på tonen) 10 1.612.359.8600 |
| Belgium | Avgiftsfritt 00 800 8000 3300 |
| Belize | Avgiftsfritt 811 (vänta på tonen) 888.839.1909 (välj platser); eller 00 1.612.359.8600 |
| Benin | Avgiftsfritt 102 (vänta på tonen) 888.839.1909 |
| Bermuda | Avgiftsfritt 1.800.988.7139 |
| Bolivia | Avgiftsfritt 800.10.0675 |
| Bosnia & Herzegovina | Avgiftsfritt 00 800 0010 (vänta på tonen) 888.839.1909 (välj platser); eller 00 1.612.359.8600 |
| Botswana | 00 1.612.359.8600 |
| Brazil | Avgiftsfritt 0800.891.7626 |
| British Virgin Islands | Avgiftsfritt 1.800.988.7149 |
| Brunei | Avgiftsfritt 800 1111(vänta på tonen) 888.839.1909 |
| Bulgaria | Avgiftsfritt 00 800 8000 3300 |
| Burkina Faso | 00 1.612.359.8600 |
| Burundi | 00 1.612.359.8600 |
| Cambodia | Avgiftsfritt 1 800 881 001 (vänta på tonen) 888.839.1909 (välj platser); eller 001 1.612.359.8600 |
| Cameroon | 00 1.612.359.8600 |
| Canada | Avgiftsfritt 1.888.356.0248 |
| Cape Verde | 0 1.612.359.8600 |
| Cayman Islands | Avgiftsfritt 1.800.988.7151 |
| Central African Republic | 00 1.612.359.8600 |
| Chad | 15 1.612.359.8600 |
| Chile | Avgiftsfritt 1230.020.9265 |
| China | Avgiftsfritt 00 800 8000 3300 |
| Colombia | Avgiftsfritt 01800.700.2137 |
| Comoros | 00 1.612.359.8600 |
| Cook Islands | Avgiftsfritt 09 111 (vänta på tonen) 888.839.1909 |
| Costa Rica | Avgiftsfritt 0800.044.0102 |
| Cote d'Ivoire | 00 1.612.359.8600 |
| Croatia | Avgiftsfritt 0800.222.460 |
| Cyprus | Avgiftsfritt 00 800 8000 3300 |
| Czech Republic | Avgiftsfritt 00 800 8000 3300 |
| Democratic Republic of the Congo | 00 1.612.359.8600 |
| Denmark | Avgiftsfritt 00 800 8000 3300 |
| Djibouti | 00 1.612.359.8600 |
| Dominica | Avgiftsfritt 1.800.988.7130 |
| Dominican Republic | Avgiftsfritt 1.888.751.8874 |
| East Timor | 00 1.612.359.8600 |
| Ecuador | Avgiftsfritt 1.800.010.575 |
| Egypt | Avgiftsfritt 2510 0200 (vänta på tonen) 888.839.1909 (Kairo); Avgiftsfritt 02 2510 0200 (vänta på tonen) 888.839.1909 |
| El Salvador | Avgiftsfritt 800.6599 |
| Equatorial Guinea | 00 1.612.359.8600 |
| Estonia | Avgiftsfritt 00 800 8000 3300 |
| Falkland Islands | 00 1.612.359.8600 |
| Faroe Islands | 00 1.612.359.8600 |
| Fiji | Avgiftsfritt 004 890 1001 (vänta på tonen) 888.839.1909 |
| Finland | Avgiftsfritt 00 800 8000 3300 |
| France | Avgiftsfritt 00 800 8000 3300 |
| French Guiana | Avgiftsfritt 0800 99 0011 (vänta på tonen) 888.839.1909 |
| French Polynesia | 00 1.612.359.8600 |
| Gabon | 00 1.612.359.8600 |
| Gambia | 00 1.612.359.8600 |
| Georgia | 8 (vänta på tonen) 10 1.612.359.8600 |
| Germany | Avgiftsfritt 00 800 8000 3300 |
| Ghana | Avgiftsfritt 0191 (vänta på tonen) 888.839.1909 |
| Gibraltar | Avgiftsfritt 8800 (vänta på tonen) 888.839.1909 |
| Greece | Avgiftsfritt 00.8004.414.6186 |
| Greenland | 00 1.612.359.8600 |
| Grenada | Avgiftsfritt 1.800.988.7159 |
| Guadeloupe | 00 1.612.359.8600 |
| Guam | Avgiftsfritt 1.888.356.0248 |
| Guatemala | Avgiftsfritt 138 120 (vänta på tonen) 888.839.1909; eller Avgiftsfritt 999 91 90 (vänta på tonen) 888.839.1909 |
| Guinea | 00 1.612.359.8600 |
| Guinea-Bissau | 00 1.612.359.8600 |
| Guyana | Avgiftsfritt 159 (vänta på tonen) 888.839.1909 |

| Country | Telefonnummer |
|---|---|
| Haiti | Avgiftsfritt  183 (vänta på tonen) 888.839.1909 (engelska);  eller Avgiftsfritt 181 (vänta på tonen) 888.839.1909 (kreolska) |
| Honduras | Avgiftsfritt  800 0123 (vänta på tonen) 888.839.1909 |
| Hong Kong | Avgiftsfritt  3071.5077 |
| Hungary | Avgiftsfritt  00 800 8000 3300 |
| Iceland | Avgiftsfritt  00 800 8000 3300 |
| India | Avgiftsfritt  000.800.440.1709 |
| Indonesia | Avgiftsfritt  001.803.017.7714 |
| Ireland | Avgiftsfritt  00 800 8000 3300 |
| Isle of Man | +1.612.359.8600 |
| Israel | Avgiftsfritt  00 800 8000 3300 |
| Italy | Avgiftsfritt  00 800 8000 3300 |
| Jamaica | Avgiftsfritt  1.800.988.7135 |
| Japan | Avgiftsfritt  0120.948.079 |
| Jersey & Guernsey | +1.612.359.8600 |
| Jordan | Avgiftsfritt  18 800 000 (vänta på tonen) 888.839.1909 |
| Kazakhstan | Avgiftsfritt  8 (vänta på tonen) 800 121 4321 (vänta på tonen) 888.839.1909 |
| Kenya | 000 1.612.359.8600 |
| Kiribati | 00 1.612.359.8600 |
| Kuwait | 00 1.612.359.8600 |
| Kyrgyzstan | 00 1.612.359.8600 |
| Laos | 00 1.612.359.8600 |
| Latvia | Avgiftsfritt  00 800 8000 3300 |
| Lebanon | 00 1.612.359.8600 |
| Lesotho | 00 1.612.359.8600 |
| Liberia | 00 1.612.359.8600 |
| Libya | 00 1.612.359.8600 |
| Liechtenstein | 00 1.612.359.8600 |
| Lithuania | Avgiftsfritt  00 800 8000 3300 |
| Luxembourg | Avgiftsfritt  00 800 8000 3300 |
| Macau | Avgiftsfritt  0800 111 (vänta på tonen) 888.839.1909 |
| Macedonia | Avgiftsfritt  0 8000 4288 (vänta på tonen) 888.839.1909 |
| Madagascar | 00 1.612.359.8600 |
| Malawi | 00 1.612.359.8600 |
| Malaysia | Avgiftsfritt  1.800.88.0895 |
| Maldives | 00 1.612.359.8600 |
| Mali | 00 1.612.359.8600 |
| Malta | Avgiftsfritt  00 800 8000 3300 |
| Marshall Islands | 011 1.612.359.8600 |
| Martinique | Avgiftsfritt  0800 99 0011 (vänta på tonen) 888.839.1909 |
| Mauritania | 00 1.612.359.8600 |
| Mauritius | Avgiftsfritt 802.044.0053 |
| Mayotte | 00 1.612.359.8600 |
| Mexico | Avgiftsfritt  01.800.681.1853 |
| Micronesia | Avgiftsfritt  288 (vänta på tonen) 888.839.1909 |
| Moldova | 00 1.612.359.8600 |
| Monaco | Avgiftsfritt  800.93412 |
| Mongolia | 001 1.612.359.8600 |
| Montenegro | 00 1.612.359.8600 |
| Montserrat | Avgiftsfritt  1.888.839.1909 |
| Morocco | Avgiftsfritt  002 11 0011 (vänta på tonen) 888.839.1909 |
| Mozambique | 00 1.612.359.8600 |
| Namibia | 00 1.612.359.8600 |
| Nauru | 00 1.612.359.8600 |
| Netherlands | Avgiftsfritt  00 800 8000 3300 |
| Netherlands Antilles | Avgiftsfritt  1.888.839.1909 |
| New Caledonia | 00 1.612.359.8600 |
| New Zealand | Avgiftsfritt  0800.447.916 |
| Nicaragua | Avgiftsfritt  1 800 0164 (vänta på tonen) 888.839.1909 |
| Niger | 00 1.612.359.8600 |
| Nigeria | 009 1.612.359.8600 |
| Niue | 00 1.612.359.8600 |
| Northern Mariana Islands | 1.612.359.8600 |
| Norway | Avgiftsfritt  00 800 8000 3300 |
| Oman | 00 1.612.359.8600 |
| Pakistan | Avgiftsfritt  00800.900.44023 |
| Palau | 011 1.612.359.8600 |
| Palestinian Territories | 00 1.612.359.8600 |
| Panama | Avgiftsfritt  00.1.800.203.1978 |
| Papua New Guinea | 05 1.612.359.8600 |
| Paraguay | 002 1.612.359.8600 |
| Peru | Avgiftsfritt  0800.54026 |
| Philippines | Avgiftsfritt  1.800.1.441.0425 |
| Poland | Avgiftsfritt  00 800 8000 3300 |
| Portugal | Avgiftsfritt  00 800 8000 3300 |
| Puerto Rico | Avgiftsfritt  1.888.356.0248 |
| Qatar | 00 1.612.359.8600 |
| Republic of the Congo | 00 1.612.359.8600 |
| Reunion | Avgiftsfritt  0800 99 0011 (vänta på tonen) 888.839.1909 |
| Romania | Avgiftsfritt  08008.94930 |
| Russia | Avgiftsfritt  8 10 (vänta på tonen) 800 8000 3300 (Moskva); eller 8 (vänta på tonen) 10 1.612.359.8600 |
| Rwanda | 00 1.612.359.8600 |
| Saint Helena | 00 1.612.359.8600 |
| Saint Kitts and Nevis | Avgiftsfritt  1.800.988.7156 |
| Saint Lucia | 1.612.359.8600 |
| Saint Pierre & Miquelon | Avgiftsfritt  0800 99 0011 (vänta på tonen) 888.839.1909 |
| Saint Vincent & the Grenadines | Avgiftsfritt  1.800.988.7134 |
| Samoa | 0 1.612.359.8600 |
| Sao Tome and Principe | 00 1.612.359.8600 |
| Saudi Arabia | Avgiftsfritt  800.844.6841 |
| Senegal | Avgiftsfritt  800 103 073 (vänta på tonen) 888.839.1909 |
| Serbia | 00 1.612.359.8600 |

| Country | Telefonnummer |
|---|---|
| Seychelles | 00 1.612.359.8600 |
| Sierra Leone | Avgiftsfritt 1100 (vänta på tonen) 888.839.1909 |
| Singapore | Avgiftsfritt 800.130.1602 |
| Slovakia | Avgiftsfritt 00 800 8000 3300 |
| Slovenia | Avgiftsfritt 0800.80419 |
| Solomon Islands | 00 1.612.359.8600 |
| Somalia | 00 1.612.359.8600 |
| South Africa | Avgiftsfritt 0.800.981.216 |
| South Korea | Avgiftsfritt 00.308.13.1762 |
| Spain | Avgiftsfritt 00 800 8000 3300 |
| Sri Lanka | 00 1.612.359.8600 |
| Sudan | 00 1.612.359.8600 |
| Suriname | Avgiftsfritt 156 (vänta på tonen) 888.839.1909 (välj platser); eller 00 1.612.359.8600 |
| Swaziland | 00 1.612.359.8600 |
| Sweden | Avgiftsfritt 00 800 8000 3300 |
| Switzerland | Avgiftsfritt 00 800 8000 3300 |
| Syria | Avgiftsfritt 0 801 (vänta på tonen) 888.839.1909 |
| Taiwan | Avgiftsfritt 0800666907 |
| Tajikistan | 8 (vänta på tonen) 10 1.612.359.8600 |
| Tanzania | 000 1.612.359.8600 |
| Thailand | Avgiftsfritt 001.800.13.203.2853 |
| Togo | 00 1.612.359.8600 |
| Tokelau | 00 1.612.359.8600 |
| Tonga | 00 1.612.359.8600 |
| Trinidad and Tobago | Avgiftsfritt 1.800.205.9433 |
| Tunisia | 00 1.612.359.8600 |
| Turkey | Avgiftsfritt (90)212.414.2697 |
| Turkmenistan | 8 (vänta på tonen) 10 1.612.359.8600 |
| Turks & Caicos | Avgiftsfritt 0.1.888.839.1909 |
| Tuvalu | 00 1.612.359.8600 |
| U.S. Virgin Islands | Avgiftsfritt 1.888.356.0248 |
| Uganda | 000 1.612.359.8600 |
| Ukraine | Avgiftsfritt 8 (vänta på tonen) 100 11 (vänta på tonen) 888.839.1909 (välj platser); eller 8 (vänta på tonen) 10 1.612.359.8600 |
| United Arab Emirates | Avgiftsfritt 8000.441.6842 |
| United Kingdom | Avgiftsfritt 00 800 8000 3300 |
| United States | Avgiftsfritt 1.888.356.0248 |
| Uruguay | Avgiftsfritt 000.401.902.14 |
| Uzbekistan | Avgiftsfritt 8 (vänta på tonen) 641 7440010 (vänta på tonen) 888.839.1909 (välj platser); eller 8 (vänta på tonen) 10 1.612.359.8600 |
| Vanuatu | 00 1.612.359.8600 |
| Venezuela | Avgiftsfritt 0.800.100.9129 |
| Vietnam | Avgiftsfritt 1 201 0288 (vänta på tonen) 888.839.1909 (välj platser); eller 00 1.612.359.8600 |
| Wallis and Futuna | 19 1.612.359.8600 |
| Yemen | 00 1.612.359.8600 |
| Zambia | Avgiftsfritt 00 899 (vänta på tonen) 888.839.1909 |
| Zimbabwe | Avgiftsfritt 110 989 90 (vänta på tonen) 888.839.1909; eller avgiftsfritt 00-899 (vänta på tonen) 888-839-1909 (välj platser); eller 00 1.612.359.8600 |