# Exhibit C

Juridisk underrättelse

Personer bosatta utanför USA: Denna förlikning kan eventuellt påverka dig, eftersom den täcker amerikanska upphovsrättsintressen för böcker som publicerats utanför USA. Om du innehar en sådan rättighet för en bok eller annat material i en bok, kommer denna förlikning att bli bindande, ifall du inte avböjer inom rimlig tid.

## Om du är en bokförfattare, bokförläggare eller annan person som innehar en upphovsrätt av en bok eller annan skriftlig publikation,

### kan dina rättigheter påverkas av en förlikning genom grupptalan, gällande Googles skanning och bruk av böcker och andra skriftliga publikationer.

Författare och förläggare lämnade in en stämningsansökan genom grupptalan, där man yrkade att Google överträtt upphovsrätten för författare, förläggare och andra upphovsrättsinnehavare ("Rättighetsinnehavare"), genom skanning av upphovsrättsskyddade böcker och inlagor, samt visning av utdrag, utan tillstånd. Google nekar till anklagelserna. Parterna har samtyckt till en förlikning. Detta sammandrag tillgodoser en grundläggande information om förlikningen. "Böcker" och "Inlagor" beskrivs nedan.

### Vad tillgodoser förlikningen?

Förlikningen, om godkänd av domstol, ger Google rätten att kunna skanna upphovsrättsskyddade böcker och inlagor i USA, samt att kunna upprätthålla en elektronisk databas av böcker. För utgångna förlagor och, om godkänt av upphovsrättsinnehavarna av tillgängliga förlagor, kommer Google att kunna sälja åtkomst till individuella böcker och statliga prenumerationer till databasen, placera reklam på de sidor vilka är dedikerade till en bok, samt att kunna utföra annat kommersiellt bruk av böcker. Rättighetsinnehavarna kan, vid vilken tidpunkt som helst, ändra Googles instruktioner för något av dessa användningsområden. Genom ett bokrättighetsregister ("Register") som etableras via förlikningen, kommer Google att betala rättighetsinnehavarna 63% av alla bruksintäkter.

Google kommer även att betala 34.5 miljoner dollar, för att etablera och finansiera den grundläggande användningen av registret, för förliknings- och administrationskostnader, samt minst 45 miljoner dollar för kontantbetalningar till rättighetsinnehavarna för de böcker och inlagor som Google skannar innan förfallodatumet för avböjning av förlikningen.

### Vem gäller detta?

Förlikningsklassifikationen inkluderar alla de personer globalt, vilka innehar ett amerikanskt upphovsrättsintresse för en bok eller en inlaga. "Amerikanskt upphovsrättsintresse" har en generell betydelse. Varän du är bosatt, läs igenom hela underrättelsen för att kunna avgöra om denna förlikning gäller dig eller inte.

Det finns två underklassifikationer:

- *"Författarens underklassifikation"* (författare av böcker och andra skriftliga publikationer, deras arvtagare, efterträdare och ombud), och
- *"Förläggarens underklassifikation"* (förläggare av böcker och periodiska publikationer, deras efterträdare och ombud).

### Vilket sorts material är inkluderat?

"Böcker" inkluderar upphovsrättsskyddat material, såsom oveller, läroböcker, avhandlingar och andra skriftliga publikationer som utgivits eller distribuerats som hårdkopia den eller före den 5 januari, 2009. Material som härstammar från USA måste vara registrerade med U.S. Copyright Office (USA:s upphovsrättskontor), för att kunna inkluderas i förlikningen. "Böcker" inkluderar inte periodiska publikationer, personliga handlingar, noter eller material som är allmän eller statlig egendom.

"Inlagor" inkluderar all övrig text och material, såsom förord, essäer, poem, citat, brev, sångtexter, illustrationer i barnböcker, noter, tabeller och diagram, om de är individuellt skyddade genom amerikansk upphovsrättslag och vilka ingår i en bok, material och böcker som är allmän eller statlig egendom, vilka utgivits den eller före den 5 januari, 2009, samt amerikanska utgåvor, registrerade (enskilt eller som en del av en annan utgåva) med U.S. Copyright Office. Inlagor inkluderar inte bildmaterial (förutom illustrationer i barnböcker), eller material som är allmän eller statlig egendom.

**Underrättelsen innefattar en mer detaljerad beskrivning av dessa villkor, samt annan viktig information om förlikningen.**

### Vad bör jag göra?

Läs igenom hela underrättelsen, vilken finns tillgänglig på http://www.googlebooksettlement.com. Fastställ om du ska:

- Kvarstå i förlikningen. Om du gör detta, binder du dig till domstolens utslag, samt att du avsäger dig dina fordringar gentemot Google.
- Invänd eller kritisera förlikningen. Du måste skriftligen invända/kritisera senast den **5 maj, 2009**.
- Avböj förlikningen och bibehåll rätten att stämma Google individuellt. Du måste skriftligen avböja senast den **5 maj, 2009**.
- Lämna in en fordran för kontantbetalning (om du är berättigad att göra det). Du måste lämna in din fordran senast den **5 januari, 2010**.

Domstolen har utsett en klassificeringsadvokat som representerar de två underklassifikationerna. Om förlikningen godkänds, kommer klassificeringsadvokaten för författarnas underklassifikation, att kräva ett advokatarvode och betalning av utgifter som Google samtyckt till att betala. Du kan även anlita en egen advokat på egen bekostnad.

Domstolen kommer att besluta om de kommer att godkänna förlikningen under en opartisk rättegång den **11 juni, 2009**, kl. **13:00**.

### För fullständig information, inklusive den fullständiga underrättelsen:

### Gå till: http://www.googlebooksettlement.com

### Ring: +1.612.359.8600

**Skriv till: Google Book Search Settlement Administrator, c/o Rust Consulting, P.O. Box 9364, Minneapolis, MN 55440-9364 UNITED STATES OF AMERICA**

# Exhibit D

## Redacted

**From:** Pia Janné Nyberg [PiaJ@forlaggare.se]
**Sent:** Wednesday, February 04, 2009 12:36 PM
**To:** Belinda Bulger
**Subject:** SV: SV: SV: Google Settlement Notice Program materials for distribution - Swedish

I am sorry, but that will take too much time from me.

For example, you cannot translate Book Rights Registry to "bokrättighetsregister". You could instead write "bokrättighetskontor" or "bokrättighetsbyrå". The translation is confusing and you should contact another translator.

You should send the notice (and the Swedish translation) to a Swedish translator. There are translators for example at www.fraze.se

If you phone them, I am sure that they can make a translation for you of the short notice in one day.

Kind regards,

Pia Janné Nyberg

-----Ursprungligt meddelande-----
Från: Belinda Bulger [mailto:B.Bulger@kinsella-novak.com]
Skickat: den 4 februari 2009 18:14
Till: Pia Janné Nyberg
Ämne: Re: SV: SV: Google Settlement Notice Program materials for distribution - Swedish

I am happy to go back to our translators and ask them to re-translate the Notice, if you could maybe provide some specific concerns? We want there to be a useful version in Swedish!


On 2/4/09 12:09 PM, "Pia Janné Nyberg" <PiaJ@forlaggare.se> wrote:

Ok, we gave our members the long notice. The translation is not so good, so we will use the English version when working with it.

Kind regards,

Pia Janné Nyberg

-----Ursprungligt meddelande-----
Från: Belinda Bulger [mailto:B.Bulger@kinsella-novak.com]
Skickat: den 4 februari 2009 18:04
Till: Pia Janné Nyberg
Kopia: Kristina Ahlinder
Ämne: Re: SV: Google Settlement Notice Program materials for distribution - Swedish

I've just heard back from the translators again and apparently they did not change anything in the full Notice. Their changes were to the summary notice (which will appear in newspapers). The new version is attached, and they explain the changes as follows:

-Heading: 'underrättelse' is replaced with 'kungörelse'
-4 instances of 'underrättelsen' replaced with 'kungörelsen'

Hope this didn't cause you any problems, and sorry for the confusion. They had said there was a change on page 25 but there was not!

Best,

8/22/2009

Belinda

On 2/4/09 2:55 AM, "Pia Janné Nyberg" <PiaJ@forlaggare.se> wrote:

Belinda,

We sent the notice to our members yesterday. Could you tell me which word the translators have changed?

Kind regards,

Pia Janné Nyberg

-----Ursprungligt meddelande-----
Från: Belinda Bulger [mailto:B.Bulger@kinsella-novak.com]
Skickat: den 3 februari 2009 21:32
Till: Pia Janné Nyberg; christer.johansson@b-pk.se
Kopia: Antje Sorensen; Kristina Ahlinder; West, Danielle
Ämne: Re: Google Settlement Notice Program materials for distribution - Swedish
Prioritet: Hög

Hello everyone. I'm very sorry for the inconvenience, but our translators just informed me they changed a word on one page of the Swedish Notice. In case you haven't yet distributed it, a new version is attached. If you are sending a link to the Notice on the Settlement Website to your members instead of the full Notice, the new version should be on the site soon.


On 1/29/09 2:45 PM, "Belinda Bulger" <b.bulger@kinsella-novak.com> wrote:

Good afternoon from Washington DC --

Thank you for agreeing to participate in the notice program for the Google Book Search Settlement. We know you are busy, and we appreciate the time you are taking to provide your members with this important information.

As you may know, the full Settlement Website, including claiming functions, is now available in Swedish at http://www.googlebooksettlement.com/intl/sv/. Therefore you may now provide official notice of the settlement to your members. To facilitate that notification, attached please find:


* The Notice, which explains the Settlement's details. This is the document to send to your members. (You may send it at any time before the end of February, though as soon as possible would be ideal.) If you prefer to send a link instead of an attachment, the Notice is available at: http://www.googlebooksettlement.com/intl/sv/notice.html.
* A copy of the Summary Notice, which will appear in 71 languages in more than 200 countries. (This version contains the international toll number, while versions with Sweden's toll-free phone number (00 800 8000 3300) will run in most publications there. If you would like one with your toll-free phone number, please let me know.) We thought you might find this one-page summary useful for other purposes, but please be sure to distribute the full Notice to your members. The Summary Notice is also available on the Settlement Website.
* The current schedule of US and international publications in which the Summary Notice will appear. The Summary Notice will also appear in newspapers in Sweden beginning late next week; that schedule is being finalized and we will get it to you as soon as we have it.
* Some sample (entirely optional) language to use for notice distribution and royalty check inserts. (Please let me know if this document is confusing and I can rearrange it. It was largely internal and for our English-speaking staff and may therefore be a bit difficult to piece together.)

Answers to frequently asked questions that our representatives here in the US will be using and that you should feel free to use are available at: http://www.googlebooksettlement.com/help/bin/answer.py?answer=118704=sv. (Of course, you are under no obligation to provide additional information about the Settlement.)

We will also be sending you a list of individuals and entities to whom the Settlement Administrator plans to send the Notice. If your members appear on that list, we are happy to delete them.

We will send an email to all participants soon with instructions for submitting an invoice for reimbursement of hard costs associated with this mailing. And we will contact you in late February or March to follow up and find out how many Notices

you distributed. Please email us when you have sent the Notice to your members, so that we may update our records.

If there is anything else you need, please do not hesitate to let us know. We truly appreciate your participation and will help however we can.

Best,
Belinda

----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC  20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com

**************************************************************************

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC  20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com

**************************************************************************

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC  20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com

**************************************************************************

8/22/2009

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

----------

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella/Novak Communications, LLC
2120 L Street, NW Suite 860
Washington, DC  20037
202-379-1165 office
202-253-9781 mobile
202-478-0689 fax
b.bulger@kinsella-novak.com

*************************************************************************

The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella/Novak Communications, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsella-novak.com, and destroy this communication and all copies thereof, including all attachments.

8/22/2009

# Exhibit E

`Redacted

**From:** Pia Janné Nyberg [PiaJ@forlaggare.se]
**Sent:** Thursday, March 05, 2009 4:34 AM
**To:** Belinda Bulger
**Subject:** SV: New Swedish Notice for Google Book Settlement

Belinda,

Yes, we will distribute it to our members.

Kind regards,

Pia

-----Ursprungligt meddelande-----
Från: Belinda Bulger [mailto:BBulger@KinsellaMedia.com]
Skickat: den 3 mars 2009 18:17
Till: Pia Janné Nyberg
Kopia: West, Danielle
Ämne: New Swedish Notice for Google Book Settlement

Pia,

Thank you again for bringing to our attention that you had concerns about the translation of the Notice. We had it retranslated and reviewed by attorneys in Sweden. The new version is attached. Would it be possible for you to distribute this to your members?

Best,
Belinda

---

Belinda Bulger, Esq.
Director of Projects and Legal Research
Kinsella Media, LLC
2120 L Street, NW Suite 860
Washington, DC 20037
202-379-1165 voice
202-253-9781 cell
202-478-0689 fax
BBulger@KinsellaMedia.com

Please note our new name, formerly known as Kinsella/Novak Communications, LLC.

********************************
The information contained in this communication is confidential, may be client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kinsella Media, LLC. Unauthorized use, disclosure or copying of this communication or any part there of is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@kinsellamedia.com, and destroy this communication and all copies thereof, including all attachments.

# Exhibit F

**Redacted**

---

**Från:** Antoine Aubert [mailto:aaubert@google.com]
**Skickat:** den 11 mars 2009 09:23
**Till:** Pia Janné Nyberg
**Kopia:** Nicklas Lundblad
**Ämne:** Re: Om jag kan vara till hjälp är jag gärna det.

Dear Pia,

Following our brief conversation, please find below the answers to your 2 questions.

**- Does Google have the intention to sell downloads of books as e-books in the US?**

The settlement does not authorize digital download functionality. For the Partner Program Google is in discussions with publishers about the suite of products that we may offer to support their digital initiatives. These product offerings may or may not include download of books.

**- Do you know how many books in the libraries (or that Google intends to scan) that originates from Sweden?**

We do not have this information, but we are using all metadata sources at our disposal to help your members identify their Books through the claiming website www.googlebooksettlement.com. Through the search and claiming process, rightsholders can determine which of their books are in the database and, therefore, which books are covered by the settlement and may be scanned.

As discussed, do not hesitate to contact me if you have any other question, or if you would like me to organise a call with colleagues to further discuss on future developments of the Google Book Search.

Best regards,

Antoine Aubert
Google
European Copyright Policy Counsel
Rue des Colonies 11

Brussels, 1000 - Belgium
aaubert@google.com
Direct Phone: +32 (0) 2 517 6152
Mobile Phone: +32 (0) 4 73 35 19 68

On Fri, Feb 6, 2009 at 4:45 PM, Antoine Aubert <aaubert@google.com> wrote:
Dear Pia,

If that is of interest for you, I would like to propose organising a meeting to answer any question you may have with regard to the current and future developments of the Google Book Search service both in Europe and in the US. If this would be possible for you to come to our Stokholm office, we could organise a Video Conference with colleagues in the US that have been involved in the work on the class action agreement. Thanks to let me know if you would consider such a meeting, and if there are any dates that would be convenient for you next week of the week after.

Do not hesitate to call me directly if you have any question.

Best regards,

Antoine Aubert
Google
European Copyright Policy Counsel
Rue des Colonies 11
Brussels, 1000 - Belgium
aaubert@google.com
Direct Phone: +32 (0) 2 517 6152
Mobile Phone: +32 (0) 4 73 35 19 68


On Fri, Feb 6, 2009 at 12:25 PM, Pia Janné Nyberg <PiaJ@forlaggare.se> wrote:
Antoine Aubert,

The question I have in mind right now is the following: Does Google have the intention to sell downloads of books as e-books in the US?

Another question is, do you know how many books in the libraries (or that Google intends to scan) that originates from Sweden?

Kind regards,

Pia Janné Nyberg
Legal adviser

The Swedish Publishers Association
Drottninggatan 97
113 60 Stockholm
Sweden
Phone: ++46-8-736 19 43
Mobile: ++46-70-397 10 47
E-mail: pia.jannenyberg@forlaggare.se

-----Ursprungligt meddelande-----
Från: Nicklas Lundblad [mailto:nlundblad@google.com]
Skickat: den 6 februari 2009 11:54
Till: Pia Janné Nyberg; Antoine Aubert
Ämne: Re: Om jag kan vara till hjälp är jag gärna det.

+Antoine Aubert, our EU Copyright Counsel

Hi!

The best thing to make sure that we get all things straight (and keep within the parameters on communication stipulated by the agreement) is for me to put you in touch directly with Antoine Aubert who will be able to offer you all the guidance you need and explain more about how this is being worked out, the role of FEP and many other things.

Antoine, Ms Nyberg is legal adviser at the Swedish Publisher's Association an following the attention this has gotten in Sweden she has a couple of questions. I would be very grateful if we could help her find the answers.

Kind regards

Nicklas

2009/2/6 Pia Janné Nyberg <PiaJ@forlaggare.se>:
> Nicklas,
>
> Vet du om Google har rätt att sälja nedladdning av böcker som e-böcker enligt avtalet?
>
> Mvh
>
> Pia Janné Nyberg
> Jurist
>
> Svenska Förläggareföreningen
> Drottninggatan 97
> 113 60 Stockholm
> Tfn: 08-736 19 43
> Mobil: 070-397 10 47
> e-post: pia.jannenyberg@forlaggare.se
>
>
>
> -----Ursprungligt meddelande-----
> Från: Nicklas Lundblad [mailto:nlundblad@google.com]
> Skickat: den 5 februari 2009 19:14
> Till: Pia Janné Nyberg

8/24/2009

```
> Ämne: Om jag kan vara till hjälp är jag gärna det.
>
> Vänliga hälsningar
>
> Nicklas Lundblad
>
> --
> ------------------------------------------------------------
> Dr Nicklas Lundblad
>
> Public Policy and Government Affairs
> Google
> e-mail: nlundblad@google.com
> NEW mobile: +46706830908
>
> "Science is what we understand well enough to explain to a computer.
> Art is everything else we do."
> Donald Knuth
>
```

--
------------------------------------------------------------
Dr Nicklas Lundblad

Public Policy and Government Affairs
Google
e-mail: nlundblad@google.com
NEW mobile: +46706830908

"Science is what we understand well enough to explain to a computer.
Art is everything else we do."
Donald Knuth

# Exhibit G







1 June 2009

## THE GOOGLE SETTLEMENT

Google has under the Google Book Search program scanned and digitized European books without permission from European rights holders. Pursuant to European copyright law, a rights holder must consent before a copy is made. The Google settlement renders illusory European rights holders' right to control publishing of their own books.

Although Nordic Publishers Associations acknowledge that the Google settlement has been established through negotiations between American authors (through The Authors Guild) and American publishers (through The Association of American Publishers) and Google, the associations are vehemently against the fact that the Google settlement binds Nordic rights holders who have not been represented in the settlement negotiations. The Nordic Publishers Associations claim that the settlement should be limited to works primarily published in the US.

If rights holders do not actively opt out of the settlement agreement, they are bound by an agreement that requires an enormous level of administration. It does not help matters that the number of books included is not fixed, but only limited to books published prior to January 5, 2009 anywhere in the world. It is therefore impossible for a Nordic publisher to predict how many of its books Google will scan and pay for, or, basically, what the agreement will mean for that particular publisher.

The sudden flux of books available to Google, including millions of European books, should inexorably tilt the competition in favour of Google Book Search. This is a fact for Google's commercial competitors, and US Antitrust Authorities examine therefore the problem. The settlement agreement will also have a negative impact on less commercial, national

digitization initiatives under the auspices of the EU Europeana library project. Google, by 'taking the law into their own hands', may damage this important digitization work that takes place in numerous European countries.

If rights holders exercise their right to withdraw from the settlement before the due date of September 4, 2009, they will not be able to remove books from the Google database. As Google is likely to continue to exploit all books published before January 5, 2009, including books by a rights holder who opts out of the settlement, rights holders who opt-out will effectively loose control over their books. Due to this unreasonable effect of the settlement agreement, Nordic publishers are caught in a Catch 22 and the likely scenario is that most publishers probably will stay in the settlement in order to protect their rights and interests. Opting-out of the settlement agreement would leave them in an even worse situation without any defence against Google's unsolicited use. Publishers who stay in the settlement will have a right to remove their books from the Google database. Efficient service to guide publishers on how to remove books pursuant to the settlement agreement is likely to be established.

As much as Nordic publishers embrace modern technology and look forward to the coming digitalization of our valuable literature, the Nordic Publishers Associations protest against the Google settlement agreement as it violates European rights holders' basic copyright, and it is detrimental to Nordic literature. Who should decide how a Nordic book should be distributed digitally in the US? Google, who is a private commercial company who has not asked for permission, or the author and the publisher who have created the book?

| | |
|---|---|
| The Swedish Publishers' Association | The Finnish Book Publishers Association |
| *Kristina Ahlinder*<br>Director | *Sakari Laiho*<br>Director |
| The Icelandic Association | The Danish Publishers Association |
| *Benedikt Kristjánsson*<br>Director | *Marie Svane*<br>Director |
| The Norwegian Publishers Association | |
| *Per Christian Opsahl*<br>Director | |