UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
The Authors Guild, Inc., Association of American :
Publishers, Inc., et al., :
 :
    Plaintiffs, :
 : Case No. 05 CV 8136-DC
    v. : (ECF)
 :
Google Inc., :
 :
    Defendant. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND INTENT TO APPEAR

Please take notice that the undersigned, of the law firm Macht, Shapiro, Arato & Isserles LLP, are hereby entering an appearance of counsel of record for foreign rightsholders Czernin Verlag.

Please take further notice that the undersigned intend to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009.

Dockets.Justia.com

Dated: September 1, 2009
New York, New York

MACHT, SHAPIRO, ARATO &
ISSERLES LLP

*[signature]*

By: Cynthia S. Arato (CA 8350)
    Alexandra A.E. Shapiro (AS 4816)
    1114 Avenue of the Americas
    45th Floor
    New York, New York 10036
    Tel: (212) 479-6724
    Fax: (212) 202-6417
    carato@machtshapiro.com
    ashapiro@machtshapiro.com

*Attorneys for Harrassowitz, Media24, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger – Verband SBVV, Hauptverband des Österreichischen Buchhandels, Svenska Förläggareföreningen, and Czernin Verlag*