UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
   The Authors Guild, Inc., Association of American   :
   Publishers, Inc., et al.,   :
       :
       Plaintiffs,   :
       :  Case No. 05 CV 8136-DC
       v.   :  (ECF)
       :
   Google Inc.,   :
       :
       Defendant.   :
-------------------------------------------------------------------x

## **NOTICE OF JOINDER**

Please take notice that Czernin Verlag seeks to join in the Objections filed with this Court on August 31, 2009 by Harrassowitz, Media24, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, and Svenska Förläggareföreningen.

Czernin Verlag is concurrently filing with this Court the Declaration of Mr. Benedikt Föger, sworn to on August 31, 2009, in further support of the Objections.

Dated: September 1, 2009
New York, New York

MACHT, SHAPIRO, ARATO &
  ISSERLES LLP

_____s/_____
By: Cynthia S. Arato (CA 8350)
    Alexandra A.E. Shapiro (AS 4816)
    1114 Avenue of the Americas
    45th Floor
    New York, New York 10036
    Tel: (212) 479-6724
    Fax: (212) 202-6417
    carato@machtshapiro.com
    ashapiro@machtshapiro.com

*Attorneys for Harrassowitz, Media24, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger – Verband SBVV, Hauptverband des Österreichischen Buchhandels, Svenska Förläggareföreningen, and Czernin Verlag*