**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, et. al., | Case No. 05 CV 8136-DC |
| Plaintiffs, | Rule 7.1 Statement |
| v. | |
| Google Inc., | |
| Defendant. | |

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Harrassowitz, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, Svenska Förläggareföreningen, and Czernin Verlag certifies that no publicly-held corporation owns 10 percent or more of the stock of these entities.

Dated: September 1, 2009
New York, New York

MACHT, SHAPIRO, ARATO &
  ISSERLES LLP

        s/
By: Cynthia S. Arato (CA 8350)
    Alexandra A.E. Shapiro (AS 4816)
    1114 Avenue of the Americas
    45th Floor
    New York, New York 10036
    Phone: (212) 479-6724
    Fax: (212) 202-6417
    carato@machtshapiro.com
    ashapiro@machtshapiro.com

*Attorneys for Harrassowitz, Studentlitteratur AB, Norstedts Förlagsgrupp AB, Norstedts Kartor AB, Leopard Förlag AB, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger – Verband SBVV, Hauptverband des Österreichischen Buchhandels, Svenska Förläggareföreningen, and Czernin Verlag*