**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, et. al., | Case No. 05 CV 8136-DC (ECF) |
| Plaintiffs, | Rule 7.1 Statement |
| v. | |
| Google Inc., | |
| Defendant. | |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Media24 certifies that Naspers Ltd., a publicly-held corporation, is the parent holding company of Media24. No publicly-held corporation, other than Naspers Ltd. owns 10 percent or more of the stock in Media24.

Dated:    September 1, 2009
             New York, New York

                                      MACHT, SHAPIRO, ARATO &
                                        ISSERLES LLP

                                                  s/
                                      By:  Cynthia S. Arato (CA 8350)
                                              Alexandra A.E. Shapiro (AS 4816)
                                              1114 Avenue of the Americas
                                              45th Floor
                                              New York, New York 10036
                                              Phone:  (212) 479-6724
                                              Fax:  (212) 202-6417
                                              carato@machtshapiro.com
                                              ashapiro@machtshapiro.com

                                          *Attorneys for Media24*