AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Authors Guild, Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 05 CV 8136-DC |
| Google, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Amazon.com, Inc.                                                                                      .

Date:   09/01/2009                                          s/ David Zapolsky
                                                                           *Attorney's signature*

                                                                   David Zapolsky, Esq.     DZ-8058
                                                                      *Printed name and bar number*

                                                                            Amazon.com, Inc.
                                                                   1200 12th Avenue South, Suite 1200
                                                                                 Seattle, WA  98144
                                                                                    *Address*

                                                                             davidz@amazon.com
                                                                                *E-mail address*

                                                                                (206) 266-1323
                                                                              *Telephone number*

                                                                                (206) 266-7010
                                                                                  *FAX number*