UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
The Authors Guild, Inc., *et al.*,                        :
                                                          :
        Plaintiffs,                                  :        Case No. 05 CV 8136-DC
                                                          :
          vs.                                      :        RULE 7.1 STATEMENT OF
                                                          :        AMAZON.COM, INC.
Google, Inc.,                                             :
                                                          :
        Defendant.                                   :        *Filed Electronically*
-----------------------------------------------------------------x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

the undersigned counsel for Amazon.com, Inc. certifies that Amazon.com, Inc. does not

have a corporate parent.  No entity is known to own 10% or more of Amazon.com, Inc.'s

stock.


Dated:  September 1, 2009                              Respectfully submitted,

AMAZON.COM, INC.                                       IRELL & MANELLA LLP


By:   s/  David Zapolsky
David Zapolsky, Esq. (DZ-8058)                         David Nimmer
Vice President & Associate General Counsel             (CA State Bar No. 97170)
Litigation & Regulatory Affairs                        (*Pro Hac Vice* Application Pending)
1200 12th Avenue South                                 Alexander F. Wiles
Suite 1200                                             (CA State Bar No. 73596)
Seattle, Washington 98144                              (*Pro Hac Vice* Application Pending)
Telephone:   (206) 266-1323                            1800 Avenue of the Stars
Facsimile:   (206) 266-7010                            Suite 900
davidz@amazon.com                                      Los Angeles, CA 90067-4211
                                                       Telephone:   (310) 277-1010
                                                       Facsimile:   (310) 203-7199
                                                       dnimmer@irell.com
                                                       awiles@irell.com


2047206

Dockets.Justia.com