To:
Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

From:
Miss Lynne Garner
36 Foxglove Close
Bishop's Gate
Bishop's Stortford
Herts
CM23 4PU
E-mail: lynne@nyrex.ltd.uk

27th August 2009

Dear Mr J Michael McMahon

I write to object to the Google Book Settlement.

I cannot believe that Google were not aware of the copyright law
and thereby digitising these books that they were breaking that law.

The extremely low amount being offered to authors whose rights
have been infringed is unfair and unjust. An on-going payment
should be received by the author (or their heirs) until the copyright
has lapsed as set down in US law. If this ongoing payment is not
forthcoming they should not be able to use the work until such time
as the law allows them to.

Yours faithfully

Miss Lynne Garner

The Author's Guild et al v Google Inc.                                                           Doc. 201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-1-09

05 CV-8136