UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,

                    Plaintiffs,

          v.

GOOGLE INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 05 Civ. 8136 (DC)

## **NOTICE OF APPEARANCE AND INTENT TO APPEAR**

Please enter my appearance as counsel of record for author class members Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden.

Please take further notice that I intend to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        September 1, 2009

Respectfully submitted,

DEVORE & DEMARCO LLP

By: /s/ Andrew C. DeVore
     Andrew C. DeVore (AD - 3511)
     99 Park Avenue, 16th floor
     New York, New York 10016
     (212) 922-9499
     acd@devoredemarco.com

*Attorneys for Arlo Guthrie, Julia Wright,
Catherine Ryan Hyde, and Eugene Linden*