AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

**APPEARANCE**

The Author's Guild Inc., et al.

Case Number: 05CV8136

-v-

Google Inc.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The American Society of Media Photographers, Inc.
Graphic Artists Guild
Picture Archive Council of America
North American Nature Photography Association
Joel Meyerowitz
Dan Budnick
Peter Turner
Lou Jacobs Jr.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/1/2009 | S/Shirley O. Saed |
| Date | Signature |
| | Shirley O. Saed — 2894SS |
| | Print Name — Bar Number |
| | Dickstein Shapiro LLP, 1633 Broadway |
| | Address |
| | New York — NY — 10019 |
| | City — State — Zip Code |
| | (212) 277-6500 — (212) 277-6501 |
| | Phone Number — Fax Number |