UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,

                      Plaintiffs,

             v.

GOOGLE INC.,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 05 Civ. 8136 (DC)

## NOTICE OF APPEARANCE AND INTENT TO APPEAR

Please enter my appearance as counsel of record for author class members Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden.

Please take further notice that I intend to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
         September 1, 2009

Respectfully submitted,

DEVORE & DEMARCO LLP

By: /s/ Amin Kassam
    Amin Kassam (AK - 7860)
    99 Park Avenue, 16th floor
    New York, New York 10016
    (212) 922-9499
    ak@devoredemarco.com

*Attorneys for Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden*