The Author's Guild et al v. Google Inc.                                                                                                          Doc. 208

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
The Authors Guild, Inc., et al.,                               :
                                                               :
            Plaintiffs,                                        :    Case No. 05 CV 8136-DC
                                                               :
        vs.                                                    :    NOTICE OF INTENT TO
                                                               :    APPEAR BY
Google, Inc.,                                                  :    AMAZON.COM, INC.
                                                               :
            Defendant.                                         :    Filed Electronically
---------------------------------------------------------------x
```

## TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that Amazon.com, Inc. ("Amazon"), a member of the plaintiff class, intends to enter an appearance in this matter at the fairness hearing to be held on October 7, 2009 at 10:00 am in order to object to the Proposed Settlement. Amazon will appear through its attorneys David Nimmer, Alexander F. Wiles, and David Zapolsky. Applications to appear *pro hac vice*, along with supporting materials, for Mr. Nimmer and Mr. Wiles have been submitted to this court. Dkt. # 151 & 152.

Dated: September 1, 2009

Respectfully submitted,

*David Nimmer* (signature)

David Nimmer
(CA State Bar No. 97170)
(*Pro Hac Vice* Application Pending)
Alexander F. Wiles
(CA State Bar No. 73596)
(*Pro Hac Vice* Application Pending)
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4211
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199
dnimmer@irell.com
awiles@irell.com

Counsel for Class Member
Amazon.com, Inc.

AMAZON.COM, INC.

By:   s/ David Zapolsky
David Zapolsky, Esq. (DZ-8058)
Vice President & Associate General Counsel
Litigation & Regulatory Affairs
1200 12th Avenue South
Suite 1200
Seattle, Washington 98144
Telephone:   (206) 266-1323
Facsimile:   (206) 266-7010
davidz@amazon.com