# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Finish claim form for selected books (0) »   Change your search
View: 10 books   25 books   **52 books of 52 books**

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ☐ | AMERICA AT RANDOM: A Century of Essays, Alarums, and Exc... | Herbert Mitgang | -- | -- | Coward-McCann | -- | No | No |
| ☐ | Abraham Lincoln | Herbert Mitgang | 1989 | Book | The Conference | OCLC:57139254 | No | No |
| ☐ | Abraham Lincoln, A press portrait, His life and times fo... | Herbert Mitgang | -- | -- | -- | -- | No | No |
| ⊟ | Similar results for **Abraham Lincoln, a press portrait** - select all | | | | | | | |
| ☐ | Abraham Lincoln, a press portrait | Herbert Mitgang | 1971 | Hardback | Quadrangle Books, Quadrangle-New York Times Book Co. | ISBN:081290170... | No | Yes |
| ☐ | Abraham Lincoln, a press portrait | Herbert Mitgang | 2000 | Hardback | Fordham University Press, Fordham Univ Pr | ISBN:082322061... | No | Yes |
| ☐ | Abraham Lincoln, a press portrait | Herbert Mitgang | 2000 | Paperback | Fordham University Press, Fordham Univ Pr | ISBN:082322062... | No | Yes |
| ☐ | Abraham Lincoln, a press portrait | Herbert Mitgang | 1989 | Paperback | University of Georgia Press, Univ of Georgia Pr | ISBN:082031137... | No | No |
| ☐ | America at random | Herbert Mitgang | 1968 | Book | Capricorn Books | OCLC:57000229 | No | No |
| ☐ | Annals of government | Herbert Mitgang | 1987 | Book | New Yorker Magazine, Inc. | OCLC:17792590 | No | No |
| ☐ | At war with the Stars and Stripes | Herbert Mitgang | -- | -- | -- | -- | No | No |

| | Title | Author | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Carl Sandburg | Herbert Mitgang | 1966 | Book | Chicago Tribune | OCLC:4385511 | No | No |
| ☐ | Civilians under arms | Herbert Mitgang | 1996 | Paperback | Southern Illinois University Press, Southern Illinois Un... | ISBN:080932109... | No | Yes |
| ☐ | Combat WW II | Don Congdon, Herbert Mitgang | 1983 | Hardback | Arbor House, McNally & Loftin Publishers | ISBN:087795457... | No | No |
| ☐ | Combat. The war with Germany. World war II. (Introd. by ... | Herbert Mitgang, Congdon ((Don)) | 1963 | Book | Dell | -- | No | No |
| ☐ | Similar results for **Dangerous Dossiers** - select all | | | | | | | |
| ☐ | Dangerous Dossiers | Herbert Mitgang | 1988 | Hardback | Donald I. Fine Books | ISBN:5552041127 | No | No |
| ☐ | Dangerous Dossiers | Herbert Mitgang | 1988 | Hardback | Smithmark Pub, Donald I Fine | ISBN:0317656333 | No | No |
| ☐ | Dangerous dossiers | Herbert Mitgang | 1988 | Hardback | D.I. Fine, Dutton Adult | ISBN:155611077... | No | No |
| ☐ | Dangerous dossiers | Herbert Mitgang | 1989 | Paperback | Ballantine Books | ISBN:034535801... | No | No |
| ☐ | Dangerous Dossiers | Herbert Mitgang | 1990 | Hardback | Random House Value Publishing | ISBN:0517030152 | No | No |
| ☐ | Dangerous Dossiers | Herbert Mitgang | 1991 | Hardback | Random House Value Publishing | ISBN:0517074745 | No | No |
| ☐ | Dangerous dossiers | Herbert Mitgang | 1996 | Paperback | Primus, Plume | ISBN:155611485... | No | No |
| ☐ | FBI no kiken na fairu | Herbert Mitgang, Kanji Kishimoto, 岸本完司 | 1994 | Book | Chūō Kōronsha, 中央公論社 | ISBN:412002347... | No | No |
| ☐ | Freedom to see | Herbert Mitgang, Fund for the Republic | 1958 | Book | Fund for the Republic | OCLC:22690274,... | Yes | No |
| ☐ | Freedom to see. The Khrushchev broadcast and its meaning... | Herbert Mitgang, Eric F. Goldman | 1958 | Book | Fund for the Republic | -- | No | No |
| ☐ | Similar results for **Get these men out of the hot sun** - select all | | | | | | | |
| ☐ | Get these men out of the hot sun | Herbert Mitgang | 1972 | Hardback | Arbor House, Arbor House Publishing | ISBN:087795035... | No | No |
| ☐ | Get these men out of the hot sun | Herbert Mitgang | 1987 | Paperback | Primus, Plume | ISBN:155611029... | No | No |
| ☐ | Has history wronged Mary Lincoln? | Herbert Mitgang | 1973 | Book | Courier Journal & Times | OCLC:52200170 | No | No |
| ☐ | It's legal-but is it English? | Herbert Mitgang | 1960 | Book | -- | OCLC:320125821 | No | No |
| ☐ | Similar results for **Kings in the Counting House** - select all | | | | | | | |
| ☐ | Kings in the Counting House | Herbert Mitgang | 1983 | Hardback | Not Avail | ISBN:5550391953 | No | No |
| ☐ | Kings in the counting house | Herbert Mitgang | 1983 | Hardback | Arbor House | ISBN:087795424... | Yes | No |
| ☐ | Kings in the Counting House | Herbert Mitgang | 1984 | Paperback | Ballantine Books | ISBN:034531506... | No | No |

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Letters | Carl Sandburg, Herbert Mitgang | -- | -- | -- | -- | No | No |
| ☐ | Lincoln as they saw him | Herbert Mitgang | 1962 | Book | Collier Books | -- | No | No |
| ⊟ | Similar results for **Lincoln as they saw him** - select all | | | | | | | |
| ☐ | Lincoln as they saw him | Herbert Mitgang | 1956 | Book | Rinehart | LCCN:56001181,... | Yes | No |
| ☐ | Lincoln, as they saw him | Herbert Mitgang | 1980 | Hardback | Octagon Books, Octagon Press, Limited | ISBN:037495801... | No | No |
| ☐ | Man Who Rode | Herbert Mitgang | 1970 | Paperback | Penguin Group (USA) Incorporated, Penguin (Non-Classics) | ISBN:0670003026 | No | No |
| ☐ | Mister Lincoln | Herbert Mitgang | 1982 | Hardback | Southern Illinois University Press, Southern Illinois Un... | ISBN:080931034... | No | No |
| ☐ | Mr. Lincoln | Herbert Mitgang | 1982 | Paperback | Dramatic Pub. Co., Dramatic Pub. | ISBN:087129703... | No | No |
| ☐ | Newsmen in khaki | Herbert Mitgang | 2004 | Hardback | Taylor Trade Pub., Taylor Pub | ISBN:158979094... | No | Yes |
| ⊟ | Similar results for **Once upon a time in New York** - select all | | | | | | | |
| ☐ | Once upon a time in New York | Herbert Mitgang | 2000 | Hardback | Free Press, Free Pr | ISBN:068485579... | No | Yes |
| ☐ | Once Upon a Time in New York | Herbert Mitgang | 2003 | Paperback | Cooper Square Press, Cooper Square Pub | ISBN:081541263... | No | Yes |
| ☐ | ONCE UPON A TIME IN NEW YORK | HERBERT MITGANG | 2003 | Book | NATL BOOK NETWORK | ISBN:0815412630 | No | Yes |
| ☐ | Our bluenosed blue laws | Herbert Mitgang | -- | -- | -- | -- | No | No |
| ☐ | Phil Stern | Phil Stern, Brett Ratner, Carol McCusker, Herbert Mitgang | 2003 | Hardback | PowerHouse Books, powerHouse Books | ISBN:157687188... | No | Yes |
| ☐ | Prairie trail to Lincoln | Herbert Mitgang, Carl Sandburg | 1965 | Book | Cowles Magazines and Broadcasting | OCLC:5770561 | No | No |
| ⊟ | Similar results for **The return** - select all | | | | | | | |
| ☐ | The return | Herbert Mitgang | 1959 | Book | Simon and Schuster | LCCN:59007266,... | Yes | Yes |
| ☐ | The return | Herbert Mitgang | 1973 | Book | Avon | OCLC:23684729 | No | Yes |
| ☐ | Return | Herbert Mitgang | 1999 | Paperback | HarperCollins Publishers, Avon Books | ISBN:038000311... | No | Yes |
| ☐ | Selected Writings of Abraham Lincoln | Abraham Lincoln, Herbert Mitgang | 1992 | Paperback | Bantam Books, Bantam Classics | ISBN:055321407... | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Sidewalk views of that museum | Herbert Mitgang, Frank Lloyd Wright | 1958 | Book | New York Times. | OCLC:79834919 | No | No |
| ⊟ | Similar results for **Spectator of America** - select all | | | | | | | |
| ☐ | Spectator of America | Edward Dicey, Herbert Mitgang | 1972 | Hardback | Gollancz | ISBN:057501401... | No | No |
| ☐ | Spectator of America | Edward Dicey, Herbert Mitgang | 1989 | Paperback | University of Georgia Press, Univ of Georgia Pr | ISBN:082031172... | No | No |
| ☐ | Testament to a lost people | Herbert Mitgang | 1983 | Book | New York Times | OCLC:173032074 | No | No |
| ☐ | The Letters of Carl Sandburg / Edited by Herbert Mitgang | Mitgang, Herbert, Sandburg, Carl, 1878-1967 | 1968 | -- | Harcourt, Brace & World | LCCN:68012588 | No | No |
| ⊟ | Similar results for **The man who rode the tiger** - select all | | | | | | | |
| ☐ | The man who rode the tiger | Herbert Mitgang | 1963 | Book | Lippincott | LCCN:63008895,... | Yes | Yes |
| ☐ | The man who rode the tiger | Herbert Mitgang | 1996 | Hardback | Fordham University Press, Fordham Univ Pr | ISBN:082321721... | No | Yes |
| ☐ | The Man Who Rode the Tiger | Herbert Mitgang | 1996 | Paperback | Fordham University Press, Fordham Univ Pr | ISBN:082321722... | No | Yes |
| ⊟ | Similar results for **The Montauk Fault** - select all | | | | | | | |
| ☐ | The Montauk Fault | Herbert Mitgang | 1982 | Hardback | Arbor House Pub Co | ISBN:087795345... | No | No |
| ☐ | The Montauk Fault | Herbert Mitgang | 1982 | Paperback | Ballantine Books | ISBN:0345303784 | No | No |
| ☐ | The Montauk Fault, a novel | Herbert Mitgang | 1981 | Hardback | Arbor House, William Morrow & Co | ISBN:087795320... | No | No |
| ☐ | The Stars and Stripes. Civilians under Arms. The America... | Herbert MITGANG | 1959 | Book | Pennington Press | -- | No | No |
| ☐ | The Stars and stripes | Herbert Mitgang, United States. Army. American Expeditio... | 1971 | Book | Arno | ISBN:040500290... | No | No |
| ☐ | The fiery trial | Herbert Mitgang | 1974 | Hardback | Viking Press, Viking Juvenile | ISBN:067031182... | No | No |
| ☐ | The letters of Carl Sandberg | Carl Sandberg, Herbert Mitgang | -- | -- | Harcourt, Brace & World | -- | No | No |
| ☐ | The letters of Carl Sandburg | Carl Sandburg, Herbert Mitgang | 1968 | Book | Harcourt, Brace & World | LCCN:68012588,... | Yes | No |
| ⊟ | Similar results for **The man who rode the tiger** - select all | | | | | | | |
| ☐ | The man who rode the tiger | Herbert Mitgang | 1970 | Book | The Viking Press | OCLC:1126750, ... | No | No |

| | Title | Author | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The man who rode the tiger | Herbert Mitgang | 1979 | Paperback | Norton, W W Norton & Co Inc | ISBN:039300922... | No | No |
| ☐ | Washington in Lincoln's Time | Noah Mitgang Brooks, Herbert- Eds. | 1958 | -- | Rinehart | -- | No | No |
| ☐ | Washington, D. C., in Lincoln's time. d., introd. by Her... | Noah Brooks, Herbert Mitgang | 1962 | Book | Collier | -- | No | No |
| ☐ | When Lincoln was a bartender | Herbert Mitgang | 1962 | Book | Association for the Promotion of International Understanding | OCLC:21435600 | No | No |
| ☐ | Words still count with me | Herbert Mitgang | 1995 | Hardback | W.W. Norton, W W Norton & Co Inc | ISBN:039303880... | No | No |
| ⊟ | Similar results for **Working for the Reader** - select all | | | | | | | |
| ☐ | Working for the Reader | Herbert Mitgang, A. Kazin | 1970 | Paperback | Horizon Press, Horizon Pr | ISBN:081801155... | No | No |
| ☐ | Working for the reader | Herbert Mitgang | 1970 | Hardback | Horizon Press, Horizon House Pubs | ISBN:081801124... | Yes | No |
| ☐ | Überwacht: grosse Autoren in den Dossiers amerikansiche... | Herbert Mitgang | 1992 | Book | Droste | ISBN:377000992... | No | No |

**View:** 10 books  25 books  **52 books of 52 books**                                      1 2 3 4 5 6

[ Finish claim form for selected books (0) » ]   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at BookSettlement@RustConsulting.com