# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.

**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.

If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

| Finish claim form for selected books (0) » | Change your search |

**View:** 10 books  25 books  **77 books  of 77 books**

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ⊟ | Similar results for **A house for everyone** - select all | | | | | | | |
| ☐ | A house for everyone | Betty Miles | 1958 | Book | Knopf | LCCN:58005349,... | Yes | No |
| ☐ | A House for Everyone. | Betty Miles | 1962 | Hardback | Random House Childrens Books, Knopf Books for Young Readers | ISBN:039490725... | Yes | No |
| ☐ | A house for everyone | Betty Miles | 1973 | Hardback | Random House, Random House Trade | ISBN:039482618... | No | No |
| ⊟ | Similar results for **A day of autumn** - select all | | | | | | | |
| ☐ | A day of autumn | Betty Miles | 1967 | Book | Knopf | ISBN:068666468... | No | No |
| ☐ | A day of autumn | Betty Miles | 1967 | Book | Knopf | ISBN:039491851... | No | No |
| ☐ | A day of autumn | Betty Miles | 1973 | Book | Random House | ISBN:039482738... | No | No |
| ☐ | A day of spring | Betty Miles | 1970 | Book | Knopf | LCCN:78094008,... | No | No |
| ☐ | A day of summer | Betty Miles | 1960 | Book | Knopf | LCCN:60005506,... | No | No |
| ☐ | A day of winter | Betty Miles | 1961 | Hardback | Knopf, Random House Childrens Books | ISBN:039490704... | Yes | No |
| ☐ | A general critical study of the works of Carson McCullers | Betty L. Miles | 1964 | Book | University of Louisville | OCLC:41104362 | No | No |
| ⊟ | Similar results for **Adieu mes douze ans** - select all | | | | | | | |
| ☐ | Adieu mes douze ans | Betty Miles | 1994 | Book | Pocket | ISBN:226605709... | No | No |
| ☐ | ADIEU MES DOUZE ANS | Betty Miles | 1998 | Book | Pocket | ISBN:2266086286 | No | No |
| ☐ | Adieu mes douze ans | Betty Miles, Jean-Baptiste Médina | 2005 | Book | Pocket | ISBN:2266123599 | No | No |

Similar results for **All it takes is practice** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | All it takes is practice | Betty Miles | 1976 | Hardback | Knopf, Alfred A. Knopf | ISBN:039483325... | Yes | No |
| ☐ | All it takes is practice | Betty Miles | 1979 | Paperback | Dell | ISBN:044040186... | No | No |
| ☐ | All It Takes Is Practice | Betty Miles | 1989 | Paperback | Random House Childrens Books, Random House Books for You... | ISBN:039482053... | No | No |
| ☐ | Around and around--love | Betty Miles | 1975 | Paperback | Knopf : distributed by Random House, Knopf Books for You... | ISBN:039473137... | No | No |

Similar results for **At the sign of the rainbow** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | At the sign of the rainbow | Betty Miles | 1996 | Paperback | Felix Scribo | ISBN:0952848104 | No | No |
| ☐ | At the Sign of the Rainbow | Betty Miles | 2005 | Hardback | Felix Scribo | ISBN:0952848112 | No | No |
| ☐ | Betty Miles | Betty Miles | 1984 | Paperback | HarperCollins Publishers, Avon Books | ISBN:0380849135 | No | No |
| ☐ | Bread | Betty Miles | 1978 | Book | Omnibus Health Books | ISBN:090637600... | No | No |
| ☐ | Bānrai bưng sai khon chaidī | Betty Miles, Ōikhwan, Samnakphim Prǣo Yaowachon (Ban... | 1996 | Book | Samnakphim Phrǣo Yaowachon | ISBN:974841145... | No | No |
| ☐ | Channeling children | Women on Words & Images (Society), Phyllis AlRoy, Betty ... | 1975 | Paperback | Women on Words and Images, Women on Words & Images | ISBN:096007242... | No | No |

Similar results for **Die Schöpfungsgeschichte** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Die Schöpfungsgeschichte | Betty Miles, Brenda Perridge | 1978 | Book | Oncken | ISBN:378937620... | No | No |
| ☐ | Die Schöpfungsgeschichte | Betty Miles, Brenda Perridge | 1978 | Book | Oncken | ISBN:387982540... | No | No |

Similar results for **Enjoying English 10** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Enjoying English 10 | Don Marion Wolfe, Betty L. Miles, Don F. Mahan | 1964 | Book | L.W. Singer Co. | OCLC:15803927,... | No | No |
| ☐ | Enjoying English | Don Marion Wolfe, Betty L. Miles, Don F. Mahan | 1966 | Book | L.W. Singer Co. | OCLC:4573868 | No | No |
| ☐ | Enjoying English 10 | Don Marion Wolfe, Betty L. Miles, Don F. Mahan, Josie Lewis | 1975 | Book | Random House | ISBN:039400716... | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Feast on Sullivan Street | Betty Miles | 1963 | Book | Knopf | LCCN:63009102,... | No | No |
| ☐ | Fishery Survey of the South Saskatchewan River and Its T... | Canada. Environment Canada, Miles, Betty L. (Betty Lynn)... | 1988 | -- | Saskatchewan Fisheries Laboratory | -- | No | No |
| ☐ | Fishery survey of the South Saskatchewan River and its t... | Betty Lynn Miles, W. W. Sawchyn, Saskatchewan Fisheries ... | 1988 | Book | Saskatchewan Fisheries Laboratory, Saskatchewan Parks, R... | LCCN:90166977,... | No | No |

⊟ Similar results for **Goldilocks And the Three Bears** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Goldilocks And the Three Bears | Betty Miles | 1998 | Hardback | Demco Media, Turtleback | ISBN:0606340939 | No | Yes |
| ☐ | Goldilocks and the three bears | Betty Miles, Bari Weissman | 1998 | Hardback | Simon & Schuster Books for Young Readers, Simon & Schuster | ISBN:068981787... | No | Yes |
| ☐ | Goldilocks and the three bears | Betty Miles, Bari Weissman | 1998 | Paperback | Simon & Schuster Books for Young Readers, Aladdin | ISBN:068981786... | No | Yes |
| ☐ | Goldilocks and the Three Bears | Betty Miles | 1998 | Hardback | Bt Bound, Turtleback | ISBN:0613906101 | No | Yes |
| ☐ | Having a friend | Betty Miles | 1959 | Hardback | Knopf, Random House Childrens Books | ISBN:039491229... | No | No |

⊟ Similar results for **Hey! I'm reading!** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Hey! I'm reading! | Betty Miles | 1995 | Paperback | Alfred A. Knopf, Alfred a Knopf Inc | ISBN:067985644... | No | Yes |
| ☐ | Hey! I'm Reading! | Betty Miles | 1995 | Hardback | Demco Media, Turtleback | ISBN:060607640... | No | Yes |
| ☐ | Hey! I'm Reading! | Betty Miles | 1995 | Hardback | Random House Children's Books, Knopf Books for Young Readers | ISBN:067985644... | No | Yes |
| ☐ | Hey! I am reading! | Betty Miles, Sylvie Wickstrom | 1996 | Book | Scholastic | ISBN:059074168... | No | Yes |
| ☐ | Hey! I'm Reading! | Betty Miles | 2001 | Hardback | San Val, Incorporated, Bt Bound | ISBN:0613718488 | No | Yes |
| ☐ | Hey! I'm Reading! | Betty Miles | 2001 | Hardback | Alfred A. Knopf, Knopf Books for Young Readers | ISBN:037591420... | No | Yes |
| ☐ | Hey! I'm Reading! | Betty Miles, Sylvie Kantorovitz Wickstrom | 2001 | Paperback | Alfred A. Knopf, Knopf Books for Young Readers | ISBN:037581420... | No | Yes |
| ☐ | Hurra! Jag läser! | Betty Miles, Mats Ekholm, Olle Roos | 2003 | Book | Hallgren & Fallgren | ISBN:917382763... | No | No |
| ☐ | Hving a friend | Betty Miles | -- | -- | -- | -- | No | No |

⊟ Similar results for **I would if I could** - select all

| | Title | Author | Year | Format | Publisher | ISBN/OCLC | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | I would if I could | Betty Miles | 1982 | Hardback | Knopf, Knopf Books for Young Readers | ISBN:039483929... | No | Yes |
| ☐ | I Would If I Could | Betty Miles | 1983 | Paperback | Avon Books | ISBN:038063438... | No | Yes |
| ☐ | I Would If I Could | Betty Miles | 2000 | Hardback | San Val | ISBN:0613940377 | No | Yes |
| ☐ | I Would If I Could | Betty Miles | 2000 | Paperback | Iuniverse Inc, Backinprint.com | ISBN:0595004903 | No | Yes |
| ☐ | I know how it feels to fly | Betty Lue Miles | 1987 | Book | Perfection Form | OCLC:15189501 | No | No |
| ⊟ | Similar results for **Il suffit de vouloir** - select all | | | | | | | |
| ☐ | Il suffit de vouloir | Betty Miles, Patrice Doucenat | 1995 | Book | Pocket | ISBN:226605847... | No | No |
| ☐ | IL SUFFIT DE VOULOIR | Betty Miles | 1999 | Book | Pocket | ISBN:2266088548 | No | No |
| ☐ | Joe finds a way | Joan W. Blos, Betty Miles | 1967 | Book | L.W. Singer | OCLC:1209756 | No | No |
| ☐ | Just Think | Betty Miles, Joan Blos | 1971 | Hardback | Random House Children's Books, Knopf Books for Young Readers | ISBN:039482290... | No | No |
| ⊟ | Similar results for **Just the beginning** - select all | | | | | | | |
| ☐ | Just the beginning | Betty Miles | 1976 | Hardback | Knopf, Random House Childrens Books | ISBN:039483226... | No | Yes |
| ☐ | Just the Beginning | Betty Miles | 1978 | Paperback | Avon, Avon Books | ISBN:038001913... | Yes | Yes |
| ☐ | Just the Beginning | Betty Miles | 2000 | Paperback | Iuniverse.Com, Backinprint.com | ISBN:059500736... | No | Yes |
| ☐ | Just the Beginning | Betty Miles | 2000 | Hardback | San Val | ISBN:0613945824 | No | Yes |
| ⊟ | Similar results for **Looking on** - select all | | | | | | | |
| ☐ | Looking on | Betty Miles | 1978 | Hardback | Random House Children's Books, Knopf Books for Young Readers | ISBN:039493582... | No | No |
| ☐ | Looking on | Betty Miles | 1978 | Hardback | Knopf : distributed by Random House, Knopf Books for You... | ISBN:039483582... | No | No |
| ☐ | Looking on | Betty Miles | 1979 | Book | Avon Books | ISBN:038045898... | No | No |
| ☐ | Looking on | Betty Miles | 1986 | Paperback | Avon, Avon Books | ISBN:038070061... | No | No |
| ☐ | Looking on | Betty Miles | 1989 | Paperback | Knopf, Random House Childrens Books | ISBN:039482597... | No | No |
| ☐ | Make & tell | Brenda Perridge, Betty Miles, Philip Miles | 1978 | Hardback | Filadelfiaforl. | ISBN:8253403917 | No | No |
| ☐ | Make & tell, the story of Creation | Brenda Perridge, Philip Miles, Betty Miles | 1977 | Hardback | Lion Publishing, Lion | ISBN:085648063... | No | No |
| ⊟ | Similar results for **Maudie and me and the dirty book** - select all | | | | | | | |
| ☐ | Maudie and me and the dirty book | Betty Miles | 1980 | Hardback | Knopf : distributed by Random House, | ISBN:039484343... | No | No |

| | Title | Author | Year | Format | Publisher | ID | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Maudie and me and the dirty book | Betty Miles | 1981 | Paperback | Knopf Books for You... Avon Books | ISBN:038055541... | No | No |
| ☐ | Maudie and Me and the Dirty Book | Betty Miles | 1989 | Paperback | Bullseye Books, Knopf Books for Young Readers | ISBN:039482595... | No | No |
| ☐ | Mon livre de la création | Brenda Perridge, Betty Miles, Philip Miles | 1978 | Book | Editions Lampe d'Or | ISBN:287001006... | No | No |
| ☐ | Mr. Turtle's mystery | Betty Miles | 1962 | Hardback | Knopf | ISBN:039491426... | No | No |
| ☐ | One Way Or Another | Betty Miles, Leonardo Sciascia | 1987 | Paperback | Carcanet Pr, Not Avail | ISBN:0856357812 | No | No |
| ☐ | Planning successful school visits | Betty Miles | 1994 | Book | The Author's Guild | OCLC:31741840 | No | No |
| ⊟ | Similar results for **The real me** - select all | | | | | | | |
| ☐ | The real me | Betty Miles | 1974 | Hardback | Knopf; [distributed by Random House, Knopf Books for You... | ISBN:039482838... | No | Yes |
| ☐ | The Real Me | Betty Miles | 1978 | Paperback | Avon Books | ISBN:038000347... | Yes | Yes |
| ☐ | The real me | Betty Miles | 1989 | Paperback | Knopf, Random House Books for Young Readers | ISBN:039482588... | No | Yes |
| ☐ | Real Me | Betty Miles | 2000 | Hardback | San Val | ISBN:0613940369 | No | Yes |
| ☐ | The Real Me | Betty Miles | 2000 | Paperback | Iuniverse Inc, Backinprint.Com | ISBN:059500489... | No | Yes |
| ☐ | Report on trout stream surveys ... County, Nova Scotia | Nova Scotia. Estuarine and Inland Fisheries, Betty Lynn ... | 1986 | Book | Dept. of Fisheries | OCLC:229110037 | No | No |
| ☐ | Report on trout stream surveys, Antigonish and Inverness... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229068166 | No | No |
| ☐ | Report on trout stream surveys, Cape Breton County, Nova... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229068102 | No | No |
| ☐ | Report on trout stream surveys, Cape Breton, Richmond an... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229073373 | No | No |
| ☐ | Report on trout stream surveys, Digby County, Nova Scotia | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068089 | No | No |
| ☐ | Report on trout stream surveys, Hants and Lunenburg Coun... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229073369 | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Report on trout stream surveys, Inverness County, Nova S... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068094 | No | No |
| ☐ | Report on trout stream surveys, Kings County, Nova Scotia | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229073305 | No | No |
| ☐ | Report on trout stream surveys, Pictou County, Nova Scotia | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229068147 | No | No |
| ☐ | Report on trout stream surveys, Queen's County, Nova Scotia | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1985 | Book | N.S. Dept. of Fisheries | OCLC:229068083 | No | No |
| ☐ | Report on trout stream surveys, Richmond & Victoria Coun... | Betty Lynn Miles, Darryl Murrant, Nova Scotia. Estuarine... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229068131 | No | No |

⊟ Similar results for **Save the earth** - select all

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Save the earth | Betty Miles | 1974 | Book | Scholastic Book Services | OCLC:70143618 | No | No |
| ☐ | Save the earth! | Betty Miles, Claire A. Nivola | 1974 | Paperback | Knopf, Random House Inc | ISBN:039482658... | No | No |
| ☐ | Save the earth | Betty Miles, Nelle Davis | 1991 | Hardback | Knopf, Knopf Books for Young Readers | ISBN:067981731... | No | No |
| ☐ | Save the Earth | Betty Miles | 1991 | -- | Demco Media | ISBN:0606050086 | No | No |

⊟ Similar results for **The Secret Life of the Underwear Champ** - select all

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The Secret Life of the Underwear Champ | Betty Miles | 1981 | Hardback | Demco Media, Turtleback | ISBN:060602731... | No | Yes |
| ☐ | The secret life of the underwear champ | Betty Miles, Dan Jones | 1981 | Paperback | Knopf, Yearling Books | ISBN:039484563... | No | Yes |
| ☐ | Secret Life of the Underwear Champ | Betty Miles | 1981 | Hardback | Tandem Library, Bt Bound | ISBN:0881038342 | No | Yes |
| ☐ | The secret life of the underwear champ | Betty Miles | 1981 | Book | Knopf | OCLC:21122326,... | No | Yes |
| ☐ | The secret life of the underwear champ | Betty Miles | 1988 | Book | Knopf | ISBN:067980761... | No | Yes |
| ☐ | Selected works | Betty Miles | 2000 | Book | University of Brighton | OCLC:319718969 | No | No |
| ☐ | Shop | George Hardie, Betty Miles | 1994 | Book | University of Brighton | ISBN:187196662... | No | No |

⊟ Similar results for **Sink or swim** - select all

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Sink or swim | Betty Miles | 1986 | Hardback | A.A. Knopf, Knopf Books for Young Readers | ISBN:039485515... | No | No |
| ☐ | Sink Or Swim | Betty Miles | 1987 | Paperback | Avon Books | ISBN:038069913... | No | No |
| ☐ | Sky is Falling, Level 1 | Betty Miles | 1998 | Hardback | Demco Media, Turtleback | ISBN:060613777... | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Some aspects of the biology of four salmonid species in ... | Betty Lynn Miles | 1985 | Book | McGill University. | OCLC:61545110 | No | No |
| ☐ | Stream survey report, Gold River drainage system, Lunenb... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1986 | Book | N.S. Dept. of Fisheries | OCLC:229068171 | No | No |
| ☐ | Stream survey report, Little Salmon River, Halifax Count... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1983 | Book | N.S. Dept. of Fisheries | OCLC:229068111 | No | No |

⊟ Similar results for **Super me** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Super me | National Coordinating Council on Drug Education, Betty M... | 1975 | Book | Executive Office of the President, Special Action Office... | LCCN:74033120,... | Yes | No |
| ☐ | Super me | Betty Miles, Charito Kruvant, United States. Special Act... | 1977 | Book | U.S. Dept. of Health, Education, and Welfare, Public Hea... | LCCN:74033120,... | No | No |
| ☐ | Supplementary report on trout stream surveys, Cape Breto... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068125 | No | No |
| ☐ | Supplementary report on trout stream surveys, Halifax Co... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068108 | No | No |
| ☐ | Supplementary report on trout stream surveys, Hants and ... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068077 | No | No |
| ☐ | Supplementary report on trout stream surveys, Queens Cou... | Betty Lynn Miles, Nova Scotia. Estuarine and Inland Fish... | 1984 | Book | N.S. Dept. of Fisheries | OCLC:229068150 | No | No |

⊟ Similar results for **The Miles chart display** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | The Miles chart display | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1971 | Book | Convex Industries | LCCN:72179933,... | No | No |
| ☐ | The Miles Chart Display: Top 100, 1955-1970 | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1971 | Book | Convex Industries | LCCN:72179933,... | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The Miles chart display | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1973 | Book | Convex Industries | OCLC:1150547, ... | No | No |
| ☐ | The Miles chart display | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1977 | Book | -- | LCCN:72179933,... | No | No |
| ☐ | The Miles Chart Display | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1980 | Hardback | Ayer Company Publishers, Incorporated | ISBN:0405190727 | No | No |
| ☐ | The Miles Chart Display of Popular Music: Top 100, 1955-1970 | Betty T. Miles, Daniel J. Miles, Martin J. Miles | 1981 | Book | Convex Industries | ISBN:091392000... | No | No |
| ⊟ | Similar results for **The Sky Is Falling** - select all | | | | | | | |
| ☐ | The Sky Is Falling | Betty Miles | 1998 | Hardback | Bt Bound, Turtleback | ISBN:061308764X | No | Yes |
| ☐ | The Sky Is Falling Ready To Read | Betty Miles, Cynthia Fisher | 1998 | Paperback | Simon & Schuster Children's Publishing, Aladdin | ISBN:068981791... | No | Yes |
| ☐ | The sky is falling | Betty Miles, Cynthia Fisher | 1998 | Hardback | Simon & Schuster Books, Simon & Schuster | ISBN:068981790... | No | Yes |
| ⊟ | Similar results for **Three Little Pigs** - select all | | | | | | | |
| ☐ | Three Little Pigs | Betty Miles | 1998 | Hardback | Bt Bound, Turtleback | ISBN:061312189... | No | No |
| ☐ | The Three Little Pigs | Betty Miles, Paul Meisel | 1998 | Hardback | Simon & Schuster Children's Publishing, Simon & Schuster | ISBN:068981788... | No | No |
| ☐ | The three little pigs | Betty Miles, Paul Meisel | 1998 | Paperback | Simon & Schuster Books for Young Readers, Aladdin | ISBN:068981789... | No | No |
| ⊟ | Similar results for **The Tortoise and the Hare** - select all | | | | | | | |
| ☐ | The Tortoise and the Hare | Betty Miles, Aesop, Paul Meisel | 1998 | Hardback | Demco Media, Turtleback | ISBN:060613858... | No | Yes |
| ☐ | The Tortoise and the Hare | Betty Miles | 1998 | Hardback | Bt Bound, Turtleback | ISBN:0613089316 | No | Yes |
| ☐ | The tortoise and the hare | Betty Miles, Aesop | 1998 | Paperback | Simon & Schuster Books for Young Readers, Aladdin Paperbacks | ISBN:068981793... | No | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | The Tortoise and the Hare | Betty Miles, Aesop, Paul Meisel | 1998 | Hardback | Simon & Schuster Books for Young Readers, Simon & Schust... | ISBN:068981792... | No | Yes |
| ☐ | Similar results for **The trouble with thirteen** - select all | | | | | | |
| ☐ | The trouble with thirteen | Betty Miles | 1979 | Hardback | Knopf; distributed by Random House, Knopf Books for You... | ISBN:039483930... | No | No |
| ☐ | The trouble with thirteen | Betty Miles | 1980 | Paperback | Avon Books | ISBN:038051136... | Yes | No |
| ☐ | The trouble with thirteen | Betty Miles | 1984 | Paperback | Avon Books | ISBN:038067470... | No | No |
| ☐ | The Trouble With Thirteen | Betty Miles | 1989 | Paperback | Random House Children's Books, Knopf Books for Young Readers | ISBN:039482043... | No | No |
| ☐ | The cooking book | Betty Miles | 1959 | Book | Knopf | LCCN:59005217,... | No | No |
| ☐ | The new American dream | Betty Miles | 1995 | Book | Pinpoint Press | ISBN:096485531... | No | No |
| ☐ | Weekly reader book club presents The secret life of the ... | Betty Miles | 1995 | Book | Knopf | LCCN:80015651,... | No | No |
| ☐ | What is the world? | Betty Miles | 1958 | Book | Knopf | LCCN:58005357,... | No | No |
| ☐ | Zie ik je na school? | Betty Miles, Eva Lievens | 1992 | Hardback | Standaard | ISBN:900219294... | No | No |
| ☐ | 地球を救おう | Betty Miles, 金原瑞人 | 1992 | Book | ほるぷ出版 | ISBN:459353417... | No | No |

View: 10 books  25 books  **77 books of 77 books**                                       1 2 3 4 5 6

Finish claim form for selected books (0) »   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at BookSettlement@RustConsulting.com