# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Finish claim form for selected books (0) »   Change your search

View: 10 books 25 books **100 books of 161 books**      **1** 2 Next ›

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ☐ | "Moonlight dries no mittens" | Daniel Hoffman | 1979 | Hardback | Library of Congress : for sale by the Supt. of Docs., U.... | ISBN:084440284... | No | No |
| ☐ | 2,447,328 | Cranbrook Academy of Art. Dept. of Architecture, James K... | 1988 | Book | Cranbrook Academy of Art | OCLC:25963181 | No | No |
| ☐ | A Feasibility study of the biological effects of fallout... | Daniel A. Hoffman, Carolyn W. Harlow, Michael J. Tully, ... | 1981 | Book | U.S. Dept. of Health and Human Services, Public Health S... | OCLC:251565239... | No | No |
| ☐ | A centennial catalogue of the library of the Franklin In... | David J. Holmes, Daniel Hoffman, Franklin Inn Club (Phil... | 2004 | Book | Franklin Inn Club | ISBN:193210970... | No | No |
| ☐ | A feasibility study of the effects of fallout on people ... | Daniel A. Hoffman, Carolyn W. Harlow, Michael J. Tully | -- | -- | -- | -- | No | No |
| ☐ | A helical coupler at ion-cyclotron resonance | Daniel J. Hoffman, Juda Leon Shohet | 1976 | Book | University of Wisconsin, Engineering Experiment Station | OCLC:36279296 | No | No |
| ☐ | A little geste | Daniel Hoffman | 1960 | Book | Oxford University Press | LCCN:60013208,... | Yes | No |
| ⊟ | Similar results for **A new housing policy for America** - select all | | | | | | | |

| ☐ | A new housing policy for America | David C. Schwartz, Richard C. Ferlauto, Daniel N. Hoffman | 1988 | Hardback | Temple University Press, Temple Univ Pr | ISBN:087722567... | Yes | Yes |
| ☐ | A new housing policy for America | David C. Schwartz, Richard C. Ferlauto, Daniel N. Hoffman | 1988 | Paperback | Temple University Press, Temple Univ Pr | ISBN:087722568... | No | Yes |
| ☐ | A review of the Southeastern Massachusetts health study | Daniel A. Hoffman, Massachusetts. Dept. of Public Health | 1992 | Book | Dept. of Public Health | LCCN:94622887,... | No | No |
| ☐ | A review of the carcinogenic effects of low doses of ion... | Daniel A. Hoffman, Edward P. Radford (M. D.) | -- | Book | Three Mile Island Public Health Fund | OCLC:12207790 | No | No |
| ☐ | Able was I ere I saw Elba | Daniel Hoffman | 1977 | Paperback | Hutchinson | ISBN:009128241... | Yes | No |
| ☐ | American poetry and poetics | Daniel Hoffman | 1962 | Book | Anchor Books | LCCN:62010461,... | Yes | No |
| ☐ | American poetry and poetics. Poems and critical document... | Daniel G. Hoffman | 1962 | Book | Doubleday | -- | No | No |
| ☐ | Amerika bungaku no keishiki to romansu | Daniel Hoffman | 1983 | Book | Kenkyūsha Shuppan | ISBN:432747126... | No | No |
| ☐ | An American sarvodaya pilgrimage | Daniel P. Hoffman | 1966 | Book | Sarvodaya Prachuralaya | OCLC:217771067... | Yes | No |
| ⊟ | Similar results for **An armada of thirty whales** - select all | | | | | | | |
| ☐ | An armada of thirty whales | Daniel Hoffman | 1954 | Book | Yale University Press | LCCN:54000586,... | Yes | No |
| ☐ | An armada of thirty whales | Daniel Hoffman | 1971 | Hardback | AMS Press, Ams Pr Inc | ISBN:040453851... | No | No |
| ☐ | An armada of thirty whales | Daniel G. Hoffman, Slater, Eleanor, 1903- | 1971 | -- | AMS Pr., AMS Press | ISBN:040453800... | No | No |
| ☐ | An emerging supervisory role for the classroom teacher r... | Violet Hoffman Daniel | 1969 | Book | Wake Forest University, Department of Education | OCLC:11543550 | No | No |
| ☐ | An evaluation of the effects of alternative antidepressa... | Daniel J. Hoffman | 2007 | Book | James Madison University | OCLC:289023397 | No | No |
| ☐ | Analysis of a stratified sample of ocean wave records at... | Daniel Hoffman, Society of Naval Architects and Marine E... | 1980 | Book | Society of Naval Architects and Marine Engineers | OCLC:7611428 | No | No |
| ☐ | Arumā no Alto Rio Içana | Daniel J. Hoffman | 2001 | Book | -- | OCLC:71348318 | No | No |
| ⊟ | Similar results for **Atlas of urologic imaging** - select all | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Atlas of urologic imaging | Daniel Hoffman | 1995 | Hardback | Williams & Wilkins | ISBN:068307236... | No | Yes |
| ☐ | Atlas of urologic imaging | Daniel Hoffman | 1995 | Hardback | Williams & Wilkins | ISBN:068304084... | No | Yes |
| ☐ | Barbarous Knowledge; Myth in the Poetry of Yeats, Graves... | Hoffman, Daniel, 1923- | 1967 | -- | Oxford University Press | LCCN:67010341 | No | No |
| ⊟ | Similar results for **Barbarous knowledge** - select all | | | | | | | |
| ☐ | Barbarous knowledge | Daniel Hoffman | 1967 | Book | Oxford University Press | LCCN:67010341,... | No | No |
| ☐ | Barbarous knowledge | Daniel Hoffman | 1970 | Paperback | Oxford University Press | ISBN:019500801... | No | No |
| ⊟ | Similar results for **Barbarous knowledge; myth in the poetry of Yeats, Graves, and Muir** - select all | | | | | | | |
| ☐ | Barbarous knowledge; myth in the poetry of Yeats, Graves... | Daniel Hoffman | 1967 | Book | Oxford University Press | LCCN:67010341,... | Yes | No |
| ☐ | Barbarous knowledge: myth in the poetry of Yeats, Graves... | Daniel Hoffman | 1970 | Book | Oxford University Press | LCCN:70463347 | Yes | No |
| ☐ | Barbatous knowledge: Myth in the poetry of Yeats, Graves... | Daniel Hoffman | -- | -- | -- | -- | No | No |
| ☐ | Bardsides one | Gillian Clarke, Daniel Gerhard Hoffman, X. J. Kennedy, M... | 1976 | Book | CIE | OCLC:4721149 | No | No |
| ⊟ | Similar results for **Beyond silence** - select all | | | | | | | |
| ☐ | Beyond silence | Daniel Hoffman | 2003 | Hardback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712860... | No | Yes |
| ☐ | Beyond silence | Daniel Hoffman | 2003 | Paperback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712861... | No | Yes |
| ☐ | Black Sun , Black Sun Again , In the Dream of the Black ... | Aco Šopov, Zoran Ančevski, Dragi Mihajlovski, Graham W... | -- | Book | -- | -- | No | No |
| ☐ | Blackjacking | Daniel V. Hoffman | 2007 | Paperback | Wiley Pub., Wiley | ISBN:047012754... | No | Yes |
| ☐ | Broken laws | Daniel Hoffman | 1970 | Book | Oxford University Press | LCCN:77107881,... | No | No |
| ⊟ | Similar results for **Brotherly love** - select all | | | | | | | |
| ☐ | Brotherly love | Daniel Hoffman | 1981 | Book | Random House | ISBN:039451371... | No | Yes |
| ☐ | Brotherly love | Daniel Hoffman | 1981 | Paperback | Random House, Vintage Books USA | ISBN:039474726... | No | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Brotherly Love | Daniel Hoffman | 2000 | Paperback | University of Pennsylvania Press, Univ of Pennsylvania Pr | ISBN:081221736... | No | Yes |
| ☐ | Camp 30 "Ehrenwort" | Daniel Hoffman, Bowmanville Museum | 1990 | Book | Bowmanville Museum | OCLC:25090892,... | No | No |
| ☐ | Camp 30 "Ehrenwort" : a German Prisoner-of-war Camp in B... | Bowmanville Museum, Hoffman, Daniel | 1990 | -- | Bowmanville Museum | -- | No | No |
| ☐ | Case study in new thinking | Daniel Paul Hoffman | 1991 | Book | Harvard University | OCLC:76976339 | No | No |
| ☐ | Celebration city! | Daniel Hoffman, Denis Healey, Phil Davies, Roger Shuffle... | 1993 | Book | Chevron Communications Production for Yorkshire Television | -- | No | No |
| ☐ | Christmas luncheon, 1968 | Franklin Inn Club (Philadelphia, Pa.), Edward S. Gifford... | 1968 | Book | Franklin Inn Club | OCLC:37334281 | No | No |
| ☐ | Commitment, solidarity, and participation in collective ... | Daniel Hoffman Jackson | 1981 | Book | University of Washington | OCLC:7611463 | No | No |
| ☐ | Similar results for **Concerning them that are asleep** - select all | | | | | | | |
| ☐ | Concerning them that are asleep | Daniel Hoffman Martin | 1924 | Book | The Westminster Press | OCLC:38170983 | No | No |
| ☐ | Concerning them that are asleep | Daniel Hoffman Martin | 1928 | Book | Westminster Press | OCLC:19216023 | No | No |
| ☐ | Considerations governing the selection and design of opt... | Daniel Hoffman, Amnon Zfati | 1996 | Book | ADAN Technical & Economic Services, Ltd | OCLC:61674314 | No | No |
| ☐ | Cross-examination | Daniel S. Hoffman, Continuing Legal Education in Colorad... | 2008 | Book | CLE in Colorado | OCLC:263996852 | No | No |
| ☐ | Cyclic debonding of adhesive joints | Daniel J. Hoffman, R. R. June, BOEING COMMERCIAL AIRPLAN... | 1973 | Book | National Aeronautics and Space Administration | OCLC:20615271,... | No | No |
| ☐ | Similar results for **Darkening water** - select all | | | | | | | |
| ☐ | Darkening water | Daniel Hoffman | 2002 | Hardback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712771... | No | Yes |
| ☐ | Darkening water | Daniel Hoffman | 2002 | Paperback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712772... | No | Yes |
| ☐ | Design and performance evaluation of a | Daniel S. Hoffman (1984-) | 2008 | Book | Madison | OCLC:244482432 | No | No |

| | Title | Author | Year | Format | Publisher | ID | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | single-pass corn ... Despot deposed: Charles Taylor and the challenge of stat... | Daniel Hoffman | -- | -- | -- | -- | No | No |
| ☐ | Die gebruik van die itemresponsteorie in die samestellin... | Daniel J. Hoffman, Human Sciences Research Council | 1985 | Book | Raad vir Geesteswetenskaplike Navorsing | OCLC:123766883 | No | No |
| ☐ | Effects of ionizing radiation on the developing embryo a... | Daniel A. Hoffman, Richard P. Felten, W. Howard Cyr, Uni... | 1981 | Book | U.S. Dept. of Health and Human Services, Public Health S... | OCLC:251564769... | No | No |
| ☐ | Effects of sediment pulses on channel morphology and sed... | Daniel F. Hoffman | 2005 | Book | University of Montana | OCLC:64583517 | No | No |
| ☐ | Elemental analysis and receptor modeling of airborne par... | Mark Daniel Hoffman | 2002 | Book | Washington State University | OCLC:51508955 | No | No |
| ☐ | Emily Dickinson : the heft of cathedral tunes | Daniel Hoffman | -- | -- | -- | -- | No | No |
| ☐ | Employer assisted housing | David C. Schwartz, Daniel N. Hoffman, Richard C. Ferlauto | 1992 | Paperback | Bureau of National Affairs, Bna Books | ISBN:087179729... | No | No |
| ☐ | English Literary Criticism Romantic and Victorian | Daniel G. Hoffman, Samuel Lynn Hynes | 1980 | Paperback | Ardent Media Inc, Irvington Pub | ISBN:0829004556 | No | No |
| ⊟ | Similar results for **English literary criticism** - select all | | | | | | | |
| ☐ | English literary criticism | Daniel Hoffman, Samuel Lynn Hynes | 1963 | Book | Appleton-Century-Crofts | LCCN:63012617,... | Yes | No |
| ☐ | English literary criticism | Daniel Hoffman, Samuel Lynn Hynes | 1966 | Book | Owen | LCCN:67102378,... | Yes | No |
| ☐ | English literary criticism | Daniel G. Hoffman, Samuel Hynes | 1968 | Book | Owen | OCLC:257414567... | No | No |
| ☐ | English literary criticism | Daniel Hoffman, Samuel Hynes | 1979 | Hardback | Irvington Publishers, Irvington Pub | ISBN:082900125... | No | No |
| ☐ | English literary criticism | Daniel Hoffman, Samuel Lynn Hynes | 1979 | Paperback | Irvington Publishers, Irvington Pub | ISBN:089197144... | No | No |
| ☐ | English literary criticism | Daniel Gerard Hoffman | 1966 | Book | -- | -- | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | English literary criticism. Romantic and Victorian. Eds.... | Daniel Gerard Hoffman, Samuel Lynn Hynes | 1963 | -- | Appleton-Century--Crofts X | -- | No | No |
| ☐ | Environmental exposure effects and composite materials f... | Martin N. Gibbins, Daniel J. Hoffman, United States. Nat... | 1982 | Book | National Aeronautics and Space Administration, Scientifi... | OCLC:58753529,... | No | No |
| ☐ | Essays on early Christianity and its betrayal | Daniel P. Hoffman | 1991 | Book | D. Hoffman | OCLC:25643856 | No | No |
| ☐ | Ezra Pound & William Carlos Williams | Daniel Hoffman, University of Pennsylvania. Dept. of Eng... | 1983 | Hardback | University of Pennsylvania Press, Univ of Pennsylvania Pr | ISBN:081227892... | No | No |

Similar results for **Faulkner's country matters** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Faulkner's country matters | Daniel Hoffman | 1989 | Hardback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080711562... | No | Yes |
| ☐ | Faulkner's Country Matters | Daniel Hoffman | 1989 | Paperback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712426... | No | Yes |
| ☐ | Fifty years of American poetry | John Ashbery, Philip E. Booth, Louis Osborne Coxe, James... | 1984 | Book | Palaemon Press | OCLC:12144616,... | No | No |
| ☐ | Final plan for districts in the Senate and House of Repr... | Colorado Reapportionment Commission, Daniel S. Hoffman, ... | 1992 | Book | Colorado Reapportionment Commission | OCLC:60679839 | No | No |
| ☐ | Folklore in literature | Daniel Gerard Hoffman | 1957 | Book | Published for the American Folk-lore Society by Houghton... | OCLC:35012064 | No | No |

Similar results for **Form and fable in American fiction** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Form and fable in American fiction | Daniel Hoffman | 1961 | Book | Oxford University Press | LCCN:61008371,... | Yes | Yes |
| ☐ | Form and fable in American fiction | Daniel Hoffman | 1965 | Book | Oxford University Press | LCCN:61008371,... | No | Yes |
| ☐ | Form and fable in American fiction | Daniel Hoffman | 1970 | Book | Oxford University Press | OCLC:16663385 | No | Yes |
| ☐ | Form and fable in American fiction | Daniel Hoffman | 1973 | Book | Norton | ISBN:039300673... | No | Yes |
| ☐ | Form and fable in American fiction | Daniel Hoffman | 1994 | Paperback | University Press of Virginia, University of Virginia Press | ISBN:081391525... | No | Yes |
| ☐ | Form and fable in American fiction. | Daniel, Hoffman | -- | -- | s.n. | -- | No | No |
| ☐ | Form and fable in american fiction, by daniel g. hoffman | Daniel g Hoffman | 1961 | Book | Oxford university press | -- | No | No |

Similar results for **Freedom vs. national security** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Freedom vs. national security | Morton H. Halperin, Daniel N. Hoffman | 1977 | Hardback | Chelsea House Publishers, Chelsea House Pub | ISBN:087754037... | No | No |
| ☐ | Freedom Vs. National Security, Secrecy and Surveillance | Morton Halperin, Daniel Hoffman | 1980 | Paperback | Facts On File, Inc., Chelsea House | ISBN:087754212... | No | No |
| ☐ | From Brotherly love | Daniel Hoffman | 1980 | Book | -- | OCLC:80539255 | No | No |
| ☐ | George Daniel Hoffman | George Daniel Hoffman, Arthur U. Newton Galleries (New Y... | 1949 | Book | Arthur U. Newton Galleries | OCLC:81633002 | No | No |

Similar results for **Hang-gliding from Helicon** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Hang-gliding from Helicon | Daniel Hoffman | 1988 | Paperback | Louisiana State University, Louisiana State University Press | ISBN:080711453... | No | Yes |
| ☐ | Hang-gliding from Helicon | Daniel Hoffman | 1988 | Hardback | Louisiana State University, Louisiana State Univ Pr | ISBN:080711452... | No | Yes |

Similar results for **Harvard guide to contemporary American writing** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Harvard guide to contemporary American writing | Daniel Hoffman, Leo Braudy | 1979 | Hardback | Belknap Press of Harvard University Press, Harvard Univ Pr | ISBN:067437535... | No | No |
| ☐ | Harvard guide to contemporary American writing | Daniel Hoffman | 1982 | Paperback | Harvard University Press, Belknap Press | ISBN:067437537... | No | No |
| ☐ | Histological studies of the gonad and androgenic glands ... | Daniel Lewis Hoffman | 1968 | Book | University of Washington. | OCLC:20188737 | No | No |
| ☐ | Hunting a master image | Daniel G. Hoffman | 1964 | Book | -- | OCLC:12340787 | No | No |
| ☐ | Ikons | Daniel Hoffman | 1968 | Book | s.n. | OCLC:10199114 | No | No |
| ☐ | Implementing NAP and NAC Security Technologies | Daniel V. Hoffman | 2008 | Hardback | John Wiley & Sons, Wiley | ISBN:047023838... | No | Yes |
| ☐ | India's social miracle | Daniel P. Hoffman | 1961 | Book | Naturegraph Co. | -- | No | No |
| ☐ | India's social miracle | Daniel P. Hoffman | 1961 | Book | Naturegraph Co. | LCCN:62001894,... | Yes | No |
| ☐ | Instructions to a medium to be transmitted to the shade ... | Daniel Hoffman, Printed Ephemera Collection (Library of ... | 1965 | Book | Daniel Hoffman | LCCN:98185793,... | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Ion cyclotron heating in the Proto-Cleo stellarator | Daniel John Hoffman | 1982 | Book | University of Wisconsin--Madison | OCLC:8845148 | No | No |
| ☐ | Low frequency RF heating with a helical coupler in a hot... | Daniel J. Hoffman, Juda Leon Shohet | 1978 | Book | University of Wisconsin, Engineering Experiment Station | OCLC:36286483 | No | No |
| ⊟ | Similar results for **Makes you stop and think** - select all | | | | | | | |
| ☐ | Makes you stop and think | Daniel Hoffman | 2005 | Hardback | George Braziller | ISBN:080761560... | No | Yes |
| ☐ | Makes you stop and think | Daniel Hoffman | 2005 | Paperback | George Braziller | ISBN:080761561... | No | Yes |
| ☐ | Mathematical representation of the physical characterist... | Daniel AAron Hoffman | 2005 | Book | University of Virginia. 2005. Mechanical Engineering. | -- | No | No |
| ☐ | Meiguo dangdai wenxue | Daniel Hoffman 1923-, "Shijie wenxue" bianjibu,《世... | 1985 | Book | Zhongguo wenlian chuban gongsi | -- | No | No |
| ☐ | Middens of the tribe | Daniel Hoffman | 1995 | Paperback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712001... | No | Yes |
| ☐ | Miocene fossil plants from Betijoque, Venezuela | Arnold Daniel Hoffman | 1931 | Book | University of Chicago | OCLC:80766495 | No | No |
| ☐ | Miscellaneous manuscripts | Daniel Hoffman, Giovanni Pico della Mirandola, Jonathan ... | -- | Book | -- | OCLC:190822116... | No | No |
| ☐ | Mortality and morbidity in women treated for hyperthyroidism | Daniel A. Hoffman | 1981 | Book | Johns Hopkins University | OCLC:80775367 | No | No |
| ☐ | New poets, 1970 | Daniel Hoffman | 1970 | Book | sole distributor: the University of Pennsylvania Book Store | LCCN:74170356,... | Yes | No |
| ☐ | Nutritional stunting and obesity risk factors in childre... | Daniel J. Hoffman, Tufts University. School of Nutrition | 1999 | Book | Tufts University | OCLC:190833829 | No | No |
| ☐ | Others | Daniel Hoffman | 1975 | Book | University of Pennsylvania | ISBN:081227703... | No | No |
| ⊟ | Similar results for **Our elusive Constitution** - select all | | | | | | | |
| ☐ | Our elusive Constitution | Daniel N. Hoffman | 1997 | Paperback | State University of New York Press, State Univ of New Yo... | ISBN:079143502... | No | Yes |
| ☐ | Our elusive Constitution | Daniel N. Hoffman | 1997 | Hardback | State University of New York Press, State Univ of New Yo... | ISBN:079143501... | No | Yes |
| ⊟ | Similar results for **Paul Bunyan, last of the frontier demigods** - select all | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Paul Bunyan, last of the frontier demigods | Daniel Hoffman | 1952 | Book | University of Pennsylvania Press for Temple University P... | ISBN:723000901... | Yes | Yes |
| ☐ | Paul Bunyan, last of the frontier demigods | Daniel Hoffman | 1966 | Book | Temple University Publications; distributed by Columbia ... | LCCN:66014159,... | Yes | Yes |
| ☐ | Paul Bunyan | Daniel Hoffman | 1978 | Hardback | Temple Univ Pr | ISBN:0685464105 | No | Yes |
| ☐ | Paul Bunyan, last of the frontier demigods | Daniel Hoffman | 1983 | Paperback | University of Nebraska Press, Univ of Nebraska Pr | ISBN:080327216... | No | Yes |
| ☐ | Paul Bunyan, last of the frontier demigods | Daniel Hoffman | 1999 | Paperback | Michigan State University Press, Michigan State Univ Pr | ISBN:087013521... | No | Yes |
| ☐ | Paul Bunyan | Daniel G. Hoffman | 1952 | Book | Univ. of Pa. Press for Temple University Pubs. | OCLC:221066091 | No | No |
| ☐ | Plantas e a cestaria Baniwa | Daniel J. Hoffman | 2001 | Book | -- | OCLC:71348319 | No | No |
| ☐ | Plasma gun injection in the proto-cleo stellarator | Daniel J. Hoffman, Joseph Nathan Talmadge, Juda Leon Shohet | 1980 | Book | University of Wisconsin, Engineering Experiment Station | OCLC:36307302 | No | No |
| ☐ | Podstawy oprogramowania | Daniel M. Hoffman, David M. Weiss | 2003 | Hardback | WNT, InBook SA | ISBN:832042794... | No | No |
| ☐ | Poe | Daniel Hoffman | 1972 | Book | -- | OCLC:77363718 | No | No |
| ⊟ | Similar results for **Poe Poe Poe Poe Poe Poe Poe** - select all | | | | | | | |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1972 | Hardback | Doubleday, Robson Books Limited | ISBN:090389500... | Yes | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1973 | Book | Anchor Press | ISBN:038502417... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1978 | Paperback | Avon Books | ISBN:038041459... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1985 | Paperback | Vintage Books, Vintage | ISBN:039472908... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1990 | Paperback | Paragon House, Paragon House Publishers | ISBN:155778274... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1994 | Paperback | Pgw, Marlowe & Co | ISBN:156924920... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe | Daniel Hoffman | 1998 | Paperback | Louisiana State University Press, Louisiana State Univ Pr | ISBN:080712321... | No | Yes |
| ☐ | Poe Poe Poe Poe Poe Poe Poe. Edgar Allan Poe.. | Daniel Hoffman | 1972 | Book | -- | -- | No | No |
| ☐ | Poe, Poe ... | Daniel Hoffman | 1973 | Book | Doubleday & Company | -- | No | No |

| | Poetry | Daniel Hoffman -- | Book | -- | -- | No | No |

**View:** 10 books  25 books  **100 books  of 161 books**                                                    **1** 2 Next ›

Finish claim form for selected books (0) »   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at
BookSettlement@RustConsulting.com

# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Finish claim form for selected books (0) »   Change your search

View: 10 books 25 books **100 books of 161 books**                                                     ‹ Prev **2**

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ☐ | Poetry International Rotterdam 1987 | Sándor Kányádi, Imre Oravecz, Wim Swaan, Daniel Hoffman | 1987 | Book | W. Pieterse in Poëzie | OCLC:62909776 | No | No |
| ☐ | Political accountability at the local level in Tanzania | Barak Daniel Hoffman. | 2007 | Book | s.n. | OCLC:316214348 | No | No |
| ☐ | Power | Daniel Hoffman | 1974 | Book | CIE | OCLC:10199480 | No | No |
| ☐ | Qualifying low-income home buyers | Daniel N. Hoffman, Susan M. Wachter, Wharton Real Estate... | 1994 | Book | Real Estate Center, Wharton School of the University of ... | OCLC:81587676 | No | No |
| ☐ | Readings in Epidemiology and Preventive Medicine Pak | Daniel Hoffman | 1996 | Paperback | Kendall/Hunt Publishing Company | ISBN:078722636X | No | No |
| ☐ | Relationships between land cover change and breeding bir... | Daniel Mark Hoffman | 2000 | Book | Western Michigan University | OCLC:45005010 | No | No |
| ☐ | Restoration and the 18th century | Daniel G. Hoffman, Samuel Hynes | 1966 | Book | Appleton-Century-Crofts | OCLC:176873219 | No | No |
| ⊟ | Similar results for **Romantic and Victorian** - select all | | | | | | | |
| ☐ | Romantic and Victorian | Daniel G Hoffman | 1963 | Book | -- | -- | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Romantic and Victorian | Daniel Hoffman, Samuel Hynes | 1966 | Book | Peter Owen | ISBN:072060130... | No | No |
| ☐ | Romantic and Victorian | Daniel G. Hoffman | 1968 | Book | Owen | OCLC:256675099 | No | No |
| ☐ | Romantic and victorian English Literary Criticism | Daniel G. HOFFMAN | 1963 | Book | -- | -- | No | No |
| ☐ | Rules and regulations relating to taxicab drivers | Denver (Colo.). Dept. of Safety, Daniel S. Hoffman | 1963 | Book | -- | OCLC:84910915 | No | No |
| ☐ | SUNY series in American constitutionalism | Daniel N. Hoffman | -- | Book | State University of New York Press | LCCN:200621326... | No | No |
| ☐ | Sandburg and "the people" | Daniel Hoffman | 1950 | Book | Antioch Review | OCLC:13515233 | No | No |
| ☐ | Sea water desalination with transparent insulation solar... | Daniel Hoffman, Amnon Zfati, Israel. Miśrad ha-energyah... | 1995 | Book | The State of Israel, Ministry of Energy and Infrastructu... | OCLC:36322851 | No | No |
| ☐ | Secrecy in the Federalist period | Daniel Nathan Hoffman | 1977 | Book | -- | OCLC:3992497 | No | No |
| ☐ | Social work process and street gang behavior, an explora... | Daniel Marcus Hoffman | 1968 | Book | Florida State University. | OCLC:27778902 | No | No |
| ☐ | Software Design, Automated Testing, and Maintenance with... | Daniel Hoffman, Paul Strooper | 1995 | Paperback | Van Nostrand Reinhold, Van Nostrand Reinhold Company International | ISBN:044202093... | No | No |
| ☐ | Software design, automated testing, and maintenance | Daniel M. Hoffman, Paul A. Strooper | 1995 | Paperback | Thomson Computer Press, Itp - Media | ISBN:185032206... | No | No |
| ☐ | Software fundamentals | David Lorge Parnas, Daniel M. Hoffman, David M. Weiss | 2001 | Paperback | Addison-Wesley, Addison-Wesley Professional | ISBN:020170369... | No | Yes |
| ☐ | Striking the stones | Daniel Hoffman | 1968 | Book | Oxford University Press | LCCN:68018564,... | No | No |
| ☐ | Structural determinants of risk preference in nuclear po... | Daniel Hoffman Jackson | 1988 | Book | University of Washington | OCLC:20622158 | No | No |
| ☐ | Sussex County | Daniel Hoffman, Susan Wachter Mary Maples | 1989 | Book | s.n. | OCLC:20950466 | No | No |
| ☐ | Symposium on William Penn | Dunn, Richard S. Dunn, Daniel Hoffman, | 1983 | Book | -- | OCLC:80514694 | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Taliesin | Edmun... Daniel Hoffman, Swarthmore College | 1959 | Book | Swarthmore College | OCLC:40661675 | No | No |
| ☐ | Testveri szeretet | Daniel Hoffman, Várady Szabolcs | -- | Book | -- | OCLC:19481564 | No | No |
| ☐ | Testvéri szeretet | Daniel Hoffman | 1988 | Book | Európa Könyvkiadó | ISBN:963074517... | No | No |
| ☐ | The Minnesota Sioux, 1979-1981 | Daniel Hoffman | 1985 | Book | -- | OCLC:25468900 | No | No |
| ☐ | The Philomathean Society anthology of poetry in honor of... | Daniel Hoffman, Eugene A. Bolt, University of Pennsylvan... | 1996 | Book | The Philomathean Society of the University of Pennsylvania | OCLC:35232842 | No | No |
| ⊟ | Similar results for **The poetry of Stephen Crane** - select all | | | | | | | |
| ☐ | The poetry of Stephen Crane | Daniel Hoffman | 1957 | Book | Columbia University Press | LCCN:57001117,... | Yes | Yes |
| ☐ | The Poetry of Stephen Crane | Daniel Hoffman | 1963 | Book | Columbia university Press | OCLC:30045307,... | No | Yes |
| ☐ | The poetry of Stephen Crane | Daniel Hoffman | 1968 | Book | Columbia University Press | OCLC:258100158... | No | Yes |
| ☐ | The Poetry of Stephen Crane | Daniel Hoffman | 1971 | Paperback | Columbia University Press, Columbia Univ Pr | ISBN:023108662... | No | Yes |
| ☐ | The poetry of Stephen Crane | Daniel Hoffman | 1971 | Hardback | Columbia University Press | ISBN:023102195... | No | Yes |
| ☐ | The authority of scripture and apostolic doctrine in Ign... | Daniel Hoffman | 1985 | Book | -- | OCLC:21096038 | No | No |
| ⊟ | Similar results for **The center of attention** - select all | | | | | | | |
| ☐ | The center of attention | Daniel Hoffman | 1974 | Hardback | Random House | ISBN:039448951... | Yes | No |
| ☐ | The center of attention | Daniel Hoffman | 1974 | Hardback | Vintage Books | ISBN:039471988... | No | No |
| ☐ | The city of satisfactions | Daniel Hoffman | 1963 | Book | Oxford University Press | LCCN:63017735,... | Yes | No |
| ☐ | The coming culture | Daniel P. Hoffman | 1964 | Book | Sarvodaya Prachuralayam | LCCN:65066315,... | Yes | No |
| ☐ | The coming culture | Daniel P. Hoffman | 1964 | Book | Sarvodaya Prachuralayam | LCCN:65066315 | No | No |
| ☐ | The dynamics between leadership and learning in school p... | Daniel S. Hoffman | 1999 | Book | Ohio State University | OCLC:42639027 | No | No |
| ☐ | The eucharist and docetism in selected second century or... | Daniel Hoffman | 1984 | Book | Trinity Evangelical Divinity School | OCLC:11763785 | No | No |

| | Title | Author | Year | Format | Publisher | ID | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The exactions of Clio | Daniel Hoffman | 1983 | Book | -- | OCLC:79869138 | No | No |
| ☐ | The larval development of the decapod crustacea | Daniel Lewis Hoffman | 1963 | Book | University of California | OCLC:27303590 | No | No |
| ⊟ | Similar results for **The poem** - select all | | | | | | | |
| ☐ | The poem | Daniel Hoffman, Brockport Writers Forum (State Universit... | 1974 | Book | State University College at Brockport | OCLC:41094590 | No | No |
| ☐ | The poem | Daniel Hoffman, Palaemon Press | 1974 | Book | Palaemon Press | OCLC:54283512 | No | No |
| ☐ | The poem | Daniel Hoffman, Palaemon Press | 1984 | Book | Palaemon Press Limited | OCLC:31914181 | No | No |
| ☐ | The poetry of Stephan Crane | Daniel Hoffman | 1971 | Book | Columbia university press | -- | No | No |
| ☐ | The power elite of Chicago | Daniel R. Hoffman | 1971 | Book | -- | OCLC:84171154 | No | No |
| ⊟ | Similar results for **The status of women and Gnosticism in Irenaeus and Tertullian** - select all | | | | | | | |
| ☐ | The status of women and Gnosticism in Irenaeus and Tertu... | Daniel L. Hoffman | 1992 | Book | Miami University, Dept. of History | OCLC:28106002,... | No | Yes |
| ☐ | The status of women and gnosticism in Irenaeus and Tertu... | Daniel L. Hoffman | 1995 | Hardback | E. Mellen Press, Edwin Mellen Pr | ISBN:077348996... | No | Yes |
| ☐ | They That Wait | Dorothy Daniel Hoffman | 2006 | Paperback | E-Booktime, E-Booktime Llc | ISBN:159824245... | No | Yes |
| ☐ | To Have a Heart of Gold | Daniel J. Hoffman | 2005 | Paperback | Vantage Pr | ISBN:053315041... | No | No |
| ⊟ | Similar results for **Top Secret : National Security and the Right to Know / Morton H. Halperin & Daniel N. Hoffman** - select all | | | | | | | |
| ☐ | Top Secret : National Security and the Right to Know / M... | Halperin, Morton, 1938-, Hoffman, Daniel N., 1942- | 1977 | -- | New Republic Books | ISBN:067122963... | No | No |
| ☐ | Top secret | Morton H. Halperin, Daniel N. Hoffman | 1977 | Book | New Republic Books | ISBN:091522027... | Yes | No |
| ☐ | Top secret | Morton H. Halperin, Daniel N. Hoffman | 1977 | Paperback | New Republic Books | ISBN:091522028... | No | No |
| ☐ | Top secret: national security and the right to know | Morton H. Halperin, Daniel N. Hoffman | -- | -- | New Republic Books | ISBN:067122964... | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Top Secret : National Security and the Right to Know / M... | Halperin, Morton H, Hoffman, Daniel, 1942- | 1977 | -- | New Republic Books | LCCN:77005349 | No | No |
| ☐ | Topical issue on the ion-cyclotron radio-frequency (ICFR... | Charles C. Baker, Daniel J. Hoffman | -- | -- | -- | -- | No | No |
| ☐ | Topical issue on the ion-cyclotron radio-frequency (ICRF... | Charles C. Baker, Daniel J. Hoffman | 1994 | Book | North-Holland | -- | No | No |
| ☐ | Trace specification of communications protocols | Daniel Malcolm Hoffman | 1984 | Book | University of North Carolina at Chapel Hill | OCLC:12644742 | No | No |
| ☐ | Two ladies of legend | Daniel Hoffman | -- | Book | -- | OCLC:242982342 | No | No |
| ☐ | Two poems | Edgar Allan Poe, Daniel Hoffman, Michael Peich | 1984 | Book | Green Library Press | OCLC:62326542 | No | No |
| ☐ | Two views of jazz | Dave Brubeck, Daniel Gerard Hoffman | 1956 | Book | Intercultural Publications | OCLC:79333119 | No | No |
| ☐ | Vane | Daniel Hoffman, Turret Bookshop | 1992 | Book | Published by Bernard Stone and Raymond Danowski, the Tur... | OCLC:54283569 | No | No |
| ☐ | Verkeersligdissipline | Susanna Helena Pieterse, Daniel Johannes Hoffman, South ... | 1988 | Paperback | Staatsdrukker | ISBN:079884761... | No | No |
| ☐ | Vtora molitva na moeto telo | Aco Šopov, Daniel Hoffman, Lucie Albertini, V. Kornilov... | -- | Book | -- | -- | No | No |
| ☐ | What tracks the night made | Daniel Hoffman | 1975 | Book | Three Rivers Press, C.M.U. | OCLC:52439896 | No | No |
| ☐ | Whose kind of town? | Daniel Ronald Hoffman | 1973 | Book | University of California, Santa Barbara | OCLC:12099062,... | No | No |
| ☐ | Why save the Lord's day? ... | Daniel Hoffman | 1934 | Book | Presbyterian Committee of publication | OCLC:26203736 | No | No |
| ☐ | William L. Shirer files | Martin Daniel Hoffman | -- | Book | -- | OCLC:56991147 | No | No |
| ⊟ | Similar results for **Words to create a world** - select all | | | | | | | |
| ☐ | Words to create a world | Daniel Hoffman | 1993 | Hardback | University of Michigan Press, Univ of Michigan Pr | ISBN:047209505... | No | Yes |
| ☐ | Words to create a world | Daniel Hoffman | 1993 | Paperback | University of Michigan Press, Univ of Michigan Pr | ISBN:047206505... | No | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | מכרוו המתקנים הגדולים להפלת מי... | Raphael Semiat, David Hasson, Daniel Hoffman, Universita... | 2005 | Book | Israel Desalination Society | OCLC:234193029 | No | No |
| ☐ | 美国当代文学 | Daniel Hoffman,《世界文学》编辑部 | 1984 | Book | 中国文联出版公司 | OCLC:24419250 | No | No |

**View:** <u>10 books</u> <u>25 books</u> **100 books of 161 books**                                                                  ‹ <u>Prev</u> **2**

Finish claim form for selected books (0) »   <u>Change your search</u>

<u>Download results as a spreadsheet</u>

⊞ <u>Add a book if it is not listed above</u>

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at
<u>BookSettlement@RustConsulting.com</u>