# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

Finish claim form for selected books (0) »   Change your search
View: 10 books  25 books  **100 books** of 131 books                                                                                                          1 2 Next ›

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ☐ | "A real service to the state" | Paul Douglas Dickson | 1996 | Book | Centre for International and Strategic Studies, York Uni... | OCLC:43313896,... | No | No |
| ☐ | 800閒話定律 | Paul Dickson, 王正己 | 1984 | Book | 允晨文化事業股份有限公司 | OCLC:35824141 | No | No |
| ⊟ | Similar results for **Mere Grain of Sand** - select all | | | | | | | |
| ☐ | Mere Grain of Sand | Ray Brown, Gillian Brown, Paul Dickson, Jr. | 2004 | Paperback | Tagman Press, The | ISBN:1903571472 | No | Yes |
| ☐ | A Mere Grain of Sand | Ray Brown, Gillian Brown, Paul Dickson | 2005 | Hardback | Tagman Press (UK), Tagman Pr | ISBN:1903571480 | No | Yes |
| ☐ | A collector's compendium of rare and unusual, bold and b... | Paul Dickson | 1986 | Hardback | Delacorte Press, Delacorte Pr | ISBN:038529462... | Yes | No |
| ☐ | A study of the variational principles of nuclear reactor... | Paul Wesley Dickson (Jr.) | 1962 | Book | North Carolina State College. | OCLC:4991717 | No | No |
| ☐ | A thoroughly Canadian general | Paul Douglas Dickson | 2007 | Hardback | University of Toronto Press, Univ of Toronto Pr | ISBN:080200802... | No | Yes |
| ☐ | Alienation, revolution, and comprehension | William Paul Dickson | 1979 | Book | University of South Florida | OCLC:5978148 | No | No |

| | Title | Author | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | An investigation of adenine nucleotides, DNA, RNA, and p... | Paul Allen Dickson | 1968 | Book | University of Arkansas, Fayetteville School of Education, | OCLC:9135999, ... | No | No |
| ☐ | Articulated language learning | Paul Dickson | 1964 | Book | Florida State University in coopera... | OCLC:2365519 | No | No |
| ☐ | Similar results for **Baseball** - select all | | | | | | | |
| ☐ | Baseball | William B. Mead, Paul Dickson | 1993 | Hardback | Farragut Pub. Co., Farragut Pub Co | ISBN:091853516... | No | Yes |
| ☐ | Baseball | William B. Mead, Paul Dickson | 1997 | Paperback | Walker & Company, Walker & Co | ISBN:080277515... | No | Yes |
| ☐ | Similar results for **Baseball's greatest quotations** - select all | | | | | | | |
| ☐ | Baseball's greatest quotations | Paul Dickson | 1991 | Hardback | Edward Burlingame Books, HarperCollins | ISBN:006270001... | No | Yes |
| ☐ | Baseball's greatest quotations | Paul Dickson | 1992 | Paperback | Harper Perennial, Perennial | ISBN:006272025... | No | Yes |
| ☐ | Baseball's greatest quotations | Paul Dickson | 2008 | Book | Collins | ISBN:073949328... | No | Yes |
| ☐ | Baseball's Greatest Quotations Rev. Ed. | Paul Dickson | 2008 | Hardback | Collins, Collins Reference | ISBN:006126059... | No | Yes |
| ☐ | Baseball's Greatest Quotations | Paul Dickson | 2008 | Paperback | Collins, Collins Reference | ISBN:006126060... | No | Yes |
| ☐ | Baseballs Greatest Quotatons | Paul Dickson | 1991 | Hardback | HarperCollins Canada, Limited | ISBN:0060164603 | No | No |
| ☐ | Buffalo area's economic prospects | Paul W. Dickson, Raymond W. Waxmonsky, Greater Buffalo D... | 1972 | Book | Greater Buffalo Development Foundation | OCLC:4981609 | No | No |
| ☐ | Centrais de idéias | Paul Dickson | 1975 | Book | Melhoramentos | OCLC:26594804 | No | No |
| ☐ | Chow | Paul Dickson | 1978 | Paperback | New American Library, Plume | ISBN:045225185... | No | No |
| ☐ | Compensation and duties of corporate directors | Paul W. Dickson, National Industrial Conference Board | 1946 | Book | National Industrial Conference Board | OCLC:1942333 | No | No |
| ☐ | Conference Board reports | National Industrial Conference Board, Paul W. Dickson | 1948 | Book | The Board | OCLC:83052134 | No | No |
| ☐ | Conference Board reports | National Industrial Conference Board, Paul W. Dickson, J... | 1949 | Book | The Board | OCLC:80692406 | No | No |
| ☐ | Similar results for **Das Amerikabild in der deutschen Emigrantenliteratur seit 1933** - select all | | | | | | | |

| | Title | Author | Year | Type | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Das Amerikabild in der deutschen Emigrantenliteratur sei... | Paul Dickson | 1951 | Book | -- | OCLC:73970023 | No | No |
| ☐ | Das Amerikabild in der deutschen Emigrantenliteratur sei... | Paul Dickson | 1962 | Book | Dt. Bibliothek | OCLC:73318140 | No | No |
| ☐ | Decentralisation in industry | Paul W. Dickson | 1948 | Book | National industrial conference board | -- | No | No |
| ☐ | Decentralization in industry | Paul W. Dickson, National Industrial Conference Board | 1948 | Book | National Industrial Conference Board | OCLC:1941716 | No | No |
| ☐ | Det automatiserade slagfältet | Robert Skole, Paul Dickson | 1974 | Book | Askild & Kärnekull | ISBN:917008220... | No | No |
| ☐ | Deutsche Schriftproben | Paul Dickson | 1960 | Book | Dept. of Foreign Languages, U.S. Military Academy | OCLC:14957895 | No | No |
| ☐ | Dian zi zhan chang | Paul Dickson | 1981 | Book | Li ming wen hua shi ye gong si | OCLC:32967149 | No | No |
| ☐ | Dickson's baseball dictionary | Paul Dickson | 1989 | Book | Facts On File | OCLC:232949076 | No | No |
| ☐ | Dickson's joke treasury | Paul Dickson | 1992 | Paperback | Wiley, John Wiley & Sons Inc | ISBN:047155666... | No | Yes |
| ⊟ | Similar results for **Dictionary of congressional terms** - select all | | | | | | | |
| ☐ | Dictionary of congressional terms | Dickson Paul | 1991 | Book | Farragut Publishing Co | ISBN:091853512... | No | No |
| ☐ | Dictionary of congressional terms | Dickson Paul | 1991 | Book | Farragut Publishing Co | ISBN:091853513... | No | No |
| ☐ | Die Denkindustrie. | Paul Dickson | 1974 | Book | -- | ISBN:350217153X | No | Yes |
| ☐ | Economic assessment of an alternative silvicultural meth... | Andrew Paul Dickson | 2003 | Book | Lincoln University | OCLC:156661393 | No | No |
| ☐ | Elektronik auf dem Gefechtsfeld: Elektronik und Automati... | Paul Dickson | 1979 | Book | Motorbuch Verlag | ISBN:387943678... | No | No |
| ☐ | En lille krig i det fjerne | Paul Dickson | -- | -- | -- | -- | No | No |
| ☐ | Fabriki mysli | Paul Dickson, V. I. Sedova | 1976 | Book | Progress | OCLC:12622976,... | No | No |
| ⊟ | Similar results for **Family words** - select all | | | | | | | |
| ☐ | Family words | Paul Dickson | 1988 | Paperback | Addison-Wesley Pub. Co., Addison-Wesley | ISBN:020115593... | No | Yes |
| ☐ | Family Words | Paul Dickson | 1998 | Paperback | Broadcast Interview Source, Incorporated, Broadcast Inte... | ISBN:0934333378 | No | Yes |

| | Title | Author | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Family Words | Paul Dickson | 2007 | Hardback | Marion Street Press, Inc., Marion Street Press | ISBN:193333817... | No | Yes |
| ☐ | Firestone | Paul Dickson, Nelson Eddy, William Hickman | 1999 | Hardback | Forbes Custom Publishing, Forbes Custom Pub | ISBN:082811338... | No | Yes |
| ☐ | Foreign language education | Paul Dickson, Florida State University | 1967 | Book | College of Education, Florida State University | OCLC:20000307,... | No | No |
| ☐ | Foreign language instruction | Paul Dickson | 1960 | Book | Volk | OCLC:21281953 | No | No |
| ☐ | From Elvis to e-mail | Paul Dickson | 1999 | Hardback | Federal Street Press, Federal Street Pr | ISBN:189285909... | Yes | No |
| ☐ | From Holcomb to Hollywood | Paul C. Dickson | 1989 | Book | Florida State University | OCLC:77964385 | No | No |
| ☐ | German language instruction in college | Paul Dickson | 1960 | Book | Florida State University Teachers College, Columbia University | OCLC:79070788 | No | No |
| ☐ | German military readings | Paul Dickson | 1960 | Book | Dept. of Foreign Languages, United States Military Academy | OCLC:14958253 | No | No |
| ☐ | Håndbog i uskrevne love | Paul Dickson | -- | -- | Apostrof | ISBN:8788002284 | No | No |
| ☐ | Ice cream book | Paul Dickson | 1966 | -- | -- | -- | No | No |
| ☐ | Industrial mobilization planning | Paul W. Dickson, National Industrial Conference Board | 1949 | Book | National Industrial Conference Board | OCLC:2501231 | No | No |
| ☐ | Industry standardization | Paul W. Dickson | 1947 | Book | -- | OCLC:82414044 | No | No |
| ☐ | Ins Deutsche hinein! | Paul Dickson | 1962 | Book | Florida State University | OCLC:3376744 | No | No |
| ⊟ Similar results for **Jokes** - select all | | | | | | | | |
| ☐ | Jokes | Paul Dickson, Don Addis | 1984 | Hardback | Delacorte Press, Doubleday | ISBN:038529333... | No | No |
| ☐ | Jokes | Paul Dickson | 1984 | Paperback | Sphere | ISBN:072213023... | No | No |
| ⊟ Similar results for **Labels for locals** - select all | | | | | | | | |
| ☐ | Labels for locals | Paul Dickson | 1997 | Paperback | Merriam-Webster, Merriam Webster | ISBN:087779616... | Yes | Yes |
| ☐ | Labels for Locals | Paul Dickson | 1999 | Paperback | World Pubns | ISBN:0766999297 | No | Yes |
| ☐ | Labels for Locals | Paul Dickson | 2002 | Paperback | DIANE Publishing Company | ISBN:0756755824 | No | Yes |
| ☐ | Labels for Locals | Paul Dickson | 2006 | Paperback | Collins, Harper Paperbacks | ISBN:006088164... | No | Yes |

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Le Champ de bataille électronique | Paul Dickson, Michaux, Joba | 1979 | Book | Editions France Empire | -- | No | No |
| ☐ | Mature Person's Guide | Paul Dickson | 1977 | Paperback | Penguin Group (USA) Incorporated, Plume | ISBN:045225143... | No | No |
| ☐ | Miracle in Kigali | Nganemariya, Paul Dickson | 2007 | Paperback | Tagman Press, The | ISBN:190357170... | No | No |
| ☐ | Mo Fei cheng gong ding lü | Paul Dickson, Zhenji Wang, Xiumei Wu | 1989 | Book | Da Zhan chu ban she | OCLC:26090264 | No | No |
| ☐ | Mo Fei ding lü | Paul Dickson, Zhenji Wang | 1991 | Book | Yun zhen wen hua shi ye | OCLC:25777507 | No | No |
| ☐ | Mou hitotsu no ma-fi no housoku | Paul Dickson, 中村則之 | 1994 | Book | Sanno daigaku, 産能大学出版部 | ISBN:438205224... | No | No |
| ☐ | Myth-informed | Paul Dickson, Joseph C. Goulden | 1993 | Paperback | Perigee Books, Perigee | ISBN:039951839... | No | No |
| ☐ | Names | Paul Dickson | 1986 | Book | Delacorte | OCLC:301832752 | No | No |

⊟ Similar results for **The New official rules** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | The New official rules | Paul Dickson | 1989 | Hardback | Addison-Wesley Pub. Co., Addison-Wesley Longman | ISBN:020117276... | No | No |
| ☐ | New Official Rules | Paul Dickson | 1994 | Paperback | Penguin Group Australia | ISBN:0201407469 | No | No |
| ☐ | Official Explanation | Paul Dickson | 1981 | Paperback | Dell, Dell Publishing Company | ISBN:044056449... | No | No |

⊟ Similar results for **Official Rules** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Official Rules | Paul Dickson | 1978 | Hardback | Bantam Dell Pub Group, Doubleday | ISBN:0385287437 | No | No |
| ☐ | The Official rules | Paul Dickson | 1978 | Hardback | Delacorte Press | ISBN:044006545... | Yes | No |
| ☐ | The Official Rules | Paul Dickson | 1979 | Paperback | Dell Publishing, Dell Pub Co | ISBN:044056684... | Yes | No |
| ☐ | The official rules | Paul Dickson | 1980 | Paperback | Arrow Books, Arrow | ISBN:009921260... | No | No |
| ☐ | The Official Rules | Paul Dickson | 1981 | Paperback | Arrow | ISBN:0099264900 | No | No |
| ☐ | The Official Rules | Paul Dickson | 1981 | Paperback | Dell Publishing, Dell Publishing Company | ISBN:044016684... | No | No |

⊟ Similar results for **On this spot** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | On this spot | Douglas E. Evelyn, Paul Dickson | 1992 | Paperback | On This Spot Productions | ISBN:096509980... | No | Yes |
| ☐ | On this spot | Douglas E. Evelyn, Paul Dickson | 1992 | Paperback | Farragut Pub. Co, Farragut Pub Co | ISBN:091853514... | No | Yes |
| ☐ | On This Spot | Douglas E. Evelyn, Paul Dickson | 1999 | Paperback | National Geographic, Natl Geographic | ISBN:079227499... | Yes | Yes |

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | On This Spot | Douglas E. Evelyn, Paul Dickson, S. J. Ackerman | 2008 | Paperback | Society Capital Books (VA), Capital Books Inc | ISBN:193310270... | No | Yes |
| ☐ | On our own | Paul Dickson | 1985 | Hardback | Facts on File Publications, Facts on File | ISBN:081601187... | No | No |
| ☐ | Optimization study of low lift locks no. 43 thru 53 on t... | Larry Paul Dickson | 1968 | Book | University of Cincinnati | OCLC:37954065 | No | No |
| ⊟ | Similar results for **Out of This World** - select all | | | | | | | |
| ☐ | Out of This World | Paul Dickson | 1977 | Paperback | Bantam Dell Pub Group, Doubleday | ISBN:0385287631 | No | Yes |
| ☐ | Out of this world | Paul Dickson | 1977 | Hardback | Delacorte Press | ISBN:044006568... | No | Yes |
| ☐ | Out of this world | Paul Dickson | 1978 | Book | Dell Pub. Co., Inc. | ISBN:044056756... | No | Yes |
| ☐ | Patients' perceptions and experiences of services provid... | Seamus Magee, Paul Dickson, Southern Health and Social S... | -- | Book | -- | -- | No | No |
| ☐ | Pens, purses, and "pow'r to hurt" | Paul Champion Dickson | 1991 | Book | University of Texas at Austin | OCLC:24398074 | No | No |
| ☐ | Perceptions and experiences of services provided by dent... | Seamus Magee, Paul Dickson, Southern Health and Social S... | 1996 | Book | Southern Health and Social Services Council | -- | No | No |
| ☐ | Perfect E-Commerce | Steve Morris, Paul Dickson | 2000 | Paperback | Random House UK, Random House Business Books | ISBN:0099415828 | No | Yes |
| ☐ | Say what? | Paul Dickson | 1993 | Book | Pencom | LCCN:94223800,... | No | No |
| ☐ | Slang | Paul Dickson | 2006 | Hardback | Walker & Company, Walker & Co | ISBN:080271531... | Yes | Yes |
| ⊟ | Similar results for **Slang** - select all | | | | | | | |
| ☐ | Slang | Paul Dickson | 1998 | Hardback | Diane Pub Co, DIANE Publishing Company | ISBN:078819256... | No | Yes |
| ☐ | Slang | Paul Dickson | 1998 | Hardback | Pocket Books, Atria | ISBN:067154920... | No | Yes |
| ☐ | Slang | Paul Dickson | 1999 | Paperback | Simon & Schuster, Pocket | ISBN:067154919... | No | Yes |
| ☐ | Slang | Paul Dickson | 2006 | Hardback | Walker & Company, Walker & Co | ISBN:0802714927 | No | Yes |
| ☐ | Slang! | Paul Dickson | 1990 | Paperback | Pocket Books, Pocket | ISBN:067167251... | No | No |
| ☐ | Social, economic and educational inequality in | Paul Dickson, Kevin Andrews, | 1993 | Book | Australian National Internship | OCLC:225111906 | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Australia | Australian National Interns... | | | Program, A.N.U. | | | |
| ☐ | Similar results for **Sputnik** - select all | | | | | | | |
| ☐ | Sputnik | Paul Dickson | 2001 | Hardback | Walker & Co., Walker & Company | ISBN:080271365... | No | Yes |
| ☐ | Sputnik | Paul Dickson | 2002 | Hardback | G.K. Hall, G K Hall & Co | ISBN:078389760... | No | Yes |
| ☐ | Sputnik | Paul Dickson | 2003 | Paperback | Berkley Books, Berkley Pub Group | ISBN:042518843... | No | Yes |
| ☐ | Similar results for **Sputnik** - select all | | | | | | | |
| ☐ | Sputnik | Paul Dickson | 2001 | Hardback | MacFarlane Walter & Ross | ISBN:155199087... | No | Yes |
| ☐ | Sputnik | Paul Dickson | 2002 | Paperback | McClelland & Stewart, Macfarlane Walter & Ross | ISBN:1551990997 | No | Yes |
| ☐ | Synthesis, structural characterization and solution beha... | Paul M. Dickson | 1998 | Book | Wayne State University | OCLC:47205810 | No | No |
| ☐ | Similar results for **The Bonus Army** - select all | | | | | | | |
| ☐ | The Bonus Army | Paul Dickson, Thomas B. Allen | 2004 | Hardback | Walker & Co., Walker & Company | ISBN:080271440... | No | Yes |
| ☐ | The Bonus Army | Paul Dickson, Thomas B. Allen | 2006 | Paperback | Walker & Company, Walker & Co | ISBN:080277738... | No | Yes |
| ☐ | The Book of Thanksgiving | Paul Dickson | 1995 | Paperback | Penguin Group USA, Perigee | ISBN:039952163... | No | No |
| ☐ | Similar results for **The Congress dictionary** - select all | | | | | | | |
| ☐ | The Congress dictionary | Paul Dickson, Paul R. Clancy | 1993 | Hardback | J. Wiley, John Wiley & Sons Inc | ISBN:047158064... | No | Yes |
| ☐ | The Congress Dictionary | Paul Dickson, Paul Clancy | 1995 | Paperback | Wiley, John Wiley & Sons Inc | ISBN:047111988... | No | Yes |
| ☐ | The Department of Foreign Languages of the United States... | Paul Dickson | 1954 | Book | -- | OCLC:78383645 | No | No |
| ☐ | Similar results for **The Dickson baseball dictionary** - select all | | | | | | | |
| ☐ | The Dickson baseball dictionary | Paul Dickson | 1989 | Hardback | Facts on File | ISBN:081601741... | No | Yes |
| ☐ | The Dickson baseball dictionary | Paul Dickson | 1991 | Paperback | Avon Books | ISBN:038071335... | No | Yes |
| ☐ | The Dickson Baseball Dictionary | Paul Dickson | 2004 | Paperback | DIANE Publishing Company | ISBN:0756778271 | No | Yes |
| ☐ | The Dickson's word treasury | Paul Dickson | 1992 | Paperback | Wiley, John Wiley & Sons Inc | ISBN:047155168... | No | No |
| ☐ | The Freixenet book of toasts and graces | Paul Dickson, Freixenet USA (Firm) | 1993 | Book | Freixenet USA | ISBN:051788125... | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Similar results for **The hidden language of baseball** - select all | | | | | | | |
| ☐ | The hidden language of baseball | Paul Dickson | 2003 | Hardback | Walker & Co., Walker & Company | ISBN:080271392... | No | Yes |
| ☐ | The Hidden Language of Baseball | Paul Dickson | 2005 | Paperback | Walker & Company, Walker & Co | ISBN:080277719... | No | Yes |
| ☐ | Similar results for **The joy of keeping score** - select all | | | | | | | |
| ☐ | The joy of keeping score | Paul Dickson | 1996 | Hardback | Walker, Walker & Company | ISBN:080271307... | No | Yes |
| ☐ | The Joy of Keeping Score | Paul Dickson | 1997 | Paperback | Houghton Mifflin Harcourt, Mariner Books | ISBN:015600516... | No | Yes |
| ☐ | The Joy of Keeping Score | Paul Dickson | 1997 | Paperback | Houghton Mifflin Harcourt P | ISBN:0614276640 | No | Yes |
| ☐ | The Joy of Keeping Score | Paul Dickson | 2007 | Hardback | Walker & Company, Walker & Co | ISBN:080271570... | No | Yes |
| ☐ | Similar results for **The library in America** - select all | | | | | | | |
| ☐ | The library in America | Paul Dickson | 1986 | Hardback | Facts on File Publications, Oxford, Facts on File | ISBN:081601365... | No | No |
| ☐ | The Library in America | Paul Dickson | 1988 | Paperback | Facts on File Publications, Facts on File | ISBN:081601887... | No | No |
| ☐ | The New official rules | Paul Dickson | 1990 | Paperback | Addison-Wesley, Addison-Wesley Longman | ISBN:020155090... | No | No |
| ☐ | Similar results for **The official explanations** - select all | | | | | | | |
| ☐ | The official explanations | Paul Dickson | 1980 | Hardback | Delacorte Press | ISBN:044006513... | Yes | No |
| ☐ | The Official explanations | Paul Dickson | 1981 | Paperback | Arrow Books, Arrow | ISBN:009926650... | No | No |
| ☐ | The Peace Movement in Newcastle during the Vietnam War, ... | Paul Dickson | 1993 | Book | University of Newcastle | OCLC:222292318 | No | No |
| ☐ | The Volvo guide to halls of fame | Paul Dickson, Robert Skole | 1995 | Paperback | Living Planet Press, Living Planet Pr | ISBN:187932626... | No | No |
| ☐ | The Worth book of softball | Paul Dickson, Russell Mott, Worth Bat Company | 1994 | Hardback | Facts on File, Checkmark Books | ISBN:081602897... | No | No |
| ☐ | Similar results for **The complete book of toasts** - select all | | | | | | | |
| ☐ | The complete book of toasts | Paul Dickson | 1998 | Paperback | Robson Books, Robson Books Limited | ISBN:186105176... | No | Yes |
| ☐ | The complete book of toasts | Paul Dickson | 2004 | Paperback | Robson, Robson Books Limited | ISBN:1861058039 | No | Yes |
| ☐ | The department of foreign languages of the United States... | Paul Dickson | 1954 | Book | -- | OCLC:56153274 | No | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The effect of the reduction of magnetite on the copper c... | Paul Wesley Dickson | 1954 | Book | University of Arizona. | OCLC:27870939 | No | No |
| ⊟ | Similar results for **The electronic battlefield** - select all | | | | | | | |
| ☐ | The electronic battlefield | Paul Dickson, John Rothchild | 1971 | Book | Washington Monthly Co. | OCLC:26249534 | No | No |
| ☐ | The electronic battlefield | Paul Dickson | 1976 | Hardback | Boyars : [Distributed by Calder and Boyars] | ISBN:0714526061 | No | No |
| ☐ | The electronic battlefield | Paul Dickson | 1976 | Hardback | Indiana University Press | ISBN:025312158... | No | No |
| ⊟ | Similar results for **The future file** - select all | | | | | | | |
| ☐ | The future file | Paul Dickson | 1977 | Hardback | Rawson Associates Publishers | ISBN:089256031... | No | No |
| ☐ | The future file | Paul Dickson | 1979 | Paperback | Avon, Avon Books | ISBN:038042242... | No | No |
| ☐ | The future of the workplace | Paul Dickson | 1975 | Book | Weybright and Talley | ISBN:067940127... | No | No |
| ☐ | The great American ice cream book | Paul Dickson, Adam Smith, Marcia Seligson, David Halberstam | 1973 | Book | Newsweek Books | ISBN:088225089... | No | No |
| ⊟ | Similar results for **The great American ice cream book** - select all | | | | | | | |
| ☐ | The great American ice cream book | Paul Dickson | 1972 | Book | Atheneum | LCCN:72078284,... | No | No |
| ☐ | The great American ice cream book | Paul Dickson | 1975 | Hardback | Galahad Books | ISBN:088365267... | No | No |
| ☐ | The great American ice cream book | Paul Dickson | 1978 | Paperback | Atheneum, Scribner Paper Fiction | ISBN:068970572... | No | No |
| ☐ | The invasion of Douglas-fir (Pseudostuga [i.e. Pseudotsu... | Andrew Paul Dickson | 2001 | Book | University of Canterbury | OCLC:155106277 | No | No |

**View:** 10 books  25 books  **100 books of 131 books**                                    **1** 2 Next ›

[ Finish claim form for selected books (0) » ]   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at BookSettlement@RustConsulting.com

# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

[ Finish claim form for selected books (0) » ]  Change your search
**View:** 10 books  25 books  **100 books**  of 131 books                                              ‹ Prev  **2**

| | Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|---|
| ☐ | The mature person's guide to kites, yo-yos, frisbees and... | Paul Dickson | 1977 | Book | New American Library | LCCN:76048584,... | No | No |
| ⊟ | Similar results for **The new Dickson baseball dictionary** - select all | | | | | | | |
| ☐ | The new Dickson baseball dictionary | Paul Dickson | 1999 | Hardback | Harcourt Brace & Co., Harcourt | ISBN:015100380... | No | No |
| ☐ | The new Dickson baseball dictionary | Paul Dickson | 1999 | Paperback | Harcourt Brace & Co., Mariner Books | ISBN:015600580... | Yes | No |
| ☐ | The offical rules | Paul Dickson | 1980 | Book | Arrow Books | OCLC:59055734 | No | No |
| ☐ | The official rules and explanations | Paul Dickson | 1999 | Hardback | Federal Street Press, Federal Street Pr | ISBN:189285910... | No | No |
| ☐ | The official rules and explanations | Paul Dickson | 1999 | Book | Federal Street | -- | No | No |
| ⊟ | Similar results for **The official rules at home** - select all | | | | | | | |
| ☐ | The official rules at home | Paul Dickson | 1996 | Hardback | Walker, Walker & Co | ISBN:080271316... | No | No |
| ☐ | The official rules at home | Paul Dickson | 1998 | Paperback | Robson, Robson Books Limited | ISBN:186105080... | No | No |
| ⊟ | Similar results for **The official rules at work** - select all | | | | | | | |
| ☐ | The official rules at work | Paul Dickson | 1996 | Book | Barnes & Noble | ISBN:076075456... | No | Yes |

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | The official rules at work | Paul Dickson | 1996 | Hardback | Walker, Walker & Co | ISBN:080271317... | No | Yes |
| ☐ | The official rules at work | Paul Dickson | 1997 | Paperback | Robson, Robson Books Limited | ISBN:186105081... | No | Yes |

Similar results for **The official rules for golfers** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | The official rules for golfers | Paul Dickson | 1997 | Hardback | Walker & Co., Walker & Co | ISBN:080271327... | No | No |
| ☐ | The official rules for golfers | Paul Dickson | 1999 | Book | Barnes & Noble | ISBN:076071594... | No | No |
| ☐ | The official rules for golfers | Paul Dickson | 1999 | Book | Barnes & Noble | ISBN:076071595... | No | No |
| ☐ | The official rules for lawyers, politicians-- and everyo... | Paul Dickson | 1996 | Hardback | Walker, Walker & Co | ISBN:080271321... | No | No |

Similar results for **There Are Alligators in Our Sewers and Other American Credos** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | There Are Alligators in Our Sewers and Other American Credos | Paul Dickson, Joseph C. Goulden | 1983 | Hardback | Delacorte Press, Delacorte Pr | ISBN:038529052... | No | No |
| ☐ | There are alligators in our sewers, and other American c... | Paul Dickson, Joseph C. Goulden | 1983 | Hardback | Delacorte Press | ISBN:044008882... | Yes | No |
| ☐ | There Are Alligators in Our Sewers and Other American Credos | Paul Dickson, Joseph C. Goulden | 1984 | Paperback | Dell, Dell Publishing Company | ISBN:044058952... | No | No |
| ☐ | There's a Fly in My | Paul Dickson | 1986 | Paperback | Dell Publishing, Dell | ISBN:044019385... | No | No |

Similar results for **Think tanks** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Think tanks | Paul Dickson | 1971 | Book | Atheneum | LCCN:71162973,... | Yes | No |
| ☐ | Think tanks | Paul Dickson | 1972 | Paperback | Ballantine Books | ISBN:034522925... | No | No |
| ☐ | Think thanks. | Paul Dickson | -- | -- | -- | -- | No | No |
| ☐ | Thinks tanks | Paul Dickson | 1972 | -- | Atheneum | -- | No | No |

Similar results for **Timelines** - select all

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Timelines | Paul Dickson | 1990 | Hardback | Addison-Wesley, Addison-Wesley Longman | ISBN:020117277... | No | No |
| ☐ | Timelines | Paul Dickson | 1991 | Paperback | Addison-Wesley, Addison-Wesley Longman | ISBN:020156753... | No | No |
| ☐ | Toasts | Paul Dickson | 1991 | Hardback | Crown Publishers, Crown | ISBN:051758412... | No | Yes |

Similar results for **Toasts, the complete book of the best toasts, sentiments, blessings, curses, and graces** - select all

| | Title | Author | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Toasts, the complete book of the best toasts, sentiments... | Paul Dickson | 1981 | Hardback | Delacorte Press | ISBN:044008708... | Yes | No |
| ☐ | Toasts | Paul Dickson | 1981 | Hardback | Bantam Dell Pub Group, Delacorte Press | ISBN:0385290276 | No | No |
| ☐ | Toasts, the complete book of the best toasts, sentiments... | Paul Dickson | 1982 | Paperback | Dell, Dell Books | ISBN:044058741... | Yes | No |
| ☐ | Too Much Saxon Violence | Paul Dickson | 1986 | Paperback | Dell Publishing, Dell Pub Co | ISBN:044018716... | No | No |
| ☐ | Turning the key | Tony J. Edwards, Paul Dickson, Rosemary Edwards, Austral... | 1993 | Book | Dept. of Employment, Education and Training | OCLC:221441788... | No | No |
| ⊟ | Similar results for **WAR SLANG** - select all | | | | | | | |
| ☐ | WAR SLANG | PAUL DICKSON | 2003 | Book | POTOMAC BOOKS | ISBN:1574887106 | No | Yes |
| ☐ | War slang | Paul Dickson | 2004 | Paperback | Brassey's, Potomac Books Inc | ISBN:157488710... | No | Yes |
| ☐ | Walks East Anglia | Paul Dickson | 2003 | Paperback | National Trust, Natl Trust | ISBN:070780318... | No | Yes |
| ⊟ | Similar results for **War slang** - select all | | | | | | | |
| ☐ | War slang | Paul Dickson | 1994 | Paperback | Pocket Books, Pocket | ISBN:067175024... | No | No |
| ☐ | War slang | Paul Dickson | 1994 | Hardback | Pocket Books | ISBN:067175022... | Yes | No |
| ☐ | War Slang | Paul Dickson | 1994 | Hardback | Pocket Books, Atria | ISBN:067175022... | Yes | No |
| ☐ | War Slang | Paul Dickson | 1999 | Paperback | Diane Pub Co, DIANE Publishing Company | ISBN:0788167065 | No | No |
| ☐ | War slang : fighting words and phrases of Americans from... | Paul Dickson | -- | -- | Pocket Books | -- | No | No |
| ☐ | What do you call a person from-- ? | Paul Dickson | 1990 | Hardback | Facts on File | ISBN:081601983... | Yes | No |
| ☐ | What's in a name? | Paul Dickson | 1996 | Paperback | Merriam-Webster, Merriam Webster | ISBN:087779613... | Yes | No |
| ☐ | Women's experience of maternity services | Seamus Magee, Paul Dickson, Southern Health and Social S... | 1994 | Book | Southern Health and Social Services Council | -- | No | No |
| ⊟ | Similar results for **Words** - select all | | | | | | | |
| ☐ | Words | Paul Dickson | 1982 | Hardback | Delacorte Press | ISBN:044009606... | Yes | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Words | Paul Dickson | 1982 | Hardback | Bantam Dell Pub Group, Delacorte Press | ISBN:0385291639 | No | No |
| ☐ | Words | Paul Dickson | 1983 | Paperback | Arena | ISBN:009931180... | No | No |
| ☐ | Words | Paul Dickson | 1983 | Paperback | Dell Pub. Co., Dell Books | ISBN:044059260... | No | No |
| ☐ | Work revolution | Paul Dickson | 1977 | Hardback | G. Allen & Unwin | ISBN:004331071... | Yes | No |
| ☐ | Work revolution [how the pattern of our working lives ma... | Paul Dickson | 1977 | Book | George Allen & Unwin | -- | No | No |
| ☐ | slang the authoritataive | "dickson‹paul" | 1998 | -- | نقابة الاطباء | -- | No | No |

View: 10 books  25 books  **100 books**  of 131 books                                                    ‹ Prev **2**

[ Finish claim form for selected books (0) » ]   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at BookSettlement@RustConsulting.com