# Google Book Settlement

- Information
- Claim Form

- My Account
- Find and Claim
- Manage
- FAQ
- Opt Out
- Recent Updates

## Search Results

**If you are claiming a book:** please check the box next to the book you wish to claim.
**If you are claiming an Insert:** please check the box next to the book that contains the Insert you wish to claim. You will be asked to identify the Insert within the book in the next step.
If a book is not listed below, modify your search or, at the bottom of the page, you may add a book to the list.

[ Finish claim form for selected books (0) » ]   Change your search
View:   10 books   25 books   **41 books of 41 books**

| Title | Author | Year | Format | Imprint | Identifier | Digitized without authorization on or before May 5, 2009 | Commercial Availability |
|---|---|---|---|---|---|---|---|
| ABC's Food Lion lies | Joseph C. Goulden | 1997 | Book | Accuracy in Media | OCLC:37542298 | No | No |
| Chaoxian zhan zheng | Joseph C. Goulden | 1990 | Book | Jie fang jun chu ban she | -- | No | No |
| Fit to print | Joseph C. Goulden | 1988 | Hardback | L. Stuart, Lyle Stuart | ISBN:081840474... | Yes | No |
| Han'guk chŏnjaeng | Joseph C. Goulden, K'wae-sang Kim, 김쾌상 | 1982 | Book | Ilwŏl Sŏgak | -- | No | No |
| Han'guk chŏnjaeng | Joseph C. Goulden, 김쾌상 | 1982 | Book | 일월서각 | OCLC:15332366 | No | No |
| Interview with General Matthew B. Ridgway | Harold L. Hitchens, Frederick A. Hetzel, Joseph C. Goulden | -- | Book | -- | OCLC:33486870 | No | No |
| It's better to know the judge than the law | Heywood Hale Broun, Jack Newfield, Joseph C. Goulden | 1975 | Book | KGC Magnetic Tape Library | OCLC:218421236 | No | No |
| Jerry Wurf, labor's last angry man | Joseph C. Goulden | 1982 | Hardback | Atheneum, Scribner | ISBN:068911291... | Yes | No |
| Similar results for **Korea, the untold story of the war** - select all | | | | | | | |
| Korea, the untold story of the war | Joseph C. Goulden | 1982 | Hardback | Times Books, Crown | ISBN:081290985... | Yes | No |

| | Title | Author | Year | Format | Publisher | Identifier | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Korea, the untold story of the war | Joseph C. Goulden | 1983 | Paperback | McGraw-Hill, McGraw-Hill Companies | ISBN:007023580... | Yes | No |
| ☐ | KOREA:THE UNTOLD STORY OF THE WAR | JOSEPH C.GOULDEN | 1995 | Book | 교보문고 | -- | No | No |
| ☐ | Kaddafi, la CIA et les marchands de mort | François Soudan, Joseph C. Goulden | 1987 | Book | Groupe Jeune Afrique | ISBN:285258385... | Yes | No |
| ☐ | Kaddafi, la CIA et les marchands de morts | François Soudan, Joseph Goulden | 1987 | -- | Jeune Afrique | -- | No | No |
| ☐ | Korea | Joseph C. Goulden | 1983 | -- | Times Book, McGraw-Hill | -- | No | No |
| ☐ | Los abogados del dolar | Joseph C. Goulden | 1973 | Book | Grijalbo | OCLC:1692316 | No | No |
| ☐ | Los abogados del d¢lar | Joseph C. Goulden, Menendez Iris tr | 1973 | Book | Bruguera | ISBN:842530332... | No | No |
| ☐ | Los abogados del d'olar | Joseph C. Goulden | -- | Book | Grijalbo | -- | No | No |
| ☐ | Meany | Joseph C. Goulden | 1972 | Book | Atheneum | LCCN:72082681,... | Yes | No |
| ☐ | Meany [by] Joseph C. Goulden. -- | Joseph C. Goulden | 1972 | Book | New York, Atheneum | OCLC:317659420 | No | No |
| ⊟ | Similar results for **The million dollar lawyers** - select all | | | | | | | |
| ☐ | The million dollar lawyers | Joseph C. Goulden | 1978 | Book | Putnam, Putnam Publishing Group | ISBN:039912239... | No | No |
| ☐ | Million Dollar Lawyer | Joseph C. Goulden | 1981 | Paperback | Berkley, Berkley Publishing Group | ISBN:042505149... | No | No |
| ⊟ | Similar results for **Monopoly** - select all | | | | | | | |
| ☐ | Monopoly | Joseph C. Goulden | 1968 | Book | Putnam | LCCN:68015507,... | Yes | No |
| ☐ | Monopoly | Joseph C. Goulden | 1970 | Paperback | Pocket Books, Aladdin | ISBN:067177195... | No | No |
| ☐ | Monopoly: (2. impr.) | Joseph C. Goulden | -- | -- | -- | -- | No | No |
| ☐ | Myth-informed | Paul Dickson, Joseph C. Goulden | 1993 | Paperback | Perigee Books, Perigee | ISBN:039951839... | No | No |
| ☐ | Random House Webster's College Dictionary | Dictionary, Joseph C Goulden | 1992 | Hardback | Random House Information Group, Random House Inc | ISBN:0679401202 | No | No |
| ⊟ | Similar results for **The benchwarmers** - select all | | | | | | | |
| ☐ | The benchwarmers | Joseph C. Goulden | 1974 | Book | Weybright and Talley | ISBN:067940120... | Yes | No |
| ☐ | The Benchwarmers | Joseph C. Goulden | 1976 | Paperback | Ballantine Books | ISBN:034524852... | Yes | No |
| ☐ | The Curtis Caper, by Joseph C. Goulden | Goulden, Joseph C | 1965 | -- | Putnam | LCCN:65025609 | No | No |
| ☐ | The Curtis caper | Joseph C. Goulden | 1965 | Book | Putnam | LCCN:65025609,... | Yes | No |
| ⊟ | Similar results for **The death merchant** - select all | | | | | | | |

| | Title | Authors | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | The death merchant | Joseph C. Goulden, Alexander W. Raffio | 1984 | Hardback | Simon and Schuster, Simon & Schuster | ISBN:067149341... | Yes | No |
| ☐ | The Death Merchant | Joseph C. Goulden, Alexander W. Raffio | 1985 | Paperback | Bantam, Bantam Books | ISBN:055325117... | No | No |
| ☐ | The death merchant | Joseph C. Goulden, Alexander W. Raffio | 1985 | Hardback | Sidgwick & Jackson | ISBN:028399213... | No | No |
| ☐ | The best years | Joseph C. Goulden | 1976 | Book | Atheneum | OCLC:150690140 | No | No |
| ☐ | The best years, 1945-1950 | Joseph C. Goulden | 1976 | Hardback | Atheneum, Atheneum Books | ISBN:068910708... | Yes | No |
| ☐ | The money givers | Joseph C. Goulden | 1971 | Hardback | Random House | ISBN:039446243... | Yes | No |
| ☐ | The money lawyers | Joseph C. Goulden | 2006 | Hardback | Truman TalleyBooks/St Martins Press, Truman Talley Books | ISBN:031220555... | No | No |
| ☐ | The news manipulators | Reed Irvine, Joseph C. Goulden, Cliff Kincaid | 1993 | Hardback | Book Distributors, Inc., Book Distributors, Incorporated | ISBN:096250531... | No | No |
| ☐ | The search for the gold of Tutankhamen | Arnold C. Brackman, Andrew P. Tobias, Joseph C. Goulden,... | 1977 | Book | Newsweek Books | ISBN:088225170... | Yes | No |
| ☐ | The super-lawyers | Joseph C. Goulden | 1972 | Book | Weybright and Talley | LCCN:72075461,... | Yes | No |

⊟ Similar results for **There Are Alligators in Our Sewers and Other American Credos** - select all

| | Title | Authors | Year | Format | Publisher | Identifier | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | There Are Alligators in Our Sewers and Other American Credos | Paul Dickson, Joseph C. Goulden | 1983 | Hardback | Delacorte Press, Delacorte Pr | ISBN:038529052... | No | No |
| ☐ | There are alligators in our sewers, and other American c... | Paul Dickson, Joseph C. Goulden | 1983 | Hardback | Delacorte Press | ISBN:044008882... | Yes | No |
| ☐ | There Are Alligators in Our Sewers and Other American Credos | Paul Dickson, Joseph C. Goulden | 1984 | Paperback | Dell, Dell Publishing Company | ISBN:044058952... | No | No |
| ☐ | Truth is the first casualty | Joseph C. Goulden | 1969 | Book | -- | OCLC:250858101 | No | No |
| ☐ | Truth is the first casualty: The Gulf of Tonkin affair.... | Joseph C. Goulden | -- | -- | McNally | -- | No | No |
| ☐ | Truth is the first casualty | Joseph C. Goulden | 1969 | Book | Rand McNally | LCCN:70090840,... | Yes | No |
| ☐ | Untold story of the Korean War | Joseph C. Goulden | 2002 | Book | 清文閣, 청문각, Chʻŏngmunʼgak | ISBN:897088991... | No | No |

Similar results for **Who's who among american high school students, 1983-84** - select all

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Who's who among american high school students, 1983-84 | Goulden Joseph C | 1984 | Book | Yankee Book Peddler, Inc | ISBN:091513083... | No | No |
| ☐ | Who's who among american high school students, 1983-84 | Goulden Joseph C | 1984 | Book | Yankee Book Peddler, Inc | ISBN:091513084... | No | No |
| ☐ | Who's who among american high school students, 1983-84 | Goulden Joseph C | 1984 | Book | Yankee Book Peddler, Inc | ISBN:091513091... | No | No |
| ☐ | Who's who among american high school students, 1983-84 | Goulden Joseph C | 1984 | Book | Yankee Book Peddler, Inc | ISBN:091513085... | No | No |
| ☐ | Who's who among american high school students, 1983-84 | Goulden Joseph C | 1984 | Book | Yankee Book Peddler, Inc | ISBN:091513086... | No | No |
| ☐ | 朝鲜战争 | Joseph C. Goulden, Feng Tan, 谈鋒, Weiming Jiang, 蒋... | 1990 | Paperback | Jie fang jun chu ban she, 解放军出版社 | ISBN:750651303... | No | No |
| ☐ | 独占 | Joseph C. Goulden, 上田敏晶 | 1973 | Book | 早川書房 | OCLC:54724875 | No | No |

View:  10 books  25 books  **41 books of 41 books**                                  1 2 3 4 5

[ Finish claim form for selected books (0) » ]   Change your search

Download results as a spreadsheet

⊞ Add a book if it is not listed above

©2008 Book Rights Registry. All Rights Reserved. Have questions? Please email the Registry at BookSettlement@RustConsulting.com