AdWords Help

# AdWords Beginner's Guide

- Welcome
- Getting started
- Account
- Costs
- **Ads**
  - Ad basics »
  - Ad targeting
  - Targeting websites
  - Creating successful ads
  - Finding your ad
- Keywords
- Performance
- Help & resources

🖨 Print this guide

## Ad basics

The content and targeting of your ad is perhaps the most important thing to get right when trying to reach potential customers. Ads that are clear, specific, and compelling are more likely to convince people to click them.

### Components of an ad

Here's how an AdWords text ad will look:

> Advertise with Google
> Want fast results?
> Create your ad campaign today!
> www.adwords.google.com

There are several elements that make up each ad:

- **Headline:** The first line of your ad acts as a link to your website. The best headlines relate directly to the keywords being searched, so try to include one of your keywords in your headline.

- **Lines of text:** Use these two lines to describe the product or service you're advertising. Since your ad space is limited, try to convey the key details and benefits of your product or service.

- **Display URL:** The last line (the text in green) is used to show the URL of the website you're promoting. The point of the display URL is to give users a clear idea of what website they'll be taken to when they click on the ad.

- **Destination URL:** You'll also set a destination URL which will not be visible in your ad. The destination URL (also called a landing page) is the exact page within your website which you want to send users directly to from your ad. Choose the page of your website that is most relevant to the product or service described in your ad.

See more ad tips

### Where and to whom your ad can appear

You can choose **where** on the Web you'd like your ad to appear, be it just on Google search result pages or on relevant websites across the Google Network. You can also control **who** will see your ad. You can target your ad to a certain audience through keywords, language, country or region, and other settings. Learn more about setting these preferences in the ad targeting section.



### Ad position on the page

Once you've targeted your ad to your ideal audience, the position of your ad on the page will depend on its Ad Rank. The ad with the highest Ad Rank appears in the first position, and so on down the page. Ad Rank on search result pages is based on your keyword's Quality Score and cost-per-click (CPC) bid. Learn more in the Quality Score section.

**Next: Ad targeting**

**Learn more** about ad text policies and ad rank in our Help Center.

**Was this information helpful?**      Yes   No

AdWords - Contacting Us - Help with other Google products - Change Language:  English (US)

©2009 Google - Google Home - Privacy Policy - Terms of Service - Advertising Policies