Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼          Search settings | Sign in

**Google**  | "pay it forward" |   Search   Advanced Search

---

Web    Show options...         Results **1** - **10** of about **1,420,000** for **"pay it forward"**. (0.42 seconds)

### Pay It Forward (2000)
Directed by Mimi Leder. With Kevin Spacey, Helen Hunt, Haley Joel Osment. A young boy attempts to make the world a better place after his teacher gives him ...
Plot summary - Full cast and crew - Trailers and videos
www.imdb.com/title/tt0223897/ - Cached - Similar

### Pay it forward - Wikipedia, the free encyclopedia
The expression "**pay it forward**" is used to describe the concept of asking that a good turn be repaid by having it done to others instead. ...
en.wikipedia.org/wiki/**Pay_it_forward** - Cached - Similar

### PAY IT FORWARD FOUNDATION
"**Pay It Forward**" is a book written by Catherine Ryan Hyde, but it's also an idea. It's an action plan within a work of fiction. ...
www.**payitforward**foundation.org/ - Cached - Similar

Sponsored Links

### Pay It Forward DVD
Order Now And Save. Low Prices.
Free Fast Shipping On All Orders!
www.hotmoviesale.com

### "Pay It Forward" DVD
2000 drama. Kevin Spacey/Helen Hunt
1000s of titles not found elsewhere
MoviesUnlimited.com

### Pay It Forward Items
Looking for **Pay It Forward** Items?
Find exactly what you want today.
www.eBay.com

### Video results for **"pay it forward"**


**Pay It Forward** (trailer)
9 min
www.youtube.com


**PAY IT FORWARD -** **ASSIGNMENT TO SAVE THE** **WORLD**
5 min
www.youtube.com


### Pay It Forward: A Novel
by Catherine Ryan Hyde - 2000 - 289 pages
books.google.com - About this book - More book results »

### Pay It Forward Movement
Nov 18, 2008 ... The **Pay It Forward** Movement is the real-life reaction to the release of my novel in early 2000, followed by the creation of the **Pay It** ...
www.**payitforward**movement.org/ - Cached - Similar

### Pay It Forward
Be sure to catch Jane Siberry's new music featured in **Pay It Forward** -- click here for more info. for rating reasons, go to filmratings.com and ...
**payitforward**.warnerbros.com/ - Cached - Similar

### The LinkedIn Blog » Blog Archive **Pay it forward**: Help your ...
**Pay it forward**: Help your graduating friends find their first big gig .... **Pay-it-forward** is an awesome idea. Mario Sundar June 4th, 2009 ...
blog.linkedin.com/.../**pay-it-forward**-help-your-graduating-friends-find-their-first-big-gig/ - Cached - Similar

## Pay It Forward - Google Books Result
by Catherine Ryan Hyde - 2000 - Fiction - 288 pages
This poignant novel of a young boy's unfailing belief in an individual's power to change the world and the ultimate goodness of the human spirit is destined to ...
books.google.com/books?isbn=0743203895...

## Amazon.com: **Pay It Forward**: Kevin Spacey, Haley Joel Osment, Helen ...
Amazon.com: **Pay It Forward**: Kevin Spacey, Haley Joel Osment, Helen Hunt, Jay Mohr, James Caviezel, Jon Bon Jovi, Angie Dickinson, David Ramsey, Gary Werntz, ...
www.amazon.com/Pay-Forward-Kevin.../dp/B00005B4BI - Cached - Similar

### Searches related to: **"pay it forward"**

| pay it forward **catherine ryan hyde** | **haley joel osment** pay it forward | pay it forward **kevin spacey** | **jon bon jovi** pay it forward |

pay it forward **novel**

1 2 3 4 5 6 7 8 9 10    **Next**

"pay it forward"    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google