```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
THE AUTHORS GUILD et al.,          :
                Plaintiffs,        :
     - against -                   :     ORDER
GOOGLE, INC.,                      :     05 Civ. 8136 (DC)
                Defendant.         :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09

**CHIN, District Judge**

     The current deadline for filing objections and amicus curiae briefs in this case is September 4, 2009. The Court has just become aware that the Courthouse's electronic filing system will be unavailable, due to scheduled maintenance, from 2:00 p.m. on September 3 until 8:00 a.m. on September 8. No one will be able to file any documents electronically during that time.

     Accordingly, the deadline for filing objections and amicus curiae briefs in this case is hereby extended to 10:00 a.m. EST on Tuesday, September 8, 2009. Objectors and amici are also reminded that they are required to send a courtesy copy of any documents filed electronically to my Chambers.

     SO ORDERED.

Dated:    New York, New York
         September 2, 2009

                                      DENNY CHIN
                                      United States District Judge

The Author's Guild et al v. Google Inc.    Doc. 217