# EXHIBIT B

The American Society of Media Photographers, Inc. ("ASMP") is the nation's preeminent organization representing the work of photographers working in the field of publication photography.  Founded in 1944 by a group of highly accomplished photographers, ASMP has long included in its membership the world's leading photographers.  Their photographs have been published in magazines, newspapers and books all over the world for over 60 years.  ASMP's mission is to protect the interests of publication photographers in Congress, the courts, the Copyright Office and other forums, and to educate its members and the public with respect to the rights of photographers and the best business practices to preserve and protect those rights.

The Graphics Artists Guild ("GAG") is a national union of graphic artists dedicated to promoting and protecting the social, economic and professional interests of its members. GAG's members include graphic designers, Web designers, digital artists, illustrators, cartoonists, animators, art directors, surface designers and various combinations of these disciplines.

The Picture Archive Council of America ("PACA") is the trade association of North America that represents the vital interests of stock archives of every size, from individual photographers to large corporations, who license images for commercial reproduction.  Founded in 1951, PACA's membership includes over 100 companies in North America and over 50 international members.  Through advocacy, education and communication, PACA strives to foster and protect the interests of the picture archive community.

The North American Nature Photography Association, Inc. ("NANPA") promotes the art and science of nature photography as a medium of communication, nature appreciation and environmental protection.  NANPA provides information, education, inspiration and opportunity for all persons interested in nature photography.