Michael A. Banks
629 Brookview Ct.
Oxford, OH 45056

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09
```

September 1, 2009

The Honorable Denny Chin
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)

Dear Justice Chin:

I hereby request this court's permission to submit this letter as an amicus curiae supporting final settlement approval in the above-referenced case.

As a full-time freelance writer with over 25 years of experience, I am writing to declare my support for the Google Books settlement. I hope to see most, if not all, of my 44 books available through Google Books.

Initially, I was against book previews or excerpts being offered by Google Books. However, after due consideration I believe that Google Books will be of benefit to writers in several ways. It will promote the sale of books by allowing the public to preview titles at their leisure, and by inspiring readers to seek out multiple books by a given author. The ability to search across thousands or millions of books will be of immeasurable aid to writers doing research. At the very least, Google Book search will help writers identify books that contain useful information that they might otherwise have missed. (I have found Google Books and similar services to be invaluable in my historical research for recent books, among them a *New York Times* bestseller.)

Finally, the monetary consideration offered by Google, truth be told, is in the majority of instances likely to be more than a book might earn as a result of being withheld from Google Books.

I believe that the early resistance by many writers was in large part the result of a fear of the unknown and ignorance of the positive potential of this new application of technology. As has happened with new ideas of all sorts—from the automobile and radio, to television and the personal computer—dire consequences were imagined, and few benefits were recognized at first. But as with all new things, the greatest benefits may be those yet unimagined.

Sincerely,

*[signature]*

Michael A. Banks

513 523-6107

The Author's Guild et al v. Google Inc.                                                    Doc. 225