

Filomena Maria Pereira
623 Chapman Street
San Jose, CA 95126
(408) 292-7799
filgal@yahoo.com

**Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)**

Dear Judge Chin,

I hereby request this court's permission to submit this letter as an amicus curiae supporting final settlement approve in the above reference case.

I'm the author of an out-of-print book "Lilith, the Edge of Forever."

http://www.amazon.com/Lilith-Edge-Forever-Woman-History/dp/0866632220/ref=sr_1_1?ie=UTF8&s=books&qid=1251913782&sr=1-1

I believe making printed content searchable and available online will not diminish printed sales -- rather the reverse. Like many researchers, I've experienced the challenge of finding the existence of a reference, identifying who owns a copy, going through inter-library loans, then trying to make quick use of the reference because it's on loan for only a short time. While this process should continue to be available, there are times when I would rather pay a fee to download or purchase material, especially when it is no longer in print.

My goal is to have my book available so others may benefit from my research.

The Author's Guild et al v. Google Inc. Doc. 226

Regards,

*Filomena Pereira*

Filomena Pereira

Fax to the Judge's chambers: (212) 805-7906.

CC: email to counsel for the Author Sub-Class, Publisher Sub-Class, and Google
bookclaims@bonizack.com
bookclaims@debevoise.com
bookclaims@durietangri.com