# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

Matthew D. Ingber
Direct Tel +1 212 506 2373
Direct Fax +1 212 849 5973
mingber@mayerbrown.com

September 2, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09
```

**VIA FACSIMILE**

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *The Authors Guild et al. v. Google, Inc.*, Case No. 1:05 cv 8136 (S.D.N.Y.)

Dear Judge Chin:

    We write to request permission to file a brief *amicus curiae* on behalf of the undersigned antitrust law and economics professors (collectively, the "*Amici*"). The parties have consented to the filing of the brief, prepared by Professor Einer Elhauge of Harvard University.[1]

    *Amici* are professors of law and economics who study, teach, write, or research antitrust law and policy. *Amici* have an interest in ensuring the proper application of antitrust and economic principles generally, and in this matter specifically. *Amici* have a particular interest in supporting the broad access to knowledge that the Settlement will provide. Approval of the Settlement will allow *Amici* the ability to search for and obtain information contained in the works at issue in this case that will be important to them in their research efforts. Those efforts will be stunted if the Settlement is not approved.

    *Amici* respectfully submit that consideration of their brief will assist the Court in this case. *Amici* have accumulated substantial expertise in the course of their collective broad experience in addressing competition issues of the sort that certain opponents of the Settlement have raised. The brief they will submit identifies significant procompetitive benefits that will result from the Settlement that will not be realized if the Settlement is not approved. In addition, the brief addresses concerns that have been raised by critics of the Settlement, including individual book and subscription pricing under the Settlement, the structure of the Settlement,

---

[1]   *Amici* are identified on page 3 of this letter. Additional professors may join. Professor Elhauge has received research funding for his work underlying this brief from Google, Inc. The views expressed, however, are his own. None of the other *Amici* listed below who will join the brief have received any compensation related to this matter.

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).

The Author's Guild et al v. Google Inc.                                    Doc. 227

Mayer Brown LLP

Honorable Denny Chin
September 2, 2009
Page 2

and "*de facto*" exclusive licensing under the Settlement. Based on their experience and the work they have performed in antitrust matters over the years, *Amici* conclude that these concerns are unlikely to result in any anticompetitive effects and, on the contrary, that any hypothesized anticompetitive effects are greatly outweighed by the real and substantial procompetitive benefits the Settlement provides.

The *Amici* respectfully request that the Court grant them leave to file a brief *amicus curiae*. With the Court's permission, the brief will be filed by the deadline or objections and comments.

Respectfully submitted,

Matthew D. Ingber

**APPLICATION GRANTED.
SO ORDERED**

Denny Chin, U.S.D.J.

9/2/09

| | |
|---|---|
| William J. Baumol<br>Professor, Academic Director, Berkley Center for Entrepreneurial Studies, Stern School of Business, New York University | Dr. Roger D. Blair<br>Walter J. Matherly Professor of Economics Professor, University of Florida Warrington College of Business Administration |
| James F. Blumstein<br>University Professor, Vanderbilt Law School | Darren Bush<br>Associate Professor of Law,<br>University of Houston Law Center |
| Daniel A. Crane<br>Professor of Law,<br>University of Michigan Law School | Joshua Paul Davis<br>Professor and Director, Center for Law and Ethics,<br>University of San Francisco School of Law |
| Einer R. Elhauge<br>Petrie Professor of Law,<br>Harvard School of Law | Daniel J. Gifford<br>Robins, Kaplan, Miller & Ciresi Professor of Law, University of Minnesota Law School |
| Warren S. Grimes<br>Professor of Law, Southwestern Law School | Jeffrey L. Harrison<br>Stephen C. O'Connell Chair, University of Florida Levin College of Law |
| Herbert Hovenkamp<br>Ben and Dorothy Willie Chair, The University of Iowa College of Law | Keith N. Hylton<br>The Honorable Paul J. Liacos Professor of Law, Boston University School of Law |
| Thomas G. Krattenmaker<br>Former Professor of Law,<br>Georgetown University Law Center,<br>Former Dean and Professor of Law at Marshall-Wythe School of Law at the College of William and Mary | Anup Malani<br>Professor and Aaron Director Research Scholar, University of Chicago Law School |
| David McGowan<br>Lyle L. Jones Professor of Innovation and Competition Law,<br>University of San Diego School of Law | William H. Page<br>Marshall M. Criser Eminent Scholar and Senior Associate Dean for Academic Affairs, University of Florida Levin School of Law |
| J. Mark Ramseyer<br>Mitsubishi Professor of Japanese Legal Studies, Harvard Law School | David Schleicher<br>Assistant Professor of Law,<br>George Mason University School of Law |

| | |
|---|---|
| D. Daniel Sokol<br>Assistant Professor,<br>University of Florida Levin College of Law | Richard Squire<br>Associate Professor<br>Fordham University School of Law |
| Alan O. Sykes<br>James and Patricia Kowal Professor of Law,<br>Stanford Law School | Joshua D. Wright<br>Assistant Professor of Law,<br>George Mason University School of Law |
| Todd J. Zywicki<br>Foundation Professor of Law,<br>George Mason University School of Law | |

C:\Documents and Settings\KT003159\Local Settings\Temporary Internet Files\Content.Outlook\XHY6YB8ZJ Chin Ltr Prof Sig Block.doc (1844)    -2-

** TOTAL PAGE.05 **