USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
The Authors Guild, Inc., *et al.*,

    Plaintiffs,

vs.

Google, Inc.,

    Defendant.
----------------------------------------------------------x

Case No. 05 CV 8136-DC

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of David A. Zapolsky, attorney for Class Member Amazon.com, Inc., and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED THAT
David Nimmer
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199
dnimmer@irell.com

The Author's Guild et al v. Google Inc.     Doc. 228

is admitted to practice pro hac vice as counsel for Class Member Amazon.com, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED.

Dated: New York, New York
[ 9/2/09

_____
United States District Judge