| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF NEW YORK | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09
```

The Author's Guild et al        Plaintiff,

- against -

Google, Inc        Defendant.

5 cv 08136 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David I. Pankin    attorney for    Author Sub-Class Member Objectors

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jennifer Lynch |
| Firm Name: | UC Berkeley School of Law, Samuelson Clinic |
| Address: | 389 Simon Hall |
| City/State/Zip: | Berkeley, CA 94720 |
| Telephone/Fax: | (510) 642-7515 |
| Email Address: | jlynch@law.berkeley.edu |

The Author's Guild et al v. Google Inc.    Doc. 230

is admitted to practice pro hac vice as counsel for    Author Sub-Class Member Objectors    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/2/09
City, State: NY, NY

_____
United States District/Magistrate Judge