SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild et al     Plaintiff,

5 cv 08136 (DC)

- against -

Google, Inc     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David I. Pankin attorney for Author Sub-Class Member Objectors
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cindy Cohn |
| Firm Name: | Electronic Frontier Foundation |
| Address: | 454 Shotwell Street |
| City/State/Zip: | San Francisco, CA 94110 |
| Telephone/Fax: | (415) 436-9333 |
| Email Address: | cindy@eff.org |

The Author's Guild et al v. Google Inc.      Doc. 231

is admitted to practice pro hac vice as counsel for Author Sub-Class Member Objectors in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/2/09
City, State: NY NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006