UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
The Authors Guild Inc., Association of          :
American Publishers, Inc., et al.,

                Plaintiffs,    :    Case No. 05-cv-8136 (DC)

                                       :

                                       :    **NOTICE OF MOTION**
             -v-                      **TO ADMIT COUNSEL**
                                       :    **EDWIN C. KOMEN *PRO HAC VICE***

Google Inc.,
                                       :

                Defendant.
------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the annexed Declaration of Theodore C. Max and Declaration of Edwin C. Komen, in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Denny Chin at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order permitting the admission of Edwin C. Komen, a member of the firm Sheppard Mullin Richter and Hampton, LLP, and a member in good standing of the Bar of the State of California and the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

W02-EAST:7KKS1\200254272.1

Dated: New York, New York
September 1, 2009

                SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: _____
       Theodore C. Max (TM-1742)
       30 Rockefeller Plaza, 24th Floor
       New York, NY 10112
       (212) 332-3800 (Telephone)
       (212) 332- 3888 (Facsimile)
       *Counsel for Federal Republic of Germany*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
The Authors Guild Inc., Association of          :
American Publishers, Inc., et al.,
                                                :
           Plaintiffs,                              Case No. 05-cv-8136 (DC)
                                                :
                                                    **DECLARATION OF THEODORE C. MAX
    -v-                                         :   IN SUPPORT OF MOTION TO
                                                    ADMIT COUNSEL *PRO HAC VICE***

Google Inc.,                                    :

           Defendant.                           :
--------------------------------------------------------- x

THEODORE C. MAX, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney admitted to practice in the State of New York and a partner of the law firm Sheppard Mullin Richter & Hampton, LLP, counsel for the Federal Republic of Germany, an amicus curiae in the above-captioned action.

2. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts, that Edwin C. Komen, an attorney admitted to practice law in the State of California and the District of Columbia, be admitted *pro hac vice* to the Bar of the United States District Court for the Southern District of New York for all purposes with respect to the above-referenced proceeding.

3. I believe Mr. Komen to be of good character and I know of no reason why this Court should not grant this motion.

WHEREFORE, it is respectfully requested that the motion seeking the *pro hac vice* admission of Mr. Komen to this Court be granted and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 1, 2009

_____
THEODORE C. MAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
The Authors Guild Inc., Association of          :
American Publishers, Inc., et al.,
                                                :
            Plaintiffs,                             Case No. 05-cv-8136 (DC)
                                                :
                                                    **DECLARATION OF EDWIN C. KOMEN**
      -v-                                       :   **IN SUPPORT OF MOTION TO**
                                                    **ADMIT COUNSEL *PRO HAC VICE***
Google Inc.,                                    :

            Defendant.                          :
------------------------------------------------------------ x

      Edwin C. Komen, declares under penalty of perjury, pursuant to 28 U.S.C § 1746, that the following is true and correct:

    1.    I am an attorney admitted to practice in the State of California and the District of Columbia and a partner of the law firm Sheppard Mullin Richter & Hampton, LLP.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the State of California and the Bar of the District of Columbia.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

    5.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

WHEREFORE, it is respectfully requested that the motion seeking my admission *pro hac vice* to this Court be granted and for such other and further relief as this Court deems just and proper.

Dated: Annapolis, Maryland
       August 31, 2009

                                                               */s/ Edwin C. Komen*
                                                               EDWIN C. KOMEN



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

EDWIN C. KOMEN

was on the 17TH day of MARCH, 1977 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 27, 2009.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
Deputy Clerk

## THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 28, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWIN CLIFFORD PAUL KOMEN, #117427 was admitted to the practice of law in this state by the Supreme Court of California on February 26, 1985; that from the date of admission to January 1, 1992, he was an ACTIVE member of the State Bar of California; that on January 1, 1992, he transferred at his request to the INACTIVE status; that from that date to November 7, 2005, he was an INACTIVE member of the State Bar of California; that on November 7, 2005, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
The Authors Guild Inc., Association of          :
American Publishers, Inc., et al.,
                                                :
                Plaintiffs,              Case No. 05-cv-8136 (DC)
                                                :
                                                :   **ORDER ADMITTING**
            -v-                              **EDWIN C. KOMEN TO PRACTICE**
                                                :   *__PRO HAC VICE__*
Google Inc.,
                                                :
                Defendant.
-------------------------------------------------------- x

      The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Edwin C. Komen, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

      The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____          _____
                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
The Authors Guild Inc., Association of        :
American Publishers, Inc., et al.,
                                               :
                    Plaintiffs,                     Case No. 05-cv-8136 (DC)
                                               :

                                               :   **AFFIDAVIT OF SERVICE**
        -v-
                                               :
Google Inc.,
                                               :
                    Defendant.
------------------------------------------------------- x

    I, Kimberly K. Smith, an attorney admitted to practice law in the Courts of the State of New York, a person over eighteen (18) years of age, and not a party to this action affirm the following under penalties of perjury. On September 1, 2009 I caused true and correct copies of NOTICE OF MOTION TO ADMIT COUNSEL EDWIN C. KOMEN *PRO HAC VICE*, DECLARATION OF THEODORE C. MAX IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, DECLARATION OF EDWIN C. KOMEN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, and ADMISSION ORDER ADMITTING EDWIN C. KOMEN TO PRACTICE *PRO HAC VICE*, to be served via Electronic mail or First Class mail upon all counsel of record in the current action, as specified in the attached service list.

Dated: New York, New York
       September 1, 2009

                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By: _____
                                Kimberly K. Smith
                                30 Rockefeller Plaza
                                New York, NY 10112
                                Telephone: (212) 332-3800
                                Facsimile: (212) 332-3888

                                *Counsel for Federal Republic of Germany*

## Service List [Case No. 05-cv-8136 (DC)]

### Service via Electronic mail

| | |
|---|---|
| Adam Howard Charnes | achames@kilpatrickstockton.com |
| Alex Seth Fonoroff, S | afonoroff@kilpatrickstockton.com |
| Alexandra A. E. Shapiro | ashapiro@machtshapiro.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Cynthia S. Arato | carato@machtshapiro.com |
| Daniel J. Fetterman | dfetterman@kasowitz.com |
| Daniel Joseph Kornstein | DKornstein@KVWMail.com |
| Daralyn Jeannine Durie | ddurie@durietangri.com |
| Harold Bloom | mguzman@khhte.com |
| James Taylor Lewis Grimmelmann | james.grimmelmann@nyls.edu |
| Jeffrey A. Conciatori | jeffreyconciatori@quinnemanuel.com |
| Joanne E. Zack | jzack@bonizack.com |
| Joseph C. Gratz | jgratz@durietangri.com |
| Joseph M. Beck | jbeck@kilpatrickstockton.com |
| Joseph Solomon Hall | jhall@khhte.com |
| Laura Helen Gundersheim | Laurag@blbglaw.com |
| Michael J. Boni | mboni@bonizack.com |
| Mikaela Ann McDermott | mmcdermott@kvwmail.com |
| Nathan Z. Dershowitz | ndershowitz@lawdea.com |
| Peter Jonathan Toren | ptoren@kasowitz.com |
| Ronald Lee Raider | rraider@kilpatrickstockton.com |
| Sanford P. Dumain | sdumain@milberg.com |

### Service via First Class mail

Cindy A. Cohn
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

David Nimmer
Irell & Manella, L.L.P.
att: David Blasband
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Hadley Perkins Roeltgen
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

J. Kate Remick
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Matthew Christian Schrurers
Computer and Communications Industry Association
900 17th Street
Suite 1100
Washington, DC 20006