UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

              Plaintiff,

-against-

GOOGLE, INC.

              Defendants.

05 cv 08136 (DC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph S. Hall, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Michael John Guzman |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street N.W., Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |

Michael John Guzman is a member in good standing of the State Bar in District of Columbia. There are no pending disciplinary proceedings against Michael John Guzman in any state or federal court.

Dated: August 28, 2009

City, State: Washington, DC

Respectfully submitted,

*/s/ Joseph S. Hall*

Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
    TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

     Plaintiff,

 -against-

GOOGLE, INC.,

     Defendants.

05 cv 08136 (DC)

AFFIDAVIT OF JOSEPH S. HALL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

District of Columbia ) SS:

I, Joseph S. Hall, being duly sworn, hereby deposes and says the following:

1. I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for the Objector's in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Objector's motion to admit Michael J. Guzman as counsel pro hac vice to represent Objector's in this matter.

2. I am a member in good standing of the bar in the State of New York, and was admitted to practice law in October, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Michael J. Guzman since October, 2001.

4. Michael J. Guzman is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

5. I have found Michael J. Guzman to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael J. Guzman pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael J. Guzman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael J. Guzman, pro hac vice, to represent the Objector's in the above captioned matter, be granted.

                 Respectfully submitted,

                 Joseph S. Hall
                 SDNY Bar Code: JH-2612

Subscribed and Sworn to before me, in my presence, this 28th day of August, 2009.

Notary Public, D.C. My commission expires:
6/14/14

TARA REEN GRIM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2014

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

                Plaintiff,

-against-

GOOGLE, INC.,

                Defendants.

05 cv 08136 (DC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Michael J. Guzman, attorney for Harold Bloom, Elliot Abrams, Charlotte Allen, Phyllis Ammons, Dick Armey, Jacques Barzun, Nicholas A. Basbanes, Stephen Bates, Shawn J. Bayern, Jack Beerman, Michael Behe, Michael Cox, Douglas Crase, Frank Gonzalez-Crussi, Midge Decter, John Derbyshire, The Estate of Thomas M. Disch, Gerald Early, Mel Eisenberg, Richard A. Epstein, Henry Fetter, David D. Friedman, David Gelernter, Gabrielle Glaser, Mary Ann Glendon, Victor Davis Hanson, Robert Herbold, Arthur Herman, Charles Hill, Manuela Hoelterhoff, Richard Howard, Ishmael Jones, Donald Kagan, David Kuo, Michael Ledeen, Susan Lee, Mary Lefkowitz, David Lehman, John Lehman, Howard Markel, Sherwin B. Nuland, Steven Ozment, Michael Perry, Norman Podhoretz, Diane Ravitch, Ralph Reed, Harriet Rubin, Sarah Ruden, Peter Schweizer, Roger Simon, Roy Spencer, Geoffrey R. Stone, Charles Sykes, Terry Teachout, Paco Underhill, Ruth Wisse, Elizabeth Wurtzel, and John Yoo and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Applicant's Name:     Michael J. Guzman
    Firm Name:     Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    Address:     1615 M Street N.W., Suite 400
    City/State/Zip:     Washington, DC 20036
    Telephone/Fax:     (202) 326-7900 / (202) 326-7999
    Email address:     mguzman@khhte.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

is admitted to practice pro hac vice as counsel for Harold Bloom, Elliot Abrams, Charlotte Allen, Phyllis Ammons, Dick Armey, Jacques Barzun, Nicholas A. Basbanes, Stephen Bates, Shawn J. Bayern, Jack Beerman, Michael Behe, Michael Cox, Douglas Crase, Frank Gonzalez-Crussi, Midge Decter, John Derbyshire, The Estate of Thomas M. Disch, Gerald Early, Mel Eisenberg, Richard A. Epstein, Henry Fetter, David D. Friedman, David Gelernter, Gabrielle Glaser, Mary Ann Glendon, Victor Davis Hanson, Robert Herbold, Arthur Herman, Charles Hill, Manuela Hoelterhoff, Richard Howard, Ishmael Jones, Donald Kagan, David Kuo, Michael Ledeen, Susan Lee, Mary Lefkowitz, David Lehman, John Lehman, Howard Markel, Sherwin B. Nuland, Steven Ozment, Michael Perry, Norman Podhoretz, Diane Ravitch, Ralph Reed, Harriet Rubin, Sarah Ruden, Peter Schweizer, Roger Simon, Roy Spencer, Geoffrey R. Stone, Charles Sykes, Terry Teachout, Paco Underhill, Ruth Wisse, Elizabeth Wurtzel, and John Yoo in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2009, I served a true and correct copy of the foregoing document to the party listed below via Federal Express:

David J. Silbert
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
 TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com

*Counsel for the Bloom Objectors*



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL J. GUZMAN

was on the 6TH day of FEBRUARY, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 21, 2009.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk