The Author's Guild et al v. Google Inc.                                                                              Doc. 235

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers., et. al., <br><br>            Plaintiffs,<br><br>    vs.<br><br>Google Inc.,<br><br>              Defendant. | Case No. 05 CV 8136 (DC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Katherine B. Forrest of Cravath, Swaine & Moore LLP hereby appears in the above-captioned action as counsel for pututative class member DC Comics.

Dated: September 3, 2009

                       CRAVATH, SWAINE & MOORE LLP

                       by    /s/ Katherine B. Forrest   
                           Katherine B. Forrest
                           A member of the Firm

                       WorldWide Plaza
                         825 Eigth Avenue
                          New York, NY 10019
                           (212) 474-1000
                             (212) 474-3700 (fax)
                              kforrest@cravath.com

                       *Counsel for DC Comics*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2009, I caused true and correct copies of this Notice of Appearance to be served electronically on the following counsel of record:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com

   /s/ Katherine B. Forrest
Katherine B. Forrest, Esq.

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
kforrest@cravath.com