UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers., et. al., | |
| Plaintiffs, | Case No. 05 CV 8136 (DC) |
| vs. | **NOTICE OF APPEARANCE** |
| Google Inc., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Mark L. Silverstein of Cravath, Swaine & Moore LLP hereby appears in the above-captioned action as counsel for pututative class member DC Comics.

Dated: September 3, 2009

CRAVATH, SWAINE & MOORE LLP

by _____/s/ Mark L. Silverstein_____
        Mark L. Silverstein

WorldWide Plaza
  825 Eigth Avenue
    New York, NY 10019
      (212) 474-1000
        (212) 474-3700 (fax)
          msilverstein@cravath.com

*Counsel for DC Comics*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2009, I caused true and correct copies of this Notice of Appearance to be served electronically on the following counsel of record:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com

      /s/ Mark L. Silverstein
Mark L. Silverstein, Esq.

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474 -1000
(212) 474-3700 (fax)
kforrest@cravath.com