UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al.,<br><br>                                Plaintiffs,<br><br>                vs.<br><br>Google Inc.,<br><br>                                Defendant. | Case No. 05 CV 8136 (DC)<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for putative class member DC Comics certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are held as indicated.

        E.C. Publications, Inc. and Warner Communications Inc. are partners in DC Comics.

E.C. Publications, Inc. is a subsidiary of Warner Communications Inc., which is a wholly owned indirect subsidiary of Time Warner Companies, Inc.

Dated: September 3, 2009

                CRAVATH, SWAINE & MOORE LLP

                by        /s/ Katherine B. Forrest
                      Katherine B. Forrest
                      A member of the Firm

                Worldwide Plaza
                  825 Eighth Avenue
                  New York, NY 10019
                    (212) 474-1000
                      (212) 474-3700 (fax)
                        kforrest@cravath.com

                *Counsel for DC Comics*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2009, I caused true and correct copies of this Rule 7.1 Statement to be served electronically on the following counsel of record:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com

   /s/ Katherine B. Forrest
Katherine B. Forrest, Esq.

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
kforrest@cravath.com