UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., Associational Plaintiffs, and | : : : | |
| Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., and John Wiley & Sons, Inc., individually and on behalf of all others similarly situated, | : : : : : : : | Case No. 05 CV 8136 (DC) **NOTICE OF APPEARANCE AND INTENT TO APPEAR AT THE OCTOBER 7, 2009 FAIRNESS HEARING** |
| Plaintiffs, | : : | |
| v. | : : | |
| Google Inc., | : : | |
| Defendant. | : : | |

---

## **NOTICE OF APPEARANCE AND INTENT TO APPEAR**

Please enter my appearance as counsel of record for Author and Publisher Sub-Class member Microsoft Corporation ("Microsoft").

Please take notice that Microsoft intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009, to object to the Proposed Settlement.

Microsoft will appear through its attorneys Thomas C. Rubin, Charles B. Casper and R. Montgomery Donaldson. Applications to appear *pro hac vice* will be filed for Mr. Casper and Mr. Donaldson. I certify that I am admitted to practice in this Court.

Respectfully submitted,

Date: September 3, 2009  **MICROSOFT CORPORATION**

By:   /s/ Thomas C. Rubin
     Thomas C. Rubin (TR8845)
     Chief Counsel for Intellectual Property Strategy
     Law and Corporate Affairs
     One Microsoft Way
     Redmond, WA 98052
     (425) 882-8080
     tom.rubin@microsoft.com

**MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP**

    Charles B. Casper
    (Application *pro hac vice* to be submitted)
    123 South Broad Street
    Philadelphia, PA 19109
    (215) 772-1500
    ccasper@mmwr.com

    R. Montgomery Donaldson
    (Application *pro hac vice* to be submitted)
    1105 N. Market Street
    Suite 1500
    Wilmington, DE 19801
    (302) 504-7800
    rdonaldson@mmwr.com

    *Counsel for Microsoft Corporation*

# CERTIFICATE OF SERVICE

I, Thomas C. Rubin, hereby certify that on this 3rd day of September 2009, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing Notice of Appearance and Intent to Appear at the October 7, 2009 Fairness Hearing on the following individuals:

>Michael J. Boni, Esquire
>Joanne Zack, Esquire
>Joshua Snyder, Esquire
>Boni & Zack LLC
>15 St. Asaphs Road
>Bala Cynwyd, PA  19004
>bookclaims@bonizack.com
>
>*Counsel for the Author Sub-Class*
>
>Jeffrey P. Cunard, Esquire
>Bruce P. Keller, Esquire
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY  10022
>bookclaims@debevoise.com
>
>*Counsel for the Publisher Sub-Class*
>
>Daralyn J. Durie, Esquire
>Joseph C. Gratz, Esquire
>Durie Tangri LLP
>332 Pine Street, Suite 200
>San Francisco, CA  94104
>bookclaims@durietangri.com
>
>*Counsel for Google Inc.*

/s/ Thomas C. Rubin