

Cornell University
Office of University Counsel
and Secretary of the Corporation

300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
t. 607.255.5124
f. 607.255.2794
*(not for service of pleadings)*

**ELECTRONICALLY FILED**

September 2, 2009

The Honorable Denny Chin
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   The Authors Guild, Inc., Association of American Publishers, Inc., et al.
       v. Google Inc.
       05-CV-8136

Dear Judge Chin:

   I am submitting herewith on behalf of my client Cornell University a letter from Cornell University Librarian Anne R. Kenney with the request that Your Honor grant leave to file it as an amicus curiae supporting final settlement in the Google Books Search case.

                                              Respectfully submitted,

                                              Nelson E. Roth (nr8554) nelson.e.roth@cornell.edu
                                              Deputy University Counsel

NER:kja
Enclosure
Service on all parties by ECF

Cornell University is an equal opportunity, affirmative action educator and employer.