# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., | |
| Plaintiffs, | Case No. 05 CV 8136-DC (ECF) |
| v. | **NOTICE OF APPEARANCE** |
| Google, Inc., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nidhi (Nina) Yadava of Jones Day hereby appears in this

action on behalf of Class Members Hachette Livre SA, Librarie Arthème Fayard SA, Dunod

Editeur SA, Les Editions Hatier SNC, Editions Larousse SAS, Editorial Salvat SL, Grupo Anaya

S.A., Algaida Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial

Barcanova, S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia,

S.A., and Hachette UK Limited. I hereby certify that I am admitted to practice in the Southern

District of New York.

Dockets.Justia.com

Dated:   New York, New York
         September 8, 2009

Respectfully Submitted,

/s/  Nidhi Yadava
_____

**JONES DAY**
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorney for Class Members Hachette Livre
SA, Librarie Arthème Fayard SA, Dunod
Editeur SA, Les Editions Hatier SNC,
Editions Larousse SAS, Editorial Salvat SL,
Grupo Anaya S.A., Algaida Editores, S.A.,
Alianza Editorial, S.A., Edicions Xerais De
Galicia, S.A., Editorial Barcanova, S.A.,
Larousse Editorial, S.L., Grupo Editorial
Bruño, S.L., Edelsa Grupo Didascalia, S.A.,
and Hachette UK Limited.*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on

September 8, 2009, by electronic mail through the Court's CM/ECF system.


/s/  Nidhi Yadava