**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br>                     Plaintiffs, <br><br>            v. <br><br>Google, Inc., <br><br>                     Defendants. | Case No. 05 CV 8136-DC (ECF) <br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Robert C. Micheletto of Jones Day hereby appears in this action on behalf of Class Members Hachette Livre SA, Librarie Arthème Fayard SA, Dunod Editeur SA, Les Editions Hatier SNC, Editions Larousse SAS, Editorial Salvat SL, Grupo Anaya S.A., Algaida Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial Barcanova, S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia, S.A., and Hachette UK Limited. I hereby certify that I am admitted to practice in the Southern District of New York.

| | |
|---|---|
| Dated: New York, New York<br>September 8, 2009 | Respectfully Submitted,<br><br>/s/  Robert C. Micheletto<br><br>**JONES DAY**<br>Robert C. Micheletto (RM-3258)<br>222 East 41st Street<br>New York, New York 10017<br>Tel: 212.326.3939<br>Fax: 212.755.7306<br><br>*Attorney for Class Members Hachette Livre SA, Librarie Arthème Fayard SA, Dunod Editeur SA, Les Editions Hatier SNC, Editions Larousse SAS, Editorial Salvat SL, Grupo Anaya S.A., Algaida Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial Barcanova, S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia, S.A., and Hachette UK Limited.* |

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

                                          /s/ Robert C. Micheletto