**JONES DAY**
Robert C. Micheletto
Nina Yadava
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Dunod Editeur, S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendants. | Case No. 05 CV 8136-DC (ECF) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Class Member Dunod Editeur, S.A. makes the following disclosures:

1.      Hachette Livre, S.A. is the parent company of Dunod Editeur, S.A. Hachette, S.A. is the parent company of Hachette Livre, S.A. Lagardère, SCA is the parent company of Hachette, S.A.

2.      The stock of Lagardère, S.C.A. is publicly traded and Lagardère S.C.A indirectly owns more than 10% of the stock of Dunod Editeur, S.A.

Dated: New York, New York
September 8, 2009

/s/  Robert C. Micheletto

**JONES DAY**
Robert C. Micheletto (RM-3258)
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Dunod Editeur, S.A.*

**CERTIFICATE OF SERVICE**

The foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

/s/  Robert C. Micheletto