**JONES DAY**
Robert C. Micheletto
Nina Yadava
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Algaida Editores, S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>Google, Inc.,<br><br>      Defendants. | Case No. 05 CV 8136-DC (ECF)<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Class Member Algaida Editores, S.A. makes the following disclosures:

  1. Grupo Anaya, S.A. is the parent company of Algaida Editores, S.A. Hachette Livre España, S.A.U. is the parent company of Grupo Anaya, S.A. Hachette Livre, S.A. is the parent company of Hachette Livre España, S.A.U. Hachette, S.A., is the parent company of Hachette Livre, S.A. Lagardère, S.C.A. is the parent company of Hachette, S.A.

  2. The stock of Lagardère, S.C.A. is publicly traded and Lagardère S.C.A indirectly owns more than 10% of the stock of Algaida Editores, S.A.

Dated: New York, New York
September 8, 2009

/s/ Robert C. Micheletto

**JONES DAY**
Robert C. Micheletto (RM-3258)
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Algaida Editores, S.A.*

## **CERTIFICATE OF SERVICE**

The foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

/s/  Robert C. Micheletto