**JONES DAY**
Robert C. Micheletto
Nina Yadava
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member
Grupo Editorial Bruño, S.L.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendants. | Case No. 05 CV 8136-DC (ECF) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Class Member Grupo Editorial Bruño, S.L. makes the following disclosures:

1. Hachette Livre España, S.A.U. is the parent company of Grupo Editorial Bruño, S.L. Hachette Livre, S.A. is the parent company of Hachette Livre España S.A.U. Hachette, S.A., is the parent company of Hachette Livre, S.A. Lagardère, S.C.A. is the parent company of Hachette, S.A.

2. The stock of Lagardère, S.C.A. is publicly traded and Lagardère S.C.A indirectly owns more than 10% of the stock of Grupo Editorial Bruño, S.L.

Dated: New York, New York
September 8, 2009

/s/ Robert C. Micheletto

**JONES DAY**
Robert C. Micheletto (RM-3258)
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Grupo Editorial Bruño, S.L.*

## **CERTIFICATE OF SERVICE**

The foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

/s/  Robert C. Micheletto