AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Authors Guild, Inc. et al.    ) | |
| *Plaintiff*    ) | |
| v.    ) | Case No. 05 CV 8136 (DC) |
| Google Inc.    ) | |
| *Defendant*    ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The Computer & Communications Industry Association .

Date: Sept. 8, 2009

/s/ Matthew Schruers
*Attorney's signature*

Matthew Schruers (pro hac vice)(D.C. Bar # 484839)
*Printed name and bar number*

Computer & Communications Industry Association
900 17th Street NW, Suite 1100
Washington, DC 20006

*Address*

mschruers@ccianet.org
*E-mail address*

202-783-0070
*Telephone number*

202-783-0534
*FAX number*