**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> Google Inc., <br>     Defendant. | Case No. 05 CV 8136-DC <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for *amicus curiae* Computer & Communications Industry Association (CCIA) (a private non-governmental party) certifies that CCIA has no corporate parents, affiliates and/or subsidiaries which are publicly held.

                                                 Respectfully submitted,

                                                 /s/ Matthew Schruers
                                                 Matthew Schruers   (pro hac vice)
                                                 Senior Counsel, Litigation & Legislative Affairs
                                                 *Counsel for Amicus Curiae*
                                                 Computer & Communications
                                                    Industry Association (CCIA)
                                                 900 Seventeenth Street NW, Suite 1100
                                                 Washington, D.C. 20006
                                                 (202) 783-0070
                                                 mschruers@ccianet.org