Yasuhiro Saito, Esq.
Rose Auslander, Esq.
Pamela Shelinsky, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa Yoshida*
*Members of Proposed Author Sub-Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
The Authors Guild, Inc., et al.,

        Plaintiffs,

        v.

Google, Inc.,

        Defendant.
------------------------------------------------------------ x

Case No. 05 CV 8136 (DC)

### NOTICE OF APPEARANCE

Please take notice that the unsigned, of the law firm of Carter Ledyard Milburn LLP, is hereby entering an appearance of counsel of record for Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa

6501533.1

Yoshida, members of the proposed Author Sub-Class, and demand that all papers in the proceeding be served upon us at our address stated below.

Dated: New York, New York
       September 4, 2009

                                      CARTER LEDYARD & MILBURN LLP

                                      By: _____
                                          Yasuhiro Saito, Esq.
                                          Rose Auslander, Esq.
                                          Pamela Shelinsky, Esq.
                                      2 Wall Street
                                      New York, NY 10005
                                      Telephone: (212) 732-3200
                                      Telecopier: (212) 732-3232
                                      *Attorneys for Members of the Japan P.E.N. Club,*
                                      *Takashi Atouda, Susumu Nakanishi, Akiko*
                                      *Shimojyu, Jiro Asada, Takeaki Hori, Yuko*
                                      *Matsumoto, Chihaya Takahashi, Shinobu Yoshioka,*
                                      *Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara,*
                                      *Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami,*
                                      *Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato,*
                                      *Masahiko Motoki, Hidehiko Nakanishi, Yashio*
                                      *Uemura, Nobuo Uda, and Tsukasa Yoshida*
                                      *Members of Proposed Author Sub-Class*

TO:    Michael J. Boni, Esq.
          Joanne Zack, Esq.
          Joshua Snyder, Esq.
          BONI & ZACK LLC
          15 St. Asaphs Road
          Bala Cynwyd, PA 19004
          bookclaims@bonizack.com
          *Attorneys for the Author Sub-Class*

          Jeffrey P. Cunard, Esq.
          Bruce P. Keller, Esq.
          Debevoise & Plimpton LLP
          919 Third Avenue
          New York, New York 10022
          bookclaims@debevoise.com
          *Attorneys for the Publisher Sub-Class*

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com
*Attorneys for Google, Inc.*