UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
The Authors Guild, Inc., et al.,

                              Plaintiffs,

                        v.

Google, Inc.,

                              Defendant.

---------------------------------------------------------- x

Case No. 05 CV 8136 (DC)

ECF Case

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___8___ day of September, 2009, I caused a true and correct copy of the Notice of Appearance, Notice of Intent To Appear and Be Heard, the Declaration of Naoki Gokita, dated September 4, 2009, the Declaration of Jiro Makino, dated September 4, 2009, and the Objection to the Proposed Settlement Class and Sub-Class by Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa Yoshida to be served by electronic transmission (e-mail) upon the below listed counsel at the e-mail addresses designated for service of Objections in this action:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

6502250.1

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com


Dated: September ___, 2009
New York, New York

_____
Yasuhiro Saito

6502250.1