Yasuhiro Saito, Esq.
Rose Auslander, Esq.
Pamela Shelinsky, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa Yoshida*
*Members of Proposed Author Sub-Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

The Authors Guild, Inc., et al.,

        Plaintiffs,

        v.

Google, Inc.,

        Defendant.

----------------------------------------------------------------x

Case No. 05 CV 8136 (DC)

### NOTICE OF INTENT TO APPEAR AND BE HEARD
### AT THE FAIRNESS HEARING

COMES NOW, Yasuhiro Saito, Esq., counsel of record for Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa Yoshida (collectively, the "Objecting Parties"), and pursuant to the Order of April 28, 2009, files

this Notice of Intent to Appear and Be Heard at the Fairness Hearing of October 7, 2009, and in support thereof states the following:

1. The Objecting Parties are members of the proposed Author Sub-Class.

2. The Objecting Parties have not sought exclusion from the settlement class.

3. The contact information for the Objecting Parties is as follows:

   The Japan P.E.N. Club
   Kabuto-cho 20-3, Kabuto-cho
   Chuo-ku, Tokyo
   Japan 103-0026
   Tel: 011-81-3-5614-5391

4. The Objecting Parties wish to appear and be heard at the Fairness Hearing of October 7, 2009, through their attorney:

   Yasuhiro Saito, Esq.
   Carter Ledyard & Milburn LLP
   2 Wall Street
   New York, New York 10005
   Tel.: (212) 732-3200

CARTER LEDYARD & MILBURN LLP

By: _____
Yasuhiro Saito, Esq.
2 Wall Street
New York, New York 10005
(212) 732-3200
saito@clm.com
*Attorneys for Members of the Japan P.E.N. Club, Takashi Atouda, Susumu Nakanishi, Akiko Shimojyu, Jiro Asada, Takeaki Hori, Yuko Matsumoto, Chihaya Takahashi, Shinobu Yoshioka, Kenta Yamada, Tomotsuyo Aizawa, Yu Ohara, Yasumasa Kiyohara, Takashi Tsujii, Akira Nogami, Hiroyuki Shinoda, Toshihiko Yuasa, Koichi Kato, Masahiko Motoki, Hidehiko Nakanishi, Yashio Uemura, Nobuo Uda, and Tsukasa Yoshida Members of Proposed Author Sub-Class*