UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, *et al.*,<br>Plaintiffs,<br>v.<br>GOOGLE, INC., Defendant | CIV. NO: 05-CV-8136<br><br>MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name: John B. Morris, Jr.
    Firm Name: Center for Democracy & Technology
    Address: 1634 I Street, NW, Suite 1100
    City/State/Zip: Washington, DC 20006
    Phone Number: (202) 637-9800 x116
    Fax Number: (202) 637-0968
    E-Mail Address: jmorris@cdt.org

Mr. Morris is a member in good standing of the Bars of the District of Columbia and the State of Georgia. There are no pending disciplinary proceedings against him in any State or Federal court.

Dated: September 2, 2009
City, State: New York, NY

Respectfully submitted,

*Christopher A. Hansen*

Christopher A. Hansen (CH6776)
American Civil Liberties Union Fdt.
125 Broad Street, 17th Floor
New York, NY 10004
(212) 549-2606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, *et al.*,<br>Plaintiffs,<br>v.<br>GOOGLE, INC., Defendant | CIV. NO: 05-CV-8136<br><br>DECLARATION OF CHRISTOPHER A. HANSEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York )
County of New York )

Christopher A. Hansen declares:

1. I make this statement based on my personal knowledge of John B. Morris, Jr., in support of the motion to admit him as counsel *pro hac vice* to represent *amicus curaie* in this matter. I will not otherwise be participating in this matter at this time.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Morris since 1996, when he and I represented different groups of plaintiffs in a federal court litigation in Pennsylvania.

4. At the time I first met him, he was a Partner in the law firm of Jenner & Block. He is currently General Counsel of the Center for Democracy & Technology.

5. I have found Mr. Morris to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I am pleased to move the admission of John B. Morris, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Morris, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John B. Morris, Jr., *pro hac vice*, to represent *amicus curiae* in the above captioned matter, be granted.

I declare, pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and belief.

Dated:	September 2, 2009	Respectfully submitted,

*Christopher A. Hansen*
Christopher A. Hansen (CH6776)
American Civil Liberties Union Fdt.
125 Broad Street, 17th Floor
New York, NY 10004
(212) 549-2606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, *et al.*,<br>Plaintiffs,<br>v.<br>GOOGLE, INC., Defendant | CIV. NO: 05-CV-8136<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE*<br>ON WRITTEN MOTION |

Upon the motion of Christopher A. Hansen and his affidavit in support;

IT IS HEREBY ORDERED that

> Applicant's Name: John B. Morris, Jr.
> Firm Name: Center for Democracy & Technology
> Address: 1634 I Street, NW, Suite 1100
> City/State/Zip: Washington, DC 20006
> Phone Number: (202) 637-9800 x116
> Fax Number: (202) 637-0968
> E-Mail Address: jmorris@cdt.org

is admitted to practice *pro hac vice* as counsel for *amicus curiae* Center for Democracy & Technology in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge



CAROL W. HUNSTEIN, CHIEF JUSTICE
GEORGE H. CARLEY, PRESIDING JUSTICE
ROBERT BENHAM
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
    JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING

Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

August 28, 2009

I hereby certify that John Burnett Morris, Jr., Esq., was admitted on the seventh day of July, 1987, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_Therese S. Barnes_ , Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN B. MORRIS, JR.

was on the 1ST day of FEBRUARY, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 31, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, *et al.*,<br>Plaintiffs,<br>v.<br>GOOGLE, INC., Defendant | CIV. NO: 05-CV-8136<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE*<br>ON WRITTEN MOTION |

I, Christopher A. Hansen, hereby certify that on September 2, 2009, I caused a copy of the attached:

> Motion to Admin Counsel *Pro Hac Vice*
>
> Declaration of Christopher A. Hansen in Support of Motion to Admin Counsel *Pro Hac Vice*
>
> [Proposed] Order Granting Motion to Admin Counsel *Pro Hac Vice*

to be served by e-mail pursuant to the Notice and Preliminary Approval Order of the Court on:

> Michael J. Boni
> Counsel for the Author Sub-Class
> Bookclaims@bonizack.com
>
> Jeffrey Cunard
> Counsel for the Publisher Sub-Class
> Bookclaims@debevoise.com
>
> Daralyn Durie
> Counsel for Google
> Bookclaims@kvn.com

*Christopher A. Hansen*
Christopher A. Hansen