UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHOR'S GUILD, et al., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendants. | 05 cv 08136 (DC) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., is hereby entering an appearance of counsel of record for putative plaintiffs' class members Eric Jager and the National Writers Union.

Dated: September 8, 2009

KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.

By: */s/ Joseph S. Hall*

Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
 TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 8, 2009. Any other counsel of record will be served via electronic and first class mail.

/s/ Joseph S. Hall
Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
  TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com