UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., *et al*., ) | Case No.: 05 CV 8136-DC |
| ) | |
| Plaintiffs, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | **FOR CANADIAN STANDARDS** |
| ) | **ASSOCIATION** |
| Google, Inc., ) | |
| ) | *Filed Electronically* |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for putative class member **Canadian Standards Association ("CSA")**.

CSA will appear through its attorneys Kristin H. Neuman and Mark E. Avsec. An application to appear *pro hac vice* will be filed for Mr. Avsec. I certify that I am admitted to practice in this Court.

Date: September 8, 2009

Respectfully submitted,

/s/ Kristin H. Neuman

**PROSKAUER ROSE LLP**
Kristin H. Neuman (KN-2122)
1585 Broadway
New York, New York 10036-8299
(212) 969-3385
kneuman@proskauer.com

- and -

**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
Mark E. Avsec (Ohio Bar Reg. No. 0064472)
(*pro hac vice to be submitted*)
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:   (216) 363-4500
mavsec@beneschlaw.com

*Attorneys for Canadian Standards Association*

# CERTIFICATE OF SERVICE

I, Kristin H. Neuman, hereby certify that on this 8th day of September 2009, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing Notice of Appearance for Canadian Standards Association on the following individuals:

> Michael J. Boni, Esq.
> Joanne Zack, Esq.
> Joshua Snyder, Esq.
> Boni & Zack LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> bookclaims@bonizack.com
>
> *Counsel for the Author Sub-Class*
>
> Jeffrey P. Cunard, Esq.
> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> bookclaims@debevoise.com
>
> *Counsel for the Publisher Sub-Class*
>
> Daralyn J. Durie, Esq.
> Joseph C. Gratz, Esq.
> Durie Tangri LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> bookclaims@durietangri.com
>
> *Counsel for Google Inc.*

                                       /s/ Kristin H. Neuman