UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
The Authors Guild, Inc., Association of American        :
Publishers, Inc., Associational Plaintiffs, and         :
                                                        :
Herbert Mitgang, Betty Miles, Daniel Hoffman,           :   Case No. 05 CV 8136 (DC)
Paul Dickson, Joseph Goulden, The McGraw-Hill           :
Companies, Inc., Pearson Education, Inc., Penguin       :
Group (USA) Inc., Simon & Schuster, Inc., and           :   **MICROSOFT CORPORATION'S**
John Wiley & Sons, Inc., individually and on            :   **RULE 7.1 DISCLOSURE**
behalf of all others similarly situated,                :   **STATEMENT**
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :
                                                        :
Google Inc.,                                            :
                                                        :
        Defendant.                                      :
                                                        :
-------------------------------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Author and Publisher Sub-Class member Microsoft Corporation certifies that Microsoft Corporation is incorporated in Washington State, that it has no parent corporation, and that there is no publicly held corporation that owns 10% or more of its stock.

                                               Respectfully submitted,

Dated: September 8, 2009         **MICROSOFT CORPORATION**

                                        /s/ Thomas C. Rubin
                                        Thomas C. Rubin (TR8845)
                                        Chief Counsel for Intellectual Property Strategy
                                        Legal and Corporate Affairs
                                        One Microsoft Way
                                        Redmond, WA 98052
                                        (425) 882-8080
                                        tom.rubin@microsoft.com