UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Google, Inc.,<br><br>                 Defendants. | Case No. 05 CV 8136-DC (ECF) |

**NOTICE OF FILING OF OBJECTIONS TO PROPOSED SETTLEMENT BY HACHETTE LIVRE, S.A., LIBRARIE ARTHÈME FAYARD, S.A., DUNOD EDITEUR, S.A., LES EDITIONS HATIER, S.N.C., EDITIONS, LAROUSSE, S.A.S., EDITORIAL SALVAT, S.L., GRUPO ANAYA, S.A., ALGAIDA EDITORES, S.A., ALIANZA EDITORIAL, S.A., EDICIONS XERAIS DE GALICIA, S.A., EDITORIAL BARCANOVA, S.A., LAROUSSE EDITORIAL, S.L., GRUPO EDITORIAL BRUÑO, S.L., EDELSA GRUPO DIDASCALIA, S.A., AND HACHETTE U.K. LIMITED**

      PLEASE TAKE NOTICE that Class Members Hachette Livre, S.A., Librarie Arthème Fayard, S.A., Dunod Editeur, S.A., Les Editions Hatier, S.N.C., Editions Larousse, S.A.S., Editorial Salvat, S.L., Grupo Anaya, S.A., Algaida Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial Barcanova, S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia, S.A., and Hachette U.K. Limited (the "Objectors") filed their objections to the Proposed Settlement in this action. (Copies of these objections are attached hereto as Exhibits 1-10.) Based on these objections, the Court should not approve the Proposed Settlement.

      The Objectors respectfully request the right to be heard at the Fairness Hearing on October 7, 2009.

-2-

Dated: New York, New York     Respectfully Submitted,
      September 8, 2009

/s/ Robert C. Micheletto

**JONES DAY**
Robert C. Micheletto (RM-3258)
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Members Hachette Livre, S.A., Librarie Arthème Fayard, S.A., Dunod Editeur, S.A., Les Editions Hatier, S.N.C., Editions Larousse, S.A.S., Editorial Salvat, S.L., Grupo Anaya, S.A., Algaida Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial Barcanova, S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia, S.A., and Hachette UK Limited*

## CERTIFICATE OF SERVICE

      The foregoing NOTICE OF FILING was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

                                        /s/ Robert C. Micheletto