# EXHIBIT 10



Office of the Clerk
J Michael McMahon
US District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
USA

*Via Fax (+1 212 805 7906), UPS & Hand Delivered*

***To the attention of the Honorable Denny Chin***

**Re: The Authors Guild Inc, Association of American Publishers, Inc. v. Google (Case No. 05 CV 8136 JES) – Objections of Hachette UK LIMITED to Proposed Class Settlement**

September 3rd, 2009

Dear Judge Chin:

1. I, Arnaud Nourry, signatory of this letter, am a citizen of France and Director of Hachette UK Limited, dully empowered.

2. Hachette UK LIMITED, having its registered office and principal place of business in Paris, France, objects, to the settlement agreement proposed in the above-captioned matter (The "Proposed Settlement").

3. Hachette UK LIMITED (**"Hachette UK"**), is a UK book publisher focused on international fiction and non-fiction literature Hachette UK publishes also children's books and educational ones. Hachette UK is a subsidiary of Hachette Livre SA, the parent company of a multinational group having many European publishing subsidiaries As a parent company, Hachette Livre SA is filing objections to the Proposed Settlement

4. Hachette UK has not opted-out and is thus a member of the Publisher Sub-Class

5. The present document constitutes a **Rider to Objections of Hachette Livre SA to Proposed Class Settlement ('the Settlement') dated 2nd September**

   and

concerning The Authors Guild Inc, Association of American Publishers, Inc v Google (Case No 05CV 8136 JFV)

Further to the document referred to above Hachette UK fully endorses the general commercial and legal arguments put forward in opposition to the Settlement Except that specific references to French law as set out by way of example at paragraphs 32 and 33 should be substituted with the relevant provisions of the Copyright Designs and Patents Act 1988 and subsequent amendments

## CONCLUSION

For each of the foregoing reasons, Hachette UK respectfully requests that this Court reject the Proposed Settlement and/or decline to certify the class with regard to non-US Rightsholders

Respectfully submitted,

Arnaud Nourry
Director, Hachette UK LIMITED
Done in 4 original copies

COPY TO:

Counsel for the Author Sub-Class

Michael J Boni, Esq
Joanne Zack, Esq
Joshua Snyder, Esq
Boni & Zack LLC
15 St Asaphs Road
Bala Cynwyd, PA 19004
United States of America
bookclaims@bonizack.com

Counsel for the Publisher Sub-Class

Jeffrey P Cunard, Esq
Bruce P Keller, Esq
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
United States of America
bookclaims@debevoise.com

Counsel for Google

Daralyn J Durie, Esq
Joseph C Gratz, Esq
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
United States of America
bookclaims@durietangri.com
bookclaims@kvn.com