UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., *et al*., ) | Case No.: 05 CV 8136-DC |
| ) | |
| Plaintiffs, ) | |
| ) | **RULE 7.1 STATEMENT FOR CANADIAN** |
| v. ) | **STANDARDS ASSOCIATION** |
| ) | |
| Google, Inc., ) | |
| ) | *Filed Electronically* |
| Defendant. ) | |
| ) | |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedures and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Canadian Standards Association ("CSA") certifies that CSA does not have a corporate parent. Moreover, CSA a non-share capital entity and accordingly, no entity owns 10% or more of CSA's stock.

Date: September 8, 2009

Respectfully submitted,

/s/ Kristin H. Neuman

**PROSKAUER ROSE LLP**
Kristin H. Neuman (KN-2122)
1585 Broadway
New York, New York 10036-8299
(212) 969-3385
kneuman@proskauer.com

- and -

**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
Mark E. Avsec (Ohio Bar Reg. No. 0064472)
(*pro hac vice to be submitted*)
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:   (216) 363-4500
mavsec@beneschlaw.com

*Attorneys for Canadian Standards Association*

# CERTIFICATE OF SERVICE

I, Kristin H. Neuman, hereby certify that on this 8th day of September 2009, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing Rule 7.1 Statement for Canadian Standards Association on the following individuals:

> Michael J. Boni, Esq.
> Joanne Zack, Esq.
> Joshua Snyder, Esq.
> Boni & Zack LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> bookclaims@bonizack.com
>
> *Counsel for the Author Sub-Class*
>
> Jeffrey P. Cunard, Esq.
> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> bookclaims@debevoise.com
>
> *Counsel for the Publisher Sub-Class*
>
> Daralyn J. Durie, Esq.
> Joseph C. Gratz, Esq.
> Durie Tangri LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> bookclaims@durietangri.com
>
> *Counsel for Google Inc.*

/s/ Kristin H. Neuman