# Exhibit A

| OBJECTOR | DESCRIPTION AND RECENT WORKS |
|---|---|
| Elliot Abrams | Fellow at the Council on Foreign Relations and former Assistant Secretary of State in the Reagan administration. His books include *Undue Process: A Story Of How Political Differences Are Turned Into Crimes* (Free Press, 1992), *Security And Sacrifice: Isolation, Intervention, And American Foreign Policy* (Hudson Institute, 1995), *Faith Or Fear: How Jews Can Survive In Christian America* (Free Press, 1997) |
| Charlotte Allen | Freelance journalist (The Weekly Standard, The New Republic, Atlantic Monthly, New York Times, Washington Post, Wall Street Journal, Washington Monthly, Commentary, City Journal, Lingua Franca, and New York Observer) and author of *The Human Christ: The Search for the Historical Jesus* (Free Press, 1998) |
| American Society of Journalists and Authors | Professional association of independent nonfiction writers. Author and publisher of various works. |
| Dick Armey | Former congressman in high leadership positions; author of *The Flat Tax: A Citizen's Guide To The Facts On What It Will Do For You, Your Country, And Your Pocketbook by Dick Armey* (Ballantine, 1996) and *Armey's Axioms: 40 Hard-Earned Truths from Politics, Faith, and Life* (John Wiley, 2003). |
| Jacques Barzun | Born in 1907, Jacques Barzun grew up in Paris, where his parents' house was a center of the new movements in the arts, and Grenoble. His earliest friends included the poet Apollinaire, who taught him how to read time on his watch, and Marie Laurencein, who made his portrait, among visitors such as the Cubist painters Gleizes and Duchamp, the musician Varése, and foreigners like Richard Aldington and Stefan Zweig. His early education was taken at the Lycée Janson de Sailly, after which he experienced life behind the lines in the First World War. After visiting the United States on a diplomatic mission, in 1920 his father enrolled him at Columbia University, where Jacques's upbringing in the arts led him to the study of cultural history, a new field at the time. After graduation he became lecturer and, in 1937, professor. In 1955 he was named Dean of the Graduate Faculties and in 1958 Dean of Faculties, Provost, and Seth Low Professor of History, with a concurrent appointment as Extraordinary Fellow of Churchill College at the University of Cambridge. He resigned from administrative work in 1967 to teach, then, in 1975, retired early to turn to writing and lecturing exclusively, but soon accepted a consulting editorship at Scribner's and membership on the editorial board for Encyclopaedia Britannica, at both of which he served for the next 18 years. *From Dawn To Decadence: 500 Years of Western Cultural Life* was published by HarperCollins in 2000 and HarperPerennial in 2001 and is the summa of his study and reflection in cultural history. About half of his forty-two books, authored, edited, or translated, are still in print, including: *A Stroll With William James* (1983); *Classic, Romantic, And Modern* (1961); *The Modern Researcher* (with Henry F. Graff; 1957; 1962; 2nd ed. 1970; 3rd ed. 1977; 4th ed. 1985; it has sold more than one million copies); *Berlioz And The Romantic Century* (1950; 3rd ed. 1969); *Darwin, Marx, Wagner* (1941; 1958); *Simple* |

|   |   |
|---|---|
|   | *And Direct: A Rhetoric For Writers* (1975; 1984; 1994); *Teacher In America* (1945; 1954; 1971); and *A Catalog Of Crime* (with Wendell H. Taylor; 1971). Mr Barzun was awarded the Gold Medal for belles lettres and criticism by the American Academy of Arts and Letters as well as a "lifetime service to the crime fiction genre" award from the Mystery Writers of America. He is a member of the Académie Delphinale in Grenoble and a Fellow of the Royal Society of Arts and of the Royal Society of Literature. He belongs to the Society of American Historians, the American Philosophical Society, the American Academy of Arts and Sciences, and the American Academy of Arts and Letters, of which he was twice president. Other titles: *Samplings and Chronicles: Being the Continuation of the Philolexian Society History, with Literary Selections From 1912 to 1927* (editor) (Philolexian Society, 1927); *The French Race: Theories of Its Origins and Their Social and Political Implications* (P.S. King & Son, 1932); *Race: A Study in Modern Superstition* (1937, Methuen, 1965); *Of Human Freedom* (1939) (Greenwood Press, 1977); *Romanticism and the Modern Ego* (1943); *Pleasures of Music* (1951); *God's Country and Mine* (1954); *Music in American Life* (1956); *The Energies of Art* (1956); *The House of Intellect* (1959); *Classic, Romantic and Modern* (1961); *The Delights of Detection* (1961); *Science: The Glorious Entertainment* (1964); *The American University: How It Runs, Where It Is Going* (1968); *On Writing, Editing, and Publishing* (1971); *Clio and the Doctors* (1974); *The Use and Abuse of Art* (1974); *Critical Questions* (1982); *A Word or Two Before You Go: Brief Essays on Language* (1986); *The Culture We Deserve* (1989); *An Essay on French Verse for Readers of English Poetry* (1991); *Begin Here: The Forgotten Conditions of Teaching and Learning* (1991). |
| Nicholas A. Basbanes | Former book review editor of the Worcester Sunday Telegram, writer Nick Basbanes has written for numerous publications. A member of the National Book Critics Circle, he lives in Massachusetts with his library of about 15,000 volumes. He is the author of: *A Gentle Madness: Bibliophiles, Bibliomanes, And The Eternal Passion For Books* (Owl Books, 1999); *A Splendor Of Letters: The Permanence Of Books In An Impermanent World* (Perennial, 2004), *Among The Gently Mad: Strategies And Perspectives For The Book Hunter In The Twenty First Century* (Owl Books, 2003), *Every Book Its Reader: The Power Of The Written Word To Stir The World* (HarperCollins, 2005), *Patience And Fortitude: Wherein A Colorful Cast Of Determined Book Collectors, Dealers, And Librarians Go About The Quixotic Task Of Preserving A Legacy* (Perennial, 2003), and *On Paper* (Knopf, 2009) |
| Stephen Bates | Stephen Bates, a professor of law at University of Nevada at Las Vegas, contributing editor of the Wilson Quarterly, and a freelance writer for many periodicals, is the author of *If No News, Send Rumors: Anecdotes of American Journalism* (1974, 1991); *The Media And Congress* (1985); *The Spot: The Rise Of Political Advertising On Television* (with Edwin Diamond, 1984, 3rd edition, 1992); and *Battleground: One Mother's Crusade, the Religious Right, and the Struggle for Control of Our Classrooms* (Henry Holt & Co., 1994) as |

| | |
|---|---|
| | well as the Washington Post's Number One Best Book of 1998, the "wry and understated" *Starr Report*, which by virtue of its provenance, is in the public domain. |
| Shawn J. Bayern | Assistant Professor of Law at Florida State University and former 10th Circuit clerk, the author of two books about computer programming and many articles and op eds about law; also created the Central Authentication Service (CAS), a framework for computer security that has been adopted by many universities, including FSU. *Web Development With Javaserver Pages* (with Duane K. Fields, Mark A. Kolb) (O'Reilly, 2001, 2d ed. 2002), *JSTL In Action* (O'Reilly, 2002). |
| Jack Beerman | Professor of Federal Jurisdiction and Administrative Law at Boston University. Author of *Administrative Law* (2nd edition, Emanuel's Law Outline 2006) and *Crunchtime: Lifesaving Help in the Final Days Before Your Exam* (Aspen, 2006). |
| Michael Behe | Professor of Biochemistry at Lehigh University, contributor to many scientific journals, including the *Journal of Molecular Biology* and *Biochemistry*, honored by The National Institute of Health, the American Cancer Society and recipient of a Queens College Faculty in Residence Award and National Research Service Awards Fellowships. Behe is the author of the bestseller, *Darwin's Black Box: The Biochemical Challenge to Evolution* (Free Press, 1998) and *The Edge Of Evolution* (The Free Press, 2007). |
| Harold Bloom | Harold Bloom is Sterling Professor of the Humanities at Yale University, where he has taught for almost fifty years. He is a past Charles Eliot Norton Professor at Harvard University and Berg Professor of English at New York University. He is author of: *Shelley's Mythmaking* (1959), *The Visionary Company* (1961), *Blake's Apocalypse* (1963), *Commentary on David V. Erdman's Edition of the Poetry and Prose of William Blake* (1965), *Yeats* (1970), *The Ringers in the Tower: Studies in Romantic Tradition* (1971), *The Anxiety Of Influence* (1973), *A Map Of Misreading* (1975), *Kabbalah and Criticism* (1975), *Figures of Capable Imagination* (1976), *Poetry and Repression* (1976), *Wallace Stevens: The Poems of Our Climate* (1977), *The Flight to Lucifer: A Gnostic Fantasy* (1979), *The Breaking of the Vessels* (1982), *Agon: Towards a Theory of Revisionism* (1982), *The Strong Light of the Canonical* (1987), *Poetics of Influence* (1988), *Ruin the Sacred Truths* (1989), *The Book Of J* (1990), *The American Religion: The Emergence of the Post-Christian Nation* (1992, 2007), *The Western Canon: The Books and School of the Ages* (Riverhead, 1994), *Omens Of Millennium: The Gnosis of Angels, Dreams and Resurrection* (Riverhead, 1996), *Shakespeare: The Invention of the Human* (Riverhead, 1999), *How To Read And Why* (Scribner, 2000), *Genius: A Mosaic of 100 Exemplary Creative Minds* (Warner, 2002), *Hamlet: Poem Unlimited* (Penguin, 2003), *Where Shall Wisdom Be Found?* (Riverhead, 2004), and *Jesus And Yahweh: The Names Divine* (Riverhead, 2005). Bloom has edited the anthologies, *The Best Poems of the English Language* (2004), *Stories And Poems For Extremely Intelligent Children Of All Ages* (Scribner, 2002), and *Till I End My Song: An Anthology of Last Poems* (forthcoming), as well as his Chelsea House edited series on literary |

|  | |
|---|---|
|  | criticism. A new original work, *The Living Labyrinth* is forthcoming. Bloom is a member of the American Academy of Arts and Letters, and in 1999 was awarded their highest honor, the Gold Medal for belles lettres and criticism. Other awards and honors include, in 2003, Mexico's Premio Internacional Alfonso Reyes Prize (previous recipients: Octavio Paz, Andre Malraux, Jorge Luis Borges and Carlos Fuentes) and in 2002, the Catalonia International Prize, given to "individuals whose creative work has contributed decisively to promoting cultural, scientific and human values throughout the world." (previous recipients: Jacques-Yves Cousteau, Mstislav Rostropovitch, and Václav Havel.) He has also won a MacArthur Prize Fellowship and Phi Beta Kappa's 1989 Christian Gauss Award for an outstanding work of literary scholarship or criticism. |
| Michael Cox | W. Michael Cox is director of the William J. O'Neil Center for Global Markets and Freedom, at Southern Methodist University's Cox School of Business, and former chief economist at the Federal Reserve Bank in Dallas. He is the author of *Myths of Rich and Poor: Why We're Better Off Than We Think* (Basic, 2000) |
| Douglas Crase | American poet, essayist and critic. He is the author of the poetry collections *The Revisionist* (Little, Brown, 1981), nominated for a National Book Critics Circle Award and an American Book Award, and *Amerfil.txt: A Commonplace Book* (University of Michigan, 1997), and the moving tale of two midcentury New York City bohemian botanists, artists, and collectors, Dwight Ripley and Rupert Barnaby, *Both: A Portrait In Two Parts* (Pantheon, 2004). |
| Frank Gonzalez-Crussi | Formerly Head of Laboratories at Chicago's Children's Memorial Hospital and Professor of Pathology at Northwestern Medical School, Frank Gonzalez-Crussi is the author of ten books, including *Carrying the Heart: Exploring the Worlds Within Us* (Kaplan, 2009), *A Short History of Medicine* (Random House, 2007), *Notes Of An Anatomist* (Harcourt, 1985), *Three Forms Of Sudden Death, On Being Born: And Other Difficulties* (Overlook, 2004), *On The Nature Of Things Erotic* (Harcourt, 1988), *The Five Senses* (Harcourt Brace & Jovanovich, 1989), *The Day Of The Dead: And Other Mortal Reflections* (Houghton Mifflin, 1993), *Suspended Animation: Six Essays on the Preservation of Bodily Parts* (Harcourt, 1995), *On Seeing: Things Seen, Unseen, and Obscene* (Overlook, 2006), and *There Is A World Elsewhere: Autobiographical Pages* (Riverhead, 1998). He has been praised by Booklist as "one of the best contemporary physician-authors" and as "an author without peer in our time." |
| Midge Decter | Is an editor, and essayist and the author of *An Old Wives' Tale: My Seven Decades in Love and War* (HarperCollins/Regan, 2002), *Rumsfeld: A Personal Portrait* (HarperCollins/Regan, 2004), *The Liberated Woman And Other Americans* (Coward, McCann & Geoghegan, 1971), *The New Chastity and Other Arguments Against Women's Liberation* (Coward, McCann & Geoghegan, 1972, Perigee, 1974), *and Liberal Parents, Radical Children* (Coward, McCann & Geoghegan, 1975). |
| John Derbyshire | Widely published journalist, novelist, and biographer of ideas. Author of: |

|  | *Seeing Calvin Coolidge in a Dream* (St. Martins, 1996) *Prime Obsession: An Account of the Rieman Hypothesis* (John Henry 2003, Plume 2004), *Unknown Quantity: A Real And Imaginary History of Algebra* (John Henry 2006, Plume, 2007). |
|---|---|
| The Estate of Thomas M. Disch | Poet, novelist, essayist, science fiction writer, recipient of a Hugo award and many other major awards and nominations, inducted into the American Academy of Arts and Letters in 1999. Author of, among others: *334* (Vintage, 1999), *Camp Concentration* (1968; Vintage, 1999), *The Genocides* (1965, Vintage, 2000), *The Puppies of Terra* (originally published as *Mankind Under the Leash*, 1966), *The House That Fear Built* (with John Sladek, collaborating as Cassandra Knye) (1966), *Echo Round His Bones* (1967), *Black Alice* (with John Sladek, collaborating as Thom Demijohn), 1968, *The Prisoner* (1969), *Alfred the Great* (as Victor Hastings) (1969), *Clara Reeve* (as Leonie Hargrave) (1975), *On Wings of Song* (1979), *Neighboring Lives* (with Charles Naylor) (1981), *The Dreams Our Stuff Is Made Of: How Science Fiction Conquered the World* (The Free Press, 2000), *The Businessman: A Tale of Terror* (Knopf, 1984), *The M.D.: A Horror Story* (Harper & Row, 1991), *The Priest: A Gothic Romance* (Knopf, 1994), *The Sub: A Study in Witchcraft* (Knopf, 1999), *The Brave Little Toaster: A Bedtime Story for Small Appliances* (magazine publication 1980, book publication 1986). *The Tale of Dan De Lion*, 1986, *The Brave Little Toaster Goes to Mars*, 1988, *On SF* (University of Michigan Press, 2005), *A Child's Garden Of Grammar* (University of Michigan Press, 2002), *The Castle of Indolence: On Poetry, Poets, and Poetasters* (1994), *The Castle of Perseverance: Job Opportunities in Contemporary Poetry* (2002), Torturing Mr. Amberwell, 1985, *The Silver Pillow: A Tale of Witchcraft* (1988), *The Voyage of the Proteus: An Eyewitness Account of the End of the World* (2007), *The Proteus Sails Again: Further Adventures at the End of the World* (2008), *The Word of God* (2008), Story collections: *One Hundred and Two H-Bombs* (1966 UK, rev., 1971 US), *Fun with Your New Head* (1971 US, original title, *Under Compulsion*, 1968 UK), *White Fang Goes Dingo and Other Funny SF Stories* (1971 UK), *Getting into Death*, 1973 UK, *Getting into Death and Other Stories* (1976 US), *Fundamental Disch*, (1980), *The Man Who Had No Idea* (1982), *The Wall of America* (2008). Edited anthologies: The Ruins of Earth: An Anthology of Stories of the Immediate Future, 1971, Bad Moon Rising: An Anthology of Political Forebodings, 1973, The New Improved Sun: An Anthology of Utopian Fiction, 1975, New Constellations: An Anthology of Tomorrow's Mythologies, 1976 (with Charles Naylor), Strangeness: A Collection of Curious Tales, 1977 (with Charles Naylor). Poetry collections: *Highway Sandwiches* (with Charles Platt and Marilyn Hacker) (1970), *The Right Way to Figure Plumbing* (1972), *ABCDEFG HIJKLM NPOQRST UVWXYZ* (1981), *Burn This* (1982), *Orders of the Retina* (1982), *Here I Am, There You Are, Where Were We* (1984), *Yes, Let's: New and Selected Poems* (1989), *Dark Verses and Light* (1991), *Haikus of an AmPart* (1991), *The Dark Old House, About The Size Of It: Poems* (Anvil Press, 2007), *Winter Journey* (forthcoming) |

| | |
|---|---|
| Gerald Early | Essayist, critic, and English and African American studies professor Gerald Early teaches at Washington University in St. Louis. He is the recipient of numerous prestigious awards and prizes and is a fellow of the American Academy of Arts and Sciences. Early is the author of *The Culture of Bruising: Essays on Prizefighting, Literature, and Modern American Culture*, which won the 1994 National Book Critics Circle Award for criticism; the essay collection, *Tuxedo Junction: Essays on American Culture* (1989); *One Nation Under a Groove: Motown & American Culture* (1994) and *Daughters: On Family and Fatherhood* (1995), which was a semifinalist for the National Book Critics Circle Award in 1995. He has edited: *This Is Where I Came In: Black America in the 1960s* (2003); *The Sammy Davis, Jr. Reader* (2001); *Miles Davis and American Culture* (2001); *The Muhammad Ali Reader* (1998); *Body Language: Writers on Sport* (1998); and *Ain't But a Place: An Anthology of African American Writings About St. Louis* (1998). As anthologist he has edited *Best African American Essays 2009*: Guest Editor, Debra J. Dickerson (2009), *Best African American Fiction 2009*: Guest Editor, E. Lynn Harris (2009), *My Soul's High Song: The Collected Writings of Countee Cullen*; two volumes of *Speech and Power: The African-American Essay in Its Cultural Content*, and *Lure and Loathing: Essays on Race, Identity and the Ambivalence of Assimilation* (Penguin, 1993), named the "Outstanding Book" on human rights in North America by The Gustavus Meyer Center.  Mr. Early's work is included in anthologies such as *The Best Essays of 1986* edited by Elizabeth Hardwick, and other volumes in that series. Early has also been nominated twice for a Grammy Award in the Best Album Notes category (for Yes I Can! The Sammy Davis Jr. Story (2000) and Rhapsodies in Black: Music and Words From the Harlem Renaissance (2001)). Early commentates regularly on National Public Radio's "Fresh Air" and has served as a consultant on Ken Burns' documentary films on baseball and jazz. |
| Mel Eisenberg | Mr. Eisenberg is the Koret Professor of Law at the University of California at Berkeley.  His books include: *Basic Contract Law* (with L. Fuller) (West Publishers, 8th ed. 2006); *Corporations and Other Business Organizations* (Foundation Press, 9th ed. 2005); *An Introduction to Agency, Partnerships, and LLCs* (Foundation Press, 5th ed. 2006); *The Nature of the Common Law* (Harvard University Press 1988), *The Structure of the Corporation* (Little, Brown 1976), and a definitive work on contracts forthcoming from Oxford University Press.  Mr. Eisenberg's articles have been widely anthologized.  He has held the Justice R. Ammi Cutter Chair at the American Law Institute, was Chief Reporter in 1992 to the ALI Principles of Corporate Governance: Analysis and Recommendations to the Restatement 3rd of Agency from 1997-2005, and the Restatement 2d of Restitution from 1998 to the present, and he is a member and consultant to the ABA Committee on Corporate Laws. He is the winner of a Coif Triennial Book Award Honorable Mention for The Structure of The Corporation and has received numerous teaching awards and professional honors.  A summa of both Columbia College and Harvard Law, and holds honorary LLD's from the Universities of Milan and Cologne. |

| | |
|---|---|
| Richard A. Epstein | Mr. Epstein is the James Parker Hall Distinguished Service Professor of Law at the University of Chicago, where he has taught since 1972. He has also been the Peter and Kirstin Bedford Senior Fellow at the Hoover Institution since 2000. His books include *Antitrust Decrees in Theory and Practice: Why Less Is More* (AEI 2007); *Overdose: How Excessive Government Regulation Stifles Pharmaceutical Innovation* (Yale University Press 2006); *How Progressives Rewrote the Constitution* (Cato 2006). *Cases and Materials on Torts* (Aspen Law & Business; 8th ed. 2004); *Skepticism and Freedom: A Modern Case for Classical Liberalism* (University of Chicago 2003): *Cases and Materials on Torts* (Aspen Law & Business; 7th ed. 2000); *Torts* (Aspen Law & Business 1999); *Principles for a Free Society: Reconciling Individual Liberty with the Common Good* (Perseus Books 1998): *Mortal Peril: Our Inalienable Rights to Health Care* (Addison-Wesley 1997); *Simple Rules for a Complex World* (Harvard 1995); *Bargaining with the State* (Princeton, 1993); *Forbidden Grounds: The Case against Employment Discrimination Laws* (Harvard 1992); *Takings: Private Property and the Power of Eminent Domain* (Harvard 1985); and *Modern Products Liability Law* (Greenwood Press 1980) and a work on the historical sweep of constitutional law forthcoming from Basic Books. |
| Henry Fetter | A Los Angeles attorney, Mr. Fetter is the author of *Taking on the Yankees: Winning and Losing in the Business of Baseball* (W.W. Norton, 2005) |
| David D. Friedman | Professor at Santa Clara University and contributing editor to Liberty magazine, Mr. Friedman is the author of a textbook on price theory and the books: *The Machinery of Freedom* (1973, 1978, Open Court ed., 1989), *Hidden Order: The Economics of Everyday Life* (HarperBusiness, 1997), *Future Imperfect: Technology and Freedom in an Imperfect World* (2005, Cambridge ed., 2008), a fantasy novel, *Harald* (Baen Books, 2006), and a handful of self-published books on things medieval. |
| David Gelernter | David Gelernter is a Yale professor of computer science, chief scientist at Mirror Worlds Technologies, a contributing editor to The Weekly Standard, and a member of the National Council of the Arts who writes widely on art, culture, politics, and Jewish thought. He has authored eight books on topics ranging from poetry and artificial intelligence to aesthetics, technology, and computer science. Among his book titles are: *Mirror Worlds* (1992), *The Muse in the Machine* (1994), *1939: The Lost World of the Fair* (Free Press, 1995), *Drawing Life: Surviving the Unabomber* (1997), *Machine Beauty* (1998), and *Americanism: The Fourth Great Western Religion* (Doubleday, 2007). *Judaism: A Way of Being* is forthcoming. |
| Gabrielle Glaser | Former reporter for the AP, the New York Times, the Portland Oregonian, and NPR (Warsaw correspondent), Ms. Glaser is the author of: *Strangers To The Tribe: Portraits Of Interfaith Marriage* (Houghton Mifflin, 1997) and *The Nose : A Profile Of Sex, Beauty And Survival* by Gabrielle Glaser (Washington Square Press, 2003). |
| Mary Ann Glendon | Learned Hand Professor of Law at Harvard Law School; former United States Ambassador to the Holy See. Glendon writes and teaches on bioethics, comparative law, constitutional law, legal theory, and human rights. She is the |

| | |
|---|---|
| | author of *Abortion and Divorce in Western Law* (Harvard, 1987), *The Transformation of Family Law* (University of Chicago Press, 1989), *Rights Talk: The Impoverishment of Political Discourse* (Free Press, 1993), *A Nation Under Lawyers: How The Crisis In The Legal Profession Is Transforming American Society* (Harvard University Press, 1996), and *A World Made New: Eleanor Roosevelt And The Universal Declaration Of Human Rights* (Random House, 2002). |
| Victor Davis Hanson | Victor Davis Hanson is Martin and Illie Anderson Senior Fellow in Residence in Classics and Military History at the Hoover Institution, Stanford University; professor of Classics Emeritus at California State University, Fresno; and the Wayne & Marcia Buske Distinguished Fellow in History at Hillsdale College, where he teaches military history and classical culture. A nationally syndicated columnist for Tribune Media Services, he received the National Humanities Medal in 2007, the Bradley Prize in 2008, and many other awards, prizes and fellowships. A fifth generation family farmer, from 1980-1984 Hanson farmed full time before initiating the classical languages program at CSU Fresno in 1984. Among his books are: *An Autumn Of War: What America Learned From September 11 And The War On Terrorism* (Anchor Books, 2002); *Between War And Peace: Lessons From Afghanistan To Iraq* (Random House, 2004); *Carnage And Culture: Landmark Battles In The Rise Of Western Power* (Anchor Books, 2002); *Fields Without Dreams: Defending The Agrarian Idea* (The Free Press, 1997); *Mexifornia: A State Of Becoming by Victor Davis Hanson* (Encounter Books, 2003); *Ripples Of Battle: How Wars Of The Past Still Determine How We Fight, How We Live, And How We Think* (Anchor Books, 2004); *The Land Was Everything: Letters From An American Farmer by Victor Davis Hanson* (The Free Press, 2000); *The Other Greeks: The Family Farm And The Agrarian Roots Of Civilization* (The Free Press; University of California Press, 1996); *The Soul Of Battle: From Ancient Times To The Present Day, How Three Great Liberators Vanquished Tyranny* (Anchor Books, 2001); *A War Like No Other: How The Athenians And Spartans Fought The Peloponnesian War* by Victor Davis Hanson (Random House, 2005); *Who Killed Homer? : Greek Wisdom And The Abandonment Of Classical Learning* (Free Press, 1998; Encounter, 2001); *Warfare and Agriculture in Classical Greece* (1983; University of California Press, 1998); *The Western Way of War* (Knopf, 1989; University of California Press, 2000); *Hoplites: The Ancient Greek Battle Experience* (Routledge, 1991, 1992) |
| Robert Herbold | Ex-COO of Microsoft; author of *The Fiefdom Syndrome: The Turf Battles that Undermine Careers and Companies and How to Overcome Them* (Doubleday, 1004); *Seduced by Success: How the Best Companies Survive the 9 Traps of Winning* (McGraw Hill, 2004). |
| Arthur Herman | Bestselling historian, author of *How the Scots Invented the Modern World*; *Gandhi and Churchill* (Crown, 2001)*: The Epic Rivalry that Destroyed an Empire and Forged Our Age*; *To Rule The Waves: How The British Navy Changed The Modern World* (HarperCollins, 2004); *Joseph McCarthy: Re-Examining The Life And Legacy Of America's Most Hated Senator* (The Free |

| | |
|---|---|
| | Press, 1999); *The Idea Of Decline In Western History* (The Free Press, 1997); |
| Charles Hill | Former high level State Dept official who began his career in the foreign service and now teaches international politics and grand strategy at Yale. He is collaborator with Boutros Boutros-Ghali of *Unvanquished, A U.S.-U.N. Saga* (Random House, 1999, pb.ed, 2000) and *Egypt's Road To Jerusalem* (Random House, 1997) and is editor of the three-volume *Papers of U.N. Secretary-General Boutros-Ghali* (Yale University Press, 2003). He is author of the forthcoming *Strategic Fictions: World Order in Literary Light* (Yale University Press, 2010) |
| Manuela Hoelterhoff | Pulitzer Prize winning journalist at the Wall Street Journal and author of: *Cinderella & Company: Backstage At The Opera With Cecilia Bartoli* (Vintage, 1999); *Hitler's Summer Seasons* (forthcoming, Knopf, 2010). |
| Richard Howard | Columbia University Professor, translator, poet, essayist, and anthologist. Latest books: *Paper Trail: Selected Prose 1965-2003* (Farrar, Straus & Giroux, 2003). *Inner Voices: Selected Poems, 1963-2003* (Farrar, Straus & Giroux, 2003) Educated at Columbia University and the Sorbonne, Richard Howard's eleven volumes of poetry include *Trappings: New Poems* (Turtle Point Press, 1999); *Like Most Revelations: New Poems* (1994); *Selected Poems* (1991); *No Traveller* (1989); *Findings* (1971); *Untitled Subjects* (1969), for which he received the Pulitzer Prize; and *Quantities* (1962). He has published more than 150 translations from the French, including works by Gide, Giraudoux, Cocteau, Camus, De Beauvoir, De Gaulle, Breton, Robbe-Grillet, Barthes, Cioran, Claude Simon, Stendhal, and Baudelaire's *Les Fleurs du mal*, for which he received the 1983 American Book Award for translation. He is also the author of *Alone With America: Essays on the Art of Poetry* in the United States since 1950. In 1994 he edited the Library of America edition of the *Travel Writings Of Henry James*, and 1995's edition of *The Best American Poetry*. |
| Eric Jager | Eric Jager is Professor of English at UCLA, where he teaches medieval literature. He is the author of *The Last Duel: A True Story of Crime, Scandal, and Trial by Combat in Medieval France* (Broadway Books, 2004) (soon to be a major motion picture from Paramount and Martin Scorsese); *The Tempter's Voice: Language and the Fall in Medieval Literature* (Cornell, 1993) and *The Book Of The Heart* (University of Chicago Press, 2000). |
| Ishmael Jones | Undercover ex-CIA agent. Author of *The Human Factor* (Encounter, 2008) |
| Donald Kagan | Donald Kagan is Sterling Professor of Classics and History at Yale University, where he has taught for more than thirty years, and where he was Dean from 1989 to 1992. He is the author of the four-volume Cornell *History Of The Peloponnesian War* (Cornell University Press, 1969-1992) and the one-volume *The Peloponnesian War* (Viking, 2003); *Thucydides: The Reinvention of History* (Viking Penguin, 2009); *Pericles of Athens and the Birth of Democracy* (Free Press, 1991); *On The Origins Of War And The Preservation Of Peace* (Anchor Books, 1996) and *WHILE AMERICA SLEEPS: Self-Delusion, Military Weakness, and the Threat to Peace* (with Frederick Kagan) (St. Martin's Press/Griffin, 2001). He was awarded a National Humanities Medal in 2002, and in 2005 delivered the 34th Jefferson |

| | |
|---|---|
| | Lecture in the Humanities, the highest honor the federal government bestows for distinguished intellectual and public achievement in the humanities. |
| David Kuo | Former Special Assistant to the President in George W. Bush's White House; author of *Tempting Faith: An Inside Account of Political Seduction* (Free Press, 2006) and *Dotbomb: My Days and Nights at an Internet Goliath* (Little Brown 2001, Back Bay, 2003). |
| Michael Ledeen | International politics expert and author of twelve books including: *Accomplice To Evil: Iran and the War Against the West* (St. Martin's, 2009); *The Iranian Time Bomb: The Mullah Zealots' Quest for Destruction* (St. Martin's/Talley, 2007); *Machiavelli On Modern Leadership: Why Machiavelli's Iron Rules Are As Timely and Important Today As They Were Five Centuries Ago* (St. Martin's/Griffin, 2000); *Tocqueville On American Character: Why Tocqueville's Brilliant Exploration of the American Spirit Is As Vital and Important Today As It Was Nearly Two Hundred Years Ago* (St. Martin's/Griffin, 2001); *War Against The Terror Masters: Why It Happened. Where We Are Now. Why We'll Win* (St. Martin's/Griffin, 2003) |
| Susan Lee | Freelance journalist, NPR commentator, member of the Wall Street Journal's editorial board, and author of several books including *Susan Lee's ABZ's of Money and Finance* (Pocket, 1989); *Susan Lee's ABZ's of Economics* (Pocket, 1987); and *Hands Off: Why the Government Is a Menace to Economic Health* (Simon & Schuster, 1996). |
| Mary Lefkowitz | Wellesley College professor emerita of classics and author of many books including *Not Out of Africa* and, most recently, *History Lesson* (Yale, 2008). |
| David Lehman | Poet, teacher, series editor for *The Best American Poetry* series and editor of *The Oxford Book of American Poetry* among numerous other anthologies, most recently, *Best American Erotic Poems From 1800 to the Present* (Scribner, 2008); Mr. Lehman currently teaches at The New School in New York City. He is the author of many books including *Signs Of The Times: Deconstruction and the Fall of Paul de Man* (Poseidon Press, 1991); *The Last Avant-Garde: The Making of the New York School of Poets* (Anchor Books, 1999); *The Perfect Murder: A Study in Detection* (University of Michigan Press, 2001); and the just published *A Fine Romance: Jewish Songwriters, American Songs* (Schocken, 2009). |
| John Lehman | John Lehman served for six years as Secretary of the Navy during the Reagan administration, and was for twenty-five years a naval aviator in the selected reserves, where he saw active duty in Vietnam. He received his graduate degrees in law and international relations from Cambridge University and the University of Pennsylvania. He was a staff member to Henry Kissinger on the National Security Council, a delegate to the Force Reductions Negotiations in Vienna, and Deputy Director to the U.S. Arms Control and Disarmament Agency. He has written numerous books, including *Command Of The Seas* (Scribner's, 1988, 1989), *Making War: The 200-Year Old Battle Between the President and Congress over How America Goes to War* (Scribner's, 1992), *On Seas Of Glory: Heroic Men, Great Ships, and Epic Battles of the American Navy* (Free Press, 2002) |
| Howard Markel | Howard Markel, M.D., Ph.D. is a practicing pediatrician, medical educator, |

| | |
|---|---|
| | and historian of medicine at the University of Michigan, Ann Arbor. He holds the George E. Wantz, M.D. Professorship in the History of Medicine and is the Director of the Historical Center for Health Sciences. An expert in pediatrics and communicable diseases, he is a member of the Institute of Medicine of the National Academies of Sciences and has won numerous awards, fellowships, and honors, including the James Shannon Director's Award of the National Institutes of Health, the National Institutes of Health National Research Service Award, the Burroughs-Wellcome Fund 40th Anniversary History of Medicine Award, and an Inaugural Fellowship at the Center for Scholars and Writers of the New York Public Library. He is the author most recently of *When Germs Travel: Six Epidemics That Have Invaded America Since 1900 and the Fears They Have Unleashed* (Pantheon, 2004, Vintage, 2005), and the author of *The Portable Pediatrician* (with Frank A. Oski) (Hanley & Belfus, 1992); *The Practical Pediatrician: The A to Z Guide to Your Child's Health, Behavior and Safety* (with Frank A. Oski) (Freeman, 1996) (Winner of Child Magazine's Best Health Book of the Year; and *QUARANTINE!: East European Jewish Immigrants and the New York City Epidemics of 1892* (Johns Hopkins, 1997) (Arthur Viseltear Prize of the American Public Health Association for best book on the history of public health during the past five years). Forthcoming: *William And Sigmund: Two Brilliant Doctors, Cocaine Addiction, And The Struggle To Break Free* by Howard Markel, M.D. (Knopf, 2010). |
| Sherwin B. Nuland | Sherwin B. Nuland is Clinical Professor of Surgery at the Yale University School of Medicine and a Fellow at Yale's Institute for Social and Policy Studies and the recipient of many awards and prizes for his body of written work which includes contributions to The New Yorker, The American Scholar, The New York Review of Books, The New Republic, Time, and Discover magazines. He is the author of many books including, *Lost In America* (Knopf 2003, Vintage 2004); *The Mysteries Within* (S&S, 2000, Touchstone, 2001); *The Wisdom Of The Body* -or- *How We Live* (Knopf 1997, Vintage 1998), and *How We Die*, which won the 1994 National Book Award for Nonfiction (Knopf 1994, Vintage 1995), *The Uncertain Art: Thoughts on a Life in Medicine* (Random House, 2007); *The Art of Aging: A Doctor's Prescription for Well-being* (Random House, 2008); *The Soul of Medicine: Tales from the Bedside* (Kaplan, 2009); *The Face Of Mercy: A Photographic History Of Medicine At War*; *The Doctor's Plague: Germs, Childbed Fever, and the Strange Story of Ignac Semmelweis* (W.W. Norton, 2003); *Leonardo Da Vinci* (Penguin, 2004); *Maimonides* (Schocken, 2005); *Doctors: The Biography of Medicine* (Knopf, 1988, Vintage); and *The Origins Of Anesthesia* (Birmingham, Alabama: Classics of Medicine, 1983). |
| Steve Ozment | American historian of early modern and modern Germany, the European family, and the Protestant Reformation. His latest works are: *A Mighty Fortress: A New History Of The German People* (HarperCollins, 2005); *Flesh And Spirit: Private Life In Early Modern Germany* (Penguin, 2001); *Protestants: The Birth Of A Revolution* (Doubleday, 1993); *The Burgermeister's Daughter: Scandal In A Sixteenth-Century German Town* |

| | |
|---|---|
| | (HarperPerennial, 1997) |
| Norman Podhoretz | Norman Podhoretz was editor-in-chief of Commentary for 35 years and is now editor-at-large at Commentary and senior fellow of the Hudson Institute. He has published hundreds of articles on a wide range of subjects in most major magazines and newspapers. His many books range from literary criticism to autobiography to American foreign policy. They include: *Making It* (Random House, 1967), *Breaking Ranks* (Harper & Row, 1979), *Doings And Undoings: The Fifties and After In American Writing* (FSG, 1965), *Ex-Friends: Falling Out With Allen Ginsberg, Lionel And Diana Trilling, Lillian Hellman, Hannah Arendt And Norman Mailer* (Free Press, 1999, Encounter, 2000), *My Love Affair With America: The Cautionary Tale Of A Cheerful Conservative* (The Free Press, 2000); *The Norman Podhoretz Reader: A Selection Of His Writings From The 1950s Through The 1990s* (The Free Press, 2004); *The Prophets: Who They Were, What They Are by Norman Podhoretz* (The Free Press, 2002);*World War IV: The Long Struggle Against Islamofascism by Norman Podhoretz* (Doubleday, 2007); *Why Are Jews Liberals? by Norman Podhoretz* (Doubleday, 2009). |
| Diane Ravitch | Former assistant secretary of education under George H.W. Bush and author of numerous books and anthologies, including *The Language Police: How Pressure Groups Retrict What Students Learn* (Knopf, 2003, Vintage, 2004); *Left Back: A Century of Battles over School Reform* (S&S, 2001), *Edspeak: A Glossary of Education Terms, Phrases, Buzzwords, and Jargon* (ACSD, 2007), *The Great School Wars: New York City 1805-1973* (Basic, 1974), and the forthcoming *The Death and Life of the American School System* (Basic). |
| Ralph Reed | First executive director of the Christian Coalition and author of *Dark Horse: A Political Thriller* (Howard Books, 2008); *Active Faith: How Christians are Changing the Face of American Politics* (Free Press, 1996); *Politically Incorrect: The Emerging Faith Factor in American Politics* (W Publishing, 1996); *After the Revolution: How the Christian Coalition is Impacting America* (Thomas Nelson, 1996). |
| Harriet Rubin | Harriet Rubin is the founder and Publisher of Doubleday's Currency imprint and author of *The Princessa: Machiavelli for Women* (Doubleday, 1997), an international bestseller. A freelance writer, she serves on the USA Today editorial board and has served as a contributing editor at Fast Company magazine. Her most recent books are: *Dante In Love: The World's Greatest Poem And How It Made History* (Simon & Schuster, 2005), *The Mona Lisa Stratagem: The Art Of Women, Age, And Power* (Warner Books, 2007). |
| Sarah Ruden | Sarah Ruden is an award-winning journalist and poet with a Ph.D. in Classical Philology from Harvard. Garry Wills called her translation of Vergil's *Aeneid* (Yale University Press, 2007) the best since John Dryden. Her three other highly praised translations of the classics are: *The Satyricon of Petronius: A New Translation with Topical Commentaries* (Hackett, 2000); *Aristophanes' Lysistrata*, Translated, with Notes and Topical Commentaries (Hackett, 2003); *The Homeric Hymns* (Hackett, 2005). |
| Peter Schweizer | Author of *Do As I Say (Not As I Do): Profiles in Liberal Hypocrisy* published in 2006. |

| Wendy Shalit | Author of *A Return to Modesty: Discovering the Lost Virtue* (Free Press, 1999), *Girls Gone Mild: Young Women Reclaim Self-Respect and Find It's Not Bad to Be Good* (Random House, 2007), and *The Good Girl Revolution: Young Rebels with Self-Esteem and High Standards* (Ballantine, 2008). |
|---|---|
| Roger L. Simon | A graduate of Dartmouth College and the Yale School of Drama, Roger L. Simon is an Academy Award-nominated screenwriter (Enemies: A Love Story"), a director (Prague Duet"), a bestselling mystery novelist (the Moses Wine series, including *"The Big Fix,"* which was the basis for a major motion picture in the 1970's). His blog is widely read. His latest book was: *Blacklisting Myself: Memoir of a Hollywood Apostate in an Age of Terror* (Encounter Books, 2009). |
| Roy Spencer | Roy W. Spencer is principal research scientist at University of Alabama in Huntsville and has been Senior Scientist for Climate Studies at NASA's Marshall Space Flight Center in Huntsville, Alabama; he is a recipient of NASA's Medal for Exceptional Scientific Achievement. He is the author of the New York Times #18 bestseller, *Climate Confusion: How Global Warming Hysteria Leads to Bad Science, Pandering Politicians and Misguided Policies That Hurt the Poor* (Encounter, 2008) and the forthcoming *The Great Global Warming Blunder: How Mother Nature Fooled the World's Top Climate Scientists* (Encounter, 2010) |
| Geoffrey R. Stone | Professor of constitutional law at the University of Chicago Law School, former Provost of the University, and an expert on the First Amendment, Mr. Stone writes frequently for the popular press, is the recipient of innumerable awards and prizes, and is the editor of the Oxford University Press series, Inalienable Rights. *Perilous Times: Free Speech In Wartime From The Sedition Act Of 1798 To The War On Terrorism* (W. W. Norton & Co., 2004) is his latest book, an abridged version of which was published as *War and Liberty* in 2007. |
| Charlie Sykes | Host of a conservative talk radio show in Milwaukee and author of several books including *A Nation Of Victims: The Decline Of The American Character* (St. Martin's Press/Griffin, 1993); *Dumbing Down Our Kids: Why America's Children Feel Good About Themselves But Can't Read, Write, Or Add* (St. Martin's Press/Griffin, 1996*); The End Of Privacy : Personal Rights In The Surveillance Society* (St. Martin's Press, 1999); *50 Rules Kids Won't Learn In School: Real World Antidotes To Feel-Good Education* (St. Martin's Press, 2007) |
| Terry Teachout | Prolific journalist, author, editor, biographer, memoirist, opera librettist, and critic. Author most recently of *Pops: A Life Of Louis Armstrong* (Houghton Mifflin Harcourt, 2009). His other books are: *All In The Dances: A Brief Life Of George Balanchine* (Harcourt Brace, 2004), *The Skeptic: A Life Of H. L. Mencken* (HarperCollins, 2002), *City Limits: Memories Of A Small-Town Boy* (Simon & Schuster, 2002), *A Second Mencken Chrestomathy: A New Selection From The Writings Of America's Legendary Editor, Critic, And Wit* (Knopf, 1995). Edited anthologies: *Beyond The Boom: New Voices On American Life, Culture, And Politics* (Poseidon Press, 1990); *Ghosts On The Roof: Selected Journalism Of Whittaker Chambers* (Regnery, 1989). |

| | |
|---|---|
| | Collection of his own articles: *A Terry Teachout Reader* by Terry Teachout (Yale University Press, 2004). |
| Paco Underhill | Founder and CEO of Envirosell. Author of the international bestsellers, *Why We Buy: The Science of Shopping* and *The Call of the Mall: The Geography of Shopping*. |
| Ruth Wisse | Harvard professor of Yiddish Literature, Comparative Literature, and Near Eastern Languages and Civilizations; author of, among other works: *A Little Love in Big Manhattan: Two Yiddish Poets* (Harvard University Press, 1988), *The Schlemiel as Modern Hero* (University of Chicago Press, 1971), *I.L. Peretz and the Makings of Modern Jewish Culture* (University of Washington Press, 1991), *The Modern Jewish Canon* (Free Press, 2000), *If I am Not For Myself* (Free Press, 1992), and *Jews and Power* (Schocken, 2007). |
| Elizabeth Wurtzel | Author, journalist and Boies, Schiller associate. Author of the bestsellers, *Prozac Nation* (Houghton Mifflin 1994), *Bitch: In Praise of Difficult Women* (Doubleday, 1998), and *More, Now, Again* (Simon & Schuster, 2002). |
| John Yoo | Former official in the United States Department of Justice. The author of *The Powers of War and Peace: The Constitution and Foreign Affairs after 9/11* (University of Chicago Press 2005), *War by Other Means: An Insider's Account of the War on Terror* (Grove Atlantic, 2008), and the just out *Crisis and Command* (Kaplan, 2009) |