# Exhibit C



# InformationWeek
BUSINESS INNOVATION POWERED BY TECHNOLOGY

## Google Readies Its Book Business

As it prepares to become a major digital book seller, Google is striking partnerships with brick-and-mortar stores and trying to dispel concerns.

By Thomas Claburn, InformationWeek
July 30, 2009
URL: http://www.informationweek.com/story/showArticle.jhtml?articleID=218900194

As it has done with its antitrust road show, Google is reaching out to explain how its plan to make books searchable and sellable online will benefit all concerned.

On Thursday evening at the Computer History Museum in Mountain View, Calif., Dan Clancy, engineering director for Google Book Search, is scheduled to discuss his company's book scanning efforts and its ambition to become a seller of digital books.

Google Book Search was introduced in 2004 under the name Google Print. The project involves scanning books, converting the scans to text using optical character recognition technology, and making the scanned books searchable. Publishers and their lawyers sued Google the following year for digitizing books without the permission of copyright holders.

To date, Google has scanned over 10 million books, according to Clancy, including 1.5 million public domain books and 1.5 million books belonging to Google's Book Search partners -- publishers and authors who have agreed to allow Google to index their books in exchange for increased visibility, ad revenue, and sales opportunities.

Last October, Google reached a settlement with the authors and publishers who brought the lawsuit. The settlement awaits approval from the judge overseeing the case. The U.S. Department of Justice is also conducting an antitrust inquiry into the deal.

A fairness hearing to consider approval of the settlement is scheduled for October 7. And the deadline for objections to the settlement is September 4.

The main objections have had to do with privacy -- Google's perennial nemesis -- and ensuring access to scanned material.

Resistance to Google's plan is also being driven by the company's competitors and by the not