# Exhibit R

# Google Book Search
*The Story*

Google™

*Dedicated to
book lovers the world over*

Google™

Contents

| | | |
|---|---|---|
| Introduction | *Google Book Search* | 01 |
| Chapter 1 | *Objectives* | 02 |
| Chapter 2 | *Products* | 04 |
| Chapter 3 | *Benefits* | 10 |
| Chapter 4 | *Questions & Answers* | 13 |
| Chapter 5 | *Key Quotations* | 19 |

## *Introduction*

Six centuries ago an unassuming German metalworker used a rickety wine press, some metal alloys and an oil-based ink to build one of mankind's greatest inventions. The printing press didn't make Gutenberg a rich man, but it did dramatically increase people's access to information.

Digitisation offers a similar opportunity today. The Internet has broken down many of the barriers that exist between people and information, effectively democratising access to human knowledge. By typing just a few key words into a computer it's possible to find out about almost any subject.

The Google Book Search™ service is part of our efforts to help organise the world's information, making it universally accessible and useful. By making it possible to search the millions of books that exist in the world today, we hope to expand the frontiers of human knowledge - enabling more people to find more books in more languages.

Google Book Search has proved both popular and controversial, and we have written this booklet to explore the issues involved and explode some of the myths that have built up around the digitisation of content. Our critics fear that Google Book Search will become a substitute for the printed word. But I have worked in publishing much of my life, and I believe that services like Google Book Search will help people around the world discover more books.

**Jens Redmer**
**Google Book Search, Europe, the Middle East and Africa**
**February 2007**

# Chapter 1: *Objectives*

The digitisation of books will make the world's knowledge more accessible. Eventually it should be possible to get a list of every book that mentions Marie Curie or for a schoolboy in India to see for himself ancient texts from a museum in Egypt - all by typing a few key words into a computer.

Google Book Search is one of a number of programmes designed to help make that dream a reality. It uses innovative technology to help more readers in more countries find more books in more languages. Google Book Search is a twenty-first century card catalogue, which makes it easier to find books. It is not a substitute for buying books or reading them in a library.

Google tailors its services to meet the different needs of different countries and their traditions. We recognise that one size can never fit all and we are working with publishers, authors and libraries globally to help digitise books in as many languages and from as many different cultures as possible.

Digitisation is driving change all across the world - change not just to business, but to society as well. Google recognises that this is a challenge and that is why we are working in partnership with the publishing industry to help make the most of the opportunities that digitisation presents.

Google respects the tremendous creative effort that goes into books, and we've designed Google Book Search to comply with copyright law. We never show more than a few snippets of text from an in-copyright book without the publisher's permission - and we direct users to where they can buy books, or libraries they can borrow them from.

# Chapter 1: *Objectives*

# Chapter 2: *Products*

Google Book Search is split into two distinct parts: the Partner Programme and the Library Project.

## 1. Partner Programme

Partners (typically publishers) give us their books to digitise and put online. Users are then shown a strictly limited number of book pages that are relevant to their search. This is enough to give them a rough idea of what the book is about. If it's of interest, the user can then click through to the publisher's website, or an online retailer, and buy it. Google scans these books for free and it does not charge when users buy books. In addition, when ads are chosen to run below books, more than half of the revenue generated is given to the book publisher.

## 2. Library Project

Libraries like those at the universities of Oxford and Michigan, and the Library of Barcelona, provide us with their books to digitise so publications that were previously only accessible to people in the building can be found by anyone with an Internet connection.

If a library book is in the public domain (out of copyright) it is shown in its entirety. If it is in copyright then users just see basic background (such as the book's title and the author's name), at most two or three snippets from the book and information about which library it is in, or where it can be bought. If publishers or authors don't want to have their books digitised they just have to say so and we exclude them.

Chapter 2: *Products*

# The Partner Programme

The Partner Programme is designed to provide publishers with a tool to allow potential customers to browse, and then buy, their books online.

- **Getting books online is easy:** publishers simply have to send us a copy of each book for us to scan, or a PDF version of each book. We don't charge anything to scan, index or display the books.

- **We scan and index the full text of books** sent by partners to allow maximum discoverability, and then provide a preview of a limited number of pages. Publishers can decide to show between 20% to 100% of their book online.

- **Users can find books not only by searching in Google Book Search, but also within the general Google search index,** which returns book results when relevant.

- **Google takes the protection of publisher book content online very seriously,** which is why Google Book Search prevents users from copying, pasting and printing pages displayed in the limited preview. Some pages are also kept permanently hidden, guaranteeing that a work can never be viewed in its entirety.

- **Alongside the page view are "Buy this Book" links.** These send readers to online booksellers where they can purchase the book directly after browsing. If the publisher sells books from their own website, then this link is always displayed first.



- **A** Front and back cover with bibliographic information
- **B** "More about this book" link provides further information about the book
- **C** Hyperlinked table of contents
- **D** Links to the publisher's site, online retailers, local bookshops, and libraries
- **E** Search for specific terms inside the book
- **F** Publisher's logo, linking to their website
- **G** Contextual advert

## The Library Programme

### Out-of-copyright books



- **A** Books can be downloaded as PDFs
- **B** Buy the book from online retailers
- **C** Find this book in a library
- **D** Public domain books are fully viewable online, with consecutive pages displayed side-by-side

Libraries across the world have joined Google Book Search as partners, working with us to digitise their books. This means that publications previously only accessible to people searching in those libraries can now be found by anyone with an Internet connection.

If the book is in the public domain (out of copyright) it is shown in its entirety, and users can download a PDF of the text.

### In-copyright books



- **A** Basic bibliographic information
- **B** Links to online retailers and libraries
- **C** A selection of additional reference information helpful for the user
- **D** Snippets of text containing the search query

If a book in the Library Project is still in copyright, users can see only two or three short snippets which include the search term, some bibliographic information, and other reference information designed to help the user.

# Chapter 3: *Benefits*

Book Search clearly benefits Google because the more information that is digitised and online the more relevant our search results become and the more people will use our services. But we believe that Book Search is also good news for anyone who writes, publishes, sells or reads books:

- it is good news for *authors* because it makes it easier for more people to discover their work;

- it is good news for *publishers* because they can more easily reach a wider audience;

- it is good news for *booksellers* because readers are directed to the bookshops where they can buy books; and

- it is good news for *people who read books* because they can search through every book in our index and more easily find where to buy them, or which library to borrow them from.

Google has thousands of partners who have chosen to promote their books on our Partner Programme. Even the biggest bookshops don't have room to stock more than a few thousand books. But digitisation makes it possible for people to find out about most books and where to buy them. This is a historic opportunity for authors to reach a wider audience.

Our Partner Programme is good news for backlist titles, too. Only a fraction of the books that are published today are printed in editions of more than a couple of thousand copies. Digitisation means that these titles are just one search away from being found and then bought – all at no extra cost to the publisher or author.

# Chapter 3: *Benefits*

# Chapter 4: Questions & Answers

When Cardinal Ratzinger became Pope, millions of people searching for his name on Google found his book *In the Beginning* (Wm. B. Eerdmans) - and the number of clicks on the publisher's "Buy this Book" links increased ten times. Think about it - millions of people search with Google every day and we can turn them into book buyers.

By most estimates, more than 80 percent of books in libraries today are out of print. Many books can only be found by manually searching the stacks. In the not-too-distant future, the extraordinary collections of some of the world's greatest libraries will be searchable by anyone with an Internet connection, wherever they are in the world, via a comprehensive virtual card catalogue.

# Chapter 4: Questions & Answers

*How many partners do you have in your partner programme and who are they?*

We are working with over ten thousand publishers worldwide, including: McGraw-Hill, HarperCollins, Simon & Schuster, Penguin, Wiley, Holtzbrinck US, Hyperion, Pearson, Taylor & Francis, Cambridge University Press, Wolters Kluwer, Scholastic, Springer, Houghton Mifflin, Thomson Learning, Blackwell Publishing, University of Chicago Press, Groupe De Boeck, Perseus, Random House Mondadori, Oxford University Press, Grupo Editorial Norma, Langenscheidt, Oldenbourg, Springer, Gräfe und Unzer, Princeton University Press, teNeues, ADAC, MairDumont, Elsevier, Walter de Gruyter, Feltrinelli, Zanichelli, Campus, Giunti, Lonely Planet and others.

*How many libraries do you have in your library project and who are they?*

We are working with over ten libraries around the world, including: Oxford University, the Complutense University in Madrid, the Library of Catalonia, the Bavarian State Library, Harvard University, University of California, University of Michigan, Stanford University, the New York Public Library, the University of Wisconsin-Madison, the University of Texas-Austin, Princeton University and the University of Virginia. We are also participating in a pilot project with the Library of Congress. Google wants to work with libraries in as many countries as possible so that Book Search reflects the rich cultural diversity of the world's literature.

*How many languages is Book Search available in?*

Book Search is already available in English, German, Spanish, Italian, French, Chinese and Dutch.

*How much does it cost publishers to join the scheme?*

Nothing. Google does not charge publishers for including their books on Book Search and we do not accept payment from the book sellers with links on these web pages. Publishers in the Partner Programme can decide whether we may show advertisements against their book pages and they get the majority of the revenue from any advertising.

*Do authors participate in Google Book Search?*

If authors own the appropriate copyright to their books or the rights have reverted to them, then they can join the Partner Programme. Paul Andrews, author of *How the Web has Won*, said that: "Every writer wants his or her work to be read. But to be read, a work needs to be found. Digital search is fast becoming the *de facto* way to be found... Google Book Search aims to do for books what Google has done for the Web... Without some digital equivalent to the concept of a library, a lot of great writing could be lost to the ages."

*Is it legal?*

Yes. Google respects copyright law and has specifically designed Book Search to comply with it. Google Book Search promotes and encourages book sales - helping to ensure that authors and publishers are rewarded for their creative efforts. Google doesn't show even a full page of an in-copyright book without the copyright holder's explicit permission.

*But aren't you showing books for free on the Internet?*

No. People can only read books for free that are in the public domain. If a book is in copyright we don't show more than a few snippets of text without the permission of the rights holder.

*So why has Google Book Search been so controversial?*

Some people are under the mistaken impression that Google is somehow giving books away for free. This is untrue. In addition, there are some publishers who think that Google should not be able to digitise copyrighted works without the copyright owners' prior permission - even if all we ever show is bibliographic information and a few snippets of text.

We take the view - backed up by international copyright law - that no copyright is violated in this process since the amount of text displayed is so small and it's purely for information. In fact, it's comparable to a quotation from a book in a review or our web search results, both of which are perfectly legal.

This is not the first time these questions have come up. The movie moguls initially sued VCR manufacturers as copyright violators - taking their case to America's Supreme Court. They lost. The VCR - and its high tech offspring, the DVD - became the most profitable distribution channels in moviemaking history.

*Why don't you ask permission first?*

There are so many books without an obvious copyright holder - waiting for them to surface and grant their permission would mean that much of this material will languish in obscurity forever. In fact, by some accounts, *most* copyright holders don't know that they actually own the copyright to a work.

Google aims to provide a comprehensive index, with added value to users, publishers and authors when they come forward to grant us permission - but with no harm done if they don't. The comprehensive nature of the index is crucial to its success and it would be impossible to deliver comprehensiveness in a world where permission simply to index was necessary.

The mere indexing of content is not subject to prior consent. No search engine could operate successfully if it had to ask permission from every website owner, just as no street map could ever be published if every home owner had to give his or her consent to it.

*If a publisher says "exclude my books", do you?*

Yes. We exclude books where publishers ask us to. We always allow publishers - whether they publish online content, news, or books - to exclude themselves from our search results.

*If a publisher asks to have their works removed from the Library Project does Google still keep a copy of it, and if so why?*

No. We do not digitise books if publishers inform us that they do not want their works included in the Library Project. If a book has already been digitised, then publishers can move it into the Partner Programme. Or they can also ask for it to be removed from Google Book Search - in which case we will do so.

*Why do you need to digitise the entire book – why don't you just scan sections of it?*

It is only possible to search a book effectively if it has been digitised in its entirety.

*Doesn't Google Book Search simply increase the hegemony of the English language to the detriment of other languages around the world?*

Book Search is now available in many languages worldwide. We're constantly working to increase the number of languages in which the service is available so as to make it easier for people to find books in the language they want, wherever they may live in the world.

In addition, we are working with publishers and libraries across the globe to increase the number of books in our index, ensuring that literature in some of the world's greatest and oldest languages is available for all to find and benefit from.

Google wants more people in more countries to be able to find more books in more languages. Google is about far more than just English-language content. We have search services in over 100 different languages. This is good for users, good for Google and good for the world's cultural heritage.

*Are you doing this to compete with other digitisation projects?*

No. Digitising the world's information is a tremendous undertaking. We fully support digitisation efforts in Europe and hope to work with anyone to accomplish our mutual goal of making this information searchable online.

*What future products do you plan to launch?*

Google is working in partnership with publishers to develop a range of products to help them generate additional sales. In response to demand from our publishing partners, we have just introduced a tool that will enable our partners to sell online access to their titles for viewing on the Internet.

Publishers are now choosing which books to include and setting their own prices for access to their content. Selling online access is the first of many new products being requested by partners to stimulate demand for books which Google hopes to create.

Christoph Chesher from Taylor & Francis Group has said: "[This] offers enormous potential to publishers, particularly to promote and sell backlist titles, but the real beneficiaries are readers because it puts books, many of which they may never have seen before in physical form, in front of them for the very first time."

Dr. Matthias Wahls from Brill Academic Publishers said: "The new platform for publishers being proposed by Google marks an even more exciting development. It will continue to benefit our academic authors by disseminating information about their works to their colleagues and beyond to the widest possible audience. But it will also be to our own commercial benefit, providing a new and convenient way for users to purchase individual titles."

# Chapter 5: Key Quotations

# Chapter 5: Key Quotations

## What our publishing partners say:

Over 10,000 publishers have joined the Partner Programme since it began in 2004. Partners include many of the largest publishers worldwide, such as HarperCollins, Pearson, Springer, Oxford University Press and Taylor and Francis.

Here's what some of them have to say about it.

*Evan Schnittman, VP, Rights and Business Development, Oxford University Press, UK/USA*

"Google Book Search is key to our overall Internet strategy of reaching new markets with our books in an effective and efficient way. We have seen overall traffic to our site increase, backlist sales rise, and we've acquired nearly 3,000 new direct book customers for free since the programme launched."

*Dr Matthias Wahls, Business Development Manager, Brill, Netherlands/USA*

"The overall results of Brill's one-year participation in Google's Book Search programme have been fantastic from a strategic point of view and have greatly exceeded our expectations."

*William Shepherd, Managing Director, Osprey Publishing, UK*

"It was very easy to join the programme because Google does all the work, really. We're very happy with what it's doing for us so far. We look forward to seeing how it develops in the months and years ahead, both as a selling medium – especially for our backlist – and a source of valuable marketing information."

*Dr Marianne Alenius, Managing Director, Museum Tusculanum Press, Denmark*

"We clearly felt a development in international sales after Google Book Search... We've seen an increase in backlist sales that we haven't seen on our own website – old titles that we haven't sold for several years."

*Gerard Colletta, CEO, SERRE Group, France*

"The programme is easy to use and quickly transfers information about our works. It's a model for other services."

## What our library partners say:

*Mary Sue Coleman, President, University of Michigan*

"This is a legal, ethical, and noble endeavour that will transform our society... the preservation and protection of knowledge is critically important to the betterment of humankind."

*Reg Carr, Librarian Emeritus, Bodleian Library, Oxford*

"Our involvement contributes both to the betterment of society and the legacy of our founder, Elizabethan diplomat Sir Thomas Bodley, who sought a repository of information not just for the University of Oxford, but for the wider world. The internet has provided the opportunity to reinterpret Bodley's vision of the library's universal value by adding a potential readership of billions to the 40,000 or so individuals who are able to physically visit its premises each year."

*Dr. Rolf Griebel, Director General of the Bavarian State Library*

"We are opening our library to the world and bringing the true purpose of libraries - the discovery of books and knowledge – a decisive step further into the digital era. This is an exciting effort to help readers around the world discover and access Germany's rich literary tradition online – whenever and wherever they want."

## Google Book Search: The Story

*Enjoy having the world of books at your fingertips.*

*Carlos Berzosa, Chancellor, Complutense University of Madrid*

"Out of copyright books previously only available to people with access to Madrid's Complutense University Library, or the money to travel, will now be accessible to everyone with an Internet connection, wherever they live. We are quite literally opening our library to the world. The opportunities for education are phenomenal and we are delighted to be working with Google on this project."

*Sidney Verba, Director, Harvard University Library*

"The collaboration between major research libraries and Google will create an important public good of benefit to students, teachers, scholars and readers everywhere. The project harnesses the power of the Internet to allow users to identify books of interest with a precision and at a speed previously unimaginable."

*David Ferriero & Andrew W. Mellon, Director & Chief Executive of the Research Libraries, New York Public Library*

"We see the digitisation project as a transformational moment in the access to information and wanted not only to learn from it but also to influence it. Our response at present is a conservative one, with a limited number of volumes in excellent condition, in selected languages and in the public domain."

*Michael A. Keller, Librarian, Stanford University*

"The Google arrangement catapults our effective digital output from the boutique scale to the truly industrial. Through this programme and others like it, Stanford intends to promote learning and stimulate innovation."

# Google™

For further information please email
**books-support@google.com**
www.google.co.uk/bookfair

© Copyright 2007. Google is a trademark of Google Inc. All other company and product names may be trademarks of the respective companies with which they are associated