# EXHIBIT U
# PART 1 OF 6

# Google Book Search: Past, Present and Future

Jon Orwant, Tools of Change, Feb 10, 2009

Google™

Google Confidential and Proprietary



The Past

Google Confidential and Proprietary — 2



Why Google Searches Books

Google Confidential and Proprietary

3

Goals of Google Book Search

Google



- Make books as easy to find as web pages

- Improve users' ability to discover and access books in ways that respect copyright and create opportunities for authors and publishers

- Become a platform for searching, discovering, reading, and buying



Google Confidential and Proprietary

Google Confidential

4

# One Consumer Product, Two Sources of Books

Google



Library Project

Partner Program

Google Confidential and Proprietary

# Google

## Book preview with purchase links

| About this book | Preview this book |

Page 197

*Time Value of Money*

**197**

we can use Excel's built-in formulas for a constant annuity in arrears to do calculations for a growing annuity in arrears by substituting a (growth) adjusted discount rate $k$ for the regular discount rate $r$.

It is important to note that for the equivalence to work, the first cash flow for the growing annuity in arrears has to be $A(1 + g)$ and not $A$. If in a problem the first cash flow for a growing annuity in arrears is given as $1,000 and the growth rate is 5%, and you want to use the constant annuity formula or Excel's built-in functions to do the calculations, then in addition to using the adjusted discount rate $k$, you will have to use $1,000/1.05 for $A$.

We can write the future value for the same growing annuity in arrears as:

$$FVG_n = A(1 + g)(1 + r)^{n-1} + A(1 + g)^2(1 + r)^{n-2} + \cdots + A(1 + g)^n$$

To make this formula look like the formula for the constant annuity in arrears, we have to divide both sides of this equation by $(1+g)^n$ to get:

$$\frac{FVG_n}{(1+g)^n} = A\frac{(1+r)^{-1}}{(1+g)^{-1}} + A\frac{(1+r)^{-2}}{(1+g)^{-2}} + \cdots + A$$

As before, if we substitute $(1 + k)$ for $(1 + r)/(1 + g)$ in the right-hand side of this formula, it would look the same as the right-hand side of the corresponding formula for constant annuity in arrears with $k$ substituted for $r$. So to calculate $FVG_n$ using the formula for constant annuity in arrears or Excel's built-in functions for a constant annuity in arrears, we have to (1) substitute the adjusted discount rate $k$ for the regular discount rate $r$, (2) use for $A$ the first cash flow divided by $(1 + g)$ (as explained before), and (3) multiply the future value we get from the

Comprehensive instruction on developing real-world financial models This book, designed for

Table of Contents

★★★★☆

Write review

Add to my library

Search in this book [          ] Go

**Buy this book**

Wiley.com - Publisher

Barnes&Noble.com - $95.00

Amazon.com

Books-A-Million

BookSense.com

Find this book in a library

**Publisher info**

WILEY Publishers Since 1807

More about this book

Buy This Book links

Publisher branding

Contextual ads

Financial Optimal

Easy-to-Use Financial Modeling Software. Try for ... www.Quantrix.com   Sponsored links

Yes! With New Excel Solver   Solver.com/Download_Premium_Solver

Google Confidential and Proprietary

# Consecutive Browse Preview: What the User Sees

Google

Users can browse as they would in a bookstore

- two pages side by side option

Access limits in place

- same robust security as Book Search

- publisher sets percent viewable



Pages Viewed