# EXHIBIT U
# PART 2 OF 6

Blending

Google

Google

Future Value of a Growing Annuity formula in excel       [ Search ]   Advanced Search / Preferences

Web   Books   Results 1 - 10 of about 26,800 for Future Value of a Growing Annuity formula in excel (0.06...

**Business Functions - freeware Excel modelling library**
FVM Future Value of an annuity allowing for different periodicity of payments per year ...
PVEGAnn Present Value of an Exponentially Growing Annuity ...
www.businessfunctions.com/funcref.php?fam=Annuity - 38k - Cached - Similar pages

**Financial Modeling Using Excel and VBA: Using Excel and VBA - Google Books Result**
by Chandan Sengupta - 2004 - Business & Economics - 672 pages
We can write the future value for the same growing annuity in arrears as: ... the value for
future value we get from the constant annuity formula or Excel ...
books.google.com/books?isbn=0471267686...

**NationMaster - Encyclopedia: Time value of money**
Future Value of an Annuity (FVA) is the future value of a stream of payments .... Similar to
the formula for an Annuity, the present value of a growing ...
www.nationmaster.com/encyclopedia/Time-value-of-money - 75k - Cached - Similar pages

[PDF] **Microsoft PowerPoint - Present Value Methodology EZ.ppt**

MacBook Air



Most Traffic from Google.com Blending

Google

Google Book Search

GData API

Google.com

Fall 2007 - 2008

Google Confidential and Proprietary

# Other Ways Books Are Surfaced

Google

Showing books on Google.com when queries match…

**…author**

Books by **William Shakespeare**
Hamlet - 2002 - 350 pages
Macbeth - 2002 - 260 pages
A Midsummer Night's Dream - 1998 - 244 pages
books.google.com - More book results »

**…titles**

**Freakonomics: A Rogue Economist Explores the …**
by Stephen D Levitt - 2005 - 268 pages
books.google.com - About this book - More book results »

**…topics**

Book results for roman history
The History of the Decline and Fall of the … - by Edward Gibbon - 569 pages
Stories from Roman History - by Lena Dalkeith - 59 pages
A History of the Roman World to BC - by HH Howard Hayes Scullard - 580 pages

**…book content**

How to **Organize** (Just About) Everything: More Than 500 … - Google Books Result
by Peter Walsh - 2004 - Self-Help - 576 pages
See 70 Organize Entryways and … Sort Your Sock Drawer Argyles mixing with stockings?
… 1 Pull all socks out of the drawer and onto a bed or table …
books.google.com/books?isbn=0743254945…

Google Confidential and Proprietary

Google Book Search: Last Thursday

Google Confidential and Proprietary

Google

## Mobile

## Using OCR technology to convert images to text

"Because I made a blunder, my dear Watson—which is, I am afraid, a more common occurrence than anyone would think who only knew me through your memoirs. The fact is, that I could not believe

"Because I made a blunder, my dear Watson—which is, I am afraid, a more common occurrence than anyone would think who only knew me through your memoirs. …"

1.5M public domain books

iPhone and Android phones

http://books.google.com/m



Google Confidential and Proprietary

Google

# Who's using it?

"Best paper-writing tool ever: Google Books. I can never remember where quotes come from in a book, so just do a little search, and BAM" - christferan

"Google releases Mobile Book Search http://tinyurl.com/lon8a3t for iPhone. Need a longer lasting battery: Ulysses is a long read." - BillGreer

Source: Tweets from Twitter, ~2/9/09

Google Confidential and Proprietary



The Present

Google Confidential and Proprietary    14

