# EXHIBIT U
# PART 3 OF 6

Case 1:05-cv-08136-DC Document 276-9 Filed 09/08/09 Page 2 of 11

Google

# Four APIs for Google Book Search

The Dynamic Linking API, which provides "smart hyperlinks" that let web page owners link to a GBS book without having to know the explicit URL.

The Embedded Viewer API, which lets web page owners embed Google-hosted content on their own site.

The AJAX Search API, which lets web page owners include a book search box on their own site.

The GData API, which provides programmatic search for books and information about books; and (when authenticated) change information specific to a user's account, such as which books are in a user's library.

# API Usage in Retailer Sites

Full text book-level search on sites where readers are purchasing books



✓ Preview buttons on titles that are in Google Book Search

✓ Security is the same as on Google Book Search site

✓ Content always hosted by Google

Google Confidential and Proprietary

# API Usage in Social Networks



- ✓ Buy This Book links to your site
- ✓ Viral marketing via fan sites and social networks
- ✓ Author site enhancement

Google Confidential and Proprietary

# API Usage in Publisher Web Sites

## Free! Just submit at least 75% of your titles



Optional suppression retailer links

Google Confidential and Proprietary

# Preview Button

Automatically appears as soon as the book goes live

- detects user's country to match your territorial settings



Link to Book Search or make a pop-up on your site

Google Confidential and Proprietary    20



Case Study: McGraw-Hill

Google Confidential and Proprietary

## MH Professional Group's history with Google Book Search

**2004**

- Joined Google Book Search Partner Program
- Pilot list of ~1,000 titles

**2008 YTD**

5,416 titles in the program

- 4,520 titles live
- 896 titles currently in process

## GBS results at MH since launch

- Content
  - Over 100% of titles were viewed at least once
  - Over 193 million book pages have been viewed
  - Over 24 million book visits
- Commerce
  - 683,000 users clicked on <u>Buy this Book</u>

| Year | BV with BTB Clicks |
|---|---|
| 2007 | 155,672 |
| 2008 YTD | 144,124 |

- Top 30 titles: Our long tail
- Accounted for 8% of total book visits

# Long Tail Lesson #1: Search is backlist driven

- Top 30 titles are distributed over 13 years
- 7 titles published in 2003
- The oldest published in 1994



Top 30 Titles by Pub Year

## What are the benefits of GBS?

### Increased revenue
- No evidence that GBS harms sales, strong argument that search enhances backlist sell-through
- Incremental ad revenue is 82% through August 2008 over PY
- Future opportunities to monetize content
- Direct sales from referrals to McGraw-Hill
- Potential POD Candidates identified

### Enhanced discoverability
- Attract potential buyers who might not be thinking about books initially
- Referrals for potential purchase via Buy the Book click-through
- Co-branded search on the company web site

### Product Development
- Heightened awareness of what subjects are popular in the online search

11