# EXHIBIT U
# PART 4 OF 6



Case Study: Oxford University Press

Google Confidential and Proprietary









# Google Book Search

## Life of Program Stats for OUP

- 15,564 titles live
- 143,822,674 book pages viewed
- 734,818 "buy the book" clicks
- 47.21 buy click per book on average
- $40 Average book price

### Click to Buy Conversion Rates

| Buy % | Buys | Income |
|---|---|---|
| 1% | 7,348 | $293,927 |
| 2% | 14,696 | $587,854 |
| 3% | 22,045 | $881,782 |
| 4% | 29,393 | $1,175,709 |
| 5% | 36,741 | $1,469,636 |
| 6% | 44,089 | $1,763,563 |
| 7% | 51,437 | $2,057,490 |
| 8% | 58,785 | $2,351,418 |
| 9% | 66,134 | $2,645,345 |
| 10% | 73,482 | $2,939,272 |



Case Study: Springer

Google Confidential and Proprietary