# EXHIBIT U
# PART 5 OF 6









Springer
the language of science

# Impact of Google Book Search on Backlist Sales



Avg Unit Sales Springer.com (Jan–Jul '06) by Year

Source: https://books.google.com and Springer.com statistics, excl. Apress

Titles avail in GBS   Titles not avail in GBS

- Compared sales data from Springer.com (~€1.8 million in revenue)

- Compared sales of books that were in the Google Book Search to sales of titles that were not in the program

- The biggest impact was seen in titles published more than 4 years ago
  – Titles in GBS, especially older titles, performed significantly better than titles not in the program.

# Not just McGraw-Hill, OUP, and Springer...

Google

Every day, users preview
- 40% of partner books
- 17% of public domain books

Every month, users preview
- 81% of partner books
- 78% of public domain books



Share of books with >10 pages viewed

— Snippet View
— Limited Preview
— Full View

Google Confidential and Proprietary

# Improved Market Intelligence

✓ Visual timeline of traffic data

✓ Interactive charts

✓ Imprint-level reporting

Book views

Page views

Traffic by region

Buy the book clicks

Ad revenue



Google



The Future

Google Confidential and Proprietary

Google

# New Insights into Reading and Buying Habits

✓ Anonymous, aggregated data could answer the following questions:

✓ "How much do cover designs attract users?"

✓ "For what books does the Table of Contents affect purchasing decisions?"

✓ "What's the impact of negative reviews on book sales?"

✓ "Does type size matter?"

✓ "Which referring web sites increase sales the most?"

✓ "What terms are searched for most often in a book?"

✓ "What books do people buy instead of this one?"

✓ "Given a book, what other books are people likely to already own?"

✓ "What discounts are most effective?"

✓ "Which pages are most likely to lead to reading the following page?"

✓ "For each of the above questions, how much do they vary by book/genre/ imprint/audience level/geography?"

Google Confidential and Proprietary    40

Google™

# From Images to Structure

√Our mobile bookreader has an interesting feature: tap to see the original image.

√This is an example of distributing content without being limited to the scan.

√Ultimate goal: convert images to "original intent" XML.

# Lowering the Transaction Costs, part I

Google

Transaction cost: $50; book price $5

| purchases | net | |
|---|---|---|
| 10000 | $49950 | :-> |
| 1000 | $4950 | |
| 100 | $450 | :-| |
| 10 | $0 | :-( |
| 1 | ($45) | :-< |

Google Confidential and Proprietary

# Lowering the Transaction Costs, part II

Google™

Transaction cost: $0.50; book price $5

| purchases | **net** | |
|---|---|---|
| 10000 | $49999.50 | |
| 1000 | | $4999.50 :->|
| 100 | $499.50 | :-\| |
| 10 | $49.50 | :-\| |
| 1 | $4.50 | :-\| |

Google Confidential and Proprietary

# Lowering the Transaction Costs, part III

Google™

Transaction cost: $0.50; book price $1

| purchases | | | net |
|---|---|---|---|
| 100 | 1000 | 10000 | $9999.50 |
| | | 1000 | $999.50 |
| | | 100 | $99.50 |
| | 10 | | $9.50 |
| | 1 | | $0.50 |

Google Confidential and Proprietary



Authors Guild et al. v. Google

Google Confidential and Proprietary

45