# EXHIBIT U
# PART 6 OF 6

## Settlement Agreement with Authors Guild & AAP  Google

In October 2008, we announced a settlement agreement with U.S. authors and publishers.



If approved by the court, this agreement will:

- Open access to millions of books in the U.S.

- Expand the market for authors and publishers to sell their works

- Continue to bring more of the world's offline content online.

Google Confidential and Proprietary

# Copyright Status

Google

| Public Domain | "The Twilight Zone" | In-Print |
|---|---|---|
| Books published before 1923 | Books after 1923 but... <br> • Out of Print <br> • Orphaned works, or simply unclear copyright status | Available in a bookstore |

 Less than 20%*

 75% or more

Less than 5%**

*OCLC analysis of the Google Books Library Project http://www.dlib.org/dlib/september05/lavoie/09lavoie.html
**O'Reilly Radar: http://radar.oreilly.com/archives/2005/11/oops_only_4_of_titles_are_bein.html

Google Confidential and Proprietary

Google

## Scope

The agreement settles existing US lawsuits against Google Book Search.

Agreement is between Google and a class including all US copyright holders (authors, publishers, etc.) for books that we have scanned or are intending to scan.

Agreement only pertains to uses of these books in the U.S.

- Includes international books.
- Does not cover books published after Jan 5, 2009

Covers the following works
- Included: Books
- Excluded: Journals, musical compositions, images

Google Confidential and Proprietary

# Overview

Google

- Extensive process to notify rightsholders of the agreement.

- Rightsholders have choice as to their participation:
  - Opt out of the settlement
  - Remove books from scanning
  - Select desired access models

- Google is authorized to scan, index, and make non-display uses for all books.

- Several models are defined for providing access to the content of the books. For in-print books, the access models are by default off, for out-of-print books the access models are by default turned on.

- Book Rights Registry formed as an independent organization to represent rightsholders and to collect and distribute revenue.

Google Confidential and Proprietary

# Changes to Google Book Search

Google™

U.S. readers will be able to search, preview, and purchase access to millions of in-copyright out-of-print books.





From Snippet View...

...to Sample Pages View

- 20% free to preview
- Can purchase full view of book
- Can purchase institutional subscriptions
- Author and/or publisher receives revenue from sales.

Google Confidential and Proprietary

Google

# Book Rights Registry

## Registry: new nonprofit, jointly managed by publishers and authors

- **Enables rightsholders to work with Google**
  - provides a way for rightsholders to request inclusion or exclusion of their works from the project, define how they want their rights to be handled
  - collects and pays out revenue from use of their works

- **Enables competition and efficient licensing**
  - locates rightsholders and maintains accurate database of contact information, making it cheaper and easier for people to make licensing arrangements
  - licenses search engines and other third party services, to the extent authorized by law and rightsholders.

Google Confidential and Proprietary

Google

# Access Models

- Preview Uses
- Online Consumer Purchase
  - Enable user to buy online access to a single work.
  - Default pricing set by Google using an algorithmic pricing model to maximize revenue for each individual work.
  - Rightsholder able to set price if desired.
- Institutional Subscription
  - FTE pricing for higher educational and corporate markets.
- Public Access Terminal
  - One free on-site "terminal" for all public and university libraries in US.
- Additional models:
  - Print on demand, custom publishing, consumer subscription, PDF downloads.

Google Confidential and Proprietary

Google

## Consumer purchase

Data shows that browsing leads to buying



BTB Click Through Rate (All 2008)

CTR %

Pages Read

■ CTR

Sell immediate online access for your books.



Google Confidential and Proprietary

# Coming Soon: Consumer Purchase

- ✓ Enable sales directly to consumers from your Book Search previews
- ✓ Same robust security as Book Search
- ✓ Access via Google account
  - copy/paste allowed up to 30%
  - printable
- ✓ Bridge to mobile access



Google Confidential and Proprietary    54

# Consumer Purchase Settings

**Select** which titles to include

**Set** where books are shown
- books can be purchased by users around the world

## Establish pricing
- suggested list price 60% of lowest price print edition
- ability to set 0-100% of lowest price print edition
- set different prices for individual and institutional access

Initial rollout will include US and UK publishers

- English-only interface at launch



Google Confidential and Proprietary    55

# Google Books Partner Program



Over **20,000** Publishers



Over **1 Million** Books

## Over **100** Domains

.com .ca .co.uk .com.au .co.in .co.nz .ie .co.za .com.pk .as .tt .co.ke .com.jm .co.ug .fr
.de .it .es .nl .be .at .ch .mu .com.sg .com.my .sh .vg .co.je .je .ms .off.ai .com.gi
.co.ck .com.nf .co.ls .co.vi .com.ag .com.bz .com.fj .com.na .com.np .com.vc .fm .gm .mw .
pn .rw .sc .to .com.mx .cl .com.ar .com.co .com.ve .com.pa .com.do .co.cr .com.ec .com.gt .
com.pe .com.sv .com.uy .com.bo .hn .com.ni .com.py .com.br .cn .com.hk .com.tw .co.jp

Google

Google Confidential and Proprietary

Google

# Learn more

## Sign up for the Google Books Partner Program

http://books.google.com/partner

or meet
Roland Lange
here at ToC

Google Confidential and Proprietary

# Questions & Answers



Google Confidential
Google Confidential and Proprietary