**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                                :
The Authors Guild Inc., Association of American                 :
Publishers Inc., et al.,                                        :     Case No. 05-CV-8136 (DC)
    Plaintiffs,                              :
                                                                :
     - v. –                             :     NOTICE OF APPEARANCE
                                                                :     AND INTENT TO APPEAR
Google, Inc.                                                    :     AT THE OCTOBER 7, 2009
    Defendant.                                :     FAIRNESS HEARING
                                                                :
                                                                :     *Filed Electronically*
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND INTENT TO APPEAR

Please enter the appearance of Richard Blumenthal, Attorney General as counsel of record for the State of Connecticut ("Connecticut").

Please take notice that Connecticut intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for October 7, 2009, to object to the Proposed Settlement.  I certify that I am admitted to practice in this Court.

        Respectfully submitted,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   /s/Richard Blumenthal
       Richard Blumenthal    RB6515
       Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5020
       Fax: (860) 808-5347
       rachel.davis@po.state.ct.us
       karen.gano@po.state.ct.us

## CERTIFICATION

I, Gary Becker, hereby certify that on this 8th day of September 2009, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing Notice of Appearance and Intent to Appear at the October 7, 2009 Fairness Hearing on the following individuals:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15st. Asaphs Road
Bala Cynwyd, PA  19004
bookclaims@bonizack.com
*Counsel for the Author Sub-Class*

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
bookclaims@debevoise.com
*Counsel for the Publisher Sub-Class*

Daralyn J. Durie, Esq.
Joseph C. Gartz, Esq.
Durie Tangri LLP
332 Pine Street, Suite 200
San Francisco, CA  94104
bookclaims@durietangri.com
*Counsel for Google Inc.*

    /s/Gary M. Becker
Gary M. Becker
Assistant Attorney General