**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
The Authors Guild, Inc., Association of American  :
Publishers, Inc., et al.,                         :  Case No. 05 CV 8136-DC
                                                  :
      Plaintiffs,                              :  **NOTICE OF INTENT TO**
                                                  :  **APPEAR ON BEHALF**
 v.                                              :  **OF PRIVACY AUTHORS**
                                                  :  **AND PUBLISHERS BY**
Google Inc.,                                      :   **CINDY A. COHN**
                                                  :
      Defendant.                               :  **ECF CASE**
---------------------------------------------------------------- :
                                                  x

| | |
|---|---|
| Cindy Cohn (*admitted pro hac vice*)<br>Jennifer Granick<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333 x108<br>Cindy@eff.org | Aden J. Fine<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10001<br>(212) 549-2693<br>afine@aclu.org |
| Jennifer Lynch (*admitted pro hac vice*)<br>Jason Schultz<br>Samuelson Law, Technology & Public Policy   Clinic<br>UC Berkeley School of Law<br>389 Simon Hall<br>Berkeley, CA 94720 | David I. Pankin<br>The Law Offices of David I. Pankin, P.C.<br>48 Willoughby Street<br>Brooklyn, NY 11201<br>(718) 243-2444<br>Dpankin@pankinlaw.com |

Counsel for Privacy Authors and Publishers

I, Cindy A. Cohn, hereby notify the Court of my intent to appear at the Fairness Hearing in the above-captioned case, currently scheduled for October 7, 2009. As explained in the Objection, being filed contemporaneously with this Notice, I will be appearing as counsel for several objecting members of the proposed Author Sub-Class identified as the Privacy Authors and Publishers.

DATED: September 8, 2009

Respectfully submitted,

By _____ */s/Cindy A. Cohn*_____

Cindy Cohn (*admitted pro hac vice*)
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Jennifer Lynch (*admitted pro hac vice*)
Samuelson Law, Technology & Public Policy Clinic
UC Berkeley School of Law
389 Simon Hall
Berkeley, CA 94720

**CERTIFICATE OF SERVICE**

      I, David Pankin, hereby certify that on September 8, 2009, I caused a true and correct copy of the annexed: NOTICE OF INTENT TO APPEAR to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel who have appeared to date in the action.

                                                       */s/ David Pankin*\_\_\_\_\_
                                                       David Pankin