## APPENDIX A: PRIVACY AUTHORS AND PUBLISHERS

**Michael Chabon** is the Pulitzer Prize-winning author of *The Mysteries of Pittsburgh, Wonder Boys, The Amazing Adventures of Kavalier & Clay* and *The Yiddish Policemen's Union*.  His work is characterized by complex language, frequent use of metaphor, and an extensive vocabulary, along with numerous recurring themes, including nostalgia, divorce, abandonment, fatherhood, religious identity and anti-Semitism.  He often includes gay, bisexual, and Jewish characters in his work.  Mr. Chabon states: "If there is no privacy of thought—which includes implicitly the right to read what one wants, without approval, consent or knowledge of others—then there is no privacy, period."

**Jonathan Lethem** is a novelist, essayist, and short story writer and the winner of a 2005 MacArthur Foundation Fellows Program genius grant.  His works include the novels *The Fortress of Solitude* and *Motherless Brooklyn*, as well as a vast array of short stories and essays.  Upon its publication in 1999, *Motherless Brooklyn* won the National Book Critics Circle Award for Fiction, the Macallan Gold Dagger for crime fiction, and the Salon Book Award, and was named book of the year by Esquire.  His first novel, *Gun, with Occasional Music*, mixed elements of science fiction and detective fiction.  His books address issues of drugs, race, disease, class and puberty. He states: "Now is the moment to make sure that Google Book Search is as private as the world of physical books.  If future readers know that they are leaving a digital trail for others to follow, they may shy away from important intellectual journeys."

**Lawrence Ferlinghetti** is a poet and co-founder of City Lights Booksellers & Publishers.  He has been a prominent voice of the San Francisco Renaissance and Beat movement, and was instrumental in bringing poetry back into the public sphere with

public poetry readings.  His written works cover poetry, translations, fiction, theatre, art criticism, and film narration, including his best-known poetry collection, *A Coney Island of the Mind*, which has been translated into nine languages, has sold over a million copies, and continues to be the most popular poetry book in the United States.  His most recently published collection, *Poetry as Insurgent Art*, discusses the nature and purpose of poetry, declaring in the first page that the state of the world calls out for poetry to save it.  Often concerned with politics and social issues, Mr. Ferlinghetti's work often reflects his critique of US foreign policy.  He identifies as a philosophical anarchist, and has taken a stand against totalitarianism and war.

**Anthony D. Romero** is the Executive Director of the American Civil Liberties Union.  His book, *In Defense Of Our America:  The Fight for Civil Liberties in the Age of Terror*, presents true stories of individuals who have been at the front lines of the fight for civil liberties in the post-9/11 world.  The book chronicles the courageous, yet sometimes unpopular, positions taken by these individuals in their struggle to preserve hard-won constitutional freedoms in the face of governmental attempts to cut back civil liberties.  The book is critical of many governmental decisions and policies, and Mr. Romero wants to make sure that his readers will be able to read his book without fear that the government may find out their identities and put them on a watch-list.  Mr. Romero believes deeply in ensuring individuals' constitutional rights, especially the rights to privacy and free speech, and he has dedicated his career to fighting for those rights.

**Bruce Schneier** is a cryptographer, computer security specialist, and writer whose books provide technical information about how to design, analyze, and break cryptographic, computer, and network systems.  His first book, *Applied Cryptography*, a popular reference guide for cryptographers, was described by Wired as "the book the National Security Agency wanted never to be published."  Mr. Schneier also published

*Secrets & Lies: Digital Security in a Networked World,* a book about security technologies and their limitations.  His books, *Beyond Fear: Thinking Sensibly About Security in an Uncertain World* and *Schneier on Security,* discuss general security technology and policy and are written to reach both a lay and a technical audience.  In each of these instances, his readers have a legitimate and well-founded interest in maintaining their privacy.  Mr. Schneier is concerned that some of his readers may reasonably fear that, should it become known to law enforcement or even to their employers or other third parties that they read books on code breaking, computer hacking and real-world security threats, they may come under unfounded suspicion. He says: "I believe that the fear of tracking will create a chilling effect on readers, reduce my readership and therefore my revenue from these books. Moreover, I write these books in order to participate in the public debate on issues. Reduced readership negatively impacts my expressive interests as an author."

**Ayelet Waldman** is the author of The New York Times bestseller *Bad Mother: A Chronicle of Maternal Crimes; Minor Calamities* and *Occasional Moments of Grace*, a collection of essays. Ms. Waldman is also the author of the *Mommy-Track Mysteries*, a series of seven murder mysteries, *Love and Other Impossible Pursuits*, a work of fiction, and *Daughters Keeper,* which focuses on the unjust enforcement of drug laws.  She has written pieces in a number of anthologies, including *McSweeney's Enchanted Chamber of Astonishing Stories*. Ms. Waldman's essay "Motherlove" was published in *Because I Said So: 33 Mothers Write About Children, Sex, Men, Aging, Faith, Race and Themselves*. After *Because I Said So* was published, it launched a public debate about Ms. Waldman's views, including whether a woman who prioritized her husband over her children could be considered a good mother.

**Cory Doctorow** is a science fiction author, activist, journalist and blogger—the

co-editor of the blog Boing Boing (www.boingboing.net).  His most recent book is a bestselling teen science fiction novel about teenagers who, in the aftermath of a terrorist attack on the San Francisco public transit system, use computers and computer networking tools to defend themselves against a growing authoritarian regime.  The book includes technical instructions for use of most of those tools. His previous science fiction works, including *Overclocked, Someone Comes to Town, Someone Leaves Town, Eastern Standard Tribe* and *Down and Out in the Magic Kingdom,* address themes of technology and its impact on individuals and societies.

**Beverly Potter** is the publisher for Ronin Publishing.  Ronin publishes many controversial books covering marijuana issues, including medical marijuana, marijuana law, as well as growing and preparing marijuana.  Additionally, it publishes books on psychedelics, psilocybin mushrooms, peyote and other psychedelic cacti, as well as books authored by controversial authors such as Timothy Leary.  Ronin's readers are concerned about their privacy.  Some Ronin readers may fear that, should it become known to law enforcement or even to their employers or other third parties that they read books on these topics, they may come under unfounded suspicion.  Ronin fears that the tracking of readers will create a chilling effect on its readership and therefore revenue from these books.  Ronin Publishing has already faced a Drug Enforcement Agency subpoena seeking the names and addresses of all residents in the state of Arizona who had purchased one of Ronin's books on marijuana hydroponics.  *Publisher Fights DEA on Book Buyers' Names*, CONTRA COSTA TIMES, Oct. 30, 1997 at A9.  Reduced readership will negatively impact Ronin's authors' creative expression.  As Ronin's publisher, Ms. Potter often reads materials that may be viewed by others as edgy, either politically or technically.  She would be concerned if her reading habits and research reading lists were made available to third parties.  Thus, Ms. Potter feels that her own reading will be chilled as a result of the approval of this Settlement.

4

**David G. Post** is currently the I. Herman Stern Professor of Law at the Beasley School of Law at Temple University, where he teaches intellectual property law and the law of cyberspace.  Mr. Post has published many works, including *Cyberlaw: Problems of Policy and Jurisprudence in the Information Age,* which he co-authored with Paul Schiff Berman and Patricia Bellia.  Most recently he published *Jefferson's Moose: Notes on the State of Cyberspace,* in which he applies Thomas Jefferson's plan for governing the American frontier to our modern day questions of cyberspace policy.  Mr. Post feels that being able to read what one wants without being observed is of fundamental importance to a free society and that the mere possibility that one's reading is being "tracked" by a third party who could reveal that information—whether intentionally or negligently—would have a profound chilling effect on everyone's reading habits.

**Wendy Chapkis** is a Professor of Sociology and Women & Gender Studies at the University of Southern Maine.  She covers controversial topics in her written works, such as, *Dying to Get High: Marijuana as Medicine*, a discussion of medicinal marijuana and the war on drugs and *Live Sex Acts: Women Performing Erotic Labor*, where she brings an analytical perspective to the illegal sex industry of the United States and the free and open trade of the Netherlands with over 50 interviews of workers in the industry.  Her book, *Beauty Secrets: Women and the Politics of Appearance*, is a provocative exploration of appearance, gender, and sexuality.

**Jon Evans** is an author of politically motivated thrillers, who has written award-winning novels such as *Dark Places*, *Blood Price*, *Invisible Armies*, *Beasts of New York* and *The Night of Knives*.  His books often examine the subjects of online privacy and security.

**Carol Queen** is a cultural sexologist, essayist, and author of erotic fiction.  She

5

has been closely affiliated with the bisexual and sex work communities and an advocate for progressive sex education and sexual diversity.  Her first book, *Exhibitionism for the Shy* (1995), explores the enhancement of erotic self-esteem with suggestions for exercises in erotic dress, talk, role-play, and exhibitionism as well as discussions of the sex industry.  Topics discussed in her essay collection, *Real Live Nude Girl: Chronicles of Sex-Positive Culture* (1997), include pornography law, patient-doctor communication surrounding pelvic exams, sex as art, spanking as sexual pleasure, and other areas of sexual experience and identity.  Her erotic novel, *The Leather Daddy and the Femme* (1998), portrays an urban sadomasochistic "underground."  Dr. Queen is the editor of *Switch Hitters*, an anthology of gay male erotic authored by lesbian writers.  She is also co-editor of the anthologies *Best Bisexual Erotica, PoMoSexuals: Challenging Assumptions About Gender and Sexuality* and *Sex Spoken Here: Good Vibrations Erotic Reading Circle Selections.*

**Julian Dibbell** is an author and technology journalist with a particular interest in social systems within online communities.  He has written, *My Tiny Life: Crime and Passion in a Virtual World*, which includes his own article, "A Rape in Cyberspace," a detailed account of attempts of an online community to deal with lawbreaking.  He has also written about his attempt to make a living playing online role-playing games in the book *Play Money: or How I Quit My Day Job and Made Millions Trading Virtual Loot.*  Dibbell believes that the freedom of thought and the right to privacy have intersected nowhere more crucially than in the act of reading a book.  He values the freedom to read a book secure in the knowledge that no one else need know what—or how—you are reading, and views this as the fullest possible freedom of engagement with the content of another's thought.  Mr. Dibbell states, "The evolution of the printed word into the electronic word promises great cultural advances, but insofar as it threatens to diminish that freedom, it must be pursued with the greatest of attention to minimizing that threat."

**Richard Glen Boire** is an attorney and senior fellow of the Center for Cognitive Liberty & Ethics in Law and Policy. He has authored several popular law books, including *Marijuana Law*, which describes how people can reduce the probability of arrest and defend themselves from prosecution if arrested. He has also written about medicinal and sacred drug usage in his books, *Medical Marijuana Law* and *Sacred Mushrooms and the Law*. Mr. Boire has a lifetime commitment to freedom of thought and open information flows. He wishes to partake in the accessibility that Google Book Search will allow to his readers, but does not approve of his readers being stripped of privacy protections.

**Jessamyn West** is the editor of *Revolting Librarians Redux*, a compilation of insightful writings on the various aspects of alternative librarianship. The writings cover topics from library education and professional librarianship, to the more political aspects of librarianship. Ms. West, a librarian herself, believes that whatever you read is between you and your own personal moral compass and wishes to uphold the practice of keeping reading lists private.

**Zak A. Greant** is an author, programmer, and speaker active in Free Software and Open Source communities. He has co-authored a pocket guide for MySQL developers. *MySQL Phrasebook* is a pocket guide that is full of useful and essential code "phrases" for the MySQL developer's everyday use as well as PHP Function Essential Reference Reader. Reader privacy matters to Mr. Greant because he believes privacy is essential to the exercise of the essential rights of free speech, free thought, and free association. The Bill of Rights should not be abridged by mere technology or by the progress of convenience.

**Chris Carlsson** has authored many books, including *Critical Mass: Bicycling's*

*Defiant Celebration*, a book containing writings from worldwide participants in the monthly bicyclist take over of the streets, a clever tactical strike against our oil-dependent culture. He has also written *The Political Edge*, a work about the movement to radicals joined forces with cultural rebels and neighborhood activists in an effort to change almost everything about the governance of a city, and *Nowtopia*, which focuses on the visible social transformation working to redefine politics such as outlaw bicycling, urban perma-culture, bio-fuels, free software, and the Burning Man festival. He believes that reader privacy is an essential quality of the book experience, and as an author, he assumes and expects his readers to enjoy his books without being held accountable by unknown entities.

**Violet Blue** is an American writer, podcaster, blogger, editor, sex educator, and sex columnist. Ms. Blue is the author of several books on sex and has edited several volumes of erotica anthologies.  Her books on sexual topics include *The Smart Girl's Guide to the G-Spot, The Smart Girl's Guide to Porn, The Ultimate Guide to Cunnilingus, The Ultimate Guide to Fellatio, The Ultimate Guide to Adult Videos* and *The Ultimate Guide to Sexual Fantasy, The Adventurous Couple's Guide to Sex Toys, The Adventurous Couple's Guide to Strap-On Sex* and *Fetish Sex: An Erotic Guide for Couples.*  Ms. Blue believes that it is essential that access to accurate sex information be private, anonymous and confidential for everyone, but it is most especially critical for sexual minorities whose safety and security may depend on it.

**Debbie Nathan** is an award-winning author of the books *Women and Other Aliens: Essays From the U.S.-Mexican Border, Satan's Silence: Ritual Abuse and the Making of a Modern American Witch Hunt* and *Pornography: A Groundwork Guide.* Privacy is very important to her as a researcher and a writer, particularly because she has extensively researched claims about the production and consumption of child

8

pornography.  Her research has involved reading books about child pornography, including books written by people who support adult/child sexual relations and have themselves been arrested and prosecuted for the production of child pornography. Her most recent book, a non-judgmental book about pornography, was written as a social-studies type guide for high school and undergraduate college students. She believes that it is particularly important that this young readership feel safe from government scrutiny as they read controversial books such as hers.

**Rachel Kramer Bussel** is an editor and author of 20 erotica anthologies containing stories for any sexual curiosity or preference. Anthologies she has edited or co-edited include, *Naughty Spanking Stories from A to Z 1 and 2, Sex and Candy, He's on Top*, *She's on Top, Caught Looking, Hide and Seek: Erotic Stories, Crossdressing, Best Sex Writing 2008, Secret Slaves: Erotic Stories of Bondage* and *Ultimate Undies*.

**Daphne Gottlieb** is a Queer Performance Poet whose work has been described as unapologetic and gutsy.  She is the author of *Final Girl*, *Why Things Burn*, *Pelt* and *Kissing Dead Girls*.  She is the editor of *Homewrecker: An Adultery Reader* and *Fucking Daphne: Mostly True Stories and Fictions*. Her work has appeared in a number of anthologies including *Don't Forget to Write!*, *Red Light: Saints, Sinners and Sluts*, *With a Rough Tongue: Femmes Write Porn* and *Short Fuse: A Contemporary Anthology of Global Performance Poetry*.

**Annalee Newitz's** work covers a number of political and cultural issues, including open source software, hacker subcultures, and other controversial topics.  In her book *Pretend We're Dead: Capitalist Monsters in American Pop Culture* (2005), Newitz argues that the dehumanizing and violent character of capitalism is manifested in the depictions of various monsters, serial killers, cyborgs, and mad scientists in American

horror and science fiction literature and film.  Ms. Newitz has also contributed to *White Trash: Race and Class in America* (1997), a collection of essays about poor white Americans, and *Collective Action: A Bad Subjects Anthology* (2004), a politically radical collection of articles on racial and sexual politics, alternative communities, political activism, and other provocative topics.

**Lisa Hendrix** is a writer in the romance genre, and has authored many books, including, *Immortal Outlaw, Immortal Warrior, Runaway Bay, To Marry an Irish Rogue, Razzle Dazzle, Drifters Mood* and *Hostage Heart*.  She believes that the romance field has been denigrated in the recent past and is constantly expanding its boundaries in matters of sexuality, including into the realms of erotica, gay, lesbian, bisexual and transsexual romance.  Ms. Hendrix can envision some of her readers not wanting their reading habits available to marketers, government, or moralistic crusaders.  She believes that gathering information on specific readers and their tastes and purchases will have a chilling effect on her readership.  She also fears a chilling effect on her own research and writing, as she sometimes does research in areas like poisons, weapons, and sexuality, which might look odd to outsiders or trigger certain fears.

**Shannon Okey** is an author of many knitting craft books including, *Spin to Knit, Knittgrrl* and *Knittgrrl 2, How to Knit in the Woods, Felt Frenzy, Alternation* and *Alt Fiber*.  She has contributed to books such as *Crochet Style,* and the second edition of *Knitting for Dummies*.  Reader privacy is a very important issue to her both as an author and a reader.

**Kim Werker** is the former editor of Interweave Crochet magazine, the founder of ChrochetMe.com, and co-host of Knitting Daily TV.  She has written five non-fiction craft books, including *Crochet Me: Designs to Fuel the Crochet Revolution, Teach*

*Yourself Visually Crocheting* and *Get Hooked.*

**Cleis Press** publishes provocative, intelligent books in the areas of sexuality, gay and lesbian studies, erotica, fiction, gender studies, and human rights. Its publications include *The Ultimate Guide to Pregnancy for Lesbians*, *Best Bondage Erotica*, *Forbidden Passages: Writings Banned in Canada*, *Good Vibrations Guide to Sex*, *The Ultimate Guide to Anal Sex for Men*, and *The Ultimate Guide to Anal Sex for Women*.

**The ACLU**, comprised of the American Civil Liberties Union and the American Civil Liberties Union Foundation, is a nationwide, nonprofit, nonpartisan organization with over 500,000 members dedicated to the principles of liberty and equality embodied in the Constitution and our nation's civil rights laws. Founded in 1920, the ACLU has vigorously defended free speech and the right to privacy for almost 90 years. As part of its public education and advocacy efforts, the ACLU has written numerous books and publications for which it holds copyrights, including *The Rights of Lesbians, Gay Men, Bisexuals, and Transgender People: The Authoritative ACLU Guide to a Lesbian, Gay, Bisexual or Transgender Person's Rights*. The ACLU believes that individuals should be able to read these materials and all other publications freely, without any fear that the government or private parties will learn their identities or the content of the books they are reading.

**Electronic Frontier Foundation** is a leading civil liberties group defending the rights of users in the digital world. Since its founding in 1990, EFF has confronted cutting-edge issues defending free speech, privacy, innovation, and consumer rights today. EFF has published two books about online safety and security, *Everybody's Guide to the Internet*, and *Protecting Yourself Online: the Definitive Resource on Safety, Freedom, and Privacy in Cyberspace.*

11