**United States District Court**
**Southern District of New York**

---------------------------------------------------------------x
The Authors Guild, Inc.,                                       :
Association of American Publishers,                            :
Inc., et al                                                    :
                                                               :
    Plaintiffs                             :
                                                               :  Case No. 05 CV 8136-DC
    v.                                     :
                                                               :
Google, Inc.,                                                  :  **NOTICE OF APPEARANCE**
                                                               :
    Defendant                              :
                                                               :
---------------------------------------------------------------x

Please take notice that the undersigned, of the law firm of Cowan, Liebowitz & Latman, PC, herby enters an appearance as counsel of record for *amici curiae* Lyrasis, Inc., NYLINK and Bibliographical Center for Research Rocky Mountain, Inc.

Dated:  New York, New York
         September 4, 2009

                           Respectfully submitted,
                           COWAN, LIEBOWITZ & LATMAN, P.C.

                           By: _____
                           Robert W. Clarida (RC-3190)
                           1133 Avenue of the Americas
                           New York, New York 10036
                           212-790-9200
                           Attorneys for *Amici Curiae*