UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE AUTHOR'S GUILD, INC., ASSOCIATION OF AMERICAN PUBLISHERS, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>GOOGLE, INC.<br>　　　　　　　　　　Defendant. | ECF Case<br><br>Civil Action No.:<br>05-CV-8136 (DC)<br><br>**NOTICE OF APPEARANCE AND INTENT TO APPEAR** |

## NOTICE OF APPEARANCE AND INTENT TO APPEAR

Please enter my appearance as counsel of record for Class Member Yahoo! Inc. ("Yahoo!"). Please take further notice that Yahoo! intends to appear at the Fairness Hearing in this action, currently scheduled for October 7, 2009.

I hereby certify that I am admitted to practice before this Court.

Respectfully Submitted,

Dated: New York, New York
September 8, 2009

WINSTON & STRAWN LLP

By:  /s/ Thomas P. Lane

Michael S. Elkin (ME 2300)
Thomas P. Lane (TL 8983)
Robert C. Turner (RT 7980)
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Class Member*
*Yahoo! Inc.*