The Author's Guild et al v. Google Inc.                                                    Doc. 289

**United States District Court**
**Southern District of New York**

---------------------------------------------------------------x
The Authors Guild, Inc.,                                    :
Association of American Publishers,                         :
Inc., et al                                                 :
                                                            :
    Plaintiffs                          :
                                                            :  Case No. 05 CV 8136-DC
    v.                                  :
                                                            :
Google, Inc.,                                               :  **<u>RULE 7.1 STATEMENT</u>**
                                                            :
    Defendant                           :
                                                            :
---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for *amici curiae* Lyrasis, Inc., NYLINK and Bibliographical Center for Research Rocky Mountain, Inc. state that none of *amici* are publicly held and none has any parent corporation that is publicly held or that owns 10% or more of its stock.

Dated:   New York, New York
           September 4, 2009

                              Respectfully submitted,
                              COWAN, LIEBOWITZ & LATMAN, P.C.

                          By: _____
                              Robert W. Clarida (RC-3190)
                              1133 Avenue of the Americas
                              New York, New York 10036
                              212-790-9200
                              Attorneys for *Amici Curiae*

1129580.1

Dockets.Justia.com