# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of
American Publishers, Inc., et. al.,

      Plaintiffs,

    v.

Google, Inc.,

      Defendants.

Case No. 05 CV 8136-DC (ECF)

**<u>NOTICE OF INTENT TO APPEAR</u>**

   TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Robert C. Micheletto of Jones Day, counsel of record for

Class Members Hachette Livre SA, Librarie Arthème Fayard SA, Dunod Editeur SA, Les

Editions Hatier SNC, Editions Larousse SAS, Editorial Salvat SL, Grupo Anaya S.A., Algaida

Editores, S.A., Alianza Editorial, S.A., Edicions Xerais De Galicia, S.A., Editorial Barcanova,

S.A., Larousse Editorial, S.L., Grupo Editorial Bruño, S.L., Edelsa Grupo Didascalia, S.A., and

Hachette UK Limited, files this Notice of Intent to Appear at the Fairness Hearing on October 7,

2009, on behalf of the aforementioned members of the Publisher Sub-Class.

Dated:  New York, New York
            September 8, 2009

Respectfully Submitted,

/s/  Robert C. Micheletto
_____

**JONES DAY**
Robert C. Micheletto (RM-3258)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorney for Class Members Hachette Livre
SA, Librarie Arthème Fayard SA, Dunod
Editeur SA, Les Editions Hatier SNC,
Editions Larousse SAS, Editorial Salvat SL,
Grupo Anaya S.A., Algaida Editores, S.A.,
Alianza Editorial, S.A., Edicions Xerais De
Galicia, S.A., Editorial Barcanova, S.A.,
Larousse Editorial, S.L., Grupo Editorial
Bruño, S.L., Edelsa Grupo Didascalia, S.A.,
and Hachette UK Limited.*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on September 8, 2009, by electronic mail through the Court's CM/ECF system.

/s/  Robert C. Micheletto
_____