UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
The Authors Guild Inc., Association of                       :
American Publishers, Inc., et al.,
                                                             :
                      Plaintiffs,                      Case No. 05-cv-8136 (DC)
                                                             :
                                                             :    **AFFIDAVIT OF SERVICE**
        -v-
                                                             :
Google Inc.,
                                                             :
                      Defendant.
------------------------------------------------------------ x

      I, Theodore C. Max, an attorney admitted to practice law in the Courts of the State of New York, a person over eighteen (18) years of age, and not a party to this action affirm the following under penalties of perjury. On September 8, 2009, I caused true and correct copies of Declaration of Nicolas Georges, Director of Book and Reading within the Ministry of Culture and Communication and the Memorandum of Law in Opposition to the Settlement Proposal on Behalf of the French Republic, to be served via the Court's Electronic Case Filing System upon all counsel of record in the current action.

Dated: New York, New York
       September 8, 2009

                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                     By:    [signature]
                            Theodore M. Max
                            30 Rockefeller Plaza
                            New York, NY 10112
                            Telephone: (212) 332-3800
                            Facsimile: (212) 332-3888
                            *Counsel for the French Republic*