**Charles J. Sanders**
Attorney At Law, PC
29 Kings Grant Way
Briarcliff Manor, New York 10510
Phone: 914 366 6642 / Fax: 347 558 9658
Email: csanderslaw@aol.com

Licensed to Practice:
New York
California
Washington, DC

September 8, 2009

The Honorable Denny Chin
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: The Authors Guild Inc. et al. v. Google Inc. No. 05 Civ. 8136 (DC)

Dear Judge Chin:

Several attempts were made to file the attached submission in the above captioned case on behalf of The Songwriters Guild of America (SGA) on September 4, 2009. Unfortunately, due to a shutdown of the electronic filing system by U.S. District Court for the Southern District of New York, filing was not possible. The Clerk of the Court suggested that filing today with an explanation that the system was unavailable on September 4, 2009 would be the best course of action, even though the filing deadline in the instant case was September 4.

Thank you for your kind consideration. SGA respectfully requests that its submission be accepted by the court as having been filed in a timely manner. Please feel free to contact my office with any questions.

Sincerely,

Charles J. Sanders

CJS:hm
Encl.
cc: Charles F. Carnes, SGA President