UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **The Authors Guild Inc.**; Association of American Publishers Inc.; et al., <br><br> *Plaintiffs,* <br><br> **Lewis Hyde**; **Harry Lewis**; Nicholas Negroponte and Charles Nesson, <br><br> *Plaintiff–Intervenors,* <br><br> v. <br><br> **Google Inc.,** <br><br> *Defendant.* | Case No. 05-cv-8136-DC <br> Jury Demanded |

**NOTICE OF MOTION**

TO:

Joseph M. Beck
Alex Seth Fonoroff
Ronald Lee Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Michael J. Boni
J. Kate Reznick
Joanne E. Zack
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Adam Howard Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Sanford P. Dumain
Milberg LLP
One Pennsylvania Place
New York, NY 10119

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Daralyn Jeannine Durie
Joseph C. Gratz
Duri Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Laura Helen Gundersheim
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022

Hadley Perkins Roeltgen
Kohn, Swift & Graf PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Daniel Joseph Kornstein
Mikaela Ann McDermott
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

**TAKE NOTICE:** On a date and time to be determined by this Court, K.A.D. Camara of Camara & Sibley LLP and Charles Nesson, attorneys for Plaintiff–Intervenors Lewis Hyde, Harry Lewis, and Open Access Trust Inc., shall move, before the Honorable Denny Chin, United States District Judge, United States Courthouse, Courtroom 11A, 500 Pearl Street, New York, New York, 10007, for the entry of an order in the form submitted here granting Plaintiff–Intervenors' motion to intervene as of right and, in the alternative, by permission under Rule 24.

**TAKE FURTHER NOTICE:** In support of their Motion to Intervene, Plaintiff–Intervenors shall rely upon this Notice of Motion and their Memorandum of Law in Support of Motion to Intervene.

**TAKE FURTHER NOTICE:** counsel for Plaintiff–Intervenors respectfully request oral argument.

Respectfully submitted,

*Charles R. Nesson/for*

K.A.D. Camara
Camara & Sibley LLP
2339 University Boulevard
Houston, Texas 77005
713-893-7973
713-583-1131 (fax)
camara@camarasibley.com

Charles R. Nesson
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
617-495-4609
nesson@law.harvard.edu


Martin Garbus
Eaton & Van Winkle LLP
3 Park Avenue, 16th Floor
New York, New York 10016
Direct Dial:  (212) 561-3625
Main Line:   (212) 779-9910
Fax:   (212) 779-9928
Email:   mgarbus@evw.com

Dated: September 8, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I caused this Motion to Intervene to be served by CM/ECF on counsel of record as follows:

Joseph M. Beck
Alex Seth Fonoroff
Ronald Lee Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Michael J. Boni
J. Kate Reznick
Joanne E. Zack
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Adam Howard Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Sanford P. Dumain
Milberg LLP
One Pennsylvania Place
New York, NY 10119

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Daralyn Jeannine Durie
Joseph C. Gratz
Duri Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Laura Helen Gundersheim
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022

Hadley Perkins Roeltgen
Kohn, Swift & Graf PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Daniel Joseph Kornstein
Mikaela Ann McDermott
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

*/s/ Charles R. Nesson*
Charles Nesson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild Inc.; Association of American Publishers Inc.; et al., <br><br> *Plaintiffs,* <br><br> Lewis Hyde; Harry Lewis; Nicholas Negroponte and Charles Nesson, <br><br> *Plaintiff–Intervenors,* <br><br> v. <br><br> Google Inc., <br><br> *Defendant.* | Case No. 05-cv-8136-DC <br> Jury Demanded |

## ORDER GRANTING MOTION TO INTERVENE

The Motion to Intervene made by Lewis Hyde, Harry Lewis, and Open Access Trust Inc. is hereby **GRANTED**. It is **SO ORDERED**.

Done this _____ day of _____, 2009.

_____
Hon. Denny Chin
United States District Judge