```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,            :

                Plaintiffs,          :

        - against -                  :        ORDER

GOOGLE, INC.,                        :        05 Civ. 8136 (DC)

                Defendant.           :

- - - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       The Computer and Communications Industry Association ("CCIA") moves for leave to file an amicus curiae brief in this case. CCIA's motion is granted, and its brief is accepted.

       SO ORDERED.

Dated:    New York, New York
           September 9, 2009

                                              DENNY CHIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

The Author's Guild et al v. Google Inc.   Doc. 306