USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,          :

        Plaintiffs,          :

  - against -                   :          **ORDER**

GOOGLE, INC.,                      :          05 Civ. 8136 (DC)

        Defendant.           :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

    Putative class members Harold Bloom et al. (the "Bloom Objectors") move for an order directing the parties to respond to various discovery requests. (Docket Entry 283). The motion is denied.

    The complaint in this case was filed on September 20, 2005. On October 28, 2008 the parties reached a settlement and moved for preliminary approval of that agreement. Judge Sprizzo preliminarily approved the settlement on November 14, 2008. Thus, the Bloom Objectors have had ample time to seek discovery. The Court will not, at this late stage, allow the proceedings to be delayed. Accordingly, the Bloom Objectors' motion is denied.

    SO ORDERED.

Dated:  New York, New York
       September 9, 2009

                                    DENNY CHIN
                                    United States District Judge