```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,            :

                Plaintiffs,          :

        - against -                  :    **ORDER**

GOOGLE, INC.,                        :    05 Civ. 8136 (DC)

                Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

**CHIN, District Judge**

      Lewis Hyde, Harry Lewis, and the Open Access Trust, Inc. (the "proposed interveners") move, pursuant to Federal Rule of Civil Procedure 24(b), to intervene in this action. The motion is denied. This case was filed some four years ago and has been conditionally settled; it is simply too late to permit new parties into the case.

The Author's Guild et al v. Google Inc.    Doc. 308

      The Court will, however, consider the objections raised by the proposed interveners.

      SO ORDERED.

Dated:  New York, New York
       September 9, 2009

                                      DENNY CHIN
                                      United States District Judge