IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AUTHORS GUILD, INC., | * | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 9-9-10 |
| ASSOCIATION OF <br> AMERICAN PUBLISHERS, INC., | * | |
| | * | |
| et al., | * | |
| Plaintiffs, | * | Civil Action No.: 05-CV-8136-DC |
| v. | * | |
| GOOGLE, INC., | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

The Author's Guild et al v. Google Inc.     Doc. 311

Upon the motion of James R. Kahn attorney for the Johns Hopkins University and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Philip Roberts |
| Firm Name: | The Johns Hopkins University |
| Address: | 3400 North Charles Street / 113 Garland Hall |
| City/State/Zip: | Baltimore, MD 21218 |
| Telephone/Fax: | (410) 516-8128 / (410) 516-5448 |
| Email Address: | philroberts@jhu.edu |

is admitted to practice pro hac vice as counsel for the Johns Hopkins University in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/9/09
City, State: NY/NY

United States District/Magistrate Judge