USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

# V&R unipress

Susanne Franzkeit
Geschäftsführung / Managing Director
Robert-Bosch-Breite 6 | 37079 Göttingen
Tel. +49 (0)551/5084-303 | Fax +49 (0)551/5084-333
E-Mail s.franzkeit@vr-unipress.de | www.vr-unipress.de

By **Overnight Mail** or **Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern District of
New York
500 Pearl Street
New York, New York 10007
United States of America

Göttingen, 1. September 2009

RECEIVED SEP -2 2009 CLERKS OFFICE SDNY

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Susanne Franzkeit, and I am managing director of the V&R unipress GmbH, a book publisher located in Göttingen, Germany. V&R unipress GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

We write to object to the Settlement Agreement.

We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

We present this letter to this Court in English, for the Court's convenience and it was translated for us. Thank you in advance for your consideration of this letter.

Respectfully yours,

*Susanne Franzkeit*
Susanne Franzkeit
Managing Director, V&R unipress GmbH

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

V&R unipress GmbH   Robert-Bosch-Breite 6   37079 Göttingen
Handelsregister Göttingen HRB 3535   Gesellschafter: Vandenhoeck & Ruprecht (GmbH & Co. KG)   Handelsregister Göttingen HRA 1182