

# VERLAG REINHARD KAWOHL WESEL

KAWOHL-VERLAG · BLUMENKAMPER WEG 16 · 46485 WESEL

REINHARD KAWOHL VERLAG E.K.
BLUMENKAMPER WEG 16
46485 WESEL
TELEFON 02 81 / 9 62 99 - 0 · TELEFAX - 100
verlag@kawohl.de · www.kawohl.de

SITZ: WESEL   AMTSGERICHT DUISBURG HRA 7334
UST. ID. NR. DE120984756 · VERKEHRS-NR. 13371

VERBANDS-SPARKASSE WESEL · 222 000 · BLZ 356 500 00
VOLKSBANK RHEIN-LIPPE · 3000 033 030 · BLZ 356 605 99
POSTBANK KÖLN · 2042 49 507 · BLZ 370 100 50

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

RECEIVED SEP 2 2009 CLERK'S OFFICE S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1st September 2009

Re: The Authors Guild, Inc. et al v. Google Inc.; Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Reinhard Kawohl, and I am proprietor and managing director of the Kawohl Verlag, a publisher of books, calendars and gifts located in Wesel, Germany. Kawohl Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S.copyright law.

We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us. Thank you in advance for your consideration of this letter.

Respectfully yours,

Reinhard Kawohl

cc:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

The Author's Guild et al v. Google Inc.   Doc. 319