

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America





01 September 2009

folio
Folio Verlagsgesellschaft m. b. H.
Schönbrunner Straße 31
A-1050 Wien
Tel. 01 / 581 37 08 - 0
Fax 01 / 581 37 08 - 20
office@folioverlag.com
www.folioverlag.com

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Firmenbuch-Nummer: FN 139120 p
UID: ATU 39967103
BAWAG: 05 410 905 886, Blz: 14000
IBAN: AT15 1400 0054 1090 5886
BIC: BAWAATWW

Dear Office of the Clerk:

My name is Ludwig Paulmichl, and I am publisher of the Folio publishing house, a book publisher located in Vienna. Folio is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours
Ludwig Paulmichl

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq
Joseph C. Gratz, Esq.

folio
Büro Bozen /sede Bolzano:
Folio Verlag GmbH
Pfarrhofstraße 2d
Via Maso della Pieve, 2d
I-39100 Bozen/Bolzano
Tel. 0471 / 97 13 23