


**FACHVERLAG HANS CARL**

· Postfach 99 01 53 · D-90268 Nürnberg

| Verlagsanschrift: | Telefax: |
|---|---|
| Andernacher Straße 33a | Geschäftsltg. 0911 9 52 85 - 81 20 |
| D-90411 Nürnberg | Buchhaltung 0911 9 52 85 - 81 30 |
| Telefon: +49 (0)911 9 52 85 - 0 | Anzeigenabt. 0911 9 52 85 - 81 40 |
| E-Mail: info@hanscarl.com | Redaktion 0911 9 52 85 - 81 60 |
| Internet: www.hanscarl.com | Vertrieb 0911 9 52 85 - 81 42 |

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

01 September 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Michael Schmitt, and I am Managing Director of the Fachverlag Hans Carl GmbH, a book publisher located in Nuremberg, Germany. Fachverlag Hans Carl is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Fachverlag Hans Carl GmbH, Nuremberg
Michael Schmitt
Managing Director

cc: Michael J. Boni, Esq.    Daralyn J. Durie, Esq.
    Joanne Zack, Esq.        Joseph C. Gratz, Esq.
    Joshua Snyder, Esq.      Bruce P. Keller, Esq.
    Jeffrey P. Cunard, Esq.

Fachverlag Hans Carl GmbH
Sitz Nürnberg, Registergericht HRB 17388
GF: Michael Schmitt
Verkehrs-Nr. Verlag: 11006  Fachbuchhandlung: 48715