# DG VERLAG

Deutscher Genossenschafts-Verlag eG · Postfach 21 40 · 65011 Wiesbaden

Vorstand

Deutscher Genossenschafts-Verlag eG

Leipziger Straße 35
65191 Wiesbaden

Telefon (0611) 5066-0
Telefax (0611) 5066-1500

www.dgverlag.de
www.genobuy.de

Vorstand:
Dr. Manfred Biehal, Vorsitzender
Peter Erlebach
Franz-J. Köllner

Vorsitzender des Aufsichtsrates:
Reinhard Schoon

Amtsgericht Wiesbaden
Gen.-Register 318
USt.-IdNr. DE 113837470
Steuernummer: 040 227 00053
WEEE-Registriernummer: DE 44554214

Wiesbadener Volksbank eG
BLZ 510 900 00, Konto 2 100 002
IBAN: DE79 5109 0000 0002 1000 02
BIC: WIBADE5W

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Wiesbaden, 1. September 2009

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Dr. Manfred Biehal, and I am CEO of the Deutscher Genossenschafts-Verlag eG, a book publisher located in Wiesbaden, Germany. Deutscher Genossenschafts-Verlag eG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Dr. Manfred Biehal