


**DUDEN · MEYERS**

Bibliographisches Institut AG · Postfach 10 03 11 · 68003 Mannheim

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

**BIBLIOGRAPHISCHES INSTITUT AG**

Dudenstraße 6
68167 Mannheim
Postfach 10 03 11
68003 Mannheim
Telefon +49 (0)621 3901-0
Telefax +49 (0)621 3901-391
www.bibliographisches-institut.de

**By Overnight Mail or Hand Delivery**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

01 September 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Alexandra Eib, and I am lawyer of the Bibliographisches Institut AG, a book publisher located in Mannheim, Germany. Bibliographisches Institut AG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in german was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly.] We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Alexandra Eib
Legal Department
Bibliographisches Institut AG

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.

The Author's Guild et al v. Google Inc. Doc. 326