

Hueber Verlag · Postfach 11 42 · 85729 Ismaning

Hueber Verlag GmbH & Co. KG
Verlagsleitung
Max-Hueber-Straße 4
85737 Ismaning
Telefon: +49 - (089) 9602-203
Telefax: +49 - (089) 9602-249
Internet: http://www.hueber.de
eggert@hueber.de

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
NEW YORK, New York 10007
UNITED STATES OF AMERICA

01.09.2009
eg/sy

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Wolf Dieter Eggert, and I am managing director of the Hueber Verlag GmbH & Co. KG, a book publisher located in Ismaning, Germany. Hueber Verlag GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in german language was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Wolf Dieter Eggert
Managing director

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.

USt(VAT)-Id-Nr. DE 130 002 447

HypoVereinsbank München
IBAN: DE74 7002 0270 0036 1025 00
SWIFT (BIC): HYVEDEMMXXX

Hueber Verlag GmbH & Co KG,
Amtsgericht München: HRA 49304
Persönlich haftende Gesellschafterin:
Sprachen-Hueber Verlagsges. mbH,
Amtsgericht München: HRB 45498
Sitz der Gesellschaften: Ismaning
Geschäftsführung: Michaela Hueber,