

ERICH SCHMIDT VERLAG

By Overnight Mail

Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Dr. Joachim Schmidt and I am CEO of the Erich Schmidt Verlag GmbH & Co., a book publisher located in Berlin, Germany. Erich Schmidt Verlag GmbH & Co. is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

ERICH SCHMIDT VERLAG GmbH & Co.

Dr. Joachim Schmidt

cc: Michael J. Boni, Esq.

Erich Schmidt Verlag
GmbH & Co.
Genthiner Straße 30 G
10785 Berlin-Tiergarten
Postfach 30 42 40
10724 Berlin

Telefon (030) 25 00 85-0
Telefax (030) 25 00 85-305

E-Mail: ESV@ESVmedien.de

1. September 2009
Dr. J. Schmidt / Ja
(030) 25 00 85 - 555
Fax: 25 00 85 - 503
J.Schmidt@ESVmedien.de

*Bankverbindung:*
Berliner Bank AG
Konto 32 076 274 00
BLZ 100 200 00

IBAN DE08
1002 0000 3207 6274 00
BIC(SWIFT) BEBEDEBB

*Rechtsform:* KG

*Persönlich haftende*
*Gesellschafterin:*
ESV Verlagsführung GmbH

*Sitz:* Berlin

*Amtsgericht:*
Berlin-Charlottenburg
93 HRB 27 197

*Geschäftsführer:*
Dr. Joachim Schmidt
Claus-Michael Rast

ESV im Internet:
www.ESV.info

The Author's Guild et al V. Google Inc.    Doc. 331