# HANSER

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

**By Overnight Mail or Hand Delivery**



**Stephan D. Joß**
Geschäftsführer

Carl Hanser Verlag GmbH & Co. KG
Kolbergerstraße 22
D 81679 München
Telefon +49 (0)89 998 30 - 133
Telefax +49 (0)89 998 30 - 256
joss@hanser.de
www.hanser.de

Re: *The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)*   1. September 2009

Dear Office of the Clerk:

My name is Stephan D. Joß, and I am Managing Director of the Carl Hanser Verlag GmbH & Co. KG, a book publisher located in Munich, Germany. Carl Hanser Verlag GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Stephan D. Joß

cc: Michael J. Boni, Esq.; Joanne Zack, Esq.; Joshua Snyder, Esq.; Jeffrey P. Cunard, Esq.; Bruce P. Keller, Esq.; Daralyn J. Durie, Esq.; Joseph C. Gratz, Esq.

Carl Hanser Verlag GmbH & Co. KG       Geschäftsführung:      Sitz und Registergericht:    Persönlich haftende Gesellschafterin:   Deutsche Bank München
Postfach 86 04 20                      Wolfgang Beisler       München HRA 49621            Carl Hanser Verlagsleitungsges. mbH     BLZ 700 700 10, Kto. 434 343 000