# RICHARD BOORBERG VERLAG GmbH & Co KG

Scharrstraße 2
70563 Stuttgart
Telefon 07 11 / 73 85-0
Telefax 07 11 / 73 85-100
www.boorberg.de

**Gerhard Großmann**

Durchwahl -267
Fax -340
g.grossmann@boorberg.de

Sekretariat:
Martina Steiger - 294

RICHARD BOORBERG VERLAG · 70551 Stuttgart

**By Overnight Mail**

Office of the Clerk
U.S. District Court fort he
Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

1. September 2009

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)

Dear Office of the Clerk:

    My name is Gerhard Grossmann, and I am corporate counsel of the Richard Boorberg Verlag GmbH & Co KG, a book publisher located in Stuttgart, Germany. Richard Boorberg Verlag GmbH & Co KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Grant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

    Thank you in advance for your consideration of this letter.

Respectfully yours.

RICHARD BOORBERG VERLAG
ppa.

*[signature]*

Gerhard Großmann

Cc: Michael J. Boni, Esq.