RECEIVED
SEP -3 2009
CLERK'S OFFICE
S.D.N.Y.



**Ravensburger**

Ravensburger Buchverlag Otto Maier GmbH

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007
United States of America

2. September 2009
Telefon ++49 751 86-1125
Telefax ++49 751 86-1244
ulrike.metzger@ravensburger.de

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Ulrike Metzger, and I am Managing Director of the Ravensburger Buchverlag Otto Maier GmbH, a book publisher located in 88214 Ravensburg, Germany.

The Ravensburger Buchverlag Otto Maier GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings.

We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Ulrike Metzger

**Ravensburger Buchverlag Otto Maier GmbH**

Postfach 18 60
88188 Ravensburg
Deutschland

Hausadresse

**Warenverkehr**
LKG Leipziger Kommissions- und Großbuchhandelsges. mbH
Pötzschauer Weg
04579 Espenhain (bei Leipzig)
Deutschland

Telefon (07 51) 86 - 0

**Sitz der Gesellschaft:**
Ravensburg
Amtsgericht Ulm
HRB 550687

**Geschäftsführer:**
Johannes Hauenstein
Renate Herre

**Bankverbindung:**

Deutsche Bank Ravensburg
(BLZ 650 700 84)
Konto-Nr. 422 444
SWIFT / BIC DEUTDE SS 650
IBAN DE 14 6507 0084 0042 2444 00