# E. SCHWEIZERBART'SCHE VERLAGSBUCHHANDLUNG
## (NÄGELE u. OBERMILLER)
### Gegründet 1826

E. Schweizerbart'sche Verlagsbuchh. · Johannesstr. 3 A · 70176 Stuttgart / Germany

Johannesstr. 3 A
**70176 Stuttgart, Germany**
Telefon: +49 (0)711 35 14 56 - 0
Telefax: +49 (0)711 35 14 56 - 99
mail@schweizerbart.de
www.schweizerbart.de



Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
USA

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-9-09]

Sept. 1, 2009

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Madam or Sir,

My name is Dr. Walt Obermiller, Partner of E. Schweizerbart'sche Verlagsbuchhandlung of Stuttgart, Germany, a publisher of scholarly books and journals since 1826. Our books and journals are in considerable circulation in the US, and elsewhere.

E. Schweizerbart'sche Verlagsbuchhandlung (Nägele u. Obermiller) is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

### We write to object to the Settlement Agreement.

We do not have the resources to provide this Court with a legal brief regarding our objections nor do we wish to burden it with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that the written notice our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly.

p.t.o.

Let me add further, that in addition to that, roughly 90% of the data on Schweizerbart's publications, that Google Inc. has made available in the preview of its planned book registry is flawed, incomplete and downright incorrect, especially when it concerns the commercial availability of our copyrighted works.

It appears to us that Google Inc. has simply chosen to label everything out of print, with very few exceptions.

We present this letter to this Court in English, for the Court's convenience. We are pleased to supply further information, if the court deems them helpful.

Thank you in advance for your consideration of this letter.

Sincerely yours,

E. Schweizerbart'sche Verlagsbuchhandlung
(Nägele u. Obermiller)
Science Publishers

Dr. Walt Obermiller

cc: Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq. Jeffrey P. Cunard, Esq., Bruce P. Keller, Esq., Daraly J. Durie, Esq., Joseph C. Gratz, Esq.

Verlagsb...

D-70176 ...