


aufbau
aufbau taschenbuch
rütten & loening
gustav kiepenheuer
sammlung dieterich

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

United States of America



Berlin, 1st of September, 2009

**Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk:

My name is Dr. Stefan Krumow, and I am the legal advisor of the Aufbau Verlag GmbH & Co. KG (Aufbau Publishing Company), a book publisher located in Berlin, Germany. Aufbau Verlag GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Aufbau Verlag GmbH & Co. KG · ANSCHRIFT: Lindenstraße 20–25 · D-10969 Berlin · TELEFON +49 (0)30 28 394-0
FAX +49 (0)30 28 394 100 · MAIL info@aufbau-verlag.de · www.aufbau-verlag.de · BANKVERBINDUNG: Berliner Bank AG

Respectfully yours,

Dr. Stefan Krumow,
Legal advisor

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.