

RECEIVED SEP - 3 2009 CLERK'S OFFICE S.D.N.Y.

Cornelsen Verlag · 14328 Berlin

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern District of
New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

Berlin, 01.09.2009

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

Our names are Dr. Tilmann Michaletz and Martin Hüppe, and we are managing directors of the Cornelsen Verlag GmbH, a book publisher located in Berlin, Germany. Cornelsen Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms.
Thank you in advance for your consideration of this letter.

Respectfully yours,
Cornelsen Verlag GmbH

Dr. Tilmann Michaletz         Martin Hüppe

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.

Cornelsen Verlag GmbH · Cornelsen online: · Für Bestellungen · Berliner Bank AG · Gesellschaft mit beschränkter Haftung · Geschäftsführer:
Mecklenburgische Str. 53 · www.cornelsen.de · und Anfragen: · Berlin · Sitz Berlin · Hartmuth Brill
14197 Berlin · · Cornelsen Service Center · (BLZ 100 200 00) · AG Charlottenburg · Wolf-Rüdiger Feldmann
E-Mail: c-mail@cornelsen.de · · (zum Ortstarif) · Konto-Nr. · HRB 114796 · Martin Hüppe