

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

September 4, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: The Authors Guild et al. v. Google, Inc. Case No 1:05 cv 8136 (S.D.N.Y.)

Dear Judge Chin:

It is with great enthusiasm that we write this letter respectfully asking that the Court approve the settlement between the Authors Guild, Inc, and Google. This letter is on behalf of the CUNY LEADS (Linking Employment Academics and Disability Services) Project which serves students at eighteen campuses of the City University of New York (CUNY).

CUNY is the nations leading public urban university serving over 480,000 students. The LEADS Project has been created to provide students with disabilities with the skills to make realistic choices that will result in successful career outcomes. There are in excess of 9000 students with disabilities at the university studying in all fields of the undergraduate, graduate and professional schools.

CUNY LEADS strongly supports this initiative as it will enable all students to search and preview books which they may not otherwise have access. It will greatly improve that educational opportunities of our students. We are pleased that the subscriptions will be affordable and priced for 'broad access'. We anticipate that the digitized resources will increase the resources while decreasing the costs to the university.

Since universal access to books is of such great importance, we support this initiative for its unprecedented access to the written literary record for people who are visually impaired as well as those who require alternative format for a variety of disability related reasons.

For the above stated reasons we respectfully urge the court to support this settlement agreement.

Sincerely,

Roberta Adelman, Director, CUNY LEADS