

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

**Cornelsen**

SCRIPTOR

By Overnight Mail or Hand Delivery

Cornelsen Verlag Scriptor • 14328 Berlin

Office of the Clerk
U.S. District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

Cornelsen Verlag Scriptor
GmbH & Co. KG
Mecklenburgische Str. 53
14197 Berlin

Fon +49.30.89785.8750
Fax +49.30.89785.8799

September 1st, 2009

**Our reference**
Rg/Ksi
**Fon**
+49.30.89785.8722
**Fax**
+49.30.89785.97.8722
**e-mail**
gregor.rauh@cornelsen.de

Re: The Authors Guild, Inc. et al v.
Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Gregor Rauh, and I am managing director of the Cornelsen Verlag Scriptor GmbH & Co. KG, a book publisher located in Berlin, Germany.

Cornelsen Verlag Scriptor GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the *Börsenverein des Deutschen Buchhandels* and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms.

Thank you in advance for your consideration of this letter.

Respectfully yours,
Cornelsen Verlag Scriptor GmbH & Co. KG

Gregor Rauh

Steuer Nr 30/133/06614
FA f KörpSch IV Berlin
Umsatzsteuer-ID-Nr DE 112 000 659
VN: 16 005
IBAN DE60 1002 0000 3558 7750 00

Berliner Bank AG Berlin
(BLZ 100 200 00)
Konto-Nr 35 58 775 000

Kommanditgesellschaft Sitz Berlin AG
Charlottenburg HRA 27 230

Komplementärin:
Cornelsen Verlag Scriptor
Verwaltungs GmbH, Sitz Berlin
AG Charlottenburg HRB 58 406

Geschäftsfuhrer
Hartmuth Brill
Gregor Rauh