


# VDI verlag

GESCHÄFTSFÜHRUNG

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District
of New York
500 Pearl Street
New York, New York 10007
United States of America

Telefon: (0211) 61 88-330
Telefax: (0211) 61 88-157
geschaeftsfuehrung@
vdi-nachrichten.com

September 1, 2009
V-RJO/Scho

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Raymond Johnson-Ohla, and I am CEO of the VDI Verlag GmbH, a book publisher located in Duesseldorf, Germany. VDI Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Raymond Johnson-Ohla

cc: Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.

The Author's Guild et al v. Google Inc                                                                                                             Doc. 358

VDI Verlag GmbH
VDI-Platz 1, 40468 Düsseldorf    Verkehrs-Nr. 16653    Commerzbank AG    Geschäftsführer: