# The National Grange
## Of the Order of Patrons of Husbandry

**Building Communities**

September 3, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09
```

**Re: The Authors Guild et al. v. Google, Inc. Case No. 1:05 cv 8136 (S.D.N.Y.)**

Dear Judge Chin:

The National Grange, the nation's oldest general farm and rural public interest organization with more than 200,000 members in 37 states, asks this court's permission to submit this letter as an amicus curiae supporting final settlement approval in the above-referenced case.

Since it was founded 142 years ago, the National Grange has served agricultural and rural communities on a wide variety of issues, including economic development, education, family endeavors and legislation designed to ensure a strong and viable rural America. Today, the Grange functions in part as a grassroots organization with 2,700 individual local community units, all of which bring rural Americans together for the purposes of improving community life and expanding opportunities for all people. We also work at the county, state, and federal levels to assure that rural Americans have a voice in political processes.

Whether they live in a city or on a farm, all Americans deserve access to high-quality information, with ample resources and up-to-date technology. In our own communities, we see all the time how access to knowledge, including the knowledge contained within books, makes a real difference in people's lives. Local Grange chapters across the country annually raise money to donate dictionaries to third elementary school students, sponsor children's literacy programs, run book drives for our local schools and libraries, support federal aid for school library centers and much more.

The National Grange encourages the court to approve the final settlement for the following reasons:

- **Democratizes access to books.** Most of the books digitized by Google come from the collections of great public and university libraries across the country and around the world. These resources would otherwise be inaccessible to those who do not live nearby or attend those institutions. The settlement will change that, providing everyone in the United States with online access to millions of books.

- **Strengthens rural libraries.** Rural libraries generally have only a fraction of the operating income and on site resources compared to urban and suburban libraries. If the settlement is approved, any rural public library and/or college will be able to provide free electronic access to millions of books through the Public Access Service, and purchase institutional subscriptions to expand access for their members.

- **Supports public schools:** Rural public schools are often the focal point and pride of their local communities, and the institutional subscription, along with the free preview access enabled by the settlement, will improve elementary, middle and high schools' educational resources.

- **Helps conserve resources for municipalities.** Even though rural libraries and schools have smaller budgets and fewer resources than their urban and suburban counterparts, the cost of a good education consumes a large percentage of local tax dollars, and adequate funding for education is a constant concern in rural America. By availing themselves of the agreement's free and affordable services, local libraries and schools can grow their resources without busting their local governments' budgets, leaving more funds for other elements of their public education systems.

- **Improves distance learning opportunities.** Distance learning is particularly important for rural Americans living where traditional higher learning, adult and vocational education opportunities may be unavailable. By encouraging not only Google, but also competitors to bring more books online, the agreement can help improve distance learning services.

For all of the above reasons, the National Grange strongly supports approval of the final settlement agreement.

Sincerely,

*Leroy Watson*

Leroy Watson, Legislative Director
National Grange of the Order of Patrons of Husbandry