SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.



Verlag Europa-Lehrmittel · Postfach 42 04 64 · 42404 Haan    02. September 2009

**Verlag Europa-Lehrmittel**
Nourney, Vollmer GmbH & Co. KG
Postfach 42 04 64
42404 Haan

Düsselberger Straße 23
42781 Haan-Gruiten
Fon 02104 6916-0
Fax 02104 6916-27
http://www.europa-lehrmittel.de

Steuer-Nr.: 135/5958/0174
Ust.-Id.Nr.: DE 121380700
Postbank Köln
BLZ 370 100 50, Kto 31 887 505
IBAN: DE65 3701 0050 0031 8875 05
BIC: PBNKDEFF

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Joachim Nourney, and I am managing director of the Verlag Europa-Lehrmittel, a book publisher located in Haan-Gruiten, Germany. Verlag Europa-Lehrmittel is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Joachim Nourney

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.