Hatje Cantz Verlag

Zeppelinstrasse 32
73760 Ostfildern
P.O. Box 3121
73751 Ostfildern
Germany

Tel. +49 711 4405-200
Fax +49 711 4405-220
www.hatjecantz.com

Your contact:
Martin Wichert -217
M.Wichert@hatjecantz.de

Hatje Cantz Verlag
GmbH & Co. KG
HRA 211930
Reg.-Gericht Stuttgart

Managing Director:
Annette Kulenkampff
PHG. Hatje GmbH
HRB 212917
Reg.-Gericht Stuttgart



Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

**By Overnight Mail or Hand Delivery**

Ostfildern, September 1, 2009

Re:  *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Martin Wichert, and I am Sales Director of the Hatje Cantz Verlag, a book publisher located in Ostfildern, Germany. Hatje Cantz Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

ppa. Martin Wichert
Sales Director Hatje Cantz

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.

HATJE