RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09



**haymon**verlag

■ Erlerstraße 10
■ 6020 Innsbruck
■ Tel (0512) 57 63 00
■ Fax (0512) 57 63 00 14
■ e-mail: office@haymonverlag.at
■ www.haymonverlag.at

02 September 2009

## By Overnight Mail or Hand Delivery

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

The Author's Guild et al v. Google Inc.    My name is Markus Hatzer, and I am the managing director of the Studienverlag GmbH,    Doc. 364
a book publisher located in Austria. Studienverlag GmbH is a member of the settlement class
embraced by the proposed settlement agreement that is before this Court in this action (the
"Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright
law. We write to object to the Settlement Agreement. We do not have the resources to provide
this Court with legal briefing regarding our objections nor do we wish to burden this Court with
duplicative filings. We therefore join in the objections that have been presented to this Court by
Scott Gant and the group of foreign publishers and publishing associations that includes the
Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by
those individuals and entities. In addition, we wish to inform this Court that the written notice
our that company received of the Settlement Agreement in german was extremely difficult to
read and included a number of meaningless or nonsensical terms and had obviously been
translated very poorly. We present this letter to this Court in English, for the Court's
convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Markus Hatzer

Lieferung auf Ihre Rechnung und Gefahr. Gerichtsstand Innsbruck. Zahlbar ohne Abzug innerhalb 30 Tagen. Gelieferte Waren bleiben bis zur vollständigen Bezahlung unser Eigentum.
Unser Konto 617.480 bei der Raiffeisen-Landesbank Tirol, 6020 Innsbruck, Adamgasse 1-7, BLZ 36.000, IBAN AT21 3600 0000 0061 7480, BIC RZTIAT22