```
┌─────────────────────────────┐
│   SDNY                       │
│   CUMENT                     │
│   ELECTRONICALLY FILED       │
│   DOC #: _____     │
│   DATE FILED: 9-9-09         │
└─────────────────────────────┘
```



**P. KIRCHHEIM**

Lindwurmstraße 21, • D-80337 München
Tel. 089-267474 • Fax. -26949922
e-mail: info@kirchheimverlag.de
www.kirchheimverlag.de

P. Kirchheim Verlag, Lindwurmstr. 21, D-80337 München

1. September 2009



**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

United States of America

RECEIVED

SEP - 3 2009

CLERK'S OFFICE
S.D.N.Y.

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Peter Kirchheim, and I am publisher of the P. Kirchheim Verlag, a book
publisher located in Munich, Germany. P. Kirchheim Verlag is a member of the
settlement class embraced by the proposed settlement agreement that is before this Court in this
action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S.
copyright law. We write to object to the Settlement Agreement. We do not have the resources to
provide this Court with legal briefing regarding our objections nor do we wish to burden this
Court with duplicative filings. We therefore join in the objections that have been presented to
this Court by Scott Gant and the group of foreign publishers and publishing associations that
includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to
this Court by those individuals and entities. In addition, we wish to inform this Court that
the written notice our that company received of the Settlement Agreement in English
was extremely difficult to read and included a number of meaningless or nonsensical terms and
had obviously been translated very poorly. We present this letter to this Court in English, for
the Court's convenience and it was translated for us.

The Author's Guild et al v. Google Inc.                    Doc. 369

Thank you in advance for your consideration of this letter.
Respectfully yours,

Peter Kirchheim
P. Kirchheim Verlag

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.