
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Georg Olms Verlag AG
Hagentorwall 7
D-31134 Hildesheim
(Germany)

Telefon 0 51 21/ 15010
Telefax 0 51 21/150150
E-mail: info@olms.de
Internet: www.olms.de

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

Ihr Schreiben   Mein Zeichen   Datum

01 September 2009

**By Overnight Mail or Hand Delivery**

Re:  *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Dr. W. Georg Olms and I am the Managing Director of the Georg Olms Verlag, a book publisher located in Hildesheim, Germany. Georg Olms Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated in a hurry. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully Yours,

Dr. W. Georg Olms

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Dresdner Bank AG, Hildesheim 6 037 021 (BLZ 259 800 27)
Sparkasse Hildesheim 97880 (BLZ 259 501 30)
IBAN=DE 38 2595 0130 0000 0978 80
SWIFT=NOLADE21HIK