

# DEUTSCHE STIFTUNG DENKMALSCHUTZ

Schirmherr: Bundespräsident Horst Köhler

**By Overnight Mail**

Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Geschäftsführung

Koblenzer Straße 75
53177 Bonn
Postfach 20 04 26
53134 Bonn
Telefon 02 28/9 57 38-0
Telefax 02 28/9 57 38-23
www.denkmalschutz.de

2. September 2009

Re: *The Authors Guild, Inc. et al. v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    The Deutsche Stiftung Denkmalschutz is a non-profit foundation that supports the preservation of tangible cultural heritage, and also is a book publisher located in Bonn, Germany. The Deutsche Stiftung Denkmalschutz is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

    Thank you in advance for your consideration of this letter.

Respectfully yours,

Dr. Wolfgang Illert
Geschäftsführer (Chief Executive)

cc: Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq., Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq., Joseph C. Gratz, Esq.

**Kuratorium**
Prof. Dr. Dr. h.c.
Bernhard Servatius (Vorsitzender)
Staatsministerin Dr. Eva-Maria Stange
(Stellv. Vorsitzende)

Prof. Monika Harms,
Generalbundesanwältin
Dr. Tessen v. Heydebreck
Andreas de Maizière

Dr. Andrea Pufke
Prof. Markus Schächter
Dr. Manfred Schaudwet
Prof. Dr.-Ing. habil. Dagmar Schipanski

**Vorstand**
Prof. Dr. Dr.-Ing. E.h. Gottfried Kiesow
(Vorsitzender)
Prof. Dr. Klaus Trouet (Stellv. Vorsitzender)
Gerhard Eichhorn

**Spendenkonten**
Commerzbank AG, Bonn · Kto.-Nr. 30 555 500
BLZ 380 400 07 · BIC: COBADEFF 380
IBAN: DE16 3804 0007 0305 5555 00
Dresdner Bank AG, Köln · Kto.-Nr. 55 555 00

The Author's Guild et al v. Google Inc.    Doc. 375