

DLA Piper LLP (US)
1200 Prospect Street, Suite 575
La Jolla, California 92037-3654
www.dlapiper.com

Karl ZoBell
karl.zobell@dlapiper.com
T 858 638 6800
F 858.638 5100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9-9-09

OUR FILE NO 327009-000148

August 26, 2009

SEP 0

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***The Authors Guild, Inc., et al. v. Google, Inc., No. 05 Civ. 8136 (S.D.N.Y.) (DC)***

Dear Mr. McMahon:

We represent Dr. Seuss Enterprises, L.P. ("DSE"), the owner of the copyright to hundreds of books written by, or derived from books written by, Theodor S. Geisel, under his own name as well as under two pseudonyms, Dr. Seuss and Theo LeSieg, which are implicated in the Google Book Settlement. DSE and its counsel have given careful consideration to the options available to it under the terms of the Settlement. After thoughtful deliberation, DSE asks the Court to grant the plaintiffs' motion for final settlement approval.

We are pleased that the Settlement, by not displaying in-print books unless the rightsholders of those books direct Google to do so, protects our client's interests yet also offers us the opportunity to try new marketing tools such as snippet and preview use, which could spur further sales of Dr. Seuss books.

The Settlement may offer a new opportunity for authors of out-of-print books to find new audiences and new sources of income for their works. We believe this is likely to be an important benefit for the authors' community, for readers and for researchers.





We have concluded that the Settlement is good for authors and for the reading public, and we support it.

Very truly yours,

**DLA Piper LLP (US)**

Karl ZoBell
Senior Counsel

Millie Basden
Of Counsel

Admitted to practice in California

KZ:vs

cc: Michael J. Boni, Esq.
Jeffrey P. Cunard, Esq.
Daralyn J. Durie, Esq.

WEST\21784826.1
327009-000148