)ECEIVER

SEP - 3 2009

CLERK'S OFFICE
S.D.N.Y.

Atrium Verlag AG Zürich • Heinrichstr. 249 • CH-8005 Zürich

**By Overnight Mail or Hand Delivery**



**ATRIUM**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

Zurich, September 1st, 2009

Re:    *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136
(S.D.N.Y.).

Dear Office of the Clerk:

My name is Nikolaus Hansen, and I am the publisher of the Atrium Verlag AG, a book publisher located in Zurich, Switzerland and Hamburg, Germany. Atrium Verlag AG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

The Author's Guild et al. Google    Doc. 380

Atrium Verlag AG Zürich

Heinrichstr. 249
CH-8005 Zürich
Telefon: +41 / 44 / 7 60 31 71
Fax: +41 / 44 / 7 60 20 68

*In Deutschland und Österreich vertreten durch:*
Cecilie Dressler Verlag GmbH
Poppenbütteler Chaussee 53
D-22397 Hamburg
• Telefon: 040 / 607 909 13
Fax: 040 / 607 23 26

*Vertrieb, Marketing, Lektorat:*
Max-Brauer-Allee 34
D-22765 Hamburg
Telefon: 040 / 607 909-928
Fax: 040 / 607 909-628
s.lammers@vgo-arche-atrium.de

www.atrium-verlag.com

Thank you in advance for your consideration of this letter.

Respectfully yours,

Nikolaus Hansen

Sitz der Gesellschaft:
Heinrichstr. 249, CH-8005 Zürich

Bankverbindungen
UBS AG, CH-8098 Zürich
Konto-Nr. 230-221 106.30T
SWIFT (BIC) UBSWCHZH80A
IBAN-Code:
CH20 0023 0230 2211 0630T

• Commerzbank AG, Hamburg
BLZ 200 400 00

cc:    Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.