RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-09



Schul- und Fachbücher

Verlag Handwerk und Technik GmbH
Lademannbogen 135 · 22339 Hamburg
Postfach 63 05 00 · 22331 Hamburg
Telefon  040 53808-0
Fax      040 53808-102
verlagsleitung@handwerk-technik.de
www.handwerk-technik.de
Verlagsleitung

Verlag Handwerk und Technik GmbH · Postfach 63 05 00 · 22331 Hamburg

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Hamburg, 1. September 2009 UG/AL

Re:  *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Ulrich Grunwald, and I am Manager of the Verlag Handwerk und Technik GmbH, a book publisher located in Hamburg, Germany. Verlag Handwerk und Technik GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,
Verlag Handwerk und Technik GmbH

*[signature]*

Ulrich Grunwald

cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.

Weitere Informationsbüros mit
ständiger Verlagsausstellung:
Gohliser Straße 19 · 04155 Leipzig
Telefon/Fax  0341 3913874
oder          034291 21116

Geschäftsführung    Registergericht    Konten