**Cadmos Verlag GmbH**

Im Dorfe 11
22946 Brunsbek
Tel. 0049 4107 85170

RECEIVED SEP - 3 2009 CLERK'S OFFICE S.D.N.Y.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-9-09

01.September 2009

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

      Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Hans J. Schmidtke, and I am Publisher of the Cadmos Verlag GmbH, a book publisher located in Brunsbek in Germany. Cadmos Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement AgreementWe present this letter to this Court in English, for the Court's convenience and it was translated for us.

    Thank you in advance for your consideration of this letter.

               Respectfully yours,

                *[signature]*
                Cadmos Verlag GmbH

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.

The Author's Guild et al v. Google Inc.   Doc. 391