RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09

# ARCHE

Arche Literatur Verlag AG
Heinrichstrasse 249
CH-8005 Zürich

Niederlassung Hamburg
Max-Brauer-Allee 34
22765 Hamburg
Tel.: +49 (0)40 / 607 909-932
Fax: +49 (0)40 / 607 90

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Zurich, September 1st, 2009

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Nikolaus Hansen, and I am the publisher of the Arche Literatur Verlag AG, a book publisher located in Zurich, Switzerland and Hamburg, Germany. Arche Literatur Verlag AG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Nikolaus Hansen

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.

Geschäftsführer: Silke Weitendorf  Nikolaus Hansen
Commerzbank AG  Kto.-Nr. 645 4755 00  (BLZ 200 400 00)  (IBAN Code: DE 06 2004 0000 0645 4755 00)  (SWIFT-Code: COBADEFFXXX)