

# LES ÉDITIONS DE MINUIT

7, RUE BERNARD-PALISSY – 75006 PARIS

TÉLÉPHONE 01 44 39 39 20. Pour joindre directement votre correspondant composer le 01 44 39 39 suivi des deux chiffres qui figurent à la suite de chaque service : Direction - Droits étrangers, 22 – Service de presse, 27 – Commercial, 25 – Comptabilité, 21 – Fabrication, 24 – Manuscrits, 29 – Abonnements aux revues, 29.

FAX 01 44 39 39 23 – COURRIEL : contact@leseditionsdeminuit.fr

SITE : www.leseditionsdeminuit.fr

September 3, 2009

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Re:  *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Irène Lindon and I am CEO of LES EDITIONS DE MINUIT S.A., a book publisher located in France. LES EDITIONS DE MINUIT is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by the French Publishers Association (Syndicat National de l'Edition/ SNE), for the reasons presented to this Court by this entity.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*[signature]*

cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.