

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

TRAVEL HOUSE MEDIA GmbH · Grillparzerstr. 12 · 81675 München

September 2nd, 2009

Office of the Clerk
U.S. District Court for the Southern District of
New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

**By Overnight Mail or Hand Delivery**
Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Gerhard Denndorf, and I am Managing Director Sales and Finance of the TRAVEL HOUSE MEDIA Publishing, a book publisher located in Munich, Germany. TRAVEL HOUSE MEDIA Publishing is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*(signature)*

Gerhard Denndorf
Managing Director Sales and Finance TRAVEL
HOUSE MEDIA Publishing

ADAC

ADAC Verlag GmbH

DER
FEINSCHMECKER

MERIAN
Die Lust am Reisen







TRAVEL HOUSE MEDIA GmbH
Grillparzerstr. 12
81675 München
Postfach 86 03 66
81630 München
Telefon 0 89 - 450 009 - 900
Telefax 0 89 - 450 009 - 901

www.travel-house-media.de

Amtsgericht München: HRB 50 317
Verkehrsnummer 11 482
Ust.-ID Nr. DE 811 226 766
Geschäftsführer:
Thomas Ganske
Frank-H. Häger
Gerhard Denndorf
Dr. Stefan Rieß



cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.