

2nd September 2009

Deborah Burnside
PO Box 7305
Taradale
Napier
NEW ZEALAND
0064 6 844 1060
Deborah@cleanearth.co.nz

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York,
New York 10007-1312
United States of American

Dear Mr McMahon

Re: Authors Guild v. Google Inc., No. 05 – CIV-8136 (DC)

I write to object to the Proposed Settlement as a class member in support of the New Zealand Society of Author's objection. I am a New Zealand author and citizen and my books are published by New Zealand and Australian publishers. The grounds for my objection are:

- Court has misapplied the Berne Convention
- Court has exceeded its jurisdiction
- Author Sub-Class not applicable to NZ authors
- Insufficient notice to satisfy notice requirements
- Inadequate compensation
- Overriding contractual relationships between author and publisher
- Unfair treatment of non US authors
- Unfair treatment of non US public
- Antitrust issue surrounding the significant market power Google would acquire through the settlement

A full description of these reasons is enclosed in the NZSA's objection, including legal argument.

I urge the Court to reject the Proposed Settlement on the grounds as detailed above.
**Please provide written receipt of this objection**

Yours truly,

Deborah Burnside

Author