

# Vandenhoeck & Ruprecht

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

Carola Müller, CEO
Theaterstr. 13 | 37073 Göttingen
Tel. +49 (0)551/5084-275 | Fax +49 (0)551/5084-422
E-Mail c.müller@v-r.de| www.v-r.de

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09

02th September 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.,* Case No. 05 CV 8136 (S.D.N.Y.)

Dear Office of the Clerk:

My name is Carola Müller, and I am CEO of the publishing house Vandenhoeck & Ruprecht (GmbH & Co. KG), a book publisher located in Göttingen, Germany. Vandenhoeck & Ruprecht (GmbH & Co. KG) is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

Thank you in advance for your consideration of this letter.

Respectfully yours

Vandenhoeck & Ruprecht (GmbH & Co. KG)
Carola Müller, CEO

cc.:    Michael J. Boni, Esq.
        Joanne Zack, Esq.
        Joshua Snyder, Esq.
        Jeffrey P. Cunard, Esq.
        Bruce P. Keller, Esq.
        Daralyn J. Durie, Esq.
        Joseph C. Gratz, Esq.



Postanschrift: Vandenhoeck & Ruprecht    37070 Göttingen
Vandenhoeck & Ruprecht (GmbH & Co. KG), Handelsregister Göttingen HRA 1182    Ruprecht-Verwaltungsgesellschaft mbH, Registergericht HRB 672