


# Verlag Das Wunderhorn

Verlag Das Wunderhorn • Rohrbacher Str.18 • 69115 Heidelberg

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Manfred Metzner, and I am CEO of the Verlag Das Wunderhorn GmbH, a book publisher located in Heidelberg/Germany. Verlag Das Wunderhorn GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Manfred Metzner

cc:   Michael J. Boni, Esq.

---

Verlag D a s   W u n d e r h o r n   GmbH

Rohrbacher Straße 18            Geschäftsführer:
69115 Heidelberg                 Manfred Metzner, Hans Thill
Telefon 06221 - 402428           AG Heidelberg HRB 331520- FA HD 32499/25102
Telefax 06221 - 402483           USt-Id.Nr.: DE 143 309 97
Dresdner Bank  177 7943 00  BLZ 672 800 51 - IBAN DE72 6728 0051 0477 7943 00