# CW NIEMEYER BUCHVERLAGE



Verlagsleitung

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

CW Niemeyer Buchverlage GmbH • Osterstraße 19 • 31785 Hameln/Germany

Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-09

2. September 2009

Fr./Pa.
Telefon:  05151/200-311
Telefax:  05151/200-319
info@niemeyer-buch.de
www.niemeyer-buch.de

**Re:** *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Hans Freiwald, and I am Editorial Director of the CW Niemeyer Buchverlage GmbH, a book publisher located in Hameln, Germany. CW Niemeyer Buchverlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*(signature)*
(Hans Freiwald)

cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.

**CW Niemeyer Buchverlage GmbH**
Osterstraße 19, 31785 Hameln • Telefon 05151 / 200 - 311