

*Engineering und Praxiswissen*
*für neue Energien*

**By Overnight Mail or Hand Deliver**  01 September 2009

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09

Solarpraxis AG
Zinnowitzer Straße 1
D-10115 Berlin (Mitte)

Telefon:  00 49/30/726 296-300
Telefax:  00 49/30/726 296-309
E-Mail:   info@solarpraxis.de
Internet: www.solarpraxis.de

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Karl-Heinz Remmers, and I am CEO of the Solarpraxis AG, a book publisher located in Berlin Germany. Solarpraxis AG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

    Thank you in advance for your consideration of this letter.

Respectfully yours,

Karl-Heinz Remmers
CEO / Solarpraxis AG

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.

Aufsichtsratsvorsitzender:
Philipp Spitz
Vorstand:
Karl-Heinz Remmers

Sitz: Berlin
Amtsgericht Charlottenburg
HRB 75112
Erfüllungsort und
Gerichtsstand: Berlin

Deutsche Kreditbank AG (DKB)
Kto.-Nr.:  1541820
BLZ:       120 300 00
SWIFT-BIC: BYLADEM1001
IBAN-Nr:
DE61 1203 0000 0001 5418 20

Landesbank Berlin (LBB)
Kto.-Nr.:  630030693
BLZ:       100 500 00
SWIFT-BIC: BELADEBEXXX
IBAN-Nr:
DE85 1005 0000 0630 0306 93

Dresdner Bank AG (DRB)
Kto.-Nr.:  0929486700
BLZ:       100 800 00
SWIFT-BIC: DRESDEFF100
IBAN-Nr:
DE69 1008 0000 0929 4867 00

USt-IdNr.: DE208290784

Steuer-Nr.: 37/128/20420