```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,            :

                  Plaintiffs,        :

       - against -                   :       ORDER

GOOGLE, INC.,                        :       05 Civ. 8136 (DC)

                  Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-09

**CHIN, District Judge**

  The Court has received requests for pre-motion conferences by the American Society of Media Photographers, Inc., the Graphic Artists Guild, the Picture Archive Council of America, the North American Nature Photographers Association, Joel Meyerowitz, Dan Budnik, Peter Turner, and Lou Jacobs, Jr. (the "proposed interveners"), seeking leave to intervene in this action.  I have construed their letters as motions to intervene, and the motions are denied.

  This case was filed some four years ago and has been conditionally settled; it is simply too late to permit new parties into the case.  Moreover, the request for leave to intervene is based on the desire to be heard with respect to the proposed settlement.  Intervention is not necessary for that purpose.

The proposed interveners are free to file objections to the proposed settlement, but they must do so by the September 4, 2009 deadline.

SO ORDERED.

Dated: New York, New York
September 2, 2009

DENNY CHIN
United States District Judge

-2-