

*Verlagsgesellschaft*

SEP - 3 2009

ERK'S OF
S.D.N.Y.

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

*Gerokstraße 51*
*70184 Stuttgart*

*ISDN Anschluss*
*Tel.* 0711/24 20 60
*Fax* 0711/24 20 88

*eMail:*
*lucius@luciusverlag.com*

*Internet:*
*http://www.luciusverlag.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

02. September 2009

**Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk,

my name is Prof. Dr. Wulf D. v. Lucius, and I am CEO of the Lucius & Lucius Verlags-gesellschaft mbH, a book publisher located in Stuttgart/Germany. Lucius & Lucius is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in English was extremely difficult to read and was not sufficient to deal with different facts esp. with regard to titles "not commercially" available in the US. We have – being publishers of specialized academic publications – to suspect that European publishers are heavily dealt unfairly by these stipulations.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Prof. Dr. Wulf D. v. Lucius

*v. Lucius & v. Lucius*
*Verlagsgesellschaft mbH*

*Stuttgart HRB 17767*
*Geschäftsführer*
*Prof. Dr. Wulf D. v. Lucius*
*FA Stgt. Korpersch.*
*99029-03790*
*USt-ID DE179003171*

*Bankhaus Ellwanger & Geiger*
*Konto 22697004*
*BLZ 600 302 00*

cc:   Michael J. Boni, Esq.        Bruce P. Keller, Esq.
      Joanne Zack, Esq.           Daralyn J. Durie, Esq.
      Joshua Snyder, Esq.         Joseph C. Gratz, Esq.