



**REIMER**

Dietrich Reimer Verlag GmbH
Berliner Straße 53
10713 Berlin

Reimer Verlag · Berliner Straße 53 · 10713 Berlin

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007
United States of America

Telefon +49 (030) 7 00 13 88-0
Fax +49 (030) 7 00 13 88-11
www.reimer-verlag.de
**Geschäftsführung**
e-mail: hrcram@reimer-verlag.de

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 9-10-09
```

02.09.2009

**Re:** *The Authors Guild, Inc. et al v. Google Inc.*, **Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk:

My name is Dr. Hans-Robert Cram, and I am Managing Director of the Dietrich Reimer Verlag GmbH, a book publisher located in Berlin, Germany, with a book list of more than 1.800 titles. Dietrich Reimer Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company never got the chance to learn whether our books have been or will likely be digitised by Google. On February 3, 2009, we were informed that there will be a database available as of May 5, 2009. However, this database is still unavailable.

Landesbank Berlin
BLZ 100 500 00
Konto Nr. 6750026611
BIC BELA DE BE
IBAN DE45 1005 0000 6750 0266 11
Sitz: Berlin
Reg. Nr. HRB 101526 B
Amtsgericht Charlottenburg
Steuernummer 27/024/05097
USt.-Ident.-Nr. DE 247842632

Reimer Verlag, Berlin                                              Page 2

We present this letter to this Court in English, for the Court's conven-
ience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*(signature)*

(Dr. Hans-Robert Cram)
Publisher/Managing Director
Dietrich Reimer Verlag GmbH

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.