**Montan- und Wirtschaftsverlag GmbH
im Stahl-Zentrum**



RECEIVED
SEP - 3 2009
CLERK'S OFF.
S.D.N.Y.

Montan- und Wirtschaftsverlag GmbH · Sohnstraße 65 · D-40237 Düsseldorf

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-2009
```

| our reference | phone | e-mail | date |
|---|---|---|---|
| Adrian Schommers | +49 (0)211 6707-550 | adrian.schommers@stahleisen.de | 2. September 2009 |
| | fax | | |
| | +49 (0)211 6707-555 | | |

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Adrian Schommers, and I am the managing director of the Montan- und Wirtschaftsverlag GmbH, a book publisher located in Düsseldorf, Germany. Montan- und Wirtschaftsverlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in (German) was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Montan- und Wirtschaftsverlag GmbH
Adrian Schommers

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.