# VISTA✢POINT

VISTA POINT VERLAG GmbH

Postfach 27 05 72 - 50511 Köln
Händelstr. 25 – 29 - 50674 Köln

Telefon: 0221/ 92 16 13 0
Telefax: 0221/ 92 16 13 14
www.vistapoint.de

RECEIVED SEP - 3 2009 CLERK'S OF S.D.N.Y.

Vista Point Verlag GmbH · Händelstr. 25 – 29 · D–50674 Köln

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09

02 September 2009

Re: The authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Andreas Schulz, and I am the CEO of the Vista Point Verlag GmbH, a book publisher located in Cologne, Germany. Vista Point Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Andreas Schulz
Vista Point Verlag GmbH

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Stadtsparkasse Köln – BLZ 370 501 98 . Konto-Nr. 158 022 954
Geschäftsführer: Dr. Horst Schmidt-Brümmer ·Andreas Schulz ·HRB Köln 15410
Steuer-Nr.: 214/5818/0022 ' UST-ID. Nr.: DE 122 660 214