


RECEIVED
SEP - 3 2009
CLERK'S OF
S.D.N.Y.

Langenscheidt KG | Postfach 40 11 20 | D-80711 München

Berlin
München
Wien
Zürich
Warschau
New York

**By Hand Delivery (International Courier)**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

Ihre Nachricht vom/Ihr Zeichen     Unser Zeichen     Durchwahl 0 89/3 60 96-     Datum

RE-DrWa/re     Tel. -201     2 September 2009
              Fax -495
              E-Mail: rechtsabteilung@langenscheidt.de

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Dr. Martin Wagner, and I am legal counsel and head of the legal department of Langenscheidt KG, a book publisher located in Munich/Germany. Langenscheidt KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company doubts that it received all relevant written notices and information related to the Settlement Agreement because the Google Book Search Settlement Administrator used a posting address of Langenscheidt KG which has no longer been valid since February 2001 although our current address could have easily been identified through our website www.langenscheidt.de. This is why we cannot be sure that all written notices and information have been properly forwarded to the current postal address of Langenscheidt KG.

Adresse | Langenscheidt KG          Telefon | 0 89/3 60 96 - 0              Handelsregister | Amtsgericht München HRA 17282
         Mies-van-der-Rohe-Straße 1  Fax     | 0 89/3 60 96 - 222 (Allgemein) USt-IdNr       | DE136022475



      We present this letter to this Court in English, for the Court's convenience and it was translated for us.

      Thank you in advance for your consideration of this letter.

                           Respectfully yours,

                            Langenscheidt KG
                            Legal Department

                            Dr. Martin Wagner

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.