1974-2009    WISSENSCHAFTLICHER FACHVERLAG

Wirtschaftsverlag N.W. GmbH  Postfach 10 11 10  D-27511 Bremerhaven

Office of the Clerk
U. S. District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007
United States of America



SEP - 3 2009

CLERK'S OFFICE
S.D.N.Y.

Wirtschaftsverlag N. W.
Verlag für neue
Wissenschaft GmbH

Bürgermeister-Smidt-
Straße 74-76
D-27568 Bremerhaven
Tel. 04 71-9 45 44-0
Fax 04 71-9 45 44-77
info@nw-verlag.de
www.nw-verlag.de

1. September 2009

**The Authors Guild, Inc. et al v. Google Inc.
Case No. 05 CV 8136 (S.D.N.Y.).**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

Dear Office of the Clerk:

My name is Harald Kirbach, and I am Managing Director of the
Wirtschaftsverlag, a book publisher located in Bremerhaven, Germany.

The Wirtschaftsverlag is a member of the settlement class embraced by the
proposed settlement agreement that is before this Court in this action (the
"Settlement Agreement"), because it owns rights in books that are protected
by U.S. copyright law. We write to object the Settlement Agreement. We do
not have the recources to provide this court with legal briefing regarding our
objections nor do we wish to burden this Court with duplicative filings. We
therefore join in the objections that have been presented to this Court by
Scott Gant and the group of foreign publishers and publishing associations
that includes the Börsenverein des Deutschen Buchhandels and others, for
the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any
written notice of the Settlement Agreement.

We present this letter to this Court in English, for the Court's convenience
and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Harald Kirbach

Sitz: Bremerhaven

Handelsregister:
Bremerhaven B 1411

Geschäftsführender
Gesellschafter:
Harald Kirbach