*ibidem*-Verlag
J. Haunschild / C. Schön GbR



Julius-Leber-Weg 11
D-30457 Hannover

Autorenbetreuung@ibidem-verlag.de
Tel.: (05 11) 26 22 20 - 0
Fax: (05 11) 26 22 20 - 1
oder Tel.: 01803-IBIDEM
(01803-424336)

Bankverbindung:
Deutsche Bank 24 Marburg
BLZ: 533 700 24
Konto: 190 94 31 00

Sitz der Gesellschaft:
*ibidem*-Verlag
Jessica Haunschild,
Christian Schön GbR
Melchiorstr. 15
D-70439 Stuttgart

Tel.: (07 11) 9 80 79 54
Fax: (07 11) 8 00 18 89

Verkehrs-/Ersatz-Nr.: 89984
USt-ID-Nr.: DE184450922

---

*ibidem*-Verlag • Julius-Leber-Weg 11 • D-30457 Hannover

Office of the Clerk
U.S. District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007
USA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09
```

| Ihr Zeichen | Ihre Nachricht vom | unser Zeichen | Datum |
|---|---|---|---|
| | | cs | 01.09.2009 |

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Chris Schoen, and I am CEO of *ibidem*-Verlag J. Haunschild / C. Schön GbR, a book publisher located in Stuttgart and Hannover, Germany. ibidem-Verlag J. Haunschild / C. Schön GbR is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement") because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience; it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,
*ibidem*-Verlag
J. Haunschild / C. Schön GbR

Chris Schoen