# WEIDLER
## Buchverlag Berlin

Lübecker Straße 8 • D-10559 Berlin
Tel. 0049/30/394 86 68 • Fax 0049/30/394 86 98


2009

WEIDLER Buchverlag Berlin GbR • Postfach 21 03 15 • D-10503 Berlin

e-mail: weidler_verlag@yahoo.de
Internet: www.weidler-verlag.de

Office of the Clerk
U.S. District Court
for the Southern District of New York
500 Pearl Street
NEW YORK, NY 10007
U.S.A.



Berlin-Mitte, 01 September 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Joachim Weidler, and I am [the publisher of WEIDLER Buchverlag Berlin, a book publisher located in Berlin (Germany). WEIDLER Buchverlag Berlin is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our company received of the Settlement Agreement in German was extremely to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.