

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

# SecuMedia
Der Verlag für
Sicherheits-Informationen

SecuMedia Verlags-GmbH
Lise-Meitner-Straße 4
55435 Gau-Algesheim (DE)
Postfach 1234
55205 Ingelheim
Tel. +49 6725 9304-0
Fax +49 6725 5994
Internet: www.secumedia.info
E-Mail: info@secumedia.de

SecuMedia Verlags-GmbH · Postfach 1234 · 55205 Ingelheim (DE)

**By Air Mail**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

01 September 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09
```

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Peter Hohl, and I am Managing Director of the SecuMedia Verlag, a book publisher located in Gau-Algesheim, Germany. SecuMedia Verlag are a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Peter Hohl

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.