

# ATLANTIS

B O K F Ö R L A G

*[Stamp: RECEIVED SEP 3 2009 CLERK'S OFFICE S.D.N.Y.]*

31 August 2009

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/10/09]*

    Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Peter Luthersson, and I am Managing Director of the Bokförlaget Atlantis AB, a book publisher located in Stockholm Sweden. Bokförlaget Atlantis AB is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Svenska Förläggareföreningen, for the reasons presented to this Court by those individuals and entities. The objections have been explained to us and we endorse them. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in Swedish was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

    Thank you in advance for your consideration of this letter.

                                                             Respectfully yours,

                                                            Peter Luthersson

cc:  Michael J. Boni, Esq.
       Joanne Zack, Esq.
       Joshua Snyder, Esq.
       Jeffrey P. Cunard, Esq.
       Bruce P. Keller, Esq.
       Daralyn J. Durie, Esq.
       Joseph C. Gratz, Esq.