# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Frank P. Scibilia**
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

SEP 0 ·

JUDGE ~~~~~

September 2, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

**VIA FIRST CLASS MAIL**

Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

**VIA FEDERAL EXPRESS**

Google Book Search Settlement Administrator
c/o Rust Consulting
625 Marquette Avenue, Suite 880
Minneapolis, Minnesota 55402

Re: *EMI Music Publishing's Opt Out of Google Books Settlement*

Dear Settlement Administrator:

We represent EMI Music Publishing, and its affiliated music publishing entities, including those listed on the annexed Schedule A (collectively, "EMI"). We write to inform you, Google, Inc., and all other interested parties (including Class Counsel and the so-called "Book Rights Registry") that EMI is opting out of the settlement in *Authors Guild, Inc. et al. v. Google, Inc.*, 05 CV 8136 (DC) (the "Google Books Settlement" or the "Settlement"). We are authorized by EMI to submit this opt-out letter.

To be clear, by opting out, EMI is not waiving, and expressly reserves, all of its rights, including, without limitation, as set forth herein.

As a threshold matter, it remains unclear to EMI whether and to what extent the Settlement applies to music publishers and the copyrighted works that they own or control. First, it is not entirely clear whether EMI, which is a music publisher, qualifies as a member of the "Publisher Sub-Class," the "Author Sub-Class," neither, or both. Further, while we understand that the Settlement specifically excludes "sheet music and other works that are used primarily for the playing of music," both the definitions of "Book" and "Insert" include certain references to and definitions of music and lyrics that seem to, nevertheless, implicate the interests of music publishers such as EMI, and its songwriters. Notwithstanding that it is hereby opting out, EMI

■ PRYOR CASHMAN LLP

Google Book Search Settlement Administrator
c/o Rust Consulting
September 2, 2009
Page 2

reserves the right to take the position, in any forum, that the Settlement does not apply to music publishers, songwriters and/or copyrighted music or lyrics.

EMI does not believe it was provided with proper notice of the Settlement. By opting out, EMI is not waiving any argument with respect to notice.

We understand that Google and Class Counsel would like rightsholders (including members of the so-called "Author Sub-Class" or "Publisher Sub-Class") that choose to opt out of the Settlement to use the opt out form provided by Google and Class Counsel, and available at http://www.googleboooksettlement.com/r/enter_opt_out (the "Opt Out Form"), or to otherwise send a notice that contains the information requested by the Opt Out Form. The Opt Out Form -- which is obviously designed with book publishers and authors in mind -- asks the entity opting out to list the title of each and every "imprint," "Book" or "Insert" that may contain copyrighted material owned or controlled by such entity. While we recognize that providing that information would make it more convenient for Google to determine what it should or should not attempt to infringe, we do not believe a party choosing to opt out has any legal obligation to provide such information in order to enforce its rights, and EMI declines the invitation. Requiring EMI, a music publisher that owns or controls over *one million* copyrights written by *thousands* of different songwriters and licensed for use in *thousands* of different publications, to endeavor to determine each and every publication that may include music or lyrics owned or controlled by EMI and that could arguably qualify as a "Book" or an "Insert"-- just so that it may tell Google not to infringe them -- would be prohibitively burdensome and costly, and at odds with well-settled principles of copyright law. It is disingenuous to state, as Google and other interested proponents of the Settlement have, that the Settlement does not burden or modify the rights of copyright owners or place them in any worse position because they "remain free to opt out," but then make it prohibitively burdensome and costly for them to do so. Nevertheless, to ensure that EMI and a reference to this letter is in the automated system of Google and/or the "Book Rights Registry," EMI has partially completed an Opt Out Form and has therein made specific reference to this letter. To be clear, and for the avoidance of doubt, EMI is, by this letter and by the Opt Out Form, opting out of the Settlement with respect to each and every copyrighted musical composition that it owns or controls in whole or in part, to the extent of its rights. Moreover, by opting out herein and by partially completing an Opt Out Form, EMI is not waiving any argument with respect to the applicability or propriety of the Opt Out Form, or any of the information requested by the Opt Out Form.

By opting out, EMI remains free to pursue Google in any forum, including for willful copyright infringement, should Google reproduce, distribute, perform, or otherwise exploit EMI's copyrighted music, including as embodied in any "Book" or "Insert" reproduced or "digitized" by Google, for any purpose without EMI's permission. In this regard, any use of EMI's copyrighted music by Google, for any purpose whatsoever, without EMI's prior written authorization, is strictly prohibited, including without limitation, those uses described in the

**PRYOR CASHMAN LLP**

Google Book Search Settlement Administrator
c/o Rust Consulting
September 2, 2009
Page 3

notice of class action settlement (*e.g.,* "Display Uses," "Non-Display Uses," "Advertising Uses," "Uses by Fully Participating Libraries," or inclusion in the "Research Corpus," each as defined in such notice), or any other uses.

Nothing herein shall be deemed a complete recitation of the claims, rights, or remedies of EMI and its songwriters, all of which are expressly reserved.

Very truly yours,

*[signature]*

Frank P. Scibilia

cc: Hon. Denny Chin (by hand)
David C. Drummond, Senior Vice President, Corporate Development and Chief Legal Officer, Google, Inc. (via Federal Express and by fax)
Jeffrey P. Cunard, Debevoise & Plimpton LLP (by fax)
Michael Boni, Boni & Zack LLC (by fax)
Clark Miller, EMI Music Publishing (via e-mail)
Michael Abitbol, EMI Music Publishing (via e-mail)

Exhibit A

| | |
|---|---|
| **Australia** | EMI Music Publishing Australia Pty Ltd |
| | EMI Belinda Music Australia Pty Ltd |
| | EMI Allans Music Australia Pty Ltd |
| | EMI Davis Music Australia Pty Ltd |
| | EMI Catalogue Partnership Australia Pty Ltd |
| | EMI Songs Australia Pty Ltd |
| | EMI Virgin Music Publishing Australia Pty Ltd |
| **Belgium** | EMI Music Publishing (Belgium) NV |
| | EMI Songs Belgium SA/NV |
| | Rover Music NV |
| | EMI Music Services Belgium NV |
| | Be's Songs NV |
| | A+S Productions BVBA |
| | EMI Virgin Music Publishing (Belgium) NV |
| **Canada** | EMI Blackwood Music (Canada) Ltd |
| | EMI April Music (Canada) Ltd |
| | Les Editions EMI Musique Limitee |
| **Chile** | EMI Music Publishing Chile SA |
| **China** | EMI Music Publishing China Ltd |
| **Czech Republic** | EMI Music Publishing Ceska Republika AS |
| | EMI Music Publishing Slovenska Republika, SRO |
| **Denmark** | EMI Music Publishing (Denmark) A/S |
| | EMI Casadida Music Publishing ApS |
| **Finland** | EMI Music Publishing Finland Oy |
| **France** | EMI Music Publishing France SA |
| | EMI Songs SARL |
| | EMI Catalogue Partnership France SA |
| | EMI Virgin Music Publishing France SA |
| | Delabel Editions SA |
| | Editions et Productions Sidonie SAS |
| | Call Me SARL |
| | EMI Group France SAS |
| **Germany** | EMI Music Publishing Germany GmbH |
| | EMI Quattro Musikverlag GmbH |
| | Edition Accord Musikverlag GmbH |
| | EMI General Music Musikverlag GmbH |
| | Selected Sound Musikverlag GmbH |
| | EMI Songs Musikverlag GmbH |
| | EMI Phoenix Musikverlag GmbH |
| | EMI Partnership Musikverlag GmbH |
| | EMI Nobile Musikverlag GmbH |
| | EMI Virgin Music Publishing Germany GmbH |
| | EMI Epos Musikverlag GmbH |
| | EMI Kick Musikverlag GmbH |
| | EMI MMC Musikverlag GmbH |
| | EMI Group Germany GmbH |
| | EMI Group Beteiligungs GmbH |

| Greece | EMI Music Publishing Greece LLC |
| --- | --- |
| | EMI Virgin Music Publishing Greece LLC |
| | EMI Songs Music Publishing Greece LLC |
| Hong Kong | EMI Music Publishing (S.E. Asia) Ltd |
| | EMI Group Hong Kong Ltd (MP Division) |
| Hungary | EMI Music Publishing Hungary KFT |
| Israel | EMI Music Publishing (Israel) Ltd |
| Italy | EMI Music Publishing Italia Srl |
| | EMI Virgin Music Publishing Italy SRL |
| | EMI General Music SRL |
| | EMI Songs Edizioni Musicali SRL |
| | EMI Catalogue Partnership Italy SRL |
| | Resolute Casa Editrice Musicali SRL |
| Japan | EMI Music Publishing Japan Ltd |
| | Virgin Music Japan Ltd |
| | Bee Natural Music inc |
| Malaysia | EMI Music Publishing Malaysia Sdn Bhd |
| Mexico | Beechwood de Mexico SA de CV |
| | EMI Musical SA de CV |
| Netherlands | EMI Music Publishing (Holland) BV |
| | EMI Virgin Music Publishing Holland BV |
| | EMI Music Services Holland BV |
| | AV Music Publishers BV |
| | Dutchy Publishing BV |
| | Dino Music Publishing BV |
| | EMI Catalogue Partnership Holland BV |
| | EMI Songs Holland BV |
| | EMI Music Publishing Netherlands Holdings BV |
| Norway | EMI Music Publishing Norway AS |
| | Frost Music AS |
| Poland | EMI Music Publishing Polska SP ZOO |
| Portugal | EMI Music Publishing Portugal Edicoes Musicais Lda |
| Romania | EMI Music Publishing Romania SRL |
| Singapore | EMI Music Publishing Singapore Pte Ltd |
| | EMI (Singapore) Pte Ltd |
| South Africa | EMI Music Publishing (South Africa) Pty Ltd |
| | EMI Industries (Pty) Ltd (MP Division) |
| South Korea | EMI Music Publishing Korea Ltd |
| Spain | EMI Music Publishing Spain SA |
| | EMI Songs Espana Srl |
| | Global Demelsa SL |
| | Music Contact International SL |
| | Ediciones Musicales Hispavox SA |
| | EMI Virgin Music Publishing Spain SA |
| Sweden | EMI Music Publishing Scandinavia AB |
| | EMI Songs Scandinavia AB |
| | EMI Catalogue Partnership Scandinavia AB |
| | EMI Mills Music Scandinavia AB |

|     | |
| --- | --- |
|     | EMI Housework AB |
|     | EMI CMM Publishing AB |
|     | EMI Virgin Music Publishing Scandinavia AB |
| UK  | EMI Music Publishing Ltd |
|     | B Feldman & Co Ltd |
|     | Bardell Smith Publishing Ltd |
|     | Peers Music Ltd |
|     | Delabel Music Publishing (UK) Ltd |
|     | And Son Music Ltd |
|     | EMI Harmonies Ltd |
|     | Themes International Ltd |
|     | General Music UK Ltd |
|     | EMI United Partnership Ltd |
|     | Ardmore & Beechwood Ltd |
|     | EMI Film & Theatre Music Ltd |
|     | Francis Day & Hunter Ltd |
|     | Music House (International) Ltd |
|     | Acton Green Music Ltd |
|     | Motor Music Ltd |
|     | Hit and Run Music Publishing Ltd |
|     | The Peter Maurice Music Co Ltd |
|     | EMI 10 Music Ltd |
|     | The Charisma Music Publishing Company Ltd |
|     | Big Ben Music Ltd |
|     | EMI Songs Ltd |
|     | EMI Melodies Ltd |
|     | Circa Music Ltd |
|     | EMI Virgin Music Ltd |
|     | Gloucester Place Music Ltd |
|     | EMI Tunes Ltd |
|     | Nisbet & Beck Music Ltd |
|     | The Ded Good Music Library Ltd |
|     | Arcadia 99 Ltd |
|     | EMI Music Publishing Holdings (UK) Ltd |
|     | EMI Music Publishing Finance (UK) Ltd |
|     | EMI Music Publishing Holdings (France) Ltd |
|     | WG&M Shelf Co 148 Ltd |
|     | WG&M Shelf Co 149 Ltd |
|     | EMI Music Publishing Holdings (Italy) Ltd |
| USA | EMI Blackwood Music Inc |
|     | Beechwood Music Inc |
|     | Colgems - EMI Music Inc |
|     | Cruven Inc |
|     | EMI April Music Inc |
|     | EMI Combine Inc |
|     | EMI Copyright Holdings Inc |
|     | EMI Mogull Inc |
|     | EMI Virgin Music Inc |

| |
|---|
| EMI Virgin Songs Inc |
| Glenwood Music Corp |
| Screen Gems - EMI Music Inc |
| EMI Catalogue Partnership Inc |
| Jobete Music Company Inc |
| Stone Diamond Music Corp |
| 1290 Music Inc. |
| 1290 Songs Inc. |
| Bee Natural Music Inc. |
| Combine Music Corporation |
| EMI Affiliated Catalog Inc. |
| EMI Al Gallico Music Corp. |
| EMI Algee Music Corp. |
| EMI Belfast Music Inc. |
| EMI BMPC Corporation |
| EMI Brillig Music Inc. |
| EMI Duce Music Inc. |
| EMI Easy Listening Music Corp. |
| EMI Entertainment World Inc. |
| EMI Feist Catalog Inc. |
| EMI Funding Corp. |
| EMI GL Publications Inc. |
| EMI Gold Horizon Music Corp. |
| EMI Golden Torch Music Corp. |
| EMI Grove Park Music Inc. |
| EMI Hastings Catalog Inc. |
| EMI Intertrax Music Inc. |
| EMI Jemaxal Music Inc. |
| EMI Management Services Inc. |
| EMI Miller Catalog Inc. |
| EMI Mills International Sales Corporation |
| EMI Mills Music Inc. |
| EMI MSC Music Inc. |
| EMI Music Holdings 1 Inc. |
| EMI New Coconuts Music Inc. |
| EMI Norbud Music Inc. |
| EMI NTM Holdings Inc. |
| EMI PST Music Inc. |
| EMI Publishing Holdings Inc. |
| EMI Robbins Catalog Inc. |
| EMI RTF Music Inc. |
| EMI Slithy Songs Inc. |
| EMI Sosaha Music Inc. |
| EMI Strong LLC |
| EMI TSM Music Inc. |
| EMI U Catalog Inc. |
| EMI Unart Catalog Inc. |
| EMI USA Holdings Inc. |

| | |
|---|---|
| | EMI Variety Catalog Inc. |
| | EMI Vine Music Inc. |
| | EMI Waterford Music Inc. |
| | EMI Worldtrax Music Inc. |
| | Entertainment World Music Inc. |
| | Long Range Music Inc. |
| | Mocassin Music Corporation |
| | Music City Music Inc. |
| | Preference Music Inc. |
| | Priority Music Inc. |
| | Rising Sons Music Inc. |
| | Web Site Operations Inc. |
| | West End Music Inc. |
| | Windriva Music Inc. |
| | US MP LLC SPV |
| | EMI Group North America Inc |
| | EMI Music Acquisitions Inc |
| | Blackwood Holdings Inc |