Für die Zukunft gestalten.



Callwey Verlag · Postfach 80 04 09 · D-81604 München

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Georg D. W. Callwey
GmbH & Co. KG
Streitfeldstraße 35
D-81673 München
Fon  + 49 89/43 60 05 - 0
Fax  + 49 89/43 60 05 - 117
www.callwey.de

Geschäftsleitung

01 September 2009

**By OvernightMail**

*Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).*

Dear Office of the Clerk:

My name is Helmuth Baur-Callwey and I am owner of the Georg D.W. Callwey GmbH & Co. KG, a book publisher located in Munich, Germany. Callwey is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Mr. Helmuth Baur-Callwey

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Georg D. W. Callwey
GmbH & Co. KG
Streitfeldstraße 35
D-81673 München
Sitz der Gesellschaft: München
Amtsgericht:
München HRA 48058
UST-ID-Nr.: DE 130 490 784
Steuer-Nr.:
235/30130 / FA München II

Persönlich haftende
Gesellschafterin: Georg D.W.
Callwey Verwaltungs GmbH
Sitz der Gesellschaft: München
Amtsgericht:

125 Jahre