

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | Case No.05 CV 8136（DC） |
| The Authors Guild, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **OBJECTION OF JAPANESE** |
| ) | **PUBLISHERS COMENT TO THE** |
| Google, Inc., ) | **SETTLEMENT** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The Author's Guild et al v. Google Inc.     Doc. 497

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _9_
DATE FILED: _9/10/09_

## Objection of Japanese Publishers to the Settlement

We, Japanese publishers listed as under, hereby declare that we oppose to the Settlement so as to protect our publishing tradition from unlawful digitization by Google.

It is written in the Notice that it gives an opportunity to breathe new commercial life into tens of millions of out-of-print Books, but   this is not true. It is obvious that Google has digitized tremendous copies of book, including our books under distribution and/or in-print without consents of copyright owners, thus they are undoubtedly violating Japanese copyright legislations whatever they may explain. Also, Google has no right to judge whether works are orphan or not since Orphan Books in Japan are under the control of Agency for Cultural Affairs. From this point of view too, the Settlement violates Copyright Law.

Japanese authors and publishers are ignored by the Settlement completely, since we had not received any documents yet.

We reserve our right to file claim against Google for indemnification of probable loss and/or damage to be caused by their digitization of our books under distribution and/or in-print, and we hereby declare that we opt out from the Settlement.

We would like you to understand the aforesaid situation which will lead to, we believe, dismissal of this unfair Settlement.


August 28, 2009                          Respectfully submitted,

## Japanese Publishers

| | | |
|---|---|---|
| あけび書房 | 代表取締役・久保則之 | Akebi Syobo Corp. |
| 梓出版社 | 代表取締役・本谷高哲 | azusa-syuppansya |
| アスラン書房 | 代表取締役・藤本和秀 | ASLAN SHOBO,Inc. |
| ありな書房 | 代表取締役・松村豊 | Arina Syobo |
| イザラ書房 | 代表取締役・澁澤浩子 | IZARA Publishing Co.,Ltd. |
| いそっぷ社 | 代表取締役・首藤知哉 | AESOP CO.,LTD. |
| インパクト出版会 | 代表取締役・深田卓 | IMPACT SHUPPANKAI |
| 凱風社 | 代表取締役・小木章男 | Gaifusha |
| 解放出版社 | 代表取締役・大野昭則 | BURAKU LIBERATION PUBLISHING HOUSE CO. |
| 海鳴社 | 代表取締役・辻信行 | Kaimeisha Ltd. |
| 海象社 | 代表取締役・山田一志 | Kaizosha |
| 影書房 | 代表取締役・松本昌次 | Kageshobou Co.Ltd. |
| 花伝社 | 代表取締役・平田勝 | Kadensha |
| 雁思社 | 代表取締役・吉村三郎 | Ganshisha |
| 気天舎 | 代表取締役・西岡泰和 | KITENSHA Publications,Ltd. |
| 雲母書房 | 代表取締役・茂木敏博 | Kirarashobo |
| 健康と良い友だち | 代表取締役・市川玲子 | Limited Company Kenkouto Yoitomodachi Sha |
| 現代書館 | 代表取締役社長・菊地泰博 | GENDAISHOKAN PUBLISHING Co.,Ltd. |
| 現代人文社 | 代表取締役・成沢壽信 | Gendai Jinbun-Sha Co.,Ltd. |
| 皓星社 | 代表取締役・藤巻修一 | Koseisha |
| 合同出版 | 代表取締役・上野良治 | GODO SHUPPAN Co.,Ltd. |
| コスモの本 | 代表取締役・石田伸哉 | Cosmobooks Co.,Ltd. |
| 子どもの未来社 | 取締役・奥川隆 | Kodomonomiraisha |
| コモンズ | 代表取締役社長・大江正章 | commons |
| 彩流社 | 代表取締役・竹内淳夫 | Sairyusha |
| 桜井書店 | 代表取締役・桜井香 | Sakuraishoten |
| 三元社 | 代表取締役・石田俊二 | Sangensha Publishers Inc. |
| 自然食通信社 | 代表取締役・横山豊子 | Sizenshokutusinsha |
| 時潮社 | 代表・相良景行 | Jichosha |
| 社会評論社 | 代表取締役・松田健二 | Shakaihyouronsha |
| 松柏社 | 代表取締役・森信久 | Shohakusha |
| ショパン | 代表取締役社長・内藤克洋 | CHOPIN Corp. |
| 新宿書房 | 取締役社長・村山恒夫 | Shinjuku-shobo Co.Ltd |
| 新泉社 | 代表取締役・石垣雅設 | Shinsensha Publishing Inc. |
| 水声社 | 代表取締役・鈴木宏 | rose des vents-suiseisha publications |

| | | |
|---|---|---|
| 随想舎 | 取締役（代表）・小川修二 | Zuisousha Co.,Ltd. |
| すずさわ書店（篠澤書店） | 代表取締役・青木大兄 | SUZUSAWA PUBLISHING Co.,Ltd. |
| スタジオタッククリエイティブ | 代表取締役社長・高橋矩彦 | STUDIO TAC CREATIVE Co.,Ltd. |
| 生活思想社 | 代表・五十嵐美那子 | Seikatu Shisōsya |
| 世織書房 | 代表取締役・伊藤晶宣 | Seori Shobo |
| せりか書房 | 代表取締役・船橋純一郎 | SERIKA SHOBO |
| 創土社 | 代表取締役・酒井武史 | Sodosya |
| 蒼土舎 | 社主・内藤克洋 | SODOSYA |
| 大蔵出版 | 代表取締役・青山賢治 | Daizoshuppan |
| 知泉書館 | 代表取締役・小山光夫 | Chisenshokan |
| 筑波書房 | 代表取締役・鶴見治彦 | Tsukuba-Shobo Publishing Company |
| 柘植書房新社 | 代表取締役・上浦英俊 | Tsuge Shobo ShinshaP |
| 同時代社 | 代表取締役・川上徹 | Doujidaisya |
| 七つ森書館 | 代表取締役・中里英章 | Nanatsumori Shokan Inc. |
| 日本経済評論社 | 社長・栗原哲也 | NIHON KEIZAI HYOURONSHA LTD. |
| にんげん出版 | 代表取締役・小林健治 | NINGEN Publishing |
| パイインターナショナル（旧英友社） | 代表取締役・折登洋 | PieInternational Inc.(formaly Eiyusha,Inc.) |
| 白澤社 | 代表取締役・吉田朋子 | Ltd.HAKUTAKUSHA |
| 晩成書房 | 代表取締役・水野久 | Bansei-shobo |
| パンドラ | 代表取締役・中野理恵 | Pandora |
| ひかり書房 | 代表取締役・野崎渡 | Hikarishobo |
| 美乃美 | 代表取締役・垣本剛一 | Binobi |
| 批評社 | 代表取締役・佐藤英之 | Hihyosha |
| VIENT | 代表編集長・石川英弘 | VIENT Corp. |
| 風媒社 | 代表取締役・稲垣喜代志 | FUBAISHA LTD. |
| 本の泉社 | 代表取締役・比留川洋 | Honnoizumisha |
| 道出版 | 編集長・佐藤彰 | MICHISHUPPAN Co.,Ltd. |
| 明月堂書店 | 代表取締役・末井幸作 | meigetsudo |
| めこん | 代表取締役・桑原晨 | Mekong |
| 木犀社 | 代表取締役・遠藤真広 | Mokuseisha |
| 唯学書房 | 代表取締役・村田浩司 | Yuigakushobo |
| 雄渾社 | 代表取締役・垣本剛一 | Yukonsha |
| 有志舎 | 代表取締役・永滝稔 | Yushisha Co.,Ltd. |
| リベルタ出版 | 代表取締役・田悟恒雄 | PublishersLiberta,Co.ltd. |
| 緑風出版 | 代表取締役・高須次郎 | RYOKUFU SHUPPAN |
| ルック | 代表取締役・国吉真栄 | Look |
| 論創社 | 代表・森下紀夫 | Yugengaisha Ronsosha |

**Japanese Version**

ニューヨーク南部地区連邦地裁　連邦判事　Denny Chin　殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年　8月28日

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　**出版流通対策協議会**

英語表記　　SHUPPAN RYUTU TAISAKU KYOGIKAI

肩書　　**会長**

氏名　　　**高須 次郎**

署名　　高須次郎

住所　東京都文京区本郷3-31-1

盛和ビル40B

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　**あけび書房株式会社**

英語表記　　Akebi Syobo Corp.

肩書

氏名　　代表取締役　久保則之

署名　　久保則之

印

住所　　東京都千代田区九段北1ー9ー5
　　　　朝日九段マンション1208号

電話　　03-3234-2571

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　有限会社 梓出版社

英語表記　azusa-syuppansya

肩書　代表取締役

氏名　本谷高哲

署名　本谷高哲

〒270-0034
住所　千葉県松戸市新松戸
7-65

電話　047-344-8118

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　**株式会社 アスラン書房**

英語表記　ASLAN SHOBO, INC.

肩書　代表取締役

氏名　藤本 和秀

署名　Kazuhide Fujimoto

住所　〒170-0013 豊島区東池袋4-29-12-401

電話 TEL03-3590-8280 FAX03-3590-8435

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

**●Googleブック検索和解案に反対です！**

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　**株式会社 イザラ書房**

英語表記　LZARA Publishing Co.Ltd.

肩書　代表取締役

氏名　渋澤 浩子

署名　Hiroko Shibusawa

印

住所　〒369-0205 埼玉県児玉郡上里町大字神保原町660番地
　　　TEL.0495-33-9216 FAX.0495-33-9226

電話

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　株式会社　いそっぷ社

英語表記　　AESOP CO., LTD.

肩書　　代表取締役

氏名　　首藤 知哉

署名　　Shudo Tomoya

住所　　東京都大田区久が原 5-5-9

電話　　03 (3758) 8119

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　㈱インパクト出版会

英語表記　　IMPACT SHUPPANKAI

肩書　　代表取締役

氏名　　澤田 卓

署名　　浮田 卓　　　　　印

住所　　東京都文京区本郷2-5-11 服部ビル2F
　　　　TEL03-3818-7576 FAX03-3818-8676

電話　　㈱インパクト出版会

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 　**株式会社 海 象 社**

英語表記 　Kaizosha

肩書 ＿＿＿＿＿＿＿＿＿＿＿

氏名 　代表取締役 山 田 一 志

署名 　山田一志

住所 　東京都文京区大塚4丁目51番3-303号

電話 　TEL03-5977-8690 FAX03-5977-8691

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　**株式会社解放出版社**

英語表記　　BURAKU LIBERATION
　　　　　　PUBLISHING HOUSE CO

肩書　　　　代表取締役

氏名　　　　大野昭則

署名

住所　大阪府　大阪市浪速区久保吉1-6-12

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　(株) 海鳴社

英語表記　　Kaimeisha Ltd.

肩書　　代表取締役

氏名　　辻 信行

署名　　N. Tsuji

印

住所　東京都千代田区 西神田 2-4-6

電話　03-3262-1967

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　株式会社 影書房

英語表記　　Kageshobou Co., Ltd.

肩書　　代表取締役

氏名　　松本 昌次

署名　　松本 昌次

印

住所　　東京都北区中里3-4-5-101

電話　　03-5907-6755

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

**●Googleブック検索和解案に反対です！**

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　**有限会社　気天舎**

英語表記　　KITENSHA Publications, Ltd.

肩書　　代表取締役

氏名　　西岡琹和

署名　　西岡琹和

住所　　〒112-0011 東京都文京区千石2-22-3

電話　　電話・FAX 03(5976) 0621

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 有限会社 健康と良い友だち社

英語表記 Limited company Kenkou To Yoitomodachi sha

肩書 代表取締役

氏名 市川 玲子

署名 市川 玲子

住所 東京都 港区 三田 2-14-4
三田慶応レジデンス603

電話 03-5765-4891

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解を却下することを求める。

2009年 8月28日

出版社名　㈱ 現代書館

英語表記 GENDAISHOKAN PUBLISHING Co.,Ltd.

肩書 代表取締役社長

氏名　菊地泰博

署名　菊地泰博 

住所　東京都千代田区飯田橋3－2－5

電話　☎ 03(3221)1321・FAX (3262)5906

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

| | |
|---|---|
| 出版社名 | **株式会社 現代人文社** |
| 英語表記 | Gendai Jinbun-Sha Co.Ltd |
| 肩書 | |
| 氏名 | 代表取締役 成沢壽信 |
| 署名 | 成沢壽信 |
| 住所 | 〒160-0004 東京都新宿区四谷2-10 八ッ橋ビル7階 |
| 電話 | TEL 03-5379-0307 FAX 03-5379-5388 |

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　合同出版（株）

英語表記　GODO SHUPPAN Co., Ltd

肩書　president

氏名　Ueno Ryoji

署名

住所　東京都千代田区神田神保町一の二八
　　　電話 03(3294)3506
　　　合同出版株式会社
　　　代表取締役 上野良治

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

| | |
|---|---|
| 出版社名 | 株式会社 コスモの本 |
| 英語表記 | Cosmobooks. co. ltd |
| 肩書 | 代表取締役 |
| 氏名 | 石田 伸哉 |
| 署名 | 石田 伸哉 |
| 住所 | 東京都杉並区西荻南 3-17-16 |
| 電話 | 03-5336-9668 |

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　コモンズ

英語表記　commons

肩書　代表取締役社長

氏名　大江 正章

署名　大江 正章

住所 〒161-0033　東京都新宿区
　　　　　　　　　　下落合1-5-10-1002

電話　03-5386-6972

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

**●Googleブック検索和解案に反対です!**

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日



出版社名 株式会社 三元社

英語表記 Sangensha Publishers Inc.

肩書 代表取締役

氏名 石田俊二

署名 石田俊二

住所〒113-0033 東京都文京区本郷
1-28-36 鳳明ビル

電話 03-3814-1867

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　日晋潮月社

英語表記　　Jichosha

肩書　　代表

氏名　　相宅晟行

署名　　K. Sagara

住所　　板橋区赤塚野町 4-62-15

電話　　03-8915-9046

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本において著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 ____株式会社 ショパン____

英語表記 ____CHOPIN Corporation____

肩書 ____代表取締役 社長____

氏名 ____内 藤 克 洋____

署名 ____内 藤 克 洋____

㊞

住所
〒153-0061 東京都目黒区中目黒3-5-5-301
電(03)5721-5525 Fax.(03)5721-6226

電話

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●**Googleブック検索和解案に反対です！**

　　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索
和解案」に反対する。

　　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為
は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた
「Googleブック検索和解案」は受け容れられない。

　　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。
現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本にお
いても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、そ
れらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Bo
oks」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。
日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本
語訳も提供されていない。

　　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護
されていることを、われわれは確信している。

　　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通
告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　新宿書房

英語表記　　Shinjuku-shobo Co. Ltd.

肩書　　取締役 社長

氏名　　村山恒夫

署名　Tsuneo Muraya

住所　東京都
　　　千代田区九段北1-8-2

電話　03-3262-3392

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　株式会社　新泉社

英語表記　Shinsensha Publishing Inc.

肩書

氏名　株式会社 新 泉 社

署名　代表取締役 石垣雅設

印

住所　東京都文京区本郷2丁目5番12号

電話　+81 - (0)3 - 3815 - 1662

ニューヨーク南部地区連邦地裁　連邦判事 Denny Chin　殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　株式会社　水　声　社

英語表記　rose des vents - suiseisha　publications

肩書　　**株式会社　水　声　社**

氏名　　**代表取締役　鈴　木　　宏**

署名　　　　　　　12/27

住所　　東京都文京区小石川2-10-1 〒112-0002

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 3月28日

出版社名 有限会社 随想舎

英語表記 Zuisousha Co,Ltd

肩書 取締役（代表）

氏名 小川 修二

署名 小川 修二

住所 栃木県宇都宮市本町10-3
TSビル 1F

電話 028-616-6605

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 株式会社 すずさわ書店（篶澤書店）

英語表記 SUZUSAWA PUBLISHING CO., LDT.

肩書　代表取締役

氏名　青木大兄

署名　青木大兄

住所　東京都新宿区高田馬場
4-18-15 第二中村ビル

電話　03-5386-3969

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解を却下することを求める。

2009年 8月28日



出版社名 ㈱スタジオ タック クリエイティブ

英語表記 STUDIO TAC CREATIVE Co., Ltd.

肩書 代表取締役社長

氏名 高橋矩彦

署名 高橋矩彦

住所 東京都 渋谷区 下駄ヶ谷 2-37-7
サンビューハイツ神宮 302

電話 03-5474-6200

ニューヨーク南部地区連邦地裁　連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　株式会社 世 織 書 房

英語表記　　Seori Shobo

肩書

氏名　　　　代表取締役 伊 藤 晶 宣

署名　　　　伊藤晶宣

住所　　　〒220-0042 横浜市西区戸部町7丁目240番地
　　　　　　　　　　　　　　文教堂ビル3階

電話　　　045-317-3176

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 <u>生活思想社</u>

英語表記 <u>Sesikatu Shisōsya</u>

肩書 <u>代表</u>

氏名 <u>五十嵐 茉那子</u>

署名 <u>minako Igarashi</u>

住所 <u>新宿区神楽坂 2-15-506</u>

電話 <u>03-5261-5931</u>

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 株式会社 せりか書房

英語表記 SERICA SHOBO

肩書 代表取締役

氏名 船橋純一郎

署名 船橋純一郎　　印

101-0064
住所 東京都千代田区猿楽町 1-3-11
大滝ビル1下

電話 03-3291-4676

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　蒼土舎

英語表記　GODOSYA

肩書　社主

氏名　内藤克洋

署名　内藤克洋

印

住所　〒153-0061 東京都目黒区中目黒3-5-5-301

電話　03-5721-6636

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　株式会社　筑波書房

英語表記　Tsukuba-Shobo Publishing Company

肩書　代表取締役

氏名　鶴見 治彦

署名　鶴見 治彦

住所　東京都新宿区神楽坂2-19

　　　銀鈴会館

電話

ニューヨーク南部地区連邦地裁　連邦判事　Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

| | |
|---|---|
| 出版社名 | 有限会社 拓植書房新社 |
| 英語表記 | Tsuge Shobo Shinsha |
| | 東京都文京区小石川一丁目14番1号<br>有限会社 拓植書房新社 |
| 肩書 | 代表取締役 |
| 氏名 | 上浦英俊 |
| 署名 | 上浦 英俊 |
| | 印 |
| 住所 | |
| 電話 | |

2009年 8月28日 10時37分　　(株)同時代社　　　　　　　　　NO.4375　P.2

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

### ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　同時代社

英語表記　Doujidaisya

肩書　代表取締役

氏名　川上　徹

署名　Kawakami Toru

住所

### 同　時　代　社

〒101-0065 東京都千代田区西神田2-7-6
電話　☎03-3261-3149 ℻03-3261-3237

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　**株式会社 七つ森書館**

英語表記　　Nanatsumori Shokan. Inc.

肩書

氏名　　　　代表取締役　中里英章

署名　　　　中里英章　　　　　　　　㊞

住所　　　　東京都文京区本郷3丁目13番3号

電話　　　　03-3818-9311

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　株式会社 日本経済評論社

英語表記　NIHON KEIZAI HYORONSHA. LTD

肩書　社長

氏名　栗原哲也

署名　Kurihara Tetanya

住所　東京都千代田区神田神保町3-2

電話　03-3230-1661

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

**●Googleブック検索和解案に反対です！**

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　**株式会社 にんげん出版**

英語表記　NINGEN publishing

肩書　代表取締役

氏名　代表取締役 **小林健治**

署名　小林 健治

住所　〒101-0051 東京都千代田区神田神保町3-1-6
　　　日建ビル9F

電話　TEL03-3222-2655　FAX03-3222-2078

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名 株式会社パイインターナショナル（旧英友社）

英語表記 Pie International, Inc. (formaly Eiyusha, Inc.)

肩書　代表取締役

氏名　折登 洋

署名　Hiroshi Onto

住所　埼玉県蕨市北町1-19-21-301

電話　048-433-2693

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　有限会社　白澤社

英語表記　Ltd. HAKUTAKUSHA

肩書　代表取締役

氏名　吉田朋子

署名　Yoshida Tomoko

住所　東京都文京区関口1丁目29番6号　松鈴ビル207
〒112-0014
202-1-29-6, Sekiguchi, Bunkyo-ku
112-0014, TOKYO, JAPAN

電話　03-5155-2615

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　**株式会社　晩 成 書 房**

英語表記　Bansei-shobo

肩書　代表取締役

氏名　水野　久　MIZUNO Hisashi

署名　水野　久

住所　東京都千代田区猿楽町 1-4-4

電話　03-3293-8348

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　(有)VIENT

英語表記　VIENT Corp

肩書　代表編集長

氏名　石川秀34

署名　N.J.

住所　東京都中央区八丁堀4-12-20
　　　第1SSビル1階

電話　03-3551-7646

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大半の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

| | |
|---|---|
| 出版社名 | 有限会社 風 媒 社 |
| 英語表記 | FUBAISHA LTD. |
| 肩書 | |
| 氏名 | 代表取締役 稲垣喜代志 |
| 署名 | 稲垣喜代志 |
| 住所 | 〒460-0013 名古屋市中区上前津2-9-14 |
| 電話 | 052・331・0008 |

　　　　　地区連邦地裁 連邦判事 Denny Chin 殿

### 　ogleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日



出版社名　㈱明月堂書店

英語表記　meigetudou

肩書　代表取締役

氏名　末井幸作

署名　末井幸作

住所　東京都新宿区下町3-15
河田町ビル3階

電話　03-5368-2327

ニューヨーク南部地区連邦地裁　連邦判事 Denny Chin 殿

**●Googleブック検索和解案に反対です！**

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　<u>道出版　株式会社</u>

英語表記　<u>MICHI SHUPPAN Co, Ltd</u>

　　肩書　<u>編集長</u>

　　氏名　<u>佐藤　彰</u>

　　署名　<u>AKIRA SATO</u>

　　住所　<u>東京都豊島区池袋2-47-5</u>

　　電話　<u>03-5951-4661</u>

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業日的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　木犀社

英語表記　Mokuseisha

肩書　代表取締役

氏名　遠藤真広

署名　遠藤真広

住所　東京都文京区千駄木 1-2-14

電話　03-3824-1252

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　　有志舎

英語表記　　Yushisha Co. ltd

肩書　　代表取締役

氏名　　永滝 稔

署名　　永滝 稔 Minoru Nagataki

住所　　東京都千代田区神田神保町3-1-8 宝栄ビル403

電話　　03-3511-6005

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　<u>株式会社 リベルタ出版</u>

英語表記　<u>Publishers Libertà, co.Ltd.</u>

肩書　<u>代表取締役</u>

氏名　<u>田 堡 恒 雄</u>

署名　<u>Tauneo Dengo</u>　　㊞

住所　<u>東京都 千代田区 猿楽町 1-4-8</u>

　　　<u>松村ビル 402</u>

電話　<u>03-3293-2923</u>

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

## ●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。
　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。
　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。
　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

## 株式会社 緑風出版

出版社名

英語表記　RYOKUFU SHUPPAN

肩書　代表取締役

氏名　高須 次郎

署名　高須 次郎

住所　東京都文京区本郷

2-17-5

電話　03-3812-9420

ニューヨーク南部地区連邦地裁 連邦判事 Denny Chin 殿

●Googleブック検索和解案に反対です！

　われわれ日本の出版社は、日本の出版文化をGoogleから防衛するため「Googleブック検索和解案」に反対する。

　Googleが商業目的で本の版面を出版社や著者に無断で組織的かつ大規模にスキャンした行為は、著作権法違反の違法行為であることは明白である。したがってそのような行為に基づいた「Googleブック検索和解案」は受け容れられない。

　絶版本をデジタル化して読者に提供するという謳い文句と実体は、まったく異なっている。現実には、日本の出版社の販売中の大量の本がすでにデジタル化されている。また、日本においても著作権者が不明な「Orphan Books」は大量にあり、「和解案」が成立してしまえば、それらの使用権などが、無条件でGoogleに与えられてしまうことになる。これは、「Orphan Books」について条項を設けている日本の著作権法に抵触する。

　「Googleブック検索和解案」は、アメリカ国外の著作権者について、まったく配慮していない。日本の権利者にはいまだに、和解管理者からの正式な通知はされておらず、和解案全文の日本語訳も提供されていない。

　日本の出版社と著作権者の権利は、アメリカ国内においても、ベルヌ条約によって厳に保護されていることを、われわれは確信している。

　われわれは、Googleによってもたらされた損害に対して、賠償請求権を放棄しないことを通告するとともに、「Googleブック検索和解案」に参加しないことを表明する。

　貴裁判所が、かかる和解案を却下することを求める。

2009年 8月28日

出版社名　有限会社 論創社

英語表記　Yugengasha Ronsosha

肩書　代表

氏名　森下紀夫

署名　森下紀夫

住所　東京都千代田区神田神保甲
　　　2-23

電話　03-3264-5254