

Deutsche Vereinigung für Wasserwirtschaft, Abwasser und Abfall e.V.

German Association
for Water, Wastewater
and Waste

**By Overnight Mail or Hand Delivery**

01. September 2009

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:



My name is Johannes Lohaus, and I am Managing Director of the DWA German Association for Water, Wastewater and Waste in Hennef, Germany. The DWA is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our Association did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience; it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Bausassessor Dipl.-Ing. Johannes Lohaus

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Theodor-Heuss-Allee 17 · 53773 Hennef · Deutschland    Präsident:    Kreissparkasse Köln (BLZ 370 502 99) 237 008