

**Aragon** GmbH

VERLAG, MEDIEN UND MEHR

Postfach 101106
47401 Moers
Germany

Telefon +49-2841 – 16561
Mobil: +49-163 – 2016561
         +49-163 – 3016561
Fax +49-2841 – 24336
Email: aragon-moers@web.de

01. September 2009

<u>By Overnight Mail or Hand Delivery</u>

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/09
```

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Karin Low, and I am the CEO (Geschäftsführer) of the Aragon GmbH – Edition Aragon - a book publisher located in 47445 Moers, Amselstr. 8, Germany. Aragon GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Karin Low

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P Cunard, Esq.

Bankverbindungen:   Sparkasse Moers          Postbank Essen           Hausanschrift:
                    Konto 1120 024 124       Konto 434 877 – 436      Amselstraße 8
                    BLZ 354 500 00           BLZ 360 100 43           47445 Moers

Geschäftsführerin:  Handelsregister          USt. Id.-Nr.             Mitglied des Börsenvereins

The Author's Guild et al v. Google Inc.                                                    Doc. 504