SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.



Wissenschaftlicher Verlag
Harri Deutsch GmbH
Gräfstraße 47
60486 Frankfurt am Main
Telefon (0 69) 77 01 58 60
Telefax (0 69) 77 01 58 69
E-Mail: verlag@harri-deutsch.de
Internet: www.harri-deutsch.de

By Overnight Mail or Hand Delivery

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/09

02 September 2009

Re: The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Martin Kegel, and I am CEO of the Wissenschaftlicher Verlag Harri Deutsch GmbH, a book publisher located in Frankfurt am Main, Germany. The Verlag Harri Deutsch is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*Martin Kegel*
Martin Kegel

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.

The Author's Guild et al v. Google Inc.   Doc. 505