August 29, 2009




Office of the clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

05 Civ 8136 (DC)

Dear Sir/Madam,

As copyright holder for the published works of Rudolf Dreikurs, Sadie Dreikurs, and Eva Dreikurs Ferguson, I am writing to send my objection regarding the Settlement between Google and Authors. I wish to be a member of the Settlement and request the Court to take into account my concerns when finalizing the Settlement.

I request that <u>Google expressly gain permission from me</u> prior to digitizing ANY OF MY COPYRIGHTED MATERIALS.

Moreover, I object in case Google has already digitized any of my copyrighted materials, to Google's having digitized any of my copyrighted works without my express permission. In case Google has done such digitizing, I request that Google not make any of these materials available for any use.

The Author's Guild et al v. Google Inc.                                             Doc. 507

Sincerely Yours,

*Eva Dreikurs Ferguson* (signature)

Eva Dreikurs Ferguson
1116 St.Louis St.
Edwardsville, IL 62025

Copyright holder