

**FEDERACIÓN DE GREMIOS
DE EDITORES DE ESPAÑA**

Sent by Fax and regular mail
+ 1 212 805 7906

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-09
```

The Honorable Denny Chin
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
UNITED STATES OF AMERICA

8th September 2009

Re: The Authors Guild, Inc. et al v. Google Inc, Case No. 05 CV 8136 (S.D.N.Y.)

Dear Judge Chin,

The Federación de Gremios de Editores de España ("FGEE") is a private entity representing the interest of the publishing sector in Spain. We are writing to you in regards to the proposed Settlement Agreement of the class action copyright infringement litigation brought by the U.S. Author's Guild and others against Google Inc (hereinafter the "Settlement").

The FGEE represents ten regional associations of publishers in Spain that have around 885 publishing houses as members which corresponds to over 90 percent of the Spanish book market. The member publishing houses of the FGEE are members of the class as they own or control rights in books or inserts as defined in the Settlement.

We would like to join the objections against the Settlement presented by the Associazione Italiana Editori ("AIE").

Respectfully yours,

*[signature: Antonio M' Avi]*

*[stamp: FEDERACIÓN DE GREMIOS DE EDITORES DE ESPAÑA — C.I.F. V28572766]*

Email copies to:

```
Counsel for the Author sub-class: booksclaims@bonizack.com
Counsel for the Publishers sub-class: bookclaims@devevoise.com
Counsel for Google: bookclaims@kvn.com;
                    Booksclaims@durietangri.com
```

CEA BERMÚDEZ, 44 - 2.º DCHA.
28003 MADRID
TEL.: 91 534 51 95
FAX: 91 535 26 25
E-Mail: fgee@fge.es
Web: federacioneditores.org