**SCHOTT**

Office of the Clerk
U.S. District Court for the Southern District
of New York
500 Pearl Street
New York, New York 10007
United States of America

*RECEIVED SEP - 2 2009 CLERK'S OFFICE S.D.N.Y.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09

*Geschäftsleitung*

**Dr. Peter Hanser-Strecker**
**Vorsitzender der Geschäftsführung**
Telefon +49 (0) 61 31 · 2 46 - 802
Telefax +49 (0) 61 31 · 2 46 - 861
Email: peter.hanser-strecker@schott-music.com

Mainz, 1. September 2009

Re:    *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

Our name is Dr. Peter Hanser-Strecker (managing director and shareholder of Schott Music GmbH & Co. KG) and Michael Petry (managing director of the SCHOTT MUSIC GmbH & Co. KG). Schott Music GmbH & Co. KG is a music book publisher located in Mainz, Germany. SCHOTT MUSIC GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement. After being informed about the Settlement Agreement by Börsenverein des Deutschen Buchhandels we found a German translation of the Settlement Agreement on the internet but we had to realize that the translation of the Settlement Agreement in German language was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

(Dr. Peter Hanser-Strecker)                    (Michael Petry)

cc:   Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq., Jeffrey P. Cunard, Esq.,
Bruce P. Keller, Esq., Daralyn J. Durie, Esq., Joseph C. Gratz, Esq.