05-CV-8136



**SUSAN J. GORDON**
11 Avondale Road
White Plains NY 10605
(914) 948 - 7565
www.susanjgordon.com   sjgwriter@aol.com

August 30, 2009

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

Re: Objection to Google Settlement

Dear Mr. McMahon,

    I am a professional book author and freelance magazine/newspaper writer objecting to the Google Book Settlement because it is not fair or good for writers or most publishers. Google gets to write copyright law, has no restrictions its use of reader information, and provides no language forbidding censorship. I also find the premise that I am "in" (that is, accepting of the entire settlement agreement) unless I "opt out" to be unfair and outrageous.

    My non-fiction book, <u>Wedding Days: When and How Great Marriages Began</u> (Morrow, 1998) is currently out of print, but I own all rights to its use, and work hard to control it.

    I am a member of the American Society of Journalists & Authors, Authors Guild, and American Jewish Press Association. I have remained in the Settlement because only in this way can my views be heard by the Court.

    Thank you for your kind attention.

Sincerely yours,

Susan J. Gordon

cc: Boni & Zack LLC; Debevoise & Plimpton LLP; Durie Tangri Lemley Roberts & Kent LLP