

# C. F. PETERS GmbH & Co. KG
HENRY LITOLFF'S VERLAG · SCHWANN MUSIKVERLAG C. F. KAHNT
FRANKFURT MAIN LEIPZIG LONDON NEW YORK

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

September 1, 2009

Dear Office of the Clerk:

My name is Bernd Vincent Walbaum, and I am the managing director of Edition Peters GmbH resp. C. F. Peters GmbH & Co. KG, a publisher located in Frankfurt/Main, Germany.

C. F. Peters is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We, therefore, join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.

Letter to the U.S. District Court for the Southern District of New York

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.
Respectfully yours,

Bernd Vincent Walbaum

cc:  Michael J. Boni, Esq.
　　 Joanne Zack, Esq.
　　 Joshua Snyder, Esq.
　　 Jeffrey P. Cunard, Esq.
　　 Bruce P. Keller, Esq.
　　 Daralyn J. Durie, Esq.
　　 Joseph C. Gratz, Esq.



# C. F. PETERS LEIPZIG VERTRIEB GmbH

D-04007 LEIPZIG · POSTFACH 10 07 16 · D-04103 LEIPZIG · GERICHTSWEG 28 (HAUS DES BUCHES)
TELEFON: +49 (0)341 - 9 60 17 07 · TELEFAX: +49 (0)341 - 9 60 31 20
INTERNET: www.edition-peters.de · eMail: peters.leipzig.info@edition-peters.de

**By Overnight Mail or Hand Delivery**



SEP - 4 2009

ERK'S OF
S.D.N.Y.

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

September 1, 2009

Dear Office of the Clerk:

My name is Joachim Großpersky, and I am the managing director of C. F. Peters Leipzig Vertrieb GmbH, a publisher located in Leipzig, Germany.

C. F. Peters Leipzig Vertrieb GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We, therefore, join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.

Letter to the U.S. District Court for the Southern District of New York
September 1, 2009 – page 2

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.
Respectfully yours,

*[signature]*

Joachim Großpersky

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.



# C. F. PETERS LEIPZIG VERTRIEB GmbH

D-04107 LEIPZIG POSTFACH 10 07 46 · D-04103 LEIPZIG GERICHTSWEG 28 (HAUS DES BUCHES)
TELEFON +49 (0)341 - 9 00 17 07 · TELEFAX +49 (0)341 - 9 00 31 20
INTERNET www.edition-peters.de · eMail: peters.leipzig.info@edition-peters.de

SEP - 4 2009

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1. September 2009

Betreff:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Sehr geehrte Mitarbeiter der Geschäftsstelle des Gerichts,

ich heiße Joachim Großpersky, und ich bin Geschäftsführer der C. F. Peters Leipzig Vertrieb GmbH, eines in Leipzig, Deutschland, ansässigen Verlages.

Die C. F. Peters Leipzig Vertrieb GmbH ist ein Mitglied der "settlement class", der/die von dem Vergleichsvorschlag betroffen ist, der Ihnen als zuständigem Gericht vorliegt (das "Settlement Agreement"), weil unser Verlag Rechte besitzt, die durch das amerikanische Urheberrechtsgesetz geschützt werden. Wir schreiben, um gegen diesen Vergleichsvorschlag Einwände zu erheben. Uns fehlen die Ressourcen, um dem Gericht einen juristischen Schriftsatz zu unseren Einwänden zu schicken, und wir wollen das Gericht auch nicht mit Dopplungsschriftsätzen belasten. Deswegen treten wir den Einwänden bei, die dem Gericht von Scott Gant und von einer Gruppe nicht-amerikanischer Verleger und Verlegerverbände, die den Börsenverein des Deutschen Buchhandels und andere umfasst, vorgelegt worden sind, und zwar aus den dem Gericht von diesen Personen und Verbänden dargelegten Gründen.

Zudem möchten wir das Gericht darüber informieren, dass unsere Firma weder irgendeine schriftliche Benachrichtigung über das Settlement Agreement erhielt noch irgendeine Veröffentlichung der Kurzbenachrichtigung über das Settlement Agreement gesehen hat.

Wir senden diesen Brief als Annehmlichkeit für das Gericht in englischer Sprache; er ist uns übersetzt worden.

Vielen Dank im Voraus für die Berücksichtigung unseres Briefes.
Hochachtungsvoll,

Joachim Großpersky

CC  Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.



# EDITION PETERS LEIPZIG GmbH

D-04107 LEIPZIG · POSTFACH 10 10 16 · D-04103 LEIPZIG · GERICHTSWEG 28 (HAUS DES BUCHES)
TELEFON: +49 (0)341 9 60 17 07 · TELEFAX: +49 (0)341 9 60 31 20
INTERNET: www.edition-peters.de · eMail: peters.leipzig.info@edition-peters.de



**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

September 1, 2009

Dear Office of the Clerk:

My name is Joachim Großpersky, and I am the managing director of Edition Peters Leipzig GmbH, a publisher located in Leipzig, Germany.

Edition Peters Leipzig GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We, therefore, join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.
Respectfully yours,

Joachim Großpersky

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.



# EDITION PETERS LEIPZIG GmbH

D-04007 LEIPZIG · POSTFACH 100 746 · D-04103 LEIPZIG · GERICHTSWEG 28 (HAUS DES BUCHES)
TELEFON: +49 (0)341 - 9 60 47 07 · TELEFAX: +49 (0)341 - 9 60 51 20
INTERNET: www.edition-peters.de · eMail: peters.leipzig.info@edition-peters.de

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1. September 2009

Betreff:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Sehr geehrte Mitarbeiter der Geschäftsstelle des Gerichts,

ich heiße Joachim Großpersky, und ich bin Geschäftsführer der Edition Peters Leipzig GmbH, eines in Leipzig, Deutschland, ansässigen Verlages.

Die Edition Peters Leipzig GmbH ist ein Mitglied der "settlement class", der/die von dem Vergleichsvorschlag betroffen ist, der Ihnen als zuständigem Gericht vorliegt (das "Settlement Agreement"), weil unser Verlag Rechte besitzt, die durch das amerikanische Urheberrechtsgesetz geschützt werden. Wir schreiben, um gegen diesen Vergleichsvorschlag Einwände zu erheben. Uns fehlen die Ressourcen, um dem Gericht einen juristischen Schriftsatz zu unseren Einwänden zu schicken, und wir wollen das Gericht auch nicht mit Dopplungsschriftsätzen belasten. Deswegen treten wir den Einwänden bei, die dem Gericht von Scott Gant und von einer Gruppe nicht-amerikanischer Verleger und Verlegerverbände, die den Börsenverein des Deutschen Buchhandels und andere umfasst, vorgelegt worden sind, und zwar aus den dem Gericht von diesen Personen und Verbänden dargelegten Gründen.

Zudem möchten wir das Gericht darüber informieren, dass unsere Firma weder irgendeine schriftliche Benachrichtigung über das Settlement Agreement erhielt noch irgendeine Veröffentlichung der Kurzbenachrichtigung über das Settlement Agreement gesehen hat.

Wir senden diesen Brief als Annehmlichkeit für das Gericht in englischer Sprache; er ist uns übersetzt worden.

Vielen Dank im Voraus für die Berücksichtigung unseres Briefes.
Hochachtungsvoll,

Joachim Großpersky

CC  Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.



# C. F. PETERS GmbH & Co. KG

HENRY LITOLFF'S VERLAG · SCHWANN MUSIKVERLAG · C. F. KAHNT

FRANKFURT MAIN · LEIPZIG · LONDON · NEW YORK



**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1. September 2009

Betreff: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Sehr geehrte Mitarbeiter der Geschäftsstelle des Gerichts,

ich heiße Bernd Vincent Walbaum, und ich bin Geschäftsführer der C. F. Peters GmbH & Co. KG bzw. Edition Peters GmbH, eines in Frankfurt/Main, Deutschland, ansässigen Verlages.

C. F. Peters ist ein Mitglied der "settlement class", der/die von dem Vergleichsvorschlag betroffen ist, der Ihnen als zuständigem Gericht vorliegt (das "Settlement Agreement"), weil unser Verlag Rechte besitzt, die durch das amerikanische Urheberrechtsgesetz geschützt werden. Wir schreiben, um gegen diesen Vergleichsvorschlag Einwände zu erheben. Uns fehlen die Ressourcen, um dem Gericht einen juristischen Schriftsatz zu unseren Einwänden zu schicken, und wir wollen das Gericht auch nicht mit Dopplungsschriftsätzen belasten. Deswegen treten wir den Einwänden bei, die dem Gericht von Scott Gant und von einer Gruppe nicht-amerikanischer Verleger und Verlegerverbände, die den Börsenverein des Deutschen Buchhandels und andere umfasst, vorgelegt worden sind, und zwar aus den dem Gericht von diesen Personen und Verbänden dargelegten Gründen.

Zudem möchten wir das Gericht darüber informieren, dass unsere Firma weder irgendeine schriftliche Benachrichtigung über das Settlement Agreement erhielt noch irgendeine Veröffentlichung der Kurzbenachrichtigung über das Settlement Agreement gesehen hat.

Schreiben an den U.S. District Court for the Southern District of New York
1. September 2009 – Seite 2

Wir senden diesen Brief als Annehmlichkeit für das Gericht in englischer Sprache; er ist uns übersetzt worden.

Vielen Dank im Voraus für die Berücksichtigung unseres Briefes.
Hochachtungsvoll,

Bernd Vincent Walbaum

CC  Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.