

# CUNY COMMITTEE ON STUDENT DISABILITY ISSUES

101 WEST 31ST STREET 12th floor

NEW YORK, NY 10001           212 650 3581

September 8, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09
```

Re: The Authors Guild et al. v. Google, Inc Case No. 1:05 cv 8136 (S.D.N.Y.)

Dear Judge Chin:

We write this letter on behalf of the City University of New York Committee on Student Disability Issues (COSDI) to respectfully request that the court approve the settlement between the authors Guild and Google in the above referenced case.

COSDI is comprised of the directors of Disability Services at the individual colleges of the City University of New York. COSDI serves as the source of guidance and recommendations for the chancellery regarding issues of disability and accommodations throughout the university. This longstanding organization has been at the forefront of disability related issues since it was created thirty five years ago.

We are in agreement that the students with and without disabilities at the university will benefit from this proposed settlement. It will provide educational opportunity to all students in an affordable and accessible manner. We feel that it will level the playing field for all students regardless of budget, location or disability as all students will be able to search and preview a multitude of books.

This ability to search and preview millions of books will enrich the opportunities for scholarship at for the students at the university. In addition public libraries will have the ability to provide access to millions of books through the designated terminal as described by the agreement.

For these reasons COSDI is inspired by the commitment of Google to provide affordable and reasonable access to millions of books and we urge the court to approve the settlement of this case.

Sincerely,

*Sudi Shayesteh*

Sudi Shayesteh

*Merrill Parra*

Merrill Parra
COSDI, Co-Chairs