

The Author's Guild et al v. Google Inc.                                                                                                                             Doc. 527

September 4, 2009

<u>By special mail - DHL</u>

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

    Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Vincent Montagne, Chairman of Media Participations Paris, a publishing group operating in France, Belgium and Switzerland through different subsidiaries namely Dargaud, Dupuis, Le Lombard, Fleurus, Magnificat, Mame, Mango, Kana, Rustica, etc. All those publishing houses are part of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because they own rights on books that are protected by U.S. copyright law. I write to object to the Settlement Agreement. My group does not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by the French Publishers Association (Syndicat National de l'Edition/ SNE), for the reasons presented to this Court by this entity.

    Thank you in advance for your consideration.

                              Respectfully yours,

                              Vincent Montagne,
                              Chairman

Cc:  Michael J. Boni, Esq.
       Joanne Zack, Esq.
       Joshua Snyder, Esq.
       Jeffrey P. Cunard, Esq.
       Bruce P. Keller, Esq.
       Daralyn J. Durie, Esq.
       Joseph C. Gratz, Esq.

Encl: 1