

# CUNY ASSISTIVE TECHNOLOGY SERVICES
222-05 56th Avenue Bayside S-132, New York 11365
Phone 718 281 5014     Fax 718 281 – 5733

September 9, 2009

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-09

Re: The Authors Guild et al. v. Google, Inc. Case No 1:05 cv 8136 (S.D.N.Y.)

Dear Judge Chin:

This letter is being submitted to respectfully request that the Court approve the settlement between the Authors Guild, Inc, and Google. We believe the proposed settlement represents a historic opportunity to increase access to a vast library of information by people with disabilities.

CUNY Assistive Technology Services (CATS) provides guidance and support to the 24 colleges of the City University of New York (CUNY) on issues related to the use of assistive technology by students with disabilities. As the nation's leading public urban university, CUNY serves over 480,000 students. CATS also provides recommendations and solutions to the issues of print and technological access.

This settlement will provide students with print disabilities the ability to search and preview books and access information that they may not otherwise have access to. CATS wholeheartedly believes in this proposal which will make subscriptions affordable and priced for 'broad access'. We anticipate that digitization will increase resources while decreasing the costs to the university.

Universal access to books is of such great importance, we support this initiative for its unprecedented access to the written literary record for people who are visually impaired as well as those who require alternative format for a variety of disability related reasons.

For the above stated reasons we at CUNY respectfully urge the court to support the settled upon agreement.

Sincerely,

Ben-Ami Freier, Director, CUNY Assistive Technology Services

1