17 Eton St
Taradale
Napier 4112
New Zealand
3 September 2009



Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312
United States of America

Dear Mr McMahon

Re: Authors Guild v. Google Inc., No. 05 – CIV-8136 (DC)

As a class member, I wish to support the New Zealand Society of Authors in their objection to the Proposed Settlement.

The grounds for my objection are:

- Court has misapplied the Berne Convention
- Court has exceeded its jurisdiction
- Author Sub-Class not applicable to NZ authors
- Insufficient notice to satisfy notice requirements
- Inadequate compensation
- Overriding contractual relationships between author and publisher
- Unfair treatment of non US authors
- Unfair treatment of non US public
- Antitrust issue surrounding the significant market power Google would acquire through the settlement

Please refer to the details concerning the above grounds set out in the NZSA letter to you.

Yours sincerely

Gary K. Hebley