

PETER LANG
INTERNATIONALER VERLAG DER WISSENSCHAFTEN

Peter Lang GmbH, Postfach 94 02 25, D-60460 Frankfurt am Main         Frankfurt am Main   Berlin   Bern   Bruxelles   New York   Oxford   Wien



RECEIVED
SDNY DOCKET UNIT

2009 SEP -8  P 4: 44

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Frankfurt am Main,

September 2, 2009            jms/rb            +49 / 69 / 78 07 05 - 20
                                               r.brunsch@peterlang.com

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.)

Dear Office of the Clerk:

    My name is Jürgen-Matthias Springer, and I am Managing Director of the *Peter Lang GmbH*, a book publisher located in Frankfurt am Main, Germany.

    *Peter Lang GmbH* is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

    We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the *Börsenverein des Deutschen Buchhandels* and others, for the reasons presented to this Court by those individuals and entities.



In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.

We send you this letter also in the name of Peter Lang AG, Berne, Switzerland, our affiliated company, which authorized us to represent them.

We present this letter to this Court in English, for the Court's convenience; it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Peter Lang GmbH
Internationaler Verlag der Wissenschaften

Jürgen-Matthias Springer
Managing Director

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.