
The Author's Guild et al v. Google Inc.                                                        Doc. 559

GABAL Verlag · Postfach 200252 · 63077 Offenbach
**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

GABAL Verlag GmbH

Schumannstraße 155
63069 Offenbach
Postfach 20 02 52
63077 Offenbach
Telefon   069 / 83 00 66 - 0
Telefax   069 / 83 00 66 - 66
E-Mail: info@gabal-verlag.de
www.gabal-verlag.de
Commerzbank
Kto.-Nr. 4 081 071 (BLZ 500 400 00)

USt.-IdNr. DE 172 280 008

| Ihr Zeichen | Ihr Schreiben | Unser Zeichen | Tel.-Durchwahl | Sachbearbeiter | Tag |
|---|---|---|---|---|---|

01. September 2009

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Ursula Rosengart, and I am CEO of the GABAL Verlag, a book publisher located in Offenbach, Germany. GABAL Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our company received of the Settlement Agreement in English was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Ursula Rosengart

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.