# TASCHEN

HONG KONG KÖLN LONDON LOS ANGELES MADRID PARIS TOKYO

02 September 2009



**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Michael Cramm, and I am the Contract Manager of the TASCHEN GmbH, a book publisher located in Cologne, Germany. TASCHEN GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant, and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*[signature]*

i.A. Michael Cramm
Contract Department
Direct Phone: *(++49 221) 201801 43*
Direct Fax: *(++49 221) 20180 877*
E-mail: m.cramm@taschen.com
Internet: http://www.taschen.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

www.taschen.com
TASCHEN GmbH Hohenzollernring 53 D–50672 Köln
Tel: 0221–20 180-143 Fax: 0221–20 180-877 e-mail: m.cramm@taschen.com UST/VAT no DE 122790361
Sitz: Köln, Rechtsform: GmbH, Amtsgericht Köln HRB 12088, Geschäftsführer: Benedikt Taschen, Pedro Lisboa

The Author's Guild et al v. Google Inc. Doc. 565