# TIERNEY STAUFFER LLP

BARRISTERS & SOLICITORS

STEPHEN G. TIERNEY
FRANK C. TIERNEY
IAN R. STAUFFER#+
DANA P. TIERNEY
DOUGLAS J. LAUGHTON
SUSAN D. MITCHELL
DONALD M. SIMONDS
MICHAEL ENG
DAVID SINCLAIR
TEENA L. BELLAND
SARAH SAAD
KERRI J. ROSS
SÉBASTIEN DESMARAIS
LESLY JOSEPH

COUNSEL GROUP *:
WILLIAM J. SIMPSON, Q.C.
RODERIC G. FERGUSON
GAIL S. NICHOLLS
JOHN J. CARDILL
JAMES B. CURRAN **
W. ORMOND MURPHY

September 3, 2009

**VIA REGISTERED and REGULAR MAIL**

Google Book Search
Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
United States of America

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Dear Sir or Mesdames:

Re: Notice of Opt Out
    The Author's Guild, et al., vs. Google, Inc., case number 1:2005cv08136

We are the solicitors for Borealis Press Limited and Tecumseh Press Limited.

Our clients are members of the publisher subclass and the purpose of this correspondence is to advise that they "opt out" of the Google Book Settlement.

Our clients' contact information is as follows:

Borealis Press Limited and Tecumseh Press Limited
Address: 8 Mohawk Crescent, Ottawa, Ontario, Canada K2H 7G6
phone number: 613-829-0150
fax number: 613-829-7783
email address: drt@borealispress.com

Our clients reserve all of their rights in their publications, including but not limited to their copyright entitlement. Any unauthorized use of our clients' publications will be considered a violation of those rights. Our clients hereby request that Google not include copies of any of their works, in whole or in part, in any of its databases.

I have sent a copy of this document to counsel for the parties by mailing by first class mail to the names and addresses listed below on the 3rd of September, 2009.

#Certified by the Law Society as a Specialist in Civil Litigation    +Chartered Mediator    **Member of the Law Society of Nunavut    *Associates Practicing Individually – Not Members of the Partnership

1600 Carling Avenue ♦ Suite 510 ♦ Ottawa ♦ Ontario ♦ K1Z 0A1 ♦ Phone (613) 728-8057 ♦ Fax (613) 728-9866

www.tslawyers.ca

Counsel for the Author Sub-Class:
Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zac LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Counsel for the Publisher Sub-Class:
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
James J. Pastore, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Counsel for Google:
Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Our clients also electronically "opted-out" on the Google website.

If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your kind attention.

Yours truly,

Dana P. Tierney
DPT/jdh