

September 3, 2009

**By registered mail with acknowledgement of receipt**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Teresa Cremisi, and I am the CEO of the Flammarion Group, a book publisher located in France. Flammarion Group is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by the French Publishers Association (Syndicat National de l'Edition, "SNE"), for the reasons presented to this Court by this entity.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Teresa Cremisi

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Sent by email to:
- bookclaims@bonizack.com (legal counsel of the "Author sub-class")
- bookclaims@debevoise.com (legal counsel of the "Publisher sub-class")
- bookclaims@kvn.com (Google's legal counsel)

Flammarion S.A.
87, quai Panhard et Levassor • 75647 Paris cedex 13