# BUCHVERLAGE

LangenMüller · HERBiG · nymphenburger · terra magica · LangenMüller | Hörbuch

MÜNCHEN · WIEN · LUZERN

RECEIVED
SDNY DOCKET UNIT
2009 SEP -8 P 4: 43

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

3rd of September 2009

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Brigitte Fleissner-Mikorey and I am publishing director of Buchverlage LangenMüller Herbig nymphenburger terra magica, a book publisher located in Munich, Germany. Buchverlage LangenMüller Herbig nymphenburger terra magica is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*[signature]*

Helga Schreiber, ppa

F. A. HERBIG
VERLAGSBUCHHANDLUNG GMBH
THOMAS-WIMMER-RING 11
80539 MÜNCHEN

TELEFON 089 / 29088 - 0

TELEFAX:
SEKRETARIAT GESCHÄFTSLEITUNG
089 / 29088 - 155
VERTRIEB 089 / 29088 - 144
PRESSE 089 / 29088 - 178
WERBUNG

BANKVERBINDUNG:
DEUTSCHE BANK AG
BLZ 700 700 10
KTO 2 736 700
IBAN DE 10 7007 0010 0273 6700 00

HANDELSREGISTER:
AMTSGERICHT MÜNCHEN
HR B 77 922
UST-ID NR DE 811 172 182
STEUER NR 143/135/90144

cc: Michael J. Boni, Esq.
　　Joanne Zack, Esq.
　　Joshua Snyder, Esq.
　　Jeffrey P. Cunard, Esq.
　　Bruce P. Keller, Esq.
　　Daralyn J. Durie, Esq.
　　Joseph C. Gratz, Esq.