WALTER DE GRUYTER GMBH & CO. KG
Genthiner Straße 13 · 10785 Berlin
Postfach 30 34 21 · 10728 Berlin

Telefon +49 (0)30-26005-0
Telefax +49 (0)30-26005-251

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09



Der Geschäftsführer
Unsere Zeichen: SF/ssch
Telefon: +49 (0)30/26005-211
Telefax: +49 (0)30/26005-388
http://www.deGruyter.com
Mail Sven.Fund@degruyter.com

Sept. 3rd, 2009

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk,

My name is Dr. Sven Fund and I am the Managing Director of the Walter de Gruyter GmbH & Co KG, Sellier de Gruyter and De Gruyter Rechtswissenschaften-Verlags GmbH a book publishers located in Berlin/ Germany. Walter de Gruyter GmbH & Co KG, Sellier de Gruyter and De Gruyter Rechtswissenschaften-Verlags GmbH are members of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our companies received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Dr. Sven Fund
Managing Director

Walter de Gruyter GmbH & Co. KG, formals G.J. Göschen'sche Verlagshandlung, J. Guttentag, Verlagsbuchhandlung, Georg Reimer, Karl J. Trübner, Veit & Comp.

Konten: Postbank Berlin, Konto-Nr.: 010 307 108, BLZ 100 100 10, IBAN: DE 80100100100010307108, BIC: PBNKDEFF · Berliner Bank, Konto-Nr.: 3207 523 500,
BLZ 100 200 00, IBAN: DE 68100200003207523500, BIC: BEBEDEBB · Steuer-Nr.: 30/133/7122 · USt-IdNr.: DE 136 320 747, Sitz Berlin, Amtsgericht Charlottenburg,
HR A 2065 · Rechtsform: Kommanditgesellschaft · Komplementär: de Gruyter Verlagsbeteiligungs GmbH, Sitz Berlin, Amtsgericht Charlottenburg, HR B 46487
Geschäftsführer: Dr. Sven Fund · Beiratsvorsitzender: Dr. Bernd Balzereit

The Author's Guild et al v. Google Inc.     Doc. 579