Suhrkamp Verlag

RECEIVED
SDNY DOCKET UNIT
2009 SEP -8 P 4: 43

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

**By Overnight Mail or Hand Delivery**

September 03/2009

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

    Re:    *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Bernhard Bücker, and I am Financial Director of Suhrkamp GmbH & Co. KG, a book publisher located in Frankfurt, Germany. Suhrkamp GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice our that company received of the Settlement Agreement was extremely difficult to read and included a number of meaningless or nonsensical terms.

We present this letter to this Court in English, for the Court's convenience. It was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*[signature]*

Bernhard Bücker

cc:    Michael J. Boni, Esq.
        Joanne Zack, Esq.
        Joshua Snyder, Esq.
        Jeffrey P. Cunard, Esq.
        Bruce P. Keller, Esq.
        Daralyn J. Durie, Esq.
        Joseph C. Gratz, Esq.

Postfach 10 19 45, 60019 Frankfurt am Main · Lindenstraße 29-35, 60325 Frankfurt am Main · Telefon 069-7 56 01-500/501, Fax 069-7 56 01-524 · www.suhrkamp.de

The Author's Guild et al. v. Google Inc.      Doc. 582