

RECEIVED
SDNY DOCKET UNIT

2009 SEP -8 P 4: 43

Axel Juncker Verlag GmbH
Postfach 40 11 20 80711 München

Axel Juncker Verlag GmbH

**By Hand Delivery (International Courier)**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Postfach 40 11 20
80711 München

Adresse (auch Eilbriefe/Pakete):
Mies-van-der-Rohe-Straße 1  80807 München

Telefon: (089) 360 96-201 o. 340
Telefax: (089) 360 96-495

| Ihre Nachricht vom/Ihr Zeichen: | Unser Zeichen: | Durchwahl (089)36096- | Datum: |
|---|---|---|---|
| | RE-DrWa/re | Tel. -201<br>Fax -495<br>E-Mail: rechtsabteilung@langenscheidt.de | 3 September 2009 |

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Officer of the Clerk:

    My name is Dr. Martin Wagner, and I am legal counsel of Axel Juncker Verlag GmbH, a book publisher located in Munich/Germany. Axel Juncker Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

    In addition, we wish to inform this Court that our company did not receive any written notices and information related to the Settlement Agreement.

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Axel Juncker Verlag GmbH
Legal Department

Dr. Martin Wagner

cc: Michael J. Boni, Esq.
 Joanne Zack, Esq.
 Joshua Snyder, Esq.
 Jeffrey P. Cunard, Esq.
 Bruce P. Keller, Esq.
 Daralyn J. Durie, Esq.
 Joseph C. Gratz, Esq.