USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

RECEIVED
SDNY DOCKET UNIT
2009 SEP -8 P 4:44

The Author's Guild et al v. Google Inc.    Doc. 594

Verlag C. F. Portmann, Seestrasse 17, CH 8703 Erlenbach
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Erlenbach 3. September 2009

**By Overnight Mail or Hand Delivery**

*The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Claude Portmann, and I am Owner/Manager of the C.F.Portmann Verlag and Edition Hü&Hott, a book publisher located in Erlenbach, Switzerland. C.F.Portmann Verlag and Edition Hü&Hott are member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours, Claude Portmann

**VERLAG C.F. PORTMANN**
*Verlagsdienstleistungen von A bis Z*
Seestrasse 17 | 8703 Erlenbach
T 043 534 81 74 | F 043 535 64 13
**www.cfportmann.ch**

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

C. F. Portmann Verlag, Seestrasse 17 CH 8703 Erlenbach
Telefon 043 534 81 74, Telefax 043535 64 13, Mobile: 078 66 66 731
www.cfportmann.ch Mail info@cfportmann.ch
PC 85-205064-9 MwSt Nr. 617 243