

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

RECEIVED
SDNY DOCKET UNIT

2009 SEP -8  P 4: 43

Langenscheidt ELT GmbH | Postfach 40 11 20 | D-80711 München

| | |
|---|---|
| Adresse | Langenscheidt ELT GmbH |
| | Mies-van-der-Rohe-Straße 1 |
| | D-80807 München |
| Postadresse | Postfach 40 11 20 |
| | D-80711 München |
| Telefon | 0 89/3 60 96 - 0 |
| Fax | 0 89/3 60 96 - 472 |
| E-Mail | redaktion.elt@langenscheidt.de |
| Internet | www.langenscheidt.de/elt |

**By Hand Delivery (International Courier)**
Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

| Ihre Nachricht vom/Ihr Zeichen | Unser Zeichen | Durchwahl 0 89/3 60 96- | Datum |
|---|---|---|---|
| | RE-DrWa/re | Tel. -201 | 3 September 2009 |
| | | Fax -495 | |
| | | E-Mail: rechtsabteilung@langenscheidt.de | |

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

      My name is Dr. Martin Wagner, and I am legal counsel of Langenscheidt ELT GmbH, a book publisher located in Munich/Germany. Langenscheidt ELT GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

      In addition, we wish to inform this Court that our company did not receive any written notices and information related to the Settlement Agreement.



We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Langenscheidt ELT GmbH
Legal Department

Dr. Martin Wagner

cc:  Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.