**MURMANN**

RECEIVED
SDNY DOCKET UNIT

2009 SEP -8  P 4: 45

Murmann Verlag GmbH ✱ Elbkaihaus ✱ Große Elbstraße 145 b ✱ 22767 Hamburg

**By Overnight Mail or Hand Delivery**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Hamburg, September 1, 2009

Dear Office of the Clerk:

My name is Klaas Jarchow, and I am publisher of the Murman Verlag a book publisher located in Hamburg, Germany. Murmann is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Klaas Jarchow, Murmann Verlag

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.

Murmann Verlag GmbH
Elbkaihaus
Große Elbstraße 145 b
22767 Hamburg

Telefon +49.40.398083-0
Fax +49.40.398083-10
mail@murmann-verlag.de

www.murmann-verlag.de

Geschäftsführer:
Klaas Jarchow
Dr. Sven Murmann

Sitz Hamburg
Amtsgericht Hamburg
HRB 90566
V.-Nr. 12659

USt-ID-Nr. De 155069387

Hamburger Sparkasse
KTO 128 02 02 779
BLZ 200 505 50