

# Stephen Cox
1918 Grismer Ave. · Apt. B
Burbank, CA · 91504

To: Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

September 3, 2009

To Whom It May Concern:

I would like to formally make an objection to the action of Google.com violating my book copyrights by way of creating a book database including my materials without my permission.

As an author of more than twenty titles, all published by reputable publishers in the past two decades, I object to the action Google.com has taken and hereby join the class-action lawsuit against them. I have filed claims with the settlement agreement (with www.googlebooksettlement.com) and will bow the settlement agreement when it is court approved and I expect to be remunerated by the Book Rights Registry with payment to rightsholders (me) from revenues of their use of the book database.

Sincerely,

*[signature]*
aka Steve Cox

Stephen Cox
a.k.a. Steve Cox

S.S. 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
coxwriter@aol.com
(818) 559-5362