UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| The Authors Guild, Inc., et al., | ) | Case No.:  05 CV 8136-DC |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **FOR CANADIAN STANDARDS** |
| Google, Inc., | ) | **ASSOCIATION** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for putative class member **Canadian Standards Association** ("CSA").   CSA will hereafter appear through its attorneys William I. Kohn and Mark E. Avsec.  An application to appear *pro hac vice* will be filed for Mr. Avsec.  I certify that I am admitted to practice in this Court.

Attorney Kristin H. Neuman will file a motion to withdraw as counsel of record.

Date:  September 11, 2009

/s/ William I. Kohn_____
William I. Kohn, Esq. (N.Y. Bar Reg. No. 4442273)
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square – Suite 2300
Cleveland, OH  44114-2378
Phone: (216) 363-4500
wkohn@beneschlaw.com

- and -

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
Mark E. Avsec (Ohio Bar Reg. No. 0064472)
(*pro hac vice* to be submitted)
200 Public Square – Suite 2300
Cleveland, OH  44114-2378
Phone: (216) 363-4500
mavsec@beneschlaw.com

*Attorneys for Canadian Standards Association*

CERTIFICATE OF SERVICE

I, William I. Kohn, hereby certify that on this 11th day of September 2009, I caused to be served by electronic notification through the CM/ECF system a copy of the foregoing Notice of Appearance for Canadian Standards Association on the following individuals:

>Michael J. Boni, Esq.
>Joanne Zack, Esq.
>Joshua Snyder, Esq.
>Boni & Zack LLC
>15 St. Asaphs Road
>Bala Cynwyd, PA 19004
>bookclaims@bonizack.com
>
>*Counsel for the Author Sub-Class*
>
>
>Jeffry P. Cunard
>Bruce P. Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022
>bookclaims@debevoise.com
>
>*Counsel for the Publisher Sub-Class*
>
>
>Daralyn J. Durie, Esq.
>Joseph C. Gratz, Esq.
>Durie Tangri LLP
>332 Pine Street – Suite 200
>San Francisco, CA 94104
>bookclaims@durietangri.com
>
>*Counsel for Google, Inc.*

/s/ William I. Kohn