

**Cooley**
GODWARD KRONISH LLP

Jennifer B. Coplan
T: (212) 479-6123
F: (212) 898-9028
jcoplan@cooley.com

BY HAND

September 8, 2009

Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

**RE: The Authors Guild, Inc., et al. v. Google Inc., Case No. 05-cv-8136 (DC)**

Dear Judge Chin:

Enclosed please find a courtesy copy of the *Amicus Curiae* Brief of Sony Electronics Inc. In Support of Proposed Google Book Search Settlement, which was electronically filed earlier today.

Respectfully,

Jennifer B. Coplan

JBC:sjp

Enclosure

cc: Jeffrey P. Cunard, Esq. (by electronic mail)
Daralyn J. Durie, Esq. (by electronic mail)
Michael J. Boni, Esq. (by electronic mail)