# Domus Editoria Europaea
Librorum Latinorum Romanicorum Germanicorum

Axel Schönberger Verlag · Ersatznummer: 98029
Im Geeren 125 · D-60433 Frankfurt am Main
Tel.: + 49 (0) 69 / 95 15 89 11 · Fax: + 49 (0) 69 / 95 15 89 12

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Frankfurt am Main, 2 September 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Axel Schönberger, and I am the owner of the Axel Schönberger Verlag (Domus Editoria Europaea), a book publisher located in Frankfurt am Main / Germany. The Axel Schönberger Verlag (Domus Editoria Europaea) is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience; it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

(Axel Schönberger)

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.

---