NECKAR-VERLAG GMBH   POSTFACH 1820   D-78008 VILLINGEN-SCHWENNINGEN

# Neckar-Verlag GmbH

**By Overnight Mail**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
Unites States of America

Klosterring 1
D-78050 Villingen-Schwenningen
Postfach 1820
D78008 Villingen-Schwenningen
www.neckar-verlag.de
E-Mail: r.holtzhauer@neckar-verlag.de
Telefax +49 (0)7721/8987-50
Telefon +49 (0)7721/8987-0

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

09-03-2009

The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)

RECEIVED
SEP - 8 2009

Dear Office of the Clerk,

we are a German publishing house having its registered office at Villingen-Schwenningen, Germany. As a major publisher in the area of educational and other products we are distributing about 300 different books (150 educational) up-to-date for which we are holding the US copyright.

As a so called rightsholder under the Settlement Agreement we

**object**

to the proposed settlement agreement between Google Inc., and the Authors Guild and the Association of American Publishers (the "Settlement Agreement") especially for the following reasons:

**1.    Inadequate notice to foreign rightsholders**

The proposed Settlement Agreement exists in the English language only. It is extensive and contains various legal terms and definitions. Native speakers might be able to comprehend the terms up to a certain point. For foreign rightsholders the Settlement Agreement is not comprehensible at all. The court is being asked to order Google to make available official translations of the Settlement Agreement. The deadline for opting out of the Agreement should be extended until a point in time when foreign rightsholders were allowed access to a translated version of the Settlement Agreement in their mother tongue.

Neckar-Verlag Herbert Holtzhauer GmbH  •Geschäftsführerinnen: Ruth Holtzhauer, Beate Holtzhauer ◊ Verk.-Nr. 14 521 ◊ Mitglied des Verbandes der Verleger und Buchhändler in Baden-Württemberg e.V. •



NECKAR-VERLAG GMBH   POSTFACH 1820   D-78008 VILLINGEN-SCHWENNINGEN

For the above mentioned reasons the Settlement Agreement must at least ensure that – as long as Google will initially classify the availability of a book –

a) all channels of trade (with no limitation to US channels of trade) shall be decisive for the commercial availability and

b) Google will have to analyse reliable third-party metadata of European origin next to the US-databases and

c) all editions of a book shall be classified as commercially available as long as only one edition is still being distributed and

d) any rightsholder can easily change the classification brought about by Google for any given book at any time.

Even if a certain edition of a book is no longer commercially available, the exploitation by Google of such edition causes considerable harm to the rightsholder, because the former edition can often be used for the same purpose and in the same manner as the current (possibly revised) edition.

4. **Lack of representation of non-US rightsholders in the Book Rights Registry (BRR)**

The Settlement Agreement stipulates the formation of a BRR. According to section 6.2 (b) the *"Registry will be organized on a basis that allows the Registry, among other things to (i) represent the interest of Rightsholders in connection with this Settlement Agreement...The Registry will have equal representation of the Author Sub-Class and the Publisher Sub-Class on its Board of Directors..."*

The BRR will have to represent US-rightsholders as well as foreign rightsholders and negotiate important matters including terms of new revenue models on their behalf. For compelling reasons the Settlement Agreement has to ensure an adequate participation of non-US rightsholders in the Board of Directors.

We additionally join in the objections that have been presented to the Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to the Court by those individuals and entities.

Yours sincerely,

Neckar-Verlag GmbH
78045 Villingen-Schwenningen
Telefon 0 77 21 / 98 87-0
Telefax 0 77 21 / 98 87-50