

**Schwabenverlag**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

REC'D SEP - 8 2009
CLK

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1. September 2009

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Mr. Bardo Jensch, and I am officer with procuration of the Schwabenverlag Aktiengesellschaft, a book publisher located in Ostfildern (Germany). Schwabenverlag Aktiengesellschaft is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

ppa. Bardo Jensch

cc:   Michael J. Boni, Esq.           Bruce P. Keller, Esq.
      Joanne Zack, Esq.               Daralyn J. Durie, Esq.
      Joshua Snyder, Esq.             Joseph C. Gratz, Esq.
      Jeffrey P. Cunard, Esq.

Schwabenverlag AG
Senefelderstraße 12 | 73760 Ostfildern
Postfach 4280 | 73745 Ostfildern

Schwabenverlag Aktiengesellschaft
Sitz der Gesellschaft Ostfildern-Ruit
Handelsregister Stuttgart HRB 210919
Vorstand Ulrich Peters

Unternehmensgruppe
Schwabenverlag
Jan Thorbecke Verlag
KlensVerlag