USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

September 3, 2009

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

    Re:    *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Liana Levi, and I am Manager and Editor in Chief of the Editions Liana Levi, a book publisher located in France. Editions Liana Levi is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by the French Publishers Association (Syndicat National de l'Edition/ SNE), for the reasons presented to this Court by this entity.

    Thank you in advance for your consideration of this letter.

Respectfully yours,

*[signature: Liana Levi]*

cc:    Michael J. Boni, Esq.
       Joanne Zack, Esq.
       Joshua Snyder, Esq.
       Jeffrey P. Cunard, Esq.
       Bruce P. Keller, Esq.
       Daralyn J. Durie, Esq.
       Joseph C. Gratz, Esq.

**ÉDITIONS LIANA LEVI**
SARL au capital de 76.225 €
1, place Paul-Painlevé - 75005 Paris
Tél. 01 44 32 19 30 - Fax 01 46 33 69 56