

**MERGUS VERLAG GMBH**

VERLAG FÜR NATUR- UND HEIMTIERKUNDE

Hans A. Baensch

MERGUS VERLAG GMBH  Postfach 86  49302 Melle

Office of the Clerk
U.S. District Court for Southern District of New York

500 Pearl Street
New York, N.Y. 10007
USA

RECEIVED SEP - 8 2009 CLERK'S S.D.N.Y.

Sept. 2nd, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Re: The Authors Guild, Inc.et al v.Google Inc., Case 05 CV 8136 (S.D.N.Y)

Dear Sir,

My name is Hans-Albrecht Baensch, and I am the owner and Manager of Mergus Verlag GmbH (publisher), Im Wiele 27, 49328 Melle, Germany. Mergus Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the „Settlement Agreement"), because it owns rights in books that are protected by U.S. Copyright laws.

We wright to object to the Settlement Agreement. We don`t have the recources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicate filings. We therefore join in the objections that have been presented to this Court by Scott Grant and the group of foreign publishers and publishing associations that includes

„Boersenverein des Deutschen Buchhandels"

and others, for the reason presented to this Court by those individuals and entities.

Respectfully yours

Mergus Verlag GmbH
Hans A. Baensch
*[signature]*



Mitglied des
Börsenvereins
des Deutschen

Telefon: 0 54 22/36 36
Telefax: 0 54 22/14 04
eMail: Mergus@t-online.de
http://www.Mergus.com

Banken:
Sparkasse Osnabrück
Kto. 9 501 404, BLZ 265 501 05
Dresdner Bank Melle