

2162 Ridgeway Avenue
Rochester, NY  14626
VivianV@Rochester.rr.com
September 1, 2009

Office of the Clerk
J. Michael McMahon
US District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

Dear Mr. McMahon:

I am writing to express my displeasure with everything about the handling of the Google Settlement. In all the messages I have received, the settlement has not been well explained, leaving authors with the burden of trying to understand why Google, after acting illegally in copying people's works, is now being named the clearinghouse for electronic versions. Many of the writers I have talked with do not understand the implications of any of this and have decided it's all too confusing, and so have opted to do nothing--which I believe is what Google wants. If I understand correctly, the result of an author doing nothing means that we are considered opted in (but with our books not registered, so Google wins yet again, with no money coming to us).

Obviously Google knows which books they have made copies of, yet I am forced to go to their website--which is clunky and not user friendly--and type in information about each of my books. In some, but not all cases, a book came up with both hardcover and paperback information. Does that mean I need to enter every edition of my books? Who knows? The website certainly doesn't tell me. Again, I suspect that Google hopes to make the whole process complicated enough that many eligible works will slip through the cracks. Have any of my books been copied? After spending hours reading about the settlement and registering under the website, I can't even tell.

Although fighting such a big steamroller of a situation seems fruitless, I am opting out. I have no idea if you care, but since you were listed as a person to contact with objections, be it known that I am objecting.

Sincerely,

*Vivian Vande Velde*

Vivian Vande Velde