# pmv

PETER MEYER VERLAG

Peter Meyer Verlag | Schopenhauerstr. 11 | D-60316 Frankfurt a.M.   pmv | VN 14280

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).
2. September 2009 –as–

Dear Office of the Clerk:

My name is Annette Sievers, and I am managing director of the pmv Peter Meyer Verlag, a book publisher located in Frankfurt am Main. pmv Peter Meyer Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the »Settlement Agreement«), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.
In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.
Respectfully yours,

Annette Sievers

cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.