
**Deutscher Ärzte-Verlag**

Deutscher Ärzte-Verlag GmbH · Postfach 40 02 65 · 50832 Köln

RECEIVED
SEP - 4 2009
CLERK'S OF
S.D.N.Y

Office of the Clerk
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

■ Hausanschrift:
Dieselstraße 2
50859 Köln

Phone:: 02234 70 11- 0

Internet: www.aerzteverlag.de
USt. IdNr. DE123474208

Your contact:
Norbert Froitzheim
Phone:extention: - 230
Fax: 02234 7011-6230
e-mail:
froitzheim@aerzteverlag.de

Date: 02. Sep. 2009

**Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk:

My name is Norbert Froitzheim and I am member of the executive board of the Deutscher Ärzte-Verlag GmbH, a book publisher located in Cologne, Germany.

The Deutscher Ärzte-Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein of the Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Deutscher Ärzte-Verlag GmbH
Head of department magazine & book publisher

ppa. Norbert Froitzheim

cc: Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq.,
Jeffrey P. Cunard, Esq., Bruce P. Keller, Esq., Daralyn J. Durie, Esq.,

■ Deutscher Ärzte-Verlag
Gesellschaft mit beschränkter Haftung