# Adwokat **Andrzej Karpowicz** Kancelaria Adwokacka

Warszawa (00-450), ul. Wiejska 12a, tel.628-0349, 628-9867, fax 628-9866
e-mail: andrzej.karpowicz@juris.pl

---

Warszawa, 3 IX 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

**Office of the Clerk, J. Michael McMahon**
**U.S. District Court for the Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**

05 Civ. 8136 (DC)

Acting on behalf of the author, Mr **Waldemar Łysiak** I hereby inform you that my Client does not consent to have his books covered by the provisions of the settlement regarding the Google Book Search software.
This concerns in particular, but without limitations, the following titles published by various publishers in Poland and USA:

*Kolebka, Wyspy zaczarowane, Szuańska ballada, Francuska ścieżka, Empirowy pasjans, Cesarski poker, Perfidia, Asfaltowy saloon, Szachista, Flet z mandragory, Frank Lloyd Wright, MW, Łysiak Fiction, Wyspy bezludne, Łysiak na łamach, Konkwista, Dobry, Napoleoniada, Lepszy, Milczące psy, Najlepszy, Statek, Wilk i kuglarz, Old-Fasion Man, Malarstwo Białego Człowieka, Poczet 'królów bałwochwalców', Napoleon fortyfikator, Cena, Stulecie kłamców, Wyspa zaginionych skarbów, Piórem i mieczem, Kielich, Empireum, Ostatnia kohorta, Najgorszy.*

Enclosed please find a copy of the relevant power of attorney.

Andrzej Karpowicz
attorney-at-law

# Power of Attorney

I hereby authorise Mr **Andrzej Karpowicz**, attorney-at-law, to represent me before the American authorities and courts in all matters connected with the settlement concerning the Google Book Search software.

*[signature]*

Waldemar Łysiak
03-928 Warszawa
Ul. Królowej Aldony 24a


Warszawa, 1 IX 2009