

G. Emil Ward
21 Oak Square Avenue
Brighton, MA 02135
(617) 254-3251 (H)
(617) 202-5200 (O)

September 4, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Google Book Search Settlement Administrator
C/O Rust Consulting, Inc.
P.O. Box 9364
Minneapolis, MN 55440-9364

Re: OPT OUT
   *The Author's Guild, et al. v. Google, Inc.*
   1:2005cv08136

Dear Sir or Madam:

   I am the copyrights holder for: *Massachusetts Landlord-Tenant Practice: Law and Forms*, formerly published by Lexis-Nexis. The copyright was assigned back to me by that publisher approximately six years ago which assignment I sent to the Copyrights Office in recent months.

   I am a part holder of the copyrights in the book: *Head East*, published in 1973 under a business name, Head Guide Publications. The co-owners are Margaret Aspland and Susan Darcy. I believe we registered the copyright in 1973.

   For the above mentioned publications, I wish to opt out of the Google settlement. Please contact me with any questions. Thank you.

Very truly yours,

G. Emil Ward

GEW:pne