# www.ReginaHarrisBaiocchi.com

1 September 2009

Google Book Search Settlement Administrator
c/o Rust Consulting
Post Office Box 9364
Minneapolis, MN 55440-9364



Dear Google Book Search Settlement Administrator:

This letter serves as my formal notification to **OPT OUT** of the Google Book Settlement. My **OPT OUT** request covers all, including but not limited to, the following titles:

- *Indigo Sound*: ISBN 0-9726322-0-4, © 2003 RHB
- *Urban Haiku & Other Selected Poems*: ISBN 0-9726322-1-2, © 2004 RHB
- *Blues Haiku & Other New Poems*: ISBN 978-0-9726322-2-5, © 2008 RHB

Since I am the sole author, copyright holder, and publisher of these titles, I OPT OUT in all three (3) capacities: Regina Harris Baiocchi, sole author; Regina Harris Baiocchi, sole copyright holder; and Regina Harris Baiocchi, DBA Susaami Ensemble Publishing Company. Please note that I visited http://www.googlebooksettlement.com and completed both **Author Sub-Class** and **Publisher Sub-Class** OPT OUT forms

In anticipation of your immediate attention to this OPT OUT notice and related matters, I thank you.

Sincerely,

Regina Harris Baiocchi

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 9-11-09

cc: Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, New York 10007

cc: Michael J. Boni, Esq.; Joanne Zack, Esq.; Joshua Snyder, Esq..
Boni & Zack LLC, 15 St. Asaphs Road, Bala Cynwyd, PA 19004
bookclaims@bonizack.com

cc: Jeffrey P. Cunard, Esq.; Bruce P. Keller, Esq.; Debevoise & Plimpton LLP
919 Third Avenue, New York, NY 10022, bookclaims@debevoise.com

cc: Daralyn J. Durie, Esq.; Joseph C. Gratz, Esq.;
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200, San Francisco, CA 94104, bookclaims@durietangri.com

**40 East 9th Street #1816 · Chicago, IL 60605 · 312-922-3922 · RHBwrites@aol.com**