USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09





Gegründet 1722 in Königsberg i. Pr.

Gräfe und Unzer Verlag GmbH · Postf. 86 03 66 · 81630 München

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Gräfe und Unzer Verlag GmbH
Grillparzerstr. 12 · 81675 München
Telefon (089) 4 19 81 - 0
Telefax (089) 4 19 81 - 113
Internet www.graefe-und-unzer.de

Durchwahl:      - 488
Faxwahl:        - 250
E-Mail:
Georg.kessler
@graefe-und-unzer.de

Amtsgericht München:
HRB 85 872 · Verkehrsnr. 12370
Steuernummer 57/840/02995
USt.-ID Nr. DE 811 226 758
Geschäftsführer: Annette Beetz
Thomas Ganske · Frank-H. Häger
Georg Kessler · Urban Meister

Bankverbindungen:
Commerzbank München
Nr. 3 366 077 · BLZ 700 400 41
Deutsche Bank AG
Nr. 0 185 083 300 · BLZ 700 700 10

September 2nd, 2009

**Re:**   *The Authors Guild, Inc. et al v. Google Inc.*, **Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk:

My name is Georg Kessler, and I am Managing Director/Publisher of the GRÄFE UND UNZER Publishers, a book publisher located in Munich, Germany. GRÄFE UND UNZER Publishers is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that the written notice that our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

*Georg Kessler*
Georg Kessler
Managing Director/Publisher GRÄFE UND UNZER Publishers

cc vial e-mail: Michael J. Boni, Esq.
              Joanne Zack, Esq.
              Joshua Snyder, Esq.
              Jeffrey P. Cunard, Esq.