

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-09
```

Gryphon Verlagsgruppe KG - München - New York
Maximilianstr. 33/II. - D-80539 München - Germany
**By Overnight Mail or Hand Delivery**

SEP - 4 2009

ERK'S OFFIC
S.D.N.Y.

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

September 1st, 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Kurt Stellfeld, and I am the C.E.O. of the Gryphon Verlagsgruppe KG, a book publisher located in Munich Germany. Gryphon Verlagsgruppe KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

For us it is important that the court knows, that we also publish books in English, so we and/or our authors would have no chance to control any other worldwide publication without our knowledge except our own.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Kurt Stellfeld
Publisher and C.E.O.

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Die Gryphon Verlagsgruppe KG ist Mitglied im Börsenverein des Deutschen Buchhandels - VKNr. 11667
Verlagsbüro: Maximilianstr. 33/II. - D-80539 München - Auslieferung: Sonnenstr. 12 - D- 80331 München - Germany
Bankverbindung: Commerzbank Heide (Holst.) - Knt.Nr. 438222200 BLZ 218 400 78
Phone - Verlag: 0049 (0)89/550 58 631 - 0049 (0)89/550 58 633  Fax: 0049 (0)89/550 58 632 - e-Mail: info@gryphon-verlag.de
Geschäftsführer: Kurt Stellfeld - HRA 89960 - Amtsgericht München
http://www.gryphon-verlag.de