**Vogel** Business Media

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Vorsitzender der
Geschäftsführung

**Stefan Rühling**

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1 September 2009

RECEIVED
SEP - 4 2009
CLERK'S OFFICE
S.D.N.Y.

Re: *The Authors Guild, Inc. et al v. Google Inc.*,
Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Stefan Rühling, and I am Chief Executive Officer of the Vogel Business Media GmbH & Co. KG, a book publisher located in Würzburg, Germany. Vogel Business Media GmbH & Co. KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Stefan Rühling

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.

Vogel Business Media
GmbH & Co. KG
Max-Planck-Straße 7/9
97082 Würzburg

Registergericht Würzburg,
HRA 5385, Komplementär
GmbH: Vogel Business Media
Verwaltungs GmbH, HRB 8146

Geschäftsführer:
Stefan Rühling (Vorsitz)
Ernst Haack
Günter Schürger

Tel. +49 931 418-2205
Fax +49 931 418-2002