USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

**HIRMER**

Hirmer Verlag GmbH, Postfach 19 04 54, D-80604 München

2nd September 2009

RECEIVED
SEP - 4 2009
CLERK'S OFFICE
S.D.N.Y.

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Jürgen Kleidt, and I am Director General of the Hirmer Verlag, a book publisher located in Munich, Germany. Hirmer Verlag is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Jürgen Kleidt

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.

Hirmer Verlag GmbH, Nymphenburger Straße 84, D-80636 München, Telefon +49 (89) 12 15 16 - 0, Telefax - 10. www.hirmerverlag.de
Augusta Bank Augsburg, BLZ 720 900 00, KTO 5 083 672, IBAN DE 31 7209 0000 0005 0836 72, BIC GENODEF1AUB