# HAHNSCHE BUCHHANDLUNG



VERLAG

Leinstraße 32
30159 Hannover
Tel. 05 11-80 71 80 40
Fax 05 11-36 36 98

Hahnsche Buchhandlung · ~~Postfach 2460 · 30024 Hannover~~

**By Overnight Mail or Hand Delivery**
Office of the Clerk
U.S. District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

SEP - 4 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

September 02, 2009

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

    My name is Oliver Waffender, and I am Director of the "Verlag Hahnsche Buchhandlung" [= Hahn Publishing Company], a book publisher located in Hannover, Germany. The "Verlag Hahnsche Buchhandlung" is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law.

    We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

    Thank you in advance for your consideration of this letter.

Respectfully yours,

*Oliver Waffender*

cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.