UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

| | |
|---|---|
| The Authors Guild, Inc. Association of American Publishers, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Google Inc., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 05 CV 8136-DC <br> ) Objection to Proposed <br> ) Settlement <br> ) <br> ) <br> ) |

### NSF'S OBJECTION TO THE PROPOSED SETTLEMENT

NSF International is a not-for-profit, non-governmental organization dedicated to public health, safety and protection of the environment. NSF develops national standards, educational directives and provides third-party conformity assessment/certification services.

NSF is concerned for the public health and safety that it strives to uphold. NSF has noted that the Google Books website contains standards that are obsolete and/or simply out-dated. This is of enormous concern to NSF. These obsolete standards have not been appropriately marked as such and no notice is given to potential viewers that the standards they are reviewing are not current. This could be of the utmost detriment to the public health and safety.

Based on the above concern, NSF requests that appropriate measures be implemented to protect the public from outdated standards. NSF requests at a minimum that these obsolete standards be identified as such when new standards are released.

Respectfully Submitted,

*Patrick M. McCarthy*
Patrick M. McCarthy
Attorney for NSF International
Howard & Howard Attorneys PLLC
One North Main Building, Suite 610
101 North Main Street
Ann Arbor, MI 48104

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2009 I caused copies of the foregoing objection to be delivered via overnight delivery to the Clerk for the U.S. District Court for the Southern District of New York and to be served electronically on the following counsel of record:

>Michael J. Boni, Esq.
>Joanne Zack, Esq.
>Joshua Snyder, Esq.
>Boni & Zack LLC
>15 St. Asaphs Road
>Bala Cynwyd, PA 19004
>bookclaims@bonizack.com
>
>Jeffrey P. Cunard, Esq.
>Bruce P. Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022
>bookclaims@debevoise.com
>
>Daralyn J. Durie, Esq.
>David J. Silbert, Esq.
>Joseph C. Gratz, Esq.
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA 94111
>bookclaims@kvn.com

Dated: September 3, 2009

Christine Hodge