USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-09

Jean L. Cooper
3 Shortwood Circle
Palmyra, VA 22963

05-CV-8136

September 2, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Sir:

I am a librarian and an author, and as I have standing as a member of the author class in the Google Book Settlement, I would like to state my opinion as to the terms of the settlement. As I am sure that many other members of the Author class will be able to state their points more eloquently, I will settle for being brief.

I am opposed to the Settlement for the following reasons:

1. The Settlement awards Google an effective monopoly on the entire corpus of printed books that should be in the public domain. This is, in effect, handing over the output of civilization for the benefit of one corporation.

2. The Settlement violates the Sherman Act by allowing Google to control ("restrain") trade by setting up a system of standardized book pricing.

3. The Settlement puts the creation and maintenance of a comprehensive Book Registry ("the Registry") into private hands, when it should be the responsibility of the government to control copyright.

4. The Settlement gives the Registry the power to negotiate ON BEHALF of authors and publishers, when we, as individuals, have not delegated that authority.

I urge the Court to reject this Settlement which benefits only one entity – Google.

Sincerely yours,

Jean L. Cooper
434-591-1095
jlc5f@virginia.edu

Cc: Boni & Zack LLC; Debevoise & Plimpton LLP; Durie Tangri Lemley Roberts & Kent LLP