UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| The Authors Guild, Inc., *et al.*, | ) | Case No.:  05 CV 8136-DC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **AFFIDAVIT OF WITHDRAWAL IN** |
| v. | ) | **SUPPORT OF SUBSTITUTION** |
| | ) | |
| Google, Inc., | ) | *Filed Electronically* |
| | ) | |
| Defendant. | ) | |
| | ) | |

State of New York:   )
                                 :
County of New York  )

I, Kristin H. Neuman, being duly sworn, hereby declare:

1.       I am an attorney admitted to practice in this Court.

2.       I am a Senior Counsel in the law firm of Proskauer Rose LLP, and counsel of record for putative class member Canadian Standards Association ("CSA") in the above-captioned action.

3.       I submit this affidavit, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, in support of a request that the law firm of Benesch, Friedlander, Coplan & Aronoff LLP be substituted as counsel for CSA in place of the law firm of Proskauer Rose LLP.

    4.    I make this request because a conflict has arisen precluding Proskauer Rose LLP from continuing as counsel for CSA in this matter.

    Executed this 14th day of September, 2009, at New York, New York.

_Kristin H. Neuman_

Kristin H. Neuman

Sworn to before me this 14th day
of September, 2009

Notary Public

ROBERT MAYER
Notary Public, State of New York
No. 02MA5056389
Qualified in Westchester County
Commission Expires March 4, 20 /_o_