ROBERT K. MASSIE

52 West Clinton Avenue
Irvington, New York, 10533
September 8, 2009

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

05-CV-8136

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

Dear Mr. MacMahon:

   I am sending you this copy of a letter I sent last week to the Google Book Search Committee Settlement Administration which has so far not permitted me to opt out of the settlement as I wish to do and as I first told them in April.

   I think this letter clearly expresses my opinion of what Google has done and is trying to do. Further, as a former president of the Authors Guild, I can assure you that on this issue, it is inaccurate to say that, in its agreement to waive copyright, the Guild was speaking for all American authors. Many are simply uninformed..

   Please be good enough to pass my letter to the Settlement Administration along to the Federal District judge who will be reviewing the settlement; I have read in the press that it will be Judge Denny Chin.

With my thanks,

Robert K. Massie

ROBERT K. MASSIE

52 West Clinton Avenue
Irvington, New York, 10533
September 2, 2009

Google Book Search Settlement Administrator
c/o/ Rust Consulting, Inc.
Minneapolis, MN, PO Box 55440-9364

Dear Sir:

    I am writing **a second time** to opt out of the Google-Authors Guild Settlement regarding Google's illegal copying of the work of many thousands of American and international authors. I am one of those authors and I say "a second time" because I wrote an opt out letter last spring and received from you a one sentence email acknowledgment of receipt of my letter. Despite this, on June 30, 2009 I received through U.S Mail a letter to me at home informing me, as if for the first time, of the existence of the proposed settlement. I assume therefore that my earlier letter and your acknowledgment were consigned to whatever discard bin you and Google use for authors' responses.

    So, let me say again: I insist that Google have nothing whatever to do with any of my copyrighted work, in or out of print. This includes all American editions, hardcover and paperback, and all international editions, also hardcover and paperback. The most significant of these works and their original hardcover publishers are:

*Nicholas and Alexandra*, Atheneum, 1967

*Journey,* Knopf, 1975

*Peter the Great: His Life and World*, Knopf, 1980

*Dreadnought: Britain Germany and the Coming of the Great War,* Random House, 1991

*The Romanovs: The Last Chapter,* Random House, 1995

*Castles of Steel: Britain, Germany and the Winning of the Great War at Sea,* Random House, 2003

I should mention that I am a former president of the Authors Guild (1987-1991) and have been defending authors' rights to copyright protection for a long time. Other than the outright theft of copyrighted work in the Soviet Union (now belatedly and only partially corrected), and in China, Google's current effort is the most egregious effort to steal authors' creative work that I have ever seen. As you must know, not only does the Authors' Guild not represent all American authors, but many if not most of these authors have no idea what the proposed settlement is all about. Recently, I have spoken to two close friends, both Pulitzer Prize winning biographers (as I am myself), and they had no idea what was being discussed. Both said that they trusted in the copyright laws of the United States and other countries to protect their work.

To ensure that you receive this letter and respond as I ask, I am sending copies to:

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Michael J. Boni, Esq.
Boni & Zack
15 St. Asaphs Road
Bala Cynwyd, PA, 19004

Sincerely,

Robert K. Massie