hachette
UK

Office of the Clerk
J. Michael McMahon
US District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
USA

*Via Fax (+1.212..805.7906), UPS & Hand Delivered*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9-11-09
```

**To the attention of the Honorable Denny Chin**

Re:     The Authors Guild Inc, Association of American Publishers, Inc. v. Google
        (Case No. 05 CV 8136 JES) – Objections of Hachette UK LIMITED to Proposed
        Class Settlement

September 3rd, 2009

Dear Judge Chin:

1.      I, Arnaud Nourry, signatory of this letter, am a citizen of France and Director of Hachette
        UK Limited, dully empowered.

2.      Hachette UK LIMITED, having its registered office and principal place of business in Paris,
        France, objects, to the settlement agreement proposed in the above-captioned matter (The
        "Proposed Settlement").

3.      Hachette UK LIMITED ("**Hachette UK**"), is a UK book publisher focused on international
        fiction and non-fiction literature. Hachette UK publishes also children's books and
        educational ones. Hachette UK is a subsidiary of Hachette Livre SA, the parent company of a
        multinational group having many European publishing subsidiaries. As a parent company,
        Hachette Livre SA is filing objections to the Proposed Settlement.

4.      Hachette UK has not opted-out and is thus a member of the Publisher Sub-Class.

5.      The present document constitutes a **Rider to Objections of Hachette Livre SA to
        Proposed Class Settlement ('the Settlement') dated 2nd September**

        and



- 1 -

concerning The Authors Guild Inc, Association of American Publishers, Inc. v. Google (Case No. 05CV 8136 JEV).

Further to the document referred to above Hachette UK fully endorses the general commercial and legal arguments put forward in opposition to the Settlement Except that specific references to French law as set out by way of example at paragraphs 32 and 33 should be substituted with the relevant provisions of the Copyright Designs and Patents Act 1988 and subsequent amendments.

## CONCLUSION

For each of the foregoing reasons, Hachette UK respectfully requests that this Court reject the Proposed Settlement and/or decline to certify the class with regard to non-US Rightsholders.

Respectfully submitted,

Arnaud Nourry
Director, Hachette UK LIMITED
Done in 4 original copies

- 2 -

COPY TO:

Counsel for the Author Sub-Class

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
United States of America
bookclaims@bonizack.com


Counsel for the Publisher Sub-Class

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
United States of America
bookclaims@debevoise.com


Counsel for Google

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
United States of America
bookclaims@durietangri.com
bookclaims@kvn.com

