Jesse Jayne Rutherford

1972 Misty Circle

Encinitas, CA 92024

September 2, 2009

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Objection to Google Books Settlement



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-09

To the court:

I am an award-winning ghostwriter and freelance writer, and a member of the ASJA. I object to the Google Book Settlement. Here's why:

Google's search service is currently free to internet users. But Google has plans to monetize that. **In a few years, you won't be able to "google" something for free**, you'll have to pay for it. Every time.

Right now, people can access Google books for free. **I seriously doubt that Google Books will remain free** when other searches have fees attached to them. Google and other internet businesses follow a standard, winning strategy: first build the site, then increase traffic, then monetize. This is doubtless what will happen with Google Books.

**When that happens, Google will control a large portion of the world's information.** Everything on the web. Everything in printed books. I love Google's search service and use it every day in my work, and have nothing against Google in particular. I think, however, that **letting one company own that much of the world's information is very dangerous** for freedom of information, freedom of access to the written word, and when it comes down to it, freedom of speech.

This is the primary reason I object to the settlement.

Sincerely,

Jesse Rutherford

(760)436-7536

stilljesse@yahoo.com