Verlagsgruppe Beltz

**BELTZ**

Postfach 10 01 54
69441 Weinheim
Telefon +49 (0) 62 01/60 07-0
Telefax +49 (0) 62 01/60 07-310
www.beltz.de

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Marianne Rübelmann
Verlegerin / Geschäftsführerin

Telefon +49 (0) 6201/6007-324
Telefax +49 (0) 6201/6007-9324

marianne.ruebelmann@beltz.de

RECEIVED SEP - 4 2009 CLERK'S OFFICE S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-09

2. September 2009

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Marianne Rübelmann and I am the CEO of the Verlagsgruppe Beltz, a book publisher located in Weinheim, Germany. Verlagsgruppe Beltz is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. In addition, we wish to inform this Court that our company did not receive any written notice of the Settlement Agreement, nor did we see any published notice of the Settlement Agreement We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Marianne Rübelmann

cc:   Michael J. Boni, Esq.
      Joanne Zack, Esq.
      Joshua Snyder, Esq.
      Jeffrey P. Cunard, Esq.
      Bruce P. Keller, Esq.
      Daralyn J. Durie, Esq.
      Joseph C. Gratz, Esq.

Julius Beltz GmbH & Co. KG
Hausanschrift: Werderstraße 10, 69469 Weinheim
E-Mail: info@beltz.de
Das Unternehmen ist eine Kommanditgesellschaft mit Sitz in Weinheim, Registergericht Mannheim, HRA 430214.
Persönlich haftende Gesellschafterin ist die Beltz Verwaltungs- und Beteiligungsgesellschaft mbH mit Sitz in Weinheim,

Sparkasse Rhein Neckar Nord
Konto 630 381 99 · BLZ 670 505 05
IBAN: DE36 6705 0505 0063 0381 99
BIC: MANSDE66
Commerzbank Mannheim
Konto 3 717 469 · BLZ 670 400 31