USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-09

SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.

# DVS MEDIA

DVS Media GmbH · Postfach 10 19 65 · 40010 Düsseldorf

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

DVS Media GmbH
Aachener Straße 172
40223 Düsseldorf
Telefon: +49 (0)211/15 91-0
Telefax: +49 (0)211/15 91-150

E-Mail: media@dvs-hg.de
Internet: www.dvs-media.info

Dokumenten-Nummer

Datum/Unsere Zeichen
02. September 2009

**Re:  The Authors Guild, Inc. et al v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.).**

Dear Office of the Clerk:

My name is Dirk Sieben, and I am CEO of the DVS Media GmbH, a book publisher located in Düsseldorf/Germany. DVS Media GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities. We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Dirk Sieben

cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.



Das DVS-Jahr der Fügetechnik
09/2008 bis 09/2009