

**CARLSEN Verlag GmbH**
Postfach 50 03 80
22703 Hamburg
Tel +49|40|39 804–0
Fax +49|40|39 804–390
www.carlsen.de

**Hausanschrift**
Völckersstraße 14–20
D  22765 Hamburg

**Geschäftsführer**
Klaus Humann
Joachim Kaufmann

Amtsgericht Hamburg
43092

**Bankverbindungen**
Deutsche Bank AG Hamburg
BLZ 200 700 00
Konto 4354445

BIC: DEUT DE HH
IBAN: DE 89 2007
0000 0435 4445 00

02 September 2009

**By Overnight Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

Re:   *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05-CV 8136 (S.D.N.Y.).

Dear Office of the Clerk:

My name is Klaus Humann, and I am the Publisher of the Carlsen Verlag GmbH, a book publisher located in Hamburg, Germany. Carlsen Verlag GmbH is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Klaus Humann
Publisher Carlsen Verlag GmbH

cc:   Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.