USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, Inc., Association of American Publishers, Inc., et al.

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

  05  **Civ.**  8136  ( DC ) (___)

- against -

**AFFIRMATION OF SERVICE**

Google, Inc.

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _____ Mika Hasegawa _____ , **declare under penalty of perjury** that I have
　　　　　　　　　*(name)*

　　　　　　　　　　Objection and Notice of Intent to Appear of Class Member

served a copy of the attached  Shojiro Akashi to Proposed Settlement Between
Plaintiffs The Authors Guild, Inc., et al. and Google, Inc.  *(document you are serving)*

upon _____ Daralyn J. Durie, Esq. _____ whose address is _____
　　　　　*(name of person served)*

332 Pine Street, Suite 200, San Francisco, CA 94104
_____

　　　　　　　　　　　　　*(where you served document)*

by _____ First Class Mail _____ .
　　　*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:　　San Francisco　　,　CA
　　　　　*(town/city)*　　　*(state)*
　　　　　　　　　　　　　　　　　　　Signature

　　　　　September　　3　, 20 09
　　　　　*(month)*　　*(day) (year)*　　150 Spear Street, Suite 725
　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　San Francisco, CA
　　　　　　　　　　　　　　　　　　　*City, State*

　　　　　　　　　　　　　　　　　　　94105
　　　　　　　　　　　　　　　　　　　*Zip Code*

　　　　　　　　　　　　　　　　　　　(415) 618-0090
　　　　　　　　　　　　　　　　　　　*Telephone Number*

*Rev. 05/2007*