USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, Inc., Association of American Publishers, Inc., et al.
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Google, Inc.
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

05  Civ.  8136  ( DC ) ( __ )

**AFFIRMATION OF SERVICE**

I, _____Junji Suzuki_____, **declare under penalty of perjury** that I have
*(name)*

served a copy of the attached  Objection and Notice of Intent to Appear of Class Member Junji Suzuki to Proposed Settlement Between Plaintiffs The Authors Guild, Inc., et al. and Google, Inc.
*(document you are serving)*

upon _____Michael J. Boni, Esq._____ whose address is  15 St. Asaphs Road
*(name of person served)*
Bala Cynwyd, PA 19004
*(where you served document)*

by _____ First Class Mail _____.
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  San Francisco   ,  CA
*(town/city)*    *(state)*

September   3  , 20 09
*(month)*  *(day)* *(year)*

*Signature*

150 Spear Street, Suite 725
*Address*

San Francisco, CA
*City, State*

94105
*Zip Code*

(415) 618-0090
*Telephone Number*

*Rev. 05/2007*