USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

RECEIVED
SEP - 3 2009
CLERK'S OFFICE
S.D.N.Y.



Verlag
Dr. Otto Schmidt
Köln

Geschäftsführender
Gesellschafter

**By Overnight-Mail or Hand Delivery**

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America

1st of September 2009 Wi/Cy

Re: *The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136
(S.D.N.Y.).

1. September 2009
Wi / Cy

Dear Office of the Clerk,

my name is Dr. h.c. Karl-Peter Winters, and I am CEO (Verleger) of the Verlag Dr. Otto Schmidt KG, a book publisher located in Cologne/Germany. The Verlag Dr. Otto Schmidt KG is a member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement.

We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities.

In addition, we wish to inform this Court that the written notice our company received of the Settlement Agreement in German was extremely difficult to read and included a number of meaningless or nonsensical terms and had obviously been translated very poorly. We present this letter to the Court in English, for the Court's convenience, it was translated for us.

Verlag Dr. Otto Schmidt KG
Gustav-Heinemann-Ufer 58
D-50968 Köln
Postfach 51 10 26
D-50946 Köln
Telefon (0221) 9 37 38-01
www.otto-schmidt.de
Sitz: Köln
AG Köln, HRA 5237

Roswitha Müller
Sekretariat Geschäftsführung
Gf-winters@otto-schmidt.de
Tel. (0221) 937 38-101
Fax (0221) 937 38-901

Seite 2

Thank you in advance for your consideration of this letter.

Respectfully yours,

Dr. h.c. Karl-Peter Winters
CEO (Verleger) Verlag Dr. Otto Schmidt KG


cc: Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.