# **CERTIFICATE OF SERVICE**

I, Kristin H. Neuman, hereby certify that on this 14th day of September 2009, I caused to be served by electronic notification through the CM/ECF system a MOTION FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF THE CANADIAN STANDARDS ASSOCIATION and supporting AFFIDAVIT on the following individuals:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

*Counsel for the Author Sub-Class*

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
bookclaims@debevoise.com

*Counsel for the Publisher Sub-Class*

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
bookclaims@durietangri.com

*Counsel for Google Inc.*

*Counsel not included in the CM/ECF system (service by mail)*:

Cindy A. Cohn
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Hadley Perkins Roeltgen

Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

J. Kate Reznick
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Matthew Christian Schrurers
Computer and Communications Industry Association
900 17th Street
Suite 1100
Washington, DC 20006

Michael John Guzman
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036

Philip Roberts
The John Hopkins University
3400 North Charles Street
113 Garland Hall
Baltimore, MD 21218

                                                    /s/ Kristin H. Neuman