UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

                      Plaintiffs,

    v.

GOOGLE, INC.,

                      Defendant.

05 Civ. 8136 (DC)

**NOTICE OF MOTION FOR**
**ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed declaration of Anthony D. Boccanfuso, *Amicus Curiae* Open Book Alliance will move this Court, before the Honorable Denny Chin, for an Order admitting Gary Leland Reback to the Bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

Dated:   New York, New York
          September 4, 2009

ARNOLD & PORTER LLP

By: _____
Anthony D. Boccanfuso
399 Park Avenue
New York, New York 10022
(212) 715-1000
Anthony.Boccanfuso@aporter.com

*Attorneys for Amicus Curiae*
Open Book Alliance

The Author's Guild et al v. Google Inc.     Doc. 700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | 05 Civ. 8136 (DC)<br><br>**DECLARATION** |

Anthony D. Boccanfuso, declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court. I make this declaration in support of the motion of *Amicus Curiae* Open Book Alliance ("OBA") for the admission of Gary Leland Reback, Esq. to the Bar of this Court *pro hac vice*.

2. Mr. Reback is a member of the firm of Carr & Ferrell LLP, counsel for OBA in the above-captioned action. Mr. Reback is a member in good standing of the bar of the State of California (a certified copy of a certificate of good standing is annexed hereto as Exhibit A).

3. Mr. Reback has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4. Accordingly, I respectfully request that Gary Leland Reback, Esq. be admitted to the Bar of this Court *pro hac vice*.

I hereby declare the foregoing to be true and correct under penalty of perjury.

Dated: New York, New York
       September 4, 2009

                                          Anthony D. Boccanfuso



**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 27, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY LELAND REBACK, #100118 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

CHAMBERS COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

                Plaintiffs,

v.

GOOGLE, INC.

                Defendant.

05 Civ. 8136 (DC)

**ORDER**

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of Anthony D. Boccanfuso, Esq., a member of the Bar of this Court, it is

ORDERED that Gary Leland Reback, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for *Amicus Curiae* Open Book Alliance.

Dated:    New York, New York
            September 4, 2009

                                        SO ORDERED:

                                        _____
                                                U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | 05 Civ. 8136 (DC) |

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 4th day of September 2009, I caused to be served a copy of the annexed **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** by first-class mail upon:

| | |
|---|---|
| Michael J. Boni,<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004 | *Counsel for the Author Sub-Class* |
| Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | *Counsel for the Publisher Sub-Class* |
| Daralynn J. Durie, Esq.<br>Joseph C. Gratz, Esq.<br>Durie Tangri Lemley Roberts & Kent LLP<br>332 Pine Street, Suite 200<br>San Francisco, CA 94104 | *Counsel for Google* |

                                                                                   Anthony D. Boccanfuso