13578
Verkehrsnummer

**VERLAG VALENTIN KOERNER GMBH**   Postfach 100164 - D 76482 BADEN-BADEN
✆ +49 72 21 2 24 23 - Fax 3 86 97 - info@Koernerverlag.de

Office of the Clerk
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
United States of America



4. September 2009/bb-oe

*The Authors Guild, Inc. et al v. Google Inc.*, Case No. 05 CV 8136 (S.D.N.Y.)

Dear Office of the Clerk:

My name is Tobias Koerner, I am publisher of Verlag Valentin Koerner GmbH, a book publisher located in Baden-Baden, Germany. Verlag Valentin Koerner GmbH is member of the settlement class embraced by the proposed settlement agreement that is before this Court in this action (the "Settlement Agreement"), because it owns rights in books that are protected by U.S. copyright law. We write to object to the Settlement Agreement. We do not have the resources to provide this Court with legal briefing regarding our objections nor do we wish to burden this Court with duplicative filings. We therefore join in the objections that have been presented to this Court by Scott Gant and the group of foreign publishers and publishing associations that includes the Börsenverein des Deutschen Buchhandels and others, for the reasons presented to this Court by those individuals and entities
We present this letter to this Court in English, for the Court's convenience and it was translated for us.

Thank you in advance for your consideration of this letter.

Respectfully yours,

Tobias Koerner
Verlag Valentin Koerner GmbH



cc:  Michael J. Boni, Esq.
     Joanne Zack, Esq.
     Joshua Snyder, Esq.
     Jeffrey P. Cunard, Esq.
     Bruce P. Keller, Esq.
     Daralyn J. Durie, Esq.
     Joseph C. Gratz, Esq.

Hermann-Sielcken-Straße 36 · Geschäftsführer: Sybille Koerner von Gültlingen, Tobias Koerner · HR Baden-Baden B 265