SEP 14 2009

JUDGE ...

Andrea Warren
4908 W. 71st St.
Prairie Village, KS 66209
Andrea@AndreaWarren.com
Office: 913-722-2343

**No.05 CV8136**

The Authors Guild Inc, Association of American Publishers et al Plaintiffs
v Google Inc, Defendent

Office of the Clerk
J. Michael McMahon
US District Court for the Southern District of Manhattan
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/09

September 7, 2009

To Whom It May Concern:

On the advice of my agent, I have not opted out of the Google settlement. However, she is willing to admit that much of the explanation for what is happening because of Google and this settlement may not be in writers' best interests.

The Author's Guild et al v. Google Inc. Doc. 707

We know that Google was infringing on our copyrights. But now a huge bureaucracy is being put into place to administer who gets paid what. As usual, authors will be at the bottom of the food chain. This is very wrong.

I am remaining in the settlement under protest. Google stands to make money. The Authors Guild will make money. Publishers will make some and authors will make a little. Will there be an audit of what Google is doing and getting? For those of us who are not members of the AG, how can we be assured that our rights will be taken care of?

We are in new and dangerous territory here. I believe the web should be a conduit for information. I do not believe it should be filtered through and controlled by Google. Please take a look at each and every issue around this settlement and keep in mind that the livelihood of writers—the creators of the product at stake—stand to benefit the least.

Thank you,

Andrea Warren

Andrea Warren
Author of six books in print and another under contract