

**Software Freedom Law Center**



Aaron Williamson
+1-212-461-1911
aaronw@softwarefreedom.org

September 10, 2009

1995 Broadway, 17th Floor
New York, NY 10023-5882

Hon. Denny Chin
Courtroom 11A
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

tel +1-212-580-0800
fax +1-212-580-0898

www.softwarefreedom.org

05 CV 8136 (DC)

Dear Judge Chin:

On September 8, 2009, the Software Freedom Law Center filed an objection, by the Free Software Foundation, Inc. and Karl Fogel, to the proposed settlement in Authors Guild, Inc., et al. v. Google, Inc., 05 Civ. 8136. Enclosed is a courtesy copy for your records.

Best regards,

Aaron Williamson
Counsel
Software Freedom Law Center

SEP 14 2009

SOFTWARE FREEDOM LAW CENTER, INC.
Aaron K. Williamson (AW1337)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Counsel for Objectors Free Software Foundation, Inc.
and Karl Fogel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

The Authors Guild, Inc., *et al.*,

           Plaintiffs,

-against-

Google, Inc.

           Defendant.

---------------------------------x

Civil Action No. 05 CV 8136-DC

**OBJECTION OF FREE SOFTWARE FOUNDATION, INC. AND KARL FOGEL TO PROPOSED SETTLEMENT**

*Filed Electronically*

## OBJECTION

We are writing on behalf of our client, the Free Software Foundation (FSF), which is a part of the proposed Author Sub-Class. The FSF is a Massachusetts non-profit that is recognized as a tax exempt entity under 501(c)(3). As part of the FSF's mission to promote computer user freedom and to defend the rights of all free software users, it publishes books and other materials to promote education about Free Software. All of the copyrighted materials published by the FSF, including the books that it writes, are distributed under Free licenses. The FSF is joined in its objection by Karl Fogel, also a member of the Author Sub-Class.

The purpose of the GNU Free Documentation License (the FDL), the license under which the FSF publishes its books, is "to make a manual, textbook, or other functional and useful document

1

otherwise addressed in a royalty arrangement.

The parties to the settlement have in essence replaced the United States Congress as the entity responsible for devising copyright law. Their market power in their respective markets has resulted in the negotiation of a secret deal that effectively replaces copyright law on all books with their contractual arrangements. This substitution is supposed to be rendered palatable to Class Members because they will be paid for their approval. But for Class Members whose reason for preferring the actual copyright law approved by Congress is that it has done less to subordinate the public's rights of using published works to the presumed public interest in granting privileges to parties involved in publishing them, the substitution of this private deal for public law is not merely a bad bargain, it is no copyright bargain at all.

We also object to the settlement on other grounds, including most prominently that the settlement is a private deal that gives a special competitive advantage to Google. As those objections have been addressed at length by others we do not discuss them fully here.

We urge the Court to reject the proposed settlement until these objections are addressed, including that terms are incorporated to protect the authors of freely licensed works and a framework is provided for the Book Rights Registry that respects the choice of authors to share their works.

Dated: New York, New York
September 8, 2009

Respectfully submitted,

SOFTWARE FREEDOM LAW CENTER, INC.

By: _____

Aaron K. Williamson (AW1337)
1995 Broadway, 17th Floor
New York, NY 10023-5882
Tel.: 212-580-0800
Fax.: 212-580-0898

Counsel for Objectors Free Software Foundation, Inc. and Karl Fogel