UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

THE AUTHOR'S GUILD et al.,           :

            Plaintiffs,             :

     - against -                    :      **ORDER**

GOOGLE, INC.,                         :      05 Civ. 8136 (DC)

            Defendant.              :

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-09

**CHIN, District Judge**

     September 8, 2009 was the deadline by which objections and amicus curiae briefs were to be filed with the Court. The Court has received approximately four hundred submissions -- objections to the proposed settlement, statements in support of the proposed settlement, and briefs from amici curiae. All the submissions have been uploaded onto the Court's electronic filing system.

     In light of the volume of submissions, and the apparent public interest in the case, the following procedures shall govern the fairness hearing:

     (1) By October 2, 2009 the parties shall respond in writing to the filings in this case.

     (2) The fairness hearing shall proceed as scheduled on October 7, 2009 at 10:00 a.m.

     (3) Any person who wishes to speak at the fairness hearing must submit a request to speak by sending an email to googlebookcase@nysd.uscourts.gov by 5:00 p.m. EDT on September 21, 2009. The request shall include a brief statement of

interest. Depending on the number of people who wish to be heard in person, the Court may limit both the number of speakers and the time any particular person will be permitted to speak. Those selected to speak will be notified by the Court by September 25, 2009, by return email. The parties to the case and the United States need not submit a request to speak; they will be given an opportunity to speak. Of course, the Court will review all the written submissions; objectors, supporters, and amici are not required to appear at the hearing for their views to be considered.

(4) The parties shall post a copy of this order on the settlement website forthwith.

(5) Details regarding courtroom seating, press access, and an overflow room will be provided in a later order.

SO ORDERED.

Dated: New York, New York
September 16, 2009

DENNY CHIN
United States District Judge