SEP 15 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Google, Inc.<br><br>Defendant, | Case No. 05 CV 8136-JES<br><br>ORDER ADMITTING EDWARD F. SIEGEL *PRO HAC VICE* |

Upon the motion of ERIC S. HOROWITZ, attorney for Objector Charles D. Weller, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | EDWARD F. SIEGEL |
| Firm Name: | LAW FIRM OF EDWARD F. SIEGEL |
| Address: | 27600 Chagrin Blvd., Ste. 340 |
| City/State/Zip: | Cleveland, Ohio 44122 |
| Telephone/Fax: | (216) 831-3424/(216) 831-6584 |
| Email Address: | efsiegel@efs-law.com |

The Author's Guild et al v. Google Inc.                    Doc. 717

is admitted to practice pro hac vice as counsel for the afore-named Objector in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, New York

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Google, Inc.<br><br>    Defendant. | Case No. 05 CV 8136-JES |

Pursuant to Local Civil Rule 1.3(c), Charles D. Weller ("Objector") respectfully moves this Court for an Order admitting Edward F. Siegel, Esq., whose business address is 27600 Chagrin Blvd #340, Cleveland, Ohio 44122, to appear before this Court solely for the purpose of representing the Objectors in this action. Mr. Siegel's Affidavit in support of this Motion is attached hereto as Exhibit A and is hereby incorporated by reference herein.

Respectfully submitted,

_____
Eric S. Horowitz (EH-1815)
Zane and Rudofsky
601 West 26th St. #1111
New York, NY 10001
Voice  (212) 245-2222
Facsimile (212) 541-5555
E-mail  esh@zrlex.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Google, Inc.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  05 CV 8136-JES<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT**

STATE OF New York    )
                     ) SS.
COUNTY OF New York   )

Eric S. Horowitz, being duly sworn, hereby deposes and says as follows:

1. I submit this affidavit in support of the motion of Edward F. Siegel for admission to practice pro hac vice in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed to his Motion for Admission, he is a member in good standing of the Supreme Court of Ohio and there are no pending disciplinary proceedings against him in any State or Federal court.

3. I am a member in good standing of this Honorable Court.

4. I am personally acquainted with Mr. Siegel and wish to sponsor him for membership to this Court to practice Pro Hac Vice in this one case.

WHEREFORE your affiant respectfully requests the Mr. Siegel be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted

_____
ERIC S. HOROWITZ

SWORN TO BEFORE ME a Notary Public this  9th  day of September 2009.

_____
NOTARY PUBLIC

SUSAN A. GUCCIARDO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GU6179090
QUALIFIED IN NASSAU COUNTY
MY COMM. EXP 12-24-2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Google, Inc.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05 CV 8136-JES<br>)<br>)<br>) |

STATE OF OHIO         )
                     ) SS.
COUNTY OF CUYAHOGA )

Edward F. Siegel, being duly sworn, hereby deposes and says as follows:

1. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Supreme Court of Ohio.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. I agree to abide by the Rules of this Court.

WHEREFORE your affiant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted,

_____
EDWARD F. SIEGEL #0012912

SWORN TO BEFORE ME a Notary Public this ___7th___ day of September 2009.

_____
NOTARY PUBLIC
no expint

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Edward Frank Siegel

was admitted to the practice of law in Ohio on November 09, 1974; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of September, 2009.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

# United States District Court
# Southern District of New York

---------------------------------------------------X
:
THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,   :

                    Plaintiffs,    :   Case No. 05 CV 8136-JES

    -against-                     :

GOOGLE, INC.,                  :  **PROOF OF SERVICE**

                    Defendant.    :

---------------------------------------------------X

       ERIC S. HOROWITZ, an attorney duly admitted to practice law before the Courts of State of New York, hereby affirms the following to be true under the penalty of perjury:

       On the 15th day of September, 2009, I served a true and accurate copy of the Application for an Order Admitting Edward F. Siegel, Esq., *Pro Hac Vice*, in the above-captioned action upon:

                Michael J. Soni, Esq.
                Bonzi & Zack, LLC
                15 St. Asaphs Road
                Bala Cynwyd, Pennsylvania 19004

                Jeffrey P. Cunard, Esq.
                Debevoise & Plimpton LLP
                919 Third Avenue
                New York, New York 10022

                - and -

                Daralyn J. Durie, Esq.
                Keker & Van Nest LLP
                710 Sansome Street
                San Francisco, California 94111

by depositing a true and accurate copy of same in a properly addressed, postage pre-paid First Class Mail envelope into an official depository of the United States Postal Service.

Dated: New York, New York
September 15, 2009

_____
Eric S. Horowitz