UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al., | Civil Action No. 05-CV-8136 (DC) |
| Plaintiffs, | |
| v. | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| GOOGLE, INC. | |
| Defendant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kenneth M. Bialo a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Lee L. Kaplan |
| Firm Name: | Smyser Kaplan & Veselka, L.L.P. |
| Address: | 700 Louisiana, Suite 2300 |
| ity/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 221-2323 |
| Fax Number: | (713) 221-2320 |
| mail address: | lkaplan@skv.com |

Lee L. Kaplan is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Lee L. Kaplan in any State or Federal court.

Dated: New York, New York
September 15, 2009

Respectfully submitted,

Kenneth M. Bialo (KB 2145)

EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271

Tel: (212) 238-3058
Fax: (212) 238-3100
kbialo@emmetmarvin.com

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Lee Landa Kaplan**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 1976.

I further certify that the records of this office show that, as of this date

**Lee Landa Kaplan**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of September, 2009.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0908Y

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al., | Civil Action No. **05-CV-8136 (DC)** |
| Plaintiffs, | |
| v. | **AFFIRMATION IN SUPPORT OF MOTION TO ADMIT** |
| GOOGLE, INC. | **COUNSEL *PRO HAC VICE*** |
| Defendant. | |

KENNETH M. BIALO, a member in good standing of the Bar of the State of New York and a member of the Bar of this Court, hereby affirms and declares under penalty of perjury:

1. I am a partner of Emmet, Marvin & Martin, LLP. I make this affirmation based on my personal knowledge of Lee L. Kaplan and in support of the motion to admit him as counsel *pro hac vice* to represent Questia Media, Inc. in this matter.

2. I am a member in good standing of the Bar of the State of New York, having been admitted to practice law in 1972. I am also a member in good standing of the Bar of this Court, and of the Northern and Eastern Districts of New York and the Second Circuit, among other Courts.

3. I have known Lee L. Kaplan since 1986 and practiced law with him for many years. He is now a partner of the law firm of Smyser Kaplan & Veselka, L.L.P. in Houston, Texas.

4. I know Mr. Kaplan to be a skilled attorney and a person of integrity. He is experienced in Federal practice, and is familiar with the Federal Rules of Civil Procedure.

Accordingly, I am pleased to move the admission of Lee L. Kaplan, *pro hac vice* and attach a form of proposed Order granting that motion.

KENNETH M. BIALO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AUTHORS GUILD, et al., | : | Civil Action No. **05-CV-8136 (DC)** |
| Plaintiffs, | : | |
| v. | : | **ORDER FOR ADMISSION** |
| | : | ***PRO HAC VICE*** |
| GOOGLE, INC. | : | **ON WRITTEN MOTION** |
| Defendant. | : | |

Upon the motion and Affirmation in Support of sponsor Kenneth M. Bialo,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lee L. Kaplan |
| Firm Name: | Smyser Kaplan & Veselka, L.L.P. |
| Address: | 700 Louisiana, Suite 2300 |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 221-2323 |
| Fax Number: | (713)221-2320 |
| Email Address: | lkaplan@skv.com |

is admitted to practice *pro hac vice* as counsel for Questia Media, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____
**U.S.D.J.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al., | Civil Action No. **05-CV-8136 (DC)** |
| Plaintiffs, | |
| v. | **AFFIRMATION OF SERVICE** |
| GOOGLE, INC. | |
| Defendant. | |

I, Lee L. Kaplan, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel *Pro Hac Vice*, Affirmation of Kenneth M. Bialo in Support of Motion to Admit Counsel *Pro Hac Vice*, and proposed Order for Admission *Pro Hac Vice* on Written Motion upon:

> J. Kate Reznick
> BONI & ZACK ILC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> Attorneys for Plaintiff Authors Guild
>
> Laura Helen Gundersheim
> BERNSTEIN LITOWITZ BERGER & GROSSMAN ILP
> 1285 Avenue of the Americas
> New York, NY 10019
> Attorneys for Plaintiff Authors Guild
>
> Michael J. Boni
> BONI & ZACK LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> Attorneys for Plaintiff Authors Guild
>
> Sanford P. Dumain
> MILBERG LLP
> One Pennsylvania Plaza
> New York, NY 10119
> Attorneys for Plaintiff Authors Guild

Bruce P. Keller
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
31st Floor
New York, NY 10022
Attorneys for Plaintiff Authors Guild

Hadley Perkins Roeltgen
KOHN, SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Attorneys for Plaintiff Authors Guild

Joanne Zack
BONI &ZACK LLC
15 St.. Asaphs Road
Bala Cynwyd, PA 19004
Attorneys for Plaintiff Authors Guild

Nathan Z. Dershowitz
DERSHOWITZ, EIGER & ADELSON, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001
Attorneys for Appellant Lewis Hyde

Martin Garbus
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019
Attorneys for Lewis Hyde

David J. Silbert
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Melissa J. Miksch
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Attorneys for Defendant Google Inc.

Robert Jay Bernstein
THE LAW OFFICES OF ROBERT J. BERNSTEIN
488 Madison Avenue
9th Floor
New York, NY 10022
Attorneys for Defendant Google Inc.

Ronald Lee Raider
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Adam Howard Charnes
KILPATRICK STOCKTON, LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Attorneys for Defendant Google Inc.

Alex Seth Fonoroff
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Daralyn Jeannine Durie
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

Jeffrey A Conciatori
QUINN EMANUEL URQUHART OLIVER&HEDGES LLP
51 Madison Avenue
22ndFloor
New York, NY 10010
Attorneys for Defendant Google Inc.

Joseph M. Beck
KILPATRICK STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Attorneys for Defendant Google Inc.

Joseph C. Gratz
DURIE TANGRI LEMLEY ROBERTS & KENT, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
Attorneys for Defendant Google Inc.

K.A.D. Camara
Camara & Sibley LLP
2339 University Boulevard
Houston, Texas 77005
Attorneys for Lewis Hyde, Harry Lewis, and Open Access Trust Inc.

Charles R. Nesson
1575 Massachusetts Avenue
Cambridge, MA 02138
Attorneys for Lewis Hyde, Harry Lewis, and Open Access Trust Inc.

Nathan Z. Dershbwitz
Dershowitz, Eiger & Adelson PC
220 Fifth Avenue, Suite 300
New York, New York 10001
Attorneys for Lewis Hyde, Harry Lewis, and Open Access Trust Inc.

David Nimmer
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Attorneys for Amazon.com

Joseph Solomon Hall
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Attorneys for Objector Harold Bloom

Daniel Joseph Kornstein
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
Attorneys for Amicus New York Law School, Institute for
    Information Law and Policy

James Taylor Lewis Grimmelmann
New York Law School
Institute for Information Law and Policy
57 Worth Street
New York, New York 10013
Attorneys for Amicus New York Law School, Institute for
    Information Law and Policy

Mikaela Ann McDermott
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
New York, New York 10017
Attorneys for Amicus New York Law School, Institute for
 Information Law and Policy

Matthew Christian Schrurers
Computer and Communications Industry Association
900 17th Street, Suite 1100
Washington, DC 20006
Attorneys for Amicus Computer and Communications
 Industry Association

Shirley Othmana Saed
Dickstein Shapiro LLP
1633 Avenue of the Americas
New York, New York 10019
Attorneys for Lou Jacobs, Jr.

Andrew C. DeVore
DeVore & DeMarco, L.L.P.
99 Park Avenue, 16th Floor
New York, New York 10016

Katherine B. Forrest
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
Attorneys for DC Comics

Thomas Cort Rubin
Microsoft Corporation
1 Microsoft Way
Redmond, CA 98052
Attorney for Thomas C. Rubin Microsoft Corporation

Robert C. Micheletto
Jones Day
222 East 41st Street
New York, New York 10017

Yasuhiro Saito
Carter, Ledyard & Milburn, L.L.P.
2 Wall Street
New York, New York 10005
Attorneys for Takashi Atouda

Robert Cunningham Turner
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
Attorneys for Yahoo! Inc.

Alexandra A. E. Shapiro
Macht, Shapiro & Isserles LLP
1114 Ave of the Americas, 45th Floor
New York, New York 10036

by mailing the same by regular mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, by regular mail, on September 14, 2009.

Lee L. Kaplan

Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-2323
lkaplan@skv.com

Attorneys for Questia Media, Inc.