
☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
The Author's Guild, et. al.,

        Plaintiffs,

- against -

Google, Inc.,

        Defendant.

1:05cv8136 (DC)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Shirley O. Saed, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Charles D. Ossola
Elaine Metlin
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

and

Victor S. Perlman
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS
150 North Second Street
Philadelphia, PA 19106
Tel: (215) 451-2767
Fax: (215)451-0880

Charles D. Ossola is a member of good standing of the Bar of the States of Virginia and of the District of Columbia Court of Appeals.

Elaine Metlin is a member in good standing of the Bar of the States of Maryland and District of Columbia Court of Appeals.

The Author's Guild et al v. Google Inc.     Doc. 719

Victor S. Perlman is a member of good standing of the Bar of the States of Pennsylvania and New York.

There are no pending disciplinary proceedings against Charles D. Ossola, Elaine Metlin or Victor S. Perlman in any State or Federal court.

Dated: September 11, 2009
New York, New York

Respectfully submitted,

*Shirley O. Saed* (signature)

Shirley O. Saed
SDNY Bar #2894SS
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel: (212) 277-6687
Fax: (917) 591-7505

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, et. al.,

    Plaintiffs,

- against -

Google, Inc.,

    Defendant.

1:05cv8136 (DC)

**AFFIDAVIT OF SHIRLEY O SAED IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                          ) ss:
County of New York )

Shirley O. Saed, Esq., being duly sworn, hereby deposes and says as follows:

1. I am the Managing Attorney at Dickstein Shapiro LLP, counsel for Objectors The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association, and Individual Photographers Joel Meyerowitz, Dan Budnik, Peter Turner and Lou Jacobs, Jr. ("Objectors") to the Proposed Settlement in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Objectors' motion to admit Charles D. Ossola, Elaine Metlin and Victor S. Perlman as counsel pro hac vice to represent Objectors in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 13, 2000. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Charles D. Ossola since March, 2008, Elaine Metlin since April, 2006, and Victor S. Perlman has been the General Counsel and Managing Director of the American Society of Media Photographers, Inc., since February, 1996, which has been a client of Charles D. Ossola for twenty years.

4. Mr. Ossola and Ms. Metlin are Partners at Dickstein Shapiro LLP. Mr. Perlman is the General Counsel and Managing Director of the American Society of Media Photographers.

5. I have found Mr. Ossola, Ms. Metlin and Mr. Perlman to be skilled attorneys and persons of integrity. They are all experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Charles D. Ossola, Elaine Metlin and Victor S. Perlman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Charles D. Ossola, Elaine Metlin and Victor S. Perlman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Charles D. Ossola, Elaine Metlin and Victor S. Perlman, pro hac vice, to represent Objectors in the above-captioned matter to be granted.

Dated: September 11, 2009
New York, New York

Respectfully submitted,

_/s/ Shirley O. Saed_
Shirley O. Saed
SDNY Bar #2894SS
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel: (212) 277-6687
Fax: (917) 591-7505

# CERTIFICATE OF GOOD STANDING

# CHARLES D. OSSOLA



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHARLES D. OSSOLA

was on the 17TH day of DECEMBER, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 2, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT CHARLES DANIEL OSSOLA IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. OSSOLA** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 22, 1978,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued September 2, 2009*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# CERTIFICATE OF GOOD STANDING

# ELAINE METLIN



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ELAINE METLIN

was on the 15TH day of JULY, 1985 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 2, 2009.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Charles
Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of January, 1985,

## Elaine Metlin

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of September, 2009.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# CERTIFICATE OF GOOD STANDING

# VICTOR S. PERLMAN



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Victor S. Perlman, Esq.*

#### DATE OF ADMISSION

*October 2, 1972*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 2, 2009

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Victor Sigmund Perlman

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **28th day of February, 1995**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of September, 2009**.



Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, et. al.,

    Plaintiffs,

- against -

Google, Inc.,

    Defendant.

1:05cv8136 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Shirley O. Saed, Esq., attorney for Objectors: The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association and Individual Photographers Joel Meyerowitz, Dan Budnik, Peter Turner and Lou Jacobs, Jr. ("Objectors") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Charles D. Ossola
Elaine Metlin
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

and

Victor S. Perlman
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS
150 North Second Street
Philadelphia, PA 19106
Tel: (215).451-2767
Fax: (215)451-0880

are admitted to practice pro hac vice as counsel for Objectors in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 11, 2009
New York, New York

_____
United States District/Magistrate Judge

DOCSNY-381069v01



## **CERTIFICATE OF SERVICE**

I, Shirley O. Saed, Esq., do hereby certify that on September 15, 2009, I did serve a true and correct copy of the attached Motion to Admit Counsel Pro Hac Vice, Affidavit of Shirley O. Saed in Support, and Proposed Order, in the afore-mentioned matter upon the following individuals via electronic mail:

Adam Howard Charnes: acharnes@kilpatrickstockton.com
Alex Seth Fonoroff,: afonoroff@kilpatrickstockton.com
Alexandra A.E. Shapiro: ashapiro@machtshapiro.com
Andrew C. DeVore: acd@devoredemarco.com
Bruce P. Keller: bpkeller@debevoise.com
Cynthia S. Arato: carato@machtshapiro.com
Daniel J. Fetterman: dfetterman@kasowitz.com
Daniel Joseph Kornstein: DKornstein@KVWMail.com
Daralyn Jeanine Durie: ddurie@durietangri.com
David A. Zapolsky: davidz@amazon.com
Harold Bloom: mguzman@khhte.com
James Taylor Lewis Grimmelmann: james.grimmelmann@nyls.edu
Jeffrey A. Conciatori: jeffreyconciatori@quinnemanuel.com
Joanne E. Zack: jzack@bonizack.com
Joseph C. Gratz: jgratz@durietangri.com
Joseph M. Beck: jbeck@kilpatricstockton.com
Joseph Solomon Hall: jhall@khte.com
Laura Helen Gundersheim: Laura@blbglaw.com
Michael J. boni: mboni@bonizack.com
Mikaela Ann McDermott: mmcdermott@kvwmail.com
Nathan Z. Dershowiz: ndershowitz@lawdea.com
Peter Jonathan Toren: ptoren@kasowitz.com
Ronald Lee Raider: raider@kilpatrickstockton.com
Sanford P. Dumain: sdumain@milberg.com
Theodore Conrad Max: tmax@sheppardmullin.com

And upon the following individuals via United States Postal Service, first class mail:

Cindy A. Cohen
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

David Nimmer, Irell & Manella LLP
Attn: David Blasband
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Hadley Perkins Roeltgen
Kohn, Swift & Graf, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107

J. Kate Reznick
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Matthews Christian Schrurers
Computer and Communications Industry Association
900 17th Street
Suite 1100
Washington, DC 20006

Dated: September 15, 2009

*Shirley O. Saed* (signature)
Shirley O. Saed