The Author's Guild et al v. Google Inc. Doc. 721

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild, et. al.,

        Plaintiffs,

- against -

Google, Inc.,

        Defendant.

1:05cv8136 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Shirley O. Saed, Esq., attorney for Objectors: The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association and Individual Photographers Joel Meyerowitz, Dan Budnik, Peter Turner and Lou Jacobs, Jr. ("Objectors") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Charles D. Ossola
Elaine Metlin
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201

and

Victor S. Perlman
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS
150 North Second Street
Philadelphia, PA 19106
Tel: (215).451-2767
Fax: (215)451-0880

are admitted to practice pro hac vice as counsel for Objectors in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 19, 2009
New York, New York

                                              United States District/~~Magistrate~~ Judge