UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, et al., | Civil Action No. **05-CV-8136 (DC)** |
| Plaintiffs, | |
| v. | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| GOOGLE, INC. | **ON WRITTEN MOTION** |
| Defendant. | |

Upon the motion and Affirmation in Support of sponsor Kenneth M. Bialo,

**IT IS HEREBY ORDERED** that

Applicant's Name: Lee L. Kaplan
Firm Name: Smyser Kaplan & Veselka, L.L.P.
Address: 700 Louisiana, Suite 2300
City/State/Zip: Houston, Texas 77002
Phone Number: (713) 221-2323
Fax Number: (713)221-2320
Email Address: lkaplan@skv.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

The Author's Guild et al v. Google Inc. Doc. 722

is admitted to practice *pro hac vice* as counsel for Questia Media, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 9/19/09
NY, NY

_____
U.S.D.J.