UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\# 717

The Authors Guild, Inc., Association of  )
American Publishers, Inc., et al.       )
                                         )
            Plaintiffs,                  )
                                         )
     v.                                  )   Case No. 05 CV 8136-JES DC
                                         )
Google, Inc.                             )   ORDER ADMITTING EDWARD F.
                                         )   SIEGEL *PRO HAC VICE*
            Defendant,                   )

SEP 15 2009

Upon the motion of ERIC S. HOROWITZ, attorney for Objector Charles D. Weller, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | EDWARD F. SIEGEL |
| Firm Name: | LAW FIRM OF EDWARD F. SIEGEL |
| Address: | 27600 Chagrin Blvd., Ste. 340 |
| City/State/Zip: | Cleveland, Ohio 44122 |
| Telephone/Fax: | (216) 831-3424/(216) 831-6584 |
| Email Address: | efsiegel@efs-law.com |

is admitted to practice pro hac vice as counsel for the afore-named Objector in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/19/09
City, State: New York, New York

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE