SEP 1 4 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-21-09

The Author's Guild et al v. Google Inc.                                                   Doc. 724

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| The Authors Guild, Inc., *et al.*, | ) | Case No.: 05 CV 8136-DC |
| Plaintiffs, | ) ) ) | **MOTION FOR LEAVE TO WITHDRAW** |
| v. | ) ) | **APPEARANCE ON BEHALF OF THE** |
| Google, Inc., | ) ) | **CANADIAN STANDARDS ASSOCIATION** |
| Defendant. | ) ) ) | *Filed Electronically* |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Kristin H. Neuman of the law firm of Proskauer Rose LLP hereby moves the Court for an order permitting the withdrawal of Ms. Neuman and Proskauer Rose LLP as counsel of record for the **Canadian Standards Association ("CSA")** in the above-captioned matter. A Rule 1.4 affidavit is submitted herewith. CSA will hereafter appear through its attorneys William I. Kohn and Mark E. Avsec of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP. Mr. Kohn filed a Notice of Appearance on September 11, 2009. An application to appear *pro hac vice* will be filed for Mr. Avsec.

Date: September 14, 2009

Approved.
So ORDERED.
[signature]
USDJ
9/19/09

Respectfully submitted,

/s/ Kristin H. Neuman

**PROSKAUER ROSE LLP**
Kristin H. Neuman (KN-2122)
1585 Broadway
New York, New York 10036-8299
(212) 969-3385
kneuman@proskauer.com