*Dear Judge and Mr. McMahon – Please defend copyright and my husband's rights*

*D. Karl*

September 1, 2009

Google Book Search Settlement Administrator
c/o/ Rust Consulting, Inc.
Minneapolis, MN, PO Box 55440-9364

Dear Google Settlement:   05(V-8136)

[Stamp: RECEIVED SEP 18 2009 JUDGE CHIN]

    In conversation with a writer-friend, I have heard for the first time about the proposed settlement between Google and the authors whose books Google has illegally copied. As the widow and heir to a well-known and distinguished author of many books still in copyright, I do not wish to be part of this settlement. I insist that I be allowed to "opt out" of any and all agreements and arrangements made now or in the future between Google and any other persons or groups.

    My husband, Frederick R. Karl, was a scholar and a professor at City University in New York, and at New York University. He was not a member of the Authors Guild or any other association purporting to represent and speak for professional authors. My husband trusted that the laws of copyright would protect his work.

His copyrighted books and their original hardcover publishers are:

The Author's Guild et al v. Google Inc.                                                                                                                    Doc. 727

    Joseph Conrad: The Three Lives, Farrar, Straus, Giroux, 1979

    A Reader's Guide to Joseph Conrad, Farrar, Strauss, 1960

    William Faulkner: American Writer, Weidenfield and Nicholson, 1989

    Franz Kafka: Representative Man, Ticnor and Fields, 1991

    George Eliot: Voice of a Century, W.W. Norton, 1995

    Modern and Modernism: The Sovereignty of the Artist, Atheneum, 1985

    American Fictions: 1940-1980, Harper & Row, 1983

    American Fictions: 1980-2000, X Libris, 2001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09

Art Into Life: Essays on the Craft of Biography, Etruscan, 2005

The Nineteenth Century British Novel, Farrar, Straus, 1964

The Contemporary English Novel, Farrar, Straus, 1963

C.P. Snow, Southern Illinois, 1963

The Adversary Literature, Farrar, Straus, 1974

The Collected Letters of Joseph Conrad (all volumes), Cambridge University Press

A Chronicle of Wasted Time: America in the Seventies, X Libris, 2002

Five Decades of Literary, Cultural, and Political Opposition, X Libris 2003

The Quest, Heineman, 1964


Let me repeat what I have said: I am writing to opt out of the Google-Authors Guild Settlement regarding Google's illegal copying of the work of many thousands of American and international authors. My husband, who died in April, 2004, was one of those authors. **I insist that Google have nothing whatever to do with ANY copyrighted work carrying my husband's name, in or out of print, mentioned or unmentioned above. This includes all American editions, hardcover and paperback, all international editions, hardcover and paperback, all articles published in any magazine, and introductions to novels**

To ensure that you receive this letter and respond, I am sending copies to:

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Michael J. Boni, Esq.
Boni & Zack
15 St. Asaphs Road
Bala Cynwyd, PA, 19004

Sincerely,

*[signature: D. Karl]*

Dolores Karl
2 Settlers Landing Lane
East Hampton, NY 11937
Or
520 East 76th Street
New York, NY 10021