**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
| | | |
|---|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al., | : : | Case No. 05 CV 8136-DC |
| | : | ECF CASE |
| Plaintiffs, | : : | |
| | : | **NOTICE OF UNOPPOSED** |
| v. | : : | **MOTION TO ADJOURN OCTOBER 7, 2009 FINAL** |
| Google Inc., | : : | **FAIRNESS HEARING AND SCHEDULE STATUS** |
| Defendant. | : | **CONFERENCE** |

------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum In Support of Unopposed Motion to Adjourn October 7, 2009 Final Fairness Hearing and Schedule Status Conference, the undersigned in the above-captioned action will move before the Hon. Denny Chin, U.S. District Judge, at the earliest date and time convenient for the Court, in Courtroom 11A at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, for an Order adjourning the final fairness hearing and scheduling a status conference.

Dated: New York, New York
September 22, 2009

/s/ Michael J. Boni
Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
mboni@bonizack.com
jzack@ bonizack.com

*Attorneys for the Author Sub-Class*

23048286v1

/s/ Bruce P. Keller
Bruce P. Keller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com

*Attorneys for the Publisher Sub-Class*

23048286v1