Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (800) 320-5081
Facsimile: (212) 868-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

The Authors Guild, Inc., Association of American
Publishers, Inc., Associational Plaintiffs, and Herbert
Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson,      **NO. 05 CV 8136-JES**
Joseph Goulden, The McGraw-Hill Companies, Inc.,
Pearson Education, Inc., Penguin Group (USA) Inc.,
Simon & Schuster, Inc., and John Wiley & Sons, Inc.,     **MOTION TO ADMIT COUNSEL**
individually and on behalf of all others similarly situated,  **PRO HAC VICE**

                              Plaintiffs,

     v.

Google Inc.,
                             Defendant.

------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of The United States District Courts for the Southern and Eastern Districts of New York, I, Sanford P. Dumain, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

                Robert J. LaRocca, Esq.
                Kohn, Swift & Graf, P.C.
                Suite 2100, One South Broad St.
                Philadelphia, PA 19107
                (215) 238-1700
                (215) 238-1968 (fax)

Robert J. LaRocca is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Robert J. LaRocca in any State or Federal court.

55784_2

Dated: September 21, 2009
New York, New York

                                                Respectfully submitted,

                                                Sanford P. Dumain
                                                MILBERG LLP
                                                One Pennsylvania Plaza, 49th Floor
                                                New York, NY 10119-0165
                                                Telephone: (800) 320-5081
                                                Facsimile:   (212) 868-1229

Sanford P. Dumain

MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (800) 320-5081
Facsimile: (212) 868-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
The Authors Guild, Inc., Association of American
Publishers, Inc., Associational Plaintiffs, and Herbert
Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson,     **NO. 05 CV 8136-JES**
Joseph Goulden, The McGraw-Hill Companies, Inc.,
Pearson Education, Inc., Penguin Group (USA) Inc.,
Simon & Schuster, Inc., and John Wiley & Sons, Inc.,     **AFFIDAVIT OF SANFORD P.**
individually and on behalf of all others similarly situated,     **DUMAIN IN SUPPORT OF**
    **MOTION TO ADMIT COUNSEL**
        Plaintiffs,     **PRO HAC VICE**
    v.

Google Inc.,
        Defendant.
------------------------------------x

STATE OF NEW YORK  )
                      ) ss:
COUNTY OF NEW YORK  )

    I, Sanford P. Dumain, being, being duly sworn, depose and say:

    1.     I am a partner at Milberg, LLP, one of the counsel for the plaintiffs Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, and the Author Sub-Class. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein, and in support of Plaintiffs' motion to admit Robert J. LaRocca as counsel pro hac vice to represent Plaintiffs in this matter.

    2.     I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.     I take this affidavit in support of the motion to admit Robert J. LaRocca pro hac vice.

3

4.  Mr. LaRocca is a shareholder of Kohn, Swift, & Graf, P.C., whose firm is one of the counsel for those plaintiffs listed in the first sentence of this Affidavit.

5.  In support of this motion, I annex hereto a Certificate of Good Standing as to Mr. LaRocca from the Supreme Court of the Commonwealth of Pennsylvania. There are no disciplinary proceedings pending against Mr. LaRocca in any Court, state or federal.

6.  Mr. LaRocca is experienced in federal civil litigation.

7.  I respectfully submit a proposed order granting the admission of Robert J. LaRocca, pro hac vice, which is attached hereto as Exhibit A.

Respectfully submitted,

Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (800) 320-5081
Facsimile: (212) 868-1229

Sworn to before me this
21 day of September, 2009

Jle Tarpeh
Notary Public

JLE TARPEH
Notary Public, State of New York
No. 01TA6190864
Qualified in New York County
My Commission Expires August 04, 2012

4

55784_2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

The Authors Guild, Inc., Association of American
Publishers, Inc., Associational Plaintiffs, and Herbert
Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson,    NO. 05 CV 8136-JES
Joseph Goulden, The McGraw-Hill Companies, Inc.,
Pearson Education, Inc., Penguin Group (USA) Inc.,
Simon & Schuster, Inc., and John Wiley & Sons, Inc.,    ORDER FOR ADMISSION *PRO HAC*
individually and on behalf of all others similarly situated,    *VICE* ON WRITTEN MOTION

                Plaintiffs,
    v.

Google Inc.,
                Defendant.
------------------------------------- x

    Upon the motion of Sanford P. Dumain, Esq., one of the attorneys for plaintiffs in the

above captioned case, and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                Robert J. LaRocca, Esq.
                Kohn, Swift & Graf, P.C.
                Suite 2100, One South Broad St.
                Philadelphia, PA 19107
                (215) 238-1700
                (215) 238-1968 (fax)
                rlarocca@kohnswift.com

is admitted to practice pro hac vice as counsel for the plaintiffs The Authors Guild, Inc., Herbert

Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, and the Author Sub-

Class in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of the Court,

including the Rules governing discipline of attorneys. Counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of

Court.

55784_2

DATED: _____     _____
                              THE HONORABLE DENNY CHIN
                              UNITED STATES DISTRICT JUDGE



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Robert Joseph LaRocca, Esq.

**DATE OF ADMISSION**

**October 28, 1977**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 8, 2009

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    :ss.:
COUNTY OF NEW YORK  )

    JLE TARPEH, being duly sworn, says: I am a paralegal with the law firm of Milberg LLP. On September 21, 2009, I served a true copy of the **Motion to Admit Counsel Pro Hac Vice, Affidavit of Sanford P. Dumain in Support of Motion to Admit Counsel Pro Hac Vice, Order for Admission Pro Hac Vice on Written Motion, Certificate of Good Standing for Robert Joseph LaRocca, Esq.** by US mail upon the following:

    Michael J. Boni, Esq.
    Joanne Zack, Esq.
    Joshua Snyder, Esq.
    Boni & Zack LLC
    15 St. Asaphs Road
    Bala Cynwyd, PA 19004

    Jeffery P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY 10022

    Daralyn J. Durie, Esq.
    Joseph C. Gratz, Esq.
    Durie Tangri Lemley Roberts & Kent LLP
    332 Pine Street, Suite 200
    San Francisco, CA 94104

                                          _____
                                                          JLE TARPEH

Sworn to before me this
21st day of September, 2009

_____
Notary Public

        MELONIE PENRHYN
   Notary Public, State of New York
       No. 01PE5073896
    Qualified in Bronx County
 Commission Expires March 3, 2010