UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

                Plaintiffs,

v.

GOOGLE, INC.

                Defendant.

05 Civ. 8136 (DC)

**ORDER**

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of Anthony D. Boccanfuso, Esq., a member of the Bar of this Court, it is

ORDERED that Gary Leland Reback, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for *Amicus Curiae* Open Book Alliance, upon payment of the applicable fee to the Clerk of the Court,

Dated: New York, New York
September 4, 2009

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09