UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
The Authors Guild, Inc., Association of American  :
Publishers, Inc., et. al.,                        :     Case No. 05 CV 8136-DC
                                                  :
              Plaintiffs,                         :
                                                  :     **FILED**
        v.                                        :     **ELECTRONICALLY**
                                                  :
Google, Inc.,                                     :
    :
              Defendants.                         :
_____:

**NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED SEPTEMBER 2, 2009 AND ENTERED SEPTEMBER 10, 2009**

PLEASE TAKE NOTICE that The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association And Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner And Lou Jacobs, Jr. ("Proposed Intervenors"), pursuant to Local Rule 6.3 and Fed. R. Civ. P. 24, 59 and 60, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): granting reconsideration of the Court's Order, dated September 2, 2009 and entered September 10, 2009, denying intervention, and in its place, reconsider the ruling and permit intervention in the event that the

Court determines that the Proposed Intervenors have been excluded from the Class. In support of this motion, Proposed Intervenors submit herewith a memorandum of law, dated September 24, 2009.

DATED: September 24, 2009

Respectfully submitted,

        S/ Elaine Metlin
        Charles D. Ossola (pro hac vice)
        Elaine Metlin (pro hac vice)
        DICKSTEIN SHAPIRO LLP
        1825 Eye Street, NW
        Washington, DC 20006-5403

        Shirley Saed
        DICKSTEIN SHAPIRO LLP
        1633 Broadway
        New York, NY 10019-6708
        Tel: (212) 277-6500
        Fax: (212) 277-6501

        Victor S. Perlman (pro hac vice)
        Managing Director and General Counsel
        AMERICAN SOCIETY OF MEDIA
        PHOTOGRAPHERS, INC.
        150 North Street
        Philadelphia, PA 19106
        Tel: (215) 451-2767
        Fax: (215) 451-0800