UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
The Authors Guild, Inc., Association of American  :
Publishers, Inc., et. al.,                         :
                                                   :
                Plaintiffs,       :
                                                   :  Case No. 05 CV 8136-DC
          v.                                   :
                                                   :  **FILED**
Google, Inc.,                                      :  **ELECTRONICALLY**
                                                   :
               Defendants.      :
_____:          **[PROPOSED] ORDER**

DSMDB-2674220v01

Having considered the motion of The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association And Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner And Lou Jacobs, Jr., ("Proposed Intervenors") for reconsideration, and the memorandum of law in support thereof, and good cause appearing therefore:

1. Proposed Intervenors' motion for reconsideration is hereby granted; and

2. Proposed Intevenors who are not class members shall be permitted to intervene for the limited purposes of objecting to the proposed class action settlement agreement and their preserving right to appeal therefrom.

IT IS SO ORDERED.

DATED:_____          _____
                                        THE HONORABLE DENNY CHIN
                                        UNITED STATES DISTRICT JUDGE

2

DSMDB-2674220v01