# CERTIFICATE OF SERVICE

I, Elaine Metlin, Esq., do hereby certify that on September 24, 2009, I did serve a true and correct copy of the attached Notice of Motion For Reconsideration Of Denial Of Motion To Intervene For The Limited Purposes Of Objecting To The Proposed Class Action Settlement Agreement And Preserving Right To Appeal And Memorandum Of Points And Authorities In Support Thereof Of and Proposed Order, in the afore-mentioned matter upon the following individuals via electronic mail:

Adam Howard Charnes:  acharnes@kilpatrickstockton.com
Alex Seth Fonoroff,: afonoroff@kilpatrickstockton.com
Alexandra A.E. Shapiro: ashapiro@machtshapiro.com
Andrew C. DeVore:  acd@devoredemarco.com
Bruce P. Keller:  bpkeller@debevoise.com
Cynthia S. Arato:  carato@machtshapiro.com
Daniel J. Fetterman: dfetterman@kasowitz.com
Daniel Joseph Kornstein:  DKornstein@KVWMail.com
Daralyn Jeanine Durie:  ddurie@durietangri.com
David A. Zapolsky:  davidz@amazon.com
Harold Bloom:  mguzman@khhte.com
James Taylor Lewis Grimmelmann:  james.grimmelmann@nyls.edu
Jeffrey A. Conciatori:  jeffreyconciatori@quinnemanuel.com
Joanne E. Zack:  jzack@bonizack.com
Joseph C. Gratz:  jgratz@durietangri.com
Joseph M. Beck:  jbeck@kilpatricstockton.com
Joseph Solomon Hall:  jhall@khte.com
Laura Helen Gundersheim:  Laura@blbglaw.com
Michael J. boni:  mboni@bonizack.com
Mikaela Ann McDermott:  mmcdermott@kvwmail.com
Nathan Z. Dershowiz:  ndershowitz@lawdea.com
Peter Jonathan Toren:  ptoren@kasowitz.com
Ronald Lee Raider:  raider@kilpatrickstockton.com
Sanford P. Dumain:  sdumain@milberg.com
Theodore Conrad Max:  tmax@sheppardmullin.com

And upon the following individuals via United States Postal Service, first class mail, on September 25, 2009:

Cindy A. Cohen
Legal Director of the Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110

David Nimmer, Irell & Manella LLP
Attn: David Blasband
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Hadley Perkins Roeltgen
Kohn, Swift & Graf, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107

J. Kate Reznick
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Matthews Christian Schrurers
Computer and Communications Industry Association
900 17th Street
Suite 1100
Washington, DC 20006


Dated: September 24, 2009                    _____/s/ *Elaine Metlin*_____
                                             Elaine Metlin (pro hac vice)
                                             Counsel for The American Society Of Media
                                             Photographers, Inc., Graphic Artists Guild, The
                                             Picture Archive Council Of America, The North
                                             American Nature Photography Association And
                                             Individual Photographers Joel Meyerowitz, Dan
                                             Budnik, Pete Turner And Lou Jacobs, Jr.