UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., : | Case No. 05 CV 8136-DC |
| Plaintiffs, : | |
| : | **FILED** |
| v. : | **ELECTRONICALLY** |
| Google, Inc., : | |
| : | |
| Defendants. : | |
| : | |

NOTICE OF MOTION FOR
RECONSIDERATION OF THE
COURT'S ORDER DATED
SEPTEMBER 2, 2009 AND
ENTERED SEPTEMBER 10,
2009

PLEASE TAKE NOTICE that The American Society Of Media Photographers, Inc.,

Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature

Photography Association And Individual Photographers Joel Meyerowitz, Dan Budnik, Pete

Turner And Lou Jacobs, Jr. ("Proposed Intervenors"), pursuant to Local Rule 6.3 and Fed. R.

Civ. P. 24, 59 and 60, will hereby move this Court, on a date and at such time as may be

designated by the Court, for an Order (attached hereto as Exhibit A): granting reconsideration of

the Court's Order, dated September 2, 2009 and entered September 10, 2009, denying

intervention, and in its place, reconsider the ruling and permit intervention in the event that the

DSMDB-2674215v01

Court determines that the Proposed Intervenors have been excluded from the Class. In support

of this motion, Proposed Intervenors submit herewith a memorandum of law, dated September

24, 2009.

DATED: September 24, 2009

Respectfully submitted,

S/ Elaine Metlin
Charles D. Ossola (pro hac vice)
Elaine Metlin (pro hac vice)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

Shirley Saed
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019-6708
Tel: (212) 277-6500
Fax: (212) 277-6501

Victor S. Perlman (pro hac vice)
Managing Director and General Counsel
AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC.
150 North Street
Philadelphia, PA 19106
Tel: (215) 451-2767
Fax: (215) 451-0800

DSMDB-2674215v01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al.,   : <br><br>             Plaintiffs,   : <br><br>       v.   : <br><br> Google, Inc.,   : <br><br>             Defendants.   : | Case No. 05 CV 8136-DC <br><br> **FILED ELECTRONICALLY** <br><br> **[PROPOSED] ORDER** |

DSMDB-2674220v01

Having considered the motion of The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association And Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner And Lou Jacobs, Jr., ("Proposed Intervenors") for reconsideration, and the memorandum of law in support thereof, and good cause appearing therefore:

1. Proposed Intervenors' motion for reconsideration is hereby granted; and

2. Proposed Intevenors who are not class members shall be permitted to intervene for the limited purposes of objecting to the proposed class action settlement agreement and their preserving right to appeal therefrom.

IT IS SO ORDERED.

DATED:_____        _____
                                        THE HONORABLE DENNY CHIN
                                        UNITED STATES DISTRICT JUDGE

DSMDB-2674220v01