UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
```
The Authors Guild, Inc., Association of American  :
Publishers, Inc., Associational Plaintiffs, and  :
                                                       :

Herbert Mitgang, Betty Miles, Daniel Hoffman,  :        Case No. 05 CV 8136 (DC)
Paul Dickson, Joseph Goulden, The McGraw-Hill  :
Companies, Inc., Pearson Education, Inc., Penguin  :
Group (USA) Inc., Simon & Schuster, Inc., and  :
John Wiley & Sons, Inc., individually and on  :       ~~[PROPOSED]~~ ORDER FOR
behalf of all others similarly situated,  :        ADMISSION *PRO HAC VICE*
                                                      :
           Plaintiffs,  :

    v.  :

Google Inc.,  :

           Defendant.  :
```
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-09

Upon the motion of Thomas C. Rubin, attorney for objector Microsoft Corporation and

declaration in support:

    IT IS HEREBY ORDERED THAT

    Charles B. Casper
    Montgomery, McCracken, Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA 19109
    Telephone: 215-772-1500
    Facsimile: 215-731-3750
    ccasper@mmwr.com

is admitted to practice *pro hac vice* as counsel for objector Microsoft Corporation in the above-

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of the court, including the

Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing

(ECF) system and counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 9/25/08
New York, New York

SO ORDERED.

United States District Judge

2