UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
The Authors Guild, Inc., Association of American :
Publishers, Inc., Associational Plaintiffs, and :
:
Herbert Mitgang, Betty Miles, Daniel Hoffman, : Case No. 05 CV 8136 (DC)
Paul Dickson, Joseph Goulden, The McGraw-Hill :
Companies, Inc., Pearson Education, Inc., Penguin :
Group (USA) Inc., Simon & Schuster, Inc., and :
John Wiley & Sons, Inc., individually and on : [PROPOSED] ORDER FOR
behalf of all others similarly situated, : ADMISSION *PRO HAC VICE*
:
       Plaintiffs, :
:
  v. :
:
Google Inc., :
:
       Defendant. :
:
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-09

Upon the motion of Thomas C. Rubin, attorney for objector Microsoft Corporation and declaration in support:

IT IS HEREBY ORDERED THAT

Richard Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-504-7800
Facsimile: 302-504-7820
rdonaldson@mmwr.com

is admitted to practice *pro hac vice* as counsel for objector Microsoft Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing

(ECF) system and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 9/25/09
New York, New York

SO ORDERED.

_____
United States District Judge