USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

The Authors Guild, Inc., Association of American
Publishers, Inc., Associational Plaintiffs, and Herbert
Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson,
Joseph Goulden, The McGraw-Hill Companies, Inc.,
Pearson Education, Inc., Penguin Group (USA) Inc.,
Simon & Schuster, Inc., and John Wiley & Sons, Inc.,
individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

Google Inc.,

      Defendant.

------------------------------------x

NO. 05 CV 8136-JES DC

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

  Upon the motion of Sanford P. Dumain, Esq., one of the attorneys for plaintiffs in the above captioned case, and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Robert J. LaRocca, Esq.
> Kohn, Swift & Graf, P.C.
> Suite 2100, One South Broad St.
> Philadelphia, PA 19107
> (215) 238-1700
> (215) 238-1968 (fax)
> rlarocca@kohnswift.com

is admitted to practice pro hac vice as counsel for the plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, and the Author Sub-Class in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

55784_2

DATED: 9/25/09

_____
THE HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE