

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Plaintiff,
et al.

- against -

Google, Inc.    Defendant.

05 cv 8136 (DC)

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nancy Morawetz a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Marc Rotenberg
Firm Name: Electronic Privacy Information Center (EPIC)
Address: 1718 Connecticut Ave., NW Suite 200
City/State/Zip: Washington, DC 20009
Phone Number: 202.483.1140
Fax Number: 202.483.1248

Marc Rotenberg is a member in good standing of the Bar of the States of the District of Columbia

There are no pending disciplinary proceeding against Marc Rotenberg in any State or Federal court.

Dated: Sept. 3, 2009
City, State: New York, NY

Respectfully submitted,

_____

Sponsor's
SDNY Bar NM1193
Firm Name: New York University School of Law
Address: 245 Sullivan Street, 619
City/State/Zip: New York, NY 10012
Phone Number: (212) 998-6451
Fax Number: (212) 995-4031

The Author's Guild et al v. Google Inc    Doc. 743

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Google Inc., <br><br> Defendant. | Case No. 05 CV 8136-DC <br><br> Affidavit of Nancy Morawetz in Support of Motion to Admit Counsel Pro Hac Vice |

Nancy Morawetz, being duly sworn, hereby deposes and says as follows:

1. I am Nancy Morawetz, Professor of Clinical Law at New York University School of Law. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Electronic Privacy Information Center's (EPIC's) motion to admit Marc Rotenberg as counsel pro hac vice to represent EPIC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Marc Rotenberg is Executive Director of EPIC in Washington, DC.

4. I have found Mr. Rotenberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Marc Rotenberg, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Marc Rotenberg, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Marc Rotenberg, pro hac vice, to represent EPIC in the above captioned matter, be granted.

Dated: Sept. 3, 2009
City, State: New York, NY
Notarized: *[signature]*

SUSAN HODGES
Notary Public, State of New York
Reg. No. 01HO4943057
Qualified in New York County
Commission Expires Oct. 17, 2010

Respectfully submitted,

*[signature]*

Nancy Morawetz
SDNY Bar Code: NM1193

SDNY Form Web 10/2006



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARC S. ROTENBERG

was on the 16th day of FEBRUARY, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 3, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on September 4, 2009, I caused to be served by U.S. Mail copies of EPIC's MOTION TO ADMIT COUNSEL PRO HAC VICE upon:

**Joseph M. Beck**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404)-815-6406
(404)-541-3126 (fax)
jbeck@kilpatrickstockton.com

**Robert Jay Bernstein**
The Law Offices of Robert J. Bernstein
488 Madison Avenue
9th Floor
New York, NY 10022
(212) 705-4811
212 593 9175 (fax)
rjb@robert-bernsteinlaw.com

**Michael J. Boni**
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200
(610) 822-0206 (fax)
mboni@bonizack.com

**Adam Howard Charnes**
Kilpatrick Stockton LLP (NC)
1001 West Fourth Street
Winston-Salem, NC 27101
(336)-607-7382
(336)-734-2602 (fax)
acharnes@kilpatrickstockton.com

**Jeffrey A. Conciatori**
Quinn Emanuel Urquhart Oliver & Hedges LLP (NYC)
51 Madison Avenue
22nd Floor
New York, NY 10010
212-702-8130
212-702-8200 (fax)
jeffreyconciatori@quinnemanuel.com

**Nathan Z. Dershowitz**

Dershowitz, Eiger & Adelson, P.C.
220 Fifth Avenue, Suite 300
New York, NY 10001
(212) 889-4009
(212) 889-3595 (fax)
ndershowitz@lawdea.com

**Sanford P. Dumain**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
212-868-1229 (fax)
sdumain@milberg.com

**Daralyn Jeannine Durie**
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
(415) 362-6666
(415) 236-6300 (fax)
ddurie@durietangri.com

**Alex Seth Fonoroff, S**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404)-815-6436
(404)-541-3202 (fax)
afonoroff@kilpatrickstockton.com

**Joseph C. Gratz**
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104
(415) 362-6666
(415) 236-6300 (fax)
jgratz@durietangri.com

**James Taylor Lewis Grimmelmann**
New York Law School
Institute for Information Law and Policy
57 Worth Street
New York, NY 10013
(212) 431-2368
(212) 791-2144 (fax)

james.grimmelmann@nyls.edu

**Laura Helen Gundersheim**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212)554-1463
(212)554-1444 (fax)
Laurag@blbglaw.com

**Joseph Solomon Hall**
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202 326 7983
202 326 7999 (fax)
jhall@khhte.com

**Bruce P. Keller**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue
31st Floor
New York, NY 10022
212 909-6000
212 909-6836 (fax)
bpkeller@debevoise.com

**Daniel Joseph Kornstein**
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
NY, NY 10017
(212) 418-8610
(212) 826-3640 (fax)
DKornstein@KVWMail.com

**Mikaela Ann McDermott**
Kornstein Veisz Wexler & Pollard, LLP
757 Third Avenue
NY, NY 10017
(212)-418-8606
(212)-826-3640 (fax)
mmcdermott@kvwmail.com

**Melissa J. Miksch**
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (fax)

**Ronald Lee Raider**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404)-532-6909
(404)-815-6555 (fax)
rraider@kilpatrickstockton.com

**J. Kate Reznick**
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200
(610) 822-0206 (fax)

**Hadley Perkins Roeltgen**
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

**Matthew Christian Schrurers**
Computer and Communications Industry Association
900 17th Street
Suite 1100
Washington, DC 20006
(202) 783-0070
(202) 783-0534 (fax)

**Joanne E. Zack**
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610)-822-0202
(610)-822-0206 (fax)
jzack@bonizack.com

_____
Marc Rotenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., et al.        Plaintiff,

                                        05 cv 8136    (DC )

          - against -
Google, Inc.                Defendant.   **ORDER FOR ADMISSION
                                         PRO HAC VICE
                                         ON WRITTEN MOTION**

Upon the motion of Nancy Morawetz    attorney for

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Marc Rotenberg |
| Firm Name: | Electronic Privacy Information Center (EPIC) |
| Address: | 1718 Connecticut Ave., NW Suite 200 |
| City/State/Zip: | Washington, DC 20009 |
| Telephone/Fax: | 202.483.1140(p) / 202.483.1248(f) |
| Email Address: | rotenberg@epic.org |

is admitted to practice pro hac vice as counsel for   EPIC   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


_____
United States District/Magistrate Judge