UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

    Plaintiffs

v.

GOOGLE, INC.

    Defendant.

05 Civ. 8136 (DC)

**NOTICE OF MOTION FOR ADMISSION PRO HACE VICE**

PLEASE TAKE NOTICE that upon the annexed declaration of William I Kohn, Canadian Standards Association will move this Court, before the Honorable Denny Chin, for an Order admitting Mark Edward Avsec, Esq. to the Bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

Dated: Cleveland, Ohio
       September 21, 2009

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

By: _____
William I. Kohn
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Phone: (216) 363-4500
wkohn@beneschlaw.com

*Attorneys for Canadian Standards Association*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

    Plaintiffs

v.

GOOGLE, INC.

    Defendant.

05 Civ. 8136 (DC)

**DECLARATION**

William I Kohn, declares under perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court. I make this declaration in support of the motion of Canadian Standards Association for the admission of Mark Edward Avsec, Esq. to the Bar of this Court *pro hac vice*.

2. Mr. Avsec is a member of the firm of Benesch Friedlander Coplan & Aronoff LLP, counsel for Canadian Standards Association in the above-captioned action. Mr. Avsec is a member in good standing of the bar of the State of Ohio ( a certified copy of a certificate of good standing is annexed hereto as Exhibit A).

3. Mr. Avsec has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this court.

4. Accordingly, I respectfully request that Mark Edward Avsec, Esq. be admitted to the Bar of the Court *pro hac vice*.

I hereby declare the foregoing to be true and correct under penalty of perjury.

Dated: Cleveland, Ohio
       September 21, 2009

_____
William I. Kohn

2

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Mark Edward Avsec

was admitted to the practice of law in Ohio on May 15, 1995; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of September, 2009.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

        Plaintiffs

v.

GOOGLE, INC.

        Defendant.

05 Civ. 8136 (DC)

ORDER

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of William I Kohn, Esq., a member of the Bar of this Court, it is

ORDERED that Mark E. Avsec, Esq. be admitted to the Bar of this court *pro hac vice* as counsel for Canadian Standards Association.

Dated: New York, New York
       _____, 2009

SO ORDERED:

_____
U.S.D.J.

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE AUTHORS GUILD, et al.,

        Plaintiffs

v.

GOOGLE, INC.

        Defendant.

05 Civ. 8136 (DC)

## CERTIFICATE OF SERVICE

I, William I. Kohn, hereby certify that on this 21st day of September 2009, I caused to be served by U.S. mail a copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE on the following individuals:

| | |
|---|---|
| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>bookclaims@bonizack.com | *Counsel for the Author Sub-Class* |
| Jeffry P. Cunard<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>bookclaims@debevoise.com | *Counsel for the Publisher Sub-Class* |
| Daralyn J. Durie, Esq.<br>Joseph C. Gratz, Esq.<br>Durie Tangri LLP<br>332 Pine Street – Suite 200<br>San Francisco, CA 94104<br>bookclaims@durietangri.com | *Counsel for Google* |

                                              /s/ William I. Kohn
                                              William I. Kohn