UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., et al, <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc. <br><br> Defendant. | Case No. 05 CV 8136 (DC) <br><br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Lee Hubbard, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Norman W. Marden
> Pennsylvania Office of Attorney General
> Strawberry Square
> Harrisburg, PA 17120
> Telephone: (717) 787-4530
> Fax: (717) 705-7110

Norman W. Marden is a member of good standing of the Bar of the State of Pennsylvania. PA Bar ID 203423

There are no pending disciplinary proceedings against Norman W. Marden in any State or Federal court.

Dated:

Respectfully submitted

*[signature]*

Robert Lee Hubbard
1760206
New York Attorney General's Office
120 Broadway Suite 26C
New York, NY 10271-0002
(212) 416-8267

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., et al, <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc. <br><br> Defendant. | Case No. 05 CV 8136 (DC) <br><br> **AFFIDAVIT OF ROBERT LEE HUBBARD IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Robert Lee Hubbard, being duly sworn, hereby deposes and says as follows:

1. I am Director of Litigation with the New York Attorney General's Office. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Norman W. Marden as counsel *pro hac vice* to represent in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Norman Marden since 2006.

4. Mr. Marden is a Deputy Attorney General with the Pennsylvania Office of Attorney General.

5. I have found Mr. Marden to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Norman W. Marden, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Norman W. Marden, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

WHEREFORE IT is respectfully requested that the motion to admit Norman W. Marden pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated:

New York, NY

Notarized;

          Respectfully submitted

          Robert Lee Hubbard
          SDNY Bar Code: 1760206

2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Norman Wesley Marden, Esq.**

DATE OF ADMISSION

*October 25, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: September 16, 2009**



_____
Elizabeth E. Zisk
Chief Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| The Authors Guild, Inc., et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>Google, Inc.<br><br>    Defendant. | Case No. 05 CV 8136 (DC)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Robert Lee Hubbard, attorney for New York Attorney General's Office and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Norman W. Marden |
| Firm Name: | Pennsylvania Office of Attorney General |
| Address: | Strawberry Square |
| City/State/Zip: | Harrisburg, PA 17120 |
| Telephone/Fax: | (717) 787-4530 |
| Email Address: | nmarden@attorneygeneral.gov |

is admitted to practice *pro hac vice* as counsel for the Commonwealth of Pennsylvania in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

_____
United States District Judge Denny Chin

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., et al,<br><br>      Plaintiffs,<br><br>  v.<br><br>Google, Inc.<br><br>      Defendant. | Case No. 05 CV 8136 (DC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Robert Lee Hubbard in Support of Motion to Admit Counsel *Pro Hac Vice* and Order for Admission *Pro Hac Vice* on Written Motion were served upon the following, by First Class Mail this 10th day of September, 2009.

Michael J. Boni, Esquire
Joanne Zack, Esquire
Joshua Snyder, Esquire
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Daralyn J. Durie, Esquire
David J. Silbert, Esquire
Joseph C. Gratz, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Jeffrey P. Cunard, Esquire
Bruce P. Keller, Esquire
James J. Pastore, Esquire
Debevoise & Plimpton LP
919 Third Avenue
New York, NY 10022

        _/s/ James A. Donahue, III_
        James A. Donahue, III
        Chief Deputy Attorney General