USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., et al.    Plaintiff,

- against -

Google, Inc.    Defendant.

05 cv 8136    (DC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Nancy Morawetz attorney for and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Marc Rotenberg
Firm Name: Electronic Privacy Information Center (EPIC)
Address: 1718 Connecticut Ave., NW Suite 200
City/State/Zip: Washington, DC 20009
Telephone/Fax: 202.483.1140(p) / 202.483.1248(f)
Email Address: rotenberg@epic.org

The Author's Guild et al v. Google Inc.    Doc. 746

is admitted to practice pro hac vice as counsel for EPIC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/1/09
City, State: NY, NY

United States District/Magistrate Judge