USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, et al.,

    Plaintiffs

v.

GOOGLE, INC.

    Defendant.

05 Civ. 8136 (DC)

ORDER

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of William I Kohn, Esq., a member of the Bar of this Court, it is

ORDERED that Mark E. Avsec, Esq. be admitted to the Bar of this court *pro hac vice* as counsel for Canadian Standards Association, upon payment of the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
10/1, 2009

The Author's Guild et al v. Google Inc.

SO ORDERED:

_____
U.S.D.J.

Doc. 747

3