# WEISS & ASSOCIATES, P.C.

419 PARK AVENUE SOUTH, 2ND FLOOR
NEW YORK, NEW YORK 10016

(212) 683-7030
(212) 726-0135 (FAX)

MATTHEW J. WEISS †　　　　　　　　　　　　　　　　　† MEMBER N.Y., CONN. & FLA. BAR

JOHN M. HERMANOWSKI*　　　　　　　　　　　　　　　* MEMBER N.Y. BAR & USPTO

October 6, 2009

Hon. Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
Ne York, NY 10007-1312

　　　　Re:　The Authors Guild Inc., et al. v. Google, Inc.
　　　　　　Case No. 05 CV 8136 (S.D.N.Y.) (D.C.)

Dear Judge Chin:

　　We understand from Elizabeth of your chambers that you will not have a court reporter present at the status conference scheduled for tomorrow in the above-referenced matter, and you will not allow us to arrange for our own court reporter to attend. We respectfully object to this ruling.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WEISS & ASSOCIATES, PC

　　　　　　　　　　　　　　　　　　　　Matthew J. Weiss

MJW/rcm