```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
THE AUTHOR'S GUILD et al.,         :
                Plaintiffs,        :
        - against -                :     ORDER
GOOGLE, INC.,                      :     05 Civ. 8136 (DC)
                Defendant.         :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       The Court has received the following requests regarding the status conference scheduled for October 7, 2009, at 10 a.m. in this case:

       1. To have a court reporter present at the status conference; and

       2. To audio or video record the status conference.

       The first request is granted; it was always the Court's intention to have a court reporter present to transcribe the conference. The second request is denied; the Court will not permit audio or video recording of the proceeding.

       SO ORDERED.

Dated: New York, New York
       October 6, 2009

                                     DENNY CHIN
                                     United States District Judge

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/6/09*