

**MANDATE**

05-cv 8136 (DC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6 day of October, two thousand and nine.

PRESENT: José A. Cabranes,
             *Circuit Judge.*

In Re: Darlene Marshall

**ORDER**
Docket Number: 09-4142-op

IT IS HEREBY ORDERED that the Petitioner's Emergency Petition for Writ of Mandamus is DENIED.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

By: Joy Fallek
Joy Fallek, Administrative Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2009

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

— ISSUED AS MANDATE: 10/6/09