(MON) 17:19

BONI & ZACK LLC

Michael J. Boni
610.822.0201 | CELL 610.348.2526 | mboni@bonizack.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/09

The Clerk of the Court shall accept this letter for filing, and the ASMP movants shall respond by 10/14/09.
SO ORDERED.
USDJ
10/7/09

October 5, 2009

**VIA FACSIMILE**
The Honorable Denny Chin
United States District Judge
U.S. Courthouse 500 Pearl Street
New York, New York 10007

Re: *The Authors Guild, Inc., et al. v. Google Inc.*, 05 Civ. 8136-DC

Dear Judge Chin:

Plaintiffs hereby respond to the September 24, 2009 Motion for Reconsideration (Doc. No. 736, "Mot. Reconsider.") filed by the American Society of Media Photographers ("ASMP"), et al. (collectively "ASMP movants"), which purport to hold copyrights in photographs and other forms of visual art that are not included in the settlement. The reconsideration motion fails both as a matter of substance and procedure.

The Author's Guild et al v. Google Inc. Doc. 754

***First***, the ASMP movants are not members of the class and have always known that they are not. As the ASMP's General Counsel put it in April 2009, "I knew…before it was filed" that the class action complaint would "be limited to textual materials." *See* p. 2, *infra*. Thus, any suggestion that movants are confused as to whether they "are members of the class or have been excluded" (Mot. Reconsider. 2) lacks credibility.

***Second***, that the class potentially *could have* included the proposed intervenors is legally irrelevant. The Author Sub-Class and the Publisher Sub-Class were under no obligation to settle and extinguish the claims of every person conceivably affected by the alleged conduct of Google. *See In re Holocaust Victim Asset Litig.*, 225 F.3d 191, 201 (2d Cir. 2000) (even a broadly drafted "complaint in a class action lawsuit does not vest in putative class members a right to be part of the class ultimately certified by the District Court").

***Third***, the ASMP movants will not be prejudiced if they are denied intervention. No claims they may have against Google will be released by the settlement, and they remain free to pursue those claims. *See id.* at 199 ("Because appellants remain free to file a separate action, they have not established that they will be prejudiced if their motion to intervene is denied."). By contrast, it is clear that intervention at this stage would be highly prejudicial to the parties.

15 St. Asaphs Road, Bala Cynwyd, PA 19004 | 610.822.0200 FAX 610.822.0206 | bonizack.com

***Finally***, movants do not even mention, let alone satisfy, the standards for reconsideration. In fact, they would be unable to satisfy such standards, as there has been no change in the law or facts since their motion was denied, and the Court did not fundamentally err in its ruling.

**The ASMP Movants Always Knew They Were Not In The Class.**

The ASMP movants are not members of the class, and the ASMP has known this for years.

Victor Perlman, General Counsel and Managing Director of the ASMP, who filed a declaration in support of objections to the settlement (Doc. No. 218), has publicly admitted knowing – since even before the filing of the original class action complaint – that photographers and other graphic artists were not included in this litigation. At a Columbia Law School symposium on the settlement on April 1, 2009, Professor Jane Ginsberg introduced Mr. Perlman by asking him the following question: "Remember the photographers are not included in this settlement and therefore are not part of the book rights registry. I guess the first question is why not?" *See* Excerpted Transcript of Panel Discussion,[1] attached as Ex. A hereto. Mr. Perlman responded:

> A little bit of history is that this room and the copyright world at large is a very small incestuous community. We all know each other. We all know what is going on. ***I knew*** that the class action suit was going to be filed by the Authors Guild ***before it was filed***. And I approached [Authors Guild Executive Director] Paul Aiken, whom I've known for probably 15 years or more and said, "hey, what about us?" And he very politely and diplomatically said that he wanted to keep it ***limited to textual materials***, presumably to keep this already complicated situation as relatively uncomplicated as possible.

*Id.* (emphasis added). Mr. Perlman stated – without qualification – that "photographers are not in this thing,"[2] and that "[w]hether we will be included in the future is something we can explore

---

1 Streaming video of the symposium, including the panel discussion in which Mr. Perlman participated, can be viewed online at: http://www.kernochancenter.org/Googlebookssettlementrecording.htm. Mr. Perlman's statements discussed above occur in Part 3 of the video. A CD of the panel discussion can be delivered to chambers, should the Court so request.

2 Indeed, the Class Notice contains a section entitled "**Pictorial Works**." It clearly states that, "Photographs, illustrations, maps, paintings and other pictorial works in Books…are not covered by the Settlement, **UNLESS** a U.S. copyright interest in these works is held by a Rightsholder of the Book containing these pictorial works." (emphasis in original). Mr. Perlman's Columbia Law School symposium comments demonstrate that he fully

later in this afternoon's program." *Id.* Because he knew the ASMP movants were excluded, he described his "immediate reaction" to the settlement as "okay how do I get a piece of that." *Id.*

These were not isolated comments. In the ASMP's 2008 year end bulletin, published in December 2008, just a couple of months after the settlement was announced, Mr. Perlman is quoted as saying "[w]e had some informal conversations with the Authors Guild when the suit was first filed, possibly to include photographers as well. But in the interest of clarity, the Guild wanted to keep it simple." *See* ASMP 2008 Year End Bulletin at 8, attached hereto as Exhibit B. Mr. Perlman went on to express the hope that "[w]ithin the context of the current settlement, there may be an opportunity for more participation by other copyright holders, including our ASMP members." *Id.*

Thus, as revealed by Mr. Perlman's own admissions, the Executive Director of the Authors Guild told him years ago that the movants would not be part of the class. These facts completely undercut movants' baseless assertion that plaintiffs and their counsel somehow acted to include and then exclude the movants from the class in order to gain leverage with Google. These facts also expose the motion to reconsider and Mr. Perlman's declaration (Doc. No. 218-2) as a *post hoc* argument crafted without regard to the facts. (*See* Mot. Reconsider 4.)

Moreover, even if a class action complaint contains expansive language, absent class members have no right to be included in the class ultimately certified by the Court, as explained in *In re Holocaust Victim Asset Litig.*, 225 F.3d 191, 201 (2d Cir. 2000). There, after a settlement class had been preliminarily certified, but prior to final settlement approval, a group of Ethnic Poles sought to intervene, "object[ing] to the certification of a narrower settlement class than the one described in the original complaints." *In re Holocaust*, 225 F.3d at 193. The district court denied intervention, and the Second Circuit affirmed, rejecting "the notion that the broad language of the original complaint in a class action lawsuit vests in putative class members – that is, those who *seem* to be included in the class described in the complaint – a right to be included in the class ultimately certified by the District Court." *Id.* at 200 (emphasis in original). The Court went on to explain:

> [T]he broad language of the complaints did not create an exception to the general rule that a non-settling party may not object to the terms of a settlement which does not affect its own rights. ***The non-party's only recourse is to file a motion to intervene, and the evaluation of such a motion does not require a court to take into account the language of the original complaint.***

*Id.* at 201 (internal citations, quotes and alterations omitted) (emphasis added).

---

understood how the class was defined. *See* comments of Mr. Perlman in Ex. A ("There is actually one exception – a limited class of photographs and photographers who are covered who are within the settlement class and that is where the copyright owner to the visual material is the same as the copyright owner to the book.").

**The ASMP Movants Have Suffered No Prejudice And Their Motion Is Patently Untimely.**

Each of the intersecting factors as to timeliness of the motion to intervene cuts against the ASMP movants: (1) "prejudice to the applicant if the motion is denied"; (2) "prejudice to existing parties resulting from the applicant's delay"; (3) "the length of time the applicant knew or should have known of his interest before making the motion"; and (4) "the presence of unusual circumstances militating for or against a finding of timeliness." *Farmland Dairies v. Commissioner of New York State Dept. of Agriculture and Markets*, 847 F.2d 1038, 1044 (2d Cir. 1988).

First, the settlement does not affect the rights of the proposed intervenors, and they remain free to pursue any claims they may have against Google or anyone else. Although they allege that they will be prejudiced because they will lack "bargaining power" or "resources" to protect their rights (Mot. Reconsider. 6), the Second Circuit rejected a virtually identical argument in *In re Holocaust*. There, the proposed intervenors argued that they would be prejudiced if intervention was denied because "they would face tremendous obstacles in bringing their own lawsuit." *In re Holocaust*, 225 F.3d at 199. The Second Circuit held "that appellants in this case will face many significant obstacles" did not constitute undue prejudice, and that judicial economy and uniformity of decisions did not militate in favor of intervention. *Id.*[3]

Second, the parties to the litigation will suffer enormous prejudice if intervention is granted. The settlement is the product of a lengthy and complex arm's length negotiation process between sophisticated parties and their counsel, in which both sides incurred appreciable expenses. The parties made a conscious decision to exclude photographers and other graphic artists from the settlement, except to the limited extent set forth in the settlement agreement, as described in the Class Notice. Intervention at this time would seriously threaten to disrupt the settlement and approval process, and prolong the litigation, resulting in severe prejudice to the parties and the class members. *See In re Holocaust*, 225 F.3d at 199 ("intervention at this late stage would prejudice the existing parties by destroying their Settlement and sending them back

---

3 The cases cited by the ASMP movants in support of their claim that they will suffer prejudice are inapposite and, to the extent they conflict with *In re Holocaust*, are not law in this Circuit. In *In re Discovery Zone Sec. Litig.*, 181 F.R.D. 582, 595 (N.D. Ill. 1998), unlike here, the intervenor was repeatedly assured by class counsel that it was included in the proposed class when it was not. It relied on those representations to its detriment. *Id.* In the present case, to the contrary, the ASMP approached counsel for the Author Sub-Class after the settlement was announced for the purpose of seeking representation in order to become included, knowing at that time that they were not so included. *McBean v. New York*, 2007 WL 473711, at *3 (S.D.N.Y. Feb. 13, 2007), was a prisoner rights case, and the court found that requiring the intervenors to file their own actions would be prejudicial because they were "individuals with limited resources." *South v. Rowe*, 759 F.2d 610, 612-13 (7th Cir. 1985), also was a prisoner rights case, and the prisoner-intervenor would have faced significant prejudice if intervention were not granted: he was a third-party beneficiary to the action in which he sought to intervene, and there were no other parties capable of representing his interest.

to the drawing board"; motion to intervene found untimely); *United States v. Pitney Bowes, Inc.*, 25 F.3d 66, 72 (2d Cir. 1994) ("jeopardizing a settlement agreement causes prejudice to the existing parties to a lawsuit"; motion to intervene found untimely).

Third, this action commenced over four years ago and was highly publicized from the outset. From that time through the announcement of the settlement and the notice process, the ASMP movants actually knew to what extent their purported interests might be affected by this litigation. *See Farmland Dairies*, 847 F.2d at 1044 (question is how long proposed intervenor "knew or should have known of [its] interest before making the motion" to intervene); *see generally United States v. Yonkers Bd. of Ed.*, 801 F.2d 593, 595 (2d Cir. 1986) (applicants had notice where litigation was "page one news in the Yonkers local newspaper"). Mr. Perlman's admitted discussions with the Authors Guild prior to the institution of this action demonstrates that the ASMP knew of the imminence of the action and the fact that it would not include his constituency. The ASMP as early as that time could have sought to intervene or file its own lawsuit against Google.

Similar (or much shorter) delays have consistently been held untimely. *See e.g.*, *In re Holocaust*, 225 F.3d at 198-99 (8 months); *Catanzano v. Wing*, 103 F.3d 223, 233 (2d Cir. 1996) (18 months); *Pitney Bowes*, 25 F.3d at 71 (8 months minimum); *United States v. State of New York*, 820 F.2d 554, 557 (2d Cir. 1987) (15 months).

Fourth, there are "unusual circumstances," but here they weigh strongly against intervention. When a proposed intervenor admits to having been fully aware of the issues in the litigation over four years ago, ***before*** the lawsuit was filed, but sits on the sidelines while it is litigated, thereafter publicly acknowledging that it is not a member of the settlement class, only to seek to insert itself into the settlement nearly a year after it was announced, fundamental fairness requires that the request for intervention be denied.

**The ASMP Movants do Not Even Address, Let Alone Satisfy, the Elements Necessary to Warrant Reconsideration.**

Finally, the ASMP movants do not even try to demonstrate that they meet the requirements for reconsideration of a motion (they do not), which alone warrants denial of their motion. *See Iglesias-Mendoza v. La Belle Farm, Inc.*, 241 F.R.D. 182, 183 (S.D.N.Y. 2007) ("To prevail on a motion for reconsideration, the movant must demonstrate 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'") (quoting *Doe v. New York City Dep't of Soc. Servs.*, 709 F.2d 782, 789 (2d Cir. 1983)).

For all of the foregoing reasons, plaintiffs respectfully request that the Court deny the ASMP movants' motion for reconsideration. Should the Court request more complete briefing in response to the more than fifty pages submitted by the ASMP movants in connection with their objections and motion to reconsider, we are ready to provide it on any schedule.

Respectfully yours,

Michael J. Boni

cc: Elaine Metlin, Esq.
    Shirley Saad, Esq.
    Victor S. Perlman, Esq.
    Bruce P. Keller, Esq.
    Jeffrey P. Cunard, Esq.
    Daralyn J. Durie, Esq.

# Exhibit A

**Symposium, Part 3: Authors and Incentives**

Jane Ginsburg:

Our last panelist on this go round is Vic Perlman of the American Society of Magazine Photographers. Remember that the photographers are not included in this settlement and therefore are not part of the book rights registry. So, I guess the first question would be why not?

Victor Perlman:

Thank you Jane. Since I am a lawyer let me start with some disclaimers. First, I am kind of the flip side of the Jule Siegal. I'm speaking solely on behalf of ASMP and its members. I'm not giving you any personal context here. I'm within the class and I'm not even going to tell you whether I'm opting in or out or what I'm doing. The other thing is that anybody who knows me knows I tend to view the world in the context of popular culture, movies, songs and to me the Google settlement is a Jerry Maguire moment. Because I keep seeing Cuba Gooding going show me the money. And I'm kind of a little like Cinderella before the transformation here, because, you know, the photographers aren't in this thing. We have illustrated books but we don't have illustrations. There is actually one exception – there is a limited class of photographs and photographers who are covered who are within the settlement class and that is where the copyright owner to the visual material is the same as the copyright owner to the book. A little bit of history is that this room and the copyright world at large is a very small incestuous community. We all know each other. We know what's going on. I knew that the class action suit was going to be filed by the Authors Guild before it was filed. And I approached Paul Aiken whom I've known for probably 15 years or more and said, "hey what about us?" And he very politely and diplomatically said that he wanted to keep it limited to textual materials presumably to keep this already complicated situation as relatively uncomplicated as possible. There may have been other reasons at play but if I'm sitting in Paul Aiken's chair I am trying to represent my constituents and I can understand why you would want to exclude everybody else from at least the discussion stage of it. There is nothing inherent about visual materials that suggests that they should not have been included and in fact in some limited groups I have mentioned they are. As far as I'm concerned if this is an infringement, if copyrighted material is infringed it is infringed no matter what whether visual or textual. Whether we will be included in the future is something we can explore later on in this afternoon's program.

**Round Two**

Jane Ginsburg:

For Vic Perlman, do you see the Google book settlement as a possible template for future opportunities for photographers and illustrators?

Victor Perlman:

Sure. Tracy mentioned IFRO. Actually, I was at the annual meeting of IFRO on October 28th I guess it was when Paul Aiken and Pat Schroeder announced the settlement. And my immediate reaction was okay how do I get a piece of that. And this reminds me of when I became a partner in my law firm and I was told verbally that I was being offered partnership and then I got the partnership agreement. You know 350 pages later I am looking at this and going whoa. I think that we are certainly currently actively evaluating the settlement, its effects, possible ways of participating in this solution, in similar solutions, in parallel solutions. I think that no matter how you feel about the situation and the settlement it's inevitable that some system of dealing with the problems that the settlement faces, and gave birth to it, is inevitable and is potentially a win win win situation. The question is as always the devil is in the details. And one of the big issues I look at in trying to become involved in something like this is how to deliver a sufficient body of rights to make the thing viable.

**Round Three**

Jane Ginsburg:

Vic, you have the last word on this round. What other concerns do you see going forward for your authors?

Victor Perlman:

These are concerns. They are not necessarily objections. I signed my partnership agreement. The first is the effect on value. This thing is setting up a valuation for past copying setting up a system and formulas establishing and dividing revenues for future uses. It is doing that for books with illustrations without taking those illustrations into account and I'm concerned about the precedence of that system and how it might negatively impact the valuation of illustrated materials. For past copying we are talking about $60 a book, $15 for an insert in my view an illustrated book isn't worth an awful lot without the illustrations. I am concerned that the settlement model doesn't really recognize that. I also have to puzzle about whether all books are truly equal. I keep coming back to my show me the money question. I keep wondering where and whose share does money for photographers come from. Are we going to have to fight with the text authors? With publishers? With Google? With all three? Are we going to create new revenue streams and if so how are those revenue streams going to be affected by everything that has gone on. I am concerned about granting a virtual monopoly. And that pun is completely intentional. Consolidation in the publishing field has consistently led to decreasing competition, smaller numbers of markets and outlets, and these have

resulted in decreasing compensation for photographers and I have to wonder would this settlement be the ultimate example of that trend. I am concerned about security issues of access to and use of visual materials. Once someone has a digital file in most cases that genie is out of the bottle. I am also concerned that my little red light just went on so I am going to shut up.

# Exhibit B



asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

# The Definitive Photography Resource

ESSENTIAL FOR PROFESSIONAL PHOTOGRAPHERS

- The American Society of Media Photographers (ASMP) Professional Business Practices in Photography 7th Edition represents contributions from a wide range of industry experts creating an unprecedented collection of insights and information on running a successful photography business
- Newly revised and updated, this book includes steps to understanding pricing, licensing, and digital business essentials.
- ASMP outlines and clarifies modern business practices for the professional photographer

Order your copy today at www.allworth.com

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

FOCUS PHILADELPHIA PORTFOLIO
CHAPTER MEMBERS FULFILL THEIR DREAM ASSIGNMENTS

WINDS OF CHANGE
IS IT HURRICANE SEASON IN THE PHOTO BUSINESS?

INSIGHTS FROM ANOTHER WORLD
ASMP MEMBERS DISCUSS SUCCESS IN PHOTOGRAPHY AFTER A CAREER IN BUSINESS

PLUS:
Clients' Contracts
Capitalize Your Camera Collection
ASMP St. Louis and the 24-Hour Cure

ASMP BULLETIN

Covers

asmp
deadline
12/19/08
categories
entry fees
awards
entry forms online
call for entries
We're looking to see your most compelling, provocative and emotional work
Nikon
YEAR END
4
5
7
10
12
13
14
15
18
20
22
25
0-1

# PRESIDENT'S LETTER

## GOING THE DISTANCE

I met ASMP member Lexie Cole last month at the PDN PhotoPlus Expo. She told me of an African proverb, "If you want to go fast, go alone. If you want to go far, go together." Her message gave me the perfect words I'd been seeking to describe the ASMP. If we all work together, we do great things.

In 2002, I was part of the ASMP Chapter Relations Committee. At the time I was a co-president of the Ohio Valley Chapter. The committee members were invited to participate in a brainstorming group with the charge of improving chapters. I compare this to the moment at Thanksgiving when you graduate from the kids' table to the adult table. The meeting was held in Chicago with four chapter presidents and the chair of a specialty group. At the time, I felt like the other attendees had so much more ASMP experience. Susan Carr, who was the chapter liaison, organized and ran the meeting to brainstorm about chapter needs. The planned agenda was much more defined than that, but it revolved around new ideas to help all chapters. Along with five others, I was just a chapter president who had some thoughts. I take no credit for what came of that meeting as an individual. Together, though, we all made a difference with the suggestions we provided. The idea I remember most from that meeting was to bring back the national touring programs that the ASMP had provided in the past.

I recall talking about the importance of a balance so that all chapters could benefit, which is the basic mission of the ASMP: to help all. Good, quality programming to assist all members in business education while spreading it to all areas of the country. How could the ASMP make this happen? Many of the challenges revolved around money—travel, speaking fees and related expenses of venue and promotion, not to mention the logistics of coordinating all the events. How do we find industry experts to do a program on an ASMP budget? For those who have put on an ASMP event, you understand what I'm talking about. We do as much with so little.

Moving forward to today, six years later, I am amazed at what the ASMP has been able to accomplish with the driving force of Susan and several others. Our touring educational programs are well respected and in extremely high demand by chapters across the country. A few of our programs have been accepted for programming by the Society for Photographic Education (SPE). Reaching those who teach has been one of the ASMP's long-term goals. The seminar Real World Solutions to Digital Technology Headaches, by Judy Herrmann and Jay Kinghorn, will be programmed this fall at six regional conferences and next March at the SPE's 2009 National Conference in Dallas, Texas—all sponsored by Olympus.

Another seminar, Licensing and Copyright Basics by Susan Carr and Richard Kelly will be featured at the SPE National Conference as well. Also in the works with SPE is a joint weekend conference on digital imaging and business basics, scheduled for summer 2009. As plans for this are finalized, watch for further details in future ASMP e-mail announcements.

The ASMP's 2002 Chapter Relations Committee members. ...

The ASMP's long-term strategy to provide programs to our members has been extremely successful. The dedication, professionalism and experience of our presenters has allowed the ASMP to move forward in ways we had only dreamed of six years ago. By providing these quality programs, with the goal of member education, we have simultaneously been able to establish what we hope will be a long-term relationship with photographic educators that will benefit us all.

A group of photographers got together for all the right reasons. It took an organization and the efforts of several very dedicated people to bring these ideas to the level they exist at today, but together, as an organization, we have been able to go far.

Todd Joyce
President, ASMP
joyce@asmp.org

asmp

High Performance for High Expectation
Canon EOS 5D
Mark II
Digital SLR
• 21.1 Megapixel Full-Frame Canon CMOS Sensor
• DIGIC 4 Image Processor for faster processing of fine detail and color reproduction
• Updated EOS Integrated Cleaning System
• 3.9 frames-per-second • 3.0-inch Clear View LCD
• Live View Function for stills and video
• Full HD Video
TS-E 90mm f/2.8
Tilt-Shift Lens
Canon
Call for
great pricing
800-726-5544
Roberts
PHOTO • VIDEO • ELECTRONICS • IMAGING

2-3






LETTER

# GOING THE DISTANCE

I met ASMP member Lexie Cole last month at the PDN PhotoPlus Expo. She told me of an African proverb: "If you want to go fast, go alone. If you want to go far, go together." Her message gave me the perfect words I'd been seeking to describe the ASMP. If we all work together we do great things.

In 2002, I was part of the ASMP Chapter Relations Committee. At the time, I was a co-president of the Ohio Valley Chapter. The committee members were invited to participate in a brainstorming group with the charge of improving chapters. I compare this to the moment at Thanksgiving when you graduate from the kids' table to the adult table. The meeting was held in Chicago with four chapter presidents and the chair of a specialty group. At the time, I felt like the other attendees had so much more ASMP experience. Susan Carr, who was the chapter liaison, organized and ran the meeting to brainstorm about chapter needs. The planned agenda was much more defined than that but it revolved around new ideas to help all chapters. Along with five others, I was just a chapter president who had some thoughts. I take no credit for what came of that meeting as an individual. Together, though, we all made a difference with the suggestions we provided. The idea I remember most from that meeting was to bring back the national touring programs that the ASMP had provided in the past.

I recall talking about the importance of a balance so that all chapters could benefit, which is the basic mission of the ASMP: to help all. Good, quality programming to assist all members in business education, while spreading it to all areas of the country. How could the ASMP make this happen? Many of the challenges revolved around money—travel, speaking fees and related expenses of venue and promotion, not to mention the logistics of coordinating all the events. How do we find industry experts to do a program on an ASMP budget? For those who have put on an ASMP event, you understand what I'm talking about. We do so much with so little.

Moving forward to today, six years later, I am amazed at what the ASMP has been able to accomplish with the driving force of Susan and several others. Our touring educational programs are well respected and in extremely high demand by chapters across the country. A few of our programs have been accepted for programming by the Society for Photographic Education (SPE). Reaching those who teach has been one of the ASMP's long-term goals. The seminar Real World Solutions to Digital Technology Headaches, by Jody Herrmann and Jay Kinghorn, will be programmed this fall at six regional conferences and next March at the SPE's 2009 National Conference in Dallas, Texas—all sponsored by Olympus.

Another seminar, Licensing and Copyright Basics by Susan Carr and Richard Kelly, will be featured at the SPE National Conference as well. Also in the works with SPE is a joint weekend conference on digital imaging and business basics, scheduled for summer 2009. As plans for this are finalized, watch for further details in future ASMP e-mail announcements.

The ASMP's long-term strategy to provide programs to our members has been extremely successful. The dedication, professionalism and experience of our presenters has allowed the ASMP to move forward in ways we had only dreamed of six years ago. By providing these quality programs with the goal of member education, we have simultaneously been able to establish what we hope will be a long-term relationship with photographic educators that will benefit us all.

A group of photographers got together for all the right reasons. It took an organization and the efforts of several very dedicated people to bring those ideas to the level they exist at today, but together, as an organization, we have been able to go far.

Todd Joyce
President, ASMP
joyce@asmp.org

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

High Performance for High Expectation
Canon EOS 5D
Mark II
Digital SLR
Canon
Call for great pricing 800-726-5544
Roberts
PHOTO • VIDEO • ELECTRONICS • IMAGING

2-3





asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

[DIRECTOR'S COMMENTARY]

# HOW'S BUSINESS?

How's business? Invariably I ask this question at the end of most of my ASMP member calls and consultations. I try to keep my hand on the pulse of our membership so that the ASMP can better provide services, information and education that are relevant to real world needs. Unless you live in a cave without Internet service, you can't help but be familiar with the economic downturn we are currently facing. The full impact on commercial photographers has yet to be felt, but I believe a slowdown is coming. What can you do to help ride out the storm, ensure your continued success and be better prepared for the upturn when it comes? The current malaise, while unique in its size and scope, is not unique in its effect. Over the past 35 years there have been similar downturns and we have survived.

While I am not proposing that you stop all purchasing, I would say that you should simply buy what you need to properly maintain your business and not go into debt at this time. Self-employed photographers are generally accustomed to the foibles of business and know how to deal with the lean times, the ups and downs of our industry. Simply put, don't buy things you don't really need.

Clients are obviously free to work with whomever they chose. Make them chose you! Make them comfortable working with you and provide them with good value. Be informed about the particulars of your clients, their products, industry segment and market. Work with your clients, not for them. Be a problem solver, not a problem. Your communication skills are as important as your creative skills as a photographer. Think of yourself as part of your client's marketing team; you are not simply a photographer. You are a valued part of a much bigger communications, marketing and advertising industry.

Don't stop marketing and searching for new clients. The lead time to get in the door with a new client can be substantial. You need to explore the Web and related trade publications with an eye to creating new client opportunities. If one client is in jeopardy or simply cuts back on their assignments, then you need to have already explored other opportunities with potential new clients. If you start when the need occurs, there will likely be a substantial lag before new doors open. Be proactive.

While there is always the temptation to cut your prices to get the job, be careful. Promises of future work or higher pay rarely come to fruition. Why should a client pay you more or give a more favorable rights position if you have previously agreed to lesser terms? Try to understand the value of your work and the value of what you deliver to clients. While photographers must establish their pricing independently, ASMP members have unlimited access to the paperwork share in the ASMP licensing guide for practical insights about what other photographers have charged for similar jobs. Additionally, all photographers can profit from the experience of established professionals by posting a question to the ASMP proAdvice listserv.

Seek new outlets and markets. The Internet has made distribution of images easier than ever before. Think about new ways to market your images. Get into self-marketing through the use of portals as a supplement to your assignment work.

Be careful what you sign. More and more frequently we see contracts with terrible rights positions, unreasonable indemnifications and substantial embargos or other bad terms. Understand before signing. Go to <www.asmp.org/badcontract> to see an interactive analysis of an editorial contract with recommended changes to the copy. This feature will soon include additional contracts representing the needs of other specialties such as advertising, corporate/industrial and architecture.

Use the network and resources provided by ASMP through our 39 chapters, Web site, and educational programs. Reach out to your peers. Stay in touch with your local markets. Purchase and refer to the ASMP *Professional Business Practices* book.

Check out the ASMP licensing guide at <www.asmp.org/licensing>,
the contract module at <www.asmp.org/badcontract>,
the terms and conditions module at <www.asmp.org/T&C>,
the copyright tutorial at <www.asmp.org/copyright>,
ASMP business forms at <www.asmp.org/forms>
and our online communities at <www.asmp.org/community/online_comm.php>.

You are not alone; reach out to the ASMP and let us help you through this difficult time.

Eugene Mopsik
Executive Director, ASMP
mopsik@asmp.org

# BEST OF ASMP

## THE FOURTH ANNUAL … OF THE ASMP BULLETIN IS COMING IN SEPTEMBER 2009.

Everyone is snap happy with anticipation for the Best of ASMP 2009.

The 20 photographers selected for the yearly Best Of ASMP issue are featured both in print and online, where they discuss their technical accomplishments, their valued equipment, the clients they work with and more—in detailed interviews illustrated by their best work.

In summer 2008, nearly 400 photographers responded to our third annual call for their best work of the year. It was a challenging selection process and the projects that made our shortlist were both inspiring in execution and far-reaching in impact.

"Recognition by your peers is the most satisfying recognition there is," says Mikkel Aaland, whose Tasmania *Photoshop Lightroom 2 Adventure* book project was featured in the Best of ASMP 2008. "It's often just the incentive you need to keep moving, and god knows, positive news nowadays is a rare commodity," he adds. "Having the project featured in both the magazine and the ASMP Web site Q&A was prestigious affirmation to all the sponsors of our project who are key players in the photo community."

For the 2009 issue of the Best Of ASMP, we will accept member entries between March 1 and May 15, 2009. Any memorable project completed within the past year—from client assignments to personal work—is eligible for consideration. Memorable aspects could include the following: an opportunity for creative freedom, a rewarding collaboration with a client, an achievement in technical prowess, a logistical challenge overcome, an impossible deadline achieved, a budgetary milestone, a stranger than fiction encounter, a promotional best and so on. Creative solutions will be highly valued and a sense of humor readily enjoyed.

In preparing your submission please follow the following guidelines:

… a brief (250 words or less) description of the project and what made it memorable for you.

… one low-res jpg (500 kb or less), title it with your name and make sure to insert your name and caption info in the IPTC settings (file info field of Photoshop).

… both items to: bestof2009@asmp.org between March 1 through May 15, 2009.

Please note that due to the amount of submissions received, only the finalists, as selected by our editors, will be contacted during the month of June for more details about the submitted projects.

Sort through your database, size up your recent projects and start thinking about your submission now as to ensure the submitted image and text will make the final cut.

**For details on advertising go to <www.asmp.org/publications/mediakit.php>**

**For current advertising rate information:**
In the Northeast, East and South contact Jules Wartell by e-mail at: jules.wartell@writeme.com or by phone at: (212) 873-5682.
In the West, Midwest and Canada contact Richard Wartell by e-mail at: rwartell@writeme.com or by phone at: (707) 456-9200.

INSTANT ONLINE CAMERA INSURANCE QUOTES

TCP
Tom C. Pickard & Co.

Custom Business Insurance Packages for:
- Commercial Photographers
- Health Insurance - Instant Online Quotes
- Production Companies
- Short-Term Production
- Same Day Coverage
- Instant Online Photography Insurance Quotes

Phone (800) 726.3701 Fax (800) 318.9840
Email info@tcpinsurance.com
820 Pacific Coast Highway, Hermosa Beach, CA 90254

www.tcpinsurance.com

Lic #0555411

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

[DIRECTOR'S COMMENTARY]

# HOW'S BUSINESS?

How's business? Invariably I ask this question at the end of most of my ASMP member calls and consultations. I try to keep my hand on the pulse of our membership so that the ASMP can better provide services, information and education that are relevant to real world needs. Unless you live in a cave without Internet service, you must [illegible] be familiar with the economic downturn we are currently facing. The full impact on commercial photographers has yet to be felt, but I believe a downturn is coming. What can you do to help ride out the storm, ensure your continued success, and be better prepared for the upturn when it comes? The current malaise, while unique in its size and scope, is not unique in its effect. Over the past 35 years there have been similar downturns and we have survived.

Conserve financial resources. While I am not proposing that you stop all purchasing, I would say that you should simply buy what you need to properly maintain your business and not go into debt at this time. Self employed photographers are generally accustomed to the fickleness of business and know how to deal with the lean times, the ups and downs of our industry. Simply put, don't buy things you don't really need.

Add value to your client services. Clients are obviously free to work with whomever they chose. Make them chose you! Make them comfortable working with you and provide them with good value. Be informed about the particulars of your clients: their products, industry segment and market. Work with your clients, not for them. Be a problem solver, not a problem. Your communication skills are as important as your creative skills as a photographer. Think of yourself as part of your client's marketing team: you are not simply a photographer. You are a valued part of a much bigger communications, marketing and advertising industry.

Continue your marketing efforts. Don't stop marketing and searching for new clients. The lead time to get in the door with a new client can be substantial. You need to explore the Web and related trade publications with an eye to creating new client opportunities. If one client is in jeopardy or simply cuts back on their assignments, then you need to have already explored other opportunities with potential new clients. If you start when the need occurs, there will likely be a substantial lag before new doors open. Be proactive.

Don't give it away! While there is always the temptation to cut your prices to get the job, be careful. Promises of future work or higher pay rarely come to fruition. Why should a client pay you more or give a more favorable rights position if you have previously agreed to lower terms? Try to understand the value of your work and the value of what you deliver to clients. While photographers must establish their pricing independently, ASMP members have unlimited access to the peer-work share in the ASMP licensing guide for practical insights about what other photographers have charged for similar jobs. Additionally, all photographers can profit from the experience of established professionals by posting a question to the ASMP proAdvice listserv.

Seek new outlets and markets. The Internet has made distribution of images easier than ever before. Think about new ways to market your images. Get into self-marketing through the use of portals as a supplement to your assignment work.

Be careful what you sign. More and more frequently we see contracts with terrible rights positions, unreasonable indemnifications, and substantial embargos or other bad terms. Understand before signing. Go to <www.asmp.org/badcontract> to see an interactive analysis of an editorial contract with recommended changes to the copy. This feature will soon include additional contracts representing the needs of other specialties such as advertising, corporate/industrial and architecture.

Use the network and resources provided by ASMP through our 39 chapters, Web site, and educational programming. Reach out to your peers. Stay in touch with your local markets. Purchase and refer to the ASMP *Professional Business Practices* book.

Check out the ASMP licensing guide at <www.asmp.org/licensing>,
the contract module at <www.asmp.org/badcontract>,
the terms and conditions module at <www.asmp.org/tandc>,
the copyright tutorial at <www.asmp.org/copyright>,
ASMP business forms at <www.asmp.org/forms>
and our online communities at
<www.asmp.org/community/online_comm.php>

You are not alone, reach out to the ASMP and let us help you through this difficult time.

Eugene Mopsik
Executive Director, ASMP
mopsik@asmp.org

# BEST OF ASMP 2009

## THE FOURTH ANNUAL BEST OF ISSUE OF THE ASMP BULLETIN IS COMING IN SEPTEMBER 2009.

Everyone is snap happy with anticipation for the Best of ASMP 2009.

**For details on advertising go to <www.asmp.org/publications/mediakit.php>**

**For current advertising rate information:**
In the Northeast, East and South contact
Jules Wartell by e-mail at:
jules.wartell@wrtome.com
or by phone at: (212) 873-5682.
In the West, Midwest and Canada contact
Richard Wartell by e-mail at:
rwartell@wrtome.com
or by phone at: (707) 436-9200.

The 20 photographers selected for the yearly Best Of ASMP issue are featured both in print and online, where they discuss their technical accomplishments, their valued equipment, the clients they work with and more—in detailed interviews illustrated by their best work.

In summer 2008, nearly 400 photographers responded to our third annual call for their best work of the year. It was a challenging selection process and the projects that made our shortlist were both inspiring in execution and far-reaching in impact.

"Recognition by your peers is the most satisfying recognition there is," says Mikkel Aaland, whose *Tasmania Photoshop Lightroom 2 Adventure* book project was featured in the Best of ASMP 2008. "It's often just the incentive you need to keep moving, and god knows positive news nowadays is a rare commodity!" he adds. "Having the project featured in both the magazine and the ASMP Web site Q&A was prestigious, a formation to all the sponsors of our project who are key players in the photo community."

For the 2009 issue of the Best Of ASMP, we will accept member entries between March 1 and May 15, 2009. Any member's life project completed within the past year—from client assignments to personal work—is eligible for consideration. Memorable aspects could include the following: an opportunity for creative freedom, a rewarding collaboration with a client, an achievement in technical prowess, a logistical challenge overcome, an impossible deadline achieved, a budgetary miracle, a stranger than fiction encounter, a promotional best and so on. Creative solutions will be highly valued and a sense of humor readily enjoyed.

In preparing your submission please follow the following guidelines:

WRITE a brief (250 words or less) description of the project and what made it memorable for you.

PREPARE one low-res jpg (500 kb or less), title it with your name and make sure to insert your name and caption info in the IPTC settings (file info field of Photoshop).

E-MAIL both items to bestofASMP@asmp.org between March 1 through May 15, 2009.

Please note that due to the amount of submissions received, only the finalists, as selected by our editors, will be contacted during the month of June for more details about the submitted projects.

Sort through your database, fire up your recent projects and start thinking about your submission now so to ensure the submitted image and text will make the final cut.

INSTANT ONLINE CAMERA INSURANCE QUOTES

TCP
Tom C. Pickard & Co.

Custom Business Insurance Packages for:
- Commercial Photographers
- Health Insurance - Instant Online Quotes
- Production Companies
- Short-Term Production
- Same Day Coverage
- Instant Online Photography Insurance Quotes

Same Day Coverage Certificates Issued Immediately

Phone: (800) 726.3701 Fax: (800) 318.9860
Email: info@tcpinsurance.com
820 Pacific Coast Highway, Hermosa Beach, CA 90254

www.tcpinsurance.com

4-5







asmp

AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

## CALL FOR NOMINATIONS

The nomination period for the national board of directors will be open from December 1, 2008, to December 31, 2008.

Any general member may declare his or her candidacy for the directorship. The election will be held from February 15, 2009, to March 15, 2009. Winners will begin their term at the next regular board meeting following their election (expected to be scheduled for April or May 2009). Five (5) directors will be selected for a three (3) year term.

A director's term is three (3) years. Each candidate must be willing to attend a minimum of two (2) board meetings per year, which usually involves a Friday, Saturday, and Sunday. Other duties are assigned by the board to individual directors.

If you wish to declare candidacy, please complete the following and fax or mail to:

**ASMP National**
**150 North Second Street**
**Philadelphia, PA 19106**
**Fax: 215-451-0880**

I declare my candidacy for a seat on the national board of directors. I am a general member of ASMP and understand that the commitments of a director of ASMP include having to attend a minimum of two (2) board meetings a year, as stated above.

NAME ______________________

SIGNATURE ______________________

DATE ______________________

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

Volume 27, Number 2/Year End 2008

www.asmp.org
The American Society of Media Photographers, Inc.
**President** Todd Joyce
**First Vice President** Richard Kelly
**Second Vice President** Richard Anderson
**Treasurer** Bruce Katz
**Secretary** Shawn G. Henry

**Board of Directors** George C. Anderson, Richard Anderson, James Cavanaugh, Blake Discher, Bea Coleman, Lynne Damianos, Jim Flynn, Shawn G. Henry, Todd Joyce, Bruce Katz, Greg Kiger, Richard Kelly, Peter Krogh, Ed McDonald, Thomas Werner

**Executive Director** Eugene Mopsik
**Managing Director and General Counsel** Victor S. Perlman, Esq.
**General Manager** Flora Greitz
**Web Master** Christine Chandler
**Communications Director** Peter Dyson
**Bookkeeper** Christine Chandler
**Receptionist** Khaliha Allford
**Copyright Counsel** Charles D. Ossola
**Advertising Representatives**
**East Coast** Lakes Worrall
lakeswarrall@writeme.com
**West Coast** Richard Worrell
rworrell@writeme.com

**Produced by PDN Custom Media & Events**
**Publisher** Lauren Wendle
**Associate Publisher** Andrew Hartnett
**Senior Editor** Jill Waterman
**Art Director** Robert Vistini
**Contributors** Amanda L. Balzano, Todd Joyce, Chad Marek, Eugene Mopsik, Thom O'Connor, Victor S. Perlman, Carolyn Potts

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

# NEWSLINE

## PDN PHOTO PLUS RECAP

### Busy Autumn Weekend in New York

**Check out the NEW! Find an Assistant function of the ASMP Web site. Visit <www.findanassistant.org> for full details.**

The ASMP was everywhere in sight during the PDN PhotoPlus Expo, October 23–25. Executive director Eugene Mopsik and other ASMP leadership kept a packed schedule of manufacturer and sponsor meetings which is likely to result in exciting new member benefits in 2009. Throughout the show, copies of the Bulletin's Fall and Best of ASMP issues were stocked in bins at the trade show entrance, catching the eyeballs of 35,000 show attendees.

Four popular ASMP-sponsored seminars offered valuable educational content in areas of Web site optimization (Blake Discher), workflow and file preparation (Jay Kinghorn and true practices), multimedia and video (Paula Lerner and Gail Mooney) and breaking into the business (Judy Herrmann and Mike Stuckel).

The traffic around the ASMP booth was brisk and included a lively mix of ASMP staff, national board members and numerous members of tri-state chapters who volunteered their time to help promote the organization, network with colleagues and speak with curious passersby. On Thursday, the ASMP's general counsel, Victor Perlman, held free 20-minute legal consultations. Portfolio reviews with creative consultants Leslie Curtis and Carolyn Potts, ASMP leaders Blake Discher and Judy Herrmann and ASMP Bulletin editor Jill Waterman were also offered throughout the weekend.

On Saturday morning, October 25, a healthy crowd gathered at Splashlight Studios for the annual ASMP members meeting. With a sponsored buffet of fruit and pastries as a backdrop, the meeting convened with updates on the organization by ASMP president Todd Joyce and executive director Eugene Mopsik.

Joyce described a long list of current and future initiatives that will bring direct benefit to members. These include:

- The exploration of new markets and business models
- The development of new training education programs
- Online distribution of education programs by DVD or video.
- Educational outreach to online social networks
- Outreach in tandem with the Society for Photographic Education (SPE) to provide programs to educators and the students they serve

He also discussed the many suggestions made for the use of monies that the ASMP received from a distribution by the Authors Coalition in December of last year. Some of the items currently under review by the ASMP board include:

- Establishment of a system of microstock payments
- Funding for PLUS
- Efforts to combine submissions for published and non-published copyright registrations
- Legal action fund for establishing precedents in diligent search for Orphan Works
- Future legislative challenges to the copyright law

During his presentation, Eugene Mopsik talked about ways that the ASMP is branding the organization for visibility by other groups of creative professionals and potential clients. One creative marketing initiative is a new ASMP-branded flash drive, copies of which were recently distributed in goodie bags at conferences for the American Institute of Graphic Arts (AIGA) and the American Society of Landscape Architects (ASLA).

After a short break for refreshments, the room was turned over to creative consultant Carolyn Potts, whose insightful presentation on marketing and e-mail promotions are summarized on pages 19–20 of this issue and in an extended Q&A on the ASMP Web site.

Last but not least, Adobe's Photoshop evangelist Julieanne Kost treated members to a rollicking tour through some of the newest workflow shortcuts contained in Adobe's new CS4 software.

Toward the end of the meeting, copies of the newly revised ASMP Professional Business Practices book, ASMP hats and Adobe CS4 software went out as door prizes to a few lucky members, and everyone in attendance received their very own ASMP-branded flash drive too.

—Jill Waterman

©Jill Waterman (3)

Attendees at the ASMP's annual members meeting listened with rapt attention as Julieanne Kost offered a run through of Adobe's new CS4 software. Another featured presenter, creative consultant Carolyn Potts, discussed valuable marketing ideas.

6-7

# GOOGLE SETTLES COPYRIGHT SUIT WITH AUTHORS AND PUBLISHERS

In a major victory for rights holders of creative works, Google has agreed to settle a class-action lawsuit challenging the scanning and digital distribution of millions of books. The suit and subsequent settlement could have significant ramifications for image creators who find their work included in collections on the Web.

Initiated in September 2005 by the Authors Guild as the representative of 8,000 authors, the lawsuit came in response to the development of Google Book Search. The Book Search program is an ongoing cataloging effort to digitize copyrighted and public domain books from major libraries, including the New York Public Library and university libraries such as Stanford, Columbia, Harvard and Oxford.

A separate lawsuit against Google filed by five large publishers as representatives of the Association of American Publishers, has also been included in the settlement.

Nick Taylor, the Authors Guild president in 2005, described Google's scanning activities as "a plain and brazen violation of copyright law." In rebuttal, Google contended that its digitizing efforts represented "fair use" of the material.

Limited previews of the digitized books were being made available as free previews on Google's Web site, with revenue generated through sponsored links on the preview pages and book sales through partner relationships.

Reached after two years of negotiation, the settlement acknowledges the rights and interests of copyright owners, provides a means for owners to control how their creative property is accessed online, and establishes a system for receiving compensation for online access to copyrighted works.

Under the settlement, which is subject to approval by the U.S. District Court for the Southern District of New York, Google will make payments totaling $125 million. The money will be used to resolve existing claims by authors and publishers, cover legal fees and to establish a Book Rights Registry.

Holders of U.S. copyrights will be able to register their works with the Registry and receive future payments from institutional subscriptions, book sales and ad revenues, as well as a cash payment if their work has already been digitized.

Google will be responsible for selling access to copyrighted works in its repository. Users will be able to preview up to twenty percent of a book and purchase the book if they choose. Universities will have a means to provide subscriptions for online access to their collections, and U.S. public and university libraries will be able to offer free, full-text online viewing of out-of-print books.

The ASMP is examining the Google settlement, as it may have strong implications for image creators who have published work in book form. "We had some informal conversations with the Authors Guild when the suit was first filed, possibly to include photographers as well. But in the interest of clarity, the Guild wanted to keep it simple," explains ASMP general counsel Victor Perlman.

"Within the context of the current settlement, there may be an opportunity for more participation by other copyright holders, including our ASMP members," Perlman adds. "I think the agreement was a win-win solution. Google stands to make money, and so do the authors. And we're exploring the winning possibilities for image creators as well."

—Thom O'Connor

# ASMP BOARD APPROPRIATES $85,000 CONTRIBUTION TO PLUS COALITION

During a meeting held in early November, the ASMP Board of Directors approved an $85,000 contribution to the Picture Licensing Universal System (PLUS) Coalition for their ongoing mission-critical work in the management of image rights. This appropriation was made possible by monies that the ASMP received at the end of last year in a distribution from the Authors Coalition of America, LLC.

"The ASMP has been a participant in the PLUS Coalition from the outset, [illegible] serving on our board [illegible] all [illegible] to contribute to the development of [illegible] standards," says Jeff Sedlik, PLUS president and CEO. "We are grateful for this generous contribution by the ASMP [illegible] Authors Coalition funds, which will enable PLUS to further its goals [illegible] and facilitate the [illegible] and management of image rights."

The PLUS Coalition is an international non-profit initiative that exists for the benefit of all communities involved in creating, distributing, using and preserving images. To learn more about PLUS, visit its Web site at <www.useplus.com>. For further details about the ASMP's recent contribution to PLUS, visit <www.asmp.org/plus[illegible]>.

—JW

# APPROACHING DEADLINE FOR THE ASMP ARNOLD NEWMAN PRIZE

The deadline for PDN's annual 2009 Photo Annual competition is quickly approaching on December 19, 2008. As in past years, selected work is showcased in PDN and winners are feted in May 2009 at a New York award ceremony. In addition to the regular award categories, the ASMP sponsors the Arnold Newman Prize as part of this competition. Now in its third year and with support from Getty Images, Canon and Photo District News, the Arnold Newman Prize is awarded to a photographer who demonstrates the traditions and values of Newman's groundbreaking portrait photography. For competition rules and online submission visit <www.pdnphotoannual.com>. Previous Arnold Newman Prize winners are Chris Buck and Jonathan Torgovnik. Size up your best portraits and enter today for a chance to be next.

—JW

# A NEW ALTERNATIVE FOR ONLINE IMAGE LICENSING

A recent entry into the online image marketplace, ImageSpan offers several services to help photographers display and license their work, including PLUS coding, Content Tracker Internet search service, automated e-commerce and royalty payments.

LicenseStream Pro enables individual content creators to minimize the burdens associated with creating image licenses and helps to protect their creations by tagging content with a uniquely identifiable PLUS code. Automating the commerce and royalty payment process for these transactions, LicenseStream Pro frees users to spend more time on their creative efforts. The service's powerful Content Tracker software offers users the ability to find where their creative work appears on the Web, to communicate with potential clients and to pursue unapproved use.

For the remainder of 2008, ImageSpan is offering ASMP members a special offer for its LicenseStream Pro online photo licensing service. Regularly $149 per year, ASMP members receive a $100 discount until December 31. To register, visit <www.licensestream.com/licensestream/registration/select.aspx>, enter code ASMPPR under "LicenseStream Pro" and pay only $49 for the annual subscription rate.

—JW

# ASMP OFFERS APPLE PRODUCT DISCOUNTS

With year-end tax deductions in mind and the holiday gift season quickly approaching, it's nice to know that ASMP members are eligible for Apple product discounts on hardware and software purchases made from Apple's online store. Software purchases receive the steepest discounts (up to 17 percent) and hardware is discounted at a variable percentage relative to the retail price. To see an item's regular list price, visit <www.store.apple.com>. Then, to apply the discount, go to <www.apple.com/eppstore/asmp>. The same products appear, yet with lower prices and free shipping. For those who wish to order by phone, call (800) 854-3680 and mention the Association Member Purchase Program.

—JW

8-9











## [BOOK LOOK]

## BIGGIO: THE FINAL GAME

Professional baseball player Craig Biggio has always been in a league of his own. In an era when pro athletes jump teams at the first hint of a more lucrative contract, Biggio played his entire pro career with the Houston Astros. A New Jersey transplant, Biggio grew roots in Houston, married, and raised a family. In the process he became a first-rank local hero, delivering 3,060 career hits, the 20th best record in baseball's history.

Biggio closed out his pro career in 2007 and Houston-based photographer Michael Hart was there to capture the final game. Now the best of these images are compiled in the evocative photographic book *Biggio: The Final Game*.

Hart, who produces the Astros' annual team photo among other regular assignments, is also an ardent fan. Self-described as "the sentimental type," in the book's preface Hart tells of going inside for a handkerchief after loading gear into his car on game day. "I should have brought two!" he wryly admits.

The book delivers some solid sports photography, but it's Hart's portraits of Biggio that convey the real power. Particularly touching are shots of the retiring star, eyes on the verge of watering, as he acknowledges the packed, cheering stadium, and later after leaving the game, a smiling Biggio as he hugs his teenage son.

Hart's original intent was to make only three copies of the book—for Biggio, his assignment rep, Melody George, and himself. But an overwhelming positive response from both fans and clients led Hart to collaborate with Bright Sky Press to bring these images to a larger audience.

*The Final Game* is both a worthy collectible for Astros fans, plus a broader look at the genuine emotion of sport. —TD

## COOLING THE SOUTH: THE BLOCK ICE ERA
BY ELLI MORRIS

Elli Morris has used her talents as a photographer, researcher, writer and marketer to produce *Cooling the South: The Block Ice Era*.

Morris has a large personal stake in telling this tale. Her great grandfather opened the first block ice production plant in Jackson, Mississippi, in 1880, and the company continued in business for more than 100 years.

In the post-Civil War South, block ice sparked a small revolution. Freshly picked vegetables could be stored for days without pickling or drying. Hogs could be butchered when needed, not just after the first frost. The Gulf Coast seafood industry thrived when ice storage was introduced aboard fishing boats. And Louisiana strawberries could finally be shipped, luscious and fresh, to Yankee markets.

Morris has focused on chronicling this small historical revolution and her dedication is impressive. She spent more than five years traveling the South, interviewing descendants, ice-making owners and workers from the ice block industry. She collected vintage photographs and unique documents. Also "for the pure intrigue of it," Morris lived for a year in her family's shuttered ice plant.

Most significant, Morris photographed ice. Three-hundred-pound chunks of translucently veined, blue-white beauty. Working inside a Pascagoula, Mississippi, ice storage shed with the temperature hovering around 20 degrees, she shot with a tripod-mounted 4x5 camera, using battery-powered flash packs. To keep the power flowing, she warmed the battery packs between shots by stashing them in the waistband of her pants.

Morris's passion for this project extended to her marketing efforts, including a Web site, a media campaign and more than 60 lectures and signings. Her determination has produced a lively, informative, personal memoir, while also showcasing the depth and range of her entrepreneurial skills before the eyes of potential clients.

—Thom O'Connor

COOLING THE SOUTH

THE BLOCK ICE ERA

1875-1975

## MARKINGS
PHOTOGRAPHS BY MAXWELL MACKENZIE

Aerial images abound. Some celebrate nature's wonders, others reflect man's contributions to the planet. In his new book of aerial photographs, Maxwell MacKenzie leads us to a middle ground—where the logic and rhythm of nature intersects with abstracted traces of civilization. A Washington, D.C.-based architectural photographer, MacKenzie uses an unusual camera platform for his aerial work—a Sky Rider parachute, powered by a 64-horsepower aircraft engine. MacKenzie cruises at just under 35 miles per hour, leveling his flight at altitudes between 50 and 1,500 feet. Steering with his feet, MacKenzie holds a gyro-stabilized Nikon F5 to his eye—loaded with Fuji Velvia film—while executing slow circles to refine his compositions. During these solo flights MacKenzie traverses the remote northwestern Minnesota hills of his youth, an area he explored from the ground in two earlier monographs, *Abandonings* and *American Ruins*. His color palette includes the lush blue-greens, honey-thick golds and brilliant yellows prevalent along the northern plains. In every image, the compositions and colors of nature co-exist—sometimes in harmony, sometimes intrusively—with man-made markings.

One striking double-page spread reveals mounds of orange surface mining spoilage set as a huge neck surrounding a barren red promontory. The instrument of disruption, a large earth-mover, sits near the summit.

The book's pacing often highlights two versions of the same aerial view—first a tightly cropped excerpt run full-bleed on double truck, followed by a more formal full-frame image, surrounded by white and complemented by text.

The effect of this sequencing is to feel engulfed by the unending earth. This, combined with insightful quotes from philosophers and poets such as Plato, Langston Hughes, and Dylan Thomas, creates a rich landscape in which viewers can immerse themselves and thoughtfully wander. —TD

Markings

Now at Foto Care

Canon PowerShot G10

New Hours: now open on Saturday!

Buy or Rent Today
Call 212 741 2990

40 YEARS

FOTOCARE






# CHAPTERSPOTLIGHT

## ASMP ST. LOUIS AND THE 24-HOUR CURE

**ASMP ST. LOUIS IS A CHAPTER ON THE MOVE,** with a strong [illegible] membership and an active roster of events. Not too long ago the group was on rocky ground but, thanks to the dedication of chapter leaders, it has turned things around to reinvigorate programming and energize the membership.

Jay Fram recalls the challenges the chapter faced to motivate some of the older members during two years he recently spent as president. "We kept a core group active and gradually got more people involved," he says. "A lot of younger members started coming in. They were both eager to learn and more open to having a community."

Current chapter president Jeremy Dewese views a sense of community as key to chapter growth. "Part of our success this year has been laying out programs on a monthly basis," he notes.

"We now have a very active chapter where people are interacting in great ways," adds board member and educator Bill Barrett. "Nothing has the presence that the ASMP has in doing programs all the time."

Recent programming organized or spearheaded by the chapter has been an eclectic mix of known [illegible] [illegible] Pixels, a business [illegible] panel and a talk by Seth Resnick, [illegible] with more ambitious programs aimed to engage varied facets of the photography community and [illegible] to a wider public.

Examples of these include the ASMP St. Louis Expo, part trade show and part social event, which the chapter organized in April 2008. In May, an event targeting photography education connected area students with six professional photographers who spoke about their work, their businesses and their experience.

More recently, on November 7–8, seventy photographers across St. Louis joined forces in a 24-hour citywide photography shoot called the 24-Hour Cure, a benefit for the American Diabetes Association. Dewese conceived of the shoot and orchestrated a 11-member committee, which connected ASMP members with photographers from the National Press Photographers Association (NPPA), other independent photographers and photography students.

With the shoot in a way the committee is now in the process of planning an exhibition and drumming up sponsorship. Current support includes an image upload site sponsored by PhotoShelter and exhibition printing donated by Allied Photo Color. American Diabetes Association events director Christie Durban has also been instrumental to the event's success.

"Christie spoke at our preliminary meeting and asked the group to raise their hands if they had or knew someone with diabetes. Nearly every hand in the room went up," Dewese says.

"It was really inspirational," he adds. "People really like the fact that we're doing something to really make a difference."

—JW

MARK H. BARINHOLTZ, P.C.

Law Offices

Copyright and Related Matters

55 West Monroe Street Tel (312) 977-0121
Chicago, IL 60603 Fax (312) 977-0733

ALAN KORN

Attorney at Law

[illegible]

Berkeley, California 94703

Tel [illegible] Email [illegible]
Fax [illegible] Web [illegible]

Contact ASMP today to advertise

asmp

AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

# OUTSTANDINGVOLUNTEERS

## JAMIN LEOPOLD, ST. LOUIS CHAPTER

**ASSOCIATE MEMBER STATUS** has not prevented Jamin Leopold from donating much of his time as an ASMP volunteer and assuming top-level responsibility in the St. Louis chapter. He currently serves as chapter vice president, and his energy and support in this capacity have made him indispensable to chapter president Jeremy Dewese.

"Jamin has been a rock," Dewese exclaims. "He is always open and available."

Former chapter president Jay Fram agrees. "Jamin is always enthusiastic, always at meetings and always involved," he says.

As Web master, Leopold keeps the chapter's Web site up-to-date and he is also responsible for announcements about upcoming meetings and events.

"To get things done you have to have someone who is on the follow-through, and Jamin is really good at that," Fram explains.

ASMP member and St. Louis advertising shooter Tony Meoli has hired Leopold for occasional assisting jobs and is also impressed by his work ethic.

"When he's working for us he sticks to his job," Meoli explains. "Since we have a full-time assistant, it's more put-together stuff than photographic work, but whatever he's tasked with, he gives it his all.

"Jamin always has good suggestions," Meoli adds. "He's also a genius on the computer. He does everything from Web programming to Photoshop and beyond."

Leopold represents the best of a new generation of ASMP members—young photographers who are anxious to get involved and who know that the contacts and experience reaped from their efforts will serve them well in their future careers.

So thanks, Jamin, for your all your hard work and for serving as a role model for others.

—JW

ASMP

PROSURANCE

FOR THE PROFESSIONAL PHOTOGRAPHER

From studio insurance to automobile and homeowner's coverage, Taylor & Taylor and Fireman's Fund Insurance Companies have been taking care of the insurance needs and problems of artists for more than 35 years.

Taylor & Taylor Associates, Inc.

Fireman's Fund® Insurance Company

90 Park Avenue, New York, New York 10016 Tel:(212) 490-8511 Telefax:(212) 490-7236
12100 Wilshire Boulevard, Los Angeles, CA 90025 Tel:(310) 826-7200 Telefax:(310) 826-9500



BY VICTOR S. PERLMAN

# CLIENTS' CONTRACTS

## GET IT IN WRITING AND DON'T BE AFRAID TO NEGOTIATE!

The ASMP is always telling its members to make sure that they "Get it in writing." Written documents force both sides to think about terms of the deal that they might otherwise ignore; they help to prevent incorrect assumptions and avoid problems such as future shifts to the scope of work or changes in memory and personnel. More important, if you ever have to end up in court, written documents provide the best evidence of what the deal actually contained.

Written documents work fine, as long as you are in agreement with the language that sets up the terms of the deal. But what do you do when the client wants to include unfriendly terms or even starts with his or her own contract? There you are, staring at pages of small print, most of which is unintelligible to anyone who hasn't survived law school. Will they call law school? So what do you do?

First, you need to get a sense of whether the terms are negotiable. You can't just ask that question straight out, or the answer is likely to be no. So recognize the situation and buy some time; ask indirectly by saying something like "Thanks, let me review this and get back to you with any refinements that I feel are necessary." If the client responds by saying the terms can't be changed, you can ask, "Why not?" At least some aspects of every job get negotiated, such as price, timing, specs, etc. If the important things are negotiable, why not details in the fine print?

If the client says no to this at first, ask the question in different ways to try to get to the root of the matter. If he or she still insists that the terms can't be altered at all, or uses a bogus excuse like, "My lawyer won't let me change them," at least you know that you're dealing with someone who is intractable, a "my way or the highway" kind of client. At that point, you can assess how the working relationship is likely to develop as the job progresses. If a lack of flexibility at the negotiation stage is any indication, working with this client may not be pleasant. Before you decide whether to move forward or to cordially decline the job, evaluate all the issues—from just how bad the contract is to whether your fee will be high enough to warrant the unfriendly terms, to your assessment of working with this client. Remember, if you can't afford to walk away, you aren't negotiating; you're just hoping for mercy.

Let's assume the client insists on using his or her contract, but is willing to consider some changes to its language. You're still stuck with reviewing a document that may look like the back of a car rental agreement or a cell phone service contract. You don't necessarily understand what some of the provisions mean, but you are pretty sure they don't sound good for you. What do you do?

The ASMP recently created a generic version of the most photographer-unfriendly publisher's contract it has seen to date (from Harris Publications,

[illegible]

in case you're wondering). We've posted it on our Web site with the problematic portions highlighted. If you roll your cursor over the highlighted language, a brief explanation of those provisions will appear, along with our comments on why the language is bad. In some cases we have also provided some suggested alternatives. Because each agreement and each photographer is different, it's impossible for us to provide alternatives to every bad provision. Ultimately, it all comes down to what you want and need, what the client wants and needs, and your ability to negotiate.

You can find this new resource at <http://www.asmp.org/tutorials/contracts>. We think you'll find it helpful.

**One final note:** In coming years, more and more clients are likely to insist on contracts that call for work made for hire. That is because the Copyright Act grants a window in which you or your heirs can terminate all copyright assignments and licenses, starting 35 years after they are granted. This can't be changed by contract, and the only exception to this termination right is works made for hire. Since the current Copyright Act became effective on January 1, 1978, that right will become active on January 1, 2013. As more clients become aware of this, more and more of them will insist on works made for hire. If that demand isn't negotiable, your only recourse will be to try to charge a premium price for that premium benefit.

BY CHAD MAREK

# CAPITALIZE YOUR CAMERA COLLECTION

## OPTIONS FOR TURNING OUTMODED GEAR INTO HARD CASH

With the onset of digital capture, the photography industry has undergone a tremendous shift. It has always been capital-intensive, but the requirements have changed like never before.

### FAST FORWARD FROM FILM

Film use has nearly disappeared from the workflow of most working professionals, resulting in a change of format. Additionally, the pace of technological advancement and client demands increase year after year. The design cycle for the Nikon F3 was nearly a decade, yet now this cycle has been reduced to less than two years. While clients were happy with a 6-megapixel output two or three years ago, 12 megapixels are now expected.

As photographers spend more on new tools to keep up with client expectations, their closets collect gear that is not central to generating new income. What are the options for recovering the capital invested in used equipment sitting on a photographer's shelves?

As client requirements increase, some of your equipment gets left behind. With a little thought and planning, you can turn unused gear into cash. In this case, with the right TA, came out 20–35 percent ahead of a trade-in.

Chad Marek was schooled as an engineer and found photography to be the perfect balance between left and right brain activities. Marek bought his first camera from an online auction site in 2003. As he upgraded he would sell off older equipment and, in most cases, he made money in the process. A seller on eBay since April 2003 and a PowerSeller since 2004, Marek knows eBay's camera marketplace like few others. His passion shows through in his listings and this provides buyers with more confidence in their purchases. For more information on the services he provides visit his Web site at www.marekphoto.com.

All photographs: ©Chad Marek

### TRADE IT IN

This is certainly the fastest and least complicated way of liquidating outmoded gear. If you need money now and your gear is in great shape, this is a very viable option.

However, trading in is not a win-win. The less a dealer pays for your item, the more money they will make. To achieve that end, places like KEH use the fact that your gear was used professionally when determining its trade-in value. Dealers have little tolerance for less than perfect equipment—every scratch and ding drops the trade-in value. This can be seen in the price difference between items rated "EX+" and items rated "BGN," which has a direct relationship to what the dealer gives you. Also, an item that is broken or has functional issues will have its trade-in value discounted to $0. The trade-in option offers the lowest risk, but also the lowest return by far.

### SELL IT YOURSELF ON EBAY

Selling items on eBay gives you access to the largest possible market, resulting in the highest return. With a weak dollar, many bids come from all over the world (the large majority honest, some not so much). This helps drive selling prices up, and it can have a huge impact on the end result.

Yet eBay still depends on buyers bidding on items to drive the final selling price, which means that, like professional photography, eBay is not "point and shoot." EBay has many idiosyncrasies and challenges: payment methods, eBay policies, international shipping requirements, listing strategies, time invested in administering auctions and unscrupulous buyers. All of these things play into the final selling price. For those with time to dedicate to learning the ropes to be an eBay seller (as opposed to building a client base) eBay will provide the most money in return for some risks.

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS













**Some things to consider when selling on eBay yourself:**

1. **Item descriptions:** Equipment buyers tend to have very consistent questions about what they bid on. Sellers who can address these things in a listing will be more likely to get a bid. However, listings with too much information may not get read, resulting in no bids or buyers who ask questions you have already answered.
2. **Listing add-ons:** Choose options to cause the potential bidder to stop and view your auction (bold, for example) without wasting money on non-value-added options (such as gift).
3. **Your accepted payment methods:** The payment methods you accept should provide security to both you and the buyer in order to reduce the chance of the buyer not paying, which happens about 10 percent of the time with high-value items.
4. **Selling internationally:** There are pros and cons to this. U.S. sales tend to be much easier and international payment collection and shipping can be tricky. Also, most buyer fraud attempts involve international shipping. However, offering the item for international sale vastly increases the market size, which—given the weak U.S. dollar—can help drive up the final price.
5. **Your "super-duper nice" customer service hat:** Be prepared for questions regardless of how clearly the answer is already stated. This includes questions from potential buyers during the auction, after the buyer receives the item, and especially after the auction if problems arise. Some buyers will even ask technical questions unrelated to the item being sold.

## SELL IT ON CRAIGSLIST

Since it is a free service, Craigslist is a very inexpensive sales method, however a low sales volume makes it less than ideal for high-value items. Craigslist's geographic reach is limited to local searches and, more important, this site provides sellers no protection, which can result in the worst possible outcome—loss of equipment with no money to show for it. In current market conditions, selling equipment using Craigslist risks being penny-wise and pound-foolish, and you even put the person at risk. A word about fraud later.

## USE A TRADING ASSISTANT

Trading assistants (TA), also known as brokers or auction assistants, work with the seller to get the highest selling price possible. They can work with less than perfect items, and can offer the best balance between cost and return for your investment. They often have a process and established reputation on eBay, leading to higher selling prices for their listings.

A good trading assistant can sometimes pay for themselves. More important, they should perform all eBay activities listed above without you having to manage a thing. Their responsibilities should also include:

1. **Develop the listing strategy to maximize the selling price and your return:** This includes time, day, duration, pricing and auction options.
2. **Keep an eye out for fraud:** Because cameras are high-ticket items on eBay, they are more frequently the target of fraud. The TA needs to ensure that your assets are protected.
3. **Accurately and completely describe the item:** Here is where an industry-specific TA can really help. Photographers have specific questions about used gear that are not satisfied by parameters used to describe products like a PlayStation or a purse. Does the lens have lens creep? How many actuations does the camera have?
4. **Handle all of the buyer communications:** Except for minor questions about the item's history, the TA should insulate you from buyer questions, including specifications about the item.
5. **Collect all payments:** A TA should collect secure payment from the buyer post-auction before shipping the item. When a buyer does fail to pay, and if the TA is charging you eBay fees on top of their commission, they should enter into and complete eBay's Unpaid Item Process for you.
6. **Perform all packaging and shipping functions:** In addition to careful packaging and shipment, this includes completion of all forms necessary for domestic or international shipping.

Buyers want to have confidence in their purchases, particularly with used photo equipment. [illegible]

## SELECTING A TRADING ASSISTANT

Selecting a TA can be tricky, and picking the right one can earn you more money and save you time. It is true that the more an item sells for, the more you and the assistant get. But like almost everything, it is not that simple. Below are some things to consider when selecting a TA:

1. **What do you have to sell?** Do you want somebody who sells anything and everything, or do you want a specialist?
2. **Does the TA sell internationally?** This can have a great impact on the final selling price and your return.
3. **What are the TA's fees, and how are they structured?** Many TAs use a sliding commission scale, which can benefit you when selling high-value items. However, this scale is often reset with each item, meaning that you can't take advantage of a discounted commission rate from a you high-value sale.
4. **Do they sell your items or their services?** A good TA will focus on your item in the listing, not their service. Buyers are more likely to invest their money with a seller who has industry experience or personal background with the item they are selling.

## TRANSACTIONS, FEES AND FRAUD

There are risks in every transaction, whether it occurs on the Internet or face-to-face. Because cameras are high-ticket items on eBay, they are more frequently the target of fraud. Does the TA protect you from Internet fraud or know what to watch out for? Do they invest in systems to protect your equipment or can they explain these risks? What have their customers' losses been due to internet fraud?

Both PayPal and a TA's merchant account have specific shipping requirements to ensure that both buyer and seller are protected during the transaction. This is typically not an issue when dealing with someone face-to-face, but the Internet is not a platform for a face-to-face transaction.

**Two of the most common strategies used by fraudulent buyers are:**

- Buyer pays with a credit card and asks the seller to send to an unconfirmed address. Once the item is sent, the buyer says it was never received at the confirmed address. The item is gone and the credit card company is knocking on your door to recoup the buyer's money. Lesson: only ship to the confirmed address, regardless of the reason provided by the buyer.
- Buyer pays with a money order or cashier's check for significantly more money, asking the seller to return the balance in cash with the item. The check/money order may clear initially, but when it gets to the issuing bank, it bounces or turns up fraudulent. The seller's item and the cash is gone, and the seller's bank will reverse the deposit. Lesson: money orders or cashier's checks for totals other than the exact purchase amount should not be trusted.

## OFFERING EXPERTISE IN ADDITION TO SERVICE

As most skilled photographers know, there is a difference between lens creep and a smooth zoom action. Anyone buying used gear on the Internet wants to have confidence that they are making a purchase from someone who can identify common issues and knows the product well enough to provide fair and accurate descriptions. Working with a TA who is experienced in the field can save you time, plus provide the best return for the investment in your old, beloved equipment.



asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

[CONSULTANT'S CORNER]

BY CAROLYN POTTS

# WINDS OF CHANGE

## IS IT HURRICANE SEASON IN THE PHOTO BUSINESS?

**Comparing a photographer's career** to a self-powered sailboat is a way overworked metaphor, but it's still a good analogy when thinking about plotting the course of your photography business.

### NAVIGATIONAL FOCUS

In working with professional advertising photographers I've always noticed that there are two types of people who set out: those with a clear destination in mind, and those who seem headed out for a pleasure cruise with no particular goal or focus. As it's been said, if you don't care where you're going, then it doesn't much matter which way you go or what map you use. However, if you do have a goal in mind then you'd better have an accurate map—and the skills to get yourself back on track if and when you are blown off course.

Those who sailed through the recessions of the late 1970s and early 1990s have the perspective of having survived what, at the time, seemed to be career-killing storms. Survivors of those turbulent times learned that a keen analysis of the situation, flexibility, and a willingness to adjust their course, is what got them through it.

Any sailor knows that the wind can change quite suddenly and unexpectedly—just like the photo business did with the advent of digital imaging. By analyzing the wind—noticing where it's coming from and how fast it's moving—the skipper can change the ship's angle to maximize speed and direction. By making adjustments in response to the changing environment, arrival at the destination can sometimes be faster than if following the original course.

### CHANGING TACK

The wise photographer-sailor who adopted a digital imaging workflow early on found that clients could be served more rapidly. In addition, images could be digitally tweaked to perfection in pre- and post-production—both of which were new value-added services that clients loved.

But then the wind suddenly shifted again: faster and better camera chip technology put 10 mega-pixel cameras in the hands of consumers for less than $300. And some of these consumers are supplying their company's marketing images.

In addition, how does one navigate when faced with a technological innovation seemingly unrelated to digital imaging skills—like faster and cheaper broadband access and 5MP camera phones? When a click of the Send button makes it super-fast and cheap to share what you've shot—with anyone who cares to look—the storm cloud of UGC (user generated content) casts an ominous shadow on the horizon of image marketing.

With the winds blowing strong from both of these directions, how does a photographer avoid capsizing his or her career?

Scanning the horizon under these circumstances means asking yourself: "What must I do that can't possibly ever be done by an amateur with a 10MP pocket camera?" If you can't answer that, it's like trying to sail toward your destination without knowing which way the wind is blowing.

### DETERMINE YOUR POSITION AGAINST THE PREVAILING WINDS

Analyze your destination choice. Take the necessary time to stop and take a long, hard look to discern what—if any—unique and/or high-value services are being offered to potential clients. When a photographer knows what he or she offers is unique and valuable and can clearly articulate these things to a prospective client, he or she will be able to pull away from the pack of pretenders whose Flickr-minded image-pricing is continuing to erode the perceived value of professional photography the world over.

Additionally, those who adopt the skills of integrating their photography with memorable branding across all customer touch points have the advantage necessary in navigating these turbulent times. In an information-overloaded economy, helping someone remember your name and URL is critical. The destination achieved: a strengthening of existing client relationships, more business, and new opportunities.

The most critical skill that both sailors and photographers need to survive is to adapt to rapidly changing conditions. Just as at sea, but sit alone (i.e., whining about changes) will not get you where you want to go: actions must be taken to harness that power. If you're flexible, willing to look beyond your immediate surroundings and to learn new business skills, you'll soon discover it's still possible to arrive at your destination happily and safely.

When you learn to see beyond the limitations of your current workflow and discover the value of scanning the horizon for larger business and technology issues—beyond just imaging tools—which are affecting your clients (e.g., off-shoring, virtual worlds, etc., lowest centralized digital asset servers) and that can eventually affect your photo world—you will be ready to survive the next big storm of disruptive technology.

**REMEMBER...it's not the ship that gets the sailor safely to the shore, nor is it the equipment that makes a photographer; it's the eyes, the intuition, and the willingness to change course, which get both to safe harbor.**

©Benjamin Mendlowitz • www.noahpublications.com •

[illegible]

### Q&A WITH CAROLYN POTTS

**Potts was a featured speaker at the ASMP members' meeting held in New York during PDN PhotoPlus Expo. For those who were unable to attend, we've prepared a Q&A with more of Potts's marketing insights, highlights of which are featured here. To read the complete Q&A please visit the ASMP Web site at <www.asmp.org/go/potts>.**

**ASMP:** What methods do you suggest that photographers use to identify a unique vision and distinguish their work from the pack?

**CP:** Finding the subject you really love to shoot rather than all the things you could shoot is a road toward your distinguishable marketing strategy. It's a central key to your uniqueness and part of what will set you apart from someone else. Here's one way to identify what makes your vision unique: list the things in your life that have always fascinated you. For example, when you go to a bookstore without an agenda, what section or shelves do you immediately start browsing? This will give you a clue to finding a way to provide a unique vision or value-added service that distinguishes you from your competitors.

**ASMP:** What methods of follow-through do you find to be most effective for photographers to gain brand awareness for their work?

**CP:** Consistent, respectful contact with your target market in multiple formats that address their problems—not your problem of needing work. People would like to respond to everyone who calls, but there simply is not enough time in the day. Voice mail messages that say more than "I'm a photographer who would like to show you my work. Please call or visit my Web site." If I got that message I don't think it would be compelling enough for me to carve out the time. But if you do or say something that really shows that you understand the world of your target, or you do something that captures the target's attention, they will be much more likely meet your request.

Photographers have an advantage over some other businesses in that they are members of an innately creative species: creatures who are great at solving all kinds of problems. Look at it as yet another creative problem—just like when you're faced with a complicated shoot you've never done before. Change your self-talk from "I'm just not good at selling my work" to "I creatively solve problems day in and day out; that's what I love doing—in every area of my business."

Marketing is not something you do when you "have the time." If you want its rewards you must make the time. You must commit both the time and money to implement an integrated marketing plan that clearly articulates your marketing message, then drive it through as many customer touch points as possible.

You don't need tons of money to do this successfully. It's more important that you're consistent. Do whatever it takes to get the help you need to implement your strategy.

Few people have the self-discipline to go it alone (myself included). Yet there are so many ways to get help: a success group, an intern, assistant, coach, spouse, consultant, online support/accountability groups, workshops, or even making a bet with a friend or colleague who also needs to get a tedious project done, etc. etc.

**Remember:** The only difference between winners and losers is that winners don't quit.

After 23+ years as a successful artists' rep and seven as an Internet marketing strategist, Carolyn Potts loves to help professional photographers create — and stick to — 21st-century marketing plans. She has helped photographers "think and act like a good rep" so they can get clients, close deals, anticipate trends, revitalize their careers and increase the bottom line. She has sold assignment photography to top ad agencies, design firms and magazines in the U.S. and overseas. In 1999, she opened an office in San Francisco, discovered her "inner geek" and spent the next three years studying the impact of digital technology and the Internet on the commercial photography business. She currently lives in the Chicago-metro area, works with most clients remotely but loves traveling to see clients—especially in the winter if they're located in warm climates!

For additional marketing articles, tips, and resources, please visit Carolyn's web site [illegible]

If you'd like to talk about getting help for your career or have her come speak to your local chapter, call [illegible]

asmp
AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

# INSIGHTS FROM ANOTHER WORLD

## ASMP Members Talk About How Their Previous Careers Led Them to a Life Behind the Lens

BY AMANDA BALTAZAR

"Follow your passion" is a common refrain used by career counselors, but the sad reality is that very few people do make this leap. For others, though, it's just a matter of time. The ASMP recently talked to six successful photographers about how they first discovered photography as a career path, how they left existing lives in other areas to pursue this career and how these former positions have influenced their point of view.

### A PASSION FOR PICTURES

**Transforming Technology:** A self-described computer geek, Andrew Anderson worked in a number of different consulting positions until one day he realized it just wasn't fun any more. When he picked up his camera in 2003, decades after he'd dropped out of photography school, he wondered why he had ever put it down. "The passion I felt for it came alive again. I knew what I wanted to do and started to make changes." To get his new career off the ground, Anderson learned to live cheaply and took money out of his retirement account to invest in equipment and advertising. He then targeted a couple of narrow photographic markets that were not being served. Anderson realized that if he built a strong niche he could sustain himself and not face immediate competition.

**Inspiring Change:** The transition from public insurance adjuster to photographer was a leap for Geoffrey Horowitz, although he'd always made pictures in his limited free time and he was being asked to do shoots. "But I didn't have the confidence to take the jobs, let alone the time," he explains. He got started in 2000 by assisting other photographers who were very generous in giving advice and showing him the ropes. "After a while I started to see that people were hiring me. I was shooting, giving them a finished product and they were happy. This seemed like what a professional would do and my confidence started to grow."

**Rekindling Reinvention:** A corporate recruiter who entered that field just before the shift into the new millennium in 1996, it was nine years before Lexie Cole realized she was dedicating time to someone else's goals. What she hopes to do now as a photographer is to make a difference documenting the inspiring stories of people in the developing world improving their own lives. Cole didn't have a lot of photography experience so she set out to educate herself but after a few semesters at Santa Monica College, she left school for the real-world skills of assisting since she was learning more on the job than in a classroom.

**Crossover Comfort:** Francesco Tonelli's job switch came as smoothly as one of his delicious sauces, following careers as a chef in Europe and a teaching chef at the Culinary Institute of America. After years spent photographing food for his students, Tonelli became intrigued and finally moved into food photography in 2005. He began by reading up on photographic technique, subscribing to trade magazines, joining professional associations and finally attending a weeklong D-65 hands-on workshop with Seth Resnik. "This was the single most critical turning point in my progress. It was amazing information that suddenly put together the pieces of a scattered puzzle of resources and data I had gathered," he says.

[illegible caption]

**Marketing Moves:** Four years in sales and marketing was enough for Jason Gardner and, realizing he was unfulfilled, he quit in the mid-1990s to travel, which opened his eyes to his passions of travel and photography. He moved toward a career with cameras by contacting friends and acquaintances who knew good photographers. "I basically cold-called them and asked to be their intern, which was tough as I was competing with kids eight to ten years younger than me out of school," he says. "Eventually I connected with a few photographers who took me in one day a week, and I started getting more knowledge, feedback on my work and some informal mentoring."

**Engineering a Switch:** Patricia Burke's career switch was perhaps the most dramatic, from her former role as a corrosion engineer with Chevron. "I had let my engineering career stifle my part-time photography efforts in the past. This time I gave myself the opportunity to really focus on my photography business to see what could really come of it." Burke jumped right in and purchased a Leaf Aptus 22 digital back for her Mamiya in 2006. "The Leaf put me up a notch and allowed me to submit high-quality images for publication. It also boosted my confidence and moved me up on the technical scale," she says.

**Insights Out of the Past:** When asked about previous careers or background in other fields, many photographers will dismiss the relevance of this work. But oftentimes, the truth of the matter is that earlier education or a career in another area brings skills to the table that can help in running a photography business. Francesco Tonelli is a perfect example of this, having turned his passion for cooking food into a passion for shooting it. During Cole's years in corporate America, she learned to think strategically. She put this to use recently when, hoping to attend the Lucie Awards during a visit to New York, she offered to volunteer at the event. Not only did she manage to shoot the red carpet for the show, but she also attended the event and made some important connections. Gardner uses his former people skills: "I learned how to hustle and how to work hard to get meetings and get noticed. This helped me in playing the game of contacting people." Some previously learned business strategies that Burke applies to her photography business are a clear understanding of the importance in building client relationships over time, and how and when to set boundaries that make good business sense, such as knowing when to budge on the pricing for a client and when not to. She also learned the importance of education, because in her former career this was required in order to keep her credentials. "I am always open to new ideas and concepts," she says, "and I consider it critical to productivity to keep my equipment, software and associated skills current."

**Transforming Past Contacts to Clients:** Along with experience, some photographers are able to transform contacts from their previous careers into photography clients. "A contact is a contact, and at first it was a struggle to transition them, but as more of my contacts saw how my passion for photography grew into a business, they accepted it and started to contact me for work," Gardner explains. Now that he's established, Gardner sends out monthly e-mail blasts about his recent projects. "It's helped me generate referrals and stay in front of people," he adds. Anderson couldn't transport any contacts from his previous career, so he set to networking by giving free, informative photography lectures to local art groups. At the end of the lecture he would give a brief soft sell about his services for photographing art. These lectures were very successful, he says, and word-of-mouth helped his reputation to spread.

**Building a New Business Network:** For contacts with other photographers, Anderson has found his local ASMP chapter to be very beneficial. The monthly meetings always lead to new ideas as well as feedback on his latest work. This type of networking can be very useful to photographers in transition or just starting out, and can even sometimes stand in the place of formal education. Gardner says the only way he's been educated is in the real world, "learning for several photographers for one day a week, training personnel." Early in his career, Horowitz networked and picked up some education at two courses: the Landmark Forum, a weekend course designed to help people realize their potential, and D-65's weeklong course on shooting RAW. He also finds the ASMP's education programs useful, and he asks other photographers questions whenever he can.

**The Hurdles to Independence:** Networking alone or through short-term workshops can never fully prepare independent photographers for all the subtleties of such an entrepreneurial business, and the photographers we interviewed described some of the hurdles they have faced in jumpstarting their careers. "It's easy to feel overwhelmed," says Gardner. "The hardest is the classic problem of getting a bunch of work and then not having the time to pursue new leads, so when it's over I'm back to square one." Burke hates having to shoot things that she doesn't enjoy to make money. She has learned, however, to approach these jobs as a challenge, knowing that at the end of the day, she can take the photographs she loves for herself. Tonelli sees learning how to price his work and learning the financial and legal aspects of licensing his images as the most daunting aspects of his career change. Problems can also come from within. Horowitz finds his biggest challenge to be balancing work and family, and preventing himself from working all the time.

**Looking Ahead:** At the end of the day, giving up the steadiness of a corporate paycheck and benefits package has been a positive experience for these photographers and they all have lofty goals for the future. Gardner hopes "to tell stories that are true to the people, culture and places I document, and to have that reach a wide audience, and change the conversation about what is valuable to a society." And Burke just wants to share the world through her own eyes. "Isn't that really what we all want?" she asks. Anderson agrees with her, and wants to show people a different perspective. "I want them to see beauty. I want them to be inspired." Lexie Cole not only has high hopes for her own work, but also for the aspirations of others. "My decision inspired a lot of my clients and coworkers who began taking another look at their own lives and dreams," she says. "Life is short and there's no guarantee. I truly believe if you can conceive it, you can achieve it." ■

---

A freelance journalist based in Washington State, Amanda Baltazar writes for Northwest Business Monthly, the Toronto Star, PDNedu among other magazines. She can be reached at ajbaltazar@mac.com.

To learn more about the photographers featured here and to get further insights about how their past careers have informed their current work, check out their online Q&As on the ASMP Web site at Web link (www.asmp.org/...).

P. 025/027

asmp

AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

**[PORTFOLIO]**

# FOCUS PHILADELPHIA PORTFOLIO SHORTLIST

## CHAPTER MEMBERS FULFILL THEIR DREAM ASSIGNMENTS

"Don't wait for the call," the announcement read. "Photograph your fantasy assignment." This challenge was put to members of the ASMP Philadelphia chapter, and, as evidenced by the images showcased here, chapter members responded with gusto.

In total, chapter members submitted more than 400 images to be selected for awards by a jury of five noted professionals: Paul Cand, publisher of *City Paper*; Michael McCormick, creative designer of *Philadelphia Magazine*; Steven Grass from Gyro Worldwide; Bob Cites, academic director of the Art Institute of Philadelphia's photography department; and Ed Eyes, journalism professor at Temple University's School of Photography.

While final decisions had not yet been made by press time, our selections offer an eye-catching mix. The winning entries, as determined by the judges, will be showcased in an exhibition this winter at the University of the Arts Sol Mednick Gallery and possible additional venues as well. For further details, exhibition dates and a Web gallery of the winners from Focus Philadelphia, visit the ASMP Web site at <www.asmp.org/focusphilly>.

—JW

© Bruce Cramer and Kate Marden

© Tony Gaye

© [illegible]

© [illegible]

© Anthony Wood

© Chris Crisman

© [illegible]

Opposite Left Top: Bruce Cramer and Kate Marden <[illegible]>. Preconceived notions were thrown to the wind as the photographers began to make connections between the chainsaw carvers and their work. Taking the time to dig beneath the surface made this an ideal self-assignment.

Opposite Right Top: Tony Gaye <www.tonygaye.com>. Gaye decided to look for a completely new way to see and shoot Philadelphia [illegible]. The results have been a renewed freshness in the way he sees the city. The [illegible] to previously took for granted visually is now ripe with images. This became his dream assignment.

Opposite Left Bottom: Ricardo Barros <www.ricardobarros.com>. "Chances are you'll see Sabio's murals, graffiti, or [illegible] MUSE written on the train," Barros says of this image from his project on graffiti writers and their world view. He invests the time needed to allow the writers' culture to seep into his photographs.

Opposite Right Bottom: Michael Sharp <[illegible]>. Sharp's lifelong project is shooting all types of cars, including this '55 Chevy hot rod, formerly owned by his friend Johnny Motor. The two rebuilt the engine and got the car running but it was never licensed, mainly because the brakes didn't work.

Above Left: Anthony Wood <www.anthonywoodphotography.com>. Wood combined two of his earliest influences in a series of environmental portraits that echo the Arnold Newman's graphic use of the environment and Diane Arbus's naked moments.

Above Right: Chris Crisman <[illegible]>. Dana Saunders lost her 17-year-old daughter Kia to murder in Philadelphia. During a high school party, Kia caught a bullet in a drive-by intended for someone else.

Left: Felicia Perretti <[illegible]>. Perretti sought to challenge herself with faith on photography and push her creative limits by working with models and styling shots.

OCT-05-2009(MON) 17:46












[PORTFOLIO]

©Angela May

©Amanda Stevenson Lupke

©Danielle Nowak

This page: Angela May www.angelamay.com. May's dream assignment is to make fine art. She chose to focus on metaphorically haunting spaces that tell of a moment which might have just happened or is about to happen.

Top Right: Amanda Stevenson Lupke www.amandastevensonlupke.com. Stevenson Lupke's goal is to capture elegance, playfully ingenuous and simple, gracefully stylish in appearance and manner, choreographed from the wonder of everyday existence.

... Sophia Quach www.sophiaquach.com. Quach spent a month in Rome this summer to capture the energy of the city, especially around the statues at night, when their sparkling... fountains.

Above: Danielle Nowak www.daniellenowak.com. Nowak was inspired by something I noticed and wanted to create fashion photography that evokes a feeling, mood or curiosity that may lead to a tale.

# PARTINGSHOT

©Cary Herz

## CARY HERZ'S GROUNDBREAKING ASSIGNMENTS

From her early years photographing the birth of the women's liberation movement for *Ms.* magazine to her documentation of female athletes, Los Angeles street gangs and the mysteries behind New Mexico's Crypto-Jews, Cary Herz had a rare knack for tackling challenging projects and groundbreaking assignments.

A past president of the ASMP's New Mexico chapter, Herz's supportive demeanor and positive energy were greatly admired by her photography peers.

Her latest book, *New Mexico's Crypto-Jews, Image and Memory,* was reviewed in the *ASMP Bulletin's* fall issue. Shortly after the issue went to press, we sadly learned of her passing.

Herz's photography files will become part of collections at the New Mexico Palace of Governors Photo Archives and the Smith College Women's History Archives. The Cary Herz Photojournalist Scholarship Award was also recently established by the New Mexico Press Women. Donations to this fund can be made care of Sandy Schauer, New Mexico Press Women, P.O. Box 1054, Las Cruces, NM 87011.

—JW

24-25

OCT-05-2009(MON) 17:48
P.026/027













# asmp

AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS

## FOCUS PHILADELPHIA PORTFOLIO

CHAPTER MEMBERS FULFILL THEIR DREAM ASSIGNMENTS

## WINDS OF CHANGE

IS IT HURRICANE SEASON IN THE PHOTO BUSINESS?

## INSIGHTS FROM ANOTHER WORLD

ASMP MEMBERS DISCUSS SUCCESS IN PHOTOGRAPHY AFTER A CAREER IN BUSINESS

ASMP BULLETIN

© Jacques-Jean Tiziou

PLUS:

Clients' Contracts

Capitalize Your Camera Collection

ASMP St. Louis and the 24-Hour Cure

PRSRT STD U.S. POSTAGE PAID EASTON, PA PERMIT NO.321