USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 05 CV 8136 (DC)

The Authors Guild, Inc., et al,

            Plaintiffs,

v.

Google, Inc.

            Defendant.

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Robert Lee Hubbard, attorney for New York Attorney General's Office and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Norman W. Marden |
| Firm Name: | Pennsylvania Office of Attorney General |
| Address: | Strawberry Square |
| City/State/Zip: | Harrisburg, PA 17120 |
| Telephone/Fax: | (717) 787-4530 |
| Email Address: | nmarden@attorneygeneral.gov |

is admitted to practice *pro hac vice* as counsel for the Commonwealth of Pennsylvania in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 10/8/09

_____
United States District Judge Denny Chin

The Author's Guild et al v. Google Inc.     Doc. 755