USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild Inc.; Association of American Publishers Inc.; et al., <br><br> *Plaintiffs,* <br><br> Lewis Hyde; Harry Lewis; Nicholas Negroponte; Charles Nesson, <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> Google Inc., <br><br> *Defendant.* | Case No. 05-cv-8136-DC |

## NOTICE OF APPEAL

TO:

Joseph M. Beck
Alex Seth Fonoroff
Ronald Lee Raider
Kilpatrick Stockton LLP
1100 Peachtree Street
Atlanta, GA 30309

Michael J. Boni
J. Kate Reznick
Joanne E. Zack
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Adam Howard Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Sanford P. Dumain
Milberg LLP
One Pennsylvania Place
New York, NY 10119

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Daralyn Jeannine Durie
Joseph C. Gratz
Duri Tangri Lemley Roberts & Kent LLP

1

332 Pine Street, Suite 200
San Francisco, CA 94104

Laura Helen Gundersheim
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

| | |
|---|---|
| Bruce P. Keller | Hadley Perkins Roeltgen |
| Debevoise & Plimpton LLP | Kohn, Swift & Graf PC |
| 919 Third Avenue, 31st Floor | One South Broad Street, Suite 2100 |
| New York, NY 10022 | Philadelphia, PA 19107 |

Daniel Joseph Kornstein
Mikaela Ann McDermott
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

**TAKE NOTICE:** Notice is hereby given that Intervenors, namely, Lewis Hyde, Harry Lewis, Nicholas Negroponte, and Charles Nesson, individually and on behalf of all others similarly situation, hereby appeal to the United States Court of Appealsfor the Second Circuit from the final judgment (Docket No. 308), entered on September 9, 2009, and all other orders entered in this case that are adverse to the intervenors.

Respectfully submitted,

*[signature: Charles Nesson]*

Charles Nesson
1575 Massachusetts Ave.
Cambridge, Massachusetts 02138
617-495-4609
nesson@law.harvard.edu


K.A.D. Camara
Camara & Sibley LLP
2339 University Boulevard
Houston, Texas 77005
713-893-7973
713-583-1131 (fax)
camara@camarasibley.com


Martin Garbus
Eaton & Van Winkle LLP
3 Park Avenue, 16th Fl.
New York, NY 10016
Tel.: (212) 779-9910, ext. 673
Fax: (212) 779-9928 or 9930

Dated: October 9, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I served this Motion to Intervene by CM/ECF on counsel of record as follows:

Joseph M. Beck
Alex Seth Fonoroff
Ronald Lee Raider
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Michael J. Boni
J. Kate Reznick
Joanne E. Zack
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Adam Howard Charnes
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Sanford P. Dumain
Milberg LLP
One Pennsylvania Place
New York, NY 10119

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Daralyn Jeannine Durie
Joseph C. Gratz
Duri Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

Laura Helen Gundersheim
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue, 31st Floor
New York, NY 10022

Hadley Perkins Roeltgen
Kohn, Swift & Graf PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Daniel Joseph Kornstein
Mikaela Ann McDermott
Kornstein Veisz Wexler & Pollard LLP
757 Third Avenue
New York, NY 10017

_____