## **CERTIFICATE OF SERVICE**

I, Christina J. DeVries, Esq., do hereby certify that on October 14, 2009, I did cause to be served a true and correct copy of the foregoing Reply Memorandum in Support of Motion for Reconsideration of the Court's Order Dated September 2, 2009, and Entered September 10, 2009 ("Reply in Support"), in *The Authors Guild et. al. v. Google, Inc.*, Case No. 05 CV 8136-DC, to be filed electronically through the ECF system of this Court, which causes a "Notice of Electronic Filing" to be automatically transmitted by email to all ECF users who have appeared in this matter, which users by registering have consented to service by such electronic means.

Additionally I hereby certify that on October 14, 2009, I did cause to be served a true and correct copy of the foregoing Reply in Support upon the following individuals via United States Postal Service, first class mail, on October 14, 2009:

| | |
|---|---|
| J. Kate Reznick | Matthews Christian Schrurers |
| Boni & Zack LLC | Computer and Communications Industry Association |
| 15 St. Asaphs Road | 900 17th Street |
| Bala Cynwyd, PA  19004 | Suite 1100 |
| | Washington, DC  20006 |

Any further persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will also be served by United States Postal Service, first class mail.

Dated:  October 14, 2009      /s/ *Christina J. DeVries*
                              Christina J. DeVries
                              Counsel for The American Society Of Media
                              Photographers, Inc., Graphic Artists Guild, The
                              Picture Archive Council Of America, The North
                              American Nature Photography Association, and
                              Individual Photographers Joel Meyerowitz, Dan
                              Budnik, Pete Turner And Lou Jacobs, Jr.

DOCSNY-386061v01