UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendants. | Case No. 1:05-cv-8136-DC <br><br><br><br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association and Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner And Lou Jacobs, Jr.  I was admitted to practice in this District on March 23rd, 2004.  I request that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon:

> Christina J. DeVries
> Dickstein Shapiro LLP
> 1633 Broadway
> New York NY 10019
> devriesc@dicksteinshapiro.com
> Phone: 212-277-6751
> Fax: 917-591-7636

DATED: October 16, 2009            Respectfully submitted,

                                              By:    _/s/Christina J. DeVries_____
                                                            Christina J. DeVries (CD 2419)

DOCSNY-386604v01

# CERTIFICATE OF SERVICE

I, Christina J. DeVries, Esq., do hereby certify that on October 16, 2009, I did cause to be served a true and correct copy of the foregoing Notice of Appearance, in *The Authors Guild et. al. v. Google, Inc.*, Case No. 05 CV 8136-DC, to be filed electronically through the ECF system of this Court, which causes a "Notice of Electronic Filing" to be automatically transmitted by email to all ECF users who have appeared in this matter, which users by registering have consented to service by such electronic means.

Any persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will be served by United States Postal Service, first class mail.

Dated: October 16, 2009                /s/*Christina J. DeVries*
                                       Christina J. DeVries
                                       Counsel for The American Society Of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council Of America, The North American Nature Photography Association And Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner And Lou Jacobs, Jr.