UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             x
The Authors Guild, Inc., et al.,                             x
                                                             x
                    Plaintiffs,                              x
                                                             x
           v.                                                x   Case No. 05 CV 8136 DC
                                                             x
Google Inc.,                                                 x
                                                             x
                    Defendant.                               x
------------------------------------------------------------ x
```

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4,[1] Joseph S. Hall and Michael J. Guzman of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., move the Court for an order permitting the withdrawal of Messrs. Hall and Guzman as counsel of record for putative plaintiffs' class members Harold Bloom, Elliot Abrams, Charlotte Allen, Phyllis Ammons, Dick Armey, Jacques Barzun, Nicholas A. Basbanes, Stephen Bates, Shawn J. Bayern, Jack Beerman, Michael Behe, Michael Cox, Douglas Crase, Frank Gonzalez-Crussi, Midge Decter, John Derbyshire, The Estate of Thomas M. Disch, Gerald Early, Mel Eisenberg, Richard A. Epstein, Henry Fetter, David D. Friedman, David Gelernter, Gabrielle Glaser, Mary Ann Glendon, Victor Davis Hanson, Robert Herbold, Arthur Herman, Charles Hill, Manuela Hoelterhoff, Richard Howard, Ishmael Jones, Donald Kagan, David Kuo, Michael Ledeen, Susan Lee, Mary Lefkowitz, David Lehman, John Lehman, Howard Markel, Sherwin B. Nuland, Steven Ozment, , Norman Podhoretz, Diane Ravitch, Ralph Reed, Harriet Rubin, Sarah Ruden, Peter Schweizer,

---

[1] Local Rule 1.4 is not directly applicable because putative class members are non-parties. Given that there are no specific procedures for providing notice of withdrawal for non-parities and that this Court has granted a similar motion pursuant to Local Rule 1.4 for a non-party, see Dkt. No. 724, the undersigned move pursuant to Rule 1.4.

Wendy Shalit, Roger L. Simon, Roy Spencer, Geoffrey R. Stone, Charles Sykes, Terry Teachout, Paco Underhill, Ruth Wisse, Elizabeth Wurtzel, John Yoo, and the American Society of Journalists & Authors, and amicus curiae the National Writers Union (United Auto Workers Local 1981, AFL/CIO). A Rule 1.4 affidavit is submitted herewith.

Dated: October 28, 2009

                                        KELLOGG, HUBER, HANSEN, TODD,
                                           EVANS & FIGEL, P.L.L.C.

                                   By: */s/ Joseph Hall*

                                         Joseph S. Hall
                                         SDNY Bar Code: JH-2612
                                         Michael J. Guzman
                                         Admitted *pro hac vije*
                                         KELLOGG, HUBER, HANSEN,
                                           TODD EVANS & FIGEL, P.L.L.C.
                                         1615 M Street, N.W., Suite 400
                                         Washington, D.C. 20036
                                         Tel: (202) 326-7900
                                         Fax: (202) 326-7999
                                         jhall@khhte.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 28, 2009. Any other counsel of record will be served via electronic and first class mail.

/s/ Joseph S. Hall
Joseph S. Hall
SDNY Bar Code: JH-2612
KELLOGG, HUBER, HANSEN,
  TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jhall@khhte.com