UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The Authors Guild, Inc., *et al.*,

        Plaintiffs,

v.

Google Inc.,

        Defendant.

Case No. 05 CV 8136 DC

**AFFIDAVIT IN SUPPORT OF WITHDRAWAL**

---

District of Columbia    ) ss:

I, Joseph S. Hall, being duly sworn, hereby states as follows:

1. I am an attorney admitted to practice in this Court

2. I am a Partner in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

3. I submit this affidavit on behalf of myself and Michael J. Guzman, pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, in support of a request to withdraw our appearance for putative class members Harold Bloom, Elliot Abrams, Charlotte Allen, Phyllis Ammons, Dick Armey, Jacques Barzun, Nicholas A. Basbanes, Stephen Bates, Shawn J. Bayern, Jack Beermann, Michael Behe, Michael Cox, Douglas Crase, Frank Gonzalez-Crussi, Midge Decter, John Derbyshire, The Estate of Thomas M. Disch, Gerald Early, Mel Eisenberg, Richard A. Epstein, Henry Fetter, David D. Friedman, David Gelernter, Gabrielle Glaser, Mary Ann Glendon, Victor Davis Hanson, Robert Herbold, Arthur Herman, Charles

Hill, Manuela Hoelterhoff, Richard Howard, Ishmael Jones, Donald Kagan, David Kuo, Michael Ledeen, Susan Lee, Mary Lefkowitz, David Lehman, John Lehman, Howard Markel, Sherwin B. Nuland, Steven Ozment, Norman Podhoretz, Diane Ravitch, Ralph Reed, Harriet Rubin, Sarah Ruden, Peter Schweizer, Wendy Shalit, Roger L. Simon, Roy Spencer, Geoffrey R. Stone, Charles Sykes, Terry Teachout, Paco Underhill, Ruth Wisse, Elizabeth Wurtzel, John Yoo, and the American Society of Journalists & Authors and amicus curiae the National Writers Union (United Auto Workers Local 1981, AFL/CIO).

4. I make this request based on the procedural posture of the case. My firm and I represented our clients for the purpose of objecting to the settlement dated October 28, 2008. Now that the parties have indicated that they will not seek approval of that settlement agreement, see Order, Dkt. No. 735, our limited representation in this matter has concluded.

_____
JOSEPH S. HALL

KELLOGG HUBER HANSEN
TODD EVANS & FIGEL, P.L.L.C.
1615 M Street NW – Suite 400
Washington, DC 20036

(202) 326-7900

Subscribed and sworn to before me, in my presence, this 28th day of October, 2009.

_____
Notary Public, D.C.

Marilyn R. Williams
Notary Public, District of Columbia
My Commission Expires 8-14-2010

My commission expires: 8/14/2010