**BONI & ZACK LLC**

Michael J. Boni
610.822.0201 | cell. 610.348.2526 | mboni@bonizack.com

November 9, 2009

**VIA FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09
```

The Honorable Denny Chin
United States District Judge
U.S. Courthouse, 500 Pearl Street
New York, NY 10007-1312

Re: *The Authors Guild, Inc., et al. v. Google Inc.*, 05 Civ. 8136-DC

Dear Judge Chin:

The parties have been working diligently on completing and filing the Amended Settlement Agreement. At the October 7, 2009 status conference, the Court suggested a filing by November 9, and the parties advised the Court that they believed they could meet that date. At the conference, your Honor also requested that the parties inform you if more time would be required. On behalf of the parties, I write to advise the Court that plaintiffs expect to file their motion seeking preliminary approval of the Amended Settlement Agreement by no later than this Friday, November 13, 2009. The parties have been in discussions with the Department of Justice both prior to and since the October 7 status conference. We met with the Department as recently as this past Friday, November 6. In light of the above, the parties respectfully request this additional time to file the motion.

We are available at the Court's convenience to address any concerns.

Respectfully yours,

*Michael J. Boni*

Michael J. Boni

cc: Daralyn J. Durie, Esq.
    Jeffrey P. Cunard, Esq.
    Bruce P. Keller, Esq.
    Joanne Zack, Esq.

Approved.
SO ORDERED.

*[signature]*   WDJ 11/9/09

The Author's Guild et al v. Google Inc.     Doc. 767