**Charles J. Sanders**
Attorney At Law, PC
29 Kings Grant Way
Briarcliff Manor, New York 10510
Phone: 914 366 6642 / Fax: 347 558 9658
Email: csanderslaw@aol.com

Licensed to Practice:
New York
California
Washington, DC

November 17, 2009

<u>Filed Electronically</u>
Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Attention: The Honorable Denny Chin

Re: *Authors Guild v. Google*, Case No. 1:05-CV-8136-DC (S.D.N.Y.)
     Songwriters Guild of America Notice of Withdrawal of Objection (Doc. 297)

Dear Judge Chin:

Class member The Songwriters Guild of America (SGA) hereby withdraws its previously filed objections dated September 8, 2009 (Doc. 297) to the proposed settlement of the class action filed by plaintiffs Authors Guild, Inc. and joined by the Association of American Publishers, Inc. together with various publishers and representative authors, against defendant Google, Inc. arising from the "Google Library Project."

After detailed discussions, the parties have agreed to amend the definition of the term "books" and to clarify the treatment of inserts containing musical notations in a manner that is acceptable to all parties involved. SGA respectfully requests that its withdrawal of its previous objections be accepted by the Court.

Sincerely,

Charles J. Sanders
*Counsel to the Songwriters Guild of America*