Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

    Plaintiffs,

    v.

Google Inc.,

    Defendant.

------------------------------------------------------------------x

Case No. 05 CV 8136 (DC)

**FILED ELECTRONICALLY**

## STIPULATION AND ORDER FOR AMENDMENT OF PLEADINGS

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties to the above-captioned case and to *The McGraw-Hill Companies, Inc., et al. v. Google Inc.*, No. 05 CV 8881, by and through their undersigned counsel, hereby agree that plaintiffs may file a Third Amended Class Action Complaint ("Third Amended Complaint"), a copy of which is attached as Exhibit 1 hereto.

The Clerk of the Court is directed to docket the Third Amended Complaint as filed on the date this stipulation and order are entered on the docket, and plaintiffs shall

follow up with submission of an electronic version of the amended complaint in accordance with the Court's ECF Rules and Instructions.

The Third Amended Complaint shall be deemed served on defendant as of the date this stipulation and order are entered on the docket.

DATED: November 13, 2009

*Michael J. Boni*

Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden Maureen Duffy, Daniel Jay Baum, Margaret Drabble, Robert Pullan, and the Author Sub-Class*

Daralyn J. Durie, Esq. (pro hac vice)
Joseph C. Gratz, Esq. (pro hac vice)
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Defendant Google Inc.*

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

2

23077935v3

follow up with submission of an electronic version of the amended complaint in accordance with the Court's ECF Rules and Instructions.

The Third Amended Complaint shall be deemed served on defendant as of the date this stipulation and order are entered on the docket.

DATED: November 13, 2009

Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden Maureen Duffy, Daniel Jay Baum, Margaret Drabble, Robert Pullan, and the Author Sub-Class*

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

Daralyn J. Durie, Esq. (pro hac vice)
Joseph C. Gratz, Esq. (pro hac vice)
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Defendant Google Inc.*

follow up with submission of an electronic version of the amended complaint in accordance with the Court's ECF Rules and Instructions.

The Third Amended Complaint shall be deemed served on defendant as of the date this stipulation and order are entered on the docket.

DATED: November 13, 2009

Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden Maureen Duffy, Daniel Jay Baum, Margaret Drabble, Robert Pullan, and the Author Sub-Class*

Daralyn J. Durie, Esq. (pro hac vice)
Joseph C. Gratz, Esq. (pro hac vice)
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Defendant Google Inc.*

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., John Wiley & Sons, Inc., Association of American Publishers, Inc., Harlequin Enterprises Limited, Macmillan Publishers Limited, Melbourne University Publishing Limited, The Text Publishing Company, and the Publisher Sub-Class*

**IT IS SO ORDERED.**

Dated: 11/19/09

Denny Chin, U.S.D.J.

3