UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
The Authors Guild, Inc., *et al.*,                    :
                                                  : Case No. 05 CV 8136-DC
    Plaintiffs,                   :  ECF Case
                                                  :
  vs.                                        : NOTICE OF MOTION BY
                                                  : AMAZON.COM, INC., FOR
                                                  : RECONSIDERATION OF
Google, Inc.                                           : ORDER GRANTING
                                                  : PRELIMINARY APPROVAL
    Defendant.                    : OF AMENDED
                                                  : SETTLEMENT AGREEMENT
                                                  :
                                                  :
                                                  : *Filed Electronically*
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this case, Amazon.com, Inc., a member of the class, moves, pursuant to Southern District of New York Local Rule 6.3, on papers submitted to the Hon. Denny Chin, U.S. District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order:

1. Reconsidering the Order Granting Preliminary Approval of Amended Settlement Agreement (Dkt. #772); and

2. Denying Plaintiffs' Motion for Preliminary Approval of Amended Settlement Agreement, with or without leave to amend to remedy the defect identified in Amazon's Memorandum of Law; or, in the alternative, amending its Order Granting Preliminary Approval of Amended Settlement Agreement to permit superseding objections.

2159311

Dated: November 20, 2009  Respectfully submitted,

IRELL & MANELLA LLP


By: _____s/ Alexander F. Wiles_____
Alexander F. Wiles
(Admitted *Pro Hac Vice*)
(CA State Bar No. 73596)

David Nimmer
(Admitted *Pro Hac Vice*)
(CA State Bar No. 97170)

IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Telephone:     (310) 277-1010
Facsimile:     (310) 203-7199
awiles@irell.com
dnimmer@irell.com

Counsel for Amazon.com, Inc.

AMAZON.COM, INC.

David Zapolsky, Esq. (DZ-8058)
Vice President & Associate General Counsel
Litigation & Regulatory Affairs
1200 12th Avenue South, Suite 1200
Seattle, Washington 98144
Telephone:     (206) 266-1323
Facsimile:     (206) 266-7010
davidz@amazon.com