UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/09

THE AUTHORS GUILD, *et al.*,
Plaintiffs,
v.

GOOGLE, INC., Defendant

CIV. NO: 05-CV-8136

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Christopher A. Hansen and his affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name: John B. Morris, Jr.
    Firm Name: Center for Democracy & Technology
    Address: 1634 I Street, NW, Suite 1100
    City/State/Zip: Washington, DC 20006
    Phone Number: (202) 637-9800 x116
    Fax Number: (202) 637-0968
    E-Mail Address: jmorris@cdt.org

is admitted to practice *pro hac vice* as counsel for *amicus curiae* Center for Democracy &

Technology in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 11/23/09

_____
United States District/Magistrate Judge

The Author's Guild et al v. Google Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 776