

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 24, 2009

**BY HAND**
The Honorable Denny Chin
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:    *The Authors Guild Inc., et al. v. Google Inc.*, 05 Civ. 8136 (DC)

Dear Judge Chin:

       I write respectfully to request that the Court clarify that the Government's deadline for submitting a statement regarding the amended settlement agreement in the above-referenced case is February 4, 2010. *See* Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Amended Settlement Agreement, dated November 13, 2009, at 27 (proposing February 4, 2010 as deadline for Government statement).

       I have spoken with plaintiffs' counsel and defendant's counsel, and they have consented to this request. Thank you for your consideration of this matter.

Respectfully,

SO ORDERED.

PREET BHARARA
United States Attorney

By: /s/ JOHN D. CLOPPER
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

USDJ
11/25/09

The Author's Guild et al v. Google Inc.     Doc. 778

cc: <u>by email</u>
Michael J. Boni
BONI & ZACK LLC
*Attorney for Plaintiffs*

Bruce P. Keller
DEBEVOISE & PLIMPTON LLP
*Attorney for Plaintiffs*

Daralyn Jeannine Durie
DURIE TANGRI LEMLY ROBERTS & KENT LLP
*Attorney for Defendant*