The Author's Guild et al v. Google Inc.    Doc. 780

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Authors Guild, Inc., Association of American
Publishers, Inc., et. al.,

        Plaintiffs,

v.

Google, Inc.,

        Defendants.

Case No. 1:05-cv-8136-DC



## AMENDED NOTICE OF APPEAL

The American Society of Media Photographers, Inc., Graphic Artists Guild, The Picture Archive Council of America, The North American Nature Photography Association and Individual Photographers Joel Meyerowitz, Dan Budnik, Pete Turner and Lou Jacobs, Jr. ("Appellants"), hereby give notice, pursuant to Fed. R. App. Proc. 3 and 4, that they appeal to the United States Court of Appeals for the Second Circuit from the Order dated September 2, 2009, and entered in this action on September 10, 2009, which Order deemed Appellants' letter requesting a pre-motion conference to be a motion to intervene and denying this motion, *and additionally, from the Memorandum of Decision and Order dated and entered November 4, 2009, denying Appellants' Motion for Reconsideration of the September 2, 2009 Order* (the *"Orders"*), and from all other adverse decisions of this Court. *These Orders and Memorandum of Decision* constitute final judgment as to Appellants. The September 2, 2009 Order *and November 4, 2009 Memorandum of Decision and Order* are annexed hereto as Exhibits A *and B, respectively,* and the pages of the docket showing the entry of the same on September 2 and November 4, 2009 are annexed hereto as Exhibit C.

DOCSNY-390812v01

Dockets.Justia.com

DATED: December 1, 2009        Respectfully submitted,

By: *Edward A. Meilman*
Edward A. Meilman (EM7257)
meilmane@dicksteinshapiro.com

Charles D. Ossola (pro hac vice)
ossolac@dicksteinshapiro.com

Elaine Metlin (pro hac vice)
metline@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
  *and*
1633 Broadway
New York NY 10019

Victor S. Perlman
Managing Director and General Counsel
AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC.
150 North Street
Philadelphia, PA 19106
perlman@asmp.org
Tel: (215) 451-2767
Fax: (215) 451-0800