EXHIBIT C

**United States District Court**
**Southern District of New York**

---------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/09

The Authors Guild, Inc.,
Association of American Publishers,
Inc., et al

     Plaintiffs

     v.

Google, Inc.,

     Defendant

---------------------------------------------------------x

Case No. 05 CV 8136-DC

## ORDER FOR ADMISSION
## *PRO HAC VICE*
## ON WRITTEN MOTION

Upon the motion of Robert W. Clarida, attorney for and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED THAT

Jonathan Band, Esq.
21 Dupont Circle, N.W. #800
Washington, DC 20036
Tel: (202) 296-5675
Fax: (202) 872-0884
Email: jband@policybandwidth.com

is admitted to practice *pro hac vice* to the Bar of this Court for the purposes of representing the American Library Association, the Association of College and Research Libraries, and the Association of Research Libraries in this action. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 12/3/09
New York, New York

[signature] 12/3/09