USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/10

12 January 2010

Office of the Clerk of Court
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312 USA
cc: Google Book Search Settlement Administrator

**Re:** **The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

As an author I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names, and/or pseudonyms:

Edward Lipsett
Daniel Jackson

As a publisher, my works include, but are not limited to, the following:

| ISBN-10 | ISBN-13 | Title |
|---|---|---|
| 4-902075-00-8 | 978-4-902075-00-7 | Administrator |
| 4-902075-01-6 | 978-4-902075-01-4 | Aphrodite |
| 4-902075-03-2 | 978-4-902075-03-8 | Kuunmong: Cloud Dream of the Nine |
| 4-902075-04-0 | 978-4-902075-04-5 | Herbert A. Giles and China: Two Early Classics of Modern Sinology |
| 4-902075-05-9 | 978-4-902075-05-2 | Crystal Silence |
| 4-902075-08-3 | 978-4-902075-08-3 | Kaiki: Uncanny Tales from Japan, Vol. 1 - Tales of Old Edo |
| 4-902075-09-1 | 978-4-902075-09-0 | Kaiki: Uncanny Tales from Japan, Vol. 2 - Country Delights |
| 4-902075-10-5 | 978-4-902075-10-6 | Kaiki: Uncanny Tales from Japan, Vol. 3 - Tales of the Metropolis |
| 4-902075-11-3 | 978-4-902075-11-3 | Night Voices, Night Journeys (Lairs of the Hidden Gods v1) |
| 4-902075-12-1 | 978-4-902075-12-0 | Inverted Kingdom (Lairs of the Hidden Gods v2) |
| 4-902075-13-X | 978-4-902075-13-7 | Straight to Darkness (Lairs of the Hidden Gods v3) |
| 4-902075-14-8 | 978-4-902075-14-4 | The Dreaming God (Lairs of the Hidden Gods v4) |
| 4-902075-15-6 | 978-4-902075-15-1 | Kara Monogatari: Tales of China |
| 4-902075-18-0 | 978-4-902075-18-2 | Speculative Japan 2 |
| 4-902075-19-9 | 978-4-902075-19-9 | Akutagawa and Dazai: Instances of Literary Adaptation |
| 4-902075-21-0 | 978-4-902075-21-2 | Edogawa Rampo: Black Lizard and Beast in the Shadows |
| 4-902075-22-9 | 978-4-902075-22-9 | Japan in Five Ancient Chinese Chronicles: Wo, the Land of Yamatai, and Queen Himiko |
| 4-902075-23-7 | 978-4-902075-23-6 | Queen of K'n-yan |
| 4-902075-24-5 | 978-4-902075-24-3 | The Red Star of Cadiz |
| 4-902075-25-3 | 978-4-902075-25-0 | The Edogawa Rampo Reader |
| 4-902075-26-1 | 978-4-902075-26-7 | Speculative Japan: Japanese Tales of Science Fiction and Fantasy |
| 4-902075-27-X | 978-4-902075-27-4 | Hanatsumi Nikki - Flowers of Italy |
| 4-902075-28-8 | 978-4-902075-28-1 | Thin Clients Transform Corporate IT Infrastructure |
| 4-902075-29-6 | 978-4-902075-29-8 | A Chinese Biographical Dictionary |
| 4-902075-30-X | 978-4-902075-30-4 | The Matsumoto Seicho Reader |

Sincerely,

Edward Lipsett
Principal, Kurodahan Press
3-9-10-403 Tenjin
Chuo-ku, Fukuoka 810-0001 Japan
www.kurodahan.com