Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-10
```

Jan. 11, 2010

**Re:    The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I am opting out because any terminus favorable to Google in this case would effectively destroy the foundations of copyright, and the value of my books and writings; indeed, copyright would effectively become what Google says it is since the company would become the singular publishing entity in the world with a court sanctioned decree to behave as monopolistic as it wishes.

Sincerely,

Luis Ortiz
nonstop@nonstop-press.com
Nonstop Press
New York City

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364