JONATHA CEELY
33 ELM STREET
BROOKLINE MA 02445

January 19, 2010

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-26-10

Re: **The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

My works include, but are not limited to, the following: ***Writing a Research Paper***, Editions 1,2,3,4,5,and 6; ***Mina***; ***Bread and Dreams***.

Sincerely,

Jonatha Ceely

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

and

| Michael J. Boni, Esq.<br>Joanne Zack, Esq.<br>Joshua Snyder, Esq.<br>Boni & Zack LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004 | Daralyn J. Durie, Esq.<br>Joseph C. Gratz, Esq.<br>Durie Tangri Lemley Roberts & Kent LLP<br>32 Pine St., Ste. 200<br>San Francisco, CA 94104 |
|---|---|
| Jeffrey P. Cunard, Esq.<br>Bruce P. Keller, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Ave.<br>New York, NY 10022 | |