**Margaret Jane Ross**
**MJR Publishing Services,**
**5802 Wynona Avenue,**
**Austin, Texas 78756.**
**Phone: (512) 451-3129.**
mjr@io.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-26-10_

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

January 19, 2010

Dear Sir or Madam,

### Re:    The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136

I am the authorized agent of the heirs to the literary estate of published author Mr.
Conrad Reginald Cooke acting on behalf of said heirs:
  Mrs. Margaret Elisabeth Ross (née Cooke) of Christchurch, New Zealand
  Mrs. Marjorie Alice Pointon (née Cooke) of Kent, England
  Mrs. Kerry Braithwaite (née Cooke) of Essex, England

By this letter, the above-named **opt out** of the proposed settlement in this case. They are
opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the
settlement in its entirety.

  Mr. Cooke has written and published works under names including, but not
limited to, the following variant spellings, forms, pen names, and/or pseudonyms:
C.R. Cooke, Conrad Reginald Cooke, Reggie Cooke.

  His works include, but are not limited to, the following:
*Dust and Snow: Half a Lifetime in India* (privately published, ISBN 0-473-00631-6)
*The Hedgehog's Tale* (privately published, ISBN 0 952-57350-4)

Sincerely,

Margaret Jane Ross

*M Jane Ross*

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
32 Pine St., Ste. 200
San Francisco, CA 94104

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022