Office of the Clerk of the Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, New York, NY 10007-1312
January 19, 2010



**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05CV 8136**

To Whom It May Concern:

I am a writer in Canada who objects to the proposed Google Book Settlement.

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class" and out of the settlement in its entirety.

I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names and pseudonyms: Dina E. Cox, and, Dina Cox.

My works include, but are not limited to the following: poetry in periodicals and anthologies in both Canada and the U.S., and freelance prose published in newspapers and elsewhere. They also include any manuscripts that I am currently working on with intent to publish, and after they will be published.

I am opting out because I believe in the integrity of copyright. I believe that only I, myself, should have the right to determine how my work can be used, and that, only by predetermined discussion and/or agreement and contract. I wish to own solely, the copyright to all that I have written, and intend to write, as well as to have the choice of what I do with that copyright. I object strenuously to Google's attempt to abrogate those rights that are mine only, and to its presumption that it can then digitalize and use my work for its best interest and profit.

Thus I will repeat, as noted above, that I am opting out of the proposed settlement indicated also above, and that I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class" and out of the settlement in its entirety, and that I am doing this by means of this letter sent, to be received by those for whom it is intended, and before the Google determined deadline for opting out, of January 28, 2010.

Sincerely,

*Dina E. Cox*
Dina E. Cox
dinacox@sympatico.ca

Dina E. Cox
9 McKay Crescent
Unionville, Ontario
Canada, L3R 3M7
1-905-477-4513

(list of cc's on the following page)

Dina E. Cox, January 19, 2010

Opt out letter re **The Authors Guild, Inc., et al. v. Google Inc., No. 05CV 8136**

Cc:

Google Book Search Settlement Administrator
c/o Rust Consulting
P.O. Box 9364
Minneapolis, MN
USA 55440-9364

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA
USA 19004 bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Pliimpton LLP
919 Third Avenue
New York, NY
U.S.A. 10022 bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
32 Pine Street, Ste. 200
San Francisco, CA
U.S.A. 94104 bookclaims@durietangri.com