2225 Rogene Drive #T-2
Baltimore, MD 21209
22 January 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-25-10_

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case.  I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names, and/or pseudonyms:  B. Morrison, Barbara Morrison.  I am the owner of Cottey House Press.

Although I do believe the future of books is in e-books, I am opting out because the settlement would give Google monopolistic control over access to many works, would pay authors only a fraction of the statutory damages they are owed, would turn copyright law on its head by requiring writers to "opt out" and giving Google a license by default to use the work of writers who do nothing, would interfere with the relationship writers have with publishers, including overriding existing author-publisher contracts and subjecting author-publisher disputes to arbitration, depriving writers of recourse to the courts or collective negotiation with publishers, and would invade authors' and readers' privacy by allowing Google to track who reads which books online.

Sincerely,


Barbara Morrison

cc:
Google Book Search Settlement Administrator
Michael J. Boni, Esq., Joanne Zack, Esq., Joshua Snyder, Esq. of Boni & Zack LLC
Jeffrey P. Cunard, Esq., Bruce P. Keller, Esq. of Debevoise & Plimpton LLP
Daralyn J. Durie, Esq., Joseph C. Gratz, Esq. of Durie Tangri Lemley Roberts & Kent LLP