UNIVERSITY OF MICHIGAN

# Library

**Paul N. Courant**
University Librarian and Dean of Libraries
Harold T. Shapiro Collegiate Professor of Public Policy
Arthur F. Thurnau Professor
Professor of Economics and of Information

818 Harlan Hatcher Graduate Library South
Ann Arbor, Michigan 48109-1205
734 764-9356    pnc@umich.edu

18 January 2010

Office of the Clerk
J. Michael McMahon
US District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007
Attention: The Honorable Denny Chin

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-10
```

Re:  Case Number 1:05-CV-8136-DC (S.D.N.Y.)

Dear Judge Chin:

I write to express my interest in speaking at the Fairness Hearing per your order of 19 November, 2009.

My interests in the case are many. I am an active scholar in economics and public policy, and am the author of many works that are subject to the settlement. I am also the University Librarian and Dean of Libraries at the University of Michigan, and was the Provost and Executive Vice-President of the University at the time that Google began scanning the University's collections. In my role as Librarian I oversee the University of Michigan Press, a significant academic publisher. As Provost and as Librarian I have been closely engaged for several years with the Google scanning project, and the aspects of the settlement that have implications for participating libraries.

As an active scholar and member of the author class, as an academic administrator, and as the head of a major research library with responsibility for a university press, it is my strongly held opinion that the settlement will be of great benefit to the general public and to scholarly practice and progress. I would be most grateful for the opportunity to share these views with the Court at the Fairness Hearing.

Thank you for your consideration of this request.

Sincerely yours,

*Paul N. Courant*

Paul N. Courant