# GRAHAM SWIFT
## 28 JESSICA ROAD, LONDON SW18 2QN TEL/FAX 020 8874 2996

14 January 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-10

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York
New York 10007
USA

Dear Sir,

**Google Book Settlement**

Please find enclosed for your reference a copy of my letter, mailed (by UK certified airmail) on 14th January 2010 to the Google Book Search Administrator, by which I opt out of the Google Book Settlement.

Please confirm your receipt and filing of this letter and enclosure.

Yours faithfully,

Graham Swift

enc.

# GRAHAM SWIFT
## 28 JESSICA ROAD, LONDON SW18 2QN TEL/FAX 020 8874 2996

14 January 2010

Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364
USA

Dear Sir,

**Google Book Settlement**

Being of the 'Author Sub-Class' as designated by Google, I hereby, and in endorsement of any opt-out made on online, opt out of the Google Book Settlement.

I hereby also request that none of my works shall be digitized by Google and that those that have been digitized shall be removed from the Google database.

I am an author. My name is Graham Swift, which is as it appears on my works. I do not write under a pseudonym. My address is as above.

This opt-out shall apply to all works by Graham Swift, published or to be published, including but not limited to the following:

*The Sweet Shop Owner*
*Shuttlecock*
*Learning to Swim and Other Stories*
*Waterland*
*The Magic Wheel, An Anthology of Literature in Fishing* - (edited/written by Graham Swift with David Profumo)
*Out of this World*
*Ever After*
*Last Orders*
*The Light of Day*
*Tomorrow*
*Making an Elephant, Writing from Within*

This opt-out shall also apply to all works or portions of works by Graham Swift, including but not limited to those listed above, inserted in the publications of others.

Please confirm your receipt of this letter.

Yours faithfully,

Graham Swift