Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY  10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

Re:   The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136

Dear Clerk of Court,

By this letter, I opt out of the proposed settlement in this case.  I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

Sincerely,

David R.M. Prest

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312


Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136


Dear Clerk of Court,


By this letter, I opt out of the proposed settlement in this case. I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.


Sincerely,

*Anita Prest*

Anita Louise Prest