

# Kane Systems Inc.

Create
Transform
Achieve

Suite 200, 100 Park Royal, West Vancouver, B.C. Canada V7T 1A2
Tel: (604) 878-1850 Fax: (604) 878-1851 info@kanesystems.com



USDC SDNY
DOCUMENT
ELECTR... FILED
DOC #:
DATE FILED: 1/27/10

January 5, 2010

**Via Registered Mail**

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Sirs or Madams:

**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

Sincerely,

**Kane Systems Inc.**

*(signature)*

Publishers
Per: Vivian Kane
President & CEO

**Vivian Kane**

*(signature)*

Author
Per: Vivian Kane
c/o Kane Systems Inc.

------------------------

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

cc: Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
bookclaims@debevoise.com

cc: Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
32 Pine St., Ste. 200
San Francisco, CA 94104
bookclaims@durietangri.com