Valerie Georgeson
La Garde de Brux
86510 Chaunay
France

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE      1/27/10

First of two pages

65-CV - 8136

8th January 2010

Google Book Search Settlement Administrator, c/o Rust Consulting, PO Box 9364,
Minnneapolis, MN 55440-9364, USA

Dear Sir or Madam,

**Google Book Settlement : Notice of Opting Out.**

By this letter, I opt out of the proposed Google Book Settlement. I am opting out of the "Author Sub-Class", and for the avoidance of any doubt also out of the "Publisher Sub-Class", and out of the settlement in its entirety.

I request that you send me written confirmation by post of your receipt of this letter.

I am a citizen of the UK. I am not a lawyer, but I understand that the settlement's use of the Berne Convention to extend its reach to non-US authors has been disputed. I waive no rights, and reserve all arguments on questions of law and jurisdiction.

I have written and/or published works under names including, but not limited to the following forms and pseudonyms :
**Valerie Georgeson / Valerie Brown / Zoe Halliday**.

Google Inc. Has no licence or authorization to digitize or display any of my work. Please instruct Google to refrain in future from digitizing my works; immediately remove and withhold from display any works of mine that it has digitized; delete all digital copies of my works from all servers or sources from which Google or any participating libraries could make any uses; and delete all copies held on any form of electronic back-up storage media.

My works include, but are not limited to, the following :

See second page

*V. Georgeson*

**<u>Google Book Settlement : Notice of Opting Out.</u>**　　　　　　**Second of two pages**

| Title | Publisher | | isbn | Named author |
|-------|-----------|---|------|--------------|
| Angels on the Move | New English | : | 9780-450053870 | Valerie Georgeson |
| Angels on the Move | New English | : | 9780-450053873 | Valerie Georgeson |
| Angels, Duty Calls | Severn House | : | 9780-727806369 | Valerie Georgeson |
| Angels, Duty Calls | Mayflower | : | 9780-583131995 | Valerie Georgeson |
| Brother Cat, Brother Man | Hodder | : | 9780-340651230 | Zoe Halliday |
| The Turning Tides | Futura | : | 9780-708826980 | Valerie Georgeson |
| The Turning Tides | Macdonald | : | 9780-356107714 | Valerie Georgeson |
| Seeds of Love | Futura | : | 9780-708832721 | Valerie Georgeson |
| Seeds of Love | Macdonald | : | 9780-356120553 | Valerie Georgeson |
| Seeds of Love | Ulverscroft | : | 9780-708984468 | Valerie Georgeson |
| Seeds of Love | Charnwood | : | 9780-708984460 | Valerie Georgeson |
| Whispering Roots | Futura | : | 9780-708837498 | Valerie Georgeson |
| Whispering Roots | Macdonald | : | 9780-356147543 | Valerie Georgeson |
| Whispering Roots | Charnwood | : | 9780-708984871 | Valerie Georgeson |
| The Haunted Tree | Futura | : | 9780-708844755 | Valerie Georgeson |
| The Haunted Tree | Macdonald | : | 9780-356175607 | Valerie Georgeson |

And Mum Came Too

　　　Scene Scripts Four　　Longmans　　:　　97805-82223936　　Valerie Georgeson

Insert : story in :-

'Dandelion Clocks'　　Michael Joseph:　　9780-718117212　　Edit Alfred Bradley &
pages 156-164 `　　　　　　　　　　　　　　　　　　　　　　Kay Jamieson.

'Sophie's Blues' by Valerie Georgeson

Dandelion Clocks　　Penguin　　:　　9780-140048111　　Edit Alfred Bradley &
pages 156-164　　　　　　　　　　　　　　　　　　　　　Kay Jamieson

Sophie's Blues by Valerie Georgeson

　　　　　　　　　　　　　　Yours faithfully,

　　　　　　Valerie Georgeson *Valerie Georgeson*

Copies to :-

1) Office of the Clerk, J Michael McMahon, US District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 USA

2) Counsel for the Author Sub-Class, Boni & Zack LLC, 15, St Asaph's Road, Bala Cynwyd, PA19004, USA.

3) Counsel for the Publisher Sub-Class, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, USA

4) Counsel for Google, Durie Tangri Lemley Roberts & Kent LLP, 332, Pine Street, Suite 200, San Francisco, CA 94104, USA.