

324 Black Point Road, Ingomar
R.R.#3 Shelburne
Nova Scotia
CANADA B0T 1W0
January 12, 2010

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY
USA 10007-1312

**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names, and/or pseudonyms: Leigh Faulkner

My works include, but are not limited to, the following: "Charge", "Into Nests, Each Perfect as an Inner Ear!", "Where the Fields End", "Outside the Event Horizon", "Way to go!".

I am opting out because the works are entirely mine and no one else has any right to them.

Sincerely,

Leigh Faulkner

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN
USA 55440-9364