Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/10

113-1556 East 5th Ave.
Vancouver, BC
Canada V5N 1L7

Jan. 6, 2008

**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

My works include, but are not limited to, the following: Plenty: Eating Locally on the 100-Mile Diet; Plenty: One Man, One Woman, and a Raucous Year of Eating Locally; The 100-Mile Diet: A Year of Local Eating.

Sincerely,

Alisa Smith

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

113-1556 East 5th Ave.
Vancouver, BC
Canada  V5N 1L7

Jan. 6, 2008

**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

My works include, but are not limited to, the following: Plenty: Eating Locally on the 100-Mile Diet; Plenty: One Man, One Woman, and a Raucous Year of Eating Locally; The 100-Mile Diet: A Year of Local Eating; and Dead Man in Paradise. I am also a co-author of I Live Here.

Sincerely,

*[signature]*

James (J.B.) MacKinnon