

]

**Clare Morrall**
**22 Larch Drive,**
**Northfield,**
**Birmingham,**
**B31 5HB**
**UK**

13th January 2010

Google Book Search Settlement Administrator
c/o Rust Consulting
P O Box 9364
Minneapolis
MN 55440-9364
U S A

05-CV-8136

Dear Sir or Madam

Google Book Settlement (Author Sub-Class): Notice of Opting Out

This is to give notice that I am opting out of the Author Sub-Class in the Google Book Settlement, and from any participation in the settlement.

Since Google has no licence or authorisation to digitize or display any of my work, all works by me should be removed immediately from its databases and/or should not be digitized or displayed in the future by Google.

These instructions include but are not limited to the following books:

**Astonishing Splashes of Colour** - ISBN: 0-9541303-2-4
Publisher: Tindal Street Press

**Natural Flights of the Human Mind** – Hardback ISBN:0-340-89649-3
Paperback ISBN:0-340-89651-5

Publisher: Sceptre

**The Language of Others** - Hardback ISBN:978-0-340-89665-5
Paperback ISBN:978-0-340-89667-9
Publisher: Sceptre

**The Man Who Disappeared** – Hardback ISBN:978-0-340-99427-6


Yours sincerely

*C. Morrall*

Clare Morrall


Cc bookclaims@durietangri.com (Google Counsel)