The Green,
Bridge Street,
Llanon.
Ceredigion.
SY23 5 HA.
United Kingdom.

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312
USA.

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

14 January 2010

**Re:    The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I have written and/or published works under names including, but not limited to, the following pen name: Matthew Francis

My works include, but are not limited to, the following:

> Matthew Francis, *WHOM* (London: Bloomsbury, 1989) 978-0747503910
> Matthew Francis, *WHOM* (London: Bloomsbury, 1990) 978-0747505969
> Matthew Francis, *Blizzard* (London: Faber and Faber, 1996) 978-0571178544
> Matthew Francis, *Dragons* (London: Faber and Faber, 2001) 978-0571206667
> Matthew Francis, *Where the People Are: Language and Community in the Poetry of W.S. Graham* (Cambridge: Salt Publications, 2004). 978-1844710485
> Matthew Francis, *Where the People Are: Language and Community in the Poetry of W.S. Graham* (Cambridge: Salt Publications, 2004). 978-1876857233
> W.S. Graham, *New Collected Poems,* edited by Matthew Francis (London: Faber and Faber, 2004). 978-0571210152
> W.S. Graham, *New Collected Poems,* edited by Matthew Francis (London: Faber and Faber, 2005). 978-0571209897
> Matthew Francis, *Whereabouts* (Toronto: Rufus Books, 2005) 0973037016
> Matthew Francis, *Whereabouts* (Toronto: Rufus Books, 2006) 978-0955290404
> Matthew Francis, *Mandeville* (London: Faber and Faber, 2008) 978-0571239276

Yours Faithfully

*[signature]*

Matthew Charles Francis