

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/10

Heather Morrall
22 Larch Drive
Northfield
Birmingham
B31 5HB
UK

Google Book Search Settlement Administrator
c/o Rust Consulting
P O Box 9364
Minneapolis
MN 55440-9364
U S A

OS-CV-8136

Dear Sir or Madam

Google Book Settlement (Author Sub-Class): Notice of Opting Out

This is to give notice that I am opting out of the Author Sub-Class in the Google Book Settlement, and from any participation in the settlement.

Since Google has no licence or authorisation to digitize or display any of my work, all works by me should be removed immediately from its databases and/or should not be digitized or displayed in the future by Google.

These instructions include but are not limited to the following books:

The Echo Glass
978-0955425202
Rubery Press

The Echo Glass
978-1411653764
Lulu.com

Shrink
978-0955425219
Rubery Press

Yours sincerely

Heather Morrall

Cc bookclaims@durietangri.com (Google Counsel)