USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-10

Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names, and/or pseudonyms:

Douglas Johnson
Maureen Johnson
Live Model Books (Publisher)
Live Model Books LLC (Publishing Company)

My works include, but are not limited to, the following:

| Title | ISBN |
|---|---|
| Art Models 2 Life Nude Photos for the Visual Arts | 9780981624907 |
| Art Models 3 Life Nude Photos for the Visual Arts | 9780981624914 |
| Art Models 4 Life Nude Photos for the Visual Arts | 9780981624921 |
| Art Models 4 Life Nude Photos for the Visual Arts | 9780981624938 |
| Art Models 2 Life Nude Photos for the Visual Arts | 9780981624945 |
| Art Models 5 Life Nude Photos for the Visual Arts | 9780981624952 |
| Art Models 5 Life Nude Photos for the Visual Arts | 9780981624969 |
| Art Models Ultra: Becca | 9780981624990 |
| Live Model Book One: Artistic Nude Figures for Drawing, Painting, and Sculpture | 9780976457305 |
| Live Model Book One Artistic Nude Figures for Drawing, Painting, and Sculpture | 9780976457312 |
| Art Models Life Nudes for Drawing Painting and Sculpting | 9780976457329 |
| Art Models Life Nudes for Drawing Painting and Sculpting | 9780976457336 |
| Art Models Life Nudes for Drawing Painting and Sculpting | 9780976457343 |
| Art Models Life Nudes for Drawing Painting and Sculpting | 9780976457350 |
| Art Models Life Nudes for Drawing Painting and Sculpting | 9780976457367 |
| Art Models 2 Life Nude Photos for the Visual Arts | 9780976457374 |
| Art Models 2 Life Nude Photos for the Visual Arts | 9780976457381 |
| Art Models 3 Life Nude Photos for the Visual Arts | 9780976457398 |

Sincerely,

*Douglas Johnson*  *Maureen Johnson*

Douglas Johnson          Maureen Johnson
Live Model Books LLC     Live Model Books LLC

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

The Author's Guild et al v. Google Inc. Doc. 813