Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

Re:   The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I am opting out because of the way this proposed settlement appears to negatively affect an author's copyright.

Sincerely,

(Andrea Winterbottom)

Signed on January 4, 2010 in North Vancouver, Canada.

The Author's Guild et al v. Google Inc.   Doc. 814

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364