Google Book Search Settlement Administrator,
c/o Rust Consulting,
PO Box 9364,
Minneapolis,
MN 55440-9364,
USA

4th January 2010

Dear Sir

**OPT OUT OF THE GOOGLE BOOK SETTLEMENT**

05-CV-8136

I write to request that I opt out of the Google Book Settlement in respect of the following work:

Title: High Heels and a Head Torch: The Essential Guide for Girls Who Backpack
Publisher: Pan Macmillan
Publication Date: July 2009
ISBN 10: 0330479717
Author: Chelsea Duke

I am opting out of the Author Sub-Class and am the author of the work. My address is:
4 Latham Road, Fair Oak, Eastleigh, Hampshire, UK, SO50 8EZ

I also request that the above title should not be digitized, and that if it has been digitized that it is removed immediately from the Google Books database.

Please acknowledge receipt of this request to the address above.

Yours faithfully

**Chelsea Duke**

Copies to:

Office of the Clerk, J. Michael McMahon, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, USA (by post)

Counsel for the Author Sub-Class: Michael J. Boni, Esq. Joanne Zack, Esq. Joshua Snyder, Esq.
Boni & Zack LLC, 15 St. Asaphs Road, Bala Cynwyd, PA 19004, USA (by email)

Counsel for Google: Daralyn J. Durie, Esq. Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP, 332 Pine Street, Suite 200, San Francisco, CA 94104, USA (by email)

The Author's Guild et al v. Google Inc. Doc. 815