David McRae,
9 McCort Dr.,
Caledon Village, Ont.
L7K 0Z4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

January 7, 2010

Office of the Clerk of Court
U.S. District Court of the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: The Authors Guild, Inc. et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of **both** the "Author Sub-Class" and the "Publisher Sub-Class" and out of the settlement in its entirety.

Yours sincerely,

*[signature]*

David McRae.

Cc: Google Book Search Settlement Administrator
c/0 Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

The Author's Guild et al v. Google Inc.  Doc. 816