Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136**

By this letter, I opt out of the proposed settlement in this case. I am opting out of both the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

I am opting out because I believe this to be a copyright infringement and a form of pirating, both of which are illegal under the law. As I plan to publish in the future, I do not wish to be bound by the rules and regulations set up in any settlement of this sort.

And I must ask one final question: Why would the law allow something that it considers illegal to go through court and give this selfsame illegal act tentative approval?

Sincerely,
Erika Faith Larsen

Erika Faith Larsen

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

The Author's Guild et al v. Google Inc.

Doc. 818

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/27/10

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
bookclaims@bonizack.com

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
bookclaims@debevoise.com

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri Lemley Roberts & Kent LLP
32 Pine St., Ste. 200
San Francisco, CA 94104
bookclaims@durietangri.com