Office of the Clerk of Court
U.S. District Court for the Southern District of N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10
```

Re: The Authors Guild, Inc., et al. v. Google Inc., No. 05 CV 8136

By this letter, I opt out of the proposed settlement in this case. I am opting out of <u>both</u> the "Author Sub-Class" and the "Publisher Sub-Class," and out of the settlement in its entirety.

[Optional:] I have written and/or published works under names including, but not limited to, the following variant spellings, forms, pen names, and/or pseudonyms:

*Thomas King, Hartley GoodWeather*

[Optional:] My works include, but are not limited to, the following:

*See attached*

[Optional:] I am opting out because ...

Sincerely,

The Author's Guild et al v. Google Inc.            Doc. 819

*[signature]*
Thomas (Hunt) King
82 Water St.,
Guelph, Ontario, Canada
N1G 1A5
519-824-2634

cc: Google Book Search Settlement Administrator
c/o Rust Consulting
PO Box 9364
Minneapolis, MN 55440-9364

[Optional copies to lawyers for Google, print publishers, and the Authors Guild:]

hhoy@uoguelph.ca
FAX: 519-824-9189

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC

Books by Thomas (Hunt) King or Hartley GoodWeather (pseud.)

A Coyote Solstice Tale. Illus. Gary Clement. Toronto: Groundwood/House of Anansi, 2009. (juvenile fiction).

Red Power Murders. By Hartley GoodWeather, pseud. Toronto: HarperCollins, 2006. 317 pp. (novel)

A Short History of Indians in Canada: Stories. Toronto: HarperCollins. 2005. 232 pp.

Coyote's New Suit. Illus. Johnny Wales. Toronto: Key Porter, 2004. 36 pp. (juvenile fiction)

The Truth about Stories: A Native Narrative. 2003 Massey Lectures. Toronto: House of Anansi, 2003.

DreadfulWater Shows Up. By Hartley GoodWeather, pseud. Toronto: HarperCollins, 2002. 233 pp. New York: Scribner, 2003. DreadfulWater kreuzt auf. Trans. Monika Blaich and Klaus Kamberger. Zurich: Unionsverlag, 2005.

Truth and Bright Water. Toronto: HarperCollins, 1999. 266 pp. New York: Grove Atlantic, 2000. Munroe Swimmer est de retour. Terres D'Amérique. Trans. Hughes Leroy. Paris: Albin Michel, 2002. istina i sjajna voda. Trans. Darija Kos. Zagreb: Sipar, 2005.

Coyote Sings to the Moon. Illus. Johnny Wales. Toronto: Key Porter, 1998. 36 pp. (juvenile fiction)

One Good Story, That One (short stories). Toronto: HarperCollins, 1993. 145 pp. New edition, 1999.

Green Grass, Running Water (novel). Toronto/New York: HarperCollins/Houghton Mifflin, 1993. 360 pp. New edition, 1999. Wenn coyote tanzt. Trans. Cornelia Panzacchi. Munich: Al Verlag, 2003. L'herbe verte, l'eau vive. Terres d'Amérique. Trans. Hugues Leroy. Paris: Albin Michel, 2005.

A Coyote Columbus Story. Illus. Kent Monkman. Toronto: Groundwood Books, 1992. 30 pp.(juvenile fiction)

Medicine River. Toronto: Penguin, Canada, 1990. 261 pp. Mestecho Medicine River (Czechoslovakian translation). Trans. Miriam Skudlova. Melantrich, 1995. Medicine River: roman. Terre indienne. Trans. Hugues Leroy. Paris: Albin Michel, 1997. Medicine River: Roman. Trans. Cornelia Panzacchi. Munich: Al Verlag, 2008.

All My Relations: An Anthology of Contemporary Canadian Native Fiction. Edited with an introduction (pp. ix-xvi). Toronto: McClelland and Stewart, 1990. 220 pp.

The Native in Literature: Canadian and Comparative Perspectives. Edited with Helen Hoy and Cheryl Calver. Toronto: ECW Press, 1987. 232 pp.