## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendants. | Case No. 05 CV 8136-DC (ECF) |

### NOTICE OF FILING OF OBJECTION TO AMENDED SETTLEMENT BY HACHETTE LIVRE, S.A., LIBRARIE ARTHÈME FAYARD, S.A., DUNOD EDITEUR, S.A., LES EDITIONS HATIER, S.N.C., AND EDITIONS LAROUSSE, S.A.S.

PLEASE TAKE NOTICE that on January 27, 2010, Class Member Hachette Livre, S.A., on behalf of itself and its subsidiaries Librarie Arthème Fayard, S.A., Dunod Editeur, S.A., Les Editions Hatier, S.N.C. and Editions Larousse, S.A.S., each of which is also a Class Member (collectively, the "Hachette Objectors"), filed an objection to the Amended Settlement in this action. (A copy of this objection is attached hereto as Exhibit 1). Based on their objection, the Hachette Objectors request that the Court reject the Amended Settlement.

| | |
|---|---|
| Dated: New York, New York<br>      January 27, 2010 | Respectfully Submitted,<br><br>/s/  Robert C. Micheletto<br><br>**JONES DAY**<br>Robert C. Micheletto (RM-3258)<br>Nina Yadava (NY-5782)<br>222 East 41st Street<br>New York, New York 10017<br>Tel: 212.326.3939<br>Fax: 212.755.7306<br><br>*Attorneys for Class Members Hachette Livre, S.A., Librarie Arthème Fayard, S.A., Dunod Editeur, S.A., Les Editions Hatier, S.N.C. and Editions Larousse, S.A.S.* |

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF FILING was served on all counsel of record on January 27, 2010, by electronic mail through the Court's CM/ECF system.

/s/ Robert C. Micheletto