

14 Grafton Crescent
London NW1 8SL
Tel: 020 7482 0609
Fax: 0870 141 0447
E-mail: tony@tonypeake.com
Website: www.tonypeake.com

24th December 2009

Google Book Search Settlement Administrator,
c/o Rust Consulting
PO Box 9364
Minneapolis
MN 55440-9364
USA

05-cv-8136

Dear Sirs,

GOOGLE SETTLEMENT – opting out of Author Sub-Class

This is to confirm that as an author I wish to opt out of the Google settlement, which I have already done on line.

In addition, I do not want my books to be digitized – and I request that any books of mine that have been digitized be removed from Google's database.

These instructions include but are not limited to the publications listed overleaf:

I'd be grateful if you could please acknowledge receipt of these instructions.

Thank you.

Yours sincerely,

Tony Peake

cc   Office of the Clerk,
J. Michael McMahon,
U.S. District Court for the Southern District of New York,
500 Pearl Street, New York, New York 10007, USA

*A Summer Tide* by Tony Peake
Abacus 1993 – ISBN: 0349104816, LCCN: gb93050057, OCLC: 28859843
Abacus 1994 – ISBN: 0349105537

*The Good Butler* by Tony Peake (insert in *Seduction, ed. Tony Peake*)
Serpent's Tail 1994 – ISBN: 1852423145, LCCN: 93086624, OCLC: 30743831

*Son to the Father* by Tony Peake
Little, Brown 1995 – ISBN: 0316875449; LCCN: gb95063888, OCLC: 33043684
Abacus 1996 – ISBN: 0349108072

**Derek Jarman** by Tony Peake
Little, Brown 1999 – ISBN: 0316644668, OCLC: 185708071, OCLC: 222610960, OCLC: 41620242, OCLC: 42954347
Abacus 2001 - ISBN: 0349112436, OCLC: 247801683
Overlook Press 2000 – ISBN: 1585670669, LCCN: 00058455, OCLC: 231873711, OCLC: 44549056

| | | |
|---|---|---|
| **Fairy Tale** | An essay in 'The Way We Are Now: gay and lesbian lives in the 21st century' | Edited by Ben Summerskill<br>Continuum - London – 2006<br>ISBN 0826487858<br>LCCN: 2006297964<br>OCLC: 62344345 |
| **A Portrait** | New Writing 13 | Edited by Toby Litt & Ali Smith<br>Picador, London, 2005<br>ISBN 0330485997<br>Picador, USA, 2005<br>ISBN:0330485997, LCCN:2005434337, OCLC:254143359, OCLC:57355906 |
| **By the Pool** | The Gay Times Book of Short Stories: New Century New Writing | Edited by P-P Hartnett<br>Gay Times Books, Millivres Ltd., London, 2000<br>ISBN 190285192<br>OCLC: 47066367 |
| **A Son's Story** | The Mammoth Book of Gay Short Stories | Edited by Peter Burton<br>Robinson Publishing, London, 1997<br>ISBN 1854875183<br>Carroll & Graf, 1997<br>ISBN 0786704306<br>LCCN: 97028172<br>OCLC: 37246195 |
| **Crossing the Line** | Winter's Tales 10 | Edited by Robin Baird-Smith<br>Constable, London, 1994<br>ISBN 0094738300 |

| | | |
|---|---|---|
| **A Son's Story** | Winter's Tales 9 | Edited by Robin Baird-Smith<br>Constable, London, 1993<br>ISBN 0094728100 |
| **Necessary Appendages** | The Penguin Book of Contemporary<br>South African<br>Short Stories | Edited by Steven Gray<br>Penguin, London, 1993<br>ISBN 0140237267<br>OCLC: 32825335 |
| **Girl Dancing** | Winter's Tales 8 | Edited by Robin Baird-Smith<br>Constable, London, 1992<br>ISBN 0094716005 |
| **Necessary Appendages** | Winter's Tales 7 | Edited by Robin Baird-Smith<br>Constable, London, 1991<br><br>ISBN 009470810X |