# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendants. | Case No. 05 CV 8136-DC (ECF) |

## NOTICE OF FILING OF OBJECTION TO AMENDED SETTLEMENT BY HACHETTE U.K. LIMITED

PLEASE TAKE NOTICE that on January 27, 2010, Class Member Hachette U.K. Limited filed an objection to the Amended Settlement in this action. (A copy of this objection is attached hereto as Exhibit 1). Based on its objection, Hachette U.K. Limited requests that the Court reject the Amended Settlement.

Dated: New York, New York
       January 27, 2010

Respectfully Submitted,

/s/ Robert C. Micheletto

**JONES DAY**
Robert C. Micheletto (RM-3258)
Nina Yadava (NY-5782)
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Attorneys for Class Member Hachette U.K. Limited*

NYI-4248969v1

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF FILING was served on all counsel of record on January 27, 2010, by electronic mail through the Court's CM/ECF system.

/s/ Robert C. Micheletto