**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
The Authors Guild, Inc., Association of American  :
Publishers, Inc., et al.,                          :  Case No. 05 CV 8136-DC
                                                   :
       Plaintiffs,  :  **NOTICE OF INTENT TO**
                                                   :  **APPEAR BY PRIVACY**
v.                                                 :  **AUTHORS AND PUBLISHERS**
                                                   :
Google Inc.,                                       :
                                                   :
       Defendant.   :  **ECF CASE**
                                                   :
--------------------------------------------------------------- x

| | |
|---|---|
| Cindy Cohn (*admitted pro hac vice*) | Aden J. Fine |
| Jennifer Granick | American Civil Liberties Union |
| Electronic Frontier Foundation | Foundation |
| 454 Shotwell Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94110 | New York, NY 10001 |
| (415) 436-9333 x108 | (212) 549-2693 |
| cindy@eff.org | affine@aclu.org |
| | |
| Jennifer Lynch (*admitted pro hac vice*) | David I. Pankin |
| Jason Schultz | The Law Offices of David I. Pankin, P.C. |
| Samuelson Law, Technology & Public Policy Clinic | 48 Willoughby Street |
| UC Berkeley School of Law | Brooklyn, NY 11201 |
| 389 Simon Hall | (718) 243-2444 |
| Berkeley, CA 94720 | dpankin@pankinlaw.com |
| (510) 642-7515 | |
| jlynch@law.berkeley.edu | |

I, Cindy A. Cohn, hereby notify the Court of my intent to appear at the Fairness Hearing in the above-captioned case, currently scheduled for February 18, 2010 pursuant to the Order of this Court of November 19, 2009 (Document 772). As explained in the Objection filed on September, 8, 2009 (Document 281), I will be appearing as counsel for several objecting members of the proposed Author Sub-Class identified as the Privacy Authors and Publishers.

The Amended Settlement fails to address any of the privacy concerns raised by the Privacy Authors and Publishers. In accordance with the Court's Order of November 19, 2009 (Document 772), therefore, we have not filed an additional objection at this juncture. Nonetheless, our original Objections remain and we wish to address them before the Court at the Fairness Hearing.

Because of the lack of privacy protections in the settlement, the resulting Google Books services will deter readers, thereby harming the expressive and financial interest of authors. It will also harm these authors by interfering with their own freedom to read without being tracked. The Privacy Authors and Publishers were not adequately represented in the settlement negotiations, and the settlement itself is not fair, reasonable or adequate to the class members or to the public.

I hereby certify that I am admitted to practice *Pro Hac Vice* before this Court.

DATED: January 27, 2010

Respectfully submitted,

By _____/s/Cindy A. Cohn_____

Cindy Cohn (*pro hac vice*)
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Jennifer Lynch (*pro hac vice*)
Samuelson Law, Technology & Public Policy Clinic

UC Berkeley School of Law
389 Simon Hall
Berkeley, CA 94720

Aden J. Fine
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10001

David I. Pankin
The Law Offices of David I. Pankin, P.C.
48 Willoughby Street
Brooklyn, NY 11201