UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild Inc., Association of American Publishers, Inc., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>Google Inc.,<br><br>　　　　　　　　　Defendant. | Case No. 05-CV-8136 (DC)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that undersigned, of Lincoln Square Legal Services, Inc., hereby appears as counsel of record for putative class members Science Fiction and Fantasy Writers of America, Inc., and the American Society of Journalists and Authors, Inc.

　　　I certify that I am authorized to practice in this court.

Dated:　January 28, 2010
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Ron Lazebnik*
　　　　　　　　　　　　　　　　　　　　　　　　　　Ron Lazebnik
　　　　　　　　　　　　　　　　　　　　　　　　　　Supervising Attorney

　　　　　　　　　　　　　　　　　　　　　　　Lincoln Square Legal Services, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Samuelson-Glushko Intellectual
　　　　　　　　　　　　　　　　　　　　　　　Property & Information Law Clinic
　　　　　　　　　　　　　　　　　　　　　　　Fordham Law School
　　　　　　　　　　　　　　　　　　　　　　　33 West 60th Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10023
　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 636-6934
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 636-6923
　　　　　　　　　　　　　　　　　　　　　　　rlazebnik@law.fordham.edu

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Class Members Science Fiction and Fantasy Writers of America, Inc., and American Society of Journalists and Authors, Inc.*

## **CERTIFICATE OF SERVICE**

I, Ron Lazebnik, do hereby certify that on January 28, 2010, I caused a true and correct copy of the foregoing Rule 7.1 Statement, in The Authors Guild et. al. v. Google, Inc., Case No. 05 CV 8136-DC, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all CM/ECF subscribers, including:

>Michael J. Boni, Esq.
>Joanne Zack, Esq.
>Joshua Snyder, Esq.
>Boni & Zack LLC
>15 St. Asaphs Road
>Bala Cynwyd, PA 19004
>bookclaims@bonizack.com
>
>Jeffrey P. Cunard, Esq.
>Bruce P. Keller, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY 10022
>bookclaims@debevoise.com
>
>Daralyn J. Durie, Esq.
>Joseph C. Gratz, Esq.
>Durie Tangri Lemley Roberts & Kent LLP
>332 Pine Street, Suite 200
>San Francisco, CA 94104
>bookclaims@durietangri.com

Any persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will be served by United States Postal Service, first class mail.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2010
       New York, New York

                                          */s/ Ron Lazebnik*
                                          Ron Lazebnik