UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Author's Guild Inc., Association of American Publishers, Inc., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Google Inc., <br><br> Defendant. | Case No. 05-CV-8136 (DC) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for putative class member Science Fiction and Fantasy Writers of America, Inc. ("SFWA"), certifies that SFWA does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: January 28, 2009
New York, New York

Respectfully submitted,

LINCOLN SQUARE LEGAL SERVICES, INC.

By: ___/s/ Ron Lazebnik___
     Ron Lazebnik

Samuelson-Glushko Intellectual
Property & Information Law Clinic
Fordham Law School
33 West 60th Street, 3rd Floor
New York, New York 10023
Phone: (212) 636-6934
Fax: (212) 636-6923
rlazebnik@law.fordham.edu

*Attorneys for Science Fiction and Fantasy Writers of America, Inc.*

# CERTIFICATE OF SERVICE

I, Ron Lazebnik, do hereby certify that on January 28, 2010, I caused a true and correct copy of the foregoing Notice of Appearance, in The Authors Guild et. al. v. Google, Inc., Case No. 05 CV 8136-DC, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all CM/ECF subscribers including:

> Michael J. Boni, Esq.
> Joanne Zack, Esq.
> Joshua Snyder, Esq.
> Boni & Zack LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> bookclaims@bonizack.com
>
> Jeffrey P. Cunard, Esq.
> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> bookclaims@debevoise.com
>
> Daralyn J. Durie, Esq.
> Joseph C. Gratz, Esq.
> Durie Tangri Lemley Roberts & Kent LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> bookclaims@durietangri.com

Any persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will be served by United States Postal Service, first class mail.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2010
New York, New York

*/s/ Ron Lazebnik*
Ron Lazebnik