**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE AUTHORS GUILD, *et al.,*

        Plaintiffs,

  v.                                            CIV. NO: 05-CV-8136

GOOGLE, INC.,

        Defendant.


To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for *amicus curiae* Center for

Democracy & Technology.  I certify that I am admitted to practice in this court *pro hac*

*vice* by order on November 23, 2009.

                                     Respectfully submitted,

                                      /s/

                                    John B. Morris, Jr., D.C. Bar # 436459
                                    Center for Democracy & Technology
                                    1634 I Street, NW, Suite 1100
                                    Washington, D.C. 20006
                                    (202) 637-9800
                                    (202) 637-0968 fax
                                    jmorris@cdt.org


Dated: January 28, 2010

## CERTIFICATE OF SERVICE

I, John B. Morris, Jr., hereby certify that this Appearance is being served by e-mail on:

Michael J. Boni
Counsel for the Author Sub-Class
Bookclaims@bonizack.com

Jeffrey Cunard
Counsel for the Publisher Sub-Class
Bookclaims@debevoise.com

Daralyn Durie
Counsel for Google
Bookclaims@kvn.com

.

/s/
_____
John B. Morris, Jr., Esq.
Center for Democracy & Technology
1634 I Street, NW, Suite 1100
Washington, D.C. 20006
(202) 637-9800

Dated: January 28, 2010