UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al. ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.  05 CV 8136 |
| Google, Inc. ) ) | SUPPLEMENTAL OBJECTIONS |
| Defendant, ) | |

Now come Charles D. Weller, an individual residing in Cuyahoga County Ohio, and Dirk Sutro, an individual residing in San Diego County, California ("Objectors") by and through the undersigned counsel, and hereby file these Supplemental Objections to the Proposed Amended Settlement.

Objectors hereby restate and reallege all arguments contained in the objections that were filed on or about September 8, 2009 (Docket # 280) and incorporate by reference all of the arguments made in the other supplemental objections that have been filed, including, but not limited to, those made by Amazon.Com, Inc. (Docket # 823).

Respectfully Submitted

   /s/ Edward F. Siegel

Edward F. Siegel (Ohio Bar No. 0012912)
27600 Chagrin Blvd #340
Cleveland, Ohio    44122
Voice           (216) 831-3424
Facsimile     (216) 831-6584
E-mail         efsiegel@efs-law.com


Darrell Palmer (SBN 125147)
Law Offices of Darrell Palmer

1

603 North Highway 101, Ste A
Solana Beach, California 92075
(858) 792-5600
(858) 792-5655
Darrell.palmer@cox.net

Counsel for Objectors

CERTIFICATE OF SERVICE

The foregoing supplemental objections were filed electronically with the Court on January 28, 2010, and were by such system filed on all other counsel of record.

   /s/ Edward F. Siegel_____