UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHOR'S GUILD, et al.,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE, INC.,<br><br>    Defendants. | 05 cv 08136 (DC) |

**NOTICE OF APPEARANCE**

 Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., is hereby entering an appearance of counsel of record for putative plaintiffs' class members AT&T Corp. and its affiliates.

Dated: January 28, 2010

                KELLOGG, HUBER, HANSEN, TODD,
                 EVANS & FIGEL, P.L.L.C.

                By: */s/ Derek T. Ho*
                 Derek T. Ho (DH-0104)
                 Michael J. Guzman (Admitted Pro Hac)
                 KELLOGG, HUBER, HANSEN,
                   TODD EVANS & FIGEL, P.L.L.C.
                 1615 M Street, N.W., Suite 400
                 Washington, D.C.  20036
                 Tel:  (202) 326-7900
                 Fax:  (202) 326-7999
                 dho@khhte.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 28, 2010.  Any other counsel of record will be served via electronic and first class mail.

/s/ Derek T. Ho
Derek T. Ho (DH-0104)
KELLOGG, HUBER, HANSEN,
    TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dho@khhte.com