UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Author's Guild Inc., Association of
American Publishers, Inc., et al.,

       Plaintiffs,

  -against-

Google Inc.,

       Defendant.

Case No. 05-CV-8136 (DC)

## **DECLARATION OF RON LAZEBNIK**

 1. My name is Ron Lazebnik. I am a member of the Bar of this Court and of the firm Lincoln Square Legal Services, Inc., the not-for-profit organization through which Fordham University School of Law runs some of its clinical programs.  Lincoln Square Legal Services, Inc., is counsel for putative class members Science Fiction and Fantasy Writers of America, Inc. ("SFWA") and the American Society of Journalists and Authors, Inc. ("ASJA"), in this action (collectively the "Objecting Organizations").

 2. I make this Declaration in support of the Objecting Organizations' objection to the Amended Settlement Agreement on the grounds asserted in the accompanying Memorandum of Law.

 3. Annexed hereto as Exhibit A is a copy of what I understand to be a web page that was associated with the URL http://www.ursulakleguin.com/UKL_info.html as of January 28, 2010. Exhibit A is a copy of a petition letter, written by Ursula K. Le Guin and signed by several other authors, requesting that this Court reject the Amended Settlement Agreement.

4. Annexed hereto as Exhibit B is a copy of what I understand to be a web page that was associated with the URL http://www.ebook-converter.com/google-books-download.htm as of January 28, 2010. Exhibit B is a website where users may purchase a program which converts e-books to PDF files, which can be saved on a user's hard drive and printed.

5. Annexed hereto as Exhibit C is a copy of what I understand to be a web page that was associated with the URL http://www.aboutonlinetips.com/google-books-downloader as of January 28, 2010. Exhibit C is a website containing information about programs which convert e-books to file formats which allow a user to save and print the e-book.

WHEREFORE, the Objecting Organizations respectfully request that this Court reject the Proposed Amended Settlement Agreement.

I, RON LAZEBNIK, declare under penalty of perjury that the forgoing is true to the best of my knowledge, information, and belief.

Dated: January 28, 2010
New York, N.Y.

                                               */s/ Ron Lazebnik*
                                                  Ron Lazebnik

# CERTIFICATE OF SERVICE

I, Ron Lazebnik, do hereby certify that on January 28, 2010, I caused a true and correct copy of the foregoing document, in The Authors Guild et al. v. Google, Inc., Case No. 05 CV 8136-DC, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all CM/ECF subscribers, including:

> Michael J. Boni, Esq.
> Joanne Zack, Esq.
> Joshua Snyder, Esq.
> Boni & Zack LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> bookclaims@bonizack.com
>
> Jeffrey P. Cunard, Esq.
> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> bookclaims@debevoise.com
>
> Daralyn J. Durie, Esq.
> Joseph C. Gratz, Esq.
> Durie Tangri Lemley Roberts & Kent LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> bookclaims@durietangri.com

Any persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will be served by United States Postal Service, first class mail.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2010
New York, New York

*/s/ Ron Lazebnik*
Ron Lazebnik