# EXHIBIT A


Search

Custom Search

**[Home](#)**

**[Lavinia](#)**

**[The Left Hand of Darkness](#)**

**[New](#)**

## About UKL

[Publicity Photos](#)
[Calendar](#)
[Getting in Touch](#)
[FAQ](#)
[Biography](#)
[Bibliography](#)
[Awards & Honors](#)
[Reviews of UKL Books](#)
[Interviews with UKL](#)
[In Spanish](#)
[Photo Album](#)

## By UKL

[Selected Work Onsite](#)
[Works in Print](#)
[Works in Electronic Form](#)
[Book Information Pages](#)
[About Writing](#)
[About Films](#)
[Book Reviews by UKL](#)
[Speeches](#)
[Audio - Video - Music](#)
[Maps & Illustrations](#)
[Notes & Comments](#)
[Neat Stuff](#)

## Nuts & Bolts

[Opening Map](#)
[Offsite Links](#)
[Archives](#)
[RSS Feed](#) 



Photo © by Marian Wood Kolisch

# Ursula K. Le Guin



## Petition Letter to the Judge of the Google Book Settlement

### and List of Authors Opposing the Settlement

The following petition was submitted to Judge Chin on January 26th, 2010, with the names of the 367 authors who signed it with me.

I am proud to be in their company.

The petition and the list of names will remain posted until the court hearing in February.

Names that came in just past the deadline are [listed separately](#), as supporters of our effort.

It's no longer possible to sign the petition. But you are welcome to join the discussion of the Google Settlement and related issues at the [Book View Cafe blog](#).

— *UK*



# Petition Concerning the Google Book Settlement

The Google Settlement was negotiated by the Authors Guild, without consultation with any other group of authors or American authors as a whole. The Guild cannot and does not speak for all American writers. Its settlement cannot be seen as reflecting the will or interest of any group but the Guild.

Three groups of American writers, the National Writers Union, the American Society of Journalists and Authors, and the Science Fiction and Fantasy Writers of America, are opposed to the settlement. So are all the signatories of this letter: professional writers, who make part or all their living from their copyrights.

Ireland, India, South Africa, and New Zealand (countries with active publication in English) protested the settlement and have been exempted from it. The governments of Germany and France protested unregulated digitization and have been exempted from the Settlement (and the French Government is suing Google for illegal digitization of copyrighted property.)

We ask that the United States also be exempted from the settlement. We ask that the principle of copyright, which is directly threatened by the settlement, be honored and upheld in the United States.

The "opt-out" clause in the Settlement is most disturbing:
First, it seems unfair that, by the terms of the class-action settlement, authors can officially present objections to the Court only by being "opted in" to the settlement and thereby subjecting themselves to its terms.
Second, while the "opt-out" clause appears to offer authors an easy way to defend their copyright, in fact it disguises an assault on authors' rights. Google, like any other publisher or entity, should be required to obtain permission from the owner to purchase or use copyrighted material, item by item.

There is no justification for reversing that rule by forcing copyright owners to defend their right against every careless or predatory use of the material, thus rendering copyright essentially meaningless.

The United States Department of Justice agrees, having declared that Google should negotiate individually with copyright holders. The Director of the United States Copyright Office calls the Settlement "an end-run around copyright law."

The free and open dissemination of information and of literature, as it exists in our Public Libraries, can and should exist in the electronic media. All authors hope for that. But we cannot have free and open dissemination of information and literature unless the use of written material continues to be controlled by those who write it or own legitimate right in it.

We urge our government and our courts to allow no corporation to circumvent copyright law or dictate the terms of that control.

— *Ursula K. Le Guin*



## Author List

[Millicent Borges Accardi](#)
[Danny Adams](#)
[Max Adams](#)
Nona Aguilar
Brigit Aine
[Sara Amis](#)
Karla Andersdatter
Douglas A. Anderson
Donna Andrews
[Judith Arcana](#)
William H. Ash III
[Lori K. Baker](#)
[Susan Pease Banitt](#)
[Douglas Barbour](#) (CANADA)
Darryl Barnes
[David M. Bartell](#)
[Anita Bartholomew](#)
[Ray Bartlett](#)
[Michel Basilieres](#) (Canada)
[Elizabeth Bear](#)
[Marc Beaudin](#)
Georgia Beaverson
William Bedford
Angela Benedetti
Carol Berg
Gail J. Berg
Mary Rose Betten
David Biespiel
Madeline Bodin
Moe Bowstern (aka Lara Mulvaney)
[Irene Brady](#)
R V Branham
[Greg Breining](#)
[Marie Brennan](#)
[Patricia Briggs](#)

Steven Brown (Stan!)

N M Browne (UK)

Jonathan Buckley

Beverly Burmeier

Ken Burnside

Julie Ann Burton/Jenn Saint-John

M.L. Bushman

Charles Butler

Mary Lynn Cabrall

Ken Cadow

Sheila Callahan

Mike Cane

Michael Capobianco

Amy Sterling Casil

Richard Cass

Victor M. Cassidy

Christine Cole Catley

Karen Christino

Margaret Chula

Chris Clarke

Amanda Cockrell

Brian E. Cooper

E.W. (Ellen) Count

Brad Crawford

J.D. Crayne

Barbara Crooker

Eliza Cross

Raul daSilva

Meryl Davids

Steve Davidson

Robert A. Davies

Kathryn Lynn Davis

Milly Dawson

Francesca De Grandis

Guy Anthony De Marco

Pamela Dean

Stephen Delaney

Alyx Dellamonica

Barbara Demarco-Barrett

Jackie Dishner

Roger Dorband

John Dougherty (U.K.)

Ramsay Dow

[Matt Doyle](#)

[Noreen Doyle](#)

Laree Draper

Dave Draper

Lisa Duchene

Joe Dully

[Hal Duncan](#)

[Ann Dupuis](#)

[E.T. (Cy) Eberhart](#)

John Edge

Rosemary Edghill

[Sabine Eiche](#)

[Carol Ekarius](#)

Michael Elcock

[Thomas Evans](#)

D.R. Evans

[Julie Fanselow](#)

[Fawn Fitter](#)

Judith Fitzgerald

Sean P. Fodera

[Tim Folger](#)

James Talbot Frain

[Scott Fratcher](#)

[Barb Freda](#)

[I.G. Frederick](#)

Judith Freeman

Rebecca French

Paula Friedman

Mark L. Fuerst

Cathie Gandel

[Lynne Garner ](#)(U.K.)

Melissa Gaskill

[Phillis Gershator](#)

[Jason E. Gillikin](#)

[Laura Anne Gilman](#)

Rachel Gladstone-Gelman

Molly Gloss

Joe Gold

[Kim Goldberg](#)

[Stephanie Golden](#)

[Toni Goldfarb](#)

Lisa Goldstein

Mickey Goodman

Michelle Goodman

Felicity Goodyear-Smith (NZ)

Jodie Gould

Steven Gould

Timothy Gower

Rosalie V. Grafe

Shawn Granger

Beverly Gray

Frances Grimble

Mavis Guinard

Eileen Gunn

Marilyn Hacker

Andrea Hairston

Nancy W. Hall

Kate Hanley

Nick Harkaway (UK)

Lisa Harkrader

Deborah Harmes

Edward Hasbrouck

Justin Adams Haven

John Hedtke

John G. Hemry/Jack Campbell

John Henley

Saxon Henry

Roland Hess

James A. Hetley

Jack Hillman

Bill Hinchberger

Jim C. Hines

Peter Hobbs

Harriet Hodgson

Rachel Holmes (U.K.)

Lynley Hood (N.Z.)

Kay Hooper

Elizabeth Meade Howard

Keri Hulme (N.Z)

Deborah R. Huso

Blake Hutchins

Shane Ivey

Angie Jabine

[Betsy James](#)

[Roby James](#)

[Victoria Janssen](#)

Jan Jasper

[Liesl Jobson ](#)(SOUTH AFRICA)

[Judith Johnson](#)

Larissa Brittany Johnson

Gwyneth Jones

[Miracle Jones](#)

Spike Y Jones

Mary Kaiser

[Stacia Kane](#)

Judith Karpova

[Christine Kuehn Kelly](#)

[Steve Kenson](#)

Claire J. Keyes

[Katharine Eliska Kimbriel](#)

Brittany Kingston

James Kite

[Ellen Klages](#)

Martin Klimes

[Andrew Kozma](#)

Bill Kropla

[Ondine Brooks Kuraoka](#)

[Louise Lacey](#)

Mercedes Lackey

[Marc Laidlaw](#)

Sarah Lamstein

Ruth Laney

[Cassandra Langer](#)

[Katherine Langrish](#)

Rodger Larson

Jack Lasenby (N.Z.)

[Janine Latus](#)

Christina R. Lay

Jack Baldwin LeClair

[Stephen Leigh](#)

Lisbeth Levine

[John R Levine](#)

Isaac Levy

Peter R. Limburg

Jonathan Lipkin

Norman M. Lobsenz

Elise Logan

James Lowder

Sallie Lowenstein

Michael W Lucas

Rosalie Maggio

Daryl F Mallett

Roger Marshall

Lee Martindale

Joan Mazza

Gwendolyn R. McAlister

Michael McCallister

Bonnie McGinnis

Vonda N. McIntyre

Mary Mihaly

Sandra Miller-Louden

Randi Minetor

Fred Minnick

Devon Monk

Elizabeth Moon

John Moore

Robin Morgan

Stephen Morrill

Evan Morris

Nancy Mulvany

Moira Munro (U.K)

Kim Murphy

Randy Myers

Katherine Nabity

Joanna Nadin

Elizabeth Sussman Nassau

Judy Nedry

Erik Ness

Richard Jeffrey Newman

Claire Nolan

Fredrick Rea O'Keefe

Jerry Oltion

Luis Ortiz

Naomi Otsubo

James A. Owen

Lisa L. Owens

Helen Oyeyemi

Maggie M. Paquet (CANADA)

Richard Parks

Wendy Patterson

Claudia Pearson

Susan K. Perry

Lawrence Person

Catherine M. Petrini

Evelyn Jean Pine

Lavinia Pisano

Kate Pocock

Paul Preuss

Joan Price

John Pritchard (U.K.)

Tom Purdom

Alexis Quinlan

Phyllis Radford

Cornelia Read

Melissa Readon

Bonnie Remsberg

Laura Resnick

Karen Packard Rhodes

Dick Richards

Linda Riebel

Mimi Riser

Madeleine E. Robins

Kim Stanley Robinson

Deborah Robson

Peter Rock

John Rosengren

Betsy Rosenthal

Adrienne Ross

Carolee Ross

Manuel Royal

John Royce

Beth Rubin

Helen Ruggieri

Sue Russell

Jesse Jayne Rutherford

Vicki Salemi

Deb Salisbury

Anne Sanders (Australia)

Patricia Sargeant

Willa Schneberg

Lani Schonberg

[Candace Schuler](#)

[Daylle Deanna Schwartz](#)

Kamila Shamsie

Marie Shear

Anna Sheehan

Tamara Sheehan

[Jean Sheldon](#)

[Walt Shiel](#)

Denise Siino

Andrew G. Simpson

Ruth Singer

Vandana Singh

[Shelley Slouza](#)

Sonya Smith

Karen Smith (CANADA)

[Cheryl Solimini](#)

Lisa Spangenberg

Bud Sparhawk

[Philip Spiegel](#)

[Gillian Spraggs](#) (United Kingdom)

Charles C. Spray

[Michael A. Stackpole](#)

[Allen Steele](#)

[Jonathan Steinberg](#)

John Stickler

Brooke C. Stoddard

Michael Swanwick

[Claire Sykes](#)

Judith Tarr

James Taylor

[Charlene Teglia](#)

Philip Temple (N.Z.)

Malinda Terry

Allan Terry

Bridget Mintz Testa

Sheree Renee Thomas

Amy Thomson

[Jeff Tidball](#)

Rachel Tillman

Pamela Toler

Debra Traverso

Liza Groen Trombi

Jerome Tuccille

Barbara J. Turner

Donna Van Cleve

Raymond Van Over

Elisabeth Vonarburg (Canada)

Dian Vujovich

Ken Wachsberger

John Walker (Australia)

James Waller

Jo Walton

Andrea Warren

John F. Wasik

Bud Webster

Katharine Webster

Marvin Weisbord

Henry Wessels

Brook West

Martha Ullman West

Victoria Wheeler

Charles Whipple

Russell Wild

Lorraine Wilde

Elizabeth Wiley

Bill Williams

Bob Wilson

Brandon Wilson

Marsha Winborn

Michele Wojciechowski

Jenny Woolf (U.K.)

Jennifer Worick

Sharon Wood Wortman

Helen S. Wright (UK)

Jan Wright

Rustin H. Wright

Jane Yolen

Martin Zucker

Supporters of the Effort





Translation by Ursula K. Le Guin
Music by Todd Barton
Shambhala Publications
Includes Two CDs
October 2009

More Current Publications



## Ephemera & Offsite Links

- "Ursula Le Guin gathers writers against Google deal," CBC News.
  23 January 2010

- The Guardian and Huffington Post on UKL Google Settlement letter.
  23 January 2010

- Mediabistro reports on UKL Google Settlement letter.
  21 January 2010

- West Coast Meeting on Google Settlement
  NWU's West Coast informational event for authors about the revised Google

## New on the Website

- Petition Letter to the Judge of the Google Book Settlement.
  25 January 2010

- Notes & comments: My letter of resignation from the Authors Guild
  7 January 2010

- Schedule update: Third Angle Music, Portland
  4 January 2010

- Review, The True Deceiver, by Tove Jansson
  28 December 2009

- Notes & comments: Clif Kroeber's Five-Point Plan for Peace and Security

Books settlement proposal.
Friday, Jan. 22, 2010
7:00 p.m.
Berkeley. CA
15 January 2010

Canadian Writers Oppose
Google: *Globe and Mail*; Sarah
Sheard's blog.
11 January 2010

"The Hidden Sky," a musical
based on "The Masters" by
UKL. New York City, Jan. 30 -
Feb. 28, 2010.
9 January 2010

Updates, comments, and more
info on the Google Settlement
and UKL's Authors Guild
resignation letter: The
Guardian; PR Newswire.
7 January 2010

Mark Barrett comments on
UKL's AG resignation
3 January 2010

Matthew Peterson interviews
UKL for The Author Hour.
Audio, transcript, and bonus
questions. 🔊
12 November 2009

Lao Tzu: Tao Te Ching, new
Shambhala edition of
translation by UKL. Includes
Two CDs
11 November 2009

*Lavinia* is on the long list for
the International IMPAC
Dublin Literary Award.
4 November 2009

21 December 2009

New *Cat Dreams* review.
3 December 2009

New *Lavinia* review.
10 November 2009

Book review by UKL: The Post
Office Girl, by Stefan Zweig.
Literary Review 2009
5 November 2009

Updates: Major Titles PDF,
Bio, Bio PDF, audiobooks,
audio downloads and "Read
by the Author."

Archives: Announcements and New on the Website

# LAVINIA

[Locus Award](#) for *Lavinia*!

## The Best Books of 2008

The *Oregonian* names *Lavinia* ("brilliant") one of the [Top 10 Northwest Books](#) of 2008.

Cleveland *Plain Dealer*: "A time-traveling Virgil meets the young wife he tosses off in a few lines in *The Aeneid*, and gasps, 'I thought you were a blonde.' Le Guin's wit and scholarship burnish this beautiful, rewarding and unjustly overlooked novel, for which she retooled her grasp of Latin. A believable immersion into an ancient world and the antique virtues of loyalty and grace." — Karen Long, Book Editor, Sunday, December 14, 2008. [complete article]



Orion
May 2009

## Other Editions

[Orion](#), May 2009
[Trade paperback](#).
[Audio download](#), audible.com, narrated By Alyssa Bresnahan. Unabridged.

## Online Reading

Audiofile of UKL's *Lavinia* reading at the Corvallis-Benton County Library

[MP3 [24Mb]](#) 



Harcourt
April 2008

## Reviews

### IO9
### 01/11/09

*Lavinia* "is one of the most eloquent, profound and moving novels I have ever read and it should have won every major literary award out there." [complete review]

*Jo Fletcher's Picks*
*IO9*



Mariner Books
April 2009

### The Independent
### 9/08/09

"With this characteristically graceful retelling of the final stages of Virgil's *Aeneid*, one of the master fabulists of our time crowns a great career. A luminous novel that should appeal across genres and generations."

*The Subtle Knife*
1 August 2009

"...through the elusive voice that speaks here, shifting and uncoiling like a thread of smoke in still air, Le Guin addresses a wide range of issues — the use of power, the differences (as always!) between men and women, the meaning of war, cruelty and violence; and the nature of the creative and artistic process of storytelling and mythmaking itself." [complete review]

*Times On Line*
28 June 2009
(Excerpt)

"...ranging through historical, political and spiritual arenas, across centuries, through dreams and poems and geographical fact... This is a work of passion, written with cool expertise: a cracker." [complete review]

*— Lucy Atkins*
*"Summer reading: fiction roundup"*

*The Australian*
5 July 2009
(Excerpt)

"Le Guin cleverly and playfully... asserts Lavinia as a real person in her own right, while at the same time leaving her subject to her immutable role in *The Aeneid*. The contrast is intriguing, and adds a surprising and interesting depth to what would in any event have been an exceedingly well-told tale."

*— George Williams*
*"Expanding on Virgil"*

The Telegraph
21 June 2009
(Excerpt)

"Her achievement is to complement the original epic so distinctively, as if in a dialogue or dance with the poet who inspired her."

*— John Garth*
*[complete review]*

The Guardian
14 June 2009
(Excerpts)

She is a social novelist in the best sense of the term [...] her ultimate concern is with the real world. In this novel, Virgil's imaginary Italy allows her a manipulatory freedom which a more realistic method would not. [complete review]

*Tobias Hill*

Times Literary Supplement
May 22, 2009
(Excerpts)

...Ursula Le Guin's vivid novel gives Lavinia a voice, without any serious pretence that the experience of a princess of the Bronze Age can be recalled. ... The world she describes in tender detail is a pastoral utopia, sufficiently alien from modern values to catch the interest of an author who has always chosen to examine the workings of contemporary society by imagining something wholly different....

    ...The most haunting passages of the novel imagine Lavinia meeting the shade of Virgil at the sacred shrine of Albunea, where spirits communicate with the living. These encounters are necessarily perplexing, for Lavinia knows that she has no life outside Virgil's poem.... Virgil is brought to acknowledge that he has not done justice to the self-possessed, dark young woman who stands before him: "I thought you were a blonde!" Here Le Guin makes her authority felt, insisting on a different kind of reality.... But this is not a matter of Le Guin affirming a superior understanding. Virgil's dignity and stature are given their full weight, and a sense of his sadness suffuses the novel....

    ...Lavinia's enduring vitality lies in her love for her flawed and courageous husband, who represents a society with 'certain homely but delicate values, such as ... loyalty, modesty, and responsibility.' Le Guin has her own modesty, and would not claim to have superseded Virgil's achievement. Her novel ... is a moving testament to the conversations that great writers sustain through the centuries.

*— Dinah Birch*
*Times Literary Supplement*
*May 22, 2009*

"[A] subtly moving, playful, tactfully told story, a novel that brought me to tears more than once."

*— Charlotte Higgins*
*The Guardian, 23 May 2009*
*[complete review]*

"...a perfectly balanced blend of feeling, metre and storytelling..."

*— Guy Haley*
*Death Ray*
*[complete review]*
*[240Kb PDF]*

★ "...deserves to be ranked with Robert Graves's *I, Claudius*."

*— —Publishers Weekly starred review*
*[complete review]*

★ "...a love offering to one of the world's great poets..." —*Library Journal* starred review

★ "Arguably her best novel..." — *Kirkus* starred review

"Le Guin's accumulated wisdom and clear-eyed awareness of political and gender issues are quietly folded into a dignified, courageous heroine — giving her a depth and warmth that makes this compelling reading." Deirdre Baker reviews *Lavinia* for *The Toronto Star.* [complete review]

"Sing Muse, of the woman unsung: Ursula Le Guin's *Lavinia* is for both scholars and laymen." *The Inkwell Review* interviews UKL and reviews *Lavinia.*

"Ursula K. Le Guin, True Original" — Rick Simonson reports on UKL's *Lavinia* reading at Elliott Bay Book Company in Seattle, for PW.

"...a highly readable, wise, contemporary novel...." Clay Evans reviews *Lavinia* for the *Daily Camera,* Boulder, CO [offsite link]

"Lavinia is a magnificent book, an intellectual, moral and emotional achievement..." Cecelia Holland reviews *Lavinia* for *Locus* [complete review]

The Book Show, ABC Australia, interviews UKL. Transcript and audio. [Offsite link]

"Le Guin resists the urge to pass judgment, letting the story tell itself. Her narrator's empathy and tolerance not only make her a compelling character. They also illuminate what is best in *The Aeneid,* offering us a fresh perspective on our leading epic of how the West was won." — Mike Fischer, Milwaukee *Journal Sentinel* [complete review]

"Lavinia has no feminist ax to grind, but immortality has given her a lot of time to think and she wants to set the record straight." — Susan Balée, *Philadelphia Inquirer* [complete review]

"...devotees and new readers alike have an immensely important work — perhaps the masterwork of her career — to revel in." — Victoria A. Brownworth, *Baltimore Sun.* [complete review]

"...the inspired novelist has turned back toward the past — or, to be precise, poetry and myth about the past, because Lavinia is a literary rather than a historical figure — and written one of the finest novels she has ever made....'" — Alan Cheuse, *Chicago Tribune.* [complete review]

"Le Guin recasts this story with primal vigor and spare but powerful language." — Barbara McMichael, *The Olympian Online* [complete review]

"...ripe with that half-remembered virtue, wisdom..." — Laura Miller, Salon.com. [complete review]

"Ursula Le Guin's delightful new novel..." — Alan Cheuse for "All Things Considered" [complete review — Text or audio]

"In simple, stately prose that does no violence to Vergil's work, Le Guin presents the rough, unpretentious dignity of the ancient pagans." — Eve Ottenberg, *The Washington Post.* [complete review]

"...an absorbing, reverent, magnificent story, one I will be pressing upon my friends all year." — Karen Long, Cleveland *Plain Dealer.* [complete review]

"Everywhere Le Guin catches the rhythms of the great epic, echoes them, riffs. In a way, this is a jazzy book, playing in odd syncopation with a massive canonical work." — *LA Times Calendar Online* [more]

"Ursula K. Le Guin's brilliant new novel..." — Portland *Oregonian* [more]

"...compulsively readable... a winning combination of history and mythology...." — *Booklist* [more]

"Ursula Le Guin Champions Vergil's Neglected Heroine." — Yvonne Zipp, *The Christian Science Monitor* [complete review]

"A Princess Seeking a Voice." — Cynthia Crossen; interview & review, *The Wall Street Journal.* [complete article]

More about *Lavinia*

# Current Publications

























 



## Search



Google™
Custom Search



### Site Outline

Website Copyright © 2010 by Ursula K. Le Guin

#1181344
Updated Tuesday January 26 2010
Webmaster