# EXHIBIT B

# [eBook Converter](...)

Convert ebook to pdf format

- Home
- Download
- Purchase
- Support

# [Google Books Download](...)



Google books can be viewed online but there is no way to make the contents available offline easily, **Google book download** is tools to download parts or entire books in pdf format. it is quite easy to use like a browser, one-click to download any book available in "full view" from Google books.

        Download     1.3M    Buy Now!    $29.9

## Key Features

- One-click download
- It is a web browser, easy to use.
- Safely download, prevent to lockout by Google.

## Screenshots








| Download | 1.3M | Buy Now! | $29.9 |

Products

- Digital Editions Converter
- Google Books Download
- Kindle PC Converter
- Mobipocket Converter

Service

- 1.Home
- 2.Download
- 3.Purchase
- 4.Support

Releate Article

- Adobe Digital Editions
- eBook Converter
- Google Books
- Kindle PC
- Mobipocket

Contact Us | Terms of Use | Trademarks | Privacy Statement
Copyright © 2010 eBook Converter. All Rights Reserved.