# EXHIBIT C

[Binary Head](#)

Digging the Websphere

Join 2,000+ Binary Head Subscribers

- [RSS](#)
- [Email](#)
- [Twitter](#)
- [Facebook](#)

- [Home](#)
- [About us](#)
- [Popular Posts](#)
- [Blogging Tips](#)
- [Popular](#)
- [Tips and Tricks](#)
- [Subscribe](#)

Ads by Google    Google Books    Books Store    PDF to Image    Speed Download

# 5 Tools to Download any Book from Google and save it as PDF

| More

**Google Website Optimizer**
Test ways to improve your site with an
easy-to-use tool inside AdWords
www.google.com/websiteoptimizer

**Internet Marketing Degree**
Get Your Online Degree Learning Search Engine
Marketing & Placement
www.FullSail.edu

**Ads by Google**
Flash Flip Book
Best Download Manager
Accelerator Download
Youtube Video Download

**Block Trojan Downloader**
Stop Trojan attacks at Server level GFI
MailSecurity, Free 30 day Trial
www.gfi.com

**10** retweet    Google Book Search is a tool from Google that searches the full text of books that Google scans, converts to text using optical character recognition, and stores in its digital database. Many popular books are available with Google Book. The books available can be read online only and cannot be downloaded for later use. You can download certain books as pdf that allows public-domain works and are free from copyright protection. Only few books are available with full preview based on agreements with publishers.

 Share Page     Stumble It!     Digg This     Twitter     Fan Page    | Chat with your friends



Following are different tools using which you can download any Google book and save it as PDF file or print it.

### 1) Google Books Downloader
Google Book Downloader is a tool that allows you to save book as PDF from google to your computer. Before using this tool make sure you have properly installed Microsoft .net Framework 3.5 SP1(**Install**)

### How to use Google Books Downloader?

1. Download **Google Books Downloader**. Extract or unzip the file. Double click mdgb.exe to run the application.
2. Paste the URL of the book you want to download.
3. Press "Check" button. Book will be checked and all available pages will be retrieved.
4. Press "Download entire book" button to download all the pages in one go.
5. Press "Save entire book as…" button. All downloaded pages will be saved in PDF format.

### 2) Leechvideo



Visit **leechvideo** and input URL of the book you searched from Google. Input the URL for the book you want to download and press the 'Grab' button. The page retrieval process in the form of image files will start as soon as you press the 'Grab' button. Click right mouse button on the links and save it manually one by one. You can use **Orbit** for batch downloading

### 3) Greasemonkey script
This is the most powerful and stable way to download Google Book. You can easily download any book from books.google.com using Greasemonkey script. Just follow the simple steps below.



1. This hack only works with firefox browser. Make sure you install firefox browser.
2. Now install **Greasemonkey Script** and then install **Google book downloader userscript**.

screenshot.

5. Click the download button to download the images of each. Select the pages you wish to download and then right click and select FlashGot Selection to download the selected pages.

**4) Laneware.net**



Visit **laneware**. The tool works only on IE browser. Input the URL of the book you wish to download and you will get the links of the pages retrieved. I tried the tool but did not found much success. You can use its 'FAQ and Help' section for troubleshooting tips.

**5) ClickBook**



If you are looking for advance tool that can download google book and can print them for you as well then ClickBook is the best solution for you. The tool does not come free and is available for $49.95. Works only with Windows 95/98/ME /NT/2000/2003/XP/Vista. Visit **ClickBook** **for more details**.

**6) Download book without using any Tool**

1. Open computer with admin privileges and launch your Internet Explorer (Not Firefox). Now visit to the page in books.google.com that you want to download.
2. Navigate to "C:\Documents and Settings\%admin_name%\Local Settings\Temporary Internet Files\" of your computer machine and delete all of the content of the folder.
3. Browse the pages of the books that you want to download.
4. Open "Temporary Internet Files" folder. Copy all PNG files. These files are nothing but the pages of the scanned book
5. You can print the png files and arrange them in order for reading.

Please share other methods that can be used to extract the books from Google book search service.

**You might also like:**



How to become a successful Blogger – Free e-Book

Read Digital Comic Files (CBR and CBZ) with WPF Book Reader

How to Recover Passwords Stored in Google Chrome Browser

Add Digital Signatures to PDF Documents with JSignPdf

**LinkWithin**

**Related posts:**



Share Page | Stumble It! | Digg This | Twitter | Fan Page | Chat with your friends

1. Read Digital Comic Files (CBR and CBZ) with WPF Book Reader
2. Download or Export any Document from Google Docs
3. 5 Tools to Download/Record/Capture CNN & CNBC Videos
4. 6 Tools to Download Music or Songs from last.fm
5. Download Facebook Albums with a Single Click using FacePAD
6. How to Download 1080p High Definition Youtube Videos
7. Download Slides from SlideShare.net – Firefox Add-on
8. 5 Ways to Search Google,Yahoo,Wikipedia,YouTube using Command Line
9. 10 Ways to Download Wikipedia for Offline Browsing
10. Download Portable Google Chrome 3 for Mac OS X/Windows and Linux

Tagged as: Google

**DWG to PDF - Free Trial**
One-button PDFs, batch and more. Includes PDF editor to markup PDFs.
www.bluebeam.com

**Block Trojan Downloader**
Stop Trojan attacks at Server level GFI MailSecurity, Free 30 day Trial
www.gfi.com

**PDF Converter Download**
Convert Any Document to PDF or from PDF. Free Download!
www.Docudesk.com

**Free Internet Explorer® 8**
Download the New, Optimized Version of Internet Explorer® for Free Now!
www.IE8optimized.com

Ads by Google

Ads by Google   Smart Download   URL Backlinks   Sell PDF Books   Google Info

Email

Print

Twitter

Facebook



Get Freeware updates just like this one in your email inbox every day - for free! Just enter your email address below:

Google

Delicous

Subscribe

Stumble

Digg

More Destinations...



Add New Comment

 Share Page    Stumble It!    Digg This    Twitter    Fan Page   Chat with your friends

You are commenting as a Guest. Optional: Login below.

- 

Type your comment here.

Name | Website (optional)
Email | ☑ Subscribe to all comments by email

Post as Guest

## Showing 10 of 26 comments

Sort by Oldest first   ✉ Subscribe by email  Subscribe by RSS

- 

  *Bookreader* ⭐ 10 months ago

  testei todos e nehum funciona, acho que o google já desenvoldeu proteção.

  Mas valeu a tentativa.
  Flag
  Like  Reply  Reply

- 

  *luentang* ⭐ 10 months ago

  thank you for your way.this site is very good.
  Flag
  Like  Reply  Reply

  


http://www.aboutonlinetips.com/google-books-downloader/   5 of 14

 *RODRIGO RABELO* ⭐ [10 months ago](#)

OBRIGADO PELA DICA DO GREASEMONKEY! ÓTIMA!

[Flag](#)

`Like`  `Reply`  `Reply`

 *Annon* ⭐ [9 months ago](#)

I tried to use tools 3, GreaseMonkey script. I installed the required stuff in the order you gave. But, when I searched a book in [books.google.com](#), the 'Download Book this Book' button didn't show up. In other words, this method didn't work. I don't know why . Can you tell what sould I do? Thank you!

[Flag](#)

`Like`  `Reply`  `Reply`

 *John* ⭐ [9 months ago](#)

Google appear to have broken all the tools you mentioned with the possible exception of the one that requires users to pay for it.

[Flag](#)

`Like`  `Reply`  `Reply`

 *Andy* ⭐ [9 months ago](#)

The only way i find out that works is doing it manualy by tmeporary internet files...

[Flag](#)

`Like`  `Reply`  `Reply`

 *mark* ⭐ [8 months ago](#)

Yea all the above havfe been fixed by google book beta BUT This below works in Firefox

1. Install firebug and restart google
2. on the google book page enable console scripting and net.
3. Then in the menu scroll to what appears as getBooks?id.... the sixth in the list of the GET BOOK list
I found the page currently viewed I then opened it in the new tab and then clicked the pic for zoomed

Share Page | Stumble It! | Digg This | Twitter | Fan Page | Chat with your friends

4. Right click the zoomed inage in the new tab and save picture as.

It works on the 26th May 2009 and will for a long while cus it is the way the page is set up in html script and is hard to fix!!

Please post if this has helped

As for IE users I havent found a way yet
Flag
Like    Reply    Reply


*Muhaha* ⭐ 8 months ago

The GreaseMonkey Script works. I have no problem with it, go on the website he said and download the appropriate tool. Everything will work.
Flag
Like    Reply    Reply


*Mark* ⭐ 7 months ago

After downloading with GreaseMonkey where can I find the book?! What is the destination folder GM saves books to?

thank you!
Mark
Flag
Like    Reply    Reply


*wellsmed* ⭐ 6 months ago

It seems none of them works now. Any update?
Flag
Like    Reply    Reply

1 2 3 Next ▸

## Reactions


*train_boy* 3 weeks ago

http://tinyurl.com/cb46kn 5 Tools to Download any Book from Google and save it as PDF | Binary Head

 *Edubeat* 2 months ago

From twitter via BackType One more retweet from delicious50

5 Tools to Download any Book from Google and save it as PDF | Binary Head http://bit.ly/8pxtGy googlebooks

 *r_eijckeler* 3 months ago

From twitter via BackType

Boeken voortaan downloaden via Google Books? http://bit.ly/11JdXE

 *ernica* 3 months ago

From twitter via BackType

@viniciuschamico Vou testar esta segunda opção que está nesse site: http://tinyurl.com/cb46kn Era desse script que vc tinha me falado, né?

 *Xexeo* 4 months ago

From twitter via BackType

Como baixar livros do Google Book em formato PDF: http://bit.ly/oajLx

## Trackbacks

Trackback URL  `http://www.aboutonlinetip`

- *links for 2009-04-28 &laquo; techGOVERN*

  04/29/2009 12:38 AM

  [...] 5 Tools to Download any Book from Google and save it as PDF | About Online Tips (tags: books ...

- *Common Sense Atheism &raquo; How to Get Academic Papers for Free*

  12/23/2009 09:01 AM

  [...] Check for anthologies on Google Books. Search Google Books to see if the paper you want has been reprinted ...

blog comments powered by Disqus



 Share Page |  Stumble It! |  Digg This |  Twitter |  Fan Page | Chat with your friends





- **Mini Updates**

    - [Free Mobile Tools](#)
    - [iPhone Tools & Tips](#)
    - [100+ Twitter Tools](#)
    - [PDF Watermarking Tools](#)
    - [Image Watermarking](#)
    - [Subtitle Translators](#)
    - [Amazon S3 Tools](#)
    - [Free PDF Tools](#)
    - [PDF Password Remover](#)
    - [50+ Android Tools](#)
    - [40+ Windows Mobile Tools](#)
    - [40+ Free Blackberry Tools](#)
    - [Root Android Mobile](#)
    - [Unlock iPhone](#)
    - [Jailbrek iPhone](#)
    - [Encrypt Videos](#)
    - [Windows 7 Tools](#)

 Share Page |  Stumble It! |  Digg This |  Twitter | Fan Page | Chat with your friends

- SEO Twitter Tweets
- 10+ Calendar Sync Tools
- SkyDrive Tools
- Skype Recorder
- HD Yutube Douwnloader
- Facebook Tools
- iPhone Apps
- Backup Facebook
- SEO your Blog

- **Mega Gallery**



10 Best Free Skype Call Recorders

16 Ways to Track Twitter Links

50 Best Firefox extensions

50 portable apps for USB

18 Ways to Create Cartoons from your Digital Photo

  Share Page  Stumble It!  Digg This  Twitter  Fan Page    Chat with your friends



iPhone Jailbreak and Unlock Guide

20 Twitter Plugins to Sync with IM

10+ Last.fm Music Downloaders

50+ Twitter Clients for Mobile

10+ Twitter Translater Plugins

40+ Bing Tools, Tips and Tricks

35+ Amazon S3 Tools



Share Page   Stumble It!   Digg This   Twitter   Fan Page   Chat with your friends



10+ Desktop Torrent Search Engine Tools

30+ Ways to Save Wet Cellphone

15+ Tools to Share Files on Twitter

20+ Plugins for bbPress Forum

20+ Free VPN Tools

15 Free Subtitle Editors

21 Product Key Recovery Tools



Share Page   Stumble It!   Digg This   Twitter   Fan Page         Chat with your friends


[45+ Free Screen Cature Tools](#)

[90+ Free Antivirus Tools & Scanners](#)

## About Binary Head

A leading technology Blog on freeware Software Tools and applications, advance computer tips, how-to guides and tutorials related to Windows 7, Blogging, Social Networking, productivity, et cetera. [Read more..](#)

[Search]  Google™ Custom Search

## Share & Save









## Categories

[Select Category]

## Freeware Gallery

- [iPhone Jailbreak Guide](#)
- [Best Firefox Addons](#)
- [Free Skype Recorders](#)
- [Last fm Music Downloaders](#)
- [40+ Microsoft Bing Tips](#)
- [Free Product Key Recovery Tools](#)
- [Create Cartoons Online](#)
- [Portable USB Tools](#)

      

- [Free Screencapture Tools](#)
- [Best Subtitle Editors](#)

## Browse Binary Head

- [Free Mobile Tools](#)
- [Twitter Clients (Mobile)](#)
- [Free Antivirus Tools](#)
- [Best Windows 7 Tools](#)
- [SEO Tips for Bloggers](#)
- [Best Twitter Tools](#)
- [Free VPN Tools](#)
- [Twitter Translators](#)

## Subscribe to Binary Head



**Binary Head** | **About us** | **Copyright Policy** | **Privacy Policy** | **Disclaimer** | **Subscribe us** | **Advertise** |
**Contact us** | **RSS Feed** | **Sitemap**

 Share Page   Stumble It!   Digg This   Twitter   Fan Page    Chat with your friends