**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, et. al., | Case No. 05 CV 8136-DC |
| Plaintiffs, | Rule 7.1 Statement |
| v. | |
| Google Inc., | |
| Defendant. | |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Carl Hanser Verlag and the New Zealand Society of Authors (PEN NZ Inc.) certifies that no publicly held corporation owns 10 percent or more of the stock of these entities.

Dated:   January 28, 2009
         New York, New York

        MACHT, SHAPIRO, ARATO &
          ISSERLES LLP

              s/
        By:  Cynthia S. Arato (CA 8350)
             Alexandra A.E. Shapiro (AS 4816)
             1114 Avenue of the Americas
             45th Floor
             New York, New York 10036
             Phone: (212) 479-6724
             Fax: (212) 202-6417
             carato@machtshapiro.com
             ashapiro@machtshapiro.com

*Attorneys for Carl Hanser Verlag, Dr. Lynley Hood, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, Associazione Italiana Editori and the New Zealand Society of Authors (PEN NZ Inc.)*