USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-10

# acp
### association of CANADIAN PUBLISHERS

January 28, 2010

**ACP Council**

**Rodger Touchie**
*President, ACP*
Publisher & President,
The Heritage Group

**Margie Wolfe**
*Vice-President, ACP*
Publisher, Second Story Press

**Jack Wayne**
*Past President, ACP*
President, Canadian Scholars' Press

**Brian Henderson**
*Treasurer, ACP*
Director,
Wilfrid Laurier University Press

**Laurie Brinklow**
*Secretary, ACP*
Publisher, Acorn Press

*Members-at-Large*
**Karen Boersma**
Publisher, Kids Can Press

**Nancy Flight**
Associate Publisher,
Greystone Books

**Annie Gibson**
Publisher,
Playwrights Canada Press

**Grant Lovig**
President,
Company's Coming Cookbooks

**Nick Rundall**
Vice-President, Whitecap Books

**Dan Soucoup**
Manager, Nimbus Publishing

**Keith Thompson**
Publisher,
Thompson Educational Publishing

**Carolyn Wood**
*Executive Director, ACP*

Office of the Clerk
J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: The Authors Guild, Inc., Association of American Publishers, Inc., et al. v. Google Inc., No. 05 CV 8136 (DC)

Dear Judge Chin:

The Association of Canadian Publishers supports the Amended Google Book Settlement.

The ACP is the voice of Canada's independent English-language book publishing industry. Founded in 1976 as a successor to the Independent Publishers' Association (1972-1976), the ACP represents 133 Canadian-owned and -controlled companies, in every province of Canada. Our members publish in every genre – fiction, children's books, poetry, scholarly works (journals and books), drama, cookbooks, and all areas of non-fiction. ACP members have published the works of thousands of Canadian authors, and have made those works available in dozens of languages and countries around the world.

The ACP holds seats on the boards of all national industry organizations, including the Book and Periodical Council, BookNet Canada, Access Copyright, and the National Reading Summit, and is a member of the Canadian Conference on the Arts and the Canadian Arts Coalition. The ACP is also members of a number of international organizations, including the International Publishers Association, the Coalition for Cultural Diversity, and the *Grupo Iberoamericano de Editores*.

We consider the amended Settlement to be in the best interest of the majority of our members, particularly because it allows many Canadian publishers and/or authors to opt out of the agreement, with a process for doing so that is logical and transparent.

Sincerely,

Rodger Touchie
President

174 Spadina Avenue, Suite 306, Toronto ON M5T 2C2 • Tel (416) 487-6116 • Fax (416) 487-8815
www.publishers.ca