USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 05 CV 8136 (DC)

The Authors Guild, Inc., et al.,

    Plaintiffs,

v.

Google, Inc.,

    Defendant.

**NOTICE OF INTENT TO APPEAR**

JAN 27 2010

    I, Scott E. Gant, hereby notify the Court of my intent to appear at the Fairness Hearing in the above captioned case, currently scheduled for February 18, 2010. As explained in my Objection, filed in August 2009, I will be appearing in my individual capacity, as a member of the proposed Author Sub-Class.

January 2010

Respectfully submitted,

Scott E. Gant
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
202-237-2727
gbsobj@hotmail.com

The Author's Guild et al v. Google Inc.  Doc. 879