UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
The Authors Guild, Inc., Association of American :
Publishers, Inc., Associational Plaintiffs, and :
:
Herbert Mitgang, Betty Miles, Daniel Hoffman, : Case No. 05 CV 8136 (DC)
Paul Dickson, Joseph Goulden, The McGraw-Hill :
Companies, Inc., Pearson Education, Inc., Penguin :
Group (USA) Inc., Simon & Schuster, Inc., and : **MICROSOFT CORPORATION'S**
John Wiley & Sons, Inc., individually and on : **NOTICE OF INTENT TO**
behalf of all others similarly situated, : **APPEAR AT THE**
: **FEBRUARY 18, 2010**
Plaintiffs**,** : **FAIRNESS HEARING**
:
v. :
:
Google Inc., :
:
Defendant. :
:
---------------------------------------------------------------x

Please take notice that Microsoft Corporation intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010, to object to the Proposed Amended Settlement Agreement. Microsoft will appear through its attorneys Thomas C. Rubin, Charles B. Casper, and R. Montgomery Donaldson. I am admitted to practice in this Court. Charles B. Casper and R. Montgomery Donaldson are admitted *pro hac vice* (Docs. No. 740, 741).

       Respectfully submitted,

Date: February 1, 2010       **MICROSOFT CORPORATION**

       By:   <u>/s/ Thomas C. Rubin</u>
            Thomas C. Rubin (TR8845)
            Chief Counsel for Intellectual Property Strategy
            Law and Corporate Affairs
            One Microsoft Way
            Redmond, WA 98052
            (425) 882-8080
            tom.rubin@microsoft.com


**MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP**

       Charles B. Casper
       123 South Broad Street
       Philadelphia, PA 19109
       (215) 772-1500
       ccasper@mmwr.com
       *Admitted pro hac vice*

       R. Montgomery Donaldson
       1105 N. Market Street
       Suite 1500
       Wilmington, DE 19801
       (302) 504-7800
       rdonaldson@mmwr.com
       *Admitted pro hac vice*

       *Counsel for Microsoft Corporation*