UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

      Plaintiffs,

    v.

Google Inc.,

      Defendant.
------------------------------------------------------------------x

Case No. 05 CV 8136-DC
(ECF)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Macht, Shapiro, Arato & Isserles LLP, are hereby entering an appearance of counsel of record for Associazione Italiana Editori.

Dated: January 29, 2010
      New York, New York

MACHT, SHAPIRO, ARATO &
ISSERLES LLP

By: Alexandra A.E. Shapiro (AS 4816)
    Cynthia S. Arato (CA 8350)
    1114 Avenue of the Americas
    45th Floor
    New York, New York 10036
    Tel: (212) 479-6724
    Fax: (212) 202-6417
    carato@machtshapiro.com
    ashapiro@machtshapiro.com

*Attorneys for Carl Hanser Verlag, Dr. Lynley Hood, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, Associazione Italiana Editori and the New Zealand Society of Authors (PEN NZ Inc.)*