UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



The Author's Guild Inc., Association of American Publishers, Inc., et al.,

    Plaintiffs,

-against-

Google Inc.,

    Defendant.

Case No. 05-CV-8136 (DC)

**NOTICE OF INTENT TO APPEAR**

PLEASE TAKE NOTICE that undersigned counsel of record for putative class members Science Fiction and Fantasy Writers of America, Inc., and the American Society of Journalists and Authors, Inc., hereby notifies the Court of his intent to appear and be heard at the fairness hearing on Febuary 18, 2010, on behalf of the aforementioned putative class members.

Dated: January 28, 2010
      New York, New York

By: _/s/ Ron Lazebnik_
    Ron Lazebnik
    Supervising Attorney

Lincoln Square Legal Services, Inc.
Samuelson-Glushko Intellectual
Property & Information Law Clinic
Fordham Law School
33 West 60th Street, 3rd Floor
New York, New York 10023
Phone: (212) 636-6934
Fax: (212) 636-6923
rlazebnik@law.fordham.edu

*Attorneys for Class Members Science Fiction and Fantasy Writers of America, Inc., and American Society of Journalists and Authors, Inc.*

# CERTIFICATE OF SERVICE

I, Ron Lazebnik, do hereby certify that on January 28, 2010, I caused a true and correct copy of the foregoing Notice of Intent to Appear, in The Authors Guild et al. v. Google, Inc., Case No. 05 CV 8136-DC, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all CM/ECF subscribers, including:

> Michael J. Boni, Esq.
> Joanne Zack, Esq.
> Joshua Snyder, Esq.
> Boni & Zack LLC
> 15 St. Asaphs Road
> Bala Cynwyd, PA 19004
> bookclaims@bonizack.com
>
> Jeffrey P. Cunard, Esq.
> Bruce P. Keller, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY 10022
> bookclaims@debevoise.com
>
> Daralyn J. Durie, Esq.
> Joseph C. Gratz, Esq.
> Durie Tangri Lemley Roberts & Kent LLP
> 332 Pine Street, Suite 200
> San Francisco, CA 94104
> bookclaims@durietangri.com

Any persons identified in the Notice of Electronic Filing as having appeared in the case and who are not registered ECF users will be served by United States Postal Service, first class mail.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 28, 2010
New York, New York

*/s/ Ron Lazebnik*
Ron Lazebnik