UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,

                Plaintiffs,

        v.

GOOGLE INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 05 Civ. 8136 (DC)

**NOTICE OF INTENT TO APPEAR**

        Please take notice that author class members Arlo Guthrie, Catherine Ryan Hyde, Eugene Linden, and Julia Wright intend to appear, through their counsel, Andrew C. DeVore of DeVore & DeMarco LLP, at the Fairness Hearing in the above-captioned action currently scheduled for February 18, 2010, to object to the Proposed Amended Settlement Agreement.

Dated: New York, New York
       February 2, 2010

                                            Respectfully submitted,

                                            DEVORE & DEMARCO LLP

                                            By: /s/ Andrew C. DeVore
                                                 Andrew C. DeVore (AD - 3511)
                                                 99 Park Avenue, 16th floor
                                               New York, New York 10016
                                               (212) 922-9499
                                               acd@devoredemarco.com

                                            *Attorneys for Arlo Guthrie, Julia Wright,*
                                            *Catherine Ryan Hyde, and Eugene Linden*