UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTHOR'S GUILD, et al.,

                 Plaintiff,

-against-

GOOGLE, INC.

                 Defendants.

05 cv 08136 (DC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Derek T. Ho, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Kiran Sriram Raj |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street N.W., Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |

Kiran Sriram Raj is a member in good standing of the State Bar in District of Columbia. There are no pending disciplinary proceedings against Kiran Sriram Raj in any state or federal court.

Dated: January 28, 2010
City, State: Washington, DC

Respectfully submitted,

Derek T. Ho (DH-0104)
KELLOGG, HUBER, HANSEN,
    TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@khhte.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHOR'S GUILD, et al.,<br><br>     Plaintiff,<br><br>-against-<br><br>GOOGLE, INC.,<br><br>     Defendants. | 05 cv 08136 (DC)<br><br>AFFIDAVIT OF DEREK T. HO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

District of Columbia ) SS:

I, Derek T. Ho, being duly sworn, hereby deposes and says the following:

1. I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., and counsel for the Objectors in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Objector's motion to admit Kiran S. Raj as counsel pro hac vice to represent Objectors in this matter.

2. I am a member in good standing of the bar in the State of New York, and was admitted to practice law in January, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Kiran S. Raj since March, 2009.

4. Kiran S. Raj is an associate at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

5. I have found Kiran S. Raj to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kiran S. Raj pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kiran S. Raj, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kiran S. Raj, pro hac vice, to represent the Objector's in the above captioned matter, be granted.

Respectfully submitted,

Derek T. Ho (DH-0104)

Subscribed and Sworn to before me, in my presence, this 28th day of January, 2010.

Notary Public, D.C. My commission expires:

Marilyn R. Williams
Notary Public, District of Columbia
My Commission Expires 8-14-2010

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHOR'S GUILD, et al.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>GOOGLE, INC.,<br><br>　　　　　　　　　　Defendants. | 05 cv 08136 (DC)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Kiran S. Raj, attorney for AT&T Corp. and its affiliates and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

　　　　Applicant's Name:　Kiran S. Raj
　　　　Firm Name:　Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
　　　　Address:　1615 M Street N.W., Suite 400
　　　　City/State/Zip:　Washington, DC 20036
　　　　Telephone/Fax:　(202) 326-7900 / (202) 326-7999
　　　　Email address:　kraj@khhte.com

is admitted to practice pro hac vice as counsel for AT&T Corp. and its affiliates in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2010, I served a true and correct copy of the foregoing document to the party listed below via U.S Mail:

David J. Silbert
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

_____
Derek T. Ho (DH-0104)
KELLOGG, HUBER, HANSEN,
  TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@khhte.com

*Counsel for AT&T Corp. and its affiliates*



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

KIRAN RAJ

was on the 8TH day of JANUARY, 2010, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 27, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Cler