Daniel J. Fetterman
Peter J. Toren
Charlotte A. Pontillo
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

Attorneys for *Amicus* Consumer Watchdog

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, Inc., <br><br> Defendant. | Case No. 05 CV 8136-DC <br><br> Consumer Watchdog's Request To Appear At The February 18, 2010 <u>Fairness Hearing As *Amicus Curiae*</u> |

  Consumer Watchdog, amicus curiae, respectfully requests the Court's permission to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010.

  If granted permission to appear, Consumer Watchdog intends to briefly highlight why the proposed settlement, as currently constituted, violates the Berne Convention and unfairly favors one player in a complex copyright matter that would be more appropriately resolved by the U.S. Congress. Further, Consumer Watchdog intends to briefly discuss why it may be in the public's best interest for the Court to resolve the case's underlying questions concerning fair use. Consumer Watchdog has no financial interest in the outcome of the litigation, and thus can offer the Court an independent and unbiased perspective.

Dated: February 3, 2010              Respectfully submitted,

                                     /s/ Daniel J. Fetterman
                                     ──────────────────────────
                                     Daniel J. Fetterman
                                     Peter J. Toren
                                     Charlotte A. Pontillo
                                     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                     1633 Broadway
                                     New York, NY 10019
                                     Phone: (212) 506-1700
                                     Fax: (212) 506-1800

                                     *Attorneys for Amicus Consumer Watchdog*