**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, et. al., | Case No. 05 CV 8136-DC |
| Plaintiffs, | Rule 7.1 Statement |
| v. | |
| Google Inc., | |
| Defendant. | |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Associazione Italiana Editori certifies that no publicly held corporation owns 10 percent or more of the stock of this entity.

Dated:     February 4, 2010
             New York, New York     MACHT, SHAPIRO, ARATO & ISSERLES LLP

                                                s/
                                      By:   Cynthia S. Arato (CA 8350)
                                               Alexandra A.E. Shapiro (AS 4816)
                                               1114 Avenue of the Americas
                                               45th Floor
                                               New York, New York 10036
                                               Phone: (212) 479-6724
                                               Fax: (212) 202-6417
                                               carato@machtshapiro.com
                                               ashapiro@machtshapiro.com

                                             *Attorneys for Carl Hanser Verlag, Dr. Lynley Hood, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, Associazione Italiana Editori and the New Zealand Society of Authors (PEN NZ Inc.)*