UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
The Authors Guild, Inc., Association of American  :
Publishers, Inc., et al.,                         :
                                                  :
        Plaintiffs,                               :
                                                  :  Case No. 05 CV 8136-DC
        v.                                        :         (ECF)
                                                  :
Google Inc.,                                      :
                                                  :
        Defendant.                                :
------------------------------------------------------------------------x

## NOTICE OF INTENT TO APPEAR

Please take notice that the undersigned, of the law firm Macht, Shapiro, Arato & Isserles LLP, intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010.

Dated: February 4, 2010
      New York, New York    MACHT, SHAPIRO, ARATO &
                                              ISSERLES LLP

                                              _____s/_____
                                              By: Cynthia S. Arato (CA 8350)
                                                  1114 Avenue of the Americas
                                                  45th Floor
                                                  New York, New York 10036
                                                  Tel: (212) 479-6724
                                                  Fax: (212) 202-6417
                                                  carato@machtshapiro.com
                                                  ashapiro@machtshapiro.com

                                                  *Attorneys for Carl Hanser Verlag, Dr. Lynley Hood, Börsenverein des Deutschen Buchhandels, Schweizer Buchhändler – und Verleger–Verband SBVV, Hauptverband des Österreichischen Buchhandels, Associazione Italiana Editori and the New Zealand Society of Authors (PEN NZ Inc.)*