**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
The Authors Guild Inc., Association of American :
Publishers Inc., et al., : Case No. 05-CV-8136 (DC)
    Plaintiffs, :
: STATE OF CONNECTICUT'S
       - v. – : NOTICE OF INTENT TO APPEAR
: AT THE FEBRUARY 18, 2010
Google, Inc., : FAIRNESS HEARING
    Defendant. :
: *Filed Electronically*
:
---------------------------------------------------------------X

      Pursuant to the court's November 19, 2009 Order, please take notice that Richard Blumenthal, Attorney General of Connecticut, intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010, to object to the Proposed Amended Settlement Agreement.

      If permitted to address the court, the Attorney General will outline for the court the arguments made in Connecticut's Objections, filed September 8, 2009 and January 28, 2010, pertaining to state unclaimed property laws, illegal conversion of charitable assets, and sovereign immunity from inclusion in a class

action without consent.

>Respectfully submitted,
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

*   /s/Richard Blumenthal
    Richard Blumenthal    RB6515
    Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5020
    Fax: (860) 808-5347
    rachel.davis@po.state.ct.us
    karen.gano@po.state.ct.us

    * Counsel of Record

**CERTIFICATE OF SERVICE**

The foregoing State of Connecticut's Notice of Intent to Appear at the Fairness Hearing was served on all counsel of record on February 4, 2010, by electronic mail through the Court's CM/ECF system.

/s/Gary M. Becker
Gary M. Becker
Assistant Attorney General