UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

The Authors Guild, Inc., *et al.*,

        Plaintiffs,

    v.                                    Case No. 05 CV 8136 DC

Google Inc.,

        Defendant.

---------------------------------------------------------------- x

## NOTICE OF INTENT TO APPEAR ON BEHALF OF
## CLASS MEMBERS AT&T CORP. AND ITS AFFILIATES

Pursuant to the Court's Order dated November 19, 2009 [Dkt. 772], AT&T Corp. and its affiliates hereby give notice of their intent to appear through counsel at the fairness hearing scheduled for February 18, 2010 at 10:00 a.m.[1]

---

[1] In its objections AT&T Corp. and its affiliates ("AT&T") indicated that they intended to appear through counsel at the fairness hearing. *See* Dkt No. 863. This filing simply confirms AT&T's intention to appear.

Dated: February 4, 2010

Respectfully submitted,

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.

.

/s/ Michael J. Guzman
Michael K. Kellogg (pro hac pending)
Michael J. Guzman (admitted pro hac)
Kiran S. Raj (pro hac pending)
Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036-3209
Tel: (202) 326-7900
Fax: (202) 326-7999
mguzman@khhte.com

*Counsel for AT&T Corp. and affiliates*

AT&T CORP. AND ITS AFFILIATES

William M. Schur
General Attorney
AT&T Services, Inc.
208 S. Akard, Room 3112
Dallas, Texas 75202-4206
Office: 214-757-3448
E-mail: ws1476@att.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 4, 2010. Any other counsel of record will be served via electronic and first class mail.

                                                */s/ Michael J. Guzman*
Michael J. Guzman (admitted pro hac)
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC  20036-3209
Tel:  (202) 326-7900
Fax:  (202) 326-7999
mguzman@khhte.com

*Counsel for AT&T Corp. and affiliates*