**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| THE AUTHORS GUILD, et al., | : | Civil Action No. **05-CV-8136 JES** |
| Plaintiffs, | : | |
| v. | : | **QUESTIA MEDIA, INC.'S NOTICE OF INTENT TO APPEAR AT THE FEBRUARY 18, 2010 FAIRNESS HEARING** |
| GOOGLE, INC. | : | |
| Defendant. | : | |

Please take notice that Questia Media, Inc. intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010, to object to the Proposed Amended Settlement Agreement. Questia will appear through its attorney Lee L. Kaplan, admitted *pro hac vice*.

Respectfully submitted,

/s/ Lee L. Kaplan
Lee L. Kaplan
LEAD ATTORNEY
(ADMITTED PRO HAC VICE)
Texas State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

*Counsel for Questia Media, Inc.*