

# JOHNS HOPKINS
U N I V E R S I T Y

**Office of the Vice President and General Counsel**
113 Garland Hall / 3400 N. Charles Street
Baltimore MD 21218-2688
410-516-8128 / Fax 410-516-5448
http://web.jhu.edu/administration/general_counsel/



January 29, 2010

**VIA US MAIL**

Hon. Denny Chin
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1020
New York, NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10
```

Re: *The Author's Guild, Inc., Association of American Publishers, Inc. et al., v. Google, Inc.* Case No. 05-CV-8136-DC

Dear Judge Chin:

Enclosed please find a courtesy copy of The Johns Hopkins University's Withdrawal of Objection to Settlement Agreement and Certificate of Service submitted for filing with the clerk's office.

Thank you for your assistance.

Very Truly Yours,

Philip Roberts
Associate General Counsel

PSR:eas
Encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

    Plaintiffs,

v.

Google Inc.,

    Defendant.

---------------------------------------------------------------x

Case No. 05 CV 8136 (DC)

## WITHDRAWAL OF OBJECTION TO SETTLEMENT AGREEMENT

Class member The Johns Hopkins University previously objected to the Settlement Agreement in this case. The University's objection, submitted on September 2, 2009, argued that the settlement should not be approved so long as it contained the "most favored nation" clause which then appeared as Section 3.8(a) of the Settlement Agreement. That clause has been deleted in the Amended Settlement Agreement. Accordingly, the University wishes to withdraw its objection.

Respectfully submitted,

Philip Roberts
Associate General Counsel
The Johns Hopkins University
Office of the Vice President
& General Counsel
3400 N. Charles St., 113 Garland Hall
Baltimore, MD 21218
Phone (410) 516-6684
Fax (410) 516-5448

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AUTHORS GUILD, INC., | * | |
| ASSOCIATION OF AMERICAN PUBLISHERS, INC., | * | |
| | * | |
| et al., | * | |
| Plaintiffs, | * | Civil Action No.: 05-CV-8136-JES |
| GOOGLE, INC., | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, a copy of the Withdrawal of Objection to Settlement Agreement was mailed via first class mail, postage prepaid to:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Joshua Snyder, Esq.
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Bookclaims@bonizack.com
*Counsel for the Author Sub-Class*

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Bookcoaims@devevoise.com
*Counsel for the Publisher Sub-Class*

Daralyn J. Durie, Esq.
David J. Silbert, Esq.
Joseph C. Gratz, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
Bookclaims@kvn.com
*Counsel for Google*

THE JOHNS HOPKINS UNIVERSITY
Office of the Vice President
 and General Counsel
3400 N. Charles St., 113 Garland Hall
Baltimore, MD 21218
Phone (410) 516-8128
Fax (410) 516-5448