

# Cooley
## GODWARD KRONISH LLP

Jennifer B. Coplan
(212) 479-6123
jcoplan@cooley.com

ELECTRONICALLY FILED

February 4, 2010

The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
2/5/10

RE: *The Authors Guild Inc., et al v. Google Inc.*, No. 05 Civ. 8136 (DC)

Dear Judge Chin:

On behalf of Sony Electronics, Inc., we respectfully seek leave from the Court to appear at the fairness hearing scheduled for February 18, 2010. Sony Electronics filed an *amicus curiae* brief in support of the proposed settlement on September 8, 2009.

From its perspective as one of the leading manufacturers and sellers of electronic book readers and an active participant in the market for electronic books, Sony Electronics would appreciate the opportunity to address the following issues at the fairness hearing: (1) the amended settlement's potential to enhance consumers' ability to search for and find copyrighted content, (2) the increase in the volume and variety of e-books available to the marketplace arising from the amended settlement, and (3) the promise of increased competition and innovation in the marketplace.

Sony Electronics will be represented by its counsel, Cooley Godward Kronish LLP.

Sincerely,

Jennifer B. Coplan (JC 6123)

cc: All Counsel