UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
-------------------------------------------------------------X
The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

    Plaintiffs,

v.

Google Inc.,

    Defendant.
-------------------------------------------------------------X

FEB 0 5 2010

Case No. 05 CV 8136(DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2010

## NOTICE OF INTENT TO BE HEARD

Please let it be known that Joseph V. Saphia, attorney for amicus curiae VG WORT, intends to appear and be heard at this Court's February 18, 2009 hearing.

Joseph V. Saphia, Esq.
Lovells LLP
590 Madison Avenue
New York, NY 10022
joseph.saphia@lovells.com

dated: February 4, 2010

_____
Joseph V. Saphia

NYCLIB01/NYJVS/165554.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2010, I caused a true and correct copy of the foregoing **NOTICE OF INTENT TO BE HEARD** to be served via email on the following:

Michael J. Boni, Esq.
Joanne Zack, Esq.
Boni & Zack LLC
15 Saint Asaphs Road
Bala Cynwyd, PA 19004
Bookclaims@bonizack.com

Author sub-Class Counsel

Jeffrey P. Cunard, Esq.
Bruce P. Keller, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Bookclaims@debevoise.com

Publisher Sub-Class Counsel

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Bookclaims@durietangri.com

Google Counsel

_____
Arona Samb