```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,         :

                Plaintiffs,       :

        - against -               :        ORDER

GOOGLE, INC.,                     :        05 Civ. 8136 (DC)

                Defendant.        :

- - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

In connection with the hearing on the approval of the proposed settlement in this case, the Court has received requests to speak from the following twenty-six objectors, supporters, and amici:

**Speaking in Opposition:**

1. Sarah Canzoneri, a member of the Children's Book Guild;

2. Scott E. Gant;

3. Microsoft Corp.;

4. Amazon.com, Inc.;

5. Science Fiction & Fantasy Writers of America, Inc. and American Society of Journalists and Authors, Inc.;

6. Pamela Samuelson, Professor of Law, University of California, Berkeley School of Law;

7. Cindy Cohn, Esq., on behalf of the "Privacy Authors and Publishers";

8. Yasuhiro Saito, Esq., on behalf of the Japan P.E.N. Club et al.;

9. The French Republic;

10. The Federal Republic of Germany;

11. The State of Connecticut;

12. Questia Media;

13. AT&T Corp.;

14. Cynthia S. Arato, Esq., on behalf of the New Zealand Society of Authors et al.;

15. Consumer Watchdog;

16. Electronic Privacy Information Center;

17. Open Book Alliance;

18. The Internet Archive;

19. Andrew C. Devore, Esq., on behalf of Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden;

20. Matthew Weiss, Esq., on behalf of Darlene Marshall; and

21. VG WORT.

**Speaking in Favor:**

22. The Institute of Intellectual Property & Social Justice, Inc. at the Howard University School of Law;

23. Sony Electronics, Inc.;

24. National Federation of the Blind;

25. Paul N. Courant, University of Michigan Library; and

26. Center for Democracy & Technology.

All twenty-six (or their representatives) will be permitted to speak at the hearing. In light of the number of speakers,

however, each may speak up to five minutes only. The Court urges parties with overlapping concerns to coordinate their remarks to avoid duplication. The Court will also, of course, review all written submissions.

The above-listed objectors, supporters, and amici will speak first at the Hearing. Next, the U.S. Department of Justice will be heard. Finally, the parties to the proposed settlement will speak.

The Hearing will be held at 500 Pearl Street, New York, New York in Courtroom 23B at 10:00 a.m. on February 18, 2010. Overflow seating will be available in Courtroom 11A, where video of the proceeding will be provided.

Seats will be reserved in the Courtroom for the parties, the government, and the twenty-six above-listed objectors, supporters, and amici. If any of the objectors, supporters, or amici listed above has not provided the name of the representative who will be speaking, it shall provide the name in writing to the Court promptly.

SO ORDERED.

Dated:   New York, New York
         February 5, 2010

DENNY CHIN
United States District Judge