Writers' Representatives LLC
116 W. 14th Street, 11th floor
New York, NY 10011
ph: 212-620-9009, fax: 212-620-9010
February 6, 2010

Office of the Clerk
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007
Attn: The Honorable Judge Denny Chin

Re: Authors Guild, Inc. v. Google, Inc., No. 1:05-CV-8136 (S.D.N.Y.)
NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING
SCHEDULED FEBRUARY 18, 2010

Dear Judge Chin:

Please permit me to appear on behalf of the literary agency of which I am a principal, Writers' Representatives LLC, and agency author, Richard A. Epstein, at the fairness hearing scheduled for February 18, 2010, in connection with the above-referenced lawsuit against Google, to which I have filed an objection to the fairness and reasonableness of the proposed Amended Settlement Agreement.

Thank you for your kind consideration.

Sincerely yours,

*Lynn T. Chu*

Lynn Chu