UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,          :

                Plaintiffs,     :

      - against -                 :     **ORDER**

GOOGLE, INC.,                      :     05 Civ. 8136 (DC)

                Defendant.      :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       Two additional entities have also notified the Court of their desire to be heard at the fairness hearing against the proposed settlement in this case:

       (1)   The Commonwealth of Pennsylvania; and

       (2)   Writers' Representatives LLC and Richard A. Epstein.

They will be permitted to speak at the hearing, in accordance with the procedures set forth in the order dated February 5, 2010.

       SO ORDERED.

Dated:   New York, New York
          February 8, 2010

                               DENNY CHIN
                               United States District Judge