UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

        Plaintiffs,

vs.

Google, Inc.,

        Defendant.

———————————————————————X

Case No. 05 CV 8136-DC
(ECF)

## NOTICE OF INTENT TO APPEAR

PLEASE TAKE NOTICE that the undersigned, of the law firm of Eaton & Van Winkle, LLP, intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010.

Dated:     February 5, 2010
             New York, New York

EATON & VAN WINKLE LLP

By: _____
Martin Garbus (MG 6261)
3 Park Avenue, 16th Floor
New York, NY 10016
Tel.: (212) 779-9910
Fax: (212) 779-9928

*Attorneys for Charles Nesson, Lewis Hyde
Harry Lewis and Nicholas Negroponte*