UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Google Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 05 CV 8136-DC<br>)<br>)<br>) |

### NOTICE OF INTENT TO APPEAR BY MARC ROTENBERG ON BEHALF OF THE ELECTRONIC PRIVACY INFORMATION CENTER

Pursuant to the Court's February 5, 2010 Order, Marc Rotenberg hereby states his intent to appear at the February 18, 2010 Fairness Hearing in the above-captioned matter as the Electronic Privacy Information Center's (EPIC's) representative. The February 5 Order grants EPIC's request to appear at the hearing, and orders organizations to "provide the name of the representative who will be speaking." Mr. Rotenberg will speak as EPIC's representative.

    /s/ Marc Rotenberg
Marc Rotenberg
(admitted pro hac vice)
Counsel of Record
John Verdi
Electronic Privacy
  Information Center (EPIC)
1718 Connecticut Ave. NW
  Suite 200
Washington, DC 20009
(202) 483-1140

February 9, 2010