**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE AUTHORS GUILD, et al., | : | Civil Action No. **05-CV-8136 JES** |
| Plaintiffs, | : | |
| v. | : | **QUESTIA MEDIA, INC.'S WITHDRAWAL OF REQUEST TO APPEAR AT THE FEBRUARY 18, 2010 FAIRNESS HEARING** |
| GOOGLE, INC. | : | |
| Defendant. | : | |

Please take notice that Questia Media, Inc. withdraws its request to be heard at the Fairness Hearing currently scheduled for February 18, 2010. Questia Media, Inc. believes that its views are adequately presented by its written filing and the filings of other interested parties.

Respectfully submitted,

/s/ Lee L. Kaplan
Lee L. Kaplan
LEAD ATTORNEY
(ADMITTED PRO HAC VICE)
Texas State Bar No. 11094400
**SMYSER KAPLAN & VESELKA, L.L.P.**
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713) 221-2320 (fax)
lkaplan@skv.com

*Counsel for Questia Media, Inc.*