UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

PAUL KUROZOVICH

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/10

ORDER

09 CR 824 (DC)
Docket #

_____DENNY CHIN_____, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____THOMAS NOOTER_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: New York, New York
2/9/10