AUTHOR'S GUILD, et al.,

               Plaintiff,

    -against-

GOOGLE, INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/10

05 cv 08136 (DC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Michael K. Kellogg, attorney for AT&T Corp. and its affiliates and said sponsor

attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Michael K. Kellogg |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street N.W., Suite 400 |
| City/State/Zip: | Washington, DC 20036 |
| Telephone/Fax: | (202) 326-7900 / (202) 326-7999 |
| Email address: | mkellogg@khhte.com |

is admitted to practice pro hac vice as counsel for AT&T Corp. and its affiliates in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this

action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _2/9/10_

City, State: _NY, NY_

_____
United States District/Magistrate Judge