

**STUART BERNSTEIN**
REPRESENTATION FOR ARTISTS
**63 CARMINE STREET 3D**
NEW YORK, NY 10014
TEL: 212-924-1894 • FAX: 212-924-6467
STUART@STUARTBERNSTEIN.COM

05-CV-8136



4 February 2010

Office of the Clerk, J. Michael McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Sir:

Please accept this letter as notice of my intent to speak at the February 18, 2010 Fairness Hearing in the matter of the Amended Google Book Settlement. Notification will also be provided to the parties to the Settlement.

I have previously filed an objection with the court, a copy of which is attached herein.

Thank you for your kind consideration.

Sincerely,

Stuart Bernstein

*As this request was received on 2/9/2010, it is untimely. In light of the number of requests to speak, this request is DENIED as untimely. Mr. Bernstein is welcome to attend.*

*SO ORDERED.*

*USDJ 2/9/10*