UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

The Authors Guild, Inc., Association of American
Publishers, Inc., et al.,

        Plaintiffs,

vs.

Google, Inc.,

        Defendant.

———————————————————————X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/10

Case No. 05 CV 8136-DC
(ECF)

### NOTICE OF INTENT TO APPEAR

PLEASE TAKE NOTICE that the undersigned, of the law firm of Eaton & Van Winkle, LLP, intends to appear at the Fairness Hearing in the above-captioned action, currently scheduled for February 18, 2010.

Dated:    February 5, 2010
           New York, New York

EATON & VAN WINKLE LLP

By: _____
Martin Garbus (MG 6261)
3 Park Avenue, 16th Floor
New York, NY 10016
Tel.: (212) 779-9910
Fax: (212) 779-9928

*Attorneys for Charles Nesson, Lewis Hyde Harry Lewis and Nicholas Negroponte*

---

*Handwritten annotation:*

Counsel may appear, but as this notice is untimely and numerous requests to speak have been received, counsel will not be permitted to speak. SO ORDERED.

_____ 2/11/10
USDJ