**UNITED STATES DISTRICT COURT**
**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

```
-------------------------------------------------------------X
                                                    :
The Authors Guild Inc., Association of American     :
Publishers Inc., et al.,                            :     Case No. 05-CV-8136 (DC)
        Plaintiffs,                                 :
                                                    :
           - v. –                                   :     STATE OF CONNECTICUT'S
                                                    :     WITHDRAWAL OF REQUEST
Google, Inc.                                        :     TO APPEAR AT THE
        Defendant.                                  :     FEBRUARY 18, 2010
                                                    :     FAIRNESS HEARING
                                                    :
                                                    :     Filed Electronically
-------------------------------------------------------------X
```

Please take notice that Richard Blumenthal, Attorney General of Connecticut, withdraws his request to be heard at the Fairness Hearing currently scheduled for February 18, 2010. The Attorney General requests that the Court consider Connecticut's comments as fully presented by his written filings and the filings of other States.

                                              Respectfully submitted,

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

BY:    /s/Richard Blumenthal
         Richard Blumenthal    RB6515
         Attorney General
         55 Elm Street, P.O. Box 120
         Hartford, CT 06141-0120
         Tel: (860) 808-5020
         Fax: (860) 808-5347
         rachel.davis@po.state.ct.us
         karen.gano@po.state.ct.us

## CERTIFICATE OF SERVICE

The foregoing State of Connecticut's Withdrawal Of Request To Appear At The February 18, 2010 Fairness Hearing was served on all counsel of record on February 11, 2010, by electronic mail through the Court's CM/ECF system.

/s/Gary M. Becker
Gary M. Becker
Assistant Attorney General