UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al. | : : | Case No. 05 CV 8136 (DC) |
| Plaintiffs, | : : : : | **NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AND** |
| v. | : : | **REIMBURSEMENT OF COSTS** |
| Google Inc., | : : | **FILED** |
| Defendant. | : | **ELECTRONICALLY** |

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that on February 18, 2010 at 10:00 a.m., or at a date and time convenient for the Court, in Courtroom 23B at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, before the Honorable Denny Chin, U.S. District Judge, upon the accompanying Memorandum of Law and Declaration of Michael J. Boni (executed on February 11, 2010, and the exhibits thereto, which include the Declarations of Sanford P. Dumain (executed on February 8, 2010) and Robert J. LaRocca (executed on February 10, 2010)), and upon all prior pleadings and proceedings in this case, the undersigned Counsel for the Author Sub-Class in the above-captioned action will and hereby move for an Order awarding fees and reimbursement of costs to Counsel for the Author Sub-Class.

Dated: February 11, 2010  /s/ Michael J. Boni
Michael J. Boni (pro hac vice)
Joanne Zack (JZ 6432)
Joshua D. Snyder
Theresa J. Henson
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
mboni@bonizack.com
jzack@bonizack.com
jsnyder@bonizack.com
thenson@bonizack.com

Robert J. LaRocca
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700 (phone)
(215) 238-1968 (fax)
rlarocca@kohnswift.com

Sanford P. Dumain
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300 (phone)
(212) 868-1229 (fax)
sdumain@milberg.com

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden, Maureen Duffy, Daniel Jay Baum, Margaret Drabble, Robert Pullan, and the Author Sub-Class*