UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al. | Case No. 05 CV 8136 (DC) |
| Plaintiffs, | **NOTICE OF MOTION** |
| | **FOR FINAL APPROVAL** |
| | **OF AMENDED** |
| v. | **SETTLEMENT AGREEMENT** |
| Google Inc., | **FILED** |
| | **ELECTRONICALLY** |
| Defendant. | |

------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Supplemental Memorandum of Law, Declarations (and the exhibits thereto) of Jeffrey P. Cunard (executed on February 11, 2010), Richard Sarnoff (executed on February 11, 2010), Paul Aiken (executed on February 11, 2010), Owen Atkinson (executed on February 11, 2010), Belinda Bulger (executed on February 10, 2010), Katherine Kinsella (executed on February 10, 2010), Tiffaney Allen (executed on February 10, 2010), and upon the Declarations of Michael Boni (executed on Feburary 11, 2010), Daniel Clancy (executed on February 11, 2010), Daphne Keller (executed on Feburary 11, 2010), and upon all prior pleadings and proceedings in this case, the undersigned Class Counsel for Plaintiffs in the above-captioned action will move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, before the Hon. Denny Chin, U.S. District Judge, on February 18, 2010 at 10:00 a.m., or at a date and time convenient for the Court, in Courtroom 23B at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for

an Order granting Final Approval of the proposed Amended Settlement Agreement and for such other and further relief as the Court may deem just and proper.

Dated: February 11, 2010
New York, NY

/s/ Bruce P. Keller
Bruce P. Keller
Jeffrey P. Cunard
Richard S. Lee
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com
rslee@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill Companies, Inc., Pearson Education, Inc., Penguin Group (USA) Inc., Simon & Schuster, Inc., John Wiley & Sons, Inc., Association of American Publishers, Inc., Harlequin Enterprises Limited, Macmillan Publishers Limited, Melbourne University Publishing Limited, The Text Publishing Company, and the Publisher Sub-Class*

/s/ Michael J. Boni
Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

Robert J. La Rocca
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700 (phone)
(215) 238-1968 (fax)

Sanford P. Dumain
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300 (phone)
Fax: (212) 868-1229 (fax)

*Attorneys for Plaintiffs The Authors Guild, Inc., Herbert Mitgang, Betty Miles, Daniel Hoffman, Paul Dickson, Joseph Goulden Maureen Duffy, Daniel Jay Baum, Margaret Drabble, Robert Pullan, and the Author Sub-Class*