# EXHIBIT 11

# Sample Banner Ads

English:



French:



German:



# Sample Banner Ads

Dutch:



Thai:

Korean:

Russian:



# EXHIBIT 12

# Text Ads (English)

Google Book Settlement

Book authors and publishers

find out about your rights

books.Google.com/booksrightsholders

Google Book Settlement

Book Authors and Publishers! Visit

here for info about your rights

books.Google.com/booksrightsholders

Book Authors & Publishers

Visit here for info about your

rights in Google Book Settlement

books.Google.com/booksrightsholders

Book Authors & Publishers

You may have a claim in Google

Book Settlement. Learn more here:

books.Google.com/booksrightsholders

# EXHIBIT 13

# English Keywords

| | |
|---|---|
| Author lawsuit | Google book scan case |
| Author publisher settlement | Google book scan cases |
| Author settlement | Google book scan civil action |
| Authors lawsuit | Google book scan law |
| Authors settlement | Google book scan law suit |
| Book scan case | Google book scan lawsuit |
| Book scan cases | Google book scan lawsuits |
| Book scan civil action | Google book scan legal action |
| Book scan law suit | Google book scan legal actions |
| Book scan lawsuit | Google book scan settlement |
| Book scan lawsuits | Google book scan settlements |
| Book scan legal action | Google book search |
| Book scan legal actions | Google book search lawsuit |
| Book scan settlement | Google book search settlement |
| Book scan settlements | Google book search library |
| Book- scanning settlement | Google book settlement |
| Book search case | Google book settlements |
| Book search cases | Google books case |
| Book search civil action | Google books cases |
| Book search law suit | Google books civil action |
| Book search lawsuit | Google books law |
| Book search lawsuits | Google books law suit |
| Book search legal action | Google books lawsuit |
| Book search legal actions | Google books lawsuits |
| Book search settlement | Google books legal action |
| Book search settlements | Google books legal actions |
| Book-scanning case | Google books settlement |
| Book-scanning lawsuit | Google books settlements |
| Google settlement | Google Copyright case |
| Google author settlement | Google copyright lawsuit |
| Google authors settlement | Google copyright settlement |
| Google book lawsuit | Google publishers settlement |
| Google book lawsuits | Google scan lawsuit |
| Google book legal action | Google scan settlement |
| Google book legal actions | Online book lawsuit |
| Google book scan case | Publisher settlement |

# EXHIBIT 14

# Sample Keyword Search Ads

English:



French:



Spanish:



Russian:



# EXHIBIT 15

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

HOME | AMENDED SETTLEMENT AGREEMENT | NOTICE DOCUMENTS | FAQ | OPT OUT | OPT BACK IN | RECENT UPDATES

**Important Update: The parties are working on improvements to the Claim Form. As part of those improvements, it is now possible for Rightsholders to begin the process of claiming their Books and Inserts in a way that is simpler than using the claiming website or the paper claim form. Click here for more details.**

This is the settlement administration website for the Google Book Search Copyright Class Action Settlement. The purpose of this website is to inform you of a proposed Settlement of a class action lawsuit brought by authors and publishers, claiming that Google has violated their copyrights and those of other Rightsholders of Books and Inserts (click for definitions), by scanning their Books, creating an electronic database and displaying short excerpts without the permission of the copyright holders. Google denies the claims. The lawsuit is entitled The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.). The Court preliminarily approved the Original Settlement in November 2008. For further information, please review the Original Notice. On November 19, 2009, the Court preliminarily approved the Amended Settlement Agreement. For further information, please review the Supplemental Notice.

## Important Dates

- Claim your Books and Inserts: You can do this at any time, but in order to be eligible for Cash Payments for Books and Inserts, you must complete your Claim Form on or before **March 31, 2011** (extended from January 5, 2010).

- Opt out of the Google Book Settlement: If you have already opted out of the Original Settlement, and wish to remain opted out, you need not – and should not – opt out again. If you wish to opt out, your Opt Out Form must be submitted online or postmarked on or before **January 28, 2010**.

- Opt back in to the Google Book Settlement: If you opted out of the Original Settlement and wish to opt back in, your Opt Back In Form must be submitted online or postmarked on or before **January 28, 2010**.

- File an objection to the Amended Settlement: If you wish to object to the provisions amending the Original Settlement, your objection must be postmarked on or before **January 28, 2010**. You need not and should not refile your objection to the Original Settlement, which will be considered as previously filed. You may, however, withdraw your objection at any time prior to the date of the Fairness Hearing.

- File notice of intent to appear at the Fairness Hearing: If you wish to appear in person at the Fairness Hearing on February 18, 2010, your notice of intent must be postmarked on or before **February 4, 2010**.

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA
Email: BookSettlement@RustConsulting.com

Claim books and Inserts »

# Google Book Settlement



**INFORMATION** | **CLAIM FORM**

HOME | AMENDED SETTLEMENT AGREEMENT | NOTICE DOCUMENTS | FAQ | OPT OUT | OPT BACK IN | RECENT UPDATES

**Important Update: The parties are working on improvements to the Claim Form. As part of those improvements, it is now possible for Rightsholders to begin the process of claiming their Books and Inserts in a way that is simpler than using the claiming website or the paper claim form. Click here for more details.**

This is the settlement administration website for the Google Book Search Copyright Class Action Settlement. The purpose of this website is to inform you of a proposed Settlement of a class action lawsuit brought by authors and publishers, claiming that Google has violated their copyrights and those of other Rightsholders of Books and Inserts (click for definitions), by scanning their Books, creating an electronic database and displaying short excerpts without the permission of the copyright holders. Google denies the claims. The lawsuit is entitled The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.). The Court preliminarily approved the Original Settlement in November 2008. For further information, please review the Original Notice. On November 19, 2009, the Court preliminarily approved the Amended Settlement Agreement. For further information, please review the Supplemental Notice.

**Important Dates**

- Claim your Books and Inserts: You can do this at any time, but in order to be eligible for Cash Payments for Books and Inserts, you must complete your Claim Form on or before **March 31, 2011** (extended from January 5, 2010).

- Opt out of the Google Book Settlement: If you have already opted out of the

### SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

### PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

### CONTACT INFORMATION

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364

# Google Book Settlement

Language dropdown options:
- العربية
- български
- 中文 (简体)
- 中文 (繁體)
- Hrvatski
- čeština
- Dansk
- Nederlands
- **English**
- suomi
- Français
- Deutsch
- Ελληνικά
- עברית
- हिन्दी
- magyar
- Indonesia
- Italiano
- 日本語
- 한국어
- Lietuvių
- Malay
- Norsk
- polski
- Português (Brasil)

## INFORMATION — CLAIM FORM

HOME | AMENDED SETTLEMENT AGREEMENT | NOTICE DOCUMENTS | FAQ | OPT OUT | OPT BACK IN | RECENT

**Important Update:** The parties are working on improvements to the Claim Form. As part of those improvements, it is now possible for Rightsholders to begin the process of claiming their Books and Inserts in a way that using the claiming website or the paper claim form. Click here for more details.

This is the settlement administration website for the Google Book Search Copyright Class Action Settlement. The purpose of this website is to inform you of a proposed Settlement of a class action lawsuit brought by authors and publishers, claiming that Google has violated their copyrights and those of other Rightsholders of Books and Inserts (click for definitions), by scanning their Books, creating an electronic database and displaying short excerpts without the permission of the copyright holders. Google denies the claims. The lawsuit is entitled The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.). The Court preliminarily approved the Original Settlement in November

### SIGN IN WITH Y[OUR]

If you have already [registered an] account, sign in to your books and In[serts]

### PAPER CLAIM F[ORM]

If you cannot file a Claim Form

# Google Book Settlement

Help Center Home

FAQs

Glossary

Contact Us

Settlement Home

## FAQs

1. Have the dates for the Opt-Out/Objection Deadline and Fairness Hearing changed?
2. What is the lawsuit about?
3. Why are the parties settling?
4. Who is included in this Amended Settlement?
5. Does this Amended Settlement cover Books published in 2009?
6. Who is included in the Author Sub-Class?
7. Who is included in the Publisher Sub-Class?
8. I own rights in a photograph or illustration in a Book. Am I included in the Settlement?
9. I am not a United States citizen, or I live outside of the United States. Am I included in this Amended Settlement?
10. What is the difference between this Amended Settlement and the Google Partner Program?
11. What are "Books" as used in the Amended Settlement and Supplemental Notice?
12. Are there any printed works that are excluded from the definition of "Book?"
13. What are "Inserts" as used in the Amended Settlement and Supplemental Notice?
14. What kinds of writings are considered "Inserts?"
15. Are there any works that are excluded from the definition of "Insert?"
16. What are my options under the Amended Settlement?
17. What happens if I do nothing?
18. What do I have to do now?
19. What is opting out?
20. How can I opt out of the Amended Settlement if I have not already opted out of the Original Settlement?
21. What happens to the Books of authors and publishers who opt out of the Amended Settlement?
22. Why are publishers required to list the names of imprints on the opt out form?
23. What is an objection?
24. How can I object to the Amended Settlement?
25. Can I both opt out and object?
26. What is the difference between objecting to a settlement and opting out of a settlement?
27. Can I participate in both the Partner Program and the Amended Settlement?
28. What is Google Authorized to do Under the Amended Settlement?
29. What Benefits Are the Rightsholders Receiving from the Amended Settlement?

# Amended Settlement Agreement (in English)

- **Amended Settlement Agreement** (filed November 9, 2009)
  Includes files showing changes made to the Original Settlement Agreement and its attachments

- List of Attachments to the Amended Settlement Agreement

  A. Author-Publisher Procedures
  B. Form of Library-Registry Agreements
     1. Form of Library-Registry (Fully Participating) Agreement
     2. Form of Library-Registry (Cooperating) Agreement
     3. Form of Library-Registry (Public Domain) Agreement
  C. Plan of Allocation
  D. Security Standard
  E. Public Domain
  F. Preview Uses
  G. Approved Libraries
  H. [Proposed] Order Granting Preliminary Settlement Approval
  I. Notice of Class Action Settlement
  J. Summary Notice of Class Action Settlement
  K. Paid Media Schedule
  L. [Proposed] Final Judgment and Order of Dismissal
  M. Settlement Agreement Between Publishers and Google
  N. Supplemental Notice [as filed with the Amended Settlement Agreement]*
     *View the **Final Supplemental Notice**

- Original Settlement Agreement – With Attachments

Please note – To view these documents, you will need the Adobe Acrobat Reader. Download the free Acrobat Reader, if this software is not yet installed on your computer.

## SIGN IN WITH YOUR ACCOUNT

If you have already created an account, sign in to claim and manage your books and Inserts.

## PAPER CLAIM FORM

If you cannot file a Claim Form online, please download a paper Claim Form, or request one from the Settlement Administrator at the address below.

## CONTACT INFORMATION

Settlement Administrator
c/o Rust Consulting, Inc.
PO Box 9364
Minneapolis, MN 55440-9364
UNITED STATES OF AMERICA

Email:
BookSettlement@RustConsulting.com

# Google Book Settlement

Help Center Home

FAQs

Glossary

Contact Us

Settlement Home

## Recent Updates

| Date | Update | Link |
|---|---|---|
| December, 2009 | Web site and FAQ updates for the Supplemental Notice Period | Updated home page<br>Updated FAQ page |
| November, 2009 | Court order available | November 19 Court Order granting preliminary approval of Amended Settlement Agreement |
| October, 2009 | Court order available | October 6 Court Order |
| September, 2009 | Court orders available | September 24 Court Order<br>September 16 Court Order<br>September 2 Court Order |
| August, 2009 | New FAQ added | Can Authors and Publishers distribute their works under the settlement for free, under a Creative Commons license or otherwise? |
| August, 2009 | New FAQ added | Why has the digitization status of some books been updated? |
| August, 2009 | New FAQ added | Will the Settlement programs protect user privacy rights? |

# Google Book Settlement

Help Center Home

FAQs

Glossary

Contact Us

Settlement Home

## Contact Us

The Settlement Administrator will respond promptly to questions submitted by email. Please email us at booksettlement en@rustconsulting.com.

Assistance is also available by telephone. Find your country in the list below and dial the number. The number for most countries is toll-free. If, however, the number for your country is not toll-free (+1.612.359.8600), you may avoid paying any telephone charges if you send an email to the address above, providing your telephone number and requesting that the Settlement Administrator call you. If you are unable to send an email to the Settlement Administrator, you can minimize your telephone charges by calling +1.612.359.8600 and requesting that the Settlement Administrator call you back.

| Country | Phone Number |
|---|---|
| Albania | Toll-Free 00 800 0010 (wait for tone) 888.839.1909 |
| Algeria | 00 1.612.359.8600 |
| Andorra | 00 1.612.359.8600 |
| Angola | Toll-Free 808 000 011 (wait for tone) 888.839.1909 |
| Anguilla | Toll-Free 1.888.839.1909 |
| Antigua and Barbuda | Toll-Free 1.800.988.7132 |
| Argentina | Toll-Free 0800.666.1520 |
| Armenia | Toll-Free 0 800 10 111 (wait for tone) 888.839.1909 (select locations); or 00 1.612.359.8600 |

# Google Book Settlement

Help Center Home

FAQs

Glossary

Contact Us

Settlement Home

## Help Center Home

This is the Google Book Settlement Help Center. It contains additional information about the Settlement and using this website to fill out and submit the online Claim Form to claim books and Inserts.

## Questions about the Settlement

If you have questions about the terms of the Settlement, including what rights you may have and the uses Google is authorized to make of books and Inserts, review the Notice or the Frequently Asked Questions.

## Using the Online Claim Form

### Account Management

1. **How do I set up a user name and password?**
   Go to http://www.googlebooksettlement.com. Click on "Claim books and Inserts." Select an account type and follow the directions.

2. **How do I change the postal address or other contact information associated with my account?**
   Log onto your account and click on "My Account" under the "Claim Form" tab, or click here.

3. **How do I change the email address associated with my account?**
   Log onto your account and click on "My Account" under the "Claim Form" tab, or click here.

4. **How do I change my account password?**
   Log onto your account and click on "My Account" under the "Claim Form" tab, or click here.

# Google Book Settlement

**INFORMATION** | **CLAIM FORM**

HOME | AMENDED SETTLEMENT AGREEMENT | NOTICE DOCUMENTS | FAQ | OPT OUT | OPT BACK IN | RECENT UPDATES

## Sign in

If you have already created an account, sign in to claim and manage your books and Inserts. If you have not yet done so, click here to create an account.

Does your account have multiple sign-ins?
○ Yes
● No

Username: [          ]

Password: [          ]

( Sign in )

© 2008 Book Rights Registry. All Rights Reserved.    Have questions? Please email the Registry at BookSettlement@RustConsulting.com