# EXHIBIT 52

# CISAC, EWC, US Author Organizations

| Organization Name | Organization Country |
|---|---|
| ONDA | Algeria |
| Austrian Literary Translators' Association | Austria |
| IG Autoren - Interessengemeinschaft österreichischer Autorinnen und Autoren | Austria |
| LITERAR-MECHANA | Austria |
| LVG | Austria |
| Association des Ecrivains Belges de Langue Française (AEBLF) | Belgium |
| SABAM | Belgium |
| SOFAM | Belgium |
| Vereniging van Vlaamse Letterkundigen (VVL) (Union of Flemish Writers) | Belgium |
| BUBEDRA | Benin |
| SBAT | Brazil |
| The Union of Bulgarian Writers (UBW) | Bulgaria |
| BBDA | Burkina Faso |
| BUCADA | Central African Republic |
| BURIDA | Cote D'Ivoire |
| The Union of Cyprus Writers | Cyprus |
| SONECA | Democratic Republic of the Congo |
| Dansk Forfatterforening (The Danish Writers' Association) | Denmark |
| UBVA - The AC Committee for the Protection of Intellectual Property Rights | Denmark |
| Eesti Kirjanike Liit / EKL (Estonian Writers' Union) | Estonia |
| Rithøvundafelag Føroya Boks | Faroe Islands |
| Finlands Svenska Författareförening (Society of Swedish Authors in Finland) | Finland |
| IRWA - International Roma Writers Association | Finland |
| KOPIOSTO | Finland |
| Suomen Kirjailijaliitto | Finland |
| Suomen Kirjailijaliitto Ry (Union of Finnish Writers) | Finland |
| Suomen tietokirjailijat Ry (The Association of Finnish Non-Fiction Writers) | Finland |
| Conseil permanent des écrivains | France |
| SCAM | France |
| Société des Gens de Lettres / SGDL | France |
| Union des Ecrivains | France |
| SAS | Georgia |
| Verband deutscher Schriftsteller (VS) in ver.di | Germany |
| Verband deutschsprachiger Übersetzer literarischer und wissenschaftlicher Werke e.V. (VdÜ) (Association of German-speaking Literary Translators) | Germany |
| COSGA | Ghana |
| Hellenic Authors' Society | Greece |
| Société des Gens de Lettres Hellènes | Greece |
| Société Hellénique des Traducteurs de Littérature | Greece |
| BGDA | Guinea |
| SGA | Guinea-Bissau |
| ARTISJUS | Hungary |
| Jószef Attila Kör / JAK (Literary Union of Young Writers) | Hungary |
| Magyar Irószövetség (Hungarian Writers' Association) | Hungary |
| Szépírók Társasága | Hungary |
| Rithöfundasamband Islands (The Writers' Union of Iceland) | Iceland |
| Irish Playwrights' and Screenwriters' Guild | Ireland |
| Irish Writers' Union | Ireland |
| SIAE | Italy |
| Sindacato Nazionale Scrittori | Italy |
| WGJ | Japan |
| KazAK | Kazakstan |

# CISAC, EWC, US Author Organizations

| | |
|---|---|
| AKKA-LAA | Latvia |
| Latvijas Rakstnieku Savieniba (Writers' Union of Latvia) | Latvia |
| LATGA-A | Lithuania |
| Lietuvos Rasytoju Sajunca (Lithuanian Writers' Union) | Lithuania |
| Letzebuerger Schreftstellerverband (LSV) | Luxembourg |
| OMDA | Madagascar |
| COSOMA | Malawi |
| BUMDA | Mali |
| SOGEM | Mexico |
| AsDAC | Moldova |
| BMDA | Morocco |
| NASCAM | Namibia |
| BNDA | Niger |
| MCSN | Nigeria |
| Den Norske Forfatterforening (Norwegian Authors' Union) | Norway |
| NFF - The Norwegian Non-Fiction Writers' and Translators' Association | Norway |
| Norsk Oversetterforening (Norwegian Association of Literary Translators) | Norway |
| Norske Barne- og Ungdomsbok Forfattere (NBU) (Norwegian Writers for Children & Juveniles) | Norway |
| Samisk Forfatterforening (The Sami Writers' Association / SGS) | Norway |
| Stowarzyszenie Pisarzy Polskich / SPP (Association of Polish Writers) | Poland |
| ZAIKS | Poland |
| Zwiazek Literatów Polskich / ZLP (The Polish Writers' Union) | Poland |
| Associacão Portuguesa de Escritores | Portugal |
| Sociedade Portuguesa de Autores / SPA | Portugal |
| CopyRo | Romania |
| E-MIL League of Hungarian Writers in Transylvania | Romania |
| The Writers' Union of Romania (Uninuea Scrütorilov din Romania (USR)) | Romania |
| St. Petersburg Writers' Union | Russia |
| BSDA | Senegal |
| Spisovatel'ov Slovenska (AOSS) (Association of Writers' Organisations in Slovakia) | Slovakia |
| Drustvo slovenskih pisateljev / DSP (The Slovene Writers' Association) | Slovenia |
| ZAMP Association of Slovenia | Slovenia |
| DALRO | South Africa |
| KOSA | South Korea |
| Asociación Colegial de Escritores de Cataluña (ACEC) | Spain |
| Asociación Colegial de Escritores de España (ACE) | Spain |
| Asociación de Escritores en Lingua Galega (AELG) | Spain |
| Associació d'Escriptors en Llengua Catalana (AELC) | Spain |
| Sveriges Läromedelsförfattares Förbund / SLFF (Swedish Association for Educational Writers) | Sweden |
| The Swedish Writers' Union (Sveriges Författarförbund / SFF) | Sweden |
| AdS - Autorinnen und Autoren der Schweiz Autrices et auteurs de Suisse Autrici ed autori della Svizzera Auturas ed auturs da la Svizra | Switzerland |
| PROLITTERIS | Switzerland |
| Stichting LIRA | The Netherlands |
| Vereniging van Schrijvers en Vertalers (VSenV) | The Netherlands |
| COSOTA | Tunisia |
| OTPDA | Tunisia |
| Türkiye Yazarlar Sendikasi (Writers Syndicate of Turkey) | Turkey |
| UCOSO | Uganda |
| ALCS - The Authors' Licensing and Collecting Society | UK |
| CEATL - Conseil Européen des Associations de Traducteurs Littéraires | UK |
| The Society of Authors | UK |
| The Writers' Guild of Great Britain / WGGB | UK |
| UACRR | Ukraine |
| American Comparative Literature Association | US |
| American Crime Writers League | US |

# CISAC, EWC, US Author Organizations

| | |
|---|---|
| American Independent Writers | US |
| American Medical Writers Association | US |
| American Society of Journalists and Authors | US |
| ARS, Artists Rights Society | US |
| ASMP, American Society of Media Photographers | US |
| Association of American University Presses | US |
| Atlanta Writers Club Society | US |
| AuthorBuzz | US |
| Authors and Experts | US |
| Authors Den | US |
| Backstory | US |
| Book Marketing Bestsellers | US |
| Broad Universe | US |
| Carl Brandon Society | US |
| Cassell Network of Writers | US |
| Cat Writers Association, Inc. | US |
| Dear Author | US |
| Dog Writers Association of America | US |
| Fiction Writers Connection | US |
| Florida Writers Association | US |
| Freelance Success | US |
| GAG, Graphic Artists Guild, USA | US |
| Garden Writers Association | US |
| Georgia Writers Association | US |
| Gotham Writers Workshop | US |
| Guide to Literary Agents | US |
| Horror Writers Association | US |
| Independent Book Publishers Association | US |
| Independent Writers of Southern California | US |
| International Thriller Writers | US |
| Kirkus Reviews | US |
| Mystery Writers of America | US |
| Naitonal Association of Science Writers, Inc. | US |
| National Writers Union | US |
| New York Center for Independent Publishing | US |
| Novelists, Inc. | US |
| Outdoor Writers Association of America | US |
| PEN American Center | US |
| Precise Edit | US |
| Publishers' Marketplace | US |
| Red Room | US |
| Romance Writers of America | US |
| Salon.com | US |
| Science Fiction and Fantasy Writers of America, Inc. | US |
| Seth Godin's Blog | US |
| Sisters in Crime | US |
| Slate | US |
| Society of Children's Book Writers and Illustrators | US |
| Society of Illustrators | US |
| South Carolina Writers Workshop | US |
| SpecFicWorld | US |
| TAA, Text and Academic Authors Association, USA | US |
| The Association of Authors' Representatives, Inc. | US |
| The Gaylactic Network | US |

# CISAC, EWC, US Author Organizations

| | |
|---|---|
| The WATCH File<br><br>Harry Ransom Humanities Research Center<br><br>The University of Texas at Austin | US |
| The Writing Site | US |
| Verla Kay's Website for Children's Writers & Illustrators | US |
| WebDelSol | US |
| Webook.com | US |
| Western Writers of America, Inc. | US |
| Women Writing the West | US |
| Writers Literary Agency | US |
| Writer's Online Workshop.com | US |
| Writers.com/Writers on the Net | US |
| WritersCafe.org | US |
| WritersNet | US |
| Writing.com | US |
| Writing-World.com | US |
| Reader Views | US and Canada |

# EXHIBIT 53

# Academic Publishing in Europe: "The Impact Publishing"

## Final Programme Full Conference

Special Entrance Markgrafenstraße 38 at Gendarmenmarkt

### < APE 2009

**Tuesday, 20 January 2009: Plenum, Leibniz Room, Berlin-Brandenburg Academy of Sciences**

| | |
|---|---|
| 08:00-10:00 | Cloak Room & Leibniz Room open (Coffee, Tea & Snacks) |
| 10:00-12:30 | **Opening and Introduction**: Prof.Dr. Michael Mabe, CEO, International Association of STM Publishers |
| | **Greetings**: Dr. Karl-Peter Winters, German Association of Publishers and Booksellers, Frankfurt |
| | **Opening Keynote**: Prof.Dr. Georg Winckler, President, European University Association (EUA) and Rector of the University in Vienna: **Universities in the 21st Century** |
| | **Second Keynote**: Prof.Dr. Rudi Studer, Immediate Past President, Semantic Web Science Association (SWSA), University of Karlsruhe, Karlsruhe Institute of Technology & FZI Research Center for Information Technologies: **The Semantic Web: Enabling Innovative Approaches for Handling Information and Services** |
| | **News from The European Commission**: Dr. Celina Ramjoué, Policy Officer, European Commission Research Directorate-General: **Access to Scientific Information in the Digital Age: European Commission Initiatives** |
| 12:30-14:00 | Buffet Lunch |
| 14:00-15:30 | **Session 1: Information Discovery and Access: Repositories, Infrastructures, Libraries, how Everything comes together** |
| | **Chair**: Dr. Salvatore Mele, CERN, Open Access - Project Leader / SCOAP3 - Interim Project Manager, Geneva |
| | Dr. Ralf Schimmer, Max Planck Digital Library, Munich: **The European Landscape of Licensing, beyond Content** |
| | Travis Brooks, Stanford Linear Accelerator Center, Stanford: **Organizing a Research Community with SPIRES: Where Repositories, Scientists and Publishers meet** |
| | Dr. Carlos Morais Pires, Head of Sector - Scientific Data Infrastructures, European Commission, INFSO F3: **European Commission: e-Infrastructure for Europe: from Networks and Grids to Repositories and Scientific Data** |
| 15:30-16:00 | Coffee & Tea |
| 16:00-17:30 | **Session 2: Usage & Impact** |
| | **Chair**: Mayur Amin, Senior Vice President, Research & Academic Relations, Elsevier, Oxford |
| | Ian Rowlands, CIBER, University College London; **Electronic Journals: Modeling Journal Spend, Use and Research Outcomes** |
| | Dr. Henk F. Moed, Centre for Science and Technology Studies (CWTS), Leiden University: **Metrics-based Research Evaluation - what have we learnt so far?** |
| | Richard Gedye, Research Director, Journals Division, Oxford University Press: **Usage Factor and PIRUS - a Move towards more sophisticated, granular, and comprehensive Usage Metrics?** |

## Sponsors of < APE 2009

- Federation of European Publishers (FEP)
- German Association of Information Theory and Practice (DGI)
- International Federation of Library Associations and Institutions (IFLA)
- International Publishers Association (IPA)
- University College London (UCL)
- American Geophysical Union (AGU)
- Atypon Systems, Inc.
- Brill
- Copernicus Publications — The Innovative Open Access Publisher
- Elsevier
- Frankfurt Book Fair
- German Association of Publishers and Booksellers
- IOS Press
- Klopotek & Partners
- Lightning Source
- MetaPress
- Springer Science + Business Media
- The International Association of Scientific, Technical and Medical Publishers (STM
- Swets
- Walter de Gruyter

# Academic Publishing in Europe: „Quality & Publishing"
## Full Conference

**Tuesday, 20 January 2009 (ctd.): Plenum, Leibniz Room, Berlin-Brandenburg Academy of Sciences**

| | |
|---|---|
| 17:30 | **APE 2009 Special Guest** |
| | **Introduction:** Dr. Sven Fund, CEO, Walter de Gruyter, Berlin |
| | Jill Cousins, Director, The European Library and EDL Foundation, The Hague: **Europeana** |
| 19:30 | Conference Dinner at the "Refugium" (on invitation and separate registration) |

**Wednesday, 21 January 2009: Berlin-Brandenburg Academy of Sciences**

| | |
|---|---|
| 08:00-09:00 | Cloak Room & Leibniz Room open (Coffee, Tea & Snacks) |
| 09:00-10:45 | Leibniz Room and Humboldt Room. Please note: Parallel Sessions |
| 09:00-10:45 | **Session 3: The Impact of Technology (Leibniz Room)** |
| | **Chair:** Eefke Smit, Director, Standards and Technology, International Association of STM Publishers |
| | Sebastian Mislej, Jozef Stefan Institute, Ljubljana: **Video Lectures** |
| | Dr. Hans Pfeiffenberger, Helmholtz Association, Alfred-Wegener-Institute, Bremerhaven: **Publishing Data** |
| | Kevin Cohn, Director of Product Development and Client Services, Atypon Systems Inc., Santa Clara: **The Serendipity of Online: Information Discovery amidst Information Overload** |
| | Prof.Dr. John Gardner, President, ViewPlus Technologies, Corvallis, Oregon and Robert Kelly, Director, Journal Information Systems, The American Physical Society, Ridge: **The Future is near: Universally Usable Mainstream on-Line Publishing** |
| | **DAISY Revisited** with Dr. Thomas Kalisch, German Central Library for the Blind (DZB), Leipzig |
| 09:00-10:45 | **Session 4: Round Table: Partners in Preservation. Who is doing What and How in the Field of Long-Term Preservation of Digital Publications? (Humboldt Room - Satellite Session)** |
| | **Chair:** Els van Eijck van Heslinga, European Alliance for Permanent Access of the Records of Science, National Library of the Netherlands, The Hague |
| | **Participants:** Eillen Fenton, Executive Director, Portico, Princeton - Marcel Ras, Head, e-Depot National Library of The Netherlands, The Hague - Ute Schwens, Director, German National Library, Frankfurt - Joep Verheggen, Director (VP) Product Management Academic & Government Markets, Elsevier, Amsterdam - Wouter Schallier, Executive Director LIBER (European Association of Research Libraries), The Hague |
| 10:45-11:15 | Coffee & Tea |
| 11:15-12:45 | Leibniz Room and Humboldt Room. Please note: Parallel Sessions |
| 11:15-12:45 | **Session 5: The Road Ahead (Leibniz Room)** |
| | **Chair:** Dr. Einar Fredriksson, Director, IOS Press, Amsterdam |
| | Wim van der Stelt, Executive, Vice President Business Development, Springer: **New Business Models: Defense or Naiveté?** |

**Wednesday, 21 January 2009 (ctd.): Berlin-Brandenburg Academy of Sciences**

| | |
|---|---|
| 11:15-12:45 | Dirk Lens, Member of the Executive Board, Swets, Lisse: **Multiplication of Impact through Simplification** |
| | Dr. Paul Evans, Senior Vice President, International Publishing Development, Elsevier Science, Amsterdam: **The New Deal - Freedoms, Experiments, Sustainability** |
| | Dr. Michael Jubb, Director, Research Information Network (RIN), London: **Forward, but in what Direction?** |
| 11:15-12:45 | **Session 6: Panel: Open Books (Humboldt Room - Satellite Session)** |
| | **Chair:** Dr. Michael Kaiser, Editor in Chief, perspectivia.net |
| | **Participants:** Eelco Ferwerda, Coordinator of OAPEN (Open Access Publishing in European Networks), Publisher at Amsterdam University Press, Amsterdam - Dr. Frances Pinter, Publisher of Bloomsbury Academic, London - Margo Bargheer, Head of Göttingen University Press, Göttingen |
| 12:45-14:00 | Buffet Lunch |
| 14:00-15:30 | **Session 7: Google, Publishing & Electronic Libraries: Visions, Challenges, Opportunities, Consequences** |
| | **Introduction:** Mark Seeley, Senior Vice President and General Counsel, Elsevier, USA: **How it all started: The "Big Deal" between Authors Guild, American Association of Publishers (AAP) and Google** |
| | Dr. Daniel J. Clancy, Engineering Director, Google Inc., USA |
| | Jan F. Constantine, General Counsel, Authors Guild, USA |
| 15:30-16:00 | Coffee & Tea |
| 16:00-17:00 | **Closing Panel: Outlook** |
| | **Chair** Dr. Herman P. Spruijt, President (as of 1 January 2009), International Publishers Association (IPA), Geneva |
| | **Participants:** Prof.Dr. Claudia Lux, President, International Federation of Library Associations and Institutions (IFLA) - Dr. Daniel J. Clancy, Google Inc. - Jan F. Constantine, Authors Guild - Dr. Michiel Kolman, Senior Vice President, Global Academic Relations, Elsevier, Amsterdam. Other participants to be invited |
| 17:00-18:00 | End of APE 2009 |
| | **Rapporteurs:** Dr. Chris Armbruster and Dr. Svenja Hagenhoff |
| | Please make a note in your calendar: **APE 2010** will take place in Berlin from 19 - 20 January 2010 |

# EXHIBIT 54

# International College/University Distribution List

| Country | College/University |
|---|---|
| Columbia | Colegio Gran Bretaña |
| Columbia | Pontifica Universidad Javeriana |
| Columbia | Universidad Antonio Nariño |
| Columbia | Universidad de Antioquia |
| Columbia | Universidad de La Salle - Santafé de Bogotá |
| Columbia | Universidad de Los Andes |
| Columbia | Universidad del Norte |
| Columbia | Universidad del Valle |
| Columbia | Universidad Distrital Francisco José de Caldas |
| Columbia | Universidad EAFIT |
| Columbia | Universidad Nacional de Colombia |
| Columbia | Universidad Pontificia Bolivariana |
| Egypt | American University in Cairo |
| Egypt | Assiut University |
| Egypt | Benha University |
| Egypt | Fayoum University |
| Egypt | Future University |
| Egypt | Higher Institutes of King Mariout |
| Egypt | International Academy for Media Science |
| Egypt | Kafer el Shiekh |
| Egypt | MISR University for Sience and Technology |
| Egypt | Modern Sciences & Arts University |
| Egypt | Nahda University |
| Egypt | Sinai University |
| Egypt | South Valley University |
| Egypt | Tanta University |
| Egypt | Université Française d'Égypte |
| Egypt | Université Senghor |
| Indonesia | Brawijaya University |
| Indonesia | Institut Teknologi Bandung |
| Indonesia | Institut Teknologi Sepuluh Nopember |
| Indonesia | Islamic University of Sultan Agung |
| Indonesia | Lembaba Pendidikan Perkebunan |
| Indonesia | Maranatha Christian University |
| Indonesia | Petra Christian University |
| Indonesia | Program Pascasarjana Universitas Indonesia |

# International College/University Distribution List

| Country | College/University |
|---------|-------------------|
| Indonesia | Sekolah Tinggi Teknologi Telkom Bandung |
| Indonesia | Surabaya University |
| Indonesia | Trisakti University |
| Indonesia | Universitas Airlangga |
| Indonesia | Universitas Bina Nusantara |
| Indonesia | Universitas Duta Wacana |
| Indonesia | Universitas Islam Indonesia |
| Indonesia | Universitas Jayabaya |
| Indonesia | Universitas Jember |
| Indonesia | Universitas Muhammadiyah Malang |
| Indonesia | Universitas Muhammadiyah Surakarta |
| Indonesia | Universitas Padjadjaran |
| Indonesia | Universitas Pakuan Bogor |
| Indonesia | Universitas Sumatera Utara |
| Indonesia | University of Indonesia |
| Indonesia | University of Tanjungpura |
| Indonesia | UNJANI |
| Indonesia | UNPAR |
| Indonesia | Untag Surabaya University |
| Phillipines | Adamson University Feature |
| Phillipines | Agricultural Training Institute Feature |
| Phillipines | Aquinas University |
| Phillipines | Arellano University |
| Phillipines | Asia Pacific College |
| Phillipines | Asian Institute of Management |
| Phillipines | Ateneo de Davao University |
| Phillipines | Ateneo de Manila University |
| Phillipines | Ateneo de Zamboanga University |
| Phillipines | Cebu Doctors' College |
| Phillipines | Center for Industrial Technology and Enterprise |
| Phillipines | Central Philippine University |
| Phillipines | Computer Arts and Technological College |
| Phillipines | Crescent Technologies Institute |
| Phillipines | Davao Doctors College |
| Phillipines | East Asia Institute of Computer Technology |
| Phillipines | Far Eastern University |

# International College/University Distribution List

| Country | College/University |
|---|---|
| Phillipines | Holy Angel University |
| Phillipines | Iligan Institute of Technology |
| Phillipines | International Systems College |
| Phillipines | Manila Central University |
| Phillipines | Manuel L. Quezon University |
| Phillipines | Mapua Institute of Technology |
| Phillipines | Northwestern University of the Philippines |
| Phillipines | Notre Dame of Marbel University |
| Phillipines | Philippine Christian University |
| Phillipines | Philippine Women's University |
| Phillipines | Polytechnic University of the Philippines |
| Phillipines | Saint Louis University |
| Phillipines | Saint Mary's College of Meycauayan |
| Phillipines | Saint Mary's University |
| Phillipines | Saint Paul University |
| Phillipines | Saint Scholastica's College |
| Phillipines | Silliman University |
| Phillipines | Tarlac State University |
| Phillipines | Technological University of the Philippines |
| Phillipines | The Lorma Schools |
| Phillipines | University of Asia and the Pacific |
| Phillipines | University of Baguio |
| Phillipines | University of Mindanao |
| Phillipines | University of Nueva Caceres |
| Phillipines | University of Pangasinan |
| Phillipines | University of Regina Carmeli |
| Phillipines | University of Saint La Salle |
| Phillipines | University of San Agustin |
| Phillipines | University of San Carlos |
| Phillipines | University of San Jose Recoletos |
| Phillipines | University of Santo Tomas |
| Phillipines | University of the Philippines Open University |
| Phillipines | University of the Philippines, Diliman |
| Phillipines | University of the Philippines, Los Baños |
| Phillipines | Virgen Milagrosa University Foundation |
| Phillipines | Western Institute of Technology |

# International College/University Distribution List

| Country | College/University |
|---------|-------------------|
| Phillipines | Western Mindanao State University |
| Saudi Arabia | Al Yamamah College |
| Saudi Arabia | Alfaisal University |
| Saudi Arabia | College of Business Admnistration |
| Saudi Arabia | Effat College |
| Saudi Arabia | Imam Mohamed Ibn Saud Islamic University |
| Saudi Arabia | Institute of Public Administration |
| Saudi Arabia | Islamic University of Medinah |
| Saudi Arabia | King Abdullah University of Science and Technology |
| Saudi Arabia | King Fahad University of Petroleum and Minerals |
| Saudi Arabia | King Fahd Security College |
| Saudi Arabia | King Faisal University |
| Saudi Arabia | King Khalid University |
| Saudi Arabia | King Saud University |
| Saudi Arabia | Naif Arab University for Security Sciences |
| Saudi Arabia | Prince Sultan University |
| Saudi Arabia | Taibah University |
| Saudi Arabia | Umm Al-Qura University |
| Saudi Arabia | University of Ha'il |
| Saudi Arabia | Yanbu Industrial College |
| South Korea | Changwon National University |
| South Korea | Cheju National University |
| South Korea | Chongju University |
| South Korea | Chonnam National University |
| South Korea | Chosun University |
| South Korea | Chung Ang University |
| South Korea | Dong-A University |
| South Korea | Ewha Woman's University |
| South Korea | Hallym University |
| South Korea | Hanyang University |
| South Korea | Konyang University |
| South Korea | Kookmin University |
| South Korea | Korea Advanced Institute of Science and Technology (KAIST) |
| South Korea | Korea Maritime University |
| South Korea | Kyung Hee University |
| South Korea | Pusan National University |

# International College/University Distribution List

| Country | College/University |
|---|---|
| South Korea | Sejong University |
| South Korea | Seoul National University |
| South Korea | Soong Sil University |
| South Korea | Sunchon National University |
| South Korea | Yonsei University |
| Taiwan | Aletheia University |
| Taiwan | Chang Gung University |
| Taiwan | Chang Jung Christian University |
| Taiwan | Chao Yang University of Science and Technology |
| Taiwan | Chia Nana College of Pharmacy and Science |
| Taiwan | Chinese Culture University |
| Taiwan | Chung Hua University |
| Taiwan | Feng Chia University |
| Taiwan | Fu Jen Catholic University |
| Taiwan | Huafan University |
| Taiwan | I-Shou University |
| Taiwan | Kun Shan University |
| Taiwan | LungHwa University of Science and Technology |
| Taiwan | Ming Chuan University |
| Taiwan | National Central University |
| Taiwan | National Changhua University of Education |
| Taiwan | National Cheng Kung University |
| Taiwan | National Chengchi University |
| Taiwan | National Chiayi University |
| Taiwan | National Chung Cheng University |
| Taiwan | National Dong Hwa University |
| Taiwan | National Ilan University |
| Taiwan | National Kaohsiung First University of Science and Technology |
| Taiwan | National Kaohsiung Normal University |
| Taiwan | National Kaohsiung University of Applied Sciences |
| Taiwan | National Pingtung University of Education |
| Taiwan | National Pingtung University of Science and Technology |
| Taiwan | National Taipei University of Education |
| Taiwan | National Taipei University of Technology |
| Taiwan | National Taitung University |
| Taiwan | National Taiwan College of Physical Education |

# International College/University Distribution List

| Country | College/University |
| --- | --- |
| Taiwan | National Taiwan Ocean University |
| Taiwan | National Taiwan University |
| Taiwan | National Taiwan University of Science and Technology |
| Taiwan | National Tsing Hua University |
| Taiwan | National University of Kaohsiung |
| Taiwan | Shih Chien University |
| Taiwan | Shih Hsin University |
| Taiwan | Shu-Te University |
| Taiwan | St. John's University |
| Taiwan | Taipei Medical University |
| Taiwan | Taipei Municipal University of Education |
| Taiwan | Tamkang University |
| Taiwan | TaTung University |
| Taiwan | Tzu Chi College of Medicine and Humanities |
| Taiwan | Yuan Ze University |
| Turkey | Afyon Kocatepe Üniversitesi |
| Turkey | Akdeniz Üniversitesi |
| Turkey | Anadolu Üniversitesi |
| Turkey | Ankara Üniversitesi |
| Turkey | Atatürk Üniversitesi |
| Turkey | Balikesir Üniversitesi |
| Turkey | Baskent Universitesi |
| Turkey | Beykent Üniversitesi |
| Turkey | Bilkent Üniversitesi |
| Turkey | Bogaziçi Üniversitesi |
| Turkey | Cag Üniversitesi |
| Turkey | Canakkale Onsekiz Mart Üniversitesi |
| Turkey | Cankaya Üniversitesi |
| Turkey | Celal Bayar Üniversitesi |
| Turkey | Cumhuriyet Üniversitesi |
| Turkey | Dogus Üniversitesi |
| Turkey | Dumlupinar Üniversitesi |
| Turkey | Ege Üniversitesi |
| Turkey | Erciyes Üniversitesi |
| Turkey | Fatih Universitesi |
| Turkey | Gazi Üniversitesi |

# International College/University Distribution List

| Country | College/University |
|---------|-------------------|
| Turkey | Gaziantep Üniversitesi |
| Turkey | Gaziosmanpasa Üniversitesi |
| Turkey | Gebze Yüksek Teknoloji Enstitüsü |
| Turkey | Haliç Üniversitesi |
| Turkey | Harran Üniversitesi |
| Turkey | Inönü Üniversitesi |
| Turkey | Isik Üniversitesi |
| Turkey | Istanbul Bilgi Üniversitesi |
| Turkey | Istanbul Teknik Üniversitesi |
| Turkey | Istanbul Ticaret Universitesi |
| Turkey | Istanbul Üniversitesi |
| Turkey | Izmir Ekonomi Universitesi |
| Turkey | Izmir Yüksek Teknoloji Enstitüsü |
| Turkey | Kafkas Üniversitesi |
| Turkey | Karadeniz Teknik Üniversitesi |
| Turkey | Mimar Sinan Güzel Sanatlar Üniversitesi |
| Turkey | Mugla Üniversitesi |
| Turkey | Okan Üniversitesi |
| Turkey | Ondokuz Mayis Üniversitesi |
| Turkey | Orta Dogu Teknik Universitesi Kuzey Kibris Kampusu |
| Turkey | Sabanci Üniversitesi |
| Turkey | Sakarya Üniversitesi |
| Turkey | Süleyman Demirel Üniversitesi |
| Turkey | TOBB Ekonomi ve Teknoloji Üniversitesi |
| Turkey | Trakya Üniversitesi |
| Turkey | Ufuk Universitesi |
| Turkey | Uludag Üniversitesi |
| Turkey | Yasar Universitesi |
| Turkey | Yildiz Teknik Üniversitesi |
| Turkey | Yüzüncü Yil Üniversitesi |
| Turkey | Zonguldak Karaelmas Üniversitesi |

# EXHIBIT 55




**Feb 4th 2010**

# *Quality Control*

**Contact Details**

Mark Cavanagh
US Sales Manager - East
+1(773) 663 4176
mcavanagh@appliedlanguage.com



## Quality of Service

Applied Language Solutions are dedicated to providing the highest-quality translation services possible and this is reflected in the quality management certification that we have attained and the quality assurance processes that we have in place. The very nature of the language services industry means it is essential that quality is high and to ensure that our quality standards never drop Applied Language Solutions measure a variety of Key Performance Indicators and are currently exceeding all targets.

The Head of Applied Language Solutions Quality Division, Holly Roberts, plays a lead role in constantly raising the quality levels of the language services that Applied Language Solutions provide. In her role as Quality Manger Holly is responsible for ensuring that all quality procedures are implemented, constantly monitored and improved wherever possible. These stringent procedures allow us to maintain our high standards of quality and service for our customers. Naturally a major dictating factor in the quality of the language services that Applied Language Solutions provide is the ability and skill level of the interpreters and translators that Applied Language Solutions employ and to ensure that we only employ the most suitable linguists all translators and interpreters are subjected to strict vetting procedures.

## Online Project Evaluation and Quality Review System

Applied Language Solutions thoroughly value what our customers think about the whole "Applied Language Solutions experience" and take a great deal of time and care reviewing the feedback we receive. After every project is completed a customer satisfaction email is automatically generated and sent to our customers from our Chief Executives email account, thus ensuring that he is aware of any issues that may arise, asking them to rate the service they have received and to provide any extra comments they feel should be brought to our attention. Should we receive any feedback which shows a quality rating below 8 the Head of our Quality Division will immediately contact the customer to find out what went wrong and why before ensuring that the same issue will not arise again.

The result of the feedback that Applied Language Solutions have received over the last 12 months can be seen below:

| Sector | Mark Out of Ten |
|---|---|
| Industry Manager | 9.29 |
| Project Account Manager | 9.21 |
| Overall Experience | 9.21 |



## Quality Management Process

In order to ensure that Applied Language Solutions consistently deliver the highest quality language services possible we follow a strict quality management process which is replicated in the model below.





## Quality Management Systems

In our desire to provide our customers with the highest quality service possible Applied Language Solutions have been assessed and approved to the following Quality Management Systems.



### BS EN ISO 9001:2000
Applied Language Solutions were assessed and approved by QMS Quality Management Systems to the BS EN ISO 9001:2000
quality management systems, standards and guidelines on the 15 April 2005. The certificate number is GB 12784.



### BS EN ISO 14001:2004
Applied Language Solutions were assessed and approved by QMS Quality Management Systems to the BS EN ISO 14001:2004
environmental management systems, standards and guidelines on the 11 October 2006.
The certificate number is GB 14118.



### OHSAS 18001:1999
Applied Language Solutions were assessed and approved by QMS Quality Management Systems to the OHSAS 18001:1999 occupational health and safety management systems, standards and guidelines on the 17 January 2007
The certificate number is GB 14359.



### BS EN 15038:2006
Applied Language Solutions are also BS EN 15038:2006 registered which is the first European standard to set out the requirements for the provision of quality services by translation providers.

### DIN EN 15038

We are also DIN EN 15038 registered which is a German quality mark; this is now recognised throughout Europe.


## Industry Accreditations

As a further indication of the high levels of quality that our customers can expect Applied Language Solutions have been assessed and awarded the following prestigious industry specific accreditations. Quality of product and delivery played an integral role in the assessment process.



### American Translators Association

Applied Language Solutions have subscribed to the ATA code of conduct and business practice and have been granted a certificate of corporate membership.



### Association of Translation Companies

Applied Language Solutions are a member of the ATC and as such were carefully vetted before admission into membership, adhere to a strict code of professional conduct, are subject to the rulings of a professional ethics committee and carry full professional indemnity insurance cover to safeguard the interests of the translation purchaser.



### Institute of Translation and Interpretation

Applied Language Solutions are a member of the Institute of Translation and Interpreting. All members of the Institute of Translation and Interpreting abide by a strict code of practice and must meet all the requirements prescribed by the council.



### The Globalization and Localization Association (GALA)

Applied Language Solutions are members of The Globalization and Localization Association. The association allows members a common forum to discuss issues, create innovative solutions, promote the industry, and present a joint - and more powerful - voice within the industry and to the outside community.



### The Indian Translators Association (ITAINDIA)

Applied Language Solutions are members of The Indian Translators Association and in doing so abide by their ethical standards and codes of practice. We felt that it was an important association to be a part of when we opened our office in Chennai.



### Microsoft Certified Partner

We are a Microsoft Certified Partner recognising technological excellence and impact on customers through Microsoft products and service.


## Support of the UN Global Compact



Applied Language Solutions support the ten principles of the **United Nations Global Compact** in respect to human rights, labour rights, the environment and anti-corruption. In doing so we express our intent to support and advance those principles within our sphere of influence by making the Global Compact and its principles part of our strategy, culture and day-to-day operations. This indicates that all products and services delivered are not done so to the detriment of other human beings and the environment, thus ensuring Applied Language Solutions maintain high ethical standards.

## Continuous Investment in Staff

Applied Language Solutions invest heavily in our staff because they play an essential role in ensuring that the services we deliver are of the highest quality.



Applied Language Solutions commitment to our staff has resulted in us achieving the **Investors in People Award**. This rewards the true commitment shown from both the company and our staff in providing a supportive working environment for all, which encourages our staff to excel in every way possible and consequently improves the services we offer.



Applied Language Solutions were recently accredited with the **Work-Life Balance Approach**. To receive this prestigious accreditation all aspects of our company culture, strategy, and operations were studied and built upon over a 12 month period to ensure that Applied Language Solutions promoted a healthy work-life balance.

Work-life balance ensures that staff have a measure of control over when, where and how they work and is achieved when an individual's right to a fulfilled life inside and outside paid work is accepted and respected as the norm, to the mutual benefit of the individual, business and society.



## Reference Clients

Applied Language Solutions is the professional choice for your translation; we have provided services to both the public and private sectors including many different industries from **I.T and Telecommunications to Retail.** Below is a sample of a few of our clients...



If you should require any further information please do not hesitate to contact me on (773) 663 4176

Yours sincerely

Mark Cavanagh (PhD)
East Coast Sales Manager
mcavanagh@appliedlanguage.com
Tel:      (773) 663 4176
Cell:     (718) 300 660

**CALL toll-free 1.866.446.1860**

HOME     ABOUT US     SERVICES     CERTIFIED TRANSLATORS     LANGUAGES OFFERED     CORPORATE PROGRAMS     CLIENT LIST     NEWS

Voted
America's Most Reliable
Translation Services Provider

 Get Quote by eMail

 Get Quote by Phone

Contact by eMail

Contact by Mail

·: **Business Translations**

·: **Legal Translations**

·: **Official Translations**

·: **Financial Translations**

·: **Medical Translations**

·: **Technical Translations**

·: **What You Must Know**

·: **Quality Assurance**

·: **Payment Options/Terms**

**ASTA-USA, Inc.: America's Most Reliable Translation Services Provider**

In 1992, ASTA-USA's founder, Mr. Alain J Roy, began formalizing a mission-critical document translation service, which was born out of necessity to support his Business Management Consulting Services. Over the years, a large number of Mr. Roy's global enterprise clients began recognizing that his unique formula – Translation Process and Quality Assurance Review/Edits -- produced superior translation accuracy and faster conversion times, all at competitive pricing.

Based in Hartville, Wyoming, ASTA-USA has Lead Project Managers located across the U.S. and certified language translators throughout the United States, Latin America, Europe, the Middle East, Africa and Asia. Our clients are public and privately held corporations, international law firms and financial institutions, as well as government and state-owned entities, involved in sophisticated research, corporate and financial transactions and complex dispute resolution proceedings.

**Our Founding Principles**

ASTA-USA's founding principles were and remain:

- The creation of successful, long-term relationships with our clients
- An unwavering commitment to document and language translation accuracy
- A dedication to the continued development of our worldwide document translators
- The perfection of our mission-critical, high priority document translation methodology

ASTA-USA is distinguished not only by the depth and scope of its mission-critical language translation services, but also by unmatched capabilities in the legal, technical and scientific arena.

Our professional language translators are the best in the business. They have a minimum of 10 years experience and they are accredited by the world's leading language services authorities. Consequently, we are known for unusual effectiveness in helping our clients with languages and environments that are sometimes daunting and unfamiliar.

**Our Mission**

We aim to provide superior language translation services to our clients in a courteous, ethical, and timely manner. We can deliver the premium skill levels at a reasonable cost. We take a personal interest in our clients and give them the service, value and attention we seek in our own relationships.

Whether our translation work involves a multi-national corporation's financial documentation, a law firm's foreign litigation, the launch of a worldwide marketing campaign for a pharmaceutical giant, or an individual's medical report, we are prepared to provide comprehensive translation services for our client's business, professional and personal needs. We feel that there is an implied imperative to convert critical documents into foreign languages into an exact English version (or vice-versa) to assist our clients in their efforts to mitigate risk and ultimately protect their fundamental concerns.

Accomplishing our mission will continue our tradition of enduring and rewarding relationships with our clients and among all the people who are part of the ASTA-USA family.



"You are always on top of everything. The translation is perfect and the service is first class!"
- Ron Bar
CITIGROUP



Thanks again for a terrific job...
You are the best!
- Anne Catherine Savage
UBS Investment Bank



"Now we understand how critical quality translation is... You make us look good and bring clarification to our LEP struggles.
- Nancy Rivera
AETNA

Thanks for your professional work, prompt service, and great rates!
- B. Monty Maughan
FAA - Aviation Systems Standards



How can you be so fast and yet always perfectly accurate?
You have a very solid team of legal translators and you always make me look good!
- Tim Pompa
Legal Assistant, Intellectual Property



What more can I say... This is excellent. As always, you guys deliver to perfection!
- Karen Rudenstein
Marketing Communications

CLIENT LOGIN

(c) 2000-2007 ASTA-USA Translation Services, Inc. All rights reserved - Privacy Statement - Links - Sitemap

**CALL toll-free 1.866.446.1860**

HOME    ABOUT US    SERVICES    CERTIFIED TRANSLATORS    LANGUAGES OFFERED    CORPORATE PROGRAMS    CLIENT LIST    NEWS

 Get Quote by eMail

 Get Quote by Phone

 Contact by eMail

 Contact by Mail

Voted
America's Most Reliable
Translation Services Provider

·: Business Translations

·: Legal Translations

·: Official Translations

·: Financial Translations

·: Medical Translations

·: Technical Translations

·: What You Must Know

·: Quality Assurance

·: Payment Options/Terms

**Certified Translation Professionals Only**

**We seek out, recruit, and retain the best!**

Our principal team is comprised of 416 certified/accredited translators located in the United States and various regions of the world. In addition, we have complete access to a global network of more than 12,700 certified freelance professionals. We are a people-intensive business that can only be as good as the professionals who do the work. It is work that cannot be done by machines or any technology currently available – at least not for the exacting and precise standards of financial, legal, medical, technical, and scientific documentation.

ASTA-USA has the resources and capabilities to form special project teams for complex or large assignments to guarantee effectiveness and consistency. In actuality this means that a team of professional linguists is reserved exclusively for your particular project.

Our Translators are accredited by the world's leading organizations such as:

- The United Nations
- The Institute of Linguists
- American Translators Association (ATA)
- La Société Française des Traducteurs (SFT)
- Institute of Translation and Interpreting (ITI)
- US National Association of Judiciary Interpreters and Translators

ASTA Translator highlights (averages):

- 2.3 Languages (in addition to native)
- 1.8 Certifications/Accreditation
- 12.4 years in the field
- 92.7% with advanced or college equivalent degrees

Not only are our translators skilled in the complexity of finance, legal, medical, technical, and scientific documentation, they also have industry-specific knowledge. Moreover, because of their advanced education, they are also quick to pick up the subtleties of a client's business or specific industry.



"You are always on top of everything.
The translation is perfect
and the service is first class!"
- Ron Bar
CITIGROUP



Thanks again for a terrific job…
You are the best!
- Anne Catherine Savage
UBS Investment Bank



"Now we understand how critical
quality translation is... You make
us look good and bring clarification
to our LEP struggles.
- Nancy Rivera
AETNA

Thanks for your professional work,
prompt service, and great rates!
- B. Monty Maughan
FAA - Aviation Systems Standards



How can you be so fast and yet
always perfectly accurate?
You have a very solid team of
legal translators and you always
make me look good!
- Tim Pompa
Legal Assistant, Intellectual Property

What more can I say… This is excellent.
As always, you guys deliver to perfection!
- Karen Rudenstein
Marketing Communications



(c) 2000-2007 ASTA-USA Translation Services, Inc. All rights reserved - Privacy Statement - Links - Sitemap

**CALL toll-free 1.866.446.1860**

HOME    ABOUT US    SERVICES    CERTIFIED TRANSLATORS    LANGUAGES OFFERED    CORPORATE PROGRAMS    CLIENT LIST    NEWS

Voted
America's Most Reliable
Translation Services Provider

- Business Translations
- Legal Translations
- Official Translations
- Financial Translations
- Medical Translations
- Technical Translations
- What You Must Know
- Quality Assurance
- Payment Options/Terms

**Translation of Legal Documents**

When correct and accurate translation of legal and official documentation has crucial implications, America's top law firms and corporate legal representatives turn to the experts at ASTA-USA.

ASTA-USA provides high priority translation services for all legal aspect. Whether you need a translation for a critical business contract, complex litigation materials, evidence documents, a financial statement, deposition records, technical patent confirmation, application letter, birth certificate, or any other essential document, ASTA-USA can complete the translation from and into any languages for you quickly and accurately.

Our expert translators' experience extends beyond the scope of general legal terminology. They are also well versed in the intricacies and statutory requirements of foreign legal and cultural systems.

**Legal Translation is Not a Simple Task**

Be sure to select your translation vendor carefully. Only professional translators specializing in legal translation – preferably those with formal judicial and legal education and experience -- should translate legal documents and intellectual writings. The mistranslation of a simple passage in a contract, for example, could lead to disastrous consequences, lawsuits, and devastating financial ramifications.

When translating a text within the field of law, the translation team should keep the following in mind. The legal system of the source text is structured in a way that suits that culture and this is reflected in the legal language; similarly, the target text is to be read by someone who is familiar with another legal system and its language. Most forms of legal writing, and contracts in particular, seek to establish clearly defined rights and duties for certain individuals and organizations. It is essential to ensure precise correspondence of these rights and duties in the source text and in the translation.

Apart from terminological or lexical gaps, the translator, or translation team under our processes, may focus on the following aspects. Textual conventions in the source language are often culture-dependent and may not correspond to conventions in the target culture. Linguistic structures that are often found in the source language have no direct equivalent structures in the target language. The translator therefore has to find target language structures with the same functions as those in the source language.

That is why ASTA-USA only recruits the best and most experienced legal translators. No other translation company in the United States can boast the following translation personnel statistics and qualifications.

ASTA Translator highlights (averages):

- 2.3 Languages (in addition to native)
- 1.8 Certifications/Accreditation
- 12.4 years in the field
- 92.7% with advanced or college equivalent degrees

Our Translators are accredited by the world's leading organizations such as:

- The United Nations
- The Institute of Linguists
- American Translators Association (ATA)
- La Société Française des Traducteurs (SFT)
- Institute of Translation and Interpreting (ITI)
- US National Association of Judiciary Interpreters and Translators

Not only are our translators skilled in the complexity of legal languages and terminology they also have industry-specific knowledge. Moreover, because of their advanced education, they are also quick to pick up the subtleties of a client's business or specific industry.

Visit our mission-critical legal translation division www.LegalTranslationSolutions.com

 Get Quote by eMail

 Get Quote by Phone

@ Contact by eMail

✉ Contact by Mail



"You are always on top of everything.
The translation is perfect
and the service is first class!"
- Ron Bar
CITIGROUP



Thanks again for a terrific job…
You are the best!
- Anne Catherine Savage
UBS Investment Bank



"Now we understand how critical
quality translation is... You make
us look good and bring clarification
to our LEP struggles.
- Nancy Rivera
AETNA

Thanks for your professional work,
prompt service, and great rates!
- B. Monty Maughan
FAA - Aviation Systems Standards



How can you be so fast and yet
always perfectly accurate?
You have a very solid team of
legal translators and you always
make me look good!
- Tim Pompa
Legal Assistant, Intellectual Property



What more can I say… This is excellent.
As always, you guys deliver to perfection!
- Karen Rudenstein
Marketing Communications

SAN DIEGO - NEW YORK - CHICAGO - PHOENIX - PHILADELPHIA - DALLAS - DETROIT - SAN FRANCISCO - SEATTLE - WASHINGTON DC

(c) 2000-2007 ASTA-USA Translation Services, Inc. All rights reserved - Privacy Statement - Links - Sitemap

CLIENT LOGIN

**CALL toll-free 1.866.446.1860**

HOME    ABOUT US    SERVICES    CERTIFIED TRANSLATORS    LANGUAGES OFFERED    CORPORATE PROGRAMS    CLIENT LIST    NEWS

Voted
America's Most Reliable
Translation Services Provider



Get Quote by eMail

Get Quote by Phone

Contact by eMail

Contact by Mail

·: Business Translations

·: Legal Translations

·: Official Translations

·: Financial Translations

·: Medical Translations

·: Technical Translations

·: What You Must Know

·: Quality Assurance

·: Payment Options/Terms

**Translation Services Available in More Than 70 Languages**

- Afghani
- Afrikaans
- Akkadian
- Albanian
- Amharic
- Arabic
- Assamese
- Azerbaijani
- Azeri
- Baluchi
- Bangla
- Bashkirian
- Basque
- Belarusan
- Bengali
- Bhojpuri
- Bobangi
- Boholano
- Bosnian
- Bulgarian
- Burmese
- Bushman
- Byelorussian
- Cambodian
- Cantonese
- Catalan
- Cebuano
- Chamorro
- Chinese
- Coptic
- Creole
- Croatian
- Czech
- Danish
- Dari
- Dinka
- Dogri

- Dutch
- English
- Eskimo
- Estonian
- Farsi
- Fijian
- Finnish
- Flemish
- French
- Frisian
- Gaelic
- Gallego
- Georgian
- German
- Greek
- Greenlandic
- Guarani



"You are always on top of everything.
The translation is perfect
and the service is first class!"
- Ron Bar
CITIGROUP



Thanks again for a terrific job...
You are the best!
- Anne Catherine Savage
UBS Investment Bank



"Now we understand how critical
quality translation is... You make
us look good and bring clarification
to our LEP struggles.
- Nancy Rivera
AETNA

Thanks for your professional work,
prompt service, and great rates!
- B. Monty Maughan
FAA - Aviation Systems Standards



How can you be so fast and yet
always perfectly accurate?
You have a very solid team of
legal translators and you always
make me look good!
- Tim Pompa
Legal Assistant, Intellectual Property

LO/JACK

What more can I say... This is excellent.
As always, you guys deliver to perfection!
- Karen Rudenstein
Marketing Communications

- Gujarati
- Haitian Kreyol
- Hausa
- Hawaiian
- Hebrew
- Hindi
- Hmong
- Hungarian
- Icelandic
- Ilokano
- Indonesian
- Italian
- Japanese
- Kamilaroi
- Kazahk
- Khmer
- Kikuyu
- Konkani
- Korean
- Kurdish

- Kyrgyz
- Ladino
- Lao
- Laotian
- Latvian
- Lithuanian
- Luganda
- Lummi
- Macedonian
- Maithili
- Malagasy
- Malay
- Malayan
- Mandinka
- Manipuri
- Marathi
- Mien
- Minangkabau
- Mizo
- Mongolian
- Moroccan
- Nahuatl
- Nepali
- Norwegian
- Oriya
- Oromo
- Papiamento
- Pashto
- Persian
- Polish
- Portuguese
- Punjabi
- Romanian
- Russian
- Sami
- Sanskrit

- Serbian
- Sesotho
- Setswana
- Shona
- Sindhi
- Slovak
- Slovene
- Somali
- Spanish
- Swahili
- Swazi
- Swedish

- Syriac
- Tagalog
- Tajik
- Tamil
- Tatar
- Telegu
- Thai
- Tibetan
- Tsonga
- Tswana
- Turkish
- Turkman
- Twi
- Ukranian
- Urdu
- Uzbek
- Venda
- Vietnamese
- Walpiri
- Welsh
- Wolof
- Xhosa
- Yiddish
- Zulu

**Our translation services are available in more than 70 languages**

- Spanish translations
- French translations
- Italian translations
- German translations
- Portuguese translations
- Chinese translations
- Japanese translations
- English translations

(c) 2000-2007 ASTA-USA Translation Services, Inc. All rights reserved - Privacy Statement - Links - Sitemap

CLIENT LOGIN

**CALL toll-free 1.866.446.1860**

HOME     ABOUT US     SERVICES     CERTIFIED TRANSLATORS     LANGUAGES OFFERED     CORPORATE PROGRAMS     CLIENT LIST     NEWS

Voted
America's Most Reliable
Translation Services Provider


Get Quote by eMail


Get Quote by Phone


Contact by eMail

Contact by Mail

·: Business Translations

·: Legal Translations

·: Official Translations

·: Financial Translations

·: Medical Translations

·: Technical Translations

·: What You Must Know

·: Quality Assurance

·: Payment Options/Terms

**Partial Client List**

| by Industry | by Name |

**Advertising**
- AMALGAMATED
  - Fusion Advertising

**Aerospace**
- Amphenol Aerospace

**Art**
- Associates Graphic Services
- Britannica Home Fashions
- Design and Direction
- Ethic, Inc.
- Michelson Studios
- Seth Kaller

**Automotive**
- LoJack
- Mitsubishi
- Toyota Motor
- Volvo

**Aviation**
- Air Canada Vacations
- Boeing
- BRITISH AIRWAYS PLC
- MD Helicopters

**Beverage Producer**
- American Cowboy Coffee
- International Coffee & Tea, LLC
- Millbrook Winery
- Pepsi-Cola Canada
- POM Wonderful

**Communications**
- AT&T
- Deutsche Telekom
- Ericsson
- Metro PCS

**Construction**
- ARUP
- Community Asphalt Corp.
- DSG Concrete Contractors
- Lifestyle Homes

**Consulting**
- CCI Consulting
- Convergys
- DJS Associates, Inc.
- Edelman Advertising
- Ergonomic Group, Inc.
- Global Strategies Group
- Huthwaite
- ICF Consulting
- ICS Learning Group
- Investment Property Exchange Services
- PATH International
- Pioneer Consulting
- Reed Elsevier
- SK Consulting
- ThoughtSpeed Corp.
- Wilde Direct



"You are always on top of everything.
The translation is perfect
and the service is first class!"
- Ron Bar
CITIGROUP



Thanks again for a terrific job...
You are the best!
- Anne Catherine Savage
UBS Investment Bank



"Now we understand how critical
quality translation is... You make
us look good and bring clarification
to our LEP struggles.
- Nancy Rivera
AETNA

Thanks for your professional work,
prompt service, and great rates!
- B. Monty Maughan
FAA - Aviation Systems Standards



How can you be so fast and yet
always perfectly accurate?
You have a very solid team of
legal translators and you always
make me look good!
- Tim Pompa
Legal Assistant, Intellectual Property



What more can I say... This is excellent.
As always, you guys deliver to perfection!
- Karen Rudenstein
Marketing Communications

- Cosmetics
  - Sephora
- Document Management
  - Standard Register
  - Xerox Corp
- Education
  - Alliant University
  - Brown University
  - Old Bridge Township Public Schools
  - Saint Louis University
  - University of California, San Diego
- Electronics
  - Cal Am Manufacturing
  - Paradigm
  - Pitney Bowes
  - SONY
  - Verimatrix
- Energy
  - Iberdrola Renewable Energies USA, Ltd.
  - PG&E
  - Siemens USA
- Entertainment
  - Herzog Cowen Entertainment
  - Mechanical Bull Sales
  - MMO Music Group Inc.
  - MusiquePlus Inc.
  - Tea Dragon Films
  - Transcend Films
  - TranscendentalMedia
  - World Movies
  - xtranormal
- Financial
  - Africa Finance Corporation
  - Bank of America
  - Bank One
  - Citi Cards
  - Citicorp
  - Citigroup
  - Colonial Credit Services
  - Darius Capital Patners
  - Davis Accounting Group
  - Diversified Financials
  - First National Bank of Long Island
  - FreedomRocks, Inc.
  - Island Community Lending
  - JPMorgan Chase
  - Milestone Intl. Asset Management
  - Mizrahi Tefahot Bank LTD
  - Overture Financial Services
  - Prisma Capital Partners
  - ROYAL BANK OF CANADA
  - SUN LIFE FINANCIAL SVCS
  - Swenson Advisors, LLP
  - TMP Holdings
  - TRC Solutions
  - UBS Investment Bank
  - Wells Fargo
  - Westcorp
- Fitness
  - Gold's Gym
  - World-Wide Fitness Centers
- Food
  - General Mills Inc.
  - Hostess-Frito Lay
  - Sundance Natural Foods
- Government
  - ACLU
  - California State Government
  - Detroit Translation Bureau
  - Federal Aviation Administration
  - IRS
  - Judicial Council of California
  - McLean County Unit District #5

- New Jersey Department of Env. Protection
- Trempealeau County Sheriff Dept.
- US Air Force
- US Army
- USDA

- Healthcare
  - Body Bolster
  - Callahan Family Chiropractic
  - CARD
  - Ensign Facility Services, Inc.
  - First Aid Only
  - GLAXOSMITHKLINE
  - Home Care Solutions Group
  - IntraHealth
  - ISI Brands
  - LifePath Hospice
  - NCPRS
  - Partners Healthcare
  - Providence Hospice of Seattle
  - Smith Nephew

- Hospitality
  - Ballantyne Resort
  - Marriott Intl.
- Housing Assistance
  - Pathways to Housing Inc.
  - Shelter House
- Industrial
  - Nabors International, Inc.
  - The Industrial Company
  - VAC-TRON
- Insurance
  - AAA Life Insurance
  - Amerisure Insurance Co.
  - Blue Cross
  - HUB International
  - ING Group
  - SeaBright Insurance Company
  - Sparta Holdings
- Legal
  - Anti-Defamation League
  - Baker McKenzie, LLP
  - Blank Law & Technology P.S.
  - BLB&G Law
  - Blumenthal Law
  - Brinks Hofer Gilson & Lione, LLP
  - Christensen, Glaser, Fink, Jacobs,
  - Dewey Ballantine LLP
  - DLA Piper, LLP
  - Driggers, Schultz & Herbst, P.C.
  - Fuller Jenkins Law
  - Gammage & Burnham, PLC
  - Heller Ehrman, LLP
  - International Bridge - Legal
  - Joel A Gordon & Assoc
  - King & Ballow
  - Michael S. Pollok Law Firm
  - Moffatt Thomas
  - Morgan, Lewis & Bockius LLP
  - Nelson Mullins Riley & Scarborough, LLP
  - Paul, Hastings, Janofsky & Walker LLP
  - Pinderski & Pinderski
  - Plaintiff Support Services
  - Ropers Majeski LLP
  - SALANS Law
  - Samuel Figueroa, P.C.
  - Shapiro & Burson, LLP
  - Sheppard Mullin Richter & Hampton LLP
  - Sloss Law
  - Squire, Sanders & Dempsey, LLP
  - Tanner & Guin, LLC
  - Thorpe Law
  - Todd & Weld LLP
  - Weil Gotshal & Manges, LLP

- - Young Conaway Stargatt & Taylor LLP
  - Zadrima, Djonovic & Gojcaj, LLP
- Manufacturing
  - ALCOA INC
  - Basell USA, Inc.
  - Elan Ski Ltd.
  - Freeport-McMoRan Copper & Gold Incorporated
  - Kiva Gold
  - Nitro Snowboards
  - Procter & Gamble Inc.
  - RICOH
  - Source International
  - Unilever
- Marketing
  - Avot Media, Inc.
  - Barnum Design, LLC
  - Chameleon USA
  - Chameleon-USA
  - FCEdge Marketing
  - Indusco Distribution of America, Inc.
  - McCue Corp
  - S. SoRelle & Associates
  - Success Advertising
  - Tic Toc
  - WDFA Marketing
- Medical
  - Access Medical
  - Baxter
  - Cryo-Cell International, Inc.
  - Ellis Eye
  - France Foundation
  - FRESENIUS MEDICAL CARE AG
  - Hawaii Medical Service Association
  - Medical Technique, Inc.
  - Mentor Corporation
  - PerinGenix, Inc.
  - Winthrop-University Hospital
- Oil
  - Royal Dutch Petroleum
- Pharmaceuticals
  - Alexion
  - Berlex Labs
  - Bristol-Myers Squibb
  - Darwin Pharmaceutical
- Real Estate
  - Access National
  - American Assets
  - Metro Realty
  - NorthCourse Leisure Real Estate Solutions
  - OHL, USA, Inc.
  - Washington Realty Group, Inc.
- Research
  - Ipsos North America
- Retail
  - Adidas Salomon AG
  - CADBURY SCHWEPPES
  - Cobra Golf
  - Coffee Bean
  - Constellation Winery
  - Cuisine Solutions
  - Discover Infiniti Auto Group
  - Eastern Tools & Equipment Inc.
  - Eastman Kodak
  - Macy's
  - Our New Living, LLC
  - Teleflora International
- Science
  - Caliper Life Science
  - Digene Corporation
  - Ducon Technologies
  - Dupont
  - Ecolab Inc
  - FedChem, L.L.C.

- Firmenich
- PolyFuel
- Westridge Laboratories, Inc.
- [Shipping](#)
  - DHL Global Mail
  - Federal Express
  - UPS
- [Technology](#)
  - ABB AG
  - Accelrys Software
  - Adept Technologies, Inc.
  - Advanced Gelatin Technologies
  - Alstom
  - Black Duck Software
  - BMC Software
  - Captiva Software
  - Ceradyne, Inc.
  - Conformia Software, Inc.
  - DENSO
  - EMC Corporation
  - FalconStor Ð General Council
  - Google
  - HEWLETT-PACKARD
  - Home-N-Solutions
  - IBM
  - Indico Technologies
  - Intel Corp
  - Intermec
  - Knott Labs
  - LearnLive Technologies, Inc.
  - LPGA
  - Microsoft
  - Omicron Technologies
  - Oracle
  - Peregrine Systems, Inc.
  - Powerwave Technologies
  - Precision Dynamics Corp.
  - Protection One Alarm Monitoring, Inc.
  - PS Software
  - SAP AG
  - SAVI Technology
  - Sub-One Technology
  - Warwick Mills
  - WebTech Team
- [Transportation](#)
  - Stevens Global Logistics
  - TKX Logistics
  - Transervice
- [Travel](#)
  - Ambassadors, LLC

(c) 2000-2007 ASTA-USA Translation Services, Inc. All rights reserved - Privacy Statement - Links - Sitemap

CLIENT LOGIN



1725 I Street, NW
Suite 300
Washington, DC 20006

202.349.4180 tel
888.349.4180 toll free
202.349.4182 fax

translate@languageinnovations.com **email**
www.languageinnovations.com **web**



*Helping businesses communicate worldwide*<sup>TM</sup>

## LANGUAGE INNOVATIONS, LLC - LANGUAGE SERVICES CAPABILITIES STATEMENT

Established in 1997, Language Innovations is a full service translation and language-consulting firm. Services are offered in more than 60 languages.

Language Innovations' primary service is written translation. The company also provides oral interpreting services, foreign language desktop publishing, transcription, website translation and video dubbing and subtitling. Certification of accuracy is provided upon request.

Our translators, editors, interpreters and support personnel are experienced in serving a broad range of subjects and industries, including finance, legal, telecom, medical, general business, marketing, power & energy, pharmaceutical, nonprofits and many other technical and commercial subjects.

**Technical Approach to Translation:** Each assignment is executed by a native speaker of the target language with experience in the specific subject of the material at hand. The vast majority of our translators and editors are accredited by the American Translators Association and hold degrees in translation/linguistics, in addition to degrees in specific fields of specialization, i.e., law, medicine, marketing, finance, international business, etc. Each translation includes editing, proofreading and final verification that all client specifications have been met. When specific formatting and/or desktop publishing is required, we incorporate the appropriate bi-lingual personnel accordingly.

Additionally, when appropriate, we create a glossary of terms and definitions. Once this glossary is established, it remains a living document. It will be updated and modified over time with each subsequent project. The glossary is an invaluable tool in the translation process and provides consistency of phrasing and terminology from one project to the next.

For each interpretation project one (1) Project Manager is assigned to coordinate all of the details and specifications of the assignment. Examples of items for consideration are: date(s) and location(s), mode of interpreting, number of languages, background materials for interpreters, points of contact, equipment (if necessary), advance preparation of translated materials, travel and lodging accommodations.

In addition to the details noted above, having an understanding of our client's goals and concerns is a top priority of ours. Maintaining a closely-knit mode of communication with our clients is paramount to a successful business relationship between our companies. The combination of clear and open lines of communication, glossaries, qualified translators and personal service results in consistently accurate translations, timely delivery and satisfied customers.

Language Innovations is a corporate member in good standing of the following professional associations:
ATA (American Translators Association)
NCATA (National Capitol Area Translators Association)
ALC (Association of Language Companies)

*-Language Innovations, LLC*<sup>TM</sup> *is a Woman-Owned Small Business-*



*Helping businesses communicate worldwide*™

# Representative Client List

Akin, Gump, Strauss, Hauer & Feld, LLP
American Motorcyclist Associate
American Petroleum Institute
Boros & Garofalo
Bricklayers and Trowel Trades Int'l
Bridgehouse Rückel & Bolthausen
Burns, Doane, Swecker & Mathis
Constellation Energy Source
Constellation Power Source Holdings
Constellation Power, Inc.
Courtesy Associates, Inc.
Covington & Burling
Crowell & Moring
Deafness Research Foundation
Deckelbaum Ogens & Raftery
Dickstein, Shapiro, Morin & Oshinsky, LLP
Drinker, Biddle & Reath, LLP
The Milton S. Eisenhower Foundation
Envelope Manufacturers Association
Federal Emergency Management Agency (FEMA)
Federal Express Corporation
Fish & Richardson, P.C.
Foley & Lardner
Gov't of the District of Columbia, Dept. of Health
Hartz Mountain Corporation
Hogan & Hartson
Hunton & Williams
Immigration Law Group, P.C.

Int'l Union of Bricklayers & Allied Craftworkers
Kinsella/Novak Communications, Ltd.
Landmine Survivors Network
Martha's Table
Management Sciences for Health (MSH)
Morgan, Lewis & Bockius
National Restaurant Association
Nat'l. Wooden Pallet & Container Assn.
Nokia Inc.
O'Connor & Hannan, L.L.P.
PM College
Rader, Fishman & Grauer PLLC
Rust Consulting Inc.
Sidley & Austin
St. Jude Children's Research Hospital
The Center for Reproductive Law & Policy
The Lietz Law Firm
Threespot Media
Toyota Motor North America, Inc.
U.S. State Department
The Urban Institute
Vertex RSI
Vinson & Elkins, LLP
VSA Arts Headquarters
Wilmer, Cutler & Pickering
ZERO TO THREE - Early Head Start National Resource Center
ZERO TO THREE - Public Awareness & Parent Education



# LANGUAGE
## INNOVATIONS

**Translation and
Language Services**



---

**CONTACT A REPRESENTATIVE TODAY
and receive 10% off your first
assignment with us.**

**Mention Discount Code: XMB-124**

# LANGUAGE
## INNOVATIONS

Translation and
Language services

1725 I Street, NW , Suite 300
Washington, DC  20006  USA

(202) 349-4180  (888)  349-4180
(202) 202-349-4182 fax
www.languageinnovations.com

---

Since 1997, Language Innovations
has been helping the international
business community overcome the
language barrier.  For your business,
we speak your language.

# Rely on Us for All of
# Your Language Needs

- **Expert Translation Services**

- **Experienced Interpreters for Conferences,
  Depositions and Meetings.**

- **Foreign Language Desktop Publishing:
  Publications, Handbooks, Manuals.**

- **Foreign Language Audio Transcription:
  WAV, Tape, CD**

- **Abstracting and Summary translations of
  voluminous materials.**

*Helping businesses communicate
worldwide™*



- Expert Translations
- Personal Attention
- Rush Service

- 45+ Languages— Any Subject
- Quality Control
- On Time, Every Time

*"A company is defined by the character of its people. We pride ourselves on the quality of each individual whom collectively constitute the solid foundation of the company.*

*If you ask me what separates us from the competition, I'll tell you it's our people… it's that simple."*

*Patricia L. Haydon, Founding Partner, Language Innovations, LLC*

# Expert Translation Services

At Language Innovations, you are instantly put at ease with our specialized service and personal attention to your specific needs.

## WHY CHOOSE US?

- **Professional and courteous** attention to your specific needs.
- **Seasoned staff** of translation and language experts.
- **Over 12 years experience** catering to the translation needs of the international business community.



## BENEFITS OF CHOOSING US

- **Turnkey service:** simple to complex translations, desktop publishing and printing.
- **Commitment to quality and excellence** in everything we do.
- **Accurate translations** and personal service.
- **On time delivery,** every time.
- **Real time responsiveness** to requests and inquiries.
- **Overall satisfaction** in working with our professional staff. *We continually strive to exceed your expectations.*

## TRANSLATION PROCESS

The translation process and quality control make up the core components of a properly executed translation. Beginning with a detailed Q&A with the client, matching the subject matter of the materials in hand with the translator, as well as glossary preparation, proofreading, editing, follow up Q&A with the client if necessary, and completion of the process with delivery of the polished translation.

Any firm can boast about their quality and accuracy but the proof is in the work. Language Innovations is so confident in the quality of our services, we offer free sample translations as a way to exhibit our abilities to you.

## FIELDS OF EXPERTISE

*Legal*➤ Contracts, Opinions, Statutes & Laws, Complaints

*Technical*➤ Patents, Manuals, Guides, Specifications

*Financial*➤ Annual reports, Proposals, Shareholders Agreements

*Medical*➤ Studies, Informed Consent, Records, Policies, Regulations & Standards

*Media*➤ PSA's, Scripts, Notices, Forms, Surveys, Articles

*Non Profit*➤ Public outreach, Labor agreements, Donations forms, Web sites

And much more…

WHAT OUR CLIENTS ARE SAYING ABOUT US

- *You are the best partner… you make us look so good!!*

- *Thanks again for the work and being so responsive to our changing needs*

- *We appreciate your help and look forward to working with you again.*

- *Everything looked great and this was exactly what I was expecting. The turn around time was great.*

- *I cannot thank you enough! You truly saved the day!!*

Language Innovations

Your
PREFERRED SOURCE
for
Expert Language Services

# TRANSPERFECT LEGAL SOLUTIONS

## Meeting Your Global Legal Support Needs In Over 100 Languages

For over 16 years, TLS has been the trusted provider of legal support services to every Am Law 200 and Global 100 law firm, as well as virtually all of the Fortune 500.

**Why TLS?**
Because we have a reputation for delivering exactly what we promise—quality work and incomparable client service.

"TLS was a professional, responsive, and reliable partner throughout the many months we worked together. Our account representatives were always happy to attend to our requests immediately and even after normal business hours. This was incredibly helpful in light of our many demanding deadlines. We look forward to working with TLS again."

— Clyde & Co LLP

## The TLS Solution

Founded in 1992, TransPerfect Legal Solutions (TLS) is a division of TransPerfect Inc.—the world's largest privately held language services provider. Supported by over 50 offices on 4 continents, we have established round-the-clock production capabilities that enable us to offer the fastest turnaround times in the industry—30% faster on average than our competitors. At TLS, we can ensure accurate, specialized, and timely solutions backed by second-to-none client service.

## TLS Services

- Certified Translation
- Simultaneous & Consecutive Interpretation
- Certified Transcription
- Full-Service E-Discovery Processing
- Web-Based Hosting and Review
- Court Reporting
- Legal Staffing
- Reprographics

## A Record of Success

See why TLS is trusted by the world's top legal professionals for their outsourcing needs:

- **Unparalleled Quality:** TLS is the only legal support services provider to be fully ISO 9001:2000 and EN 15038:2006 certified.
- **Expert Knowledge:** Our skilled ESI consultants have decades of experience and are certified in all major review platforms. In addition, every linguist has been rigorously tested and must have at least 5 to 7 years of experience in the legal field.
- **The Best Value:** By outsourcing your legal needs with TLS, your firm benefits from volume discounts on our full suite of services.

## Partnering With You

TLS strives to build personalized relationships with each of our clients. We provide a dedicated client service representative to act as a single point of contact to streamline communications and to offer customized solutions for your project requirements.

| ISO 9001:2000 and EN 15038:2006 certified | More than 50 offices worldwide | Over 100 languages |



Corporate Headquarters: TransPerfect Legal Solutions | Three Park Avenue, 39th Floor | New York, NY 10016
t +1 212.689.5555 f +1 212.689.1059 | legal@transperfect.com | legal.transperfect.com



## Certified Quality Assurance

**ISO 9001:2008**
TransPerfect is the largest translation services firm in the world to be fully **ISO 9001:2008 certified** in all offices and production centers worldwide. The International Organization for Standardization (ISO) is a network of the national standards institutes of 147 countries, and is used by over 300,000 companies worldwide. With a central secretariat in Geneva, Switzerland, the ISO sets rigorous standards for business, government, and industry.

In order to receive this certification, BSI, a leading global standards, testing, registration, and certification organization, conducted a thorough audit of TransPerfect practices, including staffing, training, language production, information management, and quality control measures. Today, TransPerfect's ISO 9001:2008 certification is the backbone of our quality management system. Our quality assurance processes are clearly defined, and each step of every assignment is scored and tracked to ensure we maintain the highest levels of quality.

**EN 15038:2006**
In 2008, TransPerfect became the first major language services provider to earn **EN 15038:2006 certification**. EN 15038:2006 was established by the European Committee for Standardization (CEN) in 2006. Unlike ISO 9001:2008, which covers quality management for all types of companies, EN 15038 is specific to translation services providers (TSPs). To achieve this certification, TransPerfect was audited by TÜV SÜD, an internationally recognized, independent certifying organization. TÜV SÜD assessed TransPerfect on a variety of factors, as outlined by the CEN, including but not limited to:

- Linguist and personnel qualifications
- Translation processes and workflows
- Quality management and project management
- Technical resources
- TSP/client communication procedures

We believe that EN 15038:2006 is the next frontier in quality certification for translation services vendors. Through the auditing process, language services providers are armed with a clear set of guidelines for future improvement. Similarly, as more companies certify to EN 15038:2006, clients will gain an objective set of criteria for distinguishing among vendors.

## A Commitment to Quality

In order to maintain our certifications, we are audited several times a year by leading third-party organizations. Internally, all levels of management perform interim audits to regularly assess and improve our processes in order to ensure conformity to our core principle—a commitment to quality. We refine our testing, evaluation, and training processes on an ongoing basis to ensure that we are employing only the most expert in-house staff and linguists in every language and subject area. As a result, our management system has become an international standard for quality requirements in business-to-business dealings.



| Home | Solutions | Practice Areas | About TLS | Resources | Press Center | Contact Us |

### History
Leadership
Global Group
Partners
Experience
    Case Studies
    Testimonials
    Clients List
Diversity



## Resource Center

Check out our Resource Center for the latest news, thought leadership, helpful brochures, and additional information about our comprehensive suite of legal support services.

· Brochures    · Thought Leadership
· Case Studies    · Press Releases

## TransPerfect Client List

As the world's leading provider of translation and legal support services, TLS has worked with 100% of Global 100 and Am Law 200 firms, as well as the majority of Fortune 500 corporate legal departments. The following is a small sample of our many clients in the legal field:

Akin Gump Strauss Hauer & Feld LLP
Alston & Bird LLP
Arnold & Porter LLP
Baker & McKenzie LLP
Baker Botts LLP
Bingham McCutchen LLP
Blank Rome LLP
Bracewell & Giuliani LLP
Bryan Cave LLP
Cadwalader, Wickersham & Taft LLP
Chadbourne & Parke LLP
Cleary Gottlieb Steen & Hamilton LLP
Cooley Godward Kronish LLP
Covington & Burling LLP
Cravath, Swaine & Moore LLP
Davis Polk & Wardwell
Davis Wright Tremaine LLP
Debevoise & Plimpton LLP
Dechert LLP
Dewey & LeBoeuf LLP
Dickinson Wright PLLC
DLA Piper LLP
Dorsey & Whitney LLP
Fenwick & West LLP
Fish & Richardson PC
Foley & Lardner LLP
Fried, Frank, Harris, Shriver & Jacobson LLP
Fulbright & Jaworski LLP
Garvey Schubert Barer PPC
Gibson, Dunn & Crutcher LLP
Goodwin Procter LLP
Hogan & Hartson LLP
Holland & Knight LLP
Hunton & Williams LLP
Jenkens & Gilchrist PC
Katten Muchin Rosenman LLP
Kilpatrick Stockton LLP
King & Spalding LLP
Kirkland & Ellis LLP

K&L Gates LLP
Lane Powell PC
Latham & Watkins LLP
Locke Lord Bissell & Liddell LLP
Mayer Brown LLP
McDermott Will & Emery LLP
Merchant & Gould PC
Milbank, Tweed, Hadley & McCloy LLP
Miller, Canfield, Paddock and Stone PLC
Morgan, Lewis & Bockius LLP
Morrison & Foerster LLP
O'Melveny & Myers LLP
Oppenheimer Wolff & Donnelly LLP
Orrick, Herrington & Sutcliffe LLP
Paul, Hastings, Janofsky & Walker LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Pepper Hamilton LLP
Pillsbury Winthrop Shaw Pittman LLP
Proskauer Rose LLP
Ropes & Gray LLP
Shearman & Sterling LLP
Sheppard, Mullin, Richter & Hampton LLP
Simpson Thacher & Bartlett LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Sonnenschein Nath & Rosenthal LLP
Sughrue Mion PLLC
Thompson & Knight LLP
Troutman Sanders LLP
Vinson & Elkins LLP
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges LLP
White & Case LLP
Willkie Farr & Gallagher LLP
Wilmer, Cutler, Pickering, Hale and Dorr LLP
Wilson Sonsini Goodrich & Rosati PC
Winston & Strawn LLP



Featured **Product**

### Virtual Data Rooms

the industry's first and only multilingual virtual data room (VDR). With this groundbreaking technology, dealmakers now have an unprecedented opportunity to quickly and accurately complete the diligence phase of cross-border transactions.

Learn More

© 2009 All Rights Reserved. TransPerfect Translations International, Inc.



Home    About Us    Services    Industries    Solutions    Clients    Resources    Locations    Contact Us    Free Quote

LANGUAGE: English (US)

History
Leadership
Global Group
Press Center
Our Quality
Technology
Experience
    Case Studies
    Client List
Partners
Corporate Citizenship
Awards
Resource Center
Careers

## Our Clients

We're proud of the company we keep. TransPerfect's clients include some of the most well known companies in virtually every industry, as well as many of the fastest growing firms in emerging sectors.

ABC
Accenture
ACNielsen
Akin Gump Strauss Hauer & Feld
Alcoa
Allstate Insurance Company
American Airlines
American Express Company
American Heart Association
American Power Conversion
Amgen
Angiotech
Anheuser-Busch Companies
Arby's
AT&T Corporation
Avis Rent A Car System
Avon Products
AXA Financial
Baker & McKenzie
Bank of America Corporation
Bausch & Lomb
Bechtel Group
BellSouth Corporation
Binax
Biogen Idec
The Boeing Company
Booz Allen Hamilton
BP
Bristol-Myers Squibb Company
Burger King
Burson-Marsteller
Cadwalader, Wickersham & Taft
Calvin Klein
Cartier
Caterpillar
CBS
CDC
Cessna Aircraft Company
The Charles Schwab Corporation
Chevron Corporation
Chick-fil-A
Chubb
CIGNA Corporation
Cingular Wireless
Cinnabon
Cleary, Gottlieb, Steen & Hamilton
The Clorox Company
The Coca-Cola Company
Colgate-Palmolive Company
Covance
Crédit Agricole
Credit Suisse
CVS Corporation
Daiichi Pharmaceutical Corporation
Chrysler
Darby and Darby
Darden Restaurants
DDB Worldwide Communications Group
Debevoise & Plimpton
Deloitte Touche Tohmatsu
Delta Air Lines
Department of Justice - Criminal Division
Deutsche Bank
Dewey Ballantine
DoubleClick

The Dow Chemical Company
Dr Pepper/Seven Up
Dreamworks
Dun & Bradstreet Corporation
Eastman Kodak Company
Eli Lilly and Co.
Elizabeth Arden
Enterprise Rent-A-Car
Ericsson
E. & J. Gallo Winery
Ernst & Young
ExxonMobil Corporation
FBI
Fleishman-Hillard
Foley & Lardner
Foote, Cone & Belding
Fox Entertainment Group
France Telecom
Fried, Frank, Harris, Shriver & Jacobson
Gateway
Genentech
General Electric
General Mills
General Motors
Genzyme
Georgia-Pacific Corporation
Gerber Products Company
GlaxoSmithKline
Grey Global Group
Gulfstream Aerospace Corporation
H & R Block
Hasbro
The Hearst Corporation
Hewlett-Packard Company
Hill & Knowlton
Hilton International
Hogan & Hartson
Honda
The Home Depot
Howrey
HSBC
Hyatt
IBM Corporation
InterContinental Hotels Group
International Paper Company
ITT Industries
JWT
JCPenney Company
Kekst and Company
Kenexa
King World Productions
Kirkland & Ellis
Kirshenbaum bond + partners
Kolar Advertising & Design
KPMG
Kraft Foods
Latham & Watkins
Lazard
LeBoeuf, Lamb, Greene & MacRae
Leo Burnett Worldwide
Levi Strauss & Co.
Lockheed Martin Corporation
Lowe & Partners Worldwide
Lucent Technologies
Marriott International
Mary Kay
MasterCard International
McCann Worldgroup
McDonald's
The McGraw-Hill Companies
Mercer Consulting Group
Merck & Company
Merrill Lynch & Co.
Metropolitan Water District of Southern California
MGM Home Entertainment
Milbank, Tweed, Hadley & McCloy
Miramax Film Corporation
Mitsubishi Corporation
Mohegan Sun
Morgan, Lewis & Bockius
Morgan Stanley
Morrison & Foerster
Morton's of Chicago
Motorola
MTV Networks
National Football League
NBC
The Neiman Marcus Group
Nestlé

Nippon Telegraph & Telephone Corporation
Nomura Securities International
Nortel Networks
Northrop Grumman Corporation
Novartis
Office Depot
OfficeMax
Ogilvy & Mather Worldwide
Omnicom Group
Oracle Corporation
Oxford Health Plans
Paramount Pictures
Parsons Brinckerhoff
Pepper Hamilton
PepsiCo
Pfizer
PharmaNet
Phelps Dodge Corporation
Phillip Morris USA
Pizza Hut
Plateau Systems
Polaroid
Porter Novelli
PRA International
PricewaterhouseCoopers
Principal Financial Group
Procter & Gamble
Publicis & Hal Riney
QUALCOMM
Quintiles Transnational Corp.
Rand McNally & Co.
Random House
Reebok International
Revlon
Rockwell Automation
Rohm and Haas
Royal Caribbean Cruises
Ryder System
Saks Fifth Avenue
Sanofi-Aventis
Sara Lee Corporation
SBC
Schnader Harrison Segal & Lewis
Scientific-Atlanta
Sears, Roebuck & Co.
Shearman & Sterling
Simpson Thacher
Sitrick
Skadden, Arps, Slate, Meagher & Flom
Snapple Beverage Corporation
Sony Corporation
Sony Pictures
Sprint Nextel Corporation
Standard & Poor's
Starwood
State Street Corporation
Sun Microsystems
Sutherland Asbill
Sutter Health
TBWA\Chiat\Day
Telcordia Technologies
Texas Instruments
Textron
Thelen Reid and Preist
Time For Kids
Time Warner
Tyco International
UBS
Unisys
US Airways
USA Network
Verizon Communications
Volvo Cars of North America
Wachtell, Lipton, Rosen & Katz
Wachovia
Waffle House
Wal-Mart
Wells Fargo
Whirlpool Corporation
White & Case
Wildman, Harrold, Allen & Dixon
Wilson Sonsini Goodrich & Rosati
Winston & Strawn
Wyeth
YAHOO! FIFA

[ **Practice Groups: Legal | Life Sciences | Financial | Consumer Products & Retail | Advertising & Marketing | Technology | Manufacturing | Media & Entertainment | Government | Non Profit & Associations | Energy | Travel & Tourism** ]

[ **Site Map | Locations | Careers | Contact Us | Languages: Translation | Interpretation** ]

[ **Document Translation | Translation | Interpretation | Spanish Translation | Legal Translation | Pharmaceutical Translation** ]

**© 2009 All Rights Reserved. TransPerfect Translations International, Inc.**



# TRANSPERFECT LINGUIST CERTIFICATION (TLC) PROGRAM

Setting The Standard Of Excellence For Translation And Interpretation

## A RECORD OF SUCCESS

For over a decade, TransPerfect has provided language solutions for the world's leading organizations in every industry.

Our ISO 9001:2000–certified quality management system is designed to provide only the highest quality services, giving you the confidence needed to select TransPerfect to handle all your language needs.

The same commitment to quality is applied when certifying linguists via the TransPerfect Linguist Certification Program.

**THE TRANSPERFECT LINGUIST CERTIFICATION (TLC) PROGRAM** is designed to serve the interests of clients with specialized needs for translation and interpretation. Benefits include:

- OVER 80 SUBJECT-SPECIFIC TESTS TO ENSURE PROJECTS ARE ASSIGNED TO LINGUISTS WITH IN-DEPTH KNOWLEDGE OF INDUSTRY
- VALIDATION OF LINGUISTS' QUALIFICATIONS FROM A RELIABLE AND ACCOUNTABLE SOURCE
- CONTINUOUS ASSESSMENT AND ENHANCEMENT OF TRANSLATORS' LINGUISTIC COMPETENCE
- ASSURANCE OF LINGUISTS' UNDERSTANDING OF PROFESSIONAL ETHICS, PROTOCOLS, AND SPECIALIZED TERMINOLOGY FOR A VARIETY OF FIELDS
- MINIMIZATION OF LIABILITY BY ENSURING THE HIGHEST QUALITY OF LINGUISTIC RESOURCES

The first stage of Certification requires linguists to meet or exceed the following requirements, which are verified by our Linguistic Resources Coordinator as part of the initial screening:

- CANDIDATE MUST BE A NATIVE SPEAKER OF THE TARGET LANGUAGE IN QUESTION
- CANDIDATE MUST PROVIDE PROOF OF EDUCATIONAL BACKGROUND AND EXPERIENCE:
  - COLLEGE DEGREE IN TRANSLATION OR INTERPRETATION AND 5 YEARS OF EXPERIENCE, OR
  - COLLEGE DEGREE AND 7 YEARS OF PROFESSIONAL EXPERIENCE IN TRANSLATION OR INTERPRETATION
- CANDIDATE MUST DOCUMENT TRANSLATION EXPERIENCE IN THEIR AREA OF SPECIALIZATION
- CANDIDATE MUST PROVIDE 3 REFERENCES, AT LEAST ONE OF WHICH MUST BE FROM AN END CLIENT
- CANDIDATE MUST HAVE MAINTAINED RESIDENCY (EQUAL TO OR GREATER THAN 3 MONTHS, NOT NECESSARILY CONSECUTIVE) IN THEIR NATIVE COUNTRY WITHIN THE PAST 5 YEARS

Once these prerequisites are met, each candidate is taken through a series of assessments intended to measure their degree of professionalism, comprehension of ethics, and proficiency in translation or interpretation in specific languages and fields.

Having passed the initial screening and performance assessment, linguists are required to maintain their Certification by partaking in TransPerfect's educational offerings. A series of six web-based seminars are offered each year. Each TransPerfect linguist is required to attend at least one of these webinars.

TransPerfect's dedication to superior quality goes hand in hand with our commitment to upholding the integrity of our business, our employees, and our freelance service providers.



## TRANSPERFECT
### LINGUIST CERTIFICATION

**For additional information, please contact:**
Corporate Headquarters
TransPerfect Translations
t **+1 212.689.5555**  f +1 212.689.1059
info@transperfect.com

TPTS00511 | 060106

ISO 9001:2000 certified       More than 50 offices worldwide       Over 100 languages

# EXHIBIT 56



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Azim Resali-Ahadi, who is fluent in both English and Azerbaijani Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Azerbaijani of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**






# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Evgenia Zumruttas, who is fluent in both English and Belorussian Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Belorussian of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**






# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Siamak Gourdarzi, who is fluent in both English and Faroese Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Faroese of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
***...with a smile!***



INVESTOR IN PEOPLE

1435 W Crone Avenue Anaheim, CA 92802
Tel: +1 (800) 579-5010    Fax: +1 (714) 459-8199
www.appliedlanguage.com



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Irina Moore, who is fluent in both English and Georgian Languages, has made the attached translation of the annexed document  at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Georgian of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
                    *…with a smile!*



INVESTOR IN PEOPLE

1435 W Crone Avenue Anaheim, CA 92802
Tel: +1 (800) 579-5010    Fax: +1 (714) 459-8199
www.appliedlanguage.com



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Vera Juliusdottir, who is fluent in both English and Icelandic Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Icelandic of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
 *...with a smile!*








# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Tatyana Kropotova, who is fluent in both English and Kazak Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Kazak of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
                              *…with a smile!*








# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Aleksandar Zafirovski, who is fluent in both English and Macedonian Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Macedonian of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
                    *…with a smile!*








# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Christopher Farrugia, who is fluent in both English and Maltese Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Maltese of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
                    *…with a smile!*








# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Unurmaa Janchiv, who is fluent in both English and Mongolian Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Mongolian of the particulars therein contained.



Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
                    *…with a smile!*



INVESTOR IN PEOPLE

1435 W Crone Avenue Anaheim, CA 92802
Tel: +1 (800) 579-5010    Fax: +1 (714) 459-8199
www.appliedlanguage.com



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Casey Dovale, who is fluent in both English and Papiamento Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Papiamento of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
                              *…with a smile!*






# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Ahmed Ghelle, who is fluent in both English and Sinhala Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Sinhala of the particulars therein contained.



Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**



INVESTOR IN PEOPLE

1435 W Crone Avenue Anaheim, CA 92802
Tel: +1 (800) 579-5010    Fax: +1 (714) 459-8199
www.appliedlanguage.com



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Mukhiddin Tadzhiev, who is fluent in both English and Tajik Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Tajik of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**






# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Tuggen Cesmecioglu, who is fluent in both English and Turkmen Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Turkmen of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012



**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**



INVESTOR IN PEOPLE



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Pagnawath Khum, who is fluent in both English and Laotian Languages, has made the attached translation of the annexed document   at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of his knowledge an accurate rendering from English into Laotian of the particulars therein contained.



Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
                    **…with a smile!**



INVESTOR IN PEOPLE

1435 W Crone Avenue Anaheim, CA 92802
Tel: +1 (800) 579-5010   Fax: +1 (714) 459-8199
www.appliedlanguage.com



ISO 9001
REGISTERED FIRM



# CERTIFICATION OF TRANSLATION

October 9, 2009

I, Martha Escobar, US Operations Manager for Applied Language Solutions, hereby certify that Camille Karangwa, who is fluent in both English and Kinyarwanda Languages, has made the attached translation of the annexed document at the request of Applied Language Solutions of Project No. PRJ52358 and hereby certify that the same is to the best of her knowledge an accurate rendering from English into Kinyarwanda of the particulars therein contained.

Martha Escobar
US Operations Manager
mescobar@appliedlanguage.com
+1 (714) 855-4012

**Applied Language Solutions**
**High quality language solutions delivered on time**
**...with a smile!**








# CERTIFIED TRANSLATION

*Documents Translated For:*

| LAST NAME: West | FIRST NAME: Danielle | MIDDLE NAME: N/A |
|---|---|---|
| COMPANY:  Kinsella Media, LLC | DIVISION: N/A | |

*List of Materials, Documents, Forms, Transcripts, Licenses, etc., translated.*

| Translations for Notice Program in The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.) |
|---|
| |
| |

| Source Language: | English |
|---|---|
| Target Languages: | Multiple |

*MANCHESTER, NEW HAMPSHIRE*

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at ASTA-USA Translation Services, Inc., a professional document translation company, attest that the language translation completed by ASTA-USA's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s).  **This is to certify the correctness of the translation only.**  We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, ASTA-USA Translation Services, Incorporated has caused the Certificate to be signed by its duly authorized officer(s).

**By:** _____   **Date:** August 31, 2009
                 Alain J Roy, President        _____

A copy of the translated version is attached to this statement of certification.



**The National Association of
Judiciary Interpreters & Translators**

ASTA-USA Translation Services, Incorporated – Member #7031
*A Member in Good Standing*



# Language Innovations, LLC

## TRANSLATION CERTIFICATION

This is to certify that the translation of documents done in conjunction with the Notice Program in *The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)*. is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Kinsella Media, LLC**. The original documents were translated from **English** into **Afrikaans, Albanian, Arabic, Armenian, Azerbaijani, Bengali, Bosnian, Bulgarian, Catalan, Chinese (Simplified), Chinese (Traditional), Creole (Haitian), Croatian, Czech, Danish, Dutch, Estonian, Finnish, French, German, Greek, Gujarati, Hebrew, Hindi, Hungarian, Indonesian, Italian, Japanese, Kannada, Khmer, Korean, Latvian, Lithuanian, Malay, Malayalam, Marathi, Norwegian, Polish, Portuguese (Brazilian), Portuguese (Continental), Punjabi, Romanian, Russian, Serbian, Slovak, Slovenian, Spanish, Swahili, Swedish, Tagalog, Tamil, Telugu, Thai, Turkish, Vietnamese, Ukrainian, Urdu** and at completion delivered to the client between **September 2008 and May 2009**.

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: September 1, 2009

Signature: _____
　　　　　Lindsey Crawford
　　　　　Language Innovations, LLC

Subscribed and sworn before me this 1st day of September 2009 , at Washington, DC.

_____
Notary Public

My Commission expires: _____
**BRIAN FRIEDMAN**
Notary Public District of Columbia
My Commission Expires July 14, 2013



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Erica S. Levine, hereby confirm that the proofreading and editing completed for Kinsella Media in conjunction with the Notice Program for *The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)* are, to the best of my knowledge and belief, true and accurate translations from English into Arabic, Bulgarian, Simplified Chinese, Traditional Chinese, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hindi, Hungarian, Indonesian, Italian, Japanese, Korean, Lithuanian, Malay, Norwegian, Polish, Portuguese, Brazilian Portuguese, Romanian, Russian, Serbian, Slovak, Slovenian, Spanish, Swedish, Thai, Turkish and Vietnamese.

Erica S. Levine
Department Manager
Branding, Marketing & Communications

Sworn to before me this
January 29, 2010

Signature, Notary Public

KRISTIN MILORO
Notary Public - State of New York
No. 01MI6212799
Qualified in New York County
Commission Expires Oct 19, 2013

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM


# TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MILAN
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
PRAGUE
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
STUTTGART
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Erica S. Levine, hereby confirm that the translations completed for Kinsella Media in conjunction with the Notice Program for *The Authors Guild, Inc., et al. v. Google Inc., Case No. 05 CV 8136 (S.D.N.Y.)* are, to the best of my knowledge and belief, true and accurate translations from English into Arabic, Bulgarian, Simplified Chinese, Traditional Chinese, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hindi, Hungarian, Indonesian, Italian, Japanese, Korean, Lithuanian, Malay, Norwegian, Polish, Portuguese, Brazilian Portuguese, Romanian, Russian, Serbian, Slovak, Slovenian, Spanish, Swedish, Thai, Turkish and Vietnamese.

Erica S. Levine
Department Manager
Branding, Marketing & Communications

Sworn to before me this
January 29, 2010

Signature, Notary Public

KRISTIN MILORO
Notary Public - State of New York
No. 01MI6212799
Qualified in New York County
Commission Expires Oct 19, 2013

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016    T 212.689.5555    F 212.689.1059    WWW.TRANSPERFECT.COM