# MANDATE

SDNY (NYC)
05-cv-8136
(CHIN)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of February, two thousand and ten,

The Author's Guild, Herbert Mitgang, Betty Miles, individually and on behalf of all others similarly situated, Daniel Hoffman, individually and on behalf of all others similarly situated, Paul Dickson, Joseph Goulden, individually and on behalf of all others similarly situated, Association of American Publishers, Inc., Associational Plaintiffs, The McGraw Hill Companies, Inc., Pearson Education, Simon & Schuster, Inc, John Wiley & Sons, Inc., individually and on behalf of all others similarly situated,

Plaintiffs,

The American Society of Media Photographers, Inc, Graphic Artists Guild, Picture Archive Council of America, North American Nature Photography Association, Joel Meyerowitz, Dan Budnick, Peter Turner, Lou Jacobs Jr.,

Objectors-Appellants,

Lewis Hyde, Harry Lewis, Nicholas Negroponte, Charles Nesson,

Intervenors-Appellants,

v.

Google, Inc.,

Defendant-Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 FEB 2010

ORDER

Docket Number: 09-4224-cv (CON)

An appeal was been filed in this Court on 10-9-09; and,

This Court, *sua sponte*, issued an order to show cause why the appeal should not be dismissed due to appellant's failure to file required forms within the time period specified in the Local Rules of the Court; and

Appellant has not respond to the Court as directed;

IT IS HEREBY ORDERED, that the appeal is dismissed.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED: 2-19-10

For the Court:
Catherine O'Hagan Wolfe, Clerk



Jamie Kauffman, Deputy Clerk