**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Authors Guild, Inc., Association of American Publishers, Inc., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>Google, Inc.<br><br>    Defendant. | Case No. 05 CV 8136-JES<br><br>**NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO ECF SERVICE LIST** |

      Objector David Meininger timely filed an objection in this matter through his counsel, John W. Davis. Mr. Davis, having been admitted *pro hac vice*, hereby requests to be added to the Court's service list in this case in accordance with local rules concerning electronic case filing.

Dated: February 24, 2010          Respectfully submitted,

                                            LAW OFFICE OF JOHN W. DAVIS

                                            /s/ John W. Davis     .
                                            John W. Davis, CA Bar #200113
                                            Admitted *Pro Hac Vice*
                                            501 W. Broadway, Suite 800
                                            San Diego, CA 92101
                                            Telephone: 619.400.4870
                                            Facsimile: 619.342.7170

                                            *Counsel for David Meininger*