

SDNY (NYC)
05-cv-8136
CHIN

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 09-4161

Caption [use short title]

Motion for: Voluntary Dismissal Pursuant to Fed. R. App. P. 27 and 42(b)

Set forth below precise, complete statement of relief sought:

Appellants respectfully request this Court to voluntarily dismiss their appeal pursuant to

Fed. R. App. P. 27 and 42(b). Appellants have elected not to proceed with their appeal.

The Author's Guild
v.
Google, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 5 FEB 20

FEB 0 5 2010
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

MOVING PARTY: American Society of Media Photographers, Inc., et al.
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: Google, Inc.

MOVING ATTORNEY: Charles D. Ossola
[name of attorney, with firm, address, phone number and e-mail]
Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006-5403
202-420-2200   ossolac@dicksteinshapiro.com

OPPOSING ATTORNEY:

Court-Judge/Agency appealed from: United States District Court for the Southern District of New York, Judge Chin

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☑ No (explain): Google, Inc. has not entered an appearance.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: /s/ Charles D. Ossola   Date: February 5, 2010

Has service been effected? ☑ Yes ☐ No [Attach proof of service]

## ORDER

Insofar as no opposition has been filed hereto, IT IS HEREBY ORDERED that the motion be, and it hereby is GRANTED.

For the Court,
Catherine O'Hagan Wolfe, Clerk of Court
By Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

— ISSUED AS MANDATE: 2-22-10 —