UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHOR'S GUILD, Inc., et al

        Plaintiffs,

v.

Google, Inc.

        Defendants.

05-cv-8136 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, MATTHEW WEISS, counsel for Objector Darlene Marshall, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name: PAUL S. ROTHSTEIN, ESQ.
    Firm Name: LAW OFFICES OF PAUL S. ROTHSTEIN
    Address: 626 N.E. 1ST ST.
    City/State/Zip: Gainesville, FL 32601
    Phone Number: 352-376-7650
    Fax Number: 352-374-7133

PAUL S. ROTHSTEIN is a member in good standing of the Bar of the States of Florida.

There are no pending disciplinary proceeding against PAUL S. ROTHSTEIN, ESQ. in any State or Federal court.

Dated: February 8, 2010
City, State: New York, NY

Respectfully submitted,

MATTHEW WEISS
SDNY Bar: MW9972
Firm Name: WEISS & ASSOCIATES, P.C.
Address: 419 Park Avenue South
City/State/Zip: New York, NY 10016
Phone Number: 212-683-7373
Fax Number: 212-726-0135

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHOR'S GUILD, Inc., et al

                Plaintiffs,
v.

Google, Inc.
                Defendants.

05-cv-8136 (DC)

AFFIDAVIT OF
MATTHEW WEISS
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                           ) ss:
County of New York  )

MATTHEW WEISS, being duly sworn, hereby deposes and says as follows:

1. I am independent attorney, a member of Weiss & Associates, PC, and counsel for class member and objector Darlene Marshall in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Objector's motion to admit Paul S. Rothstein as counsel pro hac vice to represent objector in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988, I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Paul S. Rothstein since January 1, 2004.

4. Mr. Rothstein is an independent attorney practicing in Gainesville, Florida.

5. I have found Mr. Rothstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Paul S. Rothstein, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Paul S. Rothstein, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE it is respectfully requested that the motion to admit Paul S. Rothstein, pro hac vice, to represent Objector in the above captioned matter, be granted.

Dated: February 8, 2010

City, State: New York, NY

Notarized:

Sworn to before this me 8th day of February, 2010

JOSHUA SILBER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SI5073451
Qualified in Nassau County
My Commission Expires February 24, 2011

NANCY D. WERNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE5056671
Qualified in Nassau County
Commission Expires March 11, 2010

Respectfully submitted,

Name of Movant: MATTHEW WEISS

SDNY Bar Code: MW9972

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHOR'S GUILD, Inc., et al

                Plaintiffs,

v.

Google, Inc.

                Defendants.

05-cv-8136 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of MATTHEW WEISS attorney for an ObjectorDARLENE MARSHALL and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Applicant's Name: PAUL S. ROTHSTEIN, ESQ.
    Firm Name: LAW OFFICES OF ATTORNEY PAUL S. ROTHSTEIN
    Address: 626 N.E. 1ST ST.
    City/State/Zip: Gainesville, FL 32601
    Telephone/Fax: 352-376-7650
    Email Address: 352-374-7133

is admitted to practice pro hac vice as counsel for Objector DARLENE MARSHALL in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the prohace vice fee to the Clerk of Court.

Dated: February 8, 2010
City, State: New York, NY

                                                                   United States District/Magistrate Judge



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

                        In Re:    310123
                                  Paul S. Rothstein
                                  626 N.E. 1st St.
                                  Gainesville, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 21, 1980.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 16th day of March, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ECM2:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

The Author's Guild et al.,

              Plaintiffs,              Master File No. 05cv8136 (DC)

  V.

Google, Inc.,

              Defendant.

-----------------------------------------------------

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Admit Counsel Pro Hac Vice dated February 8, 2010, Affidavit of Matthew Weiss in Support of Motion dated February 8, 2010, and Certificate of Good Standing for Paul Rothstein issued by the Florida Bar on March 16, 2010, has been furnished via first class mail on this 23rd day of March, 2010 to:

| Counsel for the Author Sub-Class | Counsel for Publisher Sub-Class | Counsel for Google |
|---|---|---|
| Michael J. Boni, Esq. | Jeffrey P. Cunard, Esq. | Daralyn J. Durie, Esq. |
| Joanne Zack, Esq. | Bruce P. Keller, Esq. | David J. Silbert, Esq. |
| Joshua Snyder, Esq. | James J. Pastore, Esq. | Joseph C. Gratz, Esq. |
| Boni & Zack, LLC | Debevoise & Plimption, LLP | Keker & Van Nest, LLP |
| 15 St. Asaphs Rd. | 919 Third Avenue | 710 Sansome Street |
| Bala Cynwyd, PA 19004 | New York, NY 10022 | San Francisco, CA 94111 |
| bookclaims@bonizack.com | bookclaims@debevoise.com | bookclaims@kvn.com |

Dated: New York, NY
       March 23, 2010

_(signature)_
Matthew Weiss
NY Bar No.: 9972
WEISS & ASSOCIATES, P.C.
419 Park Avenue South
Second Floor
New York, New York 10016
Phone: (212) 683-7373
Fax: (212) 726-0135



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

                In Re:    310123  
                         Paul S. Rothstein  
                         626 N.E. 1st St.  
                         Gainesville, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 21, 1980.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 16th day of March, 2010.

*Willie Mae Shepherd*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/ECM2:R10