UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Authors Guild Inc., Association of American Publishers, Inc., et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>Google, Inc.,<br><br>      Defendant. | Case No. 05 CV 8136-DC<br><br>NOTICE OF APPEARANCE ON BEHALF OF ABSENT CLASS MEMBER, DAVID MEININGER |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

David Meinenger

I certify that I am admitted to practice in this court.

3/26/2010
s/ *Rachel Schwartz*
Rachel Schwartz
Bar Code: RS5439
267 Edgecombe Ave., #2H
New York, NY 10031
646-415-4977
racheleschwartz@juno.com
Filed electronically