UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHOR'S GUILD, Inc., et al

                         Plaintiffs,

v.

Google, Inc.

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/10

05-cv-8136 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of MATTHEW WEISS attorney for an Objector DARLENE MARSHALL and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

     Applicant's Name: PAUL S. ROTHSTEIN, ESQ.

     Firm Name: LAW OFFICES OF ATTORNEY PAUL S. ROTHSTEIN

     Address: 626 N.E. 1ST ST.

     City/State/Zip: Gainesville, FL 32601

     Telephone/Fax: 352-376-7650

     Email Address: 352-374-7133

is admitted to practice pro hac vice as counsel for Objector DARLENE MARSHALL in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the prohace vice fee to the Clerk of Court.

Dated: ~~February 8, 2010~~
City, State: New York, NY

4/2/10

_____
United States District/Magistrate Judge