Yasuhiro Saito, Esq.
Rose Auslander, Esq.
Pamela Shelinsky, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Amicus Curiae the Japan P.E.N. Club*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
The Authors Guild, Inc., et al.,                          :
:
              Plaintiffs,                                 :
:
       v.                                                 :    Case No. 05 CV 8136 (DC)
:
Google, Inc.,                                             :
:
              Defendant.                                  :
:
----------------------------------------------------------x

## JAPAN P.E.N. CLUB'S MOTION
## FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
## IN OPPOSITION TO AMENDED PROPOSED SETTLEMENT

The Japan P.E.N. Club respectfully moves this Court for leave to file the attached brief *amicus curiae* in opposition to the amended proposed settlement agreement.

Founded in 1935, the Japan P.E.N. Club is a gathering of poets, playwrights, essayists, editors and novelists, who subscribe to the philosophy of seeking peace and opposing all forms of suppression of freedom of expression. The Japan P.E.N. Club has been a leader in Japanese literature and press throughout its history, carrying out all its activities

6559115.1

*[Handwritten annotation: This application was granted, as the brief was accepted and the Japan P.E.N. Club's lawyer was heard at the hearing. SO ORDERED]*

*[Handwritten: SO ORDERED / [signature] / USDJ / 9/30/10]*

based on the principles of independence and self-reliance[1]. The leadership roles of the Japan P.E.N. Club have been filled by some of the most influential and well-known novelists and writers of the era.

The attached *amicus curaie* brief is short; it is less than 10 pages. It addresses and calls the Court's attention to the key concerns of the writers, publishers and other rightsholders in Japan who will be directly and indirectly affected by the proposed settlement--including those rightsholders who have been recently removed from the settlement class--as well as the policy concerns raised by the proposed settlement as viewed from the perspective of these Japanese writers and rightsholders.

For these reasons, the Japan P.E.N. Club respectfully requests this Court's leave to submit the attached *amicus curiae* brief.

Dated: New York, New York
       January 28, 2010

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: _____
    Yasuhiro Saito, Esq.
    Rose Auslander, Esq.
    Pamela Shelinsky, Esq.
2 Wall Street
New York, New York 10005
Tel: (212) 238-8614
Fax: (212) 732-3232
*Attorneys for amicus curiae the Japan P.E.N. Club*

---

[1] The Japan P.E.N. Club is an independent organization and receives no subsidies from national government or other organizations. It has no parent company of any kind, and no public corporation has an ownership stake of 10% or more in the Japan P.E.N. Club.

6559115.1                           -2-