*Docket and File*

EDWARD R. CLARK #100675
1000 Lakeshore Drive
Moose Lake, MN 55767
edclarkmn@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2011

January 3, 2011

Office of the Clerk
J. Michael McMahon
U.S. District Court
500 Pearl Street
New York, NY 10007

RE: The Authors Guild, Inc., et al
   v.
   Google, Inc.

Case No. 05 CV 8136

Dear Mr. McMahon

Please advise if the Court has approved the settlement in the above case. Considering the Fairness Hearing was conducted nearly a year ago, I'm suspicious that the Settlement Administrator, Rust Consulting, Inc. of Minneapolis, MN is not being honest, claiming the Court has not approved the settlement.

Sincerely,

*[signature: Edward R. Clark]*



# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

## MEMORANDUM
*Pro Se* Office

**To:** The Honorable Denny Chin

**From:** A. Cavale, *Pro Se* Office, x0177

**Date:** January 13, 2011

**Re:** <u>The Author's Guild, et. al., v. Google Inc.</u>, 05 Civ. 8136 (DC)

   The attached document, which was received by this Office on <u>January 11, 2011</u> has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding it to you for your consideration. <u>See</u> Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

( )   No original signature.

( X )   No affirmation of service/proof of service.

( )   The request is in the form of a letter.

( )   Other:_____
_____
_____

( ✓ ) **ACCEPT FOR FILING**     ( ) **RETURN TO *PRO SE* LITIGANT**

                  _____ USCJ
                  United States District Judge   1/18/11

Comments:
_____
_____
_____
_____
_____

                  _____
                  United States Magistrate Judge

Dated: