USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
The Authors Guild, Inc., Association of American   :
Publishers, Inc., et al.,   :
   :
       Plaintiffs,   :
   :   Case No. 05 CV 8136 (DC)
       v.   :
   :   **FILED**
Google Inc.,   :   **ELECTRONICALLY**
   :
       Defendant.   :
------------------------------------------------------------------------x

## STIPULATION AND ORDER TO EXTEND CASH PAYMENT DEADLINE

The parties to the above-captioned case and to *The McGraw-Hill Companies, Inc.,*

*et al. v. Google Inc.,* No. 05 CV 8881, by and through their undersigned counsel, hereby

agree that the proposed Amended Settlement Agreement, dated November 13, 2009, is

amended as follows:

     1.     Section 13.4 of the Amended Settlement Agreement, which currently

provides:

> 13.4  Time for Filing Deadline for Registration/Claim
> Forms.  Rightsholders may register to participate in the
> Settlement at any time, provided that a Rightsholder who
> may be eligible for a Cash Payment pursuant to Section 5.1
> (Cash Payment to Class Members Whose Books and Inserts
> Have Been Digitized) shall be required to complete and
> submit the portion of the Claim Form relating to the claim
> for such Cash Payment by midnight, Eastern Time, **March
> 31, 2011** or such other time as the Court may order.

is hereby amended to:

13.4  Time for Filing Deadline for Registration/Claim
Forms.  Rightsholders may register to participate in the
Settlement at any time, provided that a Rightsholder who
may be eligible for a Cash Payment pursuant to Section 5.1
(Cash Payment to Class Members Whose Books and Inserts
Have Been Digitized) shall be required to complete and
submit the portion of the Claim Form relating to the claim
for such Cash Payment by midnight, Eastern Time, **of the
date that is the one-year anniversary of the Final
Approval Date,** or such other time as the Court may order.

(amended portions appear in bold).

2.     The new deadline shall be posted on the settlement website, and email

notice will be provided consistent with the notice procedures used with respect to the

Amended Settlement Agreement, as required by the Court's November 19, 2009 Order

Granting Preliminary Approval of Amended Settlement Agreement.  The text of this

notice shall be as follows:

The parties amended the Settlement by extending the
deadline to make a claim for a Cash Payment.  The
deadline has been extended from March 31, 2011 to the one
year anniversary of the date on which the Court grants final
approval of the Settlement.  (If the Court does not grant
final settlement approval, then, of course, there are no
longer any deadlines).  Please visit
www.googlebooksettlement.com and read the "Important
Update" for details on how to make a simplified claim for a
Cash Payment.  Also, please visit that website periodically
to learn when the Court has made its determination whether
or not to grant final settlement approval.

3.     This stipulation is without prejudice to any future request by the
undersigned parties to amend any other deadlines contained in the Amended Settlement
Agreement.

DATED: February 11, 2011

_Michael J. Boni_

Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Attorneys for Plaintiffs The Authors Guild,*
*Inc., Herbert Mitgang, Betty Miles, Daniel*
*Hoffman, Paul Dickson, Joseph Goulden*
*Maureen Duffy, Daniel Jay Baum,*
*Margaret Drabble, Robert Pullan, and the*
*Author Sub-Class*

Daralyn J. Durie, Esq. (pro hac vice)
Joseph C. Gratz, Esq. (pro hac vice)
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Defendant Google Inc.*

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill*

3

3.      This stipulation is without prejudice to any future request by the

undersigned parties to amend any other deadlines contained in the Amended Settlement

Agreement.

DATED: February 11, 2011

_____          _____
Michael J. Boni (pro hac vice)            Daralyn J. Durie, Esq. (pro hac vice)
Joanne Zack                               Joseph C. Gratz, Esq. (pro hac vice)
BONI & ZACK LLC                           DURIE TANGRI LLP
15 St. Asaphs Rd.                         332 Pine Street
Bala Cynwyd, PA  19004                    San Francisco, CA  94104
(610) 822-0200 (phone)                    (415) 362-6666 (phone)
(610) 822-0206 (fax)                      (415) 236-6300 (fax)
MBoni@bonizack.com                        ddurie@durietangri.com
JZack@bonizack.com                        jgratz@durietangri.com

*Attorneys for Plaintiffs The Authors Guild,*     *Attorneys for Defendant Google Inc.*
*Inc., Herbert Mitgang, Betty Miles, Daniel*
*Hoffman, Paul Dickson, Joseph Goulden*
*Maureen Duffy, Daniel Jay Baum,*
*Margaret Drabble, Robert Pullan, and the*
*Author Sub-Class*

_____
Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill*

3

3.      This stipulation is without prejudice to any future request by the

undersigned parties to amend any other deadlines contained in the Amended Settlement

Agreement.

DATED: February 11, 2011

_____

Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA  19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Attorneys for Plaintiffs The Authors Guild,*
*Inc., Herbert Mitgang, Betty Miles, Daniel*
*Hoffman, Paul Dickson, Joseph Goulden*
*Maureen Duffy, Daniel Jay Baum,*
*Margaret Drabble, Robert Pullan, and the*
*Author Sub-Class*

_____

Daralyn J. Durie, Esq. (pro hac vice)
Joseph C. Gratz, Esq. (pro hac vice)
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA  94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Defendant Google Inc.*

_____

Bruce P. Keller
Jeffrey P. Cunard
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com

*Attorneys for Plaintiffs The McGraw-Hill*

3

*Companies, Inc., Pearson Education, Inc.,*
*Penguin Group (USA) Inc., Simon &*
*Schuster, Inc., John Wiley & Sons, Inc.,*
*Association of American Publishers, Inc.,*
*Harlequin Enterprises Limited, Macmillan*
*Publishers Limited,  Melbourne University*
*Publishing Limited, The Text Publishing*
*Company, and the Publisher Sub-Class*

**IT IS SO ORDERED.**

Dated:  2 / 18 / 11

Hon. Denny Chin, U.S.C.J., sitting by designation

4