UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,            :

             Plaintiffs,    :

    - against -                    :     **ORDER**

GOOGLE INC.,                         :     05 Civ. 8136 (DC)

             Defendant.     :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-11

**CHIN, Circuit Judge**

       The Court's Opinion, dated March 22, 2011, is hereby amended at pages 47 and 48 to list the appearance of counsel for the United States of America as follows:

For the United States of America:

       A. MARISA CHUN
       Deputy Associate Attorney General
       WILLIAM F. CAVANAUGH
       Deputy Assistant Attorney General, Antitrust Division
       OWEN KENDLER
       Attorney, U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, D.C. 20530-0001

            - and -

```
            PREET BHARARA
            United States Attorney for the
                Southern District of New York
                    By:  John D. Clopper
                         Assistant United States Attorney
            86 Chambers Street
            New York, NY  10007

            SO ORDERED.

Dated:      March 24, 2011
            New York, New York
```

                                    _____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting By Designation