DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

**BY FACSIMILE**

April 14, 2011

Hon. Denny Chin
United States Circuit Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*The Authors Guild, Inc., et al. v. Google Inc.*, 05 Civ. 8136 (S.D.N.Y.)

Dear Judge Chin:

After consultation with chambers, we respectfully request on behalf of all parties that the upcoming status conference in the above-captioned action, which the Court originally scheduled for April 25, 2011 at 4:30 p.m., be rescheduled to June 1, 2011 at 4:00 p.m.

Respectfully yours,

Bruce P. Keller

cc: Michael J. Boni, Esq.
Joanne Zack, Esq.
Daralyn J. Durie, Esq.
Joseph L. Gratz, Esq.

Application GRANTED.
SO ORDERED.

USCJ
4/14/11

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai