AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Authors Guild, Inc. et al., ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 05 CV 8136 (DC) |
| Google Inc. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert M. Kunstadt, Objector   .

Date:   07/26/2011

s/ Ilaria Maggioni
*Attorney's signature*

Ilaria Maggioni (IM-7220)
*Printed name and bar number*

R. Kunstadt, P.C.
875 Sixth Avenue, Suite 1800
New York, New York 10001

*Address*

mail@rkunstadtpc.com
*E-mail address*

(212) 398-8881
*Telephone number*

(212) 398-2922
*FAX number*