

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/11

# CADWALADER

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

September 12, 2011

**VIA FACSIMILE 212-857-2346**

The Honorable Denny Chin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *American Society of Media Photographers, et al. v. Google Inc.*,
     No. 10-CV-2977

Dear Judge Chin:

> To be filed + docketed in 10-Civ. 2977 and 05 Civ. 8136

We write to inform the Court that, as the result of our firm's recent hiring of Julian Perlman from Mishcon de Reya New York LLP and Mr. Perlman's prior representation of plaintiffs in this litigation, our firm is in the process of being retained by the American Society of Media Photographers ("ASMP") as special counsel in connection with ASMP's claims against Google. It is possible that several of the other named plaintiffs may also retain Cadwalader on a similar basis. Although the terms of our engagement have not yet been finalized and we have not yet determined whether we will be appearing for ASMP in this action, we felt it would be advisable to give the Court and counsel notice of our firm's involvement.

Respectfully,

Colin A. Underwood

Colin A. Underwood

cc:  All Counsel of Record (via email)

> The Court will address this issue at the conference tomorrow.
>
> SO ORDERED.
>
> [signature]
> USDJ
> 9/14/11

Colin A. Underwood  Tel +1 212 504 6650  Fax +1 212 504 6666  colin.underwood@cwt.com