UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,                :

             Plaintiffs,         :

     - against -                        :       **SCHEDULING ORDER**

GOOGLE, INC.,                            :       05 Civ. 8136 (DC)

             Defendant.          :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

    IT IS HEREBY ORDERED as follows:

    The following deadlines shall apply:

    a.    Any Motion to Amend the Third Amended Complaint shall be filed by October 14, 2011.

    b.    Plaintiffs' Class Certification Motion shall be filed by December 12, 2011.

    c.    Defendants' Response to Plaintiffs' Class Certification Motion shall be filed by January 26, 2012.

    d.    Plaintiffs' Reply in further support of their Class Certification Motion shall be filed by March 12, 2012.

    e.    Merits discovery shall be completed by March 30, 2012.

  f. The parties shall exchange expert reports by April 20, 2012 and any rebuttal reports by May 10, 2012.

  g. Expert depositions shall be taken from May 14, 2012 through May 25, 2012.

  h. Motions for Summary Judgment, if any, shall be filed by May 31, 2012.

  i. Oppositions to Motions for Summary Judgment shall be filed by July 9, 2012.

  j. Reply papers in further support of Motions for Summary Judgment shall be filed by July 30, 2012.

  k. The Court will hear oral argument on September 6, 2012, at 11 A.M.

SO ORDERED.

Dated: New York, New York
    September 16, 2011

               DENNY CHIN
               United States Circuit Judge
               Sitting by Designation