MEMO ENDORSED

# Durie Tangri



Joseph C. Gratz
(415) 362-6666 (main)
jgratz@durietangri.com

October 18, 2011

**VIA FAX TO 212-857-2346**

Hon. Denny Chin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *American Society of Media Photographers, et al. v. Google Inc.*, No. 10-CV-2977 (DC)

Your Honor:

This office represents defendant Google Inc. in the above action.

I write on behalf of all parties to request an extension of time to answer or otherwise respond to the Complaint filed April 7, 2010, pursuant to Paragraph 1(E) of Your Honor's Individual Practices. The response is currently due on October 24, 2011. The parties request that the Court permit Defendant to file its response to the complaint on or before November 7, 2011. There have been eleven previous requests for extension of time in this case. Counsel for Plaintiffs consents to this request for an additional extension of time.

Very truly yours,

Joseph C. Gratz

cc: James J. McGuire, Esq. (via email)
Mark A. Berube, Esq. (via email)
Vincent Filardo, Jr., Esq. (via email)

Approved, but FINAL.
SO ORDERED.

USCJ
10/20/11

217 Leidesdorff Street
San Francisco, California 94111
P (415) 362-6666  F (415) 236-6300
www.durietangri.com