# DurieTangri

Joseph C. Gratz
(415) 362-6666 (main)
jgratz@durietangri.com

October 25, 2011

**VIA FAX TO 212-857-2346**

Hon. Denny Chin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Authors Guild, et al. v. Google Inc.*, No. 05-CV-8136 (DC)

Your Honor:

05cv8881 (DC)
10cw 2977

This office represents defendant Google Inc. in the above action.

I write on behalf of all parties to request an extension of time to answer or otherwise respond to the Fourth Amended Complaint filed October 14, 2011, pursuant to Paragraph 1(E) of Your Honor's Individual Practices. The response is currently due on October 28, 2011. The parties request that the Court permit Defendant to file its response to the complaint on or before November 28, 2011. There have been no previous requests for extension of time to respond to the Fourth Amended Complaint. Counsel for Plaintiffs consents to this request for an extension of time.

Very truly yours,

Joseph C. Gratz

cc: Michael Boni, Esq. (via email)
Joanne Zack, Esq. (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/11

Application GRANTED. The deadlines set forth in the Court's 9/16/11 Scheduling Order shall otherwise remain in place.

SO ORDERED.

USCJ Sitting By Designation

217 Leidesdorff Street
San Francisco, California 94111
P (415) 362-6666  F (415) 236-6300
www.durietangri.com