```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,              :

              Plaintiffs,              :

        - against -                    :        SCHEDULING ORDER

GOOGLE, INC.,                          :        05 Civ. 8136 (DC)
                                                10 Civ. 2977 (DC)

              Defendant.               :

- - - - - - - - - - - - - - - - -x

AMERICAN SOCIETY OF MEDIA              :
PHOTOGRAPHERS et al.,
                                       :
              Plaintiffs,
                                       :
        - against -
                                       :
GOOGLE, INC.,
                                       :
              Defendant.
                                       :
- - - - - - - - - - - - - - - - -x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11\29\11**

**CHIN, Circuit Judge**

   The court has received defendant's November 21, 2011 letter requesting a pre-motion conference in anticipation of filing a motion to dismiss in each of the above-captioned actions. No pre-motion conference is necessary. IT IS HEREBY ORDERED as follows:

   The following deadlines shall apply:

   a. Defendant's motions to dismiss shall be filed by

December 23, 2011.

b. Plaintiffs' oppositions to defendant's motions shall be filed by January 23, 2012.

c. Defendant's replies shall be filed by February 3, 2012.

The deadlines set forth in the Court's September 16, 2011 Scheduling Order shall remain in place.

SO ORDERED.

Dated: New York, New York
November 28, 2011

DENNY CHIN
United States Circuit Judge
Sitting by Designation