Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>Google Inc.,<br><br>      Defendant. | Case No. 05 CV 8136-DC<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>**FILED ELECTRONICALLY** |

------------------------------------- x

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Joanne Zack (and the exhibits thereto), the Fourth Amended Class Action Complaint, and all prior pleadings and proceedings in this case, the undersigned Counsel for Plaintiffs in the above-captioned action will move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, before the Hon. Denny Chin, United States Circuit

Judge, at a date and time convenient for the Court in Courtroom 11A at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order:

1. Certifying the following class ("the Class"):

All persons residing in the United States who hold a United States copyright interest in one or more Books reproduced by Google as part of its Library Project, who are either (a) natural persons who are authors of such Books or (b) natural persons, family trusts or sole proprietorships who are heirs, successors in interest or assigns of such authors. "Books" means each full-length book published in the United States in the English language and registered with the United States Copyright Office within three months after its first publication. Excluded from the Class are the directors, officers and employees of Google; personnel of the departments, agencies and instrumentalities of the United States Government; and Court personnel.

2. Designating Betty Miles, Joseph Goulden, and Jim Bouton as Representative Plaintiffs for the Class; and

3. Appointing Boni & Zack LLC as Lead Counsel, and Milberg LLP and Kohn, Swift & Graf, P.C. as Class Counsel.

Dated: December 12, 2011

/s/ Joanne Zack
Joanne Zack
Michael J. Boni (pro hac vice)
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA  19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
JZack@bonizack.com
MBoni@bonizack.com
JSnyder@bonizack.com

Robert J. LaRocca
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
rlarocca@kohnswift.com

Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
sdumain@milberg.com

*Counsel for Plaintiffs*