# EXHIBIT 1

# Google investor relations

[_____] [ Search ]

Home

News and Events

Financial Information

**Corporate Governance**

Executive Chairman's
Message

Founders' Letters

Code of Conduct

Guidelines

Board of Directors

Board Committees

Certificate of
Incorporation

Bylaws

Report Concerns

**FAQs**

Company Overview

## Frequently Asked Questions

- What is Google's mission? How did Google begin?
- What does Google do?
- Why are we so focused on our users?
- How does Google make money? What is driving Google's growth?
- Who are our customers?
- Who are our partners?
- What are our products?
- Who are Google's competitors?
- Where is Google located?
- How many employees does Google have?
- When was Google's initial public offering and at what price?
- On what exchange does Google trade and what is its ticker symbol?
- How many shares of Google are outstanding?
- How can I invest in Google? Can I purchase Google stock directly from the company?
- What is a transfer agent, who is yours, and how do I contact them?
- Does Google pay a cash dividend?
- When does Google report earnings? How can I listen to the webcast for the earnings report?
- I missed the earnings webcast. Can I listen to the archived session?
- When does Google's fiscal year end?
- When and where is the Google Annual Stockholders Meeting?
- How can I attend the Annual Stockholders Meeting?
- Where can I find all of Google's SEC filings?
- How can I download and view the quarterly and annual reports online?
- Can I request to receive all SEC filings, annual reports, and/or proxy statements electronically rather than through the mail? Can I vote my proxy online?
- Who is Google's Independent Registered Public Accounting Firm?
- How do I contact Investor Relations?

### What is Google's mission? How did Google begin?

Google's mission is to organize the world's information and make it universally accessible and useful. The first step toward fulfilling that mission came when our founders, Larry Page and Sergey Brin, working out of a Stanford University dorm room, developed a new approach to online search that quickly spread to information seekers around the globe. Google is now widely recognized as the world's largest search engine.

Back to top

### What does Google do?

Google is a global technology leader focused on improving the ways people connect

with information.

Google primarily generates revenue by delivering relevant, cost-effective online advertising. Businesses use our AdWords program to promote their products and services with targeted advertising. In addition, third-parties that comprise our Google network use our Google AdSense program to deliver relevant ads that generate revenue and enhance the user experience.

For more information, please see our Company Overview.

Back to top

**Why are we so focused on our users?**

We believe that the most effective, and ultimately the most profitable, way to accomplish our mission is to put the needs of our users first. We've found that a high-quality user experience leads to strong word-of-mouth promotion. Our dedication to our users is reflected in these three key company-wide commitments:

- We will do our best to provide the most relevant and useful search results possible, independent of financial incentives. Our search results will be objective and we will not accept payment for their inclusion or ranking.
- We will do our best to provide the most relevant and useful advertising. Ads should not be an annoying interruption. If any element on a search result page is influenced by payment to us, we will make this fact clear to our users.
- We will never stop working to improve our user experience, our search technology, and other areas of information organization.

We believe that our user focus is the foundation of our success to date. We also believe that this focus is critical for the creation of long-term value. We do not intend to compromise our user focus for short-term economic gain.

We recommend that you read Letters from Our Founders for more about Google's philosophy.

Back to top

**How does Google make money? What is driving Google's growth?**

Today, the majority of our revenue comes from advertising.

Advertisers are increasingly turning to the Internet to market their products and services. Google AdWords, our auction-based advertising program, enables advertisers to deliver relevant ads targeted to search queries or web content to potential customers across Google sites and through the Google Network, which consists of content owners and websites. Our proprietary technology automatically matches ads to the content of the page on which they appear, and advertisers pay us either when a user clicks on one of its ads or based on the number of times their ads appear on the Google Network.

We distribute our advertisers' AdWords ads for display on the Google Network through our AdSense program. We share most of the revenue generated from ads shown on a site of a Google Network member with that member.

You can learn more about AdWords and AdSense here.

Back to top

**Who are our customers?**

Our customers are over one million of advertisers, from small businesses targeting local customers to many of the world's largest global enterprises, who use Google

AdWords to reach millions of users around the world.

Back to top

**Who are our partners?**

Partnerships have been very important to Google's success throughout our history, and we take our partnerships very seriously.

Our AdSense network consists of partners ranging from website publishers to the most popular search destinations, to whom we provide advertisements and with whom we share a majority of the revenue we receive from those ads.

We also have relationships with partners who distribute our products and services to users all over the world. Other partners provide valuable content that allows us to bring even more content and information to our users.

Back to top

**What are our products?**

Here's a comprehensive list of all our products and services.

Back to top

**Who are Google's competitors?**

We provide this information in our Annual Report. Visit our SEC Filings Archive page to refer to our most recent annual report.

Back to top

**Where is Google located?**

Our headquarters is located in Mountain View, California, but we have offices all over the world, including offices in Australia, Brazil, Canada, China, France, Germany, India, Ireland, Israel, Japan, Kenya, and the United Kingdom.

Back to top

**How many employees does Google have?**

Our employee headcount can be found on our Financial Tables page.

Back to top

**When was Google's initial public offering and at what price?**

Our IPO was on August 18, 2004 at a price of $85 per share.

Back to top

**On what exchange does Google trade and what is its ticker symbol?**

Shares of our Class A common stock are listed on the Nasdaq Stock Market LLC (Nasdaq Global Select Market) under the symbol GOOG. Our Class B common stock is not publicly traded.

Back to top

**How many shares of Google are outstanding?**

Our shares outstanding can be found on Google Finance.

Back to top

**How can I invest in Google? Can I purchase Google stock directly from the company?**

You can purchase Class A common stock of our company through a registered brokerage or stock purchase service provider of your choice. You cannot buy stock directly from Google.

Back to top

**What is a transfer agent, who is yours, and how do I contact them?**

A transfer agent is a regulated organization that keeps track of stockholder records and information. To find out more, please contact our transfer agent:

Computershare Trust Company, N.A.
P.O. Box 43078
Providence, RI 02940
+1-866-298-8535
+1-781-575-2879
www.computershare.com

Back to top

**Does Google pay a cash dividend?**

No, we have never declared or paid a cash dividend nor do we expect to pay any dividends in the foreseeable future.

Back to top

**When does Google report earnings? How can I listen to the webcast for the earnings report?**

Visit our Webcasts & Events page.

Back to top

**I missed the earnings webcast. Can I listen to the archived session?**

Yes! You're welcome to listen to any of our archived webcasts.

Back to top

**When does Google's fiscal year end?**

Our fiscal year ends on December 31. Our quarters end on March 31, June 30, September 30, and December 31.

Back to top

**When and where is the Google Annual Stockholders Meeting?**

We generally hold our Annual Meeting of Stockholders in the month of May or June. Additional information can be found in our proxy statement for the relevant year.

Back to top

**How can I attend the Annual Stockholders Meeting?**

You can attend our Annual Stockholders Meeting ONLY if you are a Google stockholder. Additional information regarding attendance requirements is detailed in each year's annual proxy statement. For more information, visit our Annual

Stockholders Meeting page.

Back to top

**Where can I find all of Google's SEC filings?**

You can access our filings through the SEC website. You can also directly order selected Google filings.

Back to top

**How can I download and view the quarterly and annual reports online?**

You are welcome to download and view both quarterly and annual reports directly from our site.

Back to top

**Can I request to receive all SEC filings, annual reports, and/or proxy statements electronically rather than through the mail? Can I vote my proxy online?**

Yes, we like saving trees. Please sign up here for electronic enrollment and to vote your proxy online.

Back to top

**Who is Google's Independent Registered Public Accounting Firm?**

Ernst & Young LLP

Back to top

**How do I contact Investor Relations?**

If you can't find the information you're looking for on our website, please feel free to contact us here.

Or write to us here:

Google Inc.
Attn: Investor Relations
1600 Amphitheatre Parkway
Mountain View, CA 94043

Back to top

© Google - Google Home - Privacy Policy - Terms of Service

# EXHIBIT 2

ADVERTISEMENT

Click here to download plugin.



# THE ECONOMIC TIMES

Internet

News   Stock Quote
Type Company Name

Home | News | Markets | IPO | Personal Finance | Tech | Jobs | Opinion | Features | Environment | Blogs | ET NOW

Hardware · Software · Internet · ITeS

You are here: Home > Collections > Google

Ads by Google



# Google has one billion users

IANS  Jun 22, 2011, 05.58pm IST

Tags:  YouTube | Yahoo | Microsoft | Google

LONDON: Every seventh person in the world uses Google and other websites the company owns, a media report said on Wednesday.

The landmark figure in May revealed by ComScore shows an 8.4 per cent rise year-on-year. Over one billion people among the world's current population of 6.93 billion use Google and its other websites.

Ads by Google

**Overstock iPads: $43.20**
Get 32GB Apple iPads for $43.20. 1 Per Customer. Limited Quantities.
www.NoMoreRack.com/iPad

**Android Tablets Under $80**
Buy Tablets w Touch+WiFi+3G+Webcam. 51% Off Now, Ltd Time, 3-5 Day S/H.
LightInTheBox.com/AndroidTablet



Emirates
Fly Emirates. Keep discovering.

Rollover to know more about the complimentary upgrade

Microsoft remained the second most popular destination with 905 million unique visitors in May, the Daily Telegraph reported.

This was up approximately 15 per cent over the year, but Facebook rose by 30 per cent to 714 million unique users, it said.

Yahoo, which was overtaken by Facebook in October, saw an 11 per cent yearly rise to 689 million users.

A "global measurement panel" of two million users helps ComScore to compile its estimates, and the data is then refined with page-view data it receives from more than 90 of the 100 publishers of web content, the report said.

When ComScore first measured traffic, in 2006, Google had slightly fewer than 500 million unique users per month, with Microsoft taking the top spot with 539 million, the Telegraph said.

The addition of users to Gmail and Google has also been helped by the company's purchase of video site YouTube.

Users, however, spend more time on Facebook than Google; the social network's users browsed the site for 250 billion minutes in May, compared to Google's 200 billion, according to the newspaper.

**RELATED ARTICLES**

'US internet users spend more time on Facebook than Google'
*September 10, 2010*

Facebook inches past Google for Web users' minutes
*September 10, 2010*

Facebook beats Google as most visited website
*March 18, 2010*

**IN-DEPTH COVERAGE**

Google

Facebook

Gmail

Comscore

Ads by Google

**Sony Tablet S**
9.4" Screen, Ergonomic Contoured Design. Order Today!
store.sony.com/STablet

**Music Unlimited**
Music You Want When You Want It. Join SONY's Music Unlimited Today
sonyentertainmentnetwork.com/Music

**FEATURED ARTICLES**







Small-cap, mid-cap stocks lose to blue-chips in 2011

Mahindra XUV 500 launched at a starting price of Rs 10.8 lakh

Aakash: World's cheapest tablet launched; to be sold for $60 in retail

**More:**

Yuvraj Singh: It was unbearable to see how he suffered, says mother Shabnam

Silk Smitha's story was of brutal economics and sexual politics of the southern film industry

World's cheapest tablet Aakash can turn a money spinner for students, NGOs

Aviva Life Insurance launches online term plan Aviva i-life with minimum cover for Rs 25 lakh

Indians slam Apple for launching iPhone 4S at much higher price than its US retail cost

Over 60 vehicles to be launched at Auto Expo 2012 in New Delhi

**Readers' opinions (1)**

**Sort by:** Newest | Oldest

HV N Kaul (d)
23 Jun, 2011 10:11 AM

many people have multiple facebook or gmail accounts [e.g., one for spam / registration and the other for actual personal use] and each would be counted as a 'unique user'. the amount of time spent on a site is a better indicator for advertising purposes. maybe they should publish 'active users' instead [e.g., someone who has logged in the last week or fortnight].

---

**THE ECONOMIC TIMES**

www.economictimes.com

© 2011 Bennett, Coleman & Co. Ltd. All rights reserved

Index by Date | Index by Keyword

Advertise with us | Terms of Use | Privacy Policy | Feedback

.

# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

**(Mark One)**

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2010

OR

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 000-50726

# Google Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0493581** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**
(Address of principal executive offices) (Zip Code)

**(650) 253-0000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Class A Common Stock, $0.001 par value | Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act:

Title of each class

**Class B Common Stock, $0.001 par value**
**Options to purchase Class A Common Stock**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

At June 30, 2010, the aggregate market value of shares held by non-affiliates of the registrant (based upon the closing sale price of such shares on the Nasdaq Global Select Market on June 30, 2010) was $96,501,176,477.75.

At January 31, 2011, there were 250,869,074 shares of the registrant's Class A common stock outstanding and 70,653,031 shares of the registrant's Class B common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2011 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2010.

# PART I

## ITEM 1.   BUSINESS

### Overview

Google is a global technology leader focused on improving the ways people connect with information. We aspire to build products that improve the lives of billions of people globally. Our mission is to organize the world's information and make it universally accessible and useful. Our innovations in web search and advertising have made our website a top internet property and our brand one of the most recognized in the world.

We generate revenue primarily by delivering relevant, cost-effective online advertising. Businesses use our AdWords program to promote their products and services with targeted advertising. In addition, the third parties that comprise the Google Network use our AdSense program to deliver relevant ads that generate revenue and enhance the user experience.

We were incorporated in California in September 1998 and reincorporated in Delaware in August 2003. Our headquarters are located at 1600 Amphitheatre Parkway, Mountain View, California 94043, and our telephone number is (650) 253-0000. We completed our initial public offering in August 2004 and our Class A common stock is listed on the Nasdaq Global Select Market under the symbol "GOOG."

### Corporate Highlights

Effective April 4, 2011, Larry Page, our Co-Founder and President, Products, will become our Chief Executive Officer, Eric E. Schmidt, our current Chief Executive Officer, will continue as the chairman of our board of directors and will serve as our Executive Chairman, and Sergey Brin, our Co-Founder and President, Technology, will continue as Co-Founder.

In 2010, we continued to reap the rewards of the growth of the digital economy. The shift of consumers and advertisers from offline to online continued unabated, which fueled good growth in our core business of search advertising. We continued to invest heavily, and rapidly innovate in our search technologies to expand the comprehensiveness of our index, the relevance of our results, and the speed with which we deliver search results. Some recent notable enhancements to search include Google Instant, Instant Previews, and Place Search. We believe that search will only become more intelligent, personal, and interactive, delivering the information most relevant to users, in their language, and relevant to their location and interests.

In addition, in the past year we have also invested aggressively in our newer businesses—namely display, mobile, and enterprise—to lay the groundwork for future growth. We have also made strategic investments in critical product areas, like Android, Chrome, and Chrome OS—following our core philosophy of building open platforms with optionality, and creating infrastructure that allows everyone on the web to succeed. We also believe that an active acquisition program is an important element of our business strategy. During 2010, we invested $1.8 billion to acquire companies, products, services, and technologies.

Our business is primarily focused around the following key areas: search, advertising, operating systems and platforms, and enterprise.

### Search

We maintain a vast index of websites and other online content, and make it available through our search engine to anyone with an internet connection. Our search technologies sort through an ever-growing amount of information to deliver relevant and useful search results in response to user queries. We integrate innovative features into our search service and offer specialized search services to help users tailor their search. In addition, we are constantly improving and adding to our products and services, to provide users with more relevant results so that users find what they are looking for faster.

3

**Google Inc.**

**CONSOLIDATED STATEMENTS OF INCOME**
**(In millions, except per share amounts)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2008 | 2009 | 2010 |
| Revenues .................................................... | $21,796 | $23,651 | $29,321 |
| Costs and expenses: | | | |
| Cost of revenues (including stock-based compensation expense of $41, $47, $67) ................................................. | 8,622 | 8,844 | 10,417 |
| Research and development (including stock-based compensation expense of $732, $725, $861) ................................. | 2,793 | 2,843 | 3,762 |
| Sales and marketing (including stock-based compensation expense of $206, $231, $261) ................................... | 1,946 | 1,984 | 2,799 |
| General and administrative (including stock-based compensation expense of $141, $161, $187) ................................. | 1,803 | 1,668 | 1,962 |
| Total costs and expenses .................................... | 15,164 | 15,339 | 18,940 |
| Income from operations ..................................... | 6,632 | 8,312 | 10,381 |
| Impairment of equity investments ........................... | (1,095) | 0 | 0 |
| Interest and other income, net ............................. | 316 | 69 | 415 |
| Income before income taxes ................................. | 5,853 | 8,381 | 10,796 |
| Provision for income taxes ................................. | 1,626 | 1,861 | 2,291 |
| Net income .................................................. | $ 4,227 | $ 6,520 | $ 8,505 |
| Net income per share of Class A and Class B common stock: | | | |
| Basic ..................................................... | $ 13.46 | $ 20.62 | $ 26.69 |
| Diluted ................................................... | $ 13.31 | $ 20.41 | $ 26.31 |

See accompanying notes.

# EXHIBIT 4

# Google

1. Everything Google
2. Corporate information
3. News from Google
4. News announcements
5. News announcement

- News from Google
- Images and B-roll
- Blog directory
- Google+ directory
- Twitter directory
- Facebook directory
- YouTube directory

# News from Google

## Google Checks Out Library Books

*The Libraries of Harvard, Stanford, the University of Michigan, the University of Oxford, and The New York Public Library Join with Google to Digitally Scan Library Books and Make Them Searchable Online*

**MOUNTAIN VIEW, Calif. – December 14, 2004 –** As part of its effort to make offline information searchable online, Google Inc. (NASDAQ: GOOG) today announced that it is working with the libraries of Harvard, Stanford, the University of Michigan, and the University of Oxford as well as The New York Public Library to digitally scan books from their collections so that users worldwide can search them in Google.

"Even before we started Google, we dreamed of making the incredible breadth of information that librarians so lovingly organize searchable online," said Larry Page, Google co-founder and president of Products. "Today we're pleased to announce this program to digitize the collections of these amazing libraries so that every Google user can search them instantly.

"Our work with libraries further enhances the existing Google Print program, which enables users to find matches within the full text of books, while publishers and authors monetize that information," Page added. "Google's mission is to organize the world's information, and we're excited to be working with libraries to help make this mission a reality."

Today's announcement is an expansion of the Google Print™ program, which assists publishers in making books and other offline information searchable online. Google is now working with libraries to digitally scan books from their collections, and over time will integrate this content into the Google index, to make it searchable for users worldwide.

"We believe passionately that such universal access to the world's printed treasures is mission-critical for today's great public university," said Mary Sue Coleman, President of the University of Michigan.

For publishers and authors, this expansion of the Google Print program will increase the visibility of in and out of print books, and generate book sales via "Buy this Book" links and advertising. For users, Google's library program will make it possible to search across library collections including out of print books and titles that weren't previously available anywhere but on a library shelf.

Users searching with Google will see links in their search results page when there are books relevant to their query. Clicking on a title delivers a Google Print page where users can browse the full text of public domain works and brief excerpts and/or bibliographic data of copyrighted material. Library content will be displayed in keeping with copyright law. For more information and examples, please visit print.google.com/googleprint/library.html.

## About Google Inc.

Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program, which is the largest and fastest growing in the industry, provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout North America, Europe, and Asia. For more information, visit www.google.com.

## Media Contact:

Nathan Tyler

Google Inc.

+1 650-623-4311

nate@google.com

###

*Google is a trademark of Google Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*

- Corporate information
- News
- Company
- Jobs
- Investor relations
- Contact us

- © Google
- Privacy Center
- Terms of Service

# EXHIBIT 5

| HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS | | Log In | Register Now |

The New York Times

# Opinion

Search All NYTimes.com [Go]

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

EDITORIALS   COLUMNISTS   CONTRIBUTORS   LETTERS   THE PUBLIC EDITOR   GLOBAL OPINION

OP-ED CONTRIBUTOR

# A Library to Last Forever

By SERGEY BRIN
Published: October 8, 2009

Mountain View, Calif.



Enlarge This Image

Holly Stevenson

TWITTER

LINKEDIN

COMMENTS
(90)

SIGN IN TO E-MAIL

PRINT

SHARE


From ALEXANDER PAYNE
Director of SIDEWAYS

"THE fundamental reasons why the electric car has not attained the popularity it deserves are (1) The failure of the manufacturers to properly educate the general public regarding the wonderful utility of the electric; (2) The failure of [power companies] to make it easy to own and operate the electric by an adequate distribution of charging and boosting stations. The early electrics of limited speed, range and utility produced popular impressions which still exist."

**LET'S DISCOVER THEM!**

[ GO ]


RENAULT NISSAN

**Related**

Times Topics: Google Book Search | Sergey Brin

**Readers' Comments**

Readers shared their thoughts on this article.
Read All Comments (90) »

This quotation would hardly surprise anyone who follows electric vehicles. But it may be surprising to hear that in the year when it was written thousands of electric cars were produced and that year was nearly a century ago. This appeared in a 1916 issue of the journal Electrical World, which I found in Google Books, our searchable repository of millions of books. It may seem strange to look back a hundred years on a topic that is so contemporary, yet I often find that the past has valuable lessons for the future. In this case, I was lucky — electric vehicles were studied and written about extensively early in the 20th century, and there are many books on the subject from which to choose. Because books published before 1923 are in the public domain, I am able to view them easily.

But the vast majority of books ever written are not accessible to anyone except the most tenacious researchers at premier academic libraries. Books written after 1923 quickly disappear into a literary black hole. With rare exceptions, one can buy them only for the small number of years they are in print. After that, they are found only in a vanishing number of libraries and used book stores. As the years pass, contracts get lost and forgotten, authors and publishers disappear, the rights holders become impossible to track down.

Inevitably, the few remaining copies of the books are left to deteriorate slowly or are lost to fires, floods and other disasters. While I was at Stanford in 1998, floods damaged or destroyed tens of thousands of books. Unfortunately, such events are not uncommon — a

MOST POPULAR

E-MAILED   BLOGGED   SEARCHED   VIEWED

similar flood happened at Stanford just 20 years prior. You could read about it in The Stanford-Lockheed Meyer Library Flood Report, published in 1980, but this book itself is no longer available.

Because books are such an important part of the world's collective knowledge and cultural heritage, Larry Page, the co-founder of Google, first proposed that we digitize all books a decade ago, when we were a fledgling startup. At the time, it was viewed as so ambitious and challenging a project that we were unable to attract anyone to work on it. But five years later, in 2004, Google Books (then called Google Print) was born, allowing users to search hundreds of thousands of books. Today, they number over 10 million and counting.

The next year we were sued by the Authors Guild and the Association of American Publishers over the project. While we have had disagreements, we have a common goal — to unlock the wisdom held in the enormous number of out-of-print books, while fairly compensating the rights holders. As a result, we were able to work together to devise a settlement that accomplishes our shared vision. While this settlement is a win-win for authors, publishers and Google, the real winners are the readers who will now have access to a greatly expanded world of books.

There has been some debate about the settlement, and many groups have offered their opinions, both for and against. I would like to take this opportunity to dispel some myths about the agreement and to share why I am proud of this undertaking. This agreement aims to make millions of out-of-print but in-copyright books available either for a fee or for free with ad support, with the majority of the revenue flowing back to the rights holders, be they authors or publishers.

Some have claimed that this agreement is a form of compulsory license because, as in most class action settlements, it applies to all members of the class who do not opt out by a certain date. The reality is that rights holders can *at any time* set pricing and access rights for their works or withdraw them from Google Books altogether. For those books whose rights holders have not yet come forward, reasonable default pricing and access policies are assumed. This allows access to the many orphan works whose owners have not yet been found and accumulates revenue for the rights holders, giving them an incentive to step forward.

Others have questioned the impact of the agreement on competition, or asserted that it would limit consumer choice with respect to out-of-print books. In reality, nothing in this agreement precludes any other company or organization from pursuing their own similar effort. The agreement limits consumer choice in out-of-print books about as much as it limits consumer choice in unicorns. Today, if you want to access a typical out-of-print book, you have only one choice — fly to one of a handful of leading libraries in the country and hope to find it in the stacks.

I wish there were a hundred services with which I could easily look at such a book; it would have saved me a lot of time, and it would have spared Google a tremendous amount of effort. But despite a number of important digitization efforts to date (Google has even helped fund others, including some by the Library of Congress), none have been at a comparable scale, simply because no one else has chosen to invest the requisite resources. At least one such service will have to exist if there are ever to be one hundred.

1. Holiday Drinks | Spirits of The Times: From Scotland, Fog and Smoke and Mystery
2. Maureen Dowd: Silence Is Golden
3. Harry Morgan, Colonel Potter on 'M*A*S*H,' Dies at 96
4. Op-Ed Contributor: A Reluctant Enemy
5. Well: A New Worry for Soccer Parents: Heading the Ball
6. Holiday Drinks: With Rude Names, Wine Stops Minding Its Manners
7. Editorial: Obama in Osawatomie
8. Practical Traveler: How to Find Lift Tickets for Less
9. Britain Suffers as a Bystander to Europe's Crisis
10. Endangered Dragon: Entrepreneur's Rival in China: The State

Go to Complete List »



**What Claire Danes is giving**

ALSO IN T MAGAZINE »
Sally Singer's gift guide
More gifts to give and get from T's friends and family

**nytimes.com**                    T MAGAZINE

If Google Books is successful, others will follow. And they will have an easier path: this agreement creates a books rights registry that will encourage rights holders to come forward and will provide a convenient way for other projects to obtain permissions. While new projects will not immediately have the same rights to orphan works, the agreement will be a beacon of compromise in case of a similar lawsuit, and it will serve as a precedent for orphan works legislation, which Google has always supported and will continue to support.

Last, there have been objections to specific aspects of the Google Books product and the future service as planned under the settlement, including questions about the quality of bibliographic information, our choice of classification system and the details of our privacy policy. These are all valid questions, and being a company that obsesses over the quality of our products, we are working hard to address them — improving bibliographic information and categorization, and further detailing our privacy policy. And if we don't get our product right, then others will. But one thing that is sure to halt any such progress is to have no settlement at all.

In the Insurance Year Book 1880-1881, which I found on Google Books, Cornelius Walford chronicles the destruction of dozens of libraries and millions of books, in the hope that such a record will "impress the necessity of *something* being done" to preserve them. The famous library at Alexandria burned three times, in 48 B.C., A.D. 273 and A.D. 640, as did the Library of Congress, where a fire in 1851 destroyed two-thirds of the collection.

I hope such destruction never happens again, but history would suggest otherwise. More important, even if our cultural heritage stays intact in the world's foremost libraries, it is effectively lost if no one can access it easily. Many companies, libraries and organizations will play a role in saving and making available the works of the 20th century. Together, authors, publishers and Google are taking just one step toward this goal, but it's an important step. Let's not miss this opportunity.

*Sergey Brin is the co-founder and technology president of Google.*

A version of this article appeared in print on October 9, 2009, on page    More Articles in Opinion »
A31 of the New York edition.

**Past Coverage**
Google to Revise a Book Pact by Nov. 9 (October 8, 2009)            COMMENTS
In E-Books, It's an Army vs. Google (October 7, 2009)                (90)
ESSAY; Advantage Google (October 4, 2009)
Google Working to Revise Digital Books Settlement (September 21, 2009)    SIGN IN TO E-
                                                                         MAIL

                                                                         PRINT

**Related Searches**
Google Book Search                    Get E-Mail Alerts
Google Inc                            Get E-Mail Alerts
Books and Literature                  Get E-Mail Alerts
Computers and the Internet            Get E-Mail Alerts

INSIDE NYTIMES.COM



SPORTS ›          MAGAZINE ›          OPINION ›          MUSIC ›          FASHION & STYLE ›          OPINION ›

The Stone: Intellectuals and Politics

Good politicians don't need to be intellectuals, but they should at least have intellectual lives.

The Life and Death of a Hockey Enforcer    The Hollywood Issue    Wisecracks, Scattered Among Slow Tunes    Coming Out of Its Shell Once More    Townies: Always a Bedwetter, Never a Bride

Home | World | U.S. | N.Y./Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Copyright 2009 The New York Times Company | Privacy Policy | Terms of Service | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map

# EXHIBIT 6

# Google

1. Everything Google
2. Corporate information
3. News from Google
4. News announcements
5. News announcement

- News from Google
- Images and B-roll
- Blog directory
- Twitter directory
- Facebook directory
- YouTube directory

# News from Google

## Committee on Institutional Cooperation (CIC) Joins Google's Library Project

Announcement

June 6, 2007

The number of libraries participating in the Google Book Search Library Project just got a whole lot bigger with today's addition of the Committee on Institutional Cooperation (CIC). The CIC is a national consortium of 12 research universities, including University of Chicago, University of Illinois, Indiana University, University of Iowa, University of Michigan, Michigan State University, University of Minnesota, Northwestern University, Ohio State University, Pennsylvania State University, Purdue University and the University of Wisconsin-Madison. Google will work with the CIC to digitize select collections across all its libraries, up to 10 million volumes.

Readers will have access to many distinctive and unique collections held by the consortium. Users will be able to explore collections that are global in scope, like Northwestern's Africana collection or dive deep into the universities' unique Midwest heritage, including the University of Minnesota's Scandinavian and forestry collections, Michigan State's extensive holding in agriculture, Indiana University's folklore collection, and the history and culture of Chicago collection at the University of Illinois-Chicago.

Google will provide the CIC with a digital copy of the public domain materials digitized for this project. With these files, the consortium will create a first-of-its-kind shared digital repository of these works held across the CIC libraries. Both readers and libraries will benefit from this group effort:

- The shared repository of public domain books will give faculty and students convenient access to a large and diverse online library before housed in separate locations.
- This new collaboration will enable librarians to collectively archive materials over time, and allow researchers to access a vast array of material with searches customized for scholarly activity.

For books in the public domain, readers will be able to view, browse, and read the full texts online. For books protected by copyright, users will get basic background (such as the book's title and the author's name), at most a few lines of text related to their search, and information about where they can buy or borrow a book.

"This library digitization agreement is one of the largest cooperative actions of its kind in higher education," said CIC chairman Lawrence Dumas, provost of Northwestern University. "We have a collective ambition to share resources and work together to preserve the world's printed treasures."

Two CIC member universities are already working with Google Book Search, the University of Michigan and the University of Wisconsin-Madison, and this new agreement will complement the digitization work already taking place.

The CIC becomes the latest partner in the Google Books Library Project, which in addition to the University of Michigan and University of Wisconsin-Madison, also includes Harvard University, Stanford University, Oxford University, the New York Public Library, Stanford University, University of California, University of Texas at Austin, University of Virginia, Princeton Library, the Complutense University of Madrid, the Bavarian State Library, the Library of Catalonia, the University Library of Lausanne and Ghent University Library. Google is also conducting a pilot project with the Library of Congress.

The Google Books Library Project digitizes books from major libraries around the world and makes their collections searchable on Google Book Search. More information can be found at: books.google.com.

- <u>Corporate information</u>
- News
- <u>Company</u>
- <u>Jobs</u>
- <u>Investor relations</u>
- <u>Contact us</u>

- © Google
- <u>Privacy Center</u>
- <u>Terms of Service</u>

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2009

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 000-50726

# Google Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0493581** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

1600 Amphitheatre Parkway
Mountain View, CA 94043
(Address of principal executive offices) (Zip Code)

(650) 253-0000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Exchange on Which Registered |
|---|---|
| Class A Common Stock, $0.001 par value | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act:

Title of Each Class

Class B Common Stock, $0.001 par value
Options to purchase Class A Common Stock

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

At June 30, 2009, the aggregate market value of shares held by non-affiliates of the registrant (based upon the closing sale price of such shares on The Nasdaq Global Select Market on June 30, 2009) was $97,782,305,918.

At January 29, 2010, there were 243,872,592 shares of the registrant's Class A common stock outstanding and 74,106,699 shares of the registrant's Class B common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2010 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2009.

### Google.com—Search and Personalization

We are focused on building products and services on our web sites that benefit our users and let them find relevant information quickly and easily. These products and services include:

*Google Web Search.* In addition to providing easy access to billions of web pages, we have integrated special features into Google Web Search to help people find exactly what they are looking for on the web. The Google.com search experience also includes items like:

- Search Options Panel—helps users slice and dice their results across dimensions like time and genre.

- Rich Snippets—gives users convenient summary information about their search results at a glance, such as the number of stars in a review, or the scheduled times for events.

- Music Search—allows users to find and play music by song, album, artist, or lyrics.

- Real-Time Search~blends a live stream of up-to-the-minute content from microblogs and frequently updated sources right on the search results page.

- Google Suggest—shows related query suggestions as users type searches in 153 domains and 52 languages.

- Search Personalization—gives users more relevant results based on their previous signed-on search history or, alternatively, based on anonymous cookies stored on their access device if they are signed-out.

- Advanced Search Functionality—enables users to construct more complex queries, for example by using Boolean logic or restricting results to languages, countries, or web sites.

- Web Page Translation—supports 51 languages and automatically translates between any two of these languages, with a total of 2,550 language translation pairs.

- Integrated Tools—such as a spell checker, a calculator, a dictionary, and currency and measurement converters.

- Cached Links—provides snapshots of web pages taken when the pages were indexed, letting users view web pages that are no longer available.

- Movie, Music and Weather Information—enables users to quickly and easily find movie reviews and show times, information about artists, songs and albums, and weather conditions and forecasts.

- News, Finance, Maps, Image, Video, Book, Blogs and Groups Information—Users are often best served by different types of results. When relevant, we also search display results from other Google products including Google News, Google Finance, Google Maps, Google Images, Google Videos, Google Books, Google Blog Search, Google Product Search, and Google Groups.

*Google Images.* Google Images is our searchable index of images found across the web. To extend the usefulness of searching for images, we offer additional features, such as searching by image size, format, coloration, and image type, such as photos, clipart, faces, and line drawings.

*Google Books.* Google Books lets users search the full text of a library-sized collection of books to discover books of interest and to learn where to buy or borrow them. Through this program, publishers can host their content and show their publications in our search results. We also work closely with participating libraries to digitize all or part of their collections to create a full-text searchable online card catalog. Google Books links bring users to pages containing bibliographic information and several sentences of the search term in context, sample book pages, or full text, depending on author and publisher permissions and book copyright status. To date, we have scanned and indexed over 12 million books for search. Last summer we publicly announced our plans to sell our publisher partner's electronic books, or ebooks, in an open platform direct to consumers and through retail and device partners. We plan to launch this ebook platform in 2010. We are working on obtaining court approval for a settlement agreement reached with the Authors Guild and the Association of American Publishers over lawsuits in

# EXHIBIT 8

http://support.google.com/books/bin/answer.py?hl=en&answer=43751

+You  Gmail  Calendar  Documents  Photos  Sites  Web  More -                    **Sign in**

# Google

🔍

## Do the libraries get a copy of the book?
### Books Help

Yes. Each library will receive a digital copy of every book we scan at from their respective collections. Each library will treat their copies in accordance with copyright law.

**Was this information helpful?**          ○ Yes  ○ No

o

Books - Contacting Us - Help with other Google products - Change language: | English (US) |

©2011 Google - Google Home - Privacy Policy - Terms of Service

# EXHIBIT 9

# Google books

**About Google Books**
• Overview
• Blog
• User Stories
• General Help

**Partner Program**
• For Publishers & Authors
• Join Now
• Partner Help

**Library Project**
• Overview
• Library Partners
• Librarian Help

**Perspectives**
• What's the Issue?
• Facts & Fiction
• Legal Analysis

...........................
Add Book Search to your site
...........................

## Google Books Library Project – An enhanced card catalog of the world's books

We're working with several major libraries to include their collections in Google Books and, like a card catalog, show users information about the book, and in many cases, a few snippets – a few sentences to display the search term in context.

## What does a Google Books Library Project book look like?

When you click on a search result for a book from the Library Project, you'll see basic bibliographic information about the book, and in many cases, a few snippets – a few sentences showing your search term in context. If the book is out of copyright, you'll be able to view and download the entire book. In all cases, you'll see links directing you to online bookstores where you can buy the book and libraries where you can borrow it.

|  |  |  |
|---|---|---|
| **Full View** | **Snippet View** | **No Preview Available** |



|  |  |  |
|---|---|---|
| View the entire book | View a few sentences surrounding the search term | View basic information about the book |

To see close-ups of these pages and to learn more about Google Books features, view our Screenshots.

## What's the goal of this project?

The Library Project's aim is simple: make it easier for people to find relevant books – specifically, books they wouldn't find any other way such as those that are out of print – while carefully respecting authors' and publishers' copyrights. Our ultimate goal is to work with publishers and libraries to create a comprehensive, searchable, virtual card catalog of all books in all languages that helps users discover new books and publishers discover new readers.

©2011 Google – Home - About Google - Privacy Policy

# EXHIBIT 10

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                    Sign in

Google books

Submit Q          Advanced Book Search

Barnes&Noble
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Find in a library
All sellers »

New! Shop for Google eBooks

Jim Bouton

5 Reviews

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

umpire          [ Search ]

10 pages matching umpire in this book

Page 86

Unless it was Jim Bouton.

Wayne Comer got into an argument with an umpire, and they were jawing back and forth. The last thing said was, "All right, Comer. You'll be sorry you said that."

Page 146

having said anything at all. I try to be especially nice to Ashford because everybody else harasses hell out of him. He's not exactly the best umpire, but he is far from being terrible. He doesn't miss that many calls, and when he does he misses them on both sides, like any good umpire. But other umpires talk behind his back. Sometimes they'll let him run out on the field himself and the other three who are holding

Page 189

Snippet view

...Jerry Neudecker was the umpire at third base. His position is just
a few steps away from our bullpen and he stopped by, as umpires will,
to pass the time between innings.

"Why is it that they boo me when I call a foul ball correctly and
they applaud the starting pitcher when he gets taken out of the ball-
game?" says Neudecker.

Where's the rest of this book?

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                          - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | |
| --- | --- |
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 0 |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  bullpen  called  catch  catcher  club  clubhouse  coach
Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny
Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind
knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney
Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle
Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's
thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm
Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | | |
|---|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues | |
| Author | Jim Bouton | |
| Editor | Leonard Shecter | |
| Publisher | World Pub. Co., 1970 | |
| Length | 400 pages | |
| Subjects | Sports & Recreation › Baseball › General |  |
| | Baseball | |
| | Baseball players | |
| | Sports & Recreation / Baseball / General | |
| | Sports & Recreation / Baseball / History | |

Export     BiBTeX    EndNote    RefMan
Citation

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=umpire                          12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More -

Sign in

Google books

Submit Q   Advanced Book Search
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Find in a libr
All sellers »

Jim Bouton

5 Reviews
World Pub. Co., 1970 - Sports & Recreation - 400 pages

New! Shop for Google eBooks

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

BALL
FOUR

Add to My Library ▾

## From inside the book

tommy davis                    Search

40 pages matching **tommy davis** in this book

Page 49

in Seattle last year, Tom Egan. Tommy Davis said he could follow the flight of the ball pretty good, until he lost it in a cloud. A very bad day for the knuckleball. It just didn't knuckle. The overhand curve was working pretty good and some of the fastballs hopped pretty good. Who knows, maybe my old motion is coming back. The sirens are still

Page 195

runway or even to go back into the clubhouse for a goddam cigarette, but if you take a candy bar out to the bullpen you get all kinds of static.
The bed in this hotel in Baltimore makes me think these bad thoughts. I think I'll go wash out my brain with soap.

Page 285

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

offer me a job like that?"

"All you'll get is a scouting job in Watts someplace," Tommy Harper said.

So I started doing a general-manager bit, giving scout Tommy Davis his instructions. "Now, Tom, you have to make sure to sign the

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                    - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                    - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Hard
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  clubhouse  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  **tonight**  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Will. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four: my life and hard times throwing the knuckleball in the ...
Ball four: my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four: my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

# Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation

BiBTeX     EndNote     RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=tommy+davis

12/11/2011

Ball four: my life and hard times ... - Jim Bouton - Google Books

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ▾

Sign in

Google books

Submit Q

Advanced Book Search
Get this book
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Find in a libr
All sellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

strike        [Search]

36 pages matching strike in this book

Page 62

the same thing. They're asking you to obey good pitching principles; keep the ball down (most hitters are high-ball hitters), don't make the pitch too good (don't pitch it over the heart of the plate), move the ball around inside the strike zone and change speeds (keeps the hitter off balance), and get ahead of the hitter (when you have two strikes on a

Page 86

I couldn't resist, so giving him my sincere look, I said, "This is it.

He turned pale and moped over to Joe, slowly, as if attached to a large rubber band. But all Joe wanted was to tell us to run some extra laps since we were in the bullpen and weren't able to run when everybody else did.

I never saw anybody run laps looking so happy as Dick Baney.

Page 196

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

> And then Carl Yastrzemski's name came up because he'd just ig-
> nored the strike and Gary Bell said, "Didn't surprise me. Carl Yastrzem-
> ski is for himself first and second and the hell with everybody else."
> Gee, Gary, Carl Yastrzemski?
> Yes. Besides, during the strike Yastrzemski called several super-

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                     - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                  - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Boney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
**thing**  thought  threw  told  **Tommy Davis**  **tonight**  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |

Baseball
Baseball players
Sports & Recreation / Baseball / General
Sports & Recreation / Baseball / History



Export
Citation

BiBTeX      EndNote      RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=strike                                    12/11/2011

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                                    Sign in

Google books          |                                              |   Submit Q    Advanced Book Search
                                                                                   Get this book
                                                                                   AbeBooks
                                                                                   Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues
                                                                                   Find in a libr
                                                                                   All sellers »

                    0
Jim Bouton                                                 **New! Shop for Google eBooks**

              5 Reviews                                    Go to the Google eBookstore for
World Pub. Co., 1970 - Sports & Recreation - 400 pages     over 3 million eBooks to read on
                                                           the Web, Android, iPhone, iPad,
                                                           Sony and Nook.

BALL                                                       **Shop for eBooks now »**
FOUR

                                                           Add to My Library ▾


## From inside the book

red sox            [ Search ]

9 pages matching red sox in this book

Page 52

> By now, though, we're standing in clumps of five or ten and take turns
> catching whatever fly balls happen to come our way.
>     It was Dick Stuart-story day today, and this one was about the
> time Johnny Pesky was managing the Red Sox and Stuart was playing
> for him and showing up late for a lot of things. For some reason this

Page 289

> the time. When things are going good Yastrzemski will go all out. When
> things aren't going so well he'll give a half-ass effort. But he's got so
> much ability that the only thing you can do is put up with him.
>     I asked a few of the Red Sox if they thought he deserved the fine
> and I thought they would defend him. But they said, "He deserved it

Page 388                                                                    Snippet view

scared. After a while, though, all they could do was giggle.

Dick Williams has been fired as manager of the Red Sox. I think that when a team wins a pennant the tendency is to give too much credit to the manager and when a team loses the tendency is to blame him too

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball In the Big Leagues**
User Review                - MacK -
Goodreads
Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | | |
|---|---|---|---|
| 5 stars | | | 4 |
| 4 stars | 1 | | |
| 3 stars | 1 | | |
| 2 stars | 0 | | |
| 1 star | 0 | | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review                - James - Goodreads
While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books


Foul Ball: My Life and Hard
Jim Bouton


The long season
Jim Brosnan


The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach Dierker **Don Mincher** dugout **Eddie O'Brien fastball** feel felt **Fred Talbot** funny **Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell **hitter** home run Houk hurt infield **Jim Bouton Joe Schultz** Johnny **kids** kind **knuckleball** laughed locker look manager **Marty Pattin Marvin Milkes** McNertney Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant **pitch pitcher** play pretty Ranew **Ray Oyler Sal Maglie** scored season Seattle Pilots sitting spring training started **Steve Barber Steve Hovley** sure talk tell there's **thing** thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm **Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpifiavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation        BiBTeX        EndNote        RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ·                                    Sign in

Google books                              [                    ]    Submit Q    Advanced Book Search
                                                                                      Get this book
                                                                                      AbeBooks
                                                                                      Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues
                                                                               Find in a libr
                                                                               All sellers »

Jim Bouton

        5 Reviews                                      New! Shop for Google eBooks
World Pub. Co., 1970 - Sports & Recreation - 400 pages
                                                       Go to the Google eBookstore for
                                                       over 3 million eBooks to read on
BALL                                                   the Web, Android, iPhone, iPad,
FOUR                                                   Sony and Nook.

                                                       **Shop for eBooks now »**


                                                       Add to My Library ▾


## From inside the book

yankees            [ Search ]

85 pages matching **yankees** in this book

Page 23

checking the stock tables and because between 1932, when he began to
play for the Yankees, and 1968, when he left as a coach, he had pulled
down some 23 World Series shares in addition to his considerable salary.
And no one has noticed him spending very much of it. In addition,
starting at age fifty, he elected—possibly through foolishness, more likely

Page 90

the Newhouse papers. Ogle was a Yankee fan and he reacted to players
purely on how much they were helping the Yankees to win. Charm,
personality, intelligence—nothing counted. Only winning. Ogle didn't
have even the pretense of objectivity. He was the only writer in the
pressbox who would take the seventh-inning stretch in the Yankee half.
    Once at a winter press conference, when the Yankees were an-

Page 154                                                                              Snippet view

actually has them believing they're winners.                                          Get this bool
I wonder how he is with the pitchers.                                                 AbeBooks
                                                                                      Amazon
The big confrontation is coming closer. The Yankees will be in
town in a couple of days and I've been invited to appear at the sports-               Find in a libr
writers and sportscasters dinner on Monday afternoon. The idea is us                  All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard
Times Throwing the Knuckleball In
the Big Leagues**                         User ratings

User Review             - MacK -          5 stars                              4
Goodreads                                 4 stars            1
                                          3 stars            1
Sad to say, baseball nut that I am, this   2 stars   0
book stayed below my radar for years on    1 star    0
end, when it finally became a known
quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review             - James - Goodreads
While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a
game he attended with his father when he was a boy), the love of baseball did not rub off on
me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Har     The long season            The Bullpen Gospels
Jim Bouton                     Jim Brosnan                Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big
leagues Blefary boys Brabender bullpen called catch catcher club clubhouse coach
Dierker Don Mincher dugout Eddie O'Brien fastball feel fell Fred Talbot funny
Gary Bell Gelnar getting goddam going guess guys happened Harry Walker Hegan hell
hitter home run Houk hurt infield Jim Bouton Joe Schultz Johnny kids kind
knuckleball laughed locker look manager Marty Pattin Marvin Milkes McNertney
Mickey Mike Marshall never night O'Donoghue Okay outfield Pagliaroni Pattin pennant
pitch pitcher play pretty Ranew Ray Oyler Sal Maglie scored season Seattle
Pilots sitting spring training started Steve Barber Steve Hovley sure talk tell there's
thing thought threw told Tommy Davis tonight trying umpire Vancouver walked warm
Yankees Yeah

## References to this book

**From Google Scholar**

·Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Will. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

Export
Citation      BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=yankees                    12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ·
Sign in

Google books

Submit Q    Advanced Book Search

# Ball four: my life and hard times throwing the knuckleball in the Big Leagues

New! Shop for Google eBooks

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

BALL FOUR

Add to My Library ▾

Snippet view

## From inside the book

Get this book

AbeBooks

mickey mantle    Search

Amazon

17 pages matching mickey mantle in this book

Find in a library

All sellers »

Page 29

Mickey Mantle announced his retirement the other day and I got to thinking about the mixed feelings I've always had about him. On the one hand I really liked his sense of humor and his boyishness, the way he'd spend all that time in the clubhouse making up involved games of chance and the pools he set up on golf matches and

Page 30

in left field. When the game was over I walked back into the clubhouse and there was a path of white towels from the door to my locker, and all the guys were standing there, and just as I opened the door Mickey was putting the last towel down in place. I'll never forget him for that. And I won't forget the time—1962, I guess it was—in Kansas

Page 31

arrived, they were ready to go out with the big boys. Mantle told them to get dressed up, tie and all—this was in Detroit—and meet them in a place called The Flame. Mickey gave them the address and said to be sure to ask for Mickey Mantle's table.

Pepitone and Linz were like a couple of kids at Christmas. They couldn't stop talking about what a great time they were going to have.

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                       - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                       - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Hard
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books



Jul 12, 1990
Snippet view

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  **tonight**  Irying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four, my life and hard times throwing the knuckleball in the **...**
Ball four, my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation        **BiBTeX** ·· **EndNote**    **RefMan**

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=mickey+mantle                    12/11/2011

©2011 Google



Page 141

Snippet view

sota and it was so damn cold—and the American League ball is defi-
nitely bigger than the Pacific Coast League ball—that I couldn't get the
damn thing to break at all. Every single knuckleball I threw was rolling
over, or spinning sideways, and I started to panic. I could feel the sweat
break out on me, and I was cold and sweaty at the same time. Here was

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Har(
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Beney  base  baseball player  batting practice  big  leagues  Blefary  boys  Brabender  bullpen  called  catch  catcher  club  clubhouse  coach  Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny  Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell  hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind  knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney  Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant  pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle  Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's  thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm  Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Balt Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation          BiBTeX      EndNote     RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=knuckleball                    12/11/2011

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                                    Sign in

Google books

[ Submit Q ]

Advanced Book Search
AbeBooks
Amazon

Find in a librar
All sellers »

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

Jim Bouton

5 Reviews
World Pub. Co., 1970 - Sports & Recreation - 400 pages

BALL
FOUR

New! Shop for Google eBooks

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

homers    [ Search ]

3 pages matching **homers** in this book

Page 32

early games, but it looks like I'm not going to be ready here. It's quite
different from my last spring with the Yankees in 1967. I was really
impressive, right from the beginning. I led the club in innings pitched
with thirty, and I gave up the fewest hits, fifteen, and no homers and
only two or three extra-base hits. My ERA was .092, which means less

Page 145

who hit one of the homers off me.
    Meanwhile, in the dugout, I found out from Darrell Brandon that
Sal had thrown a fit when the home run was hit. He had a toothpick
in his mouth at the time and he threw it hard on the ground (so hard
a tree may yet grow on the spot) and said, "Jesus, he's got to start

Page 240                                                                                         Snippet view

> Fred Talbot says that after listening to Sal in these meetings he's
> decided what kind of pitcher he must have been. "A mother," Talbot
> said. "A real mother."
> Mother Maglie also said in the meeting that one way to handle
> Jackson was not to throw him any strikes. So Jackson hit three homers

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | |
| --- | --- |
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 0 |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books


Foul Ball: My Life and Hard
Jim Bouton


The long season
Jim Brosnan


The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books                    Page 3 of 5



Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jul 12, 1990
Snippet view

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big
leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach
Dierker **Don Mincher** dugout **Eddie O'Brien** **fastball** feel felt **Fred Talbot** funny
**Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell
hitter home run Houk hurt infield **Jim Bouton** **Joe Schultz** Johnny **kids** kind
**knuckleball** laughed locker look manager **Marty Pattin** **Marvin Milkes** McNertney
Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant
**pitch** **pitcher** play pretty Ranew **Ray Oyler** **Sal Maglie** scored season Seattle
Pilots sitting spring training started **Steve Barber** **Steve Hovley** sure talk tell there's
**thing** thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm
**Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation      BiBTeX     EndNote     RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=homers                                    12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More -

Sign in

Google books

| Submit Q |

Advanced Book Search
Get this book
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Find in a librar
All sellers »

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

BALL FOUR

New! Shop for Google eBooks

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

home run    | Search |

46 pages matching **home run** in this book

Page 62

up into the infield and The Colonel would look down the bench and say, "The boy's fastball is moving. The boy's fastball is rising." Two innings later, same situation, the very same pitch, home run into the left-field seats. The Colonel looks up and down the bench and says very wisely, "Got the ball up. You see what happens when you get the ball up?"

Page 87

Rich Rollins has a good story he tells in the same vein. It goes back to when we were playing against each other in the Class-B Carolina League. Rich had hit two home runs in the first game of a doubleheader and the club had some deal that anybody who hit three home runs in one day would get $300. So the other players on Rollins' team told him to go to our catcher, Norm Kampsbor, and get him to tell

Page 321                                                                               Snippet view

so many games this year," she said. "I get nervous every day."

"Why should you get nervous? I don't. Except once in a while."

"I don't know, but I do. And every time they hit a home run off you, I just get sick to my stomach. I worry about how you feel, too, because I want you to be happy."

"*A..... .... ...*" *I said.* "*W*.... *they h*.. . *home .... off me I have*

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review              - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | |
|---|---|
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 0 |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review              - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Beney base baseball player batting practice big
leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach
Dierker **Don Mincher** dugout Eddie O'Brien **fastball** feel felt **Fred Talbot** funny
**Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell
hitter home run Houk hurt infield **Jim Bouton** **Joe Schultz** Johnny **kids** kind
**knuckleball** laughed locker look manager **Marty Pattin** **Marvin Milkes** McNertney
Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant
**pitch** **pitcher** play pretty Ranew **Ray Oyler** **Sal Maglie** scored season Seattle
Pilots sitting spring training started **Steve Barber** **Steve Hovley** sure talk tell there's
thing thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm
**Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

Export
Citation        BiBTeX    EndHote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

.

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ▾                              Sign in

Google books

[                    ]    [ Submit Q ]   Advanced Book Search

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Jim Bouton

5 Reviews
World Pub. Co., 1970 - Sports & Recreation - 400 pages

**New!** Shop for Google eBooks

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

Snippet view

Get this book

AbeBooks

Amazon

Find in a library

All sellers »

## From inside the book

[ Eddie O'Brien ]   [ Search ]

22 pages matching Eddie O'Brien in this book

Page 75

picnic.

I think coach Eddie O'Brien is going to prove a gold-plated pain in the ass. He must think he's Frank Crosetti or something, because when I reached into his ballbag he said, "What are you going to do with it?"

Page 105

A few more words about Eddie O'Brien and Ron Plaza. O'Brien is one of the fairly famous basketball O'Brien twins who played with Seattle from '49 to '53. Actually his job is athletic director at Seattle U. but he had four years in the big leagues with the Pirates—as infielder and pitcher—and now he's here as a friend of management (or because his brother is in city government) to get his fifth year in

Page 307

There must have been steam coming out of my ears by now, be-
cause Eddie O'Brien said, "Go take a shower."

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard
Times Throwing the Knuckleball in
the Big Leagues**

User Review            - MacK -
Goodreads

Sad to say, baseball nut that I am, this
book stayed below my radar for years on
end, when it finally became a known
quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | |
|---|---|
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 0 |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review            - James - Goodreads
While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a
game he attended with his father when he was a boy), the love of baseball did not rub off on
me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

‹                                                                          ›

## Other editions - View all



Jul 12, 1990
Snippet view

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feet  felt  **Fred Talbot**  funny
**Gary Bell**  Geinar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export Citation     BiBTeX     EndNote     RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=Eddie+O'Brien&source=gbs_word_cloud_r&cad=5     12/11/2011

©2011 Google

+You   Web   Images   Videos   Maps   News   Gmail   More ·                                    Sign in

Google books                [                                    ]   Submit Q   Advanced Book Search
                                                                               Get this book
                                                                               AbeBooks
                                                                               Amazon

## Ball four: my life and hard times throwing the knuckleball in the Big Leagues

                                                                               Find in a libr
                                                                               All sellers »

                    0
          Jim Bouton                                    New! Shop for Google eBooks

                    5 Reviews                           Go to the Google eBookstore for
          World Pub. Co., 1970 - Sports & Recreation - 400 pages   over 3 million eBooks to read on
                                                        the Web, Android, iPhone, iPad,
                                                        Sony and Nook.

BALL                                                    **Shop for eBooks now »**
FOUR

                                                        Add to My Library ▾

## From inside the book

[balls              ]   [ Search ]

20 pages matching balls in this book

Page 33

will go away, but how am I going to pitch Sunday? I'm not ready. I
haven't thrown to spots yet. I haven't thrown any curve balls at all.
My fingers aren't strong enough to throw the knuckleball right. I've
gone back to taking two baseballs and squeezing them in my hand to
try to strengthen my fingers and increase the grip. I used to do that

Page 186

guaranteed, asking me why I'm not wearing my earflap."
    Between innings of the game I got up in the bullpen and worked
with the iron ball Mike Marshall keeps out there. Talbot was certain I
was only doing it so I would get on television, and maybe I was, partly.
After the third time up Talbot said, "Jesus Christ, Bouton, why don't

Page 390

3—1 in the seventh and I got called in with two out and runners on first and second. Pete Rose up. Real clutch situation. I throw two knuckle-balls for balls. Edwards calls for a fastball and I shake him off. Rose is just going to rip my fastball. I know it. So I throw a knuckleball for a strike, another knuckleball for a foul ball, a third for strike three and strut off the mound.

Where's the rest of this book?

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review                - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review                - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big
leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach
Dierker **Don Mincher** dugout Eddie O'Brien **fastball** feel felt Fred **Talbot** funny
**Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell
hitter home run Houk hurt infield **Jim Bouton** **Joe Schultz** Johnny **kids** kind
**knuckleball** laughed locker look manager **Marty Pattin** **Marvin Milkes** McNertney
Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant
**pitch** **pitcher** play pretty Ranew **Ray Oyler** **Sal Maglie** scored season Seattle
Pilots sitting spring training started **Steve Barber** **Steve Hovley** sure talk tell there's
thing thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm
**Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Ball four: my life and hard times ... - Jim Bouton - Google Books

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation

**BiBTeX**     **EndNote**     **RefMan**

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                            Sign in

Google books

Submit Q    Advanced Book Search
            AbeBooks
            Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

            Find in a libr
            All sellers »

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

BALL
FOUR

Add to My Library ▾

## From inside the book

ball    [Search]

100 pages matching **ball** in this book

Page 61

real thing, with a baseball instead of a rubber ball. I think it will be a

Page 62

the same thing. They're asking you to obey good pitching principles; keep the ball down (most hitters are high-ball hitters), don't make the pitch too good (don't pitch it over the heart of the plate), move the ball around inside the strike zone and change speeds (keeps the hitter off balance), and get ahead of the hitter (when you have two strikes on a

Page 186

Snippet view

guaranteed, asking me why I'm not wearing my earflap."
Between innings of the game I got up in the bullpen and worked with the iron ball Mike Marshall keeps out there. Talbot was certain I was only doing it so I would get on television, and maybe I was, partly. After the third time up Talbot said, "Jesus Christ, Bouton, why don't

Get this book
AbeBooks
Amazon

Find in a libr

Where's the rest of this book?

All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known

quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Beney  base  baseball player  batting practice  big

leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach

Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny

**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell

hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind

**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney

Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant

**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle

Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's

thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm

**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four; my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation          BiBTeX      EndNote      RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=ball                                  12/11/2011

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾

Sign in

Google books

Submit Q   Advanced Book Search
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**BALL
FOUR**

New! Shop for Google eBooks

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Find in a libr
All sellers »

Add to My Library ▾

## From inside the book

orioles     Search

8 pages matching orioles in this book

Page 196

And then Carl Yastrzemski's name came up because he'd just ig-
nored the strike and Gary Bell said, "Didn't surprise me. Carl Yastrzem-
ski is for himself first and second and the hell with everybody else."
Gee, Gary, Carl Yastrzemski?
Yes. Besides, during the strike Yastrzemski called several super-

Page 201

Talking about Joe Schultz reminded Marshall of something that
happened the other night. Although we had just blown a game to the
Orioles, when Schultz came back into the clubhouse he was smiling.
Mike thought that was kind of strange until he heard Schultz say, to

Page 205                                                                                          Snippet view

"All right. I'll talk to Eddie about it," Joe Schultz said.

I can't wait.

During batting practice the Orioles sneaked into our bullpen—
word is that it was Eddie Watt and Pete Richert—and deposited three

Where's the rest of this book?

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Harc
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books                    Page 3 of 5



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach Dierker **Don Mincher** dugout **Eddie O'Brien** fastball feel felt **Fred Talbot** funny **Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell hitter home run Houk hurt infield **Jim Bouton** **Joe Schultz** Johnny **kids** kind **knuckleball** laughed locker look manager **Marty Pattin** **Marvin Milkes** McNertney Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant **pitch** **pitcher** play pretty Renew **Ray Oyler** **Sal Maglie** scored season Seattle Pilots sitting spring training started **Steve Barber** **Steve Hovley** sure talk tell there's **thing** thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm **Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Ball four: my life and hard times ... - Jim Bouton - Google Books                      Page 4 of 5

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation        BiBTeX      EndNote      RefMan

Ball four: my life and hard times ... - Jim Bouton - Google Books

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

# EXHIBIT 11

+You  Web  Images  Videos  Maps  News  Gmail  More ·                                         **Sign in**

Google books                  [                                    ]   [ Submit Q ]   Advanced Book Search

# Ball four: my life and hard times throwing the knuckleball in the Big Leagues

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

Snippet view

## From inside the book

pitch                [ Search ]

100 pages matching pitch in this book

Page 62

the same thing. They're asking you to obey good pitching principles; keep the ball down (most hitters are high-ball hitters), don't make the pitch too good (don't pitch it over the heart of the plate), move the ball around inside the strike zone and change speeds (keeps the hitter off balance), and get ahead of the hitter (when you have two strikes on a

Page 67

ing as do too much. Johnny Sain always told guys who had control problems that they were trying too hard to throw the ball to a specific spot, not that they weren't concentrating. Sain would compare pitching to a golfer chipping to a green and say that if you tried for the cup you might miss the green. The thing to do was just hit the green, pitch to a general area.

Get this book

AbeBooks

Amazon

Find in a library

Al sellers »

Page 123

The problem for a long-relief man is that he doesn't want to tire himself out before a game in which he may pitch eight innings. But if

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                  - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                  - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books

    

Foul Ball: My Life and Hard   The long season          The Bullpen Gospels
Jim Bouton                    Jim Brosnan              Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books                    Page 3 of 5



Jul 12, 1990
Snippet view

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Barey  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  bullpen  called  catch  catcher  club  clubhouse  coach
Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny
Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind
knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney
Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle
Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's
thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm
Yankees  Yeah

## References to this book

**From Google Scholar**

Earnus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four; My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | | |
|---|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues | |
| Author | Jim Bouton | |
| Editor | Leonard Shecter | |
| Publisher | World Pub. Co., 1970 |  |
| Length | 400 pages | |
| Subjects | Sports & Recreation › Baseball › General | |
| | | |
| | Baseball | |
| | Baseball players | |
| | Sports & Recreation / Baseball / General | |
| | Sports & Recreation / Baseball / History | |
| | | |
| Export Citation | BiBTeX    EndNote    RefMan | |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

# EXHIBIT 12

+You  Web  Images  Videos  Maps  News  Gmail  More ·                         **Sign in**

## Google books

[                                        ]  [ Submit Q ]  Advanced Book Search
                                                          Get this book
                                                          AbeBooks
                                                          Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

|0|
Jim Bouton
          5 Reviews
World Pub. Co., 1970 - Sports & Recreation - 400 pages

Find in a libr
Allsellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

[ pitches          ]  [ Search ]

41 pages matching **pitches** in this book

Page 167

him between shags. I told him about my conversation with Schultz and
his thought that I couldn't be a starter because I had only one pitch. I
told him that Niekro said after his last game that he'd thrown 95
knucklers out of 104 pitches.
    "Well, you can do that if it's breaking," Sal said.

Page 186

Mantle pointed it out to all the Little League, high-school and college
players who were watching, but somehow I doubt it. So I'll do it here.
It started in the first inning when Joe Sparma walked Tommy Harper,
leading off, on four-straight pitches. Hegan was the next batter. Ball one.
On ball two, way over Hegan's head, Harper tries to steal second and

Page 339

Snippet view

good knuckleball with the first pitch. Find that tricky abstract thought, the one that makes you feel so competent and smooth. I tried to recall the last few warm-up pitches I threw and I remember thinking, "Why are they playing the National Anthem so slowly?"

I walked the first hitter on four pitches. The first two pitches to the

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                    - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
| --- | --- | --- |
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                  - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all

Ball four: my life and hard times ... - Jim Bouton - Google Books                    Page 3 of 5



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) --- factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

Export
Citation         BiBTeX       EndNote       RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »