IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 05 Civ. 8136 (DC)<br><br>**ECF Case** |

**DEFENDANT GOOGLE INC.'S
NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying (a) Memorandum of Law, and (b) Request for Judicial Notice dated December 22, 2011 and the exhibits thereto, Defendant Google Inc. ("Google") by its attorneys Durie Tangri LLP, will move this Court at such time as the Court may direct at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 15B, New York, New York, for an order granting Google Inc.'s Motion to Dismiss.

Dated:  December 22, 2011                            Respectfully submitted,

By:   */s/ Joseph C. Gratz*
      Daralyn J. Durie (*pro hac vice*)
      ddurie@durietangri.com
      Joseph C. Gratz (*pro hac vice*)
      jgratz@durietangri.com
      DURIE TANGRI LLP
      217 Leidesdorff Street
      San Francisco, CA  94111
      Telephone:  415-362-6666
      Facsimile:  415-236-6300

      Attorneys for Defendant GOOGLE INC.