Chin, T

Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 1|17|12              │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Authors Guild, Inc., Associational Plaintiff,      :
Betty Miles, Joseph Goulden, and Jim Bouton,           :
individually and on behalf of all others similarly     :
situated,                                              :
                                                       :   Case No. 05 CV 8136-DC
            Plaintiffs,                                :
                                                       :
        v.                                             :
                                                       :
Google Inc.,                                           :
                                                       :
            Defendant.                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF HERBERT MITGANG, DANIEL HOFFMAN, AND PAUL DICKSON AS REPRESENTATIVE PLAINTIFFS

**WHEREAS**, there are six representative plaintiffs named in the Fourth Amended Class

Action Complaint filed in the above-captioned action, namely, Herbert Mitgang, Betty Miles,

Daniel Hoffman, Paul Dickson, Joseph Goulden, and Jim Bouton;

**WHEREAS**, representative plaintiffs Herbert Mitgang, Daniel Hoffman, and Paul

Dickson wish to withdraw as representative plaintiffs; and

**WHEREAS**, Betty Miles, Joseph Goulden, and Jim Bouton will continue to serve as

representative plaintiffs.

IT IS HEREBY STIPULATED AND ORDERED THAT:

1.     All claims of representative plaintiffs Herbert Mitgang, Daniel Hoffman, and Paul Dickson are voluntarily dismissed. The dismissals are without prejudice, and Herbert Mitgang, Daniel Hoffman, and Paul Dickson retain all rights as members of the putative class in the above-captioned action.

2.     The foregoing dismissal is without costs, disbursements, or counsel fees to any party.

SO STIPULATED AND AGREED.

DATED: January 12, 2012

Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

*Counsel for Plaintiffs*

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
DURIE TANGRI LLP
332 Pine Street
San Francisco, CA 94104
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Counsel for Defendant*

SO ORDERED.

Dated: 1/17/2012

Hon. Denny Chin
United States Circuit Judge
Sitting By
Designation

2