USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, INC., et al.,

        Plaintiffs,

   v.

GOOGLE INC.,

        Defendant.

[PROPOSED] SCHEDULING ORDER

05 Civ. 8136 (DC)

CHIN, Circuit Judge

    IT IS HEREBY ORDERED as follows:

    The following deadlines shall apply:

    a. Plaintiffs' opposition to defendant's motion to dismiss shall be filed by February 6, 2012.

    b. Defendant's response to the class certification motion shall be filed by February 8, 2012.

    c. Defendant's reply in support of its motion to dismiss shall be filed by February 17, 2012.

    d. Plaintiffs' reply in support of their class certification motion shall be filed by April 3, 2012.

    e. Fact discovery shall be completed by April 13, 2012.

The remaining deadlines set forth in the Court's September 16, 2011 Scheduling Order shall remain in place.

    SO ORDERED.

Dated:   New York, New York
       January 17, 2012

DENNY CHIN
United States Circuit Judge
Sitting by Designation