UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,

                          Plaintiffs,

              v.

GOOGLE INC.,

                        Defendant.

-------------------------------------------------------------- X

No. 05 Civ. 8136 (DC)

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

        Pursuant to Local Rule 1.4 for the U.S. District Court for the Southern District of New York, the law firm of DeVore & DeMarco LLP moves the Court for an order permitting its withdrawal as counsel of record for plaintiffs' class members Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden.  A declaration in support of this motion is attached.

Dated: New York, New York
         February 8, 2012

                                                     Respectfully submitted,

                                                     DEVORE & DEMARCO LLP

                                                     By:  /s/ Amin Kassam
                                                        Amin Kassam (AD - 7860)
                                                        99 Park Avenue – 16th Floor
                                                        New York, New York 10016
                                                        (212) 922-9499