UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE AUTHORS GUILD, INC., ASSOCIATION :
OF AMERICAN PUBLISHERS, INC., et al., :
:
Plaintiffs, :
:  No. 05 Civ. 8136 (DC)
v. :
:
GOOGLE INC., :
:
Defendant. :
:
-------------------------------------------------------------- X

### DECLARATION OF AMIN KASSAM, ESQ.
### IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

I, AMIN KASSAM, ESQ., declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of DeVore & DeMarco LLP, counsel to plaintiffs' class members Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden in the above-captioned matter.

2. I submit this declaration pursuant to Local Rule 1.4 of the U.S. District Court for the Southern District of New York and in support of my motion for DeVore & DeMarco LLP to withdraw as counsel in this matter.

3. I make this request based on the procedural posture of this case. My firm and I represented our clients for the purpose of objecting to the proposed class action settlement and amended class action settlement in this matter. Now that Your Honor has denied the parties' motion to approve the settlement, our limited representation in this matter has concluded.

4. All of our clients have consented to our withdrawal from this matter.

5. A copy of this Declaration and the Motion to Withdraw has been served by Electronic Mail on all of our clients.

Dated: New York, New York
February 8, 2012

By: /s/ Amin Kassam
Amin Kassam (AK – 7860)
DeVore & DeMarco LLP
99 Park Avenue – 16th Floor
New York, New York 10016
(212) 922-9499