# APPENDIX A

# CURRICULUM VITAE OF STUDY'S AUTHOR

*Hal L. Poret*
(hal.poret@orcinternational.com; 212-329-1018; 914-772-5087)

*Education*

| | |
|---|---|
| 1998 | Harvard Law School, J.D., *cum laude* |

- Editor/Writer – Harvard Law Record
- Research Assistant to Professor Martha Minow

| | |
|---|---|
| 1995 | S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude* |

- Statistics
- Taught calculus/precalculus/statistics

| | |
|---|---|
| 1993 | Union College, B.S. in Mathematics with honors, *magna cum laude* |

- Phi Beta Kappa
- Resch Award for Achievement in Mathematical Research

*Employment*

2004 -    Senior Vice President, ORC International (formerly Guideline)
- Designed, supervised, and analyzed over 350 consumer surveys, including Trademark, Trade Dress, Advertising Perception, Fraud/Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys
- Provided expert testimony at deposition and/or trial regarding survey research in over 40 U.S. District Court litigations and proceedings in front of TTAB, NAD and the FTC.
- Review and comment on third party surveys

2003 – 2004    Internet Sports Advantage
- Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights.

1998 – 2003    Attorney, Foley Hoag & Eliot, Boston, MA
- Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes.
- Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes.
- Advised clients in the selection, adoption, use, licensing, and protection of trademarks/trade dress; represented clients in trademark/trade dress litigations, administrative proceedings before the Trademark Trial and Appeal Board and United States Patent and Trademark Office, and domain name proceedings under the Uniform Domain-Name Dispute-Resolution Policy.

*Testimony at Trial or by Deposition*

| | | |
|---|---|---|
| 2011 | My Favorite Company v. WalMart | USDC Central District of CA |
| 2011 | Merck Eprova v. Brookstone | USDC Southern District of NY |
| 2011 | Wella, Inc. v. Willagirl LLC | USDC Southern District of NY |
| 2011 | Bauer Bros. v. Nike | USDC Southern District of CA |
| 2011 | Aviva Sports v. Manley | USDC District of Minnesota |
| 2011 | American Express v. Black Card LLC | USDC Southern District of NY |
| 2011 | Gosmile v. Dr. Levine | USDC Southern District of NY |
| 2010 | Nat'l Western Life v. Western Nat'l Life | USDC Western District of TX |
| 2010 | 3M v. Mohan | USDC District of Minnesota |
| 2010 | Active Network v. EA Sports | USDC Central District of CA |
| 2010 | FIJI Water Co. v. FIJI Mineral USA | USDC Central District of CA |
| 2010 | Hansen Beverage v. CytoSport | USDC Central District of CA |
| 2010 | PeoplesBank v. People's United Bank | USDC District of CT |
| 2010 | Don Henley v. Charles Devore | USDC Central District of CA |
| 2010 | Pegasus v. Allscripts | USDC Middle District of FL |
| 2010 | Jelmar, Inc. v. Zep Commercial | USDC Northern District of IL |
| 2010 | Dollar Bank v. Emigrant Bank | USDC Western District of PA |
| 2009 | LG Electronics v. Whirlpool | USDC District of DE |
| 2009 | Farberware v. Meyer Marketing | USDC Southern District of NY |
| 2009 | NEC v. Ampad | USDC Southern District of NY |
| 2009 | GAP Inc. v. G.A.P. Adventures | USDC Southern District of NY |
| 2009 | Lumber Liquidators v. Stone Mntn | USDC Eastern District of VA |
| 2009 | CytoSport v. Vital Pharmaceuticals | USDC Eastern District of CA |
| 2009 | REDC v. NHA | USDC Southern District of CA |

| Year | Case | Court |
|---|---|---|
| 2008 | 1800Contacts v. Lens.com | USDC District of UT |
| 2008 | Tokidoki v. Fortune Dynamic | USDC Central District of CA |
| 2008 | Brighton Collectibles v. Dynasty | USDC Southern District of CA |
| 2007 | Johnson & Johnson v. Perrigo | USDC Southern District of NY |
| 2007 | Johnson & Johnson v. Actavis Group | USDC Southern District of NY |
| 2007 | M.D. Skincare v. Bare Escentuals | USDC Southern District of NY |
| 2007 | Doctor's Associates v. QIP Holders | USDC District of CT |
| 2006 | S.C. Johnson v. BuzzOff Insect Shield | USDC Middle District of NC |
| 2006 | Wenger Corp. v. Stadium Chair | USDC Western District of TX |
| 2006 | Wenger Corp. v. Melhart Music | USDC Eastern District of TX |
| 2006 | Electrolux Home Care v. IMIG, Inc. | USDC Eastern District of NY |

*Presentations*

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

Consumer Surveys in Trademark and Advertising Cases (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

Use of Survey Research and Expert Testimony in Trademark Litigation, (International Trademark Association Annual Conference, May 2006)

Survey Research as Evidence in Trademark/Trade Dress Disputes (multiple presentations) (2006)

Using Surveys to Measure Secondary Meaning of Trade Dress, Legal Education Seminar, Boston, April 2006

*Publications/Papers*

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

Trademark Dilution Revision Act breathes new life into dilution surveys (In Brief PLI website, June 2009)

The Mark (Survey Newsletter; three editions 2009)

Hot Topics in Trademark Surveys (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

The Mark (Survey Newsletter, 2008)

Trademark and Advertising Survey Report (Summer 2007)

Avoiding Pitfalls in Dilution Surveys under TDRA (AIPLA Spring Conference, Boston, May 2007)

*Commentary*

Comment on Hotels.com case (on TTABLOG.COM, July 24, 2009)

Comment on Nextel v. Motorola (on TTABLOG.COM, June 19, 2009)

PLI All-Star Briefing Newsletter, "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)

Can I Get By Without a Survey, Managing Intellectual Property (May 2009)

*Professional Memberships/Affiliations*

Senior Research Fellow at McCarthy Institute of IP and Technology Law's Center for Empirical Research in trademark Law

Council of American Survey Research Organizations

International Trademark Association

Promotions Marketing Association

National Advertising Division of Council of Better Business Bureaus