# APPENDIX B

# INSTRUCTIONS/QUESTIONNAIRES

Programming note: this questionnaire contains instructions for conducting the survey online or via telephone.

**ONLINE VERSION: INTRO**

We are conducting a short survey among authors. If you have published a book then we would like to ask you a few questions. The survey will take less than 5 minutes of your time. Please select "continue" to move on to the survey.

**TELEPHONE VERSION: INTRO**

Hello. Is [INSERT] the author of [pipe in book] available?

I am calling on behalf of ORC International, a market research firm. We're conducting a study among authors and I'd like to include the opinions of [INSERT AUTHOR'S NAME] [IF ABLE TO PIPE IN THE TITLE OF ONE OF THEIR BOOKS THEN INSERT, "author of , 'INSERT TITLE'"].

**SCREENER SECTION**

**BASE: EVERYONE**
100. First we have just a few questions for classification reasons. In what state do you currently reside?
[DROP DOWN MENU OF STATES WITH "OTHER US TERRITORY" & "NONE OF THESE" OPTIONS]
**[TERMINATE IF NONE OF THESE]**

**BASE: NON-TERMINATES**
105. Are you… [IF TELEPHONE VERSION, RECORD GENDER, BUT DO NOT ASK]
1. Female
2. Male

**BASE: NON-TERMINATES**
110. For classification purposes, please tell us your age.
**[ENTER 2 DIGIT NUMBER OR "REFUSE"]**

**BASE: NON-TERMINATES**
117. Thank you for answering those classification questions.

How many books have you had published?
[INSERT DROP DOWN MENU OF: 0,1,2,3,4,5,6,7,8,9,10 or more]
**[TERMINATE IF 0]**

**BASE: NON-TERMINATES**
125. [IF Q117=1 ASK:]
What is the name of your published book?

[IF Q117=MORE THAN 1, ASK:]
What is the name of your most recently published book?

[TEXT BOX]

**BASE: ONE PUBLISHED BOOK (Q117=1)**
126.
    Is your published book currently in print?
1. Yes
2. No
3. Not sure

**BASE: ONE PUBLISHED BOOK (Q117=1)**
127.
    Is your published book currently available as an electronic book, also called an E-Book?
1. Yes
2. No
3. Not sure

**BASE: MORE THAN ONE PUBLISHED BOOK (Q117= MORE THAN ONE)**
128.
    Are any of your published books currently in print?
1. Yes
2. No
3. Not sure

**BASE: MORE THAN ONE PUBLISHED BOOK (Q117=MORE THAN ONE)**
129.
    Are any of your published books currently available as an electronic book, also called an E-Book?
1. Yes
2. No
3. Not sure

**BASE: ONE PUBLISHED BOOK (Q117=1)**
130.    We'd like to ask you a few brief questions about the copyrights to your published book. If for any question you are not sure of the answer, its okay to say so.

    Do you receive, or are you entitled to receive royalties from your published book?
1. Yes
2. No
3. Not sure

**BASE: ONE PUBLISHED BOOK (Q117=1)**
133.
    Do you personally own the copyrights to your published book?
1. Yes
2. No
3. Not sure

**BASE: MORE THAN ONE PUBLISHED BOOK (Q117=MORE THAN 1)**
135. We'd like to ask you a few brief questions about the copyrights to your published books. If for any question you are not sure of the answer, its okay to say so.

Do you receive, or are you entitled to receive royalties from any of your published books?
1. Yes
2. No
3. Not sure

**BASE: 135=1**
137. For how many of your published books do you receive or are you entitled to receive royalties?  [INSERT DROP DOWN MENU OF: 0,1,2,3,4,5,6,7,8,9,10 or more (ONLY DISPLAY OPTIONS EQUAL TO OR FEWER THAN WERE SELECTED IN Q117]  (if respondent is not sure, select that option and record a verbatim response)

**BASE: MORE THAN ONE PUBLISHED BOOK (Q117=MORE THAN 1)**

138. Do you personally own the copyrights to any of your published books?
1. Yes
2. No
3. Not sure

**BASE:  138=1**
139. How many of your published books do you own copyrights to?
[INSERT DROP DOWN MENU OF: 0,1,2,3,4,5,6,7,8,9,10 or more (ONLY DISPLAY OPTIONS EQUAL TO OR FEWER THAN WERE SELECTED IN Q117]  (if respondent is not sure, select that option and record a verbatim response)

| MAIN SURVEY |
|---|

**BASE: ALL QUALIFIED RESPONDENTS**
200.   Now we would like to ask you a few questions about something called Google Books.

**BASE: ALL QUALIFIED RESPONDENTS**
210.   Have you ever heard of Google Books?
  1. Yes
  2. No
  3. Not sure

**BASE: IF YES IN 210**
215.   How familiar are you with Google Books?
       [RANDOMIZE SCALE PRESENTATION SO THAT ½ THE TIME IT STARTS WITH 1 AND ½ THE TIME IT ENDS WITH 1]
  1. Not at all familiar
  2. Somewhat familiar
  3. Very familiar
  4. Extremely familiar

**BASE:  215=2,3, or 4**
217.   What, if anything, can you tell us about Google Books?  *(record verbatim)*


**BASE: ALL QUALIFIED RESPONDENTS**
220.

As you may or may not know, Google scans books so that their content can be searched online and results displayed in Google Books.

We'd like to ask your opinion about one particular aspect of Google Books.

For some books, short excerpts of a book – about one-eighth of a page each -- are viewable in Google Books search results.  A user who performs a search can see up to three short excerpts of the book containing the relevant search terms.  A user can also click on a link to find the book in a bookstore or library.  This scanning of books and displaying of short excerpts in search results is what we would like to ask you about.

**BASE: ALL QUALIFIED RESPONDENTS**
223.
For some other books, the full book or longer portions of a book are viewable in response to searching Google Books, with special permission from the publisher or author.  Our questions are not about the display of full books or longer portions.


**BASE: ALL QUALIFIED RESPONDENTS**
225.   Again, we would only like to ask you specifically about the display of short excerpts – about one-eighth of a page -- as search results.


Do you understand that explanation or would you like to hear it again?

  1. I understand
  2. I'd like to hear the description again → repeat 220, 223 and 225

*(If does not understand after second explanation, terminate)*

**BASE: 225=1**
235.

Now we would like to ask you your opinions regarding Google scanning copyrighted books so that they can be searched online and short excerpts displayed in search results. Again, our questions are only about the display of short excerpts – about one-eighth of a page -- as search results.

**BASE: ALL QUALIFIED RESPONDENTS**
240.    To your knowledge, are any of your books searchable in Google Books and the results available only in short excerpts? If you don't know, please say so.
1. Yes they are
2. No they are not
3. Don't know

**BASE: ALL QUALIFIED RESPONDENTS**
245.    We'd like to know the extent to which you either *(randomly rotate order of "approve of" and "object to" in question)* approve of or object to Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results.

Using the following scale, please tell us how strongly you (***keep order of "approve of" and "object to" same as above***) approve of or object to Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?
[If "approve of" comes first above, show order going from 5 to 1; if "object to" comes first above, show order going from 1 to 5]
1. Strongly object
2. Somewhat object
3. Neither approve nor object
4. Somewhat approve
5. Strongly approve


**BASE: 240=1**
260.    Which of the following best represents your opinion as to how, if at all, you have been financially impacted by Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? *(Randomize order of top 2 choices)*

1. I feel I have financially benefitted
2. I feel I have been financially harmed
3. I feel I have not been financially impacted one way or the other

**BASE: 260=1**
265.  What makes you feel you have financially benefitted from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*

**BASE: 260=2**
267.  What makes you feel you have been financially harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*

**BASE: 240=1**
270.    Which of the following best represents your opinion as to how, if at all, the demand for your book has been impacted by Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? *(Randomize order of top 2 choices)*

1. I feel the demand for my book has improved
2. I feel the demand for my book has been harmed
3. I feel the demand for my book has not been impacted one way or the other

**BASE: 270=1**
275.    What makes you feel the demand for your book has improved from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*

**BASE: 270=2**
277.    What makes you feel the demand for your book has been harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*

**BASE: 240=2,3**
280.    Which of the following best represents your opinion as to how, if at all, you would be financially impacted by Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? *(Randomize order of top 2 choices)*

1. I feel I would financially benefit
2. I feel I would be financially harmed
3. I feel I would not be financially impacted one way or the other

**BASE: 280=1**
285.  What makes you feel you would financially benefit from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? *(record verbatim/text box)*

**BASE: 280=2**
287.  What makes you feel you would be financially harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*

**BASE: 240=2,3**
290.    Which of the following best represents your opinion as to how, if at all, the demand for your book would be impacted by Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? *(Randomize order of top 2 choices)*

1. I feel the demand for my book would improve
2. I feel the demand for my book would be harmed
3. I feel the demand for my book would not be impacted one way or the other

**BASE: 290=1**
295.	What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*


**BASE: 290=2**
297.	What makes you feel the demand for your book would be harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results?  *(record verbatim/text box)*


**BASE: ALL QUALIFIED**
310.	To your knowledge, was a copyright registration filed within 3 months of the publication of any of your books?  If you are not sure, its okay to say so.

1. Yes
2. No
3. Not sure

**BASE:  310=3**
320. Do you believe you would know how to find out whether or not a copyright registration was filed within 3 months of the publication of any of your books?
1. Yes
2. No
3. Not sure


**POST SCREENING SECTION**


**BASE: ANY NON-TERMINATES**
400.	Do you or does anyone else in your household work for any of the following?
[RANDOMIZE ORDER]
1.	Google
2.	US Government
3.	Any Local, State or Federal Courts
4.	Neither of these [ANCHOR; EXCLUSIVE]