

# APPENDIX C

## MATERIALS REVIEWED/FEES CHARGED

In the course of designing this survey, I reviewed the following materials: (1) 4th Amended Class Action Complaint; (2) Gale Contemporary Authors data; (3) Google Books Library Project Common Questions web page[11]; (4) Google Books homepage[12]; (5) About Google Books page[13]; (5) Google Books webpage describing various views[14]; (6) Results of various Google Books searches; (7) Proposed Google Books Settlement Agreement (denied by Court)[15].  The fee for conducting the survey and preparing this report was $100,000.  Any additional time spent in connection with this matter will be billed at my ordinary rate of $500/hr.

---

[11] http://books.google.com/googlebooks/common.html
[12] http://books.google.com/bkshp?hl=en&tab=wp
[13] http://books.google.com/intl/en/googlebooks/about.html
[14] http://books.google.com/intl/en/googlebooks/screenshots.html
[15] http://www.googlebooksettlement.com/notice.html