# APPENDIX E

# CROSS-TAB ANALYSIS OF DATA

| Crosstables by Number of Published Books |
|---|

**Q245 How Strongly You Approve or Object by the Number of Published Books**

| **Q245 – How Strongly You Approve or Object** | Number of Published Books | | |
|---|---|---|---|
| | 1 | More than 1 | Total |
| Strongly object | 6 | 71 | 77 |
| | 7.1% | 8.9% | 8.8% |
| Somewhat object | 4 | 45 | 49 |
| | 4.7% | 5.7% | 5.6% |
| Total object | 10 | 116 | 126 |
| | 11.7% | 14.6% | 14.3% |
| Neither object nor approve | 27 | 218 | 245 |
| | 31.8% | 27.4% | 27.8% |
| Somewhat approve | 28 | 205 | 233 |
| | 32.9% | 25.8% | 26.5% |
| Strongly approve | 20 | 256 | 276 |
| | 23.5% | 32.2% | 31.4% |
| Total approve | 48 | 461 | 509 |
| | 56.5% | 58.0% | 57.8% |
| Total | 85 | 795 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q260/Q280 Financial Impact by the Number of Published Books**

| **Q260/Q280 – Financial Impact** | Number of Published Books | | |
|---|---|---|---|
| | 1 | More than 1 | Total |
| financially benefit | 15 | 148 | 163 |
| | 17.6% | 18.6% | 18.5% |
| financially harmed | 5 | 63 | 68 |
| | 5.9% | 7.9% | 7.7% |
| not be financially impacted one way or the other | 65 | 584 | 649 |
| | 76.5% | 73.5% | 73.8% |
| Total | 85 | 795 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q270/Q290 Impact of Demand on Books by the Number of Published Books**

| Q270/Q290 – Impact of Demand on Books | Number of Published Books | | Total |
|---|---|---|---|
| | 1 | More than 1 | |
| demand improve | 40 | 356 | 396 |
| | 47.1% | 44.8% | 45.0% |
| demand harmed | 1 | 37 | 38 |
| | 1.2% | 4.7% | 4.3% |
| demand not impacted one way or the other | 44 | 402 | 446 |
| | 51.8% | 50.6% | 50.7% |
| Total | 85 | 795 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Crosstables by Whether Or Not Books Are in Print**

**Q245 How Strongly You Approve or Object by Whether Or Not Books Are In Print**

| Q245 – How Strongly You Approve or Object | Are Books in Print | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| Strongly object | 60 | 17 | 77 |
| | 9.0% | 7.9% | 8.8% |
| Somewhat object | 41 | 8 | 49 |
| | 6.2% | 3.7% | 5.6% |
| Total object | 101 | 25 | 126 |
| | 15.2% | 11.6% | 14.3% |
| Neither object nor approve | 186 | 59 | 245 |
| | 28.0% | 27.3% | 27.8% |
| Somewhat approve | 172 | 61 | 233 |
| | 25.9% | 28.2% | 26.5% |
| Strongly approve | 205 | 71 | 276 |
| | 30.9% | 32.9% | 31.4% |
| Total approve | 377 | 132 | 509 |
| | 56.8% | 61.1% | 57.8% |
| Total | 664 | 216 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q260/Q280 Financial Impact by Whether Or Not Books Are In Print**

| Q260/Q280 – Financial Impact | Are Books in Print | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| financially benefit | 141 | 22 | 163 |
| | 21.2% | 10.2% | 18.5% |
| financially harmed | 62 | 6 | 68 |
| | 9.3% | 2.8% | 7.7% |
| not be financially impacted one way or the other | 461 | 188 | 649 |
| | 69.4% | 87.0% | 73.8% |
| Total | 664 | 216 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q270/Q290 Impact of Demand on Books by Whether Or Not Books Are In Print**

| Q270/Q290 – Impact of Demand on Books | Are Books in Print | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| demand improve | 311 | 85 | 396 |
| | 46.8% | 39.4% | 45.0% |
| demand harmed | 36 | 2 | 38 |
| | 5.4% | .9% | 4.3% |
| demand not impacted one way or the other | 317 | 129 | 446 |
| | 47.7% | 59.7% | 50.7% |
| Total | 664 | 216 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Crosstables by Whether Or Not Royalties Are Received**

**Q245 How Strongly You Approve or Object by Whether Or Not Royalties Are Received**

| Q245 – How Strongly You Approve or Object | Receiving Royalties | | Total |
| --- | --- | --- | --- |
| | Yes | No or Not sure | |
| Strongly object | 58 | 19 | 77 |
| | 8.2% | 11.0% | 8.8% |
| Somewhat object | 39 | 10 | 49 |
| | 5.5% | 5.8% | 5.6% |
| Total object | 97 | 29 | 126 |
| | 13.7% | 16.9% | 14.3% |
| Neither object nor approve | 201 | 44 | 245 |
| | 28.4% | 25.6% | 27.8% |
| Somewhat approve | 186 | 47 | 233 |
| | 26.3% | 27.3% | 26.5% |
| Strongly approve | 224 | 52 | 276 |
| | 31.6% | 30.2% | 31.4% |
| Total approve | 410 | 99 | 509 |
| | 57.9% | 57.6% | 57.8% |
| Total | 708 | 172 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q260/Q280 Financial Impact by Whether Or Not Royalties Are Received**

| Q260/Q280 – Financial Impact | Receiving Royalties | | Total |
| --- | --- | --- | --- |
| | Yes | No or Not sure | |
| financially benefit | 143 | 20 | 163 |
| | 20.2% | 11.6% | 18.5% |
| financially harmed | 57 | 11 | 68 |
| | 8.1% | 6.4% | 7.7% |
| not be financially impacted one way or the other | 508 | 141 | 649 |
| | 71.8% | 82.0% | 73.8% |
| Total | 708 | 172 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q270/Q290 Impact of Demand on Books by Whether Or Not Royalties Are Received**

| Q270/Q290 – Impact of Demand on Books | Receiving Royalties | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| demand improve | 323 | 73 | 396 |
| | 45.6% | 42.4% | 45.0% |
| demand harmed | 36 | 2 | 38 |
| | 5.1% | 1.2% | 4.3% |
| demand not impacted one way or the other | 349 | 97 | 446 |
| | 49.3% | 56.4% | 50.7% |
| Total | 708 | 172 | 880 |
| | 100.0% | 100.0% | 100.0% |

| Crosstables by Whether Or Not Copyrights Are Owned |
| --- |

**Q245 How Strongly You Approve or Object by Whether Or Not Copyrights Are Owned**

| Q245 – How Strongly You Approve or Object | Own the Copyrights | | Total |
| --- | --- | --- | --- |
| | Yes | No or Not sure | |
| Strongly object | 58 | 19 | 77 |
| | 10.5% | 5.8% | 8.8% |
| Somewhat object | 35 | 14 | 49 |
| | 6.4% | 4.2% | 5.6% |
| Total object | 93 | 33 | 126 |
| | 16.9% | 10.0% | 14.3% |
| Neither object nor approve | 147 | 98 | 245 |
| | 26.7% | 29.7% | 27.8% |
| Somewhat approve | | | |
| | 153 | 80 | 233 |
| | 27.8% | 24.2% | 26.5% |
| Strongly approve | | | |
| | 157 | 119 | 276 |
| | 28.5% | 36.1% | 31.4% |
| Total approve | 310 | 199 | 509 |
| | 56.4% | 60.3% | 57.8% |
| Total | 550 | 330 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q260/Q280 Financial Impact by Whether Or Not Copyrights Are Owned**

| Q260/Q280 – Financial Impact | Own the Copyrights | | Total |
| --- | --- | --- | --- |
| | Yes | No or Not sure | |
| financially benefit | 113 | 50 | 163 |
| | 20.5% | 15.2% | 18.5% |
| financially harmed | 52 | 16 | 68 |
| | 9.5% | 4.8% | 7.7% |
| not be financially impacted one way or the other | 385 | 264 | 649 |
| | 70.0% | 80.0% | 73.8% |
| Total | 550 | 330 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q270/Q290 Impact of Demand on Books by Whether Or Not Copyrights Are Owned**

| Q270/Q290 – Impact of Demand on Books | Own the Copyrights | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| demand improve | 246 | 150 | 396 |
| | 44.7% | 45.5% | 45.0% |
| demand harmed | 23 | 15 | 38 |
| | 4.2% | 4.5% | 4.3% |
| demand not impacted one way or the other | 281 | 165 | 446 |
| | 51.1% | 50.0% | 50.7% |
| Total | 550 | 330 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Crosstables by Whether Or Not Available in E-Book**

**Q245 How Strongly You Approve or Object by Whether Or Not Available in E-Book**

| | Available in E-BOOK | | |
|---|---|---|---|
| **Q245 – How Strongly You Approve or Object** | Yes | No or Not sure | Total |
| Strongly object | 30 | 47 | 77 |
| | 9.9% | 8.1% | 8.8% |
| Somewhat object | 22 | 27 | 49 |
| | 7.3% | 4.7% | 5.6% |
| Total object | 52 | 74 | 126 |
| | 17.2% | 12.8% | 14.3% |
| Neither object nor approve | 87 | 158 | 245 |
| | 28.7% | 27.4% | 27.8% |
| Somewhat approve | 78 | 155 | 233 |
| | 25.7% | 26.9% | 26.5% |
| Strongly approve | 86 | 190 | 276 |
| | 28.4% | 32.9% | 31.4% |
| Total approve | 164 | 345 | 509 |
| | 54.1% | 59.8% | 57.8% |
| Total | 303 | 577 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q260/Q280 Financial Impact by Whether Or Not Available in E-Book**

| | Available in E-BOOK | | |
|---|---|---|---|
| **Q260/Q280 – Financial Impact** | Yes | No or Not sure | Total |
| financially benefit | 71 | 92 | 163 |
| | 23.4% | 15.9% | 18.5% |
| financially harmed | 37 | 31 | 68 |
| | 12.2% | 5.4% | 7.7% |
| not be financially impacted one way or the other | 195 | 454 | 649 |
| | 64.4% | 78.7% | 73.8% |
| Total | 303 | 577 | 880 |
| | 100.0% | 100.0% | 100.0% |

**Q270/Q290 Impact of Demand on Books by Whether Or Not Available in E-Book**

| Q270/Q290 – Impact of Demand on Books | Available in E-BOOK | | Total |
|---|---|---|---|
| | Yes | No or Not sure | |
| demand improve | 138 | 258 | 396 |
| | 45.5% | 44.7% | 45.0% |
| demand harmed | 21 | 17 | 38 |
| | 6.9% | 2.9% | 4.3% |
| demand not impacted one way or the other | 144 | 302 | 446 |
| | 47.5% | 52.3% | 50.7% |
| Total | 303 | 577 | 880 |
| | 100.0% | 100.0% | 100.0% |