# APPENDIX F

# VERBATIM RESPONSES

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---|---|
| 23 | Nothing |
| 26 | Google Books provides online access to books that are in the public domain, and partial access to books under current copyright. Books have links to purchasing options. |
| 28 | It publishes books electronically |
| 34 | Google, under the guise of rescuing 'orphan books' wants to amass a huge library of IP to which it has no right |
| 39 | On demand as ebooks or print. |
| 40 | convenient |
| 41 | An effort to make books available in digital form |
| 51 | it is a good source of quotations, but not a good source for using text for research purposes |
| 65 | have used it in research to locate and in the case of out of copyright download books |
| 69 | I know that parts of my books are available on GoogleBooks |
| 84 | It's an attempt to categorize a large database of printed material, especially out of print books. |
| 87 | You scan existing books and make them available as e-books |
| 93 | You can read much of my work on GB without paying me a royalty. My Russian colleagues are especially pleased by this. |
| 94 | Very little. |
| 95 | I just know that Google entered the e-publishing field, but I don't know any details. |
| 99 | Made arrangements to copy several million books from academic libraries. Ran into trouble with books still under copyright. Law suit. |
| 100 | Nothing. |
| 106 | Only that they are competing with Amazon. |
| 110 | That the idea was to put every book in print on the Internet as an ebook, and that there were major copyright issues. |
| 111 | It an online book publisher |
| 113 | It is Google's entry into the electronic book field, in competition with Amazon and other providers. |
| 116 | Scans of books available to general public |
| 117 | google scanned hundreds of thousands of books and makes excerpts of them available on the internet |
| 123 | I use it a great  deal in my historical and genealogical research. |
| 124 | I believe they are attempting to make many books available on line. |
| 125 | An electronic books store and a scanning public domain books site |
| 127 | Google Books offer remarkable research opportunities because it's put so many older books online.  It's also very involved in a long lawsuit to keep it from simply helping itself to authors' copyrighted work. |
| 131 | A very little |
| 134 | Nothing |
| 137 | I believe that they scan books and make them available without paying royalties. |
| 139 | there was a copyright lawsuit against them. |
| 149 | Google's project to scan all printed books and make them available in digital form. |
| 153 | An effort to make books or portions of books available online, including complete books that are now out of copyright. Worked in cooperation with some large academic libraries. |
| 154 | Program to offer book content thru Internet |
| 157 | They are available on line and I think some are in the Kindle Store |
| 159 | Mixed feelings |
| 162 | A project to digitize previously printed books |
| 172 | they are accessible over the net |
| 174 | They put books online |
| 177 | They put certain books online--some of the books I've seen are older books with expired copyright. |
| 183 | They're trying to get all the books ever printed online.  There are copyright infringement questions here |
| 185 | Available through the Web, generally free |
| 192 | A lot of public domain books, with excerpts from a lot of copyrighted books |
| 196 | They're up and coming. |
| 197 | They are available online to read. |
| 203 | They're at attempt by Google to capitalize on the e-book market. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---|---|
| 205 | Very good |
| 206 | useful  wish I could cut and paste |
| 209 | Just that it is.... |
| 213 | They are photographic reproductions of old books, mostly from a few major research libraries (like Harvard, University of Wisconsin-Madison, etc.) |
| 215 | Google sells a lot of published books |
| 216 | Not much! |
| 218 | I work as an editor for a small press and regularly submit pdfs of our books to googlebooks |
| 221 | They are e-books put out by Google |
| 224 | Nothing |
| 231 | It allows readers to read portions or all parts of the book with an option to purchase. |
| 234 | It has digitized many books and is selling them on-line at prices negotiated with publishers.  Public domain books are offered for free. |
| 237 | As a living writer who has written many real books (printed on paper and bound in cloth),  I completely disapprove of Google's attempt to appear scholarly while it stole books from writers unable to protect themselves--luckily I have an agent! |
| 238 | Google Books has been expanding in an attempt to digitize millions of books. However, Google Books also offers access to journal and magazine articles. I personally have found Google Books extremely useful in my research. |
| 243 | Google Books is a project of Google to digitize as many print books as it possibly can and make them available online. |
| 245 | nothing |
| 246 | I use this resource for research all the time; my own books are partially available on Google Books |
| 262 | Google has started the process of digitizing the world's books. |
| 100001 | I have downloaded a few of them, I was just curious. I did download one. Dracula. It was interesting. There are some things that are interesting to have on your IPAD. I find it really quite a nice service. I love Google actually. I think with Google archives you're able to look up all sorts of things. |
| 100002 | I think they are books that authors publish and people buy them off of Google. |
| 100004 | They are useful for tracking down quotes. They are sometimes useful for tracking down information. I have no problem with them because as the website is now set up one cannot copy and paste from it and I hope it stays that way. |
| 100009 | Well they publish books electronically and they put them in hard copies. |
| 100014 | I know they publish authors books without authors consent chapters of my book are on Google. |
| 100015 | Google books is trying to have online a majority of published books on line out of copyright there's a controversy between interest of the public to read any books online and authors. |
| 100016 | I went to Google Books about I play and I was absolutely delighted to find it. It's a great service. |
| 100017 | I really don't know I just heard of it. |
| 100018 | Well it's their version of kindle.  You can get electronic versions of books and read them on Google books. |
| 100021 | You can get the books without going to the library. |
| 100026 | If you want to order books you can order books from them. |
| 100029 | It has all the books online it can without violating the copyright. |
| 100033 | They have a program in your university library programming and copying books. |
| 100039 | The assumption that they scan work in the public domain. |
| 100040 | They're often old books. They are orphans meaning the author of the books cannot be found or they're out of copyright. |
| 100041 | Is a project to put published books on the web scanning them from university and other libraries intending to make money. |
| 100042 | I don't know very much about them I just heard of it. |
| 100044 | They wish to digitize books in libraries and books out of print so they would be avail online. |
| 100045 | It provide full texts of lots or books out of copyright. |
| 100046 | Books made available online by Google. some classics are online and there is tremendous controversies about infringement of copyright. |
| 100047 | Nothing really I just heard of it. |
| 100050 | I have heard the name and know it exists. I have been in the hospital don't know much. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---------|----------------------------------------------------------------|
| 100052 | I can not say anything about Google books. |
| 100054 | They are searchable online.  It pulls up anything once you put in a particular name. |
| 100057 | A lot of them are ebooks. One of my publishers went through Google to get the book electronically. I get royalties through that from the publisher. |
| 100060 | I know no that much about it. I get information from Google but that's it. |
| 100064 | A Google book is a median on the internet whereby you can download a number of pages from a designated book. |
| 100067 | I don't know much about it really. |
| 100071 | They seem to have a wide circulation which always helps the author. |
| 100073 | I don't really know a lot about it I just heard of it. |
| 100077 | It's a project to make books available online or e-books. |
| 100080 | I've heard of it that's it. I think can use Google and get any book on it. |
| 100083 | Google has a program they gone around universities they scanned some out of or still in copyright. They make the book avail for read or purchase. |
| 100084 | You can go on it but you have to pay for it if you want a full book. |
| 100086 | I imagine that it is similar to electronic publishing by Amazon. |
| 100087 | It's an electronic version of the books. |
| 100089 | Google books is a service which provides access to books that no longer in copyright and books that are copyrighted. |
| 100091 | Google has made an effort to scan many of books so that they could be used for what ever purpose. |
| 100093 | That they're attempting to electronically catalog the vast majority of books. |
| 100097 | They are controversial because they tend to violate copyright laws. |
| 100098 | I understand that there is a problem going on between Google and the authors. |
| 100100 | That there is a big issue on what they can put on Google. |
| 100101 | The books that I have are through Google and can read them. Sometimes I use them in my research and things that are out of copyright. Occasionally they get small excerpts from the most recent books. I have used this also. |
| 100104 | Heard of them but I don't really deal them. |
| 100106 | I think that it is very useful. I also use them a lot. It an excellent way to get information. |
| 100113 | Not much. |
| 100114 | Digitalize many book. Trouble with author guide. |
| 100115 | It's a way of publishing an e book. |
| 100116 | Plan to do public domain books in Harvard library. |
| 100120 | They were having problems with copyright and wanted to do all of Harvard's books. |
| 100121 | Google trying to make books available that are out of copyright. |
| 100122 | Attempt to scan all book and make them avail online. |
| 100124 | Heard of it. |
| 100127 | I think Google wants permission to publish books. |
| 100129 | I know that they were trying to place books online to access. |
| 100130 | Electronic books. |
| 100131 | Google books is a enterprise that will take books and place them on the internet. They worked with the library of congress and be able to digitize there books to make them available for people. |
| 100132 | Copied a very large number of books. |
| 100134 | I filled out author questionnaire to so I have the rights to royalties if you sold books on Google. |
| 100135 | Can be emailed or purchased. |
| 100137 | It is a pain in the neck because it only gives you 3 pages and/it skips to another section - I think it a problem for researchers. |
| 100141 | They have been digitizing out of print books - and want to digitize a lot of more recent ones. |
| 100143 | It is a fine president as song as authors are protected. |
| 100145 | It is a means of making books online. |
| 100151 | My understanding is that Google books is like the kindle. Electronic access to books. |
| 100155 | It's a wonderful tool for books out of copyright, like books published before the civil war. |
| 100157 | Agreement to make some books available online. |
| 100158 | It captures images of books online. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---------|--------------------------------------------------------------|
| 100162 | As I understand Google is trying to download all the world's literature. |
| 100164 | I am all for those books if the author gives permission. |
| 100165 | It is basically digitized. |
| 100167 | Access electronically. |
| 100168 | They are very popular with a lot of people. |
| 100169 | Lawsuit with government. |
| 100172 | Nothing much I really do not understand what it is. |
| 100174 | Electronically available to anybody. |
| 100176 | It is a great service and I am very respectful but my books are not on Google Books. |
| 100179 | Not anything. |
| 100180 | Seen on computer. |
| 100181 | Practically nothing I just know that it exists. |
| 100184 | Not gotten anything positive. |
| 100187 | I found a lot of things that are of interest so I think it's pretty comprehensive sort of source. |
| 100188 | That's it's a project to make electronically available all published books that are not under copyright I assume. I don't know if that's correct or not. |
| 100199 | I find it a great resources for research purposes especially older books. I know people can look at my book and get snippets for research purposes but I am pretty sure my publisher asked for my permission. The exposure is worth it for me. |
| 100209 | They are a service that makes books available on their server. |
| 100210 | A electronic form of book might or might not be full text. |
| 100212 | Effort to digitize the libraries of the world and copyright rights. |
| 100215 | Is that a place where you can click on the internet to buy books. |
| 100217 | I think they're like kindle.  You can look at it in small print. |
| 100219 | Not much. |
| 100221 | Not too much. They copy old books. |
| 100226 | Heard of them. |
| 100233 | I have used it in the past to do research.  I was looking up something the other day. |
| 100242 | Not a lot.  It's not been a priority for me at this time. |
| 100244 | I have many friends who are users. |
| 100249 | Virtually nothing. |
| 100255 | I just have seen the term but don't know what it is. |
| 100259 | It's just another way of electronic publication. |
| 100262 | No comment. |
| 100270 | It's a project to digitalize every book in existence.  They're working with various universities to do it. They are using university libraries to do this. |
| 100271 | It's a great research for books on our early history. But many pages are left out of the books for one reason or another. |
| 100274 | I searched book on kindle. I downloaded a kindle .I was able to access a particular electronic book and read it. I think it was through Amazon |
| 100277 | Very little. |
| 100278 | A lot.  It's an attempt to make available everything in print. |
| 100280 | As far as I know they make available portions of books electronically; if they find something interesting they can purchase it; also make books available in the public domain. |
| 100281 | I search the books on Google. |
| 100284 | Books appear in their entirety there sometimes. |
| 100285 | Their available online. |
| 100288 | It's a way accessing a large number of books electronically online. Some you pay a fee to access and some you don't. |
| 100294 | You can search for authors and it will give you a portion; snippet view of the book with older you can obtain the entire book. |
| 100295 | They are attempting to get every book from libraries in there. |

| Case ID | Q217: What, if anything, can you tell us about Google Books? |
|---------|--------------------------------------------------------------|
| 100299 | They are available digitally and they do a good marketing job. |
| 100301 | Digitalize most of the books in the world. |
| 100304 | Following the legislation. |
| 100305 | Find books and some of there pages for research. |
| 100306 | Reissuing books in digital format. |
| 100317 | Nothing. |
| 100329 | I know Google is trying to put forth an effort to put books on the internet. |
| 100332 | I have sign up my books for royalties from Google and they would put them on the internet and every time they get a hit I get a royalty. Google would control the usage and royalties and I would get a royalty from them. |
| 100340 | I know that Google is attempting to put books online that were out of publish. |
| 100342 | It's an effort by Google to make available electronically the content of books in 6 American libraries. |
| 100355 | You scan books and make parts of them available to people. |
| 100357 | You can download my book if you want , you still have to pay for it. |
| 100358 | I have downloaded one or more books on Google. |
| 100360 | My students use them but can't tell you much beyond that. |
| 100365 | It handy because it's available to books out of print. |
| 100367 | I have gone to the site but never purchased anything. |
| 100368 | They are available as e-books and they can be downloaded some people think it's a good idea and some think it a bad idea. |
| 100369 | I know that you can look up books in short excerpts. |
| 100376 | Internet. |
| 100379 | I am aware of the controversy an used it. |
| 100380 | It has a project to digitize books and make them available and has objections from authors and have issues at the courts and they are going after books that are no longer copyrighted. If these books are digitized who has access to them is another issue. |
| 100382 | Digitize all books. |
| 100386 | Legal actions taken against Google. |
| 100388 | They are a digital version of books. |
| 100390 | They were suppose to pay me something but they didn't. They reproduce copies of books online. |
| 100391 | Download the book from Google. |
| 100393 | They are available on the internet out of copyright. |
| 100394 | I am assuming that they are internet books. |
| 100395 | Not much. |
| 100396 | They have a project for books in public domain.  Legal issues with copyrights. |
| 100400 | Ran into it looking for citation count for books. |
| 100401 | It is nice to Google book resources online and the service is convenient. |
| 100404 | I know more about Tower.com then I do about Google books.  I see Google books here and there but I don't know how it works. |
| 100411 | Well, they scan books and make them available, as I understand it, free on the internet. And, also, I think it depends if the book's in the public domain, if it is in the public domain, they make it free and if it's not, they sell it and give some of the royalty to the author. |
| 100415 | Not enough to describe it, I just know it's there. |
| 100416 | I use it myself, many more recently published books are not readily available because of the copy right law, more out circulation are. |
| 100418 | Retailer |
| 100422 | I use Google books to get access to books that are in the public domain through public libraries. |
| 100423 | Google has digitized older books. |
| 100424 | I haven't really used it and I believe that it is a search engine. |
| 100426 | Heard the name. |
| 100429 | It is a search component of the computer. |
| 100430 | I have heard the name but I don't have a computer. |
| 100431 | Interesting idea. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---|---|
| 100436 | They allow you to download books that are in the public domain. |
| 100437 | Attempting to make every book available. |
| 100440 | If you're trying to find a phrase you just put it into the Google website and sometime you luck out.  It is a research tool. |
| 100447 | Very valuable service. |
| 100451 | Not much. |
| 100452 | Read some of them a very valuable service pleased that they do this originally though they printed books that they did not have the copyrights for but I think they stopped doing this. |
| 100458 | Not interested really I write books that are art books the books I would like to see in print are government books. |
| 100460 | Tried to do research but did not get far - tried to find out if they should be paying me royalties. |
| 100462 | I guess it's sort of a kindle. |
| 100463 | Some of books are on there. |
| 100465 | Excellent source to help locate information for research and for authors. |
| 100470 | Think they can be downloaded.  Libraries even in the city are now being able to loan e-books. |
| 100477 | I've looked up books there. I think the books are available online. |
| 100482 | Not much. |
| 100483 | I have mixed feelings. I think it's good they make out of print books available.  I am afraid it may damage of publishing industry. |
| 100486 | I can tell you I've never owned one and I've never contacted Google for books, and no one's contacted for Google books either. |
| 100487 | The law suit they had that was delayed by the federal government. |
| 100489 | I often use it for research.  I'm often trying to find a quotation from the book I've just read.  But you can find just about anything. |
| 100497 | In general been resistant to changing formats, just another way to read print. |
| 100501 | They provide access to electronic books and are working with back catalog of books in public domain. |
| 100503 | Generally a positive impression, they have all the material available online which is a good thing.  There are a number of problems with it with what the authors are entitled to. |
| 100504 | It is interesting they are able to put so much out without contacting the authors or copyright holders. |
| 100505 | Initiate part of Google to put some books under Google I am little uncertain about it. |
| 100506 | I know they are trying to copy everyone's books. Someone is tying them up in lawsuits over royalties. |
| 100508 | They are hopeful and somewhat struggling and it remains to be seen what develops. |
| 100521 | They are trying to put all books in the world online. |
| 100522 | Google is trying to create a universal library on the internet. |
| 100525 | Just have heard of it, not knowledgeable. |
| 100527 | Makes the test of the book available through Google. |
| 100528 | Know that they are out of copyright books that are online and some in copyright books are available with arrangements with the publishers. |
| 100532 | It's piracy. |
| 100537 | I know that for a while Google got sued for making copies of books available so now they have to negotiate with the owners. |
| 100548 | I don't have anything much to do with the internet. |
| 100549 | Nothing. |
| 100555 | You can read some books or buy the books I think. |
| 100564 | I used the information in the database. |
| 100571 | Ambitious effort but has many complications - the controversy continues. I agree with the approach, but Google has turned more commercial. |
| 100572 | It is an online service which makes available excerpts from selected books, sometimes extensive.  It helps in research. |
| 100576 | They are trying to get as many books as possible electronically stored. |
| 100579 | Well they are available online so I don't have to pay for them or not. |
| 100580 | They are available via the internet. |
| 100583 | Dance on the edge of the copyright laws by publishing a few pages. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---------|---------------------------------------------------------------|
| 100584 | Research tool and to buy books. |
| 100589 | Electronic books, that's about it. |
| 100590 | Nice display on IPAD. |
| 100591 | You can download books online.  And it was a rare book. |
| 100595 | No specific opinion. |
| 100596 | I the only thing I can tell you is the litigation with authors gill. |
| 100597 | Make books available that are out of print or available. |
| 100600 | Most recent book it is electronically. |
| 100613 | Nothing. |
| 100624 | It's a way Google has a way of accessing books that have been basically copied. |
| 100625 | I know the words Google and books and know they're related. |
| 100629 | A project for large number of books currently out of print. |
| 100630 | Don't know |
| 100633 | That I have used them. |
| 100634 | It's available online and you can download copies of books or certain books. |
| 100636 | Keep getting information from them - I was included in the deal and now they are in trouble. |
| 100638 | Use Google scholar. |
| 100639 | It doesn't a good job for making books online. |
| 100640 | It's a site you use if you want to go online. |
| 100645 | It's hard to know what to say I haven't dealt with them my daughter has. |
| 100649 | I use it frequently checking information it is a good reference to a book. |
| 100651 | He looked up his own name and saw they mentioned his books. |
| 100655 | They must be electronic books; I have had no experience with them. |
| 100657 | I think it's a pretty good option. |
| 100664 | Since I work at a university e-book directs your to Google link. |
| 100666 | I know that the Google has tried to scan a large part of library to make it available in digital form. |
| 100667 | Read newspaper about the whole worlds library online. |
| 100675 | I'm apprehensive e about them. |
| 100676 | I know that Google is in the process of digitalizing every book that has been published. |
| 100679 | Finds it very helpful resource. |
| 100680 | They put too much of my books on there. |
| 100682 | They were trying to get the rights there was something wrong with copyrights so they had to go back to the drawing board. |
| 100686 | Not nearly enough books on it. |
| 100687 | Not interested in reading online but understand others are. |
| 100688 | It seems to be a great resource.  Discovering books that are well out of print and hard to find. |
| 100695 | Huge company who provides lots of feed for information. |
| 100697 | Apparently when doing a search people can go directly to the text of the book |
| 100698 | Doesn't know much about it. |
| 100700 | Use them, you can't download them.  Frustrating going through sections when they don't give every page. |
| 100702 | I can tell you that they exist. |
| 100704 | They promote access to books. |
| 100705 | Recently they had controversy to a writer to fill out a form to the copyrights to that book. |
| 100709 | I think they help Google more than they help the authors. |
| 100711 | Google Books is a two-edged sword.  It's good to look up books on Google books but understand that Authors are concerned about their work being. Neutral opinion. |
| 100713 | Find them useful. |
| 100714 | That's where Google is transforming everything into E-Books so they can  be online. |
| 100716 | Google books in books and they scan them into makes the book searchable. |
| 100717 | Goal to have every book published ever made on the web. |
| 100718 | They steal books. |
| 100720 | If I put a title on author into Google choices will come up as a link and you can see snippets from a book. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---------|---------------------------------------------------------------|
| 100721 | They are available for the books to be downloaded. |
| 100722 | They were trying to one make one gigantic library even though it violates copyrights. |
| 100726 | It's an electronic book service. |
| 100728 | I've searched for things on it before. |
| 100729 | They scan books and make them available online. |
| 100731 | No opinion |
| 100735 | Very useful for research purposes but how they affect the royalty structure of published authors. |
| 100743 | It's an electric version of books online. |
| 100745 | I can go online and read parts of the book. |
| 100752 | It makes books available through Google and you are able to do searches for text in those books. |
| 100755 | They are easily accessible and widely used. |
| 100756 | I have a vague memory of informing I might be able to get royalties from Google books. |
| 100764 | Well I understand they are printed on demand. |
| 100766 | Authors League is in the process of suing Google. |
| 100767 | Well I have just run into by Googling the research, so I read passages from books in passing. |
| 100768 | I have a friend that was published with one. |
| 100772 | As far as I know Google is trying to publish every book. |
| 100775 | That they have scanned the book for free you can portions of the book. |
| 100781 | I fear that they are taking over the print publishing industry. |
| 100784 | Google is a meat grinder.  A lot of Authors want their books on Google books. |
| 100790 | I guess they are trying to put on an electronic library for all books that have been published. |
| 100794 | Download and make books available some politics about that. |
| 100805 | I think that they are very convenient. |
| 100806 | Well I think that when you type in a word you can find that book. |
| 100813 | You go online and then you have to search for a title. |
| 100816 | Attempt to put online the library holdings of books. |
| 100820 | What I imagine is that it's something through which one can have access to books through Google, electronic books. |
| 100821 | I don't like to read anything of that kind on an ipad or a tube or anything.  Likes to hold paper in hand. |
| 100823 | Don't know much about them.  A lot of self published books. |
| 100824 | I use it a lot basic problem is the cost. |
| 100825 | Not much of an opinion.  Know more about kindel. |
| 100826 | I have an ipad and have Google books.  It's a competitor to the kindel l store.  I use Google books in terms of Google search as a way of tracking down books that I'm interested in. |
| 100829 | A lot of writers have problems with the copyrights.  But it is nice to have access to books no longer in copyright or print. |
| 100830 | I like the idea of Google books very much. For me it's good because it doesn't give the entire text, I know some people do but I'm not one of them. |
| 100832 | Pulled up my memoir on the site.  Only portions of books are there. |
| 100833 | Sometimes I come across them when searching on the internet.  Don't have total access to it. |
| 100835 | I see it as a fair system of displaying author's works. |
| 100839 | It's a way for people to present on the web by the authors of the books. Way for people to get their work out. |
| 100840 | I use them for research.  I feel admit only books that are beyond copyright protection. |
| 100841 | The publishing industry feels quite threatened by Google books.  Agents and publishers are concerned. |
| 100842 | Think the program is digitalism is an important one. |
| 100848 | Nothing. |
| 100850 | I have used it on the internet. |
| 100851 | They have a mission to digitize works. |
| 100853 | Trying to digitize all books. |
| 100855 | I have a Google g mail. |
| 100862 | You would be able to Google books and online and read books for free. |
| 100863 | They seem to be easy to access to and to read. |
| 100864 | Amazon.com. |

| Case ID | Q217:  What, if anything, can you tell us about Google Books? |
|---------|---------------------------------------------------------------|
| 100867 | It's just another way of accessing of books. |
| 100871 | They scanned all of the wrong books in the library. |
| 100874 | Not really. |
| 100875 | Many classic books are there for free my books are there. |
| 100877 | It's an option that makes more available to more people. |
| 100881 | They on the web you can search any book. |
| 100887 | I know that the book raze is in e-book. |
| 100888 | Trying to scan every book in existence for people to find on line. |
| 100900 | They have gutted the copyright laws; they are bullies- publishing all copyrighted material and saying if you don't like it - sue us; however they are making literature available to people globally. |
| 100909 | Ambitious program to put every published on line this has been scaled to do opposition. |
| 100910 | There is a publishing capacity, that's it. |
| 100911 | Nothing. |

| Case ID | Q265:   What makes you feel you have financially benefitted from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---|
| 39 | The press made one available and paid me a royalty. |
| 123 | It makes the searcher want to find a more convenient copy of the book in a library of by purchase. |
| 218 | I guess that somebody might order a copy of a book because they found it there. I don't have a way to test for that |
| 231 | The book gets more exposure via a Google Search. |
| 100062 | Simply that it's a reasonable way for people to search and find out where\ they can purchase a book. |
| 100146 | If your books are not sold yet if you put them on Google they will become. They sell completely. |
| 100199 | My book came out in the winter following 9/11 bad time if it didn't have anything to do with terrorism. I didn't get a lot of reviews from the higher outputs. The book was some what invisible. I think it exposes people to the book, if somebody is doing a research and run across some of my references at least they know it's there, you have a better chance of reaching that customer. If they don't get it in the library, they're not going to get it in the bookstore. It's been selling steadily and selling the e book steadily for a year. Otherwise nobody would see it would be dead. |
| 100357 | I do get a check for permission to download a chapter or whatever is download. |
| 100365 | Because I can see if my students used it for only the excerpts. |
| 100422 | Somebody might look at an excerpt and decide to buy the book, its free advertising. |
| 100463 | Increases exposure. |
| 100578 | Are making money. |
| 100654 | I think it would invite more sales. |
| 100760 | Because The excerpts leads to the books so they buy it. |
| 100824 | Information gets out much easier than paper copies. |
| 100835 | Simply a matter of exposure. |

| Case ID | Q285:  What makes you feel you would financially benefit from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| 58 | People might buy the book if they like the excerpt.  Royalties are good. |
| 64 | Sampling small excerpts might lead to purchases |
| 66 | People would understand better the excellence of my work and specifically what its content is about |
| 90 | If readers learn something about the content of the book they are more likely to purchase it especially if they purchase books online. |
| 92 | Any exposure can contribute to a 'buzz.' |
| 95 | One of my books is back in print at my expense, with plans to make it available through my own website.  Where PR is concerned, having excerpts searchable online can only help. |
| 101 | When backlist print books are e-published, authors are exposed to potential new readers. Discoverability is primary, and short samples conveniently available can help readers decide if my books are the sort they might like. I'd prefer to select the short sample, or have the ability to decline what Google selects if I don't consider it an adequate representation of what I write. |
| 102 | Should whet reader appetite. |
| 103 | An excerpt might induce someone to read the whole book, maybe buy it! |
| 106 | Maybe someone would chose to purchase my book after reading a brief passage. |
| 108 | More people would be interested in buying the books. |
| 125 | If people like what they see, they will buy the book |
| 141 | people will have a chance to sample the books |
| 153 | A person seeing an excerpt and perhaps even learning for the first time that my book exists and is relevant to his interest, might want to buy a copy. |
| 157 | It would make it possible for more people to become aware of my books, and might prompt them to buy the books. It's a matter of exposure. |
| 168 | Because is finally a business |
| 170 | Chance to bring them back in print. |
| 173 | the brilliant prose would attract new readers |
| 177 | I would think it would expose my books to more people. |
| 179 | Greater exposure of my book |
| 181 | Readers get sense of style and content |
| 188 | I offer online drawing classes and some people may view excerpts and find my website and be interested in classes. |
| 195 | People doing research in my field would be more likely to buy my books.  Their taste of the content could stimulate sales. |
| 196 | People can discover more easily if they want to read the book in its entirety. |
| 209 | Obvious |
| 211 | If the reader got interested in the short quote, they might want to buy the whole book. |
| 233 | There'd be a good amount of publicity |
| 260 | More possible buyers have access to the material. |
| 264 | As long as the scanned material is only a very brief excerpt it would likely raise the curiosity of potential readers, thus leading to increased sales and/or library use. |
| 100002 | People would know about them better and see how well they are written. |
| 100013 | Simply I believe it would benefit me financially since the book store I own would not stock professional (scholarly) books. |
| 100021 | More people would find out about the book it's almost like an advertisement. |
| 100024 | I might be able to get my book reissued or reprinted. |
| 100030 | Because I would be better known. |
| 100056 | I feel that I would benefit that I can get a pr out of a publisher. I also would get more exposure then the publisher can give. More people can hear about the books. |
| 100059 | More exposure to my books. |
| 100063 | They might be bought. |
| 100067 | More people would come to be aware of it and more would be sold. |
| 100073 | It would lead to selling the books and benefit me. |
| 100074 | The book is getting publicity and more people would know about it from the category of people who know about |

| Case ID | Q285:  What makes you feel you would financially benefit from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| | they would buy it. |
| 100082 | It would maybe titillate someone in finding a copy of the book. |
| 100089 | Then people might be inclined to buy the book. |
| 100093 | I would have more people having access or being exposed to my book. |
| 100109 | Because some people who get a glimpse might decide to buy it. |
| 100113 | Somebody might read or buy. |
| 100115 | Entice someone to read more. |
| 100116 | More people would see it. |
| 100120 | If it is credited I would benefit. |
| 100121 | Making the book more available. |
| 100128 | More books would sell. |
| 100166 | It would advertise the book. |
| 100172 | They might interest someone in wanting to read the entire book. |
| 100179 | If it receives publicity. |
| 100184 | They might buy the book. |
| 100185 | Additional books might be sold. |
| 100195 | I think that if they did I'd like to think they'd like to purchase them. |
| 100215 | I assume that it would. |
| 100217 | I would think it would make people buy more of my books. |
| 100239 | Because I feel people might buy my book. |
| 100242 | More exposure. |
| 100243 | My very first book is online and people can read about it extra exposure. |
| 100255 | The more they're quoted the more they may buy from me. |
| 100264 | You would have your work read. |
| 100268 | It would help sales. |
| 100270 | Well for one thing it would result in selling more books, but more importantly by getting my name better known.  I would make more money from ledger fees.  My money I get from royalties is not as much as I get from ledger fees. |
| 100279 | I don't see how it would hurt me in any way. The benefit would be people reading the book. |
| 100283 | It might induce people to go out and buy the book. |
| 100284 | My books are really good and the more people who could look at them would want to buy them. |
| 100296 | Widens the market. |
| 100299 | I think that my material would be so intrigued that the person that read them would be moved to purchased. |
| 100305 | People get familiar and might buy it. |
| 100332 | The amount of money that will be involved would be small. They will pay us more money for the articles. |
| 100335 | Somebody might come across it and may want to buy it. I don't see a it losing. |
| 100346 | It would be out for the public, it would be getting it out in front of the people. |
| 100385 | It would stimulate someone to buy the book if they found it worthwhile. |
| 100390 | Someone who read my book online might be tempted to purchase the whole book. |
| 100397 | More potential readers. |
| 100407 | More publicity. |
| 100412 | Because my books do not have a wide circulation, but maybe I'd get a few royalties, but not much. |
| 100424 | It is a scholarly book and someone would get a since to see if they would want to purchase that book. |
| 100426 | Bring more attention to books. |
| 100432 | It might encourage someone to buy my book. |
| 100437 | If someone reads an excerpt, they night purchase. |
| 100438 | Give readers some idea and attract them. |
| 100440 | People could browse the books and a small percentage of them may purchase the books.  They're academic type books. |
| 100448 | Thousands of people read and want to buy. |
| 100460 | I would benefits if Google would pay financial royalties for what it is digitizing. |
| 100464 | Quotations from book would think it interesting and buy my book. |
| 100476 | The more people are aware of what I do the more people buy my books. |
| 100477 | I might benefit because more students or professionals would see my work when doing research and then they |

| Case ID | Q285:  What makes you feel you would financially benefit from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|-------------------------------------------------------------------------------------------------------------------|
| | realize they need to read my work. |
| 100480 | The more people see samples the more interested they might be in buying it. |
| 100488 | I hope it would sell my books. |
| 100495 | Might encourage people to purchasing the book. |
| 100501 | I believe as more people have access to the content of books they would be more inclined to purchase them. |
| 100504 | Somebody might be attracted by the excerpt and buy the book. |
| 100508 | The exposure that I would get might increase sales. |
| 100512 | Because they would be a huge selling of my books. |
| 100555 | If they can see the short excerpts they might want to buy the full one. |
| 100572 | mathematicians typically use these types of services and then they would find and probably buy my book. |
| 100579 | IT Brings the book to the attention to a wider audience. |
| 100580 | People would have a chance to see the book to be better exposed to the book. |
| 100588 | I have a website where they can do this. |
| 100594 | Exposure. |
| 100596 | There displayed online then they would purchase the book. |
| 100597 | I am the author and I feel it would help sales. |
| 100605 | Because it seems like a free way to advertise your books and build demand. |
| 100624 | A link to a possible sale. |
| 100628 | I would look at it as a plus.  Someone views it on line and might look for it and buy the book. |
| 100629 | It gets the word out. |
| 100635 | Hopefully it would make people want to purchase entire book. |
| 100649 | Imagine that some audience becomes familiar with text and decides to purchase it. |
| 100652 | If people read excerpts and like what they see as new or important information they would be likely to buy book. |
| 100683 | The Quality of the book itself. |
| 100685 | Well I think that it would draw attention to my book. |
| 100706 | It's possible that some folks who are web surfing might look at an excerpt and decide to get a book. |
| 100721 | Because A lot of people do Google, it's a way to get my work out more. |
| 100722 | Free publicity. |
| 100734 | The publisher has never done a good job merchandising the book. |
| 100735 | It would bring the book more exposure and then readers would want to buy the book. |
| 100749 | People would find the book and would buy it. |
| 100750 | Well a lot of the things are financially motivated. |
| 100757 | Free advertising. |
| 100758 | It would make people buy the book. |
| 100761 | It would be like a form of advertising so I would get around. |
| 100764 | Google were to reprint my book the royalties would come directly to me. |
| 100767 | It would increase sales. |
| 100773 | They are award winning books and people might want to buy the book. |
| 100779 | Feel that more people would discover the books. |
| 100783 | More people would be able to read excerpts and get interested in them. |
| 100801 | Someone might see it and it would catch on. |
| 100805 | Because it promotes sales on the book. |
| 100813 | I might get more books sold that way. |
| 100815 | Someone might want to buy it. |
| 100818 | Somebody can buy the book. |
| 100827 | It would make it more available to general public otherwise who wouldn't know the existence of the books. |
| 100839 | Basically becoming well known is a way that an author benefits.  Better known an author is the more benefits will come to him in terms of making money.  It may not be that book but the next one.  Every writer wants to get their work out to be read, if people have the opportunity to read it they will go out and buy it.  Word of mouth exceeds every other way of becoming known.  The internet is the ideal way of doing that. |
| 100841 | The theory that exposure and publicity is a good thing. |
| 100847 | People might buy them. |
| 100855 | If interested some one would be pursue buying the book. |

| Case ID | Q285:   What makes you feel you would financially benefit from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 100857 | I'm a long time journalist and an expert in television. |
| 100860 | Just if people still discover it and get excited about it they could get the book from Amazon. |
| 100883 | Form of advertising and might encouraged the readers to buy the full volume. |
| 100890 | Because I sell them myself so Google scanning would help. |
| 100906 | The small benefit and possibly some small loss, if there's some deal, I'm not probably going to be making serious bucks. |
| 100908 | Whatever they do to help is okay; might enhance their income; hard for publishers to keep everything in print so it helps. |
| 100910 | Because it's free advertisement. |
| 100912 | Due to a greater exposure to my book. |

| Case ID | Q267:   What makes you feel you have been financially harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---|
| 93 | If you purchase, say, Russia's First Civil War I earn about $3. If you read it via GB I earn nothing. |
| 100014 | Because Google without the permission of the author or publisher puts small portions of the book get enough information of the book the person would get information free so he won't have to buy the book. |
| 100015 | People read it online instead of buying the book , when I looked at my book neither man nor beast I found 30 to 40 pages available interrupted by ten pages and then 40 more pages fully scanned, there were more pages there then absent. |
| 100386 | Slightly harmed because people can see for free. |
| 100680 | My book is available online so why would anybody it? |
| 100724 | I have genre book, very specific books and if too much is used obviously that really damages the books because people feel they have no need for it anymore. |
| 100766 | It was done without my permission and doesn't know exactly what is happening. |
| 100894 | No one has the right to scan anything and benefit from it w/o authors opinion. |

| Case ID | Q287:  What makes you feel you would be financially harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| 13 | I'm quite sure Google would be charging me, or my publisher, a fee |
| 28 | if you publish my book and charge nothing for its use then I will lose money on royalties |
| 111 | What is to keep Google from eventually posting the entire content of the book online? Google is known for unethical behavior. |
| 116 | Readers less inclined to purchase book |
| 122 | people can also xerox in violation of copyright once they see a fraction |
| 130 | This type of question does |
| 143 | Excerpts from my books can be read on my website, why would I want them read elsewhere? |
| 172 | I think it would impact royalties |
| 201 | Copied for performance |
| 203 | On principle, I think authors should be compensated for reprints, however they occur. |
| 221 | I feel Google is benefiting but I am not. |
| 238 | If a person can find what he/she is looking for in my book by using Google Books, then that person has less reason to purchase it. |
| 245 | short excerpts ok only |
| 262 | I would prefer that researchers purchase the book or check it out of the library. |
| 267 | I do not have to answer |
| 269 | people may get enough information and not want to buy the book |
| 100019 | I know that if that you spend the time and I'm not quite sure about it, I think though you can put the wrong book together even with short excerpts and that can be very harmful to the copyrighted author. |
| 100025 | I don' know the extent they would be showing my books. |
| 100072 | I feel that I would need a royalty to start with. |
| 100096 | You have to find someone interested in the book to begin with and then Google books reaps the benefit. |
| 100099 | Google would make the money and I wouldn't. I don't think Google would do that. It is a profit making company. |
| 100124 | I think that their using my works and should be compensated. |
| 100135 | People can get text and may not buy it. |
| 100164 | If scanning cuts into the sale of the whole book then I would not support it. |
| 100207 | I have no idea who is using it. |
| 100208 | Lose control over it. |
| 100256 | I Don't Know. |
| 100259 | Well quite a few of my books are text books and I think the sale of text books is a good part of my income,  I think I would be hurt by that. |
| 100291 | This is a substitute for library purchases. |
| 100306 | Intellectual property stolen from me. |
| 100317 | If the people can get the information on line they will be even buying fewer books. |
| 100323 | I have a number of books I could make available as e-books but they are not publishing e-books what would my profit in that. |
| 100341 | Someone who was looking for something specific would use that and not buy the book or look in the library for it. |
| 100349 | Careless people  would be careless and segmentary useless they wouldn't get the author's particular idea. |
| 100353 | I believe it could lead to the republishment and it can steal my copyright. It can steal my copyrights and money that I am entitled. I would need more information about what they were doing and exactly. |
| 100354 | They would be only short excerpts and no definitions of what it will be doing. Don't like that Google books will take my work. |
| 100368 | I think it's surveying Google more than it's serving the publisher or writer. |
| 100376 | Don't think publishing snippets are a good idea. |
| 100378 | Because publishers were constantly excerpting and paying me fees and that not happening any more. |
| 100410 | Not sure who has the copywriter - but I do not get any royalties and I was paid a one time fee. |
| 100413 | Some publicity's better than none at all. |
| 100446 | Because these current books of mine they are designed for people to use them out in the woods and not the |

| Case ID | Q287:   What makes you feel you would be financially harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | computer. |
| 100459  | People would see it free rather than buy it. |
| 100529  | Under contract for revised addition. |
| 100590  | Because I write poems and they are short. |
| 100607  | Because some people would plagiarize. |
| 100676  | I prefer control. |
| 100679  | Fewer people would purchase the book. |
| 100700  | Someone might download it and not recommend to class and students wouldn't purchase it. |
| 100703  | Well one book is poetry, but if they can search it, they can view the whole book without paying for it. |
| 100714  | If people are trying to look up information if they can get it from Google books then they don't need books. |
| 100718  | Because people would be available to the book without them buying them. |
| 100727  | Because it would give a wider reading audience. |
| 100775  | Because I feel that people might only look at a little book so they wouldn't purchase it |
| 100781  | I mistrust corporate motives. |
| 100782  | Garage full of books that I could sell instead. |
| 100784  | Because anybody can take the books.  A lot of my books have pirated already. |
| 100812  | Don't know enough about it. |
| 100866  | Fewer royalties.  More people would be going online. |
| 100900  | People would no longer buy my books; they would pay Google and not me. |

| Case ID | Q275: What makes you feel the demand for your book has improved from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 40 | exposure that otherwise might not have happened |
| 65 | makes readers aware of books they would not know about otherwise |
| 69 | I know people who have looked at my books on GoogleBooks |
| 123 | see the previous answer |
| 218 | I am just projecting what I would like to be the case. |
| 231 | more exposure. |
| 100057 | By just checking one or two sources like amzon.com. When a book is scanned by Google it gives them a title and excerpt. Most people would search on Barnes and Amazon for the book and find as a result of that at least one title has increased in sales a fair amount. |
| 100062 | I don't really know. |
| 100105 | I feel that more people would hear about it that way. |
| 100146 | I think that anyone use Google to find books easier. It's marvelous. |
| 100157 | Hard to know but sales have increased since they have been doing that. |
| 100199 | I think there are a lot of customers out there, I have no proof, I think there are people out there that need to see something before they buy it. It disappeared from Barnes & Noble because it didn't move. How is anyone going to buy the book if they don't see it. A lot more people are using Google and it's a virtual pick it up scan it look at it. It's got to help, it can't hurt. |
| 100206 | Gut feeling no data to back that up. |
| 100260 | I've seen reference to where the reader seemed to have been using Google. |
| 100281 | People would be interested in what the excerpt said and might buy the book. |
| 100357 | The book is out of print so you can get it from google. |
| 100422 | Because it's another way to let people know the book is there, most academic books don't get a lot of advertising. |
| 100463 | Increase exposure and maximize the number of potential buyers. |
| 100560 | I feel that once you write something you are glad to have it out there. |
| 100584 | Nitty gritty - see it on Google can get the picture - more likely to buy it. |
| 100602 | It stimulates interest on the reader's part. They want to read more I hope. |
| 100630 | People are able to see the relevance of the book. |
| 100654 | Meets people all over the world that are aware of books through the internet. |
| 100695 | Because more people would read about it. |
| 100704 | Nobody knows the book exists and they become more available. |
| 100705 | Because I was advertising a writing workshop , I was founded by Google They will end up in my book some how. |
| 100720 | The fact that it's out there and potential readers could read portions and become interested in purchasing the book. |
| 100724 | It's exposure of the book and Google does give exposure.  But not too much exposure, that can ruin the book. |
| 100760 | Because The excerpts leads to the books so they buy it. |
| 100824 | Because of the use Google by most people. |
| 100826 | Makes it more visible to people. |
| 100835 | Exposure. |
| 100852 | makes the content available. |
| 100867 | People have a very narrow definition of copyright. The more buzz there isre is the better. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|-----|
| 21 | More people would know about it. |
| 36 | More people would get to know about them! |
| 42 | Greater accessibility to scholars and potential purchasers of the book. |
| 64 | Same answer as before |
| 66 | As I said, people would understand better their content and excellence |
| 67 | The present publicity of my books seems  to be minimal. Might be from lax Marketing by the publisher or some irregularity in the publishing house. |
| 71 | Publicity for book |
| 74 | More exposure |
| 84 | It would have the potential to reach people who otherwise wouldn't know the books exist. |
| 85 | because my books are scholarship and readers might see that they are also accessible. |
| 90 | Seeing the table of contents might persuade them to purchase the book. |
| 92 | Few people ever heard of me and my 28 published books. |
| 95 | Any visibility would help with sales. |
| 100 | More potential readers might develop interest in the complete book. |
| 101 | Discoverability. If readers can quickly sample a book that caught their attention, the right readers for my books are more likely to give them a try. |
| 102 | I don't have other advertisement means. |
| 103 | If it is a good excerpt it might induce someone to buy the book |
| 106 | They are available. Right now they're not available. |
| 108 | Short excerpts of poetry can show a lot about the quality of the poetry if well chosen. |
| 114 | people like to know what they are getting |
| 120 | Search mechanisms would bring books to attention of more people--at least possibly |
| 125 | I think when people read it they would want to read the whole book |
| 141 | d |
| 153 | See previous comment. |
| 157 | People who are looking for specific information, and who are directed to a sample of my work, might be prompted to but the entire book |
| 159 | More people would know about it |
| 162 | Academic books are frequently not well known or marketed beyond a narrow university community. Something like google books will give such works wider visibility. |
| 168 | because finally it is business |
| 170 | Awareness |
| 173 | people would want to read the whole book & therefore would buy it |
| 177 | I would assume it would be more available to more people, increasing the possibility of selling books. |
| 179 | Greater exposure of my work |
| 180 | Would broaden knowledge of the book |
| 181 | Readers would experience style and content. |
| 185 | A person able to see specific excerpts would be able to recognize a need to obtain the whole book, which they otherwise might not know |
| 188 | Well the Google name is well known and respected. It could only help people explore my book. |
| 191 | Readers could see if the book material is appropriate for them.  All my books are non-fiction. |
| 195 | This provides additional exposure for these books.  Seems obvious. |
| 196 | Gets the word out. |
| 200 | would make readers more familiar with the work |
| 211 | My books are either text books or edited works.  They are not novels, such that reading the last page gives the story away. |
| 213 | My books are non-fiction; finding passages that are useful might make readers want to read more of them. |
| 234 | I hope that it would pique the interest of potential readers. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| 235 | exposure |
| 257 | Readers would get a sample of the writing,etc |
| 260 | Again, sheer numbers of people seeing the material for first time. |
| 262 | More readers would be aware of the book. |
| 264 | As already noted, such a brief excerpt would raise the curiosity of potential readers/buyers of my book. |
| 100002 | Just more awareness of the book. |
| 100008 | My publishers Macmillan and Cleo and the others never really advertised or pushed my books because they were scholarly books and if they can be goggled it could help. |
| 100009 | I would be better financial. |
| 100017 | It might get more library use. |
| 100018 | It would give people a chance to sample my books and decide if they like to buy them and if so and provide them with a link to purchase them.  This would be a service to the authors, publishers and retailers. |
| 100020 | Any advertisement is better than no advertisement. |
| 100021 | People would find out about the book that they don't even know it existed. |
| 100022 | You would be able to get more exposure of your work. |
| 100024 | Well there has been a demand of the civil rights era little was done so there would be a demand to see the photographs. |
| 100025 | Because it would interest people in the book. |
| 100027 | People in a new younger generation might be interested in the book. |
| 100030 | Because it would increase the sales. |
| 100031 | More availability. |
| 100032 | Because there would be a wider audience people would see the book. |
| 100033 | Hopefully the person doing it would find that they would want to get more info. |
| 100037 | Simply familiarity people would see it more and a wider audience it would be more worthwhile instead of just the title of the book. |
| 100040 | Well because people would be more likely know about the books and if they would be more useful to them. |
| 100041 | If you can look at part of a page you can see if it is relevant to what you are looking for. |
| 100044 | A sampling of the book would provoke a reader to what to have more. |
| 100051 | Because could it could not possibly get any worse than it is now. |
| 100053 | I think probably people would want to see more of it once they saw the excerpt. |
| 100055 | Well more information would be seen it would make it easier to find. |
| 100056 | It would improve because there would be more exposure to the book. |
| 100058 | It would give the titles of the books more visibility. |
| 100059 | Again more exposure to my books. |
| 100063 | They would learn about the book and they would learn where they can get the book. |
| 100065 | It would make more people aware of the book. |
| 100066 | More people would be able to see it and might buy it. |
| 100067 | Basic awareness people search online  so they would see it they don't have to go to the campus book store they could look online. |
| 100068 | More people would become aware of my book. |
| 100071 | They would be more available. |
| 100072 | It would be easier to access. Also you can find the book easier. |
| 100073 | It would show how other portions of the book would be a benefit to you. |
| 100074 | More people becoming aware of the book and logically more people would purchase the book. |
| 100077 | Because it would be more widely known. |
| 100082 | It would get somebody's attentions and I would think they would want to get the original book. |
| 100086 | So that a wider generation could be exposed to my work. |
| 100089 | I know the University of Chicago has put all the publications of the Oriental institute online it has increased sales. |
| 100091 | There would be more than just a title to find. It would also give more interest to the reader and give more for people with questions. |
| 100093 | More people would see it. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 100094 | I feel that it would be more widely circulated and can get more interest in the book. Make the book more aware. |
| 100097 | People would have more access and interest in the book by seeing portions of it. |
| 100098 | I think it would bring the titles back into light. It would give it exposure which would be beneficial. |
| 100099 | A wider audience but it wouldn't help me because I wouldn't get any money from Google. |
| 100101 | More people would know more about my book. |
| 100104 | I think anything that gets a book out to the public would improve sales. |
| 100109 | Because I've had people learn about its existence to have it known. |
| 100113 | Don't know |
| 100116 | More access. |
| 100119 | It would be an introduction to the book. |
| 100120 | If it is credited it would gibe exposure. |
| 100121 | Makes the book more easily available. |
| 100127 | If people see it and realized it still exists they might want to buy a copy. |
| 100128 | More access. |
| 100131 | It will increase the exposure to the public. |
| 100132 | People have opportunity to see some of it. |
| 100137 | I think that scholar's researchers would find it helpful some were published long ago or out of print. |
| 100139 | Some of them would be out of date. |
| 100140 | Well I think it would increase access to others. |
| 100142 | There might be someone who will find on Google books and may want to buy it. |
| 100155 | Because it's my book as many nonfiction books are is sort of a limited audience. So people that might not otherwise know of its existence may learn about my book. |
| 100165 | Be more readily available. |
| 100166 | It would entice readers. |
| 100172 | Exposure of my book. |
| 100173 | Somebody might want to read the book. |
| 100174 | It would allow a sampling to whet their appetite. |
| 100176 | People would then see that the book was useful and I would be happy to have people view my books. |
| 100179 | It would be good for publicity. |
| 100181 | The occurrence of the students getting a view of my books. |
| 100182 | The book was republished two years ago. Might come to more interest. |
| 100184 | The reader might find it interesting enough to buy it. |
| 100185 | Potential buyers would know more about them and the more they know about them the more they will want my books. |
| 100187 | I've been told by people who've heard of my books and it's helped them decide to buy my books. |
| 100188 | I'm an academic researcher and I believe in the free exchange of free information and ideas so the more people to read it the better. I don't write to make money basically. |
| 100190 | It would get my books out to more people. |
| 100195 | I like to believe they can become more familiar with the contents of the book and be attractive to them. |
| 100196 | It would be good marketing and advertising. |
| 100201 | The book is out of print and it might cause the publisher to reconsider at least a new printing. |
| 100212 | A glimpse of it might peak interest. |
| 100215 | If they are selling books for me someone might buy. |
| 100217 | The people would be more familiar with the book. |
| 100223 | The excerpts serve as bait to increase curiosity on the part of the reader. |
| 100225 | A little more notice. |
| 100228 | Well they might order it if they're aware. |
| 100229 | More people would have access to what I have written. |
| 100230 | 35 years out of print reasonably respected book might help. |
| 100232 | It would be more visible. |
| 100234 | It's obvious it the wave of the future. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|------------------------------------------------------------------------------------------------|
| 100237 | Make people more aware. |
| 100239 | Because people would know about it. |
| 100240 | Greater exposure. |
| 100242 | I cannot think of any downsides.  I don't see how it would do them any harm. |
| 100243 | If people knew about it and Googled it they'd like my books. |
| 100246 | Obviously easier for people to get them. |
| 100251 | The book is a special academic book and this would bring it to wider audience. |
| 100255 | The more often my books are quoted the more people would know they exits and be apt to buy them. |
| 100256 | Somebody may be interested .it is waiting for someone if it is there to be used. |
| 100262 | Because it is a different method for people to be aware of my books. |
| 100268 | It would help sales. |
| 100270 | My books are so good that if people see little excerpt from them they will want to buy them. |
| 100274 | A good number of them are not in print and if they were scanned by Google they would be accessible. |
| 100275 | More people would know about the existence of the book. |
| 100276 | Make it more accessible. |
| 100279 | It is a scholarly book. people interested in those areas would be informed. |
| 100283 | If people could read my brilliant prose they could go out and purchase it today. |
| 100284 | More people would be aware of what's in the book. |
| 100285 | People would become aware of the content. |
| 100288 | It would be more accessible online. |
| 100294 | It might make them more visible. |
| 100296 | Lots of internet people connecting with book. |
| 100299 | To get my work in the hands of someone is a big job and a lot of people are doing their searches on line. |
| 100301 | Somebody will want to more. |
| 100305 | If they are interested in the topic, they will buy. |
| 100330 | Both books can be on there and can have more people view them and the demand for my book would go up. |
| 100334 | People can find out about my book without going to the library. |
| 100335 | It would make more available to people. Now I will come up from this one website. |
| 100340 | If someone wanted to read the book they can find it easier. |
| 100342 | The more people that know more about the book even a short excerpt it would make them want to know more about the book. |
| 100346 | Because of type of book it is, some of it is for young people some of it for adults. |
| 100349 | I think it might be somewhat improved but I really couldn't say for sure. |
| 100352 | The people will know the quality of the book and read more. |
| 100353 | It would be improved because publicity would make it more available and would make us want to try it and have the book. People can also become interested in the book. |
| 100358 | It would be more widely available to an audience a little bit of a teaser. |
| 100359 | Because my books are technical in nature people will need more information. |
| 100363 | More people would be aware of my book. |
| 100373 | Because someone might see it and be interested and order a copy. |
| 100382 | Anybody that is interested it would be helpful. |
| 100383 | Public visibility not previously gotten. |
| 100385 | I think the people reading the excerpt might want to read the book. |
| 100390 | My books are great. |
| 100391 | Whoever is looking might buy it. |
| 100393 | Information about the books made available to more people. |
| 100397 | Might. |
| 100400 | Not appreciated by today's reader. |
| 100401 | It would be more likely for someone to stumble onto my book this way. |
| 100402 | It would be more exposure to my book. |
| 100411 | Because people might come across it in an online search, which might, otherwise, never have heard of it. This is my |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---|
| | experience, when I come across books in a Google search, I click on it, read the excerpt and in some cases, I've gone out and bought the books, one or two cases. |
| 100412 | More people might read, or purchase the works. |
| 100413 | Well, again, if you don't know it's there, you wouldn't be offered it. |
| 100416 | Simply that under some rubic people could find out one more thing that they did not know - enhances the search for knowledge - not concerned with royalties or stealing - on line is great. |
| 100423 | I feel that the benefit to me would increase. |
| 100424 | The exposure. |
| 100432 | It would bring it to the attention somebody that would want to buy a book. |
| 100436 | More people would know about the book. |
| 100437 | More people exposed to my material. |
| 100438 | People would be enticed. |
| 100440 | Most of the type my books don't get marketed.  This would help them get marketed. |
| 100445 | Because people search Google.  Spreading ideas and people would be better off. |
| 100448 | Because the more people that look into it and want to taste it. |
| 100449 | More people would know about it. |
| 100452 | Would remind people that it exists - 7 years old. |
| 100453 | More people being aware of the book. |
| 100455 | If you read part of it you would want to read more of it. |
| 100456 | People may be interested.  It cannot harm. |
| 100457 | More people would be aware of it. |
| 100460 | It would make a casual researchers more familiar with the work. |
| 100462 | For information if people are satisfied they can buy my book. |
| 100464 | They would buy my books. |
| 100468 | My guess is that the nature of the topics students would consult it in college and they would come to it more quickly through the internet. |
| 100471 | It might to get the book to get the whole. |
| 100475 | The demand might be improved but financially it has very little impact on me since my publisher went out of business. |
| 100476 | The more people know about what I do the more likely they will be to buy my book. |
| 100480 | Because of the additional exposure. |
| 100482 | Most of my books are pretty old, so this way people could get in touch with the books. |
| 100488 | Any kind of advertising is good. |
| 100489 | Well, a lot of my books are poetry, and people are looking for a title. Their access to it would be immediately, and mostly they're small print runs, and I think it would be good to be out there. |
| 100490 | The person who is interested would find out about it. |
| 100496 | More younger women could learn something from my book. |
| 100497 | Easier to know what the book is about rather than running to the library or bookstore. Faster access. |
| 100500 | Because it's sold at gift shops and people that buy the book also want to know where also to get the book for their friends. |
| 100501 | Again because more people seeing my books may want to acquire the books. |
| 100504 | Slightly improved because someone might be attracted by the excerpt of my book. |
| 100508 | Much wider exposure. |
| 100512 | I would be very pleased.  Most authors are writing fiction books.  You can get a global approach. |
| 100520 | It would increase awareness of the books existence. |
| 100521 | Any press is better than no press. |
| 100524 | More chances people have to see info the better it is. |
| 100525 | If they read the excerpts they might like the book. |
| 100528 | If people can find a little more about it than they might want to have a copy. |
| 100531 | Thinks that people who are not familiar might look and read an expert and think maybe they should buy it. |
| 100537 | It gives readers an opportunity to sample and then possibly buy it. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|--------------------------------------------------------------------------------------------------------------------------------------------|
| 100545 | By giving it wider distribution. |
| 100549 | It would get more exposure. |
| 100555 | Might improve sells the short experts might want to read more. |
| 100556 | The more people see these excerpts the more people that would want to read them. |
| 100565 | Think that books read well and the experts read well and increase the audience. |
| 100568 | I think people reading excerpts would be inclined to read the whole book. |
| 100572 | Slightly improved again because more people would see my book. |
| 100573 | Its greater publicity. |
| 100574 | More exposure that could be good. |
| 100576 | More people would have more information about them. |
| 100579 | It creates a larger audience for the book. |
| 100580 | If they saw it they would buy it. |
| 100581 | More people would have access. |
| 100582 | Greater availability to the public. |
| 100588 | More likely to buy it. |
| 100591 | People would have a chance to see it more quickly instead of wandering a library looking for it. |
| 100593 | People ran across things on my website and they like it which show improve. |
| 100594 | Exposure, more people know about my work the better for me. |
| 100595 | Because more people would have the possibility of finding out what subject matter his book is all about. |
| 100596 | More people would be exposed to it. |
| 100597 | More exposure and people would want to have a copy. |
| 100598 | Depends on timely advice. |
| 100605 | Because again it's more free advertising for more book and can build demand. |
| 100617 | My book is primarily about Russia and Russia is a very hot topic now. |
| 100624 | Greater exposure. |
| 100628 | More exposure. |
| 100629 | Anything that brings it to more people's attention would be a benefit. |
| 100632 | People would be more aware that a book would be on a particular subject. |
| 100633 | Bring it back to life a little bit. |
| 100634 | That they wouldn't be discoverable. |
| 100635 | People would be interested and read the rest of the book. |
| 100639 | If it had a high appearance in the search engine more people would see it. |
| 100645 | Google is very powerful search engine for everything and a form of exposure. |
| 100648 | Because its currently out of print and would be more available. |
| 100649 | Same answer before. |
| 100651 | Because Right now it's out of print. |
| 100652 | The equivalent of advertising. |
| 100656 | Because that books would might be off the scene, Google could be more current opposed to past books that are printed. |
| 100661 | My books are not widely circulated It would benefit me because more people would read them. |
| 100663 | More people would know their existence. |
| 100664 | If someone reads a portion then they might want to go out or buy the whole book.  Increase the demand for book. |
| 100665 | If a person scanned it they might buy it. |
| 100670 | Publicity helps. |
| 100677 | From the accessibility. |
| 100682 | People who were looking for the book the Google scanning would make it useful for them to find the book. |
| 100683 | The quality of the book. |
| 100685 | I think it would draw attention to the book and the quality to the book and they would purchase the book. |
| 100686 | If it was a short excerpt people might want to read the rest. |
| 100688 | If people can see a portion they might want to read the rest of it. |
| 100689 | It's like a review |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 100697 | I feel if someone has seen any part of the book they will want to see the rest of it. |
| 100701 | A lot of people buy my book because of the title and subject matter. |
| 100702 | Because Of people who are curious, People could be more informed about the book. |
| 100706 | Folks could more easily get a sense of the content of the particular book that might encourage them to purchase the book itself. |
| 100707 | The chance of whoever reads the excerpts is intrigued by it. |
| 100708 | Have a look at a book and think it's interesting might want to be the whole book. |
| 100715 | Because poets are Googled individually as authors and when poems come up people tend to look for the collections. |
| 100717 | Google is the most famous name on the web so people would see it. |
| 100719 | Well they have been out of print, it would help the books out a lot. |
| 100721 | Again because it is the way to go because people are on the internet more and so people would see it and say what is this. |
| 100722 | Basically because any publicity even bad publicity usually helps book sales. |
| 100723 | A lot of my books are mysteries and a lot of people like mysteries and would like to know about them as soon as they come out. |
| 100726 | I'd guess that potential purchasers would find out enough to buy the book. |
| 100727 | Because it would open my books to a wider audience. |
| 100731 | I don't know. |
| 100732 | Depends on what people are reading. |
| 100734 | Same answer as before.  It provides a good way of merchandising the book. |
| 100735 | If it were available to a wider public in short excerpts the wider public would have the opportunity to become engaged by the book and possibly go out and purchase a copy. |
| 100737 | Some people around the world might become aware of these books.  Good promotion needed. |
| 100738 | If potential buyers actually read the portions they might be interested in purchasing the book. |
| 100740 | Because it would be more immediately available to a larger population. |
| 100747 | More people being aware. |
| 100749 | Most things that are on the internet if people are exposed to it there would be enough of them who would want to get it. |
| 100750 | Because you have a wider audience. |
| 100755 | People get exposed to enough to create interest. |
| 100756 | People would know what they are buying. |
| 100757 | It's free advertising. |
| 100758 | If somebody reads it they might be interested. |
| 100761 | It would get the book around. |
| 100762 | The lower east side is not necessarily time related and it's out of print. Having it circulated might be positive. |
| 100764 | The same answer as before. |
| 100765 | It can't hurt to get samples of your crows out floating around. |
| 100767 | It would increase visibility. |
| 100773 | Same answer as before. |
| 100778 | Just the fact that it would available to the public. |
| 100779 | Looking for specific topics they can find the book. |
| 100781 | Any reader who would be drawn to buying it. |
| 100783 | More people would be familiar with them. |
| 100786 | More and more people are using Google and electronics and it's easier to get stuff that way. |
| 100787 | Because my books are well written and highly readable. |
| 100791 | I don't know just guessing. |
| 100794 | Suspect it might. |
| 100800 | Somebody might read a part and might like it. |
| 100801 | A lot of people look at Google it could help. |
| 100805 | Because they saw that and will go to bookstore to get another one. |

| Case ID | Q295:  What makes you feel the demand for your book would improve from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---------|---|
| 100806 | Well it would have more visibility. |
| 100809 | Greater public exposure. |
| 100816 | Give the newer generation access. |
| 100818 | Introduce more people to the book. |
| 100821 | People are all over the place on the tube and the internet.  Can't do any harm on there. |
| 100825 | They are pretty good and people would want to look at it. |
| 100827 | There would be awareness that these books exist. |
| 100828 | It would reach a wider audience. |
| 100829 | Any writer hopes that a little taste of the book would make the reader want to read the whole thing. |
| 100833 | Simply that if people looking for a subject or me they would come across these things and might spark interest in the book. |
| 100834 | Because somebody might then wish to read the whole book. |
| 100836 | Because some people are attracted when they see an excerpt rather than a cover it makes more of an impact on the reader.  Catches their interest. |
| 100839 | Same answer as before. |
| 100840 | I look inside books to see if I want to buy them. |
| 100841 | Because anyone reads the copy would be moved to want to go out and buy the book. |
| 100847 | More people would be exposed. |
| 100855 | Because of the exposure. |
| 100856 | It would someone is available. |
| 100857 | People would look for that information. |
| 100858 | You'd have a little more coverage, people would be able to read a little bit of it. |
| 100859 | I think the reader would have more insight on the subject. |
| 100862 | Just getting into the public spear. |
| 100863 | It's getting out there. |
| 100864 | Because Its material and they get to see it. |
| 100873 | More people would be aware of it. |
| 100883 | People see how good it is they will want it all. |
| 100886 | I don't profit directly from these books I just did it as a labor of love. |
| 100890 | Exposure. |
| 100891 | Because I am responsible entirely for publicity of books, I can't travel or promote my own work and the exposure is good. |
| 100892 | If people can have access to some of it they might be interested in buying the book. |
| 100895 | Anything that is brought to people's attention could be positive. |
| 100906 | I think it would be publicity for my books, more demand then for my books because more people will see my books. |
| 100907 | It might improve because having just read an excerpt in a masters program students and other invited guests; mentors; faculty wanted to read more. |
| 100908 | Increases the opportunity for people to see the work. |
| 100909 | More people would be aware of the book. |
| 100910 | Because of the free advertising. |
| 100912 | Again due to the greater exposure of my book. |

| Case ID | Q277:   What makes you feel the demand for your book has been harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| 100014 | Because if someone can get it for free they won't buy it. |
| 100465 | Benefit would be more positive. |
| 100430 | I am not aware of losing any royalties - I am also aware that people may see my book and be interested in it - my judgment is that I have benefited. |
| 100680 | Its already available online. |
| 100015 | People are reading online not buying it. |
| 100583 | There are people who have taken excerpts from the book and otherwise they could have bought the book instead. |
| 100894 | They have no write. |

| Case ID | Q297:  What makes you feel the demand for your book would be harmed from Google scanning your copyrighted books so that they can be searched online and short excerpts displayed in search results? |
|---|---|
| 28 | same reason I gave for earlier question |
| 111 | Most of my books are used in the context of seminars and theological courses. They have become known in the trade as 'modern classics' and don't need any further exposure, particularly exposure that might lead to the posting of the entire contents online. |
| 116 | Readers would rely on google results only |
| 122 | see previous answer |
| 124 | It might not then be necessary for the reader to purchase a book or too request it at a library. |
| 172 | too much information would be displayed |
| 238 | Same reason as given before - people would have less reason to purchase my book. |
| 247 | Quotes out of context can be misleading. |
| 267 | same |
| 100026 | If they can find it there they might not be interested in buying the book or reading the book. |
| 100087 | I teach at a university. My students often go to sites where articles are excerpted and they quote only from the excerpted passages. |
| 100124 | I think that they should compensate. |
| 100135 | If they can read a condensed version, they wouldn't buy. |
| 100259 | Students would be less likely to buy a text books. |
| 100291 | If they scan it without pay I would be harmed unless it were out of print. |
| 100341 | A person looking for specific material to use would stop with that and not want to read the whole book. |
| 100354 | Google books would be taking my intellectual property without any compensation to me. |
| 100421 | It's a great idea, you need to have your books published and popularized. |
| 100446 | Most people would want hard copy of book. |
| 100459 | People can get it for free and it's better to buy the book. |
| 100523 | Once you make it free and accessible why would people go out and buy it. |
| 100586 | Obvious thing. |
| 100607 | It is a short circuiting of concept of intellectual property. |
| 100679 | Fewer people would want to purchase the book. |
| 100700 | Students would get it for free instead of buying it. |
| 100703 | I just the one book is so slight, that they can read the whole thing without paying for it. |
| 100714 | If people can see it online then they don't need to buy it. |
| 100784 | Because somebody would just take it wouldn't have to buy it. |
| 100795 | It's going to be a scholarly book and it's a very small audience.  Libraries purchase and if it were available electronically they would not purchase it. |
| 100812 | If people have it available from scanning they aren't going to buy it. |
| 100871 | People would be required to buy the book in order to read it. |