# EXHIBIT 4

## Books by Joseph C. Goulden, in chronological order

1965   The Curtis Caper. G. P. Putnam's Sons, New York

1968  Monopoly, on AT&T, G. P. Putnam's Sons, New York.  There were also editions in the Spanish and Japanese languages.

1969 Truth Is The First Casualty, on the Gulf of Tonkin incident, Rand-McNally Publishing, Chicago.

1970  The Money Givers, on philanthropic foundations, Random House, New York.

1972, The Super Lawyers, on Washington attorneys of note, Weybright & Talley, New York. There was also an edition in the Spanish language.

1972  Meany: The Unchallenged Strong Man of American Labor.  Atheneum, New York.

1974, The Benchwarmers , on the Federal judiciary. Weybright & Talley,  New York.

1976, The Best Years: America 1945-1950. Atheneum, New York.

1978,  The Million Dollar Lawyers, on the trial bar. Weybright & Talley, New York.

1982, Korea:  The Untold Story of the War, Times Book Company, New York

[Contract negotiations underway at present with a literary agency in Shang-hai on behalf of a publisher for Chinese language rights.  The Brandt & Brandt associate


DEPOSITION EXHIBIT 2 Goulden 1-6-12

who is handling the negotiations informed me earlier today that the contract talks remain on track.]

1982, Labor's Last Angry Man, on Jerry Wurf, president of the American Federation of State, County and Municipal Employees, Atheneum, New York.

1983, There Are Alligators in Our Sewers, a book of urban myths. Copyright in my name and that of co-author Paul A. Dickson.

1984, The Death Merchant, on a former CIA/ONI contract officer who trained terrorists for Libya. Simon & Schuster, New York [French and British editions also]

1986, The Dictionary of Espionage, Stein & Day, Briarcliff Manor, New York. [Note: Because of another book in progress with another publisher, I agreed to publish this book under a pen name, Henry S. A. Becket. It was copyrighted by Sunshine Enterprises, Ltd., which I had formed in Virginia years earlier chiefly for real estate transactions. .An updated and expanded edition of this book is to be published in January 2012 by Dover Publications, Inc., 31 East 2nd Street, Minneola, New York.]

1988, Fit to Print: On A. M. Rosenthal and the modern New York Times Lyle Stuart Publishing, Secaucus, New Jersey.

1993, Myth-Informed, another collection of urban legends. Copyright in my name and that of co-author Paul A. Dickson.

2006, The Money Lawyers, on the class-action bar, Truman M. Talley/St. Martin's Press, New York.