# EXHIBIT 6

Miles
Exhibit 9
1/4/12 DC

## BETTY MILES - OUT-OF-PRINT TITLES

*A House for Everyone* (illus. Jo Lowery).  New York:  Knopf, 1958.

*What Is the World?* (Illus. Remy Charlip).  New York: Knopf, 1958.

*The Cooking Book* (illus. J. Lowery).  New York: Knopf, 1959.

*Having A Friend* (illus. Eric Blegvad).  New York: Knopf, 1959.

*A Day of Summer* (illus. R. Charlip).  New York: Knopf, 1960.

*A Day of Winter* (illus. R. Charlip).  New York: Knopf, 1960.

*Mr. Turtle's Mystery* (Illus. Margaret Tomes).  New York, Knopf: 1961;  London: Hamish Hamilton, 1961.

*The Feast on Sullivan Street* (illus. Kurt Werth).  New York: Knopf, 1967.

*A Day of Autumn* (illus. Margery Auerbach).  New York: Knopf, 1967.

*A Day of Spring* (illus. M. Auerbach).  New York: Knopf, 1970.

*Just Think* (with Joan Blos; illustrated by Pat Grant Porter).  New York: Knopf, 1971.

*Save the Earth: An Ecology Handbook for Kids* (illus. Claire Nivola, with photographs). New York:  Knopf, 1974;

*Around and Around - Love*  (illus. with photographs).  New York:  Knopf, 1975.

*The Real Me.*  New York: Knopf, 1974. Avon Camelot, 1975.

*All It Takes Is Practice.*  New York: Knopf. 1976.  Dell Yearling, 1977, 1988.  Knopf Bullseye, 1989. *Zie Ik Je Na School.* Antwerp: Standaard Uitgeverij, 1992. *Il Suffit de vouloir.* Paris: Pocket junior, 1995.  Kid Pocket, 1995.

*Just the Beginning.*  New York:  Knopf, 1976. Avon Camelot, 1978.

*Looking On.*  New York: Knopf, 1978. Avon Camelot, 1979. Borzoi Sprinters (Knopf),1990.

IN-PRINT STATUS UNKNOWN

*Save the Earth - An Action Handbook for Kids.* [Revision]. (Illus. Nelle Davis.) New York: Knopf, 1991.

*Hey! I'm Reading!* (illus. Sylvie Wickstrom,) New York: Knopf, 1995; paper, Knopf, 1995; *Hurra! Jag Laser!* (illus. Olle Roos, introduction, Mats Ekholm) Uppsala, Sweden: Hallgren & Fallgren, 2003.

*The Sky Is Falling!* (Illus. Cynthia Fisher). New York: Aladdin, 1998; Aladdin paper, 1998.

*The Tortoise and the Hare* (illus. Paul Meisel). New York: Aladdin, 1998; Aladdin paper, 1988.

*The Three Little Pigs* (illus. P. Meisel). New York: Aladdin, 1998; Aladdin paper, 1998.

*Goldilocks and the Three Bears* (illus. Bari Weissman). New York: Aladdin, 1998; Aladdin paper, 1998.