# EXHIBIT 11







