# EXHIBIT 14

Case 1:05-cv-08136-DC   Document 1003-15   Filed 02/08/12   Page 2 of 5

Catalog of Copyright Entries: *Third Series*

Volume 20, Part 1, Number 1, Section 1

# Books and Pamphlets

### Including Serials and Contributions to Periodicals

Current and Renewal Registrations

January–June

## 1966



COPYRIGHT OFFICE  -  THE LIBRARY OF CONGRESS
WASHINGTON : 1968

## Table of Contents

Current Registrations ................................... 1  
Renewal Registrations ................................ 1113  
Title Index (under separate cover) ................ 1207

## Introduction

PART 1 lists works registered in class A and contributions to periodicals registered in class B under the symbol BB. Works for which the copyright has been renewed are listed separately in the Renewal Registrations section.

The works listed include not only the current output of the publishing industry of the United States and many works in English and in foreign languages published abroad, but also the products of many specialized publishing enterprises. Thus, in addition to novels, biographies, poems, books on history, religion, etc., and other works of general interest, there are included business reports and yearbooks, trade catalogs and directories, manuals, instruction books, industrial and legal services, research studies in many fields, and, in some instances, printed matter attached to or accompanying games, filmstrips, and other articles.

Each work is described in a main entry which includes information pertinent to the copyright claim. Arrangement of entries is alphabetical under the name of the author (i.e., the person or organization principally responsible for the content of the work) or, in the case of some serials and certain other works, under the title. References lead to the main entries from the names of contributing authors (e.g., joint authors, editors) and claimants.

Each name listed appears in the fullest form and in the spelling found in the work and accompanying application. A name recorded in connection with more than one work and application may therefore appear in varying forms and degrees of fullness.

The Title Index covers both currently registered works and renewal registrations. Titles of telephone directories are omitted as are titles of works entered under title in the first two sections. Renewal registrations are identified by the symbol (R).

For works currently registered, each main entry includes, in addition to the name or title under which it is filed, the following items of information if available and applicable:

1) Title.
2) Names of joint authors, editors, translators, etc., generally if no more than three.
3) Edition statement.
4) Place of publication for all foreign works; and for domestic works if given in an imprint on the work, unless the work is entered under the publisher as author.
5) Name of the first-named publisher given in an imprint on the work; when the publisher is also the author the name is omitted.
6) Physical description, consisting of the number of pages or other terms descriptive of the work; unpaged works, and those with complicated or irregular paging are described as 1 v.; for works issued in more than one volume, the number of volumes is



given. No description is given for directories and serials.
7) Series statement.
8) Statement that the work was first issued in a newspaper or magazine or that is was published with or as part of another work.
9) Names of authors given in the application which do not appear elsewhere in the entry.
10) Name of the employer in the case of a work made for hire, if so named in the application.
11) Information contained in the application which relates to the registration of an earlier version of the work.
12) Brief statement of the new matter on which copyright is claimed, preceded by the abbreviation NM, if this information is given in the application and is not indicated elsewhere in the entry.
13) Copyright symbol ©
14) A statement of limitation of claim to a certain portion of the work if the application or the work explicitly limits the claim.
15) Name of the copyright claimant.
16) Date of publication as given in the application.
17) Registration number.

Whenever it is necessary to indicate a variation between the information given in the application and in the copy of the work with respect to the claimant's name or the date of publication, the data from the application is given first, followed by the phrase "in notice" and the data given in the work; e.g., © Richard Roe & Co.; 10Jan66 (in notice: 1965); A808880.

Works deposited in connection with copyright registration may be selected for inclusion in the collections of the Library of Congress. Library of Congress printed cards are available for many of the published works so selected. Orders for such cards or inquiries concerning them should be addressed to the Card Division, Building No. 159, Navy Yard Annex, Washington, D.C. 20541.

For renewal registrations, each main entry includes, in addition to the name or title under which it is filed, the following items of information if available and applicable:
1) Title.
2) Names of authors of renewable matter when there are more than one.
3) Edition statement.
4) Number of volumes if more than one.
5) Series statement.
6) Brief statement of the new matter on which the original copyright was claimed, preceded by the abbreviation NM, if available in the renewable application.
7) Copyright symbol ©.
8) A statement of limitation of claim to a certain portion of the original work if the application explicitly limits the claim.
9) Date of original copyright.
10) Original registration number.
11) Name of the renewal claimant followed by a statement in parentheses, usually abbreviated, giving the basis of the renewal claim as supplied by the applicant; e.g., "John Doe (NK)" indicates that renewal of copyright is claimed by John Doe as next of kin of the deceased author.
12) Date of receipt of the renewal application or fee, whichever is later.
13) Renewal registration number.



# BOOKS AND PAMPHLETS
## INCLUDING SERIALS AND CONTRIBUTIONS TO PERIODICALS

### CURRENT REGISTRATIONS

A list of domestic and foreign books, pamphlets, serials, and contributions to periodicals registered during the period covered by this issue. Arrangement is alphabetical under the name of the author or issuing body or, in the case of serials and certain other works, by title. References from the names of claimants, joint authors, editors, etc. and from variant forms of names are interfiled.

## A

AAA FOUNDATION FOR TRAFFIC SAFETY.
  Safe winter driving guides. Supplement to teacher's handbook for Sportsmanlike driving. Prepared by Amos E. Neyhart & Helen L. Neyhart. 2d ed., rev. 27 p. © AAA Foundation for Traffic Safety; 15Feb66; A819111.

AAA WORLD WIDE TRAVEL, INC.
  Travel guide to Europe, 1966. 656 p. © AAA World Wide Travel, Inc.; 25Jan66; A816778.

AAMCO AUTOMATIC TRANSMISSIONS, INC.
  Parts catalogue. Looseleaf. NM: additions, revisions & compilation. © AAMCO Automatic Transmissions, Inc.; 11Jun66; A843866.

AAPG.  See AMERICAN ASSN. OF PETROLEUM GEOLOGISTS.

A. & M. SUPPLY, COLUMBIA, MO.
  [Electri-list catalog]  See TRADE SERVICE PUBLICATIONS, INC.

A & P.
  Around the U.S.A.; an exciting new game. Folder. NM: additions & revisions. © Howard Price; 25May66; A840482.
  Billfold bingo, up to $1000 in cash and free products too; an exciting new game. Folder. NM: additions & revisions. © Stanley Rosen; 25May66; A840477.

A & P STORES.
  Awards & surprize party. 1 v. NM: revisions & additions. © Surprize Party, Inc.; 25May66; A840519.

ABC PUB. CO.
  Directory, '66. 326 p. © ABC Pub. Co., J. D. Scoltock, owner & publisher; 14Mar66; A828225.

ABOS MARINE DIVISION, TECHNICAL PUBLICATIONS, INC.  See TECHNICAL PUBLICATIONS, INC. ABOS MARINE DIVISION.

ABWA CO., INC.
  Procedure manual of A.B.W.A.  See AMERICAN BUSINESS WOMEN'S ASSN.

ACA.  See AMERICANS FOR CONSTITUTIONAL ACTION.

AC BOOK CO, INC. ENGINEERING PUBLISHERS DIVISION.  See ENGINEERING PUBLISHERS.

ACTA.  See ASSOCIATION DE COORDINATION TECHNIQUE AGRICOLE.

AFSCME.  See AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES.

A. J. INDUSTRIES, INC. REYNOLDS MANUFACTURING CO. DIVISION.  See REYNOLDS MANUFACTURING CO.

A.L.A. MEMBERSHIP DIRECTORY, 1965. Chicago, American Library Assn. 405 p. © American Library Assn.; 4Jan66 (in notice: 1965); A812917.

ALP PUBLICATIONS, INC.
  Hotels and restaurants. Wall chart. (The Sextant series for exploring your future) © ALP Publications, Inc.; 16Dec65; A827404.
  Manual for use with The Sextant series for exploring your future. 58 p. © ALP Publications, Inc.; 18Nov65; A812458.
  Public utilities. Wall chart. (The Sextant series for exploring your future) © ALP Publications, Inc.; 16Dec65; A827403.
  Recreation, parks & youth services; for use with The Sextant series for exploring your future. Chart. © ALP Publications, Inc.; 10Nov65 (in notice: 1964); A812457.
  The Sextant series for exploring your future in hotels and restaurants; using the Wilkinson method of personal profiling. Foreword by Kathryn Bruce. 93 p. © ALP Publications, Inc.; 16Dec65; A824391.
  The Sextant series for exploring your future in the public utilities. Foreword by Thomas J. Cassidy. Special advisors: Wilfrid E. Belleau & Ed Ross. 95 p. © ALP Publications, Inc.; 18Nov65; A812459.

A.L.R. BLUE BOOK, 1966. Issue no.12. Supplemental decisions for annotations in the American law reports, vols.1-175. Rochester, N.Y., Lawyers Co-operative Pub. Co. 747 p. © Lawyers Co-operative Pub. Co. & Bancroft-Whitney Co.; 3May66; A838221.

AMC.  See ASSOCIATED MERCHANDISING CORP.

A. M. C. PUB. CO., INC.
  Electric guitar course.  See FENDER SALES, INC.

AMP, INC.
  AMP-Incert Dualatch connectors. Folder. © AMP, Inc.; 16Apr63; A818602.
  A-MP shielded patchcord programming systems. Folder. © AMP, Inc.; 9Feb65; A816469.
  Ampillume neon and incandescent indicator lights. Folder. © AMP, Inc.; 14Apr64; A818872.
  Mate-n-lok connectors.  See AMP, INC. INDUSTRIAL SALES DIVISION.
  Termashield ferrules and splices for shielded and coaxial wire by AMP. 12 p. © AMP, Inc.; 18Mar63; A816899.

AMP, INC. INDUSTRIAL SALES DIVISION.
  Mate-n-lok connectors. Folder. © AMP, Inc.; 13Sep63; A818325.

ANAC.  See ALASKA NATIVE ARTS & CRAFTS COOPERATIVE ASSN., INC.

A.O.K. TOOL CORP.
  Tools, chemicals & industrial supplies, spring 1966 catalog. 34 p. Appl. author: Jerome P. Schlesinger. © A.O.K. Tool Corp.; 15Apr66; A833024.

AOPA FLIGHT DEPT.  See AIRCRAFT OWNERS & PILOTS ASSN. FLIGHT DEPT.

1

Digitized by Google