# EXHIBIT 15

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**FORM A**

| CLASS | REGISTRATION NO. |
|---|---|
| A | A 330604 |

DO NOT WRITE HERE

This is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name: Betty Miles
Address: Sparkill Avenue, Tappan, New York

Name: Joan Blos
Address: 1725 South University Ave., Ann Arbor, Michigan 48104

**2. Title:** JUST THINK!
(Title of book)

**3. Authors:**

Name: Betty Miles and Joan Blos
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: U.S.A.
(Name of country)

Domiciled in U.S.A.: Yes X  No _____  Address: same as above

Name: _____ (Legal name followed by pseudonym if latter appears on copies)
Citizenship: _____ (Name of country)
Domiciled in U.S.A.: Yes _____ No _____ Address: _____

Name: _____ (Legal name followed by pseudonym if latter appears on copies)
Citizenship: _____ (Name of country)
Domiciled in U.S.A.: Yes _____ No _____ Address: _____

**4. Date of Publication of This Edition:**

August 24, 1971
(Month) (Day) (Year)

**5. New Matter in This Version:**

Text

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition _____ (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes _____ No _____

If your answer is "Yes," give registration number _____

Complete all applicable spaces on next page

EXAMINER

# Certificate

## Registration of a Claim to Copyright
### of a published book manufactured in the United States of America

FORM A
REGISTRATION NO.
A 691840

[Signature]
Register of Copyrights
(Copyright Office Seal)

Barry Miles

Apple Publishing Co., Inc., New York 10019

AROUND AND AROUND — LOVE
(Title of book)

_____ Inc.
(Legal name followed by pseudonym if latter appears on copies)       Citizenship: U.S.
                                                                      (Name of country)

Author: Same as above

(Legal name followed by pseudonym if latter appears on copies)       Citizenship
                                                                      (Name of country)

August    5    1970
(Month)  (Day)  (Year)

...completely new... various photographs have been previously published
...copyright is claimed on all text and new photographs.

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

FORM A

REGISTRATION NO.

A 809473

DO NOT WRITE HERE

CLASS **A**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*
Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name: Betty Miles

Address: 94 Sparkill Avenue, Tappan, New York 10983

Name: 

Address: 

**2. Title:** ALL IT TAKES IS PRACTICE
(Title of book)

**3. Authors:**

Name: Betty Miles
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: U.S.A.
(Name of country)

Domiciled in U.S.A.  Yes X  No ____  Address: same as above

Name: 
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: 
(Name of country)

Domiciled in U.S.A.  Yes ____  No ____  Address: 

Name: 
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: 
(Name of country)

Domiciled in U.S.A.  Yes ____  No ____  Address: 

**4. Date of Publication of This Edition:**

September 7, 1976
(Month)    (Day)    (Year)

**5. New Matter in This Version:**



**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition _____
(Year)

Was registration for the foreign edition made in the U.S. Copyright Office?  Yes ____  No ____

If your answer is "Yes," give registration number _____

EXAMINER

Complete all applicable spaces on next page