UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THE AUTHORS GUILD, INC., ASSOCIATION
OF AMERICAN PUBLISHERS, INC., et al.,

                Plaintiffs,

     v.

GOOGLE INC.,

                Defendant.

------------------------------------------------------------- X

No. 05 Civ. 8136 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 3/27/12

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 1.4 for the U.S. District Court for the Southern District of New York, the law firm of DeVore & DeMarco LLP moves the Court for an order permitting its withdrawal as counsel of record for plaintiffs' class members Arlo Guthrie, Julia Wright, Catherine Ryan Hyde, and Eugene Linden. A declaration in support of this motion is attached.

Dated: New York, New York
       February 8, 2012

Respectfully submitted,

DEVORE & DEMARCO LLP

By: /s/ Amin Kassam
Amin Kassam (AD - 7860)
99 Park Avenue – 16th Floor
New York, New York 10016
(212) 922-9499

Motion GRANTED. DeVore & DeMarco, LLP, is hereby RELIEVED as counsel for the class members listed above. SO ORDERED.

USCJ 3-26-12