IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/12

THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,

        Plaintiffs,

v.

GOOGLE INC.,

        Defendant.

[PROPOSED] SCHEDULING ORDER

Civil Action No. 05 CV 8136 (DC)

**ECF Case**

CHIN, Circuit Judge

    IT IS HEREBY ORDERED, at the request of the parties, as follows:

The following deadlines shall apply:

a. Opening expert reports shall be filed by May 4, 2012.

b. Rebuttal expert reports shall be filed by May 24, 2012.

c. Expert depositions shall be completed between May 28, 2012 to June 8, 2012.

d. Motions for Summary Judgment shall be filed by June 14, 2012.

e. Oppositions to Motions for Summary Judgment shall be filed by July 23, 2012.

f. Replies in Support of Motions for Summary Judgment shall be filed by August 13, 2012.

The remaining deadlines set forth in the Court's September 16, 2011 Scheduling Order and the Court's Scheduling Order filed January 17, 2012 (Dkt. No. 996) shall remain in place.

    SO ORDERED.

Dated: New York, New York
       March 27, 2012

                      DENNY CHIN
                      United States Circuit Judge
                      Sitting by Designation