

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated, | |
| Plaintiffs, | Civil Action No. 05 CV 8136 (DC) |
| | **ECF Case** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

**MOTION FOR ADMISSION PRO HAC VICE
FOR GENEVIEVE ROSLOFF**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Genevieve Rosloff, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Google Inc. in the above-captioned action.

I am in good standing and a member of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 30, 2012                                    Respectfully submitted,

                                                By:    _Genevieve Rosloff_____
                                                       Genevieve Rosloff (*pro hac vice*)
                                                       grosloff@durietangri.com
                                                       DURIE TANGRI LLP
                                                       217 Leidesdorff Street
                                                       San Francisco, CA  94111
                                                       Telephone:  415-362-6666
                                                       Facsimile:  415-236-6300

                                                       Attorneys for Defendant Google Inc.

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 2, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GENEVIEVE PATRICIA ROSLOFF, #258234 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
Google Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated, | Civil Action No. 05 CV 8136 (DC) |
| Plaintiffs, | **ECF Case** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

**ORDER FOR ADMISSION PRO HAC VICE
FOR GENEVIEVE ROSLOFF**

The motion of, Genevieve Rosloff, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

> Genevieve Rosloff (*pro hac vice*)
> grosloff@durietangri.com
> DURIE TANGRI LLP
> 217 Leidesdorff Street
> San Francisco, CA  94111
> Telephone:  415-362-6666
> Facsimile:  415-236-6300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Google Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:  _____        _____
                                                                    United States District / Magistrate Judge

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated, | Civil Action No. 05 CV 8136 (DC) |
| Plaintiffs, | **ECF Case** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

## PROOF OF SERVICE

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California.  I am employed in San Francisco County, State of California, in the office of a member of the State Bar of California, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On April 4, 2012, I served the following document(s) in the manner described below:

**MOTION FOR ADMISSION PRO HAC VICE FOR GENEVIEVE
ROSLOFF**

**ORDER FOR ADMISSION PRO HAC VICE FOR GENEVIEVE
ROSLOFF**

**PROOF OF SERVICE**

☐ (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL)  I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☒ BY ELECTRONIC SERVICE:  By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from strenciansky@durietangri.com to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

2

Michael J. Boni
Joanne E. Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
          jzack@bonizack.com

Sanford P. Dumain
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212-594-5300
Fax: 212-868-1229
Email: sdumain@milberg.com

Robert J. Larocca
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-238-1968
Email: rlarocca@kohnswift.com

Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on April 4, 2012, in San Francisco, California.

_____
Sarka Trenciansky