DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
Google Inc.



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 05 CV 8136 (DC)<br><br>**ECF Case** |

**MOTION FOR ADMISSION PRO HAC VICE
FOR DAVID F. MCGOWAN**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David F. McGowan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Google Inc. in the above-captioned action.

I am in good standing and a member of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 30, 2012    Respectfully submitted,

By: /s/ David F. McGowan
David F. McGowan
dmcgowan@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant Google Inc.

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 2, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID FLOYD MCGOWAN, #154289 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; that from the date of admission to November 5, 1998, he was an ACTIVE member of the State Bar of California; that on November 5, 1998, he transferred at his request to the INACTIVE status as of April 30, 1998; that from that date to August 29, 2005, he was an INACTIVE member of the State Bar of California; that on August 29, 2005, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 05 CV 8136 (DC)<br><br>**ECF Case** |

**ORDER FOR ADMISSION PRO HAC VICE FOR DAVID F. MCGOWAN**

1

The motion of, David F. McGowan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> David F. McGowan
> dmcgowan@durietangri.com
> DURIE TANGRI LLP
> 217 Leidesdorff Street
> San Francisco, CA 94111
> Telephone: 415-362-6666
> Facsimile: 415-236-6300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Google Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____  _____
United States District / Magistrate Judge

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 05 CV 8136 (DC)<br><br>**ECF Case** |

## PROOF OF SERVICE

1

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the State Bar of California, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On April 3, 2012, I served the following document(s) in the manner described below:

**MOTION FOR ADMISSION PRO HAC VICE FOR DAVID F. MCGOWAN**

**ORDER FOR ADMISSION PRO HAC VICE FOR DAVID F. MCGOWAN**

**PROOF OF SERVICE**

- ☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

- ☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

- ☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

- ☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

- ☒ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from strenciansky@durietangri.com to the email addresses set forth below.

- ☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

2

| | |
|---|---|
| Michael J. Boni<br>Joanne E. Zack<br>BONI & ZACK LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: 610-822-0200<br>Fax: 610-822-0206<br>Email: mboni@bonizack.com<br>       jzack@bonizack.com | Sanford P. Dumain<br>Milberg LLP (NYC)<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: 212-594-5300<br>Fax: 212-868-1229<br>Email: sdumain@milberg.com |

Robert J. Larocca
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-238-1968
Email: rlarocca@kohnswift.com

Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2012, in San Francisco, California.

_____
Sarka Trenciansky