DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Civil Action No. 05 CV 8136 (DC)<br><br>**ECF Case** |

**ORDER FOR ADMISSION PRO HAC VICE FOR DAVID F. MCGOWAN**

1

The motion of, David F. McGowan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

>David F. McGowan
>dmcgowan@durietangri.com
>DURIE TANGRI LLP
>217 Leidesdorff Street
>San Francisco, CA 94111
>Telephone: 415-362-6666
>Facsimile: 415-236-6300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Google Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 4-4-12

_____
United States District / Magistrate Judge

USCJ
By Designation

2