UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,            :

        Plaintiffs,           :

   - against -                      :     **ORDER**

GOOGLE, INC.,                        :     05 Civ. 8136 (DC)
                                                      10 Civ. 2977 (DC)

        Defendant.            :

- - - - - - - - - - - - - - - - - -x

AMERICAN SOCIETY OF MEDIA            :
PHOTOGRAPHERS et al.,
                                      :

        Plaintiffs,           :

   - against -                      :

GOOGLE, INC.,                        :

        Defendant.            :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

       The Court is in receipt of letters from Google and the Authors Guild plaintiffs, both dated April 12, 2012.  Google's request for leave to file a surreply is denied.  Its request for an order compelling Mr. Edelman and Mr. Gervais to appear for depositions within the next two weeks is also denied, as expert depositions are scheduled for May 28th to June 8, 2012.  Google's objection to the inclusion of expert reports in the Authors Guild

plaintiffs' reply brief is noted and can be addressed at oral argument.

The motions to dismiss (in both cases) and the motion for class certification (in <u>The Authors Guild</u> case) having been fully submitted, the Court will hold oral argument on these motions on May 3, 2012 at 10AM.

SO ORDERED.

Dated:    New York, New York
April 16, 2012

DENNY CHIN
United States Circuit Judge
Sitting by Designation