UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

THE AUTHORS GUILD et al.,                          :

                         Plaintiffs,                :

          - against -                               :          **ORDER**

GOOGLE, INC.,                                       :          05 Civ. 8136 (DC)

                         Defendant.                 :

- - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

   Plaintiffs are permitted to file under seal a Reply

Declaration in Support of Plaintiffs' Motion for Class

Certification (Confidential Portion).  A public Reply Declaration

in Support of Plaintiffs' Motion for Class Certification has

already been filed, but does not contain the confidential pages

to be filed under seal.

   SO ORDERED.

Dated:  New York, New York
    May 14, 2012

                 DENNY CHIN
                 United States Circuit Judge
                 Sitting by Designation