May 23, 2012

VIA FAX TO 212-857-2346

Hon. Denny Chin
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/12
```

Re:   *Authors Guild et al. v. Google Inc.*, No. 05 Civ. 8136 (DC)

Your Honor:

The undersigned counsel represent all parties in the above action.

We write regarding three matters related to the upcoming briefing on the parties' contemplated motions for summary judgment.

*First*, we write to request that the date for the filing of summary judgment motions be moved from June 14th to June 26th. The dates for oppositions, replies, and oral argument would remain July 23, August 13, and September 6, respectively, as set forth in the current schedule.

*Second*, we write to request that page limits be waived for summary judgment briefing. The parties will nevertheless keep their submissions as short as reasonably possible, and will not exceed 50 pages for opening and opposition briefs and 30 pages for reply briefs.

*Third*, the parties will likely need to file, and refer in their briefs, to documents which have been designated Confidential or Highly Confidential under the Protective Order in this case. The parties thus request leave to file the briefs and supporting materials for the summary judgment motions in their entirety under seal on June 26th, and to file public redacted versions within a reasonable time thereafter.

*Redactions are to be kept to a minimum.*

Respectfully submitted,

/s/ Joanne Zack
Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

/s/ Joseph C. Gratz
Daralyn J. Durie
Joseph C. Gratz
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666 (phone)
(415) 236-6300 (fax)
ddurie@durietangri.com
jgratz@durietangri.com

*Approved.*
*SO ORDERED.*

USCJ
6-1-2012