

# Searching Google's Scans of the Catalog of Copyright Entries

The Catalog of Copyright Entries is the U.S. Copyright Office's official publication of copyright registrations and renewals, organized into categories of works. Part I includes registrations for books and pamphlets, including serials and contributions to periodicals. For books registered from January 1, 1978 to the present, the Copyright Office maintains a searchable database that can be searched online at http://www.copyright.gov/records. For books registered before 1978, the Catalog of Copyright Entries can be manually searched. Hard copies can be found at the Copyright Office located in the Library of Congress, James Madison Memorial Building, 101 Independence Ave SE, Washington, DC 20559-6000, and at a number of different libraries throughout the U.S., including Stanford, University of Michigan and University of California.

In order to provide Rightsholders with another mechanism for confirming whether books were registered with the Copyright Office before 1978, Google has scanned 91 volumes of the U.S. Copyright Office Catalog of Copyright Entries (including works registered from 1923 up to 1978) and made those volumes searchable online through Google Books. In determining the registration status of your work, you may want to check both the Copyright Office's online database and Google's searchable scans.

There are two ways to search Google's scans of the volumes of the Catalog of Copyright Entries. You can search over all 91 volumes that have been scanned, or you can search over individual volumes covering registrations in or around a particular year. Many times, books were registered shortly after publication (within a year or two), so the book's year of publication could be a good starting point for searching individual volumes covering a year.

## Before getting started

You should note that the lack of results for a search of these volumes does not necessarily mean the work for which you are searching was not registered with the Copyright Office. Works may have been registered later than the year of publication (including registration after 1977, which would then be accessible through the Copyright Office's online database), and they may have been registered under other titles or as part of a larger work. In addition, because the current technology available to scan books is not perfect, it is possible that a search of these digital copies might not detect particular words that appeared in the original volumes.

Here are some tips for your searches:

- Each year's volume(s) of the Catalog of Copyright Entries includes records of works registered in or around that year. In some cases, one year of records spans more than one volume (for example, records for 1953 are covered by two volumes: January through June, and July through December).
- Within each volume, entries are arranged alphabetically by author name (in the formats "last name, first name" or "last name (first name)"), or if anonymous, by title
- If you are an author, you should search by title or author name. For best results, start with a more general search and then add additional terms if the initial number of results is too large. For example, if your name is common, you may want to include portions of your title. If you are searching by title, and the work has both a title and a sub-title you should start by searching for the title only and see if your search produces a result. Then add terms from the sub-title to your search. As you add more terms to the search the number of overall results will be reduced. Note that if you search only by titles, the search results may be on different pages of a volume if the authors' names differ (e.g., in the case of a series of books with multiple authors, different ones being listed first).
- If you are a publisher, you may want to search by the name of publisher, if you believe that that publisher's name would have been included in the registration record. For each entry, your search results will highlight, within the volume or volumes you are searching, every place where your publisher name is detected. In this case, the search results may include multiple pages of each volume given the organization of entries in the Catalog by author name.
- Hyphenations: The Catalog of Copyright Entries sometimes hyphenates words inconsistently, so you may want to try several different searches using different title variants.
- Abbreviations: The Catalog of Copyright Entries often uses abbreviations for common words. See this table at page 273 for a listing of some abbreviations used. For example, the word "national" could appear as "national" or "natl."

Cited in Authors Guild v Google Inc
05Civ8136 Decided 5/31/12
Archived on
This document is protected by copyright.
Further reproduction is prohibited without permission.

- Dates: When reviewing the search results from a search over all the volumes, you may see that the date listed in each search result is the book's publication date. This date is sometimes different from the volume year you may see if you navigate to the cover of the individual volumes.
- Number of search results: After you submit your search term, the initial search results page (showing snippets of the results) will display an estimate of the number of matches detected. As you click through to the search results, the actual number of matches detected will be displayed.

## View and Search All Copies

Full library allowing you to view or search through copies of all scanned volumes of pre-1978 Catalog of Copyright Entries.

Type your search term (for example, title and/or author name) into this search box and then click the "Search" button. The search results will include a snippet from each of the scanned volumes of the Catalog in which your search term was detected. When you click on each snippet of text displaying your search term, a full view of the corresponding page in that volume will be displayed, with each location of your search term on that page highlighted. Your search results may include multiple pages in a single volume. You can quickly review the results within a volume by clicking on the "previous", "next" or "view all" links in the yellow bar at the top of these search results pages. Clicking "view all" will allow you to see partial views of all the pages in a volume on which your search term was detected. You can then click on each link to a page to see the entirety of that page, and then find the search term, which will be highlighted. If necessary, add additional search terms to the above search box to narrow your search.

## View and Search Over Individual Volumes

To view individual volumes, locate the applicable range of registration dates below and click on the Catalog of Copyright Entries volume that is most likely to contain the book for which you are searching, based on the date you believe the book was registered. Type your search term (for example, title and/or author name) into the "search in this book" search box on the left-hand side of the screen and then click the "Go" button. The search results will list all pages on which your search term was detected within the volume searched. When you click on each snippet of text displaying your search term, a full view of the corresponding page in that volume will be displayed, with each location of your search term on that page highlighted. You can quickly review the results within that volume by clicking on the "previous", "next" or "view all" links in the yellow bar at the top of these search results pages. Clicking "view all" will allow you to see partial views of all of the pages in the volume on which your search term was detected. You can then click on each link to a page to see the entirety of that page, and thereby find the search term, which will be highlighted. If necessary, add additional search terms to narrow your search within that volume. To broaden your search, you should perform the same searches in volumes covering years in or around the year in which you believe the book was registered.

## Volumes from 1922 - 1929

Catalog of Copyright Entries. New Series : September, 1922 - January, 1923
Catalog of Copyright Entries. New Series : February - March, 1923
Catalog of Copyright Entries. New Series : April, 1923 - May, 1924
Catalog of Copyright Entries. New Series : March, 1924 - April, 1925
Catalog of Copyright Entries. New Series : April, 1925 - April, 1926
Catalog of Copyright Entries. New Series : April, 1926 - March, 1927
Catalog of Copyright Entries. New Series : March, 1927 - March, 1928
Catalog of Copyright Entries. New Series :March - December, 1928
Catalog of Copyright Entries. New Series : January - December, 1929

## Volumes from 1930 - 1939

Catalog of Copyright Entries. New Series :January - December, 1930

Cited in Authors Guild v Google Inc
05Civ8136 Decided 5/31/12
Archived on 5/31/12
This document is protected by copyright.
Further reproduction is prohibited without permission.

Catalog of Copyright Entries. New Series : January, 1931 - January, 1932
Catalog of Copyright Entries. New Series : February, 1932 - March, 1933
Catalog of Copyright Entries. New Series : February, 1933 - February, 1934
Catalog of Copyright Entries. New Series : March, 1934 - March, 1935
Catalog of Copyright Entries. New Series : March, 1935 - April, 1936
Catalog of Copyright Entries. New Series : April, 1936 - April, 1937
Catalog of Copyright Entries. New Series : April - December, 1937
Catalog of Copyright Entries. New Series :1938 - 1939

## Volumes from 1940 - 1949

Catalog of Copyright Entries. New Series : 1940 - 1943
Catalog of Copyright Entries. New Series : 1941
Catalog of Copyright Entries. New Series : 1942
Catalog of Copyright Entries. New Series : 1943
Catalog of Copyright Entries. New Series : 1944 (No. 1-11)
Catalog of Copyright Entries. New Series : 1944 (No. 12)
Catalog of Copyright Entries. New Series : 1945
Catalog of Copyright Entries. New Series : 1946
Catalog of Copyright Entries. Third Series : 1947
Catalog of Copyright Entries. Third Series : 1948
Catalog of Copyright Entries. Third Series : 1949

## Volumes from 1950 - 1959

Catalog of Copyright Entries. Third Series : 1950
Catalog of Copyright Entries. Third Series : 1951
Catalog of Copyright Entries. Third Series : 1952
Catalog of Copyright Entries. Third Series : 1953: January-June
Catalog of Copyright Entries. Third Series : 1953: July-December
Catalog of Copyright Entries. Third Series : 1954: January-June
Catalog of Copyright Entries. Third Series : 1954: July-December
Catalog of Copyright Entries. Third Series : 1955: January-June
Catalog of Copyright Entries. Third Series : 1955: July-December
Catalog of Copyright Entries. Third Series : 1956
Catalog of Copyright Entries. Third Series : 1957
Catalog of Copyright Entries. Third Series : 1958: January-June
Catalog of Copyright Entries. Third Series : 1958: July-December
Catalog of Copyright Entries. Third Series : 1959: January-June
Catalog of Copyright Entries. Third Series : 1959: July-December

## Volumes from 1960 - 1969

Catalog of Copyright Entries. Third Series : 1960
Catalog of Copyright Entries. Third Series : 1961: January-June
Catalog of Copyright Entries. Third Series : 1961: July-December
Catalog of Copyright Entries. Third Series : 1962: January-June
Catalog of Copyright Entries. Third Series : 1962: July-December
Catalog of Copyright Entries. Third Series : 1963: January-June

Cited in Authors Guild v Google Inc 05CIv8136 Decided 5/31/12 Archived on This document is protected by copyright. Further reproduction is prohibited without permission.

Catalog of Copyright Entries. Third Series : 1963: July-December
Catalog of Copyright Entries. Third Series : 1964: January-June
Catalog of Copyright Entries. Third Series : 1964: July-December
Catalog of Copyright Entries. Third Series : 1965: January-June
Catalog of Copyright Entries. Third Series : 1965: July-December
Catalog of Copyright Entries. Third Series : 1966: January-June
Catalog of Copyright Entries. Third Series : 1966: July-December
Catalog of Copyright Entries. Third Series : 1966: Title Index
Catalog of Copyright Entries. Third Series : 1967: January-June
Catalog of Copyright Entries. Third Series : 1967: July-December
Catalog of Copyright Entries. Third Series : 1968: January-June
Catalog of Copyright Entries. Third Series : 1968: July-December
Catalog of Copyright Entries. Third Series : 1969: January-June
Catalog of Copyright Entries. Third Series : 1969: July-December

## Volumes from 1970 - 1977

Catalog of Copyright Entries. Third Series : 1970: January-June
Catalog of Copyright Entries. Third Series : 1970: July-December
Catalog of Copyright Entries. Third Series : 1971: January-June
Catalog of Copyright Entries. Third Series : 1971: July-December
Catalog of Copyright Entries. Third Series : 1971: Title Index
Catalog of Copyright Entries. Third Series : 1972: January-June
Catalog of Copyright Entries. Third Series : 1972: July-December
Catalog of Copyright Entries. Third Series : 1972: Title Index
Catalog of Copyright Entries. Third Series : 1973: January-June
Catalog of Copyright Entries. Third Series : 1973: July-December
Catalog of Copyright Entries. Third Series : 1973: Title Index
Catalog of Copyright Entries. Third Series : 1974: January-June
Catalog of Copyright Entries. Third Series : 1974: January-June: Index
Catalog of Copyright Entries. Third Series : 1974: July-December
Catalog of Copyright Entries. Third Series : 1974: July-December: Index
Catalog of Copyright Entries. Third Series : 1975: January-June
Catalog of Copyright Entries. Third Series : 1975: January-June: Index
Catalog of Copyright Entries. Third Series : 1975: July-December
Catalog of Copyright Entries. Third Series : 1975: July-December: Index
Catalog of Copyright Entries. Third Series : 1976: January-June
Catalog of Copyright Entries. Third Series : 1976: January-June: Index
Catalog of Copyright Entries. Third Series : 1976: July-December
Catalog of Copyright Entries. Third Series : 1976: July-December: Index
Catalog of Copyright Entries. Third Series : 1977: January-June
Catalog of Copyright Entries. Third Series : 1977: January-June: Index
Catalog of Copyright Entries. Third Series : 1977: July-December
Catalog of Copyright Entries. Third Series : 1977: July-December: Index

©2011 Google - Google Books