

# Search copyright information

Works registered and documents recorded by the U.S. Copyright Office since January 1, 1978.

## || Online Records ||



### Search the Catalog

Search records of registered books, music, art, and periodicals, and other works. Includes copyright ownership documents.

 About the Catalog

View Tutorial

## || Other Services ||



### Find records prior to January 1, 1978

How to Register a Copyright

How to Record a Document

How to Get Copies of Copyright Office Records & Deposits

Search the Catalog of Copyright Entries

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000
(202) 707-3000 or 1-877-476-0778 (toll free)

Revised: 08-May-2012

Cited in Authors Guild v Google Inc
05Civ8136 Decided 5/31/12
Archived on 6/6/12
This document is protected by copyright.
Further reproduction is prohibited without permission.