UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, INC., et al.,

        Plaintiffs,

    v.

GOOGLE INC.,

        Defendant.

6/19/12

~~[PROPOSED]~~ SCHEDULING ORDER

05 Civ. 8136 (DC)

CHIN, Circuit Judge

    IT IS HEREBY ORDERED, at the request of the parties, as follows:

    The following deadlines shall apply:

    a. Motions for summary judgment shall be filed by ~~August~~ July 27, 2012. (DC)

    b. Oppositions to motions for summary judgment shall be filed by ~~September~~ August 24, 2012. (DC)

    c. Replies in support of motions for summary judgment shall be filed by ~~October 15~~ September 17, 2012. (DC)

    Oral argument on the motions for summary judgment is set for ~~November~~ October 9, 2012 at 10 AM. (DC)

    SO ORDERED.

Dated:    New York, New York
            June 19, 2012

                                      DENNY CHIN
                                      United States Circuit Judge
                                      Sitting by Designation