UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | 05 cv 08136 (DC)<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>**ECF Case** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Babak Siavoshy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Digital Humanities Scholars and Law Professors as *amici curiae* in the above-captioned action. We will submit a motion for leave to file as *amici curiae* after admission Pro Hac Vice.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 23, 2012

Respectfully Submitted,

_____
Babak Siavoshy
California Bar # 264182
University of California, Berkeley, School of Law
Samuelson Law, Technology & Public Policy Clinic
351 Boalt Hall
Berkeley, CA 94720-7200
T: (510) 643-6552 / F: (510) 643-4625
bsiavoshy@law.berkeley.edu

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 17, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BABAK SIAVOSHY, #264182 was admitted to the practice of law in this state by the Supreme Court of California on July 31, 2009; that from the date of admission to November 22, 2010, he was an ACTIVE member of the State Bar of California; that on November 22, 2010, he transferred at his request to the INACTIVE status; that from that date to January 17, 2012, he was an INACTIVE member of the State Bar of California; that on January 17, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | 05 cv 08136 (DC) <br><br> **ORDER FOR ADMISSION PRO HAC VICE** <br><br> **ECF Case** |

The motion of Babak Siavoshy, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:  Babak Siavoshy

Firm Name:  University of California, Berkeley, School of Law

              Samuelson Law, Technology & Public Policy Clinic

Address:  University of California, Berkeley, School of Law

            Samuelson Law, Technology & Public Policy Clinic

            351 Boalt Hall

City / State / Zip:  Berkeley, CA 94720-7200

Telephone / Fax:  (510) 643-6552 / (510) 643-4625

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Digital Humanities Scholars and Law Professors as *amici curiae* in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

DATED:

_____
United States District / Magistrate Judge

## **PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Alameda County, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is University of California, Berkeley, School of Law, 396 Simon Hall, Berkeley, CA 94720.

On July 24, 2012, I served a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE in the manner described below:

  X  (BY U.S. MAIL) I am personally and readily familiar with the business practice of University of California, Berkeley, School of Law for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Berkeley, California, and

  X  (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through the University of California Berkeley, School of Law's electronic mail system from olayug@law.berkeley.edu to the email addresses below:

Daralyn J. Durie
Joseph C. Gratz
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Fax: 415-236-6300
Email: ddurie@durietangri.com
       jgratz@durietangri.com

Robert J. Larocca
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-238-1968
Email: rlarocca@kohnswift.com

Michael J. Boni
Joanne E. Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610-822-0200
Fax: 610-822-0206
Email: mboni@bonizack.com
       jzack@bonizack.com

Sanford P. Dumain
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212-594-5300
Fax: 212-868-1229
Email: sdumain@milberg.com

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on July 24, 2012, in Berkeley, California.

_____
Olivia J. Layug
University of California, Berkeley, School of Law
396 Simon Hall
Berkeley, CA 94720-7200
(510) 643-0231