DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
DAVID McGOWAN (*Pro Hac Vice*)
dmcgowan@durietangri.com
GENEVIEVE P. ROSLOFF (*Pro Hac Vice*)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Civil Action No. 05 CV 8136 (DC)<br>**ECF Case** |

**NOTICE OF DEFENDANT GOOGLE INC.'S
MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY
ADJUDICATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant Local Civil Rule 7.1, Defendant GOOGLE INC. ("Defendant"), by its undersigned counsel, hereby moves this Court for summary judgment or in the alternative summary adjudication against Plaintiffs THE AUTHORS GUILD, INC., Associational, and BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated ("Plaintiffs") on all of Defendant's claims against Plaintiffs in this proceeding.  The grounds for this Motion are set forth in detail in the accompanying Memorandum of Points and Authorities, the Statement of Material Facts Not in Dispute Pursuant to Local Civil Rule 56.1, and the Declarations of Judith A. Chevalier, Dan Clancy, Joseph C. Gratz, Albert N. Greco, Kurt Groetsch, Bruce S. Harris, Brad Hasegawa, Stephane Jaskiewicz, and Gloriana St. Clair, and the exhibits thereto, filed concurrently with this Motion.  Defendant further respectfully requests oral argument on its motion.

Dated: July 27, 2012

Respectfully submitted,

By:    */s/ Joseph C. Gratz*
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
DAVID McGOWAN (*Pro Hac Vice*)
dmcgowan@durietangri.com
GENEVIEVE P. ROSLOFF (*Pro Hac Vice*)
grosloff@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendant Google Inc.