# EXHIBIT B

Google **Steve Hovley** 🔍 Sign in

Search       About 1,160 results (0.22 seconds)          SafeSearch off ▾   ⚙

Web
Images
Maps
Videos
News
Shopping
Books
More

Browse books

Any books
Preview available
Google eBooks
Free Google
eBooks

Any document
Books
Magazines

List view
Grid view

Any time
21st century
20th century
19th century
Custom range...

Sorted by
relevance
Sorted by date

**The 1969 Seattle Pilots: major league baseball's one-year team - Page 71**
books.google.com
Kenneth Hogan - 2006 - 198 pages - Preview
Milkes replaced them with another left-handed pitcher, Gary Roggenburk, who was acquired on the waiver wire from Boston, and young outfielder **Steve Hovley** Hovley was a talented college ballplayer who had not endeared himself to ...

**Baseball Digest - Feb 1983 - Page 72**
books.google.com
Vol. 42, No. 2 - 96 pages - Magazine - Full view
1969 SEATTLE PILOTS Batters HR Avg. 1B DonWinton 25 .246 2B John Donaldson 1 .234 SS Ray Oyler 7 .165 3B Terry Harper 9 .235 LF Tommy Davis 6 .271 CF Wayne Comer 15 .245 RF **Steve Hovley** 3 .277 C Jerry McNertney 8 .241 Pitchers WL ERA ...

**Ball four**
books.google.com
Jim Bouton, Leonard Shecter - 1990 - 504 pages - Snippet view
**Steve** said he thought that was pretty interesting, because when Joe says to dress like a major-league ballplayer he means there's a certain style of dress followed by baseball players and you're supposed to conform. In fact **Hovley** and I ...
More editions


**2011 Standard Catalog Of Baseball Cards - Page 443**
books.google.com
Bob Lemke, Robert F. Lemke - 2010 - 1848 pages - Google eBook - Preview
Balor Moore Joe Lahood Steve Garvey Dave Hamilton Dusty Baker Toby Harrah Don Wilson Aurelio Rodriguez St. Louis ... Bob Miller Baltimore Orioles Team Mike Strahler Al Kaline Mike Jorgensen **Steve Hovley** Ray Sadecki Glenn Borgmann Don ...
More editions


**2010 Standard Catalog of Baseball Cards - Page 485**
books.google.com
Don Fluckinger - 2009 - 1560 pages - Google eBook - Preview
... Bobby Murcer Nellie Briles Fred Patek Mike Epstein Dave Marshall Steve Hargan Duane Josephson Steve Garvey Eddie Fisher Jack Aker Ron Brand Del Rice Ollie Brown Jamie McAndrew Willie Horton Eddie Leon **Steve Hovley** Moe Drabowsky Dick ...
More editions


**Standard Catalog of Vintage Baseball Cards - Page 556**
books.google.com
Bob Lemke - 2011 - 696 pages - Google eBook - Preview
... 13 Dave Marshall 15.00 6.00 3.00 14 Steve Hargan 15.00 6.00 3.00 15 Duane Josephson 15.00 6.00 3.00 16 Steve Garvey ... Horton 15.00 6.00 3.00 24 Eddie Leon 15.00 6.00 3.00 25 **Steve Hovley** 15.00 6.00 3.00 26 Moe Drabowsky 15.00 6.00 ...


**Standard Catalog of Baseball Cards**
books.google.com
Bob Lemke, Bob Lemke - 2000 - 1661 pages - Snippet view
... 16 Ken Singleton 2.00 1.00 .60 103 Rich Severson 2.00 1.00 .60 496 Steve Whitaker 2.50 1.25 .70 1T Billy Sorrell ... .70 22 Phil Roof 2.00 1.00 .60 109 **Steve Hovley** 2.00 1.00 .60 502 Rollie Fingers 16.00 8.00 4.75 23 Oscar Gamble ...


**Angels Journal: Year by Year and Day by Day With the Los Angeles ... - Page 91**
books.google.com
John Snyder - 2010 - 448 pages - Google eBook - Preview
In the fifth, Ryan made his third error on yet another attempted pick off at first base, this time with Freddie Patek on the bag. Ryan had a no-hitter in progress until **Steve Hovley** led off the eighth with a single.
More editions


**Nine Innings: The Anatomy of a Baseball Game - Page 128**
books.google.com
Daniel Okrent - 2000 - 288 pages - Preview
"For **Steve Hovley** and Jerry McNertney!" Hovley and McNertney were notably undistinguished ball players who typified the Seattle talent; the "ten eight" especially galled Selig when he learned, in 1981, that the New York Mets had been ...
More editions

**Ebony - Jun 1972 - Page 162**
books.google.com
Vol. 27, No. 8 - 192 pages - Magazine - Full view
... Richie Sheinblum and **Steve Hovley** — are expected to make the team even stronger offensively. Cookie Rojas had a comparatively good year defensively and at the plate, and was heavily credited— along with Amos Otis— for making Kansas ...


1 2 3 4 5 6 7 8 9 10    Next

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

Ads

**Located: Steve Hovley**
www.instantcheckmate.com/
Information found on Steve Hovley
**Steve Hovley** found in database.

**Steve Hovley**
www.ebay.com/
Looking for **Steve Hovley**? When it's on your mind, it's on eBay.™

**We Found Steve Hovley**
www.peoplefinders.com/
Current Address, Phone and Age.
Find **Steve hovley**, Anywhere.

**We Found Steve Hovley**
www.intelius.com/
Current Phone, Address, Age & More.
Instant & Accurate **Steve Hovley**

See your ad here »