# EXHIBIT C

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

Google

Sign in

**Books**

[Steve Hovley]

Add to my library ▾ | Write review

# Ball four



g+1  0

★★★★☆
163 Reviews

**Jim Bouton**, Leonard Shecter

John Wiley & Sons, Jul 26, 1990 - 504 pages

Twentieth-anniversary edition of a baseball classic, with a new epilogue by Jim Bouton.

When first published in 1970, Ball Four stunned the sports world. The

More »

### From inside the book

[Steve Hovley]

[Search]

34 pages matching Steve Hovley in this book

Page 233

Steve Hovley has been called up Old Tennis Ball Head been had

---

No eBook available

**GET PRINT BOOK**

Amazon.com - $10.85
Barnes&Noble.com - $10.95
Books-A-Million - $10.95
IndieBound

Find in a library
All sellers »

                

**New! Shop for Books on Google Play**

Browse the world's largest eBookstore and start reading today on the web, tablet, phone, or ereader.

Go to Google Play Now »