# EXHIBIT D



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

Sign in

Google

Books

Steve Hovley

🔍

Add to my library ▾    Write review

No eBook available

GET PRINT BOOK

Amazon.com - $10.85
Barnes&Noble.com - $10.95
Books-A-Million - $10.95
IndieBound

Find in a library
All sellers »

New! Shop for Books on Google Play

Browse the world's largest eBookstore and start reading today on the web, tablet, phone, or ereader.

Go to Google Play Now »

My library
My History

Books on Google Play

34 pages matching Steve Hovley in this book

Steve Hovley    Search

Page 233

**Steve Hovley** has been called up. Old Tennis Ball Head hasn't had a haircut since he left. Which means Joe Schulz had four comments to him the very first day.
   "Where's your barber?"
   "Don't you need a haircut?"

Page 237

well, I think it looks nothesum," Marty Pattin says.
   Moments later, perhaps feeling bad about his comment, or perhaps wishing to stick the needle in further, Pattin approaches **Hovley** and says, "I don't care how long you wear your hair, **Hovley**. You can wear it down to your ass as far as I'm concerned."

Page 288

   At the start of this trip Joe Schulz called in **Steve Hovley** and said, "I want you to start dressing like a major-league ballplayer." Joe only said that because **Steve** wears Levi's to the park sometimes

Where's the rest of this book?

What people are saying - Write a review