**EXHIBIT E**

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

**Google** Black's Law Dictionary  🔍   Sign in

## Search

About 1,060,000 results (0.34 seconds)     SafeSearch off ▾   ⚙

- Web
- Images
- Maps
- Videos
- News
- Shopping
- **Books**
- More

Browse books

**Any books**
Preview available
Google eBooks
Free Google eBooks

**Any document**
Books
Magazines

**List view**
Grid view

**Any time**
21st century
20th century
19th century
Custom range...

**Sorted by relevance**
Sorted by date

---

**Black's Law Dictionary | store.westlaw.com**   Ads
store.westlaw.com/black's-law
Shop for **Black's Law Dictionary** at West® and Save with Free Shipping!

**Black Law Dictionary | Ask.com**
www.ask.com/Black+Law+Dictionary
Find **Black Law Dictionary**; Online at Ask.com. Try It Now!

**Black's Law Dictionary | Half.com**
www.half.com/Books
half.com is rated ★★★★☆ 631 reviews
Find **Black's Law Dictionary** at Half.com. Shop Now & Save!

---

**Black's Law Dictionary**

books.google.com
Bryan A. Garner, Jeff Newman, Tiger Jackson - 2011 - 860 pages - No preview
The essential companion dictionary to the Standard edition and as a stand-alone tool, Black's Pocket Dictionary also includes a dictionary guide and the complete U.S. Constitution.
More editions

**A law dictionary containing definitions of the terms and phrases ...**
books.google.com
Henry Campbell Black - 1910 - 1314 pages - Free Google eBook - Read
BLACK'S DICTIONARY OF LAW SECOND EDITION ... The letter marked on the ballots by which, among the Romans, the people voted against a proiwsed **law**. It was the initial letter of the word "antiquo," I am for the old **law**.
More editions

**Black's law dictionary**
books.google.com
Henry Campbell Black, Bryan A. Garner - 2001 - 796 pages - No preview
Features more than ten thousand legal terms and includes a dictionary guide and the complete United States Constitution.

**Black's Law Dictionary**
books.google.com
Bryan A. Garner - 2004 - No preview
Black's is cited more than any other legal dictionary, comes recommended by law faculty, and is available in the pocket format and a variety of other useful editions.

**Black's law dictionary: containing definitions of the terms and ...**
books.google.com
Henry Campbell Black - 1933 - 1943 pages - No preview

**Black's law dictionary: definitions of the terms and phrases of ...**
books.google.com
Henry Campbell Black, West Publishing Company, St. Paul - 1973 - 1882 pages - No preview

**Black's law dictionary: Definitions of the terms and phrases of ...**
books.google.com
Henry Cambell Black, JOSEPH R. NOLAN., M. J. CONNOLLY. - 1983 - 851 pages - No preview
More editions

**Black's law dictionary**
books.google.com
publisher's editorial staff - 1136 pages - No preview

**Law Dictionary**
books.google.com
Henry Campbell Black - 1994 - 1500 pages - No preview
More editions

**Garner on Language and Writing - Page 351**

books.google.com
Bryan A. Garner, Ruth Bader Ginsburg - 2009 - 839 pages - Preview
ta, ta, ta, Preface to the First Pocket Edition of **Black's Law Dictionary** Every SUBJECT HAS its seminal reference book — the one that becomes a household word. When you think of world records, you think of Guinness; of encyclopedias, ...
More editions



**1** 2 3 4 5 6 7 8 9 10    **Next**

Advanced search    Search Help    Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google

---

**Ads**

**Legal terms dictionary**
www.findlaw.com/
FindLaw - Online Legal **Dictionary**.
All Terms & Resources. Learn Now.

**LexisNexis Official Store**
www.lexisnexis.com/store
LexisNexis® Store - Buy **Law** Firm,
Corporate & Government Books Now!

**Blacks Law Dictionary**
www.info.com/BlacksLawDictionaryOnline
Online Info.
Access 10 Search Engines At Once.

**Black's Law Dictionary**
www.finderscheapers.com/Price-Search
Compare Prices and Save More Now on
**Black's Law Dictionary** Books!

**Ask a Lawyer Online Now**
law.justanswer.com/Law
A Lawyer Will Answer You Now!
Questions Answered Every 9 Seconds.

**Free Black Law Dictionary**
www.attrakt.com/
Find, Create, Share Infos on
Free **Black Law Dictionary**

**Compare Textbook Prices:**
www.booksprice.com/
**Black's law dictionary**
Find the Lowest Price!

**Black Law Dictionary**
www.ehow.com/
eHow **Black Law Dictionary**
Tips From People Like You

See your ad here »