**EXHIBIT 4**

Page 1

1  **C O N F I D E N T I A L**
2  UNITED STATES DISTRICT COURT
3  SOUTHERN DISTRICT OF NEW YORK
4  ------------------------------------X
5  THE AUTHORS GUILD, et al.,
6
7                    Plaintiffs,
8       - against-              Master File No.
9                                05 CV 8136-DC
10
11 GOOGLE, INC.,
12                    Defendant.
13 ------------------------------------X
14
15              June 8, 2012
16              9:30 a.m.
17
18       Deposition of JUDITH A. CHEVALIER,
19   held at the offices of Milberg, LLP, One
20   Penn Plaza, New York, New York, pursuant to
21   Agreement, before NANCY SORENSEN, a Notary
22   Public of the State of New York.
23
24
25

```
                                                    Page 88
 1       J.A. Chevalier - C O N F I D E N T I A L
 2  digital copies is not germane to your report?
 3       A.    Whether or not the libraries have
 4  made a digital copy and what it is that the
 5  library will do with them, is not, is outside
 6  the scope of my assignment.
 7            It may be important to the case, but
 8  it is not important to my report.
 9       Q.    Do you know with respect to the
10  Google Library Project, not the Partner Program
11  portion, how many of the books that Google scans
12  and includes in the search tool, as you describe
13  it, were commercially available books, as
14  opposed to not commercially available books?
15       A.    I don't know that.
16       Q.    If I told you that 90 percent of the
17  books were not commercially available, would
18  that affect your opinions in any way?
19       A.    That would not affect my opinions.
20       Q.    If I told you that they were 10
21  percent, would that affect your opinion?
22       A.    No.
23       Q.    Referring you to paragraph 10 on page
24  3 of your report, about a little, you know, over
25  halfway down, there is a sentence that begins,
```