# EXHIBIT A

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
DAVID F. MCGOWAN (*Pro Hac Vice*)
dmcgowan@durietangri.com
GENEVIEVE P. ROSLOFF (*Pro Hac Vice*)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Civil Action No. 05 CV 8136 (DC)<br>**ECF Case** |

**EXPERT REPORT OF PROFESSOR ALBERT N. GRECO**

**May 3, 2012**

1.      I am a professor of Marketing at Fordham University's Schools of Business: The Gabelli School of Business and the Graduate School of Business Administration.  I have studied the U.S. book publishing industry for twenty-seven years.  I am the author or editor of twelve scholarly books, twenty scholarly articles, and nineteen chapters in edited volumes.  The vast majority of these publications addressed some aspect of the book publishing industry.  I also have worked on ten professional books containing essays and statistical datasets about the book industry.  My curriculum vitae is attached to this report as Exhibit A.  Cases in which I testified previously are listed in Exhibit B.  I am being paid $350 per hour for my work on this case.  A list of materials provided by counsel for Google Inc. that I considered in the preparation of this report is attached as Exhibit C; other materials I considered are cited herein.

2.      I have been asked to describe the following:

   a.     Characteristics and practices in the book industry, such as mergers, acquisitions, and reversions, that affect one's ability to locate rights holders for books;

   b.     The benefits to authors of making it easy for potential readers to find their books; and

   c.     Industry custom and practice pertaining to the sales and marketing of books, and in particular to the practice of allowing potential buyers to search within books.

3.      In brief, my opinion on these topics is as follows:

   a.     Given the many factors that make it difficult to trace rights holders, it would be infeasible to clear rights for any comprehensive attempt to digitize books, such as the 20 million plus books in Google Books.

   b.     Custom and practice in the book industry recognize that it is both difficult for authors to have their works discovered by potential readers and important for authors to make it easy for readers to find their works. Search tools such as Google Books, which make it easier for authors to be found, benefit rather than harm authors.

   c.     Authors are paid for sales, not searches.  Both as a matter of industry custom and practice, and in my own personal experience, authors do not receive royalties in return for allowing their works to be searched.  Search tools benefit authors, and it makes no sense for authors to demand payment or to be paid for the development of things that help them sell books.

1

4.      I understand that Google has scanned more than 20 million books in connection with the Google Books project.[1]  Users may search the text of these books to find books they might wish to buy or check out from a library.[2]  For some books that are subject to copyright, a user's search may return a "snippet" of text.[3]  On each page that shows a snippet, Google provides links to bookstores or libraries where the book identified by a search may be bought or borrowed.[4]  Google displays no more than three snippets in response to a search, no matter how many times a search term appears in a book.[5]  Google does not display snippets for reference works such as dictionaries,[6] and its technology prevents users from viewing a full page of a book or stitching snippets together to copy a whole book.[7]

5.      Other books are in Google's "Partner Program."  Publishers of books in this program have given Google permission to display full pages of text rather than snippets.  Over 45,000 publishers have signed up for this program, which includes over 2.5 million books.[8]  One of my books, *The Book Publishing Industry*, is in the partner program.

6.      The nature of the book publishing industry makes for a very complicated rights situation that, for some books, can be very costly and difficult if not impossible to unravel. Based on my knowledge of the industry, and given the comprehensiveness of Google Books, in my opinion it would not have been possible to find the copyright holder for a significant portion of those books, much less all of them.

---

[1] Declaration of Daniel Clancy in Support of Google's Opposition to Plaintiffs' Motion for Class Certification ¶4. For books that come from libraries working with Google, the library may choose to download a copy of books it has provided to be scanned.  Defendant Google Inc.'s Supplemental Narrative Responses and Objections to Plaintiffs' Second Request for Production of Documents and Things, November 2, 2011, p. 8.

[2] *Id.* ¶2.

[3] *Id.*

[4] *Id.* ¶3.

[5] *Id.* ¶8

[6] *Id.* ¶9; Deposition of Daniel Clancy, February 10, 2012, at 90; 188.

[7] Clancy Declaration ¶10.

[8] *Id* ¶6.

2

7.      The Register of Copyrights records 8,636,703 books registered between 1923 and 2009.[9] These books are the product of many different publishers. The Commerce Department, for example, tracks slightly more than 3,000 publishing firms.[10] That 45,000 publishers participate in Google's Partner program indicates that the Commerce Department data reveal just the tip of the iceberg.

8.      This large number of publishers is not static. From a rights clearance point of view it can represent a moving target because mergers and acquisitions are common in the book publishing industry. Particularly in the 1960s, a trend in which companies undertook conglomerate mergers led to the acquisition, and sometimes repeated acquisition, of publishers.[11] Conglomerate mergers often did not work out, however, which led to more transactions as conglomerates divested their publishing interests. Overall, there were 1,253 mergers and acquisitions reported in the book industry between 1960 and 2001.[12] These transactions affect

---

[9] See historical data related to the Annual Report of the Register of Copyrights covering the years 1923-2009 at www.loc.gov. Data for 2005 was not available; no estimate was made for that year. I also reviewed annual new book title output from the R.R. Bowker Company. Between 1923 and 2009, Bowker listed 6,178,247 new published books. Jean Peters. "Book Industry Statistics from the R.R. Bowker Company." *Publishing Research Quarterly 8,* 3 (Fall 1992): 12-23. Also see various issues of *The Bowker Annual* and *The Library and Book Trade Almanac* 1990-2000; and Bowker press release "New Book Titles and Editions, 2002-2010; May 2011. *The Bowker Annual* changed its name to *The Library and Book Trade Almanac* in 2008. Also see Albert N. Greco. *The Book Publishing Industry 2nd ed.* (Mahwah, NJ: Erlbaum, 2004), pages 338-341.

[10] See U.S. Department of Commerce, Bureau of the Census. *The Statistical Abstract of the United States 2012* (Washington, DC: U.S. Department of Commerce, Bureau of the Census, 2012), page 709, Table 1128. Also see

www.census.gov/services/sas/data_sumary51.html; www.census.gov/services/sas/sas_data/sas51.html.

[11] For example, Bantam Books was launched in 1945 by Ian and Betty Ballantine. At that time, the company was owned by the Curtis Circulation Company, Grosset & Dunlap, and a few other investors. In 1968 Bantam was sold to National General Cinema, which was itself sold to the American Financial Corporation when it acquired National General Cinema in 1973. That same year Giovanni Agnelli's Instituto Finanazario Industriale (IFI) purchased Bantam for $70 million. In 1976 Agnelli sold 51% of Bantam to Bertelsmann AG. In 1986 Bertelsmann purchased Doubleday Dell, merging them into Bantam Doubleday Dell. In 1998 Bertelsmann bought Random House from the Newhoouse-Conde Nast operation.

[12] Albert N. Greco. "Mergers and Acquisitions in the U.S. Book Publishing Industry: 1960-1989," in *International Book Publishing: An Encyclopedia*, ed. Philip G. Altbach and Edith S. Hoshino (New York: Garland Publishing, 1995), pp. 229-242; Albert N. Greco. "Publishing Economics: Mergers and Acquisitions Within the Publishing Industry 1980-1989," in *Media Economics: Theory and Practice*, ed. Alison Alexander, James Owers, and Rodney Carveth (Hillsdale, NJ: Erlbaum, 1993), pages 205-224; Albert N. Greco. "The Impact of Horizontal Mergers and Acquisitions on Corporate Concentration in the U.S. Book Publishing Industry: 1989-1994," The *Journal of Media Economics 12*, 3(Fall 1999): 165-180; Albert N. Greco. "Market Concentration in the U.S. Consumer Book Industry: 1995-1996," *The Journal of Cultural Economics 24*, 4 (November 2000): 321-336; Albert N. Greco, Clara E. Rodriguez, and Robert M. Wharton. *The Culture and Commerce of Publishing in the*

rights clearance because some companies or imprints were consolidated into existing companies and some were acquired and terminated with little or no public notice. Some publishers, of course, simply went out of business.[13]

9.      Rights clearance can also be a moving target because even if a publisher stays in business and keeps its name, the rights to a particular book may have reverted to the author.[14] Publishers typically have the right to declare a book out of print; in some cases such a declaration either causes the rights to revert to the author or allows the author to claim the rights.[15] I have signed 12 book contracts and have obtained reversions of the rights in my own books.No public notice is required if that happens.  A person or company looking to clear copyright on a book might have no way of knowing whether to contact the publisher or the author or authors.  Authors, such as plaintiffs in this case, may not be sure if they have the rights to their books.[16] If the publisher did not keep good records, it might not know whether it had the rights to a particular book, either.

10.      In addition to reversion, publishers, authors, or the estates of authors periodically sell print book rights. Some of these sales are well publicized by the media but most such transactions receive little or no public notice. There is no central agency or office reporting or tracking these rights transactions. In the vast majority of cases in which rights were sold, looking at the name of a book's publisher likely would not reveal who currently held the rights.

11.      As part of my scholarly study of the book publishing industry, I have discussed sales and marketing practices with over 50 academic publishers and with large commercial

---

*21st Century* (Stanford: Stanford University Press, 2007), pages 10-15; Albert N. Greco. *The Book Publishing Industry 2nd ed.* (Mahwah, NJ: Erlbaum, 2004), pages 64-67.

[13] Deposition of Joseph Goulden, January 6, 2012 pp. 70:6-71:6; Deposition of Jim Bouton 53:7-15.

[14] Goulden deposition pp. 61:22-24; Bouton deposition 75:3-9.

[15] Mr. Goulden testified in his deposition the "common industry practice" is "[w]hen it goes out of print, it's yours." *Id.* at 69: 12-14.

[16] Deposition of Betty Miles, January 3, 2012, pp.14-16; Goulden deposition 71:21-72:2.

4

publishers such as Random House, Penguin, HarperCollins, Simon & Schuster, Hachette, and Macmillan. I am of course familiar with the sales and marketing efforts for my books.

12.     It is both important and hard for an author to attract the public's attention to his or her book. The marketplace is crowded. Between 2008 and 2010 almost five million new book titles and editions were released.[17] These books compete for an audience with each other, with books from previous years that might catch a reader's eye, and with things other than books a reader might choose to buy. Especially given this situation, the easier it is for a reader to find an author's book and learn about it the more likely it is that the reader will buy it.

13.     Bookstore shelf space is very scarce. The number of book outlets in the U.S. has declined over the past several years: there were 25,137 outlets in the U.S. in 2002 and by 2010 that total had declined to 16,968.[18] Competition for space in the remaining outlets is strong. Between 2005 and 2010 traditional publishers alone issued over 1.7 million new titles, while a very large bookstore, such as the typical Barnes and Noble Superstore, carries between 150,000 and 170,000 unique book titles. (And the space such stores devote to books is shrinking, as they devote more space to games and toys.)[19] A book that does not sell well in such a store may be pulled from the shelves and returned to the publisher for a refund or credit, so even books that find space on the shelves may not stay there very long. There is also intense competition for book "shelf space" at other retailers, including specialty retailers such as Costco and Target.

14.     To get the attention of consumers in this environment, publishers often use some of a book's content to promote the book and they do not pay royalties for such uses.[20] The "snippet" view in Google Books is consistent with the types of uses considered promotional in the book industry. Indeed, as noted above, books in Google's Partner Program display more text

---

[17] R.R. Bowker. "Print Isn't Dead, Says Bowker's Annual Book Production Report." May 18, 2011. The 2010 data in this report are estimated.

[18] Dave Bogart, ed. *The Library and Book Trade Almanac*; various years. These totals exclude supermarkets (approximately 35,354) and convenience stores (about 120,000).

[19] Jim Milliot, Mixed Signals From B&N, *Publisher's Weekly*, December 2, 2011.

[20] Goulden deposition 78: 5-9.

than just snippets and over 45,000 publishers have signed up to partner with Google. I consider the full pages of text of *The Book Publishing Industry* that are available on Google Books to be a promotional use that is entirely consistent with sales and marketing custom and practice in the book publishing industry. Authors do not get paid for such promotional uses; they get paid when books are sold.[21]

15.    For these reasons, I do not believe there is a market for licensing "search options" such as "Search inside this book" and/or "snippets" of text. Based on my study of the book publishing industry as well as my own experience as an author, I see no reason to believe a market for snippet views, or for simply indexing books in a searchable form, is likely to emerge. Such indexing exists now on websites such as Amazon and it generates no payments for authors. More generally, it seems to get the economics of book publishing backward to think authors would or could charge a royalty for things that make it easier for readers to find their books, learn about them, and hopefully buy them. The market in which you pay me money to help potential buyers find my book is not a reasonable or realistic market.

Dated: May 3, 2012

Albert N. Greco

---

[21] And if the book is out of print, any promotional uses will typically only lead to the sale of used books, for which authors do not receive payment at all.

# EXHIBIT A

**ALBERT N. GRECO**
March 23, 2011

## BIOGRAPHICAL INFORMATION

**Home Address**:    183 South Queen Street
                     Bergenfield, N.J. 07621-2636
                     201-439-1839 [Home Office]    FAX: 201-384-7585
                     E-Mail: angreco@gmail.com      agreco@fordham.edu

**Fordham University**: Professor of Marketing
                     Fordham University
                     Graduate School of Business Administration
                         113 West 60th Street, Room #617F
                         New York, NY 10023-7404
                         212-636-6199    FAX 212-765-5573
                     Gabelli School of Business
                         Rose Hill
                         Collins Hall Room B-25
                         718-817-1894

**TEACHING**       **Fordham University Graduate School of Business Administration
                   Courses**:
                   Marketing Management (Summer 2008; Fall 2008; Spring 2009;
                       Summer 2009; Fall 2009; Spring 2010; Summer 2010; Fall 2010;
                       Spring 2011; Summer 2011)
                   Consumer Behavior (Summer 2005; Fall 2005; Summer 2006;
                       Summer 2007; Fall 2007; Summer 2008)
                   Entertainment Marketing (Fall 2008; Spring 2009)
                   The Motion Picture Industry (Spring 2002; Fall 2002; Spring 2003;
                       Spring 2004; Summer 2004; Fall 2004; Spring 2005;
                       Summer 2005; Summer 2007; Fall 2007; Fall 2008; Spring 2009;
                       Fall 2009; Spring 2010; Fall 2010; Spring 2011)
                   The Entertainment Industry (Summer 1999; Fall 1999;
                       Spring 2000; Summer 2000; Fall 2000; Winter 2001; Summer
                       2001; Fall 2001; Spring 2002; Summer 2002; Fall 2002; Spring
                       2003; Summer 2003; Fall 2003)
                   Business and the Mass Media (Winter 1997; Fall 1997; Winter 1999;
                       Fall 1997; Winter 1998; Spring 1999; Summer 2001; Fall 2001;
                       Summer 2002; Summer 2003)
                   Special Topics in Communications & Media Management: The
                       Book Publishing Business (Winter 1997; Winter 1998)
                   Magazine Management (Fall 1997)
                   Mass Media in America (Fall 1996; Spring 1997; Fall 1998)
                   Special Topics in Communications & Media Management:
                       Media Business and Sports (Winter 1998)
                   Special Topics in Communications & Media Management:

The Entertainment Industry (Winter 1998; Spring 1998;
Fall 1998; Winter 1999)
Special Topics in Communications & Media Management: The Motion
Picture Industry (Fall 1999; Spring 2000)

**Fordham University Gabelli School of Business**
**Courses:**
Principles of Marketing (Spring 2010; Fall 2010; Fall 2011, IP Sections;
Spring 2012)
Entertainment Marketing (Spring 2012)
Consumer Behavior (Spring 2005; Fall 2005; Spring 2006; Fall 2006;
Spring 2007; Fall 2007)
Special Topics: The Motion Picture Industry (Spring 2004; Fall 2004;
Spring 2005; Spring 2006; Fall 2006; Spring 2007; Fall 2008;
Fall 2009)
The Business of Publishing (Spring 2007)
Special Topics: The Book Publishing Industry (Fall 2005)
Special Topics: Media and Entertainment Industries (Spring 2004;
Fall 2004; Spring 2006)

**RESEARCH INTERESTS**
Entertainment Marketing
The Book Publishing Industry
The Scholarly Journal Industry
Strategic Marketing in the Creative Industries
Market Demand Analysis (Consumer; and Institutional)
Retailing, Channels of Distribution, and Demographics
International Marketing

**EDUCATION**
Ed.D. (1982)   New York University: Steinhardt School of Culture, Education, and Human
Development— Graphic Communications Management & Technology
[Technology and Industrial Education]. Graduate work in business administration
(Stern School of Business); business and economic history, economics (Graduate
School of Arts and Sciences); and labor relations and labor law, research methods
(Steinhardt School of Education)
M.A.  (1969)   Duquesne University [Modern European History]
B.A.  (1967)   Duquesne University [History]

**PROFESSIONAL MEMBERSHIPS**
American Marketing Association
The Society for Scholarly Publishing

**PUBLICATIONS**
**Books**
*Essential JSP: Critical Insights into the World of Scholarly Publishing: Vol. 2 Scholarly*

*Publishing in Emerging Nations* (Toronto: University of Toronto Press; 2012; printed book and digital e-book versions).

*Essential JSP: Critical Insights into the World of Scholarly Publishing: Vol. 1 University Presses*; edited and prepared an introduction, bibliography, and detailed statistical tables on university press publishing and title output (Toronto: University of Toronto Press; 2011; printed book and digital e-book versions).

*The State of Scholarly Publishing: Challenges and Opportunities;* edited and prepared an introduction and bibliography (New Brunswick, N.J.: Transaction Publications at Rutgers University; 2009).

*Book Industry Trends 2008* (New York: Book Industry Study Group, Inc., 2008); pp. 10-244; co-author (with Robert M. Wharton). Estimates (2006-2007) and projections (2008-2012) book unit, book dollar, and domestic consumer expenditure projections, etc.
**Portions of the statistical data have appeared in *The Statistical Abstract of the United States 2009*. Various projections appeared or were used in *The New York Times, The Wall Street Journal, The Washington Post, The Los Angeles Times, Time,* The Associated Press, *The New York Times Almanac, The International Herald Tribune*, and other publications; radio, and television stations in the U.S. and abroad.**

*The Culture and Commerce of Book Publishing in the 21st Century* co-author with Clara Rodriguez and Robert M. Wharton (Stanford, CA: Stanford University Press, 2007).
**Winner of the 2007 *Alpha Sigma Nu* award for the best professional (business) book published in the last three years. Sponsored by the Association of Jesuit Colleges and Universities.**
- **This book was translated into Chinese in 2010 by Renmin University Press (Beijing).**

*Book Industry Trends 2007* (New York: Book Industry Study Group, Inc., 2007); pp. 10-244; co-author (with Robert M. Wharton). Estimates (2005-2006) and projections (2007-2011) book unit, book dollar, and domestic consumer expenditure projections.

*Book Industry Trends 2006* (New York: Book Industry Study Group, Inc., 2006); pp. 9-244; co-author (with Robert M. Wharton). Estimates (2004-2005) and projections (2006-2010) book unit, book dollar, and domestic consumer expenditure projections.

*The Book Publishing Industry, 2nd edition* (Mahwah, NJ: Lawrence Erlbaum & Associates, 2005).
- **Selected as a "Baker Library Core Collection" book at Harvard Business School (February 15, 2007).**
- **This book was translated into Chinese in 2009.**

*Book Industry Trends 2005* (New York: Book Industry Study Group, Inc., 2005); pp. 9-243; co-author (with Robert M. Wharton). Five-year (2005-2009) book unit, book dollar, and domestic consumer expenditure projections.

*Media Economics: Theory and Practice*, *3rd edition* (Mahwah, NJ: Lawrence Erlbaum & Associates, 2004). Co-editor with Alison Alexander, James Owers, Rod Carveth, and Ann Hollifield. Author of Chapter 6 "The Economics of Books and Magazines," pp. 127-148. Co-author of "Preface," pp. vii-ix (with Alison Alexander, James Owers, Rod Carveth, and Ann Hollifield.

*Book Industry Trends 2004* (New York: Book Industry Study Group, Inc., 2004); pp. 6-242; co-author (with Robert M. Wharton). Five-year (2004-2008) book unit, book dollar, and domestic consumer expenditure projections.

*Book Industry Trends 2003* (New York: Book Industry Study Group, Inc., 2003); pp. 31-242; co-author (with Robert M. Wharton). Five-year (2003-2007) book unit, book dollar, and domestic consumer expenditure projections.

*Book Industry Trends 2002* (New York: Book Industry Study Group, Inc., 2002); pp. 36-264; co-author (with Robert M. Wharton). Five year (2002-2006) book unit, book dollar, and domestic consumer expenditure projections.

*Access for All: Closing the Book Gap for Children in Early Education* (Newark, DE: International Reading Association; 2001). Co-author (with Susan Neuman, Formerly Assistant Secretary of Education, U.S. Department of Education; Donna Celano; and Pamela Shue).

*Book Industry Trends 2001* (New York: Book Industry Study Group, Inc., 2001); pp. 19-231; co-author (with Robert M. Wharton, Jaak Jurison, and Cornelia H. McCarthy). Five year (2001-2005) book unit, book dollar, and domestic consumer expenditure projections.

*The Media and Entertainment Industries* (Boston: Allyn & Bacon, 2000). Editor and author of Introduction (pp. v-viii). Co-author (with Geoffrey P. Hull and Stan Martin) of a chapter on "The Structure of the Radio Industry" (pp. 122-156); author of revised and updated chapter on "The Structure of the Book Publishing Industry" (pp. 1-25) [portions originally published in *The Book Publishing Industry*].
- **Book translated into Chinese in 2006.**
  ***Mei ti yu yu chan ye* (Beijing: Qinghua da xue chu ban she, 2006).**

*Book Industry Trends 2000* (New York: Book Industry Study Group, Inc., 2000); pp. 2-4 through 3-30; co-author (with Cornelia H. McCarthy, Robert M. Wharton, and Jaak Jurison). Five year (2000-2004) book unit, book dollar, and domestic consumer expenditure projections.

*Book Industry Trends 1999* (New York: Book Industry Study Group, Inc., 1999); pp. 2-4 through 2-9; co-author (with Cornelia H. McCarthy). Five year (1999-2003) book unit, book dollar, and domestic consumer expenditure projections.

*The Book Publishing Industry* (Boston: Allyn & Bacon, 1997); (Mahwah, NJ: Lawrence Erlbaum & Associates, 2003; reprint).

*Advertising Management and the Business Publishing Industry* (New York: New York University Press, 1991).

5

*Editorial Excellence in Business Press Publishing: The Neal Awards*, ed. Frank C. Taylor and Albert N. Greco (New York: New York University Press, 1990). Co-Editor and Author of the "Foreword."

*Business Journalism* (New York: New York University Press, 1988).

**Journal Articles**

"The Market Demand for University Press Books: 2008-2015," co-author with Robert M. Wharton in the *Journal of Scholarly Publishing 41*, 1(October 2010): 1-15. The University of Toronto Press publishes *The Journal of Scholarly Publishing.*

"The Scholarly Book Buyer's Decision Process: A National Survey of University Faculty," co-author with Hooman Estelami and Robert Wharton in the *Journal of Scholarly Publishing 40,* 1(October 2008): 66-96.

"The Changing College and University Library Market for Non-Profit University Press Books and Journals: 1997-2005;" co-author with Hooman Estelami, Robert Wharton, and Robert Jones, in the *Journal of Scholarly Publishing* 39, 1 (October 2007): 1-32.

"Recent Trends in Scholarly Communication: 2001-2005;" The *Journal of Scholarly Publishing 37*, 3(July 2006): 288-306.

"The State of Scholarly Journal Publishing: 1981-2000;" The *Journal of Scholarly Publishing 37*, 2(April 2006): 155-214. Co-author with Hooman Estelami, Robert Jones, and Robert Wharton.

"A Bibliography of Books and Journal Articles on Scholarly Publishing;" *The Journal of Scholarly Publishing 37, 1(*October 2005): 48-54.

"The Changing Market for University Press Books: 1997-2002," *The Journal of Scholarly Publishing 36, 4(*July 2005): 187-220. Co-author with Robert Wharton and Hooman Estelami.

"The Price of University Press Books, 1989-2000: A Preliminary Report," *The Journal of Scholarly Publishing 35, 1(*October 2003): 4-39. Co-author with Walter O'Connor, Robert Wharton, and Sharon Smith.

"The Market for University Press Books in the United States: 1985-1999," *Learned Publishing 14*, 2(April 2001): 97-105. The Association of Learned and Professional Society Publishers in the United Kingdom publishes *Learned Publishing.*

"The General Reader Market for University Press Books in the United States, 1990-1999, With Projections for the Years 2000 through 2004," *The Journal of Scholarly Publishing 32*, 2(January 2001): 61-86.

"Market Concentration in the U.S. Consumer Book Industry: 1995-1996," *The Journal of*

*Cultural Economics 24*, 4(November 2000): 321-336. Wolters Kluwer in The Netherlands publishes *The Journal of Cultural Economics*.

"The Impact of Horizontal Mergers and Acquisitions on Corporate Concentration in the U.S. Book Publishing Industry: 1989-1994," *The Journal of Media Economics 12*, 3 (Fall 1999): 165-180. Lawrence Erlbaum & Associates published *The Journal of Media Economics* in the United States; now published by Informa PLC (Routledge).

"Domestic Consumer Expenditures for Consumer Books: 1984-1994," *Publishing Research Quarterly 14*(Fall 1998): 12-28. Transaction Periodicals Consortium at Rutgers University published *Publishing Research Quarterly*; now published by Springer.

"The Market for Consumer Books in the U.S.: 1985-1995*," Publishing Research Quarterly 13*(Spring 1997): 3-40.

"Shaping the Future: Mergers, Acquisitions, and the U.S. Publishing, Communication, and Mass Media Industries, 1990-1995," *Publishing Research Quarterly 12*(Fall 1996): 5-15.

"The First Amendment, Freedom of the Press, and the Issue of 'Harm:' A Conundrum for Publishers," *Publishing Research Quarterly 11*(Winter 1995/96): 39-57; excerpted from *The Book Publishing Industry*.

"U.S. Book Returns, 1984-1989," *Publishing Research Quarterly 8*(Fall 1992): 46-61; a portion of this material was used in *The Book Publishing Industry*.

"Teaching Publishing in the United States," *Book Research Quarterly 6*(Spring 1990): 12-19. *Book Publishing Quarterly* changed its name to *Publishing Research Quarterly* in 1991.

"Mergers and Acquisitions in Publishing, 1984-1988: Some Public Policy Issues," *Book Research Quarterly 5*(Fall 1989): 25-44.

"University Presses and the Trade Book Market: Managing in Turbulent Times," *Book Research Quarterly 3*(Winter 1987-1988): 34-53; a portion of this material was updated and used in *The Book Publishing Industry*.

**Chapters in Edited Volumes**
"'Black Swan' Confronts Book Exports and Imports in 2010," in the *Library and Book Trade Almanac 2011: 56th ed.* Dave Bogart (Medford, NJ: Information Today, Inc., 2011), pp. 505-524. [Formerly *The Bowker Annual*].

"A History of University Presses and Scholarly Journal Publishers: 1945-2007," in *The Oxford Companion to the Book, Vol. II*, eds. Michael F. Suarez and Henry R. Woudhuysen (Oxford: Oxford University Press, 2010), pp. 1128-1131 (double columns; very small type).

"Global Recession Dampens U.S. Book Exports and Imports in 2009," in the *Library and Book Trade Almanac 2010: 55th ed.* Dave Bogart (Medford, NJ: Information Today, Inc., 2010), pp.

499-522. [Formerly *The Bowker Annual*].

"U.S. Book Exports and Imports in 2008: A Year of Economic Uncertainty," in the *Library and Book Trade Almanac 2009: 54th ed.* Dave Bogart (Medford, NJ: Information Today, Inc., 2009), pp. 515-533 [formerly *The Bowker Annual*].

"The International Book Market in Transition: U.S. Book Exports and Book Imports 2007," in the *Library and Book Trade Almanac 2009: 53rd* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2008), pp. 545-563 [formerly *The Bowker Annual*].

"The International Market for U.S. Books: An Analysis of Exports and Imports, 2006," in *The Bowker Annual 2007: 52nd Edition,* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2007), pp. 495-513.

"The Market for U.S. Book Exports and Imports, 2005: Dynamic Changes," in *The Bowker Annual 2006: 51st Edition,* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2006), pp. 523-539.

"U.S. Book Exports and Imports, 2004" in *The Bowker Annual 2005: 50th Edition,* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2005), pp. 528-545.

"The Changing Market for U.S. Book Exports and Imports," in *The Bowker Annual 2004: 49th Edition,* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2004), pp. 514-530.

"U.S. Book Exports and Imports: 2002," in *The Bowker Annual 2003: 48th Edition,* ed. Dave Bogart (Medford, NJ: Information Today, Inc., 2003), pp. 520-534.

"U. S. Book Exports and Imports: 1999," in *The Bowker Annual 2000: 45th Edition,* ed. Dave Bogart (New Providence, NJ: R.R. Bowker, 2000), pp. 516-527 [a Reed Elsevier publication].

"International Book Title Output: 1990-1996," in *The Bowker Annual 2000: 45th Edition,* ed. Dave Bogart (New Providence, NJ: R.R. Bowker, 2000), pp. 528-531; slight revision of material originally published in 1999 [a Reed Elsevier publication].

"U. S. Book Exports and Imports: 1998," in *The Bowker Annual 1999: 44th Edition,* ed. Dave Bogart (New Providence, NJ: R.R. Bowker, 1999), pp. 539-547 [a Reed Elsevier publication].

"International Book Title Output: 1990-1996," in *The Bowker Annual 1999: 44th Edition,* ed. Dave Bogart (New Providence, NJ: R.R. Bowker, 1999), pp. 548-551 [a Reed Elsevier publication]; reprinted in 2000.

"Mergers and Acquisitions in the U.S. Book Publishing Industry: 1960-1989," in *International Book Publishing: An Encyclopedia*, ed. Philip G. Altbach and Edith S. Hoshino (New York: Garland Publishing, Inc., 1995), pp. 229-242; a portion of this material was updated and used in *The Book Publishing Industry*.

8

"Teaching Publishing: A Global Perspective," in *The Encyclopedia of Library and Information Science*, *Vol. 53, Supplement 16*, ed. Allen Kent (New York: Marcel Dekker, Inc., 1993), pp. 334-348.

"Publishing Economics: Mergers and Acquisitions Within the Publishing Industry 1980-1989," Chapter 9 (pp. 205-224) in *Media Economics: Theory and Practice*, ed. Alison Alexander, James Owers, and Rodney Carveth (Hillsdale, N.J.: Lawrence Erlbaum Associates, 1993); a portion of this material was updated and used in *The Book Publishing Industry*.

"Mergers and Acquisitions in Publishing, 1984-1988: Some Public Policy Issues," Chapter 5 (pp. 121-140) in *The Structure of International Publishing in the 1990s*, ed. Fred Kobrak and Beth Luey (New Brunswick, N.J.: Transaction Publishers, 1992; reprinted from *Book Research Quarterly*).

"The Business Publishing Industry in the United States," Chapter 4 (pp. 194-225) in *The Handbook of Business Publications*, ed. Iwao Obe (Tokyo, Japan: Nikkei Business Publications and Nihon Keizai Shimbun, Inc., 1989; in Japanese); a portion of this material was updated and used in *Business Journalism*.

**Chapter in Peer Reviewed Proceedings**
"Should Non-Profit University Presses Adopt An Open Access Policy and Print-On-Demand Procedures For All Of Their Scholarly Books?" Co-author with Robert M. Wharton in *Open Scholarship: Authority, Community, and Sustainability in the Age of the Web*, eds. Leslie Chan and Susana Mornati (Toronto, Canada: The 12th International Conference on Electronic Publishing, University of Toronto, 2008): 149-164.

**Other Works In Progress:**
**Books**

*Essential JSP: Critical Insights into the World of Scholarly Publishing: Vol. 4 The Economics of Scholarly Publishing* (Toronto: University of Toronto Press; under editorial review).

*Essential JSP: Critical Insights into the World of Scholarly Publishing: Vol. 3 Scholarly Journals* (Toronto: University of Toronto Press; under editorial review).

*The Book Publishing Industry*, revised 3rd ed. (New York: Taylor & Francis-Routledge; in progress for Summer 2012 submission).

**Book Reviews**
**Scholarly Journal**
Review of *Joan Collins: Actress, Author, Defendant: Random House v. Gemini Productions* by Suzanne Worden. *Publishing Research Quarterly* 14(Fall 1998): 86-88.

Review of *The Magazine in America 1741-1990* by John Tebbel and Mary Ellen Zuckerman. *Publishing Research Quarterly* 8(Spring 1992): 84-86.

9

Review of *The Huenefeld Guide to Book Publishing* by John Huenefeld. *Publishing Research Quarterly* 7(Spring 1991): 86-88.

**Publishers Weekly**
Review of *Harmony: Business, Technology, and Life After Paperwork* by Arno Penzias. *Publishers Weekly*, 27 March 1995, 72.

Review of *Beyond Workplace 2000: Essential Strategies for the New American Corporation* by Joseph H. Boyett with Jimmie T. Boyett. *Publishers Weekly*, 27 March 1995, 72.

Review of *Winning the Service Game* by Benjamin Schneider and David E. Bowen. *Publishers Weekly*, 20 February 1995, 192.

Review of *The Leadership Imperative: What Innovative Business Leaders Are Doing Today to Create the Successful Companies of Tomorrow* by Robert Heller. *Publishers Weekly*, February 20, 1995, 193.

Review of *Job Shock: How You Can Prosper During the Work Revolution Ahead* by Harry S. Dent, Jr. *Publishers Weekly*, 13 February 1995, 71.

Review of *Up The Loyalty Ladder: Turning Some-Time Customers Into Full-time Advo*cates *for Your Business* by Murray Raphel and Neil Raphel. *Publishers Weekly*, 13 February 1995, 71.

Review of *The Simple Art of Greatness: Building, Managing, and Motivating a Kick-Ass Work Force* by James X. Mullen. *Publishers Weekly*, 13 February 1995, 72.

Review of *White-Collar Blues: Management Loyalty in an Age of Corporate Restructuring* by Charles Heckscher. *Publishers Weekly*, 6 February 1995, 74.

Review of *Making It In America: Proven Paths to Success From Fifty Top Companies* by Jerry Jasinowski and Robert Hamrin. *Publishers Weekly*, 23 January 1995, 54-55.

Review of *Mastering Your Way to the Top: Secrets for Success From the World's Greatest Salesman and America's Leading Business People* by Joe Girard and Robert Casemore. *Publishers Weekly*, 16 January 1995, 450.

Review of *Jump Start Your Brain: A Proven Method for Increasing Creativity Up to 500%* by Doug Hall with David Wecker. *Publishers Weekly*, 2 January 1995, 68.

Review of *Customer Loyalty: How to Earn It, How to Keep It* by Jill Griffin. *Publishers Weekly*, 19 December 1994, 43.

Review of *Jesus, CEO: Using Ancient Wisdom for Visionary Leadership* by Beth Jones. *Publishers Weekly*, 12 December 1994, 58.

Review of *The Portable Executive: Building Your Own Job Security- From Corporate Dependency to Self Direction* by John A. Thompson with Catherine A. Henningsen. *Publishers Weekly*, 21 November 1994, 62.

Review of *Values-Based Leadership: Rebuilding Employee Commitment, Performance, and Productivity* by Susan Smith Kuczmarski and Thomas D. Kuczmarski. *Publishers Weekly*, 31 October 1994, 51.

Review of *Mastering The Challenges of Change: Strategies for Each Stage in Your Organization's Life Cycle* by LeRoy Thompson. *Publishers Weekly*, 31 October 1994, 52.

Review of *The Warren Buffet Way: Investment Strategies of the World's Greatest Investor* by Robert G. Hagstrom, Jr. *Publishers Weekly*, 10 October 1994, 57.

Review of *"Why Should White Guys Have All the Fun?"* by Reginald F. Lewis and Blair S. Walker. *Publishers Weekly*, 3 October 1994, 60-61.

Review of *Winnie-the-Pooh on Management: In Which A Very Important Bear and His Friends Are Introduced to a Very Serious Subject* by Roger E. Allen. *Publishers Weekly*, 26 September 1994, 48.

Review of *Beyond the Bottom Line: Putting Social Responsibility to Work for Your Business and the World* by Joel Makower and Business for Social Responsibility. *Publishers Weekly*, 19 September 1994, 62.

Review of *Enviro-Management: How Smart Companies Turn Environmental Costs into Profits* by D. Keith Denton. *Publishers Weekly*, 15 August 1994, 82.

Review of *Jungle Rules: How to Be a Tiger in Business* by John P. Imlay, Jr. with Dennis Hamilton. *Publishers Weekly*, 15 August 1994, 82.

Review of *In Pursuit of Principle and Profit: Business Success Through Social Responsibility* by Alan Reder. *Publishers Weekly*, 15 August 1994, 84.

Review of *Lessons from the Art of Juggling: How to Achieve Your Full Potential in Business, Learning, and Life* by Michael J. Gelb and Tony Buzan. *Publishers Weekly*, 15 August 1994, 84.

Review of *Managing Imitation Strategies: How Later Entrants Seize Markets from Pioneers* by Steve P. Schnaars. *Publishers Weekly*, 8 August 1994, 412.

Review of *The Monster Under the Bed: How Business is Mastering the Opportunity of Knowledge for Profit* by Stan Davis and Jim Botkin. *Publishers Weekly* 8 August 1994, 412, 414.

Review of *Competing for the Future: Breakthrough Strategies for Seizing Control of*

*Your Industry and Creating the Markets of Tomorrow* by Gary Hamel and C.K. Prahalad. *Publishers Weekly*, 8 August 1994, 414.

Review of *Real Time Strategic Change: How to Involve an Entire Organization in Fast and Far-Reaching Change* by Robert W. Jacobs. *Publishers Weekly*, 8 August, 1994, 414, 416.

Review of *Executive Economics* by Shlomo Maital. *Publishers Weekly*, 25 July 1994, 42.

Review of *Surviving the Coming Mutual Fund Crisis: How You Can Take Defensive Measures to Protect Your Money* by Donald Christensen. *Publishers Weekly*, 25 July 1994, 43.

Review of *Toppling the Pyramids: Redefining the Way Companies Are Run* by Gerald Ross and Michael Kay. *Publishers Weekly*, 18 July 1994, 229.

Review of *From Turmoil to Triumph: New Life After Mergers, Acquisitions, and Downsizing* by Mitchell Lee Larks. *Publishers Weekly*, 13 June 1994, 57.

Review of *It's Never Too Late to Get Rich: Secrets of Building a Nest Egg at Any Age* by James Jorgensen. *Publishers Weekly*, 6 June 1994, 51.

Review of *Success Runs in Our Race: The Complete Guide to Effective Networking in the African-American Community* by George Fraser. *Publishers Weekly*, 6 June 1994, 52.

Review of *Year One: Starting Out at Harvard Business School* by Robert Reid. *Publishers Weekly*, 23 May 1994, 70.

Review of *The Humane Corporation: Integrating Work, Play, and Learning* by Russell L. Ackoff. *Publishers Weekly*, 23 May 1994, 76.

Review of *The New Secrets Of A Corporate Headhunter: Strategies for Surviving and Thriving in the New World of Business* by John Wareham. *Publishers Weekly*, 16 May 1994, 58.

Review of *Money Meltdown: Restoring Order to the Global Currency System* by Judy Shelton. *Publishers Weekly*, 9 May 1994, 61.

Review of *Creating Strategic Change: Designing the Flexible, High-Performance Organization* by William A. Passmore. *Publishers Weekly*, 9 May 1994, 61.

Review of *Quality Wars: The Triumphs and Defeats of American Business* by Jeremy Main. *Publishers Weekly*, 2 May 1994, 298-299.

Review of *Managing Customer Value: Creating Quality and Services That Customers Can See* by Bradley T. Gale. *Publishers Weekly*, 2 May 1994, 299.

Review of *Corporate Restructuring: Managing the Change Process From Within* by Gordon Donaldson. *Publishers Weekly*, 4 April 1994, 68.

12

Review of *Why TQM Fails And What To Do About It* by Mark Graham Brown, Darcy E. Hitchcock, and Marsha L. Willard. *Publishers Weekly*, 4 April 1994, 68.

Review of *Ticking Bombs: Defusing Violence in the Workplace* by Michael Mantell with Steve Albrecht. *Publishers Weekly*, 4 April 1994, 68.

Review of *Strategic Brand Management: New Approaches to Creating and Evaluating Brand Equity* by Jean-Noel Kapferer. *Publishers Weekly*, 28 March 1994, 78.

Review of *For Entrepreneurs Only* by Wilson Harrell. *Publishers Weekly*, 28 March 1994, 79.

Review of *Service Success! Lessons from a Leader on How to Turn Around a Service Business* by Daniel I. Kaplan with Carl Rieser. *Publishers Weekly*, 14 March 1994, 58.

Review of *Thinking About Quality: Progress, Wisdom, and the Deming Philosophy* by Lloyd Dobyns and Clare Crawford-Mason. *Publishers Weekly*, 14 March 1994, 60.

Review of *Differences That Work: Organizational Excellence Through Diversity* edited by Mary C. Gentile. *Publishers Weekly*, 7 March 1994, 60.

Review of *Framebreak: The Radical Redesign of American Business* by Ian I. Mitroff, Richard O. Mason, and Christine M. Pearson. *Publishers Weekly*, 7 March 1994, 61.

Review of *Crisis in the Oil Patch: How America's Energy Industry Is Being Destroyed and What Must Be Done to Save It* by Donald Paul Hodel and Robert Deitz. *Publishers Weekly*, 7 March 1994, 62.

Review of *The Misunderstood Economy: What Counts and How to Count It* by Robert Eisner. *Publishers Weekly*, 28 February 1994, 66.

Review of *The End of Bureaucracy & The Rise of Intelligent Organization* by Gifford and Elizabeth Pinchot. *Publishers Weekly*, 28 February 1994, 70.

Review of *Peddling Prosperity: Economic Sense and Nonsense in the Age of Diminished Expectations* by Paul Krugman. *Publishers Weekly*, 14 February 1994, 76.

Review of *Life and Work* by James A. Autry. *Publishers Weekly*, 14 February 1994, 76.

Review of *The Age of Paradox* by Charles Handy. *Publishers Weekly*, 7 February 1994, 81.

Review of *Competitive Advantage Through People: Unleashing the Power of the Work Force* by Jeffrey Pfeffer. *Publishers Weekly*, 31 January 1994, 70.

Review of *Supercharging Corporate Performance: Business Ethics in Action* by Francis J. Aguilar. *Publishers Weekly*, 31 January 1994, 72.

13

Review of *What America Does Right: Learning From Companies That Put People First* by Robert H. Waterman, Jr. *Publishers Weekly*, 24 January 1994, 44.

Review of *Leading Change, Overcoming Chaos: A Seven State Process for Making Change Succeed in Your Organization* by Michael Heifetz. *Publishers Weekly*, 17 January 1994, 386.

Review of *Total Quality Management: Strategies and Techniques Proven at Today's Most Successful Companies* by Stephen George and Arnold Weimerskirch. *Publishers Weekly*, 17 January 1994, 394.

Review of *Save Your Business A Bundle: 202 Ways to Cut Costs and Boost Profits Now For Companies of Any Size* by Daniel Kehrer. *Publishers Weekly*, 10 January 1994, 51.

Review of *Vision, Values, and Courage: Leadership for Quality Management* by Neil H. Snyder, James J. Dowd Jr., and Dianne Mose Houghton. *Publishers Weekly* 10 January 1994, 53.

Review of *The Five Pillars of TQM: How to Make Total Quality Management Work For You* by Bill Creech. *Publishers Weekly*, 10 January 1994, 54-56.

Review of *Career Crash: America's New Mid-Life Crisis and Who Survives* by Barry Glassner. *Publishers Weekly*, 3 January 1994, 65.

Review of *Superior Supervision: The 10% Solution* by Raymond O. Loen. *Publishers Weekly*, 3 January 1994, 66.

Review of *Insanely Great: The Life and Times of Macintosh, the Computer That Changed Everything* by Steven Levy. *Publishers Weekly*, 20 December 1993, 61.

Review of *Don't Fire Them, Fire Them Up: A Maverick's Guide to Motivating Yourself and Your Team by the Man Who Turned Around the Sales Teams at Xerox* by Frank Pacetta with Roger Gittines. *Publishers Weekly*, December 13, 1993, 57.

Review of *The 10 Natural Laws of Successful Time and Life Management: Proven Strategies for Increased Productivity and Inner Peace* by Hyrum W. Smith. *Publishers Weekly*, 13 December 1993, 57-58.

Review of *Silent Depression: The Fate of the American Dream* by Wallace C. Peterson. *Publishers Weekly*, 13 December 1993, 58.

Review of *Global Paradox: The Bigger the World Economy, the More Powerful Its Smallest Players* by John Naisbitt. *Publishers Weekly*, 13 December 1993, 58.

Review of *Fast Forward: How to Win a Lot More Business in a Lot Less Time* by Michael LeBoeuf. *Publishers Weekly*, 6 December 1993, 65.

14

Review of *Platt Brothers and Company: Small Business in American Manufacturing* by Matthew W. Roth. *Publishers Weekly*, 6 December 1993, 63-64.

Review of *Marketing Myths That Are Killing Business: The Cure for Death Wish Marketing* by Kevin J. Clancy and Robert S. Schulman. *Publishers Weekly*, 22 November 1993, 56.

Review of *Turning Lost Customers Into Gold... And the Art of Achieving Zero Defections* by Joan Koob Cannie. *Publishers Weekly*, 22 November 1993, 52.

Review of *The Ecology of Commerce: Doing Good Business* by Paul Hawken. *Publishers Weekly*, 15 November 1993, 68.

Review of *The Articulate Executive: Orchestrating Effective Communication* edited by Fernando Bartolome. *Publishers Weekly*, 8 November 1993, 64-65.

Review of *Pure Instinct: Business' Untapped Resource* by Kathy Kolbe. *Publishers Weekly*, 8 November 1993, 68.

Review of *Managing the Professional Services Firm* by David H. Maister. *Publishers Weekly*, 1 November 1993, 60.

Review of *Managing With A Conscience: How to Improve Performance Through Integrity, Trust, and Commitment* by Frank Sonnenberg. *Publishers Weekly*, 1 November 1993, 62.

Review of *Members of the Club: The Coming of Age for Executive Women* by Dawn-Marie Driscoll and Carol R. Goldberg. *Publishers Weekly*, 18 October 1993, 54.

Review of *The Ten-Day MBA: A Step-by-Step Guide to Mastering the Skills Taught in America's Top Business Schools* by Steven Silbiger. *Publishers Weekly* 18 October 1993, 59.

Review of *Minding Mr. Market: Ten Years on Wall Street with Grant's Interest Rate Observer* by James Grant. *Publishers Weekly*, 18 October 1993, 60.

Review of *Scuttle Your Ships Before Advancing: And Other Lessons from History on Leadership and Change for Today's Managers* by Richard Luecke. *Publishers Weekly*, 4 October 1993, 60.

Review of *Lost Prophets: An Insider's History of the Modern Economists* by Alfred L. Malabre, Jr. *Publishers Weekly*, 27 September 1993, 51.

Review of *Patterns of High Performance: Discovering the Ways People Work Best* by Jerry L. Fletcher. *Publishers Weekly*, 27 September 1993, 55-56.

Review of *Healing the Wounds: Overcoming the Trauma of Layoffs and Revitalizing Downsized Organizations* by David M. Noer. *Publishers Weekly*, 20 September 1993, 56.

15

Review of *The Cost of Talent: How Executives and Professionals Are Paid and How It Affects America*. by Derek Bok. *Publishers Weekly*, 13 September 1993, 110.

Review of *Memoirs of a Recovering Autocrat: Revealing Insights for Managing the Autocrat in All of Us* by Richard W. Hallstein. *Publishers Weekly*, 13 September 1993, 112.

Review of *Technotrends: How You Can Go Beyond Your Competition By Applying Tomorrow's Technology Today* by Daniel Burrus with Roger Gittines. *Publishers Weekly*, 13 September 1993, 116.

Review of *High Wire Management: Risk-Taking Tactics for Leaders, Innovators, and Trailblazers* by Gene Calvert. *Publishers Weekly*, 13 September 1993, 118.

Review of *The Quality Journey: How Winning the Baldridge Sparked the Remaking of IBM* by Joseph H. Boyett, Stephen Schwartz, Laurence Osterwise, and Roy Bauer. *Publishers Weekly*, 6 September 1993, 74.

Review of *The Soul of a Business: Managing for Profit and the Common Good* by Tom Chappell. *Publishers Weekly*, 6 September 1993, 74.

Review of *Up the Agency: The Funny Business of Advertising* by Peter Mayle. *Publishers Weekly*, 16 August 1993, 96.

Review of *The Environmental Economic Revolution: Reality, Prosperity, and the New Environmental Economics* by Michael Silverstein. *Publishers Weekly*, 9 August 1993, 445.

Review of *21st Century Capitalism* by Robert Heilbroner. *Publishers Weekly*, 2 August 1993, 69.

Review of *The Diversity Advantage: How American Business Can Outperform Japanese and European Companies in the Global Marketplace* by John P. Fernandez with Mary Barr. *Publishers Weekly*, 2 August 1993, 69.

Review of *The Business Bible: Ten Commandments for Creating an Ethical Workplace* by Rabbi Wayne Dosick. *Publishers Weekly*, 2 August 1993, 70.

Review of *The Corporate Closet: The Professional Lives of Gay Men in America* by James D. Woods with Jay H. Lucas. *Publishers Weekly*, 19 July 1993, 242.

Review of *The Press and the World of Money: How the News Media Cover Business and Finance, Panic and Prosperity, and the Pursuit of the American Dream* by John Quirt. *Publishers Weekly*, 19 July 1993, 246.

Review of *The Winner Within: A Life Plan for Team Players* by Pat Riley. *Publishers Weekly*, 28 June 1993, 62.

16

Review of *The Healing Manager: How to Build Quality Relationships and Productive Cultures at Work* by William Lundin and Kathleen Lundin. *Publishers Weekly*, 17 May 1993, 60.

Review of *Reawakening the Spirit in Work: The Power of Dharmic Management* by Jack Hawley. *Publishers Weekly*, 10 May 1993, 66-67.

Review of *The Myth of Free Trade: A Plan for America's Economic Revival* by Ravi Batra. *Publishers Weekly*, 3 May 1993, 288.

Review of *In the Web of Ideas: The Education of A Publisher* by Charles Scribner, Jr. *Publishers Weekly*, 26 April 1993, 64.

Review of *Unique Value: The Secret of All Great Business Strategies* by Andrea Dunham and Barry Marcus with Mark Stevens and Patrick Barwise. *Publishers Weekly*, 26 April 1993, 63.

Review of *Marketing Masters: Secrets of America's Best Companies* by Gene Walden and Edmund O. Lawler. *Publishers Weekly*, 26 April 1993, 66.

Review of *The Care and Feeding of Ideas* by Bill Backer. *Publishers Weekly*, 5 April 1993, 57.

Review of *Reengineering the Corporation: A Manifesto for Business Revolution* by Michael Hammer and James Champy. *Publishers Weekly*, 29 March 1993, 40.

Review of *Inventing Desire: Inside Chiat/Day- The Coolest Players, The Big Business of Advertising* by Karen Stabiner. *Publishers Weekly*, 15 March 1993, 76.

Review of *Compassionate Capitalism: People Helping People Help Themselves* by Rich DeVos. *Publishers Weekly*, 8 March 1993, 62.

Review of *Citicorp: The Story of a Bank in Crisis* by Richard B. Miller. *Publishers Weekly*, 1 March 1993, 49.

Review of *An Invented Life: Meditations on Leadership and Change* by Warren Bennis. *Publishers Weekly*, 22 February 1993, 78.

Review of *Learning To Manage Change: Getting People to Work Together Productively* by Dean Tjosvold. *Publishers Weekly*, 15 February 1993, 230.

**Business Magazine Articles**
"What is 'Open Access' Book Publishing? What Impact Will It Have on the Book Industry?" *Publishing Trends*, August 2008, 7.

"Publishers Maneuver to Serve Burgeoning Graphic Arts Market." *Printing News*, 28 September 1998, 1, 12-13.

"Ad Sales Gain Momentum as Engine of Print Growth." *Printing News*, 19 January 1998, 1, 8.

"In a N.Y. Minute, 'New Media' Firms Earn Major-Player Status." *Printing News*, 1 December 1997, 1, 6, 9.

"Book Publishers Warily Optimistic About the Future." *Printing News East*, 4 August 1997, 1, 6-7.

"AGC [Association of Graphic Communications] Panel Proposes Ways for Printers to Deal With and Profit from Change." *Printing News East*, 31 March 1997, 5, 9.

"Printers Urged to Accept Reality of Digital Photos." *Printing News East*, 17 March 1997, 1, 6-7.

"U.S. Magazine Industry Is Not Quite 'Over,' Yet." *Printing News East*, 6 January 1997, 1-2, 13.

"Ad Spending Trends Augur Well for Print." *Printing News East*, 9 September 1996, 1, 4, 7.

"Avalanche of Books Buries Signs of Market Softness." *Printing News East*, 2 September 1996, 6-7.

"Rapidly Expanding 'New Media' Crowd N.Y. Area's 'Old Media'." *Printing News East*, 19 August 1996, 1, 4.

"Books Outpace Other Media, Publishers See Record Results." *Printing News East,* 11 December 1995, 1, 2, 6.

"Where Has NYC's Publishing Gone?" *Printing News East*, 6 March 1995, 1, 8.

"How Long Will the Book Withstand Onslaught of Advancing Technology?" *Printing News East*, 9 January 1995, 5-6.

"Will Multimedia Replace Books? Not Soon, According to Research." *Printing News East*, 2 January 1995, 10-11.

"Toppan Printing Builds Success on Change." *Printing News East*, 26 September 1994, 25-26.

"Jalor Color 'Reinvents' Itself in Line With Change and Keeps Abreast of Evolving Technology.*" Printing News East*, 12 September 1994, 8.

"Printer or Censor?" *Printing Manager*, Third Quarter 1994, 4-7.

18

"Printing Highlighted at N.Y. State Pollution Prevention Conference." *Printing News East*, 27 June 1994, 1, 4-5.

"International Paper's 'Directions 95' Forecasts Outlook for the Industry." *Printing News East*, 13 June 1994, 1-2.

"Export Assistance Program Could Be A Boon for New Jersey's Graphic Arts." *Printing News East*, 7 February 1994, 1, 6-7.

"Book Printing Posts 'Vigorous' Gains: Segment Withstands Recession's Impact Better than Other Printing Groups, Studies Show." *Printing News East*, 12 July 1993, 1-2.

"Local One Members Take Pension Fund Trustees to Court: Part II in A Series." *Printing News East*, 15 March 1993, 1-2.

"The Decline of a Mighty Union, Part I." *Printing News East*, 8 March 1993, 1-2.

"Border War Flares Anew Between N.Y. and N.J." *Printing News East*, 8 February 1993, 1-2.

"Don't Agree to Print Something You Might Regret Later." *Printing News East*, 1 February 1993, 2.

"Can Printing Compete with CD-ROM?" *Printing News East*, 30 November 1992, 1, 2, 5.

"Things Are Looking Up for Mag [Magazine], Ad [Advertising] Printing." *Printing News East,* 16 November 1992, 1, 4, 6.

"Publishers in Migration." *Publishers Weekly*, 12 October 1992, 30-31.

"Academic Book Rejected by 23 Printers." *Printing News East*, 28 September 1992, 1, 2.

"U.S. Needs An Industrial Policy." *Printing News East*, 14 September 1992, 1, 5.

"Under Siege, Book Manufacturing Remains Vital to the Printing Industry." *Printing News East,* 7 September 1992, 1, 4.

"Periodical Industry's Growth Was Not Shared By All Segments of the United States." *Magazine Week*, 22 June 1992, 97-98.

"Let's Lobby For Free Trade." *Printing News East,* 9 March 1992, 2.

"Crisis in Education Threatens Industry: Is There A Next Generation of Technically Skilled Graphic Arts Workers?" *Printing News East*, 29 July 1991, 1-3.

"Can We Stem the Tide of Illiteracy?" Printing News East, 4 March 1991, 1, 2.

19

"Who's In Charge of the Printing Plant?" *Printing News East*, 11 February 1991, 1, 3, 4.

"Government Statistics Reveal Drop in New York City's Printing Industry," *Printing News East*, 17 September 1990, 12, 15.

"When It Comes to Figuring Labor Costs, Errors Can Add Up to A Small Fortune," *Printing News East*, 18 June 1990, 8, 9.

"Printing in NYC Needs Better Study Than OBD's [Office of Business Development]", *Printing News East*, 22 January 1990, 8.

"Healthy Employment in Graphic Arts Transforms L.I. [Long Island] into Printing Center," *Printing News East*, 6 May 1989, 30.

"National Data Prove the Emergence of Up and Coming Printing Centers," *Printing News East,* 4 March 1989, 8, 26, 29.

"Like It Or Not, California Now Owns Role as America's Printing Leader," *Printing News East*, 25 February 1989, 7, 11, 15.

"As Statistics For the Suburbs Indicate, Printing Rebound Crossed NYC Line," *Printing News East*, 18 February 1989, 3, 12.

"Rebound Like That of Print Trades Eludes Publishing Industry in NYC," *Printing News East*, 11 February 1989, 11, 12.

"Despite Years of Economic Pressure, Printing Rebounds in New York City," *Printing News East*, 4 February 1989, 2, 7, 14.

"Best Insights Obtained by Studying Printing and Publishing Separately," *Printing News East*, 28 January 1989, 6, 11.

"Printing and Publishing Lays Claim to Leadership in American Industry," *Printing News East*, 21 January 1989, 3, 11.

"Long Island Earns National Status As Center for Printing, Publishing," *Printing News East*, 16 April 1988, 12, 26, 34, 54.

"New York State: Printing Industry Endures Setback, Can Thrive Again," *Printing News East*, 20 February 1988, 5, 18, 19.

"New Jersey Graphic Arts Businesses Must Protect Gains of Recent Years," *Printing News East*, 12 December 1987, 4, 13, 15, 22.

"Planning for Growth in Turbulent Times Means Adopting a Global Viewpoint," *Printing*

*News East*, 17 October 1987, 2, 6, 19.

"The World of Business Journalism: A Major Print-Publishing Segment*," Printing News East*, 30 May 1987, 12, 15, 55.

"Periodicals, A Key Printing Segment, Feeling Host of Economic Pressures," *Printing News East*, 7 March 1987, 2, 11, 23.

"'Industrial Outlook' Sees Some Gain, Some Loss for Commercial Printing," *Printing News East,* 7 February 1987, 2, 18.

"Country's Basic Economic Strength Gives Printers Cause for Optimism," *Printing News East*, 10 January 1987, 5, 12.

"Prospects for Commercial Printing in National Economy: An Analysis," *Printing News East*, 3 January 1987, 2, 12.

"Despite Reverses, Statistics Tell Us Graphic Arts Still Made in New York," *Printing News East,* 31 May 1986, 15, 16, 20, 47, 49.

"A Galaxy of High-Tech Challenges Awaits New MLA-ALA Apprentices," *Printing News East,* 6 July 1985, 11, 15.

**Reports and Studies**
"Substance Abuse in the U.S. Printing Industry." *NAPL Special Report* (Teaneck, N.J.: The National Association of Printers and Lithographer, June 1994).

"Evaluation of the 1993 Faculty Resource Network Summer Seminars," (New York: New York University's Office of Academic Program Review, 1994).

"The Ethnic Composition of the U.S. Graphic Arts Industry," *NAPL Special Report* (Teaneck, N.J.: The National Association of Printers and Lithographers, December 1992).

"A Review of the Proposed Master's in Publishing (M. Pub.) Graduate Program at Simon Fraser University," (unpublished report submitted to the Dean of Graduate Studies at Simon Fraser University, Burnaby, British Columbia, 1990).

*The Graphic Arts Industries and New York City* (New York: New York University School of Education, Health, Nursing, and Arts Professions, 1984).

*The Graphic Arts Bibliography: A Selected List of Readings on Management and Technology* (New York: New York University School of Education, Health, Nursing, and Arts Professions, 1984).

"The Graphic Arts Industries and Manufacturing Zones in Manhattan: A Preliminary Report," (unpublished report submitted to the Industrial Loft Advisory Commission of the City of New

York, 1983).

**Dissertation and Thesis**
*The Development of an In-Plant Continuing Education Program for Printing Industry Managers and Supervisors: Administering the Collective Bargaining Agreement* (Ed.D. Dissertation: New York University, 1982; Ann Arbor, MI.: University Microfilms, 1982).

*A.J.P. Taylor and The Origins of the Second World War* (M.A. Thesis: Duquesne University, 1969).

**EDITORIAL EXPERIENCES**
*Harvard Business Review* Advisory Council (2012-present).

Series editor for the University of Toronto Press: "*Essential JSP: Critical Insights into the World of Scholarly Publishing*" (2010-present).

Marketing textbook reviewer for Pearson PLC's Prentice Hall division: Winer-Dhar's *Marketing Management, 4th edition* (November 2011).

Marketing textbook reviewer for McGraw-Hill (October 2011).

Marketing textbook reviewer for Pearson PLC's Prentice Hall division: Kotler-Keller's *Marketing Management, 13th edition* (July 2009).

Member of the Editorial Board of the *Journal of Scholarly Publishing* (2008-present), published by the University of Toronto Press.

Member of the Editorial Board of the *Journal of Media Economics* (1999-present), published by Informa PLC.

Member of the Editorial Board of the *Journal of Media Business Studies.* Published by the Jonkoping International Business School, Jonkoping, Sweden; (2003-present).

Senior Advisor, *The Journal of Advertising Research.* Published by Cambridge University Press; (2001-2004).

Associate Editor, *The Journal of Media Economics.* Published by Lawrence Erlbaum Associates; (2001-2002).

Consultant Editor for *The International Encyclopedia of Publishing*, eds. John Feather and James Dearnley (London: Routledge; 2003-2006).

Special Issue Editor on "The Changing World of Publishing," The *Journal of Media Economics 16*, 2(Spring 2003): 71-138.

General Editor of the "Allyn & Bacon Series in Mass Communications" for Allyn & Bacon
(Pearson PLC; 1993-Present).
Acquired the following books:
Alan Albarran and Gregory Pitts. *The Radio Broadcasting Industry* (2001);
Patrick Henry, Charles Daly, & Ellen Ryder. *The Magazine Publishing Industry* (1997);
Geoffrey P. Hull. *The Recording Industry* (1998);
Barry Litman. *The Motion Picture Mega-Industry* (1998);
Patrick Parsons & Robert M. Frieden. *The Cable and Satellite Television Industries*
(1998);
John V. Pavlik. *New Media and the Information Superhighway* (1996);
John V. Pavlik. *New Media Technology* (1996; 2nd. ed., 1998);
Robert Picard & Jeffrey Brody. *The Newspaper Publishing* Industry (1997);
James R. Walker & Douglas Ferguson. *The Broadcast Television Industry* (1998).

Associated Reviewer for *The International Journal on Media Management* (St. Galen's
University, Switzerland; 2003-2005).

Associated Reviewer for *Electronic Markets: The International Journal of Electronic Commerce
and Business Media* (St. Galen's University, Switzerland; 2002).

Editorial reviewer for Lawrence Erlbaum Associates (2002).

Ad Hoc Reviewer for:
- *European Journal of Cultural Studies* (2011).
- *The Library Quarterly* (The University of Chicago Press; 2002).
- *The Journal of Cultural Economics* (Kluwer Academic Publishers; 1998).
- *Multimedia Tools and Applications* (Kluwer Academic Publishers; 1997).
- *Publishing Research Quarterly* (Transaction Publications at Rutgers University; 1994-
1998).

Member of the Editorial Board of *Publishing Research Quarterly* (1994-1998).

Book reviewer for *Publishers Weekly* (1993-1995): economics, marketing, and business
administration books.

Member of the Editorial Board of the *Encyclopedia of Publishing and the Book Arts* (New
York: Henry Holt, 1992-1994).

Member of the Faculty Editorial Advisory Committee of the New York University Press
(1991-1993).

Contributing Editor of *Printing News East* (1991-1993).

Member of the Monograph Series Editorial Committee of the Book Industry Study Group
(1991-1992).

Member of the National Board of Judges for the Jesse H. Neal Editorial Achievement Awards (1987-1990), sponsored by the American Business Press (ABP).

## PROFESSIONAL ACTIVITIES

Member of the Fordham Advisory Board for the Center for Digital Transformation (2011-present).

Organized international seminar for the Society for Scholarly Publishing's Annual meeting (June 1, 2011) on ""It's What Counts: How Data Transforms Our World.". Seminar: Repositioning Journal and Working Paper Content in a New Book Series." Speakers from the United States and Canada.

Paper reviewer American Marketing Association Summer 2011 conference (San Francisco); financial marketing paper (banks and branding).

Paper reviewed for the *European Journal of Cultural Studies* (2011).

Member of the Education Committee of the Society for Scholarly Publishing (May 2009-present).

Organized international seminar for the Society for Scholarly Publishing's Annual meeting (June 2, 2010): "Planning in a Time of Uncertainty: Strategy 101 for SSP [Society for Scholarly Publishing] Journal Publishing Managers." Seminar speakers from the United States, Canada, and the United Kingdom.

Member and research paper presenter at the National Endowment for the Arts "NEA Roundtable on Youth Reading Revival" (October 3, 2008; Office of Research and Analysis, Washington, DC).

Paper reviewer and session chair and discussant for the 2008 ELPUB 2008 conference at the University of Toronto (June 2008).

Consumer Behavior paper reviewer for the 2008 Winter Marketing Educators' Conference of the American Marketing Association (July-August 2007): Sales and Relationship Marketing track; and the Consumer Psychology and Behavior track.

The National Endowment for the Arts, Office of Research and Analysis (Washington, DC). Provided statistical data and *pro bono* consultation for a revised edition of "Reading At Risk" (June-November 2007).

The World Bank (Washington, DC). Provided *pro bono* consultation for their book publishing operations (July 2007).

Outside reviewer for a candidate for tenure and promotion at the University of Georgia (August 7, 2006).

Consumer Behavior track paper reviewer for the 2007 Winter Marketing Educators' Conference of the American Marketing Association (July 2006).

Session Chair for Decision Research II papers at the INFORMS Marketing Science conference (June 10, 2006; Pittsburgh, PA.).

Nominating and voting member of The Quills Awards ("a consumer-driven celebration of the written word") (2005-2006-2007). The 2005 Quills Awards were presented on NBC television on October 22, 2005. The 2006 Quills Awards were presented on NBC television on October 10, 2006 (in prime time). The 2007 Quills Awards were presented on NBC television on October 27, 2007 (in prime time).

Member of the Executive Committee of the Media Management and Economics (MME) Division of the Association for Education in Journalism and Mass Communications (AEJMC) (2001-2002).

Elected Division Head of the Media Management and Economics Division of the Association for Education in Journalism and Mass Communications (2000-2001).

Member of the Association for Education in Journalism and Mass Communications' Council of Divisions (1999-2001).

Elected Vice-Head of the Media Management and Economics Division of the Association for Education in Journalism and Mass Communications (1999-2000).

Chair of the Media Management and Economics Division Program Committee for the Annual Conference (Phoenix) (1999-2000).

Chair of the Research Committee for the Media Management and Economics Division of the Association for Education in Journalism and Mass Communications (1998-1999).

Paper reviewer for the Association for Education in Journalism and Mass Communication: Media Management and Economics sessions:
    2001 Annual Conference (Washington, D.C.);
    2001 MME Mid-winter scholarly conference (New York City);
    2000 Annual Conference (Phoenix);
    1999 Midwinter Conference (Denver);
    1999 Annual Conference (New Orleans);
    1998 Annual Conference (Baltimore); and
    1997 Annual Conference (Chicago).

Discussant for the Association for Education in Journalism and Mass Communication: Media Management and Economics sessions:
    1999 Annual Conference (New Orleans): "Business Challenges Facing Newspaper Owners and Editors;"
    1997 Annual Conference (Chicago): "Explaining Newspaper [Economic] Performance."

Member of the Advisory Board for Marymount College's Certificate in Book Publishing and Certificate in Magazine Publishing (Office of Continuing Education) (1997-1998).

Member of the Board of Directors of the Book Industry Study Group (1990-1992).

Member of the Book Industry Study Group's Marketing (1989-1992; 1997-1998) and Research-Statistics Committees (1989-1992; 1998-2008).

Outside educational evaluator of the M.A. in publishing studies at Simon Fraser University, Burnaby, Vancouver, Canada (1990).

Member of the Executive Committee of the Publishing Hall of Fame (1989-1991).

Member of the Board of Directors and Chair of the Program Committee for the New York Business Press Editors (1987).

Member of the Advisory Committee for the High School of Graphic Communications Arts (appointed by the Board of Education of the City of New York; 1987; 1991-1992).

Co-Chair of New York City's Benjamin Franklin-Printing Week Dinner (1985).

Chair of workshops on New York City's economic development programs for the graphic communications industry:
> New York University and Marine Midland Bank 1985; and
> New York University and the Office of Economic Development of the City of New York 1984).

Member of an educational evaluation team for the Middle States Association of Colleges and Secondary Schools (1978).

## PAPERS DELIVERED BEFORE SCHOLARLY AND PROFESSIONAL ASSOCIATIONS

October 27, 2011   **The Advertising Educational Foundation (New York City)**
Panel discussion: "Bandalism: Balancing the Give and Take"

September 16, 2011   **The Library of Congress (Washington, D.C.)**
"Books in Our Digital Future."
Other presentations by Donna Rapaccioli and Robert M. Wharton.

July 22, 2011   **The Library of Congress and The Catholic University of America (Washington, D.C.)**
"Demographic Analysis of U.S. Book Buyers and Book Readers"

June 1, 2011   **The Society of Scholarly Publishing (Boston, MA)**
"Repositioning Journal and Working Paper Content in a New Book

Series." Co-author Robert M. Wharton.

April 28, 2011          **The American Booksellers Association (Tarrytown, NY)**
                        "Book Retailing in the U.S."

June 15, 2010           **The Library of Congress and The Catholic University of America**
                        **(Washington, D.C.)**
                        "The State of the U.S. Book Industry: 2008-2015"

June 2, 2010            **The Society for Scholarly Publishing (Annual Meeting;**
                        **San Francisco, CA).**
                        "A SWOT Analysis of Scholarly Journals." Co-authors Robert M.
                        Wharton and Aditya N. Saharia.

May 6, 2010             **Baker & Taylor (Charlotte, NC)**
                        "The U.S. Consumer and Library Markets for Print and Digital
                        Books and Magazines: 2008-2013"

April 30, 2010          **The University of Pennsylvania: Wharton School**
                        "The Consumer of the Future"

December 7, 2009        **The Catholic University of America: School of Library and**
                        **Information Science (Washington, D.C.).**
                        "Libraries and The Book Industry in the U.S.: 2008-2013"

November 21, 2009       **The Association of Jesuit University Presses (New York)**
                        "The Impact of E-Books on Jesuit University Presses: Challenges and
                        Opportunities"

November 11, 2009       **The Society for Scholarly Publishing and The World Bank**
                        **(Washington, D.C.)**
                        "Current and Future Market Demand Analysis for E-Books in the United
                        States: 2008-2013"

October 22, 2009        **The Library of Congress's Federal Library and Information Center**
                        **Committee Forum (FLICC; U.S. Government Libraries)**
                        **(Washington D.C.)**
                        "The Future of Reading— The Page Race, Enter the Publishers and
                        Librarians"

November 12, 2008       **Catholic University: The School of Library and Information Science**
                        **(Washington, D.C.)**
                        "The Market Demand for Books in the United States: 2007-2011."

November 4, 2008        **UNESCO-CERLALC (Santiago, Chile):** *Foro Iberoamericano Sobre*
                        *El Libro, La Lectura y Las Bibliotecas En La Solciddad De la*

*Informacion*
"The Book Industry in Latin America: 2008-2020"
[I could not attend this conference; my paper was presented by Richard
Uribe, *Subdirector Libro y Desarrollo*, UNESCO-CERLALC]

October 3, 2008     **The National Endowment for the Arts (Washington, D.C.): The NEA Forum to Promote Youth Reading**
"Juvenile, Young Adult, and Adult Book Buying and Reading Trends in the U.S. 2002-2008 With Projections to 2012"

June 26, 2008     **The "12th International Conference on Electronic Publishing," University of Toronto (Toronto, Canada)**
"Should Non-Profit University Presses Adopt An Open Access Policy and Print-On-Demand Procedures For All Of Their Scholarly Books?"
Co-author with Robert M. Wharton.

May 30, 2008     **Book Expo America (Los Angeles, CA)**
"The Market for Books in the U.S.: 2007-2012."
Co-author with Robert M. Wharton.

November 14, 2007     **Taylor and Francis Group, LLC [Informa] (New York City)**
"The Market for College Textbooks in the U.S."

August 4, 2007     **C-SPAN: The Library of Congress (Washington, D.C.; tape of the June 28, 2007, Presentation at the Library of Congress)**
"The State of the Book Industry 2007"

June 28, 2007     **The Library of Congress (Washington, D.C.)**
"The State of the Book Industry 2007"

June 25, 2007     **McGraw-Hill (New York City)**
"Educational Publishing, Testing, and the U.S. Book Industry 2005-2010"

June 6, 2007     **The World Bank: "Publishing for Impact" (Washington, D.C.)**
"Should Non-Profit University Presses Adopt An Open Access Policy and print-On-Demand Procedures For All Of Their Scholarly Books?" Co-author with Robert M. Wharton

June 1, 2007     **Book Expo America (New York City)**
"Trends in the U.S. Book Industry: 2006-2011."
Co-author Robert M. Wharton.

March 21, 2007     **The United States Department of Commerce, The U.S. Commercial Service (New York City)**
International Trade Specialists from New York City, Washington, D.C., San Francisco, Providence, London, Paris, Rome, and Prague

"The Domestic and International Markets for the U.S. Book Industry"

| | |
|---|---|
| February 18, 2007 | **The American Marketing Association: Winter 2007 Educators' Conference (San Diego, CA)**<br>Session Chair and Discussant: "Consumer Behavior on the Internet" |
| January 26, 2007 | **The National Geographic Society (Washington, D.C.)**<br>"The Book and Media Industries: 2000-2009" |
| January 25, 2007 | **The Catholic University of America: School of Library and Information Science's "Colloquium Series" (Washington, D.C.)**<br>"Trends in Textbook Publishing: A Review of Key Market Drivers Affecting the Educational Text Market" |
| October 22, 2006 | **The 4th International Conference on the Book (Boston, MA)**<br>"Was There 'Irrational Exuberance' in the U.S. Book Publishing Industry? An Analysis of University Presses and Commercial Academic Professional Book Publishers: 1989-2000;" co-author with Clara Rodriguez and Robert M. Wharton. |
| June 10, 2006 | **INFORMS Marketing Science: Annual Conference (Pittsburgh, Pennsylvania)**<br>"The Scholarly Book Buyer's Decision Process: A National Survey of University Faculty;" co-author with Hooman Estelami and Robert M. Wharton (revised version). |
| May 27, 2006 | **The Academy of Marketing Science: Annual Conference (San Antonio, Texas)**<br>"The Scholarly Book Buyer's Decision Process: A National Survey of University Faculty;" co-author with Hooman Estelami and Robert M. Wharton. |
| May 23, 2006 | **The World Bank: "Publishing for Impact" (Washington, D.C.)**<br>"The Changing College and University Library Market for Non-Profit University Press Books and Journals: 1997-2004;" co-author with Hooman Estelami, Robert M. Wharton, and Robert Jones. |
| May 19, 2006 | **The Library of Congress: The Science, Technology, & Business Division and The Technology Policy Directorate (Washington, D.C.)**<br>"The State of the U.S. Book Publishing Industry: 2004-2005 With Projections for 2006-2010;" co-author Robert M. Wharton. |
| May 19, 2006 | **Book Expo America (Washington, D.C.)**<br>"Book Industry Trends 2004-2010;" co-author Robert M. Wharton. |

| | |
|---|---|
| November 26, 2005 | **Oxford University (U.K.):**<br>"Market Changes in the U.S. Book Publishing Industry: 1945-2005."<br>Paper selected for History of the Book conference, Oxford University<br>Magdalen College. |
| September 22, 2005 | ***The Book Standard*'s Book Summit 2005 (NYC)**<br>"The State of the Book Industry 2005 By The Numbers: Crisis or<br>Renaissance?" |
| July 28, 2005 | **The Catholic University of America's School of Library and<br>Information Science (Washington, D.C.)**<br>Class: The History of the Book (CLSC 601)<br>[The M.S. in Library Science]<br>"The Market for Books in the U.S.: 1999-2009" |
| July 15, 2005 | **Society for the History of Authorship, Reading,<br>and Publishing: Thirteenth International Conference<br>(Dalhousie University, Halifax, Nova Scotia, Canada)**<br>"The Supply and Demand for Scholarly Books in the<br>United States:1999-2004." |
| July 11, 2005 | **McGraw-Hill (New York City)**<br>"The Market for Trade, Professional, and<br>Educational Textbooks in the United States: 1999-2009" |
| June 2, 2005 | **Book Expo America (New York City)**<br>"Making Market Research Pay" |
| May 16, 2005 | **The Book Industry Study Group (New York City)**<br>"Book Industry Projections: 2004-2009;"co-author with Robert M.<br>Wharton) |
| April 14, 2005 | **The University of Cambridge (U.K.)**<br>"Organizational Choice in the U.S. Book<br>Publishing Industry: Strategies for Domestic Success<br>and Global Competitiveness"<br>(Co-author with Robert M. Wharton, who presented the paper) |
| March 22, 2005 | **The Association of Author's Representatives (New York City)**<br>"The State of Publishing: Trends, Forecasts, and Industry Changes" |
| November 5, 2004 | **The Library of Congress and the Washington Area<br>Group for Print Culture Studies**<br>"Economic and Business Trends in the U.S. Book Industry: 1945-1999" |
| June 3, 2004 | **Book Expo America (Chicago)** |

"Industry Data: Power Tools for a Stronger Bottom Line"

| December 17, 2003 | **Harvard University**<br>Class: "Survey of Publishing: From Text to Hypertext" [HUMA E-105/W]<br>"An Economic History of the U.S. Book Publishing Industry: 1945-2003" |
|---|---|
| November 8, 2003 | **6th Annual Fordham University Pricing Conference**<br>"Who Do College Textbooks Cost So Much? A Case<br>Study of U.S. Economics Textbooks." |
| July 30, 2003 | **Association for Education in Journalism and Mass<br>Communications Annual Convention (Kansas City, MO): Media<br>Management and Economics Division**<br>"The Development of Undergraduate and Graduate Programs in Media<br>Management and Economics at a Business School: Strategy and<br>Structure." |
| December 16, 2002 | **Harvard University (Cambridge, MA)**<br>Class: "Survey of Publishing: From Text to Hypertext" [HUMA E-105/W]<br>"The History of the Book Publishing Industry in the U.S.: 1945-1999" |
| September 27, 2002 | **5th Annual Fordham University Pricing Conference (New York City)**<br>"The Price of University Press Books" |
| December 17, 2001 | **Harvard University (Cambridge, MA)**<br>Class: "Survey of Publishing: From Text to Hypertext" [HUMA E-105/W]<br>"The Business of Book Publishing in the United States" |
| August 5-6, 2001 | **Association for Education in Journalism and Mass Communications<br>Annual Convention (Washington, D.C.): Media Management and<br>Economics Division**<br>August 5, 2001 "The Scholarly Journal Editor's Conundrum: Are<br>Electronically Posted and Distributed Preprints, E-Prints, and Working<br>Papers 'Publications' Ineligible for Submission to Scholarly Journals"?<br><br>August 6, 2001 "The State of Scholarly Communication: A Preliminary<br>Analysis of Scholarly Book and Journal Publishing in the United States,<br>1989-2000" |
| June 16, 2001 | **Association of American University Presses Annual Meeting<br>(Toronto)**<br>"A Review of Scholarly Book Title Output and Prices: 1989-2000" |
| March 2, 2001 | **Association of American University Presses Annual Meeting of<br>Finance and Business Managers (Tucson)** |

"Preliminary Statistics on University Press Book Output and Journal Prices"

December 4, 2000    **Harvard University (Cambridge, MA)**
Class: "Survey of Publishing: From Text to Hypertext" [HUMA E-105/W]
"The Structure of the Book and E-Book Markets in the U.S.: 1999-2004"

August 10, 2000    **Association for Education in Journalism and Mass Communications Annual Convention (Phoenix): Media Management and Economics Division**
"U.S. Book Exports and Imports 1998-1999, With Projections to 2004"

June 24, 2000    **Association of American University Presses Annual Meeting (Denver)**
"The Impact of Electronic Books (E-Books) on University Presses;"

"A Financial Analysis of Amazon.com and Internet Bookselling."

August 6, 1999    **Association for Education in Journalism and Mass Communications Annual Convention (New Orleans): Media Management and Economics Division**
"The Impact of Advertising on a Motion Picture's Box Office Results: A Study of U.S. Motion Pictures Released in 1997 and 1998"

Discussant for session on "Business Challenges Facing Newspaper Owners and Editors"

June 22, 1999    **the Association of American University Presses Annual Meeting (Austin)**
"The Market for University Press Books: 1985-2003"

June 3, 1999    **Printing Teachers Guild of New York (High School of Graphic Communications Arts; Board of Education of the City of New York)**

October 11, 1998    **New York State Communication Association Annual Convention**
"Market Concentration Levels in the U.S. Consumer Book Industry: 1995-1996"

August 8, 1998    **Association for Education in Journalism and Mass Communications Annual Convention (Baltimore): Media Management and Economics Division**
"The Impact of Horizontal Mergers and Acquisitions on Corporate Concentration in the U.S. Book Publishing Industry: 1989-1994"

Paper won "Third Place in the Faculty Paper Competition."

July 30, 1997    **Association for Education in Journalism and Mass Communications**

32

**Annual Convention (Chicago): Media Management and Economics Division**
"Changing Demographics and the U.S. Book Industry"

Discussant for session on "Explaining Newspaper [Economic] Performance"

February 1994    **National Association of Printers and Lithographers' "Top Management Conference" (Naples, Florida)**
"The First Amendment, Freedom of the Press, and the U.S. Printing Industry"

June 1992    **The Annual Meeting of the Association of American University Presses (Chicago)**
"Affirmative Action or Inaction? A Preliminary Report on The Status of Women in Scholarly Publishing"

May 1991    **Simon Fraser University's Canadian Centre for Studies in Publishing (Vancouver, Canada)**
"Issues in Book and Magazine Marketing and Distribution"

"A Survey of Current Research Trends in Book and Magazine Publishing Studies"

April 1991    **Association for Education in Journalism and Mass Communication's Mid-Year Conference (College of William and Mary, Williamsburg, Va.)**
"The Impact of Advertising on Business Magazines in the 1980's"

May 1989    **39th Annual Conference of the International Communication Association (San Francisco)**
"The Growth in Mergers and Acquisition in the United States Publishing Industry: 1984-1988"

Paper was selected one of the "Top Ten" papers in mass communications at the 1989 I.C.A. Conference.

April 1989    **Simon Fraser University's Canadian Centre for Studies in Publishing (Vancouver, Canada)**
Keynote Speaker at International Publishing Conference "Between Theory and Practice: A National Conference on Teaching Publishing"

"Teaching Publishing: A Mix of the Practical and Theoretical"

Also presented papers on: "The Business of International Publishing: Europe in 1992 and the Pacific Rim" and

"Developing Teaching Materials for Corporate Publishing"

| February 1988 | **Long Island Graphic Arts Association (Hempstead, Long Island)** |
| January 1988 | **Printing Industry Association of New York State** (Albany, N.Y.) Keynote Speaker at the Benjamin Franklin-Printing Week State Convention |
| November 1987 | **Association of the Graphic Arts (Newark, N.J.)** |
| October 1987 | **Association of the Graphic Arts (New York)** |
| December 1986 | **Young Printing Executives Club (New York)** |
| September 1985 | **The Navigator's Club (New York)** |
| June 1985 | **Local One, Amalgamated Lithographers of America (New York)** |
| December 1984 | **The Graphic Arts Marketing Information Service (Printing Industries of America; Alexandria, VA.)** |
| October 1984 | **Brooklyn Law School's Labor Law Society (Brooklyn, N.Y.)** |
| April 1984 | **Women in Production (New York City)** |
| March 1984 | **Xavier Institute {Of Labor Relations} (New York)** |
| March 1983 | **Xavier Institute {Of Labor Relations} (New York)** |
| October 1979 | **Duquesne History Forum (Pittsburgh, PA.)** |
| October 1978 | **Duquesne History Forum (Pittsburgh, PA.)** |
| April 1978 | **National Association of Independent Schools (New York City)** |
| March 1976 | **New Jersey Committee for the Humanities [under the auspices of the National Endowment for the Humanities] (Paramus, N.J.)** |

## CITATIONS IN SCHOLARLY PUBLICATIONS, INTERVIEWS, QUOTES, AND EXPERT TESTIMONY

| 2012 | Research cited in *Media/Society: Industries, Images, and Audiences*, by William Hoynes, David Crotean, and Stephania Milan (Thousand Oaks, CA: Sage, 2012). |
| March 20, 2012 | Interviewed in *The Wall Street Journal*: "Houghton Mifflin Hires |

Restructuring Advisers," by Mike Spector and Jeffrey A. Trachtenberg.

March 11, 2012     Interviewed in The Tennessean: "Publishers Try To Adjust to E-Reader Surge," by Duane Marsteller.
www.tennesean.com

March 9, 2012      Interviewed by Reuters: "U.S. Justice Dept. Warns Apple, Publishers Over E-Books," by Diane Bartz.
Article appeared on Yahoo News; newspapers in India; The Pittsburgh Tribune-Review; The Edmonton Journal (Canada); and in other newspapers in North America; etc.

March 8, 2012      Interviewed by Reuters: "PayPal Get Religion on 'Obscene' E-books, Tells Sellers to Ban Content," by Alistair Barr.
Article appeared in The Globe and Mail (Toronto, Canada); MSNBC; Today (Singapore); and other newspapers in North America; etc..

February 19, 2012  Interviewed in Crain's New York Business: "Barnes & Noble Bans Amazon Publishing," by Matthew Flamm.
http://www.crainsnewyork.com

January 20, 2012   Research cited in The Wall Street Journal: "Apple Jumps into Textbooks," by Jessica E. Vascellaro, Shara Tibken, and Jeffrey A. Trachtenberg (page B8).

January 19, 2012   Interviewed in The Washington Post: "Apple Starts Selling Interactive High-School Textbooks for the iPad," by Peter Svensson. Article reprinted in The San Francisco Chronicle, Fox News, NPR, etc.

January 14, 2012   Interviewed in The Washington Post: "As Demand for e-Books Soars, Libraries Struggle to Stock Their Virtual Shelves," by Christian Davennport.

January 4, 2012    Interviewed in The Chronicle of Higher Education: "E-Textbooks Saved Many Students Only $1," by Nick DeSantis.

2011               Research cited in Entertainment Industry Economics, 8th edition, by Harold L. Vogel (New York: Cambridge University Press, 2011).

2011               Research cited in "Cultural Products Go Online: Comparing the Internet and Print Media on Distributions of Gender, Genre, and Commercial Success," by Marc Verboord in Communications: The European Journal of Communication Research 36, 4(October 2011): 441-462.

2011               Research cited in "Recognition and Renown, The Structure of Cultural Markets: Evidence from French Poetry," by Sebastien Dubois in the

*Journal of Cultural Economics* (September 2011):

2011    Research cited in "Goodbye Pareto Principle, Hello Log Tail: The Effect of Search Costs on the Concentration of Product Sales," by Erik Brynjolfsson, Yu (Jeffrey) Hu, and Duncan Simester in *Management Science 57*, 8(August 2011): 1373-1386.

2011    Research cited in "Gender and Computing," by J. McGrath Cohoon, Sergey Nigal, and Joseph "Joyfish" Kaye in *Communications of the ACM 54*,8 (August 2011).

2011    Research cited in "Market Change and Diversity in the Korean Movie Market," by Sora Park in *Asian Journal of Communication 21*, 6(2011): 544-563.

2011    Research cited in: "Market Logic and Cultural Consecration in French, German, and American Bestseller Lists, 1970-2007," by Marc Verboord in *Poetics 39*,4(August 2011): 290-315.

2011    Research cited in "Suggested Framework to Overcome Perceived Barriers to Research Publishing in Saudi Arabia," by Jumaan Abdulqader Alzahrani in *International Journal of Academic Research  3*,4(July 2011): 374-391.

2011    Research cited in *Media and Internet Management*, by Bernd W. Wirtz (Speyer, Germany: Gabler Verlag Springer, 2011).

2011    Research cited in "Journal Publishing in Era of Economic Crisis: A Case of Scientific Journal Field of Social Sciences in Croatia," by Radovan Vrana in *Library Review 50*,6 (2011): 513-531.

2011    Research cited in "*Falhas de Mercado e a homogeneizacao da programacao de televisao por radiofusao no Brazil*," by Rodrigo Amorim Goncalves Rosa. *Dissertacao (maestrado); Universidade de Brasilia; Departamento de Economia* (30 Mai 2011).

2011    Research cited in "Dead, Done for and Dangerous: Teaching Editing Students What Not to Do," by Katya Johanson in *New Writing: The International Journal for the Practice and Theory of Creative Writing 3*, 1(2011): 47-55.

2011    Research cited in "It's the Beast Thing: Victimization, Violence, and popular Masculine Crises," by Andrea Braithwaite in *Feminist Media Studies* (April 2011): 417-432.

2011    Research cited in "Open Access Monographic Publishing in the

|  | Humanities," by Eelco Ferwerda in *Information Services and Use 30*, 3/4 (February 2011): 135-141. |
|---|---|
| 2011 | Research cited in "A Clash of Journalism and Ownership: CNN's Movie Coverage," by Jaemin Jung and Hoyeon Kim in *Journal of Media and Communication Studies 3*, 2(February 2011): 71-79. |
| 2011 | Research cited in "Effects of the Economic Downturn on Academic Libraries in the UK: Positions and projections in Mid-2009," by Ray Harper & Sheila Corrall in *New Review of Academic Librarianship 17*, 1(2011): 96-128. |
| 2011 | Research cited in *The Music Business and the Recording Industry: Delivering Music in the 21st Century*, by Geoffrey P. Hull, Thomas Hutchinson, & Richard Strasser (New York: Routledge, 2011). |
| 2011 | Research cited in "Power Disparities and the Structure of Childrearing: A Content Analysis of Bestselling Children's Books," by Angela M. Anderson. M.A. Thesis, Sociology Department; Georgia State University. |
| 2011 | Research cited in "Going Digital: the Transformation of Scholarly Communication and Academic Libraries," by Isaac Hunter Dunlap in *Digitisation Perspectives: Educational Futures Rethinking Theory and Practice 46*, 2 (2011): 131-144. |
| 2011 | Research cited in "Music As A Capital Asset," by Rachel Soloveichik. Fscm.gov (pages 1-53). |
| December 27, 2011 | Interviewed in *The Baltimore Sun*: "New Owners Ready to Take Over Ivy Bookshop," by Gus G. Sentementes. www.baltimoresun.com/business |
| December 15, 2011 | Research cited in *The Wall Street Journal*: "E-Book Readers Face Sticker Shock," by Jeffrey A. Trachtenberg (pages A1 and A20). |
| October 31- November 6, 2011 | Interviewed in *Bloomberg Businessweek*: "A Content Farm That Grows Books," by Ira Boudway (pages 45-45). Reprinted in *The San Francisco Chronicle;* etc. |
| October 14, 2011 | Interviewed in *The Chronicle of Higher Education*: "New Digital Tools Let Professors Tailor Their Own Textbooks for Under $20," by Alex Campbell (pages A11-A12). |
| August 29, 2011 | Research used in *The Wall Street Journal*: "In Book Business, A Rewrite: Publishers Slice Advances and Print Runs as Readers Turn to Digital Platforms," by Jeffrey A. Trachtenberg (page B5). |

| | |
|---|---|
| August 23, 2011 | Research used in *The Wall Street Journal*: "E-Book Author Tries New Format: Real Paperbacks," by Jeffrey A. Trachtenberg (page B4). |
| July 30, 2011 | Interviewed in *The News Journal* (Delaware): "Productive Chapter for Used Bookstores," by Dan Shortridge. |
| July 25, 2011 | Interviewed on NPR's The Joy Cardin Show on Wisconsin Public Radio: "The Borders Bankruptcy and Its Impact on Readers." Interviewed carried on 31 NPR stations in Wisconsin. |
| July 25, 2011 | Interviewed on *Economy Watch*: "Farewell Borders: The End of Book Culture?" [www.ecopnomywatch.com] |
| July 23, 2011 | Interviewed in *The Los Angeles Times*: "Borders' Liquidation Sales Draws Crowds," by Andrew Khouri. |
| July 23, 2011 | Interviewed in *The Chieftain* (Pueblo, CO.): "State's Eight Borders Join Liquidation sale," by Chieftain Wire Service. |
| July 22, 2011 | Interviewed in *The Los Angeles Times*: "Borders Bookstores to Liquidate," by Andrew Khouri. |
| July 22, 2011 | Interviewed in *The Columbia Daily-Tribune* (MO.): "Judge OKs Borders' Liquidation," by McClatchy Newspaper Syndicate. |
| July 20, 2011 | Research cited in *The Wall Street Journal*: "Borders Succumbs to Digital Era in Books," by Mike Spector and Jeffrey Trachtenberg (pages B1, B7). |
| July 20, 2011 | Research cited in *The Wall Street Journal*: "One Chapter Closes…As New One Is Opening," by Jeffrey Trachtenberg (pages B1, B7). |
| July 20, 2011 | Interviewed in *The Dallas Morning News*: "An Empty Feeling," by Maria Halkias (page D01). |
| July 19, 2011 | Interviewed in *The Detroit News*: "Final Chapter for Borders; 10,700 Workers to Lose Jobs," by Jaclyn Trop. |
| July 19, 2011 | Interviewed on NPR's "The Patt Morrison Program: "Why Did Borders Books Go Bankrupt?" Southern California NPR's stations: 89.3 KPCC-FM; Pasadena California; Kathleen Miles, producer. |
| July 18, 2011 | Interviewed in *The Detroit News*: "Borders Decided to Liquidate; 10,700 Workers to Lose Jobs," by Jaclyn Trop. |
| July 6, 2011 | Interviewed in *VEJA*: "*A hora e a estrategia dos 'e-escritores'*," by Paula |

Reverbel. *VEJA* is the leading weekly magazine in Brazil.

| | |
|---|---|
| July 1, 2011 | Interviewed in *The Detroit News*: "Media Distributor Direct Brands Opens Bids to Buy Borders," by Jaclyn Trop. |
| June 27, 2011 | Interviewed and research cited in *The Hollywood Reporter*: "Inside 'Diary of a Wimpy Kid's' $500 Million Franchise," by Andy Lewis. |
| June 27, 2011 | Interviewed in *Publishers Weekly*: "Book Exports Had Small Gain in 2010," by Jim Milliot (page 3). |
| June 24, 2011 | Research cited in *The Wall Street Journal*: "Rowling Casts E-Book Spell: Web Store for Digital 'Potter' Editions Promises to Open New Chapter for Industry,' by Jeffrey A Trachtenberg and Oaul Sonne (pages B1-B2.). |
| June 21, 2011 | Interviewed in *The Detroit News*: "Borders Plans to Sell Whole Chain by End of July," by Jaclyn Trop. |
| June 20, 2011 | Research cited in *E-Commerce Times*: "Kindle Self-Published E-Books Doused by Waves of spam," by Eika Morphy. |
| June 18, 2011 | Interviewed in *The Detroit News*: "Suitors A Good Fit for Borders," by Jaclyn Trop. |
| June 16, 2011 | Research cited in *AuthorsAdvocate.net*: "The Dark Side of Traditional Book Publishing," by Elizabeth House. |
| June 16, 2011 | Interviewed and research used in *Reuters*: "Spam Clogging Amazon's Kindle Self-Publishing," by Alistair Barr. Appeared in numerous newspapers, including *The Los Angeles Times, The Times of India; Marketing Vox; Arstechnica; IT Pro Portal; IB Times; etc.*. |
| June 5, 2011 | Interviewed and Research used in *The Miami Herald*: "Books & Books Grows Amidst Challenging Market," by Elaine Walker. |
| May 28, 2011 | Interviewed in *The Puget Sound Business Journal*: "E-Sales to Imprints: Amazon's Ambitious Publishing Plan," by Bethany Overland. |
| May 26, 2011 | Research cited in *The Financial Times*: "Digital Media Stores Need Oprah's Tastemaking Touch," by Andrew Edgecliffe-Johnson (page 18). |
| May 26, 2011 | Research cited in *The Cleveland Plain Dealer*: "Oprah's Book Club To Continue," by Melodie Smith. |
| May 26, 2011 | Research cited in *The San Francisco Chronicle*: The End of An Oprah," by Sean Joyner. |

| | |
|---|---|
| May 24, 2011 | Research cited in *The Christian Science Monitor*: "What Oprah Has Done for Books," by Husna Haq. |
| May 24, 2011 | Research cited in *Shelf Awareness*: "Notes: Oprah's Book Club, Chapter 2," by John Mutter. |
| May 23, 2011 | Interviewed in *The Chronicle of Higher Education*: "Textbooks Go the iTunes Route, Buy Buying by Chapters Might Not Save Students Money," by Ben Wieder. |
| May 23, 2011 | Interviewed in *USA Today*: "How the 'Oprah Effect' Changed Publishing," by Bob Minzesheimer. |
| May 20, 2011 | Interviewed in *The Globe and Mail* [Toronto, Canada]: "Kindle Sales Eclipse print at Amazon," by Susan Krashinsky. |
| May 6, 2011 | Interviewed on CNBC's "Worldwide Exchange;" "Summer 2011 Movies and 3-D Films." |
| May 4, 2011 | Interviewed in *The Globe and Mail* [Toronto, Canada]: "Torstar Profit Slips on Soft Ad Market," by Susan Krashinsky. |
| April 20, 2011 | Interviewed in *The Lexington Herald-Leader:* "Landlord Outbids Founder in Auction for Lexington's Joseph-Beth Bookstore," by Scott Sloan. |
| April 17, 2011 | Interviewed in *The Lexington Herald-Leader*: "As Auction Looms, Joseph-Beth's Fate Uncertain," by Scott Sloan. |
| April 7, 2011 | Interviewed in *The Detroit News*: "Borders Not Ruling Out Leaving Ann Arbor for Cheaper Headquarters," by Jaclyn Trop. |
| April 1, 2011 | Research cited in *The Wall Street Journal*: "Backlist E-Books Find an Audience," by Jeffrey A. Trachtenberg. |
| March 25, 2011 | Interviewed in *The Detroit News*: "Publishers Are Wary of Borders' Revival Plan," by Jaclyn Trop. |
| March 12, 2011 | Interviewed in *The Detroit News*: "Borders May Shut 75 More Stores," by Detroit News Staff. |
| February 22, 2011 | Interviewed in *De Tijd/ L'Echo* [Belgium]: "*Borders' laatste hoofdstuk,*" by Roel Verrycken. |
| February 21, 2011 | Interviewed in *SvD Mandag* [Sweden]: "*Satter punkt med vrakrea,*" by Karin Henriksson. |

| | |
|---|---|
| February 18, 2011 | Interviewed by Mae Anderson at the Associated Press: "Judge OKs Borders Financing, Gift Card Program." Articles distributed to +1,500 U.S. newspapers and U.S. television and radio stations; distributed abroad. |
| February 17, 2011 | Interviewed in *The Los Angeles Times*: "Borders Group Files For bankruptcy Reorganization," by Stephen Ceasar. |
| February 17, 2011 | Interviewed in *The Chicago Tribune*: "Borders to Close Half Its Stores in Chicago Area," by Wailn Wong. |
| February 17, 2011 | Interviewed in *The Pittsburgh Post-Gazette*: "Borders Expected to Shut 3 Stores in Area," by Teresa F. Lindeman. |
| February 16, 2011 | Interviewed in *The Wall Street Journal*: "Borders Files for Ch. 11 Bankruptcy Protection," Mae Anderson. Article reprinted in *New Orleans City Business*, *The Dallas Morning News*, *Cincinnati.com*, NBC television New York, NBC television Washington, D.C., CBS television Los Angeles, etc. |
| February 16, 2011 | Interviewed in *The Washington Post*: "Borders Files Bankruptcy and Plans to Close 30% of Stores as Book Market Changes," by Michael S. Rosenwald. |
| February 16, 2011. | Interviewed by Mae Anderson of the Associated Press: "Bankruptcy: Borders Penalty for Being A Step Slow." Articles distributed to +1,500 U.S. newspapers and U.S. television and radio stations; distributed abroad. Article appeared in *The Honolulu Star Advertiser*, *The Houston Chronicle*, etc. |
| February 16, 2011 | Interviewed in *USA Today*: "What Happened to Send Borders into Chapter 11?" by Bob Minzesheimer and David Lieberman. |
| February 16, 2011 | Interviewed in *The Christian Science Monitor*: "Borders Bankruptcy: 200 Store Closings Point to the Rise of E-Books," by Gloria Goodale. |
| February 16, 2011 | Interviewed in *The Washington Post*: "Borders Closing: Find Which Stores Will be Shut," Michael s. Rosenwald. |
| February 16, 2011 | Interviewed in *The New York Daily News*: "Borders Files for Bankruptcy, Plans to Close 200 Stores," by Henry Ray Abrams. |
| February 16, 2011 | Interviewed in *Knowledge @Wharton*: "Risky Business Becomes Riskier: A New Playbook for How Artists Are Compensated." |
| February 16, 2011 | Interviewed in *Woman's Day* (The Daily WD): "Daily Buzz: Borders $1 |

Billion in Debt, Files For bankruptcy," by Brynn Mannino.

| | |
|---|---|
| February 16, 2011 | Interviewed in "Turn To 10" [NBC Television Station in Providence and New Bedford: "Borders Closures Don't Target Rhode Island Stores." Revised Associated Press material. |
| February 16, 2011 | Interviewed in *De Tijd* and *L'Echo*: "Where Did It Go Wrong For Borders," by Roel Verrycken [in Dutch]. |
| February 15, 2011 | Interviewed NPR: "Forum Program." KQED San Francisco. |
| February 14, 2011 | Interviewed on the Australian Broadcasting Company: "Writing on the Wall for Borders Bookstore," by Jane Cowan. |
| February 11, 2011 | Interviewed in *The Chronicle of Higher Education*: "Publishers Struggle to Get Professors to Use Latest E-textbook Features," by Ben Wieder. http://chronicle.com/blogs/wiredcampus |
| February 10, 2011 | Interviewed in *USA Today*: "Is There Hope For Small Bookstores in a Digital Age?" by Bob Minzesheimer. www.usatoday.com/cleanprint?1297312483207 |
| February 9, 2011 | Interviewed on NPR's "The Patt Morrison Program: "Troubles at Borders Books." Southern California NPR's stations: 89.3 KPCC-FM; Pasadena California; Kathleen Miles, producer. |
| February 6, 2011 | Interviewed in *Crain's New York Business*: "Indie Bookstores Stage Comeback," by Matthew Flamm. http://www.crainsnewyork.com/article/20110206/SMALLBIZ/302069984&template=printart |
| February 5, 2011 | Interviewed in *The Los Angeles Times*: "Is Borders Heading For Its Final Chapter?" by Stephen Ceasar. http://www.latimes.com/business/la-fi-0205-borders-books-20110205,0,1247532,print.story |
| February 1, 2011 | Interviewed in *The Detroit News*: "Borders Delays Bill Payments," by Jaclyn Trop. http://detnews.com/article/20110201/BIZ |
| January 21, 2011 | Interviewed in *The Washington Post*: "Borders Struggles Amid Rapid Changes in Book Sales," by Michael S. Rosenwald. Reprinted in various newspapers, including *The Fort Wayne Journal Gazette*, etc.   www.washingtonpost.com |
| January 17, 2011 | Interviewed in *The Detroit News*: "Borders On The Brink: Michigan- |

Based Bookseller Restructures for the Times," by Jaclyn Trop.
http://detnews.com/article/20110117/BIZ/101170343&template=printart

January 13, 2011   Interviewed in *The Tennessean*: "Borders To Close La Vergne
Distribution Facility, Idle 310 Workers," by Gethan Ward.
www.tennessean.com/fdcp/?1294928365609

January 7, 2011   Research cited in *The Wall Street Journal*: "Amazon Must Fast-Forward
Video Plans," by Martin Peers (page C8).

January 7, 2011   Interviewed in *The Detroit News*: "Borders' Financial Woes Spark
Bankruptcy Debate," by Tim Devaney.
www.detnews.com/article/20110107/Biz/101070334

January 6, 2011   Interviewed by National Public Radio (NPR): "Borders Books Fights for
Survival," by Lynn Neary.

January 5, 2011   Interviewed in *The Wall Street Journal*: "Borders Wants Suppliers to
Accept Delayed IOUs," by Jeffrey A. Trachtenberg (page B1).

January 5, 2011   Interviewed by Reuters: "Analysis: Book Publishers May Suffer in World
Without Borders," by Jennifer Saba and Phil Wahba.
http://www.reuters.com/assets/print?aid=USTRE7040820110105
Reprinted in India, Canada (*The Globe and Mail*), New Zealand, Kuala
Lumpur, Malaysia (*New Straits Times Press*), etc.

January 4, 2011   Interviewed in *The Detroit News*: "Borders Delays Vendor Payments," by
Jaclyn Trop.
www.detnews.com/article/20110101/BIZ/101010322

2010   Research cited in "Grand Central Publishing" and "Grand Central
Publishing: Teaching Note," by Anita Elberse; Harvard Business School
Case (9-508-036); and Teaching Note (9-508-089); revised case study.

2010   Research cited in "Gentle Doses of Rascism: Racist Discourses in the
Construction of Scientific Literacy, Mathematical Literacy, and Print-
Based Literacies in Children's Basal Readers," by Leah Allison van Belle.
Ph.D. dissertation; University of Michigan.

2010   Research cited in "An Analysis of the Quality and Quantity of
Parent/Child Reading Utterances While Reading Different Genres," by
Cynthia Ann Becker. Ph.D. dissertation; University of Maryland.

2010   Research cited in "*Markenfuhrung bei Zeitschurifentenuerlagen:
theoretische und empirische Konzeption von Markenfuhrungserfolg aus
Sicht der Betriebswirtschaftlichen Strategielehre*," by Judith Gentz. Ph.D.

*Dissertation zur Erlangung des Doktors den Wirtschaftswissenschaft*; *Juli 2010*; *der Universitat Flensburg vorgelegt durch.*

2010    Research cited in "Development of a Markov Decision Process-Based Model for Controlling Secondary Market Sales: The Example of the Online Market for Used Textbooks," by Bhavik K. Pathak in the *International Journal of Management 27*, 3(December 2010): 704-712.

2010    Research cited in "A Hypermap for Supply Chain Management," by James K. Ho in *World Academy of Science, Engineering, and Technology 66*(2010): 695-698.

2010    Research cited in "Barnes & Noble, Inc.: Maintaining A Competitive Edge in an Ever-Changing Industry," by Wendy Hall and Atul Gupta in The *Journal of Business Case Studies 6,*4(July-August 2010); 9-22.

2010    Research cited in "Computing and Society," by J. McGrath Cohoon, Sergey Nigai, and Joseph 'Jofish' Kayne in ACM's "Gender and Computing Conference Papers."

2010    Research cited in "Strategies for Sustaining the University Library," by Daniel Greenstein in *Portal: Libraries and the Academy 10*, 2(April 2010): 121-125.

2010    Research cited in "Weaving a Web Within the Web: Corporate Consolidation of the Web, 1999-2008," by Charlene Simmons in *The Communication Review 13*, 2(April 2010): 105-119.

2010    Research cited in "Rejection Rates for Journals Publishing in Atmospheric Science," by David M. Schultz in the *Bulletin of the American Meteorological Society 91*, 2(February 2010).

2010    Research cited in "The Impact of e-Book Technology on Book Retailing," by Yabing Jiang and Evangelos Katsamakas. HICSS, pages 1-8; 43rd Hawaii International Conference on Systems Sciences.

2010    Research cited in "The Effect of Electronic Storybooks on Struggling Fourth-Graders' Reading Comprehension," by Ihsan Seyit Ertem in *TOJET: The Turkish Online Journal of Educational Technology 9,*4(October 2010: 140-155.

2010    Research cited in *Children's Access to Print Material and Education-Related Outcomes: Findings From a Meta-Analytic Review*, by Jim Lindsay (Naperville, IL: Learning Point, 2010), pages 1-224.

2010    Research cited in "New Models for Monographs- Open Books," by Eelco

Ferwerda in *Serials: The Journal for the Serials Community 23*, 2(July 2010): 91-96.

2010      Research cited in "From Service Providers to Content Producers: New Opportunities for Libraries in Collaborative Open Access Book Publishing," by Janneke Adema and Brigit Schmidt in *New Review of Academic Librarianship 16*, 1(2010): 28-43.

2010      Research cited in "A Clash of Ownership and Journalism: CNN's Movie Coverage," by Jae min Jung; KAIST Business School; working paper. www.ssrn.com/link/KAIST-Business-School.html

2010      Research cited in "Publish or Perish? Reimagining the University Press," by Sam Martin in *M/C Journal 13*, 1(March 2010): 1-8.

2010      Research cited in "A Sixty Year History and Analysis of the Japanese Publishing Industry: A Statistical Analysis of Circulation," by Bib Umino, Kyo Kageura, and Shinichi Toda in *Publishing Research Quarterly 26*, 4(2010): 272-286.

2010      Research cited in "Coming Full Circle: Reviving Private Press Printing at the University of Otago," by Sydney Shep and Paula Jane Whitelock in *School of Information Management—MLIS Research Papers* (2010).

2010      Research cited in *Orthodox by Design: Judaism, Print Politics, and the Artscroll Revolution* by Jeremy Stolow (Berkeley and Los Angeles: The University of California Press, 2010).

2010      Research cited in *Merchants of Culture* by John B. Thompson (Cambridge, MA: Polity, 2010).

2010      Research cited in *Editar en la Universidad: paradojas y retros* by Jesus Anaya Rosique (Colombia: *Editorial Universidad de Antioquia*, 2010).

December 7, 2010      Interviewed in *The Detroit News*: "Borders, Barnes & Noble merger Would Face Hurdles," by Melissa Burden and Tim Devany. http://detnews.com/article/20101207/BIZ/12070319

December 6, 2010      Research cited by Credit Suisse in "Amazon.com Inc.," by Spencer Wang; Equity Research, Consumer Internet (pages 1-52).

December 1, 2010      Research cited in *Inside Higher Education*: "Scribble, Scribble," by Scott McLemee. http://www.insidehighered.com/layout/set/print/views/mclemee

September 29, 2010      Interviewed in *The Financial Times*: "MTV Arm to Focus on Youth

Branding," by David Gelles (page 20).

| | |
|---|---|
| September 28, 2010 | Interviewed and research cited in *The Wall Street Journal*: "Authors Feel Pinch in Age of E-Books," by Jeffrey A. Trachtenberg (pages A1, A18). |
| September 10, 2010 | Research cited on Bloomberg Television: "Young Adult Books." Segment produced by Caroline Horn. Tape available. |
| September 3, 2010 | Interviewed in *The Chronicle of Higher Education*: "U. of Michigan Press Tries Short-Term E-Book Rentals," by Paige Chapman (page A23). |
| September 2, 2010 | Interviewed in *The Detroit News*: "Borders Losses Continue to Mount," by Jaclyn Trop (page 1). www.detnews.com/article/20100902/BIZ/90200355 |
| September 1, 2010 | Interviewed in *The Detroit News*: "Borders Revamps Rewards Program, Cuts E-Reader Prices," by Jaclyn Trop (page 1). www.detnews.com/article/20100901/BIZ/9010347 |
| August 14, 2010 | Interviewed in *The Charleston Gazette* (West Virginia): "Textbooks: Horrendous Cost." http://wvgazette.com |
| August 9, 2010 | Research cited in *The Wall Street Journal*: "Paperback Publisher Switches to Digital," by Jeffrey A. Trachtenberg (page B4). |
| August 7, 2010 | Interviewed in *USA Today*: "New Law, e-Books and Rentals May Make College Textbooks Less Costly," by Eric Gorski. Article appeared in various newspapers, radio and television newscasts, etc. http://www.ustoday.com |
| August 2, 2010 | Interviewed in *The Los Angeles Times*: "Tashen Makes Its Mark With High-End Bookstores," by Lisel Bradner. Article appeared in other newspapers via *The Los Angeles Times* article syndicate. http://www.latimes.com |
| July-August 2010 | Interviewed in *The College Store Magazine*: "A Short Shelf Life? Rental programs Satisfy the Widespread demand for Lower Textbook Prices, But the Digital Transition May Render Them Moot," by Dan Angelo and Michael von Glahn; pages 45-47; 100. *The College Store Magazine* is published by the National Association of College Stores (NACS), which represents +4,000 college bookstores. |
| July 21, 2010 | Interviewed in *The Detroit News*: "John King Slashes Prices to Keep Bookstore Alive," by Louis Aguilar. www.detnews.com |

Reprinted in *The Chicago Tribune*: "Online Competition Forces Price Cuts on Used Books.
www.chicagotribune.com

July 14, 2010     Interviewed in *The Detroit News*: "Borders Poised for E-Comeback," by Jaclyn Trop.
www.detnews.com

July 14, 2010     Interviewed in AnnArbor.com: "Is Borders 'Ahead of the Curve' On Electronic Books?" by Nathan Borney.
www.annarbor.com

July 8, 2010      Interviewed in *The Wall Street Journal*: "Borders Group's Entry in E-Books May Herald Discounts," by Jeffrey A. Trachtenberg (page D4).s

July 7, 2010      Cited in *The Christian Science Monitor*: "Does Borders Have A Shot at 17 Percent of the E-Book Market? by Marjorie Kehe.
www.csmonitor.com

June 6, 2010      Interviewed in *The Chronicle of Higher Education*: "For Rent, More and More: Textbooks," by Jill Laster.
http://chronicle.com

May 21, 2010      Research cited in *The Wall Street Journal*: "E-Books Rewrite Bookselling," by Jeffrey A. Trachtenberg, pages A1, A12.

May 21, 2010      Interviewed in Knowledge@Wharton: "Upended by E-Books: Is This The Last Chapter for the Book Business?"
http://knowledge.Wharton.upenn.edu

May 11, 2010      Interviewed in *American Banker*: "Citizens Ad Push Stresses Community-Building Role," by Heather Landy.
www.americanbanker.com

March 21, 2010    Interviewed in *The Seattle Times*: "Decision on Google Library to Change Publishing Indelibly," by John Timpane.
http://seattletimes.nwsource.com

March 7, 2010     Interviewed in *The Tennessean*: "Local Publishers Rush to Fill Digital Demand," by Wendy Lee.
www.tennessean.com/fdcp/?1267974637430

February 16, 2010  Research cited in "Amazon.com Inc.," Credit Suisse Equity Research, Consumer Internet by Spencer Wang (pages 4, 9-10-11, 13-14-15-16-17).

February 10, 2010  Interviewed in *The Wall Street Journal*: "Publishers, Amazon Grope

|  | Toward Truce in Post-iPad World," by Dan Gallagher.<br>http://online.wsj.com/article/BT-CO-20100210-710410.html/printMode |
|---|---|
| February 10, 2010 | Interviewed in "Market Watch": "Battle Over E-Book Prices May Be Nearing Truce: Analysis: Amazon, Publishers May Find Deal Somewhere in the Middle," by Dan Gallagher.<br>http://www.marketwatch.com/story/story/print?grid=4B243328-C813 |
| February 4, 2010 | Interviewed in *The Chronicle of Higher Education*: [The Wired Campus]: ScollMotion to Develop iPad E-Books for Major Publishers," by Mary Helen Miller.<br>http://chronicle.com/blogPost/ScrollMotion-t0-develop-iPa/21044 |
| January 14, 2010 | Interviewed in *The Chronicle of Higher Education*: [The Wired Campus]: "California Law Encourages Digital Textbooks by 2020," by Mary Helen Miller.<br>http://chronicle.com/blogPost/cal;ifornia-Law-Encourages-D20506 |
| January 12, 2010 | Interviewed on National Public Radio (NPR): "Only Bookstore in Laredo, Texas, To Close," by David Martin Davies.<br>http://www.npr.org |
| January 10, 2010 | Research used on "Sunday Morning With Charles Osgood" [CBS News]: "How E-Books Are Changing the Printed Word." Tape available. |
| January 1, 2010 | Interviewed in CNN.com: "Digital Piracy Hits the E-Book Industry," by Matt Frisch. Article reprinted in *The Straits Times* (Singapore) and *The Malaysian Inside*r, etc.<br>http://cnn.site |
| 2009 | Research cited in *A History of the Book in America: Volume 5: The Enduring Book: Print Culture in Postwar America*, edited by David Paul Nord, Joan Shelley Rubin, and Michael Schudson (Chapel Hill: University of North Carolina Press, 2009); pages 41, 52, 509. |
| 2009 | Research cited in: *Media Ownership and Concentration in America*, by Eli Noam (New York: Oxford University Press, 2009). |
| 2009 | Research cited in: "Economic Implications of Alternative Scholarly Publishing Models: Exploring the Costs and Benefits," by John Houghton, Bruce Rasmussen, Peter Sheehan, Charles Oppenheim, Anne Morris, Clare Creaser, Helen Greenwood, Mark Summers, and Adrian R. Gourlay in "A Report to the Joint Information Systems Committee (JISC): London, 2009. http://hdl.handle.net/2134/4137 |
| 2009 | Research cited in: "Managing the Cross-Industry Networks of the |

Audiovisual Sector: A Perspective from the Independent Screen Productions in the UK and Taiwan," by Chung Hsiao-Ling. Ph.D. dissertation, University of Warwick (UK); June 2009 (pages 1-366).

2009      Research cited in: "Public Sociology in Print: A Comparative Analysis of Book Publishing in Three Social Science Disciplines," by Alex Mochnacki, Aaron Segaert, and Neil McLaughlin in the *Canadian Journal of Sociology 34*, 3 (2009): 729-764.)

2009      Research cited in: "*Preismanagement bei Buchern*" by Dominik Papies in *Okonomie der Buchindustrie: Herausforderungen in der Buchbranche erfolgreich management*, ed. Michael Clement, Eva Blomeke, and Frank Sambeth (Berlin: Gabler, 2009).

2009      Research cited in: "The Copyright Protection Problem: Challenges and Suggestions," M. Campidoglio, F. Frattolillo, and F. Landolfi in *The Fourth International Conference on Internet and Web Applications and Services*, 2009; pages 522-526.

2009      Research cited in: "Do Process Standardization and Automation Mediate or Moderate the Performance Effects of XML? An Empirical Analysis in the Publishing Sector," by Alexander Benlian and Thomas Hess in The Pacific Asia Conference on Information Systems (PACIS) Proceedings 2009.
http://aisel.aisnet.org/pacis2009/12

2009      Research cited in: "Costs and Benefits of Research Communication: The Dutch Situation," by John Houghton, Jos de Jonge, and Marcia van Oploo. Working paper; Victoria University, Melbourne, Australia; 2009.

2009      Research cited in "Costs and Benefits of Alternative Publishing Models: Denmark," by John Houghton; Working paper; Victoria University, Melbourne, Australia; 2009.

2009      Research cited in *An Introduction to the Entertainment Industry*, by Andi Stein and Beth Bingham Evans (NY: Peter Lang, 2009).

2009      Research cited in *Production Studies: Cultural Studies of Media Industries*, by Vicki Mayer, Miranda Banks, and John Caldwell (eds.) (NY: Routledge, 2009).

2009      Research cited in *Victorian Christmas in Print (Nineteenth Century Major Lives and Letters)*, by Tara Moore (NY: Palgrave Macmillan, 2009).

2009      Research cited in *Scholarly Electronic Publishing Bibliography: 2008 Annual Edition*, by Charles W. Bailey, Jr. (Scotts Valley, CA: Create

Spare, 2009).

2009        Research cited in "Culture For One Or Culture For All? How Canadian
           Federalism Influences Federal and Provincial Policy Toward the Book
           Publishing Industry," by Linda Whittaker. M.A. thesis, University of
           British Columbia.

2009        Research cited in "Price Is What You Pay, Value Is What You Get," by
           Nicole Neven. Master Thesis; Erasmus University Rotterdam.

2009        Research cited in "*Concepto y Taxonomia de la Industria de la
           Communication,*" by Juan Pablo Astero, Francisco Perez-Latre, and
           Alfonso Sanchez-Tabernero in *Observatorio 9* (2009): 135-145.

2009        Research cited in "Going for Growth at Gecko Press," by Mark J. Ahn and
           Rebecca Bednarek; case study Victoria University of Wellington
           (Australia): pages 1-25.

2009        Research cited in "Internal and External Competition for Advertising
           Revenues in the Greek Radio Market," by Kostas Agas, George
           Tsourvakas, and Pamaria Rekaiti in *Journal of Radio and Audio Media 16*,
           1(2009): 102-116.

2009        Research cited in "The Copyright Protection Problem: Challenges and
           Suggestions," by M. Campidoglio, F. Frattolilio, and F. Landolfi; 4th
           International Conference on Internet and Web Applications and Services:
           pages 522-526.

2009        Research cited in: "An Evaluation of the Impact of Reading Adventure
           Packs on a Six, Seven, and Eight Year Old Child's Attitude Towards
           Literacy," by Margaret Gill and Peter Morey. Paper presented at the
           National Conference for Teachers of English and Literacy, Hobart,
           Tasmania (July 2009) (pages 1-22).

2009        Research cited in "*A Questao do Preco no Mercado de Livros
           Electronicos,*" by Diana M. Passy Yip; *Universidade de Sao Paulo; Ecola
           de Communicacoes e Artes; Departamento de Jornalismo e Editoracao;*
           working paper.

2009        Research cited in "Introducing Mr. Perky: Subverting the Fantasy Trope
           of Immortality in Contemporary Speculative Fiction," by Jennifer Ryan;
           Master of Arts Thesis; Faculty of Creative Industries, Queensland
           University of Technology.

2009        Research cited in "Professors on the Production Line, Students on Their
           Own," by Mark Bauerlein. AEI Future of American Education Project;

|  | Working Paper 2009-01; pages 1-31. www.aei.org/futureof education |
|---|---|
| 2009 | Research cited in "An Evaluation of the Impact of Reading Adventure Packs on a Six, Seven, and Eight Year Old Child's Attitude Towards Literacy," by Margaret Gill and Peter Morey. Paper presented at the National Conference for Teachers of English and Literacy, WREST Point Conference, Hobart, Tasmania. (July 2009). |
| 2009 | Research cited in "Do Process Standardization and Automation mediate or Moderate the Performance Effects of XML? An Empirical Analysis in the Publishing sector," by Alexander Benlian and Thomas Hess in PACIS 2009 proceedings; paper #12; http://aisel.aisnet.org/pacis2009/12 |
| December 8, 2009 | Interviewed in The Wall Street Journal: "Two Major Publishers To Hold Back E-Books," by Jeffrey A. Trachtenberg (pages B1-B2). |
| November 25, 2009 | Interviewed in Crain's New York Business: "Publisher Has New Read on Textbooks," by Kira Bindrim. www.crainsnewyork.com |
| November 22, 2009 | Interviewed in The Houston Chronicle: "Closure leaves Laredo Without Big Bookseller," by Lynn Brezosky. Also appeared in The San Antonio Express News. www.chron.com |
| November 8, 2009 | Interviewed in The St. Louis Post-Dispatch: "Big names, Price War Top Fall Book Plots," by Jane Henderson. www.stltoday.com |
| November 3, 2009 | Interviewed in The Chicago Tribune: "Encyclopaedia Britannica Helps Prove That With Information, You Often Get What You Pay For," by John Keilman. www.chicagotribune.com |
| November 3, 2009 | Interviewed in The Tennessean: "Thomas Nelson Creates Self-Publishing Division," by Wendy Lee. www.tennesean.com |
| November 2, 2009 | Interviewed in Publishers Weekly: "Book Prices Have Modest Increases," by Jim Milliot (page 8). |
| October 21, 2009 | Interviewed in The Wall Street Journal: "Barnes & Noble Plans E-Book Reader," by Jeffrey A. Trachtenberg (page B5). |
| October 20, 2009 | Interview on NPR's "All Things Considered:" "Nation's Retailers Engage in Online Pricing War," by Lynn Neary. |

51

| | |
|---|---|
| October 19, 2009 | Interviewed in *The New Yorker*: "The Publishing World— The Gossip Mill: Alloy, The Teen-Entertainment Factory," by Rebecca Mead (pages 62-71; see page 66). |
| October 17, 2009 | Interviewed by The Associated Press: "Hard Sell? Wal-Mart and Amazon.com Offer New Books for $9, Competition Heats Up," by Ashley M. Heher.<br>Article appeared in newspapers (e.g., *The Minneapolis Star-Tribune* (MN); *The Charlotte News & Observer* (NC); *The Bergen Record* (NJ); various television and radio stations; and foreign news media. |
| October 14, 2009 | Interviewed in *Publishers Weekly*: "Frankfurt Book Fair: Americans Watching Costs Amid Weak Economy," by Jim Milliot.<br>www.publishersweekly.com |
| October 13, 2009 | Interviewed in *The Wall Street Journal*: "Nelson Adds Self-Publishing Line," by Jeffrey A. Trachtenberg.<br>http://online.wsj.com |
| September 23, 2009 | Interviewed in *The Tennessean*: "Christian Publisher Howard Books Moves to Brentwood," by Wendy Lee.<br>www.tennessean.com |
| September 12, 2009 | Interviewed and research cited in *The Detroit News*: "Borders Transforms Stores, Management to Boost Business," by Jaclyn Trop.<br>http://www.detnews.com/article/20090912/BIZ/909120327/1001/Borders |
| August 27, 2009 | Interviewed in *Market Watch* (Dow Jones & Company): "Amazon Under Attack With New E-Book Offerings," by Therese Poletti.<br>http://www.marketwatch.com |
| August 24, 2009 | Research cited in *Publishers Weekly*: "HMH, Reader's Digest Overhaul Finances," by Jim Milliot (pages 12-13). |
| August 21, 2009 | Research cited in *The Wall Street Journal*: "Barnes & Noble Sales, Profit Fall," by Jeffrey A. Trachtenberg (page B4). |
| August 14, 2009 | Research cited in "Barnes & Noble, Inc." Credit Suisse Equity Research Specialty Hardlines by Gary Balter; 6 pages. |
| August 11, 2009 | Research cited and interviewed in *The Wall Street Journal*: "Barnes & Noble Heads Back to School With College Booksellers Purchase," by Jeffrey A. Trachtenberg (pages B1, B4). |
| August 10, 2009 | Research cited and interviewed in *The Wall Street Journal*: "Textbooks |

Offered for iPod, iPhones," by Jeffrey A. Trachtenberg (page B7).

August 10, 2009      Research cited in Stifel Nicolaus's financial analysis of "Publishing," by Drew E. Crum (page 1).

July 29, 2009      Interviewed in Reuters: "Financial Crisis Not Top of Beach Reading Lists," by Chavon Sutton.
http://www.reuters.com

July 27, 2009      Interviewed and research cited in *Publishers Weekly*: "What's Behind Religion's Fall From (Sales) Grace?" by Lynn Garrett (pages 18-19).

July 22, 2009      Research cited in *The Asbury Park (N.J.) Press*: "Reaching Out to Book-Loving Teens," by David P. Willis.
http://blogs.aap/inthemoney/2009/07/22/reaching-out-to-book-loving-teens/print

July 21, 2009      Interviewed and research cited in *The Wall Street Journal*: "Borders Aims to Capitalize on Teens With New Shops," by Jeffrey A. Trachtenberg (page B6).

July 20, 2009      Research cited in "Amazon.com Inc." Credit Suisse Equity Research Report Notes by Spencer Wang; 42 pages.

July 20, 2009      Research cited in "Entertainment/Internet/Cable TV/DBS— AMZN: Everything You Want to Know About the Kindle." Credit Suisse Equity Research Report by Spencer Wang; 52 pages.

June 15, 2009      Interviewed in *The Washington Post*: "Higher-Ed Pinching Pushes College Presses to Brink," by Kevin McGill.
http://www.washingtonpost.com
Reprinted in *The Chicago Tribune, The Miami Herald, The Boston Globe, The Los Angeles Times, The Philadelphia Inquirer, Forbes.com, Newsday, The San Francisco Examiner, The Seattle Post-Intelligencer*, PBS.com, *The New Orleans Times-Picayune, The Cleveland Plain Deale*r, and other newspapers, television and radio stations, etc.

June 8, 2009      Interviewed in *American Banker*: "A Balancing Act for PNC in Marketing," by Heather Landy (pages 1-2).

May 26, 2009      Interviewed in *The San Francisco Chronicle*: "Worried Book Industry Gathers for Convention," by Hillel Italie.
http://www.sfgate.com
Reprinted in *The Miami Herald,* other newspapers, Yahoo! News, and radio and television station news broadcasts in the U.S.

53

| | |
|---|---|
| May 6, 2009 | Interviewed in *The Chronicle of Higher Education*: "How A Student-Friendly Kindle Could Change the Textbook Market," by Jeffrey R. Young. http://chronicle.com/free/2009/05/17550n.htm |
| May 5, 2009 | Interviewed in *Business Week*: "Superstore Chain Looks to 'Make' Hits," by Hillel Italie. http://www.businessweek.com/ap/financialnews/D9806E5G0.htm Reprinted in *Forbes, The Miami Herald, El Nuevo Herald, The Florida Times-Union*, and other newspapers. Carried by MSNBC, Yahoo! News, and various radio and television stations. Reprinted in India (*U Nongsain Hima*), etc. |
| May 4, 2009 | Interviewed in *Publishers Weekly*: "Children's Sales to Stay Soft," by Diane Roback (page 21). |
| April 27, 2009 | Interviewed in *Publishers Weekly*: "New Report Projects Small Decline in Book Sales in '09," by Jim Milliot (pages 2, 4. |
| April 16, 2009 | Research cited in "Professional Publishing," by Sami Kassab, Exane BNP Paribas Equity Research Report (London, UK). |
| April 6, 2009 | Interviewed in *The Wall Street Journal*: "Self-Publisher Buys Rival As Sector Consolidates," by Jeffrey A. Trachtenberg (page B6). |
| March 2009 | Research cited in *School Library Journal*: "SLJ's Average Book Prices 2009," by Brian Kenney (page 11). |
| February 11, 2009 | Interviewed in *The Wall Street Journal*: "Grisham Is Close To An E-Book Deal," by Jeffrey A. Trachtenberg (page B5). |
| January 27, 2009 | Interviewed in *The Tennessean*: "LifeWay Publishes Bible in Chinese," by Wendy Lee. www.tennessean.com |
| January 13, 2009 | Interviewed in *The Wall Street Journal*: "Irish Publisher Aims To Save Cash," by Aaron O. Patrick (page B8). |
| 2008 | Research cited in "Strategic Benefits and Risks of Vertical Integration in International Media Conglomerates and Their Effect on Firm Performance," by Fiona Roder. Ph.D. dissertation, The University of St. Gallan, Graduate School of Business Administration, Economics, Law, and Social Sciences, page 314. |
| 2008 | Research cited in "Fourth Graders' Expository Text Comprehension: Indicators from NAEP on the Role of Income, Out-of-School Reading |

Experiences, and in-School Reading Experiences," by Heather Ruetschlin Schugar. Ph.D. dissertation, University of Maryland (College Park).

2008    Research cited in: *An Analysis of the Role of the Textbook in the Construction of Accounting Knowledge*, by John Ferguson, David Collison, David Power, and Lorna Stevenson (Edinburgh, Scotland: The Institute of Chartered Accountants of Scotland, 2009).

2008    Research cited in: "Faulty Math: the Economics of Legalizing *The Grey Album*," by Derek E. Bambauer in the *Alabama Law Review 59*, 2(2009): 345-407.

2008    Research cited in *Le management des medias*, by Ghislain Deslandes (Paris: La Decouverte, 2008): page 113.

2008    Research cited in: "Music As A Capital Asset," by Rachel Soloveichik; working paper Federal Trade Commission (pages 1-54).

2008    Research cited in: *Strategic Management in the Media: From Theory to Practice*, by Lucy Kung (London: Sage, 2008).

2008    Research cited in "Old English Literature and Feminist Theory: A State of the Field," by Mary Dockray-Miller in *Literature Compass 5*, 6(October 2008): 1049-1059.

2008    Research cited in "Local Evaluation of Chemistry Journals," by Joseph R. Kraus and Rachel Hansen in *Issues in Science and Technology Librarianship 54* (Summer 2008): 1-11.

2008    Research cited in "Capitalizing on Competition: The Economic Underpinnings of SPARC," by Mary M. Case. The Association of Research Libraries (Washington, D.C.): pages 1-9.

2008    Research cited in "CHELLO: The Child/Home Environmental Language and Literacy Observation," by Susan B. Neuman, Serene Koh, and Julie Dwyer in *Early Childhood Research Quarterly 23*, 2 (January 2008): 159-172.

2008    Research cited in: "Project Management Capabilities in the New Media Industry," by Ricarda B. Bouncken, William J. Lekse, and Michael Koch in the *Journal of Media Business Studies 5*,1(2009): 67-93.

2008    Research cited in *Indie Publishing: How to Design and Publish Your Own Book*, by Ellen Lupton (NY: Princeton Architectural Press, 2008).

2008    Research cited in *Cultural Studies: An Anthology*, by Michael Ryan (ed.)

(Hoboken, NJ: John Wiley-Blackwell, 2008).

| | |
|---|---|
| 2008 | Research cited in *A History of the Book in America, Vol. 4 Print in Motion: The Expansion of Publishing and Reading in the United States 1880-1940,* by Carl F. Kaestle and Janice A. Radwell (Chapel Hill, NC: University of North Carolina Press, 2008). |
| 2008 | Research cited in "Book Circulation Per U.S. Public Library Users Since 1856," by Douglas A. Galbi, *Public Library Quarterly 27,* 4(2008): 351-371. |
| 2008 | Research cited in "Scientific Journals as Fossil Traces of Sweeping Change in the Structure and Practice of Modern Geology," by Sarah E. Fratesi and H.L. Vacker in *The Journal of Research Practice 4,*1 (2008): 5, 25. |
| 2008 | Cited in "*Marketing da Cultura e das Artes: A Dinamica do Consumo de Produtos Culturais,*" by Maria Alice Machado Gouveia and Tania Maria Vidigal Limeira. Working paper: FGV, EASAP, GV Pesquisa, Relatorio No 04. |
| 2008 | Cited in "The Climate of the Book Industry in Eastern Romania," by Radu Emillan, Claudia-Elena Tuclea, and Dragos-Constantin Vasile. Working paper: The Academy of Economic Studies, Bucharest. |
| 2008 | Cited in *Lemarketing: une pratique manageriale en croissance dans le secteur de l'edition litteraire, malgre des resistances,*" by Sandra Painbeni; candidate au prix Roland Calori ; Groupe Sup de Co La Rochelle— CEREGE. |
| 2008 | Research cited in "Culture for One, Or Culture for All? How Canadian Federalism Influences Federal and Provincial Policy Toward the Book Publishing Industry," by Linda Whittaker. M.A. thesis; University of British Columbia. |
| 2008 | Research cited in "Book Publishing in Australia: the Potential Impact of Digital Technologies on Business on Business Information Technologies," by X Tian; Thesis; RMIT University, Australia. |
| December 5, 2008 | Interviewed in *The Wall Street Journal*: "Houghton Mifflin Plans to Cut Jobs, Restructure, by Jeffrey A. Trachtenberg (page B6). |
| December 3, 2008 | Interviewed in *The New York Observer*: "Becky Saletan, Publisher of Houghton Mifflin Harcourt's Struggling Trade Division, Resigns," by Leon Neyfakh. http://www.observer.com |

| | |
|---|---|
| December 3, 2008 | Interviewed in *The Tennessean*: "Thomas nelson Eliminates 55 jobs," by Wendy Lee. http://www.tennessean.com |
| December 2, 2008 | Interviewed in *The New York Observer*: "What Makes Moguls Believe They Belong in the Book Business?" by Leon Neyfakh. http://www.observer.com |
| December 2, 2008 | Interviewed in *The New York Observer:* Report: Becky Saletan, Publisher of Houghton Mifflin-Harcourt's Struggling Trade Division, Resigns," by Leon Neyfakh. http://www.observer.com |
| October 12, 2008 | Interviewed in *Crain's New York Business*: "Books Hit Skids As Economy Tanks," by Matthew Flamm. |
| September 2008 | Cited in "Perverse Outcomes of Intense Competition in the Popular Arts and Its Implications for Product Quality, by Joshua Frank in The *Journal of Cultural Economics 32*, 3(September 2008): 215-224. |
| September 2008 | Cited in "Demand Distribution Dynamics in Creative Industries: The Market for Books in Italy," by Edoardo Gaffeo, Antonello E. Scorcu, and Laura Vici in *Information Economics and Policy, 20*, 2 (August 2008):257-268. |
| August 7, 2008 | Interviewed on Minnesota Public Radio's "Midmorning," "Ye Olde Book Sales Declining," by Kerri Miller. |
| August 4, 2008 | Interviewed in *Crain's New York Business*: "*Breaking Dawn* Breaks Records for Hachette," by Matthew Flamm. www.crainsnewyork.com |
| August 2, 2008 | Interviewed in *The Tennessean*: "LifeWay Cuts 100 Jobs," by Getahn Ward. www.tennessean.com |
| July 31, 2008 | Interviewed in *Crain's New York Business*: "Simon & Schuster Signs Best Selling Author," by Kira Bindrim. www.crainsnewyork.com |
| July 11, 2008 | Interviewed in *The Chronicle of Higher Education*: "On the Web, A Textbook Proliferation of Piracy," by Jeffrey B. Young (pages A1, A9). |
| June 22, 2008 | Interviewed in *The Washington Post*: "Texts on the Beach: What Makes A Classic Summer Read? Depends on Whom You Ask, by Dan Zak (page |