

# The Brooklyn Brew Shop's Beer Making Book

## 52 Seasonal Recipes for Small Batches

Erica Shea and Stephen Valand

For experienced and novice brewers, seasonally minded home cooks, DIY aficionados, and anyone who gets a kick out of saying "I made this," the founders of the Brooklyn Brew Shop present a guide to making craft beer at home, with more than 50 greenmarket-inspired recipes organized by season.

*The Brooklyn Brew Shop's Beer Making Book* teaches cooks and beer fans how to make seasonally inspired beers from what's fresh in the greenmarkets. Those getting started in brewing will appreciate the illustrated step-by-step introduction to making and bottling beer, while experienced brewers will jump right into a year's worth of fun and creative beer recipes, each with suggested food pairings. Erica and Stephen take brewing out of the basement and put it back in the kitchen. They use whole grains and a one-gallon stove-top style that make brewing appealing to the organic-minded and those with space constraints. All recipes include five-gallon variations, so readers can easily transition to larger batches.

ERICA SHEA and STEPHEN VALAND are co-owners/founders of the Brooklyn Brew Shop. They sell their beer-making kits and ingredient mixes at BrooklynBrewShop.com, the Brooklyn Flea, Williams-Sonoma, West Elm, and Whole Foods. They live in Brooklyn. JENNIFER FIEDLER is a writer and editor at *Wine Spectator* and a graduate of the French Culinary Institute.

Cooking – Beer
7³/₈ x 9¹/₈; 176 pages
15-20 line illustrations
978-0-307-88920-1
eBook: 978-0-307-88921-8
$19.99 paper (Canada: $22.99)
ON SALE 11/1/2011
All Rights: Crown

National TV, print and radio coverage

Appearances on
- *Today*
- *Martha Stewart Show*
- Martha Stewart magazine promotion
- Martha Stewart radio promotion

Advertising in *Martha Stewart Living*

Online Promotion
- Google content network advertising on cooking and beer related sites
- Major promotion at MarthaStewart.com and MarthaStewartCrafts.com
- Blogger outreach

Promotion at the Crafts and Hobbies Association and the National Needlework Association trade shows

CrafterNews.com feature

Promotional content available on Scribd.com

Blow-ups and project cards available upon request

eBook version promoted in all advertising, promotion, and social media outreach

TO MAKE A ONE-GALLON BATCH

STEP 1: THE MASH

STEP 2: THE SPARGE

CITRUS GOSE 5.7% ABV







# Digital Painting for the Complete Beginner

Carlyn Beccia

*Written specifically for artists with little or no experience of digital media, this book guides readers from the fundamental elements of digital painting—including understanding brushes, textures, and all media available—to tutorials that enable these newly acquired skills to be put into practice.*

How can emerging artists maximize their creativity with digital media, and create stunning paintings that combine the traditions of traditional media with the infinite possibilities inherent in digital paint programs? *In Digital Painting for the Complete Beginner*, today's digital artists can both gain inspiration and quickly master the techniques and tools of digital painting. Award-winning author-illustrator Carlyn Beccia shares her practical expertise in traditional and digital media. In a clear and concise style, she explains to readers why and how to use artistic processes, and how they have been adapted from traditional art techniques to the infinite world of digital media.

CARLYN BECCIA is a practicing digital artist and the award-winning author-illustrator of *Who Put the B in Ballyhoo?*, *The Raucous Royals*, and *I Feel Better with a Frog in My Throat*. She also contributes tutorials to *Painter* magazine, teaches digital painting to children and adults, and blogs on history, art, and books at carlynbeccia.com.

Art—Painting
8¼ x 9¼; 160 pages
250 full-color Illustrations
978-0-8230-9936-8
$24.99 paper (Canada: $27.99)
ON SALE 3/6/2012

British: The Ilex Press, Ltd.
Translation: The Ilex Press, Ltd.
First serial: Crown

National publicity

National print attention

Online Promotion

- Advertising targeting artists and painters
- Cross-promotion on author's website, CarylnBeccia.com

Featured title at College Art Association Show and NAMTA

Academic marketing outreach

## Getting Started

Before you start exploring your beginning drawing lessons, you need to make sure you have all the supplies you're going to need. As an artist, it's important to always have your materials at the ready—you don't want to suddenly be struck with inspiration for a great drawing, only to find that you're out of paper or lack the right drawing instrument.

Once you've got your supplies, you'll learn to see the hidden geometric shapes that make up just about any form you wish to draw. Seeing these basic shapes, and how they come together to build objects, is the first secret to easier, better drawing.

### SUPPLIES

Unlike other forms of art, such as painting and sculpture, drawing is inexpensive and mess-free. Whether you're a beginner or a more experienced artist, we all use the same basic list of art supplies. You can get these at almost any art supply store, or you can order them online.

#### Artist's Pencils

Drawing pencils come in a variety of leads. The hardest ones make the lightest lines, and the softest ones make the darkest lines. The darkest pencils draw the smoothest, but they smudge like crazy, and are all but impossible to erase. The lightest draw without any give, and are so hard that they chisel into the paper, causing a groove that's visible even after you've erased it. It's best to stay in the middle of the spectrum.

### BASIC SHAPES

Often at first glance, a subject will appear too complicated for a beginning artist. The truth is, almost all subjects are made up of shapes as basic as a square or oval. Sometimes these foundations are called "hidden shapes," because the viewer doesn't realize that an entire image is built around them. Once you learn to recognize the basic shapes in more complex images, we'll be able to draw them. The key is to build onto those simple shapes in an orderly, step-by-step manner.

#### Basic Shapes in Everyday Objects

As you look at these familiar, inanimate objects, notice how the shapes constitute the foundations of each form. Using the hidden, basic shapes as your starting point is much easier than starting with the details.

Hidden shapes are not always readily apparent. Sometimes, you may have to invent one in order to give yourself a workable starting point for your drawing. In those cases, approximate an established shape. Perhaps a lopsided oval will fit the subject matter better than a perfectly formed one.

WOMAN'S HAT

Based on two ovals of differing sizes. Starting with ovals simplifies the artist's job, and makes it easier to keep the hat in symmetry.

COFFEE MUG

This is a set of ovals within ovals, connected by vertical lines. If you keep the ovals evenly spaced between each other, you will end up with a coffee mug that looks accurate.

### ORGANIC SHAPES

Now that you've covered a few examples of drawing from basic shapes, you're ready to move on to subjects that require custom-made shapes for their foundations. Often, what works best is a shape based on an approximation of the object itself, onto which more details are added.

Organic shapes are round and curved, with angles that are softer and less clean-cut than geometric shapes. When drawing objects based on organic shapes, allow yourself the freedom to redraw and to use your eraser. Check your critical voice at the door. This is the time to learn, not to self-judge.

FASHIONABLE PURSE

Some shapes are iconic. An iconic shape is one that the viewer instantly recognizes as a particular object. Your goal is to establish the concept shape as early as possible, before adding in the details.

### PRACTICE: ONE-POINT PERSPECTIVE

You might be tempted to try drawing this couch by "eyeballing" it, hoping that it would come out right. Most likely, the final result wouldn't look 3-dimensional. But by using the tools of perspective, even a basic drawing like this can take on a new feeling of authority.

Art—Drawing
$8^{1}/_{2}$ x $10^{7}/_{8}$; 160 pages
600 illustrations
978-0-8230-8276-6
eBook: 978-0-8230-8277-3
$21.99 paper (Canada: $24.99)
ON SALE 1/10/2012
All Rights: Crown

National print attention

National publicity

Online Promotion

- Advertising targeting drawing sites
- Cross-promotion on author's website, ChrisHartBooks.com
- Cross-promotion with Comcast video/ ActivityTV.com and Chris Hart's YouTube landing pages

eBook version promoted in all advertising, promotion, and social media outreach

Promotion at National Art Materials Trade Association trade shows

Promotional materials available

ALSO AVAILABLE

# Basic Drawing Made Amazingly Easy

Christopher Hart

Targeted to each new generation of aspiring beginners eager to learn the fundamentals of drawing in an easy and accessible way.

The third title in a bestselling series, *Basic Drawing Made Amazingly Easy* is a complete drawing book for the beginning artist. Based on a series of lessons that begin with the five basic shapes (circle, oval, square, cylinder, and rectangle) combined with the five basic components of drawing (line, mass, perspective, light, and shading), the book progresses from the simplest forms to more complex inanimate objects and organic animate subjects.

CHRISTOPHER HART is the world's bestselling author of drawing and cartooning books. His books have sold 3.1 million English-language copies and have been translated into 20 languages. Renowned for up-to-the-minute content and easy-to-follow steps, all of Hart's books have become staples for a new generation of aspiring artists and professionals, and they have been selected by the American Library Association for special notice.

## INTRODUCTION

Drawing is a fun and satisfying way to express your creativity, but learning to draw often appears overly complicated and intimidating. A beginning artist needs a solid foundation in artistic principles, but why can't those principles be clearly explained and illustrated?

Here is a complete drawing book for the beginning artist that focuses on getting you drawing right away, while giving you all the tools you need to build a solid foundation in art. In working through this book, you will learn how to "see" like an artist, in terms of form, line, and shadow. Each chapter builds upon earlier lessons, so that the experience of learning to draw is never too complicated. Confidence will replace your earlier doubt as you learn techniques that work, such as how to combine basic geometric and organic shapes to create almost anything, how to add depth and shading to your drawing, and how to handle composition, form, and perspective. Finally, you'll learn to draw the human body as a graceful and expressive figure—the ultimate challenge for a beginning artist.

SPRING 201


24
**Basic Drawing Made Amazingly Easy**
Christopher Hart

26
**Digital Painting for the Complete Beginner**
Carlyn Beccia

27
**Calligraphy Bible**
Emma Callery

28
**Printmaking Revolution**
Dwight Pogue

30
**Noni Flowers**
Nora Bellows

31
**DIY Style**
Jenni Radosevich

32
**The BetterPhoto Guide to Light**
Jim Moitke and Kerry Drager

33
**The Luminous Portrait**
Elizabeth Messina with Jacqueline Tobin

34
**Beyond Snapshots**
Rachel Devine and Peta Mazey





I definitely don't have time anymore to cook for hours every day—not if I want to spend time at the table with Todd and Jade. But I still love food and cooking and want to eat a nice dinner! So I've really shaken up my weeknight repertoire to include only dishes that I can pull together after a full day. All of these recipes (except the sides and desserts) make main-course servings. And they can all be accomplished in under an hour—with most on the table much faster than that: Rustic Vegetable and Polenta Soup, a hearty soul-warming one-pot dish, cooks in under twenty minutes; Lemony White Bean, Tuna, and Arugula Salad is a great meal that's quickly assembled from pantry and fridge essentials; Ham, Gruyère, and Apple Panini are gooey, cheesy, crunchy, and delicious in ten to fifteen minutes; Spicy Linguini with Clams and Mussels is a fifteen-minute-or-less spectacular pasta; and you can't beat Grilled Sirloin Steaks with Pepper and Caper Salsa, which are also ready in just fifteen minutes.

This is what weeknights look like in my house. I hope these recipes inspire you and your family to gather around the table (or picnic blanket!) for some fantastic dinners—and, most important, a whole lot of fun.

BUON APPETITO!

burgers a la pizzaiola

spicy linguine with clams and mussels







Architecture – Interior Design
9 x 12; 224 pages
200-250 full-color photos
978-0-307-71878-5
$50.00 hardcover (Canada: $57.00)
ON SALE 4/3/2012
All Rights: Crown

National print coverage in men's, women's, lifestyle and shelter magazines and newspapers

National radio attention

Online Promotion
- Banner advertising on DesignSponge
- Cross-promotion on author's website, TimClarkeDesign.com, and in his retail location, Tower 20 in Los Angeles
- Blog outreach

Promotional materials available

# Coastal Modern
## Sophisticated Homes Inspired by the Ocean
### Tim Clarke with Jake Townsend

For lovers of the seashore and fans of clean, modern, inventive design, celebrated Santa Monica-based interior decorator Tim Clarke illustrates how to infuse inspiration drawn from the coastal lifestyle and the fantasy of the "perfect beach house" into any space, regardless of size or location.

There are few people in the world who have captured the essence of coastal living the way that superstar interior designer Tim Clarke has. In the fifteen years that he has been creating residential environments for Hollywood celebrities, power brokers, and socialites, the Tim Clarke brand has become synonymous with breezy, relaxed elegance. With photographs by acclaimed interiors photographer Noah Webb, this lavishly illustrated home design book shares Tim's aesthetic and philosophy as seen in more than 15 spaces, where clean lines, organic shapes, a mix of hard and soft textures, and colors inspired by the sea and the sand create a sense that these places are at once spacious and restful.

TIM CLARKE is an interior designer in Santa Monica, California, who has created interiors for many Hollywood celebrities and whose work has been featured in leading publications including *Elle Décor*, *House Beautiful*, *Veranda*, *Town and Country*, and the *Los Angeles Times*. His design firm, TCI, has a clientele base that includes leaders in entertainment, business, and sports, and his eponymous Santa Monica retail location sells one-of-a-kind beach-inspired furniture and curios.

Writer JAKE TOWNSEND has contributed to the *Los Angeles Times* and *Condé Nast Traveler*, among others, and he is the author or co-author of 10 books, including many of the acclaimed Cool Hotels series.



# Exhibit H

## Katie Workman's 'The Mom 100 Cookbook'



If you're a mom with a busy schedule and a desire to still produce good, quality meals for your family, Katie Workman has just published a cookbook with you in mind, "The Mom 100 Cookbook." This cookbook's philosophy aims to provide real solutions for the everyday dilemmas that cooking for kids can present.

As is written on the back cover, the book presents 20 cooking-related dilemmas that moms face on a daily basis, and provides five solutions (in the form of recipes) for each dilemma -- offering a total of 100 recipes that moms can turn to when in need.

For example, one of the dilemmas covered in the book is "Getting The Kids Fed And Out The Door." Many moms will attest that mornings are busy and hectic, and so this is a valuable meal time to address. Workman offers five recipes for the dilemma with additional twists. Her recipe for scrambled eggs offers 10 alternative versions, such as the green eggs scramble, meat scramble or cheese scramble. Other dilemmas she addresses include: "The Kids Can't Get Beyond Hamburgers and Hotdogs," "Be Brave -- Serve Salad," and "I'm Looking For Some New Surefire Hits."

Since Workman is a working mother herself, she writes a blog (and also blogs for us also at HuffPost Kitchen Daily) and is the Editor in Chief of cookstr.com, she has included many features in her cookbook aiming to make a working mom's life easier. For most recipes, she offers tips on how you can make part of a dish ahead of time (when you actually have a free moment) or how the kids can help you in the kitchen (making a valid point that if the kids helped make it, they'll be more likely to try it).

Workman also devotes a great deal of time and consideration for the mom of the picky eater. She believes that just because your child isn't an adventurous eater, that doesn't mean that the whole family has to eat bland meals. She offers recipes called "fork in the road recipes" that allow you to appease the picky eater while still making an exciting dish for the rest of the family.

To get an idea of the kind of recipes you can find in Workman's book, you can check out the ones she has contributed to our site.

**Katie Workman Recipes:**
Tarragon Mustard Crusted Filet Of Beef
Southwestern Chicken-Chipotle Super Bowl Dip
Avocado And Cannellini Bean Crostini With Gremolata
Pad Thai
Modern Greek Salad