UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/12

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>  Defendant. | 05 cv 08136 (DC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>**ECF Case** |

The motion of Babak Siavoshy, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Babak Siavoshy

Firm Name: University of California, Berkeley, School of Law

   Samuelson Law, Technology & Public Policy Clinic

Address: University of California, Berkeley, School of Law

   Samuelson Law, Technology & Public Policy Clinic

   351 Boalt Hall

City / State / Zip: Berkeley, CA 94720-7200

Telephone / Fax: (510) 643-6552 / (510) 643-4625

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Digital Humanities Scholars and Law Professors as *amici curiae* in the above entitled action;

**IT IS HEREBY ORDERED**, that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

DATED:

_____
~~United States District / Magistrate Judge~~

USCJ
7-31-12

, upon payment to the Clerk of the Court of the applicable fee.

DC