Michael J. Boni (pro hac vice)
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
MBoni@bonizack.com
JZack@bonizack.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Google Inc.,<br><br>　　　　　　Defendant. | Case No. 05 CV 8136-DC<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>~~FILED UNDER SEAL~~<br><br>**ECF CASE**<br><br>**(PUBLIC VERSION)** |

------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment; the Statement of Undisputed Facts pursuant to Local Civil Rule 56.1 annexed hereto, the Declaration of Joanne Zack dated July 26, 2012 and the exhibits annexed thereto, and all prior pleadings and proceedings in this case, the undersigned counsel for plaintiffs in the above-captioned action hereby will move this Court, pursuant to Rule 56 of the Federal Rules of

Civil Procedure, before the Hon. Denny Chin, United States Circuit Judge, on October 9, 2012 at 10:00 a.m., in Courtroom 11A at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiffs' Motion for Partial Summary Judgment that:

1. Google's unauthorized reproduction, distribution, and display of in-copyright books violates 17 U.S.C. §§ 106(1), (3), and (5);

2. Google's unauthorized reproduction, distribution, and display of in-copyright books are not "fair uses" pursuant to 17 U.S.C. § 107; and

3. Under 17 U.S.C. § 504(c)(1), representative plaintiffs and members of the certified class are entitled to an assessment of statutory damages of $750 per Book for Google's copying, distribution and/or display of Books in violation of 17 U.S.C. §§ 106(1), (3) and (5).

Dated: July 26, 2012

*Joanne Zack*
Joanne Zack
Michael J. Boni (pro hac vice)
Joshua D. Snyder
Joanne G. Noble
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA  19004
(610) 822-0200 (phone)
(610) 822-0206 (fax)
JZack@bonizack.com
MBoni@bonizack.com
JSnyder@bonizack.com
JNoble@bonizack.com

        Robert J. LaRocca
        KOHN SWIFT & GRAF, P.C.
        One South Broad Street, Suite 2100
        Philadelphia, PA 19107
        Telephone:  (215) 238-1700
        Facsimile:  (215) 238-1968
        rlarocca@kohnswift.com

        Sanford P. Dumain
        MILBERG LLP
        One Pennsylvania Plaza
        New York, NY 10119
        Tel:   (212) 594-5300
        Fax:  (212) 868-1229
        sdumain@milberg.com

*Counsel for Plaintiffs*