UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Google Inc.,<br><br>        Defendant. | Case No. 05 CV 8136-DC<br><br>~~FILED UNDER SEAL~~<br><br>ECF CASE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF JOANNE ZACK IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
(PUBLIC REDACTED VERSION)**

I, Joanne Zack, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in Boni & Zack, LLC, counsel for plaintiffs in this litigation and a member of the bar of this Court. I submit this declaration in support of plaintiffs' motion for partial summary judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Copyright Office Certificate of Registration No. A173097 (for JIM BOUTON, BALL FOUR).

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Copyright Office Certificate of Registration No. TX0000338841 (for BETTY MILES, THE TROUBLE WITH THIRTEEN).

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Copyright Office Certificate of Registration No. A346254 (for JOSEPH GOULDEN, THE SUPERLAWYERS: THE SMALL AND POWERFUL WORLD OF THE GREAT WASHINGTON LAW FIRMS).

5.  Attached hereto as Exhibit 4 are true and correct copies of print-outs from Google's website displaying search results in JIM BOUTON, BALL FOUR.

6.  Attached hereto as Exhibit 5 are true and correct copies of print-outs from Google's website displaying search results for the term "pitch" in JIM BOUTON, BALL FOUR.

7.  Attached hereto as Exhibit 6 are true and correct copies of print-outs from Google's website displaying search results for the term "pitches" in JIM BOUTON, BALL FOUR.

8.  Attached hereto as Exhibit 7 are true and correct copies of print-outs from Google's website displaying search results in BETTY MILES, THE TROUBLE WITH THIRTEEN.

9.  Attached hereto as Exhibit 8 are true and correct copies of print-outs from Google's website displaying search results in JOSEPH GOULDEN, THE SUPERLAWYERS: THE SMALL AND POWERFUL WORLD OF THE GREAT WASHINGTON LAW FIRMS.

10. Attached hereto as Exhibit 9 are excerpts from a spreadsheet produced by Google identifying approximately 2.7 million scanned books Google has distributed to libraries. Because the spreadsheet is voluminous, the entire document has not been attached.

11. Attached hereto as Exhibit 10 is a true and correct copy of a print-out from http://www.authorsguild.org/about/history.html.

12. Attached hereto as Exhibit 11 is a true and correct copy of a print-out from http://investor.google.com/corporate/faq.html.

13. Attached hereto as Exhibit 12 is a true and correct copy of "Google Checks Out Library Books," dated December 14, 2004, as printed from Google's website.

14. Attached hereto as Exhibit 13 is a true and correct copy of pages 1, 2, 15, and 56 from Google Inc.'s 2011 Form 10-K, as printed from Google's website.

15. Attached hereto as Exhibit 14 is a true and correct copy of pages 1, 3, and 50 from

Google Inc.'s 2010 Form 10-K, as printed from Google's website.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a document titled "Google Print Partner Development: Global Sales Conference," bates labeled GOOG000101101-GOOG000101116.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the transcript of the deposition of Daniel Clancy in this case.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the Google Book Partner Program Standard Terms and Conditions, available at https://books.google.com/partner/terms.

19.     Attached hereto as Exhibit 18 is a true and correct copy of the transcript of the deposition of Thomas Turvey in this case.

20.     Attached hereto as Exhibit 19 is a true and correct copy of a print-out from http://support.google.com/books/bin/answer.py?hl=en&answer=43729/.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an announcement from Google, "Committee on Institutional Cooperation (CIC) Joins Google's Library Project," dated June 6, 2007, as printed from Google's website.

22.     Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Daniel Clancy in Support of Google Inc.'s Opposition to Plaintiffs' Motion for Class Certification, filed February 8, 2012.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a print-out from http://support.google.com/books/bin/answer.py?hl=en&answer=43751.

24.     Attached hereto as Exhibit 23 is a compilation of true and correct copies of documents Google produced in this case, namely agreements Google has entered into with

various libraries: the Cooperative Agreement with the United States Library of Congress, the Digitization Agreement with Leland Stanford Junior University, the Cooperative Agreement with the University of Michigan, the Collaboration Agreement with Harvard College, the Cooperative Agreement with the University of California, the Cooperative Agreement with The New York Public Library, the Cooperative Agreement with the University of Wisconsin-Madison, the Cooperative Agreement with the University of Virginia, the Cooperative Agreement with Princeton University, the Cooperative Agreement with The University of Texas at Austin, the Cooperative Agreement with the Committee on Institutional Cooperation, the Cooperative Agreement with Cornell University, and the Cooperative Agreement with Columbia University.

25. Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the deposition of Kurt Groetsch in this case.

26. Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the deposition of Stephane Jaskiewicz in this case.

27. Attached hereto as Exhibit 26 is a true and correct copy of Defendant Google Inc.'s Supplemental Narrative Responses and Objections to Plaintiffs' Second Request for Production of Documents and Things.

28. Attached hereto as Exhibit 27 is a true and correct copy of Defendant Google Inc.'s Responses and Objection to Plaintiffs' First Set of Requests for Admission.

29. Attached hereto as Exhibit 28 is a true and correct copy of a print-out from http://www.google.com/googlebooks/library.html.

30. Attached hereto as Exhibit 29 is a true and correct copy of a document titled "QA Training Manual," bates labeled GOOG05002438-GOOG05002456.

31. Attached hereto as Exhibit 30 are excerpts from a spreadsheet produced by Google as a file labeled GOOG05000001. Because the spreadsheet is voluminous, the entire document has not been attached.

32. Attached hereto as Exhibit 31 is a true and correct copy of an email dated December 9, 2011, from Joseph Gratz to Joanne Zack, Subject: "Authors Guild v. Google: Production of Book List."

33. Attached hereto as Exhibit 32 is a true and correct copy of a memorandum titled "Library of Congress Trip Report," bates labeled GOOG000541138-GOOG000541150.

34. Attached hereto as Exhibit 33 is a true and correct copy of the transcript of the deposition of Paul Courant in this case.

35. Attached hereto as Exhibit 34 is a true and correct copy of a document titled "Google Print Full Text Book Mini-GPS," dated December 10, 2003, and bates labeled GOOG05004754-GOOG05004770.

36. Attached hereto as Exhibit 35 is a true and correct copy of a document titled "Google Print: A Book Discovery Program," dated October 15, 2004, bates labeled GOOG000645719-GOOG000645742.

37. Attached hereto as Exhibit 36 is a true and correct copy of the transcript of the deposition of Gloriana St. Clair in this case.

38. Attached hereto as Exhibit 37 is a true and correct copy of the Expert Report of Daniel Gervais.

39. Attached hereto as Exhibit 38 is a true and correct copy of the transcript of the deposition of James Crawford in this case.

40. Attached hereto as Exhibit 39 is a true and correct copy of the Expert Report of Benjamin Edelman.

41. Attached hereto as Exhibit 40 is a true and correct copy of the transcript of the deposition of Bruce Harris in this case.

42. Attached hereto as Exhibit 41 is a true and correct copy of the transcript of the deposition of Albert Greco in this case.

43. Attached hereto as Exhibit 42 is a true and correct copy of the transcript of the deposition of Judith Chevalier in this case.

44. Attached hereto as Exhibit 43 is a true and correct copy of Defendant Google Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 26, 2012 in Bala Cynwyd, Pennsylvania.

/s/ Joanne Zack
Joanne Zack