# EXHIBIT 1

le of accounts

............
............
............
cine, Wis.

.
.

............
d "(X)." (2) Sign
lave the officer sign

iting which it states.

described in this

ganization claiming
lication;
tion.

r)
rformed within the
type set therein; or
f the United States,
tes. That such type-
ng establishments or

CH TYPESETTING
) BINDING, ETC.)

souri

............

............

............

so above)

............

Page 1

# Application for Registration of a Claim to Copyright
## in a published book manufactured in the United States of America

**FORM A**

| CLASS | REGISTRATION NO. |
|---|---|
| A | 173097 |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED AND NOTARIZED. The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ......... Jim Bouton
c/o Theron Raines
Address ...... 244 Madison Avenue, New York, New York 10016

Name .........................................................................

Address .......................................................................

**2. Title:** ...... BALL FOUR: My Life and Hard Times Throwing the Knuckleball in the
(Give the title of the book as it appears on the title page) Big Leagues

..........................................................................

**3. Authors:** Citizenship and domicile information must be given. There a work was made for hire, the employer is the author. The tizenship of organizations formed under U.S. Federal or State w should be stated as U.S.A. Authors may be editors, compilers.

translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name ...... Jim Bouton ...... Citizenship ...... U.S.A.
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)
Domiciled in U.S.A. Yes .. X .. No ...... Address ...... see above

Name ...... Leonard Shecter – Editor ...... Citizenship ...... U.S.A.
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)
Domiciled in U.S.A. Yes .. X .. No ...... Address ...... c/o Theron Raines, address see above

Name ..............................................................
(Give legal name followed by pseudonym if latter appears on the copies) Citizenship ...... (Name of country)
Domiciled in U.S.A. Yes ...... No ...... Address ..........................

**4. Date of Publication of This Edition:** Give the complete date hen copies of this particular edition were first placed on sale, ld, or publicly distributed. The date when copies were made or

printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given. For further information, see page 4.

...... June 15, 1970
(Month) (Day) (Year)

**➤➤ (NOTE: Leave line 5 blank unless the following instructions apply to this work.) ◄◄**

**5. New Matter in This Version:** If any substantial part of this rk has been previously published anywhere, give a brief, general tement of the nature of the new matter published for the first

time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

...... Extensive additional text

**➤ NOTE:** Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. ◄◄

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was eviously manufactured and published abroad in the English language, complete the following spaces:

te of first publication of foreign edition ..........................
(Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ...... No ......

f your answer is "Yes," give registration number ...............................

EXAMINER

*Complete all applicable spaces on next page*

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

The World Publishing Company

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name: Phoebe McKay _____ Address: _____

9. Send certificate to:

(Type or print Name name and address) Address

Miss Phoebe McKay
The World Publishing Company
110 East 59th Street
(Number and street)
New York, New York 10022
(City)          (State)        (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

11. Affidavit (required by law.) Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) Sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer fill in and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

STATE OF ___New York___

COUNTY OF ___New York___ } ss:

I, the undersigned, depose and say that I am the
☐ Person claiming copyright in the book described in this application;
☒ Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X) ___June 15, 1970___
(Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein by the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such type-setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:
(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING)

Names (X) ___The Book Press___ Addresses (X) ___New York, New York___

_____
(Signature of affiant)

PLACE
NOTARIAL SEAL
HERE

EDITH MENRAD
Notary Public, State of New York
No. 03-7888480
Qualified in Bronx County
Commission Expires March 30, 1972

(Sign and notarize only on or after date given above)

Subscribed and sworn to affirmed before me this ___fourth___ day of ___August___, 19 70

_____
(Signature of notary)
Edith Menrad

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application and affidavit received |
| Two copies received |
| Fee received |
| Renewal |

U.S. GOVERNMENT PRINTING OFFICE: 1968—O—320-773

Page 1

**Application in a publish**

Instructions: A completed befor be SIGNED at l COMPLETED AI submitted until should state the information, see p

1. Copyright Cl should be the sam

Name _____

Address _____

Name _____

Address _____

2. Title: _____

3. Author Citi Where a work wa citizenship of org law should be state

Name _____

Domiciled in U.S.A. _____

Name _____

Domiciled in U.S.A. _____

Name _____

Domiciled in U.S.A. _____

4. Date of Publica when copies of this sold, or publicly dis _____

5. New Matter in work has been previo statement of the nat _____

➡ NOTE: Le _____

6. Book in English Previously manufactu

Date of first publicati _____

If your answer is "Ye

**EXHIBIT 2**

FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   338-84

EFFECTIVE DATE OF REGISTRATION

Sep     17     79

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**TITLE OF THIS WORK**

THE TROUBLE WITH THIRTEEN

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

If published in a periodical or serial give: Vol. ..... No. ..... Issue Date .....

Title of Collective Work ..... Vol. ..... No. ..... Date ..... Pages .....

**NAME OF AUTHOR**

1   Was this author's contribution to the work a "work made for hire"?   Yes ......   No X.....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... } or { Domiciled in .....

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....

**NATURE OF AUTHORSHIP** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR**

2   Was this author's contribution to the work a "work made for hire"?   Yes ......   No .....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... } or { Domiciled in .....

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....

**NATURE OF AUTHORSHIP** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR**

3   Was this author's contribution to the work a "work made for hire"?   Yes ......   No .....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... } or { Domiciled in .....

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....

**NATURE OF AUTHORSHIP** (Briefly describe nature of this author's contribution)

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**   Year 1978

**DATE AND NATION OF FIRST PUBLICATION**   Date August 15, 1979
Nation United States

(Complete this block ONLY if this work has been published.)

**NAME AND ADDRESS OF COPYRIGHT CLAIMANT(S):**

Betty Miles
Hill Avenue
New York   10963

| | EXAMINED BY | APPLICATION RECEIVED: |
| --- | --- | --- |
| | CHECKED BY | 17 SEP. 1979 |
| TX 338-841 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 17 SEP 1979  17 SEP 1979 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes.   No **X**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
none

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| | Brattleboro, Vermont |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS** (See instructions)

- Signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or both.

  a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Alfred A. Knopf, Inc.
Account Number: 10409

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)
Name: Alfred A. Knopf, Inc.
Address: 201 East 50th Street
New York, New York   10022

**CERTIFICATION** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: Alfred A. Knopf, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Mary M. Thomas_
Typed or printed name: Mary Lou Thomas     Date: 9/12/79

**MAIL CERTIFICATE TO**

Mary Lou Thomas, Alfred A. Knopf, Inc.
201 East 50th Street
New York, New York   10022

OCT 26 1979

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1979-361-467/23

**EXHIBIT 3**

e, give name of account:

uld be sent:

Illinois  61701

edge.

red agent
o those marked "(X)." (3) S
public. (3) Have the offeri:

pletion of printing which it a

that I am the
in the book described is t

e person or organization d
ed in this application;
in this application.

2

th, day, and year)

ne type was performed with
d States from type let there
in the limits of the United St
the United States. That such ty
by the following establishm

RFORMED SUCH TYPESE
RINTING AND BINDING, D

gton, Illinois

iant)

after date given above)
is ................... 20th

.........., 19 72

Zadegri ft
notary)

**FORM A**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **A** A | **346254** |
| | DO NOT WRITE HERE |

plication for **Registration of a Claim to Copyright**
ublished book manufactured in the United States of America

ions: Make sure that all applicable spaces have been
d before you submit the form. The application must
NED at line 10 and the AFFIDAVIT (line 11) must be
LLTED AND NOTARIZED. The application should not be
until after the date of publication given in line 4, and
ate the facts which existed on that date. For further
ion, see page 4.

Pages 1 and 2 should be typewritten or printed with pen
and ink. Pages 3 and 4 should contain exactly the same information
as pages 1 and 2, but may be carbon copies. Mail all pages of the
application to the Register of Copyrights, Library of Congress,
Washington, D.C. 20540, together with 2 copies of the best edition
of the work and the registration fee of $6. Make your remittance
payable to the Register of Copyrights.

**opyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s)
the same as in the notice of copyright on the copies deposited.

Joseph C. Goulden

6416 22nd Road, No. Arlington, Virginia 22205

THE SUPERLAWYERS
(Give the title of the book as it appears on the title page)

e Small and Powerful World of the Great Washington Law Firms

Citizenship and domicile information must be given.
k was made for hire, the employer is the author. The
organizations formed under U.S. Federal or State
iated as U.S.A. Authors may be editors, compilers.

translators, illustrators, etc., as well as authors of original text.
If the copyright claim is based on new matter (see line 5) give
requested information about the author of the new matter.

eph C. Goulden
(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship  U.S.A.
                                                                                                 (Name of country)

Yes  X      No ..........   Address  6416 22nd Road, No. Arlington, Virginia 22205

(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship ..........
                                                                                                 (Name of country)

Yes ..........   No ..........   Address ..........

(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship ..........
                                                                                                 (Name of country)

Yes ..........   No ..........   Address ..........

cation of This Edition: Give the complete date
this particular edition were first placed on sale,
istributed. The date when copies were made or

printed should not be confused with the date of publication.
NOTE: The full date (month, day, and year) must be given. For
further information, see page 4.

April        13        1972
(Month)      (Day)      (Year)

(NOTE: Leave line 5 blank unless the following instructions apply to this work.)

This Version: If any substantial part of this
ously published anywhere, give a brief, general
ure of the new matter published for the first

time in this version. New matter may consist of compilation,
translation, abridgment, editorial revision, and the like, as well
as additional text or pictorial matter.

All new material with the exception of one article which appeared in
WASHINGTONIAN, October 1971, Vol.7, No.1 (copyright reg.no.B722513)
d "The Superlawyers"

Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language.

ish Previously Manufactured and Published Abroad: If all or a substantial part of the text of this edition was
actured and published abroad in the English language, complete the following spaces:

ation of foreign edition ..........
                    (Year)              Was registration for the foreign edition made in the U.S.
                                        Copyright Office?  Yes ..........   No ..........

"es," give registration number ..........

| EXAMINER |
|----------|
| |

*Complete all applicable spaces on next page*

**7.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of ...

David McKay Company, Inc.

**8.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Marguerite Gaignat                Address  c/o David McKay Company, I
750 Third Avenue, New York

**9.** Send certificate to:

(Type or print name and address)

Name  DAVID McKAY COMPANY, INC.

Address  750 THIRD AVENUE,
(Number and street)

NEW YORK, N. Y. 10017
(City)        (State)        (Zip code)

**10.  Certification:**  (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Marguerite Gaignat*
(Signature of copyright claimant or duly authorized agent)

**11. Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with information as to those marked "
the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have
and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing
The affidavit *must* be signed by an individual.

I, the undersigned, depose and say that I am the

☐ Person claiming copyright in the book de
application;

STATE OF .....New York.....

☒ Duly authorized agent of the person or organi
copyright in the book described in this applic

COUNTY OF ..New York..

☐ Printer of the book described in this application

That the book was published ~~or the printing was completed on~~ (X) .............April 13, 1972.
(Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, ~~the setting of the type was perfo~~
~~limits of the United States or the making of the plates was performed within the limits of the United States from t~~
the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of th
and that the printing of the text and the binding (if any) were also performed within the limits of the United States,
setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following
individuals at the following addresses:

(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH
OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BI

Offset Plates
Names (X)  Van Rees Book Comp.Co.(Comp.& Repro.   Addresses (X)  304 Hudson St., N.Y.
Van Rees Press (Printer)        "   "   "   "
Van Rees Bookbinding Corp.(Binder)   "   "   "

*Marguerite Gaignat*
(Signature of affiant)

(Sign and notarize only on or after date given a

Subscribed and sworn to before me this  23rd
affirmed

day of ..June..   N. JAMES GUTTILLA 19 72.
Notary Public, State of New York
No. 30-1692700

PLACE
NOTARIAL SEAL
HERE

*N. James Guttilla*
Certificate ... New York County
Commission Expires March 30, 1973

FOR COPYRIGHT OFFICE USE ONLY

Application and affidavit received

JUN 29 1972

Two copies received

JUN 29 1972

Fee received

Renewal

☆ U.S. GOVERNMENT PRINTING OFFICE : 1970 O—380-872

---

*(right margin, partially cut off)*

Page 1

**Application for 7**
**in a published book i**

Instructions: Make sure t
completed before you subl
is SIGNED at line 10 and
COMPLETED AND NOTAR
submitted until after the da
should state the facts whit
information, see page 4.

**1.** Copyright Claimant(s)
should be the same as in the t

Name ...............  Barba

Address ...............  17 Ea

Name ...............

**2.** Title ...............  THE

**3.** Author: Citizenship and
Where a work was made for
citizenship of organizations
(ay should be stated) as U.S.A

Name ...............  Barbara W
(Give legal r

Domiciled in U.S.A.  Yes... X..

Name ...............
(Give legal t

Domiciled in U.S.A.  Yes .........

Name ...............
(Give legal t

Domiciled in U.S.A.  Yes .........

**4.** Date of Publication of T
copies of this particula
sold or publicly distributed.

➤➤  (NOTE:

A New Matter in This Vers
work has been previously publi
statement of the nature of the

NOTE:  Leave line

A Book in English Previous
previously manufactured and t

Date of first publication of for

If your answer is "Yes," give

**EXHIBIT 4**

+You  Web  Images  Videos  Maps  News  Gmail  More ▾

Sign in

Google books

| Submit Q |

Advanced Book Search
AbeBooks
Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Find in a libr
All sellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

umpire    | Search |

10 pages matching **umpire** in this book

Page 86

Unless it was Jim Bouton.

Wayne Comer got into an argument with an umpire, and they were jawing back and forth. The last thing said was, "All right, Comer. You'll be sorry you said that."

Page 146

having said anything at all. I try to be especially nice to Ashford because everybody else harasses hell out of him. He's not exactly the best umpire, but he is far from being terrible. He doesn't miss that many calls, and when he does he misses them on both sides, like any good umpire. But other umpires talk behind his back. Sometimes they'll let him run out on the field himself and the other three who are holding

Page 189                                                                                          Snippet view

Jerry Neudecker was the umpire at third base. His position is just
a few steps away from our bullpen and he stopped by, as umpires will,
to pass the time between innings.

"Why is it that they boo me when I call a foul ball correctly and
they applaud the starting pitcher when he gets taken out of the ball-
game?" says Neudecker.

Where's the rest of this book?

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review            - MacK -
Goodreads

Sad to say, baseball nut that I am, this
book stayed below my radar for years on
end, when it finally became a known
quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review            - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a
game he attended with his father when he was a boy), the love of baseball did not rub off on
me. My ... Read full review

All 5 reviews »

## Related books

        

Foul Ball: My Life and Hard    The long season        The Bullpen Gospels
Jim Bouton                     Jim Brosnan            Dirk Hayhurst

## Other editions - View all

Case 1:05-cv-08136-DC   Document 905-11   Filed 08/03/12   Page 13 of 158
Ball four: my life and hard times ... - Jim Bouton - Google Books

Page 3 of 5



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach Dierker **Don Mincher** dugout Eddie O'Brien **fastball** feel felt **Fred Talbot** funny **Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell hitter home run Houk hurt infield Jim Bouton **Joe Schultz** Johnny kids kind **knuckleball** laughed locker look manager **Marty Pattin Marvin Milkes** McNertney Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant **pitch** pitcher play pretty Ranew **Ray Oyler Sal Maglie** scored season Seattle Pilots sitting spring training started **Steve Barber Steve Hovley** sure talk tell there's thing thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm **Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

·

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

·

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation        **BibTeX**  |  **EndNote**    **RefMan**

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=umpire                          12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

.

+You   Web   Images   Videos   Maps   News   Gmail   More ·                                    Sign in

Google books

[                              ]   Submit Q   Advanced Book Search
                                              Get this book
                                              AbeBooks
                                              Amazon

## Ball four: my life and hard times throwing the knuckleball in the Big Leagues



| 0 |

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Find in a libr
All sellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

tommy davis            Search

40 pages matching **tommy davis** in this book

Page 49

in Seattle last year, Tom Egan. Tommy Davis said he could follow
the flight of the ball pretty good, until he lost it in a cloud. A very bad day
for the knuckleball. It just didn't knuckle. The overhand curve was
working pretty good and some of the fastballs hopped pretty good. Who
knows, maybe my old motion is coming back. The sirens are still

Page 195

runway or even to go back into the clubhouse for a goddam cigarette,
but if you take a candy bar out to the bullpen you get all kinds of static.
          The bed in this hotel in Baltimore makes me think these bad
thoughts. I think I'll go wash out my brain with soap.

Page 285

position. And today Tommy Davis said, "I wonder if anybody will ever offer me a job like that?"

"All you'll get is a scouting job in Watts someplace," Tommy Harper said.

So I started doing a general-manager bit, giving scout Tommy Davis his instructions. "Now, Tom, you have to make sure to sign the

Where's the rest of this book?

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach Dierker **Don Mincher** dugout Eddie O'Brien **fastball** feel felt **Fred Talbot** funny **Gary Bell** Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell hitter home run Houk hurt infield **Jim Bouton** **Joe Schultz** Johnny **kids** kind **knuckleball** laughed locker look manager **Marty Pattin** **Marvin Milkes** McNertney Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant **pitch** pitcher play pretty Ranew **Ray Oyler** **Sal Maglie** scored season Seattle Pilots sitting spring training started **Steve Barber** **Steve Hovley** sure talk tell there's thing thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm **Yankees** Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Will. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

| Export Citation | BiBTeX | EndNote | RefMan |
|---|---|---|---|

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=tommy+davis

12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                         Sign in

Google books            [                              ]        Submit Q    Advanced Book Search
                                                                             AbeBooks
                                                                             Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues                                                                      Find in a libr
                                                                             All sellers »

                         0
                                                             **New! Shop for Google eBooks**
Jim Bouton
            5 Reviews                                        Go to the Google eBookstore for
World Pub. Co., 1970 - Sports & Recreation - 400 pages       over 3 million eBooks to read on
                                                             the Web, Android, iPhone, iPad,
BALL                                                         Sony and Nook.
FOUR
                                                             **Shop for eBooks now »**


                                                             Add to My Library ▾


## From inside the book

strike                          [ Search ]

36 pages matching strike in this book

Page 62

the same thing. They're asking you to obey good pitching principles;
keep the ball down (most hitters are high-ball hitters), don't make the
pitch too good (don't pitch it over the heart of the plate), move the ball
around inside the strike zone and change speeds (keeps the hitter off
balance), and get ahead of the hitter (when you have two strikes on a

Page 86

I couldn't resist, so giving him my sincere look, I said, "This is it."
    He turned pale and moped over to Joe, slowly, as if attached to a
large rubber band. But all Joe wanted was to tell us to run some extra
laps since we were in the bullpen and weren't able to run when every-
body else did.
    I never saw anybody run laps looking so happy as Dick Baney.

Page 196

Snippet view

> And then Carl Yastrzemski's name came up because he'd just ig-
> nored the strike and Gary Bell said, "Didn't surprise me. Carl Yastrzem-
> ski is for himself first and second and the hell with everybody else."
> Gee, Gary, Carl Yastrzemski?
> Yes. Besides, during the strike Yastrzemski called several super-

Get this bool
AbeBooks
Amazon

Find in a libr

Where's the rest of this book?

All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review    - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review    - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Boney  base  baseball player  batting practice  big leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach  Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny  **Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell  hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  kids  kind  **knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney  Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant  **pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle  Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's  thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm  **Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



| | |
|---|---|
| Export Citation | BiBTeX   EndNote   RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=strike                    12/11/2011

©2011 Google

Snippet view

Get this boo
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                    Sign in

Google books

[    Submit Q ]   Advanced Book Search
                  Get this book
                  AbeBooks
                  Amazon

# Ball four: my life and hard times throwing the knuckleball in the Big Leagues

Find in a libr
All sellers »

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

red sox                    [ Search ]

9 pages matching red sox in this book

Page 52

> By now, though, we're standing in clumps of five or ten and take turns catching whatever fly balls happen to come our way.
>   It was Dick Stuart-story day today, and this one was about the time Johnny Pesky was managing the Red Sox and Stuart was playing for him and showing up late for a lot of things. For some reason this

Page 289

> the time. When things are going good Yastrzemski will go all out. When things aren't going so well he'll give a half-ass effort. But he's got so much ability that the only thing you can do is put up with him.
>   I asked a few of the Red Sox if they thought he deserved the fine and I thought they would defend him. But they said, "He deserved it

Page 388                                                                            Snippet view

scared. After a while, though, all they could do was giggle.

Dick Williams has been fired as manager of the Red Sox. I think
that when a team wins a pennant the tendency is to give too much credit
to the manager and when a team loses the tendency is to blame him too

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard
Times Throwing the Knuckleball in
the Big Leagues**
User Review                    - MacK -
Goodreads
Sad to say, baseball nut that I am, this
book stayed below my radar for years on
end, when it finally became a known
quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review                    - James - Goodreads
While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a
game he attended with his father when he was a boy), the love of baseball did not rub off on
me. My ... Read full review

All 5 reviews »

## Related books








‹                                                                                    ›

Foul Ball: My Life and Hard     The long season        The Bullpen Gospels
Jim Bouton                       Jim Brosnan            Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach  Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny  **Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell  hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind  **knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney  Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant  **pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle  Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's  thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm  **Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



| Export Citation | BiBTeX | EndNote | RefMan |
|---|---|---|---|

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ·                              **Sign in**

Google books

[ Submit Q ]   Advanced Book Search
                Get this book
                AbeBooks
                Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Find in a libr
All sellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

yankees                    [ Search ]

85 pages matching **yankees** in this book

Page 23

checking the stock tables and because between 1932, when he began to
play for the Yankees, and 1968, when he left as a coach, he had pulled
down some 23 World Series shares in addition to his considerable salary.
And no one has noticed him spending very much of it. In addition,
starting at age fifty, he elected—possibly through foolishness, more likely

Page 90

the Newhouse papers. Ogle was a Yankee fan and he reacted to players
purely on how much they were helping the Yankees to win. Charm,
personality, intelligence—nothing counted. Only winning. Ogle didn't
have even the pretense of objectivity. He was the only writer in the
pressbox who would take the seventh-inning stretch in the Yankee half.
    Once at a winter press conference, when the Yankees were an-

Page 154

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

actually has them believing they're winners.

I wonder how he is with the pitchers.

The big confrontation is coming closer. The Yankees will be in town in a couple of days and I've been invited to appear at the sports-writers and sportscasters dinner on Monday afternoon. The idea is us

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball In the Big Leagues**

User Review          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | |
|---|---|
| 5 stars | 4 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 0 |
| 1 star | 0 |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender bullpen called catch catcher club clubhouse coach Dierker Don Mincher dugout Eddie O'Brien fastball feel felt Fred Talbot funny Gary Bell Gelnar getting goddam going guess guys happened Harry Walker Hegan hell hitter home run Houk hurt infield Jim Bouton Joe Schultz Johnny kids kind knuckleball laughed locker look manager Marty Pattin Marvin Milkes McNertney Mickey Mike Marshall never night O'Donoghue Okay outfield Pagliaroni Pattin pennant pitch pitcher play pretty Ranew Ray Oyler Sal Maglie scored season Seattle Pilots sitting spring training started Steve Barber Steve Hovley sure talk tell there's thing thought threw told Tommy Davis tonight trying umpire Vancouver walked warm Yankees Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Ball four: my life and hard times ... - Jim Bouton - Google Books

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

Export
Citation        BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

Case 1:05-cv-08136-DC Document 1953-1 Filed 08/03/12 Page 35 of 158
Ball four: my life and hard times ... - Jim Bouton - Google Books

Page 5 of 5

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                                    Sign in

Google books    [                                    ]   [ Submit Q ]   Advanced Book Search

## Ball four: my life and hard times throwing the knuckleball in the Big Leagues

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

BALL FOUR

New! Shop for Google eBooks

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

Snippet view

### From inside the book

mickey mantle    [ Search ]

17 pages matching **mickey mantle** in this book

Get this book

AbeBooks

Amazon

Find in a library

All sellers »

Page 29

Mickey Mantle announced his retirement the other day and I got to thinking about the mixed feelings I've always had about him. On the one hand I really liked his sense of humor and his boyishness, the way he'd spend all that time in the clubhouse making up involved games of chance and the pools he got up on golf matches and

Page 30

in left field. When the game was over I walked back into the clubhouse and there was a path of white towels from the door to my locker, and all the guys were standing there, and just as I opened the door Mickey was putting the last towel down in place. I'll never forget him for that. And I won't forget the time—1962, I guess it was—in Kansas

Page 31

arrived, they were ready to go out with the big boys. Maude told them
to get dressed up, tie and all—this was in Detroit—and meet them in
a place called The Flame. Mickey gave them the address and said to
be sure to ask for Mickey Mantle's table.

Pepitone and Linz were like a couple of kids at Christmas. They
couldn't stop talking about what a great time they were going to have

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK -
Goodreads

Sad to say, baseball nut that I am, this
book stayed below my radar for years on
end, when it finally became a known
quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
| --- | --- | --- |
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a
game he attended with his father when he was a boy), the love of baseball did not rub off on
me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

‹                                                                                              ›

## Other editions – View all

Case 1:05-cv-08136-DC Document 1053-11 Filed 08/03/12 Page 38 of 158
Ball four: my life and hard times ... - Jim Bouton - Google Books

Page 3 of 5



Jul 12, 1990
Snippet view

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big leagues  Blefary  boys  Brabender  bullpen  called  catch  catcher  club  clubhouse  coach  Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny  Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell  hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind  knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney  Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant  pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle  Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's  thing  thought  threw  told  Tommy Davis  tonight  Irying  umpire  Vancouver  walked  warm  Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Case 1:05-cv-01186-DC   Document 1905-1   Filed 08/03/12   Page 39 of 158
Ball four: my life and hard times ... - Jim Bouton - Google Books

Page 4 of 5

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation

BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=mickey+mantle                    12/11/2011

Case 1:05-cv-08136-DC Document 953-11 Filed 08/03/12 Page 40 of 158
Ball four: my life and hard times ... - Jim Bouton - Google Books

Page 5 of 5

©2011 Google



Page 20

One of the problems is that the hitters hate to hit against my knuckleball in batting practice. They don't like pitchers to work on

Page 43

a good outing, however. I struck out the first hitter I faced on four pitches, all knuckleballs. (Don't ask me who he was; hitters are just meat to me. When you throw a knuckleball you don't have to worry about strengths and weaknesses. I'm not sure they mean anything, anyway.) I noticed again that I throw a better knuckleball in a game than

Page 141

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

sota and it was so damn cold—and the American League ball is defi-
nitely bigger than the Pacific Coast League ball—that I couldn't get the
damn thing to break at all. Every single knuckleball I threw was rolling
over, or spinning sideways, and I started to panic. I could feel the sweat
break out on me, and I was cold and sweaty at the same time. Here was

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Hard
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
· Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Beney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  bullpen  called  catch  catcher  club  clubhouse  coach
Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny
Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind
knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney
Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle
Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's
thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm
Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



| | | | |
|---|---|---|---|
| Export Citation | BiBTeX | EndNote | RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=knuckleball                    12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

.

+You  Web  Images  Videos  Maps  News  Gmail  More ▾                              **Sign in**

Google books                                    [ Submit Q ]   Advanced Book Search
                                                              AbeBooks
                                                              Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues                                                                  Find in a libr
                                                                         All sellers »



0

Jim Bouton

          5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

homers                          [ Search ]

3 pages matching **homers** in this book

Page 32

> early games, but it looks like I'm not going to be ready here. It's quite
> different from my last spring with the Yankees in 1967. I was really
> impressive, right from the beginning. I led the club in innings pitched
> with thirty, and I gave up the fewest hits, fifteen, and no homers and
> only two or three extra-base hits. My ERA was .092, which means less

Page 145

> who hit one of the homers off me.
>     Meanwhile, in the dugout, I found out from Darrell Brandon that
> Sal had thrown a fit when the home run was hit. He had a toothpick
> in his mouth at the time and he threw it hard on the ground (so hard
> a tree may yet grow on the spot) and said, "Jesus, he's got to start

Page 240                                                                                   Snippet view

> Fred Talbot says that after listening to Sal in these meetings he's decided what kind of pitcher he must have been. "A mother," Talbot said. "A real mother."
>
> Mother Maglie also said in the meeting that one way to handle Jackson was not to throw him any strikes. So Jackson hit three homers

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                    - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                    - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Harc
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  clubhouse  coach
Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny
Gary Bell  Gelnar  getting  goddam  going  guess  guys  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind
knuckleball  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney
Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle
Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's
thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm
Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |
| Export Citation | BiBTeX    EndNote    RefMan |

Ball four: my life and hard times ... - Jim Bouton - Google Books

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »



Google books

Submit Q    Advanced Get this book
             AbeBooks
             Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

Find in a libr
All sellers »

**New! Shop for Google eBooks**

Jim Bouton

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

home run          Search

46 pages matching **home run** in this book

Page 62

up into the infield and The Colonel would look down the bench and say,
"The boy's fastball is moving. The boy's fastball is rising." Two innings
later, same situation, the very same pitch, home run into the left-field
seats. The Colonel looks up and down the bench and says very wisely,
"Got the ball up. You see what happens when you get the ball up?"

Page 87

Rich Rollins has a good story he tells in the same vein. It goes
back to when we were playing against each other in the Class-B
Carolina League. Rich had hit two home runs in the first game of
a doubleheader and the club had some deal that anybody who hit three
home runs in one day would get $300. So the other players on Rollins'
team told him to go to our catcher, Norm Kampshor, and get him to tell

Page 321

Snippet view

so many games this year," she said. "I get nervous every day."

"Why should you get nervous? I don't. Except once in a while."

"I don't know, but I do. And every time they hit a home run off you, I just get sick to my stomach. I worry about how you feel, too, because I want you to be happy."

"Any more on," I said. "When they hit a home run off me I have

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                      - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review                - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books







Foul Ball: My Life and Hard
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Beney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  Eddie O'Brien  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-Knuckleball-in-the-Big-Leagues

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |

Export
Citation          BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=home+run          12/11/2011

©2011 Google

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

+You   Web   Images   Videos   Maps   News   Gmail   More ⋅                          **Sign in**

Google books

[ Submit Q ]   Advanced Book Search

# Ball four: my life and hard times throwing the knuckleball in the Big Leagues

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**BALL FOUR**

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

Snippet view

Get this book

AbeBooks

Amazon

Find in a library

All sellers »

## From inside the book

Eddie O'Brien          [ Search ]

22 pages matching Eddie O'Brien in this book

Page 75

picnic.

I think coach Eddie O'Brien is going to prove a gold-plated pain in the ass. He must think he's Frank Crosetti or something, because when I reached into his ballbag he said, "What are you going to do with it?"

Page 105

A few more words about Eddie O'Brien and Ron Plaza. O'Brien is one of the fairly famous basketball O'Brien twins who played with Seattle from '49 to '53. Actually his job is athletic director at Seattle U. but he had four years in the big leagues with the Pirates— as infielder and pitcher—and now he's here as a friend of management (or because his brother is in city government) to get his fifth year in

Page 307

There must have been steam coming out of my ears by now, be-
cause Eddie O'Brien said, "Go take a shower."

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review               - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big leagues Blefary boys Brabender **bullpen** called catch catcher club **clubhouse** coach Dierker Don Mincher dugout Eddie O'Brien fastball feet felt Fred Talbot funny Gary Bell Gelnar getting goddam **going** guess **guys** happened Harry Walker Hegan hell hitter home run Houk hurt infield Jim Bouton **Joe Schultz** Johnny kids kind **knuckleball** laughed locker look manager Marty Pattin Marvin Milkes McNertney Mickey **Mike Marshall** never night O'Donoghue Okay outfield Pagliaroni Pattin pennant **pitch** pitcher play pretty Ranew Ray Oyler **Sal Maglie** scored season Seattle Pilots sitting spring training started Steve Barber **Steve Hovley** sure talk tell there's thing thought threw told **Tommy Davis** tonight trying umpire Vancouver walked warm Yankees Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation        BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog · Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=Eddie+O'Brien&source=gbs_word_cloud_r&cad=5    12/11/2011

©2011 Google

+You Web Images Videos Maps News Gmail More -

Sign in

Google books

Submit Q

Advanced Book Search
Get this book

AbeBooks

Amazon

Find in a libr

All sellers »

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

**Ball FOUR**

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

balls | Search

20 pages matching **balls** in this book

Page 33

will go away, but how am I going to pitch Sunday? I'm not ready. I haven't thrown to spots yet. I haven't thrown any curve balls at all. My fingers aren't strong enough to throw the knuckleball right. I've gone back to taking two baseballs and squeezing them in my hand to try to strengthen my fingers and increase the grip. I used to do that

Page 186

guaranteed, asking me why I'm not wearing my earflap."

Between innings of the game I got up in the bullpen and worked with the iron ball Mike Marshall keeps out there. Talbot was certain I was only doing it so I would get on television, and maybe I was, partly. After the third time up Talbot said, "Jesus Christ, Bouton, why don't

Page 390

Snippet view

3—1 in the seventh and I got called in with two out and runners on first and second. Pete Rose up. Real clutch situation. I throw two knuckle-balls for balls. Edwards calls for a fastball and I shake him off. Rose is just going to rip my fastball. I know it. So I throw a knuckleball for a strike, another knuckleball for a foul ball, a third for strike three and strut off the mound.

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review          - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**
User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books


Foul Ball: My Life and Hard
Jim Bouton


The long season
Jim Brosnan


The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked Astros ballclub ballgame ballpark ballplayer Baney base baseball player batting practice big
leagues Blefary boys Brabender bullpen called catch catcher club clubhouse coach
Dierker Don Mincher dugout Eddie O'Brien fastball feel felt Fred Talbot funny
Gary Bell Gelnar getting goddam going guess guys happened Harry Walker Hegan hell
hitter home run Houk hurt infield Jim Bouton Joe Schultz Johnny kids kind
knuckleball laughed locker look manager Marty Pattin Marvin Milkes McNertney
Mickey Mike Marshall never night O'Donoghue Okay outfield Pagliaroni Pattin pennant
pitch pitcher play pretty Ranew Ray Oyler Sal Maglie scored season Seattle
Pilots sitting spring training started Steve Barber Steve Hovley sure talk tell there's
thing thought threw told Tommy Davis tonight trying umpire Vancouver walked warm
Yankees Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation

**BiBTeX**   **EndNote**   **RefMan**

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=balls                                      12/11/2011

Ball four: my life and hard times ... - Jim Bouton - Google Books

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

+You  Web  Images  Videos  Maps  News  Gmail  More ▾                    **Sign in**

Google books

Submit Q    Advanced Book Search
                                AbeBooks
                                Amazon

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

Find in a libr
All sellers »

**New! Shop for Google eBooks**

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

BALL
FOUR

Add to My Library ▾

## From inside the book

ball    | Search |

100 pages matching **ball** in this book

Page 61

real thing, with a baseball instead of a rubber ball. I think it will be a

Page 62

the same thing. They're asking you to obey good pitching principles; keep the ball down (most hitters are high-ball hitters), don't make the pitch too good (don't pitch it over the heart of the plate), move the ball around inside the strike zone and change speeds (keeps the hitter off balance), and get ahead of the hitter (when you have two strikes on a

Page 186          Snippet view

guaranteed, asking me why I'm not wearing my earflap."

Between innings of the game I got up in the bullpen and worked with the iron ball Mike Marshall keeps out there. Talbot was certain I was only doing it so I would get on television, and maybe I was, partly. After the third time up Talbot said, "Jesus Christ, Bouton, why don't

Where's the rest of this book?

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review     - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review     - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books

  

Foul Ball: My Life and Hard
Jim Bouton

The long season
Jim Brosnan

The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Beney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Snippet view

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four; my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation            BiBTeX      EndNote     RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

Ball four: my life and hard times ... - Jim Bouton - Google Books

+You   Web   Images   Videos   Maps   News   Gmail   More -

Sign in

Google books

Submit Q

Advanced Book Search
Get this book
AbeBooks
Amazon
Find in a library
All sellers »

**Ball four:** my life and hard times throwing the knuckleball in the Big Leagues

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

New! Shop for Google eBooks

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

orioles    Search

8 pages matching orioles in this book

Page 196

And then Carl Yastrzemski's name came up because he'd just ignored the strike and Gary Bell said, "Didn't surprise me. Carl Yastrzemski is for himself first and second and the hell with everybody else."

Gee, Gary, Carl Yastrzemski?

Yes. Besides, during the strike Yastrzemski called several super-

Page 201

Talking about Joe Schultz reminded Marshall of something that happened the other night. Although we had just blown a game to the Orioles, when Schultz came back into the clubhouse he was smiling. Mike thought that was kind of strange until he heard Schultz say, to

Page 205

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

"All right. I'll talk to Eddie about it," Joe Schultz said.

I can't wait.

During batting practice the Orioles sneaked into our bullpen—
word is that it was Eddie Watt and Pete Richert—and deposited three

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review       - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review       - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  **pitcher**  play  pretty  Renew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  **tonight**  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this book
AbeBooks
Amazon

Find in a library
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |



Export
Citation    BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=orioles                    12/11/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

**EXHIBIT 5**

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                        **Sign in**

Google books      [                    ]   [ Submit Q ]   Advanced Book Search

**Ball four:** my life and hard times throwing the knuckleball in the Big
Leagues

⟨ 0 ⟩

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

New! Shop for Google eBooks

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

Snippet view

**From inside the book**

pitch          [ Search ]

100 pages matching **pitch** in this book

Get this book

AbeBooks

Amazon

Find in a library

All sellers »

Page 62

the same thing. They're asking you to obey good pitching principles;
keep the ball down (most hitters are high-ball hitters), don't make the
pitch too good (don't pitch it over the heart of the plate), move the ball
around inside the strike zone and change speeds (keeps the hitter off
balance), and get ahead of the hitter (when you have two strikes on a

Page 67

ing as do too much. Johnny Sain always told guys who had control
problems that they were trying too hard to throw the ball to a specific
spot, not that they weren't concentrating. Sain would compare pitching
to a golfer chipping to a green and say that if you tried for the cup you
might miss the green. The thing to do was just hit the green, pitch to a
general area.

Page 123

> The problem for a long-relief man is that he doesn't want to tire
> himself out before a game in which he may pitch eight innings. But if

Where's the rest of this book?

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - MacK -
Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books



Foul Ball: My Life and Hard
Jim Bouton



The long season
Jim Brosnan



The Bullpen Gospels
Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  clubhouse  coach
Dierker  Don Mincher  dugout  Eddie O'Brien  fastball  feel  felt  Fred Talbot  funny
Gary Bell  Gelnar  getting  goddam  going  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  Jim Bouton  Joe Schultz  Johnny  kids  kind
**knuckleball**  laughed  locker  look  manager  Marty Pattin  Marvin Milkes  McNertney
Mickey  Mike Marshall  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
pitch  pitcher  play  pretty  Ranew  Ray Oyler  Sal Maglie  scored  season  Seattle
Pilots  sitting  spring training  started  Steve Barber  Steve Hovley  sure  talk  tell  there's
thing  thought  threw  told  Tommy Davis  tonight  trying  umpire  Vancouver  walked  warm
Yankees  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four; My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) — factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball<br>Baseball players<br>Sports & Recreation / Baseball / General<br>Sports & Recreation / Baseball / History |



Export
Citation     BiBTeX    EndNote    RefMan

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

©2011 Google

**EXHIBIT 6**

+You   Web   Images   Videos   Maps   News   Gmail   More ▾                    Sign in

Google books

| | Submit Q | Advanced Book Search |

## Ball four: my life and hard times throwing the knuckleball in the Big Leagues

0

Jim Bouton

5 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

Get this book

AbeBooks

Amazon

Find in a library

All sellers »

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

pitches        [ Search ]

41 pages matching **pitches** in this book

Page 167

him between shags. I told him about my conversation with Schultz and his thought that I couldn't be a starter because I had only one pitch. I told him that Niekro said after his last game that he'd thrown 95 knucklers out of 104 pitches.

"Well, you can do that if it's breaking," Sal said.

Page 186

Mantle pointed it out to all the Little League, high-school and college players who were watching, but somehow I doubt it. So I'll do it here. It started in the first inning when Joe Sparma walked Tommy Harper, leading off, on four-straight pitches. Hegan was the next batter. On ball two, way over Hegan's head, Harper tries to steal second and

Page 339                                                                              Snippet view

good knuckleball with the first pitch. Find that tricky abstract thought,
the one that makes you feel so competent and smooth. I tried to recall
the last few warm-up pitches I threw and I remember thinking, "Why
are they playing the National Anthem so slowly?"
 I walked the first hitter on four pitches. The first two pitches to the

Get this bool
AbeBooks
Amazon

Find in a libr

Where's the rest of this book?                                                       All sellers »

## What people are saying - Write a review

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review         - MacK - Goodreads

Sad to say, baseball nut that I am, this book stayed below my radar for years on end, when it finally became a known quantity in my life as a fan I viewed it as something rather like Great ... Read full review

| User ratings | | |
|---|---|---|
| 5 stars | | 4 |
| 4 stars | 1 | |
| 3 stars | 1 | |
| 2 stars | 0 | |
| 1 star | 0 | |

**Review: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues**

User Review          - James - Goodreads

While I grew up in a family that cheered on the Chicago Cubs (my father had a baseball from a game he attended with his father when he was a boy), the love of baseball did not rub off on me. My ... Read full review

All 5 reviews »

## Related books

                    

‹                                                                                     ›

Foul Ball: My Life and Harc    The long season        The Bullpen Gospels
Jim Bouton                      Jim Brosnan            Dirk Hayhurst

## Other editions - View all



Jul 12, 1990
Snippet view

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

## Common terms and phrases

asked  Astros  ballclub  ballgame  ballpark  ballplayer  Baney  base  baseball player  batting practice  big
leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  club  **clubhouse**  coach
Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny
**Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  hell
hitter  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  kids  kind
**knuckleball**  laughed  locker  look  manager  **Marty Pattin**  **Marvin Milkes**  McNertney
Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant
**pitch**  pitcher  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle
Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  talk  tell  there's
thing  thought  threw  told  **Tommy Davis**  tonight  trying  umpire  Vancouver  walked  warm
**Yankees**  Yeah

## References to this book

**From Google Scholar**

Eamus Catuli
John Nerone - 2008 - Journal of Sport and Social Issues

## References from web pages

The Dreyfus Affair The Natural. Ball Four: My Life and Hard Times ...
Ball Four: My Life and Hard Times Throwing the Knuckleball in the. Big Leagues. Chamberlain,
Wilt. A View from Above. New York: Random House, 1991. His ...
www.ssc.wisc.edu/ ~jpiliavi/ 647/ video.pdf

Ball Four: My Life and Hard Times Throwing the Knuckleball in the ...
Former pitcher Jim Bouton's Ball Four: My Life and Hard Times Throwing the Knuckleball in the

Big Leagues (1970) is a funny and honest recounting of the ...
www.britannica.com/ eb/ topic-908049/ Ball-Four-My-Life-and-Hard-Times-Throwing-the-
Knuckleball-in-the-Big-Leagues

Ball four; my life and hard times throwing the knuckleball in the ...
Ball four; my life and hard times throwing the knuckleball in the big ... THINGS CONNECTED
TO "Ball four; my life and hard times throwing the knuckleball in ...
harpers.org/ subjects/
BallFourMyLifeAndHardTimesThrowingTheKnuckleballInTheBigLeaguesBook

Jim Bouton - BR Bullpen
Jim Bouton: Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big Leagues
(1970); Jim Bouton: Ball Four plus Ball Five (1981) ...
www.baseball-reference.com/ bullpen/ Jim_Bouton

Happy Birthday, Jim Bouton « Ron Kaplan's Baseball Bookshelf
Ball Four My Life and Hard Times Throwing the Knuckleball in the Big Leagues · I Managed
Good, but Boy did they Play Bad ...
rksbaseballbookshelf.wordpress.com/ 2008/ 03/ 08/ happy-birthday-jim-bouton/

Jim Bouton Biography (Baseball Player/Writer) --- factmonster.com
Ball Four by Jim Bouton; Ball Four: My Life and Hard Times Throwing the Knuckleball in the Big
Leagues by Jim Bouton; I'm Glad You Didn't Take It ...
www.factmonster.com/ biography/ var/ jimbouton.html

Jim Pagliaroni Bibliography | baseballlibrary.com
Ball Four: My Life And Hard Times Throwing The Knuckleball In The Big Leagues by Bouton,
Jim, Edited By Leonard Shecter. Hardbound Book (New York: World ...
www.baseballlibrary.com/ baseballlibrary/ sabr/ tbi/ P/ Pagliaroni_Jim.tbi.stm

Snippet view

Get this book
AbeBooks
Amazon

Find in a libr
All sellers »

## Bibliographic information

| | |
|---|---|
| Title | Ball four: my life and hard times throwing the knuckleball in the Big Leagues |
| Author | Jim Bouton |
| Editor | Leonard Shecter |
| Publisher | World Pub. Co., 1970 |
| Length | 400 pages |
| Subjects | Sports & Recreation › Baseball › General |
| | Baseball |
| | Baseball players |
| | Sports & Recreation / Baseball / General |
| | Sports & Recreation / Baseball / History |
| Export Citation | BiBTeX   EndNote   RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home

http://books.google.com/books?id=FSs9AAAAIAAJ&q=pitches                              12/12/2011

©2011 Google

Snippet view

Get this bool
AbeBooks
Amazon

Find in a libr
All sellers »

**EXHIBIT 7**

Web   Images   Videos   Maps   News   Shopping   Gmail   More~                Sign in

Google books      betty miles                   Advanced Book Search

# The trouble with thirteen



Betty Miles
          9 Reviews
Avon, Sep 1, 1980 - Family & Relationships - 108 pages
Twelve-year-old Annie is unwilling to face some major
changes in her life.



**New!** Shop for Google eBooks

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▼

## From inside the book

annie                    [ Search ]

33 pages matching annie in this book

Page 97

> **Annie.** Denny and Clay's marriage wasn't a waste!
> They had a lot of good years and a lot of love. And they

Page 106

> The book was upside down. I can't ever wrap a book so
> the title comes out on top.
>    Rachel turned it over. Then she gasped. "Oh,
> *Annie!* Oh, wow, that's so neat! *Thanks!*" She opened

Page 110

> Annie and her best friend Rachel wish they could stay
> twelve forever. Everything is perfect . . . until unex-
> pected changes begin pulling Annie and Rachel apart
> just when they need each other the most. But through
> it all Annie and Rachel learn a lot about independence

Where's the rest of this book?

## What people are saying - Write a review

### Review: The Trouble with Thirteen
User Review          - Carolyn - Goodreads
wide reading for CI 546 grade level: middle school
genre: realistic fiction, pseudo contemporary
(came out in the 70s but not a book where time is
a signficant part of the setting) themes:
friendship ... Read full review

**User ratings**

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 0 |

5

### Review: The Trouble with Thirteen
User Review          - Geralyn St Joseph - Goodreads
I read this book when I was 12. It was touching and accurate. I cried. Read full review

All 9 reviews »

## Related books

‹  ›

The Secret Life of the Unde   Hey! I am reading!          Around and around—love
Betty Miles              Betty Miles, Sylvie Wicksln   Betty Miles

## Contents

Section 1 ............................. 67    Section 3 ............................. 101
Section 2 ............................. 93    Copyright

## Common terms and phrases

Angela Annie Anyway Aunt Sylvia Barclay beautiful best friend Bruce camera chair
Coke couch Cowboy beans Cuba Dairy Queen dance Debbie
doll house door doughnut dresses driveway ears pierced Erica everything eyes
feel felt fourposter front funny girls glad going grabbed guess hugged Janie jumped
Kate Kate's Kenny kids kitchen knew laughed leaned back lettuce lilacs litde
looked Madison Marvin minute miss Mom's move neat nice nightgown Nora
Nora's old dog pajamas party Peter James photo booth picture porch pretty
probably pulled Rach Rachel asked Rachel looked Rachel put Rachel took rack seemed

shouted  sleeping  smiled  sorry  sort  stared  started  steps  stopped  stuff  stupid  suddenly  sure  talk  tell
Thanks  things  thought  trying  turned  walked  wearing  Weiss  What's  wheezing  wish  wondered  worry
Yeah  yelled  York City

## Bibliographic information

| | |
|---|---|
| Title | The trouble with thirteen |
| | *Avon Camelot Book* |
| Author | Betty Miles |
| Publisher | Avon, 1980 |
| ISBN | 0380511363, 9780380511365 |
| Length | 108 pages |
| Subjects | Juvenile Fiction › Social Issues › Friendship |



Death
Family & Relationships / Death, Grief,
Bereavement
Fiction
Friendship
Juvenile Fiction / General
Juvenile Fiction / Social Issues / Friendship
Social Science / Death & Dying

| | | | |
|---|---|---|---|
| Export Citation | BIBTeX | EndNote | RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an Issue - Help - Sitemap - Google Home

©2011 Google

+You  Web  Images  Videos  Maps  News  Gmail  More ·                          **Sign In**

Google books                                          Submit Q   Advanced Book Search
                                                                   Amazon.co
                                                                   Barnes&No
                                                                   Books-A-M
# The trouble with thirteen                                        IndieBound
                                                                   Find in a lil
                                           o                       All sellers :
                                    Betty Miles          **New! Shop for Google eBooks**
                                       9 Reviews
                                    Avon, Sep 1, 1980 - Family & Relationships - 108 pages    Go to the Google eBookstore for
                                    Twelve-year-old Annie is unwilling to face some major      over 3 million eBooks to read on
                                    changes in her life.                                       the Web, Android, iPhone, iPad,
                                                                                               Sony and Nook.

                                                         **Shop for eBooks now »**


                                                         Add to My Library ▾

## From inside the book

nora            [ Search ]

34 pages matching nora in this book

Page 4

>     Our best article idea so far was "You *Can* Teach an
>     Old Dog New Tricks." I thought it up. Nora was
>     perfect for the article because she's ten years old and
>     she never learned tricks when she was young. My

Page 5

>     laps, panting.
>         I scratched her behind the ear. "You're a dumb old
>     dog, that's what you are."
>         Nora wriggled appreciatively. In the sun, her fur

Case 1:05-cv-08136-DC Document 1093-2 Filed 08/02/12 Page 93 of 158

Page 65

Snippet vie

~~before I even called her.~~

I tried to squash the feeling down. I started to look
for Nora in her favorite sleeping places: the chair she
wasn't supposed to lie in, the hall rug, the foot of my

Where's the rest of this book?

Get this bo
Amazon.co
Barnes&N
Books-A-N
IndieBoun

Find in a li
All sellers :

## What people are saying - Write a review

**Review: The Trouble with Thirteen**

User Review    – Carolyn - Goodreads

wide reading for CI 546 grade level: middle school
genre: realistic fiction, pseudo contemporary (came
out in the 70s but not a book where time is a
signficant part of the setting) themes: friendship ...
Read full review

**User ratings**

| | | |
|---|---|---|
| 5 stars | 1 | |
| 4 stars | | 5 |
| 3 stars | 1 | |
| 2 stars | 1 | |
| 1 star | 0 | |

**Review: The Trouble with Thirteen**

User Review    - Geralyn St Joseph - Goodreads

I read this book when i was 12. It was touching and accurate. I cried. Read full review

All 9 reviews »

## Related books



The Secret Life of the Und
Betty Miles



Hey! I am reading!
Betty Miles, Sylvie Wickstr



Around and around--love
Betty Miles

‹ ›

## Contents

| Section 1 | 67 | Section 3 | 101 |
|---|---|---|---|
| Section 2 | 93 | Copyright | |

Snippet vie

Get this bo
Amazon.cc
Barnes&N
Books-A-N
IndieBounc

Find in a lil
All sellers :

## Common terms and phrases

Angela Annie Anyway Aunt Sylvia Barclay beautiful best friend Bruce camera chair Coke couch Cowboy beans Cuba Dairy Queen dance Debbie doll house door doughnut dresses driveway ears pierced Erica everything eyes feel felt fourposter front funny girls glad going grabbed guess hugged Janie jumped Kate Kate's Kenny kids kitchen knew laughed leaned back lettuce lilacs little looked Madison Marvin minute miss Mom's move neat nice nightgown Nora Nora's old dog pajamas party Peter James photo booth picture porch pretty probably pulled Rach Rachel asked Rachel looked Rachel put Rachel took rack seemed shouted sleeping smiled sorry sort stared started steps stopped stuff stupid suddenly sure talk tell Thanks things thought trying turned walked wearing Weiss What's wheezing wish wondered worry Yeah yelled York City

## Bibliographic information

| | |
|---|---|
| Title | The trouble with thirteen |
| | *Avon Camelot Book* |
| Author | Betty Miles |
| Publisher | Avon, 1980 |
| ISBN | 0380511363, 9780380511365 |
| Length | 108 pages |
| Subjects | Juvenile Fiction › Social Issues › Friendship |



Death
Family & Relationships / Death, Grief,
Bereavement
Fiction
Friendship
Juvenile Fiction / General
Juvenile Fiction / Social Issues / Friendship
Social Science / Death & Dying

| | |
|---|---|
| Export Citation | BiBTeX    EndNote    RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home
©2011 Google

+You   Web   Images   Videos   Maps   News   Gmail   More ·          **Sign In**

Google books     [     Submit Q ]   Advanced Book Search

# The trouble with thirteen



0

Betty Miles

9 Reviews

Avon, Sep 1, 1980 - Family & Relationships - 108 pages

Twelve-year-old Annie is unwilling to face some major changes in her life.



**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▼

Snippet view

Get this book

Amazon.com
Barnes&Noble.com
Books-A-Million
IndieBound

Find in a library
All sellers »

## From inside the book

pajamas     [ Search ]

6 pages matching **pajamas** in this book

Page 23

> ... ...
> Kate's mother.
> "Mom! It's a *sleep*-over party. We'll wear pajamas the whole time!"
> "You should have some new pajamas, too." Mom

Page 32

> better. I knew Kate would like it.
> Bamberger's pajama department is called Night Life. They had racks and racks of nylon pajamas with bikini pants and smock tops. I would never wear



Page 36

Where's the rest of this book?

## What people are saying - Write a review

**Review: The Trouble with Thirteen**
User Review      - Carolyn - Goodreads
wide reading for CI 546 grade level: middle school
genre: realistic fiction, pseudo contemporary (came
out in the 70s but not a book where time is a
signficant part of the setting) themes: friendship ...
Read full review

**User ratings**

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 0 |

5

**Review: The Trouble with Thirteen**
User Review      - Geralyn St Joseph - Goodreads
I read this book when i was 12. It was touching and accurate. I cried. Read full review

All 9 reviews »

## Related books



The Secret Life of the Und
Betty Miles



Hey! I am reading!
Betty Miles, Sylvie Wickstn



Around and around—love
Betty Miles

‹ ›

## Contents

| | | |
|---|---|---|
| Section 1 | 67 | Section 3 | 101 |
| Section 2 | 93 | Copyright | |

## Common terms and phrases

Angela Annie Anyway Aunt Sylvia Barclay beautiful best friend Bruce camera chair
Coke couch Cowboy beans Cuba Dairy Queen dance Debbie
doll house door doughnut dresses driveway ears pierced Erica everything eyes
feel felt fourposter front funny girls glad going grabbed guess hugged Janie jumped
Kate Kate's Kenny kids kitchen knew laughed leaned back lettuce lilacs litde
looked Madison Marvin minute miss Mom's move neat nice nightgown Nora
Nora's old dog pajamas party Peter James photo booth picture porch pretty
probably pulled Rach Rachel asked Rachel looked Rachel put Rachel took rack seemed
shouted sleeping smiled sorry sort stared started steps stopped stuff stupid suddenly sure talk
tell Thanks things thought trying turned walked wearing Weiss What's wheezing wish wondered
worry Yeah yelled York City

## Bibliographic information

| Title | The trouble with thirteen |
|---|---|
| | *Avon Camelot Book* |
| Author | Betty Miles |
| Publisher | Avon, 1980 |
| ISBN | 0380511363, 9780380511365 |
| Length | 108 pages |
| Subjects | Juvenile Fiction › Social Issues › Friendship |



Death
Family & Relationships / Death, Grief,
Bereavement
Fiction
Friendship
Juvenile Fiction / General
Juvenile Fiction / Social Issues / Friendship
Social Science / Death & Dying

| Export Citation | BiBTeX | EndHote | RefMan |
|---|---|---|---|

\bout Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an issue - Help - Sitemap - Google Home
©2011 Google

**EXHIBIT 8**

⁄ Web   Images   Videos   Maps   News   Shopping   Gmail   More ▾                          Sign In

Go gle books      the super lawyers       Advanced Book Search

# The super-lawyers: the small and powerful world of the great
Washington law firms





Joseph C. Goulden
0 Reviews
Weybright and Talley, 1972 - Law - 408 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for
over 3 million eBooks to read on
the Web, Android, iPhone, iPad,
Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

Snippet view

wall street          [ Search ]

## Get this book
AbeBooks

21 pages matching wall street in this book

Amazon

### Page 228

a library

the $10 billion in bonds it was authorized to sell. USPS intended
to sell the bonds through private Wall Street houses. Even so,
James Hargrove, a senior assistant postmaster general, was confi-
dent USPS could hire a law firm directly for legal work on the
issue if it so desired—"one of the Wall Street legal firms that

ers »

### Page 236

absorbed Dorr, Hand, Whittaker & Watson, a Wall Street office
that did a thriving railroad business. In 1964 it added Becker &
Greenwald, Washington admiralty law specialists. In 1966 came
Caldwell, Trimble, & Mitchell, also of Wall Street, which did a
thriving—and extraordinarily technical—business of advising

### Page 246

Steeped as he was in the workings of Wall Street, Guthrie was
keenly aware of the consequences of a Penn Central bank-
ruptcy. The company was a major American institution, vital to
the transportation system. "You also have to think about the
conditions existent at the time this was happening. The country

Where's the rest of this book?

## What people are saying - Write a review

We haven't found any reviews in the usual places.

## Related books



Winston and Strawn
Winston & Strawn

Cleary, Gottlieb, Steen & H
Leo Gottlieb

The other government
Mark J. Green

## Other editions - View all



1972
Snippet view

1972
Snippet view

## Common terms and phrases

Abe Fortas  Acheson  Administration  airline  American  antitrust  argued  Arnold and Porter  asked  attorney  Austern  auto  bank  Banzhaf  bill  called  chairman  Clark Clifford  client  Commission  Commissioner  Committee  Congress  Congressional  Corcoran  corporate  counsel  Covington and Burling  Dean Acheson  decision  Defense  Democratic  Dobrivir  drug  Federal  government  fees  filed  foreign  former  Fortas and Porter  hearings  hired  industry  Ington  Johnson  Justice Department  Karasik  Kennedy  law firm  Laylin  legislation  Lloyd Cutler  loan  lobbyists  matter  ment  million  Mudge Rose  Nader  Nixon  Panalba  partner  Patman  Penn Central  percent  political  practice  President  railroad  Ralph Nader  Randolph Guthrie  regulatory agencies  Representative  Republican  says

Secretary Senator Smathers someone staff Stuart Symington subcommittee sugar
Supreme Court talk Temko thing Thurman Arnold tion told Tommy Tommy
Corcoran Truman Unimed wanted Washington Law Washington
Lawyer White House wrote York

## References to this book

**From Google Scholar**

Pursuing Regulatory Relief: Strategic Participation and
Litigation ...
Patrick Schmidt

Socializing The Legal Profession: Can Redistributing
Lawyers ...
RICHARD L ABEL - 1979 - Law & Policy

Lobbying by Law Firms: A Study of Lobbying by
National Law Firms ...
Matthew Darke - 1997 - Australian Journal of Public
Administration

## Bibliographic information

| | |
|---|---|
| Title | The super-lawyers: the small and powerful world of the great Washington law firms<br>*Dell book* |
| Author | Joseph C. Goulden |
| Publisher | Weybright and Talley, 1972 |
| Original from | the University of California |
| Digitized | Oct 1, 2008 |
| Length | 408 pages |
| Subjects | Law › General Practice<br><br>Law / General Practice<br>Law / Legal Profession<br>Law firms<br>Law partnership<br>Practice of law |



| | | | |
|---|---|---|---|
| Export Citation | BiBTeX | EndNote | RefMan |

About Google Books - Privacy Policy - Terms of Service - Blog - Information for Publishers - Report an Issue - Help - Google Home
©2011 Google

The super-lawyers: the small and ... - Joseph C. Goulden - Google Books     Page 1 of 3

Google books     the super lawyers        Advanced Book Search

## The super-lawyers: the small and powerful world of the great Washington law firms



Joseph C. Goulden
0 Reviews
Weybright and Talley, 1972 - Law - 408 pages

**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

congress     [ Search ]

80 pages matching congress in this book

Page 287

### *The Corridors of Congress:*
### *Looking Down on Capitol Hill*

Page 293

*The Corridors of Congress: Looking Down on Capitol Hill*   293

Page 374

United States shall be a member of either house during his con-
tinuance in office." When a Kansas Senator named James Henry
Lane accepted a brigadier's commission in the Civil War, the
Senate promptly ejected him from Congress. Nor would the Jus-
tice Department permit Lyndon Johnson or Warren Magnuson

Where's the rest of this book?

## What people are saying - Write a review

We haven't found any reviews in the usual places.

## Related books



**Winston and Strawn**
Winston & Strawn

**Cleary, Gottlieb, Steen & H**
Leo Gottlieb

**The other government**
Mark J. Green

## Other editions - View all



**1972**
Snippet view

**1972**
Snippet view

## Common terms and phrases

Abe Fortas  Acheson  Administration  airline  American  antitrust  argued  Arnold and Porter  asked  attorney  Austern  auto  bank  Banzhaf  bill  called  chairman  Clark  Clifford  client  Commission  Commissioner  Committee  Congress  Congressional  Corcoran  corporate  counsel  Covington and Burling  Dean Acheson  decision  Defense  Democratic  Dobrivir  drug  Federal government  fees  filed  foreign  former  Fortas and Porter  hearings  hired  Industry  Ington  Johnson  Justice Department  Karasik  Kennedy  law firm  Laylin  legislation  Lloyd Cutler  loan  lobbyists  matter  ment  million  Mudge Rose  Nader  Nixon  Panalba  partner  Patman  Penn Central  percent  political  practice  President  railroad  Ralph Nader  Randolph Guthrie  regulatory agencies  Representative  Republican  says  Secretary  Senator  Smathers  someone  staff  Stuart Symington

♪ subcommittee  sugar  Supreme Court  talk  Temko  thing  Thurman Arnold  tion  told  Tommy
**Tommy Corcoran**  Truman  Unimed  wanted  Washington Law  **Washington**
**Lawyer**  White House  wrote  York

## References to this book

**From Google Scholar**

Pursuing Regulatory Relief: Strategic Participation and
Litigation ...
Patrick Schmidt

Socializing The Legal Profession: Can Redistributing
Lawyers ...
RICHARD L ABEL - 1979 - Law & Policy

Lobbying by Law Firms: A Study of Lobbying by
National Law Firms ...
Matthew Darke - 1997 - Australian Journal of Public
Administration

## Bibliographic information

| | |
|---|---|
| Title | The super-lawyers: the small and powerful world of the great Washington law firms *Dell book* |
| Author | Joseph C. Goulden |
| Publisher | Weybright and Talley, 1972 |
| Original from | the University of California |
| Digitized | Oct 1, 2008 |
| Length | 408 pages |
| Subjects | Law › General Practice |
| | Law / General Practice |
| | Law / Legal Profession |
| | Law firms |
| | Law partnership |
| | Practice of law |



| Export Citation | BIBTeX   EndNote   RefMan |
|---|---|

Case 4:05-cv-08136-DCC Document 1053-2 Filed 08/03/12 Page 105 of 158

· Web  Images  Videos  Maps  News  Shopping  Gmail  More ⌄                     **Sign In**

Google books    the super lawyers                      Advanced Book Search

# The super-lawyers: the small and powerful world of the great Washington law firms

|  | Joseph C. Goulden |
|---|---|
| THE SUPER-LAWYERS | 0 Reviews |
| | Weybright and Talley, 1972 - Law - 408 pages |



**New! Shop for Google eBooks**

Go to the Google eBookstore for over 3 million eBooks to read on the Web, Android, iPhone, iPad, Sony and Nook.

**Shop for eBooks now »**

Add to My Library ▾

## From inside the book

government          [ Search ]

100 pages matching **government** in this book

.Page 40

> ment: The government has not charged and does not claim that any member of ‘the General Electric board of directors, including Mr. Ralph J. Cordiner and Mr. Robert Paxton [board chairman and president, respectively] had knowledge of the conspiracies pleaded to in the indictments, nor does the gov-

Page 48

> **48**                    *The Superlawyers*
>
> August 1959, to aid the Venezuelan government in its success-

Page 117

> try is taking on oppressive size.  You young for promotion to a Cabinet position, too poorly paid to truly enjoy Washington— why stay in government? And, when you leave, why not take something along with you?
>     Something like the government of Puerto Rico, a United

Where's the rest of this book?

## What people are saying - Write a review

We haven't found any reviews in the usual places.

## Related books



Winston and Strawn
Winston & Strawn

Cleary, Gottlieb, Steen & H
Leo Gottlieb

The other government
Mark J. Green

## Other editions - View all



1972
Snippet view

1972
Snippet view

## Common terms and phrases

Abe Fortas Acheson Administration airline American antitrust argued Arnold and Porter asked attorney Austern auto bank Banzhaf bill called chairman Clark Clifford client Commission Commissioner Committee Congress Congressional Corcoran corporate counsel Covington and Burling Dean Acheson decision Defense Democratic Dobrivir drug Federal government fees filed foreign former Fortas and Porter hearings hired industry Ington Johnson Justice Department Karasik Kennedy law firm Laylin legislation Lloyd Cutler loan lobbyists matter ment million Mudge Rose Nader Nixon Panalba partner Petman Penn Central percent political practice President railroad Ralph Nader Randolph Guthrie regulatory agencies Representative Republican says Secretary Senator Smathers someone staff Stuart Symington

*f* subcommittee sugar Supreme Court talk Temko thing Thurman Arnold tion told Tommy **Tommy Corcoran** Truman Unimed wanted Washington Law **Washington Lawyer** White House wrote York

## References to this book

**From Google Scholar**

Pursuing Regulatory Relief: Strategic Participation and Litigation ...
Patrick Schmidt

Socializing The Legal Profession: Can Redistributing Lawyers ...
RICHARD L ABEL - 1979 - Law & Policy

Lobbying by Law Firms: A Study of Lobbying by National Law Firms ...
Matthew Darke - 1997 – Australian Journal of Public Administration

## Bibliographic information

| | |
|---|---|
| Title | The super-lawyers: the small and powerful world of the great Washington law firms *Dell book* |
| Author | Joseph C. Goulden |
| Publisher | Weybright and Talley, 1972 |
| Original from | the University of California |
| Digitized | Oct 1, 2008 |
| Length | 408 pages |
| Subjects | Law › General Practice |
| | Law / General Practice |
| | Law / Legal Profession |
| | Law firms |
| | Law partnership |
| | Practice of law |



| Export Citation | BIBTeX | EndNote | RefMan |
|---|---|---|---|

About Google Books – Privacy Policy – Terms of Service - Blog – Information for Publishers - Report an issue - Help - Sitemap – Google Home
©2011 Google

**EXHIBIT 9**

| Year | Type | Snip | Date | Lib | ID | ISBN | Author | Title | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1990 | CP | Snip | 20101101 | UCSC | 9007199 | ISBN:0830 | G. Keith Gurganus | Mastering Pagemaker | UCAL,2,20101118 |
| 1987 | CP | Snip | 20101101 | UCSC | 9007199 | ISBN:0895 | Antonia S. Jolles | Mastering PageMaker on the I | UCAL,2,20101118 |
| 1989 | CP | Snip | 20080305 | UCSC | 9007199 | ISBN:0814 | Pat Rigg | When They Don't All Speak En | UCAL,5,20091205,20100905 |
| 1965 | CP | Snip | 20080310 | UCSC | 9007199 | - | Abram Tert?s? | The Trial Begins, & On Socialis | UCAL,6,20091204,20100905 |
| 1983 | CP | Snip | 20080319 | UCSC | 9007199 | ISBN:0862 | Nawal Sa'dawi | Woman at Point Zero | UCAL,4,20091204,20100908 |
| 1981 | CP | Snip | 20080414 | UCSC | 9007199 | ISBN:0140 | Victor S Navasky | Naming Names | UCAL,4,20091204,20100820 |
| 1986 | CP | Snip | 20100209 | UCSC | 9007199 | ISBN:0394 | Pam Cook | The Cinema Book | UCAL,2,20100716 |
| 1986 | CP | Snip | 20090514 | UCSC | 9007199 | ISBN:0155 | Robert C. Solomon | The Big Questions | UCAL,2,20091121 |
| 1984 | CP | Snip | 20090624 | UCSC | 9007199 | ISBN:0771 | Mattison, David | Voices | UCAL,6,20091121 |
| 1978 | CP | Snip | 20090223 | UCSC | 9007199 | ISBN:0969 | Betty Boyd Caroli | The Italian Immigrant Woman | UCAL,12,20091022,20091028 |
| 1975 | CP | Snip | 20080724 | UCSC | 9007199 | - | Adam Kuper | Anthropologists and Anthropo | UCAL,4,20091123 |
| 1990 | CP | Snip | 20091009 | UCSC | 9007199 | ISBN:0020 | Jim Bouton | Ball Four | UCAL,2,20100720 |
| 1989 | CP | Snip | 20091009 | UCSC | 9007199 | ISBN:0880 | Barbara L. Viera | Teaching Volleyball | UCAL,2,20100720 |
| 1990 | CP | Snip | 20080812 | UCSC | 9007199 | ISBN:3540 | Carl Chiarella | The Elements of a Nonlinear T | UCAL,4,20091130 |
| 1981 | CP | Snip | 20080821 | UCSC | 9007199 | ISBN:0060 | E K Hunt | Property and Prophets | UCAL,2,20091130 |
| 1979 | CP | Snip | 20081017 | UCSC | 9007199 | ISBN:0807 | Jurgen Habermas | Communication and the Evolu | UCAL,6,20091124,20101108 |
| 1984 | - | Snip | 20081111 | UCSC | 9007199 | - | United States. Dept. | Attorney General's Task Force | UCAL,6,20091124,20101106 |
| 1992 | CP | Snip | 20081104 | UCSC | 9007199 | ISBN:0062 | Kay Leigh—Ed. "Haga | Women Respond to the Men's | UCAL,4,20091124,20101107 |
| 1986 | CP | Snip | 20081110 | UCSC | 9007199 | - | Linda Marie Zerilli | Images of Women in Political ` | UCAL,9,20091124,20101106 |
| 1991 | CP | Snip | 20100120 | UCSC | 9007199 | - | Faye Peitzman | With Different Eyes | UCAL,2,20100716 |
| 1965 | CP | Snip | 20100517 | UCSC | 9007199 | - | Joe Darion | Man of La Mancha | UCAL,2,20100712 |
| 1971 | Meta | Snip | 20080318 | UCSC | 9007199 | - | David Goldstein | The Jewish Poets of Spain, 90C | UCAL,5,20091204,20100909 |
| 1985 | CP | Snip | 20080402 | UCSC | 9007199 | ISBN:0582 | Alberta Turner | 45 Contemporary Poems | UCAL,4,20091204,20100916 |
| 1990 | CP | Snip | 20100225 | UCSC | 9007199 | ISBN:8459 | J. P. Little | Genet, Les Nègres | UCAL,2,20100715 |
| 1983 | CP | Snip | 20080625 | UCSC | 9007199 | ISBN:0806 | Dorothy Mackin | Famous Victorian Melodramas | UCAL,4,20091202,20100913 |
| 1989 | CP | Snip | 20080613 | UCSC | 9007199 | ISBN:0060 | Ursula K. Le Guin | Dancing at the Edge of the Wc | UCAL,4,20091202,20100919 |
| 1961 | CP | Snip | 20080710 | UCSC | 9007199 | - | Magnus Magnusson | The Atom Station | UCAL,4,20091201,20101112 |
| 1991 | CP | Snip | 20100903 | UCSC | 9007199 | ISBN:0942 | Anne Katherine | Anatomy of a Food Addiction | UCAL,2,20100917 |
| 1992 | CP | Snip | 20100917 | UCSC | 9007199 | ISBN:0380 | Linda T. Sanford | Strong at the Broken Places | UCAL,2,20101124 |
| 1990 | CP | Snip | 20081111 | UCSC | 9007199 | ISBN:1559 | Erika Uitz | The Legend of Good Women | UCAL,4,20091124,20101105 |
| 1971 | CP | Snip | 20090805 | UCSC | 9007199 | - | Henry Cabot Lodge | The Works of Alexander Hamil | UCAL,2,20100721 |
| 1969 | CP | Snip | 20090805 | UCSC | 9007199 | - | Alexander Hamilton | The Works of Alexander Hamil | UCAL,2,20100721 |
| 1960 | CP | Snip | 20090413 | UCSC | 9007199 | - | Andrew Lang | The Red Fairy Book | UCAL,2,20091122 |
| 1963 | CP | Snip | 20081030 | UCSC | 9007199 | - | Harry Ezekiel Wedec | Pictorial History of Morals | UCAL,2,20091124 |

| Year | Type | Fmt | Date | Source | ID | ISBN | Author | Title | Codes |
|---|---|---|---|---|---|---|---|---|---|
| 1982 | - | Snip | 20080930 | UCAL | 9007199 | - | Stanley R. Sloan | Crisis in the Atlantic Alliance | UCAL,4,20090729,20101110 |
| 1977? | - | Snip | 20080930 | UCAL | 9007199 | - | United States Comm | Recent Developments, New O | UCAL,7,20090625,20090818,20101116 |
| 1978 | - | Snip | 20080930 | UCAL | 9007199 | - | Council of Europe. C | Legal Aid and Advice | UCAL,4,20090729,20101110 |
| 1969 | - | Snip | 20080930 | UCAL | 9007199 | - | United States | Fair Housing Laws and Other F | UCAL,2,20090729 |
| 1987 | CP | Snip | 20080930 | UCAL | 9007199 | ISBN:0833 | Joan Petersilia | The Influence of Criminal Justi | UCAL,5,20090829,20101204 |
| 1924 | - | Snip | 20081001 | UCAL | 9007199 | - | United States. Burea | Regulations to Govern the Lea | UCAL,6,20090618,20090914,20101116 |
| 1987 | CP | Snip | 20080930 | UCAL | 9007199 | - | Roger A. Putnam | Verrill & Dana | UCAL,2,20101110 |
| 1983 | - | Snip | 20081001 | UCAL | 9007199 | - | J. Michael Greenwoc | A Comparative Evaluation of S | UCAL,8,20090725,20090729,20101116 |
| 1972 | CP | Snip | 20080930 | UCAL | 9007199 | - | Joseph C. Goulden | The Super-lawyers | UCAL,4,20090729,20101116 |
| 1968 | - | Snip | 20081001 | UCAL | 9007199 | - | G.G. Udell | Oil Land Leasing Act of 1920 | UCAL,9,20090512,20090531,20090914,20101115 |
| 1975 | CP | Snip | 20080930 | UCAL | 9007199 | ISBN:0670 | Mark J Green | The Other Government | UCAL,4,20090729,20101116 |
| 1983 | - | Snip | 20080930 | UCAL | 9007199 | - | - | The United States in a Changir | UCAL,10,20090512,20090531,20090914,20101110 |
| 1976 | - | Snip | 20080930 | UCAL | 9007199 | - | John Hollister Stein | Paralegals | UCAL,8,20090512,20090531,20090914,20101116 |
| 1978 | - | Snip | 20081001 | UCAL | 9007199 | - | Johnny H. Killian | Constitutional Rights of Childr | UCAL,9,20090725,20090729,20101116 |
| 1970 | - | Snip | 20081001 | UCAL | 9007199 | - | Virginia R. Allan | A Matter of Simple Justice | UCAL,4,20090618,20090914 |
| 1978 | CP | Snip | 20081001 | UCAL | 9007199 | - | Ford Foundation | New Approaches to Conflict R | UCAL,10,20090725,20090729,20090917,20101116 |
| 1980 | - | Snip | 20080930 | UCAL | 9007199 | - | United States Comm | Civil Rights Issues of Handicap | UCAL,6,20090724,20090729,20101115 |
| 1971 | - | Snip | 20080930 | UCAL | 9007199 | - | United States | Home Owners' Loan Acts and | UCAL,6,20090724,20090729,20101115 |
| 1987 | CP | Snip | 20080930 | UCAL | 9007199 | ISBN:0394 | Barbara Goldsmith | Johnson V. Johnson | UCAL,6,20090510,20090531,20090914 |
| 1967 | - | Snip | 20081001 | UCAL | 9007199 | - | United States. Dept. | Tenants' Rights | UCAL,6,20090724,20090729,20101116 |
| 1933 | CP | Snip | 20081001 | UCAL | 9007199 | - | Alpheus Thomas Ma | Brandeis and the Modern Stat | UCAL,8,20090724,20090729,20101116 |
| 1964 | CP | Snip | 20081001 | UCAL | 9007199 | - | Wallace Mendelson | Felix Frankfurter: a Tribute | UCAL,6,20090625,20090818,20101115 |
| 1965 | CP | Snip | 20081001 | UCAL | 9007199 | - | Jacob W. Ehrlich | A Life in My Hands | UCAL,6,20090608,20090914,20101115 |
| 1990 | - | Meta | 20081001 | UCAL | 9007199 | - | John Eisberg | Papers on the Constitution | UCAL,14,20090724,20090729,20090917,20101116 |
| 1976 | CP | Snip | 20081001 | UCAL | 9007199 | - | American Associatior | Simple Steps to Successful Leg | UCAL,8,20090507,20090531,20090914,20101116 |
| 1990 | - | Snip | 20081001 | UCAL | 9007199 | - | Eugene Victor Rosto | President, Prime Minister, Or ( | UCAL,13,20090724,20090729,20090917,20101116 |
| 1935 | CP | Snip | 20071018 | UCAL | 9007199 | - | Paul McClelland Ang | Here I Have Lived | UCAL,3,20090806 |
| 1974 | - | Snip | 20081002 | UCAL | 9007199 | - | United States. Feder | Natural Gas Act | UCAL,6,20090724,20090729,20101116 |
| 1987 | CP | Snip | 20081002 | UCAL | 9007199 | - | Robert Allen Rutland | The American Solution | UCAL,6,20090608,20090914,20101204 |
| 1982 | CP | Meta | 20081002 | UCAL | 9007199 | ISBN:0917 | Peter Gellatly | The Management of Serials As | UCAL,2,20090618 |
| 1980 | CP | Snip | 20081002 | UCAL | 9007199 | ISBN:0853 | Bourne, Ross | Serials Librarianship | UCAL,2,20110713 |
| 1974 | CP | Meta | 20081002 | UCAL | 9007199 | ISBN:0872 | Donald J. Lehnus | Milestones in Cataloging | UCAL,6,20090724,20090729,20101116 |
| 1972 | CP | Snip | 20081001 | UCAL | 9007199 | ISBN:080 | K G B Bakewell | A Manual of Cataloguing Pract | UCAL,6,20090512,20090531,20090914 |
| 1986 | CP | Meta | 20081002 | UCAL | 9007199 | ISBN:0897 | Berman, Sanford | Cataloging Special Materials | UCAL,2,20110713 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1979 | CP | Snip | 20081002 | UCAL | 9007199 | ISBN:0851 | Hunter, Eric J | AACR 2 | UCAL,7,20090724,20090729,20101116 |
| 1978 | CP | Snip | 20081001 | UCAL | 9007199 | ISBN:0838 | American Library Ass | Anglo-American Cataloguing R | UCAL,8,20090707,20090818,20101115 |
| 1953 | CP | Snip | 20081001 | UCAL | 9007199 | - | Joseph Lee Hollande | Arthritis and Allied Conditions | UCAL,7,20090722,20090822,20101115 |
| 1963 | CP | Snip | 20081001 | UCAL | 9007199 | - | Maurice Benjamin St | Diseases of the Kidney | UCAL,13,20090724,20090725,20090729,20101114 |
| 1963 | CP | Snip | 20080930 | UCAL | 9007199 | - | R. J. Last | Anatomy, Regional and Applie | UCAL,2,20110718 |
| 1961 | CP | Snip | 20081001 | UCAL | 9007199 | - | - | Recent advances in anatomy | UCAL,2,20110718 |
| 1970 | - | Snip | 20081001 | UCAL | 9007199 | - | Dimitrii Arkad'evich ; | From recent advances in anatc | UCAL,2,20110713 |
| 1966 | CP | Snip | 20081001 | UCAL | 9007199 | - | Daniel John Cunning| | Manual of Practical Anatomy: | UCAL,2,20110713 |
| | CP | Snip | 20081001 | UCAL | 9007199 | - | Daniel John Cunning| | Manual of Practical Anatomy: | UCAL,2,20110713 |
| | CP | Snip | 20081001 | UCAL | 9007199 | - | Daniel John Cunning| | Manual of Practical Anatomy: | UCAL,2,20110713 |
| 1961 | CP | Snip | 20080930 | UCAL | 9007199 | - | Charles Emil Tobin | Manual of Human Dissection | UCAL,9,20090707,20090818,20101110 |
| 1965 | CP | Snip | 20080930 | UCAL | 9007199 | - | Wilfrid Edward Le Gr | The Tissues of the Body | UCAL,2,20110713 |
| 1960 | CP | Snip | 20080930 | UCAL | 9007199 | - | Edmund Vincent Cov | A Textbook of Histology | UCAL,2,20110712 |
| 1966 | CP | Snip | 20080930 | UCAL | 9007199 | - | Thomas Sydney Lees | Histology | UCAL,4,20090729,20101116 |
| 1970 | CP | Snip | 20080930 | UCAL | 9007199 | ISBN:3794 | Kurt Beck | Color Atlas of Laparoscopy | UCAL,6,20090724,20090729,20101110 |
| 1960 | CP | Snip | 20081001 | UCAL | 9007199 | - | Daniel Chapin Pease | Histological Techniques for Ele | UCAL,8,20090604,20090610,20090914,20101116 |
| 1964 | - | Snip | 20080930 | UCAL | 9007199 | - | Imunološki zavod (Za | Proceedings | UCAL,5,20090725,20090729,20101110 |
| 1966 | CP | Snip | 20080930 | UCAL | 9007199 | - | Gustav Asboe-Hanse | Hormones and Connective Tis | UCAL,9,20090707,20090818,20101110 |
| 1963 | CP | Snip | 20080930 | UCAL | 9007199 | - | Jill Leland | Medical Embryology | UCAL,10,20090512,20090531,20090914 |
| 1973 | CP | Snip | 20080930 | UCAL | 9007199 | - | Eugene V. D. K. Perrir | Pathobiology of Development | UCAL,4,20090729,20101110 |
| 1961 | CP | Snip | 20080930 | UCAL | 9007199 | - | Morris Fishbein | First International Conference | UCAL,4,20090729,20101110 |
| 1971 | CP | Snip | 20080930 | UCAL | 9007199 | - | Guyton | Basic Human Physiology | UCAL,8,20090608,20090914,20101110 |
| 1912 | | Meta | 20080930 | UCAL | 9007199 | - | Arthur Henry Douthv | French's Index of Differential [ | UCAL,2,20110713 |
| 1967 | CP | Meta | 20080930 | UCAL | 9007199 | - | Arthur Henry Douthv | French's Index of Differential [ | UCAL,3,20110723 |
| 1973 | CP | Meta | 20080930 | UCAL | 9007199 | ISBN:0723 | Herbert French | French's Index of Differential [ | UCAL,3,20110723 |
| 1972 | CP | Snip | 20080930 | UCAL | 9007199 | ISBN:0835 | Doralyn J. Hickey | Problems in Organizing Library | UCAL,4,20090729,20101116 |
| 1944 | CP | Meta | 20080930 | UCAL | 9007199 | - | Bernard Isaac Comro | Arthritis and Allied Conditions | UCAL,8,20090509,20090531,20090914,20101115 |
| 1971 | CP | Snip | 20081001 | UCAL | 9007199 | - | Louis M. Hellman | Williams Obstetrics | UCAL,2,20110713 |
| 1962 | CP | Snip | 20081001 | UCAL | 9007199 | - | Max Ellenberg | Clinical Diabetes Mellitus | UCAL,2,20110713 |
| 1971 | CP | Snip | 20081001 | UCAL | 9007199 | ISBN:0316 | Maurice Benjamin St | Diseases of the Kidney | UCAL,4,20110713 |
| 1971 | CP | Snip | 20081001 | UCAL | 9007199 | ISBN:0316 | Maurice Benjamin St | Diseases of the Kidney | UCAL,2,20110713 |
| 1974 | CP | Meta | 20081001 | UCAL | 9007199 | ISBN:3794 | R. R. Bowker LLC | World Guide to Scientific Asso | UCAL,2,20110713 |
| 1976 | CP | Meta | 20081001 | UCAL | 9007199 | ISBN:0872 | Arlene T. Dowell | Cataloging with Copy | UCAL,1,20111128 |
| 1974 | CP | Snip | 20081001 | UCAL | 9007199 | - | Peter Spyers-Duran | Management Problems in Seri | UCAL,2,20110718 |

**EXHIBIT 10**

Case 1:05-cv-08136-DC   Document 1053-1   Filed 08/03/12   Page 113 of 158

Search: [Search_____]  [GO]

- About
- Contact
- Inform Us

# The Authors Guild

The Authors Guild

- Advocacy
- Blog
- Services
- Publications
- News & Notes

For Members Join

- Home
- About
- History
- Letter from the President
- Board of Directors

# History

The Authors Guild is the nation's oldest and largest professional society of published authors, representing more than 8,000 writers. The Authors Guild and its parent organization, the Authors League of America, have achieved much for individual authors through the collective power and voice of their members-- from improvement of contracts and royalty statements, to protection of authors' rights under the First Amendment, to the redress of damaging tax inequities.

The Guild's legal staff reviews its members' publishing and agency contracts, intervenes in publishing disputes, and holds seminars and symposia on issues of importance to writers. The Guild also lobbies on the national and local levels on behalf of all authors on issues such as copyright, taxation, and freedom of expression. Reports to members bring them up to date on professional issues of immediate importance, and give them the information necessary to negotiate from a position of strength.

# Resources

**Authors Guild v. Google
Settlement Resources Page**
Documents and links pertaining to the settlement.

FOLLOW US ON twitter

Case 1:05-cv-08136-DC    Document 1053-1    Filed 08/03/12    Page 114 of 158

**Sitebuilder**
The Guild's popular website-building software for authors.

**Member Website Directory**

**Copyright**

**Writer's Legal Guide**
Order the Guild's desk reference.

**Backinprint.com**



**Fall 2011/Winter 2012 Bulletin**

**Authors Guild Foundation**

**Authors League Fund**

**Authors Registry**

- Privacy Policy
- Site Credits

© 2012 The Authors Guild

**EXHIBIT 11**

# Google investor relations

[                    ] [ Search ]

Home

News and Events

Financial Information

**Corporate Governance**

Executive Chairman's
Message

Founders' Letters

Code of Conduct

Guidelines

Board of Directors

Board Committees

Certificate of
Incorporation

Bylaws

Report Concerns

**FAQs**

Company Overview

## Frequently Asked Questions

- What is Google's mission? How did Google begin?
- What does Google do?
- Why are we so focused on our users?
- How does Google make money? What is driving Google's growth?
- Who are our customers?
- Who are our partners?
- What are our products?
- Who are Google's competitors?
- Where is Google located?
- How many employees does Google have?
- When was Google's initial public offering and at what price?
- On what exchange does Google trade and what is its ticker symbol?
- How many shares of Google are outstanding?
- How can I invest in Google? Can I purchase Google stock directly from the company?
- What is a transfer agent, who is yours, and how do I contact them?
- Does Google pay a cash dividend?
- When does Google report earnings? How can I listen to the webcast for the earnings report?
- I missed the earnings webcast. Can I listen to the archived session?
- When does Google's fiscal year end?
- When and where is the Google Annual Stockholders Meeting?
- How can I attend the Annual Stockholders Meeting?
- Where can I find all of Google's SEC filings?
- How can I download and view the quarterly and annual reports online?
- Can I request to receive all SEC filings, annual reports, and/or proxy statements electronically rather than through the mail? Can I vote my proxy online?
- Who is Google's Independent Registered Public Accounting Firm?
- How do I contact Investor Relations?

### What is Google's mission? How did Google begin?

Google's mission is to organize the world's information and make it universally accessible and useful. The first step toward fulfilling that mission came when our founders, Larry Page and Sergey Brin, working out of a Stanford University dorm room, developed a new approach to online search that quickly spread to information seekers around the globe. Google is now widely recognized as the world's largest search engine.

Back to top

### What does Google do?

Google is a global technology leader focused on improving the ways people connect

with information.

Google primarily generates revenue by delivering relevant, cost-effective online advertising. Businesses use our AdWords program to promote their products and services with targeted advertising. In addition, third-parties that comprise our Google network use our Google AdSense program to deliver relevant ads that generate revenue and enhance the user experience.

For more information, please see our Company Overview.

Back to top

### Why are we so focused on our users?

We believe that the most effective, and ultimately the most profitable, way to accomplish our mission is to put the needs of our users first. We've found that a high-quality user experience leads to strong word-of-mouth promotion. Our dedication to our users is reflected in these three key company-wide commitments:

- We will do our best to provide the most relevant and useful search results possible, independent of financial incentives. Our search results will be objective and we will not accept payment for their inclusion or ranking.

- We will do our best to provide the most relevant and useful advertising. Ads should not be an annoying interruption. If any element on a search result page is influenced by payment to us, we will make this fact clear to our users.

- We will never stop working to improve our user experience, our search technology, and other areas of information organization.

We believe that our user focus is the foundation of our success to date. We also believe that this focus is critical for the creation of long-term value. We do not intend to compromise our user focus for short-term economic gain.

We recommend that you read Letters from Our Founders for more about Google's philosophy.

Back to top

### How does Google make money? What is driving Google's growth?

Today, the majority of our revenue comes from advertising.

Advertisers are increasingly turning to the Internet to market their products and services. Google AdWords, our auction-based advertising program, enables advertisers to deliver relevant ads targeted to search queries or web content to potential customers across Google sites and through the Google Network, which consists of content owners and websites. Our proprietary technology automatically matches ads to the content of the page on which they appear, and advertisers pay us either when a user clicks on one of its ads or based on the number of times their ads appear on the Google Network.

We distribute our advertisers' AdWords ads for display on the Google Network through our AdSense program. We share most of the revenue generated from ads shown on a site of a Google Network member with that member.

You can learn more about AdWords and AdSense here.

Back to top

### Who are our customers?

Our customers are over one million of advertisers, from small businesses targeting local customers to many of the world's largest global enterprises, who use Google

AdWords to reach millions of users around the world.

Back to top

**Who are our partners?**

Partnerships have been very important to Google's success throughout our history, and we take our partnerships very seriously.

Our AdSense network consists of partners ranging from website publishers to the most popular search destinations, to whom we provide advertisements and with whom we share a majority of the revenue we receive from those ads.

We also have relationships with partners who distribute our products and services to users all over the world. Other partners provide valuable content that allows us to bring even more content and information to our users.

Back to top

**What are our products?**

Here's a comprehensive list of all our products and services.

Back to top

**Who are Google's competitors?**

We provide this information in our Annual Report. Visit our SEC Filings Archive page to refer to our most recent annual report.

Back to top

**Where is Google located?**

Our headquarters is located in Mountain View, California, but we have offices all over the world, including offices in Australia, Brazil, Canada, China, France, Germany, India, Ireland, Israel, Japan, Kenya, and the United Kingdom.

Back to top

**How many employees does Google have?**

Our employee headcount can be found on our Financial Tables page.

Back to top

**When was Google's initial public offering and at what price?**

Our IPO was on August 18, 2004 at a price of $85 per share.

Back to top

**On what exchange does Google trade and what is its ticker symbol?**

Shares of our Class A common stock are listed on the Nasdaq Stock Market LLC (Nasdaq Global Select Market) under the symbol GOOG. Our Class B common stock is not publicly traded.

Back to top

**How many shares of Google are outstanding?**

Our shares outstanding can be found on Google Finance.

Back to top

**How can I invest in Google? Can I purchase Google stock directly from the company?**

You can purchase Class A common stock of our company through a registered brokerage or stock purchase service provider of your choice. You cannot buy stock directly from Google.

Back to top

**What is a transfer agent, who is yours, and how do I contact them?**

A transfer agent is a regulated organization that keeps track of stockholder records and information. To find out more, please contact our transfer agent:

Computershare Trust Company, N.A.
P.O. Box 43078
Providence, RI 02940
+1-866-298-8535
+1-781-575-2879
www.computershare.com

Back to top

**Does Google pay a cash dividend?**

No, we have never declared or paid a cash dividend nor do we expect to pay any dividends in the foreseeable future.

Back to top

**When does Google report earnings? How can I listen to the webcast for the earnings report?**

Visit our Webcasts & Events page.

Back to top

**I missed the earnings webcast. Can I listen to the archived session?**

Yes! You're welcome to listen to any of our archived webcasts.

Back to top

**When does Google's fiscal year end?**

Our fiscal year ends on December 31. Our quarters end on March 31, June 30, September 30, and December 31.

Back to top

**When and where is the Google Annual Stockholders Meeting?**

We generally hold our Annual Meeting of Stockholders in the month of May or June. Additional information can be found in our proxy statement for the relevant year.

Back to top

**How can I attend the Annual Stockholders Meeting?**

You can attend our Annual Stockholders Meeting ONLY if you are a Google stockholder. Additional information regarding attendance requirements is detailed in each year's annual proxy statement. For more information, visit our Annual

Stockholders Meeting page.

Back to top

**Where can I find all of Google's SEC filings?**

You can access our filings through the SEC website. You can also directly order selected Google filings.

Back to top

**How can I download and view the quarterly and annual reports online?**

You are welcome to download and view both quarterly and annual reports directly from our site.

Back to top

**Can I request to receive all SEC filings, annual reports, and/or proxy statements electronically rather than through the mail? Can I vote my proxy online?**

Yes, we like saving trees. Please sign up here for electronic enrollment and to vote your proxy online.

Back to top

**Who is Google's Independent Registered Public Accounting Firm?**

Ernst & Young LLP

Back to top

**How do I contact Investor Relations?**

If you can't find the information you're looking for on our website, please feel free to contact us here.

Or write to us here:

Google Inc.
Attn: Investor Relations
1600 Amphitheatre Parkway
Mountain View, CA 94043

Back to top

© Google – Google Home – Privacy Policy – Terms of Service

**EXHIBIT 12**

# Google

1. [Everything Google](#)
2. [Corporate information](#)
3. [News from Google](#)
4. [News announcements](#)
5. News announcement

- [News from Google](#)
- [Images and B-roll](#)
- [Blog directory](#)
- [Google+ directory](#)
- [Twitter directory](#)
- [Facebook directory](#)
- [YouTube directory](#)

# News from Google

## Google Checks Out Library Books

*The Libraries of Harvard, Stanford, the University of Michigan, the University of Oxford, and The New York Public Library Join with Google to Digitally Scan Library Books and Make Them Searchable Online*

**MOUNTAIN VIEW, Calif. – December 14, 2004 –** As part of its effort to make offline information searchable online, Google Inc. (NASDAQ: GOOG) today announced that it is working with the libraries of Harvard, Stanford, the University of Michigan, and the University of Oxford as well as The New York Public Library to digitally scan books from their collections so that users worldwide can search them in Google.

"Even before we started Google, we dreamed of making the incredible breadth of information that librarians so lovingly organize searchable online," said Larry Page, Google co-founder and president of Products. "Today we're pleased to announce this program to digitize the collections of these amazing libraries so that every Google user can search them instantly.

"Our work with libraries further enhances the existing Google Print program, which enables users to find matches within the full text of books, while publishers and authors monetize that information," Page added. "Google's mission is to organize the world's information, and we're excited to be working with libraries to help make this mission a reality."

Today's announcement is an expansion of the Google Print™ program, which assists publishers in making books and other offline information searchable online. Google is now working with libraries to digitally scan books from their collections, and over time will integrate this content into the Google index, to make it searchable for users worldwide.

"We believe passionately that such universal access to the world's printed treasures is mission-critical for today's great public university," said Mary Sue Coleman, President of the University of Michigan.

For publishers and authors, this expansion of the Google Print program will increase the visibility of in and out of print books, and generate book sales via "Buy this Book" links and advertising. For users, Google's library program will make it possible to search across library collections including out of print books and titles that weren't previously available anywhere but on a library shelf.

Users searching with Google will see links in their search results page when there are books relevant to their query. Clicking on a title delivers a Google Print page where users can browse the full text of public domain works and brief excerpts and/or bibliographic data of copyrighted material. Library content will be displayed in keeping with copyright law. For more information and examples, please visit print.google.com/googleprint/library.html.

## About Google Inc.

Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program, which is the largest and fastest growing in the industry, provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout North America, Europe, and Asia. For more information, visit www.google.com.

## Media Contact:

Nathan Tyler

Google Inc.

+1 650-623-4311

nate@google.com

###

*Google is a trademark of Google Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*

- Corporate information
- News
- Company
- Jobs
- Investor relations
- Contact us

- © Google
- Privacy Center
- Terms of Service

**EXHIBIT 13**

10-K 1 d260164d10k.htm FORM 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

(Mark One)

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2011

OR

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 000-50726

# Google Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 77-0493581 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

1600 Amphitheatre Parkway
Mountain View, CA 94043
(Address of principal executive offices) (Zip Code)

(650) 253-0000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Class A Common Stock, $0.001 par value | Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act:

Title of each class
Class B Common Stock, $0.001 par value
Options to purchase Class A Common Stock

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

At June 30, 2011, the aggregate market value of shares held by non-affiliates of the registrant (based upon the closing sale price of such shares on the Nasdaq Global Select Market on June 30, 2011) was $114,824,568,582.

At January 19, 2012, there were 257,960,636 shares of the registrant's Class A common stock outstanding and 67,175,694 shares of the registrant's Class B common stock outstanding.

---

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2012 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2011.

Table of Contents

*Privacy concerns relating to our technology could damage our reputation and deter current and potential users from using our products and services.*

From time to time, concerns have been expressed about whether our products and services compromise the privacy of users and others. Concerns about our practices with regard to the collection, use, disclosure, or security of personal information or other privacy related matters, even if unfounded, could damage our reputation and operating results. While we strive to comply with all applicable data protection laws and regulations, as well as our own posted privacy policies, any failure or perceived failure to comply may result, and has resulted, in proceedings or actions against us by government entities or others, or could cause us to lose users and customers, which could potentially have an adverse effect on our business.

In addition, as nearly all of our products and services are web-based, the amount of data we store for our users on our servers (including personal information) has been increasing. Any systems failure or compromise of our security that results in the release of our users' data could seriously limit the adoption of our products and services, as well as harm our reputation and brand and, therefore, our business. We expect to continue to expend significant resources to protect against security breaches. The risk that these types of events could seriously harm our business is likely to increase as we expand the number of web-based products and services we offer, and operate in more countries.

Regulatory authorities around the world are considering a number of legislative and regulatory proposals concerning data protection. In addition, the interpretation and application of consumer and data protection laws in the U.S., Europe and elsewhere are often uncertain and in flux. It is possible that these laws may be interpreted and applied in a manner that is inconsistent with our data practices. If so, in addition to the possibility of fines, this could result in an order requiring that we change our data practices, which could have an adverse effect on our business and results of operations. Complying with these various laws could cause us to incur substantial costs or require us to change our business practices in a manner adverse to our business.

*If our security measures are breached, or if our services are subject to attacks that degrade or deny the ability of users to access our products and services, our products and services may be perceived as not being secure, users and customers may curtail or stop using our products and services, and we may incur significant legal and financial exposure.*

Our products and services involve the storage and transmission of users' and customers' proprietary information, and security breaches could expose us to a risk of loss of this information, litigation, and potential liability. Our security measures may be breached due to the actions of outside parties, employee error, malfeasance, or otherwise, and, as a result, an unauthorized party may obtain access to our data or our users' or customers' data. Additionally, outside parties may attempt to fraudulently induce employees, users, or customers to disclose sensitive information in order to gain access to our data or our users' or customers' data. Any such breach or unauthorized access could result in significant legal and financial exposure, damage to our reputation, and a loss of confidence in the security of our products and services that could potentially have an adverse effect on our business. Because the techniques used to obtain unauthorized access, disable or degrade service, or sabotage systems change frequently and often are not recognized until launched against a target, we may be unable to anticipate these techniques or to implement adequate preventative measures. If an actual or perceived breach of our security occurs, the market perception of the effectiveness of our security measures could be harmed and we could lose users and customers.

*Web spam and content farms could decrease our search quality, which could damage our reputation and deter our current and potential users from using our products and services.*

"Web spam" refers to websites that attempt to violate a search engine's quality guidelines or that otherwise seek to rank higher in search results than a search engine's assessment of their relevance and utility would rank them. Although English-language web spam in our search results has been significantly reduced, and web spam in

15

**Table of Contents**

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Note 1.   Google Inc. and Summary of Significant Accounting Policies

Nature of Operations

We were incorporated in California in September 1998. We were re-incorporated in the State of Delaware in August 2003. We generate revenues primarily by delivering relevant, cost-effective online advertising.

Basis of Consolidation

The consolidated financial statements include the accounts of Google Inc. and our wholly-owned subsidiaries. All intercompany balances and transactions have been eliminated.

Use of Estimates

The preparation of consolidated financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires us to make estimates and assumptions that affect the amounts reported and disclosed in the financial statements and the accompanying notes. Actual results could differ materially from these estimates. On an ongoing basis, we evaluate our estimates, including those related to the accounts receivable and sales allowances, fair values of financial instruments, intangible assets and goodwill, useful lives of intangible assets and property and equipment, fair values of stock-based awards, income taxes, and contingent liabilities, among others. We base our estimates on historical experience and on various other assumptions that are believed to be reasonable, the results of which form the basis for making judgments about the carrying values of assets and liabilities.

Revenue Recognition

The following table presents our revenues by revenue source (in millions):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2009 | 2010 | 2011 |
| Advertising revenues: | | | |
| Google websites | $15,723 | $19,444 | $26,145 |
| Google Network Members' websites | 7,166 | 8,792 | 10,386 |
| Total advertising revenues | 22,889 | 28,236 | 36,531 |
| Other revenues | 762 | 1,085 | 1,374 |
| Revenues | $23,651 | $29,321 | $37,905 |

Google AdWords is our auction-based advertising program that enables advertisers to place text-based and display ads on our websites and our Google Network Members' websites. Display advertising comprises the videos, text, images, and other interactive ads that run across the web on computers and mobile devices, including smart phones and handheld computers such as netbooks and tablets. Most of our AdWords customers pay us on a cost-per-click basis, which means that an advertiser pays us only when a user clicks on one of its ads. We also offer AdWords on a cost-per-impression basis that enables advertisers to pay us based on the number of times their ads appear on our websites and our Google Network Members' websites as specified by the advertisers.

Google AdSense refers to the online programs through which we distribute our advertisers' AdWords ads for display on our Google Network Members' websites, as well as programs to deliver ads on television broadcasts.

56

**EXHIBIT 14**

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### FORM 10-K

**(Mark One)**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2010**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**Commission file number: 000-50726**

# Google Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0493581** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**
(Address of principal executive offices) (Zip Code)

**(650) 253-0000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Class A Common Stock, $0.001 par value** | **Nasdaq Stock Market LLC** (Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act:

Title of each class

**Class B Common Stock, $0.001 par value**
**Options to purchase Class A Common Stock**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

At June 30, 2010, the aggregate market value of shares held by non-affiliates of the registrant (based upon the closing sale price of such shares on the Nasdaq Global Select Market on June 30, 2010) was $96,501,176,477.75.

At January 31, 2011, there were 250,869,074 shares of the registrant's Class A common stock outstanding and 70,653,031 shares of the registrant's Class B common stock outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Proxy Statement for the 2011 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2010.

**PART I**

## ITEM 1. BUSINESS

### Overview

Google is a global technology leader focused on improving the ways people connect with information. We aspire to build products that improve the lives of billions of people globally. Our mission is to organize the world's information and make it universally accessible and useful. Our innovations in web search and advertising have made our website a top internet property and our brand one of the most recognized in the world.

We generate revenue primarily by delivering relevant, cost-effective online advertising. Businesses use our AdWords program to promote their products and services with targeted advertising. In addition, the third parties that comprise the Google Network use our AdSense program to deliver relevant ads that generate revenue and enhance the user experience.

We were incorporated in California in September 1998 and reincorporated in Delaware in August 2003. Our headquarters are located at 1600 Amphitheatre Parkway, Mountain View, California 94043, and our telephone number is (650) 253-0000. We completed our initial public offering in August 2004 and our Class A common stock is listed on the Nasdaq Global Select Market under the symbol "GOOG."

### Corporate Highlights

Effective April 4, 2011, Larry Page, our Co-Founder and President, Products, will become our Chief Executive Officer, Eric E. Schmidt, our current Chief Executive Officer, will continue as the chairman of our board of directors and will serve as our Executive Chairman, and Sergey Brin, our Co-Founder and President, Technology, will continue as Co-Founder.

In 2010, we continued to reap the rewards of the growth of the digital economy. The shift of consumers and advertisers from offline to online continued unabated, which fueled good growth in our core business of search advertising. We continued to invest heavily, and rapidly innovate in our search technologies to expand the comprehensiveness of our index, the relevance of our results, and the speed with which we deliver search results. Some recent notable enhancements to search include Google Instant, Instant Previews, and Place Search. We believe that search will only become more intelligent, personal, and interactive, delivering the information most relevant to users, in their language, and relevant to their location and interests.

In addition, in the past year we have also invested aggressively in our newer businesses—namely display, mobile, and enterprise—to lay the groundwork for future growth. We have also made strategic investments in critical product areas, like Android, Chrome, and Chrome OS—following our core philosophy of building open platforms with optionality, and creating infrastructure that allows everyone on the web to succeed. We also believe that an active acquisition program is an important element of our business strategy. During 2010, we invested $1.8 billion to acquire companies, products, services, and technologies.

Our business is primarily focused around the following key areas: search, advertising, operating systems and platforms, and enterprise.

### Search

We maintain a vast index of websites and other online content, and make it available through our search engine to anyone with an internet connection. Our search technologies sort through an ever-growing amount of information to deliver relevant and useful search results in response to user queries. We integrate innovative features into our search service and offer specialized search services to help users tailor their search. In addition, we are constantly improving and adding to our products and services, to provide users with more relevant results so that users find what they are looking for faster.

3

**Google Inc.**

**CONSOLIDATED STATEMENTS OF INCOME**
**(In millions, except per share amounts)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2008** | **2009** | **2010** |
| Revenues | $21,796 | $23,651 | $29,321 |
| Costs and expenses: | | | |
| Cost of revenues (including stock-based compensation expense of $41, $47, $67) | 8,622 | 8,844 | 10,417 |
| Research and development (including stock-based compensation expense of $732, $725, $861) | 2,793 | 2,843 | 3,762 |
| Sales and marketing (including stock-based compensation expense of $206, $231, $261) | 1,946 | 1,984 | 2,799 |
| General and administrative (including stock-based compensation expense of $141, $161, $187) | 1,803 | 1,668 | 1,962 |
| Total costs and expenses | 15,164 | 15,339 | 18,940 |
| Income from operations | 6,632 | 8,312 | 10,381 |
| Impairment of equity investments | (1,095) | 0 | 0 |
| Interest and other income, net | 316 | 69 | 415 |
| Income before income taxes | 5,853 | 8,381 | 10,796 |
| Provision for income taxes | 1,626 | 1,861 | 2,291 |
| Net income | $ 4,227 | $ 6,520 | $ 8,505 |
| Net income per share of Class A and Class B common stock: | | | |
| Basic | $ 13.46 | $ 20.62 | $ 26.69 |
| Diluted | $ 13.31 | $ 20.41 | $ 26.31 |

See accompanying notes.

**EXHIBIT 15**


**FILED UNDER SEAL**

**EXHIBIT 16**

**FILED UNDER SEAL**

**EXHIBIT 17**

11/17/11        Google Books (Beta) - Terms and Conditions

G**oo**gle books partner program

## Google Books Partner Program Standard Terms and Conditions

**PLEASE READ VERY CAREFULLY THESE TERMS AND CONDITIONS AND THE FAQ BEFORE REGISTERING FOR THE GOOGLE BOOKS PARTNER PROGRAM. PARTICIPATION IN THE GOOGLE BOOKS PARTNER PROGRAM INDICATES THAT YOU ACCEPT THESE TERMS AND CONDITIONS. IF YOU DO NOT ACCEPT THESE TERMS AND CONDITIONS, PLEASE DO NOT REGISTER FOR THE GOOGLE BOOKS PARTNER PROGRAM.**

**Introduction.**By accepting the Standard Terms and Conditions of this Content Hosting Services Agreement (the "Agreement"), You are requesting to participate in the Google Books Partner Program ("the Program") where Google Inc. and its affiliates ("Google") provides scanning, storage and hosting services at the direction of content providers that seek to make their content available to end users via the Internet, subject to the terms of this Agreement, certain Program Policies ("Program Policies") located at http://books.google.com/partner/policies (as such URL may be updated from time to time by Google) and the Program Frequently Asked Questions ("FAQ") located at http://books.google.com/support/partner (as such URL may be updated from time to time by Google). "You" means the entity identified in an enrollment form submitted by the same or affiliated persons, which shall also be bound by the terms of this Agreement.

1. **Program Participation.** Participation in the Program is subject to Google's prior approval and Your continued compliance with Program Policies. Google reserves the right to refuse participation to any applicant or participant at any time in its sole discretion. Google further reserves the right to modify the Program Policies and the FAQ from time to time. Multiple accounts held by the same individual or entity are subject to immediate termination unless expressly authorized in writing by Google (including by electronic mail).



PLF     9
EXHIBIT
Date: 2-10-12
Witness
CLANCY

GOOG05000439

2. **Implementation.** If You are accepted into the Program, You agree to identify in the format specified by Google the works that you wish to include in the Program ("**Authorized Works**") and deliver to Google such Authorized Works in print and/or digital format, at your expense, within the time frame specified in the FAQ. Google is not responsible for any loss, theft or damage of any kind to the Authorized Works. All content contained within the Authorized Works, including but not limited to all text, images, photographs, illustrations and all material and artwork on the book jackets and covers, is referred to collectively as the "**Authorized Content.**" Google (or its agents) may digitally scan the Authorized Content, including the content contained on book jackets and covers, and store the Authorized Content on servers hosted by Google. You agree that Google may scan the Authorized Content in any location it chooses. Google may index the Authorized Content, and, in response to requests by end users of Google's search services, display search results relating to the Authorized Content. Google will not return to You the print copies of Authorized Works that You send to Google.

3. **Content Excerpt Pages.** You further request and authorize Google to (i) render the Authorized Content into digital format, if necessary; (ii) store and index the Authorized Content; and (iii) use and display the Authorized Content as provided herein. Google may host, store, operate, maintain and make accessible to end users certain "**Content Excerpt Pages**" that display a digital image of the Authorized Content, or equivalent, and other links and/or material that Google may determine. Although You grant Google the permission to scan, index and host the Authorized Content and display Content Excerpt Pages, Google makes no promise or representation that it will or that it will continue to do so with each Authorized Work that you send to Google.

4. **Restrictions on Use of Authorized Content.** Google will use commercially reasonable efforts to (a) limit the total number of pages of each Authorized Work viewed by any end user in connection with Google's search services to 20% of the Authorized Content of any Authorized Work per 30 day period and (b) disable "right-click" cut, copy and paste functions, and printing of Authorized Content; provided, however, that Google does not guarantee that its efforts to prevent or limit the actions stated above will in every instance be effective. The obligation in clauses (a) and (b) above will not apply to Authorized Content in the

GOOG05000440

public domain. Furthermore, You can elect that greater than 20% of the Authorized Content of your Authorized Works can be viewed.

5. **Brand Features; Publicity.** You agree that Google may use Your name and logo ("Brand Features") in connection with the Authorized Content and in presentations, marketing materials, customer lists, financial reports and Web site listings of customers. You agree not to make any public announcement regarding this Agreement or the terms hereof without the prior written consent of Google.

6. **Proprietary Rights; Required Notices.** Nothing contained in this Agreement conveys any ownership right to Google in any of the Authorized Content, or other materials provided by You.

7. **Confidentiality.** You agree not to disclose Google Confidential Information without Google's prior written consent. **"Google Confidential Information"** includes without limitation: (a) all Google software, technology, programming, technical specifications, materials, guidelines and documentation (including the terms of this Agreement) relating to the Program; (b) click-through rates and all other reporting information relating to the Ads (including revenues paid to You by Google) and the Authorized Content to the extent provided to You by Google; and (c) any other information designated in writing by Google as "Confidential" or an equivalent designation. It does not include information that has become publicly known through no breach by You or Google, or information that has been (i) independently developed without access to Google Confidential Information, as evidenced in writing; (ii) rightfully received by You from a third party; or (iii) required to be disclosed by law or by a governmental authority.

8. **Ads; Payment.** You agree that Google may serve third party and/or Google provided advertisements (collectively, **"Ads"**) in connection with the Authorized Content using Google's advertising serving technology. Such Ads will appear in the style and format that may be offered generally by Google, when such advertising inventory is available. You shall receive a payment related to the number of valid clicks on Ads displayed on Content Excerpt Pages as determined by Google for its participants in the Program. Unless otherwise agreed to by the parties in writing (including electronic mail), payments to You shall be sent by Google within approximately thirty (30) days after the

GOOG05000441

Google Books (Beta) - Terms and Conditions

end of each calendar month that Ads are running on Content Excerpt Pages if Your earned balance is $100 or more. In the event the Agreement is terminated, Google shall pay Your earned balance to You within approximately ninety (90) days after the end of the calendar month in which Google recognizes that the Agreement has been terminated, but in no event shall Google make payments for any earned balance less than $10. Google reserves the right to retain all revenues derived from its search services, including without limitation, Ads that appear on search result pages that contain snippets of Authorized Content. Notwithstanding the foregoing, Google shall not be liable for any payment based on (a) any amounts which result from invalid queries, or invalid clicks on Ads generated by any person, bot, automated program or similar device, including, without limitation, through any clicks or impressions (i) originating from Your IP addresses or computers under Your control, or (ii) solicited by payment of money, false representation or request for users to click on Ads; (b) Ads delivered to end users whose browsers have JavaScript disabled; (c) Ads benefiting charitable organizations and other placeholder or transparent Ads that Google may deliver; (d) Google advertisements for its own products and/or services; or (e) clicks co-mingled with a significant number of invalid clicks described in (a) above, or as a result of any breach of this Agreement by You for any applicable pay period. Google reserves the right to withhold payment or charge back Your account due to any of the foregoing, any breach of this Agreement by You, pending Google's reasonable investigation of any of the foregoing or any breach of this Agreement by You, or in the event that an advertiser whose Ads are displayed on Content Excerpt Pages defaults on payment for such Ads to Google. In addition, if You are past due on any payment to Google in connection with any Google program (including without limitation the Google AdWords program), Google reserves the right to withhold payment until all outstanding payments have been made or to offset amounts owed to You in connection with the Program by amounts owed by You to Google. Google will provide access to such standard aggregated advertising data that Google provides to participants of the Program generally.

To ensure proper payment, You are solely responsible for providing and maintaining accurate contact and payment information associated with Your account. For U.S. taxpayers, this information includes without limitation a valid U.S. tax identification number and a fully-completed Form W-9. For non-U.S. taxpayers, this information

GOOG05000442

Google Books (Beta) - Terms and Conditions

includes without limitation a fully-completed Form W-8 which may require a valid U.S. tax identification number, as required by the U.S. tax authorities. More information regarding required tax information and forms will be available from Your account. Any bank fees related to returned or cancelled checks due to a contact or payment information error or omission may be deducted from the newly issued payment. You agree to pay all applicable taxes or charges imposed by any government entity in connection with Your participation in the Program. Google may change its pricing and/or payment structure at any time. If You dispute any payment made under the Program, You must notify Google in writing within thirty (30) days of any such payment; failure to so notify Google shall result in the waiver by You of any claim relating to any such disputed payment. Payment shall be calculated solely based on records maintained by Google. No other measurements or statistics of any kind shall be accepted by Google or have any effect under this Agreement.

9. **No Guarantee.** Google makes no guarantee regarding the level of impressions of or clicks on any Ad, the timing of delivery of such impressions and/or clicks, or the amount of any payment to be made to You under this Agreement.

10. **No Warranty.** GOOGLE MAKES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE.

11. **Limitations of Liability; Force Majeure.** EXCEPT FOR ANY INDEMNIFICATION AND CONFIDENTIALITY OBLIGATIONS HEREUNDER, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY AND (ii) GOOGLE'S AGGREGATE LIABILITY TO YOU UNDER THIS AGREEMENT FOR ANY CLAIM IS LIMITED TO THE NET AMOUNT PAID BY GOOGLE TO YOU DURING THE THREE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE OF THE CLAIM. Each party

GOOG05000443

Google Books (Beta) - Terms and Conditions

acknowledges that the other party has entered into this Agreement relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties. Without limiting the foregoing and except for payment obligations, neither party shall have any liability for any failure or delay resulting from any condition beyond the reasonable control of such party, including but not limited to governmental action or acts of terrorism, earthquake or other acts of God, labor conditions, and power failures.

12. **Representations and Warranties.** You represent and warrant that (a) You are at least 18 years of age, (b) all of the information provided by You to Google to enroll in the Program and to include the Authorized Works in the Program is correct and current; (c) You hold the necessary rights, including all intellectual property rights, in and to the Authorized Content and Your Brand Features to enter into this Agreement and grant the rights granted herein, and (d) You have the power and authority to enter into this Agreement, to perform the acts required of You hereunder, and to grant the rights granted herein. You further represent and warrant that the Authorized Content: (i) conforms to the Program Policies, (ii) does not violate any applicable law, statute, ordinance or regulation and (iii) does not breach and has not breached any duty toward or rights of any person or entity including, without limitation, rights of intellectual property, publicity or privacy, or rights or duties under consumer protection, product liability, tort, or contract theories.

13. **Your Obligation to Indemnify.** You agree to indemnify, defend and hold Google, its agents, affiliates, subsidiaries, directors, officers, employees, and applicable third parties (e.g. relevant advertisers, syndication partners, licensors, licensees, consultants and contractors) (collectively "Indemnified Person(s)") harmless from and against any and all third party claims, liability, loss, and expense (including damage awards, settlement amounts, and reasonable legal fees), brought against any Indemnified Person(s), arising out of, related to or which may arise from Your use of the Program, the Authorized Content, Your Brand Features, and/or Your breach of any term of this Agreement.

14. **Termination.** You may terminate this Agreement with or without cause with thirty (30) days prior notice to Google. Google may at any time, in its sole discretion, terminate the Program, terminate this Agreement, or withdraw any

GOOG05000444

Google Books (Beta) - Terms and Conditions

Authorized Content in the Program. For any termination of this Agreement by either party, Google shall use commercially reasonable efforts, within thirty (30)days (or as soon thereafter as is commercially reasonable), to cease to serve Content Excerpt Pages (or portions thereof) to end users of Google's search services. For the avoidance of doubt, Google will continue to host and index the Authorized Content after termination of this Agreement, for the purpose of providing search results. The provisions of Sections 2, 6, 7, 9-11, 13, 14, 15 and 17 will survive any termination of this Agreement.

15. **Information Rights.** Google may retain and use for its own purposes all information You provide, including but not limited to contact and billing information. You agree that Google may transfer and disclose to third parties personally identifiable information about You for the purpose of approving and enabling Your participation in the Program, including to third parties that reside in jurisdictions with less restrictive data laws than Your own. Google may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google disclaims all responsibility, and will not be liable to You, however, for any disclosure of that information by any such third party. Google may share aggregate (i.e., not personally identifiable) information about You with advertisers, business partners, sponsors, and other third parties.

16. **Parties' Responsibilities.** You are solely responsible for the Authorized Content, Your Brand Features, and adherence to the terms of this Agreement, including compliance with the Program Policies. You shall not, and shall not authorize or encourage any third party to directly or indirectly generate queries, impressions of or clicks on any Ad(s) through any automated, deceptive, fraudulent or other invalid means, including but not limited to through repeated manual clicks, the use of robots or other automated query tools and/or computer generated search requests, and/or the fraudulent use of other search engine optimization services and/or software. Google reserves the right to investigate, at its own discretion, any activity that may violate this Agreement, including but not limited to any use of a software application to access Ads or any engagement in any activity prohibited by this Agreement. Google is not responsible for anything related to the Authorized Content or Your Brand Features. In addition, Google shall not be obligated to provide notice to You in

GOOG05000445

the event that Ads are not being displayed properly to end users of the Content Excerpt Pages.

17. **Miscellaneous.** This Agreement shall be governed by the laws of California, except for its conflicts of laws principles. Any dispute or claim arising out of or in connection with this Agreement shall be adjudicated in Santa Clara County, California. The parties specifically exclude from application to the Agreement the United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. Any modifications to this Agreement must be made in a writing executed by both parties, by Your online acceptance of updated terms, or after Your continued participation in the Program after such terms have been updated by Google. The failure to require performance of any provision shall not affect a party's right to require performance at any time thereafter, nor shall a waiver of any breach or default of this Agreement constitute a waiver of any subsequent breach or default or a waiver of the provision itself. If any provision herein is held unenforceable, then such provision will be modified to reflect the parties' intention, and the remaining provisions of this Agreement will remain in full force and effect. This Agreement does not affect any right that either party would have had, or shall have, independent of the Agreement including rights to Authorized Content under the Copyright Act. You may not resell, assign, or transfer any of Your rights hereunder. Any such attempt may result in termination of this Agreement, without liability to Google. Notwithstanding the foregoing, Google may assign this Agreement to any affiliate at any time without notice. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors.

November 21, 2005

© 2011 Google - Home - Contact Us - Privacy Policy - Terms

GOOG05000446

**EXHIBIT 18**


**FILED UNDER SEAL**

**EXHIBIT 19**

+You  Gmail  Calendar  Documents  Photos  Sites  Web  More ·                    **Sign in**

# Google

## Why can't I read the entire book?
### Books Help

Many of the books in Google Books come from authors and publishers who participate in our Partner Program. For these books, our partners decide how much of the book is browsable — anywhere from a few sample pages to the whole book. Some partners offer the entire book in a digital edition through Google eBooks, in which case you can purchase the book.

For books that enter Google Books through the Library Project, what you see depends on the book's copyright status. We respect copyright law and the tremendous creative effort authors put into their work. If the book is in the public domain and therefore out of copyright, you can page through the entire book and even download it and read it offline. But if the book is under copyright, and the publisher or author is not part of the Partner Program, we only show basic information about the book, similar to a card catalog, and, in some cases, a few snippets — sentences of your search terms in context. The aim of Google Books is to help you discover books and assist you with buying them or finding a copy at a local library. It's like going to a bookstore and browsing — with a Google twist.

**Was this information helpful?**          ○ Yes   ○ No

1

Books - Contacting Us - Help with other Google products - Change language: | English (US) |

©2011 Google - Google Home - Privacy Policy - Terms of Service

PLF EXHIBIT 2
Date: 2-10-12
Witness
CLANCY

**EXHIBIT 20**

# Google

1. <u>Everything Google</u>
2. <u>Corporate information</u>
3. <u>News from Google</u>
4. <u>News announcements</u>
5. News announcement

- <u>News from Google</u>
- <u>Images and B-roll</u>
- <u>Blog directory</u>
- <u>Twitter directory</u>
- <u>Facebook directory</u>
- <u>YouTube directory</u>

# News from Google

## Committee on Institutional Cooperation (CIC) Joins Google's Library Project

Announcement
June 6, 2007

The number of libraries participating in the Google Book Search Library Project just got a whole lot bigger with today's addition of the Committee on Institutional Cooperation (CIC). The CIC is a national consortium of 12 research universities, including University of Chicago, University of Illinois, Indiana University, University of Iowa, University of Michigan, Michigan State University, University of Minnesota, Northwestern University, Ohio State University, Pennsylvania State University, Purdue University and the University of Wisconsin-Madison. Google will work with the CIC to digitize select collections across all its libraries, up to 10 million volumes.

Readers will have access to many distinctive and unique collections held by the consortium. Users will be able to explore collections that are global in scope, like Northwestern's Africana collection or dive deep into the universities' unique Midwest heritage, including the University of Minnesota's Scandinavian and forestry collections, Michigan State's extensive holding in agriculture, Indiana University's folklore collection, and the history and culture of Chicago collection at the University of Illinois-Chicago.

Google will provide the CIC with a digital copy of the public domain materials digitized for this project. With these files, the consortium will create a first-of-its-kind shared digital repository of these works held across the CIC libraries. Both readers and libraries will benefit from this group effort:

- The shared repository of public domain books will give faculty and students convenient access to a large and diverse online library before housed in separate locations.
- This new collaboration will enable librarians to collectively archive materials over time, and allow researchers to access a vast array of material with searches customized for scholarly activity.

For books in the public domain, readers will be able to view, browse, and read the full texts online. For books protected by copyright, users will get basic background (such as the book's title and the author's name), at most a few lines of text related to their search, and information about where they can buy or borrow a book.

"This library digitization agreement is one of the largest cooperative actions of its kind in higher education," said CIC chairman Lawrence Dumas, provost of Northwestern University. "We have a collective ambition to share resources and work together to preserve the world's printed treasures."

Two CIC member universities are already working with Google Book Search, the University of Michigan and the University of Wisconsin-Madison, and this new agreement will complement the digitization work already taking place.

The CIC becomes the latest partner in the Google Books Library Project, which in addition to the University of Michigan and University of Wisconsin-Madison, also includes Harvard University, Stanford University, Oxford University, the New York Public Library, Stanford University, University of California, University of Texas at Austin, University of Virginia, Princeton Library, the Complutense University of Madrid, the Bavarian State Library, the Library of Catalonia, the University Library of Lausanne and Ghent University Library. Google is also conducting a pilot project with the Library of Congress.

The Google Books Library Project digitizes books from major libraries around the world and makes their collections searchable on Google Book Search. More information can be found at: books.google.com.

- Corporate information
- News
- Company
- Jobs
- Investor relations
- Contact us

- © Google
- Privacy Center
- Terms of Service

**EXHIBIT 21**

DURIE TANGRI LLP
DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
JOSEPH C. GRATZ (*Pro Hac Vice*)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
Google Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, INC., Associational Plaintiff, BETTY MILES, JOSEPH GOULDEN, and JIM BOUTON, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 05 CV 8136 (DC) <br><br> **ECF Case** |

**DECLARATION OF DANIEL CLANCY**
**IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Daniel Clancy, declare as follows:

1.      I am a Engineering Director at Google Inc.  I make the following declaration based on my personal knowledge and, if called upon to do so, could testify competently to the matters set forth herein.

2.      The Google Books program began in 2004 with the scanning of book collections belonging to the University of Michigan, Harvard, Stanford, Oxford, and the New York Public Library.  As part of Google Books, Google scans books in certain library collections, indexes them, and returns information about those books, including short "snippets" of text—about an eighth of a page—so that users can search for and find books they may wish to purchase or check out from a library.

3.      On each page that shows snippets, Google provides links to buy the book on various online bookstores, such as Amazon.com, and to find it in a nearby library. There are no advertisements on these pages, and Google does not receive payments from the bookstores in connection with the "buy the book" links.

4.      Google has scanned more than twenty million books as part of Google Books. Users of Google Books can see search results that include snippets of text in English for more than four million of these books.

5.      Almost every conceivable type of book is included within Google Books, from novels to telephone directories to historical works to children's picture books.  Google's service enables these books to be found in a way that would otherwise be impossible.  Users may thereafter buy the book in a bookstore or locate it in a nearby library.

6.      Google also has a Partner Program, pursuant to which publishers provide Google with authorization to display larger excerpts of works.  Through the Partner Program, Google

displays full pages from books in response to users' search queries. More than 45,000 publishers have chosen to participate in the Partner Program in order to make their works easier to find and purchase, and over 2.5 million books are included within the Partner Program.

7.     Google has a policy of removing books from snippet view; upon request from an author or other rightsholder, Google will remove books from snippet view, and provides a simple web form for making such a request. If a book is not yet in snippet view, the form can be used to request that Google not scan the book, and Google has a policy of accommodating these requests. None of the plaintiffs named in this action has made such a request to remove his or her book from snippet view, nor has any submitted a request that their books not be scanned.

8.     For books in "snippet view," Google only displays snippets, and displays only up to three snippets in response to a given search query, even if the search term appears on dozens of pages in the book. The snippets are intended to provide enough context to determine whether the book contains information of interest to the searcher, but not to act as a replacement for the book itself.

9.     Google does not display snippets of dictionaries and similar reference works.

10.    Google puts numerous safeguards in place to ensure that users cannot, even in the aggregate, view a full page of a snippet-view book, or even several contiguous snippets—for example, by making the placement of snippets in a page fixed, by displaying only one snippet per page in response to a given search, and by "blacklisting" one snippet per page and one out of ten pages in a book.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2012, in Mountain View, Ca

_____

Daniel Clancy

**EXHIBIT 22**

Sign in

Google

Q

## Do the libraries get a copy of the book?
Books Help

Yes. Each library will receive a digital copy of every book we scan at from their respective collections. Each library will treat their copies in accordance with copyright law.

**Was this information helpful?**     ○ Yes  ○ No

o

Books - Contacting Us - Help with other Google products - Change language: | English (US) |

©2011 Google - Google Home - Privacy Policy - Terms of Service