S.D.N.Y. - N.Y.C.
05-cv-8136
Chin, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

―――――――――

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of August, two thousand twelve.

Present:     Richard C. Wesley,
             Peter W. Hall,
                      *Circuit Judges.*[*]

| | |
|---|---|
| | **USDC SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC #:** _____<br>**DATE FILED:** August 14, 2012 |

The Authors Guild, Inc., Associational Plaintiff, *et al.*,

                    *Plaintiffs-Respondents*,

             v.                                        12-2402

Google, Inc.,

                    *Defendant-Petitioner.*

Petitioner, through counsel, moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Upon

―――――――――

[*] Judge Denny Chin, an original member of this panel, has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

SAO-MWV

due consideration, it is hereby ORDERED that the petition is GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 8/14/2012