UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
THE AUTHOR'S GUILD, et al.,         :
                                    :
            Plaintiffs,             :
                                    :         **ORDER**
    - against -                     :
                                    :         05 Civ. 8136 (DC)
GOOGLE, INC.,                       :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/12

**CHIN, Circuit Judge**

      Before the Court are two motions for leave to file amici curiae briefs. The first is filed on behalf of a group consisting of the American Library Association, the Association of College and Research Libraries, the Association of Research Libraries, and the Electronic Frontier Foundation. The second is filed on behalf of a group of professors and scholars in the areas of digital humanities and digital law and an association that represents digital humanities scholars. The proposed briefs are submitted with the motions. Plaintiffs oppose the motions.

      It is hereby ordered as follows: (1) The motions for leave to file amici curiae briefs are granted, and the proposed briefs are accepted for filing. (2) Plaintiffs shall respond to the amici curiae briefs by September 17, 2012 in a memorandum of law not to exceed 40 pages. (3) The amici curiae may not file

replies.  (4) The parties' oppositions to the cross-motions for summary judgment shall be filed by August 24, 2012.  (5) The parties' replies in support of the cross-motions for summary judgment shall be filed by September 17, 2012.  (6) Oral argument on the motions for summary judgment shall proceed on October 9, 2012 at 10AM.

    SO ORDERED.

Dated:    New York, New York
           August 15, 2012

                                      DENNY CHIN
                                      United States Circuit Judge
                                      Sitting by Designation