UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
 :
THE AUTHOR'S GUILD, et al.,
 :
                Plaintiffs,
 :    **ORDER**
    - against -
 :    05 Civ. 8136 (DC)
GOOGLE, INC.,
 :
                Defendant.
 :
- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

       The Court is in receipt of a letter from plaintiffs' counsel, dated August 17, 2012, requesting a 60-day extension of all deadlines presently pending in this action due to an urgent health issue. Google does not oppose this request. The application is granted.

       It is hereby ordered as follows: (1) By October 24, 2012, the parties shall file their oppositions to the cross-motions for summary judgment. (2) By November 19, 2012, plaintiffs shall file their opposition to the amici curiae briefs, in a memorandum of law not to exceed 40 pages. (3) By November 19, 2012, the parties shall file their replies in support of the cross-motions for summary judgment. (4) Oral

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/12

argument on the motions for summary judgment shall proceed on December 4, 2012 at 2PM.

    SO ORDERED.

Dated:    New York, New York
           August 17, 2012

                                      DENNY CHIN
                                      United States Circuit Judge
                                      Sitting by Designation