N.Y.S.D. Case #
05-cv-8136(DC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of September, two thousand twelve.

Before: Raymond J. Lohier, Jr.,
           *Circuit Judge.*

_____

The Authors Guild, Inc., Associational Plaintiff,
Betty Miles, Joseph Goulden, and Jim Bouton,
individually and on behalf of all others similarly
situated,

      Plaintiffs - Appellees,

      v.

Google, Inc.,

      Defendant - Appellant.

_____

ORDER
Docket No.: 12-3200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 17, 2012

Appellant Google, Inc. has filed a motion to stay district court proceedings pending appeal of the class certification order and appellees have filed a response stating that they consent to the stay, although not to the arguments put forward in the motion as to why Google expects to prevail on appeal. IT IS HEREBY ORDERED that the motion to stay proceedings pending appeal is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 17, 2012