**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

THE AUTHORS GUILD, *et al.*,            :

        Plaintiffs,            :            1:05-cv-08136-DC

  v.                                            :            ECF CASE

GOOGLE INC.,                                :

        Defendant.            :

-------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**
**FOR ELECTRONIC FRONTIER FOUNDATION**

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that the Electronic Frontier Foundation ("EFF"), counsel for Amicus Curiae, is relocating.  As of April 12, 2013, our new address will be:

Cindy Cohn, Esq.
Corynne McSherry, Esq.
Michael Barclay, Esq.
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California  94109

Our telephone and facsimile numbers will remain the same.

Dated: April 7, 2013                             Respectfully submitted,

/s/ Cindy Cohn
Cindy Cohn
   (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: cindy@eff.org

*Counsel for Amicus Curiae*
*Electronic Frontier Foundation*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 7, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 7, 2013       By: /s/ Cindy Cohn
                CINDY COHN