**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case # 05-cv-8136(DC)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand and thirteen.

Before: PIERRE N. LEVAL,
  JOSÉ A. CABRANES,
  BARRINGTON D. PARKER,
  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 01, 2013

The Authors Guild, Inc., Associated Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,

  Appellee,

  v.

Google, Inc.,

  Defendant - Appellant.

**JUDGMENT**
Docket No. 12-3200

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is VACATED, and the case is REMANDED in accordance with the opinion of this court.

  For The Court:

  Catherine O'Hagan Wolfe,
  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/01/2013**

# MANDATE

S.D.N.Y. - N.Y.C.
05-cv-8136
Chin, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of August, two thousand twelve.

Present:  Richard C. Wesley,
      Peter W. Hall,
        *Circuit Judges*.[*]

The Authors Guild, Inc., Associational Plaintiff, *et al.*,

      *Plaintiffs-Respondents*,

   v.                 12-2402

Google, Inc.,

      *Defendant-Petitioner*.

   Petitioner, through counsel, moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Upon

---

[*] Judge Denny Chin, an original member of this panel, has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

SAO-MWV

**MANDATE ISSUED ON 07/01/2013**

due consideration, it is hereby ORDERED that the petition is GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-MWV

2