```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
THE AUTHOR'S GUILD, et al.,         :
                                    :
              Plaintiffs,           :
                                    :         ORDER
        - against -                 :
                                    :         05 Civ. 8136 (DC)
GOOGLE, INC.,                       :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/13

**CHIN, Circuit Judge**

The Court is in receipt of the Judgment and Mandate of the Court of Appeals for the Second Circuit, entered July 1, 2013, vacating the June 11, 2012 Order certifying the class and directing this Court to consider the fair use issues. The Court is also in receipt of the parties' cross-motions for summary judgment, filed on July 27, 2012 and August 3, 2012.

It is hereby ordered as follows: (1) By August 5, 2013, the parties shall file their oppositions to the cross-motions for summary judgment. The parties shall include any arguments in response to the amici curiae briefs in their memoranda in opposition to the cross-motions. The parties' memoranda of law shall not exceed 50 pages, including any response to the amici curiae briefs. (3) By August 19, 2013, in memoranda of law not to exceed 10 pages, the parties shall file

their replies in support of the cross-motions for summary judgment.  (4) Oral argument on the cross-motions for summary judgment will be heard on September 5, 2013 at 10:00 AM.

       SO ORDERED.

Dated:    New York, New York
           July 1, 2013

                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation