UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                      :

THE AUTHOR'S GUILD, et al.,
                                      :

            Plaintiffs,
                                      :      <u>ORDER</u>

    - against -
                                        :      05 Civ. 8136 (DC)

GOOGLE, INC.,
                                      :

            Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**

       The briefing schedule for the parties' cross-motions for summary judgment is hereby modified as follows: (1) By August 26, 2013, the parties shall file their oppositions to the cross-motions for summary judgment. The parties shall include any arguments in response to the amici curiae briefs in their memoranda in opposition to the cross-motions. The parties' memoranda of law shall not exceed 50 pages, including any response to the amici curiae briefs. (2) By September 9, 2013, in memoranda of law not to exceed 20 pages, the parties shall file their replies in support of the cross-motions for summary

judgment.  (3) Oral argument on the cross-motions for summary judgment will be heard on September 23, 2013 at 2:30 PM.

    SO ORDERED.

Dated:    New York, New York
           July 8, 2013

                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation