# BONI & ZACK LLC
## ATTORNEYS AT LAW

Michael J. Boni
610.822.0201
mboni@bonizack.com

15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610.822.0200
Facsimile: 610.822.0206
www.bonizack.com

August 23, 2013

**VIA FAX TO 212-857-2346**
Hon. Denny Chin
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/13
```

Re:  *Authors Guild et al. v. Google Inc.*, No. 05 Civ. 8136 (DC)

Dear Judge Chin:

I write on behalf of all parties, plaintiffs and Google, to request that the parties be able to file their respective, non-public sealed versions of their briefs on Tuesday, August 27, 2013. The deadline to file their summary judgment opposition briefs is a day earlier, and on that date (August 26) the parties will file electronically their public, redacted versions of the brief, and will also serve one another with their unredacted versions as well. The requirements for filing sealed versions of brief with the clerk's office, however, make it logistically unfeasible for us to do so on Monday.

Respectfully submitted,

Michael J. Boni

cc:  Joseph C. Gratz, Esquire (by email)

Approved.
SO ORDERED.

USCJ
8/26/13