**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated, | : : : : : | Case No. 05 CV 8136-DC |
| Plaintiffs, | : : | |
| v. | : : | |
| Google Inc., | : : | |
| Defendant. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 1

**[PART 1 OF 3]**

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

# Ball four: my life and hard times throwing the knuckleball in the Big Leagues



**+1**  0

Jim Bouton

★★★★★

265 Reviews

World Pub. Co., 1970 - Sports & Recreation - 400 pages

The diary of a major-league baseball player during one season reveals the game's venal and foolish aspects

## Common terms and phrases

asked  Astros  ballclub  **ballgame**  ballpark  ballplayer  Baney  base  baseball player  batting practice  big leagues  Blefary  boys  Brabender  **bullpen**  called  catch  catcher  **club**  **clubhouse**  coach  Dierker  **Don Mincher**  dugout  **Eddie O'Brien**  **fastball**  feel  felt  **Fred Talbot**  funny  **Gary Bell**  Gelnar  getting  goddam  **going**  guess  **guys**  happened  Harry Walker  Hegan  **hell**  **hitter**  home run  Houk  hurt  infield  **Jim Bouton**  **Joe Schultz**  Johnny  **kids**  kind  **knuckleball**  laughed  locker  **look**  manager  **Marty Pattin**  **Marvin Milkes**  McNertney  Mickey  **Mike Marshall**  never  night  O'Donoghue  Okay  outfield  Pagliaroni  Pattin  pennant  **pitch**  **pitcher**  play  pretty  Ranew  **Ray Oyler**  **Sal Maglie**  scored  season  Seattle Pilots  sitting  spring training  started  **Steve Barber**  **Steve Hovley**  sure  **talk**  **tell**  there's  **thing**  thought  threw  **told**  **Tommy Davis**  **tonight**  trying  umpire  Vancouver  walked  warm  **Yankees**  Yeah

## From inside the book

umpire    Search

10 pages matching **umpire** in this book

**Page 86**

Unless it was Jim Bouton.

Wayne Comer got into an argument with an umpire, and they were jawing back and forth. The last thing said was, "All right, Comer. You'll be sorry you said that."

**Page 146**

having said anything at all. I try to be especially nice to Ashford because everybody else harasses hell out of him. He's not exactly the best umpire, but he is far from being terrible. He doesn't miss that many calls, and when he does he misses them on both sides, like any good umpire. But other umpires talk behind his back. Sometimes they'll let him run out on the field himself and the other three who are holding

**Page 189**

Jerry Neudecker was the umpire at third base. His position is just a few steps away from our bullpen and he stopped by, as umpires will, to pass the time between innings.

"Why is it that they boo me when I call a foul ball correctly and they applaud the starting pitcher when he gets taken out of the ballgame?" says Neudecker.

# From inside the book

"tommy davis"   [ Search ]

36 pages matching **"tommy davis"** in this book

---

Page 88

*Palm Springs*

Tommy Davis is loose and funny and a lot of guys look
to him, not only Negroes. Everybody sort of gravitates toward him and
his tape machine, and he's asked his opinion about things. Like "How

---

Page 195

runway or even to go back into the clubhouse for a goddam cigarette,
but if you take a candy bar out to the bullpen you get all kinds of static.

The bed in this hotel in Baltimore makes me think these bad
thoughts. I think I'll go wash out my brain with soap.

---

Page 285

position. And today Tommy Davis said, "I wonder if anybody will ever
offer me a job like that?"

"All you'll get is a scouting job in Watts someplace," Tommy
Harper said.

So I started doing a general-manager bit, giving scout Tommy
Davis his instructions. "Now, Tom, you have to make sure to sign the

From inside the book

strike [Search]

30 pages matching **strike** in this book

Page 13

I reached Lou in Florida and he said that his impulse was to report, that he was scared it would count against him if he didn't, that he was just a rookie looking to make the big league and didn't want anybody to get angry at him. But also that he'd thought it over carefully and decided he should support the other players and the strike. So he was

Page 86

I couldn't resist, so giving him my sincere look, I said, "This is it.
He turned pale and moped over to Joe, slowly, as if attached to a large rubber band. But all Joe wanted was to tell us to run some extra laps since we were in the bullpen and weren't able to run when everybody else did.
I never saw anybody run laps looking so happy as Dick Baney.

Page 390

5—1 in the seventh and I got called in with two out and runners on first and second. Pete Rose up. Real clutch situation. I throw two knuckleballs for balls. Edwards calls for a fastball and I shake him off. Rose is just going to rip my fastball. I know it. So I throw a knuckleball for a strike, another knuckleball for a foul ball, a third for strike three and strut off the mound

From inside the book

"red sox"   [Search]

9 pages matching **"red sox"** in this book

---

**Page 52**

By now, though, we're standing in clumps of five or ten and take turns catching whatever fly balls happen to come our way.

It was Dick Stuart-story day today, and this one was about the time Johnny Pesky was managing the Red Sox and Stuart was playing for him and showing up late for a lot of things. For some reason this

---

**Page 289**

the time. When things are going good Yastrzemski will go all out. When things aren't going so well he'll give a half-ass effort. But he's got so much ability that the only thing you can do is put up with him.

I asked a few of the Red Sox if they thought he deserved the fine and I thought they would defend him. But they said, "He deserved it

---

**Page 388**

scared. After a while, though, all they could do was giggle.

Dick Williams has been fired as manager of the Red Sox. I think that when a team wins a pennant the tendency is to give too much credit to the manager and when a team loses the tendency is to blame him too

# From inside the book

yankees    [ Search ]

82 pages matching **yankees** in this book

---

Page 23

assume, rich as Croesus. We assume he's rich because he's always
checking the stock tables and because between 1932, when he began to
play for the Yankees, and 1968, when he left as a coach, he had pulled
down some 23 World Series shares in addition to his considerable salary.
And no one has noticed him spending very much of it. In addition,
starting at age fifty, he elected—possibly through foolishness, more likely

---

Page 90

the Newhouse papers. Ogle was a Yankee fan and he reacted to players
purely on how much they were helping the Yankees to win. Charm,
personality, intelligence—nothing counted. Only winning. Ogle didn't
have even the pretense of objectivity. He was the only writer in the
pressbox who would take the seventh-inning stretch in the Yankee half.
      Once at a winter press conference, when the Yankees were an-

---

Page 154

actually has them believing they're winners.
      I wonder how he is with the pitchers.

      The big confrontation is coming closer. The Yankees will be in
town in a couple of days and I've been invited to appear at the sports-
writers and sportscasters dinner on Monday afternoon. The idea is us

# From inside the book

"mickey mantle"    [ Search ]

17 pages matching **"mickey mantle"** in this book

---

**Page 29**

Mickey Mantle announced his retirement the other day and I got to thinking about the mixed feelings I've always had about him. On the one hand I really liked his sense of humor and his boyishness, the way he'd spend all that time in the clubhouse making up involved games of chance and the pools he got up on golf matches and

---

**Page 30**

once described that look as flickering across his face  like the nictitating membrane in the eye of a bird." And I don't like the Mantle that refused to sign baseballs in the clubhouse before the games. Everybody else had to sign, but Little Pete forged Mantle's signature. So there are thousands of baseballs around the country that have been signed not by Mickey Mantle  but by Pete Previte

---

**Page 31**

couldn't stop talking about what a great time they were going to have with Mickey Mantle and Whitey Ford. They got all fancied up, hopped into a cab and told the driver to take them to The Flame. After about a half-hour the cab pulled up in front of a place that was in the heart of the slum section, a hole in the wall with a broken plate-glass window in front and a little broken-down sign over the door: THE

# From inside the book

knuckleball | Search

82 pages matching **knuckleball** in this book

### Page 20

One of the problems is that the hitters hate to hit against my knuckleball in batting practice. They don't like pitchers to work on

### Page 43

a good outing, however. I struck out the first hitter I faced on four pitches, all knuckleballs. (Don't ask me who he was; hitters are just meat to me. When you throw a knuckleball you don't have to worry about strengths and weaknesses. I'm not sure they mean anything, anyway.) I noticed again that I throw a better knuckleball in a game than

### Page 141

sota and it was so damn cold—and the American League ball is definitely bigger than the Pacific Coast League ball—that I couldn't get the damn thing to break at all. Every single knuckleball I threw was rolling over, or spinning sideways, and I started to panic. I could feel the sweat break out on me, and I was cold and sweaty at the same time. Here was

## From inside the book

| homers | Search |
|--------|--------|

3 pages matching **homers** in this book

Page 32

early games, but it looks like I'm not going to be ready here. It's quite different from my last spring with the Yankees in 1967. I was really impressive, right from the beginning. I led the club in innings pitched with thirty, and I gave up the fewest hits, fifteen, and no homers and only two or three extra-base hits. My ERA was .092, which means less

Page 145

who hit one of the homers off me.

Meanwhile, in the dugout, I found out from Darrell Brandon that Sal had thrown a fit when the home run was hit. He had a toothpick in his mouth at the time and he threw it hard on the ground (so hard a tree may yet grow on the spot) and said, "Jesus, he's got to start

Page 240

Fred Talbot says that after listening to Sal in these meetings he's decided what kind of pitcher he must have been. "A mother," Talbot said. "A real mother."

Mother Maglie also said in the meeting that one way to handle Jackson was not to throw him any strikes. So Jackson hit three homers

## From inside the book

"home run"      [Search]

36 pages matching **"home run"** in this book

---

Page 62

up into the infield and The Colonel would look down the bench and say,
"The boy's fastball is moving. The boy's fastball is rising." Two innings
later, same situation, the very same pitch, home run into the left-field
seats. The Colonel looks up and down the bench and says very wisely,
"Got the ball up. You see what happens when you get the ball up?"

---

Page 89

clubhouse. It was a quote from me after Mel Stottlemyre had hit an
inside-the-park home run, which is very hard for a pitcher to do. One
of the writers came to me after it and said, "What were you thinking
when Stottlemyre was going around the bases?" It was a nice, silly
question, so I gave him a nice, silly answer. I said I was hoping that

---

Page 321

so many games this year," she said. "I get nervous every day."
        "Why should you get nervous? I don't. Except once in a while."
        "I don't know, but I do. And every time they hit a home run off
you, I just get sick to my stomach. I worry about how you feel, too,
because I want you to be happy."

## From inside the book

"eddie o'brien"   [Search]

20 pages matching **"eddie o'brien"** in this book

Page 75

picnic.

I think coach Eddie O'Brien is going to prove a gold-plated pain in the ass. He must think he's Frank Crosetti or something, because when I reached into his ballbag he said, "What are you going to do with it?"

Page 143

Eddie O'Brien has finally been nicknamed. Mr. Small Stuff. It's because of his attention to detail. Says Mr. Small Stuff: "Put your hat on." He said that to me today. Also to Mike Hegan. We were both running laps at the time.

Another thing Eddie O'Brien does is stand next to you when

Page 205

Everybody thought this was all very funny except Eddie O'Brien. "Guess what he said to me," Talbot said. "He said we ought to protest this game to the Commissioner because how could we use the bullpen with fish in our water cooler?"

"He wasn't *serious*," I said.

# From inside the book

balls       | Search |

20 pages matching **balls** in this book

---

Page 186

guaranteed, asking me why I'm not wearing my earflap."

Between innings of the game I got up in the bullpen and worked with the iron ball Mike Marshall keeps out there. Talbot was certain I was only doing it so I would get on television, and maybe I was, partly. After the third time up Talbot said, "Jesus Christ, Bouton, why don't

---

Page 188

opposite direction of a curve ball: when thrown by a righthanded pitcher it breaks in on a righthanded hitter. Mike wants to throw screwballs and Sal wants him to throw curve balls, so they're at each other all the time.

"Why don't you just throw screwballs and tell Sal they were curve balls?" I suggested.

---

Page 390

5—1 in the seventh and I got called in with two out and runners on first and second. Pete Rose up. Real clutch situation. I throw two knuckle-balls for balls. Edwards calls for a fastball and I shake him off. Rose is just going to rip my fastball. I know it. So I throw a knuckleball for a strike, another knuckleball for a foul ball, a third for strike three and strut off the mound

## From inside the book

ball [Search]

84 pages matching **ball** in this book

---

**Page 53**

screaming at the top of his lungs, "I got it! I got it!" He wasn't taking any chances. At the last second guess who ran into him and spiked him. Dick Stuart. The ball went flying and the runner got two bases.

Now Wilson's got a spiked left foot and a man on second and he's steaming mad. The next pitch is a ground ball on the first-base line and Earl runs over, picks it up, which to throw to first and Stuart isn't on

---

**Page 172**

I'm in now while I was with Vancouver, or in spring training, when I wasn't sure I was going to make the team. Also, the team is managing very well without me. We're playing heads-up ball. The guys on the bench are alive, and when the other team makes a mental error we take advantage of it right away. We're hitting the hell out of the ball, and we're even getting the breaks, which is part of it too. Besides, Cali-

## From inside the book

orioles    [ Search ]

8 pages matching **orioles** in this book

Page 196

And then Carl Yastrzemski's name came up because he'd just ig-
nored the strike and Gary Bell said, "Didn't surprise me. Carl Yastrzem-
ski is for himself first and second and the hell with everybody else."

Gee, Gary, Carl Yastrzemski?

Yes. Besides, during the strike Yastrzemski called several super-

Page 201

Talking about Joe Schultz reminded Marshall of something that
happened the other night. Although we had just blown a game to the
Orioles, when Schultz came back into the clubhouse he was smiling.
Mike thought that was kind of strange until he heard Schultz say, to

Page 205

"All right. I'll talk to Eddie about it," Joe Schultz said.
I can't wait.

During batting practice the Orioles sneaked into our bullpen—
word is that it was Eddie Watt and Pete Richert—and deposited three

# From inside the book

pitch    [ Search ]

84 pages matching **pitch** in this book

Page 62

the same thing. They're asking you to obey good pitching principles;
keep the ball down (most hitters are high-ball hitters), don't make the
pitch too good (don't pitch it over the heart of the plate), move the ball
around inside the strike zone and change speeds (keeps the hitter off
balance), and get ahead of the hitter (when you have two strikes on a

Page 67

ing to do too much. Johnny Sain always told guys who had control
problems that they were trying too hard to throw the ball to a specific
spot, not that they weren't concentrating. Sain would compare pitching
to a golfer chipping to a green and say that if you tried for the cup you
might miss the green. The thing to do was just hit the green, pitch to a
general area.

Page 123

The problem for a long-relief man is that he doesn't want to tire
himself out before a game in which he may pitch eight innings. But if

# From inside the book

pitches   [ Search ]

36 pages matching **pitches** in this book

### Page 167

him between shags. I told him about my conversation with Schultz and his thought that I couldn't be a starter because I had only one pitch. I told him that Niekro said after his last game that he'd thrown 95 knucklers out of 104 pitches.

"Well, you can do that if it's breaking," Sal said.

### Page 186

Mantle pointed it out to all the Little League, high-school and college players who were watching, but somehow I doubt it. So I'll do it here. It started in the first inning when Joe Sparma walked Tommy Harper, leading off, on four-straight pitches. Hegan was the next batter. Ball one. On ball two, way over Hegan's head, Harper tries to steal second and

### Page 339

good knuckleball with the first pitch. Find that tricky abstract thought, the one that makes you feel so competent and smooth. I tried to recall the last few warm-up pitches I threw and I remember thinking, "Why are they playing the National Anthem so slowly?"

I walked the first hitter on four pitches. The first two pitches to the

# From inside the book

arm                          Search

63 pages matching **arm** in this book

Page 49

singing.

Steve Barber went three innings and pitched pretty well. Maybe his arm doesn't hurt him after all—except that he was in the diathermy machine again this morning. Steve reminds me of a guy who was with the Yankees for a while, Billy Short. He was a little lefthander with a

Page 54

thenics I realized that his pitching arm is all bent and much shorter than his right arm. That's from throwing curve balls. It's almost as deformed as Bud Daley's arm. Bud, who had polio as a boy, pitched for the Yankees for a while. The polio left him with a crook in his right arm. It didn't bother him, even when the players would make fun of it. Some-

Page 55

said,   Yes, but Daley didn't have to pitch with that arm, only catch.

Barber was in the diathermy machine again today and then looked pretty good in batting practice. I've been taking aspirin. My arm hurts and I didn't do as well pitching BP as Barber. Maybe there's something to that diathermy machine.

The only thing I think of these days when I go out to pitch is how

## From inside the book

position   [Search]

12 pages matching **position** in this book

Page 19

cance to the position. My arm feels good; no pain, no problems. Every once in a while I let a fastball fly and it comes out of my hand real easy and seems like it took no effort. I can almost hear a voice in the back of my mind whispering, "You can go back to it, you can find it, you can find your old fastball and you'll be great again." Of course, I've

Page 337

and throws them back. He's a perfect marine, yet he doesn't seem to have the marine mentality. One winter he spent his time, not selling mutual funds, but working with retarded children. Blefary on the pick-off play: "Now if you see me reaching for my throat—like this—that means you go into your stretch position, take your set, don't even look

Page 375

record. He said I was a hard worker, a good battler, that I fielded my position well and could pitch under pressure. Just what the Cubs needed. The scout told him no, that the word on me is that I'm a clubhouse lawyer.

# From inside the book

mound [Search]

17 pages matching **mound** in this book

---

**Page 110**

the mound. In front of all those people.

I've felt like that on the mound too, and I don't even chew tobacco.

---

**Page 243**

ordinated on the mound, and I threw one to Gene Oliver with the bases loaded that spun, and he knocked it over the center-field wall. On the bus some son of a bitch asked me if it was the longest home run I ever gave up.

It doesn't seem right that my ERA should have jumped back to

---

**Page 291**

onto the field during the game. I couldn't believe how far it went—clear out to the infield. It landed halfway between the mound and home plate. I was scared when I saw it was actually going to drop onto the field and I looked around to see if anybody had noticed me throwing it. Johnny Antonelli, who was pitching for the Giants, walked off the

## From inside the book

base [ Search ]

46 pages matching **base** in this book

---

Page 65

Ray Oyler was racked up at second base by Glenn Beckert of the Cubs, and when he came back to earth he was heard to call Beckert a son of a bitch. This is not on the same order as motherfucker, but he didn't have a lot of time to think.

---

Page 186

you just run across the field and slide into second base and get it over with?"

The people who watched this game on television saw some of the dumbest baseball ever played this side of a sandlot. I hope Kubek and

---

Page 339

After this it's all gravy. I've done it for five innings and nobody could ask for more.

There was a lot of scraping and scrounging after that, hanging tough with men on base, the way it was back in the old days. Each inning I came back to the dugout and I could see a little more respect in the eyes of my teammates. I wasn't with them from the beginning.

## From inside the book

run        [ Search ]

83 pages matching **run** in this book

Page 23

beady little eyes shining, not an ounce of fat on him, taking calisthenics
with all us kids and never missing a beat; jumping-jacks, pushups and
everything. Another thing he does is get up every morning at six-forty-
five and take a long, pre-breakfast stroll. When he was with the Yankees,
once in a while he'd run into some of us coming back from a night on

Page 146

him run out on the field himself and the other three who are holding
back in the dugout will snigger. I hate that kind of stuff. I mean, I
don't mind it when it's pulled on a ballplayer. But Ashford, for good-
ness sakes.
    And, of course, the players pick it right up. As soon as he makes a
bad call they start yelling. "Oh, that hot dog son of a bitch." Sure he's

Page 298

ballgames in crucial situations and all I can do is agree with Hovley
that it's because they think I'm weird and throw a weird pitch. I need
a new image. What I ought to do is take up chewing tobacco and let the
dark brown run down the front of my uniform and walk up and down
the dugout with a slight, brave limp and tape on my wrist and say

## From inside the book

slide    [Search]

4 pages matching **slide** in this book

### Page 65

It has become the custom in baseball to slide into second base with a courteous how do you do, so when somebody does slide in hard everybody gets outraged and vows vengeance. A few years ago Frank Robinson slid into Bobby Richardson with murderous aplomb and the Yankees were visibly shocked. *How could he do that to our Bobby? We'll get him for that.* Actually this was a National League play and the Yankees

### Page 69

tion and he was a bad guy. He liked to slide into guys spikes high and draw blood. During warm-ups he liked to scale baseballs into the dugout to see if he could catch somebody in the back of the head. He even used our manager for target practice. So I took my shots at him. We all did. Once I threw a ball at him so hard behind his head that he didn't

### Page 186

you just run across the field and slide into second base and get it over with?"

The people who watched this game on television saw some of the dumbest baseball ever played this side of a sandlot. I hope Kubek and

## From inside the book

throw    Search

82 pages matching **throw** in this book

---

Page 61

For instance, a big hitter was up with two men on base and as Baney looked in for the sign Joe Schultz hollered, "Now get ahead of this guy." And Sal hollered, "Get something on this pitch. He's a first-ball hitter."

   And just as he cranked up to throw, somebody (I couldn't tell

---

Page 62

hitter and two balls or fewer, you may then throw your best pitch as a borderline strike and the hitter will have to swing to protect himself).

   This is the essence of the battle between the pitcher and the hitter, and it doesn't do any good to yell this kind of advice to a pitcher in a crisis situation. He knows it as well as he knows his name. But pitching

---

Page 139

nours writing notes for a speech I'd like to deliver to Sal Maglie and/or Joe Schultz.

   This is what I decided to say:

   "I've given a lot of thought to this. In fact it's all I've thought about for weeks. Number one, the knuckleball. I'd like you to under-stand it takes a feel to throw it, not strength. So I think I have to throw

From inside the book

hour     [Search]

18 pages matching **hour** in this book

---

Page 31

with Mickey Mantle and Whitey Ford. They got all fancied up, hopped into a cab and told the driver to take them to The Flame. After about a half-hour the cab pulled up in front of a place that was in the heart of the slum section, a hole in the wall with a broken plate-glass window in front and a little broken-down sign over the door: THE

---

Page 201

versation with some big-name guy who's just passing through. What they

**201**

---

Page 300

There was a lot of grousing about the flight home. We had a three-hour wait after the game was over and then an hour-and-a-half wait in Chicago. If we had a charter flight we could have gotten in to Seattle at about twelve-thirty instead of four-thirty. The ballclub argues that it costs too much money to charter a plane and generally we just shrug

# From inside the book

miles [Search]

2 pages matching **miles** in this book

Page 71

field and saw Goossen working out at first base. He's hard to miss, with his blocky build and blond, curly hair, working without a hat. I was already missing him and the nutty things he does and I thought here's a field that's only about fifty yards away and yet it's really hundreds of miles away, the distance between the big leagues and Vancouver.

Page 122

shape and a good pitcher. As Johnny Sain says, "You don't run the damn ball across the plate. If running did it, they'd look for pitchers on track teams." It's one of the reasons he's such a popular pitching coach.

There are pitchers who tell you that they've played for men who made them run miles a day and some who made them run hardly at all

## From inside the book

second    [ Search ]

63 pages matching **second** in this book

Page 65

> Ray Oyler was racked up at second base by Glenn Beckert of the Cubs, and when he came back to earth he was heard to call Beckert a son of a bitch. This is not on the same order as motherfucker, but he didn't have a lot of time to think.

Page 186

> you just run across the field and slide into second base and get it over with?"
>
> The people who watched this game on television saw some of the dumbest baseball ever played this side of a sandlot. I hope Kubek and

Page 339

> next hitter were balls. Christ, am I ever going to throw one over? Fortunately the runner tried to steal second and Edwards threw him out. Edwards is a great catcher. He catches the knuckleball better than McNertney, and he doesn't have the big glove. Edwards ought to be President.

## From inside the book

first    [ Search ]

81 pages matching **first** in this book

---

Page 87

balls called.

Sure enough the first pitch to Comer was a high curve and he called it strike one. Comer didn't even look back. He swung at the next pitch and hit a line drive off the fence for a triple. The ump looked over to our bench and said, "See, it makes him a better hitter."

---

Page 186

she's going to notice first thing that I'm not using the batting helmet with the earflap on it. And tonight she's going to be on the telephone.

---

Page 337

baseballs fly over fences.

Still, the pressure, I think, is one of the most exciting things about athletics, and it's one of the reasons I have so much fun playing. I remember sitting on the bench before my game in the 1963 Series. I was to pitch against Don Drysdale. Houk was sitting about five feet away

# From inside the book

third    Search

51 pages matching **third** in this book

Page 108

bombed. Three runs in an inning-and-a-third. My knuckleball just
doesn't seem to be ready yet. I can't get it over the plate consistently,
and when I get behind I have to come in with my fastball, which some-
how isn't too fast. So I got ripped for long hits, including one Don
Pavletich hit over the left-field wall.

Page 193

The rule is that the starter can't get credit for the win unless he pitches
five full innings.
   Sure enough we score three in the first, two in the second and an-
other in the third. We've got a 6–0 lead and it looks like Barber is
having trouble out there. He's twitching his arm and cranking it around

Page 317

speech for us before the game. Tommy got up and said, "Thanks. It.
Thanks."
   Tommy needs only two more stolen bases to break the American
League record and on his Night only 6,000 fans showed up. It's not
a good sign for the future of baseball in Seattle. We draw a little better
when we're winning, which means the fans have taken this third-place-

## From inside the book

plate [Search]

25 pages matching **plate** in this book

Page 14

behind the plate yelling "First base! First base!" at the top of his lungs.

Page 86

And he probably will. Umpires do get even with people, even good umpires. I remember when George Scott first came up to Boston. He must have irritated Ed Runge somehow because the word came out from Elston Howard that when Runge was behind the plate and Scott was hitting the strikes wouldn't have to be too good.

Page 146

Emmett Ashford was behind the plate tonight and did an especially good job calling the knuckleball. A couple of times I threw it knee-high and the ball seemed to drop into the dirt. But it was only after it had crossed the plate, so he called both of them strikes. Some umpires call the pitch where the catcher catches it, not where it crosses the plate.