**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| Google Inc., | : : |
| Defendant. | : : : |

Case No. 05 CV 8136-DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 1

**[PART 3 OF 3]**

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

## From inside the book

walk    [ Search ]

20 pages matching **walk** in this book

---

### Page 18

what pepper games are, really: looking busy without actually doing anything.

Sheldon was talking about that today. He says what he does is walk around policing up the area and no one ever hollers at him for that. He also walks back and forth to the dugout as if he's on an important mission. "Do something " Shellie said. "Walk bend throw a ball into

---

### Page 139

wrong to throw a fastball to a good hitter with a 3-and-2 count unless I've got a big lead, and I think it's wrong to throw a fastball 3 and 1 in a close game, and it's wrong to throw a fastball 3 and 0 when a home run or hit would beat me. In every case I'd rather walk the guy with my best pitch than let him beat me with one swing at my worst.

---

### Page 291

It's interesting that they'd rather pay for a single room than have me room with Hovley. Just like the Yankees. They must think whatever it is I have that they don't like is catching.

I didn't tell Paul about the switch. Let him find out himself.

## From inside the book

bottom [Search]

10 pages matching **bottom** in this book

---

**Page 4**

Lauderdale—a bit late because I'd spent six months in the army—Dan Topping, Jr., son of the owner, and the guy who was supposed to sign all the lower-echelon players like me, handed me a contract and said, "Just sign here, on the bottom line."

I unfolded the contract and it was for $9,000—if I made the team.

---

**Page 149**

## MAY
## 4

---

**Page 193**

knuckleball. And all I wound up with was a save.

I had a great knuckleball when I went in, but I lost it in the eighth. I got by on fastballs. In the bottom half we took an awful long time hitting so I asked Sal if I could try throwing a little to get the feel of the knuckleball back. "Nah," he said. "You're doing all right. Be-

# From inside the book

top | Search

25 pages matching **top** in this book

---

**Page 132**

hollered at the top of his voice, "Hey, Sheldon, Joe wants to see you
in his office." Everybody in the outfield heard.

---

**Page 174**

~~I cphonc took to wearing the hairpieces when his hair started to get~~
thin on top. And the hair he still has is all curly and frizzy when he lets
it grow long. So he carries around all kinds of equipment in a little
blue Pan Am bag. Things like a hot comb, various greases and salves,
glue for the hairpiece, hair-straightener—and even a hair-dryer. He car-
ries it wherever he goes, on the buses to the park, on airplanes. You

---

**Page 365**

I was dying to watch, I turned around and sat down on the bench. It
was more neurotic than sensible.

I can't stand the tension of these games. Poor Larry Dierker had a
no-hitter going into the ninth inning and hung in there until the top of
the thirteenth. We pinch-hit for him, scored two runs and then Gladding

From inside the book

pitchers   Search

53 pages matching **pitchers** in this book

Page 33

doing the same thing. One day Fritz got Steve Hamilton and Joe
Verbanic and about three or four other pitchers to carry two balls
around with them wherever they went. It drove The Colonel out of
his mind.

The following spring Fritz was removed as my roommate. The
Colonel kept telling Fritz not to worry, that pretty soon he wouldn't have

Page 67

club, and you don't make ballclubs arguing with pitching coaches.

Afterward in the outfield we talked about one-pitch pitchers. Ryne
Duren was a one-pitch pitcher. His one pitch was a wild warm-up. Ryne
wore glasses that looked like the bottoms of Coke bottles, and he'd be
sort of steered out to the mound and he'd peer in at the catcher and let
fly his first warm-up pitch over the screen and the intimidation was

Page 122

shape and a good pitcher. As Johnny Sain says, "You don't run the
damn ball across the plate. If running did it, they'd look for pitchers on
track teams." It's one of the reasons he's such a popular pitching coach.

There are pitchers who tell you that they've played for men who
made them run miles a day and some who made them run hardly at all

# From inside the book

clubhouse    [ Search ]

80 pages matching **clubhouse** in this book

---

**Page 54**

to let on you have an education.

Well, Mincher was talking about going to see a Johnny Cash show, and I imagine when he talks about Johnny Cash it's like the Negro players talking about James Brown. Lots of times in the clubhouse you'll have a radio on and every once in a while it gets switched back

---

**Page 155**

could air their gripes. At the meeting, which lasted about twenty minutes, there were complaints about the beds in some of the hotels, the lack of a roof over the bench in the bullpen, the bare cement floor in the clubhouse and the absence of a watercooler in the clubhouse. Imagine having to take our greenies with beer. Big things like that.

It was also pointed out that when an exhibition game is scheduled

---

**Page 175**

So everyone was tired and angry and upset and you could hear a pin drop in the clubhouse, because after a loss that's the way it's sup-

## From inside the book

mincher [Search]

26 pages matching **mincher** in this book

Page 91

and pleased me. Don Mincher seconded. Then someone nominated
Gary Bell and the two of us left the room. Gary won it by one vote, and

**91**

Page 249

everybody as funny that Mincher, a member of the club, should sud-
denly get so uppity with a guy we all knew he was very friendly with.

Page 300

probably around $5,900."

Naturally I promptly told Mincher that the only difference between
a charter flight and commercial was $700. Just as naturally, Mincher
goes to Gabe Paul and says, "What's the story, Gabe? We found out
that there's only a $700 difference between charter and commercial.
And we don't think the ballclub should stingy with that kind of

## From inside the book

talbot    [Search]

45 pages matching **talbot** in this book

Page 170

outfielder Dick Simpson. We also traded Aker for my old friend Fred
Talbot. This is a little disturbing because Talbot and I didn't care too
much for each other over there in New York. We're exact opposites.
He's country and I'm city, and I always felt uncomfortable around him.
    It's interesting, though, to see the Yankees trade Talbot, the guy
they decided to keep instead of me two years ago. And they traded him

Page 193

money or something to us?"
    Almost everybody laughed.

    Ah, the ballgame. Steve Barber started. The last time he got a big
lead but had to leave in the fifth. That's how Talbot got his quick win.

Page 225

all knew what it was; a legal document written by a local lawyer friend
of Ranew's that announced a paternity suit against Talbot by an anony-
mous girl in New York. A paternity suit is only somewhat worse than
being accused of murder. No matter how innocent you are, you lose.
Who wants to win a paternity suit?
    Business in the clubhouse seemed to be normal, but in fact every-

## From inside the book

"gary bell"      [ Search ]

39 pages matching **"gary bell"** in this book

---

**Page 37**

................... in my car.  "if you want to see your baby again you'd ...
today."

After the game Bobbie and I were at a party with Gary Bell and
his wife and Steve Barber and his. Gary's wife, Nan, said she'd been
anxious to meet me since she'd read in the Pilot spring guidebook that

---

**Page 91**

............. are going to go, as the days say, and calling ........ and
it was not good news to hear that we're going to start the season with
only nine pitchers. Besides that, we traded Chico Salmon to Baltimore
for Gene Brabender, "a hard-throwing righthanded country boy," said
Steve Barber. I look at the pitching staff and I see six guys who have
it made: Diego Segui, Marty Pattin, Jack Aker, Gary Bell, Steve Barber

---

**Page 154**

The meeting before the game was marvelous. When we went over
the hitters, Gary Bell had the same comment on each one: "Smoke

## From inside the book

guys    Search

88 pages matching **guys** in this book

Page 27

curve wasn't sharp and he was walking a lot of guys. He's got about
eight kids and spring training means more to him than a lot of other

Page 106

the big leagues.
        Coaches have little real responsibility, so it seems to me they
should, at the very least, try to help club morale—cheer guys onward
and upward, make jokes and smooth out little problems before they
become big ones.

Page 140

worry about coming in with men on base.
        "Finally, I don't think it's fair to compare me right away with
guys like Niekro, Wood, Fisher and Wilhelm. They're top pitchers and
I think I should be allowed to be only fair or even mediocre for a
while—say, a month or six weeks. After all, the other guys have had
years."

## From inside the book

asked    [Search]

81 pages matching **asked** in this book

Page 117

time with that one) are still in Phoenix and I won't join them until they
come home. They play in Tulsa first, so I called Bob Lemon, who's the
manager, and asked if he intended to use me as a starter right away and
he said no, he planned to use me in relief and that I might as well wait
for them to get home.

Page 234

I asked him what he meant by that.
"Well, one time we were sitting in a restaurant," O'Donoghue said

Page 235

Joe.
     "I don't know why everyone laughed," Brabender said later. "I
thought it was a good question."
     "Yeah, but Jim asked it," Marshall said. "So we're all supposed
to laugh. You should have asked it, Gene. Then we would have gotten

## From inside the book

ballclub       [ Search ]

20 pages matching **ballclub** in this book

---

### Page 254

guilty until proven innocent.

That's what happened around the Yankees too. When Johnny Keane was manager and losing control of the ballclub, there was a story in the paper quoting an unnamed player as saying that Keane was a bad manager, that he was handling the club poorly, that none of the

---

### Page 300

base, Fred Talbot yelled at him, "C'mon, fat boy, regroup out there."

There was a lot of grousing about the flight home. We had a three-hour wait after the game was over and then an hour-and-a-half wait in Chicago. If we had a charter flight we could have gotten in to Seattle at about twelve-thirty instead of four-thirty. The ballclub argues that it costs too much money to charter a plane and generally we just shrug

---

### Page 351

body listens when he talks: "You know a ballclub I can't see? I just can't see Atlanta. They just don't seem to have the depth. You know another club I can't see? Ours."

Fred Gladding, called Fred Flintstone, doesn't look like a baseball

## From inside the book

ballpark [Search]

30 pages matching **ballpark** in this book

**Page 82**

and Bell is one of the leading practitioners. "When I get home I'm going to knock my old lady's eyebrows off," he'll say. Or he'll go up to Ray Oyler and say, "Ray, when you come to the ballpark tomorrow will you bring my socks? I left them under your bed."

Sometimes you'll get this kind of conversation:

**Page 190**

"Yean, surrre."

And I've known ballplayers who thought it was great fun to turn on a tape-recorder under the bed while they were making it with their latest broad and play it back on the bus to the ballpark the next day.

Johnny Sain returned my call this morning and we had a long talk

**Page 396**

"If you don't you have to stay in the barracks and they padlock the doors at midnight," he said. "If you don't make it in, you have to pound on the door and that's the way they catch you."

## From inside the book

ballplayer    [ Search ]

11 pages matching **ballplayer** in this book

---

Page xii

to be a big-league ballplayer and why I still want to get back on top
again. I *enjoy* the fame of being a big-league ballplayer. I get a tremen-
dous kick out of people wanting my autograph. In fact, I feel hurt if I
go someplace where I think I should be recognized and no one asks me
for it. I enjoy signing them and posing for pictures and answering re-
porters' questions and having people recognize me on the street. A lot

---

Page 280

and I've heard some of the people on the Yankees say you're kind of
crazy and silly and I was told, 'You got stuck with one there.' But
I tell them, 'As far as I'm concerned, if he gives me a hundred percent
on the field, I'm going to use him. I'm judging him strictly as a ball-
player.' You hear all kinds of things through the grapevine. Bouton is

---

Page 282

That's a tough spot for a ballplayer. What could Steve have said?
"My arm doesn't hurt but I don't think it would be a good idea to work
anymore." No chance. So he stood out there risking two months of
rehabilitation for one stinking ballgame, which we eventually lost any-
way.

## From inside the book

batting    [ Search ]

35 pages matching **batting** in this book

---

Page 25

But he's getting the idea.

Got a big day tomorrow. Ten minutes of batting practice. I think I'll use the Johnny James (former Yankee pitcher) theory of batting practice. Under this theory you imagine you're in a game and you move your pitches around on the hitter, dust him off, throw sliders, the works. The hitters hate it. But it helped Johnny James make the team.

---

Page 117

for any more money, but we might not be able to get the $050 back if we can't rent to somebody else.

A lot of players don't have the problems we do because they leave their families at home and live in hotels. That's for one of two reasons. They're just starting out and don't make enough money. Or their kids are old enough to be in school and they don't want to take them out.

---

Page 163

up, and one of the fines is for fraternizing with the opposition. With the Yankees in town this has already cost me $2. On the other hand, I have had some satisfactions. One of the games is splitting the pitching staff into two teams during batting practice, with the losing team having to drop 50¢ into the kitty. I'm a terrible hitter in batting practice, possibly

# From inside the book

swing        [Search]

10 pages matching **swing** in this book

---

Page 48

to tell about his conversations with Keane. He said they'd go like this:

"How do your legs feel today, Mick?"

"Not too good."

"Yes, but how do they feel?"

"It hurts when I run, the right one especially. I can't stride on it

---

Page 103

Everyone works out pregame nervousness in his own way. Tommy Davis was standing in the middle of the clubhouse taking a hitting stance with no bat in his hands, anticipating the pitch, striding into it, checking his swing and then going back and doing it all over again. It reminded me of a guy going over his notes just before a final exam, knowing all the time it wasn't going to do any good. If you don't have

---

Page 314

I felt right back in the swing of things. I guess Mike Marshall was right. It doesn't hurt to apologize.

We scored a run in the ninth, which meant we had just enough runs to lose 4–3. I think that's six in a row now and we're in fifth place. Nobody talks about it, except Joe Schultz

## From inside the book

blefary | Search

12 pages matching **blefary** in this book

Page 363



*Atlanta*
Blefary was giving me the business tonight. The first

Page 371

There was a play in yesterday's game that would have been funny
if it weren't so bad. We were leading 2–1 at the time and Jimmy Wynn's
on second. With two out Blefary hits a clean single to right, certain to
score Wynn—except that Wynn rounds third, gets halfway home,
then realizes that he hasn't touched third. So back he goes, tags it and

Page 382

but he couldn't stop." Frontrunning was in his blood.

Curt Blefary is a big, rough, physical man. He likes to slap people
on the back too hard, jab you in the ribs, squeeze your arm black and
blue. He also likes to charge Robert, our twenty-five-year-old club-

## From inside the book

boys     Search

33 pages matching **boys** in this book

Page 83

of the Yankees was an ace. He was just another jocko, but he was an
ace because he was always out with Mickey Mantle and the boys,
drinking, partying, playing cards. Every once in a while, just to enhance
his image, he'd smack some poor guy off a bar stool and that was great.
Johnny Blanchard was one of the boys.

Page 179



I'm trying so hard to be one of the boys I'm even listen-
ing to country music. And enjoying it. The back of the bus is the

Page 221

sent him a big box of cookies and he put them out on the table before
the game. "Let's get to these cookies," Joe Schultz said. "They came all
the way from southern Illinois."

Sitting at the table at the time was one of the young clubhouse
boys, and he was reading a high-school biology book. Joe peered over

# From inside the book

called    Search

79 pages matching **called** in this book

Page 120

~~One of Gary Bell's parting shots about me was, "Here comes the~~
guy who opened and closed a checking account in three days." True. We
have taken the money out of our Seattle account and will deposit it in
Vancouver. But we're optimistic. We're leaving a few dollars in the
Seattle account in case I get called up later this summer. I should say
*when* I get called up.

Page 204

~~weren't I'd have called you in here. You've helped the team. I'm~~
pleased."

   He wasn't going to let me off without some kind of lecture, how-
ever. About a week or so ago I'd been warming up for what seemed
like an hour and finally put my jacket on and sat down. "Crissakes,
~~don't sit down out there," Sal Maglie had told me. "It looks horseshit~~

Page 376

       "Curfew," he said. "Twelve-o'clock curfew."
       When I got up to the room Norm Miller said, "They called, they
called."
       "What time?"
       "Well, they called at eleven."

# From inside the book

club    [ Search ]

78 pages matching **club** in this book

Page 23

assume, rich as Croesus. We assume he's rich because he's always
checking the stock tables and because between 1932, when he began to
play for the Yankees, and 1968, when he left as a coach, he had pulled
down some 23 World Series shares in addition to his considerable salary.
And no one has noticed him spending very much of it. In addition,
starting at age fifty, he elected—possibly through foolishness, more likely

Page 47

I don't know," he said. He was growing by now. "When it starts
feeling better then you can start throwing again." Real scientific.
  I believe Dr. Gaynor was actually offended when you came to him
with an injury. You were imposing on his time. I'm sure there were
a lot of guys who chose not to go to him with injuries because they
didn't want to take his guff. I know I did. Mickey Mantle and Whitey

Page 120

  Having made the move to Syracuse a couple of times and then to
Seattle and now to Vancouver makes me a member of a not very ex-
clusive club. Us battered bastards of baseball are the biggest customers
of the U.S. Post Office, forwarding-address department. I've seen letters
chasing guys for months, years even. Sometimes you walk into a club-

## From inside the book

coach | Search

30 pages matching **coach** in this book

---

### Page 18

Lots of holler out there in the infield. "Fire it in there, baby."
"C'mon, Joey." "Chuck it in there." And the word for *that*, friends, is
false chatter. You don't hear it as much during the season because
nobody's nervous and nobody has to impress a coach who thinks you're

---

### Page 23

checking the stock tables and because between 1932, when he began to
play for the Yankees, and 1968, when he left as a coach, he had pulled
down some 23 World Series shares in addition to his considerable salary.
And no one has noticed him spending very much of it. In addition,
starting at age fifty, he elected—possibly through foolishness, more likely

---

### Page 106

Plaza was a coach under Schultz in Atlanta when it was still a
minor-league city, and that's one of the ways you get to be a coach in

# From inside the book

feel        [ Search ]

68 pages matching **feel** in this book

---

Page 48

to tell about his conversations with Keane. He said they'd go like this:
"How do your legs feel today, Mick?"
"Not too good."
"Yes, but how do they feel?"
"It hurts when I run, the right one especially. I can't stride on it

---

Page 64

feel bad about losing. I'm sure they believe that if you look like you feel
bad about losing then you're the type who wants to win. So you go
along with the little game. And they played this game real hard with the
Yankees when I got there, but every once in a while Phil Linz, Joe
Pepitone and I would giggle about something after a losing game and we

---

Page 168

Today I've been thinking about God and baseball, or is
it baseball and God? In any case, this rumination was caused by the
sight of Lindy McDaniel of the Yankees. Although I've never met him,
I feel I know him pretty well because of this newsletter he sends out
from Baytown, Texas, called "Pitching for the Master." One of the first
I got from him—and all the players receive them—was a complete four-

## From inside the book

dugout   [ Search ]

38 pages matching **dugout** in this book

---

Page 198

you hit me on the knee tonight. It could have been my hand. Then I can't do my job."

I agreed with him, so I went over to Eddie O'Brien and said, "Eddie, old pal, how about you putting on a mask and catching me?"

"It's not my job to warm up pitchers," Eddie said.

---

Page 208

looks right in on us and says, 'Nice game tonight. Go get 'em tomorrow.' Jesus, I thought he was going to ask me for my autograph."

During the game a guy came down from the stands to the dugout and said to Mike Marshall, "Hey, is Mike Marshall in the dugout? I'm a good friend of his."

---

Page 232

on reality than other baseball men. Example: Joe got into a terrible argument with an umpire at home plate about a checked swing and when it was over he stormed back to the dugout, still muttering. Just before stepping into the dugout, though, he spied a blonde sitting in the first row behind it and said, "Hiya, blondie. How's your old tomato?"

## From inside the book

| funny | | Search |

29 pages matching **funny** in this book

### Page 34

room and you wouldn't want to stand in his way, would you?" Fritz said he wouldn't, so they put him in with Dooley Womack, young pitcher. He was three months younger than I.

They thought I was a bad influence on Fritz. The Yankees had some funny ideas about bad influence. What I did bad was talk to

### Page 117

So I got permission to work out with the Pilots. I felt terribly awkward in the clubhouse and I saw that the guys also felt funny about me being there. They had these funny looks on their faces, and I felt I had a rare and communicable disease.

Driving over to the park I thought about what I would say to them.

### Page 261

want to do that. I think it was a prank. I think it was funny when I tried to pick up the shoes that were nailed down. I think it was *supposed* to be funny. I think.

Besides, I can still wear the shoes—as long as it doesn't rain.

## From inside the book

going    [ Search ]

79 pages matching **going** in this book

---

Page 54

...thought that the best way to get through professional baseball is never
to let on you have an education.

Well, Mincher was talking about going to see a Johnny Cash show,
and I imagine when he talks about Johnny Cash it's like the Negro
players talking about James Brown. Lots of times in the clubhouse
you'll have a radio on and every once in a while it gets switched back

---

Page 186

she's going to notice first thing that I'm not using the batting helmet
with the earflap on it. And tonight she's going to be on the telephone,

---

Page 234

Going to Disneyland, I remembered going to the World's Fair in
New York a few years back. Driving one of those little tour buses there
was Dusty Rhodes, the guy who in 1954 helped win a pennant and a
World Series pinch-hitting for the Giants. Dusty Rhodes, one of my
heroes, wearing that blue uniform and driving a bus. I wondered how

# From inside the book

guess   [Search]

57 pages matching **guess** in this book

---

**Page 30**

in left field. When the game was over I walked back into the clubhouse
and there was a path of white towels from the door to my locker, and
all the guys were standing there, and just as I opened the door Mickey
was putting the last towel down in place. I'll never forget him for that.
And I won't forget the time—1962, I guess it was—in Kansas

---

**Page 35**

## MARCH



---

**Page 307**

"Okay, I'll take a shower," I said. "Only I want you guys to think
about what I said."
"I'll think about it," Pagliaroni said. "My whole life revolves
around Jim Bouton."
"I guess you won't think about it much at that," I said.

# From inside the book

| happened | | Search |
|---|---|---|

33 pages matching **happened** in this book

---

Page 87

baseball play real deep," the catcher said. "All you have to do is lay down a bunt and beat it out."

That's exactly what happened. Phil got the hit for his .300 average and got the manager to take him out of the game. Now it's in the record books forever that Phil Linz hit .300.

The same thing happened with Tommy Davis. He was hitting .299

---

Page 124

on the sidelines before the games. He's so enthusiastic he actually jumps around and says happy things when one of our guys gets a hit. In fact the first time he jumped up and started cheering I looked around to find out what had happened. All that happened was we got another one of about twenty hits. So at least he won't be grumbling about having to catch my knuckler

---

Page 326

there. Christ, they'll kill me in that league. Well, I'm just going to have to tell the Astros that I'm still learning the pitch and they'll have to be patient and not expect any miracles. Lord, wouldn't it be awful if I couldn't get the feel of it? If it happened in Seattle, nobody would notice. But here the whole country is watching a pennant race, and I'm in it, and suppose I can't pitch? I took a Titralac and started to pack.

## From inside the book

"harry walker"   [ Search ]

13 pages matching **"harry walker"** in this book

---

Page 327

he didn't think so, that all our pitchers have numbers in the 30's and
40's. He said I'd have to talk to Richardson or manager Harry Walker
if I wanted to change the rule. I said I was sure they wouldn't want to
be bothered with something so small, and he said, "Oh, you'd be
surprised."

---

Page 330

"Oh, of course, Harry Walker. No doubt about it. Harry Walker is the
reason for the success of this team."
   Harry never turned a hair.

   It was exciting to sit out in the bullpen in an Astro uniform in

---

Page 355

   "Like hell," I said. "Just because somebody puts a number on a
piece of paper that doesn't mean I have to pay it."
   She wound up calling the manager and he said, yes, I would have
to pay only one dollar per shirt, so I saved a buck and a half. Now if
everybody did that, the savings would add up to millions. Millions, I tell

## From inside the book

hegan    [ Search ]

20 pages matching **hegan** in this book

Page 74

A revelation about Joe Schultz. Mike Hegan has been hitting hell out of the ball and at this point is to the Seattle Pilots what Mickey Mantle was to the Yankees. Today he was hit on the arm by a fastball, and when Joe got to him and said, "Where'd you get it, on the elbow?"

Page 85

Holtville

Mike Hegan has been hitting like fury. He does that from

Page 186

Mantle pointed it out to all the Little League, high-school and college players who were watching, but somehow I doubt it. So I'll do it here. It started in the first inning when Joe Sparma walked Tommy Harper, leading off, on four-straight pitches. Hegan was the next batter. Ball one. On ball two, way over Hegan's head, Harper tries to steal second and

## From inside the book

| hell | Search |

79 pages matching **hell** in this book

---

Page 70

**MARCH**
**21**

---

Page 87

team told him to go to our catcher, Norm Kampshor, and get him to tell
him what was coming by offering him half the money.

    Rollins: "I didn't want to do it at first. I said I didn't think it was
right, but they said hell, it was common practice, and there I was just
out of school and didn't know a damn thing. So I told Kampy I needed
another home run and that he'd get $150 if he told me what was coming.

---

Page 337

Now he didn't want to handle the ball anymore than he had to. Just
for the hell of it, I gave him the sign again a few pitches later. I wanted
to see if he'd shake me off again. He did.

    One day Joe Pepitone inserted a piece of popcorn under his fore-

From inside the book

houk [Search]

26 pages matching **houk** in this book

Page 7

Page 7

Page 32

than one run per game, and in one stretch I went nine innings without giving up a hit. At the end of spring training a newspaper guy said to Houk, "Wow, didn't Bouton have a great spring?" and Houk said, "You can't go by that too much. He always has a good spring." (The spring before I was 1–3 and had a 5.10 ERA.)

Page 161

was laughing his head off and we grabbed each other and started waltzing like a couple of bears. He tried to throw me off balance and I tried to wrestle him down and all the time we were kidding each other.

"How's your wife?" I said. "Give me a fake punch to the ribs."

"She's fine," he said. "You can punch me in the stomach. Not

## From inside the book

kids    | Search |

53 pages matching **kids** in this book

Page 23

beady little eyes shining, not an ounce of fat on him, taking calisthenics
with all us kids and never missing a beat; jumping-jacks, pushups and
everything. Another thing he does is get up every morning at six-forty-
five and take a long, pre-breakfast stroll. When he was with the Yankees,
once in a while he'd run into some of us coming back from a night on

## From inside the book

hitter    | Search |

48 pages matching **hitter** in this book

Page 62

the same thing. They're asking you to obey good pitching principles;
keep the ball down (most hitters are high-ball hitters), don't make the
pitch too good (don't pitch it over the heart of the plate), move the ball
around inside the strike zone and change speeds (keeps the hitter off
balance), and get ahead of the hitter (when you have two strikes on a