**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| Google Inc., | : : |
| Defendant. | : : : : |

Case No. 05 CV 8136-DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 2

**[PART 1 OF 3]**

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

**The Super-lawyers:** The Small and Powerful World of the Great Washington Law Firms



+1   0

Joseph C. Goulden

★★★★★

0 Reviews

Weybright and Talley, 1972 - Law firms - 408 pages

## Common terms and phrases

Abe Fortas  Acheson  Administration  airline  American  antitrust  argued  Arnold and Porter  asked
attorney  Austern  auto  bank  Banzhaf  bill  called  chairman  Clark Clifford  client  Commission
Commissioner  Committee  Congress  Congressional  Corcoran  corporate  counsel
Covington and Burling  Dean Acheson  decision  Defense  Democratic  Dobrivir  drug  Federal
government  fees  filed  foreign  former  Fortas and Porter  hearings  hired  industry  ington  Johnson  Justice
Department  Karasik  Kennedy  law firm  Laylin  legislation  Lloyd Cutler  loan  lobbyists  matter  ment
million  Mudge Rose  Nader  Nixon  Panalba  partner  Patman  Penn Central  percent  political
practice  President  railroad  Ralph Nader  Randolph Guthrie  regulatory agencies  Representative  Republican
says  Secretary  Senator  Smathers  someone  staff  Stuart Symington  subcommittee  sugar  Supreme Court  talk
Temko  thing  Thurman Arnold  tion  told  Tommy  Tommy Corcoran  Truman  Unimed  wanted
Washington Law  Washington Lawyer  White House  wrote  York

## From inside the book

| lawyer | | Search |

83 pages matching **lawyer** in this book

---

Page 6

~~enough to subdue it and shape it to his own purposes.~~   ~~The~~
Washington Lawyer is the man American business depends
upon to "subdue . . . and shape" the Federal government.
   The Washington Lawyer in recent decades has stepped be-
yond the attorney's traditional role as legal representative. The

---

Page 256

~~and the species for achieving it. In addition, the lawyer is~~
trained as a skillful gatherer and interpreter of facts. And facts,
properly presented and carefully analyzed, provide the rationale
for most legislation, the cynics notwithstanding."
   The astute lawyer-lobbyist involves himself in a bill from the

---

Page 314

~~up from~~
   Most of the Washington Lawyer's tax work is done in face-to-
face conferences with IRS officials, ranging from agent level up
to (albeit rarely) the Commissioner of Internal Revenue. Each
official has varying authority to settle a dispute; the lawyer must

## From inside the book

lawyers | Search

87 pages matching **lawyers** in this book

Page 9

hundred mark by the time this book reaches print. Covington and
Burling, the city's largest firm, grew from eighty-five lawyers in
1960 to the present one hundred thirty. Arnold and Porter went
from thirty-five to seventy; Wilmer, Cutler and Pickering from

Page 190

190                    *The Superlawyers*

Page 326

Regardless of the merits of the attack on Cutler, the students
succeeded in dramatizing a question that Washington Lawyers
—and those elsewhere—had previously discussed only in the
most theoretical terms: What is the lawyer's responsibility to
society, as opposed to his responsibility to an individual client?

From inside the book

fact      Search

41 pages matching **fact** in this book

Page 196

here, and our president especially has been keeping an eye on you,' and 'Have you ever given any thought as to how long you intend to remain with the Commission?' These might have been very innocent—my friend thought they were implicit offers of a job. Although he wasn't asked to do so—and in fact the facts in

Page 232

it, and he asked for a copy of it. ("Take me a picture of this," he told a secretary.) Then he talked about it. The Federal Reserve Board, he argued, "was never intended to cover loans made by European banks—that's a lot of crap. As a matter of fact, we consulted with the Federal Reserve Board before we made the

Page 378

wise for the oil industry and the power companies to call their attorneys 'public-interest lawyers,' because they can make a strong argument that they in fact *are* public-interest lawyers, the definition being as vague as it is.

   "Soon after I went into practice for myself, I was approached

From inside the book

facts          [ Search ]

18 pages matching **facts** in this book

Page 75

the expression—and man, did I feel good. It was like being
thrown into the creek by your dad to learn to swim; you con-
sume an awful lot of water, but you learn how to swim.

"An interne has to work on people to become a doctor, and
he sends some to the graveyard. Well, I sent mine to the state

Page 207

use of a hazardous drug when the available facts and the na-
tional drug law dictate such action. We believe that the facts
show clearly that Panalba presents serious hazards to patients
who take it which are not balanced by any benefit to be expected

Page 256

trained as a skillful gatherer and interpreter of facts. And facts,
properly presented and carefully analyzed, provide the rationale
for most legislation, the cynics notwithstanding."

The astute lawyer-lobbyist involves himself in a bill from the

# From inside the book

attorney | Search

73 pages matching **attorney** in this book

### Page 11

Rose, Guthrie and Alexander. Before 1969 the firm in-
cluded two other names—those of President Nixon and
his Attorney General, John Mitchell. The Phoenix firm
of Mitchell's Deputy Attorney General, Richard Klein-
dienst, suddenly decided it needed an office in Washing-

### Page 196

either to oner or acceptance of a specific position. A former
agency attorney says the vagueness essential to this sort of bar-
gaining-in-the-dark can backfire: "I had a friend who was as-
signed to a case involving ——. Their attorney peppered him
with remarks like 'We sure think you are doing a fine job over

### Page 299

unique," says Gordon MacDougall, the private transportation
attorney. "Any trade association attorney worth his weight
watches the national situation and has people contact him im-
mediately when a case is breaking." But private practitioners
such as MacDougall are at a disadvantage: "Lawyers as a group

## From inside the book

attorneys [ Search ]

35 pages matching **attorneys** in this book

---

Page 3

in Washington about which other attorneys dare only dream. At some time in the future Clifford might be emulated, even surpassed; he need not fear duplication. And, finally, the mystique exemplified by Clark Clifford is both blessing and curse for attorneys who practice in the same town with him.

---

Page 7

mond Garrety, the association's executive director, stresses that these figures are largely guesswork, and for several reasons. Until April 1, 1972, attorneys practicing in Washington courts were not required to join a bar association. Effective that date, the D.C. Court of Appeals required attorneys to join a lawyers'

---

Page 191

The turnover at Federal agencies is brisk. Paul Rand Dixon once estimated that the FTC hired 750 attorneys during his first five years as FTC chairman, just to maintain a 400-man level. The SEC loses about 75 of its 380 attorneys each year to private practice; the FPC, 10 of 70; the FCC, 35 of 200; the CAB, 20

From inside the book

degree      [ Search ]

4 pages matching **degree** in this book

Page 73

influence of any kind in Washington. If you want to employ
someone who has influence, you will have to go somewhere else.
First, because I am not sure what the term 'influence' means,
but that is inconsequential; second, because whatever it is, we
don't have it

Page 368

got my degree in 1967. Then I joined a public-interest law firm,
a very respectable place on LaSalle Street—Devoe, Shader,
Mikva,* and Plotkin, it's called. But that wasn't the answer,
either. Single legal actions don't really change things; you have
to get to the heart of the corporation—the way things are run

Page 401

as Presidential adviser, 69, 98-99, 103
reassesses Vietnam position, 106
receives law degree, 73
re-enters private life (1969), 107
relations with John Kennedy in 1960,
    91
relations with Lyndon Johnson, 102-
    103

questioned by congressional subcom-
    mittee, 164-168
recruited by Felix Frankfurter for
    New Deal, 152
retained by Burlington Mills, 172-173
retained by Henry J. Kaiser, 157
retained by Sterling Products Com-
    pany, 158-159

# From inside the book

case    Search

87 pages matching **case** in this book

---

Page 31

> partners, quickly became the country's expert on the National
> Recovery Administration, and he drafted numerous Blue Eagle
> industry codes. (Just as quickly, unfortunately, his specialty
> evaporated. "When the Supreme Court declared NRA unconsti-
> tutional in the sick chicken case." Horsky says. "half of what

---

Page 44

> Under Secretary of State, the department's number-two posi-
> tion. Laylin, however, insists that Acheson "had absolutely
> nothing to do" with Covington and Burling representing Iran
> and Greece, two nations with whose affairs Acheson dealt in-
> timately in his official capacity. "The Iran case came about this

---

Page 346

> of guilt in the decree because "the defendants in this case believe
> they did not violate the antitrust laws." If such an admission had
> been required as the price of an agreement, he said, there would
> have been no decree, and "the case would have to go to trial."
> The last statement points up the importance the industry at

# From inside the book

court    [ Search ]

79 pages matching **court** in this book

---

Page 121

right to learn . . . what the offense of which he had been con-
victed was." Arnold, Fortas and Porter chased this cloud
through the courts for seven years before the government
blushed and gave the men their back pay. And Owen Lattimore,
the academic expert on China, hailed into court on the most

---

Page 253

## The Lawyer as Magician

Congress is the police court of Washington Law. Despite the

---

Page 280

send me the usual retainers."

To Webster's credit, he made no secret of his dual status as
legislator and bank lawyer, because he publicly (and success-
fully) represented the bank in forty-one cases argued before the
United States Supreme Court. But even full disclosure did not

## From inside the book

courts | Search

26 pages matching **courts** in this book

Page 61

for one party, you eventually waive it for all.  The public inter-
est—what is it? Who can define it?" asks John Sapienza. He
defines "public policy" as an act of Congress that has been up-
held by the courts. "I don't recognize the onmipotence of a
Federal official, and I have no qualms whatsoever about chal-

Page 121

right to learn . . . what the offense of which he had been con-
victed was." Arnold, Fortas and Porter chased this cloud
through the courts for seven years before the government
blushed and gave the men their back pay. And Owen Lattimore,
the academic expert on China, hailed into court on the most

Page 189

available in advance . . . And appeals to the courts at every
stage: you set a hearing date, they ask a postponement, you
deny it, they go to court. They seldom win, but everything stops
while it is argued. They try to put in superfluous testimony, the

## From inside the book

judge [Search]

32 pages matching **judge** in this book

---

**Page 25**

The firm's name partners, Edward F. Burling and Judge J. Harry Covington, were men of totally disparate personality. The austere, taciturn Burling was a man out of an old *Saturday Evening Post* success story. He grew up in rural Eldora, Iowa, where he worked in a grocery store at age eleven, and went on

---

**Page 28**

the 1930s, Charles Horsky frequently rode the Pennsylvania Railroad's Congressional train to New York with Judge Coving-ton. "The train would leave Union Station at four-thirty in the afternoon, and on any given chair car Judge Covington would

---

**Page 291**

Bromley also defended United States Gypsum against an anti-trust suit filed in 1940. Thurman Arnold, then the Assistant Attorney General for antitrust matters, knew Bromley's skill at muddling a case and sought to expedite the suit by convening a special three-judge court. He told Bromley, "I'll fix your kite, my

# From inside the book

judges   [ Search ]

3 pages matching **judges** in this book

Page 28

know at least six people. It was a true education to walk through the train with him. The same thing coming back—constant handshaking." Knowing government bureau chiefs, and judges, and members of regulatory agencies, is one level of advantage; more important for the firm, however, was Covington's

Page 286

to be associated. Celler has said repeatedly he does not share the income from the "non-Celler" firm, and that he considers his practice to be "active and regular" within the meaning of the ABA code. "In any event," he says, "my constituents must be the ultimate judges to the quality and character of my perform-

Page 374

volvement of Congress in matters affecting the military, Gesell wrote, "the potential conflict between an office in the military and an office in Congress is not inconsequential." Gesell stopped short of ordering present reservists to resign, for judges histori-cally have not told Congress how to run its business—only ad-

# From inside the book

bench     [ Search ]

6 pages matching **bench** in this book

Page 25

The firm's name partners, Edward P. Burling and Judge J. Harry Covington, were men of totally disparate personality. The austere, taciturn Burling was a man out of an old *Saturday Evening Post* success story. He grew up in rural Eldora, Iowa, where he worked in a grocery store at age eleven, and went on

Page 127

attorney during Johnson's reign as Senate majority leader, Vice President, and President.

Johnson met Fortas when he was a first-term Congressman hot after public power for his Texas district, and Fortas, as director of the Department of the Interior's division of electric

Page 149

front row as Edward Bennett Williams argued a case. "Tom wrote a note and beckoned to a page to come get it and take it up to Justice ——, who was sitting on the bench," the lawyer said. "Justice —— read it, and looked down at Tom and smiled and nodded. I don't have the slightest idea what it was all about

## From inside the book

bar    [ Search ]

49 pages matching **bar** in this book

Page 23

sources seaward of the two-hundred-meter line. The United
States government submitted a draft treaty—lawyer Laylin's
handiwork, basically—to a United Nations committee in Au-
gust 1970. On another front, as chairman of a special American
Bar Association subcommittee, Laylin is mobilizing bar support

Page 224

bar association luncheon in Tallahassee, Florida. Seeming slow-
ness and congeniality even with strangers—no, *especially* with
strangers—are tactical mannerisms sons of the South have used
for decades to beguile and disarm unwitting Northerners; a hint
of the country yokel, no single word or inflection you can iso-

Page 234

sent his corporation on the East Coast, should he settle there to
practice law, and internationally. Pepsi-Cola was in the process
of challenging Coca-Cola for what we could call the Soda Pop
Leadership of the World, and a former Vice President of the
United States is a good detail man for softening up potentates

## From inside the book

legislation    [ Search ]

48 pages matching **legislation** in this book

### Page 138

*Paul Porter became close to Representative Wright Patman (D., Tex.) during the war because OPA legislation had to clear Patman's committee. Porter didn't forget the friendship.*

### Page 255

Congress and tell the client what sort of legislation is needed, and exactly how he should go about obtaining it. Then they shake his hand at the door and send him a bill. Clifford is careful never to approach a Congressman face to face on behalf of a specific client. And even such an experienced legal warhorse as

### Page 274

Howard R. Kornegay, a North Carolina Democrat who was a member of the House Interstate and Foreign Commerce Committee during his four terms in Congress. Kornegay went on the tobacco lobby payroll to help emasculate legislation requiring

# From inside the book

law   Search

88 pages matching **law** in this book

---

Page 70

officer Clifford did not participate in the 1968 campaign—although his law partner, former CIA official Thomas D. Finney, helped direct Senator Eugene McCarthy's Presidential bid. And as of mid-1971 Clifford was the chief foreign policy adviser to Senator Edmund Muskie, who he early decided was the most

---

Page 181

painstakingly they argued their case against administrative law. The administrative law process was damned as un-American." Because of the war, the Administrative Procedure Act, their goal, did not get through Congress until 1946. But the end result was exactly what the corporations wanted. *The New York*

---

Page 358

later, a partner chaired a D.C. committee that revised police, court, and jail procedures during situations that result in mass arrests. And Cutler has been a guiding force in the Lawyers' Committee for Civil Rights Under Law, virtually the only surviving white-dominated group pressing for desegregation.

## From inside the book

laws    [ Search ]

17 pages matching **laws** in this book

Page 42

> didn't think it would be terrible to tighten the antitrust laws.
> This ripped through Cordiner's defenses so brutally he
> broke down and agreed the present laws were "amply
> severe."

Page 255

> ~~can Society of Magazine Editors, and the U.S. Information~~
> Agency. And he argues that a combination lawyer-lobbyist is
> vastly more valuable on the Hill than a non-lawyer-lobbyist. "He
> is trained to interpret laws and provide legal analysis for his
> client," Ablard has written. "One who can interpret and analyze

Page 336

> *not undercut the other.* Rather than protesting against all
> regulation, the industry should draw up a model bill that
> would establish a sympathetic climate and set forth a pre-
> liminary approach.

# From inside the book

government    | Search |

93 pages matching **government** in this book

---

### Page 6

~~enough to subdue it and shape it to his own purposes.~~    ~~The~~
Washington Lawyer is the man American business depends
upon to "subdue . . . and shape" the Federal government.

The Washington Lawyer in recent decades has stepped be-
yond the attorney's traditional role as legal representative. The

---

### Page 44

~~Summarizing his efforts, Baynı says, "This was the only time in~~
the postwar period the Soviets were bargained out of anything."

Dean Acheson had left Covington and Burling in 1941 to
reenter government; from August 1945 to June 1947, when the
firm was rebuilding its international practice, he served as

---

### Page 156

*"I'm getting out, Sam, but not for long. I want to make one*
*million dollars, in one year, that's all. Then I'm coming back to*
*the government for the rest of my life."*

*In 1941, less than a year after leaving the White House, Cor-*
*coran encountered the friend again. "Say, Sam," he said, "I've*

## From inside the book

federal   [ Search ]

88 pages matching **federal** in this book

---

Page 6

concentration. one with the trappings but not the reality of regulation, one which stifles competition in the name of an "orderly" market.

Lee Loevinger, formerly a member of the Federal Communications Commission, now an attorney in Washington, once

---

Page 31

Burling to scuttle the program. Edward Burling went into Federal court in Oklahoma and obtained an injunction halting a PWA project which conceivably could have cost the holding company a handful of customers. Acheson chuckled in his

---

Page 161

Federal agencies. He found Corcoran's jauntiness exhilarating, and he shared Corcoran's zest for causes. That was almost forty years ago. Now Rauh sat quietly in the Federal City Club and swished around a glass of bourbon and ice and reminisced about his erstwhile crusader friend

# From inside the book

business | Search

89 pages matching **business** in this book

Page 35

into the business today and put their money into it, thereby
making an investment, unless there is some proper protection
against fly-by-night companies whereby some irresponsible com-
panies cannot come along with a lot of secondhand planes and
cut prices right out from under legitimate operators. A system

Page 156

*got to raise the price or shorten the time."*

Corcoran stepped from the White House into so thriving a law
business that for many months he didn't even bother to open an
office or list a business phone. To do so, he told people, would be

Page 226

upon what is happening now, because of course Mudge Rose is
not that sort of firm. "We are technicians," Randolph Guthrie
said. "We are not in the business of affecting government. We
work directly with the staff people, not at the high level—we're

## From inside the book

tax       Search

52 pages matching **tax** in this book

---

Page 148

tion walks around with him, and the career people are wary of
him and maybe even resent him a little bit. I've been told he's a
damned smart lawyer, and maybe he is, in his special fields. But
I never saw any evidence that he knew all that much about tax
law. Oh, he could set up the high-level conferences, and get his

---

Page 309

Lawyer can choose from a vast variety of forums, ranging from
the informal office conference to a full-blown court proceeding,
or even to Congress.

Given the proper resources—i.e., a rich enough client—a
good tax lawyer won't stop until he has exhausted all avenues,

---

Page 314

Service is situated in Washington is undeniably the single most
important influence upon the nature of the Washington tax law-
yer's practice. Physical proximity to the national office permits
rapid transmission of information, personal discussions, readily
scheduled conferences and all of the other obvious advantages

# From inside the book

firm     Search

87 pages matching **firm** in this book

Page 234

sent his corporation on the East Coast, should he settle there to
practice law, and internationally. Pepsi-Cola was in the process
of challenging Coca-Cola for what we could call the Soda Pop
Leadership of the World, and a former Vice President of the
United States is a good detail man for softening up potentates

Page 265

Karasik tried to explain away the letter by saying he wrote it
while in the Dominican Republic. "I think that when I went
down there, I probably had a recommendation, but I am not—I
think it was not a firm which I knew personally. I believe I
would have characterized it differently if I had known that firm

Page 358

belief that individual lawyers with the firm should be free,
consistent with the Code of Professional Responsibility, to
pursue their own personal and professional goals. Rather
than attempting to achieve a unified "position" on any par-
ticular matter, the members of this firm encourage each

# From inside the book

firms  [ Search ]

86 pages matching **firms** in this book

Page 26

practice the city had in those days had grown in response to isolated and highly specialized situations. Right after the Civil War, when the industrial revolution began to boom across America, patent attorneys dominated "Washington Law." (Of the four firms listed in the 1880 edition of *Martindale and Hub-*

Page 285

by the Supreme Court, and any lawyer who practices is subject to them. Hence the new rule caused literally dozens of Congressmen-lawyers to withdraw from their firms during the two years after its enactment.

Page 328

and Moore. (Wilmer, Cutler and Pickering now serves as the Washington office of Cravath, Swaine and Moore; the two firms even share the same address and phone number in the Washington telephone directory.)

# From inside the book

office       Search

88 pages matching **office** in this book

Page 156

office or list a business phone. To do so, he told people, would be
a nuisance. Anyone who really mattered could eventually find
him; anyone who couldn't wasn't the sort of insider-client he
wanted, anyway. A resentful rival viewed the lack of accommo-
dations from a slightly different perspective. He told journalist

Page 309

Lawyer can choose from a vast variety of forums, ranging from
the informal office conference to a full-blown court proceeding,
or even to Congress.
    Given the proper resources—i.e., a rich enough client—a
good tax lawyer won't stop until he has exhausted all avenues,

Page 315

appointees, so they could better spend their time with the staff.
    The fact that the person requesting the interview was a former
government official was nigh automatic entry into his office,
Caplin says. "It's a combination of camaraderie and courtesy.
You find time for a former official. If a man who used to be

## From inside the book

offices    [Search]

20 pages matching **offices** in this book

Page 65

*In the Covington and Burling pecking order, the more senior partners enjoy offices on the seventh and eighth floors of 888 16th Street NW, or the coveted spacious corner offices on the floors below, with two-wall windows. My first two weeks in the*

Page 197

Representative Richard L. Ottinger, while in Congress, complained that the "close relationship between the ICC and the railroads is far more than a matter of philosophical affinity. It is a *working* economic and personal relationship, which frequently involves the most insidious possible influence by an industry

Page 221

cials with whom he had talked about the $225 million bail-out "now understand" the deep-rooted nature of the railroad's problem, and were ready to set about correcting them.

As it developed, the Penn Central did not receive the $225-

## From inside the book

partner    [ Search ]

89 pages matching **partner** in this book

Page 59

you expect to practice law with him the rest of your life," a
senior man said. "It's hard to tell him you've changed your mind
when he is already a partner." The selection process is ritual-
ized. One Monday afternoon in mid-June of each year the firm's
partners gather in what Charles Horsky calls "Jack Valenti's

Page 119

rabbit warren of five *more* townhouses. Now, with seventy-plus
lawyers, it has trouble finding enough messenger boys to carry
papers around, and associates gripe about having to walk in the
snow when a senior partner calls them over for a chat. The
growth was steady: three men a year. One quantum jump in size

Page 234

Stern reached an agreement, and the new partner issued an an-
nouncement in writing from his suite at the Waldorf-Astoria
Towers:

On June 1, 1963, I shall move my residence to New

# From inside the book

associate | Search

12 pages matching **associate** in this book

Page 14

industry he represented. Wald told *The Wall Street Journal*'s Jonathan Kwitny: "I haven't the slightest doubt that cigarets cause lung cancer. I had to come home every night and face my kids saying, 'Daddy, why do you work for a cigaret company?' "

Page 15

there are guidelines: The Washington Lawyer works 1,200 to 1,400 hours a year* that are "billable" to specific clients. The straight-billing rate ranges from $35 per hour for a very junior associate in a large firm to $250 for the name members of the name firms. Retain-

Page 57

varied enough experience so that you'll have a background in almost anything a lawyer can do in Washington. But rotate from field to field too much, and you'll become a dilettante." One disgruntled former associate who resigned after two years

## From inside the book

question    [Search]

27 pages matching **question** in this book

Page 61

explaining that corporations have a right to legal representa-
tion," a senior partner says. "I'm always getting questions like,
'Will I *have* to represent corporations? Or anyone else who
comes along?' One year the question was, 'What, for example,
would Covington and Burling do if you were asked to represent

Page 67

grabbing for it, either. Clark McAdams Clifford's look says okay-
first-question and I ask it, and the feet swing, and the teepeed
hands slowly rise across his chest, and the eyes are with me,
unblinking, and is it a smile or the permanent expression of a
quizzical listener, the locked-on face that is unrevealing of emo-

Page 326

Regardless of the merits of the attack on Cutler, the students
succeeded in dramatizing a question that Washington Lawyers
—and those elsewhere—had previously discussed only in the
most theoretical terms: What is the lawyer's responsibility to
society, as opposed to his responsibility to an individual client?

From inside the book

| questions | Search |

27 pages matching **questions** in this book

Page 105

ington with "nagging, not-to-be-suppressed doubts" about the validity of the judgments that had put the U.S. into Indochina. Clifford began to pay closer attention at the White House briefings; his questions took on a sharper edge.

In November 1967 Johnson decided to replace Robert S.

Page 158

Stanley Ross & Company, part of the far-flung drug empire of Sterling Products Company, was one person who sought help. The Ross firm had subsidiary and related companies in Latin America, England, and Germany, and the Justice Department's antitrust division had grave questions about some of its overseas

Page 276

Representative Wright Patman (D., Tex.), chairman of the House Banking and Currency Committee. Patman is congenitally hostile to bankers, and Yingling knows little can be gained by serving up witnesses for him to torment with needling questions. Patman loves to preface "questions" with rambling de-