**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : : |
| Google Inc., | : : |
| Defendant. | : : : : |

Case No. 05 CV 8136-DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 2

**[PART 2 OF 3]**

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

## From inside the book

witness   [Search]

9 pages matching **witness** in this book

---

**Page 38**

know, I'm not even sure I could locate the criminal courts here in the District."

One Covington and Burling partner said the firm avoids criminal work for two reasons. The firm's built-in expenses are such that few criminal defendants can afford the per-hour fee of $50

---

**Page 256**

dent lawyer-lobbyist, is famed for the hot-box training he gives Ford witnesses the night before they testify. Markley puts the witness in a chair in Ford's Shoreham Hotel suite and asks him the nastiest questions conceivable for hours. Get rid of the

---

**Page 276**

nunciatory obiter dicta on the evils of the financial community; even if a banker witness has the right answer, and proves that the premise of Patman's query is wrong, the damage is done— immediately, to the banker's ego and temper; the next day, in

# From inside the book

stand | Search

9 pages matching **stand** in this book

Page 40

all, at the taxpayers' expense. Gesell had kept GE officials off the public witness stand, however, and he did not intend to let the consumers win a backdoor victory. Regardless of the public-policy issues, he maintained, the testimony should not be released. U.S. District Judge J. Cullen Ganey agreed, over Jus-

Page 322

Ribicoff in 1969, "that Mr. Nader, a lawyer himself with no lack of ability in a stand-up fight, would stoop to conquer." Now let's give Nader credit for doing good things, because things *are* wrong in the country. And a smart publicist, too. He took Lloyd

Page 329

randum justifying what his client wants done. Even persons favorably inclined toward your client are more comfortable if you give them something real heavy and legal-looking to stand on." Two 1971 cases illustrate the point:

## From inside the book

| jury | Search |
|------|--------|

12 pages matching **jury** in this book

Page 113

stories about Arnold and Porter and Johnsonian crony-
ism, and tried hard in its early months to smear mud on
A&P's bright brass doorplate. The Justice Department
convened a grand jury in Cleveland to investigate

Page 158

diverted from the German agents to spread German propaganda."
According to Littell, the antitrust division pushed for criminal
proceedings before a grand jury. Corcoran, however, persuaded
Attorney General Biddle to settle the case via a civil consent

Page 341

The Los Angeles grand jury did not agree, and the foreman
advised Samuel Flatow, the Justice Department lawyer directing
its work, that the majority wanted to return indictments anyway,
and Washington be hanged. The grand jury could have done so

## From inside the book

argument | Search

9 pages matching **argument** in this book

---

Page 183

> Austern thinks it rank nonsense to credit—or blame—him for the fact that quality labeling has never passed Congress. He says he is simply a lawyer who from time to time has presented a client's argument on an issue. If "consumer advocates" had the better case, and the support of the American people, Congress

---

Page 340

Page 340

---

Page 378

> wise for the oil industry and the power companies to call their attorneys 'public-interest lawyers,' because they can make a strong argument that they in fact *are* public-interest lawyers, the definition being as vague as it is.
>
> "Soon after I went into practice for myself, I was approached

## From inside the book

clerk     [ Search ]

4 pages matching **clerk** in this book

Page 254

legislation must register with the Clerk of the House of Repre-
sentatives and the Secretary of the Senate. He must file quarterly
reports detailing the interest represented and the amount of
money spent. Clifford and other lawyers avoid registering in a

Page 364

peal, flew to Washington early the next morning, a Saturday,
and was lucky enough to find a clerk on duty at the Court of
Appeals to accept his filing.
    Just as he anticipated, the tobacco companies filed their ap-

Page 378

tions.
    Elman understands the New Washington Lawyers because he
sees in them a reincarnation of the New Deal spirit he found
when he came to Washington in the 1930s as a clerk to his old

# From inside the book

| antitrust | Search |
|---|---|

48 pages matching **antitrust** in this book

Page 158

Sterley Ross & Company, part of the far-flung drug empire of
Sterling Products Company, was one person who sought help.
The Ross firm had subsidiary and related companies in Latin
America, England, and Germany, and the Justice Department's
antitrust division had grave questions about some of its overseas

Page 341

restricted agreements were arguably ancillary to the joint
undertaking. I will not pretend that a reasonable man, *par-
ticularly if he had a more evangelical approach* to antitrust
than I have, could not have decided differently . . .

Page 395

*The Politics of Oil.*
    Austern's quotation on consumerism is from "The Formulation of
Mandatory Food Standards," *Food Drug Cosmetic Law Quarterly*, De-
cember 1947; on Federal antitrust activities, from proceedings of the
Antitrust Law Symposium of the Antitrust Law Section, New York

# From inside the book

austern [Search]

28 pages matching **austern** in this book

---

**Page 175**

at the White House, (c) a legislative strategist who can carry through on that old chestnut, "If you don't like the law, change it" (Austern does); and (d) the most potent single voice in Covington and Burling, the chief justice of Washington's largest firm.

---

**Page 176**

retirement.

Austern doesn't think much more of the regulatory agencies than does his arch-adversary Nader, but for very different reasons. Listen to him for several hours, and read his speeches and bar and trade journal articles, and the frustration and outrage are

---

**Page 183**

it, determines the price. If the quality was clearly marked, the housewife could ignore the brand names and buy on the basis of quality.

Austern rallied opposition when Tugwell's proposal went before Congress. At one meeting of the National Canners Associa-

## From inside the book

"clark clifford"   [ Search ]

27 pages matching **"clark clifford"** in this book

Page 3

God, I thought, I am doing Clark Clifford a favor by interview-
ing him.

*I told this to another writer a few days later. "Jesus," he said,
"Clifford sure conned you."*

Page 68

count of Clark Clifford's first day in court in St. Louis, Mis-
souri, in 1929, and the fact that he had evaded me by exactly
forty years does not disturb me at all. I am too busy listening to
the Gospel as spoken by Clark Clifford, and scribbling furiously

Page 102

*Revson gets the bill, he said, he'll cuss and call me a son of a
bitch and the whole business. But he'll pay it. And next year,
when he's down in Miami Beach playing gin rummy with his
buddies, he'll talk about his 'friend Clark Clifford' and his 'law-
yer Clark Clifford,' and how much the so-and-so charged him—*

## From inside the book

committee   [ Search ]

86 pages matching **committee** in this book

Page 55

conducted," a member of the committee told me. "There are
some firms around the country—I can think of one in Cleve-
land, and in Dallas and on the Coast, and right here in Wash-
ington, for that matter—that are dictatorial, with one man in
complete control. Not every lawyer likes to be involved in the

Page 383

sion. Nonetheless, a conservative local bar could destroy the
public-interest lawyers through a war of attrition.
    Any self-policing should start at the top, which is to say,
within the American Bar Association itself. The ABA is a cari-
cature of what is wrong with Washington Lawyers, domination

Page 396

        The data on the Sugar Lawyers is from hearings before the House
    Agriculture Committee, *Extension of the Sugar Act*, February–May
    1971; a staff report of the same committee, *The United States Sugar
    Program*, December 31, 1970; and foreign agent registration statements
    filed with the Internal Security Division of the Department of Justice.

## From inside the book

corcoran    Search

36 pages matching **corcoran** in this book

Page 154

name, was one Corcoran tool. Another, perhaps even more im-
portant, was a careful seeding of the Federal government with
men loyal both to FDR *and* the positions Tommy Corcoran
advocated within the Administration. *U.S. News* (now *U.S.
News & World Report*) in a somewhat awed appraisal of Corco-

Page 164

Corcoran but saw him anyway. What Corcoran did not know
was that for a time Kline had instructed his secretary not to
make any appointments for Corcoran or put through his phone
calls. "I told her that I didn't want to see him anymore. I felt he
was perhaps going outside of the record in some of these cases

## From inside the book

corporate [ Search ]

71 pages matching **corporate** in this book

Page 70

officer Clifford did not participate in the 1968 campaign—although his law partner, former CIA official Thomas D. Finney, helped direct Senator Eugene McCarthy's Presidential bid. And as of mid-1971 Clifford was the chief foreign policy adviser to Senator Edmund Muskie, who he early decided was the most

Page 347

hard core of his sincerity. Cutler has more faith than most of us in the public spirit of corporate moguls. He thinks he can cajole these people, and pat them on the back, and lead them to good citizenship (i.e., building safe cars that don't emit deadly gunk).

Page 367

and who forced America's largest industrial corporation to spend more than $400,000 in a proxy fight with its own shareholders—which is to say, its owners. Phil Moore, corporate guerrilla, patiently maneuvering General Motors toward a con-

## From inside the book

"lloyd cutler"    Search

15 pages matching **"lloyd cutler"** in this book

Page 322

Ribicoff in 1969, "that Mr. Nader, a lawyer himself with no lack
of ability in a stand-up fight, would stoop to conquer." Now let's
give Nader credit for doing good things, because things *are*
wrong in the country. And a smart publicist, too. He took Lloyd

Page 333

settle several stockholder suits which gave the U.S. a marketable
clear title to the company and then complete the public sale.
Lloyd Cutler on the Supreme Court, replacing Justice Tom
Clark; Lloyd Cutler in the Commerce Department as deputy to
his old friend Secretary John Connor early in the Johnson Ad-

Page 337

certainly Lloyd Cutler knows that the time to work on a bill
is *before* it is introduced, and that is what he did. The criminal
sanctions weren't in the Administration's bill because Cutler got
them out at the drafting stage. As I was saying, you have to
listen between the lines when Lloyd Cutler is talking, because he

## From inside the book

nader   [Search]

40 pages matching **nader** in this book

---

### Page 21

well . . .

And Ralph Nader. This Man Nader, engaged in a Nader's
Raiders study of the firm. This Man Nader wanted to interview
every partner and every associate in the firm, and on the record.
This Man Nader wanted access to Covington and Burling's

---

### Page 322

assistant to Dr. Milton Eisenhower, the chairman, says, "Cutler
was scrupulous about it, too; he kept away from TV alto-
gether.")

Sighhhhh. Then Nader. What *can* be done about him? A law-

# From inside the book

nixon    Search

45 pages matching **nixon** in this book

Page 125

[then Vice President] through having Eddie Rickenbacker
[president of Eastern Airlines] contact [Attorney Gen-
eral] Bill Rogers in the [Justice] Department.

I agreed that Nixon was the right man, but thought we
~~might get the story over more satisfactorily through Bob~~

Page 233

ating defeat in the 1962 California gubernatorial election.
Nixon wanted a place to rebuild his life and to make money
while doing so. He found some peculiarly appealing qualities in
New York; to Robert J. Donovan of the *Los Angeles Times* he
~~described it as "very cold and very ruthless and very exciting~~

Page 237

former Vice President enabled Nixon to obtain briefings from old
State Department friends before his foreign travels. He was
especially interested in Taiwan, whose long time ruler, Chiang
Kai-Shek, gave Mudge Rose client PepsiCola an exclusive fran-
chise arrangement.

## From inside the book

"penn central"    Search

12 pages matching **"penn central"** in this book

Page 245

[the banks] was pulling the rug out from under the company."
Board chairman Stuart Saunders on May 19 told Secretary of
the Treasury David M. Kennedy of the tightening bind on his
company; that the debenture issue had failed; that if Penn Cen-

Page 248

bank loan. Board meeting notes show Patman's antagonism and
the directors' reciprocal bitterness: Director Seabrook, for in-
stance, quotes Patman as saying he was "sorry that Administra-
tion failed to go through [with the guarantee] because he
wanted to knock hell out of it." Paul Gorman, the Penn Central

Page 251

Banking and Currency Committee is shaky. He holds the chair-
manship by virtue of the seniority system, but Democrats have
voted with Republicans to override him in the past. In the in-
stance of Penn Central, the GOP members told Patman, "One
scent of partisan politics, and we'll gut you."

## From inside the book

senator    [ Search ]

58 pages matching **senator** in this book

Page 263

"we have made contact with a powerful law firm in the Senator's home state." Karasik, who did not name the Senator in the memo, continued:

The senior member of the firm is the executive officer of

Page 278

Jerry S. Cohen, longtime chief counsel and staff director of the Senate Antitrust and Monopoly subcommittee and now in private practice, agrees; indeed, he told me, "The secret to Clark Clifford's success is his ability to convince a Senator that 'It's to your advantage to do it this way'—which is to say, Clifford's

Page 317

letter and seeks out a Senator who will have it typed on official stationery and mailed under the Senator's signature. Senator Russell Long frequently obliges him; so did Senator Everett M. Dirksen before his death. Says the IRS man, "If the Senator is a straight-shooter, he will say to Maer, 'You write a letter to me

## From inside the book

manage    [Search]

1 page matching **manage** in this book

Page 313

> managed to cut the vote to 8–7, but remarked to Field after his
> defeat, "It'll never come out of the statute." Comments Field,
> "He's right—it's engraved on stone."
>     How did you do it? I asked Duncan. How did you manage to
> persuade Mills to recommit the bill and insert your amendment?

## From inside the book

trial    [Search]

24 pages matching **trial** in this book

Page 75

Page 75

Page 345

> To Nader, the most grievous flaw of the decree was that it
> permitted the AMA and the Big Four to avoid public trial.
> Nader considered this bad for two reasons.
>     After years of jousting with corporations, Nader realized their
> dread of adverse publicity—that the most effective way of halt-

## From inside the book

trials    [Search]

2 pages matching **trials** in this book

Page 121

the academic expert on China, hauled into court on the most
bizarre indictment since the Salem witch trials: perjury, for
denying to a Senate committee that he was a "follower of the
Communist line" and a "promoter of Communist interests."
Judge Luther Youngdahl, a former Republican Governor of

## From inside the book

defendant    [Search]

6 pages matching **defendant** in this book

Page 121

act was the result of mental disease, the defendant could be
acquitted on the ground of insanity. For the equally obscure
Clarence Gideon, the Florida ne'er-do-well, Fortas took a Su-
preme Court assignment and won the case establishing that de-
fendants, even indigent ones, must have counsel at all stages of a

## From inside the book

washington    [ Search ]

88 pages matching **washington** in this book

**Page 5**

talk. We talk about the weather, and the merits of station wagons. Big stuff." This from a specialist in transportation law, a man who was involved in two landmark rail merger cases, but who is completely unknown outside the tight circle of fellow practitioners in the field.

## From inside the book

district    [ Search ]

27 pages matching **district** in this book

**Page 127**

attorney during Johnson's reign as Senate majority leader, Vice President, and President.

Johnson met Fortas when he was a first-term Congressman hot after public power for his Texas district, and Fortas, as director of the Department of the Interior's division of electric

## From inside the book

right       [ Search ]

67 pages matching **right** in this book

Page 121

right to learn . . . what the offense of which he had been con-
victed was." Arnold, Fortas and Porter chased this cloud
through the courts for seven years before the government
blushed and gave the men their back pay. And Owen Lattimore,
the academic expert on China, hailed into court on the most

## From inside the book

rights       [ Search ]

20 pages matching **rights** in this book

Page 61

Hoffa take the Fifth Amendment more than one hundred times
before the Senate rackets committee. The Bill of Rights, this
man says, is a very encompassing guarantee, and it protects
corporations and individuals alike, and once you start waiving it

## From inside the book

client    | Search |

90 pages matching **client** in this book

Page 314

for any case in which timing is an important factor." Not every case results in a multibillion-dollar saving for a client, such as Mike Duncan gained for the shale oil industry. But Caplin says the same principles apply in any tax proceeding: Know the peo-

## From inside the book

clients    | Search |

82 pages matching **clients** in this book

Page 6

concentration. one with the trappings but not the reality of regulation, one which stifles competition in the name of an "orderly" market.

Lee Loevinger, formerly a member of the Federal Communications Commission, now an attorney in Washington, once

## From inside the book

enter    [Search]

12 pages matching **enter** in this book

Page 255

"The same lawyers would never consider taking the same ap-
proach to the courts and counsel the client as to how to enter a
plea and then send him off to the courthouse to follow instruc-
tions," Ablard wrote in a 1970 law review article. "Yet the
strange stigma that some seemingly sophisticated members of the

## From inside the book

counsel    [Search]

72 pages matching **counsel** in this book

Page 228

Hargrove wrote in another memo in August 1970, "the issuer
[USPS] would normally have a good deal to say about the
counsel the underwriters selected, although the underwriters
themselves engaged such counsel and pay their fees."

Nine months later, in May 1971, USPS permitted the leading

From inside the book

address   [ Search ]

1 page matching **address** in this book

Page 328

and Moore. (Wilmer, Cutler and Pickering now serves as the Washington office of Cravath, Swaine and Moore; the two firms even share the same address and phone number in the Washington telephone directory.)

From inside the book

senate   [ Search ]

59 pages matching **senate** in this book

Page 276

son (D., Va.), then chairman of the Senate Banking and Currency Committee, which had jurisdiction over the bill. For safety's sake, Carey decided to make one last round of Committee members, particularly one Senator who opposed the insurance portion of the bill.

## From inside the book

justice      [ Search ]

58 pages matching **justice** in this book

Page 262

ment in 1950 and formed a law partnership. An early client was
the Dominican Republic. In 1954 the firm signed two separate
agreements: one provided a flat fee of $95,000, which was re-
ported to the Justice Department under the Foreign Agents Reg-
istration Act; the other, unreported, called for a bonus of $1 per

## From inside the book

money      [ Search ]

57 pages matching **money** in this book

Page 62

for not hiring better attorneys. Or at Congress for not providing
enough money to hire them. Or at yourself for not being willing
to pay the taxes to provide the money to hire the better at-
torneys. And so forth.

When public-interest law became fashionable in Washington

## From inside the book

"covington and burling"   [Search]

84 pages matching **"covington and burling"** in this book

Page 21

*Covington and Burling: The Pinnacle of Power*          21

Page 51

*Covington and Burling: The Pinnacle of Power*          51

Page 56

right in the firm. What would we do with a former Chairman of the FTC? Hell, show me anybody in Washington who knows more about the FTC than Tommy Austern and I'll give you the keys to the office. Or the CAB. Remember, Howard Westwood *created* the CAB." Covington and Burling does not frown at

## From inside the book

"mudge rose"   [ Search ]

26 pages matching **"mudge rose"** in this book

---

Page 221

*Mudge, Rose, Guthrie and Alexander*   221

---

Page 239

*Mudge, Rose, Guthrie and Alexander*   239

---

Page 242

relying upon a Mudge Rose legal opinion* to fight a former Mudge Rose partner [Nixon]."

Mudge Rose and its predecessor firms have maintained offices in Washington since the early 1950s, according to Randolph Guthrie. His cited reasons are the same as any out-of-town firm

# From inside the book

fortas   [Search]

41 pages matching **fortas** in this book

**Page 112**

...ton, and especially young lawyers with consciences left tender by
the performance-promise gap of the sixties, Fortas's acceptance
of a $20,000 fee from the foundation of financier Louis Wolfson
was no particular surprise; indeed, to some it epitomized Fortas.
Within the bounds of the law, but at the outer edges of propri-

**Page 127**

*Arnold and Porter: Silent, as in Fortas*                    127

**Page 128**

...turer named James Ling and by 1962 had started Ling-Temco-
Vought on a dizzying rise through the financial world. Both Post
and Ling are friends of Lyndon Johnson, through whom they
came to know and trust Abe Fortas. In 1962 Fortas helped Post

# From inside the book

administration    [ Search ]

71 pages matching **administration** in this book

---

Page 92

taking a position *in* the Kennedy Administration (assuming, as
Clifford did early, that Kennedy did win) but who intended to
do a great deal of business *with* the Kennedy Administration.
Clifford would handle the transition from Eisenhower to Ken-
nedy. He went to work in early fall drafting a document detail-

---

Page 238

was Nixon's liaison with the lame-duck Johnson Administration,
while John Sears was the special emissary to Spiro T. Agnew;
both took middle-echelon positions in the Administration. And
corporate Washington—the lobbyists and trade associations and

---

Page 337

Cutler, in rebuttal, denies that criminal penalties were ever a
priority item for the industry, although it "did and does" oppose
them. Further, he notes, criminal sanctions were never in the
auto safety bill—neither in the original Johnson Administration
submission, nor in the versions reported from the House and

## From inside the book

airline    [Search]

16 pages matching **airline** in this book

Page 33

placed upon the freedom of unsubsidized carriers to fly over any
route or into any territory. Further, entering the airline business
required nominal capital investment: The airways were free,
and navigational and other operational facilities were main-
tained or subsidized by the government. A fledgling airline did

Page 36

economic consequences of the aviation plan lawyer Westwood
wrote for the ATA. Postmaster General James A. Farley noted
that the government had spent "hundreds of millions of dollars
in the building of airports, installation of beacon lights, etc., and
direct subsidies paid to the contractors. Now that the financial

Page 52

black passengers on flights from New York. When the airline
faced loss of its landing rights at Kennedy International Airport
in New York, Covington and Burling defended it, first before
the New York State Commission on Human Rights, then in
United States District Court. The representation disgusted the

## From inside the book

| american | Search |

66 pages matching **american** in this book

Page 23

sources seaward of the two-hundred-meter line. The United States government submitted a draft treaty—lawyer Laylin's handiwork, basically—to a United Nations committee in August 1970. On another front, as chairman of a special American Bar Association subcommittee, Laylin is mobilizing bar support

Page 84

pendent Indonesia.

The gas bill veto was enough to shatter any subconscious thoughts Clifford might have entertained about building a law practice on Truman's name. So did another early case, this one on behalf of Howard Hughes's TWA. Arch-rival Pan American,

Page 146

American World Airways paid him a retainer of $30,000 a year, although he never appeared on its behalf in a formal proceeding at the Civil Aeronautics Board (Steptoe and Johnson, a conventional firm that does conventional aviation work, received fees

## From inside the book

argued [Search]

27 pages matching **argued** in this book

Page 106

> By mid-March Clifford had concluded the United States
> should start winding down the war and get out of Vietnam. He
> argued, as he wrote later, "that the United States had entered
> Vietnam with a limited aim—to prevent its subjugation by the
> north and to enable the people of South Vietnam to determine

Page 121

> right to learn . . . what the offense of which he had been con-
> victed was." Arnold, Fortas and Porter chased this cloud
> through the courts for seven years before the government
> blushed and gave the men their back pay. And Owen Lattimore,
> the academic expert on China, hailed into court on the most

Page 362

> hal group calling itself SOUP (Students Opposing Unfair Prac-
> tices) argued that Campbell should have to inform customers
> they had been deceived. The FTC rejected SOUP's novel argu-
> ment by a 4–1 vote but said such ads might be appropriate in
> some situations. SOUP tried again a year later with Firestone

## From inside the book

asked | Search

83 pages matching **asked** in this book

---

Page 42

Claus asked me if it wasn't true that I loved my mommy and poppy and that I was the dearest, sweetest and best little boy in the whole, wide world . . .

Chairman Kefauver had difficulty in holding onto his judicial mien when the GOP solon asked the witness if he

---

Page 61

explaining that corporations have a right to legal representation," a senior partner says. "I'm always getting questions like, 'Will I *have* to represent corporations? Or anyone else who comes along?' One year the question was, 'What, for example, would Covington and Burling do if you were asked to represent

---

Page 167

"What hadn't he said?" asked Bennett.

"I don't know," Corcoran said.

"Well," continued Bennett, "have you followed this policy of going to the Commissioners, as you did in this case, in all of the cases that you have tried before the Federal Power Commission?