**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Authors Guild, Inc., Associational Plaintiff,
Betty Miles, Joseph Goulden, and Jim Bouton,
individually and on behalf of all others similarly
situated,

          Plaintiffs,

          v.

Google Inc.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 05 CV 8136-DC

# EXHIBIT

# 3

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

# The Trouble with Thirteen



+1  0

Betty Miles

★ ★ ★ ★ ★
11 Reviews

Avon, Sep 1, 1980 - Juvenile Fiction - 116 pages

Twelve-year-old Annie is unwilling to face some major changes in her life.

## Common terms and phrases

Angela  Annie  Anyway  Aunt Sylvia  Barclay  beautiful  best friend  Bruce  camera  chair  Coke  couch  Cowboy beans  Cuba  Dairy Queen  dance  Debbie  doll house  door  doughnut  dresses  driveway  ears pierced  Erica  everything  eyes  feel  felt  fourposter  front  funny  girls  glad  going  grabbed  guess  hugged  Janie  jumped  Kate  Kate's  Kenny  kids  kitchen  knew  laughed  leaned back  lettuce  lilacs  litde  looked  Madison  Marvin  minute  miss  Mom's  move  neat  nice  nightgown  Nora  Nora's  old dog  pajamas  party  Peter James  photo booth  picture  porch  pretty  probably  pulled  Rach  Rachel asked  Rachel looked  Rachel put  Rachel took  rack  seemed  shouted  sleeping  smiled  sorry  sort  stared  started  steps  stopped  stuff  stupid  suddenly  sure  talk  tell  Thanks  things  thought  trying  turned  walked  wearing  Weiss  What's  wheezing  wish  wondered  worry  Yeah  yelled  York City

From inside the book

angela    [Search]

12 pages matching **angela** in this book

Page 29

> and Angela and Janie crowding over after her.
>    "What?" Rachel sat up straighter. I could see she
> didn't want them to notice anything.
>    "Mom's letting me get my ears pierced, for my

Page 40

> "I don't know. I wasn't that sure I wanted to."
> "Did anyone, besides Kate?"
> "Not yet. Angela still might."
> I was relieved. It was good not to be the only one

Page 50

> But just when I got relaxed, Debbie had to jump up
> and start looking through Kate's records. "I've gotta
> hear this!" she said, holding one up.
>    As soon as Kate put it on, Debbie began wiggling

## From inside the book

| twelve | Search |
|--------|--------|

6 pages matching **twelve** in this book

---

Page 7

me I'm turning into a young lady. But I don't want to
turn into anything, yet. Anyway, not so fast.
    Some kids in our class do. Kids like Debbie Gold-
stein and Iris McGee. They act as though they just

---

Page 20

gardening, jogging, woodworking, climbing moun-
tains in Vermont. He makes us special birthday cards
with little cartoon pictures. My twelve-year-old card
had a raccoon and a skunk with balloons coming out

---

Page 37

"Boy, I hate to think how much noise five twelve-
year-old girls are going to make. I'm glad *I* don't have
to be there."
    "So am I," I said quickly. "So is everyone. The very

## From inside the book

thirteen    [Search]

90 pages matching **thirteen** in this book

---

Page 8

are funny, but we do.

We like the same books, too. *Little Women* is our favorite. Rachel's read it thirteen times and I've read it fourteen. We've read all the *Little House* books over

---

Page 12

~~ion, but the way Rachel and I do it it's actually quite~~ sophisticated.

"What are you getting Kate for her birthday?" I asked. Kate was going to be thirteen on Saturday. She ~~was having a sleep-over party. It was the first time one~~

---

Page 51

"Really?" I took a bigger step and tried to move my arms like Kate and Janie. "I can't even imagine being *thirteen!*"

"I know it." Sue stopped jumping around. "Still, I

From inside the book

school    Search

19 pages matching school in this book

Page 27

*home.* You'd hate it in the city. In some dark little
apartment with no yard or anything. You'd have to go
to a new school. Kids would ignore you, or else beat
you up. You could get mugged on the street—"

Page 28

Barclay School? It's supposed to be so exclusive. I
wondered if Rachel would start acting snotty if she
went there. Maybe she wouldn't want me to meet her
new friends. Probably she'd start wearing sappy

Page 55

Barclay!
    "I didn't know you were going to do that!"
    "I didn't either. Mom just called them up and they
said to come over. School was out, but the director

## From inside the book

class     [ Search ]

8 pages matching **class** in this book

---

**Page 7**

me I'm turning into a young lady. But I don't want to
turn into anything, yet. Anyway, not so fast.

Some kids in our class do. Kids like Debbie Gold-
stein and Iris McGee. They act as though they just

---

**Page 8**

that," Rachel said. "I guess she thinks it's sophisticat-
ed. Like reading *Seventeen*."

Iris has a subscription to *Seventeen*. She brings it to
school and passes it around in class. She never passes

---

**Page 30**

thinking of it. Compared with Rachel moving it was
such a little thing, but it bothered me. I wondered
whether Kate turning thirteen would make all the kids

## From inside the book

friend | Search

12 pages matching **friend** in this book

---

Page 28

year. Aunt Sylvia has a friend whose kids go to
Barclay. She says they love it. I'm going to the city this

---

Page 90

dragging me around like some big New York expert,
making me feel stupid. It hurts my feelings!"

"I'm *sorry* if I hurt your *feelings*." Rachel leaned

From inside the book

friends [Search]

11 pages matching **friends** in this book

Page 28

Barclay School? It's supposed to be so exclusive. I
wondered if Rachel would start acting snotty if she
went there. Maybe she wouldn't want me to meet her
new friends. Probably she'd start wearing sappy

Page 90

Page 90

Page 94

you'll all be happy."
    I never thought before about all the people who
could feel sad when two people get divorced. Not only
their children. but their friends and their family. I

## From inside the book

annie   [Search]

36 pages matching **annie** in this book

Page 97

**Annie.** Denny and Clay's marriage wasn't a waste!
They had a lot of good years and a lot of love. And they

Page 106

The book was upside down. I can't ever wrap a book so
the title comes out on top.

Rachel turned it over. Then she gasped. "Oh,
*Annie!* Oh, wow, that's so neat! *Thanks!*" She opened

## From inside the book

| fall | Search |

3 pages matching **fall** in this book

---

Page 13

could happen, like Peter James' father."
Peter is Kenny's best friend. He lives on our block.
His father had a heart attack on the golf course one
day last fall and just suddenly died.

---

Page 17

---

Page 28

fast, so we know what part of the city to move to.
Sylvia says I have to apply practically this minute if I
want to get into Barclay next fall. See, they don't
accept that many kids for eighth grade. Most kids just

# From inside the book

nora [Search]

34 pages matching **nora** in this book

Page 4

Our best article idea so far was "You *Can* Teach an Old Dog New Tricks." I thought it up. Nora was perfect for the article because she's ten years old and

Page 5

laps, panting.

I scratched her behind the ear. "You're a dumb old dog, that's what you are."

Nora wriggled appreciatively. In the sun, her fur

Page 65

I tried to squash the feeling down. I started to look for Nora in her favorite sleeping places: the chair she wasn't supposed to lie in, the hall rug, the foot of my

From inside the book

pajamas    [ Search ]

6 pages matching **pajamas** in this book

---

Page 23

wwww ww www www wwww wwwwwww www ww www w

Kate's mother.

"Mom! It's a *sleep*-over party. We'll wear pajamas the whole time!"

"You should have some new pajamas, too," Mom

---

Page 32

better. I knew Kate would like it.

Bamberger's pajama department is called Night Life. They had racks and racks of nylon pajamas with bikini pants and smock tops. I would never wear

From inside the book

summer            [Search]

2 pages matching **summer** in this book

Page 101

Page 102

day this summer you and Ken and I could bike out to
Blue Lake," he said. "If you wanted to."

I was surprised. He must have noticed I was getting
older. "Sure, neat," I said, too pleased to try to act cool.

From inside the book

| teacher | Search |

1 page matching **teacher** in this book

Page 14

> beautiful. She looks like a fashion model, which is
> what she was before she got to be a nursery school
> teacher. Rachel says she hated it, except that's how
> she met Mr. Weiss.

From inside the book

| best | Search |

16 pages matching **best** in this book

Page 5

> was the exact color of honey.
>     Rachel stroked Nora's back. Rachel doesn't have a
> dog, so she shares Nora with me. Nora loves her next
> best to anyone in our family. Maybe she thinks

## From inside the book

rachel [Search]

67 pages matching **rachel** in this book

Page 5

**Rachel back to the steps and scrambled up across our**

## From inside the book

teen [Search]

4 pages matching **teen** in this book

Page 8

just says that so we'll match.

    Anyway, the same things strike us funny. Like words that bother you when you read them. Rachel's worst example is the way the *o*'s don't match in *good*

## From inside the book

dog | Search

16 pages matching **dog** in this book

Page 4

Our best article idea so far was "You *Can* Teach an Old Dog New Tricks." I thought it up. Nora was perfect for the article because she's ten years old and

## From inside the book

mom | Search

45 pages matching **mom** in this book

Page 22

"I'm not kicking her. I'd just like to move around in here without bumping into her, for once."

Mom and Dad came in. "Oh, kids," said Mom, "cut it out, will you? Let's have a pleasant meal."

## From inside the book

| move | | Search |
|------|--|--------|

9 pages matching **move** in this book

Page 51

"Really?" I took a bigger step and tried to move my arms like Kate and Janie. "I can't even imagine being *thirteen!*"

"I know it." Sue stopped jumping around. "Still, I

## From inside the book

| iris | | Search |
|------|--|--------|

5 pages matching **iris** in this book

Page 8

after I heard Iris and some kids talking about it in the girls' room. It sounded stupid.

"I don't know why she wants to read things like that." Rachel said. "I guess she thinks it's sophisticat-

## From inside the book

| sue | Search |

19 pages matching **sue** in this book

> Page 51
>
> **"Well, Annie, want to try?" Sue jumped up.**
> "Sure. I guess." I stood up carefully, smoothing my

## From inside the book

| "dairy queen" | Search |

2 pages matching **"dairy queen"** in this book

> Page 4
>
> worry about training Nora. But she's very intelligent.
> She's probably the only dog in the world who knows
> what "Dairy Queen" means. If you even whisper those
> words, she runs to the car and tries to jump in. A dog

## From inside the book

"aunt sylvia" [Search]

9 pages matching **"aunt sylvia"** in this book

Page 96

them. I would much rather have stayed with Aunt
Sylvia. "You go, first," I told Rachel. I leaned back

## From inside the book

debbie [Search]

19 pages matching **debbie** in this book

Page 41

across the hall into the dining room. Debbie Goldstein
was standing there!
    I couldn't believe it. Kate never said anything about
Debbie coming. Her mother must have made Kate ask

From inside the book

pierced  Search

4 pages matching **pierced** in this book

Page 51

guess it's not all that different. Look at Kate."

It was true. Except for the pierced ears, and the dancing, Kate seemed about the same. "Yeah. You don't have to change overnight or anything." I

From inside the book

kenny Search

28 pages matching **kenny** in this book

Page 22

"That dog's a real drag sometimes," Kenny said, pushing her out of the way.

"She is not! And you don't have to *kick* her!" I said quickly.

## From inside the book

kate        [ Search ]

24 pages matching **kate** in this book

Page 41

"Happy Birthday!" we yelled. Angela began giving
K̲ate thirteen hits and we crowded around and pitched

## From inside the book

looked        [ Search ]

37 pages matching **looked** in this book

Page 32

person who puts you down. But I wanted to get her
something really good. Finally in the Indian store I
saw a blue enamel bracelet that looked quite elegant
and only cost four dollars. After I bought it I felt much

From inside the book

girls                          [ Search ]

11 pages matching **girls** in this book

Page 37

> ¹⁰⁰ ¹⁰⁰ⁿ ᵐᵉⁿ, ⁿⁿⁿ, ᴹᵒⁿⁿ ˢᵃⁿⁿ ᵉⁿᶜᵒᵘⁿⁿⁿⁿⁿⁿⁿⁿ.
> "You're going to have a wonderful time, I know. How
> many girls did Kate invite?"
> "Five, I think. Except now Rachel won't be there."

Page 48

> people wouldn't say it, especially girls. It's like calling
> your own body stupid

Page 84

> ˢᶜⁿⁿⁿⁿⁿⁿⁿ ᵃⁿⁿⁿⁿⁿ ⁿⁿⁿ ᶜᵘⁿᵛᵉˢ. ⁿⁿ ¹²ⁿⁿⁿ ᵘⁿⁿⁿⁿ ᵃ
> bunch of black girls with Afros and high wedge shoes
> burst on and grabbed straps above us. They were
> shouting and kidding around about one girl's boy

# From inside the book

| kids | Search |

28 pages matching **kids** in this book

**Page 27**

*home.* You'd hate it in the city. In some dark little apartment with no yard or anything. You'd have to go to a new school. Kids would ignore you, or else beat you up. You could get mugged on the street—"

**Page 28**

year. Aunt Sylvia has a friend whose kids go to Barclay. She says they love it. I'm going to the city this

**Page 104**

"I *will*, though!" Even as I said it I wasn't positive. It's hard to predict how you'll feel. Before, I used to think you could.

"You know how, in books, the kids put their doll

## From inside the book

yeah    [Search]

19 pages matching **yeah** in this book

---

Page 88

> I eah.  She turned away quickly and started look-
> ing at books. I pretended to look through the posters
> but I couldn't concentrate. After a few minutes I went
> over and tapped her shoulder.

---

Page 91

> those dresses cost?
>    "Yeah." I opened the door for her and waved her in.
>    The saleswoman was standing right inside. I won-
> dered if she'd heard us fighting, but she didn't say

---

Page 104

>    "Yeah, but we could start on it now, and then each
> of us do more and put it together the next time."

## From inside the book

| lilacs | Search |

2 pages matching **lilacs** in this book

Page 66

the smell of the lilacs and the chill of the ground and the sight of Nora's stomach swelling out with every wheeze. I wanted to hold her tight so she couldn't wheeze any more. I wanted to carry her to some warm

Page 67

I took her into my arms very carefully and crawled slowly out of the lilacs. Branches scraped against my face. I carried her to the house and set her down in the old sling chair on the back porch. Then I ran upstairs

From inside the book

lettuce    Search

2 pages matching **lettuce** in this book

Page 18

goes."
"Rachel minds." I pulled the lettuce out of the refrigerator drawer. "You know what, Ken?" I couldn't stop myself. "Rachel thinks her parents might get a

Page 64

the print shop and Kenny would be home late. She asked me to start dinner. I took the lamb chops out of the fridge and peeled some carrots and cut them up and started washing lettuce for a salad. I was patting

From inside the book

anyway | Search

17 pages matching **anyway** in this book

Page 8

just says that so we'll match.

Anyway, the same things strike us funny. Like words that bother you when you read them. Rachel's worst example is the way the *o*'s don't match in *good*

Page 34

terrific?" I asked. "Don't you just love it?"

"It's nice and bright, anyway." Mom sounded as though she was trying hard to be tactful. "Have you looked at everything here?"

Page 58

"Well, I don't, but Sue and I started to because everyone else was, and it was pretty easy, really, once we got the hang of it. Anyway, we're going to practice together this week so we'll be experts pretty soon—" I

## From inside the book

| beautiful | Search |

11 pages matching **beautiful** in this book

Page 77

Page 77

Page 99

rolling around on the sawdust in the window. They
were small and pudgy with little bare pink stomachs.
They were so cute I wanted to cry.
"That black eared one is best," Bruce said. "He has

Page 106

It's a beautiful package," she said shyly. Neither of
us had any practice with good-bye gifts before.
"Open it!"
Rachel untied the ribbon and pulled the paper off.

From inside the book

barclay [Search]

4 pages matching **barclay** in this book

Page 28

year. Aunt Sylvia has a friend whose kids go to
Barclay. She says they love it. I'm going to the city this

From inside the book

chair [Search]

11 pages matching **chair** in this book

Page 12

sophisticated.
   "What are you getting Kate for her birthday?" I
asked. Kate was going to be thirteen on Saturday. She

## From inside the book

| bruce | Search |

2 pages matching **bruce** in this book

Page 56

Anyway, that's not all," Rachel went right on. "I met these kids Aunt Sylvia knows, who go to Barclay. Erica and Bruce. They were so nice, Annie! They weren't stuck-up or anything. They told me a lot of

## From inside the book

| dance | Search |

3 pages matching **dance** in this book

Page 51

said.

All of a sudden, I got the feeling of how you move when you dance. It just seemed to come to me. The gown swirled around my legs. I was doing it!

## From inside the book

| miss | Search |

10 pages matching **miss** in this book

---

Page 67

Her body twitched and went still. I tried to hear her
heart, but there was no sound. "Nora!" I cried,
hugging her close. "Oh, Nora, I'm going to miss you
so much!" I missed her terribly already.

---

Page 68

house. I heard her talking to Dad. He came out to the
porch and hugged me.
    "I'm sorry, Coke." He bent down and touched Nora
gently. "I'm going to miss her," he said. "She was a

---

Page 73

wishing Nora would run out the door and jump down
the steps and throw herself at me with her tail
thumping happily against my legs.
    One afternoon as I was walking slowly up the