UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Google Inc.,<br><br>        Defendant. | Case No. 05 CV 8136-DC |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 4

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

# [FILED UNDER SEAL]