**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| Google Inc., | : <br> : |
| Defendant. | : <br> : <br> : |

Case No. 05 CV 8136-DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 5

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**



# THE
# *Seinfeld*
# APTITUDE
# TEST





**Hundreds of spectacular
questions on minute
details from TV's
greatest show about
absolutely nothing**

## BETH B. GOLUB



**THE SEINFELD APTITUDE TEST**

**H**undreds of Spectacular
Questions on Minute Details
from TV's Greatest Show
about Absolutely Nothing

**BETH B. GOLUB**

A CITADEL PRESS BOOK
Published by Carol Publishing Group

Copyright © 1994 by Beth B. Golub
All rights reserved. No part of this book may be reproduced in any
form, except by a newspaper or magazine reviewer who wishes to quote
brief passages in connection with a review.

A Citadel Press Book
Published by Carol Publishing Group
Citadel Press is a registered trademark of Carol Communications, Inc.
Editorial Offices: 600 Madison Avenue, New York, N.Y. 10022
Sales & Distribution Offices: 120 Enterprise Avenue,
    Secaucus, N.J. 07094
In Canada: Canadian Manda Group, P.O. Box 920, Station U,
    Toronto, Ontario M8Z 5P9
Queries regarding rights and permissions should be addressed to
Carol Publishing Group, 600 Madison Avenue, New York, N.Y. 10022

Carol Publishing Group books are available at special discounts for
bulk purchases, sales promotions, fund-raising, or educational purposes.
Special editions can be created to specifications.
For details contact: Special Sales Department, Carol Publishing Group,
120 Enterprise Avenue, Secaucus, N.J. 07094

Book design by Jessica Shatan

Manufactured in the United States of America
10   9   8   7   6   5   4   3   2   1


Library of Congress Cataloging-in-Publication Data

Golub, Beth B.
    The "Seinfeld" aptitude test : hundreds of spectacular questions
on minute details from TV's greatest show about absolutely nothing /
by Beth B. Golub.
        p.   cm.
    "A Citadel Press book."
    ISBN 0-8065-1583-X (pbk.)
    1. Seinfeld—Miscellanea.   I. Title.
PN1992.77.S4285G65   1994
791.43′72—dc20                          94-20348
                                        CIP

# CONTENTS

Introduction ix

*The* Seinfeld *Aptitude Test* Scoring System xi

LEVEL 1: Wuss Questions 3

MATCHING QUIZZES

 Family Trees 22

 New York, New York No. 1 24

LEVEL 2: This, That, and the Other Questions 29

MATCHING QUIZZES

 Edibles 47

 Oh, Boy! 48

 Potpourri 49

LEVEL 3: Tough Monkey Questions 53

MATCHING QUIZZES

 A.K.A. 72

 New York, New York No. 2 73

 Edibles, Too 75

**viii** Contents

**LEVEL 4: Atomic Wedgie Questions** 79

MATCHING QUIZZES

   New York, New York No. 3 98

   More Potpourri 100

**LEVEL 5: Master of Your Domain Questions** 103

MATCHING QUIZZES

   Answer Key 107

# INTRODUCTION

> It was a nothing that he knew too well. It was all a
> nothing...Some lived in it and never felt it but he knew
> it all was *nada y pues nada y nada y pues nada.*
> —ERNEST HEMINGWAY, *A Clean, Well-Lighted Place*

So explains the format-bending premise and appeal of TV's most innovative sitcom, *Seinfeld*. Each episode is devoted to the trifling, picayune, and petty annoyances encountered by the show's characters on a daily basis—looking for a parking space, missing rent-a-car reservations, dilemmas in dating, anxiety about switching barbers.

At the center of these misadventures is stand-up comedian Jerry Seinfeld, who plays himself. Jerry is the nucleus of a fabulous foursome consisting of best friend George Costanza, ex-girlfriend Elaine Benes, and eccentric next-door neighbor Kramer. Together they ponder the meaning of the mundane: Jujyfruits, atomic wedgies, fake wood wallpaper, puffy shirts, open-lipped kisses. The more insignificant, the better. Clearly, *Seinfeld* has succeeded in transforming *nothing* into *something* that audiences find endlessly fascinating. For these minutiae-minded viewers, this book is the ultimate diagnosis of their devotion.

*Place and character names not shown on the screen or listed in the credits are spelled phonetically.

ix

# THE SEINFELD APTITUDE TEST SCORING SYSTEM

**T**he Seinfeld Aptitude Test consists of 550 questions that are divided into five levels of increasing difficulty, culminating in the Master of Your Domain Questions. As a respite between levels, twist open a Snapple, double-dip a chip, and demonstrate your Seinfeldian savvy by tackling the ten (noncredit) topical matching quizzes. Afterwards, go back and see how you scored on the 550 questions.

| CORRECT ANSWERS | HONORARY TITLES |
|---|---|
| 0-140 | **George:** You can't sustain a romance or hold a job. Not that there's anything wrong with that. |
| 141-280 | **Kramer:** You could have scored higher but were interrupted by an impending intestinal requirement. |
| 281-420 | **Elaine:** You're a tenacious professional who is test smart, but whose IQ seems to fluctuate widely. |
| 421-550 | **Jerry:** You're superman. |

xi



# THIS, THAT, AND THE OTHER QUESTIONS

> NEATLY DARKEN THE INTENDED CIRCLE OR WRITE
> OUT YOUR ANSWER. USE A NO. 2 PENCIL.

**1** What game does George play with the Bubble Boy?
Ⓐ Chutes and Ladders
Ⓑ Pictionary
Ⓒ Trivial Pursuit
Ⓓ Twister

**2** What is Kramer's first name?

**3** Elaine is in the bridal party of a lesbian wedding as what?

**4** According to Kramer, all of the following are scams *except*
Ⓐ the Dewey decimal system
Ⓑ free-range chicken
Ⓒ one-hour Martinizing
Ⓓ the carpet sweeper

29

**5** What is Jerry's last guess to recall a date's name that rhymes with a female body part?

**6** Which of Elaine's cohorts has *not* seen her naked?
Ⓐ Jerry
Ⓑ George
Ⓒ Kramer

**7** What happens to Kramer at Elaine's charity bachelor auction?
Ⓐ His derriere is pinched by an admiring woman.
Ⓑ He falls off the runway into the crowd.
Ⓒ He is sold to the lowest bidder.

**8** Whose father wears sneakers in the pool?
Ⓐ Jerry's
Ⓑ George's
Ⓒ Elaine's
Ⓓ Kramer's

**9** How does Elaine develop back trouble while staying with the Seinfelds?

**10** Calvin Klein hires Kramer to model what?

**11** After witnessing a bris, George reacts by
Ⓐ throwing up
Ⓑ fainting
Ⓒ breaking out in hives
Ⓓ breaking into song

**12** Whose address and phone number does George use as a phony employment reference?

**13** George claims he has no "hand" with which girlfriend?
Ⓐ The pianist
Ⓑ The accountant
Ⓒ The performance artist

**14** Who is Kramer's chubby buddy and sometimes business partner?

**15** John F. Kennedy, Jr., befriends which of Jerry's ex-girlfriends?

**16** What does Jerry's cousin Jeffrey do for a living?

**17** Who substitutes for Jerry's neighborhood car parker when he goes on vacation?

**18** What figure in American literature does Jerry constantly compare George to?
Ⓐ Huck Finn
Ⓑ Biff Loman
Ⓒ Tom Joad
Ⓓ Holden Caulfield

**19** Elaine is ejected from Yankee Stadium for wearing what article of clothing?

**20**  Jerry and Kramer witness what surgical procedure?

Ⓐ  A splenectomy

Ⓑ  An appendectomy

Ⓒ  A vasectomy

**21**  How does George avoid taking an IQ test administered by his girlfriend?

**22**  Kramer poses as Elaine's new boyfriend so that she can break up with

Ⓐ  her writer boyfriend

Ⓑ  her psychiatrist boyfriend

Ⓒ  her baseball player boyfriend

Ⓓ  her artist boyfriend

**23**  What is Elaine's ex-roommate's occupation?

**24**  Jerry wears his watch on which wrist?

**25**  Elaine describes a couple's ugly newborn baby as looking like

Ⓐ  a pekinese

Ⓑ  a troll

Ⓒ  Granny

**26**  What was George's first career on the show?

**27**  Elaine gets George a job in her office doing what?

**28** How does Elaine escape from Crazy Joe Davola's locked apartment?
Ⓐ She kicks him in the groin.
Ⓑ She clubs him in the knee.
Ⓒ She sprays him with cherry Binaca.
Ⓓ She drops a bowling ball on his toe.

**29** What video of George's is stolen from Jerry's glove compartment?

**30** Who *always* snoops in other peoples' medicine cabinets?

**31** Jerry buys an expensive suede jacket with what kind of lining?

**32** According to George, what was the single most damaging experience of his life?
Ⓐ When he broke his parents' favorite statue
Ⓑ When he had his first sexual experience
Ⓒ When he received his SAT scores
Ⓓ When he saw his father naked

**33** What is the name of the Pakistani-owned restaurant that opens across from Jerry's apartment?

**34** Kramer envisions creating a cologne that smells like what?

**35**  Elaine meets a pediatrician in the Hamptons who uses what word to describe her beauty?
Ⓐ  "Bitchin'"
Ⓑ  "Radiant"
Ⓒ  "Breathtaking"
Ⓓ  "Scrumptious"

**36**  What ploy do George, Jerry, and Elaine utilize to get seated at a busy Chinese restaurant?

**37**  According to George, what famous news personality has had a nose job?
Ⓐ  Connie Chung
Ⓑ  Peter Jennings
Ⓒ  Willard Scott

**38**  What is Kramer's apartment number?

**39**  How does Jerry get his watch back?

**40**  George's decorated bedsheets feature what animals?
Ⓐ  Dinosaurs
Ⓑ  Dalmations
Ⓒ  Ducks

**41**  Why is Elaine mortified by her Christmas-card photo?

**42**  Jerry receives what defective birthday gift from Kramer?
Ⓐ  A two-line phone

Ⓑ  A mohair sweater
Ⓒ  A Salad Shooter
Ⓓ  A case of motor oil

**43**  Kramer romances a lesbian woman he meets in a
video store who shares his passion for what sport?

**44**  How is George punished for having sex with a woman
in his parents' bed?

**45**  What is Jerry's response to seeing George's girlfriend
topless at the beach?
Ⓐ  "Yo Yo Ma!"
Ⓑ  "Boutros Boutros-Ghali!"
Ⓒ  "Nice rack!"

**46**  What service people are working in the midst of
Elaine's baby shower for a college friend?

**47**  After his apartment is robbed, Jerry is most
distressed about which missing item?
Ⓐ  His TV
Ⓑ  His watch
Ⓒ  His answering machine
Ⓓ  His stereo

**48**  George sells his father's old clothes to a used clothing
store. What defect do they have?

**49** Kramer leaves what item in Jerry's stolen car that is, remarkably, returned to him?

Ⓐ His gloves
Ⓑ His golf clubs
Ⓒ His carpet sweeper

**50** What is George's immediate response to seeing his girlfriend's nose unbandaged?

**51** Why does Kramer leave New York for California?

**52** George is announced by the doorman at the NBC president's apartment building as

Ⓐ Mr. Cabana
Ⓑ Mr. Bonanza
Ⓒ Mr. Cantstandya

**53** How does Elaine discover that Jerry's girlfriend's breasts are real?

**54** How is George's hand-modeling career cut short?

**55** Name the woman who dates both Jerry and George at different times.

Ⓐ Marlene, the sexy southern cashier
Ⓑ Jodi, the masseuse
Ⓒ Noel, the concert pianist

**56** Who creates a "written list" of excuses to avoid an annoying friend?

**57** How many pairs of undershorts does George own?
Ⓐ 10
Ⓑ 20
Ⓒ 30
Ⓓ 40

**58** What is Elaine's father's occupation?

**59** According to Jerry, what did Gandhi consume before he fasted?

**60** Kramer involuntarily convulses every time he hears the voice of what celebrity?
Ⓐ Mary Hart
Ⓑ Dr. Ruth Westheimer
Ⓒ Charo

**61** George writes with which hand?

**62** Mr. Seinfeld popularized what raincoat syle?
Ⓐ The chesterfield
Ⓑ The diplomat
Ⓒ The Prince Albert
Ⓓ The executive

**63** Crazy Joe Davola attends the opera dressed as what circus character?

**64** Who photographs Elaine for her Christmas card?

**65** Kramer decorates his apartment with fake-wood wallpaper so it will resemble what structure?

Ⓐ A fort
Ⓑ A ski lodge
Ⓒ A shed
Ⓓ A log cabin

**66** George's accountant girlfriend wears what eating utensil as a hair accessory?

**67** What does Jerry's apartment cleaner steal from his apartment?

**68** Jerry and Elaine visit the Seinfelds for what occasion?

**69** George keeps what on his winter jacket because he thinks women find it attractive?

Ⓐ The price tag
Ⓑ A Dukakis pin
Ⓒ A lift-ticket
Ⓓ A name tag

**70** To what does "They're real and they're spectacular!" refer?

**71** Why does Elaine exchange her babka for another at the bakery?

**72** George discovers a baldness cure developed by a doctor from what country?

Ⓐ Russia
Ⓑ China
Ⓒ Tibet

**73** What kitchen implement does Kramer use as a backscratcher?

**74** What does Jerry's "virgin" girlfriend do for a living?
Ⓐ She's a masseuse.
Ⓑ She's a closet organizer.
Ⓒ She's a lineswoman.
Ⓓ She's a performance artist.

**75** Who calls George, "Georgie"?

**76** According to Jerry, the whole concept of lunch is based on what food?

**77** What happens to Elaine's sixty-six-year-old boyfriend right before she breaks up with him?

**78** George unconsciously whistles what tune during a limo ride with neo-Nazis?
Ⓐ "Over the Rainbow" from *The Wizard of Oz*
Ⓑ "Getting to Know You" from *The King and I*
Ⓒ "If I Were a Rich Man" from *Fiddler on the Roof*
Ⓓ "The Party's Over" from *Bells Are Ringing*

**79** What ingredient does Kramer like added to his Chinese food?

**80** Who sneezes on the NBC president's lunch?

**81** George, Kramer, and Elaine's macho boyfriend embark on which of the following disastrous expeditions?
Ⓐ Sky diving
Ⓑ Canoeing
Ⓒ Rock climbing
Ⓓ Spelunking

**82** Why do Jerry and Elaine get stranded at a party on Long Island?

**83** Jerry has a dispute with a girlfriend over what men's clothing commercial?

**84** George ponders all of the following career alternatives after losing his real-estate job *except*
Ⓐ talk show host
Ⓑ projectionist
Ⓒ general manager of a baseball team
Ⓓ stunt double

**85** Elaine's electronic organizer has what defect?

**86** Which of the foursome prefers to be on the bottom during sex?

**87** George and Kramer are late picking up Jerry and Elaine at a bakery because their car is blocked by a double-parker. The offender turns out to be

Ⓐ David Letterman
Ⓑ Joe Davola
Ⓒ Saddam Hussein

**88** Why is George fired from his job at Elaine's office?

**89** To what does "I don't have a square to spare" refer?

**90** What is the name of George's high school gym teacher who constantly harassed him?
Ⓐ Mr. Seaman
Ⓑ Mr. Neiman
Ⓒ Mr. Heyman

**91** Jerry is obsessed with what superhero?

**92** Why does George have his parents' coffee table refinished while they're out of town?

**93** What famous writer does Kramer thinks he meets in a sauna?
Ⓐ Dr. Seuss
Ⓑ Norman Mailer
Ⓒ L. Ron Hubbard
Ⓓ Salman Rushdie

**94** Who repeatedly shrieks, "*S-t-e-l-l-a!*"?

**95** What is George's customary order at the coffee shop?

**96** Jerry intentionally throws away what gift from his parents?

**97** What kind of fruit does Kramer eat whole?
Ⓐ A pineapple
Ⓑ An orange
Ⓒ An apple
Ⓓ A banana

**98** Newman has a weakness for what type of sweet treat?

**99** George has a public _____ phobia?

**100** Why does Jerry's model girlfriend end their relationship?
Ⓐ She thinks his comedy act isn't funny.
Ⓑ She catches him picking his nose.
Ⓒ She finds his table manners offensive.
Ⓓ She thinks she's allergic to him.

**101** What does George purchase at a roadside stand during his trip to the Hamptons?

**102** Who said "You should have seen her face. It was the exact same look my father gave me when I told him I wanted to be a ventriloquist"?

**103** Jerry, George, Elaine, and Kramer drive to a New Jersey shopping mall so that Kramer can purchase what for his apartment?

Ⓐ  An air conditioner
Ⓑ  A TV
Ⓒ  A bed



**104**  What does Elaine get at the mall?

**105**  George unknowingly has what stuck in his teeth during a failed job interview?
Ⓐ  A poppyseed
Ⓑ  A piece of spinach
Ⓒ  A piece of dental floss

**106**  What issue sweeps Rudolph Giuliani into the New York City mayor's office?

**107**  Who paints Kramer's portrait?

**108**  Who has an allergic reaction to an article of Jerry's clothing?

**109**  How did George's sadistic high-school gym teacher intentionally refer to him?

**110**  While in L.A., Kramer is falsely arrested for
Ⓐ  insider trading
Ⓑ  indecent exposure
Ⓒ  mass murder

**111** What does George get on his shirt at a baby shower?

**112** Susan's grandfather's dying words were
Ⓐ "Remember the Alamo!"
Ⓑ "*Semper fidelis*!"
Ⓒ "Cherish the cabin!"
Ⓓ "Live free or die!"

**113** Jerry has a cutout of what racy sports car on his refrigerator?

**114** According to Mr. Seinfeld, which impressionistic painter was nearsighted?

**115** George's breakup with his "pretentious" accountant girlfriend causes her to
Ⓐ join a cult
Ⓑ commit herself to a mental institution
Ⓒ enter a convent
Ⓓ join the circus

**116** Who's considered a "chucker" in basketball?

**117** What video does Elaine borrow from Jerry that she returns two weeks late?
Ⓐ *Havana*
Ⓑ *Caddyshack*
Ⓒ *Rochelle, Rochelle*
Ⓓ *The Ten Commandments*

**118** Kramer dashes off the subway to get what snack at a certain stop?

**119** What secret does George claim he will take to his grave?
(A) His first sexual encounter
(B) His SAT scores
(C) His inability to get into podiatry school

**120** Who pays for George's therapy sessions?

**121** Who said "I never tasted a cough medicine I didn't love"?

**122** Crushed by Elaine's rejection, the NBC president leaves the network and joins
(A) Greenpeace
(B) the priesthood
(C) the Peace Corps
(D) the circus

**123** George wears a trendy new suit to an interview and discovers it has what defect?

**124** To which of Jerry's girlfriends is George referring when he remarks "A woman who hates me this much comes along once in a lifetime!"?
(A) The toilet paper miser
(B) The masseuse
(C) The tennis lineswoman

**125** What is the name of the nun who becomes infatuated with Kramer?

**126** What morning show host appears as himself and interviews Jerry?

**127** How does Jerry confirm that his car has been stolen?
(A) He contacts the police.
(B) He calls his car phone.
(C) He is told by Newman, an eyewitness.

**128** What does George use for eyeware after his glasses are stolen?

**129** While in the Hamptons, why doesn't Jerry's girlfriend partake in the big lobster dinner?

**130** How tall is Kramer?
(A) 6 feet, 1 inch barefoot
(B) 6 feet, 2½ inches (minus his hair)
(C) Exactly 6 feet, 4 inches

STOP

# EDIBLES

MATCH THE FOLLOWING FOODS WITH THE
CORRESPONDING DESCRIPTIONS.

**1** Chicken salad
**2** Pretzels
**3** Mini-Ritz crackers
**4** Creamed corn
**5** Roasted potatoes
**6** Gyros
**7** Kishke
**8** A tomato
**9** Babka
**10** Lobster

**a** Kramer feels as loose as this after a massage
**b** Mrs. Costanza prepares this on special occasions
**c** Jerry, Elaine, and Kramer share this craving on the subway
**d** Hurled at George by one of Jerry's girlfriends
**e** Elaine's has a hair on it
**f** The exact opposite of what George regularly orders
**g** Kramer uses this as bird food
**h** These make Kramer "thirsty"
**i** Jerry uses this as a peace offering
**j** George urges his date to "go for it"

# OH, BOY!

MATCH EACH NICKNAME WITH THE APPROPRIATE "BOY."

**1** Bubble Boy
**2** Butcher Boy
**3** Aqua Boy
**4** Cable Boy
**5** Pretty Boy
**6** Golden Boy
**7** Fly Boy
**8** Triangle Boy

**a** Jerry
**b** George
**c** Keith Hernandez
**d** Elaine's artist ex-boyfriend
**e** Obnoxious plastic-tent dweller
**f** Jerry's favorite old T-shirt
**g** The mohel
**h** Elaine's sweaty exercise companion

48

# POTPOURRI

> MATCH THE FOLLOWING TRADEMARKS WITH THE APPROPRIATE CHARACTERS. SOME CHARACTERS HAVE MORE THAN ONE TRADEMARK.

**1** Would like to have "shoehorn hands"
**2** Wears PABA-free sunblock
**3** Observes coma etiquette
**4** Almost attended barber school
**5** Nicknamed the "little bulldog" in college
**6** Has a weakness for Jujyfruits
**7** Believes home package delivery should be prohibited
**8** Is a bathroom stall man

**a** Jerry
**b** George
**c** Elaine
**d** Kramer
**e** Newman

49

# ANSWER KEY

LEVEL 1

**1** c
**2** A Pez dispenser
**3** b
**4** As a ball boy
**5** e (According to Jerry, it's a "potpourri" of all these odors.)
**6** He offers her fifty dollars to go over to a stranger's table and take a bite out of an egg roll.
**7** Somewhere in Florida
**8** c
**9** The subway
**10** b
**11** Junior Mints
**12** a
**13** His wife
**14** Cereal boxes
**15** c
**16** He decides to go against his instincts and do the complete opposite of what he would normally do.
**17** c
**18** Refraining from masturbating
**19** Kramer (after watching a nude woman in the apartment across the street)

**107**

## Family Trees

**1** f
**2** c
**3** i
**4** d
**5** a
**6** h
**7** e
**8** g
**9** j
**10** b

## New York, New York No. 1

**1** f
**2** d
**3** i
**4** g
**5** a
**6** j
**7** c
**8** b
**9** e
**10** h

## LEVEL 2

**1** c
**2** It's never been mentioned.

**3** The best man
**4** b
**5** Dolores
**6** b
**7** b
**8** b
**9** She sleeps on a Hide-A-Bed that has a protruding bar.
**10** His line of underwear
**11** b
**12** Jerry's
**13** a
**14** Newman
**15** Marla, the "virgin"
**16** He works for the New York City Parks Department.
**17** George
**18** b
**19** An Orioles baseball cap that she refuses to remove
**20** a
**21** He has Elaine take it for him (by passing it out to her through his girlfriend's bedroom window).
**22** b
**23** She's a waitress-actress
**24** His left wrist
**25** a
**26** He was a real-estate broker.
**27** Working as a proofreader
**28** c
**29** *Rochelle, Rochelle*
**30** Kramer

**31** A pink, candy-striped lining

**32** a and d

**33** The Dream Café

**34** The beach

**35** c

**36** Elaine tries to slip the maître d' a twenty-dollar bribe.

**37** b

**38** 5B

**39** He buys it back from Uncle Leo.

**40** a

**41** Her nipple is exposed.

**42** a

**43** Golf

**44** His father grounds him.

**45** b

**46** Cable TV installers

**47** c

**48** They are moth-ridden.

**49** a

**50** He faints.

**51** Because Jerry revokes his key privileges

**52** b

**53** She accidentally bumps into her in the sauna.

**54** He is pushed into a hot iron and burns his hands.

**55** a

**56** Jerry

**57** d

**58** He's a famous writer.

**59** Triscuits

**60** a
**61** He is a lefty.
**62** d
**63** A clown
**64** Kramer
**65** b and d
**66** Chopsticks
**67** A statue
**68** Mr. Seinfeld is being honored at a dinner as the outgoing president of the condo association.
**69** c
**70** The authenticity of Jerry's girlfriend's breasts
**71** It has a hair on it.
**72** b
**73** A spatula
**74** b
**75** George's mother
**76** Tuna
**77** He suffers a stroke.
**78** c
**79** Extra MSG
**80** Elaine
**81** c
**82** George gets lucky with a woman from his office and drives home with her.
**83** Levi's cotton Dockers
**84** d
**85** An alarm that doesn't shut off
**86** Kramer
**87** c

**88**  He had sex on his desk with the cleaning lady.

**89**  Toilet paper

**90**  c

**91**  Superman

**92**  Jerry carelessly leaves his mug on the table, which makes a ring.

**93**  d

**94**  Elaine

**95**  Tuna on toast

**96**  A watch

**97**  c

**98**  Drake's Coffee Cake

**99**  Bathroom

**100**  b

**101**  Tomatoes

**102**  George (describing his girlfriend's reaction to his confession that he cheated on the IQ test she administered)

**103**  a

**104**  Two goldfish

**105**  b

**106**  His campaign pledge to investigate the nonfat yogurt scandal

**107**  Jerry's artist-girlfriend, Nina

**108**  His accountant

**109**  "Can't-stand-ya"

**110**  c (He is mistaken for a serial killer known as the "Smog Strangler.")

**111**  Chocolate cake

**112**  c

**113** A Porsche
**114** Monet
**115** b
**116** George
**117** a
**118** A gyro sandwich
**119** b
**120** His mother
**121** George (to his date)
**122** a
**123** The fabric rubs between his thighs and produces a *swoosh* like sound
**124** b
**125** Sister Roberta
**126** Bryant Gumbel
**127** b
**128** Prescription swimming goggles
**129** She keeps kosher.
**130** b

**Edibles**

**1** f
**2** h
**3** g
**4** a
**5** b
**6** c
**7** i
**8** d

**9** e
**10** j

## Oh, Boy!

**1** e
**2** g
**3** b
**4** a
**5** c
**6** f
**7** h (Jerry dubs him this because he's a pilot.)
**8** d

## Potpourri

**1** d
**2** b
**3** a
**4** e
**5** b
**6** c
**7** d
**8** b

## LEVEL 3

**1** b
**2** In a parking garage
**3** c
**4** Jerry (expressing his reluctance to have dinner with Elaine's intellectually intimidating father)

$8.95 U.S. ($11.95 Canada)

# WHAT'S YOUR *Seinfeld* IQ?

Just how well do you command the buzzwords, peccadilloes, petty annoyances, and triflingly complex escapades of Jerry Seinfeld, Elaine Benes, George Costanza, and Kramer—the fabulously neurotic foursome that makes the offbeat hit TV series *Seinfeld* tick?

What article of clothing does Jerry make famous on the *Today Show*?

Where does George meet a woman who handcuffs him to a bed and steals his clothes?

What kind of fruit does Kramer eat whole?

Ⓐ A pineapple

Ⓑ An orange

Ⓒ An apple

Ⓓ A banana



According to Elai... ...e seated in restaurants based on what principle?

If you think you kno... ...d really keep track of *Seinfeld* minutiae—challenge... ...r friends with these 550 trivia questions and 10 extra matching quizzes. No, *The Seinfeld Aptitude Test* can't tell you whether you're Master of Your Domain, but it will certify your status as King or Queen of *Seinfeld* trivia. So twist open a Snapple, double-dip a chip, and open this book to satisfy your between-episode cravings.



ISBN 0-8065-1583-X

5 0895>

9 780806 515830

This book has not been approved or licensed by any entity involved in creating or producing *Seinfeld*.

Design by John Gall

A Citadel Press Book
Carol Publishing Group

*TW-630-924*

**Answers:**

The Puffy Shirt, The Subway, C, What's Hungriest