**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>Google Inc.,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Case No. 05 CV 8136-DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 6

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**



SIGNET • 451-AE7031 • (CANADA $4.95) • U.S. $3.95

## TV's HOTTEST SHOW!

# WELCOME TO
# TWIN PEAKS

## A Complete Guide to Who's Who & What's What

This publication is not licensed by, nor is Publications International, Ltd., affiliated with, Lynch/Frost Productions, Inc., Propaganda Films, Worldvision Enterprises, Inc., or Capital Cities/ABC, Inc. Television Network Group.

A PiL BOOK BY SCOTT KNICKELBINE

THRIFTBOOKS



# WELCOME TO
# TWIN PEAKS
### A Complete Guide to
### Who's Who & What's What

A **PiL** BOOK BY SCOTT KNICKELBINE

This publication is not licensed by, nor is Publications International, Ltd., affiliated with, Lynch/Frost Productions, Inc., Propaganda Films, Worldvision Enterprises, Inc., or Capital Cities/ABC, Inc. Television Network Group.

All rights reserved under International and Pan American copyright conventions. Copyright © 1990 Publications International, Ltd. This publication may not be reproduced or quoted in whole or in part by mimeograph or any other printed or electronic means, or for presentation on radio, television, videotape, or film without written permission from Louis Weber, C.E.O. of Publications International, Ltd., 7373 N. Cicero Ave., Lincolnwood, Illinois 60646. Permission is never granted for commercial purposes. Printed in U.S.A.

This publication is not licensed by, nor is Publications International, Ltd., affiliated with, Lynch/Frost Productions, Inc., Propaganda Films, Worldvision Enterprises, Inc., or Capital Cities/ABC, Inc. Television Network Group.

*Twin Peaks* copyright MCMLXXXIX by Lynch/Frost Productions Inc. All rights reserved. The video *Twin Peaks* is licensed by Warner Home Video (U.K.) Limited. *Floating into the Night* copyright 1989 by Warner Bros. Records Inc., a Warner Communications Company.

**Photo Credits:**
© 1990 Capital Cities/ABC, Inc.: 11, 15, 19, 21, 24, 28, 58, 62; Cinema Collectors: 22, 34, 36; De Laurentiis Entertainment Group Inc.: 105; © 1990 Entertainment Weekly Inc.: 8; Steve Granitz/Retna Ltd.: 31; Michael Grecco/Outline Press: 32; Ward Keller/World Class Photohistory: 114, 119; © 1990 Karen Kuehn/Matrix: 121; David Lynch/© 1989 Warner Bros. Records: 125; © 1990 Dewey Nicks/Visages: 17; Frank W. Ockenfels/Outline Press: 14; Photofest: 25, 40; The Samuel Goldwyn Company © 1990 PolyGram Filmproduktion GmbH: 106; Siede Preis Photography: 45, 54, 80; © 1990 Craig Sjodin/ Capital Cities/ABC, Inc.: 27; *US* Magazine © 1990 Straight Arrow Publishers Inc.: 8; Barry Talesnick/Retna Ltd.: 88; © 1984 Universal City Studios, Inc. and Dino De Laurentiis Corporation: 101; © 1990 Warner Bros., Inc.: 12; © 1990 Warner Home Video: 86.
Front Cover: **Siede Preis Photography**; © 1989 **Leigh A. Rohr**. Other photography by Sam Griffith Studio Inc.

# CONTENTS

CHAPTER ONE
AMERICA'S CRAZIEST MYSTERY. . . . . . .   4

CHAPTER TWO
JUST PLAIN FOLKS  . . . . . . . . . . . . . . .  13

CHAPTER THREE
"IT'S LIKE A BEAUTIFUL
    DREAM. . .AND THE
    MOST TERRIBLE
    NIGHTMARE"  . . . . . . . . . . . . . . . . .  35

CHAPTER FOUR
THE MAN WHO DREAMED UP
    TWIN PEAKS . . . . . . . . . . . . . . . . . .  87

CHAPTER FIVE
BEHIND THE CAMERA
    AT TWIN PEAKS. . . . . . . . . . . . . . . . 112

CHAPTER SIX
"THERE'S ALWAYS MUSIC
    IN THE AIR" . . . . . . . . . . . . . . . . . . 120

CHAPTER SEVEN
HOT BLACK COFFEE
    AND CHERRY PIE  . . . . . . . . . . . . . 126

CHAPTER ONE

# AMERICA'S CRAZIEST MYSTERY

**A**ll it took was one dead body. One corpse of a homecoming queen, wrapped in plastic and wound in white tape. Its discovery set off an investigation that would slowly, slowly begin to unravel a hundred other mysteries in the little town, a place where everybody seemed so wholesome and decent, but where, in reality, everybody had at least one dirty little secret.

And it took just one corpse in plastic to change the face of television – possibly forever.

The corpse was, of course, the blue and beautiful body of Laura Palmer, and the television show is *Twin Peaks* – the collaboration of David Lynch, one of America's strangest and most critically acclaimed film directors, and Mark Frost, a veteran writer of some of television's most successful shows. *Twin Peaks* had viewers racing home to catch each episode,

4

network execs tearing up their fall scheduling plans, and critics revising their preconceived notions about what's possible on TV.

Most of the television in-group gave *Twin Peaks* about as much chance of survival as a log in a lumberyard. To their chagrin, and to everybody's surprise, the loopy, brooding, and surrealistic soap proved a solid hit with the public. The show topped all shows in the Emmy nominations with 14, beating out such small-screen powerhouses as *L.A. Law, Cheers,* and *Murphy Brown.* Lynch was nominated for producing, directing, writing, creating song lyrics, and composing the series' main title theme music with Angelo Badalamenti. *Twin Peaks* itself was nominated as best drama series, Kyle MacLachlan for best lead actor, Piper Laurie for best lead actress, Sherilyn Fenn for best supporting actress. "I think it's fantastic," Lynch told the *Los Angeles Times.* "I'm going right out to buy a new chain saw and a dozen doughnuts."

The show was also a winner in the ratings game. The April 8, 1990, premiere of *Twin Peaks* got a Nielsen rating of 21.7 and a 33 share, meaning that 33 percent of all those watching television at that time were watching *Twin Peaks.* It ranked number five for the week. The first season's cliff-hanger finale won its time period in the overnight Nielsen ratings.

Robert Iger, president of ABC Entertainment, has said that the survival of the

5

show was never in jeopardy once it stood up respectably to its Thursday night competition, but that many at the network thought the show would fail and fail quickly. But Iger was willing to take a chance: "Once we stop experimenting," he told the *Los Angeles Times,* "once we stop trying to create new viewing experiences, then it's over. Then we're dead."

Originally scoffers, the other networks have taken notice of the phenomenal success of *Twin Peaks.* The presidents of NBC and CBS have both made announcements on programming plans that have widely been interpreted in the industry as allusions to the creative originality of *Twin Peaks.*

Although some of the most important episodes in the first season topped the ratings, the show's survival was in doubt as much of the original audience seemed to slip away. But history suggests that heavy Emmy recognition can stoke a show's ratings, especially a show that needs to "find an audience." One of Mark Frost's previous projects, *Hill Street Blues,* for example, had poor ratings when it first hit the air, but after snagging 21 nominations and virtually sweeping the major awards in 1981, viewership began to grow. It eventually became a ratings success. "I think you can draw a direct comparison to *Hill Street,*" Ted Harbert, ABC's executive vice president for prime time, told the *Los Angeles Times.* "There was a show that

6

CHAPTER TWO

# JUST PLAIN FOLKS

### Special Agent Dale Cooper

Arguably the best thing about *Twin Peaks*, Agent Cooper is a straight-arrow FBI agent with a playful, boyish nature and near-psychic deductive powers. Actor Kyle MacLachlan, who plays Cooper, says that Cooper's personality quirks are a combination of traits from David Lynch and Mark Frost. As Michael Sragow has written of Cooper in *American Film,* "MacLachlan puts together combinations of naïveté and authority that would stagger and defeat lesser actors. He catalogues the banal aspects of his mission, like what he eats for lunch on the road (tuna on wheat, slice of cherry pie and coffee), as if the recitation calms him, like a supermundane mantra."

Kyle MacLachlan's career has been tied to Lynch's own. He appeared in Lynch's ill-fated motion picture *Dune* as the messiahlike Paul

13

Atreides, and he made a big impression on critics in *Blue Velvet* as Jeffrey Beaumont, the all-American boy with a perverted twist. He has appeared in other films as well. MacLachlan made *The Hidden* in 1987 with director Jack Sholden, in which he plays an FBI agent who's actually a space alien. Is it just coincidence that Special Agent Cooper also seems to be (as critic and *Peaks* freak John Leonard puts it) "receiving messages from outer space through fillings in his teeth"?

MacLachlan has been nominated for an Emmy for his role in *Twin Peaks*, and he will also appear in Oliver Stone's soon-to-be-released epic on The Doors.



**Left:** Kyle MacLachlan, who has appeared in several of Lynch's films, plays the seemingly clairvoyant Agent Cooper. **Opposite:** In *Twin Peaks*, Sheriff Truman (Michael Ontkean) is secretly seeing Josie Packard (Joan Chen).

14

### Sheriff Harry S. Truman

Sheriff Truman is a down-to-earth cop who simply can't fathom Cooper's loopy investigative style. Until the evidence can no longer be denied, he can't believe Cooper's intimations about the dastardly goings-on in Twin Peaks. But he doesn't mind taking a backseat to the brainy FBI agent. "I think I'd better start studying medicine," he tells Cooper, "because I'm beginning to feel like Dr. Watson." Truman is carrying on an affair with Jocelyn Packard, which may prove to be an embarrassment if her secret dealings with Hank Jennings (Norma's husband) ever come to light.



**15**

CHAPTER THREE

# "IT'S LIKE A BEAUTIFUL DREAM. . .AND THE MOST TERRIBLE NIGHTMARE"

## Episode One

This two-hour series pilot was directed by David Lynch.

In the bucolic Northwest lumber town of Twin Peaks, Pete Martell discovers a body on the riverfront outside the Packard Mill. He calls Sheriff Truman. . ."She's dead, wrapped in plastic," he sputters. Truman, Deputy Andy, and Doc Hayward go to inspect the body, which they discover to be that of Laura Palmer – the most popular girl in town. The body is wrapped in plastic sheeting and wound in white tape.

**35**



*Twin Peaks* begins with the discovery of Laura Palmer's body wrapped in plastic.

Meanwhile, Mrs. Palmer calls frantically around town, trying to find the missing Laura. Her husband, Leland, is at the Great Northern Hotel with Benjamin Horne making a sales pitch for "Ghostwood Country Club and Estates" to a group of Norwegians. It becomes apparent that Horne hasn't yet acquired the land for the development. Leland is called out of the presentation to answer a phone call from his wife. At that moment, Truman drives up to inform Leland of his daughter's death. This scene – with the Sheriff wordlessly conveying the tragic news, and an extended shot of the dropped telephone receiver, over which we hear Mrs. Palmer screaming – is one of the most powerful in the series. It's also unusual for a television whodunit. Usually, the discovery of a corpse is simply the event that gets the investigation underway; here, it is treated

36

sensitively, like something happening to real human beings.

Next we are introduced to the Double R Diner and its owner, Norma Jennings. Bobby Briggs, Laura's boyfriend, is there and offers Shelly Johnson, the waitress, a ride home. Bobby and Shelly are having a secret affair. Shelly assures Bobby that her husband, Leo, is not at home – he called her from Butte, Montana, at midnight and couldn't possibly be back yet. But as Bobby drives toward Shelly's house, Leo's truck – an ominous, powerful-looking truck – is in front of the house.

At the high school, Donna Hayward and James Hurley, two of Laura's closest friends, are shocked at the announcement of Laura's death. Bobby is called in for questioning and denies killing Laura. The school principal makes a tearful announcement over the intercom system, and the camera slowly moves in to a portrait of Laura in the school's trophy case. The clear implication is that the town has lost one of its finest young girls, someone that everyone loved. But we learn later that there is more than one side to Laura Palmer.

Under sedation, Mrs. Palmer tells the police that she last saw Laura go into her room at 9:00 the previous evening, where she apparently received one phone call. In Laura's bedroom, the police find her diary, which is locked, and a video camera. Word comes that Mr. Pulaski,

37

CHAPTER FOUR

# THE MAN WHO DREAMED UP TWIN PEAKS

**D**avid Lynch's entire biography in the press kit for his most recent film, *Wild at Heart,* reads: "Eagle Scout, Missoula, Montana." But there's much more to the life of this quirky, brilliant, creative mastermind. Born January 20, 1946, in Missoula, Montana, Lynch was the son of a research scientist for the USDA who was transferred frequently. Lynch's childhood was spent first in Boise, Idaho, and Spokane, Washington – the same woodsy, bucolic settings that would reappear in *Blue Velvet* and, of course, *Twin Peaks*. Then his family moved to the South: Durham, North Carolina, and Alexandria, Virginia, where he attended high school.

Growing up, David Lynch had an almost blissfully happy childhood – something you

87

would never expect from the tortured visions of childhood and parenthood that appear in every one of his films. But the sensitive boy did begin to realize that there was a darker reality behind the bland surroundings he grew up in. "Every once in a while, I would go to New York City to visit my grandparents and it would really freak me out," Lynch recalled to *Blitz* magazine. "I would see things in the subway. I think I started feeling fear. . .there was real fear of the unknown."

"You know little by little, just by studying science, that certain things are hidden – there are things you can't see," Lynch said in a *Rolling Stone* interview. "And your mind can begin to create many things to worry about. And then once you're exposed to fearful things, and you see that really and truly many, many, many things are wrong – and so many people are participating in strange and horrible things – you begin to worry that the peaceful, happy life could vanish or be threatened."

Lynch was indeed an Eagle Scout as a youth – he was even given the honor of seating VIPs at the inauguration of President John F. Kennedy. That's something to keep in mind when Agent Cooper worries aloud about "who pulled the trigger on JFK."

At first, Lynch was interested in being a painter, and he started attending weekend classes at the Corcoran School of Art in

88

Washington, D.C., with buddy Jack Fisk. After high school, both of them went to Boston Museum School. Lynch stayed a year, but he felt his fellow students weren't serious enough. He and Jack Fisk went to Europe in 1965. They planned to go for three years, but wound up staying only 15 days. "The mood wasn't right for me," Lynch told writers J. Hoberman and Jonathan Rosenbaum.

In late 1965, Lynch moved to Philadelphia to attend the Philadelphia Academy of Fine Art. Eventually, after marrying his first wife, Peggy, he bought a 12-room house in a deserted industrial area across the street from a morgue. Philadelphia was a terrifying experience for Lynch. "There was racial tension and just. . . violence and fear," he told writer Gary Indiana in a 1978 interview. Later, in the midst of publicity for his first commercially successful film, *The Elephant Man,* Lynch would recall to reporter Henry Bromell, "There was violence and hate and filth. A little girl pleading with her father to come home, and he's sitting on the curb. Guys ripping another guy out of a car while it's still moving. All kinds of scenes. It wasn't those things that did it, though. It was what they did when they sank inside of me. *Eraserhead* came out of that."

According to *Newsweek,* Lynch was fascinated by the body bags hanging outside the neighboring morgue. "The bags had a big zipper,

89

CHAPTER FIVE

# BEHIND THE CAMERA
# AT TWIN PEAKS

### Mark Frost — The Other Guy

### at Twin Peaks

Mark Frost, the *Hill Street Blues* veteran and one half of Lynch/Frost Productions, brings just as much of his personal background to the series as Lynch does. As a child, Frost spent his summers at his family's vacation home, located in Taborton in upstate New York. There, he became fascinated with the town's secrets, which included hidden affairs, political intrigues, and stories about the ghosts of murdered girls haunting the forests. "But it was all so hard to pin down because they were always just things that you would hear, and you never, never asked questions," Frost recalled to the *Los Angeles Times*.

**112**

Frost came to Hollywood in 1976, where he joined Steven Bochco on the writing staff of *The Six Million Dollar Man*. He left that show after a year to work as a PBS documentary producer and to write plays for the Guthrie Theater in Minneapolis. It was several years before he returned to L.A., once again at the invitation of Steven Bochco, to write for *Hill Street Blues*.

When *Hill Street* was finally taken off the air, after six years, Frost wrote the screenplay for the film *The Believers,* directed by John Schlesinger. He teamed up with David Lynch in 1986. The duo wrote two feature screenplays, entitled *Goddess* and *One Saliva Bubble,* neither of which attracted studio backing. *Twin Peaks* was the first commercial success for what came to be called Lynch/Frost Productions.

"The germ of *Twin Peaks*," Frost told the *Seattle Weekly,* "came out of David and I just talking about a town, a city in the Northwest full of mysteries, secret relationships, a sort of *film noir* undertone. . .That led to the idea of starting with the discovery of a body, a mysterious crime that would get the show off the ground, serve as a spinal column for the series. That in turn led us to topography, a map of the town, and that gave way to a history of the town that ended up going back over 100 years. And that suggested what kind of people lived there now and their interrelations, the

**113**



Much of the imaginary town of Twin Peaks is really in Snoqualmie, Washington. Here is the railroad bridge Ronette walked across.

way their pasts are connected, with the town's and each other's."

"One of the reasons our partnership is relatively free of contention is that we have a shared perception about what the world is, what reality is, what life is," Frost told *The New York Times.* "There is a design behind the world that we are living in, which is veiled to most of us most of the time, but every once in a while you catch a glimpse of it. To David Lynch, any film or television show should be life casting a shadow."

The production firm that participates in *Twin Peaks,* Propaganda Films, is one

**114**

CHAPTER SIX

# "THERE'S ALWAYS MUSIC IN THE AIR"

"I love this music," Audrey Horne tells Donna as she listens to some ethereal, jazzy piece emanating from the jukebox at the Double R Diner. "Isn't it too dreamy?"

Dreamy is the word for it, all right. In *Twin Peaks,* as in most of David Lynch's films, music is so important that it's almost a character in itself. The series sound track, which at times sounds like a soap-opera score on Percodan and at other times sounds more like bebop from Venus, crests at odd times in the series – at the discovery of Laura Palmer's corpse, for instance. Throughout the series, the recurring themes are effectively used to underscore emotional impact, reinforcing Lynch's vision of romance and evil.

The musical genius behind *Twin Peaks* is Angelo Badalamenti, an award-winning

**120**

composer who also collaborated with Lynch on the scores for *Blue Velvet, Wild at Heart,* and *Industrial Symphony No. 1,* a multimedia piece that premiered on stage in November 1989 and was released on video in the fall of 1990. Badalamenti has also written the scores for *Cousins, Tough Guys Don't Dance, Wait Until Spring,* and *National Lampoon's Christmas Vacation.*



Angelo Badalamenti, the creator of the eerie, hypnotic *Twin Peaks* music, has collaborated with Lynch on other projects.

**121**

In addition, Badalamenti has written scores for commercials, including David Lynch's ads for Obsession perfume. He has occasionally turned his hand to arranging, producing out pieces for such pop groups as the Pet Shop Boys.

Angelo Badalamenti worked with Lynch in the fall of 1989 to create the romantic, ominous music for *Twin Peaks*. After 20 minutes, he told *Entertainment Weekly,* he had produced the signature theme for the series, which he calls the "Love Theme." "You just wrote 75 percent of the score," Lynch told him excitedly. "It's the mood of the whole piece. It *is Twin Peaks*."

"David and I read each other very well in the creative world," Badalamenti said in the interview. "We can tune in to each other." According to Badalamenti, Lynch describes the mood he wants to create. Then the composer begins to improvise on one of the banks of electronic keyboards at his Manhattan studio. Lynch makes suggestions to fine-tune the piece, and the composition proceeds from there.

Julee Cruise performs the vocals for the two Lynch/Badalamenti compositions featured in *Twin Peaks,* "The Nightingale" and "Falling." She also appears as the lead singer of the group that's performing at the Road House just before the big fight breaks out. A native of Iowa, Cruise has been performing professionally from the age of 11. In Minneapolis, she performed at the Guthrie Theater and was a resident actress at

**122**

CHAPTER SEVEN

# HOT BLACK COFFEE
# AND CHERRY PIE

### Logjam — The *Twin Peaks* Quiz

**A**ll right, everybody – put on your thinking caps and stuff wads of cotton in your ears, because here's a little quiz to see how well you know *Twin Peaks* trivia. Some of the answers to these questions you can get just from having read this book. Others – and you *Peaks* freaks will know which ones they are – can be deduced only from watching the series. And some answers are revealed only in dreams and visions. . .

1. As Leland Palmer moans, "We've got to dance for Laura," what song is playing on the record player?
2. Who actually made the pot of coffee that Pete finds the fish in?

**126**

3. What is Agent Cooper's room number at the Great Northern?

4. What's the name of Leo Johnson's truck?

5. What, according to Agent Cooper, is the true test of any hotel?

6. What does Agent Cooper whittle during the stakeout at the Road House?

7. What restaurant does Cooper recommend when you're driving to Twin Peaks?

8. What lines the interior walls of Leo Johnson's house?

9. What's the name of the most popular television show in Twin Peaks?

10. What's the name of the park where Dr. Jacoby sees Madeleine disguised as Laura Palmer?

11. In addition to her diary, what piece of evidence found in Laura Palmer's bedroom does Cooper inspect in the first episode?

12. Cooper's and Ed's code names at One-Eyed Jack's are strangely reminiscent of the names of the stars of another famous television program. Which one?

13. What does Jerry say when Ben tells him the Norwegians have left?

14. Ben suspects the Icelanders are sniffing nitrous oxide. In what David Lynch film does nitrous oxide play a prominent role?

15. What did the one-armed man sell before he sold shoes?

Answers on page 128.

**127**

## The Wit and Wisdom of Agent Cooper

"Two things that continue to trouble me – and I'm speaking here not only as an agent of the Bureau but also as a human being. What really went on between Marilyn Monroe and the Kennedys. . .and who pulled the trigger on JFK?"

"I want two eggs, fried hard. I know, it's hard on the arteries. . .just about as hard as I want those eggs."

"Twenty-four-hour room service must be one of the premier achievements of modern civilization."

"I'm a strong sender."

"In the heat of an investigative pursuit, the shortest distance between two points is not necessarily a straight line."

"I'm gonna let you in on a little secret. Every day, once a day, give yourself a present. Don't plan it, don't wait for it, just let it happen. It could be a new shirt at the men's store, a catnap in your office chair. . .or two cups of good, hot, black coffee."

**ANSWERS:** 1. *Pennsylvania 6-5000*. 2. Josie Packard. 3. Room 315. He dictates it on his tape to Diane. 4. "Big Pussycat." It's shown in Episode Two. 5. "That morning cup of coffee." 6. A wooden whistle. 7. The Lamplighter Inn. 8. Plastic sheeting. 9. *Invitation to Love*. 10. Easter Park (get it? Easter? As in rising from the dead?). 11. A box of chocolate bunnies. 12. *The Flintstones*. 13. "We had those Vikings by the horns!" 14. *Blue Velvet*. 15. Pharmaceuticals.

128

# WELCOME TO
# TWIN PEAKS

### A Complete Guide to Who's Who & What's What



Get in on all the action of TV's hottest, wildest show! WELCOME TO TWIN PEAKS: A COMPLETE GUIDE TO WHO'S WHO AND WHAT'S WHAT is for everyone who is captivated with the show's audacious blend of murder, romance, and humor. The entertaining, fact-filled text gives you a complete first-season episode guide along with illuminating descriptions of the characters. Dozens of photographs, a behind-the-scenes look at the creators and cast of the series, and critical interpretations that will contribute to your enjoyment of the show are all included.

This publication is not licensed by, nor is Publications International, Ltd., affiliated with, Lynch/Frost Productions, Inc., Propaganda Films, Worldvision Enterprises, Inc., or Capital Cities/ABC, Inc. Television Network Group.



0 71162 00395 6   17031

ISBN 0-451-17031-8