UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Google Inc.,<br><br>        Defendant. | Case No. 05 CV 8136-DC |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# EXHIBIT

# 8

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**



amazon Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▼   Search   Books ▼   Super-lawyers

Hello. Sign in Your Account   Try Prime   0 Cart ▼   Wish List ▼

**Books**   Advanced Search   New Releases   Best Sellers   The New York Times® Best Sellers   Children's Books   Textbooks   Sell Your Books   Best Books of the Month

**Departments**
‹ Any Category
**Books**
  Lawyers & Criminals
    Humor (4)
  Humor (10)
  Satire (5)
  Lawyers & Judges (8)
  Crime & Criminals (1)
  American History (20)
  United States History (17)
  World History (1)
  Politics & Social Sciences (43)
  History (26)
  Biographies & Memoirs (42)

**Shipping Option** (What's this?)
  Free Super Saver Shipping (516)

**New Releases**
  Last 30 days (8)
  Last 90 days (24)
  Coming Soon (1)

**Avg. Customer Review**
  ★★★★☆ & Up (209)
  ★★★☆☆ & Up (236)
  ★★☆☆☆ & Up (244)
  ★☆☆☆☆ & Up (250)

**International Shipping**
(What's this?)
  ☐ AmazonGlobal Eligible (443)

**Condition**
  Collectible (74)
  New (563)
  Used (485)

**Availability**
  ☑ Include Out of Stock (586)



Books › "Super-lawyers"

Showing 1 - 12 of 586 Results   ▤ Detail  ▦ Image         Sort by  Relevance ▼

1. 
   **Super Threats: How to Sound Like a Lawyer and Get Your Rights on Your Own** by John M Striker and Andrew O. Shapiro (1977)
   ★☆☆☆☆ ▼ (3)
   | Formats | Price | New | Used |
   |---|---|---|---|
   | Hardcover | | $63.66 | $0.01 |

2. [No image available]
   **the Super-Lawyers** by Joseph C. Goulden (1972)
   | Formats | Price | New | Used |
   |---|---|---|---|
   | Hardcover | | | $9.88 |

3. 
   **Supermob: How Sidney Korshak and His Criminal Associates Became America's Hidden Power Brokers** by Gus Russo (Sep 5, 2006)
   ★★★★☆ ▼ (38)
   | Formats | Price | New | Used |
   |---|---|---|---|
   | Hardcover | | $13.02 | $6.04 |
   | Kindle Edition<br>Auto-delivered wirelessly | $9.39 | | |
   
   Other Formats: Hardcover;  Paperback

4. 
   **Superlawyers: America's Courtroom Celebrities : 40 Top Lawyers and the Cases That Made Them Famous** by Colin Evans (Sep 1997)
   | Formats | Price | New | Used | Collectible |
   |---|---|---|---|---|
   | Paperback | $6.48 | $0.01 | $3.66 | |

5. 
   **All You Need to Know About the Music Business: Eighth Edition** by Donald S. Passman (Dec 4, 2012)
   ★★★★★ ▼ (20)
   | Formats | Price | New | Used |
   |---|---|---|---|
   | Hardcover<br>In stock but may require an extra 1-2 days to process.<br>Eligible for **FREE** Super Saver Shipping. | ~~$32.00~~ **$21.69** ✓Prime | $17.70 | $17.31 |
   | Kindle Edition<br>Auto-delivered wirelessly | $16.49 | | |
   
   Excerpt - Back Matter: "... and Southern California's **Super Lawyers**. Check out Don's website at ..." See a random page in this book.
   
   Sell this back for an Amazon.com Gift Card

6.



Advertisement



The Street Lawyer: A Novel by John Grisham (Nov 23, 2010)

★★★☆☆ ▾ (1,130)

| Formats | Price | | New | Used | Collectible |
|---|---|---|---|---|---|
| Mass Market Paperback<br>Order in the next 27 hours to get it by Tuesday, Aug 27.<br>Eligible for FREE Super Saver Shipping. | $9.99 $8.48 | Prime | $2.99 | $0.01 | $4.95 |
| Kindle Edition<br>Auto-delivered wirelessly | $9.99 | | | | |

Other Formats: Hardcover;  Paperback;  Audio CD

7. 

The Living Room by Robert Whitlow (Jul 16, 2013)

★★★★☆ ▾ (55)

| Formats | Price | | New | Used |
|---|---|---|---|---|
| Paperback<br>Order in the next 26 hours to get it by Tuesday, Aug 27.<br>Eligible for FREE Super Saver Shipping. | $15.99 $12.08 | Prime | $8.12 | $7.69 |
| Kindle Edition<br>Auto-delivered wirelessly | $8.63 | | | |

Other Formats: Hardcover

Excerpt - Page 401: "... supposed to be this **super lawyer** who intimidates everyone in ..." See a random page in this book.

8. 

She-Hulk Vol. 2: Superhuman Law by Dan Slott, Juan Bobillo and Paul Pelletier (Jul 19, 2006)

★★★☆☆ ▾ (9)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $27.99 | $29.99 |

Sell this back for an Amazon.com Gift Card

9. 

Super Threats: How to Sound Like a Lawyer and Get Your Rights on Your Own (1978)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | | $8.55 |

10. 

The Fall of the House of Zeus: The Rise and Ruin of America's Most Powerful Trial Lawyer by Curtis Wilkie (Sep 13, 2011)

★★★★☆ ▾ (50)

| Formats | Price | | New | Used | Collectible |
|---|---|---|---|---|---|
| Paperback<br>Order in the next 27 hours to get it by Tuesday, Aug 27.<br>Only 13 left in stock - order soon.<br>Eligible for FREE Super Saver Shipping. | $16.00 $12.09 | Prime | $8.04 | $5.76 | $200.00 |
| Kindle Edition<br>Auto-delivered wirelessly | $11.99 | | | | |

Other Formats: Hardcover;  Audio CD;  Audible Audio Edition

Excerpt - Page 106: "... trade publication as among the "**super lawyers**" in the Mid-South. ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

11. A Young Lawyer's Jungle Book: A Survival Guide by Thane Josef Messinger (Mar 1, 1999)

★★★☆☆ ▾ (33)

| Formats | Price | | New | Used |
|---|---|---|---|---|
| Paperback<br>Order in the next 27 hours to get it by Tuesday, Aug 27. | $18.95 $14.99 | Prime | $8.45 | $0.01 |

Case 1:05-cv-08136-DC   Document 1073-12   Filed 08/26/13   Page 4 of 5



Only 8 left in stock - order soon.
Eligible for **FREE** Super Saver Shipping.

Excerpt – "... and acting like a **super**-sharp **lawyer** is almost more important than the ..." Read More

12. 

**The Fifties** by David Halberstam (May 10, 1994)

(162)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|
| **Paperback**<br>Order in the next **27 hours** to get it by **Tuesday, Aug 27**.<br>Eligible for **FREE** Super Saver Shipping. | ~~$17.95~~ **$13.26** ✓Prime | $9.09 | $0.17 | $8.49 |
| **Kindle Edition**<br>Auto-delivered wirelessly | $9.99 | | | |

Other Formats: Hardcover; Audio Cassette

Excerpt - Page 343: "... moving ahead to test the **Super**, **lawyers** hired by the Atomic Energy ..."
See a random page in this book.

◀ Previous Page    **1**  2  3  ...  49    Next Page ▶

**Sponsored Links**

1. **Divorce Law Firm Phila**     Expert **Lawyer** Free Consultation Divorce & Custody Cases. Visit Us!
   www.gproslaw.com/

2. **Super Lawyers**     Search Local **Lawyer** Listings for Free at FindLaw.com.
   **lawyers**.findlaw.com/

3. **Hurt at work? Can't Work?**     Workers Comp & Disability Attorney Lump sum settlements - Free Consult   www.cullenlegal.net/

4. **Foreclosure Defense Firm**     Getting the LOAN MOD runaround? Fight the Lender & Save Your Home.   www.simonilaw.com/

See a problem with these advertisements? Let us know

**Search Feedback**

Did you find what you were looking for?  [ Yes ] [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

Advertisement

Search powered by A9

**Your Recent History** (What's this?)

| You have no recently viewed items.<br><br>After viewing product detail pages, look here to find an easy way to navigate back to pages | **Continue Shopping:** Top Sellers | Page 1 of 25 |
|---|---|---|

you are interested in.




**War Brides**
Helen Bryan
(2,763)
Kindle Edition
$4.99



**Bonhoeffer: Pastor, Martyr,...**
Eric Metaxas
(891)
Kindle Edition
$9.20



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

**amazon.com**

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | Askville<br>Community<br>Answers |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates