**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

Google Inc.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 05 CV 8136-DC

**FILED UNDER SEAL**

# EXHIBIT

# 9

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**



**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | Books ▾ | Steve Hovley | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List ▾

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Sell Your Books | Best Books of the Month

**Departments**
‹ Any Category
**Books**

**Shipping Option** (What's this?)
Free Super Saver Shipping (23)

**New Releases**
Last 30 days
Last 90 days (1)
Coming Soon

**Avg. Customer Review**
★★★★☆ & Up (21)
★★★☆☆ & Up (22)
★★☆☆☆ & Up (22)
★☆☆☆☆ & Up (22)

**International Shipping**
(What's this?)
☐ AmazonGlobal Eligible (16)

**Condition**
Collectible (7)
New (25)
Used (25)

**Availability**
☑ Include Out of Stock (25)



Books › "Steve Hovley"

Showing 1 - 12 of 25 Results                          Sort by [Relevance]

1. **Ball Four** by Jim Bouton (Jul 12, 1990)
   ★★★★☆ (161)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $15.95 **$12.04** *Prime* | $8.50 | $1.99 | $6.95 |
| Kindle Edition<br>Auto-delivered wirelessly | $9.99 | *Prime* (read for free, Join Amazon Prime) to buy | | |

Other Formats: Hardcover;  MP3 CD;  Audible Audio Edition

Excerpt - Front Matter: "... One of my roommates, **Steve Hovley**, said I was the first fan to make it ..."
See a random page in this book.

2. 

   **Baseball's New Frontier: A History of Expansion, 1961-1998** by Fran Zimniuch and Branch Rickey III (Jun 1, 2013)
   ★★★★☆ (4)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $19.95 **$15.16** *Prime* | $11.97 | $10.97 |
| Kindle Edition<br>Auto-delivered wirelessly | $9.99 | | |

Excerpt - Page 66: "... Harris (IF) Cleveland 35 - **Steve Hovley** (OF) California 38 - Don O ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

3. **Nine Innings** by Daniel Okrent (Apr 10, 2000)
   ★★★☆☆ (30)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $16.95 **$13.22** *Prime* | $6.32 | $1.26 |
| Kindle Edition<br>Auto-delivered wirelessly | $9.32 | | |

Other Formats: Hardcover

Excerpt - Page 126: "... he exclaimed. "For **Steve Hovley** and Jerry McNertney!" Hovley and ..." See a random page in this book.

4. 

   **Baseball Eccentrics: A Definitive Look at the Most Entertaining, Outrageous and Unforgettable Characters in the...** by Bill "Spaceman" Lee and Jim Prime (Apr 1, 2007)
   ★★★☆☆ (2)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|
| Hardcover<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Only 1 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | $22.95 **$20.66** *Prime* | $2.49 | $0.01 | $5.75 |
| Kindle Edition<br>Auto-delivered wirelessly | $19.63 | | | |

Excerpt – "... he said. **Steve Hovley** Steve Hovley was a California free spirit and ..." Read More

5.

Amazon.com: Steve Hovley: Books



**The Gigantic Book of Baseball Quotations** by Wayne Stewart and Roger Kahn (Oct 1, 2007)

★★★★½ ▾ (5)

| Formats | Price | New | Used |
|---|---|---|---|
| **Hardcover** Order in the next **24 hours** to get it by **Tuesday, Aug 20**. Only 2 left in stock - order soon. Eligible for **FREE** Super Saver Shipping. | ~~$24.95~~ **$22.46** ✓Prime | $9.68 | $4.99 |
| **Kindle Edition** Auto-delivered wirelessly | **$14.72** | | |

Excerpt - Page 562: "... negative feedback. — **Steve Hovley** of the Seattle Pilots My ..." See a random page in this book.

6.



**A's Essential: Everything You Need to Know to Be a Real Fan!** by Steven Travers and Billy Beane (Apr 1, 2007)

★★★★★ ▾ (2)

| Formats | Price | New | Used |
|---|---|---|---|
| **Hardcover** Order in the next **25 hours** to get it by **Tuesday, Aug 20**. Only 4 left in stock - order soon. Eligible for **FREE** Super Saver Shipping. | ~~$19.95~~ **$17.96** ✓Prime | $8.79 | $8.80 |
| **Kindle Edition** Auto-delivered wirelessly | **$9.99** | | |

Excerpt - Back Matter: "... House (C) Ben Houser (1B) **Steve Hovley** (OF) Steve Howard (OF) Jay ..." See a random page in this book.

7.



**The Funniest Baseball Book Ever: The National Pastime's Greatest Quips, Quotations, Characters, Nicknames, and...** by Peter Handrinos (Apr 6, 2010)

★★★☆☆ ▾ (9)

| Formats | Price | New | Used |
|---|---|---|---|
| **Paperback** Order in the next **23 hours** to get it by **Tuesday, Aug 20**. Only 4 left in stock - order soon. Eligible for **FREE** Super Saver Shipping. | ~~$14.99~~ **$11.90** ✓Prime | $7.91 | $2.93 |
| **Kindle Edition** Auto-delivered wirelessly | **$7.69** | | |

Excerpt - Page 176: "... With me still in it. **sTEvE HovLEy** Retirement As a group, their ..." See a random page in this book.

8.



**Yankee Pride: The Story of the New York Yankees in the 1960s ... Baseball's Real Golden Age** by Carroll Conklin (Jun 7, 2012)

★★★★★ ▾ (1)

| Formats | Price | New | Used |
|---|---|---|---|
| **Paperback** Order in the next **20 hours** to get it by **Tuesday, Aug 20**. Eligible for **FREE** Super Saver Shipping. | ~~$14.99~~ **$13.49** ✓Prime | $11.50 | $20.61 |

Excerpt - Page 295: "... inning on an RBI single from **Steve Hovley** (16) and a 3- run homer from ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

9.

**Now Batting, Number...: The Mystique, Superstition, and Lore of Baseball's Uniform Numbers** by Jack Looney and John Tremmel (Jan 1, 2007)

★★★★½ ▾ (10)

| Formats | Price | New | Used |
|---|---|---|---|
| **Hardcover** | | $9.27 | $0.01 |
| **Hardcover** Order in the next **25 hours** to get it by **Tuesday, Aug 20**. Eligible for **FREE** Super Saver Shipping. | ~~$29.95~~ **$11.98** ✓Prime | $11.41 | $2.45 |

Excerpt – "... F' 29 TOM MURPHY-P ~ O 30 **STEVE HOVLEY**-OF 32 MIKE (RED) HEDLUND-P 33 ..." Read More

10.

**Angels Journal: Year by Year and Day by Day with the Los Angeles Angels Since 1961** by John Snyder (Apr 13, 2010)

★★★★★ ▾ (3)



| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $5.98 | $2.50 |
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | ~~$29.95~~ **$11.98** ✓Prime | $5.99 | $4.50 |

Excerpt - Page 46: "... Randy Brown (18th round) and **Steve Hovley** (35th round) played in the ..."
See a random page in this book.

11.  **Baseball State by State: Major and Negro League Players, Ballparks, Museums and Historical Sites** by Chris Jensen (Jul 26, 2012)

☆☆☆☆☆ ▽ (5)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback<br>Order in the next **23 hours** to get it by **Tuesday, Aug 20**.<br>Only 4 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | ~~$55.00~~ **$49.50** ✓Prime | $36.85 | $45.99 |
| Kindle Edition<br>Auto-delivered wirelessly | $19.24 | | |

Excerpt - Index: "... 253 Houston, Tyler 184-185 **Hovley**, **Steve** "Orbit," "Tennis Ball ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

12.  **No-Hitters: The 225 Games, 1893-1999** by Allen Lewis (Feb 15, 2000)

☆☆☆☆☆ ▽ (3)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $78.47 | $18.97 |

Excerpt – "... Mayberry. A one-out walk to **Steve Hovley** mattered little. The ..." Read More

‹ Previous Page   **1** 2 3   Next Page ›

**Search Feedback**

Did you find what you were looking for?  [ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

Watch Anywhere, Anytime. amazon Prime START FREE TRIAL ›

Advertisement

Search powered by A9

**Your Recent History** (What's this?)

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |

Amazon.com: Steve Hovley: Books

| | | | |
|---|---|---|---|
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | Askville<br>Community<br>Answers |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Steve Hovley: Books

Case 1:05-cv-08136-DC   Document 1073-13   Filed 08/26/13   Page 6 of 10

**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Off to College — Save now
Daily Lightning Deals — Sponsored by Philips Norelco

Shop by Department | Search | Books ▼ | Steve Hovley

Hello. Sign in — Your Account | Try Prime | 0 Cart | Wish List

**Books** | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Sell Your Books | Best Books of the Month

**Departments**
‹ Any Category
**Books**

**Shipping Option** (What's this?)
Free Super Saver Shipping (23)

**New Releases**
Last 30 days
Last 90 days (1)
Coming Soon

**Avg. Customer Review**
★★★★☆ & Up (21)
★★★☆☆ & Up (22)
★★☆☆☆ & Up (22)
★☆☆☆☆ & Up (22)

**International Shipping**
(What's this?)
☐ AmazonGlobal Eligible (16)

**Condition**
Collectible (7)
New (25)
Used (25)

**Availability**
☑ Include Out of Stock (25)



Books › "Steve Hovley"

Showing 13 - 24 of 25 Results

Sort by [Relevance]

13. **Dog Days: The New York Yankees' Fall From Grace and Return to Glory, 1964-1976** by Philip Bashe (Sep 30, 2000)
    ☆☆☆☆☆ (3)
    | Formats | Price | New | Used |
    |---|---|---|---|
    | Paperback<br>Order in the next **20 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $23.95 **$21.56**  | $17.55 | $35.96 |
    Excerpt – "... such notorious "flakes" as Boston's Bill Lee and Seattle's **Steve Hovley** ..." Read More

14. **Leadoff Batters of Major League Baseball: Complete Statistics, 1900-2005** by Herman O. Krabbenhoft (Jan 11, 2006)
    ☆☆☆☆☆ (1)
    | Formats | Price | New | Used |
    |---|---|---|---|
    | Paperback<br>Order in the next **24 hours** to get it by **Tuesday, Aug 20**.<br>Only 1 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | $39.95 **$35.96** Prime | $27.97 | $27.98 |
    Excerpt - Index: "... 339 Householder, Paul ¡70 **Hovley**, **Steve** 256, 258 Howard, David 256 ..." See a random page in this book.

15. **Complete Baseball Record Book 1999 (Serial)** by Craig Carter (Apr 1999)
    ☆☆☆☆☆ (1)
    | Formats | Price | New | Used | Collectible |
    |---|---|---|---|---|
    | Paperback | | $207.78 | $1.31 | $8.00 |
    Excerpt – "... homers by rookie Most hits 3-**Steve Hovley**, 91 games, 1969 126-Tommy ..." Read More

16. **One Win Wonders** by George Rose (Feb 7, 2009)
    ★★★★☆ (1)
    | Formats | Price | New | Used |
    |---|---|---|---|
    | Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $18.94 **$17.05** Prime | $17.05 | $15.30 |
    | Kindle Edition<br>Auto-delivered wirelessly | $5.95 | | |
    Excerpt – "... right to centerfielder **Steve Hovley**. From the time the pitch left ..." Read More

17. **The Baseball Rookies Encyclopedia** by Dave Zeman and David J. Nemec (Oct 2004)
    ★★★★☆ (3)
    | Formats | Price | New | Used | Collectible |
    |---|---|---|---|---|
    | Paperback<br>Order in the next **20 hours** to get it by **Tuesday, Aug 20**.<br>Only 1 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | $24.95 **$18.60** Prime | $1.95 | $0.01 | $8.50 |
    | Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $24.95 **$9.98** Prime | $4.24 | $2.26 | |
    Excerpt – "... than 23 games. Outfielder **Steve Hovley** hit .277 in 91 contests ..." Read More

18.

http://www.amazon.com/s/ref=sr_pg_2?rh=n%3A283155%2Ck%3ASteve+Hovley&page=2&keywords=Steve+Hovley&ie=UTF8&qid=1376861394[8/18/2013 5:35:35 PM]

Amazon.com: Steve Hovley: Books



Advertisement



**The McFarland Baseball Quotations Dictionary, 3d ed.** by David H. Nathan (Feb 8, 2011)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Only 1 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | $45.00 $40.50 *Prime* | $39.91 | $10.13 |

Excerpt - Page 248: "... cracker.— Outfielder **Steve Hovley**. 4579 A man once told me to ..." See a random page in this book.

19. **The Ultimate Celebrity Address & Phone Book: Autograph Collecting & Media Guide** by Cord Coslor (Nov 1, 2004)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback<br>Order in the next **20 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $34.50 $31.05 *Prime* | $31.05 | $27.06 |

Excerpt - Page 171: "... Fax #: e-mail: Web: Info: **Steve Hovley** - **NOT** 205 1/2 S Lomita ..." See a random page in this book.

20. 

**Day-by-Day in Baltimore Orioles History** by Ted Patterson (May 1, 1999)

★★★★★ (1)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $16.43 | $4.44 |

Excerpt – "... Stadium as Amos Otis and **Steve Hovley** collide while going after ..." Read More

21. 

**The Hard Way: Writing by the Rebels Who Changed Sports** by Will Balliett and Thomas Dyja (Nov 9, 1999)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|
| Paperback | | $1.00 | $0.01 | $7.43 |

Excerpt – "... all your weapons. One thing you don't do is what **Steve Hovley** did. ..." Read More

22. 

**Complete Baseball Record Book** by Craig Carter (Feb 21, 2001)

★★★★½ (2)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $6.95 | $0.01 |

Excerpt – "... Most homers by rookie 3-**Steve Hovley**, 91 games, 1969 Danny Walton ..." Read More

23. 

**A Catcher's Story** by Jim Hibbs (Apr 4, 2012)

★★★★½ (11)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|
| Paperback<br>Order in the next **20 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | $7.99 $7.19 *Prime* | | $7.49 | $14.95 |
| Kindle Edition<br>Auto-delivered wirelessly | $1.99 | *Prime* (read for free, Join Amazon Prime)<br>to buy | | |

Other Formats: Hardcover

Excerpt - Front Matter: "... our baseball lives our paths would intertwine. His name is **Steve Hovley** ..." See a random page in this book.

24. **Baseball's Greatest Quotations Rev. Ed.: An Illustrated Treasury of Baseball Quotations and Historical Lore** by Paul Dickson (Sep 2, 2008)

★★★★★ (3)

| Formats | Price | New | Used | Collectible |
|---|---|---|---|---|

Amazon.com: Steve Hovley: Books



| | | | |
|---|---|---|---|
| Hardcover | $34.95 | $8.78 | $45.00 |
| Paperback<br>Order in the next **25 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping. | ~~$19.95~~ **$7.98** Prime | $7.86 | $1.74 |

Excerpt – "... b) **Steve Hovley**, (c) Mike Marshall, (d) Mike Shan- non. ..." Read More

❮ Previous Page        1  **2**  3        Next Page ❯

**Sponsored Links**

- **Steve Hovley** 🗗   **Steve Hovley** cards from $0.75 Over 150,000 cards Online
  www.baseballcardzone.com/

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for?  [ Yes ]  [ No ]
If you need help or have a question for Customer Service, please *visit the Help Section*.



Advertisement

Search powered by A9

**Your Recent History** (What's this?)



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

Amazon.com: Steve Hovley: Books

Case 1:05-cv-08136-DC   Document 1073-13   Filed 08/26/13   Page 9 of 10

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | Askville<br>Community<br>Answers |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

http://www.amazon.com/s/ref=sr_pg_2?rh=n%3A283155%2Ck%3ASteve+Hovley&page=2&keywords=Steve+Hovley&ie=UTF8&qid=1376861394[8/18/2013 5:35:35 PM]

amazon Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Off to College
Daily Lightning Deals
Save now
Sponsored by Philips Norelco

Shop by Department | Search | Books ▼ | Steve Hovley | | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

**Books** | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Sell Your Books | Best Books of the Month

### Departments
‹ Any Category
**Books**

Books › "Steve Hovley"

Showing 25 - 25 of 25 Results

Sort by [Relevance]

**Shipping Option** (What's this?)
Free Super Saver Shipping (23)

**New Releases**
Last 30 days
Last 90 days (1)
Coming Soon

**Avg. Customer Review**
★★★★☆ & Up (21)
★★★☆☆ & Up (22)
★★☆☆☆ & Up (22)
★☆☆☆☆ & Up (22)

**International Shipping**
(What's this?)
☐ AmazonGlobal Eligible (16)

**Condition**
Collectible (7)
New (25)
Used (25)

**Availability**
☑ Include Out of Stock (25)

25. **Complete Baseball Record Book, 2004 Edition** by Sporting News and The Sporting News (Jan 4, 2004)

☆☆☆☆☆ ☑ (1)

| Formats | Price | New | Used |
| --- | --- | --- | --- |
| Paperback | | $24.99 | $0.01 |

Excerpt – "... Most homers by rookie 3-**Steve Hovley**, 91 games, 1969 Danny Walton ..." Read More

◀ Previous Page   1   2   **3**   Next Page ▶

**Sponsored Links**

- **Steve Hovley** ↗
  **Steve Hovley** cards from $0.75 Over 150,000 cards Online
  www.baseballcardzone.com/

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for?  [Yes]  [No]
If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9