UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

Google Inc.,

        Defendant.

------------------------------------- x

Case No. 05 CV 8136-DC

**FILED UNDER SEAL**

# EXHIBIT

# 10

**TO THE DECLARATION OF MICHAEL J. BONI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

Amazon.com: Minoru Yasui: Books

**amazon** Try Prime

Your Amazon.com  Today's Deals  Gift Cards  Sell  Help

Off to College — Save now — Daily Lightning Deals — Sponsored by Philips Norelco

Shop by Department ▾ | Search | Books ▾ | Minoru Yasui | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Sell Your Books | Best Books of the Month

**Departments**
‹ Any Category
**Books**

**Shipping Option** (What's this?)
Free Super Saver Shipping (44)

**Avg. Customer Review**
★★★★☆ & Up (25)
★★★☆☆ & Up (26)
★★☆☆☆ & Up (26)
★☆☆☆☆ & Up (26)

**International Shipping**
(What's this?)
☐ AmazonGlobal Eligible (37)

**Condition**
Collectible (8)
New (49)
Used (49)

**Availability**
☑ Include Out of Stock (59)






Xfinity XFINITY® TRIPLE PLAY ONLINE EXCLUSIVE OFFER GET STARTED AT $79.99 A MONTH FOR 12 MONTHS + $300 VISA® PREPAID CARD  LEARN MORE ▸

Books › "Minoru Yasui"

Showing 1 - 12 of 59 Results                                   Sort by [Relevance ▾]

1. **Minoru Yasui v. U S U.S. Supreme Court Transcript of Record with Supporting Pleadings** by E F BERNARD, Additional Contributors and U.S. Supreme Court (Oct 27, 2011)

   | Formats | Price | New | Used |
   |---|---|---|---|
   | Paperback<br>Order in the next **19 hours** to get it by **Tuesday, Aug 20**.<br>Only 1 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | ~~$35.99~~ **$31.12** ✓Prime | $22.80 | $45.34 |

2. **Strangers from a Different Shore: A History of Asian Americans, Updated and Revised Edition** by Ronald Takaki (Sep 23, 1998)

   ★★★★★ ▾ (22)

   | Formats | Price | New | Used | Collectible |
   |---|---|---|---|---|
   | Paperback<br>Order in the next **24 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping and 1 more promotion ▾ | ~~$17.99~~ **$13.14** ✓Prime | $4.99 | $4.66 | $39.95 |

   Excerpt - Page 408: "... orders were unconstitutional, **Minoru Yasui** of Portland refused to obey ..." See a random page in this book.

3. **Workplace English Language Japanese Language Book** by Minoru Yasui (2004)

   | Formats | Price | New | Used |
   |---|---|---|---|
   | Hardcover<br>Currently unavailable | | | |

4. **Hood River, Oregon: People from Hood River, Oregon, Minoru Yasui, Cecil D. Andrus, Jesse Merz, Kihr, Don Wakamatsu...** by LLC Books (2010)

   | Formats | Price | New | Used |
   |---|---|---|---|
   | Paperback<br>Currently unavailable | | | |

5. **Shogakukan Random House English-Japanese Dictionary** by Minoru Yasui, Tetsuya Kunihiro, Katsuaki Horiuchi, Stuart Berg Flexner Eds Tomoshichi Konishi (1994)

   ★★★★☆ ▾ (2)

   | Formats | Price | New | Used |
   |---|---|---|---|
   | JP Oversized | | $202.26 | $50.00 |

6. **Only What We Could Carry: The Japanese American Internment Experience** by Lawson Fusao Inada (Aug 1, 2000)

   ★★★★☆ ▾ (13)

   | Formats | Price | New | Used |
   |---|---|---|---|
   | Paperback<br>Order in the next **24 hours** to get it by **Tuesday, Aug 20**.<br>Only 10 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | ~~$21.95~~ **$15.66** ✓Prime | $13.18 | $6.49 |

   Excerpt - Page 323: "... Nisei citizenship status. 7. **Minoru Yasui** violated the Army's curfew ..." See a

random page in this book.

7.  **Constitutional Law Stories, 2d** by Michael C. Dorf (Jul 9, 2009)

★★★☆☆ (2)

| Formats | Rent | Buy | New | Used |
|---|---|---|---|---|
| **Paperback**<br>Order in the next **24 hours** to get it by **Tuesday, Aug 20**.<br>Eligible for **FREE** Super Saver Shipping and<br>1 more promotion | $11.99 Prime | $41.80 | $34.97 | $19.56 |
| **Kindle Edition**<br>Auto-delivered wirelessly | | $15.40 | | |

Excerpt - Page 233: "... Litigants—Minoru Yasui **Minoru Yasui** was born in Hood River ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

8.  **A Principled Stand: The Story of Hirabayashi v. United States (Scott and Laurie Oki Series in Asian American Studies...** by Gordon Hirabayashi, James A. Hirabayashii and Lane Ryo Hirabayash (Mar 22, 2013)

| Formats | Price | New | Used |
|---|---|---|---|
| **Hardcover**<br>Order in the next **23 hours** to get it by **Tuesday, Aug 20**.<br>Only 11 left in stock - order soon.<br>Eligible for **FREE** Super Saver Shipping. | ~~$29.95~~ $21.36 Prime | $17.71 | $17.71 |
| **Kindle Edition**<br>Auto-delivered wirelessly | $16.17 | | |

Excerpt - Front Matter: "... teams for Fred Korematsu, **Minoru Yasui**, and Gordon Hirabayashi ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

9.  **Eigogaku shi (Gendai no Eigogaku shirizu) (Japanese Edition)** by Minoru Yasui (1988)

| Formats | Price | New | Used |
|---|---|---|---|
| Tankobon Hardcover | | | $58.20 |

10.  **Current bibliography on linguistics and English linguistics 1978-1982** by Minoru Yasui (1983)

| Formats | Price | New | Used |
|---|---|---|---|
| Tankobon Hardcover | | | $17.61 |

11.  **A Better Guide to English Grammar [In Japanese Edition]** by Yasui Minoru (1982)

| Formats | Price | New | Used |
|---|---|---|---|
| Tankobon Hardcover | | | $19.95 |

12.  **Asian American: Minoru Yasui** by Beth Lyons

| Formats | Price | New | Used |
|---|---|---|---|
| **Hardcover**<br>Currently unavailable | | | |

‹ Previous Page    **1** 2 3 4 5    Next Page ›

**Search Feedback**

Did you find what you were looking for?  [ Yes ] [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.