UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,

   Plaintiffs,

  v.

Google Inc.,

   Defendant.

Case No. 05 CV 8136-DC

------------------------------------- x

# ATTACHMENT



# E

TO THE DECLARATION OF PAUL AIKEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT




September 15, 2004

# Amazon to Take Searches on Web to a New Depth
### By JOHN MARKOFF

**P**ALO ALTO, Calif., Sept. 14 - Amazon.com, the e-commerce giant, plans to take aim at the Internet search king Google with an advanced technology that the company says will take searches beyond mere retrieval of Web pages to let users more fully manage the information they find.

A9.com, a start-up owned by Amazon, said in a briefing here on Tuesday that it planned to make the new version of its search service, named A9.com, available Tuesday evening. The service will offer users the ability to store and edit bookmarks on an A9.com central server computer, keep track of each link clicked on previous visits to a Web page, and even make personal "diary" notes on those pages for viewing on subsequent visits.

"In a sense, this is a search engine with memory," said Udi Manber, a computer scientist who was a pioneer in online information retrieval and worked at Yahoo before moving to Amazon two years ago.

Mr. Manber created the original A9 search service, which is based in part on search results from Google. He also led the development of Amazon's "search inside the book" project, which lets visitors to the Amazon.com and A9.com Web sites search the complete contents of more than 100,000 books the company has digitally scanned.

Amazon's entry into the search engine wars will certainly raise the stakes in an already heated battle for control of what is believed to be the high ground in Internet commerce and advertising.

Google, which had a widely watched public stock offering last month, is still the dominant provider of search results with approximately 250 million daily searches. But Yahoo and Microsoft have become direct competitors, and a number of start-up companies are busy developing search technologies.

Google executives did not return calls asking for comment.

Amazon is also offering a dialog box that will enable customers on the Amazon.com shopping site to use A9 service to perform Web searches. Company executives say they have no immediate plans to compete head-on with Google and the other search providers. But analysts say the company is aware that search engines are often the starting point for online shopping and cannot help but see broader business opportunities for expanding more fully into online searching.

"They've downplayed the idea that they're going into search," said Danny Sullivan, editor of Search Engine Watch, an industry Web site. "They say, 'we're not competing.' But at the same time you have to wonder why they're doing it, and it's likely they're doing it because they see some potential in search."

Amazon quietly established A9 last year as a subsidiary in a large office building here. The start-up has been offering a search demonstration page, which has so far been limited to the ability to record a history of Web searches.

The new service goes much further, adding the ability to organize and retrieve past searches. The idea is to make searching more useful by making it easier to remember where a Web browser has gone before.

"The ability to search through your own history of personal Web searches is insanely powerful," said John Battelle, a writer and consultant who is the organizer of the Web 2.0 conference to be in San Francisco next month. "This is a big deal," Mr. Battelle said. "But the question is will people get the habit of using it?"

The new A9 search page permits users to search the Web and simultaneously retrieve related information from Google's search results and its image search service, reference material from the GuruNet service and additional information from the Internet Movie Database.

A9 executives said that the new version of the service was simply a first release and that the company had extensive plans for adding new capabilities.

"This is just version 1.0," said Mr. Manber. "There is a lot more to come."

But Mr. Manber, who began working on information retrieval in the early 1990's as a faculty member at the University of Arizona, was reticent to discuss whether A9 would become a direct competitor to Google.

A9 is currently using Google search results and displaying the syndicated Google Adwords advertisements. The two companies share revenue from the advertisements. Amazon also has its own independent technology for indexing the Web, as a result of its purchase in 1999 of Alexa, a search company founded by the information retrieval specialist Brewster Kahle. The new version of A9 offers some Web traffic information derived from Alexa, but not search results.

Initially, A9 will focus on managing information like bookmarks and search history, Mr. Manber said. "It's not just about search," he said. "It's about managing your information."

The A9 service will include a Web browser tool bar that has several innovative features, like the ability to create instant lists from individual Web pages and then use the lists to move among those pages.

Moreover, it will offer a home page giving users the ability to edit and move Web links easily for later retrieval.

The A9 site will also offer a "discovery" feature that gives Internet browsers suggestions on Web sites that they may find interesting, based on their searches - a feature similar to the product recommendation features offered on Amazon.

Mr. Manber said that A9 had no current plans to include paid ads in search research or to give a preference to products sold on Amazon. But he also said that he could not comment on future plans, except to say that A9 did have plans for new search technologies that would generate revenue.

He stressed that the evolution of Internet search capabilities was still in its earliest stages. "We're in the Wright brothers phase of search technology," he said.

A9 executives said they were acutely aware of potential privacy concerns raised by the personalized nature of the service and said they were doing a variety of things to address the issue.

There will be a version of the A9 service that will offer anonymous searches, for example, Mr. Manber said. Moreover, it will be possible to turn off the history feature, remove information from an individual history list and even entirely clear the history results that are stored on the A9 server, he said.

"The new thing here is not that this information is being collected," he said, but rather that A9 is actually letting Web users have access to their browsing histories for their own purposes.

Copyright 2004 The New York Times Company | Home | Privacy Policy | Search | Corrections | RSS | Help | Back to Top