UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

The Authors Guild, Inc., Associational Plaintiff, :
Betty Miles, Joseph Goulden, and Jim Bouton, :
individually and on behalf of all others similarly :
situated, :
                                                     :    Case No. 05 CV 8136-DC
       Plaintiffs, :

       v. :

Google Inc., :

       Defendant. :

------------------------------------- x

# ATTACHMENT



# H

TO THE DECLARATION OF PAUL AIKEN IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT



# News from Google

Subscribe

# Google Announces New Mapping Innovations at Where 2.0 Conference

Announcement
May 29, 2007

This morning at the Where 2.0 conference in San Jose, John Hanke, Director of Google Earth & Maps, announced new innovations for Google Maps that offer a whole new perspective on search: Street View andMapplets. Available on Google Maps at maps.google.com, Street View and Mapplets further Google's commitment to provide users with the mostinnovative maps available online and developers with new tools for creating and sharing geographic content.

Street View is a new feature of Google Maps that enables users to view and navigate within 360 degree street level imagery of various cities inthe US. Street View provides users with a rich, immersive browsing experience directly in Google Maps, enabling greater understanding of a specific location or area. Street View imagery will initially be available for maps of the San Francisco Bay Area, New York, Las Vegas, Denver and Miami, and will soon expand to other metropolitan areas. By clicking on the "Street View" button in Google Maps, users can navigate street level, panoramic imagery. With Street View users can virtuallywalk the streets of a city, check out a restaurant before arriving, and even zoom in on bus stops and street signs to make travel plans.

Google also announced the launch of Mapplets, a powerful new tool for developers and consumers alike. Mapplets enables third party developers to create mini applications that can be displayed on Google Maps, much like Google Gadgets are displayed on iGoogle. These Mapplets contain a variety of information, from housing listings to crime data, and tools like distance measurement. Users can select from a wide range of Google and third party Mapplets to display on the Map, essentially creating their own "mashup of mashups" directly on the

Google Maps site, while still enjoying the built-in functionality of Google Maps, such as local search and driving directions. A number of our partners, includingWeatherBug, Booking.com and Platial have already created Mapplets. This feature is available at maps.google.com/preview.