# EXHIBIT 1

The Library of Congress                                          >> Go to Library of Congress Authorities

 **LIBRARY OF CONGRESS ONLINE CATALOG** 

| Help | Search | Search History | Headings List | Titles List | Request an Item | Account Info | Start Over |

Try the new version: **Library of Congress Online Catalog**

**DATABASE:** Library of Congress Online Catalog

**Your search found no results** *

- Check spelling & eliminate punctuation
- Select another search type
- Enter fewer search words
- Clear search limits
- Use the help pages
- Ask a Librarian for assistance or contact your local library.

* **Please note:** The Library of Congress does not keep a copy of every title ever published.

## Basic Search      Guided Search

**Search Text:** "500 Pearl Street"

**Search Type:**

[ * ] indicates search limits available

Scroll down for **Search Hints**

```
Keyword (match all words)*
Title Keyword*
Author/Creator Keyword
Subject Keyword
Name/Title Keyword
Series/Uniform Title Keyword
------------------------------------------------------
Expert Search (use index codes and operators)*
Title Begins With (omit initial article)*
Author/Creator Browse (enter last name first)
Subject Browse
Call Number Browse (LC Classification No.)
Call Number Browse (Other Shelving Nos.)
Number Search (LCCN-ISBN-ISSN)*
Author/Creator Sorted by Title Browse
```

[100 records per page]          Begin Search / Clear Search          Set Search Limits

### Basic Search Tips

| Search Type | Brief Help (select a "search type" for detailed Help) | Help on Limits |
|---|---|---|
| **Keyword (match all words)** | - " " surround exact phrases: **"war of the worlds"**<br>- ? truncates: **entrepr?** --> *finds* entrepreneur, entrepreneurial, etc.<br>- Enter more words to increase relevance of search results ("match all words" means that the Boolean "AND" is automatic) | Search Limits Available! |
| **Title Keyword** | - Enter any word from the title in any order<br>- Subtitles, alternate titles, translated titles and the statement of responsibility are included in the search<br>- Enter more words to increase relevance of search results | Search Limits Available! |
| **Author/Creator Keyword**<br>**Subject Keyword**<br>**Name/Title Keyword**<br>**Series/Uniform Title Keyword** | *Headings Keyword Searches:*<br>- Enter words from author/creator, subject, name/title or series title areas of the bibliographic record<br>- Enter more words to increase relevance of search results | Search Limits *Not* Available! |
| **Expert Search (use index codes and operators)** | - " " for exact phrases: **"tax reform"**<br>- Boolean AND, OR, NOT: **(mars OR venus) AND mission**<br>- Index codes refine searches: **KSFG western**<br>--> *finds* western as subject form/genre term | Search Limits Available! |