**EXHIBIT 2**

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

Google     "500 Pearl Street"     🔍      SIGN IN

Web   Images   Maps   Shopping   **Books**   More ▾   Search tools     ⚙

About 14,300 results (0.24 seconds)

**An Act to Designate the Federal Building Located at 500 Pearl ...**

books.google.com/books?id=ATqdGAAACAAJ
United States - 2000 - No preview

**Annual reports of the city departments - Page 557**

books.google.com/books?id=_E0MAQAAMAAJ
Cincinnati (Ohio) - 1876 - Read - More editions
Pearl street, between Plum street and Central avenue. 500. Pearl street, at corner
of Central avenue (double 3-inch). 501. Pearl street, at corner of Central avenue.
502. Pendleton street, between Woodard and Liberty streeta (high pressure).

**U.s. Court Directory - Page 350**

books.google.com/books?isbn=0788177001
Ann M. Langley - 1998 - Full view
District Southern District of New York Mailing Address Divisional Offices with
Resident Deputy John S. Martin , Jr. 212-805-0228 1620 United States Courthouse
500 Pearl Street New York, NY 10007-1312 Lawrence M. McKenna ...

**Document - Volume 26, Part 1, Issues 1-22 - Page 142**

books.google.com/books?id=X2hZAAAAYAAJ
1859 - Read - More editions
03 Mulberry street 53 Mulberry street 160 Leonard street 2249 2429 1044 1078 1750
Gas-fitter 500 Pearl street Merchant 472 Pearl street. Bricklayer 15 City-Hall place.
Broker ~'~xi Roosevelt street. Merchant 52 Catharine street. Compositor .

**Touring Gotham's Archaeological Past: 8 Self-Guided Walking Tours ... - Page 44**

books.google.com/books?isbn=0300137893
Diana diZerega Wall - 2004 - Preview - More editions
500 Pearl Street: The Notorious Five Points Slum Walk a short block west to Pearl
Street and turn right. Continue north, passing under the ramps leading to the
Brooklyn Bridge. Go one block farther, to the corner where Pearl Street turns to
the ...

**Documents of the Assembly of the State of New York - Volume 2 - Page 476**

books.google.com/books?id=4DMbAQAAIAAJ
New York (State). Legislature. Assembly - 1891 - Read - More editions
... school 60 Cooper street Bchool 260 Lamon street 470 Mullin street school
500 Pearl street school 130 Total 3,010 With the Cooper street and Pearl street
schools completed, the former will accommodate 250, and the latter 130 more, ...

**The Legal Researcher's Desk Reference - Page 60**

books.google.com/books?id=1gKXAQAAMAAJ
Arlene L. Eis - 2004 - Snippet view - More editions
Janet Bond Arterton New York, NY 10007-1581 Harold Baer, Jr. 141 Church Street
(212) 805-0234 500 Pearl Street New Haven, CT 065 10 New York, NY 10007-
1312 (203) 773-2456 Kevin Thomas Duffy (212) 805-0184 U.S. Courthouse, ...

**Alas! what Brought Thee Hither?: The Chinese in New York, 1800-1950 - Page 17**

books.google.com/books?isbn=0838637043
Arthur Bonner - 1997 - Preview - More editions
He operated a grocery store on Staten Island and, for many y ?ars, owned a cigar
business at 500 Pearl Street under the name of William A. Bong? The third
recruit may have been John Ah Woh. At an 1878 meeting of Chinese claiming ...

**Sonia Sotomayor: A Biography - Page 107**
books.google.com/books?isbn=0313398410
Meg Greene - 2012 - Preview - More editions
During her first few weeks at her office at 500 Pearl Street, Sotomayor struggled
with the mounds of material, including printed guidebooks, videos, and seminars
that instructed baby judges on the inner workings of the district court. At times ...