# EXHIBIT 4

Case 1:05-cv-08136-DC   Document 1075-4   Filed 08/26/13   Page 2 of 2

