**EXHIBIT 12**

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     THE AUTHORS GUILD, INC., et al.,
 4
                                       PLAINTIFFS,
 5
 6            -against-              Case No:
                                     05CV8136 (DC)
 7
 8   GOOGLE INC.,
 9                                     DEFENDANT.
     ----------------------------------------X
10
11            DATE: December 15, 2011
12            TIME: 1:00 P.M.
13
14
15        DEPOSITION of a Witness, JIM BOUTON, on
16   behalf of the Plaintiffs, taken by the Defendants,
17   pursuant to a Notice and to the Federal Rules of Civil
18   Procedure, held at the offices of MILBERG, LLP, One
19   Pennsylvania Plaza, New York, New York 10119, before
20   Deborah Garzaniti, a Notary Public of the State of New
21   York.
22
23
24
25
```

```
 1                Do you think that you have suffered any
 2   economic harm from the display of any quotes from your
 3   books in Google Books?
 4           A.   I don't know.
 5           Q.   Do you know whether any other members of
 6   the class have suffered any economic harm as a result of
 7   the display of quotes from their books in Goggle Books?
 8           A.   I don't know if they have or not.
 9           Q.   Let me just caution you.  We are speaking
10   over each other a little bit, which is a normal thing to
11   do in every day conversation.  It makes it hard for the
12   Court Reporter because she is trying to take it down.
13   Even though you may know what I am going to say and what
14   my question is, it will help her out a lot if you wait
15   for me to finish speaking before you give your answer.
16           A.   Got it.
17           Q.   Very good.
18                Do you have an understanding that some
19   members of the class are academics who are also authors?
20           A.   I assume some of them are.
21           Q.   Do you have a view as to whether the
22   ability to use Google Books to conduct searches is a
23   benefit to those academic authors?
24                MR. BONI:  Object to the form.  Can we get a
25   working definition of academics and then can we get some
```