**EXHIBIT 17**

amazon

Link to this page | Add to Widget | Add to aStore | Share | Your Earnings Summary | What's New | Discussion Boards | Settings
Feedback | Help | Expanded View | Close [X]

LOOK INSIDE!
Ball Four (Paperback)
by Jim Bouton
(111)
Paperback $10.85
123 used & new from $0.99
Add to Cart

Book sections
Front Cover
Copyright
Table of Contents
First Pages
Back Cover
Surprise Me!

Search Inside This Book
GO

Sample searches in this book:
ball four
baseball commissioner
bullpen tonight

Kindle Book | Print Book
Zoom − Zoom +

Your Browsing History
Your book history could not be retrieved
Learn more
Customers Also Bought
Books customers also bought could not be retrieved
Hide These Books



marvin pays, wnen a nan unie.

In the middle of August I went to see Marvin Milkes, the general manager of the Seattle Angels. I told him that I wanted some kind of guarantee from him about next year. There were some businesses with long-range potential I could go into over the winter and I would if I was certain I wasn't going to be playing ball.

"What I would like," I told him, "is an understanding that no matter what kind of contract you give me, major league or minor league, that it will be for a certain minimum amount. Now, I realize you don't know how much value I will be for you since you haven't gone through the expansion draft and don't know the kind of players you'll have. So I'm not asking for a major-league contract, but just a certain minimum amount of money."

"How much money are you talking about?" Milkes said shrewdly.

"I talked it over with my wife and we arrived at a figure of $15 or $16,000. That's the minimum I could afford to play for, majors or minors. Otherwise I got to go to work."

To this Milkes said simply, "No."

I couldn't say I blamed him.

It was right about then, though, that the knuckleball I'd been experimenting with for a couple of months began to do things. I won two games in five days, going all the way, giving up only two or three hits. I was really doing a good job and everyone was kind of shocked. As the season drew to a close I did better and better. The last five days of the season I finished with a flurry, and my earned-run average throwing the knuckleball was 1.90, which is very good.

The last day of the season I was in the clubhouse and Milkes said he wanted to see me for a minute. I went up to his office and he said, "We're going to give you the same contract for next year. We'll guarantee you $22,000." This means if I didn't get released I'd be getting it even if I was sent down to the minors. I felt like kissing him on both cheeks. I also felt like I had a new lease on life. A knuckleball had to be pretty impressive to impress a general manager $7,000 worth. Don't ever think $7,000 isn't a lot of money in baseball. I've had huge arguments over a lot less.

3

Bouton Exhibit 5 12/15/2011