# EXHIBIT 18



ticle—this one a his and hers pants show, with poems for all the models. One of the poems said:

*Pat and Paul together make many scenes
In classes and parties in their striped jeans.*

How can people write things like that! Ma said she was afraid someone would see her by-line and think *she* wrote the poems.

All her articles were printed in the "Food and Family" section of the paper. But she said, "I'm heading for the front page. Wait and see. Before the year is over."

Meanwhile, I was delivering papers every day as though I really had the route. Ma had taken my recommendations to the circulation manager. She says she told him: "This is about Barbara Fisher, my daughter. But I'm not asking you to change your rules because she's my daughter. I'm asking you to change them because they are discriminatory and *wrong*."

I bet she really made an impression on him. I know I couldn't talk like that.

But all the circulation manager said was, "I'm sorry, Marian, but a rule's a rule. Tell your little girl not to take it personally."

When she told me, I said, "But I *do* take it per-