**EXHIBIT 19**

6/11/12 — Amazon.com

Link to this page | Add to Widget | Add to a Store | Share | Your Earnings Summary | What's New | Discussion Boards | amazon | Settings

JOSEPH's Amazon.com | Today's Deals | Gift Cards | Help

Shop by Department | Search All | | Go | Hello, JOSEPH Your Account | 0 Cart | Wish List

### Search Inside! Publisher Sign-up

To get started in the Search Inside the Book program, you must be the exclusive rights holder (including copyright and marketing/promotion rights) of the titles you wish to submit to our Search Inside the Book program.

Once this form is submitted, you will see complete submission instructions.

### Search Inside the Book Participation Agreement

Welcome to the Search Inside the Book program (the "Program"), which enables visitors to any Amazon Property (as defined below) to view, search, and "page browse" through your Books. Before you may participate in the Program, you must review and agree to this agreement. Please indicate your acceptance by checking the "I Agree" box on the online sign-up form page. BY REGISTERING FOR OR OTHERWISE USING THE PROGRAM, YOU, ON BEHALF OF YOURSELF AND ANY ENTITY YOU REPRESENT, AGREE TO BE BOUND BY ALL TERMS AND CONDITIONS OF THIS AGREEMENT, AND YOU REPRESENT AND WARRANT THAT YOU HAVE THE AUTHORITY TO EXECUTE THIS AGREEMENT ON BEHALF OF THE ENTITY YOU REPRESENT AND BIND THE ENTITY TO THE TERMS OF THIS AGREEMENT.

You agree that Amazon Services LLC and its Affiliates (meaning those entities that are controlled by, in control of, or under common control with Amazon Services LLC) (collectively, "Amazon.com", "we" or "us") may include your books offered through the Amazon Properties ("Books") in the Program. Accordingly, you hereby grant permission to Amazon.com, on a nonexclusive basis, for each of your Books, to undertake the limited promotional activities described below:

1. We may reproduce the entirety of each Book in digital form on one or more computer facilities of or under the leased or similar control of Amazon.com or its independent contractors.

2. We may allow visitors to any Amazon Property to view, search and "page browse" such digital reproductions of the Books. We may also display excerpts from the Books on the Amazon Properties, and a visitor to the Amazon Properties will be able to use queries to locate, select, and display short excerpts that include the search terms. The queries would locate, select and display such excerpts for every occurrence of the search terms. A visitor will be able to view a limited number of pages within a Book during any single session.

3. We may use digital copies of your Books to extract factual information from your Books, such as character names, and display such information to visitors to any Amazon Property.

An "Amazon Property" means any of the following websites: (a) the web site whose primary home page is located at www.amazon.com (and any successor or replacement web site) and any "mirrored" version of the site which substantially replicates the site or a portion thereof, (b) any other web sites maintained by or for us (including, but not limited to, www.amazon.ca, www.amazon.co.uk, www.shelfari.com and www.abebooks.com) and any co-branded web site thereof, that are targeted at countries for which you have appropriate publishing and distribution rights, as indicated to us by you in accordance with our program procedures, (c) any other web site or online point of presence on any platform through which Amazon.com makes products or services available for discovery, (d) any site with a web page widget or other web page real estate, any application for use on mobile devices, or online point of presence maintained by or for us that enables the Program functionality and allows for the discovery and purchase of products from us, and (e) any other online point of presence or web site that you approve for treatment as an Amazon Property at our request, such approval not to be unreasonably withheld.

We may cause such transmission, reproduction, and other use of the Books as mere technological incidents to and for the limited purpose of technically enabling the foregoing (such as caching to enable display).

Amazon.com will employ available technologies to hinder downloading of the displayed portions of each Book.

Although you grant us permission to reproduce, store, display, transmit, and use the Books as outlined in this Agreement, we are not obligated to exercise this right and make no promise or representation that we will exercise this right with respect to any particular Book or every portion of each Book.

You represent and warrant that you have the right to grant the permission set forth in this agreement, and you will indemnify and hold us harmless from all claims, damages, and expenses (including, without limitation, attorneys'; fees) arising from your breach of this representation and warranty.

The permission granted by this agreement will continue for a period of three (3) years from the date of your acceptance of this agreement (which you indicate by checking the "I Agree" box on the online sign-up form page) and will renew automatically for one-year periods from each anniversary thereof, unless notice is given by either party in writing more than ninety (90) business days prior to such expiration date. In the event that either party delivers such notice, you may provide Amazon.com with a list of the Books you wish Amazon.com to remove from the Program (which list will include, but not be limited to, title, author, ISBN, and binding of each Book). Upon your delivery of this list, we will use commercially reasonable efforts to remove the Books on such list from the Program.

Nothing herein restricts or otherwise limits any rights Amazon.com may have to reproduce, display, distribute, and otherwise use the Books as provided under applicable law or any other permission from you. You agree that all nonpublic information you receive from us regarding the Program is confidential, and you will not disclose such confidential information to any third party. Your sole and exclusive remedy for a breach of this agreement is to discontinue the Program with respect to your Books. This agreement is the entire agreement between you and Amazon with respect to the Program, and supersedes all prior agreements and discussions with respect to the Program.

We may amend this agreement at any time and solely at our discretion. Any changes to this agreement will be effective upon posting of the revisions on the Amazon Property where it was originally posted, www.amazon.com/searchinside. All notice of changes to this Agreement will be posted for thirty (30) days. You are responsible for reviewing the notice and any applicable changes. YOUR CONTINUED PARTICIPATION IN THE PROGRAM AFTER AMAZON.COM'S POSTING OF ANY CHANGES WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH CHANGES OR MODIFICATIONS.

**You agree to the terms of the Participation Agreement:***
☐ I agree

**You are the rights holder of the titles you plan to submit:***

EXHIBIT Edelman 16 6/14/12 AB — PENGAD 800-631-6989

☐ Yes

**Name***

[    ]

**Professional Title**

[    ]

**Publishing Company Name***

[    ]

**Address Line 1***

[    ]

**Address line 2**

[    ]

**City***

[    ]

**State/Province/Region***

[    ]

**Zip/Postal Code***

[    ]

**Country***

[    ]

**Email Address***

[    ]

**Professional Email Address (if different)**

[    ]

**Telephone Number (including area code)***

[    ]

**Book Distributor (optional)**

[    ]

* indicates required field

[Submit]