# EXHIBIT 20

```
                                            Page 1

 1   **C O N F I D E N T I A L**

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   -------------------------------------X

 5   THE AUTHORS GUILD, et al.,

 6

 7                        Plaintiffs,

 8        - against-                Master File No.

 9                                  05 CV 8136-DC

10

11   GOOGLE, INC.,

12                        Defendant.

13   -------------------------------------X

14

15                   June 8, 2012

16                   9:30 a.m.

17

18        Deposition of JUDITH A. CHEVALIER,

19     held at the offices of Milberg, LLP, One

20     Penn Plaza, New York, New York, pursuant to

21     Agreement, before NANCY SORENSEN, a Notary

22     Public of the State of New York.

23

24

25
```

Page 125

1       J.A. Chevalier  -  C O N F I D E N T I A L
2   new goods; is that right?
3       A.    Correct.
4       Q.    So this is, again, your analysis here
5   is part of the economic theory involving the
6   development of new goods?
7       A.    Correct.
8             MS. ZACK:  We can take a break for
9         lunch.
10            MR. McGOWAN:  Before we do that, let
11        me note for the record, the document number
12        you asked for is Google 05004751.
13            MS. ZACK:  I know what that is, so
14        that's the big long list.
15            (Luncheon recess:  12:26 p.m.)
16
17
18
19
20
21
22
23
24
25

```
                                         Page 126
 1      J.A. Chevalier  -  C O N F I D E N T I A L
 2          A F T E R N O O N    S E S S I O N
 3              (Time noted:  1:15 p.m.)
 4   J U D I T H   A.   C H E V A L I E R,    resumed
 5   and testified as follows:
 6   CONTINUED EXAMINATION
 7   BY ZACK:
 8      Q.    Referring you to page 9 of your
 9   report, please?  You have discussion throughout
10   this section about Google Books as a complement,
11   not substitute?
12      A.    Correct.
13      Q.    And which you talk about the fact
14   that books get noticed, etcetera --
15      A.    Correct.
16      Q.    -- through Google Books, and that
17   that's a benefit.  You conclude that's a benefit
18   to authors; right?
19      A.    Correct.
20      Q.    That benefit is virtually exclusive
21   to in-print authors; correct?
22      A.    I wouldn't say that.  I think
23   in-print authors will benefit more, but
24   out-of-print authors may benefit under certain
25   circumstances.
```

1       J.A. Chevalier  -  C O N F I D E N T I A L
2           Q.    Can you tell me those circumstances
3   in which you think they'll benefit, given the
4   way Google Books works?
5           A.    Yes.  So I think they will benefit in
6   a number of circumstances.  One would be if,
7   even though some of the authors' books are out
8   of print and some of the books -- if in
9   circumstances where some of the authors' books
10  are out of print and other of the authors' books
11  are in print, consumers may, you know, if they
12  discover a book they're interested in via Google
13  Books, that might lead them to other books by
14  those authors.
15          It may lead them to other books on
16  the same topic, probably benefitting different
17  authors.  But I think also, there are some
18  mechanisms and those mechanisms, I think, are
19  becoming more relevant in the marketplace, where
20  if consumers, say, buy used books on Amazon and,
21  you know, there are used books on Amazon that
22  are selling for very high prices because there's
23  a demand for the book to come back into print.
24          There may be circumstances in which,
25  you know, a book could be driven back into print

1      J.A. Chevalier - C O N F I D E N T I A L

2    by consumer demand.

3      Q.    That's true whether there is or isn't

4    Google Books; isn't it?

5      A.    That's true whether there is or there

6    isn't Google Books, but it's my testimony that

7    Google Books helps drive consumer demand for

8    books.

9      Q.    So if consumers are buying used books

10   on Amazon, that helps drive consumer books for

11   new books by those authors?

12     A.    I'm saying that -- I said, I think,

13   two distinct things.  The consumer may look for

14   other books by the same author.

15           And, you know, when consumers buy

16   used books on Amazon, when used books, you know,

17   when it becomes apparent that there's a lot of

18   demand for a used book, that may assist in

19   bringing the book back into print.

20     Q.    How does the author know if there's a

21   lot of demand for a used book on Amazon?

22     A.    Well, for example, the price at which

23   the book is selling in the Amazon Marketplace,

24   reflects the, reflects the supply and demand of

25   the book.

1      J.A. Chevalier  -  C O N F I D E N T I A L

2      Q.      Right, so it could have a high price

3  because it's in rare supply, but that doesn't

4  mean there's a lot of demand; does it?

5      A.      If there's a high price for the book,

6  and, you know, I suppose it's possible that a

7  seller posted a high price for the book and

8  never sells it, but if transactions are taking

9  place at a high price, that means that there's

10  high demand relative to supply.

11      Q.      Is that reported to authors or

12  publishers?

13      A.      An author could easily look that up.

14      Q.      Could easily look it up where?  Have

15  you looked it up?

16      A.      Yes, so if you go to Amazon and you

17  look at Amazon Marketplace, you would see -- and

18  I would do this, I would advise, ff I were an

19  author doing this for other book sellers too, I

20  would look at the copies of my used book, and

21  the prices that they're selling for.

22      Q.      Does that functionality tell you the

23  prices that -- the actual sales prices?

24      A.      So it tells you the prices that

25  sellers have posted.  If you, if you were to,