UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

THE AUTHOR'S GUILD, et al.,

               Plaintiffs,

    - against -

GOOGLE, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/13
```

**ORDER**

05 Civ. 8136 (DC)

**CHIN, Circuit Judge**

      The Court is in receipt of a letter from plaintiffs'
counsel, dated August 28, 2013, requesting a two-week extension
of the schedule for briefing and argument of the parties' summary
judgment motions.  Defendant Google, Inc. opposes this request.
The request is granted in part and denied in part, as follows:

      (1) The deadline for plaintiffs to submit their reply
brief is extended to Monday, September 16, 2013.

      (2) The request for adjournment of oral argument is
denied.  The date of September 23, 2013 was set on July 8, 2013,
more than five weeks ago.  The Court will not adjourn oral
argument because new counsel in this eight-year old litigation is

unavailable on September 23d because he will be attending a

conference on copyright law.

       SO ORDERED.

Dated:    New York, New York
           August 29, 2013

                                 DENNY CHIN
                                 United States Circuit Judge
                                 Sitting by Designation