UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE AUTHORS GUILD, et al., :
:
                 Plaintiffs, :
: Case No. 05 Civ. 8136 (DC)
   -against- :
:
GOOGLE INC., :
: **NOTICE OF APPEARANCE**
                 Defendant. :
:
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Edward H. Rosenthal, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for plaintiff The Authors Guild in the above-captioned proceeding.

Dated: New York, New York
        September 3, 2013

                                          FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                          By: _/s/ Edward H. Rosenthal_____
                                               Edward H. Rosenthal
                                           488 Madison Ave., 10th Floor
                                           New York, New York 10022
                                           (212) 980-0120

                                           *Attorneys for Plaintiff The Authors Guild*