UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE AUTHORS GUILD, et al.,

                        Plaintiffs,

                        Case No. 05 Civ. 8136 (DC)

   -against-

GOOGLE INC.,

                        **NOTICE OF APPEARANCE**

                        Defendant.
-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Jeremy S. Goldman, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for plaintiff The Authors Guild in the above-captioned proceeding.

Dated: New York, New York
       August 30, 2013

                                           FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                           By: _____
                                               Jeremy S. Goldman
                                             488 Madison Ave., 10th Floor
                                             New York, New York 10022
                                             (212) 980-0120

                                             *Attorneys for Plaintiff The Authors Guild*