```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
THE AUTHOR'S GUILD, et al.,
                                    :
                Plaintiffs,
                                    :         JUDGMENT
        - against -
                                    :         05 Civ. 8136 (DC)
GOOGLE, INC.,
                                    :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/13

**CHIN, Circuit Judge**

This matter having been duly heard by the undersigned on the parties' cross-motions for summary judgment (the "Motions"), and the Court having considered the memoranda and declarations filed by the parties and amici curiae in support of and in opposition to the Motions and the oral argument presented at the hearing before the Court on September 23, 2013, and the Court having granted the Motion of Defendant for summary judgment, ECF No. 1031, and having denied the Motion of Plaintiffs for partial summary judgment, ECF No. 1049,

NOW, upon this Court's opinion, entered November 14, 2013, ECF No. 1088, it is hereby

ORDERED, ADJUDGED, AND DECREED that,

1.  Plaintiffs' Motion for Partial Summary Judgment is denied;

2. Defendant's Motion for Summary Judgment is granted;

3. Plaintiffs' claims are dismissed with prejudice;

4. Costs in this action are awarded to Defendant, as the prevailing party in this action; and

5. Any application for attorneys' fees must be made within 14 days after entry of judgment pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i).

SO ORDERED.

Dated:   New York, New York
         November 27, 2013

                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation