UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 x
The Authors Guild, Inc., *et al.*,                               x   Case No.: 1:05-cv-08136-DC
                                                                 x
        Plaintiffs,     x
                                                                 x   **Google Book Settlement**
   v.                                              x   **Objector Attorney**
                                                                 x   **Fee Request**
Google Inc.,                                                     x
                                                                 x
        Defendant.       x
---------------------------------------------------------------- x

I submitted (I have a J.D., but do not practice law) an approximately 11,500 word objection to the Google Book Settlement Agreement in its original and amended forms on behalf of my literary agency Writers' Representatives LLC and its sole agency client whom we did not opt out, Professor Richard M. Epstein, who remained "in" so as to object.

The group of objecting attorneys asked that I discuss its objectionable business (as opposed to legal) details. I reviewed all Settlement terms including appendices (where many devils in the details were hidden), concluding that it was a contract of adhesion that fundamentally interfered with copyright owners' discretion over their property by imposing the unnecessary burden of an expensive and ill-conceived bureaucracy that would price-fix. I saw it as class action racketeering precipitously running off with all owners' rights and remedies. I also tried to provide publishing business background.

Since 2008 I have spent a total of 612 hours (and more) on the Google Book Settlement matter. Worried that its negative features were being ignored in the press, I began research in 2008, and wrote first on the issue in an op ed in the Wall Street Journal on March 29, 2009. (http://online.wsj.com/news/articles/SB123819841868261921)

I hereby request an hourly rate of $75 or $45,900.00 as a fee for the time that I have felt compelled to spend detailing my objection to this Settlement as unfair and unreasonable (and travelling to Washington to meet with the Antitrust Division of the Department of Justice to explain to them what I believed to be so wrong with it).

New York, New York            Lynn Chu
December 5, 2013              for Writers' Representatives LLC
                              and Professor Richard M. Epstein
                              116 W. 14th St., 11th floor
                              New York, NY 10011
                              212-620-9009 cell: 917-859-1805