UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden, and Jim Bouton, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>Google Inc.,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:     Case No. 05 CV 8136-DC<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs The Authors Guild, Inc., Associational Plaintiff, Betty Miles, Joseph Goulden and Jim Bouton, individually and on behalf of all others similarly situated ("Plaintiffs") in the above-captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on November 27, 2013 and the Amended Judgment entered on December 11, 2013 granting Defendant's motion for summary judgment, denying Plaintiffs' motion for partial summary judgment, and dismissing Plaintiffs' claims with prejudice.

Respectfully submitted on this 23rd day of December, 2013.

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Edward H. Rosenthal
    Edward H. Rosenthal, Esq.
    Jeremy S. Goldman, Esq.
    488 Madison Avenue, 10th Floor
    New York, New York 10022
    Phone  (212) 980-0120
    Fax:    (212) 593-9175

Michael J. Boni (*pro hac vice*)
Joshua D. Snyder
John E. Sindoni
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA  19004
Tel: (610) 822-0200
Fax: (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

Robert J. LaRocca (*pro hac vice*)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel:  (215) 238-1700
Fax:  (215) 238-1968
rlarocca@kohnswift.com

Sanford P. Dumain
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Tel:  (212) 594-5300
Fax:  (212) 868-1229
sdumain@milberg.com

*Attorneys for Plaintiffs*